UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-2473 |
|---|---|---|---|

CITY OF WARWICK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

*versus*

CONCHO RESOURCES INC., CONOCOPHILLIPS (SUCCESSOR-IN-INTEREST TO CONCHO RESOURCES INC.), TIMOTHY A. LEACH, JACK F. HARPER, C. WILLIAM GIRAUD, BRENDA R. SCHROER, and E. JOSEPH WRIGHT

United States Courts
Southern District of Texas
FILED
OCT 18 2021
Nathan Ochsner, Clerk of Court

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Charles Wood<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, New York 10005<br>Tel: (212) 907-0807 & Email: cwood@labaton.com<br>NY 5662424<br>SDNY 5662424<br>EDNY 5662424 |
|---|---|

| Name of party applicant seeks to appear for: | City of Warwick Retirement System (Plaintiff)<br>Utah Retirement Systems (Lead Plaintiff Movant)<br>Construction Laborers Pension Trust for Southern California (Lead Plaintiff Movant) |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/15/21    Signed: [signature]

The state bar reports that the applicant's status is: ACTIVE

Dated: 10/19/2021    Clerk's signature: [signature]

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                  United States District Judge

United States District Court for the Southern District of Texas
Attorney Registration Form for District Electronic Filing
(Please print or type)

Date: 10/15/21

First/ Middle/ Last name: Charles Wood

State Bar Number: 5662424          Licensing State: New York

Admitted to Practice in the Southern District of Texas: ☐ Yes  or  ☒ Pro Hac Vice

Firm: Labaton Sucharow LLP

Street and Suite: 140 Broadway

City  New York          State  NY    Zip Code 10005

Phone Number:   (212) 907-0807

Fax Number:    (212) 883-7007

E-mail for electronic service: cwood@labaton.com

If you have already attended ECF training or are registered for ECF in another U. S. Bankruptcy or District Court, give us the court and district:
Southern District of New York and Eastern District of New York

By submitting this form, I agree to abide by these rules:

1. I will maintain familiarity with the technical and procedural requirements as they are adopted by the court.

2. Use of my login and password constitutes my signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure.

3. I am responsible for all use of my login and password, authorized or not.

4. By registering, I consent to electronic service of documents and notices through the court's Electronic Filing System and waive service by other means.

Applicant's Signature: _____

**Print, sign, scan, then e-mail this form in PDF format to :**          Houston-Atty-Adm@txs.uscourts.gov

---

Court Use Only: The state bar reports that the applicant's status is: _____

Dated: _____          Signed: _____
                                          Deputy Clerk