**TABLE OF CONTENTS**
**APPENDICES TO DEFENDANTS' MOTION TO DISMISS**

| App'x Tab | CONTENTS |
|:---:|:---|
| A | Chart of Statements Alleged to Be Fraudulent |
| B | Defendants' Exhibit List, Declaration of Amy Pharr Hefley, Defendants' Exhibits in Support of Motion to Dismiss |
| C | Appendix of Unpublished Cases/Authorities |