**Appendix A: Statements Alleged to Be Fraudulent[1]**

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| 1 | 169 | 2/20/18; Q4 & FY 2017 Earnings Release | The fourth quarter was an excellent end to a great year for Concho. *Our operational and financial performance demonstrated our ability to consistently execute, control costs and capitalize on opportunities that strengthen our competitive position.* | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 2 | 170 | 2/20/18; Q4 & FY 2017 Earnings Release | Delivered *outstanding results from the Company's large-scale development projects in the Northern and Southern Delaware Basin* and in the Midland Basin. | No False Statement of Fact<br><br>Opinion |
| 3 | 171 | 2/20/18; Q4 & FY 2017 Earnings Release | *High-quality acreage and scale within the Permian Basin enables Concho to efficiently allocate capital while continuing to advance manufacturing-style development with leading-edge drilling and completion techniques.*<br><br>Concho expects 2018 capital spending to be at the midpoint of its capital guidance range of $1.9 billion to $2.1 billion, which reflects the Company's current outlook for service cost inflation. *The 2018 capital program is expected to be funded with cash flows from operations and generate 20% crude oil growth and 16% to 20% total production growth year-over-year.* Approximately 93% of the capital program is allocated to drilling and completion activities, with approximately 65% of that capital directed towards large-scale manufacturing projects. The Company's 2018 capital program is allocated among the following areas: Northern Delaware Basin (40%), Southern Delaware Basin (25%), Midland Basin (30%) and the New Mexico Shelf (5%). | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |

---

[1] This chart quotes every statement identified in Part V.A of the CC (entitled "Defendants' Materially False and Misleading Statements and Omissions in Violation of Section 10(b) of the Exchange Act"). *See* 15 U.S.C. § 78u-4(b)(1) (requiring securities-fraud complaints to "specify each statement alleged to have been misleading" and "the reason or reasons why the statement is misleading"). Bolding and italics are as they appear in the CC. Surrounding context is added to the excerpted Challenged Statements.

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| 4 | 174 | 2/20/18; Q4 & FY 2017 Earnings Release | The Company provided a new three-year production growth outlook. ***Concho expects to grow total production at a compound annual growth rate of 20% from 2017 to 2020. The outlook reflects the Company's high-quality production base and strong operating momentum.*** Additionally, the Company expects to deliver this growth within cash flows from operations at an average crude oil price (WTI) in the low-to-mid $50 per barrel range over the duration of the outlook.<br><br>***As with the Company's 2018 outlook, growth over the three-year period from 2017 to 2020 is the output of reinvesting high-margin cash flow into its drilling program.*** | Opinion<br><br>Forward-Looking Statement |
| 5 | 176 | 2/20/18; Q4 & FY 2017 Earnings Release | From these projects, Concho is collecting ***valuable data that helps the Company optimize lateral placement, completion design and facilitates planning.*** | No False Statement of Fact<br><br>Puffery |
| 6 | 176 | 2/20/18; Q4 & FY 2017 Earnings Release | Concho is ***utilizing leading-edge technologies, including fiber optic monitoring, to collect valuable proprietary data with real-time and long-term implications for full-field optimization.*** | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 7 | 178 | 2/20/18; Q4 & FY 2017 Earnings Release | At December 31, 2017, Concho's estimated proved reserves totaled 840 MMBoe, an increase of 17% from year-end 2016. The Company's proved reserves are approximately 60% crude oil and 40% natural gas. Proved developed reserves totaled 588 MMBoe, an increase of 26% from year-end 2016. The Company's proved developed reserves represent approximately 70% of total proved reserves.<br><br>During 2017, Concho added 194 MMBoe of proved reserves primarily from drilling and completion operations, resulting in a reserve replacement ratio of | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | | 275%. The Company's proved developed finding and development cost was $8.68 per Boe for 2017. | |
| 8 | 180 | 2/21/18; 2017 Form 10-K | **Multi-well pad drilling and project development may result in volatility in our operating results.**<br><br>*We utilize multi-well pad drilling and project development where practical.* Project development may involve more than one multiwell pad being drilled and completed at one time in a relatively confined area. Wells drilled on a pad or in a project may not be brought into production until all wells on the pad or project are drilled and completed. Problems affecting one pad or a single well could adversely affect production from all of the wells on the pad or in the entire project. As a result, multi well pad drilling and project development can cause delays in the scheduled commencement of production, or interruptions in ongoing production. These delays or interruptions may cause declines or volatility in our operating results due to timing as well as declines in oil and natural gas prices. Further, any delay, reduction or curtailment of our development and producing operations, due to operational delays caused by multi-well pad drilling or project development, or otherwise, could result in the loss of acreage through lease expirations.<br><br>Additionally, infrastructure expansion, including more complex facilities and takeaway capacity, could become challenging in project development areas. Managing capital expenditures for infrastructure expansion could cause economic constraints when considering design capacity. | No False Statement of Fact<br><br>Opinion |
| 9 | 182 | 2/21/18; 2017 Form 10-K | At December 31, 2017, substantially all of our 840 MMBoe total estimated proved reserves were located in our core operating areas and consisted of approximately 60 percent oil and 40 percent natural gas. We have assembled a multi-year inventory of horizontal development and exploration projects across | No False Statement of Fact<br><br>Opinion |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | our four core operating areas.<br><br>***<br><br>**Northern Delaware Basin.** At December 31, 2017, we had estimated proved reserves in this area of 295 MMBoe, representing 35 percent of our total proved reserves.<br><br>***<br><br>**Southern Delaware Basin.** At December 31, 2017, we had estimated proved reserves in this area of 128 MMBoe, representing 15 percent of our total proved reserves. | Forward-Looking Statement |
| 10 | 185 | 2/21/18; Q4 2017 Earnings Call | *As we look to 2018, our total capital investment is expected to be $2 billion, with 93% allocated for drilling and completion activity. This level of investment is expected to grow oil approximately 20%. Importantly, approximately two-thirds of our development capital will be directed to large-scale, multi-zone projects.* | Opinion<br><br>Forward-Looking Statement |
