## APPENDIX B

### DEFENDANTS' EXHIBITS LIST - MOTION TO DISMISS

| Exhibit | Exhibit Description | CC Ref. ¶ |
|---|---|---|
| 1 | Concho Resources Inc.'s Q4 2017 Earnings Call Transcript, dated February 21, 2018 ("Q4 2017 Call Tr.") | 184–86, 188–91, 193–94 |
| 2 | Concho Resources Inc.'s Q1 2019 Earnings Call Transcript, dated May 1, 2019 ("Q1 2019 Call Tr.") | 291–96 |
| 3 | Transcript of Concho Resources Inc.'s presentation at the Barclays CEO Energy Power Conference, dated September 5, 2018 ("9/5/18 Pres. Tr.") | 239–40, 242–43, 245, 247, 249 |
| 4 | Transcript of Concho Resources Inc.'s presentation at the Raymond James Institutional Investors Conference, dated March 4, 2019 ("3/4/19 Pres. Tr.") | 282–83 |
| 5 | Transcript of Concho Resources Inc.'s presentation at the Citi Global Energy and Utilities Conference, dated May 15, 2018 ("5/15/18 Pres. Tr.") | 222–25 |
| 6 | Concho Resources Inc.'s 2017 Form 10-K, dated February 21, 2018 ("2017 10-K") | 180, 182 |
| 7 | Concho Resources Inc.'s Form 8-K, dated February 20, 2018 ("2/20/18 8-K") | 167–71, 174, 176, 178 |
| 8 | Transcript of Concho Resources Inc.'s presentation at the Raymond James Institutional Investors Conference, dated March 5, 2018 ("3/5/18 Pres. Tr.") | 196–97, 199, 201 |
| 9 | Concho Resources Inc.'s Investor Presentation, dated March 28, 2018 ("3/28/18 Call Tr.") | 205–09 |
| 10 | Concho Resources Inc.'s Q1 2018 Investor Presentation, dated May 1, 2018 ("Q1 2018 Deck") | 220 |
| 11 | Concho Resources Inc.'s Q2 2018 Earnings Call Transcript, dated August 2, 2018 ("Q2 2018 Call Tr.") | 229–31 |

| Exhibit | Exhibit Description | CC Ref. ¶ |
|---|---|---|
| 12 | Concho Resources Inc.'s Q2 2018 Investor Presentation, dated August 1, 2018 ("Q2 2018 Deck") | 233–34 |
| 13 | Concho Resources Inc.'s Q4 2018 Earnings Call Transcript, dated February 20, 2019 ("Q4 2018 Call Tr.") | 273–75, 277–78, 280 |
| 14 | Concho Resources Inc.'s FY 2019 Form 8-K, dated October 30, 2018 ("10/30/18 8-K") | 251–53, 255 |
| 15 | Concho Resources Inc.'s Form 8-K, dated February 19, 2019 ("2/19/19 8-K") | 264–66, 268 |
| 16 | Concho Resources Inc.'s Q3 2018 Earnings Call Transcript, dated October 31, 2018 ("Q3 2018 Call Tr.") | 257–60, 262 |
| 17 | Concho Resources Inc.'s 2018 Form 10-K, dated February 20, 2019 ("2018 10-K") | 270–71 |
| 18 | Concho Resources Inc.'s Form 8-K, dated April 30, 2019 ("4/30/19 8-K") | 285–90 |
| 19 | Concho Resources Inc.'s Q2 2019 Earnings Call Transcript, dated August 1, 2019 ("Q2 2019 Call Tr.") | 302–04 |
| 20 | Concho Resources Inc.'s Q4 2019 Earnings Call Transcript, dated February 19, 2020 ("Q4 2019 Call Tr.") | 316 |
| 21 | Transcript of Concho Resources Inc.'s presentation at the Barclays CEO Energy Power Conference, dated September 4, 2019 ("9/4/19 Pres. Tr.") | 309 |
| 22 | Concho Resources Inc.'s Form 8-K, dated July 31, 2019 ("7/31/19 8-K") | 298–300 |