# Exhibit 1

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ4 2017 Earnings Call Transcripts
## Wednesday, February 21, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.45 | 0.66 | ▲46.67 | 0.70 | 1.91 | 2.09 | ▲9.42 | 3.45 |
| Revenue (mm) | 720.51 | 780.00 | ▲8.26 | 766.50 | 2526.85 | 2586.00 | ▲2.34 | 3413.32 |

Currency: USD
Consensus as of  Feb-21-2018 1:58 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2017 | 0.30 | 0.49 | ▲1 63.33 % |
| FQ2 2017 | 0.43 | 0.52 | ▲2 20.93 % |
| FQ3 2017 | 0.26 | 0.45 | ▲3 73.08 % |
| FQ4 2017 | 0.45 | 0.66 | ▲4 46.67 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

unit, which includes LOE, G&A and interest expense, were down 16% as compared to 2016. During last year, we refinanced a substantial portion of our long-term debt and lowered our annual interest expense.

Regarding our balance sheet, we've never been in a better position. In 2017, we achieved investment-grade credit ratings and enhanced our credit position by lowering absolute leverage and improving our cost of capital. We're right in the middle of our comfort zone for leverage. A strong balance sheet increases our flexibility and puts us in a position to deliver differentiated performance within cash flow over the long term. Over the last few years, our transition to large-scale, multi-well projects has been an important development that will continue to drive growth, innovation and efficiencies.

Here's an update on some of our recent projects. In the Northern Delaware, the Vast and Winward projects are demonstrating great early success. The Vast is made up of 7 1-mile wells in the Wolfcamp sands and shale, and the Winward includes 8 2-mile wells in the Avalon Shale. These projects have produced an aggregate 3 million barrels made up of 71% oil in the first 4 months of production.

Our latest projects in the Southern Delaware and Midland Basins look to build upon that success. In the Southern Delaware, our original 8-well project design expanded to 10 wells in order to optimize the development pattern and recoveries of the 3rd Bone Spring, Wolfcamp A and Wolfcamp B zones. It's a great example of being able to seed real-time science into the development machine and adapt accordingly. The average lateral length for the project is 9,700 feet. We now have sufficient production history to provide you with an average 30-day peak rate for the project of 26,000 BOEs per day.

In the Midland Basin, the 13-well, 2-mile Mabee Ranch project is online as well. This project tests multi-zone development and key spacing assumptions for our core position within our portfolio. We're excited by the early production results with a 24-hour current peak rate of approximately 15,000 BOEs, which is made up of 85% oil, with oil rates continuing to climb. While we've operated in the Midland Basin for a long time, we're also at the forefront of applying new technology to further advance completion techniques and ultimate recovery. The Mabee Ranch project includes 3 wells with fiber optic monitoring. The application of this technology generates both real-time and long-term feedback that enables our team to make modifications with big implications for maximizing value, and this knowledge is transferable to other parts of our portfolio.

As we look to 2018, our total capital investment is expected to be $2 billion, with 93% allocated for drilling and completion activity. This level of investment is expected to grow oil approximately 20%. Importantly, approximately 2/3 of our development capital will be directed to large-scale, multi-zone projects. To capitalize on our scale advantage and reduce operational risk across the supply chain, we are sourcing sand from several regional mines in the Permian and have secured last mile transportation logistics.

Around this time last year, we've provided the 3-year plan to reinvest our cash flow and grow production at a compounded rate of 20%. We delivered in a big way in 2017 and are rolling forward that plan to 2020. By continuing to reinvest our cash flow, we expect to grow production at a compounded rate of 20% between now and 2020. This outlook is cash flow breakeven in each year at oil prices in the low to mid-50s.

Our 2018 capital program and 3-year outlook are consistent with the way we run our business for the last 10 years. The growth we set out to achieve is the output of reinvesting in our high-margin, high-quality assets.

We ended the year on a strong note and start 2018 with a great deal of momentum. We have so much opportunity before us, and our assets provide a solid platform for scalable growth. By delivering strong, consistent execution and managing our business with discipline, we are in the best position to build long-term value for our shareholders.
And with that, we'll now open up the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Doug Leggate of Bank of America Merrill Lynch.

