# Exhibit 2

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ1 2019 Earnings Call Transcripts

## Wednesday, May 01, 2019 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.75 | 0.72 | ▼ (4.00 %) | 0.86 | 4.10 | 6.89 |
| **Revenue (mm)** | 1055.19 | 1104.00 | ▲ 4.63 | 1160.59 | 4945.64 | 6051.16 |

Currency: USD
Consensus as of May-01-2019 1:37 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2018** | 0.95 | 1.24 | ▲1 30.53 % |
| **FQ3 2018** | 1.03 | 1.42 | ▲2 37.86 % |
| **FQ4 2018** | 1.12 | 0.94 | ▼3 (16.07 %) |
| **FQ1 2019** | 0.75 | 0.72 | ▼4 (4.00 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning, and welcome to Concho's First Quarter 2019 Earnings Call. The company's earnings release and corporate presentation are available on its website. And the company plans to file its Form 10-Q today after market close. [Operator Instructions] Participants on today's call will be forward-looking statements based upon current expectations. They are subject to risks and uncertainties. Forward-looking statements and other disclaimers are provided in the earnings release and presentation. The company's comments today also may refer non-GAAP financial measures. The appropriate reconciliation are included in the company's earning material.

On today's call is Tim Leach, Concho's Chairman and CEO, along with President, Jack Harper; Chief Operating Officer, Will Giraud; and members of Concho's member -- senior management team.

Following prepared remarks, there will be a question-and-answer session. Please limit yourself to 1 question and 1 follow-up.

Now let me turn the call over to Chairman and CEO, Tim Leach. Sir, please go ahead.

**Timothy A. Leach**
*Chairman of the Board & CEO*

Thanks, Michelle, and good morning. Last quarter, we talked about the efficiency of our operations and the economic advantages of execution and scale. It seems like today the entire industry is focused on the Permian, and how good execution and scale creates value. We are very familiar with this theme.

For as long as you've known as we've focused on building our execution machine and that's driven by core assets, the team that executes, prudent capital allocation, and a strong balance sheet.

Our focus paid off for us last quarter. We exceeded the high-end of our production guidance with strong oil volumes. Production for the quarter also benefited from strong early production out of our latest projects, including the Dominator, Eider, and Mabee as well as outside operated volumes. With solid cost control and production ahead of expectations, we also delivered strong financial performance. As expected, our capital investments, which are front-end loaded this year, exceeded operating cash flow during the quarter.

Importantly, we are on track to deliver on the $2.8 billion to $3 billion capital program we laid out last quarter, and we have increased our estimates for oil production in 2019.

The Permian continues to dominate global activity and represents the most economic source of supply growth in the world. The attention on the Permian, a renewed focus for some, reinforces the importance of being low-cost with high-quality scale. It also validates the strategic rationale for the moves we made in 2018, which included the RSP acquisition and numerous strategic trades. Our business development and asset teams are working on a new slate of trades as we continue to value only large, blocky tracks of operated acreage with high working interest.

This is one of the most exciting times in the history of Concho. The building blocks of our strategy have been validated by the entire industry. It's not surprising to me that so much attention is focused on the Permian and consolidation in the basin. We've understood from the beginning that we are stewards of our shareholders' capital. And we believe that we have built a company that will be a winner for our shareholders under any scenario.

With that, I'll turn it over to Jack and take you through the details.

**Jack F. Harper**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As you guys progress through these larger scale projects, can you discuss, is there anything that you're learning from them regarding the spacing or configuration or just general? How you go about those that have changed as you get through these? So what learnings have you gotten that you're going to apply going forward?

**Jack F. Harper**
*President*

Sure. I mean, there is a lot going on. As you think about the different phases of the shale cycle, the discovery, the delineation and now development. I think there is maybe a misconception that you've reached development stage and so you know the answer, and that's definitely not the case. We continue to learn from all these projects, and so using the Dominator one, just because it's a good example, that is our most extreme version of activity in a single-square mile and also some of the more dense spacing we've tested. And so -- the teams did a fantastic job on that bringing that project and a couple of these other large ones this quarter and putting them on production actually ahead of schedule. So we are continuing to figure out how to concentrate that much activity in one spot in the most efficient manner possible. We're continuing to play with spacing and also landing zones, and we're still continuing to tinker with combinations of different landing zones and our whole completion design. So there is a lot -- there is still a lot to learn, but I think, at the same time, you've got a really competitive business that competes for investor capital and so I think that's the exciting thing about what we've been able to do and are going to continue to do is deliver really compelling returns while continuing to learn.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Just specifically on that, I mean, have you found what you've seen on some of the initial results. I think Dominator was in some of the closer space. What have you specifically seen in that compared to the wider space? What is the most optimal?

