# Exhibit 3

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# Company Conference Presentation

**Wednesday, September 05, 2018 2:45 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Question and Answer

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Sure, I'll kick it off. Tim, you mentioned several times that growth and free cash flow is the name of the game for the next 10 years, and I feel like your messaging has always been very clear that growth is an output, not an input of how you view activity. But given what you think investors are willing to pay for, given increased investor demand for free cash flow and discipline, how are you thinking about balancing those two with the combined larger entity? And what is your preference for the pecking order on return of capital?

**Timothy A. Leach**
*Chairman of the Board & CEO*

I thought you're supposed to be my friend and ask easy questions. Those are great questions. How do we think about capital allocation? And it hasn't really changed that much. And we -- we will roll the RSP assets into an already great machine. And so it starts with projecting what your cash flow is going to be and that involves our hedging strategy and forecasting. But, I think, going forward, we're going to have a conservative commodity price deck. Even in the face, I think, of strengthening commodity prices, we'll use a conservative approach that we will target generating free cash flow. And then we redeploy and allocate that on the highest rate of return projects. And I can tell you more and more those projects are going to be multi-well pads. We started out a few years ago that it was 2, 3, 4 wells a pad. We're right now -- this is probably the extreme example, but the Dominator project in Lea County, New Mexico, is 23 wells being drilled by 7 rigs all at the same time on 1 section of land. That's probably going to be the most aggressive multi-well pad that we drill. Probably going forward, a normal development will be 8 to 12 wells per pad. So that kind of capital efficiency would generate free cash flow for us. And your question on the balance between...

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Yes, in terms of the different options, either paying down debt or instituting a dividend, buybacks, how are you thinking about any of those?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes, I think, I'm very proud of what we've done with our balance sheet. I would still like to see further deleveraging of our balance sheet. So the first place, I think, free cash flow, it's going to go is to delever the balance sheet. And I don't have a specific target to communicate, but -- and we've talked about wanting to be less than 1.5x our cash flow or EBITDA on the leverage scale, we're there already, I'd really like to be less than 1x. And so I think some degree of deleveraging will be what we will work on. And then it gives us a great opportunity. I think as you look into '19, '20 and beyond, the amount of free cash flow that we generate in addition to the growth we produce will continue to grow. And I think over that time frame, sitting down with our shareholders, those shareholders that are going to be there for the next decade with us and talk about what combination of dividend, cash -- stock buyback or cash build make you most comfortable that we're building value in our company, that's the kind of conversation I want to have with those shareholders.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Questions from the audience? They're bringing the mic to you.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.