# Exhibit 4

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# Company Conference Presentation
## Monday, March 04, 2019 2:50 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

And then last but not least, we sold some assets. If you look at the Western side of the Delaware Basin below where it says Delaware Basin on the left-hand side, you don't see those in the right-hand chart, that was part of an asset package that we sold. And that type of activity of rightsizing our assets, bringing value forward for properties that we don't see near-term development on, is going to be an ongoing part of our business. So you should just expect to see that type of activity as we go forward. And when you collectively look at the last 3 years, we have monetized about $1.5 billion worth of assets which have been used to strengthen our balance sheet and to buy additional nearby assets.

The quality of our inventory, I spoke to earlier, is as important as anything that we can talk about. And I want to start on the left side of the page here, just looking at the reserve growth. You can see it was a significant year for reserve growth, largely in part to RSP but also again, the organic growth through the drill bit. When we think about our proved developed F&D cost to the cost to bringing on these barrels, somewhere in the low double digits is where we've been and where we expect to be going forward and potentially even below that. And that should continue to drive the cost structure down over a long period of time. On the right-hand side of the page, looking at the high-quality of premium resource which we defined as greater than a 35% rate of return, you can see 2/3 of our inventory falls in that category. But when you look at the aggregate rate of return out of that 2/3, it's more like 70%. And so recognizing that is a half-cycle return, but if you invest large amounts of capital in those types of returning investments, you will start to see incremental bottom line returns to the business. I do think projecting forward that we'll start to talk about this part of our inventory more in a project-style basis so that you will be able to understand that we have multiple decades worth of very high-quality projects to drill within our assets.

This slide is probably the one I'm most proud of, especially in light of the conversations going on today, including a front-page article this morning in the Wall Street Journal speaking about parent-child relationships. If you go back and look a couple of years ago at Concho's materials, we talked about the move back then to large-scale development, and it was to mitigate the parent-child issue. It's not to do away with it, that can't be done, but to mitigate it. And in a year like 2018, where we increased our capital to 2/3 of an allocation to large-scale projects, you see continued increases in productivity like we saw in 2018. The payoff is on the right-hand side of the page here at 20% increase in productivity. And that's in light of the higher capital allocation to large-scale projects and in light of an equilateral length and even a decreased intensity on the completion.

So why is that? The reason is technology, and it's well placed within the zone. It's completions. It's all the small knobs that we can turn from now going forward to continue to make the asset better.

Again, I've already mentioned financial strength twice I think, and I can't talk about it enough because it's very important to the company, it always has been. I mentioned that we've come a long way in our leverage debt-to-EBITDA range, but I think we still have some work to do to make it completely bulletproof, and we plan to do that. But when you think about the things that have happened in the last 18 months of the company, including becoming investment-grade by all 3 agencies, it truly has lowered our cost of capital, we've been able to bring our average coupon rate down about a percentage point while pushing the maturities out almost 10 years from just 2 years ago. So that's beneficial, most certainly.

Another part about our financial strategy that I wanted to mention was our hedging program. We hedged pretty mechanically. We look out over the next couple of years at the end of each quarter and hedge our PDP production, and that's not attempting to make a call on price, it's attempting to keep a level capital program over the next 18 to 24 months.

We also, this quarter, have initiated our first dividend, and that's memorializing the way we've been behaving. And it's also the beginning of a commitment to return additional capital to our shareholders.

Let's talk just for a moment about 2019. We just updated our capital budget a couple of weeks ago with the quarterly conference call. And really, what we did for 2019 and the reason it changed from October, when we put out an initial outlook, is because the commodity price fell significantly between the 2 periods.

In October, November, we were looking at a strip that was mid- to high 60s. Today, we're obviously looking at a strip that's about $10 below that. So by setting a budget at around $50 a barrel where we can deliver our dividend and our capital budget within cash flow and see increasing amounts of cash flow into the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.