# Exhibit 5

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO Company Conference Presentation

## Tuesday, May 15, 2018 1:45 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Robert S Morris**
*Citigroup Inc, Research Division*

[Audio Gap] presentation this morning. Very pleased to have Will Giraud, with Concho presenting. And as you know, we have a buy rating on Concho. There were in quite a lot about them in what's occurring in the Permian Basin. So with that, I'm going to go ahead and turn it over to Will, he's going to make a short presentation, and then we'll open it up for Q&A.

**C. William Giraud**
*Executive VP & COO*

Okay. Can everybody hear me if I talk without the microphone? Appreciate you guys having this conference. It's always fun to come to Boston, certainly appreciate all the support over all the years. I think, the Concho story is generally well known. I see a lot of faces that I recognize, and so I may not talk a whole lot about the company and just presume that people have a pretty good background knowledge. But I'll talk a little bit, maybe here at first, about what's going on with the company, and then we can transition to Q&A.

We, obviously, just reported our first quarter, and so the company's base business is really doing well. I think the first quarter was probably one of the best quarters we've had, financially, operationally and from a transaction standpoint. And so just looking at the quarter for a minute, very prolific, very high continued growth, especially oil-driven continuing to spend underneath our cash flow. I think it's either 10 out of the last 11 or 11 out of the last 12 that we have spent within our after-tax cash flow and been able to still grow at kind of a greater than 20% annual compound rate on the oil side. So the base business is doing well. The big thing that's going on in the business is this transition to development mode, and we've talked a lot about that. There's a lot of industry conversation around what that means, what that looks like. There's different terms, tanks, cubes, everybody has a little bit different definition. But for us, it means getting to what we think is the optimal development plan, recognizing that you're learning all the time, but trying to decide what the right spacing is, which is generally 8 across in the different zones, and really getting in, and both big multiwell pads and stringing together multiple multiwell pads into even larger projects, simultaneously developing a square mile. Simultaneously both from a -- in the same horizontal zone, but also vertically. And so we've talked a lot about these big multiwell pad projects. We've highlighted how we're doing them, both in the Midland Basin and in the Southern Delaware and also in the Northern Delaware. The projects that we've talked the most about, that have the most kind of age on them are the Mabee project up in the Northern Delaware -- sorry, the Northern Midland, where we drilled 13 wells on a single half-mile section to 5 different zones, and we've talked a lot about the challenges of that. I think industry generally agrees that's a better way to do it, but you have to have a very sizable balance sheet and technical team, a big enough productive base to work through those challenges. The challenges of -- that's the best way to do it, but it can be challenging getting up the learning curve. And I think we're fortunate to have kind of learned along the way and evolve from first drilling a 2-well pad and then a 3-well pad and then 2 2-well pads together. So we've been building up to this kind of larger-scale development mode, and we're very excited about what we're seeing. And I think that's the power of what are causing things like the first quarter and the results we had there. The other big thing going on at Concho is we are -- we've talked a lot about active portfolio management. And I think we did more in the first 90 days this year than most companies would do in a whole year. We highlighted 3 things. We sold a couple hundred million dollars of assets in the Southern Delaware Basin. Those were generally noncontiguous, low-working interests. They had expirations, and they were just kind of truly that noncore. We're very focused on, when you have an inventory of our size, trying to find value for things in the back quarter of the inventory. And so we're willing to sell noncore assets when necessary. We also completed a very large asset exchange with an integrated major, where we traded out of a 32,000-acre checkerboarded position in Culberson County and picked up a bunch of assets we really coveted in the Midland Basin and then also up on the New Mexico Shelf that are highly complementary to our existing acres and then, in some cases, were actually incremental working interest in things we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Unknown Analyst**

Can you maybe provide more color, I think you guys had like $2 billion of synergies, how [ should we be thinking about that ] ? Or is it [ well ] cost savings [indiscernible] ?

