# Exhibit 6

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

or

o **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number: 1-33615**

## Concho Resources Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **76-0818600** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One Concho Center**<br>**600 West Illinois Avenue**<br>**Midland, Texas** | **79701** |
| (Address of principal executive offices) | (Zip Code) |

**(432) 683-7443**

(Registrant's telephone number, including area code)

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, $0.001 par value** | **New York Stock Exchange** |

Securities Registered Pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes o No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No o

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No o

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☑ | Accelerated filer o |
|---|---|
| Non-accelerated filer o (Do not check if a smaller reporting company) | Smaller reporting company o |
| Emerging growth company o | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes o No ☑

Aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter: $ 17,883,517,337

Number of shares of the registrant's common stock outstanding as of February 16, 2018: 149,067,852

**Documents Incorporated by Reference:**

Portions of the registrant's definitive proxy statement for its 2018 Annual Meeting of Stockholders, which will be filed with the United States Securities and Exchange Commission within 120 days of December 31, 2017, are incorporated by reference into Part III of this Form 10-K for the year ended December 31, 2017.

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

Various statements and information contained in or incorporated by reference into this report that express a belief, expectation, or intention, or that are not statements of historical fact, are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 (the "Exchange Act"). These forward-looking statements include statements, projections and estimates concerning our future financial position, operations, performance, business strategy, oil and natural gas reserves, drilling program, capital expenditures, liquidity and capital resources, the timing and success of specific projects, outcomes and effects of litigation, claims and disputes, derivative activities and potential financing. Forward-looking statements are generally accompanied by words such as "estimate," "project," "predict," "believe," "expect," "anticipate," "potential," "could," "may," "foresee," "plan," "goal" or other words that convey the uncertainty of future events or outcomes. Forward-looking statements are not guarantees of performance. We have based these forward-looking statements on our current expectations and assumptions about future events and their potential effect on us. These statements are based on certain assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments as well as other factors we believe are appropriate under the circumstances. Actual results may differ materially from those implied or expressed by any forward-looking statements. These forward-looking statements speak only as of the date of this report, or if earlier, as of the date they were made. We disclaim any obligation to update or revise these statements unless required by law, and we caution you not to rely on them unduly. While our management considers these expectations and assumptions to be reasonable, they are inherently subject to significant business, economic, competitive, regulatory and other risks, contingencies and uncertainties relating to, among other matters, the risks discussed in "Item 1A. Risk Factors" in this report, as well as those factors summarized below:

- declines in, or the sustained depression of, the prices we receive for our oil and natural gas;

- uncertainties about the estimated quantities of oil and natural gas reserves;

- the costs and availability of equipment, resources, services and qualified personnel required to perform our drilling, completion and operating activities;

- disruptions to, capacity constraints in or other limitations on the pipeline systems that deliver our oil, natural gas liquids and natural gas and other processing and transportation considerations;

- drilling, completion and operating risks;

- environmental hazards, such as uncontrollable flows of oil, natural gas, brine, well fluids, toxic gas or other pollution into the environment, including groundwater contamination;

- risks related to the concentration of our operations in the Permian Basin of southeast New Mexico and west Texas;

- risks associated with acquisitions, including liabilities associated with acquired properties or businesses and the ability to realize expected benefits;

- the effects of government regulation, permitting and other legal requirements, including new legislation or regulation related to hydraulic fracturing, climate change, derivatives reform or the export of oil and natural gas;

- the impact of current and potential changes to federal or state tax rules and regulations, including the Tax Cuts and Jobs Act;

- potential financial losses or earnings reductions from our commodity price risk-management program;

- difficult and adverse conditions in the domestic and global capital and credit markets;

- the adequacy of our capital resources and liquidity including, but not limited to, access to additional borrowing capacity under our credit facility;

- the impact of potential changes in our credit ratings;

- uncertainties about our ability to successfully execute our business and financial plans and strategies;

- evolving cybersecurity risks, such as those involving unauthorized access, denial-of-service attacks, malicious software, data privacy breaches by employees, insiders or others with authorized access, cyber or phishing-attacks, ransomware, malware, social engineering, physical breaches or other actions;

- uncertainties about our ability to replace reserves and economically develop our current reserves;

- general economic and business conditions, either internationally or domestically;

- competition in the oil and natural gas industry; and

- uncertainty concerning our assumed or possible future results of operations.

Reserve engineering is a process of estimating underground accumulations of oil and natural gas that cannot be measured in an exact way. The accuracy of any reserve estimate depends on the quality of available data, the interpretation of such data and the price and cost assumptions made by our reserve engineers. In addition, the results of drilling, testing and production activities may justify revisions of estimates that were made previously. If significant, such revisions would change the schedule of any further production and development drilling. Accordingly, reserve estimates may differ from the quantities of oil and natural gas that are ultimately recovered.

