# Exhibit 8

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO Company Conference Presentation

## Monday, March 05, 2018 2:15 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

We think about execution strength and scale. Going back 6 years, really when horizontal drilling began in the Permian, Concho has drilled more horizontal wells than any of our competitors. And when we take that empirical data that we get from those wells and we combine it with evolving technologies, that really helps us get to the point quicker. And this manufacturing style of development that we've entered does not imply that we have all the answers, it simply implies that we're trying to maximize our rate of return in our resource, and technology is a big part of that.

Next is to talk about inventory. This is, again, a cumulative effect of 10 years of doing the same thing, running the same play. We built up a very large inventory that has decades worth of very high premium locations to drill. And when we say premium locations, we're talking about wells that have a minimum of 35% rate of return at $55 oil. That's the style of program we have this year, and we see multiple decades of that type of capital allocation embedded in our portfolio.

Third point there is this 20% growth CAGR over the next 3 years, I want to point out that, that is really an output of the reinvestment of our cash flow kind of in the low of mid-50s over the next 3 years. That's not a goal or a target, it's simply the output. So the answer may be 18%, it may be higher than 20%. It will be what it will be based on a disciplined allocation of our cash flow over that time period.

And then lastly, on financial strength, it's always been important to the company. But about 3 years ago, we've made a purposeful shift in our thinking. We've moved our goalpost, if you will, from 1.5 to 2x debt to EBITDA to 1 to 1.5x. We're now comfortably within that range and trending towards the more conservative end of that, which is where I think you want to be at a time in the cycle like we are right now.

Last year was a good year by all accounts for Concho. It's a good reflection of our execution capabilities. And just to hit a few highlights, we did grow our crude oil production 29%. When you strip out the benefits of any acquisitions that we made at the end of '16 or during 2017, that organically, was about a 23% growth rate. And importantly, we did it with a proved, developed F&D cost of under $9 a barrel. So a good, efficient use of capital there. We invested our cash flow as we described that we would, when we say that we're matching up our drilling and completion capital with our after-tax cash flow.

This next item of active portfolio management, we'll get into it here in a moment, but that's here to stay for Concho. And that's simply adding to our best areas, divesting of areas that we don't see near-term capital allocation. We did that last year, we started the year quickly this year as well.

And then finally, we did really fortify our financial position. We achieved an investment-grade rating during the year and really lowered our overall cost of capital.

And again, just looking at the numbers and the benefit of executing our plan, we checked all the boxes we set out to check. In addition, we expanded our resource, enhanced that cash margin and really high-graded the portfolio through more swaps and trades.

I really like this slide because I think it highlights this -- the benefits of reinvesting high-margin cash flow into high rate of return projects. So if you look at the left side of the page, it is production, you can see over this 5-year period, we've grown our oil production at a 20% compounded rate. And fortunately, we've been able to do that in a very effective and efficient manner, including the 29% growth this year.

But more -- the stat I'm more proud of is the numbers on the right side of the sheet, which is the controllable cash cost. They've come down very significantly over this couple of year period, as has our DD&A rate. And so they've both come down about 30% from 2015 to 2017. So to put numbers to that, back in 2015, if you took our controllable cash cost and added DD&A to it, that totaled about $40 a barrel. Looking forward and based on our guidance for '18, that's about $25 a barrel. So when you can take $15 a barrel out of the equation, that's what you have to do when prices fall quickly, but that's -- we have many of these items, especially in the controllable cash cost, that are here to stay, namely G&A and interest expense.

So active portfolio management. What I mean by that is threefold. It's we buy things in and around our best areas to enhance our ability to do this large-scale development. We sell assets that are not -- that we don't see near-term capital allocation to. And then increasingly, we're swapping assets with our neighbors

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to get out of each other's way, allow for more high-interest, long-lateral development over time. And since 2016, we've had about 100,000 acres net come in and go out. And what's not on this map that I'd like to -- I wish was, was what used to be on the map, it would become very intuitive to you how we've blocked up the acreage position to really allow for more opportunities for large-scale manufacturing.

This year is also off to a quick start. We've done 2 very key things. In first quarter, we completed the divestiture of some properties in Martin and Reeves County, for about $300 million. At the same time, we swapped some assets with a major oil company, where we got out of a checker-boarded position in Culberson County on the Western side of the Delaware and enhanced our Midland Basin and New Mexico Shelf assets.

So we just -- like I said before, that's here to stay. It's going to be a continued part of our business. And over the last couple of years, this type of activity has generated about $1.4 billion of proceeds to the company.

Let's talk for a moment about resource. The 2 things highlighted here on this page are our proved reserve growth. You can see it's been a nice progression over the last 5 years, including a 17% growth in reserves this year. I think importantly on reserves, 2 things. We've been doing it at increasingly strong finding and development cost. And secondly, we've increased the proved, developed portion of our reserves up to 70% from sub-60% not that long ago.

And then when you look at the right-hand side is the total resource, which is just a view of what we have in our inventory. It has grown substantially over time and including about a 25% bump this year. But more important than the 25% bump is the almost 40% bump in our premium inventory. We define, again, premium inventory as those projects that earn a greater than 35% rate of return at $55 oil and $3 gas. And I think more impressive than the -- that number and that threshold is that, that entirety of that premium inventory averages almost a 70% rate of return. So when you can put entire programs together for multiple years and even decades with those types of wellhead rates of return, you should see substantial increases to income and cash flow.

