# Exhibit 9

Filed by Concho Resources Inc.
(Commission File No. 001-33615)
Pursuant to Rule 425 under the Securities Act of 1933, as amended
and deemed filed under Rule 14a-12 under the
Securities Exchange Act of 1934, as amended
Subject Company: RSP Permian, Inc.
(Commission File No. 001-36264)

MARCH 28, 2018: Concho Resources Inc. to Acquire RSP Permian, Inc.

The following is a transcript of an investor presentation that was given by Concho Resources Inc. on March 28, 2018.

## CORPORATE PARTICIPANTS

**Timothy A. Leach** *Concho Resources Inc.—Chairman of the Board & CEO*
**Jack F. Harper** *Concho Resources Inc.—President & CFO*
**William C. Giraud** *Concho Resources Inc.—Executive Vice President*
**Megan P. Hays** *Concho Resources Inc.—VP of IR & Public Affairs*
**Steven D. Gray** *RSP Permian, Inc.—Co Founder, CEO and Director*

## CONFERENCE CALL PARTICIPANTS

**Charles Arthur Meade** *Johnson Rice & Company, L.L.C., Research Division—Analyst*
**David Adam Deckelbaum** *KeyBanc Capital Markets Inc., Research Division—Director and Equity Research Analyst*
**David William Kistler** *Piper Jaffray Companies, Research Division—Research Analyst*
**Derrick Lee Whitfield** *Stifel Financial Corp.—MD and Senior Analyst*
**James Jan Sullivan** *Alembic Global Advisors—Director & Senior Analyst*
**Jeffrey Leon Campbell** *Tuohy Brothers Investment Research, Inc.— Senior Analyst of Exploration and Production, and Oil Services*
**John Christopher Freeman** *Raymond James & Associates, Inc., Research Division—Research Analyst*
**Joseph David Allman** *Robert W. Baird & Co. Incorporated, Research Division—Senior Research Analyst*
**Joshua Ian Silverstein** *Wolfe Research, LLC—Director and Senior Analyst of SMID Cap Exploration & Production*
**Michael Anthony Hall** *Heikkinen Energy Advisors, LLC—Partner and Senior Exploration and Production Research Analyst* **Michael Dugan**
**Kelly** *Seaport Global Securities LLC, Research Division—MD and Head of Exploration & Production Research*
**Neal David Dingmann** *SunTrust Robinson Humphrey, Inc., Research Division—MD*
**Nitin Kumar** *Deutsche Bank AG, Research Division—Research Analyst*
**Paul William Grigel** *Macquarie Research—Analyst*
**Richard Merlin Tullis** *Capital One Securities, Inc., Research Division—Senior Analyst of Oil and Gas Exploration and Production*
**Robert S Morris** *Citigroup Inc, Research Division—MD and Senior U.S. Oil and Gas Exploration and Production Analyst*
**Scott Michael Hanold** *RBC Capital Markets, LLC, Research Division—Analyst*

## PRESENTATION

### Operator

Welcome to the call related to the transaction announced this morning. My name is James and I'll be your conference operator for today's call. (Operator Instructions) This conference call is being recorded.

MARCH 28, 2018: Concho Resources Inc. to Acquire RSP Permian, Inc.

I'll now turn the call over to Megan Hays, Vice President of Investor Relations and Public Affairs. You may begin.

**Megan P. Hays** *Concho Resources Inc.—VP of IR & Public Affairs*

Thank you. Good morning. We appreciate you joining us on such short notice today. This morning we announced the acquisition of RSP Permian. The press release is available on our website. In addition, we will be speaking to some slides today and those slides are also available on our website. Joining me in Midland for today's call are Tim Leach, Chairman and CEO of Concho; Jack Harper, Concho's President and CFO; Will Giraud, Concho's Executive Vice President. We are also joined today by Steve Gray, RSP's cofounder and CEO. Following our prepared remarks, we will be happy to take some questions. Please note that we will make forward-looking statements based on current expectations this morning. The risks associated with forward-looking statements and other disclaimers are in the press release and beginning on page 2 of the slide. We incorporate those by reference for today's call. Now let me turn the call back over to Tim.

