# Exhibit 11

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ2 2018 Earnings Call Transcripts

## Thursday, August 02, 2018 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.95 | 1.24 | ▲30.53 | 1.08 | 4.37 | 6.22 |
| **Revenue (mm)** | 906.82 | 945.00 | ▲4.21 | 1162.87 | 4190.64 | 5610.36 |

Currency: USD
Consensus as of Aug-02-2018 12:19 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise   ▼ Negative EPS Normalized surprise   ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2017** | 0.26 | 0.45 | 73.08 % |
| **FQ4 2017** | 0.45 | 0.66 | 46.67 % |
| **FQ1 2018** | 0.78 | 1.00 | 28.21 % |
| **FQ2 2018** | 0.95 | 1.24 | 30.53 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Concho Resources Second Quarter 2018 Earnings Conference Call. [Operator Instructions] As a reminder, this call may be recorded.

I would now like to introduce your host for today's conference, Ms. Megan Hays. Ma'am, you may begin.

**Megan P. Hays**
*VP of Investor Relations & Public Affairs*

Thank you. Good morning, and welcome to Concho's Second Quarter 2018 Earnings Call.

I'm joined today in Midland by Tim Leach, Chairman and CEO; Jack Harper, President and CFO; and Will Giraud, Executive Vice President; as well as members of the Concho's senior management team.

Our earnings release and corporate presentation are both available on our website, and we plan to file our quarterly report on Form 10-Q today after market close.

Please note that we will make forward-looking statements based on current expectations this morning. Also, some of our comments may reference non-GAAP financial metrics. Forward-looking statements and other disclaimers as well as reconciliations to the nearest corresponding GAAP metrics are in our earnings release and our corporate presentation.

We have a lot of great news to discuss with you today. Tim will start the call and then you'll hear from Jack.

Following their prepared remarks, we will take your questions. Now let me turn the call over to Tim.

**Timothy A. Leach**
*Chairman of the Board & CEO*

Thanks, Megan. Good morning. With nearly half the drilling rigs and completion crews in the country running in the Permian Basin, the region is as busy as we've ever seen.

We estimate that more than $50 billion in capital will be invested to drill and complete wells in the Permian in 2018.

Industry's capital investment's headed even higher when you add up midstream, refining and other services.

It's an environment like this where our scale, experience and being right in the middle of the action helps us deliver.

Second quarter was another strong quarter. We achieved record production of 229,000 BOEs per day, with oil production up 26% compared to a year ago.

Our performance this quarter wasn't driven by any one asset; rather it was the outcome of strong results from large-scale development across the entire portfolio. And even with the busy environment, the team has done good work fighting inflationary trends by getting more efficient and increasing our use of Permian sand.

We talked about reaching inflection points in the past. The shift to horizontal development in 2011 is one example. Establishing a position in the Northern Delaware is another. And it was about a year ago that we described another inflection point, our progression to large-scale development.

Horizontal drilling in the Northern Delaware turned out to be huge value drivers for the company. And we believe manufacturing mode will do the same thing. This transition has been one of our most important operational and strategic priorities.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from John Freeman with Raymond James.

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

When I look at Slide 13, clearly you guys are hitting the ground running immediately on the RSP acreage with these large-scale projects. I know that standalone, Concho had about 2/3 of its activity was focused on these large-scale projects. And it looks like kind of ballpark, it looks like on second half '18, over half of the activity in the RSP acreages is devoted to these larger scale projects. And I'm just trying to get a sense, just from a high level kind of rough estimate of the projects that are detailed on Slide 13, just kind of a ballpark rough idea of what percentage of those wells or projects don't come online until either, call it, second half 4Q or into '19?

**C. William Giraud**
*Executive VP & COO*

Yes. John, this is Will. All of those will come on kind of later in 2019.

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

Perfect. And then when I'm looking at the various kind of sizes of the projects anywhere from kind of 5-well pads to 20-well pads, and you all do mention in the slides that, for example, on the dominator pad, like you all had to basically coordinate over a year in advance with the midstream partners with that project. I'm just kind of curious how much kind of the midstream component has an impact on the size of these kind of pads? And then kind of longer term, if we should sort of think that these projects are likely going to kind of gravitate toward the larger end of that range over time?

**C. William Giraud**
*Executive VP & COO*

Sure. I mean, midstream is certainly one of the elements that goes into sizing it but I would say, the bigger driver is -- well, let me step back for a minute. I think we've been one of the leaders in moving to these larger scale development projects. And that's been a steady evolution over the last couple of years as we've tested different spacing between -- within a zone and between zones. And so these bigger and bigger projects, I think, are just the further evolution of that trend. Where you see some of the smaller projects, that's us continuing to test tighter spacing or different spacing within a zone or between zones, again. And so I think you're right. Longer term, you'll see an evolution to the bigger and bigger projects. However, we're still learning as we go. And so I think you'll see a blend of different sizes.

**Operator**

Our next question comes from Bob Morris with Citi.

**Robert S Morris**
*Citigroup Inc, Research Division*

Congratulations, Tim and Jack, in getting the RSP deal completed in the fold here. Looking at the rig count that you ramped up to combined for the 2 companies at 32; you've added about 5 since the deal was announced, and 4 of those 5 are on the Concho properties, which, at 24 rigs, it's a little bit higher paced than what you'd originally planned for the year. Could you just talk a little bit about the acceleration now on legacy Concho assets? And why you're seeing more acceleration there at this stage as opposed to RSP deals? Or just overall the acceleration activity, if that's driven by oil prices or just the better positioning of the combined companies?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.