# Exhibit 12



**2Q | 2018**

# Quarterly Update

August 1, 2018

# Jumpstarting Large-Scale Development on RSP Assets

**Key Value Levers Unlock Significant Value *on Day 1***

## Directing Capital & Resources to Key Large-Scale Projects Across *Entire* Portfolio



### Delaware Basin

| | | |
|---|---|---|
| › | **Dominator** | **23 wells** |
| › | **Eider** | **10 wells** |
| › | **Jack** | **6 wells** |
| › | **Gettysburg** | **5 wells** |
| › | **Tiger Cat** | **4 wells** |
| › | **Taylor** | **5 wells** |

### Midland Basin

| | | |
|---|---|---|
| › | **Windham TXL** | **11 wells** |
| › | **Pegasus** | **6 wells** |
| › | **Ted Johnson** | **13 wells** |
| › | **Calverley** | **6 wells** |
| › | **Spanish Trail** | **5 wells** |

### Manufacturing Mode...

✓ Long-lateral development
✓ Large-scale, multi-zone projects
✓ Shared infrastructure

### ...Unlocks Significant Value

✓ Lowers capital intensity
✓ Optimizes well performance & increases resource recovery
✓ Minimizes downtime
✓ Accelerates payout
✓ Increases NPV per drilling unit