Exhibit 13

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ4 2018 Earnings Call Transcripts

## Wednesday, February 20, 2019 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 1.12 | 0.94 | ▼(16.07 %) | 0.87 | 4.87 | 4.59 | ▼(5.75 %) | 4.55 |
| Revenue (mm) | 1164.56 | 1067.00 | ▼(8.38 %) | 1040.07 | 4185.41 | 4151.00 | ▼(0.82 %) | 4912.53 |

Currency: USD
Consensus as of  Feb-20-2019 12:50 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2018 | 0.78 | 1.00 | ▲ 28.21 % |
| FQ2 2018 | 0.95 | 1.24 | ▲ 30.53 % |
| FQ3 2018 | 1.03 | 1.42 | ▲ 37.86 % |
| FQ4 2018 | 1.12 | 0.94 | ▼ (16.07 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**Timothy A. Leach**
*Chairman of the Board & CEO*

As I've said before, I think the synergy part of it we've achieved in terms of interest-cost savings and G&A reduction. Those things are done. The real value-creation opportunity on the RSP assets was manufacturing-style development, which now 70% of the development going on in '19 on the RSP assets are long laterals and manufacturing styles. So that is a value creation on the RSP assets, and we'll continue on now as we develop those over many years. So I am very pleased with the value that I think is being created out of RSP.

**Phillip J. Jungwirth**
*BMO Capital Markets Equity Research*

Great. And then on the upcoming dominator development, the 23 wells there, how are you looking to measure success of the project in terms of operational efficiency, leveraging facilities, productivity per well? And then how would you expect to communicate results from this project?

**C. William Giraud**
*Executive VP & COO*

Sure, Philip, it's Will. We're obviously bringing that project on right now. I think it's something we would be speaking to in more detail next quarter, but I would say we would measure it in the same way we measure any other drilling project in terms of the returns we receive versus the investment. And also, that's a bit of a unique project just given its size. And as we've said before, we're trying to see how far we can push the efficiencies as you make these projects larger and larger. And also there's elements of spacing, testing and other things going on in that project. So there is a lot in that, but I'm not sure there's anything unique about it versus any of the other big projects we're doing.

**Operator**

And our next question comes from Neal Dingmann with SunTrust.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

My first question just on your sort of '19 and '20 plan. It looks like you talk about, Jack, and a very nice capital cut for '19 as you and Tim just pointed out. But then it looks like what I think, if I'm reading that right, year-over-year CapEx for '19 into 2020 you assume is relatively flat. Does that mean in latter part of '19 or some time in '20, you would put some rigs up? I'm just trying to sort of balance those 2 years.

**Jack F. Harper**
*President & CFO*

Yes, we average, for this year, 27 rigs. And to get there, we obviously are declining over the year. But it's a similar level of rigs next year in that plan, so yes, I would anticipate a bit of a ramp some time during 2020, but not much.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And then lastly, just looking to Slide 11 where you show some of your key projects. It looks like you continue to be pretty diversified as far as kind of about 78 wells in that Delaware Basin with those key projects and about 67 in Midland. Is that cadence-wise -- and I guess, you still feel equally as good about the 2 areas as judged by kind of the diversified plan?

**Jack F. Harper**
*President & CFO*

Absolutely. We like the diversity of the Delaware and Midland Basin. And when you look at our capital allocation this year, it's about a 60-40 mix with the 60 going to the Delaware.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.