# Exhibit 15

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
**Date of report (Date of earliest event reported): February 19, 2019**

# Concho Resources Inc.

(Exact Name of Registrant as Specified in Its Charter)

**Delaware**

(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-33615** | **76-0818600** |
| (Commission File Number) | (I.R.S. Employer Identification No.) |
| **One Concho Center** | |
| **600 West Illinois Avenue** | |
| **Midland, Texas** | **79701** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code: **(432) 683-7443**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**TABLE OF CONTENTS**

Item 2.02 Results of Operations and Financial Condition
Item 9.01 Financial Statements and Exhibits
SIGNATURES
EXHIBIT INDEX
EX-99.1

**Item 2.02 Results of Operations and Financial Condition.**

On February 19, 2019, Concho Resources Inc. (the "***Company***") issued a press release announcing its financial and operating results for the three and twelve months ended December 31, 2018 (the "***Earnings Release***"). A copy of the Company's Earnings Release is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

**Item 9.01 Financial Statements and Exhibits.**

(d) <u>Exhibits</u>.

| Exhibit No. | Description of Exhibit |
| --- | --- |
| 99.1 | Press release dated February 19, 2019, announcing financial and operating results for the three and twelve months ended December 31, 2018. |

THE INFORMATION CONTAINED IN THIS CURRENT REPORT, INCLUDING THE EXHIBITS ATTACHED HERETO, SHALL NOT BE DEEMED "FILED" FOR THE PURPOSES OF SECTION 18 OF THE SECURITIES AND EXCHANGE ACT OF 1934, NOR SHALL THEY BE DEEMED INCORPORATED BY REFERENCE INTO ANY REGISTRATION STATEMENT OR OTHER FILING PURSUANT TO THE SECURITIES ACT OF 1933, EXCEPT AS OTHERWISE EXPRESSLY STATED IN SUCH FILING.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CONCHO RESOURCES INC.**

Date: February 19, 2019

By:     /s/ Travis L. Counts

Name:    Travis L. Counts

Title:    Senior Vice President, General Counsel and Corporate Secretary

**EXHIBIT INDEX**

| Exhibit No. | Description of Exhibit |
| --- | --- |
| 99.1 | Press release dated February 19, 2019, announcing financial and operating results for the three and twelve months ended December 31, 2018. |

**Exhibit 99.1**

**Concho Resources Inc. Reports Fourth-Quarter and Full-Year 2018 Results; Updates 2019 Outlook**

*Delivers Strong 2018 Results from Large-Scale Development Efficiencies*

*Provides Updated 2019 Outlook Reinforcing Focus on Free Cash Flow Growth*

MIDLAND, Texas--(BUSINESS WIRE)--February 19, 2019--**Concho Resources Inc. (NYSE: CXO)** (the "Company" or "Concho") today reported results for fourth-quarter and full-year 2018.

**2018 Highlights**

- Delivered full-year production of 263 MBoepd (64% oil), in-line with the high-end of the Company's guidance range.

- Generated $2.6 billion of cash from operating activities, exceeding $2.5 billion of cash used in investing activities for additions to oil and natural gas properties.

- Reported net income of $2.3 billion, or $13.25 per share. Adjusted net income (non-GAAP) totaled $792 million, or $4.59 per share.

- Generated $2.8 billion of adjusted EBITDAX (non-GAAP).

- Acquired and integrated RSP Permian, enhancing the Company's scale advantage in the Permian Basin.

- Advanced manufacturing-style development across asset portfolio, driving strong well performance with the Company's average 30-day peak rate up 21% year-over-year on an absolute and lateral-adjusted basis.

- Executed 15 asset trades, improving the Company's development platform for large-scale, long-lateral manufacturing projects.

- Divested non-core assets for $361 million in proceeds, bringing the Company's total divestiture proceeds to approximately $1.5 billion since 2016.

- Ended 2018 in a strong financial position with investment-grade credit ratings from Fitch, Moody's and S&P.

- Issued $1.6 billion aggregate senior notes and redeemed $1.2 billion of RSP's aggregate senior notes. These debt management transactions reduce annual interest expense by more than $15 million (pro forma for RSP).

