# Exhibit 16

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ3 2018 Earnings Call Transcripts

## Wednesday, October 31, 2018 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.03 | 1.42 | ▲37.86 | 1.23 | 4.80 | 6.65 |
| **Revenue (mm)** | 1103.88 | 1192.00 | ▲7.98 | 1252.50 | 4238.59 | 5830.79 |

Currency: USD
Consensus as of  Oct-31-2018 11:58 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.45 | 0.66 | ▲1 46.67 % |
| **FQ1 2018** | 0.78 | 1.00 | ▲2 28.21 % |
| **FQ2 2018** | 0.95 | 1.24 | ▲3 30.53 % |
| **FQ3 2018** | 1.03 | 1.42 | ▲4 37.86 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

*Executive VP & COO*

Sure. Neal, it's Will. This slide deck here is really meant to continue the conversation we introduced last quarter about how we're doing these large-scale projects kind of all over the asset base and give you guys a sense of timing. So this, I think, is just a update of those projects we announced last quarter. Speaking specifically to the Taylor or maybe more broadly to all of these. We're definitely continuing to test additional zones, continuing to test spacing. The Taylor is really designed to test different benches of the Wolfcamp, specifically. But there is still a fair amount of delineation and even discovery work to be done on our assets in the Permian. So it's interesting. We've talked about moving to a large-scale transition. But we will take -- typically sneak an extra well or so into those projects, if we can, to test the new concept.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

That makes a lot of sense. Then lastly, Tim, on your prepared remarks, and certainly in some of your comments earlier, doesn't sound like you're too concerned about upcoming service cost. Kind of sounds like maybe perhaps it'll stay in line. I know I've asked you about this in the past, would you think about -- I know I've talked to some others that are locking in some rigs on a bit longer-term contracts. People seem to be a little more concerned may be on rig inflation than they are on fracs here and then, let's call it, for 2019, could you all maybe just address the drilling or it's completion side. Any concerns you might have there?

**Timothy A. Leach**
*Chairman of the Board & CEO*

No, I think the drilling side of our business is one of the best parts of our business. And I think the way we have approached that in the past will continue. I mean you can see that it doesn't require that much of a growth in rigs to accomplish all the future, not just for '19 and '20, but beyond. So by drilling longer laterals and spacing we're using, the efficiency and all that, you can get a whole lot more done. And we do have rigs that now -- we're on 6-months contracts or 1-year contracts but we do have kind of a portfolio approach on that. But I don't think you should expect us to -- any change in the strategy based on what we're seeing today. And yes, we have -- any kind of estimates of future costs increases or anything like that are all baked into our plan and we feel very comfortable with it.

**Operator**

Our next question comes from Derrick Whitfield from Stifel.

**Derrick Lee Whitfield**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Tim or Jack, regarding your 2019 and 2020 outlook. So are there any outsized infrastructure investments in 2019 or 2020 that would invalidate the crude mass of assuming approximately 100 million per operated rig line in 2020?

**Jack F. Harper**
*President & CFO*

No, the infrastructure part of our budget is going to be in the same percentage range that it has always been, somewhere in that 6% to 10% of the capital, typically. And so no, it shouldn't impact the way we've allocated in the past.

**Derrick Lee Whitfield**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. And perhaps for Will. With the understanding that you guys are still in the relatively early stages of large-scale development, are there any generalizations you can make regarding efficiencies, gain or challenges experienced? I know that you guys recently talked about sequencing and timing in your Barclays presentation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**C. William Giraud**
*Executive VP & COO*

Sure, I mean we continue to experiment with different completion designs, timings, spacing. There's still a lot of learning to be done there. But I mean early benefits, I think you see it in '19 and '20 program. And you see it in the confidence of making these average projects that is bigger over time. We like what we're seeing. We like the benefits, we get the efficiency with our vendors of concentrating that much activity in one spot. And we like the results we're getting out of them. So more to come.

**Operator**

And our next question comes from Charles Meade from Johnson Rice.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

I want to take another run at that theme that Derrick had on his last question. So as you guys are transitioning to these larger-scale pads, are there -- the efficiencies, I think you guys have done a good job explaining. And I think the market's on top of that but are there any challenges that are emerging, either ones that you anticipated or ones that you didn't anticipate that could lead to some nonobvious outcomes, either in your CapEx profile quarter-to-quarter or your production ramp?

**Jack F. Harper**
*President & CFO*

Sure. Yes, these large-scale projects. They really emphasize planning and planning ahead. And our team has done a good job with that. I think we're out in front out here in the industry on this. So yes, there are midstream considerations, there's water delivery, there's water disposal, there's a lot of considerations, but -- which typically can require up to a year of planning. And again our team's doing a great job in managing that. And so while there are challenges, we're up to it. And that is why we're increasing the percentage of capital towards these kind of projects.

