# Exhibit 18

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): April 30, 2019**

# Concho Resources Inc.

(Exact Name of Registrant as Specified in Its Charter)

**Delaware**

(State or Other Jurisdiction of Incorporation)

| **001-33615** | **76-0818600** |
|---|---|
| (Commission File Number) | (I.R.S. Employer Identification No.) |

**One Concho Center**
**600 West Illinois Avenue**
**Midland, Texas**

**79701**

(Address of Principal Executive Offices)      (Zip Code)

Registrant's telephone number, including area code: **(432) 683-7443**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**TABLE OF CONTENTS**

Item 2.02 Results of Operations and Financial Condition
Item 9.01 Financial Statements and Exhibits
SIGNATURES
EXHIBIT INDEX
EX-99.1

**Item 2.02 Results of Operations and Financial Condition.**

On April 30, 2019, Concho Resources Inc. (the "***Company***") issued a press release announcing its financial and operating results for the three months ended March 31, 2019 (the "***Earnings Release***"). A copy of the Company's Earnings Release is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

**Item 9.01 Financial Statements and Exhibits.**

(d) <u>Exhibits</u>.

| Exhibit No. | Description of Exhibit |
|---|---|
| 99.1 | Press release dated April 30, 2019, announcing financial and operating results for the three months ended March 31, 2019. |

THE INFORMATION CONTAINED IN THIS CURRENT REPORT, INCLUDING THE EXHIBITS ATTACHED HERETO, SHALL NOT BE DEEMED "FILED" FOR THE PURPOSES OF SECTION 18 OF THE SECURITIES AND EXCHANGE ACT OF 1934, NOR SHALL THEY BE DEEMED INCORPORATED BY REFERENCE INTO ANY REGISTRATION STATEMENT OR OTHER FILING PURSUANT TO THE SECURITIES ACT OF 1933, EXCEPT AS OTHERWISE EXPRESSLY STATED IN SUCH FILING.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CONCHO RESOURCES INC.**

Date: April 30, 2019

By: /s/ Travis L. Counts

Name: Travis L. Counts

Title: Senior Vice President, General Counsel and Corporate Secretary

**EXHIBIT INDEX**

| Exhibit No. | Description of Exhibit |
|---|---|
| 99.1 | Press release dated April 30, 2019, announcing financial and operating results for the three months ended March 31, 2019 |

Exhibit 99.1

### Concho Resources Inc. Reports First-Quarter 2019 Results

*Achieves Record Oil Production*

*Raises Full-Year 2019 Production Growth Outlook*

*Maintains Capital Expenditure Plans*

MIDLAND, Texas--(BUSINESS WIRE)--April 30, 2019--**Concho Resources Inc. (NYSE: CXO)** (the "Company" or "Concho") today reported financial and operating results for first-quarter 2019.

**First-Quarter 2019 Highlights**

- Achieved record oil production of 210 MBopd, a 46% increase over first-quarter 2018 and 6% over fourth-quarter 2018.

- Delivered total production of 328 MBoepd, exceeding the high end of the Company's quarterly guidance range.

- Reduced per unit controllable cash costs year-over-year, with a 7% reduction in production expenses.

- Raised full-year 2019 production growth outlook, while maintaining capital expenditure guidance.

- Announced sale of the Oryx I oil gathering and transportation system, with expected net proceeds of approximately $300 million.

- Reported a net loss of $695 million, or ($3.49) per share. Adjusted net income (non-GAAP) totaled $144 million, or $0.72 per share.

- Generated $755 million of adjusted EBITDAX (non-GAAP).

See "Supplemental Non-GAAP Financial Measures" below for descriptions of the above non-GAAP measures as well as a reconciliation of these measures to the associated GAAP (as defined herein) measure.

Tim Leach, Chairman and Chief Executive Officer, commented, "We are delivering exceptional performance across our portfolio as we execute on our clear strategy to drive sustained, differentiated oil growth, free cash flow and corporate returns. Results for the first quarter of 2019 reflect our focus on large-scale development, controlling costs and generating solid returns on strategic investments, as demonstrated by the Oryx sale. During the quarter, we completed several important projects ahead of schedule, driving increased production that exceeded the high end of our guidance range. Given our strong start to the year, we are raising our full-year production growth outlook while maintaining our capital expenditure guidance. Our high-quality assets and returns-driven approach position us to extend our track record of enhancing value for shareholders."

