# Exhibit 19

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ2 2019 Earnings Call Transcripts

## Thursday, August 01, 2019 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.71 | 0.69 | ▼ (2.82 %) | 0.82 | 3.31 | 5.96 |
| **Revenue (mm)** | 1113.01 | 1127.00 | ▲1.26 | 1152.89 | 4596.91 | 5812.49 |

Currency: USD
Consensus as of Aug-01-2019 1:04 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2018** | 1.03 | 1.42 | ▲1 37.86 % |
| **FQ4 2018** | 1.12 | 0.94 | ▼2 (16.07 %) |
| **FQ1 2019** | 0.75 | 0.72 | ▼3 (4.00 %) |
| **FQ2 2019** | 0.71 | 0.69 | ▼4 (2.82 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Concho Resources Inc. Second Quarter 2019 Earnings Conference Call. [Operator Instructions] As a reminder, this conference call is being recorded.

I would now like to turn the conference over to Megan Hays, Vice President of Investor Relations and Public Affairs. You may begin.

**Megan P. Hays**
*VP of Investor Relations & Public Affairs*

Thank you. Good morning, and welcome to Concho's Second Quarter 2019 Earnings Call. Our earnings release and corporate presentation are available on our website, and we plan to file our Form 10-Q today after market close. Participants on today's call will make forward-looking statements based on current expectations. They are subject to risks and uncertainties. Forward-looking statement and other disclaimers are provided in the earnings release and presentation. Our comments today may also reference non-GAAP financial metrics. You'll find the appropriate reconciliations in our earnings material. I'm joined today in Midland by Tim Leach, our Chairman and CEO, along with President, Jack Harper; Chief Operating Officer, Will Giraud, and members of the Concho's senior management team. Following our prepared remarks, we will host a question-and-answer session. Please limit yourself to one question and one follow-up.

With that, let me turn the call over to Tim.

**Timothy A. Leach**
*Chairman of the Board & CEO*

Thanks, Megan, and good morning. Yesterday's results and updated 2019 outlook reflect our continued move to a lower capital budget than originally planned this year. And our desire to enter 2020 in the best position to deliver competitive production growth and increasing free cash flow.

Production for the quarter averaged 329,000 BOEs per day, which exceeded the high-end of our guidance range. And oil volumes averaged 206,000 barrels per day. We delivered these volumes, while maintaining our discipline on operating costs. Controllable cash cost stay below $10 a barrel and we are working to drive this lower through field efficiencies, debt reduction and non-core asset sales.

We are focused on actively managing our portfolio to bring value forward to shareholders and reinforce our flexibility in a lower price environment.

Last year, we completed the RSP acquisition enhancing free cash flow generation of our machine. And this year, we are looking to high-grade portfolio through trades and sales. Lower Permian natural gas and NGL prices weighed on our financial performance in the second quarter with realized prices down by more than 50% from last quarter. However, today, we anticipate modestly improving gas realizations for the remainder of this year.

Operationally, the team is making the transition to full-field development across our assets. Our objective with project development is to maximize returns and recoveries. In that effort, we tested the limits on sand loading, lateral lengths, fluid volumes and now well density. We have a track record of innovation in the Permian. We've always favored the empirical data from drilling and testing. The resource took us a decade to build, and now we are trying to get the program up and optimized quickly for our next 2 or 3 decades of work. We've used and we will continue to use the information we gather from these tests to make future programs better.

I'm very proud of the job the team did executing on some of the most logistically sophisticated projects the company has undertaken. In the Delaware Basin, the 23-well Dominator project was designed to test logistical capabilities and well spacing that was approximately 50% tighter than our current resource assessment. While initial rates were solid, current performance data indicates that we developed the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Upper Wolfcamp too densely. We are incorporating the data into our development model to adjust spacing on future projects, including those projects set to spud in the second half of '19. In the Midland Basin, we completed the Marion Benge project ahead of schedule. This project is our largest to date with 18, 2-mile wells targeting the Spraberry and Wolfcamp zones. Initial performance for the Marion Benge is strong. And the project highlights the benefits of a large contiguous acreage position with infrastructure that can drive efficiencies. We transported the initial flow back water from this project to a recycling facility, where the water was treated and used to supply 100% of the water needs for operations at a 2-well location nearby.

