# Exhibit 20

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ4 2019 Earnings Call Transcripts

## Wednesday, February 19, 2020 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.80 | 1.03 | ▲28.75 | 0.91 | 2.81 | 3.05 | ▲8.54 | 3.85 |
| Revenue (mm) | 1174.51 | 1246.00 | ▲6.09 | 1155.84 | 4507.10 | 4592.00 | ▲1.88 | 4831.32 |

Currency: USD
Consensus as of  Feb-19-2020 11:33 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2019 | 0.75 | 0.72 | ▼1 (4.00 %) |
| FQ2 2019 | 0.71 | 0.69 | ▼2 (2.82 %) |
| FQ3 2019 | 0.68 | 0.61 | ▼3 (10.29 %) |
| FQ4 2019 | 0.80 | 1.03 | ▲4 28.75 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

growth. Our high-cash margin production and improving efficiencies across our drilling and completion operations.

For 2019, average drilling, completion and equipment costs per foot were just below $1,000, which reflects an 18% decrease compared to 2018. Despite all the movement during 2019, we stayed within our guided capital budget and grew oil production 25% year-over-year. We also moved to a steadier drilling program in the second half of 2019, which carries into 2020 and will lead to a more efficient capital program.

For 2020, we are planning a $2.6 billion to $2.8 billion capital budget with our activity equally split between the Delaware and Midland basins. We expect this level of investment will result in drilling, completing and turning online approximately 300 wells during the year. The average project size will be 6 wells, and our average well spacing will be 700 to 800 feet as compared to approximately 550 feet last year.

Rolling our cost improvements and faster cycle times together, we expect to spend approximately 10% less year-over-year, while completing about 10% more lateral feet. Our activity is expected to generate 10% to 12% oil production growth, which represents 217,000 to 221,000 barrels of oil per day compared to pro forma 2019 volumes of 197,000 barrels per day.

Gas and NGL prices have fallen since our third quarter '19 call, but our hedge book has this in a position to deliver on the priorities and targets that we've previously discussed. We expect to fund the capital program and generate $350 million of free cash flow at $50 oil and current prices for gas and NGLs due to lower well cost, a lower cost structure and beneficial hedges that provide stability in a volatile market. After our third quarter call, we layered on hedges at $57 WTI. So while they limit our upside and a $60 scenario, they are substantially above market in today's $50 environment.

Our forecast for $650 million of free cash flow at $60 oil, includes the new hedges as well as current NGL prices. We see the potential to deliver $750 million in free cash flow with strong execution and an NGL environment consistent with $60 crude. So again, 2020 is off to a great start, and we will continue to focus on growing margins, growing free cash flow, growing distributions and advancing sustainability. These priorities will support our performance. We also have a very strong commitment to capital discipline because we believe it's key to maintaining a strong balance sheet and growing long-term value through the cycles.
We'll now turn the call back over to the moderator for questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.