# Exhibit 21

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO Company Conference Presentation

## Wednesday, September 04, 2019 2:05 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants ........................................................ 3

Presentation ........................................................ 4

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Timothy A. Leach**
*Chairman of the Board & CEO*

**ANALYSTS**

**Jeanine Wai**
*Barclays Bank PLC, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**                                                                                    3

# Presentation

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

All right. Good morning, everyone. It's nice to see everybody. It is our privilege today to have Tim Leach, Chairman and CEO of Concho Resources. Concho is a large-cap, pure-play Permian E&P with operations in both the Midland and Delaware sub-basins. It has a very deep, high-quality inventory, which is coupled with a very strong balance sheet. Concho is well positioned to deliver free cash flow in 2020 and, importantly, management is committed to additional return of capital to shareholders.

So without further ado, I'll turn the mic over to Tim. Tim?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Thanks, Jeanine. Before I get started, let me just mention, a few of you have asked me about the shooting this last weekend in Midland and Odessa. And I appreciate your thoughts and comments and prayers. It did affect a number of our employees and their families. It was horrible, terrible tragedy. West Texans are pretty resilient, but some things are just changing forever. And that was a terrible tragedy very close to home. So I really appreciate those of you who have mentioned it and shown concerns. So thank you very much.

During the last 40 years, we've worked through some massive changes, both macro changes and those changes that were initiated by our industry. None of the changes have been as challenging to manage and communicate as a discovery of the massive shale place and the tectonic changes in the capital markets over the last 5 years. Also, during my career, I'm used to delivering more than we have told you, and in the second quarter, we did not do that. And today, I'm going to try to explain what happened, what we're going to do about it and what it means.

Also, we have agreed to sell our position in the New Mexico Shelf. This was an early asset for the company, and the cash flow from this asset funded our discovery and development of other parts of the Permian. However, within our broader portfolio, it no longer competes for capital. We'd already developed much of the upside.

The sale high grades our assets, reduces our cost structure and the proceeds will jump-start our initial share repurchase program. We're built for growth and returning value to shareholders, and we believe that repurchasing our shares is a good use of excess cash, and it demonstrates our confidence in the business.

Clearly, our short- and medium-term priorities are to demonstrate our ability to execute, highlight our asset quality and continue to show financial discipline while we're driving down cost.

Shareholders have grown to depend on and trust Concho's ability to execute. That confidence has wavered this last month. So before we get into discussing the why of things, let's address the what, as there are a few things at play here.

As discussed on the earnings call, spacing test contributed to less-than-expected well performance. As a result, we have since given priority to projects with fewer wells and wider spacing and emphasized returns. Realized prices were materially affected, so we've modified our activity level to align with a conservative outlook on commodity prices.

The announcement we made yesterday afternoon revealed 3 additional changes. We've monetized our assets on the shelf, we've initiated a share repurchase program, and we've achieved our leverage targets. Each of these changes is important to the path forward for our business, and together, enhance the underlying value of Concho.

Throughout our history, our strategy has been to focus on and be competitive in 4 main things: our team, our assets, our capital efficiency and our balance sheet. It's been the source of our success, and that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

hasn't changed. This type of environment, the execution of the strategy and the focus on returns is more important than ever.

An important goal this morning is clearing the air following the second quarter conference call. I want to take a few minutes and address the dynamics impacting the '19 capital plan, why we made the changes to our operating plan and what it means for the production outlook. I also want to spend some time discussing the importance of well spacing, how we think about it and what we've learned.

We closed the acquisition of RSP just over a year ago. And when we did, we believed that it was important to set expectations and provide a budget for '19 earlier than we normally would. In November of '18, we announced a 2019 capital budget of $3.4 billion to $3.6 billion, which was expected to be fully funded by our after-tax cash flow and reflected the combined assets of both companies and $60 to $70 oil prices. As soon as we began that program, oil prices moved sharply lower, and we started modifying our spending rate to much -- to match the cash flow at $50 oil, which aligns with the $2.8 billion to $3 billion level you see on this slide.

Because we entered the year hot, 2019 was always going to be front-end loaded. And because of the factors outlined on the slide, we reduced our operating activity to stay within the $2.8 billion to $3 billion range. One of the factors, higher well cost, is due in part to inefficiencies we discovered on drilling and facilities as we move to these very large projects. We still expect to land our spending within the $2.8 billion to $3 billion range, and we expect decline in cost for the rest of the year.

2019 is a transition year. The things we've done in '19 positioned the company to deliver oil growth, strong cash flow and growing returns to shareholders in 2020 and beyond.

Lower activity impacts our oil growth, and we trimmed our full year outlook from 29% to 24% at the midpoint, which corresponds to the factors at play in the capital budget. The lower oil outlook also incorporates the performance from spacing test. The Dominator project is the most high-profile example of our density work, but we have other projects at tested spacing, mainly in the Northern Delaware Basin.

I described on the call that the resource base took us a decade to build, and we're getting the program optimized for our next 2 to 3 decades of work. The data generated in these tests will make our development program better.

