# Exhibit 14

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
**Date of report (Date of earliest event reported): October 30, 2018**

# Concho Resources Inc.

(Exact Name of Registrant as Specified in Its Charter)
**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-33615** | **76-0818600** |
| (Commission File Number) | (I.R.S. Employer Identification No.) |
| **One Concho Center** | |
| **600 West Illinois Avenue** | |
| **Midland, Texas** | **79701** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code: **(432) 683-7443**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

### TABLE OF CONTENTS

Item 2.02 Results of Operations and Financial Condition
Item 9.01 Financial Statements and Exhibits
SIGNATURES
EXHIBIT INDEX
EX-99.1

**Item 2.02 Results of Operations and Financial Condition.**

On October 30, 2018, Concho Resources Inc. (the "***Company***") issued a press release announcing its financial and operating results for the three and nine months ended September 30, 2018 (the "***Earnings Release***"). A copy of the Company's Earnings Release is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description of Exhibit |
| --- | --- |
| 99.1 | Press release dated October 30, 2018, announcing financial and operating results for the three and nine months ended September 30, 2018. |

THE INFORMATION CONTAINED IN THIS CURRENT REPORT, INCLUDING THE EXHIBITS ATTACHED HERETO, SHALL NOT BE DEEMED "FILED" FOR THE PURPOSES OF SECTION 18 OF THE SECURITIES AND EXCHANGE ACT OF 1934, NOR SHALL THEY BE DEEMED INCORPORATED BY REFERENCE INTO ANY REGISTRATION STATEMENT OR OTHER FILING PURSUANT TO THE SECURITIES ACT OF 1933, EXCEPT AS OTHERWISE EXPRESSLY STATED IN SUCH FILING.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CONCHO RESOURCES INC.

Date: October 30, 2018

By:     /s/ Travis L. Counts

Name:     Travis L. Counts

Title:     Senior Vice President, General Counsel and Corporate Secretary

**EXHIBIT INDEX**

| Exhibit No. | Description of Exhibit |
|---|---|
| 99.1 | Press release dated October 30, 2018, announcing financial and operating results for the three and nine months ended September 30, 2018. |

**Exhibit 99.1**

## Concho Resources Inc. Reports Third-Quarter 2018 Results

### *Exceeds Production Guidance*

### *Provides Outlook for 2019 and 2020*

### *Announces Plan to Initiate Dividend*

MIDLAND, Texas--(BUSINESS WIRE)--October 30, 2018--**Concho Resources Inc. (NYSE: CXO)** (the "Company" or "Concho") today reported third-quarter 2018 results.

**Highlights**

- Achieved production of 287 MBoepd, exceeding the high end of the Company's guidance range.

- Delivered crude oil production of 185 MBopd.

- Generated cash flow from operating activities greater than capital expenditures, excluding acquisitions, year-to-date.

- Recorded a net loss of $199 million, or $1.05 per diluted share. Adjusted net income totaled $269 million, or $1.42 per diluted share (non-GAAP).

- EBITDAX (non-GAAP) was $829 million.

- Completed the acquisition of RSP Permian, Inc.

- Provided 2019 and 2020 outlook for free cash flow, strong crude oil growth and improving corporate returns.

- Announced plans to initiate a regular quarterly dividend of $0.125 per share beginning in first-quarter 2019. The indicated annual rate of $0.50 per share underscores the Company's commitment to sustainable, profitable growth and value creation.

Tim Leach, Chairman and Chief Executive Officer, commented, "Our strong third quarter results demonstrate Concho's positive momentum following the acquisition of RSP Permian. We have been disciplined over the last several years - generating free cash flow, prudently growing oil production, reducing our cost structure and building for the future with accretive acquisitions and strategic portfolio management. These efforts position us well for the next stage of our company, which includes delivering high-margin oil growth and initiating a return-of-capital strategy to our shareholders. We are a growth company, and our platform for delivering growth, demonstrating the benefits of scale and enhancing shareholder value, has never been better."

**Third-Quarter 2018 Operations Summary**

Production for third-quarter 2018 was 26 million barrels of oil equivalent (MMBoe), or an average of 287 thousand Boe per day (MBoepd). Average daily crude oil production for third-quarter 2018 totaled 185 thousand barrels per day (MBopd). Natural gas production for third-quarter 2018 totaled 612 million cubic feet per day (MMcfpd).

Concho completed the acquisition of RSP Permian, Inc. (RSP) on July 19, 2018. Following the RSP acquisition, which enhanced the Company's assets in both the Midland Basin and the Delaware Basin, the Company simplified its asset structure, changing from four core operating areas to two - comprising the Midland Basin and the Delaware Basin, which includes the Northern Delaware Basin, Southern Delaware Basin and the New Mexico Shelf.

