**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 <br><br> CLASS ACTION |

**DECLARATION OF AMY PHARR HEFLEY**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Baker Botts L.L.P, which is counsel of record for Defendants Concho Resources Inc. ("Concho"), ConocoPhillips (as successor in interest to Concho), Timothy Leach, Jack F. Harper, C. William Giraud, E. Joseph Wright, and Brenda R. Schroer (Leach, Harper, Giraud, Wright, and Schroer, collectively, "Individual Defendants") in the above-styled case.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from Concho Resources Inc.'s Q4 2017 Earnings Call Transcript, dated February 21, 2018.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from Concho Resources Inc.'s Q1 2019 Earnings Call Transcript, dated May 1, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of Concho Resources Inc.'s presentation at the Barclays CEO Energy Power Conference, dated September 5, 2018.

78711873        1

6.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the transcript of Concho Resources Inc.'s presentation at the Raymond James Institutional Investors Conference, dated March 4, 2019.

7.      Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of Concho Resources Inc.'s presentation at the Citi Global Energy and Utilities Conference, dated May 15, 2018.

8.      Attached as **Exhibit 6** is a true and correct copy of excerpts from Concho Resources Inc.'s 2017 Form 10-K, dated February 21, 2018.

9.      Attached as **Exhibit 7** is a true and correct copy of excerpts from Concho Resources Inc.'s Form 8-K, dated February 20, 2018.

10.     Attached as **Exhibit 8** is a true and correct copy of excerpts from the transcript of Concho Resources Inc.'s presentation at the Raymond James Institutional Investors Conference, dated March 5, 2018.

11.     Attached as **Exhibit 9** is a true and correct copy of excerpts from Concho Resources Inc.'s Investor Presentation, dated March 28, 2018.

12.     Attached as **Exhibit 10** is a true and correct copy of excerpts from Concho Resources Inc.'s Q1 2018 Investor Presentation, dated May 1, 2018.

13.     Attached as **Exhibit 11** is a true and correct copy of excerpts from Concho Resources Inc.'s Q2 2018 Earnings Call Transcript, dated August 2, 2018.

14.     Attached as **Exhibit 12** is a true and correct copy of excerpts from Concho Resources Inc.'s Q2 2018 Investor Presentation, dated August 1, 2018.

15.     Attached as **Exhibit 13** is a true and correct copy of excerpts from Concho Resources Inc.'s Q4 2018 Earnings Call Transcript, dated February 20, 2019.

78711873                                    2

16.     Attached as **Exhibit 14** is a true and correct copy of excerpts from Concho Resources Inc.'s FY 2019 Form 8-K, dated October 30, 2018.

17.     Attached as **Exhibit 15** is a true and correct copy of excerpts from Concho Resources Inc.'s Form 8-K, dated February 19, 2019.

18.     Attached as **Exhibit 16** is a true and correct copy of excerpts from Concho Resources Inc.'s Q3 2018 Earnings Call Transcript, dated October 31, 2018.

19.     Attached as **Exhibit 17** is a true and correct copy of excerpts from Concho Resources Inc.'s 2018 Form 10-K, dated February 20, 2019.

20.     Attached as **Exhibit 18** is a true and correct copy of excerpts from Concho Resources Inc.'s Form 8-K, dated April 30, 2019.

21.     Attached as **Exhibit 19** is a true and correct copy of excerpts from Concho Resources Inc.'s Q2 2019 Earnings Call Transcript, dated August 1, 2019.

22.     Attached as **Exhibit 20** is a true and correct copy of excerpts from Concho Resources Inc.'s Q4 2019 Earnings Call Transcript, dated February 19, 2020.

23.     Attached as **Exhibit 21** is a true and correct copy of excerpts from the transcript of Concho Resources Inc.'s presentation at the Barclays CEO Energy Power Conference, dated September 4, 2019.

78711873     3

24.     Attached as **Exhibit 22** is a true and correct copy of excerpts from Concho Resources Inc.'s Form 8-K, dated July 31, 2019.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2022.

_____
Amy Pharr Hefley