**APPENDIX C**

**DEFENDANTS' UNPUBLISHED CASES/AUTHORITIES**
**MOTION TO DISMISS**

|  | **CASE/AUTHORITY NAME** |
|---|---|
| 1 | *Del. Cty. Emps. Ret. Sys. v. Cabot Oil & Gas Corp.*, 2022 WL 112029 (S.D. Tex. Jan. 12, 2022) |
| 2 | *Grupo Verzatec S.A. de C.V. v. RFE Inv. Partners*, 2019 WL 1437617 (S.D.N.Y. Mar. 29, 2019) |
| 3 | *In re BP p.l.c. Sec. Litig.*, 2016 WL 3090779 (S.D. Tex. May 31, 2016) |
| 4 | *In re DXC Tech. Co. Sec. Litig.*, 2020 WL 3456129 (E.D. Va. June 6, 2020) |
| 5 | *In re Gen. Elec. Sec. Litig.*, 2020 WL 2306434 (S.D.N.Y. May 7, 2020) |
| 6 | *In re Hertz Glob. Holdings, Inc. Sec. Litig.*, 2017 WL 1536223 (D.N.J. Apr. 27, 2017) |
| 7 | *In re Keryx Biopharmaceuticals, Inc., Sec. Litig.*, 2014 WL 585658 (S.D.N.Y. Feb 14, 2014) |
| 8 | *Kane v. Madge Networks*, 2000 WL 33208116 (N.D. Cal. 2000) |
| 9 | *Kong v. Fluidigm Corp.*, 2021 WL 3409258 (N.D. Cal. Aug. 4, 2021) |
| 10 | *Local 210 Unity Pension & Welfare Funds v. McDermott Int'l Inc.*, 2015 WL 1143081 (S.D. Tex. Mar. 13, 2015) |
| 11 | *Oppenheim Pramerica Asset Mgmt. S.A.R.L. v. Encysive Pharm., Inc.*, 2007 WL 2720074 (S.D. Tex. Sept. 18, 2007) |
| 12 | *Plaisance v. Schiller*, 2019 WL 1205628 (S.D. Tex. Mar. 14, 2019) |
| 13 | *Schiller v. Physicians Res. Group, Inc.*, 2002 WL 318441 (N.D. Tex. Feb. 26, 2002) |
| 14 | *Smith ex rel. Zion Oil & Gas, Inc. v. Carillo*, 2019 WL 6328033 (D. Del. Nov. 26, 2019) |
| 15 | *Yang v. Nobilis Health Corp.*, 2021 WL 3619863 (5th Cir. Aug. 13, 2021) |
| 16 | *The Technology Of "Unconventional Development,"* 2019 WL 5393947 (2019) |