# Case No. 16

**2019 Advanced Oil, Gas & Energy Res. 16-II**

**State Bar of Texas** | 37th Annual

**TXCLE Advanced Oil, Gas & Energy Resources Law**
Donald D. Jackson

Copyright © 2019 State Bar of Texas

**2019**

**Chapter 16. Underground Trespass Cases**

# II. THE TECHNOLOGY OF "UNCONVENTIONAL DEVELOPMENT"

Until relatively recently, the oil and gas industry relied primarily on vertical production wells. But vertical wells have inherent limitations because they depend on the wellbore's limited penetration of the vertical thickness of a reservoir in order to drain acres of porous rock. For decades, operators hydraulically fractured these vertical wells to overcome low formation permeability and to enhance production. [1] This hydraulic fracturing, also known as "fracing," of vertical wells was limited by the substantial distances hydrocarbons had to flow through the low permeability formation to reach the induced fractures.

Advancements in drilling technology have opened up new formations once thought too impermeable for commercial development. This "unconventional development" has been based primarily on two technologies: (1) horizontal drilling with accurate steering and real time location measurement, and (2) multi-stage fracing of horizontal wells. This new technology has reversed what had been a declining state of oil and gas reserves nationwide and propelled the United States into becoming the leading oil and gas producer in the world.

Instead of vertical wells draining acres of a formation from a relatively short penetration, new wells are drilled horizontally along the formation's bedding plane. The wells are then fractured multiple times along the horizontal wellbore, resulting in both more fractures per acre and effectively shorter distances for oil to flow to reach the fractures. The result is typically a well that is much more productive than a fracture stimulated vertical well would have been and fewer wells are needed to drain the oil and gas in place.

These technological advancements have not only increased drilling activity, they have also brought numerous operators' activities into close proximity to one another. Precision horizontal drilling allows a number of scenarios unlikely to occur with traditional vertical wells. For example, two operators may both have wellbores running parallel for long distances along lease lines or an operator may wish to drill through one mineral estate in order to reach another. This has spurred complaints of interference with property rights and led to claims of underground trespass.

[1] *See* G.C. Howard & C.R. Fast, *Hydraulic Fracturing* (Monograph Vol. 2. - Henry L. Doherty Series, Society of Petroleum Engineers) (1970). According to these authors, hydraulic fracturing was first tested in 1903 and first used commercially in 1948. *Id*.

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.