**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 <br><br> CLASS ACTION |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED COMPLAINT**

The Court having considered Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED. Plaintiffs' Consolidated Complaint fails to state a claim upon which relief can be granted. Therefore, the Court finds that each and every one of Plaintiffs' claims fails as a matter of law and Plaintiffs' Consolidated Complaint is DISMISSED WITH PREJUDICE.

Signed at Houston, Texas, this _____ day of _____, _____.

Andrew S. Hanen
United States District Judge