**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 |
| | CLASS ACTION |

**DECLARATION OF AMY PHARR HEFLEY**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1.     I am an attorney with the law firm of Baker Botts L.L.P, which is counsel of record for Defendants Concho Resources Inc., ConocoPhillips (as successor in interest to Concho Resources Inc.), Timothy Leach, Jack F. Harper, C. William Giraud, E. Joseph Wright, and Brenda R. Schroer in the above-styled case.

2.     I am legally competent to make this declaration.  I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.     Attached as **Exhibit 23** is a true and correct copy of excerpts from Concho Resources Inc.'s 2018 Form 10-K, dated February 20, 2019, cited in ¶¶ 270–71 of the Consolidated Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2022.

_____
Amy Pharr Hefley