**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | x |
| | : |
| | :   Case No. 4:21-cv-02473 |
| IN RE CONCHO RESOURCES INC., | : |
| SECURITIES LITIGATION | : |
| | : |
| | : |
| | x |

**[PROPOSED] ORDER CERTIFYING THE CLASS AND**
**APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL**

Pending before the Court is Utah Retirement Systems' and Construction Laborers Pension Trust for Southern California's (together, "Lead Plaintiffs") motion for class certification, appointment of Class Representatives, and appointment of Class Counsel.

Having considered the parties' submissions, and for good cause shown, the Court hereby **GRANTS** the Motion. Pursuant to Federal Rule of Civil Procedure 23(a), the Court finds that: (i) the Class (as defined below) is so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) the proposed Class Representatives' claims are typical of the Class; and (iv) the proposed Class Representatives and their counsel will fairly and adequately protect the interests of the Class.

Pursuant to Rule 23(b)(3), the Court finds that questions of law or fact common to members of the Class will predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

Pursuant to Rule 23(g), the Court finds that Labaton Sucharow LLP ("Labaton Sucharow") will fairly and adequately represent the interests of the Class as Class Counsel.

**NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.      This action is hereby certified to proceed as a class action pursuant to Rule 23(a) and (b)(3) on behalf of a Class that is defined as follows:

> All persons and entities who purchased or otherwise acquired Concho publicly traded common stock during the period from February 21, 2018 through July 31, 2019, inclusive (the "Class Period"), and were damaged thereby (the "Class"). Excluded from the Class are: (i) Defendants; (ii) present or former executive officers and directors of any Defendant, and members of their immediate families (as defined in 17 C.F.R. § 229.404, Instructions (1)(a)(iii) and (1)(b)(ii)); (iii) any of the foregoing entities' and individuals' legal representatives, heirs, successors or assigns; and (iv) any entity in which Defendants have or had a controlling interest, and any affiliate of any Defendant. For avoidance of doubt, "affiliates" are persons or entities that directly, or indirectly through one or more

1

intermediaries, control, are controlled by or are under common control with one of the Defendants, and include any employee benefit plan organized for the benefit of Concho employees.

2.    Lead Plaintiffs are hereby appointed as Class Representatives pursuant to Rule 23(a).

3.    Labaton Sucharow is hereby appointed as Class Counsel pursuant to Rule 23(g).

**IT IS SO ORDERED.**

DATED: _____        _____
                                                    THE HONORABLE ANDREW S. HANEN
                                                    UNITED STATES DISTRICT JUDGE

2