**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | x |
| | : |
| | :   Case No. 4:21-cv-02473 |
| IN RE CONCHO RESOURCES INC., | : |
| SECURITIES LITIGATION | : |
| | : |
| | : |
| | x |

**DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS
REPRESENTATIVES AND CLASS COUNSEL**

I, Alfred L. Fatale III, declare as follows:

1.      I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), Lead Counsel for Lead Plaintiffs Utah Retirement Systems and Construction Laborers Pension Trust for Southern California and the proposed Class. I make this declaration based on my personal knowledge in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA and accompanying exhibits.

3.      Attached hereto as Exhibit B is a true and correct copy of the firm resume of Labaton Sucharow.

4.      Attached hereto as Exhibit C is a true and correct copy of the Declaration of Kevin Catlett in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

5.      Attached hereto as Exhibit D is a true and correct copy of the Declaration of Robert O. Glaza in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2023, in New York, New York.

*/s/ Alfred L. Fatale III*
Alfred L. Fatale III

1