# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  | x |  |
|---|---|---|
|  | : |  |
|  | : | Case No. 4:21-cv-02473 |
| IN RE CONCHO RESOURCES INC., | : |  |
| SECURITIES LITIGATION | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

**DECLARATION OF ROBERT O. GLAZA IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS**
**REPRESENTATIVES AND CLASS COUNSEL**

I, Robert O. Glaza, declare as follows:

1.     I respectfully submit this declaration on behalf of Construction Laborers Pension Trust for Southern California ("Southern California Laborers"), one of the Court-appointed lead plaintiffs in this action, in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.     I am the Administrator of Southern California Laborers. Southern California Laborers has resolved to seek appointment as a class representative in this action and I am duly authorized, on behalf of Southern California Laborers, to take all necessary steps to seek this appointment.

3.     Southern California Laborers did not purchase any Concho Resources Inc. ("Concho") common stock at the direction of counsel, or in order to participate in any private action under the federal securities laws.

4.     Southern California Laborers purchased Concho common stock during the Class Period, as referenced in its certification, *see* ECF No. 13-2, and defined in the Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated January 7, 2022 ("Complaint"), ECF No. 25, on a U.S. exchange, and suffered substantial losses as a result of the violations of federal securities laws alleged in the Complaint.

5.     On behalf of Southern California Laborers, my colleagues and I actively review and monitor the progress and prosecution of this litigation by Court-appointed lead counsel, Labaton Sucharow LLP ("Labaton Sucharow"). For example, we receive and review court filings, periodic updates, and other correspondence from counsel regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders. We

1

also have participated in discussions with counsel regarding litigation strategy and significant developments in the litigation.

6.     Southern California Laborers understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  Should it be appointed as a class representative, Southern California Laborers, a large institutional investor, is committed to prosecuting this litigation vigorously.  Southern California Laborers intends to obtain the largest possible recovery for the proposed class consistent with good faith and sound judgment.

7.     Southern California Laborers is committed to continuing to direct this litigation and to maximize the recovery for the proposed class by attending hearings, depositions, and/or trial, and overseeing the preparation and filing of pleadings, as appropriate.  Further, Southern California Laborers understands that, in the event it is appointed as a class representative, it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation.

8.     Southern California Laborers seeks appointment of Labaton Sucharow as class counsel based on its substantial experience and expertise in prosecuting securities class actions. Southern California Laborers believes that Labaton Sucharow possesses the necessary skills and ability to prosecute this case vigorously and effectively on behalf of the proposed class.

9.     Should Labaton Sucharow be appointed class counsel, Southern California Laborers will continue to monitor and direct its effort to obtain the largest possible recovery for the proposed class consistent with good faith and meritorious advocacy.

10.     Southern California Laborers will not accept any payment for serving as a class representative beyond its pro rata share of any recovery, except such reasonable costs and

2

expenses (including lost wages, if any) directly related to the representation of the class as ordered or approved by the Court consistent with the terms of the PSLRA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of December, 2023.

_____
Robert O. Glaza
*Administrator*
*Construction Laborers Pension Trust for Southern California*

3