**TABLE OF CONTENTS**
**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| App'x Tab | CONTENTS |
|:---:|:---:|
| I | Chart of Statements Alleged to Be Fraudulent |
| II | Defendants' Exhibit List, Declaration of Robert P. Ritchie, Exhibits in Support of Defendants' Opposition to Plaintiffs' Motion For Class Certification |
| III | Appendix of Unpublished Cases/Authorities |