**Appendix I**
*In re Concho Resources Inc., Securities Litigation*
**Statements Challenged by the Consolidated Complaint[1]**

| # | CC | Date | Statement[2] | Source |
|---|----|------|--------------|--------|
| **Category A: Generic Statements** | | | | |
| A-1 | 169 | Feb. 20, 2018 | The fourth quarter was an excellent end to a great year for Concho. ***Our operational and financial performance demonstrated our ability to consistently execute, control costs and capitalize on opportunities that strengthen our competitive position.*** | Q4 & FY 2017 Earnings Release |
| A-2 | 171*[3] | Feb. 20, 2018 | ***High-quality acreage and scale within the Permian Basin enables Concho to efficiently allocate capital while continuing to advance manufacturing-style development with leading-edge drilling and completion techniques.*** | Q4 & FY 2017 Earnings Release |
| A-3 | 176* | Feb. 20, 2018 | **[From the Source]:**<br><br>From these projects, Concho is collecting ***valuable data that helps the Company optimize lateral placement, completion design and facilitates planning***. | Q4 & FY 2017 Earnings Release |
| A-4 | 176* | Feb. 20, 2018 | **[From the Source]:**<br><br>Concho is ***utilizing leading-edge technologies, including fiber optic monitoring, to collect valuable proprietary data with real-time and long-term implications for full-field optimization***. | Q4 & FY 2017 Earnings Release |

---

[1] Defendants do not admit the content of any of the allegations in the Consolidated Complaint (ECF 25) ("Consolidated Complaint" or "CC") or this Appendix A. The purpose of Appendix A is to organize the allegations in the Consolidated Complaint for the Court.

[2] Unless otherwise noted as "From the Source," the content in this column of the chart is copied from the Consolidated Complaint. For certain quotations, Defendants have added the context of the statements, indicating such change using brackets [ ], based on the source material. For ease of reference, where the Defendants have added context, the Defendants have bolded the quotations that are emphasized in the Consolidated Complaint. Otherwise, statements reflect the emphasis provided in the Consolidated Complaint.

[3] Certain paragraphs of the Complaint, including Paragraph 171, contain multiple alleged misrepresentations. Where appropriate, those paragraphs have been split into multiple statements and organized into different sections of this chart. Paragraphs that have been split are designated with an asterisk (*).

| # | CC | Date | Statement[2] | Source |
|---|----|------|-----------|--------|
| A-5 | 180 | Feb. 21, 2018 | **Multi-well pad drilling and project development may result in volatility in our operating results.**<br><br>*We utilize multi-well pad drilling and project development where practical.* Project development may involve more than one multi-well pad being drilled and completed at one time in a relatively confined area. Wells drilled on a pad or in a project may not be brought into production until all wells on the pad or project are drilled and completed. Problems affecting one pad or a single well could adversely affect production from all of the wells on the pad or in the entire project. As a result, multi well pad drilling and project development can cause delays in the scheduled commencement of production, or interruptions in ongoing production. These delays or interruptions may cause declines or volatility in our operating results due to timing as well as declines in oil and natural gas prices. Further, any delay, reduction or curtailment of our development and producing operations, due to operational delays caused by multi-well pad drilling or project development, or otherwise, could result in the loss of acreage through lease expirations.<br><br>Additionally, infrastructure expansion, including more complex facilities and takeaway capacity, could become challenging in project development areas. Managing capital expenditures for infrastructure expansion could cause economic constraints when considering design capacity. | 2017 Form 10-K |
| A-6 | 188-189 | Feb. 21, 2018 | [¶ 188] This industry is exciting: commodity prices change, new plays emerge, technology advance. *Our strategy allows us to adapt quickly. And our history in the Permian, which is the best value-creating engine in our industry, enables us to be a leader in the development here.*<br><br>*Developing large-scale projects, manufacturing mode, whatever you call it, is one way that we're doing that.*<br><br>[¶ 189] *While our strategy is the same, the development of our inventory is more sophisticated and creates an opportunity to extend our competitive edge.* | Q4 2017 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| A-7 | 190 | Feb. 21, 2018 | **[From the Source]:**<br><br>Over the last few years, our *transition to large-scale, multi-well projects has been an important development that will continue to drive growth, innovation and efficiencies*. | Q4 2017 Earnings Call |
| A-8 | 191 | Feb. 21, 2018 | *Our accomplishments last year paved the way for continued operational and financial performance for the next decade. Our development activities validated well spacing, lateral placement and completion design*, and our strategic acquisitions and asset exchanges added complementary leasehold for long lateral development. *The result is more high-quality reinvestment opportunities to fuel our growth*. | Q4 2017 Earnings Call |
| A-9 | 193 | Feb. 21, 2018 | **Analyst**: Jack, most of your development to date, the tremendous growth over the last several years has, I guess, been single well pads as you've locked up your acreage and moved to an efficient mode of operation. How should we think about moving to field development as it relates to child wells versus parent, and how do you factor that into your thoughts in terms of guidance and so on?<br><br>Harper: Sure. And *that is one of the reasons to move to the large-scale development as we have*. And I think *we've successfully made that transition. And so you will see more of that in the future to attempt to avoid creating child wells. Where there are child wells, which is a smaller percentage of our opportunities, we will continue to test that and make sure that we try not to leave any behind*. | Q4 2017 Earnings Call |
| A-10 | 199 | Mar. 5, 2018 | *So manufacturing mode is a term we use. Other people call it cube development and there's other names as well*. What we're trying to do is maximize the rate of return and the resource at the same time. And it's a work in progress, as you might guess. But some of the things that we're using as part of that is, clearly, technology. I said before, *taking this empirical data,* | Raymond James Institutional Investors Conference |

