**APPENDIX II**

**DEFENDANTS' EXHIBIT LIST**
**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS**
**CERTIFICATION**

| Exhibit | Date | Exhibit Description |
|---|---|---|
| 1 | March 15, 2024 | Expert Report of Lucy Allen |
| 2 | February 22, 2024 | Excerpts of Deposition Transcript of Robert Glaza |
| 3 | December 14, 2018 | Expert Rebuttal Report of Chad Coffman, CFA, *In re Banco Bradesco S.A. Securities Litigation*, Case No. 1:16-cv-04155-GHW |
| 4 | October 31, 2017 | Concho Resources Inc. Press Release - Reports Third Quarter 2017 Results |
| 5 | October, 31 2017 | Concho Resources Inc.'s 3Q 2017 Quarterly Update Presentation |
| 6 | November 1, 2017 | Concho Resources Inc.'s Q3 2017 Earnings Call Transcript |