**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 <br><br> <u>CLASS ACTION</u> |

<u>**DECLARATION OF ROBERT P. RITCHIE**</u>

I, Robert Ritchie, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Vinson & Elkins LLP, which is counsel for Defendants Timothy Leach and C. William Giraud in the above-styled case.

2.      I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Lucy P. Allen dated March 15, 2024.

4.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition Transcript of Robert Glaza dated February 22, 2024.

5.      Attached as **Exhibit 3** is a true and correct copy of the Expert Rebuttal Report of Chad Coffman, CFA, *In re Banco Bradesco S.A. Securities Litigation*, Case No. 1:16-cv-04155-GHW, dated December 14, 2018.

6.      Attached as **Exhibit 4** is a true and correct copy of Concho Resources Inc. Press Release - Reports Third Quarter 2017 Results dated October 31, 2017.

7.      Attached as **Exhibit 5** is a true and correct copy of Concho Resources Inc.'s 3Q 2017 Quarterly Update Presentation dated October 31, 2017.

1

8.      Attached as **Exhibit 6** is a true and correct copy of Concho Resources Inc.'s Q3 2017 Earnings Call Transcript dated November 1, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 15, 2024

Robert P. Ritchie