# EXHIBIT 2

1

```
 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF TEXAS

 3   HOUSTON DIVISION

 4   -------------------------------------------

 5   IN RE CONCHO RESOURCES, INC.

 6   SECURITIES LITIGATION

 7                               Civil Action No.

 8                                4:21-cv-02473

 9   -------------------------------------------

10

11              **CONFIDENTIAL**

12

13    REMOTE 30(b)(6) VIDEOTAPED DEPOSITION OF

14            CONCHO RESOURCES INC.

15              BY ROBERT GLAZA

16

17          Thursday, February 22, 2024

18               9:35 a.m. (CST)

19

20

21

22

23   Reported By:

24   Joan Ferrara, RMR, FCRR

25   Job No. 2024-925763
```

In Re: Concho Resources, Inc. Securities Litigation
30(b)(6), Confidential
Robert Glaza
February 22, 2024

199

1   were saying there was no risk.

2       Q.   And that they concealed risk or

3   the true risk?

4       A.   Yes.

5       Q.   And that when that risk

6   materialized, that's when the stock price

7   fell?

8       A.   Yes.

9           MR. LUCISANO:  I think we're at a

10      good breaking point it we want to go

11      off the record.

12          MR. FATALE:  Yeah, let's go off

13      the record.

14          THE VIDEOGRAPHER:  The time is

15      1:41 p.m.  We are going off the

16      record.

17          (Recess taken from 1:41 p.m. to

18      2:18 p.m. CST)

19          THE VIDEOGRAPHER:  The time is

20      2:18 p.m.  We are back on the record.

21  BY MR. LUCISANO:

22      Q.   All right, Mr. Glaza.

23          MR. LUCISANO:  Let's pull back up

24      18, Chelsea, which is the Complaint.

25      Let's scroll down to paragraph 298.

In Re: Concho Resources, Inc. Securities Litigation
30(b)(6), Confidential
Robert Glaza
February 22, 2024

214

```
 1   better?

 2           MR. FATALE:  Objection to form.

 3       And calls for a legal conclusion.

 4           You can answer.

 5       A.   Again, I believe they knew that

 6   this statement was not correct when they

 7   made it.

 8       Q.   Mr. Glaza, that wasn't my

 9   question.

10           My question was, where in the July

11   2019 disclosure did the company reveal that as

12   of September 2018 they did not think wells

13   were continuing to get better and costs were

14   becoming more efficient?

15           MR. FATALE:  Same objections.

16       A.   Because that statement didn't

17   correct this statement.

18       Q.   The July 2019 statement did not

19   correct this statement?

20       A.   Yes.

21           MR. FATALE:  Objection.

22   BY MR. LUCISANO:

23       Q.   Can we scroll down to 270?

24           Okay.  This is referring to a

25   February 2019 statement in Concho's Form
```

215

```
 1   10-K.

 2           Do you see that?

 3      A.    Yes.

 4      Q.    And it says in the italicized

 5   bold portion, it says:  We utilized

 6   multi-well pad drilling and project

 7   development where practical.

 8           Where in the July 31, 2019

 9   statement did the company's disclosure

10   correct that statement?

11           MR. FATALE:  Objection to the

12      form.  Objection.  Calls for a legal

13      conclusion and expert testimony.

14      A.    I don't know.

15      Q.    Is it sort of the same as the

16   last one, the July disclosure did not

17   correct it?

18           MR. FATALE:  Objection.

19      A.    That would be my opinion, yes.

20      Q.    Let's go to 294.  I might have a

21   wrong paragraph number on that one -- oh,

22   no, sorry.  I was looking at the wrong

23   thing.

24           Okay.  The bottom of the second

25   indented paragraph, do you see -- sorry,
```

216

```
 1   let's scroll up -- a little bit more.

 2            Okay.  Do you see it says on May

 3   1, 2019 -- it's talking about Mr. Leach,

 4   Mr. Harper and Mr. Giraud's statement on

 5   the earnings call?

 6       A.    Yes.

 7       Q.    Okay.  And if we scroll down,

 8   back to 294, end of that paragraph, it

 9   says:  And so I think that's the exciting

10   thing about what we've been able to do and

11   are going to continue to do, is deliver

12   really compelling returns while continuing

13   to learn.

14            Same question as before, where in

15   the July 2019 disclosure did the company

16   reveal that as of May 1, 2019 it was

17   continuing to learn and continuing that it

18   would deliver really compelling returns while

19   continuing to learn?

20            MR. FATALE:  Same objections.

21       Form, legal conclusion, and expert

22       testimony.

23       A.    And again, they didn't reach back

24   and correct this statement.

25       Q.    With respect to other challenge
```

217

```
 1   statements like the ones that I walked you

 2   through earlier in the different types of

 3   documents.

 4             Do you recall those?

 5       A.    Sorry?

 6       Q.    The challenge statements that we

 7   walked through earlier before the lunch

 8   break, and when we went through the kind of

 9   press releases and earning calls

10   transcripts, those ones -- do you recall

11   that?

12       A.    Yes.

13       Q.    And so would you have the same

14   answer with respect to those, that the July

15   disclosure did not reach back and correct

16   them?

17             MR. FATALE:  Same three

18       objections.

19       A.    Yes.

20             MR. LUCISANO:  All right,

21       Chelsea, we can take this one down.

22       Q.    Is it your testimony that the

23   July 2019 disclosure revealed a new truth

24   about -- that the Dominator wells were too

25   tight and the market didn't know that
```