# EXHIBIT 6

**S&P Global**
Market Intelligence

# Concho Resources Inc. NYSE:CXO
# FQ3 2017 Earnings Call Transcripts

## Wednesday, November 01, 2017 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.26 | 0.45 | ▲73.08 | 0.38 | 1.82 | 1.97 |
| **Revenue (mm)** | 614.12 | 627.00 | ▲2.10 | 682.14 | 2545.99 | 3014.28 |

Currency: USD
Consensus as of  Nov-01-2017 12:03 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2016** | (0.08) | 0.20 | NM |
| **FQ1 2017** | 0.30 | 0.49 | ▲1 63.33 % |
| **FQ2 2017** | 0.43 | 0.52 | ▲2 20.93 % |
| **FQ3 2017** | 0.26 | 0.45 | ▲3 73.08 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 4:21-cv-02473     Document 68-10     Filed 03/15/24 in TXSD     Page 3 of 17

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ...................................................................................... | **3** |
| **Presentation** | ...................................................................................... | **4** |
| **Question and Answer** | ...................................................................................... | **7** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jack F. Harper**
*President*

**Megan P. Hays**
*VP of Investor Relations & Public Affairs*

**Timothy A. Leach**
*Chairman of the Board & CEO*

**ANALYSTS**

**Andrew Elliot Venker**
*Morgan Stanley, Research Division*

**David Adam Deckelbaum**
*KeyBanc Capital Markets Inc., Research Division*

**Derrick Lee Whitfield**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**James Jan Sullivan**
*Alembic Global Advisors*

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

**John Holliday Abbott**
*BofA Merrill Lynch, Research Division*

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Richard Merlin Tullis**
*Capital One Securities, Inc., Research Division*

**Robert S Morris**
*Citigroup Inc, Research Division*

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Third Quarter 2017 Concho Resources Earnings Conference Call. [Operator Instructions] And as a reminder, this conference is being recorded.

I would now like to introduce a host for today's conference, Ms. Megan Hays. Ma'am, you may begin.

**Megan P. Hays**
*VP of Investor Relations & Public Affairs*

Thank you, Amanda. Good morning, and welcome to Concho's Third Quarter 2017 Earnings Call. On the call with me today in Midland is Tim Leach, Chairman and CEO; Jack Harper, President and CFO; and members of the Concho senior management team. Our third quarter earnings release and corporate presentation are available on our website. Additionally, we plan to file our quarterly report on Form 10-Q today after market close.

Please note that we will make forward-looking statements based on current expectations this morning. Also, some of our comments may reference non-GAAP financial measures. Forward-looking statements and other disclaimers as well as reconciliations to the most directly comparable GAAP financial figures are provided in the earnings release and corporate presentation.

Now I'll turn the call over to Tim.

**Timothy A. Leach**
*Chairman of the Board & CEO*

Thanks. Good morning. Thank you for joining. I'm sure it was a late night for many of you on the call.

2017 is an important year where execution, strength and scale differentiate industry leaders. Over the past decade, we've built an execution machine that delivers reliable growth, and this quarter was no exception. Our operational team has delivered an outstanding quarter as total production of 193,000 BOEs per day exceeded the high end of our guidance range and represented 5% growth over the previous quarter. Crude oil production of 120,000 barrels per day increased 6% relative to the second quarter.

Before we move on, I want to acknowledge our team. Hurricane Harvey was a devastating storm that impacted communities along the Gulf Coast. The storm shut down refineries, backed up several pipes out of the Permian and interrupted the supply chain. It was a storm that could have easily impacted our operations, but it didn't because of the hard work and dedication of a lot of people across our organization.

On the last conference call, I spoke about reaching a new inflection point in capital efficiency. And the inflection is driven by the shift to large scale project development. We turned 2 such projects in the Northern Delaware Basin on late in the third quarter. The Windward project includes 8 2-mile laterals in the Avalon, and the Vast project includes 7 wells, the Wolfcamp Sands and Wolfcamp Shale. These wells produced at a combined peak 30-day rate of more than 30,000 BOEs per day, of which 74% was oil.

