**APPENDIX III**

**DEFENDANTS' UNPUBLISHED CASES/AUTHORITIES
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

| No. | Case/Authority Name |
|---|---|
| 1. | *In re Anadarko Petroleum Corp. Sec. Litig.*, 2022 WL 4544235 (S.D. Tex. Sept. 28, 2022), *reconsideration denied*, 2023 WL 4307650 (S.D. Tex. June 30, 2023) |
| 2. | *In re Apache Corp. Sec. Litig.*, 2024 WL 532315 (S.D. Tex. Feb. 9, 2024) |
| 3. | *In re BP p.l.c. Sec. Litig.*, 2013 WL 6388408 (S.D. Tex. Dec. 6, 2013) |
| 4. | *In re BP p.l.c. Sec. Litig.*, 2014 WL 2112823 (S.D. Tex. May 20, 2014) |
| 5. | *In re Chicago Bridge & Iron Co. N.V. Sec. Litig.*, 2019 WL 5287980 (S.D.N.Y. Oct. 18, 2019) |
| 6. | *Edwards v. McDermott Int'l Inc.,* 2024 WL 873054 (S.D. Tex. Feb. 29, 2024) |
| 7. | *In re Envision Healthcare Corp. Sec. Litig.*, 2019 WL 6168254 (M.D. Tenn. Nov. 19, 2019) |
| 8. | *In re Finisar Corp. Sec. Litig.*, 2017 WL 6026244 (N.D. Cal. Dec. 5, 2017) |
| 9. | *Indiana Pub. Ret. Sys. v. AAC Holdings, Inc.*, 2023 WL 2592134 (M.D. Tenn. Feb. 24, 2023) |
| 10. | *In re Intuitive Surgical Sec. Litig.*, 2016 WL 7425926 |
| 11. | *Local 210 Unity Pension & Welfare Funds v. McDermott Int'l Inc.*, 2015 WL 1143081 (S.D. Tex. Mar. 13, 2015) |
| 12. | *In re Qualcomm Inc. Sec. Litig.*, 2023 WL 2583306 (S.D. Cal. Mar. 20, 2023) |
| 13. | *Ramirez v. Exxon Mobil Corp.*, 2023 WL 5415315 (N.D. Tex. Aug. 21, 2023) |
| 14. | *Rougier v. Applied Optoelectronics Inc.*, 2019 WL 6111303 (S.D. Tex Nov. 13, 2019) |