# EXHIBIT C

**Certified Securities Class Actions Rejecting *Comcast* Arguments**

1.  *In re Acuity Brands, Inc. Sec. Litig.*, 2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020)

2.  *In re Allergan PLC Sec. Litig.*, 2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021)

3.  *In re Anadarko Petroleum Corp. Sec. Litig.*, 2022 WL 4544235, at *7 (S.D. Tex. Sept. 28, 2022)

4.  *Angley v. UTi Worldwide Inc.*, 311 F. Supp. 3d 1117, 1128-29 (C.D. Cal. 2018)

5.  *In re Apple Inc. Sec. Litig.*, 2022 WL 354785, at *10-13 (N.D. Cal. Feb. 4, 2022)

6.  *Baker v. SeaWorld Ent., Inc.*, 2017 WL 5885542, at *12-14 (S.D. Cal. Nov. 29, 2017)

7.  *In re Banc of Cal. Sec. Litig.*, 326 F.R.D. 640, 651 (C.D. Cal. 2018)

8.  *In re Barrick Gold Sec. Litig.*, 314 F.R.D. 91, 104-07 (S.D.N.Y. 2016)

9.  *Beaver Cnty. Emps.' Ret. Fund v. Tile Shop Holdings, Inc.*, 2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)

10. *In re BofI Holding, Inc. Sec. Litig.*, 2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021)

11. *Bos. Ret. Sys. v. Alexion Pharms., Inc.*, 2023 WL 2932485, at *13-14 (D. Conn. Apr. 13, 2023)

12. *Bos. Ret. Sys. v. Uber Techs., Inc.*, 2022 WL 2954937, at *4 (N.D. Cal. July 26, 2022)

13. *In re BP p.l.c. Sec. Litig.*, 2014 WL 2112823, at *8-9 (S.D. Tex. May 20, 2014)

14. *In re Celgene Corp. Sec. Litig.*, 2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020)

15. *In re CenturyLink Sales Pracs. & Sec. Litig.*, 337 F.R.D. 193, 212-13 (D. Minn. 2020)

16. *City of Birmingham Relief & Ret. Sys. v. Acadia Pharms., Inc.*, 2024 WL 1060079, at *14-16 (S.D. Cal. Mar. 11, 2024)

17. *City of Cape Coral Mun. Firefighters' Ret. Plan v. Emergent Biosolutions, Inc.*, 322 F. Supp. 3d 676, 691-93 (D. Md. 2018)

18. *City of Mia. Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. RH, Inc.*, 2018 WL 4931543, at *2-4 (N.D. Cal. Oct. 11, 2018)

19. *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*, 2018 WL 1558571, at *5-6 (W.D. Tex. Mar. 29, 2018)

20.   *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*, 2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)

21.   *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, 2022 WL 1459567, at *7-11 (N.D. Cal. May 9, 2022)

22.   *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*, 2019 WL 3449671, at *6-7 (N.D. Ga. July 17, 2019)

23.   *Cooper v. Thoratec Corp.*, 2018 WL 2117337, at *6-7 (N.D. Cal. May 8, 2018)

24.   *Cosby v. KPMG, LLP*, 2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *R. & R. adopted*, 2021 WL1828114 (E.D. Tenn. May 7, 2021)

25.   *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 446 (D. Ariz. 2019)

26.   *In re Diamond Foods Inc. Sec. Litig.*, 295 F.R.D. 240, 251-52 (N.D. Cal. 2013)

27.   *Dodona I, LLC v. Goldman, Sachs & Co.*, 296 F.R.D. 261, 270-71 (S.D.N.Y. Jan 23, 2014)

28.   *Dougherty v. Esperion Therapeutics, Inc.*, 2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020)

29.   *In re EQT Corp. Sec. Litig.*, 2022 WL 3293518, at *28 (W.D. Pa. Aug. 11, 2022)

30.   *Ferris v. Wynn Resorts Ltd.*, 2023 WL 2337364, at *12 (D. Nev. Mar. 1, 2023)

31.   *In re Fibrogen Sec. Litig.*, 2024 WL 1064665, at *15-16 (N.D. Cal. Mar. 11, 2024)

32.   *Första AP-Fonden v. St Jude Med., Inc.*, 312 F.R.D. 511, 516-17 (D. Minn. 2015)

