# EXHIBIT D

**In the Matter Of:**

*In Re: Concho Resources, Inc. Securities Litigation*

*ROBERT GLAZA*

*February 22, 2024*



197

MR. FATALE:  Objection to the form.

A.    I have no idea.

Q.    Do you know how the statements, the challenged statements in the Complaint affected the value of Concho's stock price?

MR. FATALE:  Objection.  Calls for expert testimony, but you can answer.

A.    No.

Q.    And for many of the statements we discussed, is it your understanding that you're alleging that Concho undersold the risks associated with this development design, is that right?

MR. FATALE:  Objection to the form.

You can answer.

A.    Yes.

Q.    Are you alleging that Concho represented that there were no risks?

MR. FATALE:  Objection.  Form.

You can answer.

A.    I don't know.

Q.    Are you alleging that Concho

198

identified some risks, but not enough

risks?

MR. FATALE:  Objection to the

form.

A.    Yeah, I -- I can't answer that.

Q.    You would just point to the

Complaint and it's articulated there, is

that fair?

A.    Please repeat that?

Q.    You would point us to the

Complaint for what you did and didn't

allege?

A.    I'm not understanding the

question.

Q.    Well, I asked a series of

questions about what you're alleging and

what you're not alleging, and I'm trying to

understand what it is you're alleging.

And so I asked if you're alleging

that Concho represented there were no risks

associated with large-scale development well

spacing?  Is that your testimony?

MR. FATALE:  Objection to the

form.

A.    As I saw what you showed me, they

199

were saying there was no risk.

Q.   And that they concealed risk or the true risk?

A.   Yes.

Q.   And that when that risk materialized, that's when the stock price fell?

A.   Yes.

MR. LUCISANO:  I think we're at a good breaking point it we want to go off the record.

MR. FATALE:  Yeah, let's go off the record.

THE VIDEOGRAPHER:  The time is 1:41 p.m.  We are going off the record.

(Recess taken from 1:41 p.m. to 2:18 p.m. CST)

THE VIDEOGRAPHER:  The time is 2:18 p.m.  We are back on the record.

BY MR. LUCISANO:

Q.   All right, Mr. Glaza.

MR. LUCISANO:  Let's pull back up 18, Chelsea, which is the Complaint. Let's scroll down to paragraph 298.

200

Q.    Mr. Glaza, while we're getting there, is it your understanding that the Complaint alleges that on July 31, 2019 Concho released information that revealed the truth that you allege had been concealed?

MR. FATALE:  Objection.  Form.

You can answer.

A.    Yes.

Q.    Okay.  I don't want to put you to a memory test, Mr. Glaza.  And so, if you could, I'd like you to review certain paragraphs from the Complaint that are discussing that alleged corrective disclosure, starting with paragraph 298. And if you could let me know when you're done.

A.    Okay.

Q.    And if you could scroll down and read paragraph 299 as well.

A.    Is the indented paragraph part of this?

Q.    Yeah, you can scroll down.

A.    Okay.  Thank you.

Q.    You can review that as well.