**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21-cv-02473 <br><br> CLASS ACTION |

**DECLARATION OF ROBERT P. RITCHIE**

I, Robert Ritchie, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Vinson & Elkins LLP, which is counsel for Defendants Timothy Leach and C. William Giraud in the above-styled case.

2.      I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit 7** is a true and correct copy of the Expert Surreply Report of Lucy P. Allen dated June 19, 2024.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2024

_____
Robert P. Ritchie

---

[1] The exhibit in this Declaration is numbered continuously with ECF 68-4 for ease of reference.