**TABLE OF CONTENTS**

**LEAD PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF EXPERT LUCY P. ALLEN**

| App'x Tab | CONTENTS |
|---|---|
| I | Lead Plaintiffs' Exhibit List, Declaration of Alfred L. Fatale, Exhibits in Support of Lead Plaintiffs' Motion to Exclude Opinions and Testimony of Expert Lucy P. Allen |
| II | Unpublished Cases/Authorities |