**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE CONCHO RESOURCES INC.,
SECURITIES LITIGATION

Case No. 4:21-cv-02473

**DECLARATION OF ALFRED L. FATALE III**

I, Alfred L. Fatale III, declare as follows:

1.      I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton Keller Sucharow"), Lead Counsel for Lead Plaintiffs Utah Retirement Systems and Construction Laborers Pension Trust for Southern California ("Plaintiffs") and the proposed Class. I make this declaration based on my personal knowledge in support of Lead Plaintiffs' Motion to Exclude Opinions and Testimony of Expert Lucy P. Allen.

2.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Lucy P. Allen and Appendix D to said report, dated March 15, 2024 (ECF No. 68-5).

3.      Attached hereto as Exhibit B is a true and correct copy of the Deposition Transcript of Lucy P. Allen, dated July 11, 2024.

4.      Attached hereto as Exhibit C is a true and correct copy of the Surreply Report of Lucy P. Allen, dated June 19, 2024 (ECF No. 84-4).

5.      Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Chad Coffman, dated December 7, 2023 (ECF No. 54-3).

6.      Attached hereto as Exhibit E is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for Class Certification, dated March 15, 2024 (ECF. No. 68).

1

7.      Attached hereto as Exhibit F is a true and correct copy of Reply in Further Support of Lead Plaintiffs' Motion for Class Certification, dated May 8, 2024 (ECF No. 80).

8.      Attached hereto as Exhibit G is a true and correct copy of Lead Plaintiffs' Requests for Production, dated March 20, 2024, and June 20, 2024.

9.      Attached hereto as Exhibit H is a true and correct copy of Gaétan Breton & Richard J. Taffler, *Accounting information and analyst stock recommendation decisions: a content analysis approach*, 31 ACC. & BUS. RSCH. 91 (2001).

10.     Attached hereto as Exhibit I is a true and correct copy of Robert W. Holthausen, & Ross L. Watts, *The relevance of the value-relevance literature for financial accounting standard setting*, 31 J. OF ACC. & ECON. 3, 26 (2001).

11.     Attached hereto as Exhibit J is a true and correct copy of Michael J. Jones & Paul A. Shoemaker, *Accounting narratives: A review of empirical studies of content and readability*, 13 J. OF ACC. LIT. 142 (1994).

12.     Attached hereto as Exhibit K is a true and correct copy of John G. Previts et al, *A Content Analysis of Sell-Side Financial Analyst Company Reports*, 8 ACC. HORIZONS 55 (1994).

13.     Attached hereto as Exhibit L is a true and correct copy of Malcom Smith & Richard J. Taffler, *The chairman's statement A content analysis of discretionary narrative disclosures*, 13 ACC. AUDITING & ACCOUNTABILITY J. 624 (2000).

14.     Attached hereto as Exhibit M is a true and correct copy of David Tabak, *Making Assessments About Materiality Less Subjective Through The Use of Content Analysis*, NERA ECON. CONSULTING.

15.     14.     Attached hereto as Exhibit N is a true and correct copy of the Expert Rebuttal Report of Chad Coffman, dated May 8, 2024 (ECF No. 80-2).

I swear under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2024, in New York, New York.

_____
Alfred L. Fatale III