# EXHIBIT G

**From:**    Wood, Charles
**To:**    Lucisano, Anthony
**Cc:**    Hefley, Amy; Sterling, David; Mace, Frank; Holmes, Michael; Ritchie, Robert; mhoffman@velaw.com; DeBeer, Virginia; Fatale, Alfred L.; Cotilletta, Joseph; Frasca, Christopher; Buchanan, Lindsay
**Subject:**    RE: [EXTERNAL]RE: In re Concho Resources Inc. Sec. Litig., No. 21-cv-02473 (S.D. Tex.)
**Date:**    Wednesday, March 20, 2024 5:21:38 PM

Counsel,

Pursuant to the agreement between the parties to accept service of document requests on experts via email, please see the below requests to Ms. Allen served in connection with her report dated March 15, 2024 (the "Report").

Please produce the requested information on or before April 1, 2024.

1. All statements, reports, memoranda, notes, work papers, authorities, articles, analyst reports, and other documents reviewed or relied upon in preparing or reaching your opinions for this case.

2. All documents identified in Appendix B of the Report, including any search criteria utilized in connection with any third-party database to locate, find, access, or search for said documents.

3. Documents sufficient to show the amount of time spent on the Report by you, your staff, or any third parties employed by you or otherwise working under your direction.

4. All documents and communications concerning any compensation for your participation in this matter, including preparation of the Report and providing testimony at depositions and trial.

5. All demonstratives and other evidence that you plan to use during your testimony at the trial of this case.

6. Your complete file for this matter (excluding any drafts of your reports or privileged communications).

7. All communications between you and Defendants or their counsel identifying facts or data that you considered in forming your opinions that have or will be expressed in this matter.

8. All communications between you and Defendants or their counsel identifying assumptions that you relied on in forming your opinions that have or will be expressed in this matter.

9. All engagement letters concerning this matter.

10. Any affidavit, declaration, or report signed by you in connection with any lawsuit or other proceeding in which you expressed an opinion about damages for a Section 10(b) claim.

11. All deposition, hearing, or trial transcripts reflecting your testimony as an expert or fact witness in any lawsuit or other proceeding in which you expressed an opinion about damages for a Section 10(b) claim, including any such matters identified in Appendix A of the Report.

12. All publications authored by you dated 2014 through the present addressing or concerning damages for a Section 10(b) claim, including any such publications listed in Appendix A of the Report.

13. Documents sufficient to identify all purchases and sales of Concho Resources Inc. securities by you and any member of your immediate family from February 21, 2018 to the present.

14. All documents and communications regarding the grouping of the alleged false and misleading statements in this matter into the categories set forth in Appendix C of the Report, including any guidelines, methodologies, or criteria related thereto.

15. All documents, communications, methodologies, guidelines, coding, data, programs, spreadsheets, or other information related to, considered, or utilized in connection with the content analysis undertaken by you in this matter, as reflected in Appendix D of the Report and forming the basis of opinions expressed in the Report.

16. All documents, communications, methodologies, guidelines, coding, data, programs, spreadsheets, or other information related to, considered, or utilized in connection with any event study conducted by you in this matter, including the event studies referenced by you in the Report.

17. All documents, communications, methodologies, guidelines, coding, data, programs, spreadsheets, or other information related to, considered, or utilized in connection with your analysis and rebuttal of Mr. Coffman's common damages methodology set forth in Section VII of the Report.

18. To the extent not previously covered in the above requests, spreadsheets, data sets, and like supporting materials (both in native and fixed formats) including back ups for any event studies and calculations in the Report.

We ask that you also abide by the following when responding to these requests: Exhibits, information, or data processed or modeled by computer shall be produced in native format copies of those exhibits, and information and data (including all input and output files, customized language or programs used to generate output, instructions and field descriptions) shall be produced in the same form or format in which it was used for the calculations, in working order with all links to other spreadsheets and/or underlying data

| | |
|---|---|
| **From:** | Wood, Charles |
| **To:** | Lucisano, Anthony |
| **Cc:** | Hefley, Amy; Sterling, David; Mace, Frank; Holmes, Michael; Ritchie, Robert; mhoffman@velaw.com; DeBeer, Virginia; Fatale, Alfred L.; Cotilletta, Joseph; Frasca, Christopher; Buchanan, Lindsay |
| **Subject:** | RE: [EXTERNAL]RE: In re Concho Resources Inc. Sec. Litig., No. 21-cv-02473 (S.D. Tex.) |
| **Date:** | Thursday, June 20, 2024 4:30:30 PM |

Counsel:

Pursuant to the agreement between the parties to serve document requests through email in place of expert subpoenas, please see the below requests to Ms. Allen, which are served in addition to the requests initially served on March 20, 2024. For the avoidance of a doubt, the March 20 requests remain in effect. Therefore, in addition to the below requests, Ms. Allen's previous production of documents in response to the March 20 requests should be supplemented to the extent required. In light of Ms. Allen's upcoming July 11, 2024 deposition, please produce the requested information on or before June 28, 2024.

1. All statements, reports, memoranda, notes, work papers, authorities, articles, analyst reports, legal decisions, and other documents reviewed or relied upon in preparing or reaching your opinions in the Surreply Report of Lucy P. Allen, dated June 19, 2024 (the "Surreply Report"). This request includes but is not limited to the documents identified in the Surreply Report under the heading "Materials Considered" in Part III of the Surreply Report.

2. Documents sufficient to show the amount of time spent on the Surreply Report by you, your staff, or any third parties employed by you or otherwise working under your direction.

3. All communications between you and Defendants' counsel concerning compensation for the Surreply Report.

4. All communications between you and Defendants' counsel identifying facts or data that Defendants' counsel provided and that you considered in forming the opinions to be expressed in the Surreply Report.

5. All communications between you and Defendants' counsel identifying assumptions that Defendants' counsel provided and that you relied on in forming the opinions to be expressed in the Surreply Report.

Best,
Charlie

**From:** Wood, Charles
**Sent:** Friday, June 7, 2024 5:18 PM
**To:** Lucisano, Anthony <anthony.lucisano@bakerbotts.com>
**Cc:** Hefley, Amy <amy.hefley@bakerbotts.com>; Sterling, David <david.sterling@bakerbotts.com>; Mace, Frank <frank.mace@bakerbotts.com>; Holmes, Michael <mholmes@velaw.com>; Ritchie, Robert <rritchie@velaw.com>; mhoffman@velaw.com; DeBeer, Virginia <vdebeer@velaw.com>; Fatale, Alfred L. <AFatale@labaton.com>; Cotilletta, Joseph <JCotilletta@labaton.com>; Frasca, Christopher <CFrasca@labaton.com>; Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>