# EXHIBIT J

# Accounting narratives: A review of empirical studies of content and readability

Jones, Michael J ohn; Shoemaker, Paul A

🔗 ProQuest document link

## ABSTRACT

The use of content analysis in accounting research is reviewed. Two subsets of content analysis are evaluated: 1. thematic analysis which focuses on themes within a text, and 2. syntactic analysis which centers upon the cognitive difficulty of reading the textual message. Both thematic and syntactic content analytic studies are likely to proliferate as computer technology becomes more user friendly and as accounting narratives grow in importance. However, future theoretical, methodological, and empirical research will be necessary to fill in the gaps in knowledge. The primary strength of thematic analysis of accounting narratives is its ability to identify the motivations and concerns of accounting communicators. The importance of readability research is highlighted by the fact that readability indexes could furnish objective benchmarks against which to measure the readability of accounting narratives.

## FULL TEXT

1.0 INTRODUCTION

Financial information is frequently communicated through written narratives. Accounting narratives can be found in corporate annual reports; accounting, finance, and tax textbooks; official pronouncements by accounting bodies; and written records of tax and legal cases. Using content analysis methodology, accounting researchers have investigated the thematic and syntactic aspects of these narratives in order to investigate their content and readability.

Content analysis is a research method which draws inferences from data by systematically identifying characteristics within the data. Holsti [1969, p.25] views content analysis as ". . . any technique for making inferences . . . . by objectively and systematically identifying specified characteristics of messages." Holsti's model outlines an originator and a recipient of communication separated by four intermediate components. These are the encoding process, the channel, the message, and the decoding process. The message is the point of inference, but inferences can relate to any of the components of the communication process, including the originator and receiver. According to Kerlinger [1964, p.544], content analysis may be "used to determine the relative influences or frequency of various communication phenomenon: propaganda, trends, styles, changes in content, readability." One of the distinguishing features of content analysis is that it is unobtrusive because documents can be evaluated without the knowledge of the communicator. This is in sharp contrast to other types of scientific evaluation (e.g., survey instruments, questionnaires, laboratory experiments, or even field studies).(1) Content analytic methodology was first used by non-accounting social scientists, but more recently has been adopted by accounting researchers.

Two major complementary approaches to textual analysis using content analysis are identifiable: thematic and syntactic. Both of these approaches are subsets of content analysis but they have differing objectives. The objective of thematic analysis is to extract and analyze themes inherent within the message. The objective of syntactic analysis is to analyze and quantify the cognitive difficulty of reading the message.

The thematic analyses identify specific trends, attitudes, or content categories from the text and then draw inferences from them. For example, Ingram and Frazier [1980] identify environmental content categories from corporate annual reports in order to determine the nature of the statistical relationship between environmental



performance and environmental disclosure. The syntactic studies, on the other hand, focus on analyzing the readability of the text using syntactical textual features (such as sentence length or number of syllables). Readability has been variously defined. We prefer Chall's [1958, p.7] definition:

the sum total (including the interactions) of all those elements within a given piece of printed material that affect the success which a group of readers have with it. The success is the extent to which they understand it, read it at optimum speed and find it interesting.

Chall [1958] considers the three key elements of readability to be interest, legibility, and ease of understanding. Readability is typically assessed by a readability formula such as the Flesch index, which "uses counts of language variables in a piece of writing in order to provide an index of probable difficulty for readers" [Klare, 1974/5, p.64]. Such readability studies are primarily concerned only with textual difficulty, although wider inferences may be drawn. Jones [1988], for example, analyzes the readability of the accounting narratives of one company from 1952 to 1985 and confirms his hypothesis that as a firm grows in size its contractual operations become more complex and thus the firm's annual reports become more sophisticated and difficult to read.

The main purpose of the present study is to critically review empirical studies that focus on either a thematic or a syntactic analysis of accounting narratives using content analysis. We review 36 thematic and 32 readability studies.

The rest of the paper consists of four major sections, followed by a conclusion. Section 2 looks at three methodologies adopted by the studies: data units, coding methods, and measurement models. Section 3 evaluates the validity and reliability of the studies according to Weber's [1990] fivefold categorization of validity. A critical review of the studies into accounting narratives is provided in section 4. The first part of section 4 discusses five main issues drawn from the thematic studies, and the second part looks at five basic questions addressed by the readability studies. Finally, section 5 identifies gaps in the research into accounting narratives and suggests topics for further research.

2.0 METHODOLOGY

The empirical measurement of narrative data for thematic and syntactic analysis requires coding the data into appropriate units and applying measurement models for hypothesis testing. The following subsections discuss data units, coding methods, and measurement models. The methodological dimensions of these empirical studies are outlined in Tables 1 (thematic) and 2 (readability). (Tables 1 and 2 omitted)

2.1 Data Units

Krippendorf [1980, p.57] specifies three types of narrative data units: sampling units, context units, and recording units. A sampling unit is a unit of communication which is observed independently of all other sampling units. In accounting, sampling units have been represented by Financial Accounting Standards Board [FASB] exposure drafts [Buckmaster and Hall, 1990], letters to shareholders [Bettman and Weitz, 1983; Salancik and Meindl, 1984], narrative disclosures in annual reports [Worthington, 1979; Ingram and Frazier, 1983; Frazier et al., 1984; Tennyson et al., 1990; Dorrell and Darsey, 1991], Internal Revenue Code sections [Karlinsky, 1981], and court cases [Madeo, 1979; Kramer, 1982; Robison, 1983; Taylor and Ingram, 1984]. The corporate annual report is the most popular sampling unit in readability studies (24 studies).

Within each sampling unit are context units and within each context unit are recording units. A context unit is the largest informational segment which may be searched in order to identify a recording unit. The recording units supply information content; however, they often provide insufficient information content by themselves (i.e., if individual words are the recording units, for example). Therefore, the information content of recording units is often interpreted in conjunction with all other recording units within the context unit. For example, Neimark [1983] examines General Motors' annual reports over a 60-year period, searching for dialectical themes in the narrative disclosures as indicators of social change. The narratives in annual reports are the context units which are searched for dialectical themes (the recording units). Other context units include footnotes [Worthington, 1977, 1978, 1979] or Presidents' Letters [McConnell et al., 1986; Baker and Kare, 1992; Subramanian et al., 1993] within annual reports. The context units for readability studies of annual reports are commonly the continuous narrative sections (14

 PDF GENERATED BY PROQUEST.COM

studies) such as the President's Letter or the Management Discussion and Analysis (MD&A). These sections seem the most appropriate for testing, given that readability formulas work best on continuous narratives. However, nine studies focus on footnotes. The prevalence of accounting jargon, accounting numbers, and the disjointed, compacted nature of footnotes may well cause methodological problems. In some cases, the sampling unit and the context unit are the same, as in Madeo's [1979] work where post-1954 court cases on accumulated earnings tax are sampled. The court cases are the sampling units but they are also the context units in which the author searches for the presence or absence of discriminating themes, which are found to be predictors of decision outcomes.

A recording unit is an indicator of either thematic or syntactic content. The recording unit may be as small as an individual character of print as in Neimark [1983] and Neimark and Tinker [1986], where the importance of a topic is indicated by the number of characters devoted to the topic, or as Large as an entire document as in Dillard and Jensen [1983], where entire comment letters are searched for the general reaction (favorable or unfavorable) to an exposure draft. Weber [1983] offers documents, paragraphs, sentences or themes, and words as recording units. Recording units from 68 research studies are listed in Table 3 in order of aggregation. (Table 3 omitted) Most of the accounting research identified in Table 1 uses themes as recording units. Perhaps this is because themes are the smallest unit which allow researchers the liberty of qualitative judgments in coding.

Researchers are free to derive themes from text as small as single words [Committee, 1983] or as large as whole comment letters [Dillard and Jensen, 1983; Puro, 1984]. The most common recording units in Table 2 are sentences, words, and syllables. This is because readability measures are formula driven and rely on word counts, syllable counts, frequency of word-use and sentence length [Dale and Chall, 1948; Flesch, 1948, 1949; Gunning, 19521. In particular, the number of syllables and mean sentence length are perceived to be good indicators of the syntactic difficulty of a passage.

2.2 Coding Methods

Content analysis can suffer from bias in inference. The meaning of a message is relative to the communicator and the intended receiver, and the researcher's duty is to infer the meaning correctly. The objectivity of inference is especially hampered by symbolic language, such as "the pulse of the nation," and becomes more pronounced as the recording unit becomes smaller. For example, the word "state" can refer to a frame of condition (e.g., a state of mind), a political unit (e.g., the communist state), a geographical area (e.g., the state of Pennsylvania) or it may be a verb meaning to express something (e.g., state your position!). Words with multiple meanings are called homographs and are of particular concern in thematic analysis. There are several ways to deal with such problems, depending on whether manual or computer coding is used.

