# EXHIBIT L

AAAJ
13,5

# The chairman's statement
## A content analysis of discretionary narrative disclosures

**624**

Received August 1996
Revised April 1998,
January 1999,
May 1999
Accepted October 1999

Malcolm Smith

*University of South Australia, Adelaide, Australia, and*

Richard J. Taffler

*Cranfield University Management School, Cranfield, UK*

**Keywords** *Content analysis, Corporate communications, Disclosure, Narratives, Annual reports, Financial performance*

**Abstract** *Explores whether the firm's discretionary narrative disclosures measure its financial risk of bankruptcy. Specifically examines the existence of an association between the content of the chairman's statement and firm failure. Show that these statements are closely associated with financial performance, reinforcing the argument that such unaudited disclosures contain important information. The results have implications both for the form and content of future narrative disclosures by management.*

## Introduction

Annual reports might variously be viewed as "an undisguised advertisement" or as "platforms for preaching [management's] philosophies and [for] touting themselves and their companies" (Ingram and Frazier, 1983, p. 49). Conventional wisdom sees accounting narratives in such reports as "carefully crafted public relations documents with little, if any, substantive content" (McConnell *et al.*, 1986).

Research evidence, however, suggests that discretionary narrative disclosures in annual reports are of great importance even for skilled users such as financial analysts who are among the prime users of financial accounting information (Schipper, 1991). Rogers and Grant (1997, p. 3), for example, in their detailed comparison of the content of company annual reports and associated sell-side analyst reports conclude that the narrative sections of the annual report (the president's letter, management discussion and analysis (MD&A) etc.) provide almost twice the amount of quoted information as do the basic financial statements. On average narrative sections of the annual reports they study contain no less than 40 per cent of the information cited by their analysts (p. 21).

Abrahamson and Amir (1996), in their study of the information content of the president's letter to shareholders, highlight the importance of textual portions of

This paper has benefited from comments and suggestions from participants at research seminars at Murdoch University, Polytechnic University of Hong Kong, City University, London and The London School of Economics and at the British Accounting Association, European Accounting Association, ICAEW Research Board, AAANZ and Institute for Quantitative Investment Research conferences. The authors are also indebted to Gaétan Breton, David Citron, Keith Houghton, S.P. Kothari, Baruch Lev and two anonymous referees for comments on earlier drafts.

Accounting Auditing &
Aaccountability Journal,
Vol. 13 No. 5, 2000, pp. 624-646.
© MCB University Press, 0951-3574

annual reports to investors. In a parallel study Bryan (1997) suggests firms' MD&A disclosures can assist in assessing their short-term prospects.

This paper is concerned explicitly with the question of whether the firm's discretionary narrative disclosures are able to measure financial risk of bankruptcy, a key dimension of concern to annual report users. Specifically we explore the association of the chairman's statement alone with subsequent corporate failure.

Whereas there is an extensive literature (see e.g. Jones (1987) and Altman (1993) for surveys) demonstrating the information content of formal financial disclosures in the form of accounting ratios for prediction purposes, little comparable attention has been paid to the potential information content of the firm's discretionary narrative disclosures, although Smith and Taffler (1992) demonstrate a link between readability of narrative and corporate bankruptcy.

The study most directly related to this paper is that of Tennyson *et al.* (1990) who explore the relationship between the firm's narrative disclosures and bankruptcy using a content analysis approach. However, their empirical results are disappointing, attributable, *inter alia*, to the method they use.

This research, in contrast, finds that the chairman's statement alone is highly associated with the event of firm failure, reinforcing the argument that such unaudited narrative disclosures contain important information associated with the future of the company and are not just reporting on past performance.

A second contribution of the study is methodological both in building on and overcoming the problems in previous applications of content analysis in accounting and finance, and comparing the operational utility of alternative approaches.

The next section reviews previous work, discusses the content analytic method, and derives our hypotheses. The research method section then details sample selection, choice of variables, data collection and statistical procedures. The following section presents our statistical models and formally tests our hypotheses, and the results are discussed. The paper concludes with a summary of our findings and a review of their implications for accounting practice.

## Literature review

Jones and Shoemaker (1994) provide a general overview of empirical accounting narrative analytic studies. Kelly-Newton (1980) adopts a content analysis procedure to the measurement of themes in her analysis of the general comments section of a sample of replacement cost footnotes examining management reaction to disclosure requirements. Ingram and Frazier (1980) conduct a content analysis of firm environmental disclosures and the same authors (Ingram and Frazier, 1983) also report an explanatory study linking narrative disclosures with firm performance across three industries. Frazier *et al.* (1984) explore the use of the WORDS package, originally developed for use in a psychoanalytic environment, in the analysis of accounting narrative.

In the managerial literature Bettman and Weitz (1983), Staw *et al.* (1983), Salancik and Meindl (1984), Clapham and Schwenk (1991) and Abrahamson and

AAAJ
13,5

Park (1994) all adopt a content analysis approach to explore the causal attributions made by firm managements in their letters to shareholders to explain or account for company performance. All five studies provide strong evidence of "self-serving" or "hedonic" managerial behaviour in the annual report narrative. Such self-serving attributions are an attempt at "impression management", i.e. to manage the perceptions of the firm's various external and internal constituencies about the firm so they interact with it in the desired manner.

Aerts (1994) introduces a related concept, that of "accounting bias" in presentational behaviour in narrative accounting disclosures. Here managements again take personal credit for successful performance, but now technical accounting terms are used to obscure the underlying excuses and justifications for negative outcomes and to avoid associated managerial responsibility.

Bowman (1984) uses the number of occurrences of the word "new" in the president's letter as a measure of managerial risk in addressing questions of firm strategic risk and uncertainty. He also emphasises the advantages of content analysis as an unobtrusive measurement, since the statements are written for purposes and audiences different from those constituted by content analysts. There is little danger that the measurement process will confound the data (Weber, 1990, p. 10).

These studies did not look at cases in which firms were approaching bankruptcy and were principally interested in the managerial causal attribution process. D'Aveni and MacMillan (1990) use content analysis of shareholder letters to analyse the differential strategic responses to demand crises by the top managements of surviving and subsequently bankrupt firms. Successful firm managements are distinguished by their focus on critical success factors in their output environment (e.g. customer needs and demand growth), whereas failing firm managements deny crises, look inwards and focus on the short term. In contrast to the other studies the external/internal focus of attention of the letters to shareholders of their sample firms does not appear similarly driven by impression management motives.

Building on Frazier et al. (1984), McConnell et al. (1986), Swales (1988) and Yoon and Swales (1991) all explore whether qualitative data found in the firm's annual report can forecast stock price performance using a content analysis approach to classify and tally future-orientated recurrent themes in the president's letter. Yoon and Swales (1991), develop a neural net model methodology, an issue also explored by Abrahamson and Amir (1996).

In contrast to Bowman (1984) who focuses on positive mentions, Abrahamson and Amir (1996) restrict consideration to negative references only. They adopt a cost-benefit analysis argument assuming that the far more frequent positive references have little predictive value[1]. In a parallel study Bryan (1997) rates MD&A disclosure items as unfavourable, neutral or missing and favourable.

Tennyson et al. (1990, p. 400), in comparison, do not differentiate between positive/negative or good/bad mentions in their statistical models[2,3]. Partly as a result their reported empirical results are poor[4,5]. Building on these

studies we overcome such problems by adopting an approach embracing both positive and negative references and allowing the evaluation of the importance of individual words and themes.

