**APPENDIX II**

**PLAINTIFFS' UNPUBLISHED CASES/AUTHROITIES**
**LEAD PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF**
**EXPERT LUCY P. ALLEN**

| No. | Case/Authority Name |
|---|---|
| 1 | *Burkett v. Aztec Well Fam.*, 2022 WL 17418522 (W.D. Tex. Nov. 1, 2022). |
| 2 | *Calsep A/S v. Intelligent Petroleum Software Sols., LLC*, 2020 WL 1321521 (S.D. Tex. Mar. 17, 2020). |
| 3 | *Chen-Oster v. Goldman, Sachs & Co.*, 2022 WL 814074 (S.D.N.Y. Mar. 17, 2022). |
| 4 | *Delaware Cnty. Emps. Ret. Sys. v. Cabot Oil & Gas Corp.*, 2023 WL 6300569 (S.D. Tex. Sept. 27, 2023). |
| 5 | *Estevis v. City of Laredo*, 2023 WL 9312081 (S.D. Tex. Dec. 28, 2023). |
| 6 | *In re Allstate Corp. Sec. Litig.*, 2020 WL 7490280 (N.D. Ill. Dec. 21, 2020). |
| 7 | *MGM Well Servs., Inc. v. Mega Lift Sys., LLC*, 2007 WL 150606 (S.D. Tex. Jan. 16, 2007). |
| 8 | *Quintel Tech. Ltd. V. Huawei Techs. USA, Inc*, 2018 WL 626355 (E.D. Tex. Jan. 30, 2018). |
| 9 | *Sanson v. Allstate Texas Lloyds*, 2018 WL 3736362 (E.D. Tex. Aug. 6, 2018). |
| 10 | *Seitz v. Envirotech Sys. Worldwide Inc.*, 2008 WL 656513 (S.D. Tex. Mar. 6, 2008). |
| 11 | *Smith v. City of Bastrop*, 2021 WL 148061 (W.D. Tex. Jan. 15, 2021). |
| 12 | *Tewari De-Ox Sys., Inc. v. Mountain States/Rosen, LLC*, 2009 WL 10674753 (W.D. Tex. Aug. 19, 2009). |
| 13 | *U.S. ex rel. Barron v. Deloitte & Touche, LLP*, 2008 WL 7136869 (W.D. Tex. Sept. 26, 2008). |
| 14 | *Vazquez v. Aguilera*, 2022 WL 2292888 (S.D. Tex. Mar. 25, 2022). |