**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Case No. 4:21-cv-02473 |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF LUCY P. ALLEN**

This Order addresses Utah Retirement Systems' and Construction Laborers Pension Trust for Southern California's (together, "Lead Plaintiffs") Motion to Exclude Opinions and Testimony of Lucy P. Allen. Having considered Lead Plaintiffs' motion, the exhibits, and all responses and replies thereto, the Court hereby:

**GRANTS** the Motion to Exclude Opinions and Testimony of Lucy P. Allen.

**IT IS SO OREDERED.**

Signed this the _____ day of _____, 2024.

_____
THE HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE