**APPENDIX**

**LEAD PLAINTIFFS' UNPUBLISHED AUTHORITIES FOR LEAD PLAINTIFFS'
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO
EXCLUDE OPINIONS AND TESTIMONY OF EXPERT LUCY P. ALLEN AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

| CASE NO. | CASE NAME |
|---|---|
| 1 | *City of Birmingham Relief & Ret. Sys. v. Acadia Pharms., Inc.*, 2024 WL 1060079 (S.D. Cal. Mar. 11, 2024) |
| 2 | *Hall v. Johnson & Johnson*, 2023 WL 9017023 (D.N.J. Dec. 29, 2023) |
| 3 | *Delaware Cnty. Emps. Ret. Sys. v. Cabot Oil & Gas Corp.*, 2023 WL 6300569 (S.D. Tex. Sept. 27, 2023) *leave to appeal denied*, 2023 WL 8794620 (5th Cir. Nov. 17, 2023) |
| 4 | *Crews v. Rivian Auto., Inc.*, 2024 WL 3447988 (C.D. Cal. July 17, 2024) |
| 5 | *In re NIO, Inc. Sec. Litig.*, 2023 WL 5048615 (E.D.N.Y. Aug. 8, 2023) |
| 6 | *Ferris v. Wynn Resorts Ltd.*, 2023 WL 2337364 (D. Nev. Mar. 1, 2023) |
| 7 | *Jaeger v. Zillow Grp., Inc.*, 2024 WL 3924557 (W.D. Wash. Aug. 23, 2024) |
| 8 | *Thomas v. GEICO*, 2024 WL 1075151 (N.D. Ill. Mar. 12, 2024) |
| 9 | *In re Kirkland Lake Gold Ltd. Sec. Litig.* 2024 WL 1342800 (S.D.N.Y. Mar. 29, 2024) |
| 10 | *Ramirez v. Exxon Mobil Corp.*, 2023 WL 5415315 (N.D. Tex. Aug. 21, 2023) |
| 11 | *In re Apache Corp. Sec. Litig.*, 2024 WL 532315 (S.D. Tex. Feb. 9, 2024) |
| 12 | *Finesse Wireless LLC v. AT&T Mobility LLC*, 2023 WL 5613160 (E.D. Tex. Aug. 30, 2023) |
| 13 | *In re Allstate Corp. Sec. Litig.*, 2020 WL 7490280 (N.D. Ill. Dec. 21, 2020) |
| 14 | *Kellam v. Metrocare Servs.*, 2013 WL 12093753 (N.D. Tex. May 31, 2013) |
| 15 | *Butler v. BNSF Ry. Co.*, 2024 WL 2735020 (E.D. Tex. Mar. 26, 2024) |
| 16 | *In re DVI, Inc. Sec. Litig.*, 2014 WL 4634301 (E.D. Pa. Sept. 16, 2014) |
| 17 | *Henson v. Deepwell Energy Serv., LLC*, 2021 WL 3388036 (E.D. Tex. June 14, 2021) |
| 18 | *Sonerra Res. Corp. v. Thomas Energy Servs., Inc.*, 2003 WL 25685208 (E.D. Tex. July 16, 2003) |
| 19 | *Chen-Oster v. Goldman, Sachs & Co.*, 2022 WL 814074 (S.D.N.Y. Mar. 17, 2022) |
| 20 | *Disney Enters. v. VidAngel Inc.*, 2019 WL 4544428 (C.D. Cal. May 29, 2019) |
| 21 | *Saldana v. Selvera*, 2023 WL 3695620 (S.D. Tex. Mar. 8, 2023) |
| 22 | *In re BP p.l.c. Sec. Litig.*, 2014 WL 2112823 (S.D. Tex. May 20, 2014) |
| 23 | *Estevis v. City of Laredo*, 2023 WL 9312081 (S.D. Tex. Dec. 28, 2023) |
| 24 | *Estech Sys. IP, LLC v. Carvana LLC*, 2023 WL 2934920 (E.D. Tex. Apr. 13, 2023) |
| 25 | *Exeltis USA Inc. v. First Databank, Inc.*, 2020 WL 7025089 (N.D. Cal. Nov. 30, 2020) |