**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Case No. 4:21-cv-02473 |

**DIRECT TESTIMONY OF CHAD COFFMAN, CFA**
**January 21, 2025**

**INDEX OF EXHIBITS**

| EXHIBIT | DOCUMENT |
|---|---|
| **Exhibit No. 1** | Coffman Opening Report |
| **Exhibit No. 2** | Consolidated Complaint for Violations of the Federal Securities Laws, Case No.: 4:21-cv-02473, Dkt. 25 |
| **Exhibit No. 3** | Eugene F. Fama, *Efficient Capital Markets: A Review of Theory and Empirical Work*, 25 J. Fin. 383 (1970) |
| **Exhibit No. 4** | *Basic, Inc. v. Levinson,* 485 U.S. 224 (1988) |
| **Exhibit No. 5** | *Halliburton Co., et al., v. Erica P. John Fund, Inc.,* 134 S. Ct. 2398 (2014) |
| **Exhibit No. 6** | *Cammer, et al., v. Bruce M Bloom, et al.,* 7 11 F. Supp. 1264 (D.N.J. 1989) |
| **Exhibit No. 7** | *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001) |
| **Exhibit No. 8** | Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud* § 8.6 (Aug. 1988) |
| **Exhibit No. 9** | https://www.investor.gov/introduction-investing/investing-basics/glossary/market-makers |
| **Exhibit No. 10** | Brad M. Barber, et al., *The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency*, 19 J. Corp. L. 285 (1994). |
| **Exhibit No. 11** | Introduction and Appendices at https://www.nyse.com/publicdocs/nyse/NYSE_IPO_Guide_Third_Edition.pdf |

| | |
|---|---|
| **Exhibit No. 12** | William Sharpe, Gordon J. Alexander, and Frank J. Jones, Foundations of Financial Markets and Institutions 18-A-1 (4th ed. 2010) |
| **Exhibit No. 13** | https://www.nyse.com/market-model |
| **Exhibit No. 14** | https://www.nasdaqtrader.com/Trader.aspx?id=TradingUSEquities |
| **Exhibit No. 15** | www.sec.gov/about/forms/forms-3.pdf |
| **Exhibit No. 16** | https://www/sec.goc/Archives/edgar/data/135807/000119312518192210/d605035ds3asr.htm |
| **Exhibit No. 17** | A. Craig MacKinlay, *Event Studies in Economics and Finance*, 35 J. Econ. Literature 13 (1997) |
| **Exhibit No. 18** | John J. Binder, *The Event Study Methodology Since 1969*, 11 Rev. Quantitative Fin. & Acct. 111 (1998) |
| **Exhibit No. 19** | Nihat Aktas et al., *Event studies with a contaminated estimation period*, J. of Corp. Fin. 13 (2007) |
| **Exhibit No. 20** | *Concho Resources Inc. to Acquire RSP Permian, Inc. in All-Stock Transaction*, Bus. Wire (Mar. 28, 2018) |
| **Exhibit No. 21** | Phillip A. Braun, *Good News, Bad News Volatility, and Betas,* 50 J. Fin. 1575, 1597 (1995) |
| **Exhibit No. 22** | The Nat'l Acad. Press, Reference Manual on Scientific Evidence (3d ed. 2011) |
| **Exhibit No. 23** | William H. Beaver, *The Information Content of Annual Earnings Announcements*, 6 Empirical Rsch. in Acct.: Selected Studies, supplement to J. of Acct. Rsch. (1968) |
| **Exhibit No. 24** | Robert G. May, *The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes*, 9 Empirical Rsch. in Acct.: Selected Studies, supplement to J. of Acct. Rsch. (1971) |
| **Exhibit No. 25** | Joseph Aharony & Itzhak Swary, *Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis*, 35 J. of Fin. (1980) |
| **Exhibit No. 26** | Randall S. Thomas & James F. Cotter, *Measuring Securities Market Efficiency in the Regulatory Setting.* 63 Law & Contemp. Probs. 117 (2000) |
| **Exhibit No. 27** | Doron Avramov, Tarun Chordia & Amit Goyal, *Liquidity and Autocorrelations in Individual Stock Returns*, 61 J. Fin. 2365, 2367-68 (2006) |
| **Exhibit No. 28** | Michael C. Jensen, *Some Anomalous Evidence Regarding Market Efficiency*, 6 J. Fin. Econ. 95-101 (1978) |
| **Exhibit** | William H. Greene, Econometric Analysis 644 (6th ed. 2008) |

