# EXHIBIT 9

**Investor.gov**

**U.S. SECURITIES AND
EXCHANGE COMMISSION**

# Market Makers

A "market maker" is a firm that stands ready to buy or sell a stock at publicly quoted prices.

*Learn More* (/introduction-investing/basics/how-market-works/executing-order) .