# EXHIBIT 13

Case 4:21-cv-02473    Document 103-16    Filed 01/16/25 in TXSD    Page 2 of 4



**Cookie Consent**    Cookies Settings

This website uses cookies, chatbots and similar technologies, some of which are provided by third parties. Some cookies enable us and these third parties to collect browsing and activity information and track your interactions with this website. We and these third parties use cookies and the information collected to enable certain website features and functionality, analyze, and improve website performance, personalize user experiences, and reach you with more relevant content and ads. Your interactions with this website will be recorded, tracked, analyzed, and shared with third parties using these cookies and other technologies such as chatbots. Anything you input to this website is subject to being recorded and stored by third parties for the purposes stated above. Click Manage Cookie Settings to manage your cookie preferences and review a list of cookies on this website. You can learn more about our use of cookies and our privacy practices by reading our **Privacy Policy** and **Cookie Policy**.

**Reject All**

**Accept All Cookies**

# The NYSE Market Model

The NYSE's unique market model combines leading technology with human judgment to prioritize price discovery and stability over speed for our listed companies. Coupled with our electronic markets, we believe nothing can take the place of human insight and accountability. It's the human element at NYSE that results in lower volatility, deeper liquidity and improved prices.

## Become part of the world's leading network

## Cookie Consent

This website uses cookies, chatbots and similar technologies, some of which are provided by third parties. Some cookies enable us and these third parties to collect browsing and activity information and track your interactions with this website. We and these third parties use cookies and the information collected to enable certain website features and functionality, analyze, and improve website performance, personalize user experiences, and reach you with more relevant content and ads. Your interactions with this website will be recorded, tracked, analyzed, and shared with third parties using these cookies and other technologies such as chatbots. Anything you input to this website is subject to being recorded and stored by us or third parties for the purposes stated above. Click Manage Cookie Settings to manage your cookie preferences and review a list of cookies on the NYSE website. You can learn more about our use of cookies and our privacy practices by reading our **Privacy Policy** and **Cookie Policy**.

CONTACT US  ›

# How the NYSE Market Model Works

## Designated Market Maker



The foundation of the NYSE market model is the Designated Market Maker (DMM). DMMs have obligations to maintain fair and orderly markets in their assigned securities. They operate both manually and electronically to facilitate price discovery during market opens, closes and during periods of trading imbalances or instability. This high-touch approach is crucial for offering the best prices, dampening volatility, adding liquidity and enhancing value.

DMMs apply their market experience and judgment of dynamic trading conditions, macroeconomic news and industry-specific intelligence, to inform their decisions. A valuable resource for our listed-company community, DMMs offer insights, while making capital commitments, maintaining market integrity, and supporting price discovery.

## Unique Market Model

The NYSE features both a physical auction managed by DMMs and a completely automated auction that includes algorithmic quotes from DMMs and other market participants. DMMs:

- Have true obligations to maintain a fair and orderly market in their stocks, quote at the NBBO a specified percentage of the time, and facilitate price discovery throughout the day as well as at the open, close and in periods of significant imbalances and high volatility

- Provide price improvement and match incoming orders using proprietary trading algorithms

- Are on parity with order from other market participants, encouraging DMM participation and higher market quality

This "high touch" approach is important for discovering and improving prices, dampening volatility, adding liquidity and enhancing value.

# Our model results in superior market quality

Case 4:21-cv-02473    Document 103-16 Filed 01/16/25 in TXSD    Page 4 of 4

**Cookie Consent**

This website uses cookies, chatbots and similar technologies, some of which are provided by third parties. Some cookies enable us and these third parties to collect browsing and activity information and track your interactions with this website. We and these third parties use cookies and the information collected to enable certain website features and functionality, analyze, and improve website performance, personalize user experiences, and reach you with more relevant content and ads. Your interactions with this website will be recorded, tracked, analyzed, and shared with third parties using these cookies and other technologies such as chatbots. Anything you input to this website is subject to being recorded and stored by us or third parties for the purposes stated above. Click Manage Cookie Settings to manage your cookie preferences and review a list of cookies on this website. You can learn more about our use of cookies and our privacy practices by reading our  **Privacy Policy** and  **Cookie Policy**.

# 30%
## Less Volatile
on listing day

# 23%
## Less Volatile
during lock-up expirations

# 51%
## Less Volatile
at the Open

# 52%
## Less Volatile
at the Close

## Supplemental Liquidity Providers

Supplemental liquidity providers (SLPs) are electronic, high volume members incented to add liquidity on the NYSE. All NYSE stocks are eligible, but not all have SLPs. Supplemental liquidity providers are primarily found in more liquid stocks with greater than one million shares of average daily volume. They're required to maintain a bid or offer at the National Best Bid or Offer (NBBO) in each assigned security at least 10 percent of the trading day.

LEARN MORE  >

## Floor Brokers

Floor brokers are employees of member firms who execute trades on the exchange floor on behalf of the firm's clients. They act as agents, buying and selling stock for the public (institutions, hedge funds, broker/dealers). Floor brokers are physically present on the trading floor and are active participants during NYSE's opening and closing auctions, as well as throughout the trading day.

# Interested in listing at NYSE?

## CONTACT US