# EXHIBIT 14



🏠 **Home**

| **U.S. Market** | **Trading Products** | **Market Data** | **Connectivity** | **Regulation** | **Market Statistics** | **News** | **Support** | 🖥 **Product Login** |



## The Nasdaq Stock Market (Nasdaq)

The Nasdaq Stock Market (Nasdaq) is the largest U.S. equities exchange venue by volume. Built on the trusted INET technology, Nasdaq's speed of execution helps ensure quote updates and orders are processed nearly instantaneously with a 99.99+% uptime. Nasdaq seamlessly integrates with other value-added products and services to provide the complete package for U.S. equity trading.

### Order Types and Functionality

Nasdaq features a price/time priority model where the execution logic is fair and transparent for all market participants. All displayed limit orders are treated equally and executed in the order in which they were received at the same price. Non-displayed shares are executed after displayed shares in the order in which they were received at that price.

Nasdaq offers popular orders and functionality such as Minimum Quantity, Mid-Point Peg and Post Only orders, Self Match Prevention and Order Modify functionality, a robust suite of innovative routing strategies and our award-winning opening and closing crosses.

Nasdaq's equity order types are designed to help members comply with regulation and execute a range of trading strategies. To understand the available order types, view the **Order Types Guide**.

### Connectivity

Through our primary data center, firms can connect to all eight of Nasdaq's U.S. markets. Nasdaq also offers customers the ability to connect to our markets from key financial data centers outside our Carteret facility through our **Point of Presence Service**. Explore all of the options and protocols available for **Nasdaq in Connectivity**.

The following connectivity options/protocols are available for accessing Nasdaq:

- **FIX**
- **FIX Lite (Flite)**
- **Nasdaq QIX**
- **OUCH**
- **RASH**
- **Service Bureaus**

To order ports, please email the completed **Nasdaq Port Request Form** to **Subscriber@nasdaq.com**. For questions, contact **Nasdaq Subscriber Services** with questions at +1 212 231 5180.

### Market Data

**Nasdaq Global Data Products** is focused on creating innovative data products that provide unsurpassed market transparency to institutional, retail and individual investors. Product offerings include real-time data feeds, web-based reports and plug-and-play technology for instant access to market data. Explore all the options in **Market Data**.

**Real-Time Data Feeds**
For firms that demand the lowest latency products, Nasdaq offers a variety of direct access data feed products from its Nasdaq market center system for equities, including:

- **Nasdaq TotalView ITCH** and **Nasdaq Historical/TotalView Aggregated**
- **Nasdaq Last Sale**
- **Global Index Data Service (GIDS)**

Please refer to the U.S. **direct connectivity** or **extranet providers** list for access options to the Nasdaq data centers. Please refer to the **Data Products Specifications page** for technical interface information for Nasdaq direct data feed products.

**Web-Based Products**
Nasdaq has an extensive offering of interactive web applications, including inbound data entry interfaces and graphical display products to ease customer technology requirements and allow the information to reach the end-customers more quickly.

- **Market Replay**
- **Data Store**
- **Global Index Watch**

For more information about our web-based product offerings, please visit the **Direct Web Products page**.

**Reports**
Nasdaq offers a variety of reports via a secured website and secured FTP server giving customers an opportunity to increase profits through unsurpassed market transparency. For more information about our report product offerings, please visit the **Reports page** or refer to the links below:

- **Daily List**
- **Daily Share Volume**

To subscribe to any of our market data products please contact your **Nasdaq Global Data Products Account Manager** at +1 301 978 5307 or visit the **Global Data Products Administration page** to complete the appropriate agreements and forms.



**Trading and Connectivity**

Site Uses Cookies

This website utilizes cookies and similar technologies for functionality and other purposes. Your use of this website constitutes your acceptance of cookies. To learn more about our cookies and the choices we offer, please see the link to our Cookie Policy.

Ok, got it      Privacy Policy

**Nasdaq Port Request Form**

**Specifications**

**Market Data**

**Testing**

## Fact Sheets and Guides

**Fact Sheet & Guides Page**

**AQR & Market Maker Peg FAQ**

**Dark & Cost Fact Sheet**

**Market Maker Peg Order**

**Mid-Point Peg**

**Mid-Point Peg Post-Only Order**

**MOPP Routing Strategy**

**Nasdaq Order Entry Reference Guide**

**Order Types and Modifiers**

**Post-Only Order**

**Price Sliding**

**Protocol Quick Reference Guide**

**Retail Attestation Form**

**Routing Strategies Guide**

**Self Match Prevention**

**Single Stock Trading Pause FAQs**

**Nasdaq System Settings**

**Midpoint Liquidity**

## Regulatory Resources

**Regulatory Initiatives**

**Nasdaq Rule Manual**

**Operational FAQs**

**Nasdaq Trader Popular Sections:**
Performance Statistics
Email Sign-Up

© Copyright
Disclaimer
Trademarks
Privacy Statement
Contact Us
Help
Feedback
Share

**Site Uses Cookies**
This website utilizes cookies and similar technologies for functionality and other purposes. Your use of this website constitutes your acceptance of cookies. To learn more about our cookies and the choices we offer, please see the link to our Cookie Policy.

Ok, got it          Privacy Policy