# EXHIBIT 18



Review of Quantitative Finance and Accounting, 11 (1998): 111–137
© 1998 Kluwer Academic Publishers, Boston. Manufactured in The Netherlands.

# The Event Study Methodology Since 1969

JOHN J. BINDER
*Department of Finance (MC 168), College of Business, University of Illinois-Chicago, 601 S. Morgan St.,
Chicago, IL 60607-7124*

**Abstract.** This paper discusses the event study methodology, beginning with FFJR (1969), including hypothesis testing, the use of different benchmarks for the normal rate of return, the power of the methodology in different applications and the modeling of abnormal returns as coefficients in a (multivariate) regression framework. It also focuses on frequently encountered statistical problems in event studies and their solutions.

**Key words:** Event study, finance methodology

## 1. Introduction

An often heard statement in economics and finance is that any article which is cited ten or more times a year for ten years is a classic. Even by this standard, the paper by Fama, Fisher, Jensen and Roll (FFJR) (1969), which introduced the event study methodology, stands out in the academic profession. For example, from its publication through 1994 this article was, according to the *Social Sciences Citation Index*, cited a total of 516 times. This works out to an average of about 21 times a year over a 25 year period. It is, therefore, surprising when Fama (1991, p. 1599) notes in retrospect that the impetus behind the FFJR paper, which was suggested by James Lorie, was simply to develop an application of the new Center for Research in Security Prices (CRSP) monthly return data for New York Stock Exchange (NYSE) stocks.

FFJR started a methodological revolution in accounting and economics as well as finance, since the event study methodology has also been widely used in those disciplines to examine security price behavior around events such as accounting rule changes, earnings announcements, changes in the severity of regulation and money supply announcements.[1] The event study methodology has, in fact, become the standard method of measuring security price reaction to some announcement or event. In practice, event studies have been used for two major reasons: 1) to test the null hypothesis that the market efficiently incorporates information (see Fama (1991) for a summary of this evidence) and 2) under the maintained hypothesis of market efficiency, at least with respect to publicly available information, to examine the impact of some event on the wealth of the firm's security holders.

This paper reviews developments in the event study methodology beginning with FFJR. My intention is to highlight the various extensions of the original FFJR technique and related contributions that have appeared since 1969. Of course, this survey is selective in that it partly reflects the interests and tastes of the author.[2]

The paper is organized around two broad topics. The first part of the paper discusses the case where abnormal returns are measured as residuals (actually as prediction errors in most cases) from some benchmark model of normal returns, such as the market model. The FFJR methodology is reviewed, as well as topics such as hypothesis testing under various statistical assumptions, beta estimation, alternative benchmarks of the normal rate of return and the statistical power of the event study methodology when the event date is certain and uncertain.

The second part of the paper discusses the use of dummy variables, corresponding to the event period(s), in a regression framework to parameterize the effects of the event. That is, it covers the case where the abnormal returns are modeled as coefficients in a regression model and the sample includes the event period and data before (or after) it. Two specific cases are discussed. In the first, a portfolio return is the dependent variable and a single equation is estimated, while in the second a system of equations is specified where each firm is represented by a single equation. The advantages and disadvantages of this approach, compared to correctly specified variants of the standard FFJR methodology, are discussed, along with the choice of test statistic and the power of the tests.

## 2. Measurement and statistical analysis of abnormal returns

### 2.1. Fama, Fisher, Jensen and Roll (1969)

To showcase the CRSP monthly database, FFJR examine the effect of the announcement of a stock split on stock prices. To capture the effect of the event on stock $i$, they control for the normal relation between the return on $i$ during month $t$, $R_{it}$, and the return on a broad stock market index, in their case the CRSP NYSE Market Portfolio, during month $t$, $R_{mt}$.[3] That is, using a sample of monthly return data from 1926 to 1960 including the period containing the event, they estimate the parameters of the following "market" model for each stock $i$ in the sample:[4]

$$R_{it} = \alpha_i + \beta_i R_{mt} + u_{it} \tag{1}$$

In the FFJR study, the event period is from 29 months before the split is announced to 30 months after. The month of the split is defined as $s = 0$ in event time and the event period then runs from $s = -29$ to $s = 30$. Redefining time relative to the event month is useful since they examine the average stock price movement for the sample stocks during specific months around the event month.

FFJR use the residual $\hat{u}_{is}$ from the market model for the calendar month corresponding to month $s$ as an estimator of the abnormal return for stock $i$ during event month $s$.[5] For instance, if stock $i$ announced a split during June 1952 this is the event month ($s = 0$) and the estimated abnormal return during $s = -6$ (six months preceding the split) is the residual for the calendar month December 1951. This method removes the effects of

economy wide factors from the return on $i$'s stock, leaving the portion of the return attributable to firm specific information, i. e., the error term in equation (1), which contains the effect of the split announcement.[6]

The estimator of the average abnormal return during month $s$, $AAR_s$, is defined as

$$AAR_s = \sum_{i=1}^{N_s} \frac{AR_{is}}{N_s}, \qquad (2)$$

where $AR_{is}$ is the estimator of the abnormal return for stock $i$ and $N_s$ is the number of firms in the sample during month $s$. The estimates of the average abnormal returns are summed across months to measure the average cumulative effect on the sample securities of company specific information reaching the market from month $S_1$ to month $S_2$. That is, $CAAR_{S1,S2}$, the estimator of the cumulative average abnormal return, is given by

$$CAAR_{S1,S2} = \sum_{s=S_1}^{S_2} AAR_s. \qquad (3)$$

Two modifications to the FFJR methodology have become standard. First, given concerns about the stationarity of the market model parameters (see Blume (1971) and Gonedes (1973)), it has become commonplace for studies with monthly observations to use five to seven years of data.[7] Second, as FFJR (pp. 4–5) and Ball and Brown (1968, pp. 163–164) point out, if the event period is included in the period used to estimate the market model parameters, the coefficient estimates are biased because the disturbances (which contain the effects of the event and related occurrences) are not mean zero. While this bias is small when the data period is as long as in FFJR, with five to seven years of data it is a much greater problem. Subsequent studies, e. g., Scholes (1972), estimate the market model with data prior to the event period and measure (estimate) the abnormal return during period $s$ as the prediction error $\hat{e}_{is}$, based on the returns $R_{is}$ and $R_{ms}$ and the parameter estimates. It is assumed that the coefficients are constant during the estimation and event periods.[8]

### 2.2. Hypothesis testing

**2.2.1 Introduction.** In most cases the researcher is interested in testing hypotheses about the average or cumulative average abnormal returns as well as estimating their magnitude. One method to test the statistical significance of the estimated average abnormal return for month $s$ is to assume that the individual $AR_{is}$'s are independent and identically distributed. A cross-sectional estimate of the true standard deviation, $\sigma(AR_{is})$, is then calculated in the usual fashion (see Scholes (1972, ftnt. 25)). The estimator of the standard deviation of $AAR_s$ is $\hat{\sigma}(AR_{is})$ divided by the square root of $N_s$ and, under the assumption that the $AR_{is}$'s are normally distributed, this ratio is $t$ distributed.[9] Based on the preceding assumptions

114                                                                    JOHN J. BINDER

and assuming further that the $AAR_s$'s are independent over time, the standard deviation of the $CAAR_{S1,S2}$ can be estimated based on the cross-sectional standard deviation estimators for each period $s$.[10] That is, if the $AAR_s$'s are cumulated from $S_1$ to $S_2$,

$$\hat{\sigma}(CAAR_{S1,S2}) = [\sum_{s=S_1}^{S_2} \hat{\sigma}^2(AAR_s)]^{1/2} \tag{4}$$

***2.2.2 Problems with heteroskedasticity and dependence.*** The purpose of the preceding discussion, which is based on fairly unrealistic statistical assumptions, is *not* to suggest that significance tests be done as described. Rather, it is meant to be a starting point for analysis of this issue. There are several potential problems in hypothesis testing, due to the fact that frequently the abnormal return estimators are not independent or they do not have identical variance. For instance, often the abnormal return estimators 1) are cross-sectionally (in event time) correlated, 2) have different variances across firms, 3) are not independent across time for a given firm or 4) have greater variance during the event period than in the surrounding periods.

The first two problems, i. e., that the market model prediction errors for different firms do not have identical variance and that they may not be independent across firms, are noted by Jaffe (1974) and Mandelker (1974). Fama (1976, pp. 129–131) provides evidence that market model residual variances differ across firms.[11] King (1966) shows that market model residuals are contemporaneously correlated for firms in related industries. Collins and Dent (1984) and Bernard (1987) examine the effects of cross-correlation and unequal variance across firms on hypothesis tests in the event study context and find that, in some instances, considerable bias is introduced when these problems are not corrected.

Jaffe (1974) and Mandelker (1974, Appendix) introduce the portfolio method to combat these two problems. First, the $AAR_t$ is calculated for all firms with an event during calendar month $t$. Based on the average abnormal return estimates for the portfolio during the preceding $k$ months, a time series estimate of $\sigma(AAR_t)$ is calculated for this portfolio, assuming that the $AAR_t$'s are independent over time. Then the $AAR_t$ estimate is standardized by dividing by the estimated standard deviation. This procedure is repeated for every sample calendar month which contains at least one event, producing a series of standardized average abnormal return $SAAR_t$ estimates. The $SAAR_t$'s are independent, if the $AAR_t$'s are independent across time, and identically $t$ distributed. The statistical significance of the average (in event time) $SAAR_t$ estimate is assessed using a standard $t$ test. Brown and Warner (1980, p. 251) use a test similar in spirit, except a time series (in event time) of $AAR_s$'s is used to generate a standard deviation for $AAR_s$, which they call the "Crude Dependence Adjustment".

