# EXHIBIT 24

# The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes

**ROBERT G. MAY** *

*Purpose and Motivation of the Study*

Although the major securities exchanges have been the prime source of organized demand for quarterly accounting data, they have not been particularly active in assessing the significance of the reports they require to the investing public. Accountants have made attempts to assess both the usefulness of quarterly data and the degree to which they are used by or influence investors. Some of their major efforts will be reviewed later. But it will be seen that past investigations into the significance of actual use and/or influence of quarterly accounting data have not satisfactorily answered the research questions listed below.

The purpose of this study is to provide information and motivation to accountants and managers who have to make decisions affecting the resources devoted to improving quarterly accounting measurements by attempting to answer the following two empirical research questions:

1. Do quarterly accounting data, in the form of public earnings announcements, have a significant effect on investor decisions as reflected in market price changes?

2. Does there appear to be a significant difference between the influence on investors of quarterly and annual earnings announcements? Does the difference, if any, reflect investor awareness of the lesser quality of measurement widely attributed to measurements of quarterly income?

* Assistant Professor, University of Washington. The author acknowledges the generous support of the Arthur Andersen & Co. Foundation during the doctoral dissertation project on which this report is based.

In addition to providing information relevant to the specific issue of improvement in quarterly accounting measurement, the second research question shows promise of contributing to the much broader issue of investor sensitivity to the nuances of the accounting measurement process in general. Knowledge of the sensitivity of investors to the difference in quality of annual and quarterly accounting measurements is a positive (if limited) contribution to our understanding of investor behavior in general.

## *Institutional Background of Interim Reporting*[1]

In spite of attendant theoretical and practical problems, quarterly financial statements (or announcements), giving summary sales and earnings data for periods less than a year, are currently well entrenched in our economy and appear to be here to stay.

The stock exchanges and financial analysts have been the primary proponents of interim financial reports. The New York Stock Exchange has advocated interim reports for its listed companies since 1910 and has been the dominant influence in expanding the practice of quarterly reporting. The American Stock Exchange requires its listed companies to make quarterly financial reports to the public.

Practicing accountants and their professional associations have generally been reluctant to endorse interim financial reports and have, in the past, resisted interim reporting requirements by authorities such as the SEC.[2] Although sharing some of the caution of practicing accountants, academic accountants have been much more positive in recognizing the value of interim reports to investors.[3]

Unfortunately, the SEC has generally been caught in the middle of the positions of these interested groups, first agreeing with one position, then the other. In 1946, the SEC began requiring quarterly sales data and later proposed requiring quarterly income statements as well. But resistance to these proposals was so strong that even the sales requirement was withdrawn in 1953. But in response to pressure from security analysts, the SEC in 1955 reinstated interim reporting (income) requirements that have endured to the present.

The Wheat Disclosure Study, still under consideration by the SEC, has again recommended, among other things, that the SEC require unaudited

---

[1] This brief description of the institutional framework of interim reporting essentially paraphrases a review by Robert G. Taylor, "A Look at Published Interim Reports," *The Accounting Review*, XL (January, 1965), 89–96.

[2] See for instance: American Institute of Accountants, "Discussion of Proper Basis for Quarterly Reports," *Bulletin of the American Institute of Accountants*, 144 (April 16, 1936), 14, as cited in Taylor, *The Accounting Review*, Vol. XL, No. 1, and Carman D. Blough, ed., "Some Dangers Inherent in Quarterly Financial Statements," *Journal of Accountancy*, XCV (February, 1953), 221–22.

[3] See for instance: American Accounting Association, *Accounting and Reporting Standards* (Columbus, Ohio: AAA, 1957), p. 46.

quarterly reports of companies with registered securities.[4] As of the time of this writing, however, "The Commission has neither adopted, approved nor disapproved the report." [5]

## Problems of Interim Income Measurement

Although measurement of income for any period shorter than the life of the enterprise presents difficult problems, there are additional problems of income measurement for periods as short as a fiscal quarter that are not encountered in annual income measurement. The additional problems of income determination can be conveniently grouped by their source. The three major sources are: (1) the institutionalization of the one-year period, (2) seasonality, and (3) degree of aggregation of the effects of random events.[6]

## Improvement in Quarterly Accounting Practice

The causes of limitations on quarterly accounting measurements imposed by seasonality and chance variability cannot be eliminated by the efforts of accountants. But the limitations imposed by institutionalization of the one-year period can perhaps be substantially avoided, in some cases, by changing the law or traditional contract provisions, in other cases by simply devoting additional resources to the measurement process. In addition, investors may be spared some avoidable effects of seasonality by more sophisticated cost allocation procedures than are required for making allocations of costs between annual periods. Furthermore, accountants could conceivably take it upon themselves to better apprise users of accounting information of the implications of the greater chance-variability of interim accounting measurements.

That current accounting reporting practice does not already include wide-spread efforts of the type just described is apparent to most students of interim reporting. Indeed, lack of such effort is reflected in the findings of research studies specifically concerned with the quality of interim re-

---

[4] U.S. Securities and Exchange Commission, "Summary of Disclosure Policy Study Report Entitled: Disclosure to Investors—A Reappraisal of Administrative Policies Under the '33 and '34 Acts."

[5] *Ibid.*, p. 1.

[6] For discussion and examples, as well as suggested remedies, for the listed limitations associated with quarterly income determination see: David Green, Jr., "Towards a Theory of Interim Reports," *Journal of Accounting Research*, 2 (Spring, 1964), 35–49; Gale E. Newell, "Published Quarterly Financial Data: Their Adequacy for Investment Decision Making" (unpublished doctoral dissertation, Michigan State University, East Lansing, Michigan, 1968); Gordon Shillinglaw, "Concepts Underlying Interim Financial Statements," *The Accounting Review*, XXXVI (April, 1961), pp. 222–31; and Robert G. Taylor, "A Look at Published Interim Reports," *The Accounting Review*, XL (January, 1965), 89–96.

122    ROBERT G. MAY

porting practice. For instance, consider the following statement from an official summary of the SEC's recent "Wheat Disclosure Study":[7]

> The Study carefully examined a significant sample of quarterly financial reports and releases provided by the two [national securities] exchanges. It was readily apparent (and acknowledged by representatives of the exchanges) that they varied from extremely useful to extremely poor and uninformative.

and this statement from the conclusions of Newell's study of the patterns of quarterly accounting data:[8]

> The evidence presented in this study indicates that quarterly data are often inaccurate and suggests that the potential misadvising from the use of such data is significant. As this paper has indicated, reported quarterly net income is often unreliable and therefore many of the items that are used in its determination must also be unreliable.

Newell evaluated the extent to which the problems associated with quarterly accounting income measurement were reflected in actual patterns of reported quarterly and annual earnings figures. Examining the quarterly financial data of 87 American Stock Exchange companies from 1962 to 1968, Newell found in one test that fourth quarter ratios of net income to net sales deviated most from the annual results more frequently than would occur by chance one time in one hundred thousand. Although several other interesting tests were performed, the above quoted conclusion was based largely on this major finding.

Newell's investigation is significant to the purpose of this study in the sense that it established that the potential differences in quality between quarterly and annual accounting measurements actually influence the pattern of reported data in a significant way within a significant population of firms. Since they suggest that quarterly data have significant potential to mislead, Newell's findings should tend to heighten interest in the degree to which quarterly data influence actual investor decisions (the first research question listed at the outset of this paper) and the extent, if any, to which investors perceive the difference in quality of quarterly and annual data (the second research question).

Two things presumably stand in the way of wide-spread improvement in the quality of quarterly accounting data: (1) the motivation of accountants and managers and (2) the high cost of implementing specific improvements in measurement procedures for interim reports relative to the cost of solving other problems facing accountants. The motivation of accountants and managers will, of course, be directly related to the cost-benefit relations inherent in each problem that demands their attention. But whereas accountants and managers may have some definite grasp of

---

[7] U.S. Securities and Exchange Commission, *Disclosure to Investors: A Reappraisal of Federal Administrative Policies Under the '33 and '34 Acts* (New York: Commerce Clearing House, Inc., 1969), p. 39.

[8] Newell, *op. cit.*, p. 155.

the probable costs of improvements in quarterly accounting measurement, the potential relative benefits have not been well established. Certainly information concerning the degree of use of quarterly data by investors and/or the significance of the influence of quarterly data on investors would be useful to accountants and managers who must decide whether to devote themselves to greater quality of quarterly reports or to other demanding accounting problems. In addition, knowledge of the degree of investor perception of the difference in quality of quarterly and annual accounting measurements may be of value to accountants who must assess the ongoing risk of possibly misleading the investing public inherent in not improving interim accounting measurement relative to current practice.

## The Approach of the Study

The approach of the study is to infer from measured price changes, immediately following earnings announcements, the relative effects of quarterly earnings announcements on investors' expectations. Other ways of measuring the significance of accounting data to investors, namely questionnaire or interview-based methods, have been rejected because of their dissociation from actual decisions.[9] Price changes on the other hand, while perhaps not perfect reflections, are believed to reflect changes in expectations or at least the resulting decisions to buy, sell, or maintain current positions in particular securities.

As will be seen below, other attempts to use price changes to assess the relative significance of quarterly data have not been particularly satisfactory in answering the research questions of interest in this study. They are reviewed briefly to provide background and a point of departure for discussion of the methodology used to address the research questions at hand.

## Empirical Studies of the Influence of Quarterly Data on Actual Investor Decisions

The studies by Benston and Brown and Kennelly, that will be briefly described and evaluated below, are discussed here because they are the only large-scale studies to date that attempted to measure empirically the significance of quarterly accounting data to investor decisions as reflected in stock price changes.[10] However, as will be seen in the discussion, Ben-

---

[9] One of the major weaknesses in questionnaires and interview techniques is that the subject is not being observed under actual operating conditions but is only talking about his thought process and actions under those conditions. Thus, unrestricted by operating pressures and constraints, he is free to answer queries as he wants and may be influenced by what he believes the questioner wants to hear.

[10] George J. Benston, "Published Corporate Accounting Data and Stock Prices," *Empirical Research in Accounting: Selected Studies, 1967*, Supplement to Vol. 5,

124   ROBERT G. MAY

ston's efforts to specify the form of investor response to quarterly data limits the application of his findings to the research questions of interest in this study. A similar limitation results from Brown and Kennelly's specification of the kind of news, i.e., good or bad, contained in accounting data.

Benston hypothesized a relationship between the changes in stock prices and the measured rate of change in an accounting variable. His complete relationship included variables other than accounting variables and may best be summarized (in the manner that Benston found most significant) in the following functional form:

$$P_t = F(AR_t, QR_t, D, I_j, U)$$

where $P_t$ is measured price change (corrected for market-wide changes) around time $T$

$AR_t$ is equal to the change in the annual level of an accounting variable, measured as a rate of change

$QR_t$ is equal to the rate of change in the same accounting variable, measured for the first three quarters of the current and past year

$D$ is a variable measuring any rate of change in dividends

$I_j$ is a dummy variable identifying the industry, $j$, to which a particular observed firm belongs

$U$ is the residual, unexplained factor, thought to behave randomly.

