# EXHIBIT 29

The estimator is obtained by minimizing

$$q = \overline{\mathbf{m}}'(\hat{\boldsymbol{\beta}}_{GMM}) \mathbf{W} \overline{\mathbf{m}}(\hat{\boldsymbol{\beta}}_{GMM})$$

where $\mathbf{W}$ is a positive definite weighting matrix. The optimal weighting matrix would be

$$\mathbf{W} = \{\text{Asy. Var}[\sqrt{T}\, \overline{\mathbf{m}}(\boldsymbol{\beta})]\}^{-1},$$

which is the inverse of

$$\text{Asy. Var}[\sqrt{T}\, \overline{\mathbf{m}}(\boldsymbol{\beta})] = \text{Asy. Var}\left[\frac{1}{\sqrt{T}} \sum_{i=1}^{n} \mathbf{x}_i \varepsilon_i\right] = \plim_{n \to \infty} \frac{1}{T} \sum_{t=1}^{T} \sum_{s=1}^{T} \sigma^2 \rho_{ts} \mathbf{x}_t \mathbf{x}_s' = \sigma^2 \mathbf{Q}^*.$$

The optimal weighting matrix would be $[\sigma^2 \mathbf{Q}^*]^{-1}$. As in the heteroscedasticity case, this minimization problem is an exactly identified case, so, the weighting matrix is actually irrelevant to the solution. *The GMM estimator for the regression model with autocorrelated disturbances is ordinary least squares.* We can use the results in Section 19.5.2 to construct the asymptotic covariance matrix. We will require the assumptions in Section 19.4 to obtain convergence of the moments and asymptotic normality. We will wish to extend this simple result in one instance. In the common case in which $\mathbf{x}_t$ contains lagged values of $y_t$, we will want to use an instrumental variable estimator. We will return to that estimation problem in Section 19.9.3.

## 19.7 TESTING FOR AUTOCORRELATION

The available tests for autocorrelation are based on the principle that if the true disturbances are autocorrelated, then this fact can be detected through the autocorrelations of the least squares residuals. The simplest indicator is the slope in the artificial regression

$$e_t = r e_{t-1} + v_t,$$
$$e_t = y_t - \mathbf{x}_t' \mathbf{b},$$
$$r = \left(\sum_{t=2}^{T} e_t e_{t-1}\right) \Big/ \left(\sum_{t=1}^{T-1} e_t^2\right). \qquad (19\text{-}19)$$

If there is autocorrelation, then the slope in this regression will be an estimator of $\rho = \text{Corr}[\varepsilon_t, \varepsilon_{t-1}]$. The complication in the analysis lies in determining a formal means of evaluating when the estimator is "large," that is, on what statistical basis to reject the null hypothesis that $\rho$ equals zero. As a first approximation, treating (19-19) as a classical linear model and using a $t$ or $F$ (squared $t$) test to test the hypothesis is a valid way to proceed based on the Lagrange multiplier principle. We used this device in Example 19.3. The tests we consider here are refinements of this approach.

### 19.7.1 LAGRANGE MULTIPLIER TEST

The Breusch (1978)–Godfrey (1978) test is a Lagrange multiplier test of $H_0$: no auto-correlation versus $H_1$: $\varepsilon_t = \text{AR}(P)$ or $\varepsilon_t = \text{MA}(P)$. The same test is used for either