# EXHIBIT 32

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 2/21/2018 | 390 | 458 |
| 2/22/2018 | 276 | 481 |
| 2/23/2018 | 443 | 482 |
| 2/26/2018 | 467 | 546 |
| 2/27/2018 | 131 | 135 |
| 2/28/2018 | 191 | 59 |
| 3/1/2018 | 142 | 121 |
| 3/2/2018 | 79 | 269 |
| 3/5/2018 | 173 | 156 |
| 3/6/2018 | 43 | 82 |
| 3/7/2018 | 143 | 118 |
| 3/8/2018 | 119 | 475 |
| 3/9/2018 | 179 | 538 |
| 3/12/2018 | 554 | 115 |
| 3/13/2018 | 164 | 143 |
| 3/14/2018 | 321 | 348 |
| 3/15/2018 | 83 | 96 |
| 3/16/2018 | 2204 | 3203 |
| 3/19/2018 | 356 | 860 |
| 3/20/2018 | 186 | 383 |
| 3/21/2018 | 1131 | 515 |
| 3/22/2018 | 169 | 273 |
| 3/23/2018 | 396 | 245 |
| 3/26/2018 | 392 | 257 |
| 3/27/2018 | 401 | 275 |
| 3/28/2018 | 7751 | 2728 |
| 3/29/2018 | 4499 | 1535 |
| 4/2/2018 | 1336 | 3400 |
| 4/3/2018 | 4543 | 1955 |
| 4/4/2018 | 2628 | 705 |
| 4/5/2018 | 1171 | 694 |
| 4/6/2018 | 1564 | 1950 |
| 4/9/2018 | 378 | 464 |
| 4/10/2018 | 1578 | 1103 |
| 4/11/2018 | 1514 | 857 |
| 4/12/2018 | 690 | 609 |
| 4/13/2018 | 1902 | 1745 |
| 4/16/2018 | 2952 | 844 |
| 4/17/2018 | 1535 | 503 |
| 4/18/2018 | 10685 | 849 |
| 4/19/2018 | 4045 | 1612 |
| 4/20/2018 | 3126 | 2215 |
| 4/23/2018 | 162 | 404 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 4/24/2018 | 258 | 1776 |
| 4/25/2018 | 251 | 160 |
| 4/26/2018 | 771 | 226 |
| 4/27/2018 | 312 | 224 |
| 4/30/2018 | 682 | 1248 |
| 5/1/2018 | 553 | 3501 |
| 5/2/2018 | 645 | 1501 |
| 5/3/2018 | 2073 | 1080 |
| 5/4/2018 | 781 | 735 |
| 5/7/2018 | 2825 | 1053 |
| 5/8/2018 | 358 | 572 |
| 5/9/2018 | 513 | 1770 |
| 5/10/2018 | 1609 | 2178 |
| 5/11/2018 | 501 | 396 |
| 5/14/2018 | 421 | 469 |
| 5/15/2018 | 313 | 319 |
| 5/16/2018 | 899 | 566 |
| 5/17/2018 | 4064 | 894 |
| 5/18/2018 | 1351 | 421 |
| 5/21/2018 | 374 | 191 |
| 5/22/2018 | 1270 | 871 |
| 5/23/2018 | 990 | 594 |
| 5/24/2018 | 1256 | 373 |
| 5/25/2018 | 1827 | 550 |
| 5/29/2018 | 521 | 499 |
| 5/30/2018 | 2440 | 166 |
| 5/31/2018 | 434 | 230 |
| 6/1/2018 | 9394 | 2102 |
| 6/4/2018 | 1554 | 2526 |
| 6/5/2018 | 3030 | 1886 |
| 6/6/2018 | 951 | 1413 |
| 6/7/2018 | 2906 | 813 |
| 6/8/2018 | 1638 | 762 |
| 6/11/2018 | 755 | 458 |
| 6/12/2018 | 4193 | 1441 |
| 6/13/2018 | 1350 | 702 |
| 6/14/2018 | 1702 | 1054 |
| 6/15/2018 | 923 | 2691 |
| 6/18/2018 | 1752 | 542 |
| 6/19/2018 | 799 | 461 |
| 6/20/2018 | 1663 | 508 |
| 6/21/2018 | 1249 | 1072 |
| 6/22/2018 | 644 | 302 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 6/25/2018 | 1200 | 982 |
| 6/26/2018 | 1606 | 917 |
| 6/27/2018 | 3239 | 1118 |
