# EXHIBIT 33 (part 2)

Case 4:21-cv-02473 Document 68-53 Filed on 03/15/24 in TXSD Page 152 of 173

# Content Analysis of Analyst Reports For Alleged Misstatement B-3
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on March 5, 2018 in the Raymond James Institutional Investors Conference (2018) were materially false and misleading:

"We've highlighted here on the left side of the page a couple of the upcoming large-scale projects and really just to show you that where some of them are. They're very dispersed amongst our asset base. And they are, in some cases, getting larger. We have a 20- plus well pad or project on here that we'll begin this year, but don't plan to see production until next year on that."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement B-4
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on May 2, 2018 in the Q1 2018 Earnings Call Deck were materially false and misleading:

"The accompanying presentation to the May 2, 2018 earnings call incorporated an infographic map depicting Concho's "Key Projects" for 2018 and 2019, all of which were multi-well and multi-zone projects, including the Dominator, a "20+ well multi-zone project" in the Northern Delaware Basin."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

Page 70 of 87

# Content Analysis of Analyst Reports For Alleged Misstatement B-5
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on May 15, 2018 in the Citi Global Energy and Utilities Conference were materially false and misleading:

"And I think we're fortunate to have kind of learned along the way and evolved from first drilling a 2-well pad and then a 3-well pad and then 2 2-well pads together. So we've been building up to this kind of larger-scale development mode, and we're very excited about what we're seeing. And I think that's the power of what are causing things like the first quarter and the results we had there."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 | 8/5 |

Page 71 of 87

Case 4:21-cv-02473 Document 68-53 Filed on 03/15/24 in TXSD Page 5 of 20

# Content Analysis of Analyst Reports For Alleged Misstatement B-6
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on August 2, 2018 in the Q2 2018 Earnings Call were materially false and misleading:

"I think we've been one of the leaders in moving to these larger-scale development projects. And that's been a steady evolution over the last couple of years as we've tested different spacing between -- within a zone and between zones. And so these bigger and bigger projects, I think, are just the further evolution of that trend. Where you see some of the smaller projects, that's us continuing to test tighter spacing or different spacing within a zone or between zones, again. And so I think you're right. Longer term, you'll see an evolution to the bigger and bigger projects. However, we're still learning as we go. And so I think you'll see a blend of different sizes."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

# Content Analysis of Analyst Reports For Alleged Misstatement B-7
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on September 5, 2018 in the Barclays CEO Energy Power Conference were materially false and misleading:

"So as we drill these wells, we don't - we're not stamping out wells. Every one of these areas is - the rock is different and what we're going for is precision. And we are collecting a lot of information. . . . You can see what the predrill well plan was. And then as we had this information, and we were using real-time information to steer the well, how it helped us guide the well into the best rock, it allowed us to drill a 13,000-foot well with 1 drill bit. And so this kind of geo model is what we're using in every one of our areas to continue to increase the productivity and efficiency of the wells. . . . ."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

Case 4:21-cv-02473 Document 68-53 Filed on 03/15/24 in TXSD Page 7 of 20

# Content Analysis of Analyst Reports For Alleged Misstatement B-8
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on September 5, 2018 in the Barclays CEO Energy Power Conference were materially false and misleading:

"And I can tell you more and more those projects are going to be multi-well pads. We started out a few years ago that it was 2, 3, 4 wells a pad. We're right now - this is probably the extreme example, but the Dominator project in Lea County, New Mexico, is 23 wells being drilled by 7 rigs all at the same time on 1 section of land. That's probably going to be the most aggressive multi-well pad that we drill. Probably going forward, a normal development will be 8 to 12 wells per pad. So that kind of capital efficiency would generate free cash flow for us."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

# Content Analysis of Analyst Reports For Alleged Misstatement B-9
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on October 31, 2018 in the Q3 2018 Earnings Call were materially false and misleading:

