# EXHIBIT 40

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## CONCHO RESOURCES INC.  (CXO-NYSE)

Exploration and Production

**John Freeman, CFA** | (713) 278-5251 | john.freeman@raymondjames.com
**Graham Price, Sr. Res. Assoc.** | (713) 278-5210 | graham.price@raymondjames.com

**JULY 31, 2019 | 10:51 PM EDT**
**COMPANY BRIEF**

### Strong Buy 1

| Suitability | High Risk/ Growth |
|---|---|

**MARKET DATA**

| | |
|---|---|
| Current Price (Jul-31-19) | $97.68 |
| Market Cap (mln) | $19,594 |
| Current Net Debt (mln) | $4,567 |
| Enterprise Value (mln) | $24,161 |
| Shares Outstanding (mln) | 200.6 |
| 30-Day Avg. Daily Value (mln) | $159.1 |
| Dividend | $0.50 |
| Dividend Yield | 0.5% |
| 52-Week Range | $93.31 - $160.81 |
| Proved NAV | $61.23 |
| BVPS | $90.68 |
| 2-Year Debt-Adj. Production CAGR | 12% |
| Long-Term Debt (mln) | $4,567 |
| Long-Term Debt as % of Cap | 20% |

## 2Q19 Quick Take: Scaled Back Activity Catches Market by Surprise

**2Q19 Quick Take – Miss on Oil Volumes:** Concho missed EPS/EBITDA estimates on lower than expected oil production. Specifically, while overall production volumes beat the RJ/Street forecast by 3%/2%, oil volumes missed by 2% (64% oil cut vs RJ/Street 66%). Operating costs were largely inline with guidance, while pricing was pre-announced. Capex came in 2% below the RJ/Street forecast. The issue for Concho was not necessarily 2Q results, but rather the surprise reduction in 2H19 activity and oil guidance. The market is hitting the stock hard in after hours trading.

**Activity Significantly Scaled Back to Meet Full Year Budget – Oil Growth Reduced:** Concho announced that it is significantly scaling back activity in 2H19, having dropped from an average of 26 rigs in 2Q to 18 currently (likely to to be held flat through year-end), vs previous expectations for 24 rigs in 2H19. Notably, capex guidance was maintained at $2.8-$3.0 billion, despite an RJ estimated ~10% reduction in completions for the year (we expect non-op activity is at least partially to blame). Consequently, Concho is building out its DUC backlog, with wells drilled still likely to come in at the low end of original guidance. Importantly, while resulting overall production guidance remains unchanged despite the reduction in POPs, expected y/y oil growth has been cut by ~5% to a range of 22%-26% (vs prior guidance of 29%). Furthermore, 3Q total production is now expected at 316-322 Mboe/d, well below the RJ/Street forecast for 335/340 Mboe/d.

**What does the Revised Outlook Imply for 2020?:** While the 2020 outlook was not addressed in the release, we expect many questions on the topic during tomorrow's conference call. Our early expectation would be for similar growth on a percentage basis to 2019 on similar spending...though clearly off of a lower year-end base for oil volumes. RJ anticipates well productivity improvements stemming from learnings around well spacing and large project execution. We also see areas across the company that can benefit from further cost savings (water as a prime example in light of recent announcement). We will look for more details on the call.

**Dominator Project Spacing Deemed to be too Tight:** Concho reported IP30 and IP60 results for its large 23 well Dominator well-spacing test, deeming that the project was spaced too tightly. Going forward, the company plans to revert to wider spacing on future activity to optimize well performance.

**Teaming up with Solaris Water Midstream to form Produced Water JV in N. Delaware:** One of the first projects of its kind, Concho and Solaris announced the formation of a JV, in which Solaris will manage produced water activities for CXO's Eddy County acrea. For its part, Concho will contribute 13 SWDs and ~40 miles of gathering lines in exchange for an equity ownership in Solaris (not provided).

**Conference call:** 9:00 AM E.T. Dial: (844) 263-8298; passcode: 7577052

**2Q19 recap:** The table on the following page highlights Concho's 2Q results vs RJ/Street estimates.

**KEY FINANCIAL METRICS**

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | | |
| 2018A | 1.00 | 1.24 | 1.42 | 0.94 |
| 2019E | 0.72 A | 1.03 | 1.13 | 1.59 |
| 2020E | 2.88 | 3.40 | 3.54 | 3.64 |

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | 4.70 | 4.47 | 13.46 |
| P/E (Non-GAAP) | 20.8x | 21.8x | 7.3x |
| Revenue (mln) ($, Dec FY) | 3,933 | 4,907 | 7,726 |
| EBITDA (mln) ($, Dec FY) | 2,742 | 3,443 | 6,051 |
| GAAP EPS ($, Dec FY) | 13.55 | 1.15 | 13.46 |
| CFPS ($, Dec FY) | 15.14 | 15.75 | 28.65 |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*
*Non-GAAP EPS excludes unrealized hedging losses, property impairments, and other extraordinary items.*

**Please read domestic and foreign disclosure/risk information beginning on page 3 and Analyst Certification on page 4.**

INTERNATIONAL HEADQUARTERS: THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716