| 11 | 186 | 2/21/18; Q4 2017 Earnings Call | Analyst: As you continue to focus on your premium inventory in this harvest and manufacturing phase, can you talk about your outlook for productivity gains and efficiency gains from here and how you rank the drivers among extending lateral lengths, thanks to your swaps, versus further increases in completion intensity versus cost reductions via supply improvement or something else?<br><br>Leach: That's a complicated question. In general, *when we give guidance, we try to forecast the things that we're aware of at the time we give the guidance*. And we don't really forecast increasing efficiencies. Even in that 3-year forecast, there's not an increasing efficiency assumption built into that. But if you look at | No False Statement of Fact |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | the past year or 2, increasing efficiencies have been a real driver in cash flow margins and driving costs down and productivity of the wells. And so I think that's part of the upside. I think that will continue to go on. That's been driven primarily by longer lateral lengths, blockier acreage and identifying more zones and bringing them all on at the same time. So I think that, that will continue. And we talked last quarter about this fiber optics in some of the wells we have up on the Mabee Ranch. And what we discovered there and how that was improving the efficiency of our wells, those kind of things, while they stay in terms of Concho generally, but those kinds of things throughout the industry are going to be pretty dramatic, I think, to make our wells more efficient. | |
| 12 | 188 | 2/21/18; Q4 2017 Earnings Call | This industry is exciting: commodity prices change, new plays emerge, technology advance. ***Our strategy allows us to adapt quickly. And our history in the Permian, which is the best value-creating engine in our industry, enables us to be a leader in the development here.***<br><br>***Developing large-scale projects, manufacturing mode, whatever you call it, is one way that we're doing that.*** | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 13 | 189 | 2/21/18; Q4 2017 Earnings Call | ***While our strategy is the same, the development of our inventory is more sophisticated and creates an opportunity to extend our competitive edge.*** | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 14 | 190 | 2/21/18; Q4 2017 Earnings Call | Over the last few years, our ***transition to large-scale, multi-well projects has been an important development that will continue to drive growth, innovation and efficiencies.*** | No False Statement of Fact<br><br>Puffery<br><br>Opinion<br><br>Forward-Looking |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | | Statement |
| 15 | 191 | 2/21/18; Q4 2017 Earnings Call | *Our accomplishments last year paved the way for continued operational and financial performance for the next decade. Our development activities validated well spacing, lateral placement and completion design,* and our strategic acquisitions and asset exchanges added complementary leasehold for long lateral development. *The result is more high-quality reinvestment opportunities to fuel our growth.* | No False Statement of Fact<br><br>Puffery<br><br>Opinion<br><br>Forward-Looking Statement |
| 16 | 193 | 2/21/18; Q4 2017 Earnings Call | **Analyst:** Jack, most of your development to date, the tremendous growth over the last several years has, I guess, been single well pads as you've locked up your acreage and moved to an efficient mode of operation. How should we think about moving to field development as it relates to child wells versus parent, and how do you factor that into your thoughts in terms of guidance and so on?<br><br>**Harper:** Sure. And *that is one of the reasons to move to the large-scale development as we have.* And I think *we've successfully made that transition. And so you will see more of that in the future to attempt to avoid creating child wells. Where there are child wells, which is a smaller percentage of our opportunities, we will continue to test that and make sure that we try not to leave any behind.* | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 17 | 194 | 2/21/18; Q4 2017 Earnings Call | Analyst: So in terms of -- I guess you don't give a type curve as such, but as we look at the sort of productivity per lateral foot, I guess the best to think about your business, you don't see any degradation there at all.<br><br>Harper: Well, *we've modeled the outcome as we see it based on the spacing that has either already happened or will happen in the future.* | No False Statement of Fact |
| 18 | 197 | 3/5/18; Raymond James | Here, let's talk about the 2018 budget for just a moment. And I'd like to start with the donut-looking charts on the left side. Well, first of all, before we go | No False |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Institutional Investors Conference | there, *let me say you should expect more of the same in '18 as you saw in previous years from Concho. It's going to be a budget focused on reinvesting our cash flow and an increased percentage of capital going towards these larger-scale projects that we've been describing to you.* | Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 19 | 199 | 3/5/18; Raymond James Institutional Investors Conference | *So manufacturing mode is a term we use. Other people call it cube development and there's other names as well.* What we're trying to do is maximize the rate of return and the resource at the same time. And it's a work in progress, as you might guess. But some of the things that we're using as part of that is, clearly, technology. I said before, *taking this empirical data, combining it with modern technology helps us get to, we think, a better answer faster.*<br><br>I think *the drilling synergies are well documented.* Walking rigs and drilling in nearby proximity. *Certainly on the completion site, not only are our zipper-style completions efficient and may be a more effective way to complete the wells, they're increasingly being priced in a preferential manner as well.*<br><br>And then production optimization is speaking to this sizing out facilities not for maximum – not necessarily for maximum production, but for a maximum return over a long period of time. | No False Statement of Fact<br><br>Opinion |
| 20 | 201 | 3/5/18; Raymond James Institutional Investors Conference | We've highlighted here on the left side of the page a couple of the upcoming large-scale projects and really just to show you that where some of them are. *They're very dispersed amongst our asset base.* And they are, in some cases, getting larger. We have a 20- plus well pad or project on here that we'll begin this year, but don't plan to see production until next year on that. | No False Statement of Fact<br><br>Opinion |
| 21 | 206 | 3/28/18; Investor Call | We will run the largest development program in the Permian and our combined position will be more than 640,000 net acres. | No False Statement of Fact |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| 22 | 206 | 3/28/18; Investor Call | I expect Concho to capture both operational synergies and corporate level savings. These synergies, which are estimated to have a present value exceeding $2 billion derive from the highly complementary and blocky nature of these assets…. In addition to operational synergies, there are financial benefits we expect from corporate level savings. And those come from the areas you would expect, including the overlapping public company cost and financing cost. In all, we estimate annual corporate cost savings of $60 million. | Opinion<br><br>Forward-Looking Statement |
| 23 | 207 | 3/28/18; Investor Call | In addition *to our size, scale and execution strength provided us with the unique ability to capitalize on these new complementary assets. This ability includes moving these assets into manufacturing mode, which generates cost savings and minimizes parent-child locations.* | Opinion<br><br>Puffery<br><br>Forward-Looking Statement |