Our next question comes from the line of Arun Jayaram of JPMorgan.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Arun Jayaram from JPM. Tim, first question is regarding portfolio management. You outlined, I think, $1.4 billion in kind of proceeds over the last couple of years. I was wondering if you could comment on how recurring a program this could be and other opportunities you could have perhaps to bring inventory that is at the end of your queue and realize that in terms of cash. And what does the near-term outlook look like for more asset trades like the one you did with the integrated oil company?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes. I think -- as I outlined, I think that it's a major part of our strategy. As the company grows, and I talked about our drilling program getting more sophisticated, the asset quality just continues to get better. So I think trading into longer development -- longer lateral developments, bigger blocks, higher ownership, those types of trades are ongoing. And I can't remember the number we did in the last quarter, but it was a shockingly high number of trades. It's just kind of the blocking and tackling of our business. Selling out of areas, the number that you referred to, I still think that, that will continue. Some of that was the ACC pipeline and how we monetize that. Creating value for our shareholders through our asset position in the Permian Basin, I think, is something we're going to continue to do.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Great. And just my follow-up, Tim, you mentioned the ACC pipeline monetization. You do sit here with about a 24% or so interest in Oryx. I would suspect there's probably a lot of industry interest in that asset. What are your plans on a go-forward basis with that investment in the Oryx system?

**Timothy A. Leach**
*Chairman of the Board & CEO*

We're really happy with that investment. We think it gets more valuable every year. And so as you know, we don't manage that asset. That's -- that was an investment in a company that built the pipeline. But similar to ACC, it's an investment that we'd be happy to hold long term, and we'll also be happy to sell it. So it's one of those opportunities to create more value.

**Operator**

Our next question comes from the line of John Freeman of Raymond James.

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

As you guys look to further capitalize on your scale, with roughly 65% of activity targeted at these large-scale, multi-well projects, just trying to get a sense of kind of how you all think about kind of optimizing the size of these projects. Looks like they're getting a little bit bigger than they were last year. If that trend just sort of continues, how do you think about optimizing the number of wells that you would have on one of these types of projects?

**Jack F. Harper**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President*

Sure, John. It's a work in progress. As you've seen over the last few years, they have increased in size and scale, and that's all part of the process to determine in which areas, what the optimal size project is to attempt to maximize rate of return and the drainage in those areas. So a work in progress, but the size and scale is moving up.

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

And then just my follow-up question, with you all -- you cited that you all's got about 50% of your 2018 sand volume sourced in-basin. Is that kind of mix that you're kind of happy with long term? Or do you kind of anticipate that increasing over time?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes, John, I think that's going to go up over time. The whole capability of those mines are just starting to come on now and in the second quarter, and so I think it will be a growing part of our portfolio.

**Operator**

Our next question comes from the line of Scott Hanold of RBC Capital Markets.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

My first question is, obviously, you guys have demonstrated your ability to produce free cash flow at low prices. And obviously, at current strip prices, that generation continues to increase. How do you -- what are your current thoughts? And I think I asked this one last quarter, but I'd like to see where you guys are thinking about this now. What are your thoughts with regards to what to do with that excess free cash flow as that cash balance builds if commodity prices stay high?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes. I'm going to give you a very high-level answer and then maybe go down a little bit more in the weeds. But in my comments, I talked about how the increase in commodity prices had been choppy in the fourth quarter and how we're -- positioned ourselves to take advantage of that. So I think being able to demonstrate free cash flow generation over a long period of time, that's something we've done, something we're striving to do more of. But we also did a lot of other things. We improved our balance sheet. I think for the long term, having a strong balance sheet is going to be a real strategic advantage for us. I would like to see our balance sheet further strengthen. But clearly, when you look out, we talk about decades of growth and work and things like that. And as we become more and more efficient, we create a really efficient cash generation machine. And when we started this company a decade ago, we talked about would it be possible to deliver private equity types of returns for public shareholders, like we did for the decade when we were private. If you look back on the -- when we were private, we delivered high 20s kind of compounded rates of return. When you look at the last decade now that Concho is a public company, we've kind of done that. And the value proposition has been through our development machine and also through our focus on the Permian Basin and consolidation. And so I think when somebody buys Concho, they're buying into that value proposition. Now at some point in time when you look down the road, you can see how much cash flow we're going to generate. And I think when we get in the mode of starting to return capital to our shareholders, it will be in the form of a new value proposition. It won't be just a nominal type of return of capital, but it will be something that you say, okay, I get it. This is how these guys are going to create value going forward. And so that's kind of how I'm thinking about it right now.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. I appreciate that, and we look forward to more on that in the future. And my follow-up question, I like the aspect of talking about your inventory is premium and the returns that you can generate. Just broadly speaking, can you give us some color, when you look at your resource base today versus where it was a year or 2 ago, how have those returns changed? So, i.e., how the improvements in drilling techniques and capital costs improved that premium inventory you guys have right now?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Well, the inventory has grown, but the quality of the inventory has improved. Having that much inventory that you can actually generate the kind of capital efficiency that grows the value of your company dramatically, I mean, that's been achieved through this asset portfolio management. And our portfolio of inventory, even though it roughly has the same number of drilling opportunities it had a couple of years ago, the quality of that inventory is much, much higher.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Great. Great. And just, I mean, specifically, would you say that the Permian piece of it has, say, doubled from where it was a couple of years ago? Or what kind of scale do we have? Do you have a sense of that?