**Jack F. Harper**
*President*

You know, it's going to range depending on where you are in the basin and also the zone you are drilling. On that one, we drilled it almost 50% more densely than kind of our where we typically look at resource booking in that zone. So we want to watch -- we haven't hit the kind of critical 60 days of production and we've included that will be the next quarter's batch of wells to talk about, but certainly returns look pretty good for us.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

And then just one clarification on CapEx, I mean, obviously it's a big discussion point today. But it does sound like you've got some flexibility to and obviously manage the non-op piece with your better efficiency on your operated activity to reach the budget, is there a chance that you guys would say dip a little bit into -- or cut into operated activity later in the year? And if you had a comment on like what oilfield service inflation might do to that given what the industry is doing at these higher oil prices?

**Jack F. Harper**
*President*

Sure, Scott. We are already contemplating paring back our operated activity to land that budget. The result being a little bit of a normal cadence of activity as we head into next year, but I think, more importantly, the plan we've laid out over the 2-year period that spends roughly our cash flow or less this year, and we see a big inflection to free cash flow next year remains intact and in fact, we're more confident in that today.

**Operator**

And our next question comes from the line of Derrick Whitfield with Stifel.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Derrick Lee Whitfield**
*Stifel Financial Corp.*

Perhaps for Tim or Jack. Over the last several weeks, gas egress has become a topical discussion among the Permian producers in light of recent Waha prices. While gas is a relatively insignificant component of your revenue stream, could you comment on how you position Concho to mitigate risk? And how you might respond to this phase with negative netbacks for a period exceeding 1 or 2 months?

**Jack F. Harper**
*President*

Sure, Derrick. Just to start with, we have a slide in here that kind of shows our breakdown of our revenue, and you see that natural gas, the dry gas portion is less than 5% of our revenue. But we do need to move it. And like last year, when we were talking about crude and we talked about firm sales agreements with our large providers, the same holds true for gas and we are in constant communication with those large providers and feel comfortable that we will be able to move the gas. So we do not see that as a factor to slow down our plan this year.

**Derrick Lee Whitfield**
*Stifel Financial Corp.*

Great. And then as my follow-up, perhaps for Will. Asking really a follow-up on Scott's earlier question regarding learnings and conclusions, as you guys look at optimal project size, pad size, how are you thinking about that now post Dominator?

**C. William Giraud**
*Executive VP & COO*

Yes, I mean, I don't think that Dominator is a determining point. Like I said, if you watched us for a long time and so you've watched us as we've transitioned into this project development where we started small, started drilling 2 well pads, 3 well pads, and then [ 2-2 ] well pads into a project and so on. We've kind of highlighted, the Dominator was an effort to kind of jump a couple of steps down the line and see if running 7 rigs at a square mile, where do you see inefficiences and how can you go attack those. And so I do think that the average project size in the Delaware, particularly will be something less than that. It will be for us today probably in that 8 to 10 to 12 range, in the Midland Basin, maybe a little bit bigger. Just because of the initial rates out of those wells and trying to size those facilities from an economic kind of return standpoint. But that would be kind of one of the big learnings, but there are a whole lot more.

**Operator**

And our next question comes from the line of Michael Hall with Heikkinen Energy.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

Yes, I'm just curious if you'd be willing to provide maybe just some additional guidance around expectations for capital in the second quarter? Just given the heavier spend rate in the first quarter, I think to the extent you'll be willing to give us something to hold onto for the second quarter could be helpful?

**Jack F. Harper**
*President*

This is Jack. Yes, what you should expect, Will mentioned that our rig count averaged 33 in the first quarter and we are at 29, on our way down. So it will be less, but it will certainly be the second highest quarter of capital for the year, but then tailing down throughout the rest of the year.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

That's helpful, on the trajectory, and then, I was also curious just you had very strong first quarter results, obviously, the 2Q guide was more in line, I'd say with what kind of speed expectations have been. And yet

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.