**C. William Giraud**
*Executive VP & COO*

I think we created a little noise by -- and confusion maybe by calling it all synergies. I think people define synergies differently. I think a lot of people view it more narrowly and would say, the synergies eliminated redundancy. And so you don't have 2 management teams, synergy. You can eliminate other cash and G&A type items, synergy. You can use Concho's lower cost of capital applied to their debt structure and eliminate costs there. So we identified kind of $60 million of annual, more narrowly defined synergies, which if you annualize that and PV that back at some level, it's something north of $0.5 billion. The other piece of that $2 billion that we were talking about, maybe ought to be better described as value creation. It's how we're going to develop their assets differently and in a much more efficient manner. It's a couple of big things that drive it. It's drilling 2-mile wells instead of 1-mile wells. It's developing their assets where you're developing the whole resource all at one time and not creating any depletion on their child well issues by doing it. It's an acceleration. It's bringing the Concho machine on there and getting to their assets faster. So there's huge value creation from doing that, and we tried quantifying it. There's a slide, I can't remember if it's, I think it's 16, if anybody has the deck. But we've tried to show just from 1 zone the present value uplift in bringing this kind of manufacturing-style mode to their asserts, and we think you can get there on that alone. There's a whole bunch of other things that I don't know how you quantify, but we ultimately, will develop their assets with our assets. I mean, the Midland Basin there's significant portions that are contiguous. So over time, you'll see us drill wells from legacy Concho acreage onto RSP acreage and more efficiently develop our existing position. Over time, you'll see this active portfolio manage this swap machine that I was talking about earlier. We're going to put their assets into that larger swap machine and both use Concho assets as currency to bolt on to their position, but also, probably, use some of their position to trade with offset operators, to continue to block up. So I don't know how you, with a straight face, quantify those benefits, but they're very real, and they're going to be significant. But that's all just kind of in excess of that $2 billion value creation number we put out there.

**Robert S Morris**
*Citigroup Inc, Research Division*

Will, as you look at the evolution of efficiencies in the Permian Basin, obviously, you're continuing to drill longer laterals, you're continuing to get more data and looking at 90-day and 180-day cumes. In some of these areas, you have up to 5 landing zones. You talked about 8 wells per unit. How much further do you have to go in optimizing the efficiencies in determining what is the optimum development scheme per unit here in being able to truly turn that into manufacturing mode and have a template going forward? And I know it's not one size fits all, all the acreage is different, but where do you think you are in that evolution? And maybe you could say we're, out of 9 innings, in the 5th or the 8th as far as all the learnings you're accumulating and just say, okay, this is the optimum way to go from this point forward?

**C. William Giraud**
*Executive VP & COO*

I think, we're -- from the areas that we're focused on, I'll turn to this slide where we've kind of highlighted the different major pad projects that we're doing in '18 and '19. And the takeaway, I hope, from that map is, we're doing that everywhere. We're doing it in the Midland Basin, the Southern Delaware and the Northern Delaware. And what's nice about the RSP assets and what really attracted us to them is, they are already assembled and ready for this style of development. I think you can look at this map and see that while we have big blocks in Northern Delaware, there's work to be done still up there consolidating the overall position. But we're in a relative light stage in terms of under -- we've kind of come through discovery, we've gone through delineation and now we're into development mode. And so in those different 3 main assets, we're there. But what I don't want to leave you with the impression is that we're not still learning. We did that fiber-optics project up on the Mabee Ranch, 13 well pad. And from that, we've learned some things that have caused us to tweak our completion design, actually make a little

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

bit lower costs. So we continue to learn and then can move those learnings around to the other basins quickly. And so there's still work being done, but I think what we're seeing is, we think we know. And so we think we know in the Midland Basin how you need to match up the optimal spacing development of the Middle Spraberry, the Lower Spraberry, the Wolfcamp A and the Wolfcamp B. And we think we know what the spacing needs to be in all those and how you ought to develop it. But -- so that specific example, I think, we're farther down the line. We're in a later stage of innings. But I think it's worth noting that there's still discovery and delineation work happening on our assets and around the Permian. I mean, just this last quarter, you saw RSP talk about the Jo Mill on their assets, and that's not a zone we've historically targeted, that's not part of that stack that I just talked about. So there's still discovery and delineation work happening. I think there's still opportunity. We've tried to kind of highlight a little bit how we're thinking about that. This last quarter we talked about multiple landings in the Bone Spring over in Eddy County. We've talked about multiple landings in the Bone Spring and Lea County before. So there's still discovery and delineation of additional resource and still at figuring out what the optimal kind of development stack is. I've never been very good at predicting the innings. I think we've historically been more conservative, and we're not very good at predicting additional operational efficiencies that we can gain out into the future. So...