**1**

**PART I**

***Item 1. Business***

***General***

Concho Resources Inc., a Delaware corporation ("Concho," the "Company," "we," "us" and "our") formed in February 2006, is an independent oil and natural gas company engaged in the acquisition, development, exploration and production of oil and natural gas properties. Our core operations are primarily focused in the Permian Basin of southeast New Mexico and west Texas. The Permian Basin is one of the most prolific oil and natural gas producing regions in the United States and is characterized by an extensive production history, long reserve life, multiple producing horizons and enhanced recovery potential. Currently, the majority of the rigs running in the Permian Basin are drilling horizontal wells. Concho's legacy in the Permian Basin provides us a deep understanding of operating and geological trends. We are actively developing our resource base by utilizing extended length lateral drilling, enhanced completion techniques, multi-well pad locations and large-scale development projects throughout our four core operating areas: the Northern Delaware Basin, the Southern Delaware Basin, the Midland Basin and the New Mexico Shelf. Our strategy remains focused on development and exploration activities on our multi-year project inventory and pursuing acquisitions that meet our strategic and financial objectives.

***Business and Properties***

Our core operations are focused in the Permian Basin, which underlies an area of southeast New Mexico and west Texas approximately 250 miles wide and 300 miles long. Commercial accumulations of hydrocarbons occur in multiple stratigraphic horizons, at depths ranging from less than 1,000 feet to over 25,000 feet. At December 31, 2017, substantially all of our 840 MMBoe total estimated proved reserves were located in our core operating areas and consisted of approximately 60 percent oil and 40 percent natural gas. We have assembled a multi-year inventory of horizontal development and exploration projects across our four core operating areas.

**2**

The following table sets forth information with respect to drilling of wells commenced during the periods indicated:

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | 2015 |
| Gross wells | 311 | 249 | 361 |
| Net wells | 197 | 170 | 228 |
| Percent of gross wells drilled horizontally | 100% | 100% | 86% |
| Percent of gross wells: | | | |
|    Producers | 61% | 56% | 74% |
|    Unsuccessful | 1% | - | 1% |
|    Awaiting completion at year-end | 38% | 44% | 25% |
| | 100% | 100% | 100% |

### *Summary of Core Operating Areas*

The following is a summary of information regarding our core operating areas:

| | December 31, 2017 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Core Operating Areas | Estimated Proved Reserves (MMBoe) | % Oil | % Proved Developed | Total Gross Acreage (in thousands) | Total Net Acreage (in thousands) | 2017 Average Daily Production (MBoe per Day) |
| Northern Delaware Basin | 295 | 50% | 68% | 373 | 259 | 90 |
| Southern Delaware Basin | 127 | 72% | 62% | 146 | 94 | 27 |
| Midland Basin | 266 | 66% | 67% | 265 | 154 | 45 |
| New Mexico Shelf | 152 | 56% | 87% | 121 | 78 | 31 |
|    Total | 840 | 60% | 70% | 905 | 585 | 193 |

**Core operating areas**

*Northern Delaware Basin.* At December 31, 2017, we had estimated proved reserves in this area of 295 MMBoe, representing 35 percent of our total proved reserves.

The Northern Delaware Basin is characterized by a thick, resource-rich hydrocarbon column that lends itself to multi-zone development. We leverage leading-edge horizontal drilling and completion technologies, utilizing multi-well pad sites to develop multiple producing formations. Our activity has targeted the Avalon shale and Bone Spring and Wolfcamp formations at depths from 6,500 to 13,500 feet. We continue to test and develop additional landing intervals within these formations.

During the year ended December 31, 2017, we commenced drilling or participated in the drilling of 149 (78 net) wells in this area. Throughout 2017, we completed 126 (66 net) wells that are producing. Additionally in 2017, we abandoned 1 (1 net) well that was spud in 2014 and used to monitor offsetting well stimulations. During 2017, we continued (i) development and step-out activity targeting the Avalon shale, Bone Spring sands and Wolfcamp formation and (ii) to refine our completion techniques. During 2017, all of the wells we commenced or participated in drilling were drilled horizontally.

*Southern Delaware Basin.* At December 31, 2017, we had estimated proved reserves in this area of 128 MMBoe, representing 15 percent of our total proved reserves.

Across our Southern Delaware Basin acreage position, we primarily target the Bone Spring and Wolfcamp formations, which generally range from 8,000 to 12,500 feet in depth. We leverage leading-edge horizontal drilling and completion technologies, utilizing multi-well pad sites and extended lateral lengths, to develop these producing formations.

During the year ended December 31, 2017, we commenced drilling or participated in the drilling of 61 (38 net) wells in this area. Throughout 2017, we completed 53 (33 net) wells that are producing. Additionally in 2017, we spud 2 (2 net) wells that were subsequently abandoned due to mechanical issues. During 2017, we continued (i) development and step-out activity

targeting the Bone Spring sands and Wolfcamp shale and (ii) evaluation of our enhanced stimulation procedures of certain horizontal wells. During 2017, all of the wells we commenced or participated in drilling were drilled horizontally.

***Midland Basin.*** At December 31, 2017, we had estimated proved reserves in this area of 266 MMBoe, representing 32 percent of our total proved reserves.