This is the putting our money where our mouth is slide, as I like to call it. There's a lot of conversation in the industry today about what future circumstance is needed for achieving cash flow neutrality and this kind of thing. What we're trying to show here is that over the last 2.5 years, we have underspent our cash flow by about $0.5 billion and we've grown our production 40% in that time period. So this is the way we like to operate, which is to just show through our actions. And I think we've done that here. We've been able to do that with a good asset base, with a disciplined execution and really sticking to the strategy that got us here.

Talked about the financial position. I think this is a good illustration of that. I said we've achieved investment-grade ratings and we've lowered our cost of capital. Here, you can see the comparison shows about $1 billion reduction in long-term debt, which has resulted in about $90 million of annual interest expense savings, which when you compound that almost $100 million into these high rate of return projects, that's a big benefit to the company. And this 1 to 1.5x debt to EBITDA range, again, I've said earlier we've achieved that. This is where we want to stay. That's where we plan to stay, barring a very quick fall in commodity price.

Here, let's talk about the 2018 budget for just a moment. And I'd like to start with the donut-looking charts on the left side. Well, first of all, before we go there, let me say you should expect more of the same in '18 as you saw in previous years from Concho. It's going to be a budget focused on reinvesting our cash flow and an increased percentage of capital going towards these larger-scale projects that we've been describing to you.

And so what's intended to be shown in these donut charts is really the diversity we have amongst our subbasins in the Permian. Those driver areas or the Midland Basin in both the Northern and the Southern Delaware. And you could see the balance between capital and rig allocation in both of those. We will drill about 80% of our wells this year on multi-well pads and about 2/3 of the budget will be in these large-scale projects, which are defined as 4 or more wells in a project area. So that 65% relates to something at around 50% or maybe even less in 2017.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And on this outlook, again, I can't emphasize enough. It is an output of our model, this outlook of 20% growth. And that's how we see the world today in the kind of low- to mid-50s and reinvesting our cash flow.

This is probably one of my favorite slides because it says so many things in a pretty simplistic way and it really describes some of the efficiencies that we've gained. And we get the question a lot: Have you reached diminishing returns or not? And slide, to me, is a great illustration of why we don't think we have, necessarily. And so let's just take each one.

If you look on the left, our average lateral length has moved up substantially from just over 5,000 feet a couple of years ago to over 8,000 feet last year. We're looking at a pretty similar number for 2018.

Next bar chart is looking at numbers they just completed but also the intensity of those stages. That's continued to increase over time.

And then the payoff is on the right side of the page, which is the average 90-day production rates at about 1,000 BOEs a day, which is up about 50% from just a couple of years ago.

So this is what we want to see. And I don't know if in the future, the changes will be this dramatic or not, but I do think there are many, many things we can continue to do on a smaller scale that will lead to big improvements over a longer period of time.

So manufacturing mode is a term we use. Other people call it cube development and there's other names as well. What we're trying to do is maximize the rate of return and the resource at the same time. And it's a work in progress, as you might guess. But some of the things that we're using as part of that is, clearly, technology. I said before, taking this empirical data, combining it with modern technology helps us get to, we think, a better answer faster.

I think the drilling synergies are well documented. Walking rigs and drilling in nearby proximity. Certainly on the completion site, not only are our zipper-style completions efficient and may be a more effective way to complete the wells, they're increasingly being priced in a preferential manner as well.

And then production optimization is speaking to this sizing out facilities not for maximum -- not necessarily for maximum production, but for a maximum return over a long period of time.

We've highlighted here on the left side of the page a couple of the upcoming large-scale projects and really just to show you that where some of them are. They're very dispersed amongst our asset base. And they are, in some cases, getting larger. We have a 20-plus well pad or project on here that we'll begin this year, but don't plan to see production until next year on that.

So continuing on the theme of active portfolio management, I wanted to highlight this Mabee Ranch in the Midland Basin. And I would call this one the evolution of a superblock. And I think this is evidence that you can continue to be very creative, even today, in putting together large blocky acreage in the core of the core.

And so the story of this one began in October of '16, when we bought a big asset from a private company based in Midland. We then, less than a year later, completed the bottom end of the ranch with a large independent. And then here in the first quarter, we filled in the remainder with a big trade with a major. So 3 different types of sellers and 3 different types of transactions, but it resulted in this very large, north-of-50,000-acre, contiguous block.

And you can see that when you compare our net acreage in the Midland Basin now, when you compare it with the pure-play Midland Basin companies, we're at the good end of the chart there in terms of net acres, and all primarily in the best areas. One thing about the Midland Basin is it is truly one of our asset that has morphed its way into almost exclusive 2-mile drilling and large project development. So it's running at a pretty efficient clip today.

So when I look back over the first 10 years of the company, we're proud of the production growth. We've grown the company compounded 30%. But to me, more importantly than the absolute growth in production is, on a debt-adjusted share basis, we've been able to grow at 23%. And we talk

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**CONCHO RESOURCES INC. COMPANY CONFERENCE PRESENTATION | MAR 05, 2018**

about production per debt-adjusted share because we think the correlation with that and share price appreciation is among the best that you can select. And over this same initial 10-year period, our share price grew at a compounded 27% in the first 10 years of the company.

And to further try to put our money where our mouth is, we have this metric along with cash flow -- or CapEx as a percentage of cash flow, are included in compensation metrics that we're graded on each year.

So in closing, I hope you see that we've built a company that we're proud of, that has -- gives us a lot of optionality. We continue -- we plan to continue to focus on execution, disciplined capital allocation amongst our different core assets. And we really hope that it result in an efficient, well-run company that helps define this winning model in the E&P business.
So with that, I appreciate your time. There may be a couple of questions here. I'd love to answer.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.