**Timothy A. Leach** *Concho Resources Inc.—Chairman of the Board & CEO*

Thanks, Megan, and good morning, everyone. Thanks for joining us. I'm excited to announce that we have signed a definitive agreement to acquire RSP in an all-stock transaction. This transaction is consistent with our track record of consolidating high quality acreage that fits well with our core position in the Permian Basin. And it brings together 2 companies with shared respect and a common vision for creating value. Let me start off by discussing key elements of the transaction. We have agreed to acquire RSP in an all-stock transaction for $8 billion plus the assumption of $1.5 billion of net debt. RSP shareholders will receive 0.32 shares of Concho common stock for each RSP share. Upon closing the transaction, Concho shareholders will own about 75% of the combined company and RSP shareholders would own about 25%. We expect the acquisition to close in the third quarter subject to approval by shareholders and regulatory approvals and other customary closing conditions. Together our scale in the Permian Basin will be powerful. We will be the largest Permian producer from unconventional resource. We will run the largest development program in the Permian and our combined position will be more than 640,000 net acres. We will be an even stronger company, better positioned for continued growth and more value creation. And the transaction brings opportunities that are consistent with our strategies and the way we go about our business. And I believe, the combination of the 2 companies is a powerful one that offers strong synergies. Now let me turn it over to Steve for his perspective.

**Steven D. Gray** *RSP Permian, Inc.—Co Founder, CEO and Director*

Thanks, Tim, and good morning, everyone. We are very excited about this transaction and like Tim, I believe, the combination will be beneficial to all of our shareholders. We see a compelling strategic fit between the 2 companies. And just as important, this transaction combines 2 teams made up of people with common goals and a great deal of mutual respect. I'm incredibly proud of the RSP and everything we've accomplished together. I firmly believe this transaction represents the beginning of an exciting new chapter. The Concho team is building a unique company with a great combination of entrepreneurial drive, focused asset and a fortress balance sheet, drivers that will allow the full potential of our assets to be realized. This transaction solidifies the leadership position in the core of Permian

MARCH 28, 2018: Concho Resources Inc. to Acquire RSP Permian, Inc.

Basin. In addition to the hand and glove fit of the assets, the combined technical knowledge will only enhance large-scale development and resource recovery. Concho has a proven track record of execution that shift the full-field development will be a key component in creating more value associated with RSP's assets. And that will ultimately results in strong returns to shareholders over the long-term. Tim?

**Timothy A. Leach** *Concho Resources Inc.—Chairman of the Board & CEO*

Thanks, Steve. We described the playbook for consolidation in the past. The keys are enhancing the best part of our portfolio, our premium resource base, providing significant scale and operational synergies unfolded into our machine and accretive to key metrics and additive to the strength of the balance sheet. Today's transaction checks all of those boxes. As I mentioned before, it's consistent with our disciplined strategy of pursuing the right acquisition to build for the future. And it provides both immediate and long-term value creation opportunities. I expect Concho to capture both operational synergies and corporate level savings. These synergies, which are estimated to have a present value exceeding $2 billion derive from the highly complementary and blocky nature of these assets. In addition to our size, scale and execution strength, provided us with the unique ability to capitalize on these new complementary assets. This ability includes moving these assets into manufacturing mode, which generates cost savings and minimizes parent-child locations. It also includes developing these assets with long laterals and leveraging shared infrastructure systems. We've consistently described how large contiguous blocks of acreage are strategic and deepen our war chest of premium locations. Directing capital to these locations will enhance our overall program economics. We also plan to leverage our land ground game on these assets. That's our strategy for optimizing assets by coring up acreage in swaps and trades. We did a record number of trades over the last several months and we expect this to continue, as more operators focus on long lateral, continuous development. In addition to operational synergies, there are financial benefits we expect from corporate level savings. And those come from the areas you would expect, including the overlapping public company cost and financing cost. In all, we estimate annual corporate cost savings of $60 million. We said many times before, we are looking to add great assets to our portfolio, but not at the expense of our financial performance or position. We expect the transaction to be immediately accretive to our per-share metrics before accounting operational synergies. These metrics include net asset value, earnings, cash flow, debt adjusted production and cash flow growth. All in the first year. Following this transaction, we expect to maintain a strong balance sheet with a leverage ratio and a comfort range of 1x to 1.5x. Importantly, this transaction does not change Concho's strategy of capital discipline and reinvesting within cash flow. Rather, this transaction enhances our outlook to grow production within cash flow and generate meaningful returns to our shareholders over the long-term. Again I want to congratulate the RSP team for building a great company. We all look forward to the accomplishments that the future will hold. With that, I'm happy to take your questions.

**QUESTIONS AND ANSWERS**

**Operator**

(Operator Instructions) And our first question comes from Michael Hall with Heikkinen Energy.