- Received $157 million cash distribution from Oryx Southern Delaware Holdings, LLC.

**2019 Outlook & Recent Events**

- Reducing 2019 planned capital expenditures to approximately $2.9 billion; moderating activity enhances free cash flow outlook and capital efficiency.

- Expecting to generate 15% oil volume growth from fourth-quarter 2018 to fourth-quarter 2019.

- Diversifying a portion of the Company's oil sales to waterborne market pricing with a firm sales agreement covering 50 MBopd.

See "Supplemental Non-GAAP Financial Measures" below for descriptions of non-GAAP measures including adjusted net income, adjusted earnings per share and adjusted EBITDAX as well as a reconciliation of these measures to the associated GAAP (as defined herein) measures.

Tim Leach, Chairman and Chief Executive Officer, commented, "Last year was an exceptional year for Concho. Throughout the year, we demonstrated our ability to execute consistently, control costs and capitalize on opportunities to strengthen our competitive position, highlighted by the acquisition of RSP Permian. Our updated plans for 2019 improve our trajectory for free cash flow growth while maintaining strong operational efficiencies. The fundamentals of our business are strong, and in an increasingly dynamic macroenvironment, we are confident that our scale and the quality of our portfolio, as well as our high-margin cash flow and financial flexibility, will enable us to build value for our shareholders."

**Full-Year 2018 Summary**

Total production for 2018 increased 36% to 96 million barrels of oil equivalent (MMBoe), or 263 thousand Boe per day (MBoepd), driven by a 41% increase in oil production to 168 thousand barrels per day (MBopd). Natural gas production for 2018 was 571 million cubic feet per day (MMcfpd).

For 2018, Concho's average realized price for oil and natural gas, excluding the effect of commodity derivatives, was $56.22 per Bbl and $3.40 per Mcf, respectively, compared with $48.13 per Bbl and $3.07 per Mcf, respectively, for 2017.

Net income for 2018 was $2.3 billion, or $13.25 per share, compared with net income of $956 million, or $6.41 per share, in 2017. Excluding non-cash and special items, full-year 2018 adjusted net income was $792 million, or $4.59 per share, compared with adjusted net income of $311 million, or $2.09 per share, for full-year 2017.

Adjusted EBITDAX for 2018 totaled $2.8 billion, compared with $1.9 billion in 2017.

In 2018, cash flow from operating activities was approximately $2.6 billion, exceeding $2.5 billion in cash used for investing activities for additions to oil and natural gas properties.

**Fourth-Quarter 2018 Summary**

Production for fourth-quarter 2018 was 28 MMBoe, or an average of 307 MBoepd, an increase of 45% from fourth-quarter 2017 and 7% from third-quarter 2018. Average daily oil production for fourth-quarter 2018 totaled 199 MBopd, an increase of 53% from fourth-quarter 2017 and 8% from third-quarter 2018. Natural gas production for fourth-quarter 2018 totaled 649 MMcfpd.

Concho's average realized price for oil and natural gas for fourth-quarter 2018, excluding the effect of commodity derivatives, was $49.10 per Bbl and $2.82 per Mcf, respectively, compared with $52.84 per Bbl and $3.33 per Mcf, respectively, for fourth-quarter 2017.

Net income for fourth-quarter 2018 was $1.5 billion, or $7.55 per share, compared with net income of $267 million, or $1.79 per share, for fourth-quarter 2017. Excluding non-cash and special items, fourth-quarter 2018 adjusted net income was $189 million, or $0.94 per share, compared with adjusted net income of $98 million, or $0.66 per share, for fourth-quarter 2017.

Adjusted EBITDAX for fourth-quarter 2018 totaled $751 million, compared with $513 million for fourth-quarter 2017.

**Operations Update**

During fourth-quarter 2018, Concho averaged 34 rigs, compared to 31 rigs in third-quarter 2018. The Company is currently running 34 rigs, including 22 rigs in the Delaware Basin and 12 rigs in the Midland Basin. Additionally, the Company is currently utilizing 7 completion crews. See the table under "Operating Activity" below for detailed information about the Company's drilling and completion activity by operating area for fourth-quarter and full-year 2018.