**Timothy A. Leach**
*Chairman of the Board & CEO*

I do think I would add to that, that one of the results of this style of development is, you can't really take a 12-month time slice and compare capital invested and result to that capital without looking at longer periods of time. And that's one of the reasons I think that we just kind of introduced now, talking about 2 years and a lot of the results from our '19 capital investment you're going to see in '20 and beyond. And so I think there's going to be a trend that you see going forward, is just bigger time slices on these bigger projects.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

That makes sense, Tim. I appreciate that. And then again, going -- looking at the 2020 CapEx piece. And again, Derrick asked this one way, I'll try to ask it another. If we just -- you gave a rig -- average rig -- running rigs in '19 to '20. If we just said -- if we just took that ratio and applied it to your '19 capital budget, what will we be missing if we just use that simple math?

**Jack F. Harper**
*President & CFO*

That's a good starting point. A lot of things will happen between now and next year this time when we roll out a capital budget. So really the main items would just be the state of the industry and the state of activity out here. But as a basis, that's a good starting point.

**Operator**

Our next question comes from Jeanine Wai from Barclays.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

In terms of the forward plan and just following up on some of your comments and some of the prior questions. You're forecasting free cash flow in 2019 and 2020, and you mentioned a few times Concho being more of a steady ship and not changing activity in terms of relation to oil prices. And that makes sense on the upside. But can we just discuss a little bit about the downside. So for example, if oil prices or serviced costs or whatever else move against you, you prioritizing preserving whatever amount of free cash flow you've committed to at that $55 to $60 WTI level or do you instead maintain activity and then let kind of their free cash flow float and the floor is just really staying within cash flow, including the dividend?

**Jack F. Harper**
*President & CFO*

Well, I think just going back over the last 10 or 11 years as a public company, you've seen the way we've behaved. We've been through a lot of ups and downs with commodity price and capital costs. And so I think you would see us behave in a similar kind of disciplined and prudent way. Clearly, our dividend is a priority. And so if the consequence of lower price is lower production growth over a year or 2, that's fine.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Okay. And are you able to ballpark how much free cash flow you're forecasting in '19 and '20 at your price deck?

**Jack F. Harper**
*President & CFO*

Yes, we can.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Okay, great. Keep us guessing.

**Operator**

Our next question comes from Michael Hall from Heikkinen Energy.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

There continues to be a lot of discussion about the impacts of bounded versus unbounded well productivity on these pads in the Permian. What are you guys seeing on that front? And I guess, how are you contemplating how the parent-child relationships in the plan that you've laid out? And how much that evolves as you think about moving more and more to these larger scale projects?

**C. William Giraud**
*Executive VP & COO*

Sure. Big drivers on going to these large-scale projects are: one, we think maximizing the resource by minimizing the impact of the parent-child effect; and then also getting the benefits on the capital side from efficiency. So those are kind of the 2 big drivers behind going to project development. As it relates to kind of what we're seeing compared to what we're expecting, we have built our type curves and our internal modeling based upon the results we have seen here. So I think everything we've seen has been consistent with what we were expecting. And is baked into that outlook that we're talking about for '19 and '20.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And do you have kind of estimate of how you think about or how you are programming in the relationship between single-well pad developments versus multi-well pad development and that parent-child relationship?

**C. William Giraud**
*Executive VP & COO*

Yes. We definitely bake that into all of our plans and our forecast.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

[ The company ] willing to share or...

**Timothy A. Leach**
*Chairman of the Board & CEO*

It's different by zone and different by area and it's extremely complicated. And we're developing a program to minimize it. I'm not sure that any company in any location can completely eliminate that because you always have edges of your leases and things like that. But I think with our asset base and the big blocking nature of our assets and the way we are prosecuting our development program, we're in the best position to kind of minimize that effect. And we think we have it estimated very well.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

Okay. That's helpful. Makes sense. And then, I guess it's kind of been hit on some level, but just want to kind of revisit the -- just in terms of the planning process and as you thought about the 2019, 2020 program, how did you approach optimizing growth relative to free cash flow? And kind of what are the key metrics in arriving at that optimization for the current plan?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Well, I mean -- I think it was a combination of several things. We talked about -- early on with our shareholders about being careful about planning so that our plan included this continued optimization of our assets but also targeting free cash flow. And that's what gave rise to starting with a $55 to $60 range for our planning. And then also, besides looking out just a year or 2, looking out further than that and seeing what the future likely looks like, and -- which is very encouraging. And talking about how do we optimize a business model that gives our shareholders the greatest advantage. So I still think we have all the options in front of us on how to allocate capital in the future. But we clearly have 2 very important priorities and one is to demonstrate that we can grow our oil production and deliver free cash flow and deliver a return of capital to our shareholders and do all that in a very efficient way as we kind of mechanically mined this asset that we have.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

Okay. And just to be clear on that. Slide 7, the free cash flow opportunities in orange there. Are those prioritized in that order, left to right or is that just kind of everything that's on the table?

**Jack F. Harper**
*President & CFO*

So everything is on the table. It really depends on the landscape at the time, as we mentioned in the prepared remarks, we've worked on the balance sheet in the most recent past. But all options are there. And it would just really depend on the point in time.

**Operator**

Our next question comes from Monroe Helm from Barrow, Hanley.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.