**First-Quarter 2019 Summary**

Production for first-quarter 2019 was 29.6 million barrels of oil equivalent (MMBoe), or an average of 328 thousand Boe per day (MBoepd), an increase of 44% from first-quarter 2018 and 7% from fourth-quarter 2018. Average daily oil production for first-quarter 2019 totaled 210 thousand barrels per day (MBopd), an increase of 46% from first-quarter 2018 and 6% from fourth-quarter 2018. Natural gas production for first-quarter 2019 totaled 709 million cubic feet per day (MMcfpd). First-quarter 2019 production volumes benefited from strong early production from the Company's latest large-scale projects and an increase in non-operated activity.

Concho's average realized price for oil and natural gas for first-quarter 2019, excluding the effect of commodity derivatives, was $49.39 per Bbl and $2.64 per Mcf, respectively, compared with $61.29 per Bbl and $3.39 per Mcf, respectively, for first-quarter 2018.

Net loss for first-quarter 2019 was $695 million, or ($3.49) per share, compared with net income of $835 million, or $5.58 per share, for first-quarter 2018. Excluding certain non-cash and special items, first-quarter 2019 adjusted net income was $144 million, or $0.72 per share, compared with adjusted net income of $149 million, or $1.00 per share, for first-quarter 2018.

During the quarter, Concho generated adjusted EBITDAX of $755 million, compared with $570 million for first-quarter 2018.

In first-quarter 2019, cash flow from operating activities was $623 million. Before ($78) million in working capital changes, operating cash flow (non-GAAP) was $701 million.

Costs incurred for exploration and development activities for first-quarter 2019 totaled $926 million, exceeding the Company's quarterly guidance primarily due to an increase in non-operated capital activity of approximately $40 million.

**Operations Update**

During first-quarter 2019, Concho averaged 33 rigs, compared to 34 rigs in fourth-quarter 2018. The Company is currently running 29 rigs, including 20 rigs in the Delaware Basin and nine rigs in the Midland Basin. Additionally, the Company is currently utilizing eight completion crews. See the table under "Operational Activity" below for detailed information about the Company's drilling and completion activity by operating area for first-quarter 2019.

In the Delaware Basin, excluding the New Mexico Shelf, Concho added 23 wells with at least 60 days of production as of the end of first-quarter 2019. The average 30-day and 60-day peak rates for these wells were 1,817 Boepd (73% oil) and 1,647 Boepd (72% oil), respectively. These wells were drilled to an average lateral length of 9,125 feet.

In the Midland Basin, Concho added 27 wells with at least 60 days of production as of the end of first-quarter 2019. The average 30-day and 60-day peak rates for these wells were 986 Boepd (86% oil) and 879 Boepd (85% oil), respectively. These wells were drilled to an average lateral length of 10,379 feet.

Concho continues to advance large-scale development across its high-quality asset base. This approach to development accelerates innovation and captures efficiencies to optimize resource recovery and overall project economics. The Company successfully started production on nine projects during first-quarter 2019, including the Dominator, Eider and Jack projects in the Delaware Basin as well as the Mabee project in the Midland Basin. Concho completed these projects on time or ahead of schedule.

**Strategic Midstream Investments Enhance Asset Value and Returns**

During first-quarter 2019, Concho announced that Oryx Southern Delaware Holdings, LLC ("Oryx"), the owner of the Oryx I oil gathering and transportation system, entered into an agreement to sell Oryx I. Concho owns a 23.75% equity interest in Oryx and expects to receive approximately $300 million at closing after repayment of Oryx's outstanding borrowings. In February 2018, Concho received a $157 million distribution related to a recapitalization of Oryx. The sale proceeds from Oryx combined with the earlier distribution total approximately $457 million, representing a 10-times multiple on invested capital of approximately $45 million since December 2015.

Importantly, the transaction is not expected to impact oil price realizations or transportation costs as Concho's existing gathering agreement remains unchanged. Transaction closing is expected to occur in the second quarter of 2019, subject to customary terms and conditions, with sale proceeds expected to be used to repay borrowings outstanding on Concho's credit facility. As of March 31, 2019, Concho had $615 million of outstanding borrowings under its credit facility.