Turning to our capital program, we averaged 26 rigs in the second quarter, and capital totaled $785 million, which was down 15% compared to the first quarter. Year-to-date production volumes were ahead of schedule, and today, we are running 18 rigs, which is below our previous plan of 24. We've made the decision to adjust our drilling and completion schedule in the second half of the year to slowdown and not chase incremental production at the expense of capital discipline.

We are focused on 2 primary objectives, delivering our $2.8 billion to $3 billion plan in 2019 and positioning the company for a free cash flow inflection in 2020. For 2019, capital activity and volumes are all now front-end weighted, and we expect to exit the year with a larger than usual inventory of drilled but uncompleted wells. This will provide strong momentum as we enter 2020. And importantly, our outlook for oil growth and free cash flow in 2020 gives us confidence in our ability to reduce debt and deliver increasing returns to shareholders. Our assets are in the best part of the Permian and support our commitment to delivering value to our shareholders now and in the future.

That means prioritizing capital discipline, focusing investments to deliver the greatest return, finding ways to increase productivity and decrease cost, and maintaining financial strength and flexibility.
Thanks, and now I'll turn it back to the moderator and our team looks forward to taking your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And as my follow-up on Page 6 of your PowerPoint, you noted that Concho tested the upper limits of well spacing during the second half of '18 and first half of '19. How many wells and projects probably pertain to that statement?

**C. William Giraud**
*Executive VP & COO*

I don't know the number off top of my head. Typically, I would characterize '19 as the year that we were advancing our understanding of optimal lateral length, placement design and well spacing being one of the critical variables there. Typically, where we have done that, we have added, kind of, 1 more well into our project. Dominator is the most extreme example where we went 50% beyond, kind of, our traditional resource spacing. So I would say that in a number of the projects we have this year and including a couple more coming on in the back half of this year, you're going to see them developed at a modestly more dense than our resource spacing, but nothing anymore close to Dominator.

**Operator**

And our next question comes from Neal Dingmann with SunTrust.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

Guys, Tim or Jack, it seems certainly that the brunt of the plan or primary plan is still about the capital discipline. And I'm just wondering with the lower activity, you're maybe obviously not getting through and you certainly have the material inventory position. Could you talk about how you would view asset sales as far as further potential upstream sales or midstream sales? Just wondering anything if you comment on to the details on the size, timing and potential goals around that?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes, we talked in the past about kind of our leverage targets. And so the asset sales programs we are working on right now, which would include anything that we are not allocating capital to orders that non-core asset would support getting us to that leverage area quicker. And we are very focused on that. I mentioned, it is one of our top priorities. So we have a number of things out right now that are being tested and expect that to yield a good result for us.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

Hope that. Okay, very good. And then just lastly, on the GOR, it seems like the percentage there is holding up pretty well. Could you just discuss as you, sort of, target different areas, I mean, your thoughts for the remainder of the year in the 2020, it is still good about roughly around that 63% holding?

**Jack F. Harper**
*President*

Yes, Neal. This is Jack. I think it's important to remember in the first half of the year, our oil production is ahead of our expectation, so is the gas production. And we won't overcome that percentage in the back half of the year because we are slowing down. As we look forward, moving back towards that mid-60s range, it's how we see things playing out over the next couple of years.

**Operator**

And our next question comes from Paul Sankey with Mizuho.

**Paul Benedict Sankey**
*Mizuho Securities USA LLC, Research Division*

Tim, you mentioned the positive of free cash flow inflection next year. At the same time, we have seen this year some issues with some of the science project type stuff, and we are seeing what seems to be gas

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, Brian. Again, I'd start with the production in the first half of the year, it has been ahead of our plan. In the back half of the year, it's going to be below our original plan, primarily due to putting less wells on production and to some effects of these spacing tests that Tim and Will have described. But more importantly than that is to preserve the balance sheet, keep our capital this year as close to our cash flow from operations as we can and set up for the inflection that we have described in 2020.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

I completely understand the reasons for the discipline. I think I would ask on the -- getting fewer wells online in the second half, and what it is specifically relative to the original plan that is changing the ability to get those wells on, i.e., same budget, fewer wells?

**Jack F. Harper**
*President*

Yes. Well, as I described, there was a lot of noise in the beginning of the year with production and capital and non-op capital coming at ahead of our expectations, that coupled with a declining liquids and gas price market have us inclined to prepare back our capital to make sure we land well within that capital budget. We are not necessarily trying to hit the top end.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

And then my follow-up is, do you expect -- with regards to the debt reduction goal over 2 years of $500 million to $750 million, do you expect that, that can be accomplished with double-digit growth next year in the absence of further asset sales? Or do you think that the asset sales will be needed to hit that reduction plan from here?