Let me spend a few minutes describing the way we think about well spacing, what we've learned, and based on that, what we're going to do in the future. Over the past decade, we've drilled and completed about 1,600 wells in 17 different zones. This is depicted in one of the slides in the appendix of our presentation. We had to develop much of the drilling and completion technology internally through testing over the last 10 years. From its beginning in Southeast New Mexico, we had to determine how many zones would produce and where else in the Permian Basin does this type of rock and this type of opportunity exist. Remember those leases we took in Terry County and remember how our industry was chasing the Cline shale on the Eastern Shelf of the Midland Basin, while finding the core rock was an important experiment that we spent our capital on. Also, we've tested and continued to tweak well placement, lateral length, sand type and volumes, frac fluid type and volumes, frac stage geometry and many more variables. We've done a lot of work across 17 different zones, which can all behave differently while landing all of our budgets and hitting production forecast.

Well spacing is another important variable that needed to be tested independently across a representative sample of our 17 distinct zones. In the chart on the left-hand side, we've plotted our projects with a number of wells per reservoir on the x-axis and the distance between wells on the y-axis. The shaded region for 2020 highlights that we'll increase the distance between wells. Project size is an important variable. Clearly, Dominator was an outlier. And we'll develop fewer wells per project on average in 2020, which will improve cycle times and reduce concentration risk.

We've broken out the 2019 projects to show that we are taking immediate steps to course correct, and these efforts are already in motion as you can see that on average there will be less wells per reservoir in the second half of '19, and those wells will be spaced further apart than in the first half of '19.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well spacing and density are one of the great balancing equations of the shale revolution. The balance is between rate of return and recovery. So clearly, the higher the density, the more molecules we would ultimately recover. But as this slide shows, the rate of return for the project goes down with each additional well drilled. The chart on the right demonstrates that there is an optimal balance. And the chart on the left shows that we will be moving that balance to higher rate of return next year.

Based on what we've learned in 2019, now let me describe what we're going to do from this point forward. The next several slides will describe how we're going to improve our business and increase the value of Concho by dramatically improving our capital efficiency and our margin.

So let's start with capital efficiency. This is the first time we've presented this metric, which shows the capital necessary to add a flowing barrel of oil. Capital efficiency moved in the wrong direction in 2019. However, we're quickly refocusing the program and reducing the cost to drive substantial improvement in 2020. Transparency around our well cost is another important takeaway from today's presentation. Here, we plotted the well cost for the Delaware Basin and the Midland Basin, giving the unique characteristics of each. Bottom line, we're on a path to capture at least 10% savings across the program by year-end '19.

While we may not be the cheapest, we're generating some of the best well results, and we're getting volumes for those costs. This is a snapshot of our performance in the Northern Delaware Basin, Wolfcamp A, where we've drilled a lot of wells. And we've highlighted the 6-month cumulative production for the wells that we spaced further apart versus our density test. And we've compared those results to all the other Wolfcamp A wells drilled by industry during that time period. As we move back to wider spacing, we expect to continue to generate strong well performance.

We made a lot of progress on the cost front, but as we move into the manufacturing area of shale, we need to drive cost even lower. The shelf represented a 1/3 of our wellbores, most of which are older, vertical wells, and with the sale of the shelf, we'll make further progress, reducing LOE, interest expense and G&A. You can see on this slide, we've set an aggressive target for next year.

Asset management continues to be critical to our success. The $925 million sale of the shelf brings our total disposition proceeds to approximately $2.8 billion since 2016. The transaction, which we sold at a valuation that is several turns higher than we trade on 2020 cash flow, improves our margin, reduces our cost by eliminating 1/3 of our wellbores but only 5% of our oil production. The sale does not materially change our base PDP decline and, in addition, we will achieve all of our balance sheet goals and immediately repurchase shares.

So for a while, we've communicated a capital allocation framework, and we established a debt reduction target of $500 million to $750 million to be accomplished this year and next year. The asset sale achieves the debt reduction target immediately, while the remaining proceeds will be returned to shareholders and jump-start our $1.5 billion share repurchase program.

We're positioning the company anticipating more industry volatility, not less. The fundamentals of our business are as strong as I can recall, and despite the weakness over the last 2 months, we're well positioned to plan around conservative commodity prices, deliver sustainable oil growth, generate strong free cash flow and invest for the long term. At lower oil prices, our financial strength provides flexibility, and we'll manage the business conservatively within cash flow. At higher prices, we'll generate more free cash flow, which will be able to fund future stock buybacks and dividends. While we're not going to announce our 2020 plan early, this framework will guide us next year and in the future.

We have always been very serious about the idea that we will leave this place better than we found it. In that spirit, I am very proud of the performance of the Concho team around reducing emissions, operating safely and reinvesting in the communities where we live and work. We recently published our first climate risk report that shows that we will be well positioned to lead our industry and sustainability. I'm proud of my team and my company.

So in closing, we feel urgency in demonstrating the unique characteristics of our business: growth and return to shareholders. While our portfolio is as strong as ever, 2020 should be a breakout year.

With that, thank you, and I look forward to our breakout session to answer all of your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jeanine Wai**
*Barclays Bank PLC, Research Division*

Okay. So the breakout is in the Riverside room, and we should be able to just move there immediately for all of your questions. It's been a real pleasure and a privilege. Thank you very much, Tim.

**Timothy A. Leach**
*Chairman of the Board & CEO*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.