During third-quarter 2018, Concho averaged 31 rigs, and the Company is currently running 34 horizontal rigs, including 22 rigs in the Delaware Basin and 12 rigs in the Midland Basin. Additionally, Concho is currently utilizing 8 completion crews. The table below summarizes the Company's drilling and completion activity on a gross basis during third-quarter 2018.

| | Number of Wells Drilled | Number of Operated Wells Drilled | Number of Wells Completed | Number of Operated Wells Completed |
|---|---|---|---|---|
| Delaware Basin | 85 | 54 | 75 | 51 |
| Midland Basin | 36 | 27 | 40 | 28 |
| Total | 121 | 81 | 115 | 79 |

***Delaware Basin***

In the Delaware Basin, excluding the New Mexico Shelf, Concho added 31 wells with at least 60 days of production as of the end of third-quarter 2018. The average 30-day and 60-day peak rates for these wells were 1,422 Boepd (73% oil) and 1,269 Boepd (73% oil), respectively, from an average lateral length of 6,685 feet.

Concho's White Falcon project in Lea County, New Mexico, included seven wells with an average lateral length of 8,772 feet per well. The project, which targeted intervals in the 3rd Bone Spring and Wolfcamp A zones, produced average 30-day and 60-day peak rates of 1,804 Boepd (84% oil) and 1,566 Boepd (84% oil) per well, respectively.

Additionally, Concho recently completed the Hollywood & Iceman project in Reeves County, Texas. The project included eight wells with an average lateral length of 11,679 feet per well. The Hollywood and Iceman project, which targeted the 3rd Bone Spring and Wolfcamp A zones, produced an average 30-day peak rate of 1,765 Boepd (70% oil) per well.

***Midland Basin***

In the Midland Basin, Concho added 34 wells with at least 60 days of production as of the end of third-quarter 2018. The average 30-day and 60-day peak rates for these wells were 1,178 Boepd (86% oil) and 1,066 Boepd (85% oil), respectively, from an average lateral length of 9,686 feet.

Concho's Windham B project included 10 wells with an average lateral length of 10,332 feet per well. The project, which targeted intervals in the Lower Spraberry, Wolfcamp A, Wolfcamp B and Wolfcamp C zones, produced average 30-day and 60-day peak rates of 1,238 Boepd (84% oil) and 1,162 Boepd (84% oil) per well, respectively.

**Third-Quarter 2018 Financial Summary**

Concho's average realized price for crude oil and natural gas for third-quarter 2018, excluding the effect of commodity derivatives, was $56.38 per Bbl and $4.18 per Mcf, respectively, compared to $45.29 per Bbl and $3.18 per Mcf, respectively, for third-quarter 2017.

Net loss for third-quarter 2018 was $199 million, or $1.05 per diluted share, compared to net loss of $113 million, or $0.77 per diluted share, for third-quarter 2017. Adjusted net income (non-GAAP), which excludes non-cash and unusual items, for third-quarter 2018 was $269 million, or $1.42 per diluted share, compared with adjusted net income for third-quarter 2017 of $67 million, or $0.45 per diluted share.

EBITDAX (non-GAAP) for third-quarter 2018 totaled $829 million, compared to $458 million for third-quarter 2017.

Concho's effective income tax rate for third-quarter 2018 was 26%, compared to 37% for third-quarter 2017, primarily due to the reduction of the U.S. federal statutory corporate income tax rate from 35% to 21%.

In the nine months ended September 30, 2018, cash flow from operating activities was approximately $1.9 billion, exceeding $1.7 billion in capital expenditures (additions to oil and natural gas properties).

**Maintaining a Strong Financial Position**

Concho maintains a strong financial position, with investment-grade ratings, a low leverage ratio and substantial liquidity.

As previously reported, during third-quarter 2018, Concho closed its offering of $1.6 billion aggregate principal amount of senior unsecured notes, consisting of $1.0 billion aggregate principal amount of 4.3% senior unsecured notes due 2028 and $600 million aggregate principal amount of 4.85% senior unsecured notes due 2048. The proceeds from the offering were used to redeem RSP's 6.625% senior notes due 2022 and 5.25% senior notes due 2025 for approximately $1.2 billion, as well as repay a portion of the outstanding balance under RSP's existing credit facility. Concho repaid the remaining balance under RSP's credit facility with borrowings under Concho's $2.0 billion credit facility.

At September 30, 2018, Concho had cash of $24 million and long-term debt of $4.1 billion, including $193 million of outstanding borrowings under its credit facility.

**Outlook**

*2018*

For full-year 2018, the Company updated it guidance for natural gas price realizations as a percent of NYMEX Henry Hub to 110%-120%; gathering, processing and transportation expense to $0.55-$0.65 per Boe; cash general and administrative expense to $2.30-$2.50 per Boe; and its income tax rate to 24%.

*2019-2020*

Concho has a track record of generating free cash flow and delivering strong production growth on both an absolute and per debt-adjusted share basis. The Company's success is driven by its high-quality portfolio and efficient execution. Concho's transition to manufacturing-style development - and the transition of RSP's assets to manufacturing mode - enhances the Company's ability to grow free cash flow, expand profitability, improve return on capital employed (ROCE) and initiate capital returns to shareholders.