| # | CC | Date | Statement[2] | Source |
|---|----|------|-----------|--------|
| | | | *combining it with modern technology helps us get to, we think, a better answer faster*.<br><br>I think *the drilling synergies are well documented*. Walking rigs and drilling in nearby proximity. *Certainly on the completion side, not only are our zipper-style completions efficient and may be a more effective way to complete the wells, they're increasingly being priced in a preferential manner as well*.<br><br>And then production optimization is speaking to this sizing out facilities not for maximum – not necessarily for maximum production, but for a maximum return over a long period of time. | |
| A-11 | 208 | Mar. 28, 2018 | **Analyst**: Sure, understood. And then, I guess, second, the synergies you talked about and the advantages to quote-unquote manufacturing, can you just give a little bit of additional color detailing around what exactly it is that allows manufacturing mode on these assets to drive those synergies?<br><br>Leach: Yes. As Steve mentioned, I mean, the balance sheet to be able to do this *intense development*, instead of 1 or 2 well pads, to go to *8 well multi-well pads is one of the drivers*. But it's also long laterals and all the infrastructure that we're going to be able to use together. Infrastructure, such as salt water disposal systems, water handling system that we built over time. *All those things will be very additive*. | Investor Call |
| A-12 | 213 | May 1, 2018 | Our team achieved another outstanding quarter of operational and financial results, driving significant production growth while maintaining a disciplined capital program. *Our results reflect our focus on large-scale project development, which enables us to maximize ultimate recovery, efficiencies and returns*. Looking ahead, we intend to build on our strong momentum and capitalize on our execution strength, cost control and strong balance sheet to extend our track record of delivering growth and returns. | Q1 2018 Earnings Release |
| A-13 | 216 | May 2, 2018 | I want to focus on *the value-creating opportunities driven by large-scale development. We believe this type of development is important to maximize* | Q1 2018 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|----|------|-----------|--------|
| | | | *recoveries, drive economies of scale and deliver attractive economic returns predictably and consistently over the long term*. | |
| A-14 | 218 | May 2, 2018 | **[From the Source]:**<br><br>Analyst: You kind of talked about moving from the 2 to 4 well pads to 8 to 10, but you guys are testing upwards of 20 wells at 1 of these pads. Can you talk about maybe what the sweet spot may be? Is it 8 to 10? Does 20 *make sense* just for cash sources and uses?<br><br>Leach: Well, I mean, when you talk about pads, it's a little bit more complicated than that. I think it's better to think about it as a project, a drilling project. Sometimes, we'll have 4 actual pads on the same project just so we can have rigs working at the same time. So we've been talking in terms mainly of half-section development, and we will have up to 5 landing zones in some of these areas. And if you're going 8 across on a section, so that's 4 wells in each landing times 5. So in a drilling project, you may have 20 wells in a half section. But then when we go to full-section development, it's twice that. So I think the answer to your question is these *kind* of drilling projects are *going to grow in wells in the project over time* and grow dramatically. And that's -- it *drives a lot of value creation*, as you can see on that Slide 16. | Q1 2018 Earnings Call |
| A-15 | 223* | May 15, 2018 | The big thing that's going on in the business is this transition to development mode, and we've talked a lot about that. There's a lot of industry conversation around what that means, what that looks like. There's different terms, tanks, cubes, everybody has a little bit different definition. ***But for us, it means getting to what we think is the optimal development plan, recognizing that you're learning all the time, but trying to decide what the right spacing is, which is generally 8 across in the different zones, and really getting in, and both big multi-well pads and stringing together multiple multi-well pads into even larger projects, simultaneously developing a square mile***. Simultaneously both from a - in the same horizontal zone, but also vertically. And so we've talked a lot about these big multi-well pad projects. We've highlighted how we're doing them, both in the Midland Basin and in the | Citi Global Energy and Utilities Conference |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | Southern Delaware and also in the Northern Delaware. The projects that we've talked the most about, that have the most kind of age on them are the Mabee project up in the Northern Delaware - sorry, the Northern Midland, where we drilled 13 wells on a single half-mile section to 5 different zones, and we've talked a lot about the challenges of that. I think industry generally agrees that's a better way to do it, but you have to have a very sizable balance sheet and technical team, a big enough productive base to work through those challenges. The challenges of - that's the best way to do it, but it can be challenging getting up the learning curve. | |
| A-16 | 224 | May 15, 2018 | But *I don't really view it as a dramatic change to development mode. Like I said, it's kind of an evolution going from 2-well pads to 3-well pads to 6-well projects to 8-well. So I think there's been an evolutionary - I don't think you can kind of see a switch get flipped. It's been a long time coming. We give quarterly guidance because of the - trying to give visibility into our business. And so I think that, plus the annual guidance, is a good way. We try to be very thoughtful in kind of showing you how we get there on an annual basis. But I don't expect there to be some big step change and all that*. | Citi Global Energy and Utilities Conference |
| A-17 | 225 | May 15, 2018 | **[From the Source]:**<br><br>**Giraud**: I think, we're -- from the areas that we're focused on, I'll turn to this slide where we've kind of highlighted the different major pad projects that we're doing in '18 and '19. And the takeaway, I hope, from that map is, we're doing that everywhere. We're doing it in the Midland Basin, the Southern Delaware and the *Northern Delaware*. And what's nice about the RSP assets and what really attracted us to them is, they are already assembled and ready for this style of development. I think you can look at this map and see that while we have big blocks in Northern Delaware, there's work to be done still up there consolidating the overall position. But *we're in a relative light stage in terms of under - we've kind of come through discovery, we've gone through delineation and now we're into development mode. And so in those different 3 main assets, we're there*. But what I don't want to leave you with | Citi Global Energy and Utilities Conference |