We continue to deliver strong individual well results. But as large-scale projects become a bigger part of our program, 30-day rates on individual wells become less relevant. The focus is moving to longer-dated production from our projects. In the slide presentation this quarter, we updated the production history for several projects and key wells in Red Hills and the Deep Area in New Mexico. This data illustrates the high-impact role the Northern Delaware Basin plays in generating sustainable return-driven growth.

Building on our success in the Southern Delaware Basin, we continued to unlock the multi-zone resource potential, underlying our position. During the quarter, we completed a Wolfcamp B delineation well. Continuous success in the Wolfcamp B has the potential to add a third zone to our development program. Also in the Southern Delaware Basin, the Brass Monkey project includes 8 wells, all 2-mile laterals within

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a half section. These wells are landed in the 3rd Bone Spring and Wolfcamp zones. We currently have 3 completion crews on this project and expect production in early 2018.

We have a premier position in the Midland Basin, and during the quarter, we advanced our development of the Lower Spraberry and Wolfcamp B zones. In addition, the Mabee Ranch development project remains on track for first production in early 2018. This is our largest multi-well project as it includes 13 2-mile wells targeting 5 landings across the Spraberry and Wolfcamp zones. We completed the 3 fiber optic wells first and quickly deployed real-time findings into our completion plans for the remaining wells. Our legacy New Mexico Shelf properties provided a steady production and strong cash flow, and we're running 1 rig here today with a focus on the Paddock and Blinebry zones.

The outlook for full year 2017 continues to get better. This is a direct result of our team pressing our scale advantage and working both sides of the efficiency equation, producing more barrels per dollar invested. As a result, we're increasing our 2017 growth outlook. We expect total production to come in above the high end of our guidance range of 26% and oil production to exceed 27%. Importantly, we expect to land our capital program, excluding acquisitions, within our guidance range of $1.6 billion to $1.8 billion, all of which will be funded within cash flow.

Although we aren't providing our 2018 budget, let me frame our initial thinking. Large-scale projects will capture more of next year's activity. And consistent with the 3-year outlook, we expect to invest within anticipated cash flow. We plan to provide more visibility to our 2018 plans when we report our year-end results.

We have a better asset base than at any time in our history. Our platform for delivering differentiated growth within cash flow and long-term value for our shareholders is diverse, including leading positions in the Northern Delaware Basin, Southern Delaware Basin, Midland Basin and New Mexico Shelf.

Throughout the last quarter, there's been a lot of conversation about what the optimal E&P business model should look like over the next decade. I'm excited that we're in a position to lead that discussion. For the past 2 years, we've generated free cash flow, delivered peer-leading production growth for debt adjusted share and strengthened our financial position. This is a reflection of our returns-based capital allocation process, our active portfolio management and a dedicated focus on improving margin through cost control. The E&P business model is evolving, and I believe our advantages: our people, asset quality, scale and a strong balance sheet, put us in the best possible position for defining that model.

Now I'll turn the call over to Jack to discuss the quarter in more detail.

**Jack F. Harper**
*President*

Thank you. As Tim mentioned, we are proud to announce another strong quarter of operational and financial performance. I can't emphasize enough the importance of our team, our balance sheet and our scale. These are and will continue to be unique advantages that give us confidence in the success and repeatability of the Concho strategy.

Despite a challenging macro backdrop since 2016, we have reduced long-term debt, lowered our cost of capital and improved our cash margin, all of which reinforces our ability to navigate condition in a way a few companies can. As a result, the third quarter's strong operational performance was accompanied by solid financial results. Per unit cash cost, production expense, G&A and interest were in line with the previous quarter. And notably, per unit interest expense is down 42% versus a year ago and is set to improve further following our successful debt refinancing in September. And per unit DD&A expense, which totaled $16, continues to move lower in part due to improved capital efficiency. All of this translates to adjusted net income per share of $0.45 and EBITDAX of $458 million for the third quarter.