33.   *Fosbre v. Las Vegas Sands Corp.*, 2015 WL 3722496, at *2-6 (D. Nev. June 15, 2015)

34.   *Gaynor v. Miller*, 2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018)

35.   *In re Glob. Brokerage, Inc.*, 2021 WL 1160056, at *19-20 (S.D.N.Y. Mar. 18, 2021), *R. & R. adopted*, 2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021)

36.   *In re Goldman Sachs Grp., Inc. Sec. Litig.*, 2015 WL 5613150, at *7-8 (S.D.N.Y. Sept. 24, 2015), *vacated and remanded on other grounds sub nom. Ark. Tchrs. Ret. Sys. v. Goldman Sachs Grp., Inc.*, 879 F.3d 474 (2d Cir. 2018)

37.   *Halman Aldubi Provident & Pension Funds Ltd. v. Teva Pharms. Indus. Ltd.*, 2023 WL 7285167, at *21-22 (E.D. Pa. Nov. 3, 2023)

38.   *Hatamian v. Advanced Micro Devices, Inc.*, 2016 WL 1042502, at *8-9 (N.D. Cal. Mar. 16, 2016)

39.   *Hayes v. MagnaChip Semiconductor Corp.*, 2016 WL 7406418, at *9-10 (N.D. Cal. Dec. 22, 2016)

40.   *Howard v. Liquidity Servs. Inc.*, 322 F.R.D 103, 137-41 (D.D.C. 2017)

41.   *In re Intuitive Surgical Sec. Litig.*, 2016 WL 7425926, at *17 (N.D. Cal. 2016)

42.   *In re JPMorgan Chase & Co. Sec. Litig.*, 2015 WL 10433433, at *7 (S.D.N.Y. Sept. 29, 2015)

43.   *Junge v. Geron Corp.*, 2022 WL 1002446, at *5-9 (N.D. Cal. Apr. 2, 2022)

44.   *Kaplan v. S.A.C. Cap. Advisors, L.P.*, 311 F.R.D. 373, 382-83 (S.D.N.Y. 2015)

45.   *Karinski v. Stamps.com, Inc.*, 2020 WL 6572660, at *8 (C.D. Cal. Nov 9, 2020)

46.   *KBC Asset Mgmt. NV v. 3D Sys. Corp.*, 2017 WL 4297450, at *6-7 (D.S.C. Sept. 28, 2017)

47.   *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, 2017 WL 3149424, at *6-7 (D. Vt. July 21, 2017)

48.   *In re LendingClub Sec. Litig.*, 282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017)

49.   *Levy v. Gutierrez*, 448 F. Supp. 3d 46, 64-67 (D.N.H. 2019)

50.   *Luna v. Carbonite, Inc.*, 2023 WL 4539855, at *11 (D. Mass. July 14, 2023)

51.   *Luna v. Marvell Tech. Grp., Ltd.*, 2017 WL 4865559, at *5-6 (N.D. Cal. Oct. 27, 2017)

52.   *Malriat v. QuantumScape Corp.*, 2022 WL 17974629, at *14-15 (N.D. Cal. Dec. 19, 2022)

53.   *Martinek v. Amtrust Fin. Servs., Inc.*, 2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022)

54.   *Menaldi v. Och-Ziff Cap. Mgmt. Grp. LLC*, 328 F.R.D. 86, 98-99 (S.D.N.Y. 2018)

55.   *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*, 2019 WL 3956139, at *24-27 (N.D. Ga. Aug. 22, 2019)

56.   *In re Montage Tech. Grp. Ltd. Sec. Litig.*, 2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)

57.   *In re NII Holdings, Inc. Sec. Litig.*, 311 F.R.D. 401, 413-14 (E.D. Va. 2015)

58.   *Pearlstein v. Blackberry Ltd.*, 2021 WL 253453, at *22-23 (S.D.N.Y. Jan. 26, 2021)

59.   *Pelletier v. Endo Int'l PLC*, 338 F.R.D. 446, 487 (E.D. Pa. 2021)

60. *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 371-72 (S.D.N.Y. 2016), *aff'd in part and vacated in part on other grounds*, 862 F.3d 250 (2d Cir. 2017)