Manual coding requires that all coders follow common assumptions about the coding of homographs, symbolic meaning, and the meaning of words over time. Computer coding is less prone to measurement error than manual coding; although computers are unable to use intuition to resolve ambiguities caused by homographs or symbolic meanings. Computers must, therefore, be programmed with logical steps to resolve these ambiguities. Some software packages are more sophisticated than others, and only the most elaborate packages are able to discern homographs and symbolic meaning.

Readability measurement is arguably less problematic than thematic inference because word, syllable, and sentence counts can be performed relatively objectively. The unit counts are incorporated into prescribed formulas to calculate readability indexes. Prima facie, readability calculations are ideally suited for computer calculations. Indeed, there are a number of computer packages which can produce readability indexes. Perhaps surprisingly, only four readability studies appear to use computers [Dorrell and Darsey, 1991; Smith and Taffler, 1992a,b; Baker and Kare, 1992; Subramanian et al., 19931.

2.3 Measurement Models

Once textual data are coded, inferences must be drawn. This requires the use of statistical measures (measurement models) to form associations for inferential conclusions. A number of measurement models are used in the thematic and readability literature. Most models are relatively unsophisticated. Each model used is identified in Tables 1 and 2.



PDF GENERATED BY PROQUEST.COM

Readability studies commonly use descriptive statistics (e.g., mean, mode, median) to analyze data. Perhaps this is because readability formulas are themselves types of measurement models; their primary purpose being to measure "readability." Further analysis includes correlations with dependent variables. For example, Spearman rank correlations are used by Schroeder and Gibson [1990] to show that the rank order of readability indexes for MD&As is similar to that for footnote disclosures and Presidents' Letters.

Descriptive statistics, and in several studies no statistics, are also common in thematic studies. For example, Geiger [1989] tallies responses to the Exposure Draft which preceded Statement of Auditing Standards (SAS) No. 58. By analyzing the presence (absence) of relevant themes, Geiger draws inferences about the proportion and types of respondents (i.e., Big 8 firm, industry, etc.) who were either in favor or against the proposed wording changes in the standard audit report.

Robust analyses are used in several studies. For example, Ingram and Frazier [1983] test attribution theory (i.e., the propensity of management to attribute good performance to itself and poor performance to external factors), by factor analyzing the content of Presidents' Letters and MD&As and applying stepwise logistic regression to classify good or poor performance firms by the derived themes. The factor scores ate used as independent variables in their model. Frazier et al. [1984] use factor analysis to extract themes from management analyses of the results of operations from annual reports. The factors scores are then used to test for differences in themes between management and owner controlled firms as well as between good and bad performers.

The level of sophistication and rigor of statistical analyses depends on the nature of the research questions to be answered. In accounting, where textual data analysis traditionally has not been the primary focus of research, searching research questions with respect to narratives have generally not been asked.

3.0 METHODOLOGICAL ISSUES

3.1 Validity

Validity relates to how well the results of a study mirror reality. Weber [1990, pp. 18-21] distinguishes between face validity (correspondence between two sets of things) and external validity (generalization of the results). He decomposes external validity into four separate components: construct validity, hypothesis validity, predictive validity, and semantic validity. Face validity, the first three components of external validity, together with population validity and ecological validity, are especially pertinent to this paper.(2)

3.1.1 Face Validity

Face validity is the most basic and overarching form of validity. "A category has face validity to the extent that it appears to measure the construct it is intended to measure" [Weber, 1990, p. 18]. In other words, the accuracy of the correspondence between constructs (e.g., themes, readability) and their respective measurement (e.g., coding methods, readability formulas) determines face validity. Plausibility of results, compared to fact or general acceptance, corroborates this form of validity .

The strength of face validity in thematic content analyses depends on the objectivity of the coding method and correct measurement specification. Computers are more objective than human coders but are less able to correctly synthesize themes. Face validity is stronger when human inferences require only nominal coding (i.e., 0 or 1). For example, Geiger [1989] codes Exposure Draft comment letters to Statement of Auditing Standards (SAS) No. 58 as "for" or "against" the Exposure Draft. Geiger's results have sufficient face validity because his definitions are broad and their measurement categorical. However, as the number of categories grows, as in Dillard and Jensen [1983] (four categories) and Wallace [1991] (ten categories), So does the need for subjective judgments.

There are problems with the face validity of the accounting readability studies. Accounting researchers have, in general, assumed that the readability formulas measure not only readability but also understandability. Indeed, readability and understandability have often been used interchangeably, the assumption being they are synonymous. However, although these concepts are related, they do differ. Understandability is reader-related and is determined by the reader's background, prior knowledge, the purpose of the reader, interest, and general reading ability. Readability, however, is essentially text-related and does not take these factors into account [Stevens, 1982; Mudd, 1987]. The situation is further complicated by the lack of an agreed upon theory of reading comprehension

 PDF GENERATED BY PROQUEST.COM

and differing, and sometimes competing, measurement methods for both readability and understandability. For example, researchers have attempted to measure understandability using the cloze procedure and multiple choice questionnaires, while readability has been measured using a variety of different readability formulas. These theoretical problems mean that attempts to empirically correlate readability and understandability have yet to reach a consensus.

Unfortunately, readability formulas do not fully capture understandability or measure a large number of factors associated with readability. Formulas sue mechanically applied to the syntactical attributes of text and do not capture meaning. If the word order in a passage is reversed, the passage becomes unintelligible but the readability scores will remain unaffected.

Dreyer [1984, p. 335] comments, "readability formulas do not define readability. They measure factors which can correlate with difficulty but they do not point to all textual features that affect comprehension." Such factors may be syntactic (i.e., positioning of words, sentences and paragraphs, appropriate organization, coherence, and logical presentation of ideas) [Kintsch and Miller, 1984] or semantic (i.e., word frequency, concept density, and level of abstraction) [Dreyer, 1984, p.336]. Moreover, there may be formatting [Jandreau and Bever, 1992] and typographical factors [Harrison, 1980]. These typographical factors have particular relevance to corporate annual reports which are often designed professionally.

3.1.2 Construct Validity

Construct validity is concerned with the accuracy with which a variable to be measured empirically .represents a theoretical concept or construct. Construct validity may be validated by the convergence of two or more alternative measures of the same construct. For example, Degnan's [1983] thematic study replicates Kramer's [1979] study using a different methodology (computer coding in place of manual coding), but only loosely replicates the results. This is evidence of poor construct validity. However, one cannot be sure which study lacks construct validity, Degnan's or Kramer's, or both. The readability formulas generally show good inter-formula correlation coefficients. Klare [1976], Stokes [19781, and Schuyler [1982], however, all argue that these coefficients may be rubber yardsticks. They measure the same sort of syntactic data (word length and sentence length). In addition, they were typically devised using the same originating reading passages, principally the McCall-Crabbs Standard Test Lessons.(3) However, these test lessons are "poorly standardized and [were] never intended for such research purposes as those to which [they have] been put" [Stevens, 1980, p.43]. Furthermore, despite the impressive inter-formula correlations, different formulas often give different grade level reading scores as a result of varying constants [Schuyler, 1982].

3.1.3 Hypothesis Validity

Hypothesis validity is similar to face validity. The difference is that hypothesis validity measures the correspondence between hypothesized constructs and theory. Staw et al. [1983] examine letters to shareholders of Fortune 500 companies for causal attribution. Their results are consistent with attribution theory thereby enhancing the hypothesis validity of the analysis. Smith and Taffler [1992 a,b] find that "poor readability is associated with poor performance and ease of readability with financial success" [1992 a, p.86]. Their results reinforce Adelberg's [1979] view that management, consciously or unconsciously, seeks to hide bad news through obfuscation.

3.1.4 Predictive Validity

Predictive validity asserts that the results of studies correspond to actual events or attributes whether past, present, or future. Thematic studies predicting court case decisions [Robison, 1983; Taylor and Ingram, 1984] typify the application of predictive validity where models are built to predict known outcomes of court decisions. The predictive validity of the readability studies is inhibited both because of their lack of face validity and because of the small sample sizes tested. For example, nine of the readability studies comprise less than thirty reports.

3.15 Population Validity

Population validity represents the generalizability of the results to other populations. In thematic studies, attribution theory [Salancik and Meindl, 1984;] and legitimacy theory (i.e., firms' responses to social, political, and economic influences through annual report disclosures to legitimize their actions) [Guthrie and Parker, 1989], which test


PDF GENERATED BY PROQUEST.COM

general behavioral characteristics in accounting narratives, probably contain some level of population validity. Other thematic studies such as U.S. court case analyses are specific to the population sampled.

The pedagogic bias and the generalist nature of the readability formulas impede their population validity. The readability formulas are effectively regression models originally devised for diagnostic or predictive educational reasons. They are designed to assess the reading levels of children not adults. Stevens et al. [1992, p.367] suggest that "readability formulas have severe methodological flaws and are not appropriate measures of the readability of materials written for adults." Furthermore, the formulas have not been thoroughly validated at higher education levels [Harrison, 1980; Karlinsky and Koch; 19831.