### Content analysis methods

Two alternative generic approaches to content analysis are typically taken: "form orientated" (objective) analysis, which involves routine counting of words or concrete references, and "meaning orientated" (subjective) analysis, which focuses on analysis of the underlying themes in the texts under investigation.

Weber (1990, p. 37) argues that word categories inferred from covariation among high-frequency words are more reliable than themes. However Krippendorff (1980, p. 63) suggests that for many content analyses, thematic units, requiring user judgment in the determination of the hidden messages conveyed in the narratives, may be preferable despite difficulties in application which have restricted the use of this approach to content analysis in practice. Both form orientated (based on word occurrences) and meaning orientated (based on thematic content) means of analysis are conducted in this study.

For our purposes the term "word" is taken to indicate semantically equivalent textual units, including word synonyms, idioms and phrases (Weber, 1990, p. 22) and "theme" clusters of words with different meanings or connotations that taken together refer to some theme or issue (Weber, 1990, p. 37).

Specifically, this paper evaluates the classificatory power of statistical models, based both on the words employed in the chairman's statement and the underlying themes apparent, to explain company failure.

Drawing on the work of Osgood *et al.* (1957) in the measurement of connotative meaning and Houghton (1988), a four-factor cognitive structure is used in Table I for classification purposes. Osgood *et al.* (1957) identified three dimensions for classifying content characteristics: evaluative (positive/ negative), potency (strong/weak) and activity (active/passive). Houghton's results are substantially supportive, but he adds a further dimension from an intertemporal study of meaning in accounting: evaluative (beneficial/adverse), potency (tangible/intangible), activity (dynamic/static) and manageability (expected/unexpected). The categorisation of keywords within this structure provides the framework of Table I for use in the context of the narrative content of corporate disclosures.

This framework allows both the categorisation of keywords and the identification of themes contributing to an overall balance between positive

| Category | Classification | |
|---|---|---|
| Evaluative | Beneficial (positive achievement) | Adverse (negative occurrence) |
| Potency | Tangible (degree of certainty) | Intangible (vagueness) |
| Activity | Dynamic (measure of performance) | Static (reluctant action) |
| Manageability | Expected (status quo) | Unexpected (external factors) |

Table I.
Word/theme categories

AAAJ
13,5

**628**

(good news) and negative (bad news). The framework also facilitates the classifying together of alternative descriptions of common themes, while reducing the impact of technical factors, complexities of process and other industry specific and company specific factors.

*Hypotheses*

Agency and signalling theories (e.g. Watts and Zimmerman, 1986; 1990; Ross, 1979; Morris, 1987) suggest that in an accounting environment firms will adopt appropriate accounting policies through voluntary adoptions or disclosures; Smith and Taffler (1992) demonstrate a link between clarity of exposition and firm performance. It might be expected that "good" financial performance will be associated with a clear financial message through a positive executive narrative and that "poor" financial performance will be associated with a narrative message which obscures the communication from the accounting statements with misleading overoptimism. Such findings would extend the "good news/bad news" finance literature into the financial accounting environment.

The following hypotheses are therefore developed for formal testing of the proposition that discretionary narrative accounting disclosures have explicit information content associated with the firm's financial risk of bankruptcy:

*H1*: A combination of keywords and phrases from the chairman's statement, derived from a form oriented content analysis, is associated with company failure.

*H2*: Themes apparent from a meaning oriented content analysis of the chairman's statement are associated with company failure.

**Research method**

This paper is concerned with the information content of the chairman's statement; the particular task domain employed is that of corporate failure[6].

Commencing with Altman (1968), one of the best researched areas in the accounting and finance literature over the past 30 years is the prediction of bankruptcy using accounting ratio data and multivariate statistical models. Multivariate techniques such as linear discriminant analysis (e.g. Altman, 1968; Altman *et al.*, 1977; Taffler, 1983) or logit (e.g. Ohlson, 1980; Zavgren, 1985) are used to generate an appropriate model that best discriminates between samples of failed and non-failed firms based on a set of computed financial ratios. The derived model can then be used to classify (predict) other firms as potential failures or financially healthy. Typically such models are able to distinguish between failed and non-failed firms with very high degrees of accuracy (e.g. Altman, 1993, pp. 219-20; Taffler, 1985) and are widely used in practice (e.g. Altman, 1993, pp. 218-19; Taffler, 1985).

This paper adopts a related approach to test whether the discretionary narrative disclosures provided in the chairman's statement are potentially decision-useful by examining the key words, phrases or themes in such reports that might together be systematically associated with subsequent firm failure or success.

*Sample selection*

To test our hypotheses, failed manufacturing and construction companies listed on the London Stock Exchange are matched on a paired basis with financially healthy non-failed firms by industry, financial year end and turnover band.

Failure is defined as receivership, creditors' voluntary liquidation and winding up by court order, and company accounting year ends used are between 31 December 1978 and 30 June 1985. A widely used UK accounting ratio based $z$-score model (Taffler, 1983) is employed to ensure that only clearly failed ($z < 0$) and financially healthy ($z > 0$) firms are considered.

Initially 54 failed companies were identified, all but one with negative $z$-scores, i.e. correctly identified as distressed on the basis of their last available published accounts. Inability to match sufficiently closely reduced the number of firm pairs considered to 33, although the financial characteristics of the 21 failed companies eliminated did not differ significantly from those retained[7]. The identity, industrial sector, sales turnover, year end and $z$-scores for the 33 matched pairs of companies employed are detailed in Appendix 1.

The chairmen's statements analysed are drawn from the last published accounts in the case of the failed firms and from the matched financial year end in the case of the non-failed firms.

*Pilot study*

The first stage of the research was a preliminary analysis of the chairmen's statements for a pre-sample of six "distressed" and six "healthy" firms for the same time period as the main firm sample, all firms eliminated from the main sample because of matching difficulties.

Following Frazier *et al.* (1984) and Tennyson *et al.* (1990) we contemplated using the WORDS package. However its use was abandoned, for the reasons cited[2,3]. A combination of the Oxford Concordance Program (OCP) (Hockey and Martin, 1988) with SPSS-X (SPSS, 1986) statistical software provided a much more flexible solution in this study. The OCP, widely employed in English literature research, provides a listing of each selected keyword, within the context of the appropriate sentence.

The OCP was initially used to generate an alphabetic sort and concordance (five words before to five words after) for each of the words occurring in the narratives. Words were lemmatised[8] to allow subsequent counts of those with common roots (e.g. profit, profits, profitable, profitability) and the concordance used to verify coincidence of meaning.

Function words not influenced by textual content were eliminated from consideration. The initial content analysis dictionary (Weber, 1990, pp. 24-5) was then used to analyse the main sample texts augmented, as appropriate, by other words found in the new narratives used in the main study. The final dictionary resulting comprised a total of 168 different keywords.

AAAJ
13,5

**630**

The keywords were also each allocated to one of the common meaning categories of Table I, to verify the suitability of the semantic framework. These classifications were independently verified by two other accounting academics who produced a substantially similar categorisation of keywords.

*Keyword variables (form oriented)*

In addition to the 168 individual keyword variables generated in the content analysis dictionary, linear additive composite variables (e.g. profit *minus* loss) are also created for analytical purposes. It is possible that such simple linear additive models may not be statistically optimal, and that regression methods might generate improved relationships, with differential weightings and a non-linear mathematical form. However, Dawes (1979) advances the benefits of linear additive models, in terms of their simplicity and robustness, and they are retained here.