| No. 29 | |
|---|---|
| **Exhibit No. 30** | Stephen A. Ross, *Options and Efficiency*, 90 Q.J. Econ. 75 (1976) |
| **Exhibit No. 31** | Raman Kumar, Atulya Sarin & Kuldeep Shastri, *The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis*, 53 J. Fin. 717 (1998) |
| **Exhibit No. 32** | Options Data Obtained from Bloomberg |
| **Exhibit No. 33** | Expert Report of Lucy P. Allen |
| **Exhibit No. 34** | Coffman Rebuttal Report |
| **Exhibit No. 35** | Defendants' Opposition to Plaintiffs' Motion for Class Certification, Dkt. 68 |
| **Exhibit No. 36** | Memorandum and Recommendation, Dkt. 38 |
| **Exhibit No. 37** | Appendix 1 to Defendants' Opposition to Plaintiffs' Motion to Certify Class, Dkt. 68-2 |
| **Exhibit No. 38** | *Concho Resources Inc. Reports Second Quarter 2019 Results*, Bus. Wire (July 31, 2019, 4:21 PM) |
| **Exhibit No. 39** | *Q2'19 EBITDAX Misses Street; 18 is the New 24*, Barclays (July 31, 2019) |
| **Exhibit No. 40** | *2Q19 Quick Take: Scaled Back Activity Catches Market by Surprise*, Raymond James (July 31, 2019) |
| **Exhibit No. 41** | *Morning Sankey*, Mizuho (Aug. 1, 2019) |
| **Exhibit No. 42** | *Valuation Implies Core Permian Being Condemned; Reiterate Buy*, Jefferies (Aug. 5, 2019) |
| **Exhibit No. 43** | *Monday Morning Quarterback: What Went Wrong and How to Fix It*, J.P. Morgan (Aug. 5, 2019) |
| **Exhibit No. 44** | Trent Jacobs, *"Dominator Project" Raises Key Questions About Future of Cube Drilling*, J. of Petroleum Tech. 71 (2019) |
| **Exhibit No. 45** | *Company Conference Presentation*, S&P Global Mkt. Intelligence (Sept. 4, 2019, 9:05 AM) |
| **Exhibit No. 46** | *FQ2 2019 Earnings Call Transcripts*, S&P Global Mkt. Intelligence (Aug. 1, 2019, 9:00 AM) |
| **Exhibit No. 47** | Expert Surreply Report of Lucy P. Allen, dated June 19, 2024, Dkt. 84-4 |

| Exhibit No. 48 | Frank Fernandez, *The Roles and Responsibilities of Securities Analysts*, 2 Sec. Indus. Ass'n - Rsch. Reports (Aug. 22, 2001) |
|---|---|
| Exhibit No. 49 | Expert Report of Lucy P. Allen, dated March 1, 2022, in *Allegheny County Employees' Retirement System, et al. v. Energy Transfer LP, et al.,* Case No. 2:20-cv-00200-GAM |
| Exhibit No. 50 | David I. Tabak & Frederick C. Dunbar, *Materiality and Magnitude: Event Studies in the Courtroom*, Litig. Serv. Handbook, The Role of the Fin. Expert (3d ed. 2001) |
| Exhibit No. 51 | Jill E. Fisch, et al., *The Logic and Limits of Event Studies in Securities Fraud Litigation*, Faculty Scholarship 571 (2018) |
| Exhibit No. 52 | Esther Bruegger & Frederick C. Dunbar, *Estimating Financial Fraud Damages with Response Coefficients*, 35 J. Corp. L. 11, 25 (2009) |
| Exhibit No. 53 | *Arkansas Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc.*, 77 F.4th 74 (2d Cir. 2023*)* |
| Exhibit No. 54 | *2Q19: Moderating Activity/Growth, But DUC Build Appears Incongruent with Capital Discipline; Stock Reaction-Negative*, J.P. Morgan (July 31, 2019) |
| Exhibit No. 55 | *More Questions than Answers*, Evercore ISI (Aug. 1, 2019) |
| Exhibit No. 56 | *A Show Me Story*, RBC Cap. Mkt. (Aug. 1, 2019) |
| Exhibit No. 57 | Daniel A. Bens., Wendy Heltzer, & Benjamin Segal, *The Information Content of Goodwill Impairments and SFAS 142*, 26 J. of Acct., Auditing & Fin. 527-55 (2011) |
| Exhibit No. 58 | *Beaver County Employees' Retirement Fund, et al., Plaintiffs, v. Tile Shop Holdings Inc., et al., Defendants,* No. 0:l 4-cv-00786- ADM-TNL, United States District Court for the District of Minnesota filed July 28, 2016 |
| Exhibit No. 59 | *In Re Intuitive Surgical Securities Litigation,* No. 5:13-cv-01920-EJD, United States District Court for the Northern District of California, San Jose Division filed December 22, 2016 |
| Exhibit No. 60 | *Lou Baker, individually and on behalf of all others similarly situated, Plaintiffs, v. SeaWorld Entertainment, Inc., et al.., Defendants,* No. 3:l 4-cv-02129-MMA-AGS, United States District Court for the Southern District of California filed November 29, 2017 |
| Exhibit No. 61 | *In Re: SanDisk LLC Securities Litigation,* No. 3:l 5-cv-01455-VC, United States District Court for the Northern District of California filed September 4, 2018 |
| Exhibit No. 62 | *City of Sunrise General Employees' Retirement Plan, on behalf of itself and all others similarly situated, Plaintiff, FleetCor Technologies, Inc., et al., Defendants,* No. 1:l 7-cv-02207-LMM, United States District Court for the Northern District of Georgia, Atlanta Division filed July 17, 2019 |