Once average standardized average abnormal returns $ASAAR_s$ are calculated, it is straightforward to test the significance of the cumulative $ASAAR_s$, i. e., $CASAAR_{S1,S2}$, estimate. If the $ASAAR_s$'s are independent over time, the standard deviation of the $CASAAR_{S1,S2}$ is the square root of the length of the cumulation period, $S_2 - S_1 + 1$. This

result is noted, for example, by Patell (1976) and Dodd and Warner (1983), who standardize each abnormal return estimate, cumulate the standardized values and then calculate the average of the cumulative values.[12]

Frequently, the residual variance estimate from the market model during the estimation period is used to estimate the variance of the abnormal return estimator, i. e., the prediction error, for each firm (e. g., see Brown and Warner (1980, p. 253)). As Patell (1976, p. 256) and Dodd and Warner (1983, p. 436) point out, it is well known in the econometrics literature (see Theil (1971, pp. 122–123)) that prediction errors have greater variance than the regression disturbances, since prediction errors are a function of estimation error in the parameters as well as disturbance variance. There are two simple solutions to this problem. The first is to use the correct equation, based on the residual variance and the matrix of independent variables, to calculate the precision of the prediction errors. Or, a sample of data before (after) the event period can be used to generate a separate series of prediction errors used solely to calculate the variance of the event period prediction error.

Beaver (1968) points out that event-induced heteroskedasticity is likely. That is, since the event day security return is a function of the random shock in the announcement as well as the other firm specific shocks affecting the security, the abnormal return estimator will likely have a greater variance during the event period than in the surrounding periods. Collins and Dent (1984) propose a generalized least squares technique when the variance of each firm's abnormal return estimator increases proportionally during the event period. Froot (1987) suggests a method of moments estimator that allows for event-induced heteroskedasticity.

Perhaps the simplest solution to the problem of event-induced heteroskedasticity is the one discussed by Boehmer, Musumeci and Poulsen (1991).[13] The abnormal return estimates are first standardized by their estimated standard deviation (assuming no event-induced heteroskedasticity), based on the residual variance from the estimation period and the fact that they are prediction errors, as pointed out by Patell (1976). Then the standard deviation of these standardized variates $SAR_s$ is calculated cross-sectionally in the event period and the significance of the estimate of the average standardized abnormal return $ASAR_s$ is tested using the cross-sectionally estimated standard deviation. In effect, this method assumes that the event-induced increase in variance is proportional for each firm. Boehmer, Musumeci and Poulsen find in simulations that with this method the frequency of rejection of the null is essentially equal to the nominal size of the test when the null hypothesis of no abnormal performance is true. When the null is false, their method rejects the null more often than the other methods for which the true size of the test is equal to the nominal size. That is, their test is unbiased and more powerful than other well specified alternatives.

There is also a problem with time series dependence. Under the joint hypothesis that returns are given by the market model with stationary parameters and that the market is informationally efficient (see Fama (1976, ch. 5)), the disturbances in the market model, $u_{it}$, are independent across time. Neither the residuals nor the prediction errors from the market model are, however, independent across time as assumed in many event studies.[14] As Mikkleson and Partch (1988) and Mais, Moore and Rogers (1989) discuss, it is a standard result in the econometrics literature (see Theil (1971, pp. 195–196)) that regres-

sion residuals (and similarly prediction errors) are correlated since they are based on the same parameter estimates.[15] Both papers use a test statistic which incorporates this dependence.[16]

Cowan (1991), Karafiath and Spencer (1991), Sweeney (1991) and Salinger (1992) analyze the bias in hypothesis tests about cumulative average abnormal returns when average abnormal estimators are correlated. The degree of bias depends on the number of observations in both the estimation period $T$ and the event period $S$. When $S$ is small relative to $T$, the uncorrected (biased) test statistic will be very close to the corrected (unbiased) one. But, when $S$ is relatively large, the bias is substantial. For example, Cowan (1991, Table I.1) shows that when $S = 5$ and $T = 100$ the uncorrected test statistic is expected to exceed the corrected one by 1.6 per cent. When $S = 60$ and $T = 100$, the figure is 25.2 percent. Event windows of this relative magnitude or longer are not uncommon in studies with daily or monthly data.[17,18]

***2.2.3 Summary.*** Although a reader unfamiliar with the event study methodology might feel overwhelmed by the potential statistical problems just discussed, it should be stressed that they are all "solvable" in one way or another. Often many of the problems can simply be ignored, because, in practice, they are quite minor. For instance, cross-sectional dependence is not a problem when the event periods are randomly dispersed through calendar time, i. e., the event dates are not, in the terminology of Brown and Warner (1980), "clustered". Cross-sectional dependence will be a minor problem (see Chandra, Moriarty and Willinger (1990, Table 3, Panels A and B) when event time is the same as calendar time but securities are randomly chosen (from different industries) and market model abnormal return estimates are used (as opposed to the mean- or market-adjusted abnormal returns discussed below). Similarly, when the event period is short, relative to the estimation period, time series dependence in the $AAR_s$'s will be unimportant.

### 2.3. Cross-sectional regression analysis

Frequently the estimated abnormal returns for the sample firms are used as the dependent variable in a regression with firm specific variables on the right hand side. As Gonedes and Dopuch (1974) point out, the disturbances in this regression may be heteroskedastic and correlated if the abnormal return estimators have these properties. One solution to this problem (when event time does not equal calendar time for each firm) is to use the estimated standardized average abnormal return for each calendar month $t$ from the Jaffe (1974)–Mandelker (1974) portfolio method as the dependent variable in a weighted least squares regression (see Theil (1971, p. 244)). Similarly, the average value, for the firms included in that calendar month's portfolio, of each explanatory variable (including the vector of ones representing the intercept) is weighted by dividing the observations by the estimated standard deviation of the $AAR_t$. Cross-sectional dependence in the dependent variable is eliminated by combining securities experiencing the event in the same calendar month into a portfolio and estimating the regression with data for the portfolios. Heteroskedasticity is eliminated by weighting the portfolio abnormal return estimates and the

portfolio average values of the independent variables. Weighting *all* the observations in this fashion produces minimum variance coefficient estimates.

A more general version of this technique is examined by Collins and Dent (1984). Sefcik and Thompson (1986) and Froot (1989) suggest other solutions to this problem. The former approach is applicable only when event time is the same as calendar time while the latter approach uses a method of moments estimator of the variance-covariance matrix. Bernard (1987) analyzes the bias in test statistics when these problems are ignored and Chandra and Balachandran (1990) and Karafiath (1994) provide simulation evidence on statistical tests in cross-sectional regressions when the abnormal return estimators are not independent and identically distributed.[19] Chandra and Balachandran (1990) find that when there is no event-induced increase in the variance-covariance matrix of the abnormal return estimators, hypothesis tests using ordinary least squares are not as powerful as alternatives that exploit the contemporaneous correlation and/or heteroskedasticity. Karafiath (1994) finds that under certain conditions (see Greenwald (1983)) tests using ordinary least squares are unbiased and, when the sample size exceeds fifty, as powerful as the alternatives discussed in the literature.

### 3. Benchmark models of the normal return

#### 3.1. Introduction

A variety of models have been proposed, analyzed and/or used in practice to measure the normal rate of return, conditional on certain variables, and then to generate abnormal return estimates. Abnormal returns have been measured as 1) mean-adjusted returns, 2) market-adjusted returns, 3) deviations (prediction errors) from the market model, 4) deviations from the one factor Sharpe (1964)–Lintner (1965) Capital Asset Pricing Model (CAPM) or the Black (1972) CAPM or 5) deviations from a multifactor model, such as the Arbitrage Pricing Theory (APT) (see Ross (1976)). This section analyzes and appraises the various alternatives and compares them to the familiar market model prediction errors.

#### 3.2. Analysis

Mean-adjusted returns (see Brown and Warner (1980, p. 250)) are calculated by subtracting the average return for stock $i$ during the estimation period from the stock's return during the event period $s$. This method does not explicitly control for the risk of the stock or the return on the market portfolio during period $s$.

Compared to using the market model, this approach is at best only slightly simpler, because one rather than two parameters are estimated and no market returns are required. If the market model is the true return generating process, it is straightforward to show (see Chandra, Moriarty and Willinger (1990)) that the mean-adjusted return equals the market model disturbance plus the product of the stock's beta and the difference between the

JOHN J. BINDER

actual and expected market return during period $s$.[20] When the event period market return is greater (less) than its expectation, the market-adjusted return is, if beta is positive, positively (negatively) biased. Of course, if the events are not clustered in calendar time, this bias should average out to zero in a large sample. What does not disappear even in large samples is the additional noise in the abnormal return estimator because the event period market return is not controlled for. Therefore, these abnormal return estimators have considerably greater variance than the market model disturbances.[21]

The market-adjusted return subtracts $R_{ms}$ from $R_{is}$. This method is simpler than estimating market model abnormal returns because it is done in "one step", rather than two. That is, when the market model is used, parameters are estimated in the first step and abnormal returns are estimated during the event period in the second step. When the market-adjusted return is used, no statistical parameters are estimated. If the market model is correct, the market-adjusted return equals the market model disturbance plus the market model intercept plus the product of $R_{ms}$ and ($\beta_i - 1$). The bias in the abnormal return estimate for stock $i$ depends on both these terms. In a large sample, this bias will usually average to zero if 1) the average $\alpha_i$ is zero and 2) $R_{ms}$ is on average zero or the average beta of the sample firms is one. Noise is again added to the market model disturbance, but it will generally be much smaller than that added by using the mean-adjusted return.[22]

As already discussed, the market model approach is straight-forward and relatively easy to use. Parameters are estimated using a pre-event period sample with ordinary least squares regression. The parameter estimates and the event period stock and market index returns are then used to estimate the abnormal returns. This method controls for the risk (market factor beta) of the stock and the movement of the market during the event period.[23] Of course, in some instances there are problems with parameter estimation. For example, beta may change because of the event (see the models of beta derived by Subrahmanyam and Thomadakis (1980), Binder (1992), Lee, Chen and Liaw (1994) and Binder and Norton (1996), and the empirical results in Blume (1971), Lee and Wu (1985) and Lee et al. (1986) on beta stationarity). If there is a step change in beta due to the event, abnormal returns can be calculated with a beta estimated from data following the event period, as, for example, in Mandelker (1974). When nonsynchronous trading problems are important, e. g., with daily return data, market model parameters can be calculated using the estimators derived by Scholes and Williams (1977).[24]

When an equilibrium model such as the Sharpe-Lintner or Black (1972) CAPM is the true process determining expected returns, the intercept in the market model return generating process becomes

$$\alpha_{it} = (1 - \beta_i)R_{0t}, \tag{5}$$

where $R_{0t}$ is the riskless interest rate (in the Sharpe-Lintner version) or the expected return on the zero beta portfolio (in the Black model). When $R_{0t}$ varies over time, abnormal returns measured as CAPM prediction errors control for these changes since only beta is estimated during the estimation period.[25]

However, when the market model is used as the benchmark, the abnormal return estimator is biased. For example, Brenner (1977, equation (11a)) shows that when the

Sharpe-Lintner model is correct and the market model parameter estimators are unbiased, the market model prediction error equals the disturbance from the CAPM return generating process plus $(1 - \beta_i) (R_{0s} - \bar{R}_0)$, where $\bar{R}_0$ is the average value of the riskless rate during the estimation period. These deviations should average to zero in a large sample when the events are not clustered during a specific time period or the average beta equals one. The market model abnormal return estimator is, however, noisier than the CAPM disturbance.