To determine the significance of several accounting variables including sales and net income, Benston tested the above, hypothetical relationship using separate multiple regression analyses for each variable. But only those of his results of immediate interest to this study are discussed here.

The quarterly data were statistically significant only for the accounting variable "sales." In the case of some of the income variables the addition of the quarterly data variable, although not significant itself, seemed to increase the significance of the annual data variable.

Even with the quarterly data variable, however, and the best functional form, the annual accounting data exhibited a very weak relationship to price changes. In Benston's own words: "the effects (as measured here) of published accounting data on stock prices are not very great, especially when one considers that the market is capitalizing future expected changes in income." [11]

But the researcher is cautious in accepting Benston's results. The assumption implicit in all the regression equations that Benston tried was

*Journal of Accounting Research*, and Philip Brown and John W. Kennelly, "The Informational Content of Quarterly Earnings: An Extension and Some Further Evidence," *Journal of Business*, 45 (July, 1972), 403–15. Thanks to the generous cooperation of Kennelly, the researcher has had access to an early draft of the latter paper. The evaluation in the following pages may not apply to the later, published version of the article.

[11] Benston, *op. cit.*, p. 22.

that the rate of change in, say, sales between the current year and last year would have one effect on the stock price around the end of the year, while the rate of change experienced between the first three quarters of this year and last year in the same variable would have a separate and independent effect on the stock price around year-end. This seems to be a highly implausible assumption, indeed. It denies any correlation between quarterly and annual levels of the variables or any cumulative effect of "readings" on the same variables in interim periods. But Benston makes the point himself:[12]

> ... a shortcoming of the study may be that insufficient attention was given to the specification of quarterly data. A comparison of the final quarter's data with those of the previous three quarters may have proved more fruitful than the comparison made between the third quarter and annual results of succeeding years.

In the manner of an earlier study, Brown and Kennelly defined the information content of an earnings-per-share number relative to the difference between the number and a forecast or expectation of the number.[13] If the actual number is larger than the forecast, the actual number is considered good news; if the actual number is less than the forecast, it is considered bad news; and if there is no difference, the number is considered to have zero information content. To test whether this is a good model of the information content of earnings numbers, an hypothetical situation was established wherein a simulated investor is given the sign of the difference between forecast and actual earnings for each of 94 common stocks 12 months in advance of the date that actual earnings become known to the market. If the sign is positive, the investor buys the security at the advance date; if negative, he sells short; if neither positive nor negative, no action is taken. His cumulative monthly investment performance in excess of general market performance is then mapped from the advance date to a date several months subsequent to the time when the actual earnings number first becomes generally available in the market.

In addition, an analogous strategy was constructed based on foreknowledge of the signs of forecast errors for the three quarterly earnings numbers. It essentially permits a switching of positions in each stock starting with the month after each quarterly earnings announcement based on prior knowledge of the error in forecasting the next quarterly earnings number.

Brown and Kennelly's hypothesis was essentially that if the quarterly numbers have information content, then strategies exploiting foreknowledge of that content would do better than strategies exploiting foreknowl-

[12] *Ibid.*, pp. 25–26.

[13] The methods employed by Brown and Kennelly were previously used in Ray Ball and Philip Brown. "An Empirical Evaluation of Accounting Income Numbers,' *Journal of Accounting Research*. 6 (Autumn. 1968), 159–78.

126    ROBERT G. MAY

edge of the content of the annual number only. Their results confirmed their hypothesis. Based on the cumulative excess returns their conclusion was that "interim reports increase apparently by some 30–40 percent, the value of information contained in annual EPS." [14]

As did Ball and Brown in an earlier study, the authors found that for strategies based only on annual earnings forecast errors, "the market's anticipation of annual EPS is sufficiently accurate that its release does not appear to cause any unusual jumps [in excess returns] ... in the announcement month." [15] In addition, when quarterly switching of strategies was permitted the authors found that the months of the first, second, and third quarter earnings announcements were months of remarkable excess returns whereas the month of the fourth quarter (annual) was not nearly as remarkable. Furthermore, the frequency of agreement in sign between forecast errors and excess rates of return for months of quarterly announcements was more highly significant than for months of annual announcements. They conclude that this pattern "suggests again that annual EPS when it is finally released is not usually newsworthy, although the previous three quarterly reports may be of interest to investors." [16]

Although Brown and Kennelly's findings establish at least that the direction of investor response to quarterly announcements is significantly related to the direction of forecast error, the researcher is cautious in accepting their conclusion on the comparative newsworthiness of quarterly and annual earnings announcements. There is at least one limitation of the Brown and Kennelly design that renders such a conclusion tenuous.

Because of the importance of this limitation of their design, and because their conclusion about the relative newsworthiness of quarterly earnings provides a startling answer to the second research question of this study, some elaboration seems warranted. As the authors put it: "It is clear that the validity of the exercise depends largely on how well earnings reports are classified into 'good', 'bad', and 'indifferent.' " [17] If their forecasts of earnings are poor characterizations of market forecasts, then the signs of their forecast errors which govern the classification of earnings reports could be poor estimates of the kind of information contained in the reports, i.e., good news, bad news, etc.

Thus, in order for Brown and Kennelly's conclusions regarding the relative newsworthiness of quarterly and annual earnings numbers to be valid, these forecast models must be equally good characterizations of market expectations of both quarterly and annual earnings numbers. Now in addition to a regression model included "more to show the specification and estimation weaknesses than for any other purpose," [18] two forecast

---

[14] *Ibid.*, p. 10.
[15] *Ibid.*, p. 11.
[16] *Ibid.*
[17] *Ibid.*, p. 4.
[18] *Ibid.*, p. 6.

models that were called "naive" were used. The first consisted of forecasting current period earnings equal to the earnings of the comparable period of the prior year. The second naive model made the same type of forecast but added a historical average change to the earnings of the comparable period of the prior year.

That the forecasts of annual earnings numbers do not incorporate any of the information contained in the quarterly numbers ignores the widely held belief that investors use quarterly data to forecast annual earnings. Indeed, the models employed to characterize investors' expectations of annual earnings numbers seem, by omission, to be inconsistent with the authors' own conclusion that "... the previous three quarterly reports may be of interest to investors." [19] Although nonrigorous, this is sufficient reason to doubt the consistency of Brown and Kennelly's measurements with respect to comparisons of newsworthiness of quarterly and annual earnings numbers.

Thus the researcher agrees that Brown and Kennelly's results support a conclusion that their forecast models were remarkably good estimates of market expectations of quarterly earnings numbers but not of annual earnings numbers. Their results do not support the conclusion that "annual EPS when finally released is not usually newsworthy, although the previous three quarterly reports may be of interest to investors." [20]

The purpose of this study is to attempt to measure investor response to quarterly and annual earnings announcements in a way less susceptible of potential specification error of the types present in both the work of Brown and Kennelly and Benston.

## Stock Prices, Expectations, and Information

The starting point in studying the impact of quarterly financial data on investors' decisions must be a theory that relates financial information to those decisions. The most widely accepted theory holds that the value to an individual of a common stock at a point in time is equal to the present value of the expected future cash flows to the holder of a share of the stock, discounted at the expected opportunity rate of return for the expected level of risk attendant upon the flows.[21] Each investor forms his own expectations about future flows, risk, and the opportunity rate of return and arrives at his own value. If his value is different from the price at which he can buy and sell he will presumably change his holdings. In the aggregate, the buying and selling activity of individuals whose valuations differ from a particular market price will change the price in the direction of the difference.

---

[19] *Ibid.*, p. 11.

[20] *Ibid.*

[21] Benjamin Graham, David L. Dodd, and Sidney Cottle, *Security Analysis: Principles and Technique*, 4th ed. (New York: McGraw-Hill, 1962), p. 450.

128    ROBERT G. MAY

A change in the price of a common stock may therefore be caused by a change in expectations regarding any or all of the elements of the theoretical relationship. Expectations change in response to new stimuli that are not perfectly consistent with expectations just prior to their perception. Therefore any new bit of information about events or conditions related to the elements of the theoretical basis of a stock's price has the power to change expectations with respect to those elements, and hence, to change the stock's price as well.

Thus, in theory at least, one can gauge the effect of a particular bit of new information by measuring the change in a stock's price that resulted from it. In practice, however, it is very difficult to attribute a particular change in a stock's price to a particular bit of new information. Fortunately, there has been considerable prior research aimed directly at the operational problem of relating a specific bit of new information to a specific market price change. In particular, the methodology arrived at in this section to satisfy the general research questions of the study will be an elaboration (with similar results) of the methodology developed and used by Beaver in his study of what he termed the "information content" of annual earnings reports.[22] Rather than review that work in detail and then proceed to the research questions at hand, though, the researcher prefers to describe the methodology in a manner different from, but not inconsistent with, its earlier development by Beaver.

## Efficient Markets

The methodology of the study relies on the evident efficiency of the large, organized capital markets.[23] Thus it is presupposed that: (1) successive changes in the prices of firms' common stocks are independent, (2) no period's change in stock price can be predicted from the preceding period's change, and (3) even if the moment of first perception of a new bit of information is known, the shift in intrinsic value of a stock will not occur at a predictable moment (except that with intelligent and informed market participants the maximum delay will be short).

## Relating Specific Information to Specific Price Changes

In an environment characterized by efficient markets, one way to relate a particular new bit of information to the attendant shift in equilibrium value is to (1) pinpoint the moment of first perception of the information and (2) observe the stock price movement over a span of time long enough to include the maximum lag before response, but short enough to

[22] William H. Beaver, "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968*, Supplement to Vol. 6, *Journal of Accounting Research,* pp. 67–92.

[23] For a rather complete empirical description of the behavior of prices in the organized capital markets, see Eugene F. Fama, "The Behavior of Stock-Market Prices," *Journal of Business*, XXXVIII (January, 1965), 34–105.

exclude responses to other bits of new information specific to the firm. With certain modifications and limitations described below, this is the basic type of measurement employed in attempting to answer the two research questions of interest in this study. On the average, price-change measurements over such periods would be unbiased estimates of the changes in equilibrium values due to the particular bits of new information of interest. (They would, of course, include random errors.)

But it is clear that, as a practical matter, no period will completely satisfy the two conditions mentioned above, i.e., be sufficiently short to exclude all shifts in equilibrium value due to other bits of information and yet long enough to include the lagged response to the bit of information under study. Indeed, it would take an almost infinitesimally small period to exclude the effects of all bits of information other than the one under study. Such a period length might easily exclude the lagged response of interest. In order to use a period of sufficient length to likely include the price change of interest, some other control over the effects of a large segment of other bits of information must be exerted. The means of control selected in this study is well known from its use in many studies dealing with securities-price changes[24] and therefore will be only briefly outlined below.