| 6/28/2018 | 366 | 297 |
| 6/29/2018 | 864 | 1106 |
| 7/2/2018 | 318 | 285 |
| 7/3/2018 | 409 | 118 |
| 7/5/2018 | 399 | 365 |
| 7/6/2018 | 374 | 633 |
| 7/9/2018 | 1923 | 952 |
| 7/10/2018 | 580 | 303 |
| 7/11/2018 | 363 | 353 |
| 7/12/2018 | 485 | 442 |
| 7/13/2018 | 1784 | 1492 |
| 7/16/2018 | 334 | 286 |
| 7/17/2018 | 914 | 1529 |
| 7/18/2018 | 1810 | 1408 |
| 7/19/2018 | 1928 | 396 |
| 7/20/2018 | 2789 | 967 |
| 7/23/2018 | 348 | 408 |
| 7/24/2018 | 338 | 216 |
| 7/25/2018 | 214 | 548 |
| 7/26/2018 | 534 | 416 |
| 7/27/2018 | 487 | 211 |
| 7/30/2018 | 701 | 631 |
| 7/31/2018 | 390 | 467 |
| 8/1/2018 | 895 | 1469 |
| 8/2/2018 | 2006 | 1152 |
| 8/3/2018 | 1047 | 1152 |
| 8/6/2018 | 739 | 386 |
| 8/7/2018 | 1462 | 702 |
| 8/8/2018 | 1067 | 375 |
| 8/9/2018 | 229 | 147 |
| 8/10/2018 | 498 | 138 |
| 8/13/2018 | 296 | 864 |
| 8/14/2018 | 524 | 72 |
| 8/15/2018 | 1847 | 828 |
| 8/16/2018 | 1631 | 219 |
| 8/17/2018 | 844 | 1368 |
| 8/20/2018 | 352 | 141 |
| 8/21/2018 | 691 | 202 |
| 8/22/2018 | 890 | 544 |
| 8/23/2018 | 277 | 123 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 8/24/2018 | 1305 | 514 |
| 8/27/2018 | 204 | 153 |
| 8/28/2018 | 1787 | 487 |
| 8/29/2018 | 232 | 185 |
| 8/30/2018 | 231 | 115 |
| 8/31/2018 | 113 | 115 |
| 9/4/2018 | 359 | 394 |
| 9/5/2018 | 303 | 492 |
| 9/6/2018 | 636 | 364 |
| 9/7/2018 | 421 | 135 |
| 9/10/2018 | 771 | 867 |
| 9/11/2018 | 6574 | 393 |
| 9/12/2018 | 1979 | 885 |
| 9/13/2018 | 1531 | 1588 |
| 9/14/2018 | 352 | 761 |
| 9/17/2018 | 1293 | 288 |
| 9/18/2018 | 928 | 331 |
| 9/19/2018 | 1344 | 592 |
| 9/20/2018 | 435 | 581 |
| 9/21/2018 | 639 | 791 |
| 9/24/2018 | 1814 | 364 |
| 9/25/2018 | 2582 | 1641 |
| 9/26/2018 | 2811 | 1234 |
| 9/27/2018 | 372 | 461 |
| 9/28/2018 | 1485 | 386 |
| 10/1/2018 | 1796 | 234 |
| 10/2/2018 | 892 | 204 |
| 10/3/2018 | 419 | 461 |
| 10/4/2018 | 495 | 202 |
| 10/5/2018 | 721 | 477 |
| 10/8/2018 | 262 | 287 |
| 10/9/2018 | 686 | 637 |
| 10/10/2018 | 456 | 633 |
| 10/11/2018 | 485 | 593 |
| 10/12/2018 | 726 | 411 |
| 10/15/2018 | 160 | 59 |
| 10/16/2018 | 2501 | 2302 |
| 10/17/2018 | 894 | 301 |
| 10/18/2018 | 839 | 957 |
| 10/19/2018 | 893 | 363 |
| 10/22/2018 | 1565 | 421 |
| 10/23/2018 | 815 | 812 |
| 10/24/2018 | 347 | 196 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 10/25/2018 | 490 | 302 |
| 10/26/2018 | 828 | 582 |
| 10/29/2018 | 683 | 94 |
| 10/30/2018 | 1181 | 692 |
| 10/31/2018 | 993 | 493 |
| 11/1/2018 | 1870 | 336 |
| 11/2/2018 | 1717 | 1498 |
| 11/5/2018 | 65 | 81 |
| 11/6/2018 | 411 | 266 |