"Giraud: Sure. I mean, we continue to experiment with different completion designs, timings, spacing. There's still a lot of learning to be done there. But I mean, early benefits, I think you see it in '19 and '20 program and you see it in the confidence of making these average projects sizes bigger over time. We like what we're seeing. We like the benefits we get of efficiency with our vendors of concentrating that much activity in one spot. And we like the results we're getting out of them. So more to come."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | Yes | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | Yes | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

Page 75 of 87

# Content Analysis of Analyst Reports For Alleged Misstatement B-10
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 20, 2019 in the Q4 & FY 2018 Earnings Call were materially false and misleading:

"Operationally, things are proceeding as planned. During the fourth quarter, we ran 34 rigs, one of the largest programs in the basin. We continued to advance our style of returns-centric development, which focuses on large- scale and multi-well projects across our asset base. "

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | Yes | No | No | No | No | Yes | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement B-11
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 20, 2019 in the Q4 & FY 2018 Earnings Call were materially false and misleading:

"But certainly, I think what we're pleased by is that as we moved into this large- scale project development, we're seeing the results we expect, and it's enabling us to do some pretty interesting things from testing and continuing to understand the best way to do it."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | Yes | No | No | No | No | Yes | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 | |

# Content Analysis of Analyst Reports For Alleged Misstatement B-12
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 20, 2019 in the Q4 & FY 2018 Earnings Call were materially false and misleading:

"I'll just say we're obviously very pleased with what we're seeing and in terms of what we're expecting to see."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | Yes | No | No | No | No | Yes | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the event (earnings release, earnings/investor call, analyst conference or SEC filing) that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement C-1
### Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on March 5, 2018 in the Raymond James Institutional Investors Conference (2018) were materially false and misleading:

"Here, let's talk about the 2018 budget for just a moment. And I'd like to start with the donut-looking charts on the left side. Well, first of all, before we go there, let me say you should expect more of the same in '18 as you saw in previous years from Concho. It's going to be a budget focused on reinvesting our cash flow and an increased percentage of capital going towards these larger-scale projects that we've been describing to you."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement C-2
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 20, 2018 in the Q4 & FY 2017 Earnings Release were materially false and misleading:

"Concho expects 2018 capital spending to be at the midpoint of its capital guidance range of $1.9 billion to $2.1 billion, which reflects the Company's current outlook for service cost inflation. The 2018 capital program is expected to be funded with cash flows from operations and generate 20% crude oil growth and 16% to 20% total production growth year-over-year. Approximately 93% of the capital program is allocated to drilling and completion activities, with approximately 65% of that capital directed towards large-scale manufacturing projects. "

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inaccurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement C-3
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 21, 2018 in the Q4 2017 Earnings Call were materially false and misleading:

"[¶ 185] As we look to 2018, our total capital investment is expected to be $2 billion, with 93% allocated for drilling and completion activity. This level of investment is expected to grow oil approximately 20%. Importantly, approximately two-thirds of our development capital will be directed to large-scale, multi-zone projects. [...] [¶ 186] In general, when we give guidance, we try to forecast the things that we're aware of at the time we give the guidance."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement C-4
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 20, 2018 in the Q4 & FY 2017 Earnings Release were materially false and misleading:

"The Company provided a new three-year production growth outlook. Concho expects to grow total production at a compound annual growth rate of 20% from 2017 to 2020. The outlook reflects the Company's high-quality production base and strong operating momentum. Additionally, the Company expects to deliver this growth within cash flows from operations at an average crude oil price (WTI) in the low-to-mid $50 per barrel range over the duration of the outlook. [...] As with the Company's 2018 outlook, growth over the three-year period from 2017 to 2020 is the output of reinvesting high-margin cash flow into its drilling program."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

# Content Analysis of Analyst Reports For Alleged Misstatement C-5
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 20, 2018 in the Q4 & FY 2017 Earnings Release were materially false and misleading:

"At December 31, 2017, Concho's estimated proved reserves totaled 840 MMBoe, an increase of 17% from year-end 2016. The Company's proved reserves are approximately 60% crude oil and 40% natural gas. Proved developed reserves totaled 588 MMBoe, an increase of 26% from year-end 2016. The Company's proved developed reserves represent approximately 70% of total proved reserves. [...] During 2017, Concho added 194 MMBoe of proved reserves primarily from drilling and completion operations, resulting in a reserve replacement ratio of 275%. The Company's proved developed finding and development cost was $8.68 per Boe for 2017"

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

# Content Analysis of Analyst Reports For Alleged Misstatement C-6
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on February 21, 2018 in the 2017 Form 10-K were materially false and misleading:

"At December 31, 2017, substantially all of our 840 MMBoe total estimated proved reserves were located in our core operating areas and consisted of approximately 60 percent oil and 40 percent natural gas. We have assembled a multi-year inventory of horizontal development and exploration projects across our four core operating areas. [...] Northern Delaware Basin. At December 31, 2017, we had estimated proved reserves in this area of 295 MMBoe, representing 35 percent of our total proved reserves. [...] Southern Delaware Basin. At December 31, 2017, we had estimated proved reserves in this area of 128 MMBoe, representing 15 percent of our total proved reserves."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| **Date of analyst report:** | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

# Content Analysis of Analyst Reports For Alleged Misstatement C-7
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on March 28, 2018 in the Investor Call were materially false and misleading:

"We will run the largest development program in the Permian and our combined position will be more than 640,000 net acres. I expect Concho to capture both operational synergies and corporate level savings. These synergies, which are estimated to have a present value exceeding $2 billion derive from the highly complementary and blocky nature of these assets.... In addition to operational synergies, there are financial benefits we expect from corporate level savings. And those come from the areas you would expect, including the overlapping public company cost and financing cost. In all, we estimate annual corporate cost savings of $60 million."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement C-8
### Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on March 28, 2018 in the Investor Call were materially false and misleading:

"In addition to our size, scale and execution strength provided us with the unique ability to capitalize on these new complementary assets. This ability includes moving these assets into manufacturing mode, which generates cost savings and minimizes parent-child locations."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |

## Content Analysis of Analyst Reports For Alleged Misstatement C-9
## Analysts Issuing Reports after Alleged Corrective Disclosure

Plaintiffs claim that the following statements made on March 28, 2018 in the Investor Call were materially false and misleading:

"Yes. We've said in total. Scott, that [the synergies with RSP are] in excess of $2 billion, and Tim really hit on the keys. It's long lateral, it's large-scale development, it's preventing the parent-child relationship with large-scale development, it's a shared infrastructure. So those are the key drivers. And there's good value in each one of those."

| | Barclays (1) | Barclays (2) | Barclays (3) | BMO | Cowen | Heikkinen | J.P. Morgan | Jefferies | Macquarie | Piper Sandler | Raymond James | RBC | Seaport | SunTrust | Wolfe | Bank of America | Credit Suisse | Evercore | J.P. Morgan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 7/31 | 8/1 | 8/1 | 8/1 | 8/1 |

| | Ladenburg | MKM | Morgan Stanley | Morningstar (1) | Morningstar (2) | MUFG | Raymond James | RBC | Seaport | Stephens | SunTrust | Susquehanna | TD Securities | UBS | Wells Fargo | Wolfe | Macquarie | J.P. Morgan | Jefferies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Is there any indication in the report that the analyst learned the prior misstatement was inacurate or misleading? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 2. Is there any indication in the report that the analyst made a connection between the alleged misstatment and the alleged corrective disclosure? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 3. Does the report reference the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| 4. Does the report reference the forecasted item (e.g. "2018 budget," "2018 crude oil growth," "2018 capital investment") that contains the alleged misstatement other than in tables showing prior results? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Date of analyst report: | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/1 | 8/2 | 8/5 | 8/5 |