Case 4:21-cv-02473    Document 103-44    Filed 01/16/25 in TXSD    Page 3 of 8

| Concho Resources - 2Q19 Earnings Recap ($ in millions, except per share) | Actual Q219 | Δ Q/Q | RJ Estimate | Street Estimate | Beat/Miss vs. RJ * | Beat/Miss vs. Street * |
|---|---|---|---|---|---|---|
| **Total Production (Mboe/d)** | **328.7** | **0%** | **320.3** | **322.2** | **Beat** | **Beat** |
| *Crude Oil (MBbl/d)* | *205.8* | *-2%* | *210.0* | *208.4* | *Miss* | *Miss* |
| *Natural Gas (Mmcf/d)* | *737.4* | *4%* | *658.7* | *682.6* | *Beat* | *Beat* |
| **Adjusted EBITDA** | **$717** | **-5%** | **$773** | **$731** | **Miss** | **Miss** |
| **Adjusted EPS** | **$0.69** | **-5%** | **$1.03** | **$0.71** | **Miss** | **Miss** |
| **Capital Expenditures \*\*** | **$785** | **-15%** | **$802** | **$801** | **Beat** | **Beat** |
| | | | | | | |
| **Pre-Hedge Pricing (Blended, $/Boe)** | **$37.68** | **1%** | **$39.11** | **$39.04** | **Miss** | **Miss** |
| *Crude Oil ($/Bbl)* | *$56.02* | *13%* | *$56.02* | *$55.94* | *In-Line* | *In-Line* |
| *Natural Gas ($/Mcf) ^* | *$1.16* | *-56%* | *$1.16* | *$1.35* | *In-Line* | *Miss* |
| **Operating Costs ($/Boe)** | **$28.02** | **2%** | **$28.46** | **n/a** | **Beat** | **n/a** |
| *Lease Operating Expense* | *$6.29* | *7%* | *$6.50* | *n/a* | *Beat* | *n/a* |
| *Production Taxes* | *$2.81* | *-3%* | *$2.75* | *n/a* | *Miss* | *n/a* |
| *General & Administrative* | *$2.94* | *-4%* | *$3.21* | *n/a* | *Beat* | *n/a* |
| *Depreciation, Depletion & Amortization* | *$15.98* | *2%* | *$16.00* | *n/a* | *In-Line* | *n/a* |

*Beat/Miss based on +/- 1% threshold, except Adjusted EPS; **Accrual-basis Capex.*

*^Concho reports on two-stream basis, thus natural gas revenues also reflect NGL production.*

*Source: Company filings, FactSet, Raymond James research*

Case 4:21-cv-02473    Document 103-44    Filed 01/16/25 in TXSD    Page 4 of 8

### COMPANY DESCRIPTION

Concho Resources Inc., headquartered in Midland, Texas, is an independent oil and natural gas company engaged in the exploration, development, and acquisition of oil and natural gas properties. The company operates domestically, with its primary focus in the Permian Basin of Southeast New Mexico and West Texas. At year-end 2017, the company had 840 MMBoe of proved reserves (60% oil and 70% proved developed).



## IMPORTANT INVESTOR DISCLOSURES

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation or distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 40 rue La Boetie, 75008, Paris, France, +33 1 45 64 0500 and Raymond James Financial International Ltd., Ropemaker Place, 25 Ropemaker Street, London, England, EC2Y 9LY , +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Client Access & RaymondJames.com). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal Proprietary websites; however, such research reports will not contain estimates or changes to earnings forecasts, target price, valuation or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication is discretionary and is done only after the research has been publically disseminated via RJ's internal factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your Sales Representative or visit RJ Client Access or RaymondJames.com.

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection of use of information regarding any website's users and/or members.

Additional information is available on request.

## Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analysts Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination, including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

**The analyst John Freeman, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions: Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of 15% is expected to be realized over the next 12 months. **Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months. **Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions: Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months. **Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months. **Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/ TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities. **Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

| | Coverage Universe Rating Distribution* | | Investment Banking Relationships | |
|---|---|---|---|---|
| | RJA | RJL | RJA | RJL |
| **Strong Buy and Outperform (Buy)** | 55% | 62% | 21% | 27% |
| **Market Perform (Hold)** | 41% | 35% | 11% | 16% |
| **Underperform (Sell)** | 4% | 3% | 3% | 0% |

*Columns may not add to 100% due to rounding.*

### Suitability Ratings (SR)

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

**High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend

**RAYMOND JAMES**®    THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716

but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

**High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Certain affiliates of the RJ Group expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months.

| Company Name | Disclosure |
|---|---|
| Concho Resources Inc. | Raymond James & Associates, Inc. makes a market in the shares of Concho Resources Inc.. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates our target price and rating changes for the subject companies over the past three years.



**Valuation Methodology**

**Concho Resources Inc.:**
Our valuation methodology centers on the forward EV/EBITDA multiple that we believe to be appropriate given the company's debt-adjusted production growth outlook, which is further supported by our NAV estimate.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the business of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/ service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the

Case 4:21-cv-02473    Document 103-44    Filed 01/16/25 in TXSD    Page 7 of 8

management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

**Company-Specific Risks**

**Concho Resources Inc.:**
Concho is subject to many of the same risks as a typical U.S. independent producer, including commodity price fluctuations, operating risks, timing and control risk for non-operated prospects, political and regulatory risk, and financial risk. The High Risk suitability rating for CXO mainly reflects the company's expsoure to commodity price volatility and the resulting potential impact on its financial health.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at** raymondjames.bluematrix.com/sellside/Disclosures.action**. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see RaymondJames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643.**

## International Disclosures

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (high net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended)or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret, or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et seq, provides for civil and criminal penalties for

Case 4:21-cv-02473     Document 103-44     Filed 01/16/25 in TXSD     Page 8 of 8

copyright infringement. No copyright claimed in incorporated U.S. government works.