| 24 | 208 | 3/28/18; Investor Call | **Analyst:** Sure, understood. And then, I guess, second, the synergies you talked about and the advantages to quote-unquote manufacturing, can you just give a little bit of additional color detailing around what exactly it is that allows manufacturing mode on these assets to drive those synergies?<br><br>**Leach:** Yes. As Steve mentioned, I mean, the balance sheet to be able to do this *intense development,* instead of 1 or 2 well pads, to go to *8 well multi-well pads is one of the drivers.* But it's also long laterals and all the infrastructure that we're going to be able to use together. Infrastructure, such as salt water disposal systems, water handling system that we built over time. *All those things will be very additive.* | Opinion<br><br>Forward-Looking Statement |
| 25 | 209 | 3/28/18; Investor Call | Analyst: Okay, okay thanks for that. And just touch a little bit on the synergies. Obviously, that seems to be a key part of—making this deal highly accretive. Can you just give a little bit more specific on the timeframe in which you start— expect to start seeing some of these synergies. And you laid out on Page 10 of your corporate deck four—I guess, main buckets of where you see the synergies | Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | coming from the corporate level savings is pretty clear in the amount. But did you quantify, how much you expect to see in the other buckets?<br><br>Harper: Yes. We've said in total, Scott, that it's in excess of $2 billion, and Tim really hit on the keys. It's long lateral, *it's large-scale development, it's preventing the parent-child relationship with large-scale development,* it's a shared infrastructure. *So those are the key drivers. And there's good value in each one of those.* | |
| 26 | 213 | 5/1/18; Q1 2018 Earnings Release | Our team achieved another outstanding quarter of operational and financial results, driving significant production growth while maintaining a disciplined capital program. *Our results reflect our focus on large-scale project development, which enables us to maximize ultimate recovery, efficiencies and returns.* Looking ahead, we intend to build on our strong momentum and capitalize on our execution strength, cost control and strong balance sheet to extend our track record of delivering growth and returns. | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 27 | 216 | 5/2/18; Q1 2018 Earnings Call | I want to focus on *the value-creating opportunities driven by large-scale development. We believe this type of development is important to maximize recoveries, drive economies of scale and deliver attractive economic returns predictably and consistently over the long term.* | Puffery<br><br>Opinion<br><br>Forward-Looking Statement |
| 28 | 218 | 5/2/18; Q1 2018 Earnings Call | Analyst: You kind of talked about moving from the 2 to 4 well pads to 8 to 10, but you guys are testing upwards of 20 wells at 1 of these pads. Can you talk about maybe what the sweet spot may be? Is it 8 to 10? Does 20 *make sense* just for cash sources and uses?<br><br>Leach: Well, I mean, when you talk about pads, it's a little bit more complicated than that. I think it's better to think about it as a project, a drilling project. Sometimes, we'll have 4 actual pads on the same project just so we can have rigs | Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | | working at the same time. So we've been talking in terms mainly of half-section development, and we will have up to 5 landing zones in some of these areas. And if you're going 8 across on a section, so that's 4 wells in each landing times 5. So in a drilling project, you may have 20 wells in a half section. But then when we go to full-section development, it's twice that. So I think the answer to your question is these **kind** of drilling projects are going to **grow in wells in the project over time** and grow dramatically. And that's -- it **drives a lot of value creation**, as you can see on that Slide 16. | |
| 29 | 220 | 5/2/18; Earnings Call Deck | | No False Statement of Fact |
| 30 | 223 | 5/15/18; Citi Global Energy and Utilities Conference | The big thing that's going on in the business is this transition to development mode, and we've talked a lot about that. There's a lot of industry conversation around what that means, what that looks like. There's different terms, tanks, cubes, everybody has a little bit different definition. **But for us, it means getting to what we think is the optimal development plan, recognizing that you're learning all the time, but trying to decide what the right spacing is, which is** | No False Statement of Fact  Opinion |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | *generally 8 across in the different zones, and really getting in, and both big multi-well pads and stringing together multiple multi-well pads into even larger projects, simultaneously developing a square mile.* Simultaneously both from a – in the same horizontal zone, but also vertically. And so we've talked a lot about these big multi-well pad projects. We've highlighted how we're doing them, both in the Midland Basin and in the Southern Delaware and also in the Northern Delaware. The projects that we've talked the most about, that have the most kind of age on them are the Mabee project up in the Northern Delaware – sorry, the Northern Midland, where we drilled 13 wells on a single half-mile section to 5 different zones, and we've talked a lot about the challenges of that. I think industry generally agrees that's a better way to do it, but you have to have a very sizable balance sheet and technical team, a big enough productive base to work through those challenges. The challenges of – that's the best way to do it, but it can be challenging getting up the learning curve. ***And I think we're fortunate to have kind of learned along the way and evolved from first drilling a 2-well pad and then a 3-well pad and then 2 2-well pads together. So we've been building up to this kind of larger-scale development mode, and we're very excited about what we're seeing.*** And I think that's the power of what are causing things like the first quarter and the results we had there. | |
| 31 | 224 | 5/15/18; Citi Global Energy and Utilities Conference | But ***I don't really view it as a dramatic change to development mode. Like I said, it's kind of an evolution going from 2-well pads to 3-well pads to 6-well projects to 8-well. So I think there's been an evolutionary – I don't think you can kind of see a switch get flipped. It's been a long time coming. We give quarterly guidance because of the – trying to give visibility into our business. And so I think that, plus the annual guidance, is a good way. We try to be very thoughtful in kind of showing you how we get there on an annual basis. But I don't expect there to be some big step change and all that.*** | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 32 | 225 | 5/15/18; | **Analyst:** Will, as you look at the evolution of efficiencies in the Permian Basin, | No False |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Citi Global Energy and Utilities Conference | obviously, you're continuing to drill longer laterals, you're continuing to get more data and looking at 90-day and 180-day cums. In some of these areas, you have up to 5 landing zones. You talked about 8 wells per unit. How much further do you have to go in optimizing the efficiencies in determining what is the optimum development scheme per unit here in being able to truly turn that into manufacturing mode and have a template going forward? And I know it's not one size fits all, all the acreage is different, but where do you think you are in that evolution? And maybe you could say we're, out of 9 innings, in the 5th or the 8th as far as all the learnings you're accumulating and just say, okay, this is the optimum way to go from this point forward?<br><br>**Giraud:** I think, we're -- from the areas that we're focused on, I'll turn to this slide where we've kind of highlighted the different major pad projects that we're doing in '18 and '19. And the takeaway, I hope, from that map is, we're doing that everywhere. We're doing it in the Midland Basin, the Southern Delaware and the ***Northern Delaware.