**Jack F. Harper**
*President*

Yes, Scott, it's up significantly. And it's all the things Tim mentioned. It's the long laterals, it's the completion optimization and that's what you want to see, and that's what we've seen.

**Operator**

Our next question is from the line of Michael Hall of Heikkinen Energy Advisors.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

I guess I was curious on the updated, new outlook through 2020. You guys have provided a similar outlook in the past. You commented that it will deliver free cash flow in the low to mid-50s. I'm just curious if there's any way to quantify that free cash flow at a given price so we can get a little better calibration around what the capital side of the equation looks like.

**Jack F. Harper**
*President*

No. I mean, I don't think -- I think we'll let you put that through your model. But I think it's just a demonstration of the power of the asset base to do that, and we'd like for you to calibrate that.

**Timothy A. Leach**
*Chairman of the Board & CEO*

And I'd like to reemphasize that we don't have targeted growth here. It's -- we're managing our capital program for efficiency, and we're just putting that 3-year outlook out there so you can just see what the results of the current capital efficiency we see today.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

Okay. Understood. I guess as a follow-up to that, is there any way or any kind of color or commentary you could wrap around how big of an increase in activity profile, be it rigs or completed well counts, that is anticipated within that program?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I would say the rig count doesn't go up that -- it grows but doesn't go up that much. The number of stages and the footage drilled goes up dramatically. I don't know if you want to put in more -- Jack is shaking his head no, so that's all you get on that.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

All right. I guess as an unrelated follow-up, the -- you had some commentary around kind of portfolio management in the trades and kind of asset-level commentary, but you do have a pretty attractively valued stock. What are your views on corporate deals at this point? There is quite a bit of spread, if you will, between the valuation of some of the public entities in the Permian. How do you view that? And any interest in that market at this point?

**Timothy A. Leach**
*Chairman of the Board & CEO*

I mean, we said before that we think consolidation makes a lot of sense in the Permian from an operational efficiency standpoint. Now we also said before that corporate deals are complicated and more difficult to execute, and therefore, there's fewer of them. We're really focused on the blocking and tackling of our business. We've got numerous smaller type of transactions that, in the aggregate, make a huge difference to our business. So I think we'll be a -- we're focused on the Permian, we'll be a participant in the consolidation. But we have a very high standard and a high bar for how do you improve on this business plan. So I think that's -- that will be one of your takeaways.

**Operator**

Our next question is from the line of Bob Brackett of Bernstein Research.

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

You talked about sort of 2/3 of your activity being large-scale pads, 80% being multi-well pads. Can you talk for a minute about those single-well pads and those smaller-scale pads? What is that activity doing for you? And what's the level going to look like, say, 2 years from now?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes. Jack, you want to...

**Jack F. Harper**
*President*

Sure. In general, it's testing new concepts, holding acreage. But as we move forward, we think the percent of large project development will only increase, but it will never be 100% of our capital allocation. There will always be some amount of capital for maintaining leases, testing new concepts, et cetera.

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. And a quick follow-up, the 170,000 net acres you're carrying in the Midland, that's the same number you were carrying previously, but now you've added Mabee Ranch at 60,000. How do I reconcile the number now?

**Jack F. Harper**
*President*

The way to think about that is we're focused on the core, and so that's where the acreage will core up. To the extent things are not in the core, we're less concerned about them.

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.