**Robert S Morris**
*Citigroup Inc, Research Division*

But there's more innings, that's good.

**C. William Giraud**
*Executive VP & COO*

There's definitely more innings, there's no doubt about that.

**Robert S Morris**
*Citigroup Inc, Research Division*

Yes?

**Unknown Analyst**

The timeline to closure of the [indiscernible] now targeted in Q3.[indiscernible] with each one, what about [indiscernible] to shareholders [indiscernible].

**Robert S Morris**
*Citigroup Inc, Research Division*

[indiscernible] repeat the question for the webcast?

**C. William Giraud**
*Executive VP & COO*

Certainly. The question was just around kind of timeline to close on the RSP transaction. If you look at 13 over on the right, Megan has come up with a very handy timing update. And you can see, we've filed our S-4. We have achieved early termination of the Hart-Scott, the antitrust approval. And so what we're waiting on is the SEC approval of the Form 4, and then from that, you can mail your proxy and schedule your shareholder vote. And then assuming approval, you kind of close right on the backside of that. So still on that Q3 timeline.

**Robert S Morris**
*Citigroup Inc, Research Division*

Will, on the oilfield service cost side, and I know it's a little different situation, you're already running 20 rigs, you've locked in a lot of your services. And I know, starting out the year, you weren't expecting a lot of oil field service cost inflations, but for some of those that were, it seems like the inflation hasn't been there year-to-date. Do you have any perspective on sort of where services and supplies and cost inflation is in the Permian right now?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

big conversation. And I think, as we evolve into a bigger company, it's going to become an increasing part of that overall Concho value proposition.

**Unknown Analyst**

[indiscernible] gas prices [indiscernible] today for $70, being there next year [indiscernible].

**C. William Giraud**
*Executive VP & COO*

I don't have a tremendous amount of confidence in oil price. I think our only conviction is that there's going to be volatility, especially given the political backdrop. And so I think what you're seeing is some of that volatility. I think Concho, we're typically conservative, so we would have bet on volatility [indiscernible] just because that -- pessimists at times. But I think we will continue to see volatility. We certainly didn't budget for $70 oil. And if it hangs in there as we enter our budgeting process, I think the '19 budget for Concho is going to be really interesting and really important point, because it will be the first time that, I think, you'll truly see the power of the combination and the allocation of capital between the 2 assets. But at the same time, we're starting that process kind of right now, internally. And so you got to get some conviction around what your commodity price backdrop is going to be with -- oil just got to $70. It hadn't been there for very long. And so I think we'd like to see it stick around for a while and watch and see what the strip does, although it's been strip historically a terrible predictor.

**Unknown Analyst**

[indiscernible] You guys are switching to [indiscernible] So [indiscernible]

**C. William Giraud**
*Executive VP & COO*

Yes, Concho has become a pretty big ship from a production base. So we ought to be able to weather that lumpiness. But I don't really view it as a dramatic change to development mode. Like I said, it's kind of an evolution going from 2-well pads to 3-well pads to 6-well projects to 8-well. So I think there's been an evolutionary -- I don't think you can kind of see a switch get flipped. It's been a long time coming. We give quarterly guidance because of the -- trying to give visibility into our business. And so I think that, plus the annual guidance, is a good way. We try to be very thoughtful in kind of showing you how we get there on an annual basis. But I don't expect there to be some big step change and all that.

**Unknown Analyst**

Is there a time of year that Concho typically gives a yearend outlook, and doesn't the [indiscernible] change [indiscernible] ?

**C. William Giraud**
*Executive VP & COO*

I think sometime between closing and when we talked about it this year, which was in February, could be a good time to do it. But I don't think we've really decided when. But clearly, the earliest I can see us really starting to talk about the 2 companies combined would be at closing.

**Unknown Analyst**

Do you think [indiscernible] given your sensitivity to gas prices and your comments about incremental [indiscernible] Permian [indiscernible] an additional gap [indiscernible] assets pipeline coming online or people's willingness to underwrite that type of project?

**C. William Giraud**
*Executive VP & COO*

I mean, definitely. I mean, I think, again, we prize flexibility. And so having additional routes out of different markets, whatever we could do to kind of cause that to happen, we certainly would find a way to participate in some of the different projects. But I think a lot of them are going to get built. I think

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.