Our primary objectives in the Midland Basin area are the Spraberry and Wolfcamp formations, which are typically encountered at depths of 7,500 feet to 11,500 feet. On our Midland Basin assets, we are developing these formations with horizontal drilling, utilizing multi-well pad sites and extended lateral development. We are also continuing to optimize well spacing, landing intervals and completion techniques.

During the year ended December 31, 2017, we commenced drilling or participated in the drilling of 58 (47 net) wells in this area. Throughout 2017, we completed 78 (49 net) wells that are producing. Additionally in 2017, we spud 1 (1 net) well that was subsequently abandoned due to mechanical issues. During 2017, all of the wells we commenced or participated in drilling were drilled horizontally.

***New Mexico Shelf.*** At December 31, 2017, we had estimated proved reserves in this area of 151 MMBoe, representing 18 percent of our total proved reserves.

Within this area our primary objectives are the Yeso, San Andres and Grayburg formations, with producing depths ranging from approximately 900 feet to 7,500 feet. During 2017, we continued our horizontal drilling of the Yeso formation.

During the year ended December 31, 2017, we commenced drilling or participated in the drilling of 43 (34 net) wells in this area. Throughout 2017, we completed 48 (39 net) wells that are producing. During 2017, all of the wells we commenced or participated in drilling were drilled horizontally.

**4**

- loss of title or other title related issues;

- delays and costs of drilling wells on lands subject to complex development terms and circumstances;

- oil, natural gas liquids or natural gas gathering, transportation and processing availability restrictions or limitations;

- limitations in the market for oil, natural gas and natural gas liquids; and

- limited availability of financing at acceptable terms.

In addition, the results of our exploratory drilling in new or emerging plays are more uncertain than drilling results in areas that are developed and have established production. Since new or emerging plays and new formations have limited or no production history, we are unable to use past drilling results in those areas to help predict our future drilling results. As a result, our cost of drilling, completing and operating wells in these areas may be higher than initially expected, and the value of our undeveloped acreage will decline if drilling results are unsuccessful.

***Multi-well pad drilling and project development may result in volatility in our operating results.***

We utilize multi-well pad drilling and project development where practical. Project development may involve more than one multi-well pad being drilled and completed at one time in a relatively confined area. Wells drilled on a pad or in a project may not be brought into production until all wells on the pad or project are drilled and completed. Problems affecting one pad or a single well could adversely affect production from all of the wells on the pad or in the entire project. As a result, multi-well pad drilling and project development can cause delays in the scheduled commencement of production, or interruptions in ongoing production. These delays or interruptions may cause declines or volatility in our operating results due to timing as well as declines in oil and natural gas prices. Further, any delay, reduction or curtailment of our development and producing operations, due to operational delays caused by multi-well pad drilling or project development, or otherwise, could result in the loss of acreage through lease expirations.

Additionally, infrastructure expansion, including more complex facilities and takeaway capacity, could become challenging in project development areas. Managing capital expenditures for infrastructure expansion could cause economic constraints when considering design capacity.

***Prolonged decreases in our drilling program may require us to pay certain non-use fees or impact our ability to comply with certain contractual requirements.***

Oil prices declined substantially during the second half of 2014 and continued to decline through 2016, but began to recover in 2017. In the event that oil prices declined for a sustained period, we may experience significant decreases in drilling activity. Due to the nature of our drilling programs and the oil and natural gas industry in general, we are a party to certain agreements that require us to meet various contractual obligations or require us to utilize a certain amount of goods or services, including, but not limited to, water commitments, throughput volume commitments, power commitments and drilling commitments. In the event that oil and natural gas prices decrease, and as a result continue to reduce the demand for drilling and production, this could lead to a decrease in our drilling activity and production levels, which could, in turn, require us to pay for unutilized goods or services or impact our ability to meet these contractual obligations.

***We may incur losses as a result of title defects in our oil and natural gas properties.***

It is our practice to initially conduct only a cursory title review of the oil and natural gas properties on which we do not have proved reserves. To the extent title opinions or other investigations prior to our commencement of drilling operations reflect defects affecting such properties, we are typically responsible for curing any such defects at our expense. Additionally, the discovery of any such defects could delay or prohibit the commencement of drilling operations on the affected properties. These impacts and other potential losses resulting from title defects in our oil and natural gas properties could have a material adverse effect on our business, financial condition and results of operations.

***Our operations are substantially dependent on the availability of water. Restrictions on our ability to obtain water may have an adverse effect on our financial condition, results of operations and cash flows.***

Water is an essential component of both the drilling and hydraulic fracturing processes. Historically, we have been able to purchase water from local land owners and other sources for use in our operations. Over the past few years, extreme drought conditions persisted in west Texas and southeast New Mexico. Although conditions have improved, we cannot guarantee what conditions may occur in the future. Severe drought conditions can result in local water districts taking steps to restrict the use of water subject to their jurisdiction for drilling and hydraulic fracturing in order to protect the local water supply. If we are unable to obtain water to use in our operations from local sources, we may be unable to economically produce oil and natural gas, which could have an adverse effect on our financial condition, results of operations and cash flows.