***Delaware Basin***

In the Delaware Basin, excluding the New Mexico Shelf, the Company added 50 wells with at least 60 days of production as of the end of fourth-quarter 2018. The average 30-day and 60-day peak rates for these wells were 1,594 Boepd (73% oil) and 1,454 Boepd (72% oil), respectively. These wells were drilled to an average lateral length of 7,807 feet.

*Achieving Strong Results with Large-Scale Development Projects in the Delaware Basin*

Concho's Gettysburg project includes five wells targeting the 3rd Bone Spring in the Deep area in Lea County, New Mexico. The average 30-day and 60-day peak rates for this project were 2,018 Boepd (79% oil) and 1,857 Boepd (79% oil) per well, respectively. The project's average lateral length was 6,989 feet.

Concho recently completed the Square Bill project, which includes four wells targeting the 3rd Bone Spring and Wolfcamp A in the Red Hills area in Lea County, New Mexico. The average 30-day and 60-day peak rates for this project were 2,015 Boepd (82% oil) and 1,874 Boepd (82% oil) per well, respectively. The project's average lateral length was 7,088 feet.

***Midland Basin***

In the Midland Basin, Concho added 23 wells with at least 60 days of production as of the end of fourth-quarter 2018. The average 30-day and 60-day peak rates for these wells were 1,202 Boepd (86% oil) and 1,070 Boepd (85% oil), respectively. These wells were drilled to an average lateral length of 7,869 feet.

*Delivering Top-Tier Results in Midland Basin*

Concho recently completed the Windham TXL project, which includes 11 wells targeting the Lower Spraberry and Wolfcamp B zones in Midland County, Texas. The average 30-day and 60-day peak rates for this project were 1,303 Boepd (83% oil) and 1,187 Boepd (82% oil) per well, respectively. The project's average lateral length was 7,670 feet.

**2018 Proved Reserves**

At December 31, 2018, Concho's estimated proved reserves totaled 1.2 billion Boe, compared to 840 million Boe at year-end 2017. The Company's proved reserves are approximately 63% oil and 37% natural gas. Proved developed reserves totaled 824 MMBoe, or 69% of total proved reserves. For a summary of the Company's estimated proved reserves, see "Estimated Year-End Proved Reserves" below.

**Maintaining a Strong Financial Position**

Concho maintains a strong financial position with investment-grade credit ratings, a low leverage ratio and substantial liquidity. At December 31, 2018, Concho had long-term debt of $4.2 billion, including $242 million of outstanding borrowings under its credit facility.

**Outlook**

Concho's updated outlook for 2019 reinforces the Company's commitment to generating shareholder value at all points in the cycle. Capital spending for 2019 is expected to be between $2.8 billion and $3.0 billion, representing a 17% reduction at the midpoint compared with the Company's prior capital guidance. Additionally, the Company's base plans for 2020 entail maintaining a consistent level of investment compared with 2019. Prioritizing capital discipline and moderating activity enhances Concho's free cash flow outlook, capital efficiency and financial flexibility.

Approximately 94% of the 2019 capital program will be allocated to drilling and completion operations. The Company's activity will be primarily focused on large-scale manufacturing projects across Concho's portfolio and will keep the Company on track to deliver the value creation benefits of the RSP Permian, Inc. ("RSP") acquisition. Concho's planned activity for 2019 is expected to deliver oil growth of 26% to 30%, and the base plan for 2020 is expected to drive a two-year oil compound annual growth rate of 23% (from 2018 to 2020).

For first-quarter 2019, Concho expects production to average between 300 MBoepd and 306 MBoepd, and lease operating expense per Boe to average between $6.30 and $6.50. Additionally, Concho expects capital expenditures to total between $825 million and $875 million.

Detailed guidance for 2019 is provided under "2019 Guidance" below. The Company's outlook for 2019 and 2020 excludes acquisitions and is subject to change without notice depending upon a number of factors, including commodity prices, industry conditions and other risks described under "Forward-Looking Statements and Cautionary Statements."