Following quarter end, Concho announced a joint venture with Frontier Midstream Solutions IV, LLC to construct the Beta Crude Connector (BCC) oil gathering, transportation and storage system in the Northern Midland Basin. BCC will consist of an approximately 100-mile gathering system and 250,000 barrels of crude oil storage facilities. The pipeline system will have initial capacity to deliver 150,000 barrels per day of crude oil to multiple delivery points, access local refineries and connect to several long-haul pipelines. Following an open season in April 2019, construction will commence, targeting initial flows in mid-2019. BCC will enhance the value of the Company's high-quality footprint in the Midland Basin with a reliable, cost-efficient gathering and transportation solution.

### Outlook

Second-quarter 2019 production is expected to be 316 MBoepd to 322 MBoepd. The Company increased full-year 2019 total production growth guidance to 23% to 27%, reflecting first-quarter 2019 outperformance and strong execution of a disciplined capital program. Additionally, the Company increased full-year 2019 oil production growth guidance to 27% to 31%.

### Commodity Derivatives Update

The Company's commodity derivatives strategy is intended to manage its exposure to commodity price fluctuations. Please see the table under "Derivatives Information" below for detailed information about Concho's current derivatives positions.

**Conference Call**

Concho will host a conference call tomorrow, May 1, 2019, at 8:00 AM CT (9:00 AM ET) to discuss first-quarter 2019 results. The telephone number and passcode to access the conference call are provided below:

Dial-in: (844) 263-8298
Intl. dial-in: (478) 219-0007
Participant Passcode: 4757136

To access the live webcast and view the related earnings presentation, visit Concho's website at **www.concho.com**. The replay will also be available on the Company's website under the "Investors" section.

**About Concho Resources**

Concho Resources (NYSE: CXO) is one of the largest unconventional shale producers in the Permian Basin, with operations focused on acquiring, exploring, developing and producing oil and natural gas resources. Concho is at the forefront of applying advanced technology and large-scale development to safely and efficiently maximize resource recovery while delivering attractive, long-term economic returns. We are working today to deliver a better tomorrow for our shareholders, people and communities. For more information about Concho, visit **www.concho.com**.

**Forward-Looking Statements and Cautionary Statements**

The foregoing contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of historical fact, included in this press release that address activities, events or developments that the Company expects, believes or anticipates will or may occur in the future are forward-looking statements. The words "estimate," "project," "predict," "believe," "expect," "anticipate," "potential," "could," "may," "enable," "foresee," "plan," "will," "guidance," "outlook," "goal" or other similar expressions that convey the uncertainty of future events or outcomes are intended to identify forward-looking statements, which generally are not historical in nature. However, the absence of these words does not mean that the statements are not forward-looking. These statements are based on certain assumptions and analyses made by the Company based on management's experience, expectations and perception of historical trends, current conditions, current plans, anticipated future developments, expected financings and other factors believed to be appropriate. Forward-looking statements are not guarantees of performance. Although the Company believes the expectations reflected in its forward-looking statements are reasonable and are based on reasonable assumptions, no assurance can be given that these assumptions are accurate or that any of these expectations will be achieved (in full or at all) or will prove to have been correct. Moreover, such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond the control of the Company, which may cause actual results to differ materially from those implied or expressed by the forward-looking statements. These include the risk factors and other information discussed or referenced in the Company's most recent Annual Report on Form 10-K and other filings with the Securities and Exchange Commission. Any forward-looking statement speaks only as of the date on which such statement is made, and the Company undertakes no obligation to correct or update any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by applicable law. Information on Concho's website is not part of this press release.

**Use of Non-GAAP Financial Measures**

To supplement the presentation of the Company's financial results prepared in accordance with U.S. generally accepted accounting principles (GAAP), this press release contains certain financial measures that are not prepared in accordance with GAAP, including adjusted net income, adjusted earnings per share, adjusted EBITDAX and operating cash flow before working capital changes.

See "Supplemental Non-GAAP Financial Measures" below for a description and reconciliation of each non-GAAP measure presented in this press release to the most directly comparable financial measure calculated in accordance with GAAP.