**Timothy A. Leach**
*Chairman of the Board & CEO*

We are kind of targeting debt reduction through asset sales and then the double-digit growth out of cash flow and reinvestment in our assets.

**Operator**

And our next question comes from Biju Perincheril with Susquehanna.

**Biju Z. Perincheril**
*Susquehanna Financial Group, LLLP, Research Division*

Tim, you mentioned, you are adjusting spacing on the wells that you're spudding now based on the results from some of the recent pilots. So just wondering how should I think about spacing and productivity on the wells that you're totaling between now and in the well -- when the wells that are spudding now comes online?

**C. William Giraud**
*Executive VP & COO*

Sure, I mean, like I could mention 2019 was the year of testing a number of different things, one of the primary variables being well spacing. So there are still projects to come on in the back half of this year that have, as I stated, modestly down-spaced tests incorporated in them. I think going forward you'd expect us to revert back to that resource spacing, which I think you can generally characterize as across in a section. And then I also would expect us, as move forward into 2020, to also test what densities less than our -- that resource spacing looks like as well.

**Biju Z. Perincheril**
*Susquehanna Financial Group, LLLP, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. That's helpful. And then a related question is, certainly appreciate -- can appreciate the necessity for projects such as Dominator to sort of compress your landing cycle time. So are there additional projects like those in other zones that we should expect sometime next year? Or are you -- did you have most of the data that you need at hand now?

**C. William Giraud**
*Executive VP & COO*

I mean there is really nothing quite like that in the portfolio for '19 or beyond. As we've mentioned that was a test both of the intensity of activity with 7 rigs and then 5 frac crews operating some openings like a square mile, but then there was also testing of density that 150% of our resource that's greater than we've ever done. And so we've certainly learned some things about the impact of the inner well communication and spacing. We've -- I think and as we said from an operational standpoint, the team did a fantastic job executing the project with it all brought on safely as planned and ahead of schedule. But clearly, the -- it's interesting that 30 and 60-day production rates were consistent with our other projects in that area, but the performance has declined and that's since it has been clear that it's just due time.

**Biju Z. Perincheril**
*Susquehanna Financial Group, LLLP, Research Division*

That's great. And if I could ask one more follow-up on that is, other than productivity, you're also looking at sort of cycle time and cost savings, which you can get from the bigger projects. Can you talk about that aspect of the Dominator? And what does that mean for your capital efficiency going forward?

**C. William Giraud**
*Executive VP & COO*

Yes, I mean, one thing that is consistent is our belief that large-scale project developments only have -- there are very clear benefits both in terms of the capital efficiency you get from concentrating that much activity at one spot at one time. And there is also benefits around resource recovery from developing all of that resource at the same time versus coming back a year or 2 later to do it in different chunk. So our conviction around that certainly is the same. I just think you'll see us revert closer to the resource spacing going forward.

**Operator**

And our next question comes from Doug Leggate with Bank of America.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

Guys, I want to most likely just go back to the Dominator. I'm really -- it seems to me the market is conflating. What may have been an overly aggressive spacing tests, or at least the attempt to try and figure out the optimal density. But I guess, what I'm really trying to understand is, how does this -- when you talk about remediation, how does this change the go-forward development plan as you think about rightsizing large-scale developments? If I could just elaborate, what I'm really trying to get out is, you obviously committed a lot of capital here, which is kind of set the future for the second half of the year. So some of them are really what you do, I guess, second half is now in place with that momentum. But does that need you to rethink that maybe the right-size of these large developments needs to be somewhat smaller? I'm just thinking philosophically how you're going develop the portfolio going forward?

**C. William Giraud**
*Executive VP & COO*

Yes. So I mean, in terms of the project spacing, I don't know that it has taught us anything in terms of the optimal project size. The team has executed extremely well from a logistical standpoint getting that much work done on time, actually ahead of schedule. So I do think, as we talked about in previous calls, the optimal project size for us is probably in the 8 to 10 to 12 depending upon where you're in the Permian. But I'm not sure that -- Dominator gave us confidence that we can continue to push that up over time and find incremental efficiencies and how we do it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.