Capital spending for 2019 is expected to be between $3.4 billion and $3.6 billion. During 2019, Concho expects to run an average of 34 rigs, increasing to approximately 38 rigs in 2020. In 2019, approximately 80% of capital will be allocated to large-scale projects, up from two-thirds of the Company's capital directed to large-scale projects in 2018. Additionally, the Company's average lateral length will trend significantly higher in 2019. The average lateral length for the program is expected to be approximately 9,700 feet, up more than 20% year over year. Oil production is expected to grow more than 25% from fourth-quarter 2018 to fourth-quarter 2019. Further, Concho's planned activity level is expected to drive two-year crude oil and total production compound annual growth rates of 30% and 25%, respectively, from 2018 to 2020. Importantly, disciplined capital allocation and high-margin oil growth is expected to drive strong free cash flow generation and improving ROCE in 2019 and 2020.

The Company's outlook for 2019 and 2020 excludes acquisitions and is subject to change without notice depending upon a number of factors, including commodity prices and industry conditions.

**Capital Returns**

Subject to declaration by the Board of Directors, the Company plans to initiate a quarterly dividend of $0.125 per share in the first quarter of 2019. The indicated annual rate of $0.50 per share underscores the Company's outlook for strong free cash flow and its commitment to sustainable, profitable growth and value creation.

**Commodity Derivatives Update**

The Company's commodity derivatives strategy is intended to manage its exposure to commodity price fluctuations. Please see the table under "Derivatives Information" below for detailed information about Concho's current derivatives positions.

**Conference Call**

Concho will host a conference call tomorrow, October 31, 2018, at 8:00 AM CT (9:00 AM ET) to discuss third-quarter 2018 results. The telephone number and passcode to access the conference call are provided below:

Dial-in: (844) 263-8298
Intl. dial-in: (478) 219-0007
Participant Passcode: 3856276

To access the live webcast and view the related earnings presentation, visit Concho's website at **www.concho.com**. The replay will also be available on the Company's website under the "Investors" section.

**Upcoming Conferences**

The Company will present at the Bank of America Merrill Lynch Global Energy Conference on November 15, 2018 at 12:20 PM CT (1:20 PM ET). The presentation will be webcast and accessible on the Events & Presentations page under the Investors section of the Company's website, **www.concho.com**.

**About Concho Resources**

Concho Resources (NYSE: CXO) is the largest unconventional shale producer in the Permian Basin, with operations focused on acquiring, exploring, developing, and producing oil and natural gas resources. Concho is at the forefront of applying advanced technology and large-scale development to safely and efficiently maximize resource recovery while delivering attractive, long-term economic returns. We are working today to deliver a better tomorrow for our shareholders, people and communities. For more information about Concho, visit **www.concho.com**.

**Forward-Looking Statements and Cautionary Statements**

The foregoing contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. All statements, other than statements of historical fact, included in this press release that address activities, events or developments that the Company expects, believes or anticipates will or may occur in the future are forward-looking statements. Forward-looking statements contained in this press release specifically include statements relating to benefits of the acquisition of RSP. The words "estimate," "project," "predict," "believe," "expect," "anticipate," "potential," "could," "may," "enable," "foresee," "plan," "will," "guidance," "outlook," "goal" or other similar expressions that convey the uncertainty of future events or outcomes are intended to identify forward-looking statements, which generally are not historical in nature. However, the absence of these words does not mean that the statements are not forward-looking. These statements are based on certain assumptions and analyses made by the Company based on management's experience, expectations and perception of historical trends, current conditions, current plans anticipated future developments and other factors believed to be appropriate. Forward-looking statements are not guarantees of performance. Although the Company believes the expectations reflected in its forward-looking statements are reasonable and are based on reasonable assumptions, no assurance can be given that these assumptions are accurate or that any of these expectations will be achieved (in full or at all) or will prove to have been correct. Moreover, such statements are subject to a number of assumptions, risks and uncertainties, many of which are beyond the control of the Company, which may cause actual results to differ materially from those implied or expressed by the forward-looking statements. The declaration and payment of any dividend described in this release remains fully subject to further approval by the Board of Directors, and no dividend has been declared or approved. These include the risk factors and other information discussed or referenced in the Company's most recent Annual Report on Form 10-K and other filings with the SEC. Any forward-looking statement speaks only as of the date on which such statement is made, and the Company undertakes no obligation to correct or update any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by applicable law. Information on Concho's website is not part of this press release.

**Use of Non-GAAP Financial Measures**

To supplement the presentation of the company's financial results prepared in accordance with U.S. generally accepted accounting principles (GAAP), this press release contains certain financial measures that are not prepared in accordance with GAAP, including adjusted net income, adjusted net income per diluted share and EBITDAX.

See "Supplemental Non-GAAP Financial Measures" at the end of this press release for a description and reconciliation of each non-GAAP measure presented in this press release to the most directly comparable financial measure calculated in accordance with GAAP.

The release also contains the non-GAAP term free cash flow. Free cash flow is cash flow provided by operating activities in excess of exploration and development costs incurred. The company believes that free cash flow is useful to investors as it provides measures to compare cash provided by operating activities and exploration and development costs across periods on a consistent basis.

Additionally, return on capital employed, or ROCE, is a non-GAAP measure that is defined as net income plus after-tax interest expense divided by average stockholders' equity plus average net debt.