| # | CC | Date | Statement[2] | Source |
|---|----|----|----|----|
| | | | the impression is that we're not still learning. We did that fiber-optics project up on the Mabee Ranch, 13 well pad. And from that, we've learned some things that have caused us to tweak our completion design, actually make a little bit lower costs. So we continue to learn and then can move those learnings around to the other basins quickly. And so there's still work being done, but I think what we're seeing is, *we think we know*. And so we think we know in the Midland Basin how you need to match up the optimal spacing development of the Middle Spraberry, the Lower Spraberry, the Wolfcamp A and the Wolfcamp B. *And we think we know what the spacing needs to be in all those and how you ought to develop it. But - so that specific example, I think, we're farther down the line. We're in a later stage of innings*. But I think it's worth noting that there's still discovery and delineation work happening on our assets and around the Permian. I mean, just this last quarter, you saw RSP talk about the Jo Mill on their assets, and that's not a zone we've historically targeted, that's not part of that stack that I just talked about. So there's still discovery and delineation work happening. I think there's still opportunity. We've tried to kind of highlight a little bit how we're thinking about that. This last quarter we talked about multiple landings in the Bone Spring over in Eddy County. We've talked about multiple landings in the Bone Spring and Lea County before. So there's still discovery and delineation of additional resource and still at figuring out what the optimal kind of development stack is. I've never been very good at predicting the innings. I think *we've historically been more conservative*, and we're not very good at predicting additional operational efficiencies that we can gain out into the future. So... <br><br>**Analyst:** But there's more innings, that's good. <br><br>**Giraud:** There's definitely more innings, there's no doubt about that. | |
| A-18 | 230 | Aug. 2, 2018 | **[From the Source]:**<br><br>We talked about reaching inflection points in the past. The shift to horizontal development in 2011 is one example. Establishing a position in the Northern | Q2 2018 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | Delaware is another. And it was about a year ago that we described another inflection point, our progression to large-scale development.<br><br>Horizontal drilling in the Northern Delaware turned out to be huge value drivers for the company. And we believe manufacturing mode will do the same thing. This transition has been one of our most important operational and strategic priorities. | |
| A-19 | 233-234 | Aug 2, 2018 | Concho provided investors with a presentation to accompany the 2Q 2018 Earnings Call . . . [that] claimed that "manufacturing mode" "*unlocks significant value*" and "*optimizes well performance and increases resource recovery*."<br><br> | Q2 2018 Earnings Call Deck |
| A-20 | 240 | Sept. 5, 2018 | And those things I talked about that we are focused on that have created strategic advantages for us, I want to touch on those. The execution of my team, that's what allows us to run this large capital program and run these rigs. The asset base that we have built over the last decade provides balance both in the Midland Basin and in the Delaware Basin and it also gives us an | Barclays CEO Energy Power Conference |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | inventory of premium locations that we have multiple decades of this type of drilling to do. Capital efficiency, we have focused on both sides of the efficiency equation. ***Our wells are continuing to get better and the costs continue to become more efficient, and we manage the cost side of the equation as well***. That's what allows us to generate growth and free cash flow. And growth and free cash flow are going to be the name of the game for the next decade. We'll spend some time talking about that. | |
| A-21 | 242 | Sept. 5, 2018 | So what I really want to focus on today in my remarks are the execution, strength and scale that our company has and that our team has built. And I want to talk about it in the terms of what it means to us and why does it matter. And the - it really falls into three different buckets. ***There's the operational bucket, there's also the building for the future and how do you manage risk.*** And so the ***allocation of capital is probably the most important thing that our team does and the most important thing that we do that creates success for the company. That's what drives our production growth and free cash flow. Also, we run a very large and stable ship. This allows us to balance risk and kind of plow through the volatility of our business***. As we're drilling these wells, we try to create a virtuous learning cycle, where we are continuing to learn as we drill. And, yes, I know that you probably heard it in this conference that maybe that we are at the end of gains and efficiency and improvements. And I would tell you, I think, we're at an inflection point. And the inflection point is probably just as important as when I stood up here and described an inflection point of going from vertical drilling to horizontal drilling in Permian several years ago, there's also an inflection point in our business, where we went from -- into the Delaware Basin and our team described why we thought the rock in the Delaware Basin were some of the best rock we've seen anywhere and why we were accumulating assets in the Delaware. Well, that type of efficiency and technology comes out of the wells that we're drilling and I'm telling you, I think, we are at a new inflection point. We also in execution and scale, focus on building for the future, and the assets that we've accumulated and the size and scale of those assets, and finally, the | Barclays CEO Energy Power Conference |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | *management of risk is, basically goes into the category, it's always something. We've had periods in the past, where whether it's weather or sand or frac spreads, this is a volatile business. The size and scale helps us manage the risk of those business. I'll spend some time talking about that*. | |