For the fourth quarter of 2017, we expect to complete a record number of growth stages and bring our inventory of wells waiting on completion down from 50 to the mid-30s. And as Tim mentioned, for the full year, we expect to spend within cash flow and deliver production above the high end of the guidance range.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The strength of our balance sheet enables us to deliver near-term results, invest for the long term and better manage risk. During the third quarter, the team executed several transactions that further reinforced our balance sheet. First, we achieved investment-grade credit ratings from 2 rating agencies, highlighting our high-quality asset base, disciplined capital allocation and differentiated execution. Second, we moved our credit facility to unsecured. And third, we issued $1.8 billion of senior notes, consisting of both 10-year and 30-year tranches. The proceeds from the notes offering were used to repurchase a total of $2.15 billion of 5.5% senior notes. Since the second quarter of last year, we have refinanced our entire long-term debt complex. As a result, for our senior notes outstanding, we have extended the average maturity from 6 to 16 years, reduced the average interest rate from 5.9 to 4.3% and lowered annual interest expense by approximately $90 million.

We're focused on delivering on our near-term goals. Our strong portfolio gives us excellent opportunities for delivering per share growth over the long term. We've seen strong momentum in our business year-to-date driven in part by our shift to large-scale project development, and we expect that momentum to continue into the fourth quarter and beyond.
And with that, we'll now open up the call for your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And the first question is from the line of John Freeman of Raymond James.

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

Regarding the first 3 wells that you all did the fiber optic monitoring on and you said you sort of the took the takeaways from those and looked at how you completed the additional wells, the lateral placements, are there any significant takeaways that you can provide? And any thoughts on expanding that to other areas of your portfolio?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes, I think there are. And those results were -- was also very early time information. So it had to do more with completion design, plugs, perf performance, those types of things. And -- but I think we're collecting an immense amount of data. And over a longer period of time, it'll give us other information about drainage and how the wells are draining. So I think it'll be extremely beneficial, and we can apply it to other areas of the company as well.

**John Christopher Freeman**
*Raymond James & Associates, Inc., Research Division*

And then just my one follow-up, on the Oryx system, at least just based on the last filings we have, we can see how much has been invested in that system up to this point. Is there any additional investment that you all have to make in Oryx beyond this year?

**Jack F. Harper**
*President*

No, John. We don't anticipate additional equity investment at this point.

**Operator**

And our next question is from the line of Michael Hall of Heikkinen Energy.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

I guess, I wanted to maybe go to the discussion around the E&P business model that you did kind of allude to in the opening remarks. And I'm just curious, as a growth company, how you think about this discussion around dividends and other potential cash returns to shareholders as opposed to just plowing back all the capital into what appear to be very high rate of return projects. And how do you think about that balance at this phase of your life?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Well, yes, well, I think phase of the life is a good way to think about it because I think that the business is entering a third phase. We were in the resource capture, and then we've been through the phase of identifying all the zones. And now I think it's in the development phase, and the development phase will go on for several decades. But when you try to look out into the future, I mean, this business will generate a tremendous amount of cash flow and a tremendous amount of value creation that's why we're so excited about our position. And then the question, the conversation we're having with our shareholders is how do we maximize the value for our shareholders. And we've been able to demonstrate that we can generate free cash flow and grow, and we can do that for a very long period of time. So I think that's the business

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

model that the industry is trying to define over the next several years is what is the best answer for the shareholders. And I think it includes some sort of return of capital. It includes some kind of growth. And of course, it's going to include, generally, lots of free cash flow.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

And then -- in what sort of time frame do you think the return of capital could be, I guess, in the cards for Concho?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Well, we value maximum flexibility, so I wouldn't tell you anything that I felt pinned me down to any particular time frame. But we've talked about 3-year outlooks. We've talked about what the thing is going to do over the next decade. So those are the kind of time frames that I would be thinking around.