61. *Pirnik v. Fiat Chrysler Autos. NV*, 327 F.R.D. 38, 47-48 (S.D.N.Y. 2018)

62. *Plymouth Cnty. Ret. Sys. v. Patterson Cos.,* 2020 WL 5757695, at *14-15 (D. Minn. Sept. 28, 2020)

63. *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, 2021 WL 229310, at *6-7 (N.D. Cal. Jan. 21, 2021)

64. *Pub. Emps.' Ret. Sys. of Miss. v. TreeHouse Foods, Inc.*, 2020 WL 919249, at *8-10 (N.D. Ill. Feb. 26, 2020)

65. *Purple Mountain Tr. v. Wells Fargo & Co.*, 2022 WL 3357835, at *5 (N.D. Cal. Aug. 15, 2022)

66. *In re Qualcomm Inc. Sec. Litig.*, 2023 WL 2583306, at *15-16 (S.D. Cal. Mar. 20, 2023)

67. *Rooney v. EZCORP Inc.*, 330 F.R.D. 439, 450-51 (W.D. Tex. 2019)

68. *Rougier v. Applied Optoelectronics, Inc.*, 2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *R. & R. adopted*, 2019 WL 7020349 (S.D. Tex. Dec. 20, 2019)

69. *SEB Inv. Mgmt. AB v. Symantec Corp.*, 335 F.R.D. 276, 287-88 (N.D. Cal. 2020)

70. *Sheet Metal Workers Nat'l Pension Fund v. Bayer Aktiengesellschaft*, 2023 WL 3569981, at *8 (N.D. Cal. May 19, 2023)

71. *In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084, at *19-20 (S.D.N.Y. July 10, 2019)

72. *In re Silver Wheaton Corp. Sec. Litig.*, 2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017)

73. *Strougo v. Barclays PLC*, 312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)

74. *Strougo v. Tivity Health, Inc.*, 2022 WL 2037966, at *9-10 (M.D. Tenn. June 7, 2022)

75. *In re Synchrony Fin. Sec. Litig.*, 2023 WL 1503032, at *12-13 (D. Conn. Feb. 3, 2023)

76. *In re Teva Sec. Litig.*, 2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021)

77. *Thorpe v. Walter Inv. Mgmt. Corp.*, 2016 WL 4006661, at *15-16 (S.D. Fla. Mar. 16, 2016)

78. *Todd v. STAAR Surgical Co.*, 2017 WL 821662, at *11 (C.D. Cal. Jan 5, 2017)

79. *In re Twitter Inc. Sec. Litig.*, 326 F.R.D. 619, 629-30 (N.D. Cal. 2018)

80. *In re Under Armour Sec. Litig.*, 2022 WL 4545286, at *16 (D. Md. Sept. 29, 2022)

81. *Utesch v. Lannett Co., Inc.*, 2021 WL 3560949, at *18-19 (E.D. Pa. Aug. 12, 2021)

82. *In re Vale S.A. Sec. Litig.*, 2022 WL 969724, at *6 (E.D.N.Y. Mar. 31, 2022)

83. *W. Palm Beach Police Pension Fund v. DFC Glob. Corp.*, 2016 WL 4138613, at *14- 15 (E.D. Pa. Aug. 4, 2016)

84. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, 325 F.R.D. 280, 290 (D. Minn. 2018)

85. *Wallace v. IntraLinks*, 302 F.R.D. 310, 318 (S.D.N.Y. 2014)

86. *Washtenaw Cnty. Emps.' Ret. Sys. v. Walgreen Co.*, 2018 WL 1535156, at *3-4 (N.D. Ill. Mar. 29, 2018)

87. *Weiner v. Tivity Health, Inc.*, 334 F.R.D. 123, 137-38 (M.D. Tenn. 2020)

88. *In re Willis Towers Watson plc Proxy Litig.*, 2020 WL 5361582, at *9-11 (E.D. Va. Sept. 4, 2020)

89. *In re Wilmington Tr. Sec. Litig.*, 310 F.R.D. 243, 245-46 (D. Del. 2015)

90. *Wilson v. LSB Indus. Inc.*, 2018 WL 3913115, at *16-17 (S.D.N.Y. Aug. 13, 2018)