Readability tests were Rot designed for technical material and there has been little empirical validation of readability formulas on technical writing [Hull, 1979; Jarman, 1979]. Such material often depends upon the understanding of special terminology and technical jargon [Maxwell, 1978]. A poorly educated accountant is likely to understand accounting terminology better than a well-educated physicist.

3.1.6 Ecological Validity

The final type of validity, ecological validity, refers to the ability to generalize the results to other times and settings. Ecological validity is relevant primarily to the readability studies. Temporal and cross-national factors may impede ecological validity. For example, reading skills for high school graduates in the U.S. have declined from 1950 to 1970, while writing styles have become more difficult [Klare, 1984]. Consequently, readability formulas devised in the 1920s may be obsolete [Harris and Jacobson, 1976; Jacobson et al., 1978]. In the context of time series analysis "the [researcher] needs to be aware that words change in meaning over time [Mills, 1989, p.22]. Furthermore, different countries will have different educational standards. Readability formulas, devised and validated in the U.S., may therefore be inappropriate in other countries, even if these countries are English speaking. The ecological validity of the 11 non-American readability studies is thus weakened.

3.2 Reliability

Reliability pertains to the ability to replicate results. "A reliable procedure should yield the same results from the same set of phenomena regardless of the circumstances of application" [Krippendorf, 1980, p. 129]. Both Krippendorf [ 1980, p. 130] and Weber [1990, p. 17] identify three components of reliability: stability, reproducibility, and accuracy. Stability and reproducibility are pertinent to this paper. Stability refers to the degree of variance in coding over time. Stability can be tested by coding the data more than once. Geiger [1989] codes comment letters twice to mitigate variability in coding, while in Burns and Groomer [1983] one of the authors coded the tax court cases twice.

Reproducibility is the degree of correlation between two or more coders using the same text. Investigators may use two [Staw et al., 1983; McKee et al., 1991] or more [Salancik and Meindl, 1984; Wallace, 1991] coders to correlate coding and resolve differences. Where investigators count lines [Collins et al., 1993] or characters of print [Neimark, 1983], or computers are used for word counts [Degnan, 1983], reproducibility is not, prima facie, a problem. Whether two computer programs will reproduce identical results from identical texts has not, however, to our knowledge been tested.

A further problem of reproducibility arises when texts are sampled, for example, with the readability studies [Coke and Rothkopf, 1970]. In most cases, formula users are recommended to take as an absolute minimum three samples of 100 words each [Harrison, 1980, p. 53]. Unfortunately, Klare [1984] and Fitzgerald [1981] show that three samples have little scientific validity. Practically all of the readability formulas rely on sampling representativeness. Consequently, these findings undermine the reliability of the sampling methodology used.

4.0 LITERATURE REVIEW

The scope of this review comprises empirical studies on thematic and syntactic analyses of accounting, finance, and taxation narratives. Only studies analyzing prose are reviewed. The thematic content analyses focus on studies of annual report narratives, tax court cases, and comment letters to exposure drafts. The readability studies Focus principally upon externally published annual reports using text-based readability measures, especially the Flesch test. The 68 studies identified in Tables 1 and 2 were discovered through manual and computer literature searches.

 PDF GENERATED BY PROQUEST.COM

The computer search used ABI Inform.(4)

4.1 General Details: Thematic Studies

Table 1 lists the 36 thematic studies. Eighteen of these studies examine annual report narratives including footnotes, Letters to Shareholders, Presidents' Letters, and MD&As. Eight studies use tax court cases to develop predictive models for future tax planning. Seven studies analyze comment letters in response to exposure drafts. One study extracts themes from peer review reports, one uses transcripts from congressional hearings on auditor independence, and another uses code sections from the Internal Revenue Code.

4.1.1 Five Principal Issues in Thematic Studies(5)

1. Managements' attitudes

Nine studies search narratives in annual reports to learn more about managements' attitudes towards relevant issues such as social responsibility, environmental performance, and attributions for good and poor financial performance. Bowman and Haire [1976] and Chan [1979] count the number of lines of prose in annual reports related to social disclosures. Bowman and Haire [1976] find that the intensity of social disclosure can serve as a surrogate for actual activity, but Chan [1979] finds that there is more disclosure about efforts to increase occupational safety and health than about the financial results achieved. Neimark [1983] observes managements' responses to social change over time. Kelly-Newton [1980] examines managements' attitudes towards the Securities and Exchange Commission's (SEC) mandated disclosures on replacement costs of assets. Using factor analysis, she finds seven underlying attitudes which generally question the relevance and reliability of the disclosures. Bettman and Weitz [1983], Ingram and Frazier [19831, Staw et al. [1983], and Salancik and Meindl [1984] find mixed results regarding attribution theory.

2. The correlation between narrative disclosures and financial reporting

Five studies investigate whether narrative disclosures are indicators of financial performance. For example, Frazier et al. [1984] use a computer program to develop factor scores (themes) based on occurrences and co-occurrences of words in narrative texts of annual reports. The factor scores are dependent variables, and ownership control and performance are independent variables. Ingram and Frazier [1980] correlate environmental disclosures with environmental performance in annual reports. The authors regress (author-developed) standardized content scores for twenty environmental categories on environmental performance scores assigned by the Council on Economic Priorities. No significant correlations are found. Frazier et al. [1984] find that narrative data can reasonably predict financial performance. Other studies finding associations between narratives and financial performance are Ingram and Frazier [1983] and Tennyson et al. [1990]. Ingram and Frazier find that firms that stressed managements' achievements in their annual report narratives had high return on investment, while firms with high concentrations of ownership emphasized financial results over social issues. Tennyson et al. [1990] find incremental information content in Presidents' Letters and MD&A's useful for bankruptcy prediction.

3. The prediction of key variables in tax court case decisions

The eight court case analyses are highly successful in extracting key themes in court case determinations. The methodologies are similar except for two studies which use computer coding [Degnan, 1983; Taylor and Ingram, 1984]. Generally, key themes are obtained from earlier court cases [Whittington and Whittenburg, 1980; Kramer, 1982; Burns and Groomer, 1983; Robison, 1983] and are observed for their presence (absence) in later cases. Various measurement models are used for validation including discriminant analysis [Madeo, 1979; Burns and Groomer, 1983; Degnan, 1983], regression [Kramer, 1982, profit analysis [Robison, 1983], and factor analysis and logistic regression [Taylor and Ingram, 1984].

4. The determination of the impact of comment letters upon FASB exposure drafts

Under the assumption that the accounting standard setting process is at least partially political, seven authors examine comment letters to see if they influence final SASs and FASB pronouncements. For example, Puro [1984] uses the complementary theories of economics of regulation and agency theory to develop hypotheses about auditor lobbying and additional financial disclosures. Using profit analysis, Puro concludes that agency theory best explains the lobbying behavior towards standardization. Other studies which find correlations between exposure



draft content and final standards include Dillard and Jensen [1983] and Geiger [1989]. No significant correlations are found by McEnroe [1993].

5. The assessment of compliance with prescribed standards

Four studies examine narrative content to assess compliance with mandated standards or to analyze violations in quality control through peer review reporting. Wallace [1981] reviews governmental reports and determines that internal control weaknesses are not adequately addressed as prescribed by SAS pronouncements. Using peer review standards as a benchmark, Wallace [1991] examines peer review reports to determine the types of violations present. She finds no anomalies in the peer review process in terms of types of violations reported or skewness of report violations by reviewers or reviewees. She concludes that "the peer review process appears reasonably reliable" [p.64]. Collins et al. [1993] test for differences in U.K. and U.S. reporting under the auspices of the SEC. They find U.K. firms provide more informative reports with regard to risk, uncertainty, and forward-looking information. Hooks and Moon [1993] find that the issuance of the SEC's Financial Reporting Release (FRR) 36 resulted in increased disclosure.

### 4.1.2 Discussion of Thematic Studies

Thematic content analytic studies have a wide range of sophistication. The studies include: (1) qualitative analyses based on the author's interpretation of content [Wallace, 1981]; (2) character counts (expressed in physical proportions) of predetermined themes in annual reports [Neimark and Tinker, 1986]; and (3) computer counts of word occurrences and co-occurrences which are then used by the computer to calculate factor scores [Ingram and Frazier, 1983; Frazier et al., 1984].

When evaluating these results, the reader must consider the degree of rigor the author used to code the narrative objectively and the appropriateness of the measurement model. Many of the thematic studies have poor coding reproducibility. Moreover, very little recoding has taken place. Using Krippendorf's statistic for inter-rater reliability, Buckmaster et al.'s [1991, p.68] results suggest that the "inter-rater reliability of content analysis may be intolerably low for many purposes."