The keyword ratio variables for each chairman's statement, used in subsequent statistical analysis to provide an indication of the perceived importance of each word or phrase to the narrative, are derived as:

$$\text{Word variable} = \frac{\text{Number of common occurrences}}{\text{Total number of words in the narrative}}$$

Word variables were constructed using this formula for each of the keywords and composites, and correlations routinely calculated for associations between particular words and the financial status of the respective companies.

Table II details the univariate correlation coefficients across the 66 narrative cases for the 36 keywords and composite variables with values > 0.1 relative to the binary variable STATUS where 0 = failed and 1 = non-failed. The Banker Support, Dividend Mention and Resignations variables are each treated as (0,1) binary variates representing their presence (= 1) or otherwise (= 0) in the narrative. The correlations provide some interesting and strong associations between particular word combinations and financial performance, with implications for subsequent model building. The word "banker" occurs with regard to the "provision of support" and "continued confidence", this word never appears more than once in any statement, but of the 17 statements containing the reference, interestingly 16 are of companies which subsequently fail. Dividend declarations for the current year are also one-off references confined to a specific portion of the narrative, most notably where a negative message is being conveyed in the form of "no dividend" or "nominal dividend". Of the 17 statements containing these singular references all are of companies which subsequently fail. The resignation of chairman and/or managing director (chief executive officer) is referenced in only seven of the statements, but all of these are of companies which subsequently fail. Profit, borrowings and dividend mentions in the narrative are all found to be highly correlated with the financial status of the enterprise as are executive resignations, closures programmes and expressions of bankers' support.

|  | Symbol | Keyword | Correlation with status (0,1) |
|---|---|---|---|
| Profitability | PR | Profit | 0.407** |
|  | RP | Reduced profit | 0.216 |
|  | FP | Future profit | 0.171 |
|  | FL | Future loss | 0.273* |
|  | LOSS | Loss | 0.477** |
|  | UNP | Unprofitable | 0.301* |
|  | PROF | = (PR + RP + FP) – (UNP + LOSS + FL) | 0.613** |
|  | PROF1 | = (PR + RP) – (UNP + LOSS) | 0.645** |
|  | PROF2 | = PR – (RP + UNP + LOSS) | 0.629** |
| Dividends | ND | No dividend | 0.471** |
|  | NOMD | Nominal dividend | 0.286* |
|  | NDM | No dividend mention | 0.108 |
|  | REDDIV | Reduced dividend | 0.246* |
|  | INCD | Increased dividend | 0.495** |
|  | NOMDIV | = (ND + NOMD) | 0.589** |
|  | NOMINDIV | = (ND + NOMD + NDM) | 0.577** |
| Resignations | CHRES | Chairman resigns | 0.316* |
|  | CHRET | Chairman retires | 0.105 |
|  | MDRES | Managing director resigns | 0.218 |
|  | NEWMD | New MD appointed | 0.285* |
|  | CHAIR | = (CHRES + CHRET) | 0.286* |
|  | CHMD | = (CHRES + MDRES) | 0.323** |
| Bankers | BS | Bank support | 0.520** |
| Borrowings | OD | Overdraft | 0.299* |
|  | LOAN | Loans | 0.331** |
|  | BOR | Borrowing | 0.330** |
|  | LEND | = (OD + LOAN + BOR) | 0.436** |
| Closures | CLO | Closure | 0.500** |
|  | DIS | Disposal | 0.323** |
|  | SAL | Sale | 0.309** |
|  | CLOSE | = (CLO + DIS + SAL) | 0.573** |
| Growth | GRO | Growth | 0.170 |
|  | EXP | Expansion | 0.186 |
|  | GROW | = (GRO + EXP) | 0.223 |
| Economy | ECON | Economic | 0.276* |
| Recession | REC | Recession | 0.219 |

Discretionary narrative disclosures

631

**Notes:**
* Significant at the 0.05 level ** Significant at the 0.01 level

**Table II.**
Keyword variables and company status

AAAJ
13,5

632

*Theme variables (meaning oriented)*

A similar procedure to that of Kelly-Newton (1980) is adopted here in the examination of the thematic content of the chairman's narrative. Each sentence in the narrative is designated a theme score of one unit and its thematic content established based on the incidence of keyword combinations in the keyword-in-context (KWIC) concordance. Where a sentence comprises several separable themes then the theme score unit is subdivided to register the relative importance of those themes in the narrative. No weighting is introduced between the different themes in any sentence, so that if a sentence comprises four themes, each is accorded a theme-score of 0.25. The overall score summed across all sentences accorded any particular theme is taken to be indicative of its importance within the narrative.

Ratio variables are computed for the main sample of narratives for each theme on the basis of:

$$\text{Theme variable} = \frac{\text{Sum of theme scores}}{\text{Total number of sentences in the statement}}$$

to provide an indicator of the perceived importance of that theme to the narrative[9].

Table I provides the underlying semantic structure for the study, Table II the major keywords, and Table III links the two by providing the thematic components together with the principal explanatory factors found in the sample narratives. The assignment of the 168 words from the content analysis dictionary to the eight categories of Table I highlights the keywords associated with particular themes in Table III.

Themes were located within sentences via keywords and labelled in a coherent manner by the investigator. Thus the keywords and phrases of Table III became more well defined than the evaluative-beneficial semantic framework label. For example, "profits, turnover, productivity, demand, orders and future optimism" became "positive trading performance" and "losses, debt, borrowings and bankers support" became "negative trading performance". Dividend news was separately categorised as positive or negative. The assignment of "keywords" to themes allowed composite themescores to be calculated in a systematic manner[10].

Table IV shows the correlations of the ten most prominent thematic variables with Status. They provide confirmatory evidence of the importance of profits, dividend and contraction messages and are classified according to the eight thematic components of Table III. Of interest here is the insignificant loading attributable to "Manageability: Unexpected", the excuses for external factors, compared with the emphasis placed on this in the earlier studies.

Appendix 2 illustrates how the theme scores are computed in practice for a sample company using the frameworks of Table III and Table IV.

| Thematic components | | Examples | |
| --- | --- | --- | --- |
| | | Positive | Negative |
| Evaluative | Beneficial (+) | Profits, turnover, productivity, dividends, demand, orders, future optimism | |
| | Adverse (–) | | Losses, debt, borrowings, bankers support, no/nominal dividend |
| Potency | Tangible (+) | Economic recovery, poised to take advantage | |
| | Intangible (–) | | Recession, downturn, competition, margins |
| Activity | Dynamic (+) | Innovations, new products, new technology, diversification, new markets, new chairman/MD | |
| | Static (–) | | Contractions, closure/disposal, redundancy, rationalisation, withdrawal of support, partners sought |
| Manageability | Expected (+) | Expansion, acquisitions, investment, development, progress, chairman/MD retires | |
| | Unexpected (–) | | Strikes, weather, interest rates, exchange rates, major difficulties, litigation, failed product or acquisition, damage claims, technical problems, lack of financial control, chairman/MD resigns |

**Table III.**
Thematic variables in content analysis

*Statistical analysis*

The classification of failed and non-failed companies on the basis of their narrative content, is considered within the context of two group linear discriminant analysis (LDA)[11].