| | |
|---|---|
| **Exhibit No. 63** | *Richard Di Donato, individually and on behalf of all others similarly situated, Plaintiff, vs. Insys Therapeutics Inc., et al., Defendants,* No. CV-16-00302-PHX-NVW, United States District Court for the District of Arizona filed September 20, 2019 |
| **Exhibit No. 64** | *Eric Weiner, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Tivity Health, Inc., et al., Defendants,* No. 3:17-cv-01469, United States District Court for the Middle District of Tennessee, Nashville Division filed January 29, 2020 |
| **Exhibit No. 65** | *Public Employees' Retirement System of Mississippi, Individuals and On Behalf of All Others Similarly Situated, Plaintiff, v. TreeHouse Foods, Inc., et al., Defendants,* No. 1:16-cv-10632, United States District Comi for the Northern District of Illinois, Eastern Division filed February 26, 2020 |
| **Exhibit No. 66** | *Kevin L. Dougherty, et al., Plaintiffs, v. Esperion Therapeutics, Inc., et al., Defendants.* No. 2:16-cv-10089-AJT-RSW, United States Dist1ict Court for the Eastern District of Michigan, Southern Division filed November 19, 2020 |
| **Exhibit No. 67** | *The Police Retirement System of St. Louis, Plaintiff, v. Granite Construction Incorporated, et al., Defendants,* No. 3:19- cv-04744-WHA, United States District Cout1for the Northern District of California filed January 21, 2021 |
| **Exhibit No. 68** | *John Utesch, et al., Plaintiffs, v. Larmett Company, Inc., et al., Defendants,* No. 2:16-cv-05932-WB, United States District Court for the Eastern District of Pennsylvania filed August 12, 2021 |
| **Exhibit No. 69** | *In Re Conduent Inc. Securities Litigation.* No. 2:19-cv-08237-SDW-AME, United States District Court for the District of New Jersey filed February 28, 2022 |
| **Exhibit No. 70** | *Julia Junge and Richard Junge, on behalf of themselves and similarly situated investors, Plaintiffs, v. Geron Co1poration and John A. Scarlett, Defendants,* No. 3:20-cv-00547-WHA, United States District Court for the Northern District of California filed April 2, 2022 |
| **Exhibit No. 71** | *Boston Retirement System, Individually and On Behalf of A11 Others Similarly Situated, Plaintiff, v. Alexion Pharmaceuticals, Inc., et al., Defendants.* No. 3:l6-cv-02127-AWT, United States District Court for the District of Connecticut filed April 13. 2023 |
| **Exhibit No. 72** | *Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago, individua11y and on behalf of all others similarly situated, Plaintiffs vs. Pluralsight, Inc., et al., Defendants,* No. 1:19-cv-00128-DBB-DAO. United States District Court for the District of Utah filed December 27, 2023 |
| **Exhibit No. 73** | Jonathan Berk & Peter DeMarzo, Corp. Fin. 553 (3d ed. 2014) |
| **Exhibit No. 74** | William Mendenhall, et al., Introduction to Probability and Statistics 167 (13th ed. 2009) |

| **Exhibit No. 75** | *In re BP p.l.c. Sec. Litig.*, No. 10-MD-2185, 2014 WL 2112823 (S.D. Tex. May 20, 2014), aff'd sub nom. *Ludlow v. BP, P.L.C.*, 800 F.3d 674 (5th Cir. 2015) |
| --- | --- |
| **Exhibit No. 76** | *Concho Resources Inc. Completes Acquisition of RSP Permian, Inc.*, Bus. Wire (July 19, 2018, 4:15 PM) |
| **Exhibit No. 77** | Richard A. Brealey, et al., Principles of Corp. Fin. 801-05 (10th ed. 2011) |