Multifactor models, i. e., those where realized returns are a function of two or more variables (excluding the zero beta return), can be divided into two types: those where the risks associated with the factors beyond the market return are presumed to be priced (rewarded) by the market and those where they are not priced. For example, in the latter category a two factor market model could be specified for bank returns (see Flannery and James (1984)) where the second factor is the percentage change in interest rates on long term U. S. government bonds.[26] This relation recognizes that all standard market model disturbances for banks are affected by a common variable, whose influence is removed from the two factor abnormal return estimator. There is no presumption, however, that expected returns are a function of this second beta. In the other category is the APT which shows that if all securities' returns are affected by $k$ common factors, expected returns are a function of the risk (betas) in this $k$ factor model.[27]

It is straightforward to measure prediction errors with an equation such as that of Flannery and James (1984) in a manner analogous to that used with the market model. The APT, which does not theoretically identify the common factors, can be operationalized in either of two ways. One method is to use factor analysis, as per Roll and Ross (1980), to estimate the $k$ factor loadings (betas) during one time period with some universe of securities. The realizations of the risk premiums and the zero beta return can then be estimated for each observation during a second time period using a cross-sectional regression, as per Fama and MacBeth (1973). Given the beta estimates for the securities experiencing the event, abnormal returns can be estimated during this second period. A second method, following Chen, Roll and Ross (1986), would use observable macroeconomic variables, e. g., the percentage change in industrial production, as the factors to estimate the betas. Then prediction errors can be calculated either as in 1) Flannery and James (1984) or 2) as in the case where the factors are not directly specified.[28]

As with the CAPM, market model prediction errors are biased estimates of the true abnormal returns when security returns are generated by a multifactor model.[29] They may also be noisier than multifactor model prediction errors. The bias will, however, generally average to zero in a large sample.[30]

The preceding discussion indicates that model misspecification, as pointed out in the econometrics literature (e. g., Kmenta (1971, pp. 391–399), is always a problem. Misspecification can occur either because relevant variables have been omitted or irrelevant variables have been included. However, when a large sample of unrelated securities is used or the event dates are not clustered in calendar time, the market model estimator of the average abnormal return is generally unbiased. As discussed in the next section, under these conditions the market model estimator also appears to be efficient.

## 4. The statistical power of event studies

### 4.1. Introduction

Several studies have examined the performance of the event study methodology under various conditions using what might be termed "pseudo-simulations". That is, instead of using computer generated data with known properties, e. g., values for $R_{mt}$ and $u_{it}$ in the market model that are random drawings from a normal distribution, these investigations use actual stock returns. These studies address two major questions: 1) how frequently do the various tests, which differ in terms of the benchmark model used and the statistical test employed, reject the null hypothesis of zero abnormal return when it is true and 2) how frequently is the null rejected when it is false, i. e., what is the power of the test under various alternative hypotheses? The results for the case where the event date is known are discussed first, followed by the case where the date the information reaches the market is uncertain.

### 4.2. Known event dates

Brown and Warner (1980) conduct an extensive examination of event study techniques with monthly return data from CRSP. They randomly sample securities from the data set. To assess the power of event study methods, a constant is added to each security's return during a month designated as the event month. Brown and Warner use three general methods to estimate abnormal returns: 1) mean-adjusted returns, 2) market-adjusted returns and 3) market- and risk-adjusted returns, including market model prediction errors, prediction errors from the Black CAPM and excess returns based on the return on a control portfolio.[31]

When a randomly selected month for each security is designated as the event month and parametric statistical tests are used, Brown and Warner find similar results for the various abnormal return measures. That is, when no abnormal performance is present each method rejects the null about as often as is expected owing to chance and the statistical power of the various methods is fairly similar. For example, Brown and Warner report that when one (five) percent abnormal performance is added to the month's return, the market model methodology rejects the null hypothesis 22.8 (100) per cent of the time and the mean-adjusted returns benchmark rejects the null 26 (100) per cent of the time in one-tailed tests at the five per cent level with a sample of 50 securities.[32] When the same calendar month is designated as the event month for each security, i. e., the event months are "clustered" in calendar time, and cross-sectional dependence in the abnormal return estimators is controlled for in statistical tests, Brown and Warner find results similar to those obtained when there is no clustering.[33]

Dyckman, Philbrick and Stephan (1984) and Brown and Warner (1985) similarly examine the usefulness of the event study methodology when daily stock returns are used. They point out several problems that are more acute with daily returns than monthly returns: 1) nonnormality of returns, 2) the effects of nonsynchronous trading on the

estimation of parameters and abnormal returns and 3) biased estimation of $\sigma(AAR_s)$.[34] Both studies examine mean-adjusted returns, market-adjusted returns and market model prediction errors (market- and risk-adjusted returns).

These studies find that the different abnormal return measures perform similarly with daily return data. That is, they find that when the null hypothesis is correct, the actual size of the tests equals the nominal size, i. e., nonnormality of the individual abnormal return estimators does not cause the average abnormal return estimator to be nonnormally distributed. The results also indicate that the different methods are equally powerful when the null hypothesis of zero abnormal returns is false.[35] For example, Brown and Warner (1985, Table 3) find that when half of one per cent (one per cent) abnormal performance is added to the event day return, the null hypothesis is rejected 27.2 (80.4) per cent of the time using the market model methodology and 25.2 (75.6) per cent of the time using the mean-adjusted return benchmark in one-tailed tests at the five per cent level with a sample of 50 securities. Furthermore, nonsynchronous trading is generally not a problem in event studies.[36] Finally, Brown and Warner (1985, pp. 20–22) find, somewhat surprisingly, that in several cases tests that ignore cross-sectional dependence in the abnormal return estimators are more powerful than those that adjust for it (a result which is discussed in greater detail below).

Overall, these results indicate that event studies with daily returns perform at least as well in practice as those with monthly returns. That is, the potential problems with daily returns are unimportant or easily corrected in the standard event study and, when the event date is known, tests with daily data have a greater signal to noise ratio than those with monthly data.[37]

Chandra, Moriarty and Willinger (1990) express surprise at the finding by Brown and Warner, with daily and monthly returns, that the mean- and market-adjusted return methodologies are as powerful as the market- and risk-adjusted return techniques, since the latter abnormal return estimators are likely to be less noisy. They show analytically that the relatively strong performance of the mean-adjusted return is a statistical artifact, i. e., it is due to the fact that the more powerful Patell test (which first standardizes the individual abnormal return estimates) is used by Brown and Warner with the mean-adjusted return but not with the other two methods. Chandra, Moriarty and Willinger re-examine the Brown and Warner results and find that tests with the mean-adjusted return are less powerful than tests with market-adjusted and market model abnormal return estimates when the same statistical test is used in each case. The similar performance of the market- and market- and risk-adjusted return methods seems to derive from the estimation error in the market model parameters, which offsets the greater precision in the latter method due to adjusting for risk.

Similarly, Chandra, Moriarty and Willinger show that the seemingly greater power of tests that do not control for cross-sectional dependence is due to Brown and Warner's use of different test statistics for the methods being compared. When the same statistical test is used in pseudo-simulations of each method, they find no evidence of an increase in power from ignoring cross-sectional dependence.

Brown and Weinstein (1985) examine the power of multifactor models such as the APT in the event study context. As discussed above, ignoring estimation problems, tests with

JOHN J. BINDER

multifactor models will be more powerful than those with market model abnormal return estimates, when the multifactor model is correct. However, if factors beyond the market return have little explanatory power and/or their betas are imprecisely estimated, the market model may perform better in practice. Brown and Weinstein find, given their estimation procedure, that event studies with a multifactor model are no more powerful than those using the market model.

Overall, the results of these various studies indicate that the event study methodology is, with some corrections for statistical problems that arise in certain cases, a powerful tool to detect the impact of specific events on security prices. Of the various methods to measure abnormal returns, which is the best in practice? When the sample firms are from unrelated industries, it appears that the simple, one factor market model, with adjustments for nonsynchronous trading problems when using daily returns on thinly traded securities, works at least as well as the alternatives.


### 4.3. Unknown event dates

**4.3.1 Simulated events.** In many instances the date when the new information reaches the market, i. e., the event date, is well known and therefore the (pseudo) simulation results discussed in the previous section are an accurate measure of the power of the event study methodology. For example, corporate announcements are fairly well guarded and, even though there is some leakage of information, event studies that examine the date of the formal announcement (or a period up to and including that date) will capture the majority of the effect on stock prices.

At the other extreme, certain announcements may contain little or no new information because they are not surprises. For example, a regulation in the United States which requires congressional approval involves 535 legislators and possibly hundreds of others, e. g., lobbyists, in its passage. As opposed to a corporate earnings announcement (where the information is known by only a handful of individuals), it is difficult for this many people to keep a secret. Therefore, studies of regulatory events requiring legislative approval which examine the formal announcement dates may have little power to reject the null hypothesis of no effect of the event on shareholder wealth.

Several studies have simulated the case where the event date is not known, e. g., a merger may be announced during period zero but the information reached the market during some earlier time period. Brown and Warner (1980) randomly designate one month during an eleven month period as the event month for the security and add a constant to that month's return. They then test the hypothesis that the cumulative average abnormal return during the eleven month period equals zero. Brown and Warner (1980, Tables 1 and 4) reject the null hypothesis of no effect in a one tailed test two to three times less often when the event causes a five per cent abnormal return and the event month is not precisely known as opposed to the case where the event month is known.[38,39] Ball and Torous (1988) and Berry, Gallinger and Henderson (1991) suggest using a maximum likelihood procedure and state space regression, respectively, to identify the event period when an event occurs at some unknown time during a certain interval.