## Information Classes and Correction of Stock Price Changes for Market Effects

King attempted to isolate the effects of different classes of information on the stock price of a firm.[25] Proceeding by factor analysis, he found, among other things, that for 63 NYSE firms for the period from August 1952 through December 1960, an average of .307 of the variance in individual security price changes was explained by the mean change of the other securities in the sample (representing the market as a whole). The implication of King's finding is that in trying to relate a bit of new information, specific to a firm, to a market price change, it would be fruitful to first correct for the portion of the change in the stock price that is attributable to factors affecting all stocks in the market.

Such a correction for market-wide factors was made, following a method first suggested by Sharpe,[26] and evaluated and found to be "a satisfactory method for abstracting from the effects of general market conditions on monthly rates of return on individual securities"[27] by

---

[24] See, for example, William H. Beaver, *op cit.*, Ball and Brown, *op. cit.*, or Benston, *op. cit.*

[25] Benjamin F. King, "Market and Industry Factors in Stock Price Behavior," *Security Prices: A Supplement, Journal of Business*, XXXIX (January, 1966), 139–90.

[26] William F. Sharpe, "A Simplified Model for Portfolio Analysis," *Management Science*, IX (January, 1963), 277–93.

[27] Eugene F. Fama, *et al.*, "The Adjustment of Stock Prices to New Information," *International Economic Review*, X (February, 1969), 1–21.

130    ROBERT G. MAY

Fama, *et al.* The method consists of computing residual price changes, $R_{jt}$, for each firm from the relation:

$$R_{jt} = P_{jt} - (a_j + b_j M_t)$$

where $P_{jt}$ is the difference between the log of the price of security $j$ at the end of period $t$ (adjusted for dividends) and the log of the price at the end of period $t - 1$ (corrected for capital changes). Similarly, $M_t$ is the difference in the logs of the levels of a market composite at the end of periods $t$ and $t - 1$. $a_j$ and $b_j$ are estimates of the intercept and slope of a unique linear relationship between the price changes of firm $j$'s stock and general market price changes. The estimates are arrived at by regressing a sample of $P_{jt}$'s for each firm against the corresponding $M_t$'s.[28] The $R_{jt}$ represent a set of price change measurements for each firm that have been corrected for factors that have affected all stocks in general.

After correcting for influences that affect the changes in all stock prices, the remaining or residual price changes can be attributed to new bits of information specific to the individual firm plus random factors (industry effects being ignored).[29] With this in mind an observation period was selected, based on the two conditions mentioned earlier, but with attention to the likelihood of including the lagged response of a firm's stock price to the bit of information of interest, and the likelihood (but not certainty) of excluding responses to other bits of information *specific to the firm* (as opposed to all bits of information that might directly or indirectly affect the price of the firm's stock).

## Selection of Price-Change-Response Period

The period selected for measuring price changes attributable to quarterly earnings announcements is the week in which the announcements are made. The attributes believed to make this particular length of period a good (though arbitrary) choice are listed below:

1. The week is sufficiently short that, even for firms of substantial size and newsworthy activity, one can frequently observe that the only new specific bit of information entering the market during the response period is the quarterly or annual earnings announcement of interest.

2. Weekly price changes, observed without regard to the effects of spe-

---

[28] Logarithmic measurements ($P_{jt}$ and $M_t$) were used here as in many other studies because they have the appealing economic interpretation of continuously compounded rates of return and were found in Fama, *et al.*, *ibid.*, p. 4, note 8, to satisfy the assumptions of linear regression better than simple rates of change.

[29] Because of the high cost in terms constructing indexes, no correction was made for effects common to firms in the same industries. Since King found that on the average only .113 of the variance in firms' monthly stock price changes was explained by variation common to industry group, it was felt that little precision was sacrificed by the omission. As a result, whatever systematic effect of industry class on firms, individual price changes existed, remained incorporated in the $R_{jt}$.

cific bits of new information, have been found to behave in very nearly random fashion.[80]

3. In the previously cited paper Beaver reported the results of his study of the impact of annual earnings announcements on weekly stock price changes.[31] His general conclusion in observing the dramatic price and volume activity in the week of earnings announcements (relative to non-announcement weeks) was that they indicated "that investors do look directly at reported (annual) earnings and do not use other variables to the exclusion of reported earnings." [82] In valuating his methodology Beaver noted that although there was some unexplained above-normal price and volume activity in immediately adjacent weeks, the bulk of the price reaction did occur in the week of announcement.[33]

## Pinpointing the Moment of First Perception of Announced Earnings

As was implied above, ability to attribute an observed price change to a bit of new information depends on recording price-change responses in periods immediately following the markets' first perception of quarterly and annual financial data. For purposes of this study the day of first perception was determined by reference to the date of publication of the earnings numbers in the Eastern Edition of the *Wall Street Journal*.[34] In choosing this method of dating the information, reliance was placed on general conformity to the "immediate release" disclosure requirements of the major exchanges with respect to corporate news that may affect securities values,[35] and on the publication policies of Dow Jones & Co., Inc. An attempt was made to gauge the degree of leakage in the methodology from all sources, including the dating method just described, using measurements to be described later.

## Selection of a Population

Sample firms were drawn from firms listed on the American Stock Exchange. Although New York Stock Exchange firms are of greater size and economic stature, American Stock Exchange firms, it was felt, would better relate this study to important prior research concerning the usefulness of quarterly accounting information. Recall that Newell's study con-

[80] Paul H. Cootner, "Stock Prices: Random vs. Systematic Changes," *Industrial Management Review*, III (Spring, 1962), 24–45.

[31] Beaver, *op. cit.*

[82] *Ibid.*, p. 84.

[83] *Ibid.*, p. 81.

[34] *The Wall Street Journal Index* (New York: Dow Jones and Company, Inc.), issued monthly with annual cumulations.

[35] See, for example, American Stock Exchange, "Listing Form L" (revised September 15, 1966).

132   ROBERT G. MAY

firmed that potential differences in the quality of annual and quarterly accounting data were indeed realized among American Stock Exchange firms. These results stimulated the second research question of this study, the question of whether investors' response to quarterly and annual data reflect perception of this difference in quality. The researcher, of course, will be able to state more clearly and confidently the implications of findings with respect to the second research question, if the findings are based on observations from the population to which Newell's empirical results are applicable.

## Selection of Study Period

The selection of a study period was largely an arbitrary process. There were a number of important considerations entering into the decision but no precise way of optimizing their joint satisfaction. The considerations that entered into the selection of the period of study used in this project were:

1. That there be a variety of stock market dispositions represented in relatively few years.

2. That the observations be recent enough to be relevant to the present and future.

3. That data be available in readily accessible form.

The period selected for this study extends roughly from July 1964 through June 1968. The period included a moderately "bullish" market through April 1966, a brief but pronounced "bear" market through October 1966, and a segment of the dramatic upswing that persisted through January 1969. The selection of three years was largely determined by balancing the need to keep the requirements of data collection and preparation within reasonable limits against the need to insure that there be no great impediment to achieving a representative sample distribution of newsworthy earnings numbers and market conditions.

## Sample Selection Procedures

A sample of 105 firms was selected from among all firms whose common stocks were listed on the American Stock Exchange in the fourth calendar quarter of 1965.[36] All firms selected had to satisfy the following selection criteria.

1. Each firm must have reported earnings on a quarterly basis during the study period.

2. No more than one earnings report for a given fiscal year could be unavailable for study, e.g., not reported in the *Wall Street Journal*.

---

[36] The source of listed firms was: *ISL Daily Stock Price Index: American Stock Exchange* (Palo Alto, Calif.: Investment Statistics Laboratory, Inc., published quarterly for years starting with 1962), part 4, 1965.

3. Each firm must have been continuously listed during the time that it reported quarterly and annual earnings for its three fiscal years starting and ending during the study period and the annual earnings number reported for the fiscal year just ended at the beginning of the study period.

4. The firm must not have had more than one dividend announcement in the week of an annual earnings announcement or more than two dividend announcements that coincide with quarterly and/or annual earnings announcements.

The first three of the selection criteria were meant to provide a relatively consistent pattern of observation among the sample firms. That pattern consisted of three years' quarterly earnings announcements interspersed between four years' annual announcements.

This general pattern is illustrated in Figure 1. This pattern was considered desirable since a comparison between investor response to quarterly announcements and investor response to annual announcements is an important part of this study. Starting the sequence with an annual report insures that the annual reports are not systematically preceded in time by quarterly reports, thus mitigating against a time bias in the comparison test to be made.

The fourth selection criterion was instituted to preserve the comparability of measured residual price responses in the weeks of earnings announcements and the measured residual price responses in other weeks, the standard comparison that will be introduced in detail later to satisfy the first research question. Since any week of any year can potentially contain a news event of significance and a related change in the equilibrium value of the stock of the company to which it applies, the average of weekly residual price responses of other weeks is not an absolute (newsless) standard for gauging the significance of residual price responses in weeks of earnings announcements. Yet, if it can be assumed that the probability of such other news events occurring in weeks of earnings announcements is not significantly different from the probability of their occurrence in other weeks, no incomparability need be suspected.

But the pattern of some firms' cash dividend announcements made it clear that the above assumption did not hold. In the absence of any means of specifying the exact numerical effect that the inclusion of these firms would have on the measurements used in the study, these firms were eliminated. The fourth criterion listed above was the basis on which the researcher rejected the assumption that dividends announcements were equally probably in both earnings-announcement weeks and nonearnings-announcement weeks for individual firms. By rejecting firms that announced cash dividends in weeks of earnings announcements the researcher, of course, tended to increase the ratio of nondividend-paying firms to dividend-paying firms in the sample.

In all, 251 common stocks, selected randomly from all securities listed

134    ROBERT G. MAY

on the American Stock Exchange in the fourth calendar quarter of 1965, were evaluated in order of selection according to the sample selection criteria. Firms were considered successively in random order and either accepted or rejected until the original objective of 100 sample firms was reached. Subsequent review of all firms rejected, however, produced five additional firms that were marginal but acceptable.

### Finite Population Represented by the Sample Selected

Strictly speaking the conclusions drawn in this study, based on the results of the sample of 105 firms, are applicable only to the set of all American Stock Exchange firms which, during the study period, satisfied the four sample selection criteria listed in the previous section. It was estimated that the set of all such firms numbers approximately 300 to 400.[87] To the extent that these firms are not materially dissimilar to firms not listed on the American Stock Exchange or not meeting the sample criteria, readers may wish to extrapolate the conclusions reached in the study. However, no rigorously defensible generalizations may be made about firms not meeting the sample criteria and none will be attempted herein.

### Data Gathered

The weekly price quotation for a firm was taken to be the last closing price of each week included in the study period (usually the Friday close price) listed in the *ISL Index*.[38] The dates on which the sample firms' stock sold "ex dividend" or "ex split," and the related dividend amounts and split ratios were recorded from the same source as the price quotations, the *ISL Index*. Earnings announcements dates were initially taken from the *Wall Street Journal Index*.[89] The dates were then confirmed for all announcements of the first 100 firms accepted in the sample by tracing them to the appropriate *Wall Street Journal* issues. Of all the announcement dates taken from the *Wall Street Journal Index* only two were in error, a remarkable degree of accuracy indeed!