| 11/7/2018 | 499 | 203 |
| 11/8/2018 | 1911 | 504 |
| 11/9/2018 | 641 | 246 |
| 11/12/2018 | 1064 | 172 |
| 11/13/2018 | 722 | 527 |
| 11/14/2018 | 1175 | 230 |
| 11/15/2018 | 2927 | 313 |
| 11/16/2018 | 1555 | 534 |
| 11/19/2018 | 731 | 250 |
| 11/20/2018 | 1622 | 854 |
| 11/21/2018 | 865 | 349 |
| 11/23/2018 | 1989 | 522 |
| 11/26/2018 | 491 | 280 |
| 11/27/2018 | 483 | 193 |
| 11/28/2018 | 231 | 107 |
| 11/29/2018 | 896 | 918 |
| 11/30/2018 | 411 | 100 |
| 12/3/2018 | 3040 | 850 |
| 12/4/2018 | 1399 | 143 |
| 12/6/2018 | 3110 | 1056 |
| 12/7/2018 | 743 | 538 |
| 12/10/2018 | 376 | 531 |
| 12/11/2018 | 1325 | 660 |
| 12/12/2018 | 805 | 107 |
| 12/13/2018 | 634 | 504 |
| 12/14/2018 | 1418 | 380 |
| 12/17/2018 | 1200 | 677 |
| 12/18/2018 | 2176 | 1085 |
| 12/19/2018 | 1882 | 986 |
| 12/20/2018 | 1701 | 756 |
| 12/21/2018 | 571 | 1005 |
| 12/24/2018 | 204 | 289 |
| 12/26/2018 | 479 | 474 |
| 12/27/2018 | 378 | 353 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 12/28/2018 | 113 | 181 |
| 12/31/2018 | 257 | 220 |
| 1/2/2019 | 237 | 275 |
| 1/3/2019 | 583 | 172 |
| 1/4/2019 | 1027 | 298 |
| 1/7/2019 | 1077 | 309 |
| 1/8/2019 | 1740 | 1843 |
| 1/9/2019 | 1570 | 1678 |
| 1/10/2019 | 582 | 243 |
| 1/11/2019 | 255 | 291 |
| 1/14/2019 | 595 | 367 |
| 1/15/2019 | 1488 | 1467 |
| 1/16/2019 | 1434 | 711 |
| 1/17/2019 | 639 | 575 |
| 1/18/2019 | 2526 | 618 |
| 1/22/2019 | 1125 | 319 |
| 1/23/2019 | 3536 | 438 |
| 1/24/2019 | 1789 | 168 |
| 1/25/2019 | 585 | 212 |
| 1/28/2019 | 1137 | 223 |
| 1/29/2019 | 564 | 301 |
| 1/30/2019 | 2631 | 867 |
| 1/31/2019 | 459 | 157 |
| 2/1/2019 | 262 | 216 |
| 2/4/2019 | 413 | 712 |
| 2/5/2019 | 1188 | 948 |
| 2/6/2019 | 1240 | 144 |
| 2/7/2019 | 2581 | 674 |
| 2/8/2019 | 1159 | 289 |
| 2/11/2019 | 1631 | 45 |
| 2/12/2019 | 972 | 436 |
| 2/13/2019 | 6320 | 928 |
| 2/14/2019 | 1014 | 114 |
| 2/15/2019 | 3295 | 712 |
| 2/19/2019 | 2339 | 1404 |
| 2/20/2019 | 2607 | 3035 |
| 2/21/2019 | 3832 | 1161 |
| 2/22/2019 | 921 | 630 |
| 2/25/2019 | 1556 | 297 |
| 2/26/2019 | 609 | 174 |
| 2/27/2019 | 1608 | 702 |
| 2/28/2019 | 567 | 114 |
| 3/1/2019 | 640 | 69 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 3/4/2019 | 370 | 432 |
| 3/5/2019 | 448 | 59 |
| 3/6/2019 | 649 | 897 |
| 3/7/2019 | 950 | 345 |
| 3/8/2019 | 1032 | 533 |
| 3/11/2019 | 2891 | 214 |
| 3/12/2019 | 806 | 222 |
| 3/13/2019 | 447 | 200 |
| 3/14/2019 | 347 | 440 |
| 3/15/2019 | 400 | 1949 |
| 3/18/2019 | 1775 | 1205 |
| 3/19/2019 | 500 | 410 |
| 3/20/2019 | 3195 | 575 |
| 3/21/2019 | 958 | 169 |