*** And what's nice about the RSP assets and what really attracted us to them is, they are already assembled and ready for this style of development. I think you can look at this map and see that while we have big blocks in Northern Delaware, there's work to be done still up there consolidating the overall position. But ***we're in a relative light stage in terms of under – we've kind of come through discovery, we've gone through delineation and now we're into development mode. And so in those different 3 main assets, we're there.*** But what I don't want to leave you with the impression is that we're not still learning. We did that fiber-optics project up on the Mabee Ranch, 13 well pad. And from that, we've learned some things that have caused us to tweak our completion design, actually make a little bit lower costs. So we continue to learn and then can move those learnings around to the other basins quickly. And so there's still work being done, but I think what we're seeing is, ***we think we know.*** And so we think we know in the Midland Basin how you need to match up the optimal spacing development of the Middle Spraberry, the Lower Spraberry, the Wolfcamp A and the Wolfcamp B. ***And we think we know what*** | Statement of Fact<br><br>Opinion |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | *the spacing needs to be in all those and how you ought to develop it. But – so that specific example, I think, we're farther down the line. We're in a later stage of innings.* But I think it's worth noting that there's still discovery and delineation work happening on our assets and around the Permian. I mean, just this last quarter, you saw RSP talk about the Jo Mill on their assets, and that's not a zone we've historically targeted, that's not part of that stack that I just talked about. So there's still discovery and delineation work happening. I think there's still opportunity. We've tried to kind of highlight a little bit how we're thinking about that. This last quarter we talked about multiple landings in the Bone Spring over in Eddy County. We've talked about multiple landings in the Bone Spring and Lea County before. So there's still discovery and delineation of additional resource and still at figuring out what the optimal kind of development stack is. I've never been very good at predicting the innings. I think *we've historically been more conservative,* and we're not very good at predicting additional operational efficiencies that we can gain out into the future. So...<br><br>Analyst: But there's more innings, that's good.<br><br>Giraud: There's definitely more innings, there's no doubt about that. | |
| 33 | 230 | 8/2/18; Q2 2018 Earnings Call | We talked about reaching inflection points in the past. The shift to horizontal development in 2011 is one example. Establishing a position in the Northern Delaware is another. And it was about a year ago that we described another inflection point, our progression to large-scale development.<br><br>Horizontal drilling in the Northern Delaware turned out to be huge value drivers for the company. And we believe manufacturing mode will do the same thing. This transition has been one of our most important operational and strategic priorities. | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | | |
| 34 | 231 | 8/2/18; Q2 2018 Earnings Call | Analyst: Perfect. And then when I'm looking at the various kind of sizes of the projects anywhere from kind of 5-well pads to 20-well pads, and you all do mention in the slides that, for example, on the dominator pad, like you all had to basically coordinate over a year in advance with the midstream partners with that project. I'm just kind of curious how much kind of the midstream component has an impact on the size of these kind of pads? And then kind of longer term, if we should sort of think that these projects are likely going to kind of gravitate toward the larger end of that range over time?<br><br>Giraud: Sure. I mean, midstream is certainly one of the elements that goes into sizing it but I would say, the bigger driver is -- well, let me step back for a minute. I think we've been one of the leaders in moving to these larger-scale development projects. ***And that's been a steady evolution over the last couple of years as we've tested different spacing between -- within a zone and between zones. And so these bigger and bigger projects, I think, are just the further evolution of that trend.*** Where you see some of the smaller projects, that's us continuing to test tighter spacing or different spacing within a zone or between zones, again. And so I think you're right. ***Longer term, you'll see an evolution to the bigger and bigger projects.*** However, we're still learning as we go. And so I think you'll see a blend of different sizes. | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| 35 | 233 | 8/2/18; Earnings Call Deck | | No False Statement of Fact<br><br>Opinion |

15

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| 36 | 234 | 8/2/18; Earnings Call Deck | | No False Statement of Fact<br><br>Opinion |
| 37 | 240 | 9/5/18; Barclays CEO Energy Power Conference | And those things I talked about that we are focused on that have created strategic advantages for us, I want to touch on those. The execution of my team, that's what allows us to run this large capital program and run these rigs. The asset base that we have built over the last decade provides balance both in the Midland Basin and in the Delaware Basin and it also gives us an inventory of premium locations that we have multiple decades of this type of drilling to do. Capital efficiency, we have focused on both sides of the efficiency equation. ***Our wells are continuing to get better and the costs continue to become more efficient, and we manage the cost side of the equation as well.*** That's what allows us to generate growth and free cash flow. And growth and free cash flow are going to be the name of the game for the next decade. We'll spend some time talking about that. | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 38 | 242 | 9/5/18; | So what I really want to focus on today in my remarks are the execution, | No False |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | Barclays CEO Energy Power Conference | strength and scale that our company has and that our team has built. And I want to talk about it in the terms of what it means to us and why does it matter. And the – it really falls into three different buckets. ***There's the operational bucket, there's also the building for the future and how do you manage risk.*** And so the ***allocation of capital is probably the most important thing that our team does and the most important thing that we do that creates success for the company. That's what drives our production growth and free cash flow. Also, we run a very large and stable ship. This allows us to balance risk and kind of plow through the volatility of our business.*** As we're drilling these wells, we try to create a virtuous learning cycle, where we are continuing to learn as we drill. And, yes, I know that you probably heard it in this conference that maybe that we are at the end of gains and efficiency and improvements. And I would tell you, I think, we're at an inflection point. And the inflection point is probably just as important as when I stood up here and described an inflection point of going from vertical drilling to horizontal drilling in Permian several years ago, there's also an inflection point in our business, where we went from -- into the Delaware Basin and our team described why we thought the rock in the Delaware Basin were some of the best rock we've seen anywhere and why we were accumulating assets in the Delaware. Well, that type of efficiency and technology comes out of the wells that we're drilling and I'm telling you, I think, we are at a new inflection point. We also in execution and scale, focus on building for the future, and the assets that we've accumulated and the size and scale of those assets, and finally, the ***management of risk is, basically goes into the category, it's always something. We've had periods in the past, where whether it's weather or sand or frac spreads, this is a volatile business. The size and scale helps us manage the risk of those business. I'll spend some time talking about that.*** | Statement of Fact<br><br>Opinion |