**Oil Marketing and Commodity Derivatives Update**

Consistent with the Company's strategy of diversifying its oil pricing, Concho entered into a firm sales agreement with a third-party purchaser. The purchaser provides an integrated transportation and marketing strategy, including ample dock capacity. The agreement covers 50 MBopd. Additionally, the barrels transported under this agreement will receive waterborne market pricing following the startup of Plains All American Pipeline LP's Cactus II pipeline system.

The Company's commodity derivatives strategy is intended to manage its exposure to commodity price fluctuations. Please see the table under "Derivatives Information" below for detailed information about Concho's current derivatives positions.

**Conference Call**

Concho will host a conference call tomorrow, February 20, 2019, at 8:00 AM CT (9:00 AM ET) to discuss fourth-quarter and full-year 2018 results. The telephone number and passcode to access the conference call are provided below:

Dial-in: (844) 263-8298
Intl. dial-in: (478) 219-0007
Participant Passcode: 5077474

To access the live webcast and view the related earnings presentation, visit Concho's website at **www.concho.com**. The replay will also be available on the Company's website under the "Investors" section.

**Upcoming Conferences**

The Company will participate in the following upcoming conferences:

| Conference Date | Conference | Presentation Time |
|---|---|---|
| February 27, 2019 | Simmons Energy Conference | 5:30 PM CT |
| March 4, 2019 | Raymond James Institutional Investors Conference | 8:50 AM CT |
| March 25, 2019 | Scotia Howard Weil Energy Conference | 8:50 AM CT |

The Company's presentation at the Raymond James Institutional Investors Conference will be webcast and accessible on the Events & Presentations page under the Investors section of the Company's website, **www.concho.com**.

**About Concho Resources**

Concho Resources (NYSE: CXO) is one of the largest unconventional shale producers in the Permian Basin, with operations focused on acquiring, exploring, developing and producing oil and natural gas resources. Concho is at the forefront of applying advanced technology and large-scale development to safely and efficiently maximize resource recovery while delivering attractive, long-term economic returns. We are working today to deliver a better tomorrow for our shareholders, people and communities. For more information about Concho, visit **www.concho.com**.

**Forward-Looking Statements and Cautionary Statements**

The foregoing contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of historical fact, included in this press release that address activities, events or developments that the Company expects, believes or anticipates will or may occur in the future are forward-looking statements. The words "estimate," "project," "predict," "believe," "expect," "anticipate," "potential," "could," "may," "enable," "foresee," "plan," "will," "guidance," "outlook," "goal" or other similar expressions that convey the uncertainty of future events or outcomes are intended to identify forward-looking statements, which generally are not historical in nature. However, the absence of these words does not mean that the statements are not forward-looking. These statements are based on certain assumptions and analyses made by the Company based on management's experience, expectations and perception of historical trends, current conditions, current plans, anticipated future developments, expected financings and other factors believed to be appropriate. Forward-looking statements are not guarantees of performance. Although the Company believes the expectations reflected in its forward-looking statements are reasonable and are based on reasonable assumptions, no assurance can be given that these assumptions are accurate or that any of these expectations will be achieved (in full or at all) or will prove to have been correct. Moreover, such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond the control of the Company, which may cause actual results to differ materially from those implied or expressed by the forward-looking statements. These include the risk factors and other information discussed or referenced in the Company's most recent Annual Report on Form 10-K and other filings with the SEC. Any forward-looking statement speaks only as of the date on which such statement is made, and the Company undertakes no obligation to correct or update any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by applicable law. Information on Concho's website is not part of this press release.

**Use of Non-GAAP Financial Measures**

To supplement the presentation of the Company's financial results prepared in accordance with U.S. generally accepted accounting principles (GAAP), this press release contains certain financial measures that are not prepared in accordance with GAAP, including adjusted net income, adjusted earnings per share and adjusted EBITDAX.

See "Supplemental Non-GAAP Financial Measures" below for a description and reconciliation of each non-GAAP measure presented in this press release to the most directly comparable financial measure calculated in accordance with GAAP.

The release also contains the non-GAAP term free cash flow. Free cash flow is cash flow provided by operating activities in excess of cash flow used in investing activities for additions to oil and gas properties. The Company believes that free cash flow is useful to investors as it provides measures to compare cash provided by operating activities and exploration and development costs across periods on a consistent basis.