| A-22 | 243 | Sept. 5, 2018 | **[From the Source]:**<br><br>So it's just a matter of commodity price. And we've aggressively hedged our Mid-Cush differential to provide a bridge to this, what we believe will the excess capacity is coming to the Permian. We also believe that the Permian will be a preferential place to price a barrel in the future. And so we're managing to that end. At the same time, I will tell you, as the company has grown, our ***philosophy of having a portfolio approach to mitigate risk*** is going to apply to this as well. You'll see Concho crude going in three different directions basically to Cushing, to Houston, to Corpus Christi, there are four directions, and to refineries that are within the Permian itself. And our oil being priced at a number of different pricing points in a portfolio kind of basket without necessarily having to take space or buy space on a pipe. | Barclays CEO Energy Power Conference |
| A-23 | 245 | Sept. 5, 2018 | So this ***inflection point that I was talking about is driven by manufacturing mode***. And we increasingly are approaching developing our properties, not only from four different dimensions basically, there's a horizontal dimension, the vertical dimension, the sequencing between zones and the timing of what some in the industry call mowing the grass. ***So you do this to minimize the pressure syncs that create parent/child relationships between wells. This is the future of our business***. And this transition to this style of development is just as important, I believe, as the transition we went through for horizontal drilling.<br><br>***This is going to be a value creator and it optimizes recoveries, optimizes economics and reduces stranded wells***. | Barclays CEO Energy Power Conference |
| A-24 | 255 | Oct. 30, 2018 | *We have been disciplined over the last several years - generating free cash flow, prudently growing oil production, reducing our cost structure and* | Q3 2018 Earnings Release |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | *building for the future with accretive acquisitions and strategic portfolio management. These efforts position us well for the next stage of our company, which includes delivering high-margin oil growth and initiating a return-of- capital strategy to our shareholders. We are a growth company, and our platform for delivering growth, demonstrating the benefits of scale and enhancing shareholder value, has never been better."* | |
| A-25 | 258 | Oct. 31, 2018 | **[From the Source]:**<br><br>Analyst: That makes a lot of sense. Then lastly, Tim, on your prepared remarks, and certainly in some of your comments earlier, doesn't sound like you're too concerned about upcoming service cost. Kind of sounds like maybe perhaps it'll stay in line. I know I've asked you about this in the past, would you think about -- I know I've talked to some others that are locking in some rigs on a bit longer- term contracts. People seem to be a little more concerned may be on rig inflation than they are on fracs here and then, let's call it, for 2019, could you all maybe just address the drilling or it's completion side. Any concerns you might have there?<br><br>Leach: No, I think *the drilling side of our business is one of the best parts of our business*. And I think *the way we have approached that in the past will continue*. I mean, you can see that it doesn't require that much of a growth in rigs to accomplish all the future, not just for '19 and '20, but beyond. So, by *drilling longer laterals and the spacing we're using, the efficiency and all that, you can get a whole lot more done*. And we do have rigs that now are on 6-months contracts or 1-year contracts but *we do have kind of a portfolio approach on that. But I don't think you should expect us to - any change in strategy based on what we're seeing today*. | Q3 2018 Earnings Call |
| A-26 | 260 | Oct. 31, 2018 | **Analyst**: I want to kind of take another run at that theme that Derrick had on his last question. So, as you guys are transitioning to these larger-scale pads, are there - the efficiencies, I think you guys have done a good job explaining, and I think the market's on top of that. But are there any challenges that are emerging, either ones that you anticipated or ones that you didn't anticipate | Q3 2018 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | that could lead to some nonobvious outcomes either in your CapEx profile quarter-to-quarter or your production ramp? | |
| | | | **Harper**: Sure. *Yes, these large- scale projects, they really emphasize planning and planning ahead. And our team has done a good job of that*. I think we're out in front, out here in the industry on this. So, yeah, there are midstream considerations, there's water delivery, there's water disposal, there's a lot of considerations, but - which typically can require up to a year of planning. And again, *our team's doing a great job in managing that. And so, while there are challenges, we're up to it. And that is why we're increasing the percentage of capital towards this kind of projects*. | |
| A-27 | 262* | Oct. 31, 2018 | **Analyst:** There continues to be a lot of discussion about impacts of bounded versus unbounded well productivity on these pads in the Permian. What are you guys seeing on that front? And I guess how are you contemplating kind of parent-child relationships in the plan you've laid out? And how might that evolve as you think about moving more and more to these larger-scale projects? | Q3 2018 Earnings Call |
| | | | **Giraud:** *Sure. Big drivers on going to these large-scale projects are: one, we think maximizing the resource by minimizing the impact of the parent-child effect; and then also getting the benefits on the capital side from efficiency*. So those are kind of the two big drivers behind going to project development.... | |
| | | | **Analyst:** Is that something you'd be willing to share? | |
| | | | **Leach:** It's different by zone and different by area. And it's extremely complicated. And we're developing a program to minimize it. I'm not sure that any company in any location can completely eliminate that because you always have edges of your leases and things like that. But I think *with our asset base and the big blocky nature of our assets and the way we're prosecuting our development program, we're in the best position to kind of minimize that effect. And we think we have it estimated very well*. | |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| A-28 | 270 | Feb. 20, 2019 | **Multi-well pad drilling and project development may result in volatility in our operating results.**<br><br>*We utilize multi-well pad drilling and project development where practical.* Project development may involve more than one multi-well pad being drilled and completed at one time in a relatively confined area. Wells drilled on a pad or in a project may not be brought into production until all wells on the pad or project are drilled and completed. Problems affecting one pad or a single well could adversely affect production from all of the wells on the pad or in the entire project. As a result, multi-well pad drilling and project development can cause delays in the scheduled commencement of production, or interruptions in ongoing production. These delays or interruptions may cause declines or volatility in our operating results due to timing as well as declines in oil and natural gas prices. Further, any delay, reduction or curtailment of our development and producing operations, due to operational delays caused by multi-well pad drilling or project development, or otherwise, could result in the loss of acreage through lease expirations. | 2018 Form 10-K |