**Michael Anthony Hall**
*Heikkinen Energy Advisors, LLC*

Okay. Understood. And then, I guess, as my follow-up, in the context of that 3-year outlook, we know you've done a very good job in 2017 of exceeding your growth targets. Does that front load the CAGR? Or does that potentially provide upside to the 3-year CAGR? How should we think about that?

**Jack F. Harper**
*President*

Oh, it's definitely a good start if you're over 26% on the 20% CAGR, no doubt. But as Tim said, I think it just proves the point that we have an asset base that can do that and gives us a lot of optionality and makes us feel comfortable with that outlook.

**Operator**

And our next question is from the line of Doug Leggate of Bank of America.

**John Holliday Abbott**
*BofA Merrill Lynch, Research Division*

This is John Abbott, on for Doug Leggate. Starting, as you move into large-scale development mode with less disclosure on incremental wells, is there a significant change expected per well result as full development comprises a greater mix of parent-child wells?

**Timothy A. Leach**
*Chairman of the Board & CEO*

I think full development does not create a greater mix of parent-child wells. Full development minimizes the parent-child relationship, so that's one of the strengths. I would really highlight the notion that full development optimizes both the ultimate recovery and the rate of return. And that's one of the things that's driving all this efficiency.

**John Holliday Abbott**
*BofA Merrill Lynch, Research Division*

Okay. And secondly, you have virtually stuck within spending within cash flow. Oil is looking better. Can you give some sense to the upside range of oil prices where that would apply?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Well, I'm not sure I completely understand what you're asking about. I would say that we have talked about oil prices being volatile. And we've seen that, and I think we expect that going forward. So we're not going to plan our spend rate at the very latest oil price, I wouldn't think.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**John Holliday Abbott**
*BofA Merrill Lynch, Research Division*

I think what he was trying to get at as the oil, let's say, move to the $60 range, if you're at the point where you'd to have to some willingness to outspend cash flow, granted you'd have more cash flow at that time?

**Timothy A. Leach**
*Chairman of the Board & CEO*

No. I think if it goes to $60, we'll pile up cash.

**Operator**

And our next question comes from the line of the Drew Venker of Morgan Stanley.

**Andrew Elliot Venker**
*Morgan Stanley, Research Division*

I just wanted to ask on the rig count ticking down, I think, within your original plan for the year. But at 15 rigs, is that an indication of you going a bit slower than you have in prior quarters? Or more of an indication of drilling higher working interest wells?

**Jack F. Harper**
*President*

Yes, Drew, the move-down keeps us consistent with our average rig count we've talked about for the year. And it also is consistent with spending our cash flow. But as we enter the end of the year, we will build some momentum into '18 such that we will start the year roughly at the level we plan to operate at for the entire year.

**Andrew Elliot Venker**
*Morgan Stanley, Research Division*

And Jack, is that overall program next year? You guys talked about shifting towards more large-scale project, is that overall high working interest than what you had in 2016 and 2017?

**Jack F. Harper**
*President*

Oh, it's going to be pretty similar, really, Drew, same type of levels.

**Operator**

And our next question is from the line of Neal Dingmann of SunTrust.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

Tim or Jack, could you just talk about the efficiencies where you continue to see the ramps, specifically? I guess, my question around that is the efficiencies when you look at on the rig side and on the completion slide. With the 15 rigs running, how many frac spreads do you think you typically can run? And I'm just kind of wondering how that ratio is changing based on efficiencies on each side you're seeing.

**Jack F. Harper**
*President*

Sure. Well, these larger projects will lend to different phases and uncompleted wells. But as I mentioned in the remarks, we're at a high right now that will come down in the last quarter, so it will depend. But we bounced between roughly 5 and 8 crews this past year. We'll be at 8 when we end the year, and that'll be a good place to start the year. And I don't anticipate needing to go higher than that.

**Neal David Dingmann**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And then just one last follow-up. Just on the cut sort of staying around that boat, Jack, on the -- mostly on the completion side. Just talk on cost, I guess, particularly wondering in that sort of that deeper Northern Delaware area, if you've seen, I don't know, a material change in cost, and if you could just maybe talk about the, initially, cost there as well as maybe your other areas if you've seen, I guess, a stabilization the word you're seeing now or what, if you could just address that.