A diverse collection of measurement models has been applied to content analyses. Several studies seem content to use qualitative analysis or descriptive statistics only. Caution should be taken when relying on the results of such studies as results are highly contingent upon author interpretation. While no measurement model guarantees error-free results, the more robust studies are those where care has been taken to select measurement models appropriate to the data. Once the reader is satisfied with coding procedures, studies should be searched for rigor of application of statistical properties. Factor analysis, cluster analysis, and discriminate analysis are appropriate for exploratory research when attempting to model themes for predictions in other settings or other time periods. Other measurement models must be evaluated, taking into account the data to be analyzed and the purpose of the study.

### 4.2 General Details: Readability Studies

Thirty-two empirically based, readability studies published in English speaking countries are listed in Table 2. Twenty-six of the studies assess the readability of annual report narratives.(6) Three studies assess the readability of tax law [Karlinsky and Koch, 1987; Martindale et al., 1992; Urbancic, i993]. Finally, three studies investigate the readability of accounting textbooks [Razek et al., 1982; Avard and White, 1986; Flory et al., 1992].

American-based studies predominate. There are twenty-one American, four British, four Australian, and two Canadian studies as well as one New Zealand study. Twenty-six out of the 32 studies use a Flesch-based test either alone or in conjunction with other tests. Eleven studies use more than one test. Of the other tests, only three are used in three or more studies: Dale-Chall (five times); Fog based (eight times); and Lix based (three times). All of these tests are described in the Appendix.

### 4.2.1 Five Basic Questions in Readability Studies(7)

1. How difficult are annual reports to read?

Although not all studies give mean Flesch scores or transmit their results in comparable terms, the 26 readability studies of annual reports generally concur that the reports are difficult or very difficult to read because of syntactical complexity and sophisticated vocabulary.(8) They may be classified as technical literature which risks "being



inaccessible to a large proportion of private lay shareholders" [Parker, 1982, p.238]. Using the Flesch test's results as a benchmark, the most difficult reports to read are the 1974 reports tested by Dolphin and Wagley [1977] (mean Flesch score, 16.05) and the auditors' reports tested by Barnett and Leoffler [1979] (mean Flesch score, -18. 1); while the easiest are the Chairman's narratives of Bulmers, a UK company, 1952-1985 (mean Flesch score, 47.2) [Jones, 1988]. A meta analysis of all Flesch-based tests, adjusting for the differential sample size, gives a mean of 26. 13 (conventionally very difficult).(9) The distribution is highly negatively skewed with only six studies exceeding the mean.

2. Are some parts of annual reports more difficult to read than others?

The research results are inconclusive and their interpretation is handicapped by (1) the absence of comparable mean scores, (2) chronological and cross-national differences, (3) small sample size, and (4) a lack of studies testing different parts of the annual report. Three of the four studies which compare the footnotes to the President's Letter or Chairman's narrative of the corporate annual report are considered robust enough to warrant further consideration here [Heath and Phelps, 1984; Courtis 1986; Schroeder and Gibson, 1990]. All three studies find that their respective footnote samples contain higher syntactical complexity and more sophisticated vocabulary than the President's Letter or Chairman's narrative. Logically, this is to be expected given that footnotes, as indicated earlier, are particularly prone to the use of jargon and may be disjointed.

3. Are some types of annual reports more difficult than others?

Only four studies look at employee reports or summary financial statements. Both Hussey and Everitt [1991] and Lewis et al. [1986] find employee reports, at the very least, difficult to read. Pound [1980] in a comparative study, which unfortunately does not give mean scores, finds some evidence that employee reports are relatively easier to read (generally, fairly difficult or difficult) than corporate annual reports (generally, difficult or very difficult). Schroeder and Gibson [1992] find no significant difference in a matched pair sample of employee reports and summary annual reports, reporting a mean grade level of between 14 and 15.

4. Have annual reports become more difficult to read?

Six studies specifically investigate this aspect of readability. Four are American studies [Soper and Dolphin, 1964; Dolphin and Wagley, 1977; Holley and Early, 1980; Barnett and Leoffler, 1979]. The first three replicate Pashalian and Crissy [1952] who test corporate annual reports of corporations listed as members of the Corporate Billion Dollar Club on June 11, 1949. Barnett and Leoffler replicate Smith and Smith [1971] who test the top 50 Fortune corporations in 1969. Over time, readability indices have declined. In Pashalian and Crissy [1952], the readability mean score is 34.37 for 26 reports in 1948; in Soper and Dolphin [1964] it is 28.76 for 25 reports in 1961; and in Dolphin and Wagley [1977] it is 16.05 for 19 reports in 1974. Surprisingly, Wolley and Early [1980] find that the mean readability score increases to 23.05 using 23 annual reports in 1976. This result is at variance, and difficult to reconcile, with Dolphin and Wagley's [1977] earlier findings. Barnett and Leoffler [1979] find readability declines from 23.5 in 1969 to 12.88 in 1975.

The fifth study [Lewis et al., 1986], conducted on a small sample over only four years, reports no change in the reading difficulty of the 'operations review.' However, slight increases in difficulty for the managing director's extracts for the period studied are detected. Jones [1988], after studying the period 1952-1985, reports a significant downward trend in readability over time. His findings are weakened by the fact that only one company is studied. Generalizations are therefore difficult.

5. Is there an association between readability and other variables?

Eight studies address this issue. First, Smith and Smith [1971] and Barnett and Leoffler [1979] present data on the relationship between the identity of the external auditor and reading ease level. They both find (perhaps unsurprisingly, since management prepares the report) no evidence to support the hypothesized relationship. In an interesting result, Means [1981] finds no relationship between 549 stockholders' perceptions of the difficulty of the corporate annual reports and the reports' difficulty, as measured by the Dale-Chall index.

Courtis [1986] questions whether management writes with less comprehensibility when corporate profits decline and when risk proxy indicators deteriorate. However, he finds no systematic relationship between the readability score of


PDF GENERATED BY PROQUEST.COM

a corporation's annual report and a corporation's level of risk and return as measured by current ratio, leverage, earnings variability, and rate of return on assets. Jones [1988] tests several hypotheses on the readability of the Chairman's narratives in one UK company's annual reports over time. Building on the research of Singhvi and Desai [1971], Adelberg I1979], and Morton [1974], he tests the view that managers consciously or unconsciously convey poorer results in a more difficult writing style. He finds no strong support for this view as measured by the correlation between readability and net profit on sales and return on capital. However, Jones [1988] does find that readability and sales are significantly negatively correlated. This confirms his a priori argument that as a firm grows in size it becomes more complex, and this complexity makes the annual report more sophisticated and difficult to read. Jones also finds a significant decline in readability after the company was listed on the London Stock Exchange but discovers no strong relationships between readability and change of title of Chairman's narratives or change of chairman.

Baker and Kare [1992] find no relationship between the Flesch score and net profit, but they do find a 95 percent correlation between the Flesch score and return on equity. Smith and Taffler [1992 a,b] in a comparison of failed with non-failed firms find that the Lix and Flesch tests are predictors of corporate failure and that corporate failure is significantly correlated with more difficult syntax. They conclude that "poor readability is associated with poor performance and ease of readability with financial success" [1992a, p.86].

Finally, Subramanian et al. [1993] find significant relationships when testing 'good' or 'poor' performance corporations against readability (performance categorization is contingent upon an increase or decrease in net profit or loss from 1987 to 1988). In particular, their analysis shows that the annual reports of good performers are significantly easier to read than those of poor performers. These results are consistent with Smith and Taffler [1992a,b] but at variance with Jones [1988] and Baker and Kare [1992]. Such inconsistencies may be explained by the differing methodologies adopted. For example, Jones's case study may be atypical or Subramanian et al.'s results may have been confounded by interacting variables such as industry categorization or size of company. Further research is needed to clarify these issues. . . .

4.2.2 Discussion of Readability Studies

Unfortunately, the conclusions that can be drawn from the results of the readability studies are severely limited. First, there is no consensus about how closely the readability measures reflect the actual comprehension process. Consequently, attempts to infer an absolute benchmark from the essentially relative readability scores are unwise. The attempts of various researchers to report their results in overall performance terms such as percentage of population [Pound, 1980], educational attainment level [Courtis, 1986], and grade level [Schroeder and Gibson, 1990] are extremely speculative. Where the formula automatically expresses the final result in terms of an American education grade (for example, the Flesch-Kincaid formula), particular problems arise as the underlying result is not visible. Indeed, the general line of argument which nearly all the researchers [except for Smith and Taffler, 1992 a, b] accept is that: (1) annual reports are difficult or very difficult to read; (2) readability equates to understandability (an unproven assumption); (3) annual reports are thus difficult or very difficult to understand; (4) an education approaching at least the undergraduate level is needed to fully understand annual reports; and (5) a majority of the population will consequently not be able to understand them. Unfortunately, this logic chain is largely unproven. Text-based readability measures such as the Flesch test principally appear to predict textual difficulty in a relative way, i.e., one text is more difficult to read than another. Readability does not necessarily equate, as was shown earlier, to understandability nor do readability formulas necessarily capture all the elements such as legibility or level of interest within readability. Nor can the readability scores clearly be translated into reliable grade levels. Moreover, the attempt to translate grade. levels into proportions of the population able to read financial statements is fraught with danger.