The discriminant function is of the form:

$$Z = d_0 + d_1 v_1 + d_2 v_2 + d_3 v_3 + ...$$

where $Z$ is the discriminant score, $\{v_j\}$ are the variables selected for inclusion in the analysis and $\{d_j\}$ are the optimal coefficients with $d_0$, the constant term, representing the cut-off criterion between the two groups.

To take account of the differential costs of Type I and Type II errors, $C_1$ and $C_2$, i.e. classifying a failed firm as non-failed and vice versa, and the differential proportions of potential failures and solvent firms in the corporate population, $p_1$ and $p_2$, $d_0$ is adjusted according to $\ln(p_1/p_2 \cdot C_1/C_2)$.

AAAJ
13,5

**634**

|  |  | Theme | Correlation with status (0,1) |
|---|---|---|---|
| Evaluative | Beneficial (+) | Positive trading performance | 0.571 ** |
|  |  | Positive dividend news | 0.252 * |
|  | Adverse (–) | Negative trading performance | 0.638 ** |
|  |  | Negative/no dividend news | 0.309** |
| Potency | Tangible (+) | Optimistic outlook | 0.124 |
|  | Intangible (–) | Recession (pessimistic) | 0.219 |
|  |  | Competition (pessimistic) | 0.067 |
| Activity | Dynamic (+) | Diversification | 0.172 |
|  |  | Growth/expansion | 0.274* |
|  |  | New products | 0.211 |
|  | Static (–) | Contraction | 0.537 ** |
| Manageability | Expected (+) | Continuation | 0.029 |
|  | Unexpected (–) | External factors (excuses) | 0.055 |

**Table IV.**
Importance of thematic variables

**Notes:**
* Significant at the 0.05 level ** Significant at the 0.01 level

Altman (1993, pp. 254-63) provides empirical evidence that for the commercial bank loan decision in the US the ratio of $p_1/p_2$ is 2/98 and the $C_1/C_2$ ratio is around 31 times. We use ratios of 2/98 and 40/1 for the UK leading to a small adjustment in $d_0$ of 0.203[12].

Validation of the derived models is undertaken using the Lachenbruch (1967) jackknife holdout test approach which provides almost unbiased estimates of the true misclassification probabilities[13]. Only these results are provided in this paper.

**Results**
In the great majority of companies the first impressions created by the opening paragraph of the chairman's statement are extreme in their wording or tone. Where these convey good or bad news there is often little in the remainder of the narrative to alter the impression created. Forty-nine of the cases (30 failed, 19 non-failed) can be correctly classified on the basis of the thematic content of the first sentence alone of the narrative.

*Multivariate models*
Model 1 is formulated using keyword variables from Table II. Conventional stepwise Fisher discriminant analysis is employed. The following function is generated:

$$Z = 1.2 + 364.6(\text{PROF}) + 1,005.0(\text{ECON}) \quad 557.8(\text{CLOSE})$$
$$6.4(\text{NOMDIV}) \quad 1,005.0(\text{LEND}) \quad 2.8(\text{BS}) \quad 718.9(\text{REC}) \quad (1)$$

This correctly classifies 98 per cent of cases with only one misclassification, a Type II error. These results differ from chance classification at better than

$\alpha = 0.001$ ($t_{calc} = 7.9$) using Morrison (1969). Interestingly the one misclassification is of the only non-failed case in which the narrative expresses support from the firm's bankers.

Table V shows the Mahanolobis $D^2$-distance based Mosteller-Wallace (Mosteller and Wallace, 1963, p. 283) discriminant variable percentage contributions to the power of Model 1. The signs and importance of the explanatory variables are largely consistent with expectations and in no case is collinearity a problem. Over 67 per cent of the explanatory power of the model is attributable to the financial-based word variables and over 50 per cent to profit and loss account based references. However, the presence of the non-financial statement information significantly improves the classificatory power of the model[14].

Despite the significance of its correlation with the Status variable, the most prominent variable concerned with board movements, that derived from the resignations of chairman and managing director (CHMD), is not sufficiently statistically significant to enter the model. Incidence of resignation is highly correlated with loss-making references in the narrative so that the significance of this factor is dominated by the PROF (profit) variable.

Model 2 is fitted to explain company status in terms of the eight theme-based variables of Table III[15]. The strongest relationships are those associated with the three highly significant variable groupings of Table IV:

Good news = positive performance and positive dividend news
(Evaluative : Beneficial)

Bad news = negative performance and negative/no dividend news
(Evaluative : Adverse)

Contraction = contraction of operations
(Activity : Static)

The following model is generated:

$$Z = 0.41 + 10.4(\text{Good news}) \quad 17.0(\text{Bad news})$$
$$14.5(\text{Contraction}) \tag{2}$$

| Variables | | % Explanatory power |
|---|---|---|
| NOMDIV | = (No dividend + nominal dividend) | 26.7 |
| PROF | = Profit | 24.7 |
| LEND | = Borrowings | 15.9 |
| CLOSE | = Closures | 13.3 |
| BS | = Bank support | 10.3 |
| ECON | = Economy | 6.3 |
| REC | = Recession | 2.9 |
| | | 100.0 |

Table V.
Words: discriminant model explanatory power

AAAJ
13,5

636

The model correctly classifies 63 of the 66 cases (95 per cent) with three Type I errors and no Type II errors and is again significant at better than $\alpha = 0.001$ ($t_{calc} = 7.5$). In each misclassified case the company reports pre-tax profits together with a maintenance of dividends, "good news" regarding past profit performance which, apparently, overshadows any other difficulties[16]. Table VI shows the Mosteller-Wallace results for Model 2. The emphasis on the extent to which favourable themes outweigh unfavourable ones in the model will be noted.

*Test of hypotheses*

*H1*:   A combination of keywords and phrases from the chairman's statement, derived from a form oriented content analysis, is associated with company failure.

Based on weighted word patterns for seven financial and non-financial messages, Model 1 correctly classifies all but one case, that a non-failed company.

The variable signs and weightings are intuitively appropriate and the model is statistically significant at better than $\alpha = 0.001$. *H1* cannot, therefore, be rejected at any reasonable level of significance; the words used in the narrative are strongly associated with firm failure.

*H2:*   Themes apparent from a meaning oriented content analysis of the chairman's statement are associated with company failure.

A discriminant model with three variables founded on a sentence-based measure of themes, correctly classifies 63 cases, 91 per cent of failed and 100 per cent of non-failed firms. Again *H2* may not be rejected at any reasonable level of significance. Theme-based data from the same source would appear to have similar information value to keywords.

In terms of empirical results there is little difference in the ability of word based and thematic content analysis in their classificatory power in this context.

*Reliability and limitations*

Krippendorff (1980, pp. 130-54) warns against the potential unreliability of self-applied investigator-developed recording instructions, emphasizing three aspects of the process:

(1)   stability – intertemporal coding differences in the same coder should be insignificant;

| Variables | | | % Explanatory power |
|---|---|---|---|
| Bad news | = | Negative performance + adverse dividend news | 38.4 |
| Good news | = | Positive performance + beneficial divident news | 35.5 |
| Contraction | = | Contraction/closures | 26.1 |
| | | | 100.0 |

**Table VI.**
Themes: discriminant model explanatory power

(2) reproducibility – coding rules should be such as to allow different coders in different locations to agree substantially on their assignments;

(3) accuracy – the performance of coders should largely comply with a known "right" answer, although this is frequently impossible to assess in practice.