*4.3.2 Actual events.* With regulatory events the date that the new information reaches the securities market is not known by the researcher. Several papers analyze multiple regulations and, therefore, provide broad evidence on the ability of the event study methodology to measure the effects of the event under these conditions. These studies yield a pessimistic verdict on the usefulness of the regulatory event study.

For example, Binder (1983, 1985b) examines 20 major regulatory changes which took place from 1887 to 1978, most of which required legislative approval. The average time between the first and last "formal" announcement (e. g., unexpected committee passage or unexpected presidential approval) for these regulations is 18.5 months. Using monthly, as well as daily, returns and examining individual announcement periods, as well as the entire event period (from the first to the last formal announcement), he finds that the rejection rate of the null hypothesis that the event had no effect on equity holder wealth is essentially equal to the size of the test. That is, when $\alpha = .05$ the null hypothesis is rejected about five per cent of the time. Similar results are reported by Glazer, McMillan and Robbins (1987), McCubbins et al. (1987) and Schipper and Thompson (1985) with other regulatory changes.

Doyle (1985) examines the effects of agency rulings on stock prices using daily returns. Given that fewer "regulators" are involved in these cases, it is possible that these decisions are unanticipated by the securities market. In tests at the five per cent level, Doyle rejects the null hypothesis of zero abnormal returns in six of twenty-five cases, or about one quarter of the time.[40] While the event study methodology has some statistical power in these cases, the results are still fairly weak. For example, Doyle's rejection rate is between those reported by Brown and Warner (1985, Table 4) in simulations where one and two per cent abnormal performance is randomly introduced (during an eleven day window and the significance of the eleven day cumulative average return is tested), which is consistent with the tests being much less powerful than when the event date is accurately known.[41]

In sum, for regulatory events where the event date is not known, the event study methodology appears to have little statistical power to detect the abnormal returns because the formal announcements in the process are generally anticipated by the market. It seems, therefore, that further work in this area would benefit from 1) more careful choice of the event date(s) to exclude regulatory actions that were expected and 2) linking the abnormal returns to firm characteristics using cross-sectional regression based on a microeconomic analysis of the regulation.[42]

## 5. Measurement and statistical analysis of abnormal returns modeled as regression coefficients

### 5.1. Modeling abnormal returns

Rather than modeling abnormal returns as prediction errors from the market model equation, the sample period can be extended to contain the event period and (when there is only one event) a zero-one variable $D_t$ can be included in the return equation:

$$R_{it} = \alpha_i + \beta_i R_{mt} + \gamma_i D_t + u_{it}. \tag{6}$$

The coefficient $\gamma_i$ is the abnormal return for security $i$ during period $t$ and is directly estimated in the regression. That is, this approach parameterizes the abnormal return in the market model regression equation. This method was apparently first used by Izan (1978). She examines a portfolio of firms, all of which experienced the events, i. e., regulatory announcements, during the same calendar periods, by using the equally weighted portfolio return as the dependent variable in the equation:

$$R_{pt} = \alpha_p + \beta_p R_{mt} + \sum_{a=1}^{A} \gamma_{pa} D_{at} + u_{pt}. \tag{7}$$

Equation (7) contains one dummy variable $D_{at}$ for each announcement period a.[43,44] When an equally weighted portfolio return is used as the dependent variable, $\hat{\gamma}_{pa}$ is the estimator of the average abnormal return across the stocks in the portfolio. Hypotheses about $\gamma_{pa}$ are tested using the standard $t$-test.[45]

Alternatively, one dummy variable that equals one during each event period could be used when there are multiple events. In this case the coefficient on the dummy variable measures the average abnormal return for firm $i$ across all the event periods. Also, the model of the normal return in equations (6) and (7) could be extended in several ways. For example, the CAPM (or another asset pricing model) could be used as the benchmark rather than the market model (see Schipper and Thompson (1983)) or the market model could be extended to control for the "January Effect" in security returns (documented by Keim (1983)) and to allow the beta (and alpha) to change because of the event (see Binder (1983, 1985b)).[46,47]

Tests of the hypothesis that the event affected security prices which examine the average abnormal return, based on estimates of the prediction errors or the estimated gammas in equation (7), will not be very powerful when abnormal returns differ in sign across the sample firms. This asymmetry can be modeled by disaggregating equation (7) into a multivariate regression model (MVRM) system of return equations with one equation for each of the $N$ firms (securities) experiencing the $A$ events:

$$
\begin{aligned}
R_{1t} &= \alpha_1 + \beta_1 R_{mt} + \sum_{a=1}^{A} \gamma_{1a} D_{at} + u_{1t} \\
R_{2t} &= \alpha_2 + \beta_2 R_{mt} + \sum_{a=1}^{A} \gamma_{2a} D_{at} + u_{2t} \\
&\vdots \\
R_{Nt} &= \alpha_N + \beta_N R_{mt} + \sum_{a=1}^{A} \gamma_{Na} D_{at} + u_{Nt}.
\end{aligned}
\tag{8}
$$

This methodology, which allows the coefficients to differ across firms, appears to have been first suggested by Gibbons (1980, Appendix H) and first implemented by Binder (1983, 1985a, 1985b) and Schipper and Thompson (1983).[48,49]

### 5.2. Statistical issues and hypothesis testing

A standard assumption in the system of equations (8) is that the disturbances are independent and identically distributed within each equation, but that their variances differ across equations. It is also assumed that across equations the contemporaneous covariances of the disturbances are nonzero, but that the noncontemporaneous covariances all equal zero. These assumptions, which evidence indicates fit stock return data fairly well, place a particular structure on the variance-covariance matrix $\Sigma$ of the disturbances in the stacked generalized least squares regression used to estimate the parameters of the system (see Theil (1971, p. 306)).[50]

The MVRM coefficient estimates and their standard errors are the same as those obtained using ordinary least squares to estimate each individual equation, since the same independent variables are used for each security (i. e., in each equation). Therefore, there is no efficiency gain from using the MVRM.[51] However, tests of hypotheses in this framework (which are discussed further below) about the abnormal returns employ an estimate of $\Sigma$ and, therefore, they explicitly control for the contemporaneous correlation and heteroskedasticity problems discussed in Section 2.2.2 above. Also, the fact that the abnormal return estimators are not independent (as noted by Mikkleson and Partch (1988)) is controlled for in statistical tests in a regression framework, since the tests incorporate the covariances among the estimators when more than one abnormal return is involved. Similarly, the fact that the abnormal return estimators are more like prediction errors than residuals is explicitly recognized in the calculation of their standard errors. That is, the standard error of the abnormal return estimator in simple or multivariate regression is more than just the residual standard deviation because it also depends on the estimation error in the other parameters.[52]

Thus, a number of the statistical problems that are of concern in the standard event study methodology are solved directly in the regression framework as long as the disturbances in each equation have the properties assumed in ordinary least squares or multivariate regression. However, as noted above, these problems can also be solved fairly easily when abnormal returns are measured as predictions errors in the usual fashion. Therefore, the real advantage of the MVRM framework over the standard methodology lies in its ability to allow the abnormal returns to differ across firms, including in sign, and to easily test joint hypotheses about the abnormal returns.[53,54]

For example, the usual hypotheses about average and cumulative average abnormal returns can be tested in the MVRM framework. Perhaps more interesting in the case of regulatory events, it is simple to test the joint hypothesis that all the gammas (i. e., the abnormal returns for all firms and all events) equal zero.[55] When the abnormal returns differ in sign across firms this will frequently be a more powerful test of the hypothesis that the event affected security holder wealth than the test that the average abnormal return equals zero. Since the usual assumptions about the variance-covariance matrix of the disturbances dictate (given the properties of stock return data) that the stock returns are from the same calendar time period for each firm and the major advantage of this methodology is that it allows abnormal returns to differ across firms (most importantly in sign), the MVRM framework has primarily been used to examine regulatory changes.[56,57]

The choice of test statistic in the MVRM framework is, however, problematic. For a number of the more well-known test statistics, e. g., the Likelihood Ratio test, the Lagrange Multiplier test, the Wald test and Theil's $F$ test, the distribution is generally only asymptotically known.[58] That is, the distribution is exactly known, barring certain exceptions, only as $T$ approaches infinity, in which case the estimate of $\Sigma$ (and its inverse) converges to the true value.[59] In small samples the test statistics with an asymptotic justification generally behave fairly poorly, rejecting the null hypothesis too often (see Binder (1983, 1985a)).[60]

This poor performance by asymptotic test statistics is due to bias in the estimation of the inverse of $\Sigma$, which increases as the number of equations in the system relative to the degrees of freedom per equation increases.[61] Rao (1951, 1973) derives an $F$ statistic whose small sample distribution is known to an accurate approximation and which is exactly $F$ distributed when the number of equations in the system or the number of restrictions tested per equation is less than or equal to two.[62,63] This test statistic provides a simple solution to the problems in hypothesis testing in the MVRM framework in cases where statistics with exact finite sample distributions are not available.

## 6. Summary

Beginning with FFJR in the late 1960s, the event study methodology, as it has become to be known, was first used almost exclusively in the areas of investments and accounting to examine security price performance and the dissemination of new information. Since then it has been widely used in corporate finance and the various subfields of economics as well, especially regulatory economics. The methodology has also been carefully examined in a number of articles. One conclusion of these studies is that the market model works well as a measure of the benchmark rate of return. While a variety of important statistical issues concerning the variability and covariability of the abnormal return estimators have been pointed out over time, researchers in this area have developed a number of simple solutions to these problems, leading ultimately to unbiased and powerful tests of hypotheses about the average effect of the event on the sample firms.

Recently there has been considerable work on modeling the abnormal returns as coefficients directly in a regression framework. This method simplifies the estimation somewhat, since the benchmark parameters and the abnormal returns are estimated in one step, and, when a multivariate regression model is used, allows the testing of several hypotheses which are of great interest in certain applications. Regardless of which variant of the methodology is employed, it is expected that the event study, given its demonstrated statistical power and broad applicability, will continue in the future to be widely used in business and economics research while also being applied in other areas in the social sciences.

## Acknowledgment

I am grateful to Mike Gibbons, Jack Gould, Imre Karafiath, Bob Korajczyk, Merton Miller and Rex Thompson for helpful discussions about the event study methodology at various points in time and to two anonymous referees for their extremely careful reading of the paper. The paper's shortcomings are, however, my own.