---

[87] The final sample of 105 firms was screened from a total of 323 securities of all kinds selected and accepted or rejected in random order from among 1050 securities of all kinds listed on the American Stock Exchange in the fourth quarter of 1965. Based on the frequency of acceptance resulting from application of the sample selection criteria, the researcher is slightly more than 95% confident that the population meeting the criteria is made up of from 300 to 400 American Stock Exchange Firms. Sample statistics, depending on a correction for the size of the sample relative to the population, will employ either the upper or lower limit, whichever leads to the more conservative conclusion.

[38] *ISL Daily Stock Price Index: American Stock Exchange*, parts 1, 2, 3, and 4 of 1964 through 1968.

[89] *The Wall Street Journal Index*, 1964 through 1968.

## The Relative Significance of Investor Response to Quarterly Earnings Announcements

Since the first research question mentioned earlier calls for a determination of the significance of price-change responses in weeks of quarterly earnings announcements, some standard with which to compare announcement-week changes was needed. The standard of comparison used in this study to gauge the significance of response to quarterly earnings announcements was the average price response for all weeks of the year, excluding weeks of earnings announcements.

The first principal hypothesis of this study is that quarterly earnings announcements have a significant effect on investor expectations. Since changes in expectations lead to changes in equilibrium value, sustained (nonrandom) price changes should take place in periods when quarterly earnings announcements are made. Other weeks in the year may experience bits of information that can by chance have a significant effect on investor expectations. But every week of a quarterly earnings announcement may be considered to have a bit of new information with such potential, if the principal hypothesis is correct. On the average, then, price changes should tend to be greater in the weeks of quarterly earnings announcements than in other weeks of the year.

To test the above proposition the standard of comparison was directly incorporated in the measurements employed. Recall that the weekly price changes for each firm are already converted, in the manner described earlier, to residual price changes, $R_{jt}$, free of estimated effects of market-wide influences.[40] The transformation of these measurements into a form well suited to the satisfaction of the first research question was accomplished in three steps:

1. Since the research question is not concerned with the direction of changes in investor expectations but only their magnitude, the $R_{jt}$ were converted to their absolute value, $|R_{jt}|$.[41]

---

[40] The index of market price used as a basis for correcting the prices of individual firms securities was the American Stock Exchange Index. Because the principal hypothesis under discussion essentially stipulates that the $R_{jt}$ of the weeks of earnings announcements should be greater than for other weeks, including announcement-week observations in the sample used to determine $a_j$ and $b_j$ (the regression estimates) would violate one of the assumptions of linear regression. Hence announcement-week observations were omitted from the regression sample for each firm. The average fraction of variation in firms' weekly price changes explained by changes in the market index was approximately .11, considerably less, as would be expected, than King's .307 for less noisy monthly price changes. The average absolute value of the autocorrelation coefficients was a low .14.

[41] To accomplish the same purpose Beaver, *op. cit.*, reported using a measure of magnitude of price response equivalent to $R_{jt}^2$ in his study of the price-change response to annual earnings announcements. The choice of $|R_{jt}|$ in this study was determined by a desire to minimize the effects on average measurements of a possible few large price change responses occurring in weeks of earnings announcements. Since

136    ROBERT G. MAY

2. The average value of the $|R_{jt}|$ was computed for each firm, excluding $|R_{jt}|$ of the weeks of earnings announcements, i.e., $\overline{|R_{jt}|} = 1/n \sum_t |R_{jt}|$ where $t$ takes on the numbers of all weeks in the study period except weeks of earnings announcements.

3. Finally, the ratio $|R_{jt}| \div \overline{|R_{jt}|}$ was computed for each week in the research period. For convenience the ratio will hereafter be denoted $RR_{jt}$. Note that the average of these ratios over all the weeks of the study period except weeks of earnings announcements is 1.0.

The average ratio, $RR_{jt}^*$, for the weeks of all the quarterly announcements of a given firm may be considered a random variable for which observations may be gathered over the firms in a sample. For each firm, the ratio measures the average relationship between the price change in the week of the announcement and the average weekly price change that the firm experiences throughout the study period. If there were nothing unusual about the price changes in weeks of quarterly earnings announcements for individual firms, then these ratios would have an expected value of 1.0, the average of the ratios of all other weeks. Thus, the significance of the price changes that firms experience in the weeks of quarterly earnings announcements can be tested relative to nonannouncement-week price changes in the form of the following set of hypotheses:

1. Null hypothesis: The mean of the average ratios of quarterly earnings announcement weeks is equal to 1.0.

2. Alternative hypothesis: The mean of the average ratios is greater than 1.0.

Since the sample of firms is large, the Central Limit Theorem may be relied upon in choosing the "z test" to be applied to the sample mean of the average ratios.[42] The null hypothesis will be rejected if the $z$ statistic is greater than the critical value for the level of significance that was chosen, .05. The $z$ statistic was computed as follows:

$$z = \frac{(\bar{x} - 1)}{\dfrac{s}{\sqrt{n}} \cdot \sqrt{1 - (n/N)}}$$

where $\bar{x}$ is the sample mean of the average ratios, i.e., $s$ is the square root of the sample variance, $n$ is the number of firms in the sample, and $N$ is the estimated limit of the finite number of firms from which the sample is drawn.

If the null hypothesis cannot be rejected, then it cannot be concluded on the basis of this test that the price changes firms experience in weeks of quarterly earnings announcements are, on the average, significantly dif-

---

squaring a number gives disproportionate weight to size as well as eliminating the sign, Beaver's method was not adopted.

[42] John E. Freund, *Mathematical Statistics* (Englewood Cliffs, N. J.: Prentice-Hall, 1962), p. 263.

ferent from the price changes experienced by the same firms in other weeks.

The sample mean of the average within-firm responses to quarterly earnings announcements was 1.201. The sample variance was .1489. The $Z$ value associated with the mean of 1.205 computed as described above was 6.1655. Since the sample $Z$ is greater (actually remarkably greater) than the critical value for a one-tailed significance level of .05 ($Z = 1.64$), the null hypothesis that the mean of the average ratios of response to quarterly earnings announcements is equal to 1.0 is rejected. The alternative hypothesis that the mean average ratio is greater than 1.0 is accepted. Thus, the first principal hypothesis of the study that investor response to quarterly announcements is significant is supported by this test.

Although the sample size over which the above sample statistics were computed is large, there are reasons that one might not wish to rely entirely on the parametric $Z$ test to assess the probability under the null hypothesis of experiencing the observed extreme sample difference. First, though it is important to assess the significance of the average magnitude of price response to quarterly earnings announcements relative to nonannouncement responses, such an average may be disproportionately influenced by very large price changes experienced by relatively few firms. It is therefore desirable to measure relative price response to quarterly earnings announcements in a way that gives direct effect to the hypotheses of the study, but which limits the influence that a single, very extreme observation for any individual firm can have on the test statistic. A second reason for considering an alternative test is the empirical finding by Fama that the sample variance of residual securities' price changes may not be a reliable estimate of price-change variability.[43] Although there is no evidence that the sample variance of the absolute value of the residual securities price changes (the measurements employed in this study) exhibit the same lack of reliability, caution suggests use of a sample statistic that does not rely on the sample estimate of the variance, $s^2$ (as does the parametric $Z$ statistic). A test devised to satisfy both of the above motives is described below.

Within each firm, the remarkableness of average "zero-week" (announcement-week) price changes was determined by rankings relative to surrounding weeks. The 11 weeks including zero-week and the five before and after were compared according to the size of their average ratios. An average zero-week ratio was considered remarkable if it was the largest, i.e., highest ranking, ratio in the 11 week profile of average ratios.

To test the significance of the frequency of remarkable week zero price changes across firms, a test based on the hypergeometric distribution was used.[44] If ranks were assigned to the 11 weeks on a uniformly random

[43] Eugene F. Fama, "The Behavior of Stock Market Prices," *Journal of Business,* XXXVIII (January, 1965), 34–105.

[44] Freund, *op. cit.*, pp. 70–71.

138    ROBERT G. MAY

basis, the probability of any firm's zero week receiving the highest rank would be 1/11.

1. The null hypothesis is therefore that the probability of significant zero-week price changes is $p = 1/11$.

2. The alternate hypothesis is that $p > 1/11$.

Of the 11 weeks making up the profiles of investor response for each firm, the average response ratio was highest in the week of announcement for 18 out of 105 firms. The probability of experiencing a frequency of 18 or more of 105, assuming $p = 1/11$, is very small ($\pi = .0012$)—leading to a rejection of the null hypothesis that $p = 1/11$. Hence it was concluded that the observed high average investor response to quarterly earnings announcements was not simply the result of extreme responses to the announcements of a very few firms.

### The Response to Quarterly Data Relative to the Response to Annual Data

The second research question mentioned at the outset calls for a comparison of the degree of price-change response to quarterly and annual earnings announcements.

An investor who is knowledgeable should be aware of the limitations of the accounting information he uses. He should be aware for instance of the problems associated with assigning a particular earnings number to a particular year. The more limitations that a particular bit of accounting information is subject to the less should the knowledgeable investor rely on that bit of information, *ceteris paribus*.

Quarterly earnings figures are subject to considerably more limitations than annual earnings numbers. That accountants are aware of this difference is unquestionable.[45]

If a large percentage of investors are truly aware of the difference in reliability between quarterly and annual earnings numbers, then quarterly earnings numbers should have less potential for changing investors' expectations than annual earnings numbers. Less potential to change expectations, on the average, should lead to smaller average price changes in weeks of quarterly earnings announcements than in weeks of annual earnings announcements. This essentially is the second principal hypothesis of the study.

Just as the standard of comparison for the first research question, average price changes in nonannouncement weeks, was built into the measurements, a single measure incorporating a comparison of the average responses to quarterly and annual earnings numbers can be readily constructed. Within each firm an average response ratio can be computed

[45] See, for example, Carmen G. Blough, ed., "Some of the Dangers Inherent in Quarterly Financial Statements," *Journal of Accountancy*, XCV (February, 1953), 221–22, and Newell, *op. cit.*, p. 123.

separately for all quarterly and annual earnings announcement weeks in the study period. The average quarterly ratio can then be subtracted from the average annual ratio to arrive at a difference measure for each firm.

If indeed there is no difference between investor response to quarterly earnings numbers and investor response to annual earnings numbers, the difference between average ratios will be purely chance determined and will have a long-run expected value of zero. Thus the significance of the difference between investor response to quarterly data and investor response to annual data can be tested in the form of the following set of hypotheses:

1. The null hypothesis is that the difference, among firms, between the average price change ratio in weeks of annual announcements and the average price changes ratio in weeks of quarterly earnings announcements is equal to zero.

2. The alternate hypothesis is that the difference is greater than zero.

Since we are referring to the same large sample of firms as before, the Central Limit Theorem may again be relied upon in satisfying the assumption of a normal distribution required for the $z$ test to be applied to the sample mean difference in average ratios. The null hypothesis will be rejected if the $z$ statistic is greater than the critical value for the desired level of significance, again .05.