| 3/22/2019 | 293 | 396 |
| 3/25/2019 | 209 | 138 |
| 3/26/2019 | 1052 | 272 |
| 3/27/2019 | 401 | 428 |
| 3/28/2019 | 980 | 289 |
| 3/29/2019 | 371 | 498 |
| 4/1/2019 | 263 | 506 |
| 4/2/2019 | 345 | 80 |
| 4/3/2019 | 1022 | 433 |
| 4/4/2019 | 522 | 217 |
| 4/5/2019 | 421 | 92 |
| 4/8/2019 | 557 | 530 |
| 4/9/2019 | 2001 | 346 |
| 4/10/2019 | 158 | 167 |
| 4/11/2019 | 13960 | 2169 |
| 4/12/2019 | 6665 | 2143 |
| 4/15/2019 | 7551 | 893 |
| 4/16/2019 | 2408 | 628 |
| 4/17/2019 | 4991 | 468 |
| 4/18/2019 | 3409 | 1755 |
| 4/22/2019 | 3882 | 551 |
| 4/23/2019 | 5065 | 1455 |
| 4/24/2019 | 1983 | 1111 |
| 4/25/2019 | 5726 | 243 |
| 4/26/2019 | 688 | 329 |
| 4/29/2019 | 835 | 1469 |
| 4/30/2019 | 3094 | 413 |
| 5/1/2019 | 3024 | 911 |
| 5/2/2019 | 5459 | 801 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 5/3/2019 | 3018 | 1098 |
| 5/6/2019 | 1886 | 1561 |
| 5/7/2019 | 1519 | 1144 |
| 5/8/2019 | 2748 | 2013 |
| 5/9/2019 | 1023 | 326 |
| 5/10/2019 | 795 | 136 |
| 5/13/2019 | 953 | 175 |
| 5/14/2019 | 1306 | 278 |
| 5/15/2019 | 2970 | 378 |
| 5/16/2019 | 2146 | 115 |
| 5/17/2019 | 1577 | 293 |
| 5/20/2019 | 382 | 39 |
| 5/21/2019 | 1831 | 838 |
| 5/22/2019 | 1589 | 462 |
| 5/23/2019 | 2303 | 970 |
| 5/24/2019 | 2436 | 1287 |
| 5/28/2019 | 792 | 374 |
| 5/29/2019 | 1680 | 764 |
| 5/30/2019 | 1167 | 242 |
| 5/31/2019 | 1889 | 972 |
| 6/3/2019 | 403 | 367 |
| 6/4/2019 | 385 | 233 |
| 6/5/2019 | 2963 | 264 |
| 6/6/2019 | 1947 | 221 |
| 6/7/2019 | 515 | 207 |
| 6/10/2019 | 578 | 1512 |
| 6/11/2019 | 372 | 1288 |
| 6/12/2019 | 396 | 258 |
| 6/13/2019 | 421 | 336 |
| 6/14/2019 | 842 | 655 |
| 6/17/2019 | 472 | 277 |
| 6/18/2019 | 5134 | 3082 |
| 6/19/2019 | 736 | 237 |
| 6/20/2019 | 1795 | 266 |
| 6/21/2019 | 805 | 368 |
| 6/24/2019 | 713 | 1384 |
| 6/25/2019 | 3090 | 716 |
| 6/26/2019 | 332 | 185 |
| 6/27/2019 | 315 | 341 |
| 6/28/2019 | 745 | 669 |
| 7/1/2019 | 1253 | 820 |
| 7/2/2019 | 672 | 602 |
| 7/3/2019 | 314 | 152 |

| Date | VOLUME_TOTAL_CALL | VOLUME_TOTAL_PUT |
|---|---|---|
| 7/5/2019 | 376 | 711 |
| 7/8/2019 | 744 | 158 |
| 7/9/2019 | 880 | 350 |
| 7/10/2019 | 1514 | 723 |
| 7/11/2019 | 529 | 98 |
| 7/12/2019 | 772 | 312 |
| 7/15/2019 | 1594 | 15016 |
| 7/16/2019 | 1094 | 336 |
| 7/17/2019 | 1426 | 2805 |
| 7/18/2019 | 1243 | 274 |
| 7/19/2019 | 4609 | 2819 |
| 7/22/2019 | 642 | 442 |
| 7/23/2019 | 519 | 165 |
| 7/24/2019 | 969 | 251 |
| 7/25/2019 | 538 | 248 |
| 7/26/2019 | 1742 | 232 |
| 7/29/2019 | 1909 | 640 |
| 7/30/2019 | 1564 | 514 |
| 7/31/2019 | 792 | 318 |