| 39 | 243 | 9/5/18; Barclays CEO | So managing risk. It's always something. And we've talked about weather delays, we've talked about sand, we've talked about frac spreads, we talked | No False Statement of Fact |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | Energy Power Conference | about gas plants that -- do we have enough gas plants to process all the gas. Our size and scale and the way we execute allows us to mitigate this kind of risk. Today what everyone wants to talk about is oil takeaway capacity coming out of the Permian. And this shows that we've been here before. We've seen the differentials blow up before. Our belief is that in a fairly short period of time, we will have excess takeaway capacity. And we think about takeaway capacity in two components. It's flow assurance and then the pricing that you receive. Because of our size and scale and our execution, we're not worried about flow assurance. Our oil is going to move. We're putting the infrastructure and the collection pipe systems and things like that. We have the relationships with the larger midstream companies. So it's just a matter of commodity price. And we've aggressively hedged our Mid-Cush differential to provide a bridge to this, what we believe will the excess capacity is coming to the Permian. We also believe that the Permian will be a preferential place to price a barrel in the future. And so we're managing to that end. At the same time, I will tell you, as the company has grown, our *philosophy of having a portfolio approach to mitigate risk* is going to apply to this as well. You'll see Concho crude going in three different directions basically to Cushing, to Houston, to Corpus Christi, there are four directions, and to refineries that are within the Permian itself. And our oil being priced at a number of different pricing points in a portfolio kind of basket without necessarily having to take space or buy space on a pipe. And I think that's what our size and scale does for us. | Opinion |
| 40 | 243, 245 | 9/5/18; Barclays CEO Energy Power Conference | So this *inflection point that I was talking about is driven by manufacturing mode.* And we increasingly are approaching developing our properties, not only from four different dimensions basically, there's a horizontal dimension, the vertical dimension, the sequencing between zones and the timing of what some in the industry call mowing the grass. *So you do this to minimize the pressure syncs that create parent/child relationships between wells. This is the future of our business.* And this transition to this style of development is just as important, I believe, as the transition we went through for horizontal drilling. | Opinion Forward-Looking Statement |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | | *This is going to be a value creator and it optimizes recoveries, optimizes economics and reduces stranded wells.* | |
| 41 | 247 | 9/5/18; Barclays CEO Energy Power Conference | *So as we drill these wells, we don't – we're not stamping out wells. Every one of these areas is – the rock is different and what we're going for is precision. And we are collecting a lot of information.* This is just one example of – when you look over the past several years and you look at lateral length, what the average lateral length for the company has done, the stages per well for the company, what that's done, but then you look at the productivity. And you can see that we've been increasing the lateral length, we've been increasing the stages, but you can also notice that they kind of plateaued out in 2018. We have found the length that, we think, is optimal for these projects that we're drilling today. But look what's happening to the productivity of our wells. And this is an example of why that productivity continues to go up. This is the geo model for the Mabee area. That was driven a lot by fiber optics and by seismic. But I'm telling you, we've got a geo model like this for every area that we're drilling and it allows us, you probably can't see it on the screen, but the package is out there. *You can see what the predrill well plan was. And then as we had this information, and we were using real-time information to steer the well, how it helped us guide the well into the best rock, it allowed us to drill a 13,000-foot well with 1 drill bit. And so this kind of geo model is what we're using in every one of our areas to continue to increase the productivity and efficiency of the wells.* So I really think, I mean, if you heard at this conference that the shale in the Permian is kind of reaching the end of the efficiency gain cycle, I completely disagree with that. I think that this transition to this type of development mode for the companies that can do it will continue to drive better and better productivity. | No False Statement of Fact<br><br>Opinion |
| 42 | 249 | 9/5/18; Barclays CEO | Analyst: Sure, I'll kick it off. Tim, you mentioned several times that growth and free cash flow is the name of the game for the next 10 years, and I feel like your | No False |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Energy Power Conference | messaging has always been very clear that growth is an output, not an input of how you view activity. But given what you think investors are willing to pay for, given increased investor demand for free cash flow and discipline, how are you thinking about balancing those two with the combined larger entity? And what is your preference for the pecking order on return of capital?<br><br>Leach: I thought you're supposed to be my friend and ask easy questions. Those are great questions. How do we think about capital allocation? And it hasn't really changed that much. And we -- we will roll the RSP assets into an already great machine. And so it starts with projecting what your cash flow is going to be and that involves our hedging strategy and forecasting. But, I think, going forward, we're going to have a conservative commodity price deck. Even in the face, I think, of strengthening commodity prices, we'll use a conservative approach that we will target generating free cash flow. And then we redeploy and allocate that on the highest rate of return projects. And I can tell you more and more those projects are going to be multi-well pads. We started out a few years ago that it was 2, 3, 4 wells a pad. *We're right now – this is probably the extreme example, but the Dominator project in Lea County, New Mexico, is 23 wells being drilled by 7 rigs all at the same time on 1 section of land. That's probably going to be the most aggressive multi-well pad that we drill.* Probably going forward, a normal development will be 8 to 12 wells per pad. So that kind of capital efficiency would generate free cash flow for us. | Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 43 | 253 | 10/30/18; Q3 2018 Earnings Release | *Oil production is expected to grow more than 25% from fourth-quarter 2018 to fourth-quarter 2019. Further, Concho's planned activity level is expected to drive two-year crude oil and total production compound annual growth rates of 30% and 25%, respectively, from 2018 to 2020.* Importantly, disciplined capital allocation and high-margin oil growth is expected to drive strong free cash flow generation and improving ROCE in 2019 and 2020. | Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| 44 | 255 | 10/30/18; Q3 2018 Earnings Release | *We have been disciplined over the last several years – generating free cash flow, prudently growing oil production, reducing our cost structure and building for the future with accretive acquisitions and strategic portfolio management. These efforts position us well for the next stage of our company, which includes delivering high-margin oil growth and initiating a return-of-capital strategy to our shareholders. We are a growth company, and our platform for delivering growth, demonstrating the benefits of scale and enhancing shareholder value, has never been better."* | No False Statement of Fact<br><br>Puffery<br><br>Opinion<br><br>Forward-Looking Statement |