| A-29 | 275* | Feb. 20, 2019 | *Our project results continued to demonstrate the prudence of this approach, which mitigates parent-child impacts, drives operational efficiencies and maximizes the long-term value of our investments.* | Q4 & FY 2018 Earnings Call |
| A-30 | 278* | Feb. 20, 2019 | **[From the Source]:**<br>Sure, I mean, while it's still early, it's been a *slow evolution for us into these larger and larger project sizes*. . . .*I think we also doubled down on the necessity of doing it this way and that this is the better way to do it*. I'm modestly optimistic with over measured in periods and years, we will continue to find more efficiencies out of doing it that way, *in addition to just the base reasons to do it around mitigating parent-child impacts, things like that*. | Q4 & FY 2018 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|----|------|-----------|--------|
| A-31 | 280 | Feb. 20, 2019 | **Analyst**: Okay. And - but I guess what I'm asking is what is it about 2020 that's going to make that performance even if the commodity assumption is lower? Is it just this continued push towards bigger and bigger projects and longer laterals, sort of what are some of the variables there?<br><br>**Harper**: Sure, I mean, our focus will be on the most efficient deployment of our capital under any circumstance, and that is further highlighted the lower the commodity prices, and I think it's actually an opportunity for us to differentiate ourselves. *But you're right, it's making our investment better through large project development, lateral placement within the zones, well spacing, all of the small knobs that can now be turned to increase efficiency*. | Q4 & FY 2018 Earnings Call |
| A-32 | 283 | Mar. 4, 2019 | Sure. So the question was, what do we not know about well spacing and sand loading, and there's always a lot to learn. *I think we're at an advantage because we've drilled more wells than anybody else and have empirical data to look at*. And also, we study what our peers do. I'll tell you what we do know about sand loading is we have reached diminishing returns in some of our areas and even seen sand loading come down. So economically, when you can spend less and get a similar result, it increases the rate of return, so that's positive. *Our well spacing, it's an extremely complicated multivariable equation that does take a lot of time to fully understand. I would remind people that we have historically been pretty conservative on the way we've accounted for inventory and well spacing, and I'm thankful that, that's been our view up till now*. | Raymond James Institutional Investors Conference |
| A-33 | 294* | May 1, 2019 | **[From the Source]:**<br><br>*And so I think that's the exciting thing about what we've been able to do and are going to continue to do is deliver really compelling returns while continuing to learn.* | Q1 2019 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
|  | **Category B: Results and Observations from 2017 & 2018** |
| B-1 | 170 | Feb. 20, 2018 | **[From the Source]:**<br><br>Delivered ***outstanding results from the Company's large-scale development projects in the Northern and Southern Delaware Basin*** and in the Midland Basin. | Q4 & FY 2017 Earnings Release |
| B-2 | 194 | Feb. 21, 2018 | **[From the Source]:**<br><br>Analyst: So in terms of -- I guess you don't give a type curve as such, but as we look at the sort of productivity per lateral foot, I guess the best to think about your business, you don't see any degradation there at all.<br><br>Harper: Well, ***we've modeled the outcome as we see it based on the spacing that has either already happened or will happen in the future***. | Q4 2017 Earnings Call |
| B-3 | 201 | Mar. 5, 2018 | We've highlighted here on the left side of the page a couple of the upcoming large-scale projects and really just to show you that where some of them are. ***They're very dispersed amongst our asset base.*** And they are, in some cases, getting larger. We have a 20- plus well pad or project on here that we'll begin this year, but don't plan to see production until next year on that. | Raymond James Institutional Investors Conference |
| B-4 | 220 | May 2, 2018 | The accompanying presentation to the May 2, 2018 earnings call incorporated an infographic map depicting Concho's "Key Projects" for 2018 and 2019, all of which were multi-well and multi-zone projects, including the Dominator, a "20+ well multi-zone project" in the Northern Delaware Basin: | Q1 2018 Earnings Call Deck |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | | |
| B-5 | 223* | May 15, 2018 | *And I think we're fortunate to have kind of learned along the way and evolved from first drilling a 2-well pad and then a 3-well pad and then 2 2-well pads together. So we've been building up to this kind of larger-scale development mode, and we're very excited about what we're seeing*. And I think that's the power of what are causing things like the first quarter and the results we had there. | Citi Global Energy and Utilities Conference |
| B-6 | 231 | Aug. 2, 2018 | I think we've been one of the leaders in moving to these larger-scale development projects. *And that's been a steady evolution over the last couple of years as we've tested different spacing between -- within a zone and between zones. And so these bigger and bigger projects, I think, are just the further evolution of that trend*. Where you see some of the smaller projects, that's us continuing to test tighter spacing or different spacing within a zone or between zones, again. And so I think you're right. *Longer term, you'll see an evolution to the bigger and bigger projects*. However, we're still learning as we go. And so I think you'll see a blend of different sizes. | Q2 2018 Earnings Call |

16