**Jack F. Harper**
*President*

Sure. We have most certainly seen some cost inflation from the beginning of the year. But I would characterize where we are today as more of a stabilized environment. You've seen that with the rig count. And so costs are relatively consistent right now. But having so many different types of assets within our portfolio, it really -- it's hard to talk about just 1. And it also depends on the mix of sand and many other factors. So -- but overall, we're pretty consistent right now.

**Neal David Dingmann**
*SunTrust Robinson Humphrey, Inc., Research Division*

And Jack, you wouldn't source -- and you all haven't done this in the past, but there's no reason to start sourcing sand or any of those things yourself as you haven't done that in the past?

**Jack F. Harper**
*President*

Well, we are going to have a lot of options here with the local sand, and we'll kind of determine the best way to handle that. But the important thing to think about is that is a positive factor on the cost side for us and for the industry.

**Operator**

And our next question is from the line of David Deckelbaum of KeyBanc.

**David Adam Deckelbaum**
*KeyBanc Capital Markets Inc., Research Division*

Jack, I just wanted to expound on the last point you made. The in-basin sands, have you guys contracted yet? You said that it's an option right now. Have you contracted for volumes like some of the other peers that have announced this week? Or are you just using that as a leverage right now with negotiating some of your other out-of-basin supply?

**Jack F. Harper**
*President*

Yes, we have that not contracted to this point.

**David Adam Deckelbaum**
*KeyBanc Capital Markets Inc., Research Division*

And Tim, I just wanted to ask, I guess, you talked about the life cycle of the company and entering this third phase of development now. I guess, you talked a lot about, I think in past calls this year, on trading into higher working interest projects, longer-lateral projects. And I guess, we should think of that as ongoing because it maximizes your MPV. But in terms of, I guess, being in the third phase now, does that sort of lower the bias of Concho to pursue acquisitions? At this point, is it more prohibitive to delivering the shareholder returns that you want to?

**Timothy A. Leach**
*Chairman of the Board & CEO*

So like we said in the past, the bar is very high. And -- but I think that the capital intensity of this phase that we're in would describe the benefit of being larger and stronger. So Concho is in a great position

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

with a great asset base. We have great capabilities. So I think, as we've said in the past there will be consolidation. You described the trading of property inside the block-up get bigger interest, and you're right, we'll be doing that every single quarter. I think consolidation is a little bit different than that. And I think as the industry consolidates, Concho ought to be in a position of -- to have the best optionality on building a bigger and better company but got a pretty good one right now.

**David Adam Deckelbaum**
*KeyBanc Capital Markets Inc., Research Division*

Appreciate that. And it's the last one I have. I guess, next year, as you focus more on the large-scale projects, Concho has done a good job of staying ahead of some of the bottlenecks in the industry, particularly in the midstream side. Do you envision investing more in some more vertical integration at this point?

**Timothy A. Leach**
*Chairman of the Board & CEO*

To me, vertical integration is kind of a bad word, almost. And we have invested in infrastructure. And infrastructure we thought was really integral and critical to an activity or an area that we were developing. So I think we'll continue to do that, but I'm not looking to get into other lines of businesses.

**Operator**

And our next question is from the line of Derrick Whitfield of Stifel.

**Derrick Lee Whitfield**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Tim or Jack, and thinking about 2018 further, could you directionally comment on what percent of your activity will be focused on large-scale development projects? Or said differently, if you look at Page 6 where you've outlined the 5 projects, how might that slide look in 2018?

**Jack F. Harper**
*President*

Yes. Just thinking about next year, it's probably going to be 2/3, plus or minus, allocated to those type of large-scale projects, Derrick.

**Derrick Lee Whitfield**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. And then staying on large-scale projects, with regard to the Windward and Vast pilots, could you give us a sense of the cycle times for these pilots and the degree of cost savings you attain for multi-well development versus one-off development?