Second, the tests of reading difficulty were designed by educationalists often before the First World War, using non-technical children's material. These tests are dubious instruments for adequately assessing the readability of accounting narratives which are adult oriented and specialist in nature. Third, even if these first two major criticisms are set aside, many of the 32 studies lack robustness. Only two studies [Schroeder and Gibson, 1990; Smith and

 PDF GENERATED BY PROQUEST.COM

Taffler, 1992 a, b] clearly indicate that they sample the whole text rather than selected passages; while only two studies sample over 100 annual reports [Pound 1981; Courtis 1986].

In summary, there is almost universal agreement that throughout the period 1948-1990 corporate annual reports have proven difficult or very difficult to read because of sophisticated vocabulary and syntactical complexity. The evidence suggests that the textual complexity of the annual report has increased over time and that the textual difficulty of footnotes is greater than the President's Letter or Chairman's narrative.

5.0 DIRECTIONS FOR FURTHER RESEARCH

Advances in computer technology such as the availability of text scanners and manageable software packages should encourage further research into accounting narratives. These advances will reduce financial and time costs, as well as enhance the reliability of results and aid the sophistication of research designs. Moreover, the new emphasis upon explanatory accounting narratives such as the MD&A will provide enhanced opportunities for researchers. Future research should include both theoretical validation and more robust empirical studies.

5.1 Theoretical Validation

Before further large scale empirical work into the readability of accounting narratives is undertaken, there needs to be a detailed evaluation of the appropriateness of the readability formulas when applied to accounting texts. As part of this process, the Flesch test must be validated against alternative methods of assessing textual difficulty such as the cloze test, readers' judgments of annual report difficulty, and the results of multiple-choice comprehension tests. Such validation would begin the process of establishing the link between understandability and readability. An important first step in such research has already been undertaken by Smith and Taffler [1992 a,b] in their comparison of the Lix, Flesch, and cloze tests. Thematic context analysis is more diverse than syntactical analysis and thus generalization is more difficult. However, there is a need to ensure that the methodologies adopted by researchers are rigorous and valid. Computer modeling should improve validity and mitigate bias.

5.2 Empirical Studies

Many areas of thematic content analysis remain relatively untouched by accounting researchers. The writings of prominent accounting academicians and practitioners may help us understand the economic and political dynamics of accounting regulation. The correlation of these writings with the economic and political environments around significant periods of in time may provide insights into the regulation process. Critical periods of accounting regulatory change include the Securities and Exchange Act legislative period and the creation of the Committee on Accounting Procedure, Accounting Principles Board, and the FASB. Social, economic, and political theories will prove useful in developing hypotheses for testing. Various government documents may provide rich sources for the understanding of the tax legislative process. Finally, there is much to learn by extending attribution theory to areas such as accounting narratives.

The following thematic research issues are worthy of study:

* An examination of the transcripts of congressional debates regarding impending tax legislation to see if the themes correlate with basic canons of taxation or the stated goals of Congress.

* An examination of the writings of the leaders of the accounting profession over time to track the development of accounting theory and principles. This may contribute to our understanding of whether the accounting profession is proactive or reactive.

* An investigation of new social, political, and economic theories to test annual report narratives (as has been done with attribution and legitimacy theories) to better understand the motives and attitudes of management and the communication process.

* A correlation of the above findings with national political and social moods cross-sectionally (by industry) and over time.

* A replication of prior studies using different coding methods and/or more rigorous statistical testing methods to refute or validate prior results.

With regard to the readability studies, once the underlying validity of measuring readability has been established, appropriate test instruments for measuring the readability of corporate annual reports need to be designed. Ideally,

 PDF GENERATED BY PROQUEST.COM

the design of this test model will involve a significant number of annual reports and be based on the whole text or a valid and reliable sampling methodology. Some of the issues that are deserving of examination ate outlined below:

* The nature of readability over time using a significant number of annual reports over a significant number of years.

* The readability of various types of financial statements, for example, corporate annual reports compared with summary annual reports and employee reports.

* The readability of several sections of the annual report covering, inter alia, the President's Letter or Chairman's narrative, auditors' report, footnotes, and the MD&A.

* The relationship between readability and corporate characteristics such as turnover, profitability, liquidity, corporate failure, industry type, and listing status.

* The cross-national differences in readability, using either English or non-English reports. There are non-English readability formulas available for the latter [Lewis et al., 1986; Klare, 1984].

* The readability of accounting textbooks, using a large number of textbooks.

6.0 CONCLUSION

This paper reviews the use of content analysis in accounting research. Two subsets of content analysis are evaluate thematic analysis which focuses on themes within a text and syntactic analysis which centers upon the cognitive difficulty of reading the textual message. Data units, coding methods, and measurement models of textual research are reviewed. Reliability and validity issues are also addressed. Thirty-six thematic studies and 32 syntactic studies are identified. The studies cover accounting narratives, including analyses of tax court cases, corporate annual reports, and comment letters to FASB exposure drafts. Five principal issues of the thematic context literature are addressed: managements' attitudes, correlations between narrative disclosures and financial reporting, prediction of key variables in tax court cases, the impact of comment letters in response to FASB exposure drafts, and the assessment of compliance with prescribed standards. The readability studies provide evidence that accounting narratives, particularly in corporate annual reports, are difficult/very difficult to read. Wider conclusions about the understandability of accounting narratives are, however, problematic as the exact relationship between readability and understandability has yet to be determined. Furthermore, these findings are undermined by flaws in the readability formulas which are typically used to assess the narratives.

Both thematic and syntactic content analytic studies are likely to proliferate as computer technology becomes more user friendly and as accounting narratives grow in importance. However, future theoretical, methodological, and empirical research will be necessary to fill the gaps in our knowledge. The primary strength of thematic analysis of accounting narratives is its ability to identify the motivations and concerns of accounting communicators. The importance of readability research is highlighted by the fact that readability indexes could furnish objective benchmarks against which to measure the readability of accounting narratives.

(FOOTNOTES)

1 The studies which have focused solely on the evaluation of subjects' (perceived and actual) understanding of financial information through multiple choice questionnaires are considered a separate research topic and are not investigated further here [for example, Lee and Tweedie, 1977 and 1981]. The cloze procedure, which requires subjects to fill in missing words left blank in the text, is also considered to be outside the scope of this article. Unlike the syntactically based tests, the cloze procedure probably more effectively measures understandability rather than readability. The reader-text interactive nature of the cloze procedure also distinguishes it from the other readability measures. Interested readers are referred to Taylor [1953], where the procedure is explained. Adelberg [1979, 1983], Adelberg and Razek [1984] provide applications of the cloze procedure in the accounting domain.

2 Other content analysts [Holsti. 1969; Krippendorf. 1980] decompose validity into individual components. Although using different nomenclature. these components are broadly reconcilable to those used by Weber.

3 The McCall-Crabbs Standard Test Lessons in Reading [1925], the Gray Oral Reading Tests [1963] and the Gates MacGinitie Reading Tests [1972] were all devised for pedagogic purposes. They are essentially books of graded reading passages. These passages have provided the Starting point for all the more readability formulas: Dale-Chall, Flesch, and Fog [Jacobson et al., 1978].


PDF GENERATED BY PROQUEST.COM

4 This includes such accounting journals as Abacus, Accounting and Business Research, Accounting and Finance, Accounting, Organizations and Society, Accounting Horizons, Accounting Review, Journal of Accounting and Economics, Journal of Accounting and Public Policy, and Journal Accounting Research.

5 Three studies are outside the realm of the five general issues discussed below. Karlinsky [1981] measures tax complexity by measuring the volume of the Internal Revenue Code devoted to capital gain/loss taxation. He concludes that capital gain and Loss preference severely complicate U.S. tax law. Committee [1983] uses qualitative analysis to develop a theory of auditor independence from congressional hearing reports. Neimark and Tinker [1986] review General Motors historical annual reports and distinguish three distinct periods of social change.

6 Two of the studies [Worthington, 1977, 1978; Smith and Taffler 1992 a, b] are reported in four journal articles.

7 Details of the three readability studies into accounting textbooks and taxation narratives are not discussed in this section but can be found in Table 2. The differential purposes of the studies, lack of means, and inconsistent findings make generalizations difficult. Razek et al.'s, 11982] and Urbancic's [1993] results do, however, suggest that accounting textbooks and tax instruction material are very difficult and difficult to read, respectively.

8 Conventionally, Flesch scores from 0-30, 30-50, and 50-60 are termed very difficult, difficult, and fairly difficult to read, respectively.

9 This meta-analysis was conducted by multiplying the number of reports tested in each study by that study's mean Flesch score and then dividing by the total number of reports used in all the studies.