There is no generally agreed level of performance intercorrelations deemed satisfactory, but Krippendorff (1980, pp. 146-7) suggests that inter-coder reliability correlations in excess of 80 per cent should be sought. In this study classification rules were developed using the pre-test sample and carefully validated for internal consistency and reliability.

Nonetheless, however careful the researchers are, as Weber (1990, p. 62) emphasises, content analysis is partly an art and depends on the judgment and interpretation of the investigator. "Texts do not speak for themselves. . . . The investigator must do the speaking and the language of that speech is the language of theory" (Weber, 1990, p. 80). Researcher bias cannot be avoided.

Another major limitation of content analysis is that it assumes frequency of occurrence directly reflects the degree of emphasis accorded to words or themes and this may not always be so (e.g. see Weber, 1990, pp. 71-3). In addition words or sentences classified to the same category for data reduction purposes may not reflect that category to the same extent (Weber, 1990, p. 72).

A further issue relates to the connection between the manifest and latent content of a narrative. Content analysis rests on the belief that it is possible to go behind the text as presented and infer valid hidden or underlying meanings of interest to the investigator (Weber, 1990, pp. 72-6). Content analytic procedures that restrict themselves to manifest content alone would thus be of very limited value. Salancik and Meindl (1984, p. 243, footnote 2), however, argue that whether the attributions expressed (e.g. in the chairman's statement) are the "true" beliefs of the authors (top management) is irrelevant. Analysis of the statements of different companies with the same chairman showed clear evidence of a common writing style, suggesting that the chairman has a significant direct input; word-use by individual chairmen may impact on variable measurement here.

As in previous studies the above assumptions remain critical to the validity of the results in this paper.

## Discussion

The results of this study suggest that the firm's discretionary narrative disclosures, if appropriately analysed, have both information content for the assessment of firm survival, and decision usefulness.

The chairman's statement alone is able to classify firms as subsequently bankrupt or non-failed with a very high degree of accuracy, equivalent to that of carefully developed financial ratio based $z$-score models (e.g. Altman *et al.*, 1977; Taffler, 1983).

AAAJ
13,5

638

*Form orientated vs meaning orientated content analysis*
In this study the results from adopting a supposedly less subjective word based content analysis approach are very similar to a theme based methodology.

Strictly speaking, form orientated analysis also requires judgmental input in data reduction, in particular in keyword identification and assigning words and phrases to common semantic units. Nonetheless the amount of investigator bias that may be introduced is substantially less than in meaning orientated analysis and the complexity of the content analysis exercise considerably reduced.

Although the advantages of adopting a word based approach may not necessarily be outcome performance related for such purposes as this study, benefits in terms of relative simplicity, automatic computer coding of text, and much reduced need for researcher intervention and judgment are significant. The generalisability of the comparative methodological findings of this study into other areas needs to be evaluated in further research.

Following Prakash and Rappaport (1977) we might anticipate that the publication of work of this nature could change the behaviour of senior management in the manner in which they report performance. However, even were the chairman's statement to be "massaged", we would anticipate that it would still retain real information content, in the manner that a fundamental analysis of financial accounting numbers can reveal decision-useful insights despite a high level of creative accounting being practised (e.g. Smith, 1996).

Nonetheless the ability to mislead deliberately in such documents is, in practice, limited. The chairman's statement is a key document for the firm and, although not audited, is subject to a great deal of scrutiny from outside parties. There are consequently considerable pressures on its authors to be accurate and honest (Bettman and Weitz, 1983). In addition the nature of the document constrains it to discuss the firm's results for the year, provide reasons for past achievements and disappointments, future expectations, board changes and various other information, and such topics cannot be avoided (Staw *et al.*, 1983).

*Combining narrative and accounting information*
The good results here suggest the possibility that narrative information might improve the explanatory power of multivariate models based on financial variables alone[17].

The research design in the present study does not allow the testing of this thesis explicitly as a financial ratio based z-score measure is used in the selection of the non-failed firms. Nonetheless, given the power of such appropriately developed models in practical applications to classify failing companies correctly prior to bankruptcy with 95 per cent and above accuracy (Altman, 1993, pp. 219-20; Taffler, 1985), any benefits from the use of narrative indicators is likely to reside in reducing Type II error rates of around 20 per cent (Altman, 1993, p. 220; Taffler, 1985), i.e. classification of non-failures as high risk.

## Conclusions

This paper seeks to examine the information content and decision usefulness of the firm's discretionary narrative disclosures as provided by the chairman's statement. It makes use of both form orientated (word based) and meaning orientated (theme based) content analysis methods and tests the ability of such texts alone to measure firm financial risk and explore associations with financial distress in terms of corporate bankruptcy.

Despite the conventional wisdom that such narratives have little substantive content, the linear discriminant models constructed demonstrate that both a combination of keywords and underlying themes present in the chairman's statement permit a high degree of discrimination in the classification of bankrupt and financially healthy firms. This is in direct contrast to previous work.

A seven variable word based model consisting of three narrative references to profit and loss and balance sheet items and four non-financial references correctly classifies 65 out of 66 failed and non-failed firms (98 per cent) with the non-financial measures accounting for one-third of the explanatory power of the model. A second three variable model founded on a sentence-based measure of themes correctly classifies 63 firms (95 per cent). In each model the variables, signs and coefficients are intuitively appropriate.

Our results demonstrate that the unaudited managerial disclosures provided in the chairman's statement contain important information associated with the firm's future financial state once the narrative is appropriately analysed. In particular both positive and negative textual mentions need to be scored and keywords and themes clearly distinguished as good and bad news.

The study employs a matched-sample approach, which while it has the advantage of controlling for the influence of extraneous variables, also introduces a non-random selection of cases, with the potential to result in an overstatement of the contribution of the individual variables under consideration.

We speculate that the addition of such narrative variables to conventional financial ratio bankruptcy prediction models may help to reduce the relatively high Type II errors typically found in practice by allowing better discrimination between those financially distressed firms that ultimately fail and those that successfully recover. The method adopted in this study, with financial variables used for sample selection, precludes any attempt to integrate financial and narrative variables in a single model.

Our results also have implications for the debate over the provision of more future orientated disclosures in annual reports and the appropriate mechanisms for communicating such information. As Abrahamson and Amir (1996) note, the issues addressed in the far more readable president's letter (Gibson and Schroeder, 1990) are of a more freewheeling and general strategic nature, qualitatively different to the more regulated MD&A, and with greater information content[18].

AAAJ
13,5

640

## Notes

1. This restriction allows them to analyse a far larger sample than is usually possible in content analysis studies. Abrahamson and Park (1994) also focus on negative organisational outcomes explicitly in their study of concealment of information in letters to shareholders.

2. The authors are constrained by their use of the content analysis package WORDS, which was originally developed for the analysis of psychoanalytic session transcripts without requiring subjective intervention by the researcher in terms of prior category specification (see Frazier *et al.*, 1984).

3. As well as problems deriving from the automatic generation of non-directional variables in WORDS via factor analysis, the restriction imposed by the use of factor score variables also makes any potential relationship between narrative disclosures and financial distress difficult to attribute to particular word patterns.

4. As their financial ratio based model results derived from the same firm cases are not statistically significant in contrast to the uniform results of other studies, there are clearly other problems with the study too.

5. Their five variable president's letter based logistic regression model correctly classifies only 76 per cent of their 46 failed and non-failed cases on a simple resubstitution basis and with only one factor theme, a focus on internal problems, statistically significant at the 10 per cent level.