## Notes

1. See the selective list of references in Ball (1990) for the accounting literature, in Schwert (1981), Binder (1985b) and Section 5 below covering regulatory economics and in Santomero (1991) for macroeconomics.
2. I apologize in advance if this survey misses or fails to adequately acknowledge the methodological contributions of any of the researchers in this area. While this does not excuse any oversights on my part, hopefully the reader recognizes that the sheer volume of published papers in the event study literature makes it difficult to summarize this material. Also, the specific articles referenced here are chosen because they are among the most well known in the literature dealing with the topics under discussion. When methodological problems are pointed out, the intention is not to criticize individuals or their work but instead to show how the event study technique has evolved over time. The reader may also find the survey articles by Peterson (1989), Henderson (1990), Thompson (1995) and MacKinlay (1997) of interest.
3. Returns include price changes and cash dividends and are adjusted for stock splits and stock dividends. FFJR actually use continuously compounded returns, while subsequent researchers generally use simple returns.
4. This is the single index model suggested by Sharpe (1963).
5. Early event studies, e. g., FFJR (1969), Ball and Brown (1968) and Scholes (1972), discuss the market model residuals or prediction errors but do not use the term abnormal return. Throughout this article I refer to the *true* (but unknown) effect of the event on the security price as the abnormal return. The market model prediction error (or in Section 5 the estimator of the regression coefficient on a dummy variable denoting the event period) is the estimator of the abnormal return and is a random variable. The statistical properties of these estimators are important in hypothesis tests about the abnormal returns and are discussed in greater detail below.
6. Ball and Brown (1968) also use this methodology, but due to the vagaries of the journal process their paper appeared in print before FFJR (1969). As discussed by Michael Jensen at a conference held in honor of Lawrence Fisher in April 1996, the FFJR paper was rejected three times before it was accepted by the *International Economic Review*.
7. Studies with daily data tend to use about one year of observations, essentially 250 trading days.
8. Malatesta and Thompson (1985) and Acharya (1986) show that for partially anticipated events the market model disturbances are not mean zero during periods the event might have occurred but did not. This causes the abnormal return estimates to be biased when the standard event study methodology is used.
9. Brown and Warner (1980, equation (A. 11)) estimate the variance of each $AR_{is}$ from the time series of market model residuals during the estimation period. Assuming that the $AR_{is}$'s are independent over time, are cross-sectionally independent and have the same variance as the residuals from the estimation period, the standard error of $AAR_s$ is calculated. This method does not assume that the variance of $AR_{is}$ is identical across firms, a restriction which is not empirically supported.
10. Following Brown and Warner (1980, equation (A. 11)), if the $AAR_s$'s are independent and identically distributed over time and have the same variance as the average residual during a given month (in event time) of the estimation period, the variance of each $AAR_s$, $\sigma^2(AAR_s)$, can be estimated from the time series of the cross-sectional (in event time) average residuals. Based on time series independence, the variance of $CAAR_{S1,S2}$ is $(S_2 - S_1 + 1)$ times $\sigma^2(AAR_s)$.
11. The difference between residuals and prediction errors is discussed in further detail below.

12. Their test statistic is, however, based on cross-sectional independence of the cumulative standardized abnormal returns.
13. See also Sanders and Robins (1990) and Brockett, Chen and Garven (1995). The latter paper suggests using a Generalized Autoregressive Conditional Heteroskedasticity (GARCH) model for the variance of the error term in the return equation, which allows it to change every period, as opposed to just during the event period. Bollerslev, Chou and Kroner (1992) survey ARCH and GARCH modeling in finance.
14. See Brown and Warner (1980, p. 253) and footnote 9 for further details.
15. This correlation occurs (see Sweeney (1991)) when the abnormal returns are based on any common parameter estimates. That is, the problem is present when abnormal returns are measured as the deviation from the historical average return or when the CAPM or the Black (1972) model is used, as opposed to the market model, as the benchmark for the normal return.
16. Both sets of authors credit Craig Ansley for this derivation.
17. These statistical problems can also be addressed with resampling techniques, e. g., bootstrapping, as in Marais (1984), possibly after using the portfolio method to insure that the observations are independent and identically distributed.
18. See Brown and Warner (1980) and Corrado (1989), Chandra and Rorhbach (1990) and Cowan (1992) for evidence on nonparametric tests with monthly and daily returns, respectively.
19. When the independent variable matrix in a cross-sectional regression study of abnormal returns is a vector of ones, the Collins and Dent and Froot methods estimate the average abnormal return and test its statistical significance.
20. In reality, Chandra, Moriarty and Willinger (1990) analyze the stock's return minus its expected return during the event period. If the return generating process is stationary, as $T$ approaches infinity the bias and variance of Brown and Warner's mean-adjusted (actually sample average-adjusted) return converges to the expressions derived by Chandra, Moriarty and Willinger.
21. Assuming that $R_{ms}$ and the market model disturbance $u_{is}$ are independent, the variance of the mean-adjusted return is $\beta_i^2\sigma^2(R_{ms}) + \sigma^2(u_{is})$ (see Chandra, Moriarty and Willinger (1990, p. 400)). If for the average (beta equals one) stock the $R^2$ equals .50, the mean-adjusted return's variance is twice as large as the variance of the market model disturbance.
22. The market-adjusted return's variance is $(\beta_i - 1)^2\sigma^2(R_{ms}) + \sigma^2(u_{is})$. When the beta is greater than .5, the market-adjusted return will be less noisy than the mean-adjusted return.
23. When the market model prediction errors are not independent, Larcker, Gordon and Pinches (1980) suggest pooling the estimation and prediction periods and using intervention analysis (see Box and Tiao (1975)) to estimate the prediction errors. That is, the time series properties of the market model error term are modeled.
24. Dimson (1979) derives a simpler estimator for beta, but Fowler and Rorke (1983) show that it is biased.
25. See the papers by Jensen (1969), Jaffe (1974) and Mandelker (1974). The two latter articles use the Fama and Macbeth (1973) estimates of the parameters of the Black model while Jensen measures the riskless interest rate as the return on U. S. Treasury bills.
26. If the second variable is highly correlated with the market return, it can be orthogonalized before including it in the model.
27. Connor and Korajczyk (1995) provide an excellent survey of the APT, its estimation and its applications.
28. See also Barber and Lyon (1996), who use the three factor model of Fama and French (1993) to calculate prediction errors as per Flannery and James (1984).
29. See Brenner (1977, pp. 58–61) in the case of the two factor model where one factor is $R_m$.
30. When one factor is $R_m$, Brenner (1977, pp. 58–61) shows that the bias on average equals zero if the betas with respect to the remaining factors on average all equal zero and/or the average values of the remaining factors during the event period equal their estimation period means. When the return on the market is used as one of the factors, the average of the betas on non-market factor $k$ across all the securities in the market portfolio, weighted as in $R_m$, must equal zero (see Sweeney and Warga (1986a, 1986b)). Therefore, in many event study samples the first condition essentially holds.
31. The Black model prediction errors are based on the Fama-MacBeth (1973) parameter estimates. In the control portfolio approach, the abnormal return for each security is measured as its actual return minus the

return that period on a portfolio with the same beta, i. e., the control portfolio. Similarly, Brown and Warner (1980, pp. 254–255) control for risk by forming the securities experiencing the event into a portfolio and weighting them so that the portfolio's estimated beta equals one. The weighted average of $R_m$ during the event periods is then subtracted from the event period portfolio return. Both these approaches assume that a one factor model (with the market portfolio return as the factor) determines expected returns.

32. See Brown and Warner (1980, Tables 1 and 3).

33. See their Table 6. When the dependence is not controlled for in the calculation of the test statistic, the mean-adjusted return method rejects the null too often when it is true. This is not surprising. Since the estimates across securities share a common market return, they are not independent and the estimated standard deviation is downward biased. Brown and Warner also find that for other methods the results are not affected by controlling for dependence in the abnormal return estimators. This seems surprising, until it is recalled that the securities are randomly chosen, i. e., they are not from the same industry, and are, therefore, likely to have uncorrelated abnormal return estimators if the market return captures all the economy wide influences on security returns.

34. With respect to variance estimation, daily abnormal return estimators suffer from serial dependence (due to nonsynchronous trading), from cross-sectional dependence when there is clustering and from event-induced heteroskedasticity. The two latter problems are also important when monthly returns are used, although the third is more pronounced with daily returns.

35. The results of the two studies are not strictly comparable since Dyckman et al. summarize the results for five types of event date uncertainty, five levels of abnormal performance and seven different portfolio sizes.

36. Brown and Warner (1985, pp. 18–20) point out two instances where nonsynchronous trading is a problem: 1) when the event dates are clustered and mean-adjusted returns are used and 2) when thinly traded securities are examined.

37. See also the further results with daily returns in Thompson (1988).

38. The tests are even less powerful when the event occurs somewhere during a twenty-one month window. Brown and Warner (1985) and Dyckman, Philbrick and Stephan (1984) report a comparable decrease in power when the event date is not precisely known in tests with daily return data.

39. In the related case of a partially anticipated event, i. e., rather than coming out completely in one time period, the information becomes known to the market during several periods up to and including the one containing the public announcement, Acharya (1986, 1993) suggests using a two-step procedure to determine whether the event affected security prices. First, a probit regression model is used to obtain the market's estimate for each firm (based on publicly available information) of the probability that the event will occur during the announcement period and the information revealed by the announcement. Then the abnormal return estimate (obtained in the usual way) for a sample including firms which did not experience the event as well as firms that did is regressed against the estimate of the information revealed in the announcement. If the null hypothesis that the slope coefficient equals zero is rejected (not rejected) in the latter regression, it is concluded that the event's abnormal return is nonzero (zero). For this method to be useful, the event must be predictable based on publicly available information, the researcher must be able to statistically explain the market's probability estimate for each firm with observable variables and these probabilities must differ noticeably across firms (i. e., the second regression must have explanatory power). When a sample of firms that did not experience the event can be obtained, Acharya's method performs better than the truncated regression procedure of Eckbo, Maksimovic 'and Williams (1990). Prabhala (1993) compares the traditional methodology to these "conditional" methods. He finds that the FFJR procedure is well specified and at least as powerful as the conditional methods in detecting the effects of new information. When non-event period abnormal return estimates are not available, the FFJR method is more powerful.