If the null hypothesis is rejected, it can be concluded that investors recognize the differences in quality of quarterly and annual earnings numbers. But because of the possibility that a sample result not inconsistent with the null hypothesis could occur by chance even though there actually was a difference between investor response to annual and quarterly earnings, in that event it can only be said that there was no significant evidence of such a difference.

The differences in average ratios were recorded for each of the 105 firms in the sample. The sample mean of the differences was .0509; the sample variance was .6511. The value of Z of .802 associated with the observed difference was considerably smaller than the 1.64 at which the null hypothesis could be rejected with a probability of error as low as .05. Indeed, although the positive mean difference in average ratios indicates that the sample within-firm response to annual announcements exceeds the sample within-firm response to quarterly announcements, a sample difference as great or greater than the one experienced would occur slightly more than 21% of the time if there were no true difference between investor response to annual announcements and investor response to quarterly announcements. Hence, the alternative hypothesis that investor response to the more reliable annual announcements is greater than investor response to quarterly announcements cannot be accepted.

For the reasons given above in connection with assessing the significance of response to quarterly announcements relative to nonannouncement-week price changes, one might not wish to rely exclusively on the

140    ROBERT G. MAY

parametric $Z$ statistic for assessing the probability under the null hypothesis of experiencing the observed mean difference in price change response to quarterly and annual earnings announcements. Hence, the parametric $Z$ test was supplemented with the Wilcoxon Signed-Ranks Test.

Conveniently the Wilcoxon test applies to the within-firm differences in average price change response to annual and quarterly announcements, already computed for the parametric $Z$ test. But instead of dealing directly with the differences, the test calls for ranking the differences in ascending order of their absolute sizes and then applying the algebraic sign of each difference to the rank of its absolute value—hence the name Signed-Ranks Test.

Now, if investor response to annual earnings announcements is no different from response to quarterly earnings announcements, we would not expect positive signs to dominate the larger ranks of the difference scores (the average quarterly response ratio was subtracted from the average annual ratio to get the within-firm differences). Indeed, under the null hypothesis that there is no difference in the response to quarterly and annual announcements, the sum of the positively signed ranks (favoring annual announcements) has an expected value of $N(N + 1)/4$ and a standard deviation of $\sqrt{N(N + 1)(2N + 1)/24}$, where $N$ is the number of nonzero differences observed in the sample. The null hypothesis that there is no difference in response to quarterly and annual announcements can be rejected in favor of the alternate hypothesis that investor response to annual announcements is greater, only if the sum of the positively signed ranks, $W$, exceeds the value expected under the null hypothesis by an amount that would not be equalled or exceeded by chance more than 5% of the time.

It happens that for large sample sizes the sum of the positively signed ranks is approximately normally distributed and hence the probability of equalling or exceeding the observed sum by chance under the null hypothesis is approximated by the probability of experiencing an observed value of a standard normal variable as large or larger than $WZ$,

$$WZ = \frac{W - N(N + 1)/4}{\sqrt{N(N + 1)(2N + 1)/24}}.$$

The critical value of $WZ$, like the critical value of $Z$, at the .05 is 1.64. But in computing the value of $WZ$ for a particular sample no reliance is placed on the sample variance of the underlying differences and no single extreme difference score influences the sum, $W$, by more than one rank in excess of the next most extreme difference score. Thus $WZ$ satisfies the objections to $Z$ mentioned earlier.

The value of $WZ$ of $-.46833$, computed for the sample within-firm differences between average response ratios for quarterly and annual announcements, was not only not larger than the critical value, but was negative—an indication that with respect to rank size, within-firm differ-

ences favored quarterly earnings responses slightly. The null hypothesis, therefore, cannot be rejected, and, hence, the alternative hypothesis that investor response to annual earnings is greater than response to quarterly earnings cannot be accepted.

### Other Announcement Groups

Sample computations identical to those made for all quarterly announcements relative to nonannouncement weeks were made for first, second, third quarter, and annual announcements separately, and for all announcements of all kinds. The sample computations for all of these groupings are shown on the first six lines of Table 1. Eleven week profiles of mean average price response ratios are depicted visually in Figure 2.

In general, had we set out to test the significance of investor response to any category or subcategory of earnings announcements, we would have concluded from the sample data gathered that the response is indeed significant whether measured on the basis of average announcement week response or frequencies of highest response in announcement weeks. The Z scores of all types of announcements were greater than would be equalled or exceeded by chance only 5% of the time. Furthermore the probabilities ($\pi$) of observing as many highest announcement-week response ratios as were experienced were very low for all types of announcements. The 11 week visual presentations in Figure 2 basically support the conclusions arrived at by analysis of the sample statistics.

For each grouping of earnings announcements the mean average ratio and frequency of highest ratio (not graphed) is greatest for zero-week, the week of the earnings announcements. For all but third quarter profile of mean average ratios the zero-week measurement is dramatically greater than the measurements for surrounding weeks. Furthermore, the several remarkably high and low weeks on the profiles of the individual quarters' groupings tend to be "washed out" at greater levels of aggregation within firms, e.g., when ratios are averaged over more types of announcements, as evidenced by the profiles for all quarterly announcements and for all announcements combined.[46]

Similarly, from the last four lines of Table 2, it is apparent that our conclusion would have been the same had we chosen to observe the difference in response to annual announcements and the response to first quarter announcements only, second quarter announcements only, or third quarter announcements only. In general, had we set out to test the significance of difference between investor response to annual announcements and investor response to any one or all quarters' announcements, we could not have concluded that the sample difference was significant.

[46] The sources of possible explanations of some of the remarkable nonannouncement-week ratios in the second and third quarter profiles will be evident in later sections of the paper.

142    ROBERT G. MAY

Since these findings are subject to limitations imposed by the assumptions underlying the measurements employed in the study and possible procedural weaknesses inherent in employing them, a statement of conclusions and recommendations based on the findings will not be made immediately. Rather, additional discussion will be devoted to a reconsideration of some of the limitations of the methodology in view of information contained in the sample data, hitherto not available.

## Re-evaluation of the One Week Response Period

This section explores the possibility that the one week response period employed in this study was inadequate for purposes of isolating investor response to quarterly earnings, to annual earnings, or to both. Two types of inadequacies that could seriously jeopardize the validity of findings reported above are considered.

The first possibility can be examined by reference to the measurements already employed in the study. If it frequently occurred that the news of earnings numbers predated the week selected in the study as the week of first perception, the same expectation of average response ratios greater than 1.0 that was used to form hypotheses about zero-week would apply to prior (and subsequent) weeks as well. But examination of the 11-week profile in Figure 2 for all earnings announcements (lower right) does not support such a suggestion. The profile for all earnings announcements is based on the full 1319 announcements included in the study and thus eliminates as much of the effects of randomness on the mean average ratios as is possible with the sample data. Any systematic predating or postdating of the true perception of earning numbers would show through in the form of substantial nonzero-week ratios.

That the $-1$ week's mean average ratio is higher than any other nonzero weeks' level is perhaps an indication that, as might have been suspected, a few of the earnings announcements first published on Monday mornings in the Eastern edition of the *Wall Street Journal* went out on the broad tape or were published in other editions on Friday of the prior week.

In order to analyze the second possible inadequacy of the one week response period—that of the one week periods of observation being too short to contain all response to a particular announcement—the study included a comparison of the directions of price changes among the 10 weeks surrounding all announcement weeks with the directions of price changes in the announcement weeks. No "diffusion" or "playout" effects were evident in the frequencies of consistent and inconsistent signs of surroundings weeks' price changes with the signs of announcement week changes.[47]

---

[47] It is assumed on the basis of the zero-week peak in the aggregate profiles of Figure 2 that some adjustment does take place in week zero. But, it is presumably possible that adjustments to the earnings numbers could take place in sequences of

*Multiple Announcements and Comparability of Measurements of Response to Annual and Quarterly Earnings*

While the data were being gathered an unanticipated methodological difficulty was encountered in determining which of several statements made by a company over a span of several months was the first announcement of a factual earnings number for a fiscal period. For instance, cases were encountered in which shortly after a quarter's earnings announcement a statement was made about the general outlook for the next fiscal quarter's earnings, then perhaps at the end of the fiscal quarter another statement was made giving an expected level of earnings that would be reported for the quarter just ended, and finally, some weeks later a precise set of figures appeared in the "Earnings Digest" column of the *Wall Street Journal*. Since the methodology described earlier calls for picking a point in time (a week) when the market first perceived the actual level of earnings for a quarter, it was necessary to choose between the several statements made in some cases. The approach adopted for such cases was to somewhat arbitrarily select the first statement on or after the end of the fiscal period that was judged to be a precise statement[48] of earnings number for the fiscal period. All other statements about the level of the earnings number for the same fiscal period were ignored. The justification of the adopted procedure was that it concentrated on historical accounting data rather than management forecasts of accounting data. Upon reflection, however, the risk of failing to measure properly the market's full adjustment to the value of a new earnings number outweighs the perhaps superficial distinction between a historical earnings number and a management forecast based on the experience of virually all of the fiscal period of interest.

Application of the adopted precedure meant that the price changes for the weeks of 113 statements concerning earnings numbers of 60 of the sample firms were ignored because prior or subsequent statements were judged to be the first precise disclosures of actual accounting earnings for the same fiscal periods. Of these, 65 referred to annual earnings and only 48 referred to a quarterly earnings number. Although 113 is a relatively small number considering the total of over 1300 earnings announcements on which findings have thus far been based, the imbalance between quarterly and annual earnings numbers clearly suggests a potential for bias in the measurement of investor response to annual earnings relative to quarterly earnings. In the absence of additional analysis, there would thus be

weeks not including the announcement week. To the extent that this latter possibility actually describes reality, this study, which is basically anchored to the announcement week, is limited in its ability to measure investor response at all. In view of the almost classical shape of the aggregate profiles, however, this seems to be a remote possibility.

[48] A statement was considered to be a precise statement if it was a statement of equality or near equality to some specified number.

144    ROBERT G. MAY

some doubt as to the reliability of the finding reported above that the difference between measured investor response to annual earnings and measured investor response to quarterly earnings was not significant. Fortunately a modification could be made in the methodology that is consistent (although not perfectly consistent) with the reasoning used to develop the measurements on which the findings have so far been based. In each case of multiple statements about a particular period's earnings, the following modified procedure was followed:

1. The signed residual weekly price changes, $R_{jt}$, for the weeks of each statement about a particular earnings number were added together.

2. The residual price change for the week of the one statement selected according to the original procedure was then replaced by the *sum* of the residual price changes of the weeks of all statements concerning the same earnings number.[49]

3. The ratios, $RR_{jt}$, were then computed as before and all sample statistics were reproduced using the revised ratios.

This modification gives effect to the reasoning that the price change in the week of each of the several statements about a particular earnings number will measure the separate response to any previously undiscounted information about the earnings number contained in that week's statement.