| 45 | 258 | 10/31/18; Q3 2018 Earnings Call | Analyst: That makes a lot of sense. Then lastly, Tim, on your prepared remarks, and certainly in some of your comments earlier, doesn't sound like you're too concerned about upcoming service cost. Kind of sounds like maybe perhaps it'll stay in line. I know I've asked you about this in the past, would you think about -- I know I've talked to some others that are locking in some rigs on a bit longer-term contracts. People seem to be a little more concerned may be on rig inflation than they are on fracs here and then, let's call it, for 2019, could you all maybe just address the drilling or it's completion side. Any concerns you might have there?<br><br>Leach: No, I think *the drilling side of our business is one of the best parts of our business.* And I think *the way we have approached that in the past will continue.* I mean, you can see that it doesn't require that much of a growth in rigs to accomplish all the future, not just for 2019 and 2020, but beyond. So, by *drilling longer laterals and the spacing we're using, the efficiency and all that, you can get a whole lot more done.* And we do have rigs that now are on six-month contracts or one-year contracts, but *we do have kind of a portfolio approach on that, but I don't think you should expect us to – any change in strategy based on what we're seeing today.* | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 46 | 259 | 10/31/18; | **Analyst:** Got it. And perhaps for Will, with the understanding that you guys are | No False |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Q3 2018 Earnings Call | still in the relatively early stages of large-scale development, are there any generalizations you can make regarding efficiencies, gain or challenges experienced? I know that you guys recently talked about sequencing and timing in your Barclays presentation.<br><br>*Giraud:* Sure. I mean, we continue to experiment with different completion designs, timings, spacing. There's still a lot of learning to be done there. But I mean, *early benefits, I think you see it in '19 and '20 program and you see it in the confidence of making these average projects sizes bigger over time. We like what we're seeing. We like the benefits we get of efficiency with our vendors of concentrating that much activity in one spot. And we like the results we're getting out of them. So more to come.* | Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 47 | 260 | 10/31/18; Q3 2018 Earnings Call | **Analyst:** I want to kind of take another run at that theme that Derrick had on his last question. So, as you guys are transitioning to these larger-scale pads, are there – the efficiencies, I think you guys have done a good job explaining, and I think the market's on top of that. But are there any challenges that are emerging, either ones that you anticipated or ones that you didn't anticipate that could lead to some nonobvious outcomes either in your CapEx profile quarter-to-quarter or your production ramp?<br><br>**Harper:** Sure. *Yes, these large- scale projects, they really emphasize planning and planning ahead. And our team has done a good job of that.* I think we're out in front, out here in the industry on this. So, yeah, there are midstream considerations, there's water delivery, there's water disposal, there's a lot of considerations, but – which typically can require up to a year of planning. And again, *our team's doing a great job in managing that. And so, while there are challenges, we're up to it. And that is why we're increasing the percentage of capital towards this kind of projects.* | No False Statement of Fact<br><br>Opinion |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| 48 | 262 | 10/31/18; Q3 2018 Earnings Call | **Analyst:** There continues to be a lot of discussion about impacts of bounded versus unbounded well productivity on these pads in the Permian. What are you guys seeing on that front? And I guess how are you contemplating kind of parent-child relationships in the plan you've laid out? And how might that evolve as you think about moving more and more to these larger-scale projects?<br><br>**Giraud:** Sure. ***Big drivers on going to these large-scale projects are: one, we think maximizing the resource by minimizing the impact of the parent-child effect; and then also getting the benefits on the capital side from efficiency.*** So those are kind of the two big drivers behind going to project development. ***As it relates to kind of what we're seeing compared to what we're expecting, we have built our type curves and our internal modeling based upon the results we have seen here. So I think everything we've seen has been consistent with what we were expecting and is baked into that outlook that we're talking about for '19 and '20.***<br><br>**Analyst:** Okay. And do you have a kind of estimate of how you think about or how your programming in the relationship between single-well pad development versus multi-well pad development in that parent-child relationship?<br><br>**Giraud:** Yes. ***We definitely bake that into all of our plans and our forecast.***<br><br>**Analyst:** Is that something you'd be willing to share.<br><br>**Leach:** It's different by zone and different by area. And it's extremely complicated. And we're developing a program to minimize it. I'm not sure that any company in any location can completely eliminate that because you always have edges of your leases and things like that. But I think ***with our asset base and the big blocky nature of our assets and the way we're prosecuting our development program, we're in the best position to kind of minimize that effect. And we think we have it estimated very well.*** | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | | |
| 49 | 266 | 2/19/19; Q4 & FY 2018 Earnings Release | Concho's updated outlook for 2019 reinforces the Company's commitment to generating shareholder value at all points in the cycle. Capital spending for 2019 is expected to be between $2.8 billion and $3.0 billion, representing a 17% reduction at the midpoint compared with the Company's prior capital guidance. Additionally, the Company's base plans for 2020 entail maintaining a consistent level of investment compared with 2019. Prioritizing capital discipline and moderating activity enhances Concho's free cash flow outlook, capital efficiency and financial flexibility.<br><br>Approximately 94% of the 2019 capital program will be allocated to drilling and completion operations. The Company's activity will be primarily focused on large-scale manufacturing projects across Concho's portfolio and will keep the Company on track to deliver the value creation benefits of the RSP Permian, Inc. ("RSP") acquisition. **Concho's planned activity for 2019** is expected **to deliver oil growth of 26% to 30%**, and the base plan for 2020 is **expected to drive a two-year oil compound annual growth rate of 23% (from 2018 to 2020).**<br><br>For first-quarter 2019, Concho expects production to average between 300 MBoepd and 306 MBoepd, and lease operating expense per Boe to average between $6.30 and $6.50. Additionally, Concho expects capital expenditures to total between $825 million and $875 million.<br><br>Detailed guidance for 2019 is provided under "2019 Guidance" below. The Company's outlook for 2019 and 2020 excludes acquisitions and is subject to change without notice depending upon a number of factors, including commodity prices, industry conditions and other risks described under "Forward-Looking Statements and Cautionary Statements." | Opinion<br><br>Forward-Looking Statement |