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| B-7 | 247 | Sept. 5, 2018 | *So as we drill these wells, we don't - we're not stamping out wells. Every one of these areas is - the rock is different and what we're going for is precision. And we are collecting a lot of information. . . . You can see what the predrill well plan was. And then as we had this information, and we were using real-time information to steer the well, how it helped us guide the well into the best rock, it allowed us to drill a 13,000-foot well with 1 drill bit. And so this kind of geo model is what we're using in every one of our areas to continue to increase the productivity and efficiency of the wells. . . . .* | Barclays CEO Energy Power Conference |
| B-8 | 249 | Sept. 5, 2018 | And I can tell you more and more those projects are going to be multi-well pads. We started out a few years ago that it was 2, 3, 4 wells a pad. *We're right now - this is probably the extreme example, but the Dominator project in Lea County, New Mexico, is 23 wells being drilled by 7 rigs all at the same time on 1 section of land. That's probably going to be the most aggressive multi-well pad that we drill.* Probably going forward, a normal development will be 8 to 12 wells per pad. So that kind of capital efficiency would generate free cash flow for us. | Barclays CEO Energy Power Conference |
| B-9 | 259 | Oct. 31, 2018 | **Analyst**: Got it. And perhaps for Will, with the understanding that you guys are still in the relatively early stages of large-scale development, are there any generalizations you can make regarding efficiencies, gain or challenges experienced? I know that you guys recently talked about sequencing and timing in your Barclays presentation.<br><br>*Giraud*: Sure. I mean, we continue to experiment with different completion designs, timings, spacing. There's still a lot of learning to be done there. But I mean, *early benefits, I think you see it in 2019 and 2020 program and you see it in the confidence of making these average projects sizes bigger over time. We like what we're seeing. We like the benefits we get of efficiency with our vendors of concentrating that much activity in one spot. And we like the results we're getting out of them. So more to come*. | Q3 2018 Earnings Call |

17

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| B-10 | 275* | Feb. 20, 2019 | *Operationally, things are proceeding as planned*. During the fourth quarter, we ran 34 rigs, one of the largest programs in the basin. *We continued to advance our style of returns-centric development, which focuses on large-scale and multi-well projects across our asset base.* | Q4 & FY 2018 Earnings Call |
| B-11 | 277 | Feb. 20, 2019 | **[From the Source]:**<br><br>But certainly, I think what *we're pleased by is that as we moved into this large- scale project development, we're seeing the results we expect*, and it's enabling us to do some pretty interesting things from testing and continuing to understand the best way to do it. | Q4 & FY 2018 Earnings Call |
| B-12 | 278* | Feb. 20, 2019 | I'll just say we're obviously *very pleased with what we're seeing and in terms of what we're expecting to see*. | Q4 & FY 2018 Earnings Call |
| **Category C: Pre-2019 Projections** | | | | |
| C-1 | 197 | Mar. 5, 2018 | **[From the Source]:**<br><br>Here, let's talk about the 2018 budget for just a moment. And I'd like to start with the donut-looking charts on the left side. Well, first of all, before we go there, *let me say you should expect more of the same in '18 as you saw in previous years from Concho. It's going to be a budget focused on reinvesting our cash flow and an increased percentage of capital going towards these larger-scale projects that we've been describing to you*. | Raymond James Institutional Investors Conference |
| C-2 | 171* | Feb. 20, 2018 | Concho expects 2018 capital spending to be at the midpoint of its capital guidance range of $1.9 billion to $2.1 billion, which reflects the Company's current outlook for service cost inflation. *The 2018 capital program is expected to be funded with cash flows from operations and generate 20% crude oil growth and 16% to 20% total production growth year-over-year*. Approximately 93% of the capital program is allocated to drilling and completion activities, with approximately 65% of that capital directed towards large-scale manufacturing projects. The Company's 2018 capital program is allocated among the following areas: Northern Delaware Basin (40%), | Q4 & FY 2017 Earnings Release |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | Southern Delaware Basin (25%), Midland Basin (30%) and the New Mexico Shelf (5%). | |
| C-3 | 185-186 | Feb. 21, 2018 | [¶ 185] *As we look to 2018, our total capital investment is expected to be $2 billion, with 93% allocated for drilling and completion activity. This level of investment is expected to grow oil approximately 20%. Importantly, approximately two-thirds of our development capital will be directed to large-scale, multi-zone projects. . . .*<br><br>**[From the Source]:**<br><br>[¶ 186] In general, *when we give guidance, we try to forecast the things that we're aware of at the time we give the guidance.* | Q4 2017 Earnings Call |
| C-4 | 174 | Feb. 20, 2018 | **[From the Source]:**<br><br>The Company provided a new three-year production growth outlook. *Concho expects to grow total production at a compound annual growth rate of 20% from 2017 to 2020. The outlook reflects the Company's high-quality production base and strong operating momentum*. Additionally, the Company expects to deliver this growth within cash flows from operations at an average crude oil price (WTI) in the low-to-mid $50 per barrel range over the duration of the outlook.<br><br>*As with the Company's 2018 outlook, growth over the three-year period from 2017 to 2020 is the output of reinvesting high-margin cash flow into its drilling program*. | Q4 & FY 2017 Earnings Release |
| C-5 | 178 | Feb. 20, 2018 | At December 31, 2017, Concho's estimated proved reserves totaled 840 MMBoe, an increase of 17% from year-end 2016. The Company's proved reserves are approximately 60% crude oil and 40% natural gas. Proved developed reserves totaled 588 MMBoe, an increase of 26% from year-end 2016. The Company's proved developed reserves represent approximately 70% of total proved reserves. | Q4 & FY 2017 Earnings Release |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | During 2017, Concho added 194 MMBoe of proved reserves primarily from drilling and completion operations, resulting in a reserve replacement ratio of 275%. The Company's proved developed finding and development cost was $8.68 per Boe for 2017 | |