**Jack F. Harper**
*President*

Well, the savings are mostly along the lines of less drilling days, more efficient completions, and we really haven't quantified that on those 2 projects at this point. But we do feel confident as we think ahead to that style of development that there are real savings, and that it'll show through it.

**Derrick Lee Whitfield**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it, makes sense. And then last one for me, with regard to the Wolfcamp B well in the Southern Delaware, does that result give you pause on your order of development?

**Jack F. Harper**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Oh, I think right now, it gives us confidence in the way we're thinking about that area. And so it just expands our horizons a bit, I would say. So no, it's a positive outcome.

**Operator**

Our next question is from the line of James Sullivan of Alembic Global Advisors.

**James Jan Sullivan**
*Alembic Global Advisors*

So on the new notes, the 2027 to 2047, in the intent chart it says there's no covenant anymore, restricting dividend payments on those. I just wanted to confirm, the 2025 still outstanding, do you still have that restriction of that and get changed in the -- all the actions back in September?

**Jack F. Harper**
*President*

I'm sorry, what were you -- what was that very last part on the '25?

**James Jan Sullivan**
*Alembic Global Advisors*

Oh, the '25s, do they still contain that restriction on dividend payments in the indenture?

**Jack F. Harper**
*President*

Yes. Those are -- those will be callable on the -- in a couple of years, and they will be consistent with our current notes.

**James Jan Sullivan**
*Alembic Global Advisors*

Right. Okay. Yes. No, I just wanted to see what -- across the liability covenant, across the entire company, what are the remaining restrictions on you contemplating a dividend. I think that's just the driver behind that. So that one getting called then will be that. And then on the facility, I haven't had a chance to go back and look again, but you guys are not restricted there anymore, is that right?

**Jack F. Harper**
*President*

That's correct.

**James Jan Sullivan**
*Alembic Global Advisors*

Got it. Great. And then you guys did talk about the inflection point in capital efficiency from the bigger, larger number of wells on pad. If you were to think about isolating the effect of going from, whatever it is, the 2- or 3-well pad up to a 10- or 12-well pad, can you think about the range of potential effect on unit S&P from doing that, obviously, normalizing cycle and productivity and all that?

**Jack F. Harper**
*President*

Yes. Again, it's hard to quantify. But we would certainly expect some savings, and I would hope, over time, approaching double digits for that kind of the larger-scale projects.

**James Jan Sullivan**
*Alembic Global Advisors*

Great. And then just one last one real quick. As you go to the bigger well pads, do you guys have a plan for risk mitigation if, obviously, one always tries to avoid train wreck wells, but they do happen on the drilling and completion side. If well 6 of a 12-well pad is having problems, do you guys -- what would you

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

do? Do you jump over to the next one and just do all of the remaining 11? How does that work? Or what's your plan for that?

**Timothy A. Leach**
*Chairman of the Board & CEO*

That's one of the reasons size and scale is so important that we've got many of these projects going on at the same time. I think you have to be an appropriately sized company to do such things. Also, I'd say that on these big projects, the wells are very [ accretable ]. So it's not -- you wouldn't expect to have a design surprise as you're drilling these. That's the whole -- I know it's a little bit controversial of whether it's factory-like operation, but that's why these things, they're some of our best projects in the best areas. And you take what you learn, and then repeat it. So that's kind of the idea.

**Operator**

And our next question is from the line of Richard Tullis of Capital One Securities.

**Richard Merlin Tullis**
*Capital One Securities, Inc., Research Division*

Tim, going back to the industry consolidation topic, when can we begin to see some acceleration in larger-scale consolidation among the operators in the Permian? And what could be the likely drivers of that consolidation? Does it slow potentially in a mid-$50 oil environment?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Oh, I don't think -- certainly, price volatility has an effect on the market, on the consolidation of the A&D market. But I think it's more driven by this whole conversation around business plan. I mean, what -- I think everybody from the very largest company, the very smallest company is reevaluating their business plan and how do they take all the new things that have happened and create value. And I think the answer to those questions is what's going to drive consolidation. And I think you're seeing a little bit of it now, but I expect it, especially with increasing diligence around capital efficiency, I think you'll see that increase. But the market's been saying that for a long time, and it's been very slow. So I think we're talking in very long cycles here.