APPENDIX: Brief Description of Readability Formulas

1. Dale-Chall index

This index predicts vocabulary difficulty and is based on 3000 words best known to American 8-year-olds. Reading difficulty is a function of two factors: unfamiliar words and sentence length. The formula is:

US Grade = (0.1579 x % UFMWDS)

+ (0.0496 x WDS/SEN)

+ 3.6365,

where UFMWDS represents unfamiliar words and WDS/SEN is the average number of words per sentence.

2. Flesch test (includes Flesch-Kincaid)

The revised Flesch index, devised by Rudolph Flesch in 1948, is used in 23 readability studies. In addition, three studies use the Flesch-Kincaid index. Both the Flesch index and Flesch-Kincaid index use a combination of sentence length and syllable count. The Flesch test is expressed as:

206.935 - ((L x 1.015) + (S x 0.846)),

where L is the mean sentence length in words and S is the total number of syllables per 100 words. The lower the score the more difficult the passage. The Flesch index was developed, using the 1925 McCall-Crabbs Standard Test Lessons in Reading.

3. Fog index (includes Kwolek and Readability index)

The Fog and Flesch indexes as are very similar. For example, they both use the McCall-Crabbs Test Lessons in Reading as a criterion of difficulty. Unlike the Flesch index, the Fog index is based on the percentage of polysyllabic words (i.e., words with three or more syllables in a sentence) and yields grade levels rather than absolute scores. The formula is:

US Grade = 0.4 x (WDS/SEN + % PSW),

where WDS/SEN is the average number of words per sentence and % PSW is the percentage of polysyllabic words.

4. Lix test (includes Rix test)

The Lix test was developed by a Swede, Bjornsson, to assess readability across languages (see Anderson [1983] for more details). The appropriateness of this test for one country studies of annual reports is therefore questionable. The aggregate score is made up of word length and sentence length. Word length equals percent of words of more than six letters, and sentence length equals average number of words per sentence. A score of 20 represents very easy, while a score of 60 represents very difficult. The Lix test has not been as widely used as the previous three


PDF GENERATED BY PROQUEST.COM

tests in non-accounting fields. The Rix test is a modified form of the Lix test.

5. Fry graph

The Fry graph (devised in 1963) is not really a true formula as the approximate grade level is read off a graph. The Fry graph is based on the average number of syllables per 100 words and average number of sentences per 100 words. Only two accounting studies [Lewis et al., 1986; Courtis, 1987] use the Fry graph.

6. Smog formula

This is an easy and quick formula to use. The formula relies upon only one variable, the number of polysyllabic (i.e., three -or-more syllable) words in 30 sentences. The formula is expressed in terms of a US grade:

US grade = 3 + sq. root of p,

where sq. root of p is the nearest perfect square to the number of polysyllabic words in thirty sentences. Only one accounting study [Courtis, 1986] uses the Smog formula.

ANNOTATED BIBLIOGRAPHY

1. Flesch, R. 1948. A new readability yardstick. Journal of Applied Psychology 32: 221-233.

This seminal article lays out the basis for the Flesch test, the most widely used readability formula both in educational and non-educational fields. Flesch describes how using the McCall-Crabbs Standard Test Lessons in Reading he computed the Flesch test using regression analysis on two linguistic features: average sentence in words and average sentence length in syllables (expressed as the number of syllables per 100 words). Flesch outlines the steps necessary to compute the Flesch test. In addition, he provides a table by which one can interpret the Flesch score and he computes a human interest score.

2. Frazier, K.B., R.W. Ingram and B.M. Tennyson. 1984. A methodology for the analysis of narrative accounting disclosures. Journal of Accounting Research 22 (Spring): 318-331.

These researchers use a computer program (WORDS) to factor analyze MD&A's of the results of operations of 74 firms. Firms are partitioned by performance change (+ or -) from 1977 to 1978 and by control (management controlled (MC) or owner controlled (OC)). The factor scores from the content analytic software package are used as dependent variables in an attempt to discover differences in narrative reports between MC and OC firms. The ANOVA results are not significant for the hypothesis that MC firms will be motivated to misrepresent narrative reports relative to OC firms. The factor scores are also used in a discriminant model as independent variables, with the sign of the cumulative average residuals for 1979 as dependent variables, to classify MC versus OC firms. The results are significant indicating that narrative data contains performance based information content. The authors conclude that narrative data could be used to predict future performance.

3. Jones, M.J. 1988. A longitudinal study of the chairman's narratives in the corporate reports of a UK company. Accounting and Business Research 18: 297-305.

Using the Flesch test, this study investigates the readability of the chairman's narratives of a UK limited company from 1982-85. These narratives are found to be difficult to read and became more difficult to read over time. Sales and readability are found to be significantly negatively correlated, while a decrease in readability seems associated with the firm being listed on the London Stock Exchange. No strong correlations are found between readability and profitability.

4. Klare, G.R. 1974/5. Assessing readability. Reading Research Quarterly 10: 62-102.

This authoritative, much cited literature review initially explores the difference between measuring and predicting readability. It then provides a review of the major formulas and suggests how one might choose a formula.

5. Klare, GR. 1984. Readability. Chapter in Handbook of reading research edited by P.D. Pearson, New York: Longman: 681-744.

Klare provides a comprehensive discussion of many readability issues. The article builds on Klare [1974/5] by discussing developments up to 1984. It also provides a wide-ranging critique of formulas evaluating, inter alia, their validity and sampling methodology. New developments in readability research are examined. There is a wide-ranging list of references.

6. Smith, M., and R. Taffler. 1992b. Readability and understandability: Different measures of the textual complexity



of accounting narrative. Accounting, Auditing and Accountability Journal 5: 84-98.

The authors apply the cloze, Flesch, and Lix readability formulas to the chairman's narratives of a selection of 33 pairs of failed and non-failed manufacturing companies. The Lix and Flesch tests score the passages 'difficult' in terms of textual complexity. Accounting practitioners score higher than students using the cloze score. The authors suggest that the Liz and Flesch tests measure readability, while the cloze procedure measures understandability.

7. Krippendorf, K. 1980. Content analysis: An introduction to its methodology. Newbury Park, CA: Sage Publishing Co.

Krippendorf, an expert in the field of communications, provides a comprehensive introduction to content analysis. He discusses the conceptual foundation upon which content analysis is based and he chronicles its evolution in the psychological, sociological, and political sciences. The remainder of the book is devoted to developing research designs, understanding the basics of data coding, explicating inference models, and interpretation of results. He also advises the reader about reliability and validity issues in communications research. Written in 1980, the book lacks current information about the assistance of computers in content analytic research.

8. Neimark, M., and T. Tinker. 1986. The social construction of management control systems. Accounting, Organizations and Society 11: 369-395.

Neimark and Tinker offer an alternative approach to understanding organizational behavior -- a dialectical approach. The dialectical approach examines the dynamics of the organization, society, and the environment. Quantification of these dynamics involves a content analysis of General Motors annual report narratives for the period 1916 to 1976. Three distinct periods during this 60-year window are defined for the internationalization of markets. The content analysis involves counting the number of characters devoted to internationalization.

9. Puro, M. 1984. Audit firm lobbying before the financial accounting standards board: An empirical study. Journal of Accounting Research 22 (Autumn): 624-646.

Puro uses two competing theories; that of the economics of regulation and agency theory, to develop hypotheses regarding auditor lobbying efforts towards additional disclosures for general purchasing power, leases, marketable securities, and segment reporting as well as towards standardization of oil and gas accounting and foreign exchange accounting. One central issue was formed into a question which could be answered as "favor", "oppose", or "neutral" for each coding unit. Using profit analysis, responses to additional disclosure rules were best explained by the economics of regulation theory (predicted the auditor lobbying behavior best) and agency theory (explained the lobbying behavior towards standardization best).

10. Weber, R. P. 1990. Basic content analysis, 2nd ed. Sage University Paper Series on Quantitative Applications in the Social Sciences, 07-049. Newbury Park, CA: Sage Publications, Inc.

This paper complements Krippendorf's book. Weber, like Krippendorf, discusses reliability, validity, and inference models. However, the bulk of Weber's paper is devoted to content coding and classification, particularly as applied by the computer. Electronic use of dictionaries and other forms of text classifications are common today. When combined with optical text scanners, computers can convert text into computer readable form and code the text for analysis very rapidly, enabling the swift completion of research projects. Computers can generate keyword-in-context lists to draw attention to consistencies or variations of word meanings, can use dictionaries to identify key words and/or parts of speech, and can use concordances to group synonyms or idioms.

REFERENCES

Adelberg, A.H. 1979. Narrative disclosures contained in financial reports: Means of communication or manipulation? Accounting and Business Research (Summer): 179-189.

Adelberg, A.H. 1983. The accounting syntactic complexity formula: A new instrument for predicting the readability of selected accounting communications. Accounting and Business Research (Summer): 163-175.

Adelberg, A.H., and J.R. Razek. 1984. The cloze procedure: A methodology for determining the understandability of accounting textbooks. The Accounting Review 59: 109-122.