6. We focus on the chairman's statement in preference to the MD&A because the MD&A (Operating and Financial Review in the UK) is a very recent innovation in UK reporting practice (ASB, 1993). Also, as Abrahamson and Amir (1996) point out, the president's letter provides more freedom for management to provide potentially useful information to accounts users. Tennyson *et al.* (1990) also find poorer results using MD&A textual analysis.

7. It should be noted that the sample design using accounting statement based $z$-scores explicitly precludes any attempt at improving on the financial ratio based model through the inclusion of narrative based variables. This extension represents a potentially interesting further development of the research.

8. Word roots are identified by first removing the suffixes (e.g. -s, -ed, -ing, -ion) to ease the generation of a dictionary.

9. An alternative approach to the measurement of themes was also examined, according each theme mentioned a score of 1.0 on its appearance. However this method produced no significant difference in the resulting proportion of theme messages, so the initial method was retained.

10. The original investigator replicated the initial coding at an interval of approximately one month with a substantial coincidence of assignments ($r = 0.95$). The coding exercise was further replicated with a group of 15 final year undergraduate business degree students, whose mean assignment demonstrated similar thematic recognition ($r = 0.74$).

11. Whereas alternative multivariate methodologies such as quadratic discriminant analysis (Altman *et al.*, 1977), logit and probit (e.g. Ohlson, 1980; Zavgren, 1985), non-parametric methods such as recursive partitioning (Frydman *et al.*, 1985) and neural nets (e.g. Altman *et al.*, 1994), are detailed in the literature, there is no evidence of significantly superior performance associated with such approaches compared with traditional LDA (e.g. see Hamer, 1983; Lo, 1986). This is probably because the classical linear discriminant model is quite robust in practice (e.g. Bayne *et al.*, 1983). Accordingly LDA is adopted throughout this study.

12. However the results reported in this paper are insensitive to a fairly wide range of $p_1/p_2$ and $C_1/C_2$ ratio values.

13. In this approach, $n_1 + n_2$ discriminant functions are computed from the original data samples of size $n_1$ and $n_2$ observations, with a different observation held out each time which is then reclassified by the function computed from the remaining $n_1 + n_2$   1 cases. If $m_1$ and $m_2$ observations respectively are misclassified in the two groups, then the ratios $m_1/n_2$ and $m_2/n_2$ provide the almost unbiased estimates of the true misclassification probabilities.

14. A three variable discriminant model derived from the three financial-based categories in Table I – Profitability, Dividends and Borrowings – only, with variables PROF, NOMDIV and LEND, provides five misclassifications (8 per cent of cases), four Type I and one Type II.

15. Evaluate-beneficial; evaluative-adverse; potency-tangible; potency-intangible; activity-dynamic; activity-static; manageability-expected; manageability-unexpected.

16. For example, application of this model to the case illustration of Appendix 2 would yield a score of $z =$   5.45 (i.e. $0.41 + 10.4(0)$   $17.0(4.17/13)$   $14.4(0)$) and a clear failed classification.

17. Whereas Tennyson *et al.* (1990) do attempt to explore this issue, their results are disappointing with their combined ten variable financial ratio and content analysis factor logit model no better at classifying their 46 firm cases than their five factor content analysis model alone (see [4, 5] above).

18. Bryan (1997) shows MD&A disclosures have relatively limited short term predictive ability in terms of direction of change in accounting numbers and only capital expenditure mention is associated with market return, although such information may also appear elsewhere in the associated annual report or 10-K source document.

**References**

Abrahamson, E. and Amir, E. (1996), "The information content of the president's letter to shareholders", *Journal of Business Finance and Accounting*, Vol. 23 No. 8, October, pp. 1157-82.

Abrahamson, E. and Park, C. (1994), "Concealment of negative organizational outcomes: an agency theory perspective", *Academy of Management Journal*, Vol. 37 No. 5, pp. 1302-34.

Accounting Standards Board (ASB) (1993), *Operating and Financial Review*, June, London.

Aerts, W. (1994), "On the use of accounting logic as an explanatory category in narrative accounting disclosures", *Accounting, Organizations and Society*, Vol. 19 No. 4/5, pp. 337-53.

Altman, E.I. (1968), "Financial ratios, discriminant analysis and the prediction of corporate bankruptcy", *Journal of Finance*, Vol. 23 No. 4, September, pp. 589-609.

Altman, E.I. (1993), *Corporate Financial Distress and Bankruptcy*, 2nd ed., John Wiley, New York, NY.

Altman, E.I., Haldeman, R.G. and Narayanan, P. (1977), "Zeta analysis: a new model to identify bankruptcy risk of corporations", *Journal of Banking and Finance*, Vol. 1 No. 1, June, pp. 29-54.

Altman, E.I., Marco, G. and Varetto, F. (1994), "Corporate distress diagnosis: comparisons using linear discriminant analysis and neural networks (the Italian experience)", *Journal of Banking and Finance*, Vol. 18 No. 3, pp. 505-29.

Bayne, C.K., Beauchamp, J.J., Kane, V.E. and McCabe, G.P. (1983), "Assessment of Fisher and logistic linear and quadratic discriminant models", *Computational Statistics and Data Analysis*, Vol. 1, pp. 257-73.

Bettman, J.R. and Weitz, B.A. (1983), "Attributions in the board room: causal reasoning in corporate annual reports", *Administrative Science Quarterly*, Vol. 28, pp. 165-83.

Bowman, E.H. (1984), "Content analysis of annual reports for corporate strategy and risk", *Interfaces*, Vol. 14, January-February, pp. 61-71.

Bryan, S.H. (1997), "Incremental information content of required disclosures contained in management discussion and analysis", *The Accounting Review*, Vol. 72 No. 2, April, pp. 285-301.

Clapham, S.E. and Schwenk, C.R. (1991), "Self-serving attributions, managerial congnition and company performance", *Strategic Management Journal*, Vol. 12, pp. 219-29.

D'Aveni, R.A. and MacMillan, I.C. (1990), "Crisis and the content of managerial communications: a study of the focus of attention of top managers in surviving and failing firms", *Administrative Science Quarterly*, Vol. 35, pp. 634-57.

Dawes, R. (1979), "The robust beauty of improper linear models in decision making", *American Psychologist*, Vol. 34 No. 7, July, pp. 571-82.

Frazier, K.B., Ingram, R.W. and Tennyson, B.M. (1984), "A methodology for the analysis of narrative accounting disclosures", *Journal of Accounting Research*, Vol. 22 No. 1, Spring, pp. 318-31.

Frydman, H., Altman, E.I. and Kao, D.G. (1985), "Introducing recursive partitioning for financial classification: the case of financial distress", *Journal of Finance*, Vol. 40 No. 1, March, pp. 269-91.

Gibson, C. and Schroeder, N. (1990), "Readability of management's discussion and analysis", *Accounting Horizons*, Vol. 4 No. 4, December, pp. 78-87.

Hamer, M. (1983), "Failure prediction: sensitivity of classification accuracy to alternative statistical methods and variable sets", *Journal of Accounting & Public Policy*, Vol. 2, pp. 289-307.

Hockey, S. and Martin, J. (1988), *Oxford Concordance Program: Users Manual 2*, Oxford University Computing Service, Oxford.

Houghton, K.A. (1988), "The measurement of meaning in accounting: a critical analysis of the principal evidence", *Accounting, Organizations and Society*, Vol. 13 No. 3, pp. 263-80.