40. This summary is based on Doyle's several tests in the multivariate regression framework (which is discussed in the next section), since they are easier to interpret than the standard average and cumulative average returns he analyzes during a five day event period. Doyle's tests appear, however, to be biased in favor of rejecting the null hypothesis due to the non-normality of daily returns (see footnote 62 below for further details).

41. As an extension of Doyle's results, it would be interesting to examine Supreme Court decisions. While this

limits the sample to a particular type of regulatory event, these may be even greater surprises to the market than agency rulings, given the secrecy with which the Court operates.

42. It is not clear, however, that researchers detached from the regulatory process will be able to identify announcements that were unanticipated by the market. For example, Binder (1985b) finds that the event study methodology has essentially the same power when he focuses solely on the formal announcement that seems to be the greatest surprise as when he examines all the formal announcements (which are already screened to exclude occurrences that seemed to have been anticipated).

43. See also Maloney and McCormick (1982).

44. Karafiath (1988) demonstrates that the estimate of gamma in equation (6) for security $i$ is identical to the market model prediction error for period $s$ when the dummy variable "turns on" only during period $s$. By extension, the same result holds for the various gammas in equation (7).

45. Hypotheses about cumulative average abnormal returns are tested using an $F$-statistic based on the sum of the estimated gammas.

46. In the latter case a sufficient span of the post-event period must be included in the sample to accurately estimate the coefficient changes.

47. This framework can also be used to examine the effect during a longer window, e. g., to see if there is post-event abnormal return drift in security prices, pre-event run-up or abnormal performance over some longer period (such as from the first to the last regulatory announcement), by including a separate dummy variable for every period during the window or using only one dummy variable that equals one for every period during the window. The former method is inefficient because it requires the estimation of many coefficients (decreasing the degrees of freedom) while the latter is more parsimonious but forces the abnormal returns to be the same during each period in the event window (which increases the noise in the disturbance term).

48. For a discussion of this model in the more convenient matrix notation, see Binder (1985b, pp. 171–173). See Zellner (1962) and Theil (1971, ch. 7) on the more general Seemingly Unrelated Regression Model (SURM). The SURM was first used in finance by Chang and Lee (1977).

49. Other applications of this methodology include Hughes and Ricks (1984a), Doyle (1985), Madeo and Pincus (1985), Pownall (1985), Ricks and Hughes (1985), Rose (1985), Schipper and Thompson (1985), Smith, Bradley and Jarrell (1986), McCubbins et al. (1987), Saunders and Smirlock (1987), Allen and Wilhelm (1988), Binder (1988), Karafiath and Glascock (1989), Nelson and Wasley (1989), Prager (1989), Eyssell and Arshadi (1990), Cornett and Tehranian (1990), Karafiath (1990), Carroll and Lambdin (1991), Karafiath, Mynatt and Smith (1991) and Alexander and Spivey (1994). For an excellent survey of the methodology, see Thompson (1985). Burgstahler and Noreen (1984) suggest a similar method which estimates the normal return equations jointly with generalized least squares and then tests hypotheses about the event period prediction errors based on the variance-covariance matrix of the estimation period residuals.

50. The coefficient estimators are a function of the inverse of the estimated $\Sigma$, which is singular unless $N$ is less than or equal to the number of time series observations per equation $T$. This restricts the number of equations (securities) that can be used in this framework.

51. The regression based procedures, such as equation (7) or the MVRM system in (8), are computationally simpler than the standard methodology, since they estimate the parameters of the benchmark model and the abnormal returns in one-step and the appropriate statistical tests can be done directly in the standard regression software packages.

52. Event-induced heteroskedasticity can be allowed for by using the standard errors derived by White (1980) and Chamberlain (1982) which model the disturbance variance in an equation as a function of the independent variables. See Smith, Bradley and Jarrell (1986).

53. Malatesta (1986), using methods similar to Brown and Warner (1980), finds that tests in the multivariate regression framework perform no better than standard tests based on the prediction errors which do not take into account the contemporaneous correlation of the disturbances across securities. McDonald (1987) reports similar results. However, both studies use samples of securities from different industries and/or securities which experienced the event (real or simulated) during different calendar periods. Therefore, in these samples contemporaneous correlation during the event period will be minimal, if not zero. Ingram and

Ingram (1993) re-examine this issue when contemporaneous correlation is non-trivial, as is the case in most applications of the MVRM methodology since regulatory events involve firms from the same industry experiencing events during the same calendar periods. Not surprisingly, they find that tests which do not control for contemporaneous correlation reject the null hypothesis too often when it is true, but that tests in the MVRM framework are unbiased.

54. Schipper and Thompson (1983) suggest constraining the abnormal returns for a given event to be equal across equations (securities). Since there is a presumption in regulatory event studies, where this methodology is generally used, that the effect will differ across firms, this places an unrealistic constraint on the parameters. Therefore, the restriction increases the amount of noise in each equation and in some cases will obscure the effects of the event. The same general result could be achieved more easily by examining a portfolio of firms and estimating the average abnormal return(s) as in equation (7). The portfolio equation captures the effects of heteroskedasticity across firms and contemporaneous covariance since the variance-covariance matrix of the individual security returns determines (is captured in) the variance of the disturbance term in equation (7). Furthermore, Marais (1986) shows that the estimated standard errors ($t$-statistics) on the constrained parameters are downward (upward) biased.

55. Binder (1983, 1985a, 1985b) and Schipper and Thompson (1983) discuss the various interesting hypotheses about the abnormal returns that can be tested as a linear constraint on the coefficient vector.

56. A few studies, e. g., McDonald (1988) and Simon (1989), use different segments of calendar time for each security. In these cases the $\Sigma$ matrix does not have the usual structure. See also Malatesta (1986), who uses the same segment of calendar time for each security, but allows the event to occur during different calendar periods, causing the independent variables to differ across equations.

57. Smith, Bradley and Jarrell (1986) demonstrate how the usual cross-sectional regression relating the abnormal return estimates to firm specific variables can be done directly within a Seemingly Unrelated Regression by including interactive variables equal to the product of the event dummy variable(s) and the firm specific variables.

58. See Theil (1971, pp. 313–314), Berndt and Savin (1977) and Buse (1982).

59. Several authors, including Hughes and Ricks (1984b), Schipper and Thompson (1985) and de Jong and Thompson (1990), demonstrate that in certain cases some of these statistics have an exact finite sample distribution.

60. Laitinen (1978) and Meisner (n. d.) show that the Wald and Theil's $F$ statistics are biased in their applications with 31 time series observations. Binder (1983, 1985a) examines the behavior of all four statistics in actual event studies when 60 (with monthly returns) or 250 (with daily returns) observations are used.

61. See Press (1972, p. 107).

62. Binder (1985a) finds that Rao's $F$ rejects the null hypothesis less frequently than the statistics discussed above. Butler and Frost (1992) derive more general conditions under which Rao's $F$ is exactly $F$ distributed. They also simulate the use of both exact distribution and asymptotically distributed test statistics with daily stock returns. The results are fairly consistent with those reported in Binder (1985a), except that the statistics with known finite sample distributions reject the null too often when it is true, presumably due to nonnormality of the daily returns. This result may account for some of the seeming power of the regulatory event studies conducted by Doyle (1985) with daily stock return data.

63. Other multivariate test statistics with known small sample distributions, such as Hotelling's $t^2$, have been derived or used elsewhere in finance. See, for example, MacBeth (1975), MacKinlay (1984), Shanken (1985) and Gibbons, Ross and Shanken (1986).

## References

Acharya, Sankarshan. "A Generalized Model of Stock Price Reaction to Corporate Policy Announcement: Why Are Convertible Bonds Called Late?" Ph. D. dissertation, Northwestern University, 1986.

———. "Value of Latent Information: Alternative Event Study Methods." *Journal of Finance* 48, 363–385, (March 1993).

Alexander, John C. and Spivey, Michael F. "CEBA of 1987 and the Security Returns and Market Risk of Savings and Loan Institutions: A Note." *Journal of Banking and Finance* 18, 1205–1215, (December 1994).

Allen, Paul R. and Wilhelm, William J. "The Impact of the 1980 Depository Institutions Deregulation and Monetary Control Act on Market Value and Risk: Evidence from the Capital Markets." *Journal of Money, Credit and Banking* 20, 364–380, (August 1988).

Ball, Clifford A. and Torous, Walter N. "Investigating Security-Price Performance in the Presence of Event-Date Uncertainty." *Journal of Financial Economics* 22, 123–153, (October 1988).

Ball, Ray. "What Do We Know About Market Efficiency?" Working paper, University of Rochester, 1990.

——— and Brown, Philip. "An Empirical Evaluation of Accounting Income Numbers." *Journal of Accounting Research* 6, 159–178, (Autumn 1968).

Barber, Brad M. and Lyon, John D. "Detecting Long-Run Abnormal Stock Returns: The Empirical Power and Specification of Test-Statistics." Working paper, University of California-Davis, 1996.

Beaver, William H. "The Information Content of Annual Earnings Announcements." *Journal of Accounting Research* 6 (supplement), 67–92, (1968).

Bernard, Victor L. "Cross-Sectional Dependence and Problems in Inference in Market Based Accounting Research." *Journal of Accounting Research* 25, 1–48, (Spring 1987).

Berndt, Ernst R. and Savin, N. Eugene. "Conflict Among Criteria for Testing Hypotheses in the Multivariate Regression Model." *Econometrica* 45, 1263–1277, (July 1977).

Berry, Michael A., Gallinger, George W. and Henderson, Glenn V., Jr. "State Space Versus Ordinary Least-Squares Regression in Event Studies." *Advances in Quantitative Analysis in Finance and Accounting* 1, 231–249, (1991).

Binder, John J. "Measuring the Effects of Regulation with Stock Price Data: A New Methodology." Ph. D. dissertation, University of Chicago, 1983.

———. "On the Use of the Multivariate Regression Model in Event Studies." *Journal of Accounting Research* 23, 370–383, (Spring 1985a).

———. "Measuring the Effects of Regulation with Stock Price Data." *Rand Journal of Economics* 16, 167–183, (Summer 1985b).

———. "The Sherman Antitrust Act and the Railroad Cartels." *Journal of Law and Economics* 31, 443–468, (October 1988).

———. "Beta, Firm Size and Concentration." *Economic Inquiry* 30, 556–563, (July 1992).

——— and Norton, Seth W. "Regulation, Profit Variability and Beta." Mimeographed, 1996.