Figure 3 represents the revised 11 week profiles of mean average response ratios. The dotted line across the top of each profile shows the size of the zero-week ratio reported earlier in Table 1 and Figure 2 under the original procedure.

The greater increase in the measured response to annual earnings confirms the suspicion that the earlier procedure was perhaps biased downward in measuring investor response to annual earnings announcements relative to investor response to quarterly earnings.

Nevertheless, the revised sample statistics shown in Table 2 for the mean difference in average ratios of annual earnings and average ratios of the various groups of quarterly earnings indicate that the findings of the study do not differ even after eliminating the potential bias. Although the mean differences are all positive and their $Z$ and $WZ$ values are all greater than under the original procedure, all are less than the 1.64 critical value. Thus it cannot be concluded that the slightly greater response to annual earnings observed in the sample is significantly different from the response to quarterly earnings.

Although the accommodation of multiple statements of earnings numbers did not alter the findings of the study, it seems to be conceptually

---

[49] No attempt was made to exclude the $R_{jt}$'s of weeks of statements about an earnings number, other than the statement originally chosen as the first precise disclosure, from the regression computations or the computation of $\overline{|R_{jt}|}$, the base of the $RR_{jt}$'s. Considerable reprogramming would be involved in such a modification and the effects on the computations would be quite insignificant, i.e., each firm's computations are based on a minimum of about 169 $R_{jt}$'s.

superior to arbitrarily selecting only one of several statements to represent the full informational impact on investors of the earnings for a period. Hence, all remaining discussion of response ratio measurements will refer to the modified procedure discussed in this section rather than the original methodology.

### Analysis of the Effects of Time Series and Sample Composition on Reported Findings

With one exception the researcher had no a priori basis for expecting differences (1) in response to earnings announcements of the various subgroups of firms included in the sample or (2) between time periods within the total study period. Rather, comparisons generally were made in a purely positivistic sense. The purpose was to determine in retrospect whether there is reason to suspect that the sample results are not applicable to all firms and time periods represented by the sample measurements (to say nothing of other similar, but unrepresented, firms).

The method of approach was first to partition the full set of earnings announcements included in the study with respect to one characteristic at a time, then compare the subgroups on the basis of the measurements employed in arriving at the findings of the study. The several ways that earnings announcements were partitioned and compared in this section are: (1) according to the calendar quarter in which the announcement was made, (2) according to whether the announcement was that of a firm with a calendar fiscal year or not, and (3) according to whether the announcement was that of a dividend-paying firm. The thrust of this section is aimed at the comparability of measured investor response to quarterly and annual earnings numbers.

### Calendar Quarter Time Series of Response Ratio Profiles

In order to isolate any time-pattern of measured investor response to earnings announcements in the study period, the following procedure was employed:

1. Each firm's earnings announcements were identified as to the calendar quarter in which they occurred.

2. The 11-week response ratio profiles for each announcement were then averaged with those of every other announcement occurring in that same calendar quarter.

3. The average profiles for each calendar quarter in the years 1965, 1966, and 1967 were plotted in sequence on Figure 4.

For simplicity the week zero in each profile is identified by a large dot. Recall that the denominator of the response ratios for each firm is the average absolute value of the weekly residual price responses for the firm over the whole study period, excluding weeks of announcements. The numerators are the absolute values of the individual weekly residual price

146    ROBERT G. MAY

responses. Thus any aggregate pattern in the absolute value of firms' residuals over the study period will show up in their aggregated response ratios for other weeks in the profiles.

Some evidence of such a pattern exists in the low profiles of the second and third quarters of 1965 and the slightly higher profiles of some of the later quarters in Figure 4. Furthermore, there appears to be a gentle oscillation within years. The implication of such patterns, of course, is that if one desired to make detailed comparisons of investor response to earnings between periods as short as a year or shorter, some refinement in computing response ratios would be necessary.

Since the comparisons between time-subperiods made in this section are not intended to be very rigorous, no adjustment in ratios is considered necessary here. In addition, recall that in the major analyses of the study the ratios of all earnings announcements of a particular kind were averaged within a firm for the whole study period, before being averaged over firms. Thus the measurements used in the major analyses already compensate for variation over the study period in the general level of nonannouncement-week price response.

Because refinement of the measurements was not attempted, it must be recognized that the contribution of the measured response to earnings announcements of a particular calendar quarter to the findings of the study cannot be gauged by the average response ratio of the announcement week alone. Rather, it is the contrast between zero week and the other weeks' average ratios within a quarter's profile that determines its contribution to the overall contrast found in the study between residual price changes in weeks of earnings announcements and residual price changes in other weeks.

On the basis of within-profile contrast, the years of the study period are remarkably consistent. The first and second quarter profiles show consistently dramatic contrast and the third quarters (summers) show a consistent lack of contrast. Only the fourth quarters are mixed, but with two out of three years' fourth quarters having contrast comparable to first and second quarters. Although no conclusion can be drawn from these results without confirmation among sample firms other than those employed here, the researcher is more confident of other findings of the study, knowing that their substance does not rest entirely on investor responses unique to only a small portion of the total study period.

## Calendar-Year Firms vs. Noncalendar-Year Firms

Because of the potential effects on the sample measurements of the apparent seasonality of contrast between price changes in weeks of earnings announcements and price changes in other weeks evident in Figure 4 the interest of the study was directed to the composition of the sample with respect to firms' fiscal years. A seasonality of investor response to earnings announcements would not affect the findings of the study if each

type of earnings announcement had a more-or-less equal likelihood of occurring in any calendar quarter. But because the sample of 105 total firms observed in the study included over half (56) firms whose fiscal years end on December 31, the distribution of type of earnings announcement occurring in the third calendar quarter was far from uniform.

Whereas the other 49 sample firms as a group had earnings announcements of all kinds occur in the third calendar quarters, the calendar-year firms generally reported only second fiscal quarter's earnings in the third calendar quarter. Therefore, measured investor response to calendar-year companies' second quarter announcements might be considerably less pronounced than measured response to their other quarterly announcements or their annual announcements, for whatever reason is responsible for the apparent slump in investor response to earnings announced in the third calendar quarter. To evaluate this possibility, Figures 5 and 6 were prepared to show the response ratio profiles separately for calendar-year firms and noncalendar-firms, respectively.

It is immediately noticeable in Figure 5 that the measured investor response to second quarter announcements for calendar-year firms is quite low, as expected. In fact the week zero ratio of the second quarter profile contrasts sharply with the week zero ratio of the annual profile. The influence of the second quarter profile is also evident in the unusually large difference between the week zero ratios of the all quarter profile and the annual profile and by comparison with the second quarter profile of noncalendar-year firms appearing in Figure 6. To assess the effects of the observed depression in measured response to the second quarter announcements of calendar-year firms, the sample measurements were all recomputed for the calendar-year and noncalendar-year firms separately. The sample results appear in Tables 3 and 4 respectively.

Not surprisingly, the first 6 $Z$ and $\pi$ values of Table 3 indicate that the week zero ratios of all announcement groups are highly significant with the exception of the ratio of the second quarter announcements. The lower 4 $Z$ and $WZ$ values of Table 3 suggest the type of effect that the measured investor response to the second quarter earnings of calendar-year firms might have on the findings reported for the whole sample. The large $Z$ and $WZ$ values (greater than 1.64) of the average differences between response ratios of second quarter and annual and the $Z$ value of the average difference between response ratios of all quarters' and annual earnings, indicate mixed results. Had the study only been concerned with calendar-year firms the findings would have been that: while the measured investor response to first and third quarters' earnings[50] is not significantly less than to annual earnings, response to second quarter earnings was significantly less. As one would expect from these results, observation of Figure 6 and Table 4 indicates that somewhat the opposite effect was experienced

[50] A limited explanation of the unusual nonannouncement-week response ratio in the third quarter profile is given in the next section.

148   ROBERT G. MAY

when the sample measurements were recomputed for noncalendar-year firms only. Thus no equivocation of the general findings of the study appears necessary with respect to noncalendar-year firms. Although the reason for the apparently seasonal response to calendar-year firms' second quarter earnings announcements is an interesting research challenge, it falls outside the scope of this study.

### Cash-Dividend-Paying Firms vs. Nonpaying Firms

There are essentially two reasons why it is felt that a separate discussion of the influence of cash-dividend-paying firms on the sample findings of the study is appropriate. First, the sample selection criteria and, hence, the sample of firms included in the study is biased against cash-dividend-paying firms.

A second reason for comparing dividend-paying firms with all other firms is to assess the effects on investor response to earnings of the availability of information contained in dividend policies (in particular, policy changes). It is especially important that an attempt be made to evaluate any differential effects that dividend information might have on measured investor response to quarterly and annual earnings.

A comparison of cash-dividend-paying firms with noncash-dividend-payers involves Figures 7 and 8 and Tables 5 and 6. An examination of the profiles of the two subgroups reveals two things:

1. The first and second quarters' profiles and the profiles of all quarters of the dividend payers exhibit more contrast (relative to the contrast in the annual announcement profile) than the nonpayers.

2. The third quarter profile of the dividend payers is strikingly different in pattern than any other profile in either Figure 7 or 8. It seems to account for all of the anomalous response observed in the nonannouncement-weeks of the third quarter profiles of firms examined previously.

The first observation might lead to a tentative conclusion that dividend information tends to damp investor response to annual earnings relative to first and second quarter earnings. However the second observation mitigates against such a conclusion. The highly anomalous third quarter profile of the dividend payers suggests that the differences between dividend-paying and nondividend-paying firms mostly affect investor response to third quarter announcements. A re-examination of the pattern of dividend announcements tends to confirm this suspicion.

Most firms in the sample that paid dividends announced and paid them quarterly. However, dividend changes (generally in form of stock splits or stock dividends) tended to be first announced more frequently in the fourth fiscal quarters of firms' operating years than any other quarter. Thus it happens that the third quarter announcement is often made at the time when the market has just received or perhaps is anticipating the most newsworthy dividend announcement of the year.

One might speculate that there would be two effects of the approximate

coincidence of third quarter announcements and announced changes in dividend payout. First, the importance of dividend information might damp investor interest in and response to third quarter earnings, when announced. Second, significant investor responses to dividend (change) announcements should be reflected in large other week ratios of the third quarter profile.

The first expectation appears to be realized in the low week zero ratio of 1.145 of the third quarter announcements of dividend-paying firms. Indeed, neither the $Z$ nor $\pi$ values from Table 5 associated with the 1.145 ratio are significant at the .05 (1.64) level. The second expectation appears to be realized in the high aggregate values of nonzero-week ratios in the third quarter profile. The researcher looked for significant news events in the third week following and the second week prior to third quarter earnings announcements in an attempt to explain the large average ratios in the profile for those weeks. But the attempt was largely unsuccessful. The conclusion was reached that an examination of the interaction between specific dividend and earnings information must await a research effort specifically designed for that purpose.