| 50 | 268 | 2/19/19; | At December 31, 2018, Concho's estimated proved reserves totaled 1.2 billion | No False |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Q4 & FY 2018 Earnings Release | Boe, compared to 840 million Boe at year-end 2017. The Company's proved reserves are approximately 63% oil and 37% natural gas. Proved developed reserves totaled 824 MMBoe, or 69% of total proved reserves. | Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |
| 51 | 270 | 2/20/19; 2018 Form 10-K | **Multi-well pad drilling and project development may result in volatility in our operating results.**<br><br>*We utilize multi-well pad drilling and project development where practical.* Project development may involve more than one multi-well pad being drilled and completed at one time in a relatively confined area. Wells drilled on a pad or in a project may not be brought into production until all wells on the pad or project are drilled and completed. Problems affecting one pad or a single well could adversely affect production from all of the wells on the pad or in the entire project. As a result, multi-well pad drilling and project development can cause delays in the scheduled commencement of production, or interruptions in ongoing production. These delays or interruptions may cause declines or volatility in our operating results due to timing as well as declines in oil and natural gas prices. Further, any delay, reduction or curtailment of our development and producing operations, due to operational delays caused by multi-well pad drilling or project development, or otherwise, could result in the loss of acreage through lease expirations. | No False Statement of Fact<br><br>Opinion |
| 52 | 271 | 2/20/19; 2018 Form 10-K | At December 31, 2018, our 1,187 MMBoe total estimated proved reserves consisted of approximately 63 percent oil and 37 percent natural gas. We have assembled a multi-year inventory of horizontal development and exploration projects across our operating areas.<br><br>*** | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | **Delaware Basin.** At December 31, 2018, we had estimated proved reserves in this area of 674 MMBoe, representing 57 percent of our total proved reserves. During the year ended December 31, 2018, we commenced drilling or participated in the drilling of 281 (171 net) wells in this area, and we completed 239 (136 net) wells that are producing. | Statement |
| 53 | 275 | 2/20/19; Q4 & FY2018 Earnings Call | **Harper: *Operationally, things are proceeding as planned.*** During the fourth quarter, we ran 34 rigs, one of the largest programs in the basin. ***We continued to advance our style of returns-centric development, which focuses on large-scale and multi-well projects across our asset base.*** <br><br> ***Our project results continued to demonstrate the prudence of this approach, which mitigates parent-child impacts, drives operational efficiencies and maximizes the long-term value of our investments.*** | No False Statement of Fact <br><br> Opinion |
| 54 | 277 | 2/20/19; Q4 & FY 2018 Earnings Call | But certainly, I think what ***we're pleased by is that as we moved into this large-scale project development, we're seeing the results we expect***, and it's enabling us to do some pretty interesting things from testing and continuing to understand the best way to do it. | No False Statement of Fact <br><br> Opinion |
| 55 | 278 | 2/20/19; Q4 & FY 2018 Earnings Call | Sure, I mean, while it's still early, it's been a ***slow evolution for us into these larger and larger project sizes.*** I'll just say we're obviously ***very pleased with what we're seeing and in terms of what we're expecting to see, and I think we also doubled down on the necessity of doing it this way and that this is the better way to do it.*** I'm modestly optimistic with over measured in periods and years, we will continue to find more efficiencies out of doing it that way, ***in addition to just the base reasons to do it around mitigating parent-child*** | No False Statement of Fact <br><br> Opinion <br><br> Forward-Looking Statement |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | | *impacts, things like that.* | |
| 56 | 280 | 2/20/19; Q4 & FY 2018 Earnings Call | **Analyst:** Okay. And – but I guess what I'm asking is what is it about 2020 that's going to make that performance even if the commodity assumption is lower? Is it just this continued push towards bigger and bigger projects and longer laterals, sort of what are some of the variables there?<br><br>**Harper:** Sure, I mean, our focus will be on the most efficient deployment of our capital under any circumstance, and that is further highlighted the lower the commodity prices, and I think it's actually an opportunity for us to differentiate ourselves. ***But you're right, it's making our investment better through large project development, lateral placement within the zones, well spacing, all of the small knobs that can now be turned to increase efficiency.*** | Puffery<br><br>Opinion<br><br>Forward-Looking Statement |
| 57 | 283 | 3/4/19; Raymond James Institutional Investors Conference | Analyst: Could you speak of -- what don't you know about well spacing and sand loading?<br><br>Harper: Sure. So the question was, what do we not know about well spacing and sand loading, and there's always a lot to learn. ***I think we're at an advantage because we've drilled more wells than anybody else and have empirical data to look at.*** And also, we study what our peers do. I'll tell you what we do know about sand loading is we have reached diminishing returns in some of our areas and even seen sand loading come down. So economically, when you can spend less and get a similar result, it increases the rate of return, so that's positive. ***Our well spacing, it's an extremely complicated multivariable equation that does take a lot of time to fully understand. I would remind people that we have historically been pretty conservative on the way we've accounted for inventory and well spacing, and I'm thankful that, that's been our view up till now.*** | No False Statement of Fact<br><br>Opinion |
| 58 | 285 | 4/30/19; | Production for first-quarter 2019 was 29.6 million barrels of oil equivalent | No False |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Q1 2019 Earnings Release | (MMBoe), or an average of 328 thousand Boe per day (MBoepd), an increase of 44% from first-quarter 2018 and 7% from fourth-quarter 2018…. … Net loss for first-quarter 2019 was $695 million, or ($3.49) per share, compared with net income of $835 million, or $5.58 per share, for first-quarter 2018. Excluding certain non-cash and special items, first-quarter 2019 adjusted net income was $144 million, or $0.72 per share, compared with adjusted net income of $149 million, or $1.00 per share, for first-quarter 2018. During the quarter, Concho generated adjusted EBITDAX of $755 million, compared with $570 million for first-quarter 2018. | Statement of Fact |