| C-6 | 182 | Feb. 21, 2018 | At December 31, 2017, substantially all of our 840 MMBoe total estimated proved reserves were located in our core operating areas and consisted of approximately 60 percent oil and 40 percent natural gas. We have assembled a multi-year inventory of horizontal development and exploration projects across our four core operating areas.<br><br>***<br><br>Northern Delaware Basin. At December 31, 2017, we had estimated proved reserves in this area of 295 MMBoe, representing 35 percent of our total proved reserves.<br><br>***<br><br>Southern Delaware Basin. At December 31, 2017, we had estimated proved reserves in this area of 128 MMBoe, representing 15 percent of our total proved reserves. | 2017 Form 10-K |
| C-7 | 206 | Mar. 28, 2018 | **[From the Source]:**<br><br>We will run the largest development program in the Permian and our combined position will be more than 640,000 net acres...<br><br>I expect Concho to capture both operational synergies and corporate level savings. These synergies, which are estimated to have a present value exceeding $2 billion derive from the highly complementary and blocky nature of these assets.... In addition to operational synergies, there are financial benefits we expect from corporate level savings. And those come from the areas you would expect, including the overlapping public company cost and | Investor Call |

| # | CC | Date | Statement[2] | Source |
|---|----|------|-----------|--------|
| | | | financing cost. In all, we estimate annual corporate cost savings of $60 million. | |
| C-8 | 207 | Mar. 28, 2018 | In addition *to our size, scale and execution strength provided us with the unique ability to capitalize on these new complementary assets. This ability includes moving these assets into manufacturing mode, which generates cost savings and minimizes parent-child locations*. | Investor Call |
| C-9 | 209 | Mar. 28, 2018 | Yes. We've said in total. Scott, that [the synergies with RSP are] in excess of $2 billion, and Tim really hit on the keys. It's long lateral, *it's large-scale development, it's preventing the parent-child relationship with large-scale development*, it's a shared infrastructure. *So those are the key drivers. And there's good value in each one of those*. | Investor Call |
| **Category D: Other Statements** | | | | |
| | 285 | Apr. 30, 2019 | **[From the Source]:**<br><br>Production for first-quarter 2019 was 29.6 million barrels of oil equivalent (MMBoe), or an average of 328 thousand Boe per day (MBoepd), an increase of 44% from first-quarter 2018 and 7% from fourth-quarter 2018….<br><br>Net loss for first-quarter 2019 was $695 million, or ($3.49) per share, compared with net income of $835 million, or $5.58 per share, for first-quarter 2018. Excluding certain non-cash and special items, first-quarter 2019 adjusted net income was $144 million, or $0.72 per share, compared with adjusted net income of $149 million, or $1.00 per share, for first-quarter 2018.<br><br>During the quarter, Concho generated adjusted EBITDAX of $755 million, compared with $570 million for first-quarter 2018. | Q1 2019 Earnings Release |
| | 286 | Apr. 30, 2019 | **[From the Source]:** | Q1 2019 Earnings Release |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | The Company successfully started production on nine projects during first-quarter 2019, including the Dominator, Eider and Jack projects in the Delaware Basin as well as the Mabee project in the Midland Basin. | |
| | 287 | Apr. 30, 2019 | **[From the Source]:**<br><br>During first-quarter 2019, Concho averaged 33 rigs, compared to 34 rigs in fourth-quarter 2018. The Company is currently running 29 rigs, including 20 rigs in the Delaware Basin and nine rigs in the Midland Basin. Additionally, the Company is currently utilizing eight completion crews. | Q1 2019 Earnings Release |
| | 292* | May 1, 2019 | *Our focus paid off for us last quarter*. We exceeded the high-end of our production guidance with strong oil volumes. *Production for the quarter also benefited from strong early production out of our latest projects, including the Dominator*, Eider and Mabee, as well as outside operated volumes. With solid cost control and production ahead of expectations, we also delivered strong financial performance. As expected, our capital investments, which are front-end loaded this year, exceeded operating cash flow during the quarter. | Q1 2019 Earnings Call |
| | 294* | May 1, 2019 | **[From the Source]:**<br><br>Sure. I mean, there is a lot going on. As you think about the different phases of the shale cycle, the discovery, the delineation and now development. I think there is maybe a misconception that you've reached development stage and so you know the answer, and that's definitely not the case. We continue to learn from all these projects, *and so using the Dominator one, just because it's a good example, that is our most extreme version of activity in a single-square mile and also some of the more dense spacing we've tested. And so -- the teams did a fantastic job on that bringing that project and a couple of these other large ones this quarter and putting them on production actually ahead of schedule*. So we are continuing to figure out how to concentrate that much activity in one spot in the most efficient manner possible. We're continuing to play with spacing and also landing zones, and we're still continuing to tinker with combinations of different landing zones and our whole completion | Q1 2019 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|----|------|-------------|--------|
| | | | design. So there is a lot -- there is still a lot to learn, but I think, at the same time, you've got a really competitive business that competes for investor capital. | |
| | 295 | May 1, 2019 | It's going to range depending on where you are in the basin and also the zone you're drilling. On that one, we drilled at almost 50% more densely than kind of our - where we typically look at resource booking in that zone. So we will watch - we haven't hit for a, kind of, critical 60 days of production where we included that'll be next quarter's batch of wells to talk about, but certainly *returns look pretty good for us*. | Q1 2019 Earnings Call |
| | 253 | Oct. 30, 2018 | *Oil production is expected to grow more than 25% from fourth-quarter 2018 to fourth-quarter 2019. Further, Concho's planned activity level is expected to drive two-year crude oil and total production compound annual growth rates of 30% and 25%, respectively, from 2018 to 2020.* Importantly, disciplined capital allocation and high-margin oil growth is expected to drive strong free cash flow generation and improving ROCE in 2019 and 2020. | Q3 2018 Earnings Release |
| | 262* | Oct. 31, 2018 | *As it relates to kind of what we're seeing compared to what we're expecting, we have built our type curves and our internal modeling based upon the results we have seen here. So I think everything we've seen has been consistent with what we were expecting and is baked into that outlook that we're talking about for '19 and '20.* | Q3 2018 Earnings Call |