**Richard Merlin Tullis**
*Capital One Securities, Inc., Research Division*

That's helpful. And just last question, looking at the Oryx midstream, what are the near-term, longer-term plans there? Do you see a monetization likely?

**Jack F. Harper**
*President*

Well, we don't have the same amount of ownership in that system that we did in the ACC system, but it has all the same characteristics. It's an acreage dedication. The deal is in place. And so -- and most importantly, it was an asset that was strategic to our business. So we're happy with it as is, or if it's monetized someday, that's fine too. It's a good system and provides all the optionality and efficiency we're looking for.

**Operator**

And our next question is from the line of Rob Morris of Citi.

**Robert S Morris**
*Citigroup Inc, Research Division*

Looking at the Midland Basin, you had some nice well results there. And I know they're a little bit better than last quarter because you had 8 or 9 delineation wells in the mix last quarter that were maybe not as good you had hoped for. Where are you in the delineation program, is there more delineation to occur here

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in the fourth quarter? Or as you go into 2018, are you sort of wrapped up on the delineation work that you were doing in the second quarter?

**Timothy A. Leach**
*Chairman of the Board & CEO*

I don't think we're ever wrapped up with delineation work. We try really hard not to have a bunch of bad wells show up in 1 quarter. So I'm not anticipating any negative results, but we will continue to spend a significant part of our cash flow on understanding different zones within these programs, even while we're doing these large pad developments. So -- but the more wells we drill, the better we get and the better the wells get, so I think that's the bottom line answer.

**Robert S Morris**
*Citigroup Inc, Research Division*

And then second question is referring back to the rig count at 15, and I know that came down for the higher-working interest you got in a lot of your activity currently. And as you go into year end, you said you're going to have a similar working interest in your programs next year as this year. You're going to have it around 19 rigs this year. So should we expect that rig count to move back up here into year-end to where then it'll hold flat in 2018 with some [ excavate ] completion crews next year?

**Timothy A. Leach**
*Chairman of the Board & CEO*

As Jack said previously, and while we haven't announced our specific plans for next year, I think, directionally, that's all correct.

**Operator**

And our next question is from the line of Scott Hanold of RBC Capital Markets.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

A couple of questions, maybe I'll first hit the rig. It sounds like you might opportunistically add some into the end of the year. Can you generally say and specifically to getting more crews in on the rig and frac side, have you seen any degradation in the labor force? And how easy is it to secure something for, let's say, a year?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Well, we typically don't secure things for a year. We have shorter-term contracts to give us more flexibility. I think, as a result of size and scale, we think we have access to the best crews, and we haven't had any problem adding either drilling rigs or frac spreads when we need to add them, and we have multiple suppliers. So I think we're in a good position.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay, sounds great. And then a follow-up question, too. How do you look at hedging '18, '19 even maybe a bit forward as you look at the optimal to way run an E&P company? What is your view on hedging? And how do you see kind of the forward market as it is right now?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes. Well, as the business model evolves, I'm very slow to change our hedging strategy because it's worked so well for us over the last decade or so. And so I think we've published all the hedges we have out there, but our strategy has not really changed. We're kind of forward-selling our PDP curve for

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a couple of years, and we just keep that rolling every quarter. I don't anticipate any changes in that strategy.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay. So even though crude has kind of ticked up here a little bit, you're going to be still remain fairly systematic. Is that the message?

**Timothy A. Leach**
*Chairman of the Board & CEO*

Yes. Yes. In this regard, I'd like to be fairly systematic.

Now I just wanted to say thank you for being on this call, and I was very excited about this quarter, and look forward to reporting to you the year-end results here in the near future.

Thank you very much.

**Operator**
Ladies and gentlemen, thank you for your participation in today's conference. This does conclude the program. You may now disconnect. Everybody, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.