Anderson, J. 1983. Liz and Rix: Variations on a little-known readability index. Journal of Reading (March): 490-496.

Avard, S.L., and J.H. White. 1986. Readability study of principles of financial management text books. Journal of



Financial Education (Fall): 53-63.

Baker III, H.E., and D.D. Kare. 1992. Relationship between annual report readability and corporate financial performance. Management Research News 15: 1-4.

Barnett, A., and K. Leoffler. 1979. Readability of accounting and auditing messages. Journal of Business Communication 16: 49-59.

Bettman, J.R., and B.A. Weitz. 1983. Attributions in the board room: Causal reasoning in corporate annual reports. Administrative Science Quarterly (June): 165-183.

Bowman, E.G., and M. Haire. 1976. Social impact disclosure and corporate annual reports. Accounting, Organizations and Society 1: 11-21.

Buckmaster, D., D. Durkee, and F.M., Stiner. 1991. A note on the reliability of accounting lobbying studies. The Journal of Applied Business Research 6 (Fall): 67-70.

--, and D. Hall. 1990. Lobbying with the FASB: The case of accounting for pension terminations and curtailments. The Journal of Applied Business Research (Spring): 23-31.

Burns, J.O., and S.M. Groomer. 1983. An analysis of tax court decisions that assess the profit motive of farming-oriented operations. The Journal of the American Taxation Association 5 (Fall): 23-39.

Chall, J.S. 1958. Readability -- an appraisal of research and application. Bureau of Educational Research. Ohio, Ohio State University Press.

Chan, J.L. 1979. Corporate disclosure in occupational safety and health: Some empirical evidence. Accounting, Organizations and Society 4: 273-281.

Coke, E., and E.Z. Rothkopf. 1970. Note on a simple algorithm for a computer-produced reading ease score. The Journal of Applied Psychology 54: 208-210.

Collins, W., E. S. Davie, and P. Weetman. 1993. Management discussion and analysis: An evaluation of practice in UK and US companies. Accounting and Business Research (Spring): 123-137.

Committe, B.E. 1983. Structuring a public accounting audit independence theory from a document study of U.S. congressional testimony. Unpublished PhD dissertation, University of Alabama.

Courtis, J.K. 1986. An investigation into annual report readability and corporate risk return relationships. Accounting and Business Research (Autumn): 285-294.

--. 1987. Fry, Smog, Lix and Rix: Insinuations about corporate business communications. Journal of Business Communication 24: 19-27.

Dale, E., and J. Chall. 1948. A formula for predicting readability. Educational Research Bulletin 27: 11-20 and 37-54.

Degnan, T. 1983. A computer coded content analysis study of tax cases involving valuations of large holding of publicly traded stocks. Unpublished PhD dissertation, University of South Carolina.

Dillard, J.F., and D.L. Jensen. 1983. The auditor's report: An analysis of opinion. The Accounting Review 58 (October): 787-798.

Dolphin, R., and R.A. Wagley. 1977. Reading the annual report. Financial Executive (June): 20-22.

Dorrell, J.T., and N.S. Darsey. 1991. An analysis of the readability and style of letters to stockholders. Journal of Technical Writing and Communication 21: 73-83.

Dreyer, L. G. 1984. Readability and responsibility. Journal of Reading (January): 334-338.

Fitzgerald, G.G. 1981. How many samples give a good readability estimate? The Fry graph. Journal of Reading (February): 404-410.

Flesch, R. 1948. A new readability yardstick. Journal of Applied Psychology 32: 221-233.

Flesch, R. 1949. The art of readable writing. New York: Harper and Bros.

Flory, S.M., T.J. Phillips, Jr., and M.F. Tassin. 1992. Measuring readability: A comparison of accounting textbooks. Journal of Accounting Education 10: 51-62.

Frazier, K.B., R.W. Ingram, and B.M. Tennyson. 1984. A methodology for the analysis of narrative accounting disclosures. Journal of Accounting Research 22 (Spring): 318-331.


PDF GENERATED BY PROQUEST.COM
Page 16 of 21

Gates, A.I., and W.H. MacGinitie. 1972. Gates-MacGinitie reading tests. Boston: Houghton Mifflin.

Garrison, L.R., and R.H. Michaelsen. 1989. Symbolic concept acquisition: A new approach to determining underlying tax law constructs. The Journal of the American Taxation Association 11 (Fall): 77-91.

Geiger, M.A. 1989. The new audit report: An analysis of exposure draft comments. Auditing: A Journal of Practice &Theory 8 (Spring): 40-63.

Gray, W.S. 1963. Gray oral reading tests. Indianapolis: Bobbs-Merrill.

Gunning, R. 1952. The technique of clear writing. New York: McGraw-Hill.

Guthrie, J., and L.D. Parker. 1989. Corporate social reporting: A rebuttal of legitimacy theory. Accounting and Business Research 19: 343-352.

Harris, A.J., and M.D. Jacobson. 1976. Predicting twelfth graders' comprehension scores. Journal of Reading (19): 43-47.

Harrison, C. 1980. Readability in the classroom. Cambridge, UK: Cambridge University Press.

Healy, P. 1977. Can you understand the footnotes to financial statements? Accountants Journal (July): 219-222.

Heath, R.L., and G. Phelps. 1984. Annual reports II: Readability of reports vs business press. Public Relations Review 10: 56-62.

Holley, C.L., and J. Early. 1980. Are financial statements easy to read? The Woman CPA (April): 9-13.

Holsti, O.R. 1969. Content analysis for the social sciences and humanities. Reading, MA: Addison-Wesley Publishing Co.

Hooks, K.L., and J.E. Moon. 1993. A classification scheme to examine management discussion and analysis compliance. Accounting Horizons 7 (June): 41-59.

Hull, L.C. 1979. Measuring the readability of technical writing. In Proceedings of the 26th International Technical Communication Conference, E73-78. San Diego: Univelt.

Hussey, R., and H. Everitt. 1991. Summary and simplified financial reporting. London: Butterworths.

Ingram, R.W., and F.B. Frazier. 1980. Environmental performance and corporate disclosure. Journal of Accounting Research 18 (Autumn): 614-622.

--, and F.B. Frazier. 1983. Narrative disclosures in annual reports. Journal of Business Research (March): 49-60.

Jacobson, M.D., C.E. Kirkland, and R.W. Selden, 1978. An examination of the McCall-Crabbs Standard Test Lessons in Reading. Journal of Reading (22): 224-230.

Jandreau, S., and T. Bever. 1992. Phrase-spaced formats improve comprehension in average readers. Journal of Applied Psychology 77: 143-146.

Jarman, B.D. 1979. Measurement of writing-style factors in readability -- rated samples of technical text. In Proceedings of the 26th International Technical Communication Conference, E79-84. San Diego: Univelt.

Jones, M.J. 1988. A longitudinal study of the readability of the chairman's narratives in the corporate reports of a UK company. Accounting and Business Research 18 (Autumn): 297-305.

Karlinsky, S.S. 1981. Complexity in the federal income tax law attributable to the capital gain and loss preference: A measurement model. Unpublished PhD dissertation, New York University.

--, and B.S. Koch. 1987. Impact of tax law complexity on professionals. The Journal of the American Taxation Association 9 (Fall): 24-34.

--. 1983. Readability is in the mind of the reader. Journal of Business Communication 20: 57-69.

Kelly-Newton, L. 1980. A sociological investigation of the U.S.A. mandate for replacement cost disclosures. Accounting, Organizations and Society 5: 311-321.

Kerlinger, F.N. 1964. Foundations of behavioral research. New York: Holt Reinhart and Winston, Inc.

Kintsch, W. and J.R. Miller. 1984. Readability: A view from cognitive psychology. In Understanding Reading Comprehension: Cognition, Language, and the Structure of Prose, edited by J. Flood. Newark. Delaware: International Reading Association: 220-232.

Klare, G.R. 1974/5. Assessing. readability. Reading Research Quarterly 10: 62-102.

--. 1976. A second look at the validity of readability formulas. Journal of Reading Behavior 8: 129-152.



--. 1984. Readability. Chapter 22 In Handbook of reading research edited by P.D. Pearson. New York: Longman: 681-744.

Kramer, S. 1979. An examination of the variables affecting the valuation for tax purposes of large holdings of publicly traded stocks. PhD Dissertation. University of Texas at Austin.

Kramer. S. 1982. Blockage: Valuation of large blocks of publicly traded stocks for tax purposes. The Accounting Review 57 (January): 70-87.

Krippendorf, K. 1980. Content analysis: An introduction to its methodology. Newbury Park. CA: Sage Publishing Co.

Lee, T.A. and D.P. Tweedie. 1977. The private shareholder and the corporate report. London: Institute of Chartered Accountants in England and Wales.

Lee, T.A. and D.P. Tweedie. 1981. The institutional investor and financial information. London: Institute of Chartered Accountants in England and Wales.