Ingram, R.W. and Frazier, K.B. (1980), "Environmental performance and corporate disclosure", *Journal of Accounting Research*, Vol. 18 No. 2, Autumn, pp. 614-22.

Ingram, R.W. and Frazier, K.B. (1983), "Narrative disclosures in annual reports", *Journal of Business Research*, Vol. 11, pp. 49-60.

Jones, F.L. (1987), "Current techniques in bankruptcy prediction", *Journal of Accounting Literature*, Vol. 6, pp. 131-64.

Jones, M.J. and Shoemaker, P.A. (1994), "Accounting narratives: a review of empirical studies of content and readability", *Journal of Accounting Literature*, Vol. 14, pp. 142-84.

Kelly-Newton, L. (1980), "A sociological investigation of the USA mandate for replacement cost disclosures", *Accounting, Organizations and Society*, Vol. 5 No. 3, pp. 311-21.

Krippendorff, K. (1980), *Content Analysis: An Introduction to its Methodology*, Sage Publications, Newbury Park, CA.

Lachenbruch, P.A. (1967), "An almost unbiased method of obtaining confidence intervals for the probability of misclassification in discriminant analysis", *Biometrics*, Vol. 23 No. 4, December, pp. 639-45.

Lo, A.W. (1986), "Logit versus discriminant analysis", *Journal of Econometrics*, Vol. 31, pp. 151-78.

McConnell, D., Haslem, J.A. and Gibson, V.R. (1986), "The president's letter to stockholders: a new look", *Financial Analysts Journal*, September-October, pp. 66-70.

Morris, R.D. (1987), "Signalling, agency theory and accounting policy choice", *Accounting and Business Research*, Vol. 18 No. 69, Winter, pp. 47-56.

Morrison, D.G. (1969), "On the interpretation of discriminant analysis", *Journal of Marketing Research*, Vol. 6, pp. 156-63.

Mosteller, F. and Wallace, D.L. (1963), "Inference in an authorship problem", *Journal of American Statistical Association*, Vol. 58, pp. 275-309.

Ohlson, J.A. (1980), "Financial ratios and the probabilistic prediction of bankruptcy." *Journal of Accounting Research*, Vol. 18 No. 1, Spring, pp. 104-31.

Osgood, L.E., Suci, G.J. and Tannenbaum, P.H. (1957), *The Measurement of Meaning*, University of Illinois Press, Urbana, IL.

Prakash, P. and Rappaport, A. (1977), "Information inductance and its significance for accounting", *Accounting, Organizations and Society*, Vol. 2 No. 1, pp. 29-38.

Rogers, R.K. and Grant, J. (1997), "An empirical investigation of the relevance of the financial reporting process to financial analysts", unpublished manuscript, Portland State University, February.

Ross, S.A. (1979), "Disclosure regulation in financial markets: implications of modern finance theory and signalling theory", in Edwards, F.R. (Ed.), *Issues in Financial Regulation*, McGraw-Hill, New York, NY, pp.177-202.

Salancik, G.R. and Meindl, J.R. (1984), "Corporate attributions as strategic illusions of management control", *Administrative Science Quarterly*, Vol. 29, pp. 238-54.

Schipper, K. (1991), "Analysts' forecasts", *Accounting Horizons*, Vol. 5 No. 4, September, pp. 105-21.

Smith, M. and Taffler, R.J. (1992), "The Chairman's Statement and corporate financial performance" *Accounting and Finance*, Vol. 32 No. 2, November, pp. 75-90.

Smith, T. (1996), *Accounting for Growth*. 2nd ed., Century Business Books, London.

SPSS Inc. (1986), *SPSS-X: User's Guide*, 2nd ed., McGraw Hill, Maidenhead.

Staw, B.M., McKechnie, P.I. and Puffer, S.M. (1983), "The justification of organizational performance", *Administrative Science Quarterly*, Vol. 28, pp. 582-600.

Swales, Jr, G.S. (1988), "Another look at the president's letter to stockholders", *Financial Analysts Journal*, March-April, pp. 71-3.

Taffler, R.J. (1983), "The assessment of company solvency and performance using a statistical model." *Accounting and Business Research*, Vol. 15 No. 52, Autumn, pp. 295-308.

Taffler, R.J. (1985), *The Use of the Z-score Approach in Practice*, Working Paper 95/1, Centre for Empirical Research in Finance and Accounting, City University Business School, London.

Tennyson, B.M., Ingram, R.W. and Dugan, M.T. (1990), "Assessing the information content of narrative disclosures in explaining bankruptcy", *Journal of Business Finance and Accounting*, Vol. 17 No. 3, Summer, pp. 390-410.

Watts, R.L. and Zimmerman, J.L. (1986) *Positive Accounting Theory*, Prentice-Hall, Englewood Cliffs, NJ.

Watts, R.L. and Zimmerman, J.L. (1990) "Positive accounting theory: a ten year perspective", *The Accounting Review*, Vol. 65 No. 1, January, pp. 131-56.

Weber, R.P. (1990), *Basic Content Analysis*, 2nd ed., Sage University Paper Series on Quantitative Applications in the Social Sciences No. 49, Sage, Newbury Park, CA.

Yoon, Y. and Swales, G. (1991), "Predicting stock price performance: a neural network approach", *Proceedings of the IEEE 24th Annual International Conference of Systems Sciences*, January, pp. 156-62.

Zavgren, C.V. (1985), "Assessing the vulnerability to failure of American industrial firms: a logistic analysis", *Journal of Business Finance and Accounting*, Vol. 12 No. 1, Spring, pp. 19-45.