Black, Fischer. "Capital Market Equilibrium with Restricted Borrowing." *Journal of Business* 45, 444–454, (July 1972).

Blume, Marshall E. "On the Assessment of Risk." *Journal of Finance* 26, 1–10, (March 1971).

Boehmer, Ekkehart, Musumeci, Jim and Poulsen, Annette B. "Event Study Methodology Under Conditions of Event Induced Variance." *Journal of Financial Economics* 30, 253–272, (December 1991).

Bollerslev, Tim, Chou, Ray Y. and Kroner, Kenneth F. "ARCH Modeling in Finance." *Journal of Econometrics* 52, 5–59, (April/May 1992).

Box, George E.P. and Tiao, George C. "Intervention Analysis with Applications to Economic and Environmental Problems." *JASA* 70, 70–79, (March 1977).

Brenner, Menachem. "The Effects of Model Misspecification on Tests of the Efficient Market Hypotheses." *Journal of Finance* 32, 57–66, (March 1977).

Brockett, Patrick L., Chen, Hwei-Mei and Garven, James R. "Event Study Methodology: A New and Stochastically Flexible Approach." Working paper, University of Texas-Austin, 1995.

Brown, Stephen J. and Warner, Jerold B. "Measuring Security Price Performance." *Journal of Financial Economics* 8, 205–258, (September 1980).

———. "Using Daily Returns: The Case of Event Studies." *Journal of Financial Economics* 14, 3–31, (March 1985).

——— and Weinstein, Mark I. "Derived Factors in Event Studies." *Journal of Financial Economics* 14, 491–495, (September 1985).

Burgstahler, David and Noreen, Eric W. "A Method for Detecting Market Reactions to Related Events." Working paper, University of Washington, 1984.

Buse, A. "The Likelihood Ratio, Wald and Lagrange Multiplier Tests: An Expository Note." *American Statistician* 36, 153–157, (August 1982).

Butler, Ronald W. and Frost, Carol. "An Analysis of 'Exactly Distributed Test Statistics for Multivariate Event Studies." *Review of Quantitative Finance and Accounting* 2, 327–341, (December 1992).

Carroll, Kathleen A. and Lamdin, Douglas J. "Measuring Market Response to Regulation of the Cable TV Industry." Mimeographed, 1991.

Chamberlain, G. "Multivariate Regression Models for Panel Data." *Journal of Econometrics* 18, 5–46, (April/May 1982).

Chandra, Ramesh and Bala V. Balachandran. "More Powerful Portfolio Approaches to Regressing Abnormal Returns on Firm-Specific Variables for Cross-Sectional Studies." *Journal of Finance* 47, 2055–2070, (December 1992).

———, Moriarty, Shane and Willinger, G. Lee. "A Re-Examination of the Power Alternative Return-Generating Models and the Effect of Accounting for Cross-Sectional Dependencies in Event Studies." *Journal of Accounting Research* 28, 398–408, (Autumn 1990).

——— and Rorhbach, Kermit. "A Methodological Note on Detecting a Location Shift in the Distribution of Abnormal Returns: A Nonparametric Approach." *Contemporary Accounting Research* 7, 123–141, (Autumn 1990).

Chang, Hui-shyong and Lee, Cheng F. "Using Pooled Time-Series and Cross-Section Data to Test the Firm and Time Effects in Financial Analyses." *Journal of Financial and Quantitative Analysis* 12, 457–471, (September 1977).

Chen, Nai-fu, Roll, Richard and Ross, Stephen. "Economic Forces and the Stock Market." *Journal of Business* 59, 383–403, (July 1986).

Collins, Daniel W. and Dent, Warren T. "A Comparison of Alternative Testing Methodologies Used in Capital Market Research." *Journal of Accounting Research* 48–84, (Spring 1984).

Connor, Gregory and Korajczyk, Robert A. "The Arbitrage Pricing Theory and Multifactor Models of Asset Returns." Ch. 4 of *Finance* (eds., Robert Jarrow, Vojislav Maksimovic and William Ziemba, volume 9 of *Handbooks in Operations Research and Management Science*). Amsterdam: North Holland, 1995.

Cornett, Marcia Millon and Tehranian, Hassan. "An Examination of the Impact of the Garn-St. Germain Depository Institutions Act of 1982 on Commercial Banks and Savings and Loans." *Journal of Finance* 45, 95–111, (March 1990).

Corrado, Charles J. "A Nonparametric Test for Abnormal Security Price Performance in Event Studies." *Journal of Financial Economics* 23, 385–395, (August 1989).

Cowan, Arnold R. "Tests for Cumulative Abnormal Returns over Long Periods: Simulation Evidence." Working paper, Iowa State University, 1991.

———. 1992. "Nonparametric Event Study Tests." *Review of Quantitative Finance and Accounting* 2, 353–371, (December 1992).

de Jong, Piet and Thompson, Rex. "Testing Linear Hypotheses in the SUR Framework for Identical Explanatory Variables." *Research in Finance* 59–76, (1990).

Dimson, Elroy. "Risk Measurement When Shares Are Subject to Infrequent Trading." *Journal of Financial Economics* 7, 197–226, (June 1979).

Dodd, Peter and Warner, Jerold. "On Corporate Governance: A Study of Proxy Contests." *Journal of Financial Economics* 11, 401–438, (April 1983).

Doyle, Barry W. "Evaluating the Wealth Effects of Regulation Using Daily Stock Return Data: Some Methodological Issues." Ph. D. dissertation, University of Oregon, 1985.

Dyckman, Thomas, Philbrick, Donna and Stephan, Jens. "A Comparison of Event Study Methodologies Using Daily Stock Returns: A Simulation Approach." *Journal of Accounting Research* 22 (supplement), 1–33, (1984).

Eckbo, B. Espen, Maksimovic, Vojislav and Williams Joseph. "Consistent Estimation of Cross-Sectional Models in Event Studies." *The Review of Financial Studies* 3, 343–365, (Number 3, 1990).

Eysell, Thomas and Arshadi, Nasser. "The Wealth Effects of the Risk-Based Capital Requirement in Banking: The Evidence from the Capital Market." *Journal of Banking and Finance* 14, 179–197, (March 1990).

Fama, Eugene F. *Foundations of Finance*. New York: Basic Books, 1976.

———. "Efficient Capital Markets: II." *Journal of Finance* 46, 1575–1617, (December 1991).

———, Fisher, Lawrence, Jensen, Michael and Roll, Richard. "The Adjustment of Stock Prices to New Information." *International Economic Review* 10, 1–21, (February 1969).

——— and French, Kenneth. "Common Risk Factors in Returns on Stocks and Bonds." *Journal of Financial Economics* 33, 3–56, (February 1993).

——— and MacBeth, James D. "Risk, Return and Equilibrium." *Journal of Political Economy* 81, 607–636, (May/June 1973).

Flannery, Mark and James, Christopher. "The Effect of Interest Rate Changes on the Common Stock Returns of Financial Institutions." *Journal of Finance* 39, 1141–1153, (September 1984).

Fowler, David J. and Rorke, C. Harvey. "Risk Measurement When Shares Are Subject to Infrequent Trading: Comment" *Journal of Financial Economics* 12, 279–283, (August 1983).

Froot, Kenneth A. "Consistent Covariance Matrix Estimation with Cross-Sectional Dependence and Heteroskedasticity in Financial Data." *Journal of Financial and Quantitative Analysis* 24, 333–355, (September 1989).

Gibbons, Michael, Shanken, Jay and Ross, Stephen A. "A Test of the Efficiency of a Given Portfolio." Mimeographed, 1986.

Glazer, Amihai, McMillan, Henry and Robbins, Marc. "Close Congressional Votes and Corporate Stock Prices." Mimeographed, 1987.

Gonedes, Nicholas. "Evidence on the Information Content of Accounting Numbers: Accounting-Based and Market-Based Estimates of Systematic Risk." *Journal of Financial and Quantitative Analysis* 8, 407–444, (June 1973).

——— and Dopuch, Nicholas. "Capital Market Equilibrium, Information Production and Selecting Accounting Techniques: Theoretical Framework and Review of Empirical Work." *Journal of Accounting Research* 12 (supplement), 48–129, (1974).

Greenwald, B.C. "A General Analysis of Bias in the Estimated Standard Errors of Least Squares Coefficients." *Journal of Econometrics* 22, 323–338, (August 1983).

Henderson, Glenn V., Jr. "Problems and Solutions in Conducting Event Studies." *Journal of Risk and Insurance* 57, 282–306, (June 1990).

Hughes, John S. and Ricks, William E. "Accounting for Retail Land Sales: Analysis of a Mandated Change." *Journal of Accounting and Economics* 6, 101–132, (August 1984a).

———. "Note on the Properties of Certain Test Statistics Employed in Event Studies." Mimeographed, 1984b.

Ingram, Marcus A. and Ingram, Virginia C. "Consistent Estimation of Residual Variance in Regulatory Event Studies." *Journal of Financial Research* 16, 151–160, (Summer 1993).

Institute for Scientific Information. *Social Sciences Citation Index*. Philadelphia: Institute for Scientific Information, Inc.

Izan, Haji Y. "An Empirical Analysis of the Economic Effects of Mandatory Government Audit Requirements." Ph. D. dissertation, University of Chicago, 1978.

Jaffe, Jeffrey F. "Special Information and Insider Trading." *Journal of Business* 47, 410–428, (July 1974).

Jensen, Michael C. "Risk, the Pricing of Capital Assets and the Evaluation of Investment Portfolios." *Journal of Business* 42, 167–247, (April 1969).

Karafiath, Imre. "Using Dummy Variables in the Event Methodology." *Financial Review* 23, 351–357, (August 1988).

———. "Intra-Industry Effects of the Penn Square Failure: Additional Evidence Using Exact Distributions of Test Statistics." Mimeographed, 1990.

———. "On the Efficiency of Least Squares Regression with Security Abnormal Returns as the Dependent Variable." *Journal of Financial and Quantitative Analysis* 29, 279–300, (June 1994).

——— and Glascock, John. "Intra-Industry Effects of a Regulatory Shift: Capital Market Evidence from Penn Square." *Financial Review* 24, 123–134, (February 1989).

———, Mynatt, Ross and Smith, Kenneth L. "The Brazilian Default Announcement and the Contagion Effect Hypothesis." *Journal of Banking and Finance* 13, 699–716, (June 1991).