In the absence of a clear understanding of the interaction between dividend and earnings information, the posture of this paper will be to suppose for the sake of argument that in spite of at least weak evidence to the contrary, the presence of dividend information tends to reduce measured investor response to annual earnings more than to quarterly earnings. In the absence of hard evidence that the supposition is false, the only way to eliminate ambiguity short of an additional large-scale study is to eliminate all effects of cash-dividend-paying firms from the sample measurements, then retest the hypotheses of the study using the measurements for only the 65 nondividend-paying firms in the study. The results of this procedure are shown in Table 6. The sample statistics relevant to judging investor response relative both to nonannouncement weeks and weeks of annual announcements are consistent with the overall findings of the study with the exception of the $Z$ value for the mean average difference in second quarter and annual announcements. But the researcher confirmed that this was due to the influence of the calendar year firms among the nondividend paying firms.

In conclusion it is felt that although most of the damping influence of dividend information is reflected in investor response to third quarter rather than annual earnings, this last analysis gives assurance that even if the reverse is true, the findings of the study need not be equivocated among the nondividend-paying firms.

## Summary of the Findings of the Study

The inquiry into the influence of quarterly earnings data on investors consisted of two basic comparisons. The first was a comparison of the magnitude of price-change responses of the market in the weeks in which

150    ROBERT G. MAY

quarterly earnings were announced to the average magnitude of market price changes for the sample firms in all other weeks of the study period. The second was a comparison of the relative magnitude of price-change responses in weeks of various kinds of quarterly announcements with the relative magnitude of price-change responses in weeks of annual announcements. The results of the comparisons are as follows:

1. In general the magnitude of price-change responses in weeks of all types of earnings announcements was greater than the average price change for nonannouncement weeks. With the exception of a particular quarter's announcements of each of two subgroups of firms, the magnitude of price-change responses in the weeks of announcements was significantly greater than the average for other weeks. In the cases of the two exceptions, namely the second quarter announcements of calendar-year firms and the third quarter announcements of dividend-paying firms, the lack of significance appears to be a result of the special environmental or contextual conditions in which these particular quarterly announcements are made, rather than evidence of any general lack of influence of quarterly announcements on investor decisions, although the observed exceptions remain to be studied in greater detail before they can be completely dismissed.

2. Generally, the relative price-change response to quarterly earnings was less than response to annual earnings, but, with one exception, not significantly less. The single exception was the second quarter announcements of calendar-year firms. As above, this exceptional result is attributed to an apparently seasonal slump in which second quarter earnings of calendar-year firms are announced rather than any generally lesser degree of influence on investors of quarterly earnings. Indeed this position is somewhat secured by the observation that the investor response to certain quarterly earnings announcements of some subgroups of firms were actually greater (although not significantly greater) than the response to the annual announcements of the same firms.[51]

### Conclusions and Recommendations

A conclusion that there is significant demand for quarterly accounting data to be used by investors in actual decisions seems to be justified by the first finding of the study, i.e., that price changes in the weeks of quarterly earnings announcements are greater than average price changes. But the second finding of the study, that relative price-change responses to quarterly earnings are not significantly less than responses to annual earnings, leads to the conclusion that investors may be unaware of, or unable to take account of, the difference in quality (reliability) of quart-

---

[51] Referring to Table 4, the reader will note that the measured response to first and second quarter earnings of noncalendar-year firms is greater than response to annual earnings.

erly and annual accounting data. The implications of these two conclusions for accountants seem clear:

1. Any significant improvement in the quality of quarterly data themselves might lead to significant social benefits since it appears that quarterly accounting data do influence the basis for actual investment decisions.

2. Any effort on the part of accountants that succeeds in unambiguously conveying to investors the lesser reliability of quarterly data will contribute to the prevention of potentially significant market inefficiencies, i.e., under- or overvaluation of securities in the period between market adjustments to quarterly earnings numbers and subsequent adjustments to the superceding, more reliable annual earnings numbers.

In view of the recommendations made by past writers, referenced earlier in this paper, there appears to be no difficulty finding starting points for improvements in quarterly accounting practice. What appears to be most needed is additional research concerned with problems of implementation and questions of specific benefits to investors of the more sophisticated techniques recommended.[52] For certain relatively unsophisticated recommendations, though, accountants and managers can move immediately toward improvement of quarterly data.

In particular, improvements that would stem from application, on a quarterly basis, of efforts comparable to those now being applied only once per year do not present any great barriers to feasibility. That they are costly seems to be the only barrier to their implementation.

Although the findings of this study do not indicate that such additional costs would be worthwhile in any absolute sense, they do indicate that the sometimes great differential in effort (cost) expended on annual accounting measurements relative to quarterly measurements is not justified on the basis of the apparent influence on investors of annual data relative to the influence of quarterly data.

Although there appears to be no great difficulty in finding starting points for improving quarterly accounting data, it is not immediately clear how accountants might unambiguously convey to investors the relative degree of unreliability of quarterly data. Even if all possible efforts to improve quarterly data were expended, quarterly data would still be less reliable than annual data due to residual seasonal and chance-variability effects; thus the problem is of great long-run importance to accounting.

A minimal starting effort would be a requirement by authorities that the qualifying language of the form, "unaudited, subject to year-end

[52] I am aware of current research in progress that is addressed to the questions of the relative cost and benefits to be obtained for investors from different degrees of accounting effort to compensate for the effects of seasonality on revenues, costs, income, etc. The source of the awareness is "On Criteria for Judging Accounting Earnings Estimators," adapted from John W. Kennelly, "An Empirical Investigation of Interim Earnings Reports" (unpublished Ph.D. dissertation, University of Chicago, forthcoming).

152    ROBERT G. MAY

adjustments," that sometimes appears in quarterly reports to stockholders, also appear conspicuously in the more widely circulated releases in the financial press. But under such an alternative to current practice the investor would still have to bear the major burden of quantifying the degree of unreliability inherent in any given quarterly datum, a burden made extreme by the wide variety of quality of quarterly data among firms. What is needed is a technique that is capable of conveying the degree of reliability of quarterly data uniquely for every reporting firm.

Such a technique has been suggested as a means of conveying the degree of reliability of accounting measurements generally.[53] It consists of stating accounting data in terms of confidence intervals rather than single values.[54]

What makes the interval technique particularly suited to the problem of conveying differing degrees of reliability in quarterly and annual data of different firms is that the size of the range can be altered according to the unique characteristics of the measurements and conditions that produced the data. Furthermore the range technique is completely flexible over time and compatible with other recommendations of the study since, when applied properly, it would convey only the degree of reliability that applies to a given set of data for a particular firm. That is, as individual firms improve their quarterly measurements relative to annual measurements, they could automatically convey the improvement of relative reliability of the quarterly data by reporting smaller ranges, *ceteris paribus*.

### Recommendations for Further Research

Because of the limited population and sample chosen for study, the recommendation of most immediate importance in the researcher's opinion is not one of the above suggestions of appropriate action for accountants. Rather, it is considered most important that this study be replicated and extended to more time periods and types of firms. Since the methodology of the study withstood the ex post evaluation described above, extension and replication would largely consist of extensive data gathering and preparation. Extension and replication will ensure that before undertaking the expense of implementing the recommendations that were made in the preceding pages, accountants and managers will be certain that the findings and conclusions of the study are not simply the result of an extreme and unusual sample and that they apply more widely than to the somewhat limited population from which the sample was drawn. Furthermore, the implications of the effects of dividend information and the observed seasonality of investor response to earnings described above deserve more rigorous examination than has been possible in this study.

---

[53] American Accounting Association, *A Statement of Basic Accounting Theory* (AAA, 1966), p. 65.

[54] The interval technique was first suggested as a remedy for the relative reliability dilemma that is presented by quarterly data by Newell, 1966, p. 154.

**TABLE 1**

*Sample Results of Average Price Response Ratio Comparisons Between Earnings Announcement and Nonannouncement Weeks and Between Weeks of Quarterly and Annual Announcements*

| Type of announcement | Sample mean average response ratio | Sample variance | Sample $Z$ | Sample $\pi$ |
|---|---|---|---|---|
| 1. First quarter | 1.253 | .4054 | 4.741 | $.143 \times 10^{-3}$ |
| 2. Second quarter | 1.174 | .4046 | 3.264 | .00179 |
| 3. Third quarter | 1.165 | .3364 | 3.378 | .0309 |
| 4. Annual | 1.252 | .5701 | 3.982 | .0141 |
| 5. All quarterly | 1.201 | .1489 | 6.215 | .00179 |
| 6. All announcements | 1.218 | .1402 | 6.947 | $.143 \times 10^{-3}$ |

| Types of announcements | Sample difference in average response ratios | Sample variance | Sample $Z$ | Sample $WZ$ |
|---|---|---|---|---|
| 1. First quarter vs. annual announcements | $-.0009$ | .7544 | $-.013$ | $-.6953$ |
| 2. Second quarter vs. annual announcements | .0778 | .9407 | 1.020 | .8008 |
| 3. Third quarter vs. annual announcements | .0666 | 1.032 | .829 | .0940 |
| 4. All quarterly vs. annual announcements | .0590 | .6511 | .802 | $-.4683$ |

**TABLE 2**

*Sample Results of Average Price Response Ratio Comparisons Between Earnings Announcement and Nonannouncement Weeks and Between Weeks of Quarterly and Annual Announcements, Including Multiple Statements*

| Type of announcement | Sample mean average response ratio | Sample variance | Sample $Z$ | Sample $\pi$ |
|---|---|---|---|---|
| 1. First quarter | 1.262 | .4327 | 4.752 | $.723 \times 10^{-5}$ |
| 2. Second quarter | 1.198 | .4056 | 3.710 | .00054 |
| 3. Third quarter | 1.189 | .3804 | 3.639 | .0309 |
| 4. Annual | 1.305 | .5408 | 4.949 | $.342 \times 10^{-4}$ |
| 5. All quarterly | 1.220 | .1530 | 6.711 | $.342 \times 10^{-4}$ |
| 6. All announcements | 1.248 | .1327 | 8.123 | $.416 \times 10^{-8}$ |

| Types of announcements | Sample difference in average response ratios | Sample variance | Sample $Z$ | Sample $WZ$ |
|---|---|---|---|---|
| 1. First quarter vs. annual announcements | .0426 | .8169 | .599 | .0783 |
| 2. Second quarter vs. annual announcements | .1068 | .9422 | 1.398 | 1.1237 |
| 3. Third quarter vs. annual announcements | .0972 | 1.051 | 1.199 | .5934 |
| 4. All quarterly vs. annual announcements | .0852 | .6626 | 1.330 | .2573 |