| 59 | 286 | 4/30/19; Q1 2019 Earnings Release | The Company successfully started production on nine projects during first-quarter 2019, including the Dominator, Eider and Jack projects in the Delaware Basin as well as the Mabee project in the Midland Basin. | No False Statement of Fact |
| 60 | 287 | 4/30/19; Q1 2019 Earnings Release | During first-quarter 2019, Concho averaged 33 rigs, compared to 34 rigs in fourth-quarter 2018. The Company is currently running 29 rigs, including 20 rigs in the Delaware Basin and nine rigs in the Midland Basin. Additionally, the Company is currently utilizing eight completion crews. | No False Statement of Fact |
| 61 | 288 | 4/30/19; Q1 2019 Earnings Release | Second-quarter 2019 production is expected to be 316 MBoepd to 322 MBoepd. The Company increased full-year 2019 total production growth guidance to 23% to 27%, reflecting first-quarter 2019 outperformance and strong execution of a disciplined capital program. Additionally, the Company increased full-year 2019 oil production growth guidance to 27% to 31%. | No False Statement of Fact Opinion Forward-Looking Statement |
| 62 | 289 | 4/30/19; Q1 2019 | We are delivering exceptional performance across our portfolio as we execute on our clear strategy to drive sustained, differentiated oil growth, free cash flow and | No False Statement of Fact |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | Earnings Release | corporate returns. Results for the first quarter of 2019 reflect our focus on large-scale development, controlling costs and generating solid returns on strategic investments, as demonstrated by the Oryx sale. During the quarter, we completed several important projects ahead of schedule, driving increased production that exceeded the high end of our guidance range. Given our strong start to the year, we are raising our full-year production growth outlook while maintaining our capital expenditure guidance. Our high-quality assets and returns-driven approach position us to extend our track record of enhancing value for shareholders. | Opinion<br><br>Forward-Looking Statement |
| 63 | 290 | 4/30/19; Q1 2019 Earnings Release | In the Delaware Basin, excluding the New Mexico Shelf, Concho added 23 wells with at least 60 days of production as of the end of first-quarter 2019. The average 30-day and 60-day peak rates for these wells were 1,817 Boepd (73% oil) and 1,647 Boepd (72% oil), respectively. These wells were drilled to an average lateral length of 9,125 feet. | No False Statement of Fact |
| 64 | 292 | 5/1/19; Q1 2019 Earnings Call | Thanks, Michelle, and good morning. Last quarter, we talked about the efficiency of our operations and the economic advantages of execution and scale. It seems like today the entire industry is focused on the Permian, and how good execution and scale creates value. We are very familiar with this theme.<br><br>For as long as you've known as we've focused on building our execution machine and that's driven by core assets, the team that executes, prudent capital allocation, and a strong balance sheet.<br><br>*Our focus paid off for us last quarter.* We exceeded the high-end of our production guidance with strong oil volumes. *Production for the quarter also benefited from strong early production out of our latest projects, including the Dominator,* Eider and Mabee, as well as outside operated volumes. With solid cost control and production ahead of expectations, we also delivered strong | No False Statement of Fact<br><br>Puffery<br><br>Opinion |

| CS No. | CC ¶ | Date; Source | Challenged Statement | Reasons Not Actionable |
|---|---|---|---|---|
| | | | financial performance. As expected, our capital investments, which are front-end loaded this year, exceeded operating cash flow during the quarter.<br><br>Importantly, *we're on track to deliver on the $2.8 billion to $3 billion capital program we laid out last quarter, and we have increased our estimates for oil production in 2019.* | |
| 65 | 293 | 5/1/19; Q1 2019 Earnings Call | We raised our annual production growth outlook to account for the outperformance in 1Q as well as continued strong performance across the portfolio. At the midpoint, we increased our full-year oil production guidance to 29%. Relative to the 2-year outlook provided in February, we've clearly made a lot of progress and have a great deal of confidence in that plan. *Full-field development* is *an important contributor to our momentum.* This approach *is all about optimizing spacing, timing and drilling and completion techniques to maximize program economics and recoveries*. | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 66 | 294 | 5/1/19; Q1 2019 Earnings Call | Sure. I mean, there is a lot going on. As you think about the different phases of the shale cycle, the discovery, the delineation and now development. I think there is maybe a misconception that you've reached development stage and so you know the answer, and that's definitely not the case. We continue to learn from all these projects, *and so using the Dominator one, just because it's a good example, that is our most extreme version of activity in a single-square mile and also some of the more dense spacing we've tested. And so -- the teams did a fantastic job on that bringing that project and a couple of these other large ones this quarter and putting them on production actually ahead of schedule.* So we are continuing to figure out how to concentrate that much activity in one spot in the most efficient manner possible. We're continuing to play with spacing and also landing zones, and we're still continuing to tinker with combinations of different landing zones and our whole completion design. So there is a lot -- there is still a lot to learn, but I think, at the same time, you've | No False Statement of Fact<br><br>Opinion<br><br>Forward-Looking Statement |

| CS No. | CC ¶ | DATE; SOURCE | CHALLENGED STATEMENT | REASONS NOT ACTIONABLE |
|---|---|---|---|---|
| | | | got a really competitive business that competes for investor capital *and so I think that's the exciting thing about what we've been able to do and are going to continue to do is deliver really compelling returns while continuing to learn.* | |
| 67 | 295 | 5/1/19; Q1 2019 Earnings Call | It's going to range depending on where you are in the basin and also the zone you're drilling. On that one, we drilled at almost 50% more densely than kind of our - where we typically look at resource booking in that zone. So we will watch - we haven't hit for a, kind of, critical 60 days of production where we included that'll be next quarter's batch of wells to talk about, but *certainly returns look pretty good for us.* | No False Statement of Fact<br><br>Puffery<br><br>Opinion |
| 68 | 296 | 5/1/19; Q1 2019 Earnings Call | Analyst: I'm curious, we all know this -- the beat-on production, some of that was attributed to the non-op activity, which you've discussed. Can you give a little bit more color on sort of the timing beats that you've experienced relative to the initial assumptions and then considering you raised your guidance, which seems to sort of just give credit for the 1Q beat. Do you not necessarily believe that those time lines are achievable through the rest of the year and I guess, how does that frame -- how you think that you could be improving your efficiency as you head into 2020?<br><br>Harper: *I'd say the beat in the first quarter, which was pretty significant, was a combination of a couple of things,* the non-op that we've highlighted, also *getting a couple of these very sizable projects on ahead of schedule.* And so, there was something a little unique to the quarter maybe in that. But, I mean, underlying all of that is, *we continue to see really strong results across our portfolio. And so, I think, that's what gave us the confidence to raise the overall annual guidance.* | No False Statement of Fact<br><br>Opinion |