| | 262* | Oct. 31, 2018 | **[From the Source]:**<br><br>**Analyst:** Okay. And do you have a kind of estimate of how you think about or how your programming in the relationship between single-well pad development versus multi-well pad development in that parent-child relationship?<br><br>**Giraud:** Yes. *We definitely bake that into all of our plans and our forecast.* | Q3 2018 Earnings Call |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | 266 | Feb. 19, 2019 | **[From the Source]:**<br><br>Capital spending for 2019 is expected to be between $2.8 billion and $3.0 billion, representing a 17% reduction at the midpoint compared with the Company's prior capital guidance . . . .<br><br>Approximately 94% of the 2019 capital program will be allocated to drilling and completion operations. The Company's activity will be primarily focused on large-scale manufacturing projects across Concho's portfolio and will keep the Company on track to deliver the value creation benefits of the RSP Permian, Inc. ("RSP") acquisition. ***Concho's planned activity for 2019*** is expected ***to deliver oil growth of 26% to 30%***, and the base plan for 2020 is ***expected to drive a two-year oil compound annual growth rate of 23% (from 2018 to 2020)***.<br><br>For first-quarter 2019, Concho expects production to average between 300 MBoepd and 306 MBoepd, and lease operating expense per Boe to average between $6.30 and $6.50. Additionally, Concho expects capital expenditures to total between $825 million and $875 million.<br><br>Detailed guidance for 2019 is provided under "2019 Guidance" below. The Company's outlook for 2019 and 2020 excludes acquisitions and is subject to change without notice depending upon a number of factors, including commodity prices, industry conditions and other risks described under "Forward-Looking Statements and Cautionary Statements." | Q4 & FY 2018 Earnings Release |
| | 288 | Apr. 30, 2019 | Second-quarter 2019 production is expected to be 316 MBoepd to 322 MBoepd. The Company increased full-year 2019 total production growth guidance to 23% to 27%, reflecting first-quarter 2019 outperformance and strong execution of a disciplined capital program. Additionally, the Company increased full-year 2019 oil production growth guidance to 27% to 31%. | Q1 2019 Earnings Release |
| | 289 | Apr. 30, 2019 | We are delivering exceptional performance across our portfolio as we execute on our clear strategy to drive sustained, differentiated oil growth, free cash flow and corporate returns. Results for the first quarter of 2019 reflect our | Q1 2019 Earnings Release |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | focus on large- scale development, controlling costs and generating solid returns on strategic investments, as demonstrated by the Oryx sale. During the quarter, we completed several important projects ahead of schedule, driving increased production that exceeded the high end of our guidance range. Given our strong start to the year, we are raising our full-year production growth outlook while maintaining our capital expenditure guidance. Our high-quality assets and returns-driven approach position us to extend our track record of enhancing value for shareholders. | |
| | 290 | Apr. 30, 2019 | In the Delaware Basin, excluding the New Mexico Shelf, Concho added 23 wells with at least 60 days of production as of the end of first-quarter 2019. The average 30-day and 60-day peak rates for these wells were 1,817 Boepd (73% oil) and 1,647 Boepd (72% oil), respectively. These wells were drilled to an average lateral length of 9,125 feet. | Q1 2019 Earnings Release |
| | 292* | May 1, 2019 | Importantly, *we're on track to deliver on the $2.8 billion to $3 billion capital program we laid out last quarter, and we have increased our estimates for oil production in 2019*. | Q1 2019 Earnings Call |
| | 293 | May 1, 2019 | **[From the Source]:**<br><br>We raised our annual production growth outlook to account for the outperformance in 1Q as well as continued strong performance across the portfolio. At the midpoint, we increased our full-year oil production guidance to 29%. Relative to the 2-year outlook provided in February, we've clearly made a lot of progress and have a great deal of confidence in that plan. *Full-field development is an important contributor to our momentum. This approach is all about optimizing spacing, timing and drilling and completion techniques to maximize program economics and recoveries.* | Q1 2019 Earnings Call |
| | 268 | Feb. 19, 2019 | At December 31, 2018, Concho's estimated proved reserves totaled 1.2 billion Boe, compared to 840 million Boe at year-end 2017. The Company's proved | Q4 & FY 2018 Earnings Release |

| # | CC | Date | Statement[2] | Source |
|---|---|---|---|---|
| | | | reserves are approximately 63% oil and 37% natural gas. Proved developed reserves totaled 824 MMBoe, or 69% of total proved reserves. | |
| | 271 | Feb. 20, 2019 | At December 31, 2018, our 1,187 MMBoe total estimated proved reserves consisted of approximately 63 percent oil and 37 percent natural gas. We have assembled a multi-year inventory of horizontal development and exploration projects across our operating areas.<br><br>***<br><br>Delaware Basin. At December 31, 2018, we had estimated proved reserves in this area of 674 MMBoe, representing 57 percent of our total proved reserves. During the year ended December 31, 2018, we commenced drilling or participated in the drilling of 281 (171 net) wells in this area, and we completed 239 (136 net) wells that are producing. | 2018 Form 10-K |
| | 296 | May 1, 2019 | **[From the Source]:**<br><br>Analyst: I'm curious, we all know this -- the beat-on production, some of that was attributed to the non-op activity, which you've discussed. Can you give a little bit more color on sort of the timing beats that you've experienced relative to the initial assumptions and then considering you raised your guidance, which seems to sort of just give credit for the 1Q beat. Do you not necessarily believe that those time lines are achievable through the rest of the year and I guess, how does that frame -- how you think that you could be improving your efficiency as you head into 2020?<br><br>Harper: *I would say the beat in the first quarter, which was pretty significant, was a combination of a couple of things*, the non-op that we've highlighted. Also *getting a couple of these very sizable projects on ahead of schedule*. So, there was something a little unique to the quarter maybe in that but underlying all of that is, *we continue to see really strong results across our portfolio. And so, I think, that's what gave us the confidence to raise the overall annual guidance*. | Q1 2019 Earnings Call |