Lewis, N.R., L.D. Parker, and P. Sutcliffe. 1984. Financial reporting to employees: The pattern of development 1919 to 1979. Accounting Organizations and Society 9: 275-289.

Lewis, N.R., L.D. Parker, G.D. Pound, and P. Sutcliffe. 1986. Accounting report readability: The use of readability techniques. Accounting and Business Research (Summer): 199-213.

MacArthur, J.B. 1988. An analysis of the content of corporate submissions on proposed accounting standards in the UK. Accounting and Business Research (Summer): 213-226.

Madeo, S.A. 1979. An empirical analysis of tax court decisions in accumulated earnings cases. The Accounting Review 54 (July): 538-553.

Martindale, B.C., B.S. Koch, and S.S. Karlinsky. 1992. Tax law complexity: The impact of style. Journal of Business Communication 29: 383-400.

Maxwell, M. 1978. Readability: have we gone too far? Journal of Reading 21 (March): 525-530.

McCall, W.A., and L.M. Crabbs, 1925. Standard test lessons in reading: Teacher's manual for all books. New York: Bureau of Publications, Teachers College, Columbia University (Revised 1950; 1961).

McConnell, D., J.A. Haslem, and V.R. Gibson. 1986. The president's letter to stockholders: A new look. Financial Analysts Journal 42: 66-70.

McEnroe, J.E. 1993. An analysis of comment integration involving SAS 54. Abacus (September): 160-175.

McKee, A.J., P.F. Williams, and K.B. Frazier. 1991. A case study of accounting firm lobbying: Advice or consent. Critical Perspectives on Accounting 2 (September): 273-294.

Means, T.L. 1981. Readability: An evaluative criterion of stockholder reaction to annual reports. Journal of Business Communication 24: 19-27.

Mills, P.A. 1989. Words and the study of accounting history. Accounting. Auditing and Accountability Journal 2: 21-35.

Morton, J.R. 1974. Qualitative objectives of financial accounting: A comment on relevance and understandability. Journal of Accounting Research (Autumn) 12: 288-298.

Mudd, N. 1987. Influences of the text and the reader's background knowledge upon responses to comprehension questions. Reading 21: 125-131.

Neimark, M. 1983. How to use content analysis in historical research. The Accounting Historians Notebook (Fall): 19-23.

--, and T. Tinker. 1986. The social construction of management control systems. Accounting, Organizations and Society 11: 369-395.

Parker, L.D. 1982. Corporate annual reporting: a mass communication perspective. Accounting and Business Research (Autumn): 279-286.

Pashalian, S.. and W.J.E. Crissy. 1952. Corporate annual reports are difficult, dull reading, human interest value low, survey shows. Journal of Accountancy (August): 215-219.

Pound, G.D. 1980. Employee reports: Readability. Australian Accountant (December): 775-779.

--. 1981. A note on audit report readability. Australian Accountant (May): 45-55.



Puro, M. 1984. Audit firm lobbying before the financial accounting standards board: An empirical study. Journal of Accounting: Research 22 (Autumn): 626-46.

Razek, J.R., G.A. Hosch, and D. Pearl. 1982. Readability of accounting textbooks. Journal of Business Education (October): 22-26.

Robison, J. 1983. Tax court classification of activities not engaged in for profit: Some empirical evidence. The Journal f the American Taxation Association 5 (Fall): 7-22.

Salancik, G.R., and J.R. Meindl. 1984. Corporate attributions as strategic illusions of management control. Administrative Science Quarterly (June): 238-254.

Schroeder, N., and C. Gibson. 1990. Readability of management's discussion and analysis. Accounting Horizons 4 (December): 78-87.

--. 1992. Are summary annual reports successful? Accounting Horizons 6 (June): 28-37.

Schuyler, M.R. 1982. A readability formula program for the use on microcomputers. Journal of Reading (March): 560-591.

Singhvi, S.S.. and H.B. Desai. 1971. An empirical analysis of the quality of corporate financial disclosure. The Accounting Review (January) 46: 129-138.

Smith, J.E., and N.P. Smith. 1971. Readability: A measure of performance of the communication function of financial reporting. The Accounting Review 46 (July): 552-561.

Smith, M., and R. Taffler. 1992a. The chairman's statement and corporate financial performance. Accounting and Finance: 75-90.

--. 1992b. Readability and understandability: Different measures of the textual complexity of accounting narrative. Accounting. Auditing: and Accountability Journal 5: 84-98.

Soper, F.J., and R. Dolphin. 1964. Readability and corporate annual reports. The Accounting Review. 39 (April): 358-362.

Staw, B.M., P.I. McKechnie, and S.M. Puffer. 1983. The justification of organizational performance. Administrative Science Quarterly (December): 582-600.

Stevens, K.C. 1980. Readability formulae and McCall-Crabbs standard test lessons in reading. The Reading Teacher (January): 413-415.

--. 1982. Can we improve reading by teaching background information? Journal of Reading (January): 326-329.

Stevens, K.T., K.C. Stevens, and W.P. Stevens. 1992. Measuring the readability of business writing: The cloze procedure versus readability formulas. Journal of Business Communication 29: 367-382.

Still, M.D. 1971. The readability of chairmen's statements. Accounting and Business Research (Winter): 36-39.

Stokes, A. 1978. The reliability of readability formulae. Journal of Research in Reading 1: 21-34.

Subramanian, R., R.G. Insley, and R.D. Blackwell. 1993. Performance and readability: A comparison of annual reports of profitable and unprofitable corporations. Journal of Business Communication 30: 49-61.

Taylor, W.L. 1953. 'Cloze procedure': A new tool for measuring readability. Journalism Quarterly: 415-33.

Taylor, R.L., and R.W. Ingram. 1984. WORDS: A new approach to determining the factors affecting tax court decisions involving real estate transactions. The Journal of the American Taxation Association 6: 7-16.

Tennyson, B.M., R.W. Ingram, and M.T. Dugan. 1990. Assessing the information content of narrative disclosures in explaining bankruptcy. Journal of Business Finance and Accounting (Summer): 391-410.

Urbancic, F.R. 1993. An analysis of tax instruction readability for individuals in the north eastern states. Journal of Business and Economic Studies 2: 59-68.

Wallace, W. 1981. Internal control reporting practices in the municipal sector. The Accounting Review (July): 666-689.

1991. Peer review filings and their implications in evaluating self-regulation. Auditing: A Journal of Practice &Theory (Spring): 53-68.

Weber, R.P. 1983. Measurement models for content analysis. Quality and Quantity 17: 127-149.

--. 1990. Basic content analysis. 2nd ed. Sage University Paper Series on Quantitative Applications in the Social


PDF GENERATED BY PROQUEST.COM

Sciences. series no. 07-049, Newbury Park, CA: Sage Publications, Inc.

Whittington, R., and G. Whittenburg. 1980. Judicial classification of debt versus equity -- An empirical study. The Accounting Review 55 (July): 409-418.

Worthington. J.S. 1977. Making financial statement footnotes more readable. CA Magazine (September): 34-37.

--. 1978. Footnotes: readability or liability. CPA Journal (May): 27: 32.

--. 1979. More understanding with simpler footnotes. CA Magazine (July): 44-47.

We would like to thank Professor Bipin Ajinkya for suggesting to us this collaborative paper. The development of this paper was helped considerably by Segun Wallace. We also thank Vivien Beattie, Steve Hand, Malcolm Smith, Maurice Pendlebury, and Don Wente for their helpful comments.

## DETAILS

| | |
|---|---|
| Subject: | Studies; Statistical analysis; Research; Readability; Accounting theory; Annual reports; Exposure drafts; Accounting; Research methodology; Trends; Communication; Hypotheses; Narratives; Content analysis; Dialectics; Hypothesis testing |
| Business indexing term: | Subject: Accounting theory Annual reports Exposure drafts Accounting |
| Location: | United States--US |
| Publication title: | Journal of Accounting Literature; Bingley |
| Volume: | 13 |
| Pages: | 142 |
| Publication year: | 1994 |
| Publication date: | 1994 |
| Publisher: | Emerald Group Publishing Limited |
| Place of publication: | Bingley |
| Country of publication: | United Kingdom, Bingley |
| Publication subject: | Business And Economics--Accounting |
| ISSN: | 07374607 |
| e-ISSN: | 24521469 |
| Source type: | Scholarly Journal |
| Language of publication: | English |
| Document type: | PERIODICAL |



| | |
|---|---|
| Accession number: | 00526468 |
| ProQuest document ID: | 216304635 |
| Document URL: | http://ezproxy.elmira.edu:2048/login?url=https://www.proquest.com/scholarly-journals/accounting-narratives-review-empirical-studies/docview/216304635/se-2?accountid=10728 |
| Copyright: | Copyright University of Florida, Accounting Research Center 1994 |
| Last updated: | 2023-11-26 |
| Database: | ABI/INFORM Collection |

## LINKS

Database copyright © 2024 ProQuest LLC. All rights reserved.

Terms and Conditions    Contact ProQuest