Discretionary
narrative
disclosures

**643**

AAAJ
13,5

644

**Appendix 1**

| Match | Industrial activity | Failed companies | Financial year end | Sales turnover (£m) | Z-score | Non failed companies | Financial year end | Sales turnover (£m) | Z-score |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Industrial plant | Fairbaim Lawson | 31.12.78 | 16.2 | 6.21 | William Boulton | 30.6.78 | 20.2 | 4.90 |
| 2 | Industrial plant | Gen Eng Co (Radcliffe) | 31.12.78 | 6.9* | 8.10 | Hunslet Holdings | 6.8.78 | 8.8 | 10.76 |
| 3 | Construction | Southern Constructions | 31.12.78 | 12.2 | 6.15 | J Smart | 31.7.78 | 10.9 | 13.81 |
| 4 | Textiles | Rivington Read | 31.3.79 | 23.2 | 1.06 | Bodycote International | 31.12.78 | 29.9 | 4.97 |
| 5 | Motor vehicles | Fodens | 31.3.79 | 51.1 | 2.59 | ERF Holdings | 31.3.79 | 68.2 | 3.84 |
| 6 | Chemicals | Burrell & Co | 31.12.79 | 9.9 | 3.80 | Yorkshire Chemicals | 31.12.79 | 18.0 | 4.33 |
| 7 | Clothing | Blackman Conrad | 31.1.80 | 7.5 | 3.00 | Hawtin | 31.1.80 | 12.1 | 5.14 |
| 8 | Carpets | Blackwood Morton | 30.6.80 | 21.9 | 1.01 | Gaskell Broadloom | 31.12.80 | 12.5 | 3.29 |
| 9 | Industrial plant | Stone Platt | 31.12.80 | 193.5 | 2.15 | APV Holdings | 31.12.80 | 282.1 | 4.71 |
| 10 | Printing | Oxley Printing | 31.12.80 | 27.7 | 5.44 | Richard Clay | 2.1.81 | 18.2 | 8.20 |
| 11 | Textiles | William Pickles | 31.12.80 | 22.3 | 0.86 | Marling Industries | 31.3.81 | 19.8 | 0.29 |
| 12 | Clothing | WL Pawson | 28.2.81 | 26.1 | 3.52 | IJ Dewhirst | 16.1.81 | 20.9 | 10.27 |
| 13 | Printing | Woodrow Wyatt | 31.3.81 | 8.4 | 5.55 | Usher Walker | 31.12.80 | 7.9 | 6.50 |
| 14 | Textiles | Cawdaw Industrial | 31.3.81 | 11.6 | 4.29 | Hicking Pentecost | 31.3.81 | 11.4 | 3.03 |
| 15 | Furniture | F Austin (Leyton) | 3.7.81 | 7.3 | 4.00 | Stoinehill Holdings | 31.3.81 | 18.5 | 3.76 |
| 16 | Mechanical eng. | Moss Engineering | 31.8.81 | 16.7 | 2.50 | Burgess Products | 1.8.81 | 22.8 | 4.69 |
| 17 | Caravans | Caravans International | 31.8.81 | 63.6 | 4.82 | Ace Belmont | 31.8.81 | 36.4 | 3.87 |
| 18 | Toys and games | Berwick Timpo | 31.12.81 | 13.2 | 3.80 | JW Spear | 31.12.81 | 14.7 | 5.02 |
| 19 | Electricals | Derritron | 31.12.81 | 8.6 | 7.78 | AF Bulgin | 31.12.81 | 5.0 | 14.84 |
| 20 | Builders materials | Carron & Co | 21.12.81 | 31.7 | 3.58 | Ruberoid | 31.12.81 | 52.8 | 7.25 |
| 21 | Clothing | R&J Pullman | 30.4.82 | 24.0 | 5.72 | JW Dewhirst | 14.1.82 | 23.2 | 10.80 |
| 22 | Foundries | Midland Industries | 31.12.82 | 24.7 | 2.22 | Mitchell Somers | 2.4.83 | 32.7 | 3.08 |
| 23 | Clothing | Mellins | 31.12.82 | 1.7 | 6.80 | Ladies Pride | 30.11.82 | 6.4 | 13.66 |
| 24 | Food manuf. | Scotcros | 31.3.83 | 46.4 | 4.43 | Hazlewood | 31.3.83 | 30.0 | 1.12 |
| 25 | Mech. handling | Acrow | 31.3.83 | 163.1 | 3.68 | JH Fenner | 28.8.82 | 144.2 | 2.83 |
| 26 | Construction | Crouch Group | 31.3.83 | 21.0 | 4.31 | Tysons (Contractors) | 31.12.82 | 24.2 | 3.80 |
| 27 | Furniture | Metamec Jentique | 30.6.83 | 9.3 | 3.33 | Elson & Robbins | 30.9.83 | 18.2 | 6.64 |
| 28 | Steels | Danks Gowerton | 30.6.83 | 18.1 | 1.10 | J Saville Gordon | 30.4.83 | 18.0 | 3.73 |
| 29 | Clothing | George Spencer | 31.12.83 | 9.9 | 1.83 | Towles | 29.2.84 | 13.4 | 10.86 |
| 30 | Wool | Nova (Jersey) Knit | 31.3.84 | 8.0 | 3.05 | Sanderson, Murray & Elder | 30.6.84 | 5.6 | 9.01 |
| 31 | Construction | Cocksedge Holdings | 31.3.84 | 3.5 | 7.28 | Braithwaite | 31.3.84 | 7.6 | 5.75 |
| 32 | Electricals | Herman Smith | 30.6.84 | 10.3 | 3.07 | Kode International | 31.12.83 | 12.5 | 6.37 |
| 33 | Steels | SW Farmer | 31.12.84 | 19.1 | 3.18 | Brasway | 27.4.85 | 22.3 | 5.83 |

**Table AI.**
Matched sample of companies

**Note:** *Turnover for a nine-month accounting period. A proportionate increase provides a figure of 9.2, which corresponds with the previous year's total

**Appendix 2**

*Chairman's statement – Nova (Jersey) Knit (31 March 1984)*

In August 1983 your company's dyeing and finishing operations were transferred from South Wales to Nottingham amidst considerable controversy. This move was made following a combined management and production agreement with George Spencer plc and its subsidiary, W.E. Saxby (Nottingham) Limited. W.E. Saxby subsequently ceased trading but a new contract between another subsidiary of George Spencer and ourselves, although less favourable to us than the original agreement, enabled us to continue profitable operations.

As a result of the move, your company's overheads have been pruned to a level where it can operate profitably on a more flexible level of turnover than heretofor. Your group has also diversified into consumer textiles, the products of which compete successfully for a share of the market both at home and abroad. This area of activity will become increasingly important in the future.

During the move to Nottingham certain key machinery was seriously damaged resulting in a loss of turnover for the year estimated at £2.7 million. This machinery was insured for both material damage and consequential loss covering a maximum indemnity period of 2.5 years from the date of damage. Our advisors have assessed the claim to 31 March 1984 in the sum of £1.2 million representing the loss of *gross* (not net) profit for the period. A further claim will be made in respect of 1984/85.

The move to Nottingham caused your group to incur considerable extraordinary costs including the repayment of regional development grants. In addition a term loan granted as selective assistance was repaid in full during the year and requires refinancing. In consequence the board can recommend only a nominal final dividend of 0.5p per share on this occasion.

| Theme | Theme score | Theme component |
|---|---|---|
| Plant relocation | 2.83 | Manageability –ve |
| Joint venture agreement | 1.00 | Manageability +ve |
| Profitability | 0.83 | Evaluative –ve |
| Overheads pruned | 0.33 | Evaluative – ve |
| Diversification | 2.00 | Activity +ve |
| Losses | 1.50 | Evaluative –ve |
| Extraordinary costs | 0.50 | Evaluative –ve |
| Damage claims | 2.00 | Manageability –ve |
| Loan finance | 1.00 | Potency –ve |
| Dividents | 1.00 | Evaluative –ve |
| Total sentences | 13.00 | |

**Table AII.**
Theme scores and components

| Theme components (Table III) | Positive | Negative |
|---|---|---|
| Evaluative | – | 4.17/13 |
| Potency | – | 1/13 |
| Activity | 2/13 | – |
| Manageability | 1/13 | 4.83/13 |
| Total theme scores | 3/13 | 10/13 |

**Table AIII.**
Theme components

AAAJ
13,5

**646**

| Theme variables (Table IV) | | Positive | Negative |
| --- | --- | --- | --- |
| *Evaluate* | | | |
| Positive trading performance | Good news | – | – |
| Positive divident news | | – | – |
| Negative trading performance | Bad news | – | 3.17/13 |
| Negative dividend news | | – | 1.0/13 |
| *Potency* | | | |
| Optimistic outlook | | – | – |
| Pessimistic outlook | | – | 1.0/13 |
| *Activity* | | | |
| Diversification | | 2/13 | – |
| Contraction | | – | – |
| *Manageability* | | | |
| Continuation | | 1/13 | – |
| External factors | | – | 4.83/13 |
| Total | | 3/13 | 10/13 |

**Table AIV.**
Theme variables