——— and Spencer, David E. "Statistical Inference in Multi-Period Event Studies: An Assessment." *Review of Quantitative Finance and Accounting* 1, 353–371, (December 1991).

Keim, Donald B. "Size Related Anomalies and Stock Return Seasonality: Further Empirical Evidence." *Journal of Financial Economics* 12, 13–32, (June 1983).

King, Benjamin F. "Market and Industry Factors in Stock Price Behavior." *Journal of Business* 39 (supplement), 139–190, (January 1966).

Laitinen, Kenneth. "Why is Demand Homogeneity Rejected So Often?" *Economics Letters* 1, 187–191, (May 1978).

Larcker, David F., Gordon, Lawrence A. and Pinches, George E. "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis." *Journal of Financial and Quantitative Analysis* 18, 267–287, (June 1980).

Lee, Cheng-Few, Chen, K.C., and Liaw, K. Thomas. "Systematic Risk, Wage Rates, Monopoly Power and Factor Substitution." Mimeographed, 1994.

———, Newbold, Paul, Finnerty, Joseph, and Chu, Chen-Chin. "On Accounting Based, Market Based and Composite Based Beta Predictions: Methods and Implications." *Financial Review* 21, 51–68, (February 1986).

——— and Wu, Chunchi. "The Impacts of Kurtosis on Risk Stationarity: Some Empirical Evidence." *Financial Review* 20, 263–269, (May, 1985).

Lintner, John. 1965. "The Valuation of Risk Assets and the Selection of Risky Investments in Stock Portfolios and Capital Budgets." *Review of Economics and Statistics* 47, 13–37, (February 1965).

MacBeth, James. "Tests of the Two Parameter Model of Capital Market Equilibrium." Ph. D. dissertation, University of Chicago, 1975.

MacKinlay, A. Craig. "On Multivariate Tests of the CAPM." *Journal of Financial Economics* 18, 341–371, (June 1987).

———. "Event Studies in Economics and Finance." *Journal of Economic Literature* 35, 13–39, (March 1997).

McCubbins, Mathew, Pincus, Morton, Pownall, Grace and Weingast, Barry. "Gates and Signals: A Method for Dating Events in Capital Market Studies of Regulation." Mimeographed, 1987.

McDonald, Bill. "Event Studies and Systems Methods: Some Additional Evidence." *Journal of Financial and Quantitative Analysis* 22, 495–504, (December 1987).

Madeo, Silvia A. and Pincus, Morton. "Stock Price Behavior and Tax Rule Changes: The Case of the Disallowance of Certain Interest Deductions Claimed by Banks." *The Accounting Review* 60, 407–429, (July 1985).

Mais, Eric L., Moore, William T. and Rogers, Ronald C. "A Reexamination of Shareholder Wealth Effects of Calls of Convertible Preferred Stock." *Journal of Finance* 44, 1401–1410, (December 1989).

Malatesta, Paul H. "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares." *Journal of Financial and Quantitative Analysis* 21, 27–38, (March 1986).

——— and Thompson, Rex. "Partially Anticipated Events: A Model of Stock Price Reactions with an Application to Corporate Acquisitions." *Journal of Financial Economics* 14, 237–250, (June 1985).

Maloney, Michael T. and McCormick, Robert E. "A Positive Theory of Environmental Quality Regulation." *Journal of Law and Economics* 25, 99–123, (April 1982).

Mandelker, Gershon. "Risk and Return: The Case of Merging Firms." *Journal of Financial Economics* 1, 303–335, (December 1974).

Marais, M. Laurentais. "An Application of the Bootstrap Method to the Analysis of Squared Standardized Market Model Prediction Errors." *Journal of Accounting Research* 22 (supplement), 34–54, (1984).

———. "An Analysis of a Multivariate Regression Model in the Context of a Regulatory Event Study by Computer Intensive Resampling." Mimeographed, 1986.

Meisner, James F. n.d. "The Sad Fate of the Asymptotic Slutsky Symmetry Test for Large Systems." Mimeographed.

Mikkleson, Wayne H. and Partch, Megan. "Withdrawn Security Offerings." *Journal of Financial and Quantitative Analysis* 23, 119–134, erratum 487, (June 1988).

Nelson, Douglas R. and Wasley, Charles E. "A Capital Market Analysis of the Effect of International Trade Regulation on Shareholder Wealth." Mimeographed, 1989.

Patell, James. "Corporate Forecasts of Earnings per Share and Stock Price Behavior: Empirical Tests." *Journal of Accounting Research* 14, 246–276, (Autumn 1976).

Peterson, Pamela P. "Event Studies: A Review of Issues of Methodology." *Quarterly Journal of Business and Economics* 28, 36–66, (Summer 1989).

Pownall, Grace. "An Empirical Analysis of the Regulation of the Defense Contracting Industry: The Cost Accounting Standards Board." Ph. D. dissertation, University of Chicago, 1985.

Prabhala, N. R. "Conditional Methods in Event Studies." Mimeographed, 1993.

Prager, Robin A. "Using Stock Price Data to Measure the Effects of Regulation: The Interstate Commerce Act and the Railroad Industry." *Rand Journal of Economics* 20, 280–290, (Summer 1989).

Press, James. *Applied Multivariate Analysis.* New York: Holt, Rinehart and Winston, 1972.

Rao, C. Radhakrishna. "An Asymptotic Expansion of the Distribution of Wilks' A Criterion." *Bulletin of the Institute of International Statistics* 33 (Part II), 177–180, (1951).

———. *Linear Statistical Inference and Its Applications.* New York: John Wiley and Sons, 1973.

Ricks, William E. and Hughes, John S. "Market Reactions to a Non-Discretionary Accounting Change: The Case of Long-Term Investments." *The Accounting Review* 60, 33–52, (January 1985).

Roll, Richard and Ross, Stephen. "An Empirical Investigation of the Arbitrage Pricing Theory." *Journal of Finance* 35, 1073–1103, (December 1980).

Rose, Nancy L. "The Incidence of Regulatory Rents in the Motor Carrier Industry." *Rand Journals of Economics* 16, 299–318, (Autumn 1985).

Ross, Stephen. "The Arbitrage Theory of Capital Asset Pricing." *Journal of Economic Theory* 13, 341–360, (December 1976).

Salinger, Michael. "Standard Errors in Event Studies." *Journal of Financial and Quantitative Analysis* 27, 39–53, (March 1992).

Sanders, Ralph W. and Robins, Russell. "Discriminating Between Wealth and Information Effects in Event Studies." *Review of Quantitative Finance and Accounting* 1, 307–329, (July 1990).

Santomero, Anthony. "Money Supply Announcements: A Retrospective." *Journal of Economics and Business* 43, 1–23, (February 1991).

Saunders, Anthony and Smirlock, Michael. 1987. "Intra- and Interindustry Effects of Bank Securities Market Activities: The Case of Discount Brokerage." *Journal of Financial and Quantitative Analysis* 22, 467–482, (December 1987).

Schipper, Katherine and Thompson, Rex. "The Impact of Merger-Related Regulations on the Shareholders of Acquiring Firms." *Journal of Accounting Research* 21, 184–221, (Spring 1983).

———. "The Impact of Merger-Related Regulations Using Exact Distributions of Test Statistics." *Journal of Accounting Research* 23, 408–415, (Spring 1985).

Scholes, Myron S. "The Market for Securities: Substitution Versus Price Pressure and the Effects of Information Share Prices." *Journal of Business* 45, 179–211, (April 1972).

——— and Williams, Joseph. "Estimating Betas from Nonsynchronous Data." *Journal of Financial Economics* 5, 309–327, (December 1977).

Schwert, G. William. "Using Financial Data to Measure Effects of Regulation." *Journal of Law and Economics* 24, 121–158, (April 1981).

Sefcik, Stephan E. and Thompson, Rex. "An Approach to Statistical Inference in Cross-Sectional Models with Security Abnormal Returns as Dependent Variables." *Journal of Accounting Research* 24, 316–334, (August 1986).

Shanken, Jay. "Multivariate Tests of the Zero-Beta CAPM." *Journal of Financial Economics* 14, 327–348, (September 1985).

Sharpe, William F. "A Simplified Model for Portfolio Analysis." *Management Science* 9, 277–293, (January 1963).

———. "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk." *Journal of Finance* 19, 425–442, (September 1964).

Simon, Carol. "The Effect of the 1933 Securities Act on Investor Information and the Performance of New Issues." *American Economic Review* 79, 295–318, (June 1989).

Smith, Rodney T., Bradley, Michael and Jarrell, Greg. "Studying Firm-Specific Effects of Regulation with Stock Market Data: An Application to Oil Price Regulation." *Rand Journal of Economics* 17, 467–489, (Winter 1986).

Subrahmanyam, Marti and Thomadakis, Stavros. "Systematic Risk and the Theory of the Firm." *Quarterly Journal of Economics* 94, 437–451, (May 1980).

Sweeney, Richard J. "Levels of Significance in Event Studies." *Review of Quantitative Finance and Accounting* 1, 373–382, (December 1991).

——— and Arthur D. Warga. "The Pricing of Interest-Rate Risk: Evidence from the Stock Market." *Journal of Finance* 41, 393–410, (June 1986a).

———. "The Possibility of Estimating Premia in Asset Pricing Models." *Financial Review* 21, 299–308, (October 1986b).

Theil, Henri. *Principles of Econometrics*. New York: John Wiley and Sons, Inc., 1971.

Thompson, Joel. "More Methods That Make Little Difference in Event Studies." *Journal of Business Finance and Accounting* 15, 77–86, (Spring 1988).

Thompson, Rex. "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods." *Journal of Financial and Quantitative Analysis* 20, 151–168, (June 1985).

———. "Empirical Methods of Event Studies in Corporate Finance." Ch. 29 of *Finance* (eds., Robert Jarrow, Vojislav Maksimovic and William Ziemba, volume 9 of *Handbooks in Operations Research and Management Science*). Amsterdam: North Holland, 1995.

White, Halbert. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity." *Econometrica* 48, 817–838, (May 1980).

Zellner, Arnold. "An Efficient Method of Estimating Seemingly Unrelated Regressions and Tests for Aggregation Bias." *Journal of the American Statistical Association* 57, 348–368, (June 1962).