**TABLE 3**

*Sample Results of Average Price Response Ratio Comparisons Between
Earnings Announcement and Nonannouncement Weeks and
Between Weeks of Quarterly and Annual Announce-
ments, for 56 Calendar-Year Firms*

| Type of announcement | Sample mean average response ratio | Sample variance | Sample Z | Sample π |
|---|---|---|---|---|
| 1. First quarter | 1.221 | .4378 | 2.847 | .00318 |
| 2. Second quarter | 1.115 | .3672 | 1.617 | .0120 |
| 3. Third quarter | 1.221 | .3186 | 3.307 | .198 |
| 4. Annual | 1.344 | .5624 | 3.909 | .0120 |
| 5. All quarterly | 1.198 | .1455 | 4.424 | .00318 |
| 6. All announcements | 1.246 | .1494 | 5.424 | $.187 \times 10^{-4}$ |

| Types of announcements | Sample difference in average response ratios | Sample variance | Sample Z | Sample WZ |
|---|---|---|---|---|
| 1. First quarter vs. annual announcements | .1226 | .7273 | 1.380 | .6770 |
| 2. Second quarter vs. annual announcements | .2290 | .7533 | 2.532 | 1.8027 |
| 3. Third quarter vs. annual announcements | .0867 | 1.077 | .795 | .1843 |
| 4. All quarterly vs. annual announcements | .1459 | .6012 | 1.806 | .6852 |

**TABLE 4**

*Sample Results of Average Price Response Ratio Comparisons Between
Earnings Announcement and Nonannouncement Weeks and
Between Weeks of Quarterly and Annual Announce-
ments, for 49 Noncalendar-Year Firms*

| Type of announcement | Sample mean average response ratio | Sample variance | Sample Z | Sample π |
|---|---|---|---|---|
| 1. First quarter | 1.309 | .4316 | 3.757 | $.660 \times 10^{-3}$ |
| 2. Second quarter | 1.293 | .4406 | 3.526 | .0136 |
| 3. Third quarter | 1.151 | .4552 | 1.788 | .0448 |
| 4. Annual | 1.260 | .5236 | 2.870 | $.660 \times 10^{-3}$ |
| 5. All quarterly | 1.245 | .1635 | 4.840 | .00334 |
| 6. All announcements | 1.251 | .1163 | 5.879 | $.104 \times 10^{-3}$ |

| Types of announcements | Sample difference in average response ratios | Sample variance | Sample Z | Sample WZ |
|---|---|---|---|---|
| 1. First quarter vs. annual announcements | $-.0488$ | .9205 | $-.471$ | $-.5919$ |
| 2. Second quarter vs. annual announcements | $-.0328$ | 1.141 | $-.284$ | $-.2238$ |
| 3. Third quarter vs. annual announcements | .1091 | 1.044 | .988 | .7510 |
| 4. All quarterly vs. annual announcements | .0157 | .7375 | .169 | $-.4327$ |

**TABLE 5**

*Sample Results of Average Price Response Ratio Comparisons Between Earnings Announcement and Nonannouncement Weeks and Between Weeks of Quarterly and Annual Announcements, for 40 Cash-Dividend-Paying Firms*

| Type of announcement | Sample mean average response ratio | Sample variance | Sample $Z$ | Sample $\pi$ |
|---|---|---|---|---|
| 1. First quarter | 1.333 | .2842 | 4.496 | .00247 |
| 2. Second quarter | 1.291 | .4866 | 3.003 | .0118 |
| 3. Third quarter | 1.145 | .4331 | 1.586 | .289 |
| 4. Annual | 1.315 | .5440 | 3.074 | .00247 |
| 5. All quarterly | 1.249 | .1249 | 5.072 | $.397 \times 10^{-3}$ |
| 6. All announcements | 1.270 | .1216 | 5.573 | $.433 \times 10^{-5}$ |

| Types of announcements | Sample difference in average response ratios | Sample variance | Sample $Z$ | Sample $\overline{WZ}$ |
|---|---|---|---|---|
| 1. First quarter vs. annual announcements | $-.0187$ | .5935 | $-.208$ | $-.6855$ |
| 2. Second quarter vs. annual announcements | .0237 | 1.0880 | .194 | .2419 |
| 3. Third quarter vs. annual announcements | .1696 | 1.0400 | 1.422 | 1.0888 |
| 4. All quarterly vs. annual announcements | .0651 | .6308 | .701 | .0807 |

**TABLE 6**

*Sample Results of Average Price Response Ratio Comparisons Between Earnings Announcement and Nonannouncement Weeks and Between Weeks of Quarterly and Annual Announcements, for 65 Nondividend-Paying Firms*

| Type of announcement | Sample mean average response ratio | Sample variance | Sample $Z$ | Sample $\pi$ |
|---|---|---|---|---|
| 1. First quarter | 1.218 | .5249 | 2.788 | $.899 \times 10^{-3}$ |
| 2. Second quarter | 1.141 | .3538 | 2.197 | .0129 |
| 3. Third quarter | 1.216 | .3519 | 3.348 | .0340 |
| 4. Annual | 1.299 | .5472 | 3.745 | .00371 |
| 5. All quarterly | 1.201 | .1716 | 4.496 | .0129 |
| 6. All announcements | 1.235 | .1411 | 5.797 | $.183 \times 10^{-3}$ |

| Types of announcements | Sample difference in average response ratios | Sample variance | Sample $Z$ | Sample $\overline{WZ}$ |
|---|---|---|---|---|
| 1. First quarter vs. annual announcements | .0804 | .9620 | .857 | .5065 |
| 2. Second quarter vs. annual announcements | .1580 | .8614 | 1.779 | 1.245 |
| 3. Third quarter vs. annual announcements | .0520 | 1.069 | .522 | $-.0535$ |
| 4. All quarterly vs. annual announcements | .0975 | .6919 | 1.225 | .3170 |

156    ROBERT G. MAY



FIG. 1 Pattern of observation of individual firms' earnings announcements during the study period



FIG. 2 Eleven week profiles of mean average response ratios for various groupings of earnings announcements



1st quarter announcements



2nd quarter announcements



3rd quarter announcements



annual announcements



all quarterly announcements



all announcements

Fig. 3 Eleven week profiles of mean average response ratios incorporating multiple statements (unrevised levels indicated by dotted lines)



Fig. 4 Eleven week profiles of mean price response ratios according to time of earnings announcement

158    ROBERT G. MAY







FIG. 5. Eleven week profiles of mean average response ratios of the 56 calendar-year sample firms

1st quarter announcements

2nd quarter announcements


3rd quarter announcements


annual announcements


all quarterly announcements


all announcements


Fig. 6 Eleven week profiles of mean average response ratios of 49 noncalendar-year sample firms

160    ROBERT G. MAY













FIG. 7  Eleven week profiles of mean average response ratios of the 40 cash-dividend-
paying sample firms

1st quarter announcements



2nd quarter announcements



3rd quarter announcements



annual announcements



all quarterly announcements



all announcements



FIG. 8 Eleven week profiles of mean average response ratios of the 65 nondividend-paying sample firms

162   ROBERT G. MAY

## REFERENCES

AMERICAN ACCOUNTING ASSOCIATION. *Accounting and Reporting Standards.* Columbus, Ohio: AAA, 1957.

——. *A Statement of Basic Accounting Theory.* Evanston, Ill.: AAA, 1966.

AMERICAN STOCK EXCHANGE. "Listing Form L." Revised September 15, 1966.

BALL, RAY, AND PHILIP BROWN. "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research,* 6 (Autumn, 1968), 159–78.

BEAVER, WILLIAM H. "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968,* Supplement to Vol. 6, *Journal of Accounting Research.*

BLOUGH, CARMEN G., ed. "Some of the Dangers Inherent in Quarterly Financial Statements," *Journal of Accountancy,* XCV (February, 1953), 221–22.

BROWN, PHILIP, AND JOHN W. KENNELLY. "The Informational Content of Quarterly Earnings: An Extension and Some Further Evidence," *Journal of Business,* 45 (July, 1972), 403–15.

BROWN, PHILIP, AND VICTOR NIEDERHOFFER. "The Predictive Content of Quarterly Earnings," *Journal of Business,* XLI (October, 1968), 488–97.

COOTNER, PAUL H. "Stock Prices: Random vs. Systematic Changes," *Industrial Management Review,* III (Spring, 1962), 24–45.

FAMA, EUGENE F. "The Behavior of Stock-Market Prices," *Journal of Business,* XXXVIII (January, 1965), 34–105.

——. "Random Walks in Stock Market Prices," *Financial Analysts Journal,* XXI (Sept.–Oct., 1965), 55–59.

——, LAWRENCE FISHER, MICHAEL C. JENSEN, AND RICHARD ROLL. "The Adjustment of Stock Prices to New Information," *International Economic Review,* X (February, 1969), 1–21.

GRAHAM, BENJAMIN, DAVID L. DODD, AND SIDNEY COTTLE. *Security Analysis: Principles and Technique.* 4th Edition. New York: McGraw-Hill, 1962.

GREEN, DAVID JR. "Towards a Theory of Interim Reports," *Journal of Accounting Research,* 2 (Spring, 1964), 35–49.

——, AND JOEL SEGALL. "The Predictive Power of First Quarter Earnings Reports," *Journal of Business,* XL (January, 1967), 44–45.

——. "The Predictive Power of First Quarter Earnings Reports: A Replication," *Empirical Research in Accounting: Selected Studies, 1966,* Supplement to Vol. 4, *Journal of Accounting Research.*

*ISL Daily Stock Price Index: American Stock Exchange.* Palo Alto, California: Investment Statistics Laboratory, Inc., published quarterly.

KING, BENJAMIN F. "Market and Industry Factors in Stock Price Behavior," *Security Prices: A Supplement, Journal of Business,* Vol. XXXIX, No. 1, Part 2 (January, 1966), pp. 139–90.

NEWELL, GALE E. "Published Quarterly Financial Data: Their Adequacy for Investment Decision Making." Unpublished doctoral dissertation, Michigan State University, 1968.

SCHOOMER, B. ALVA, JR. "The American Stock Exchange Index System," *Financial Analysts Journal,* 23 (May–June, 1967).

SHARPE, WILLIAM F. "A Simplified Model for Portfolio Analysis," *Management Science,* IX (January, 1963), 277–93.

SHILLINGLAW, GORDON. "Concepts Underlying Interim Financial Statements," *The Accounting Review,* XXXVI (April, 1961), 222–31.

TAYLOR, ROBERT G. "A Look at Published Interim Reports," *The Accounting Review,* XL (January, 1965), 89–96.

——. "The Published Interim Report and the CPA," *Journal of Accountancy,* CXX (September, 1965), 55–58.

U.S. SECURITIES AND EXCHANGE COMMISSION. *Report of Special Study of the Securities Markets.* Chapter IX, "Obligations of Issuers of Publicly Held Securities." Washington: United States Government Printing Office, 1963.

——. *Disclosure to Investors: A Reappraisal of Federal Administrative Policies Under the '33 and '34 Acts.* New York: Commerce Clearing House, Inc., 1969.

——. "Summary of Disclosure Policy Study Report Entitled: Disclosure to Investors—A Reappraisal of Administrative Policies Under the '33 and '34 Acts." Available on request from the Securities and Exchange Commission.

*The Wall Street Journal Index.* New York: Dow Jones & Company, Inc. Issued monthly with annual cumulations.

Copyright of Journal of Accounting Research is the property of Blackwell Publishing Limited and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.