# EXHIBIT 41

**MIZUHO** Mizuho Securities USA LLC

| **U.S. Equity Research** | **August 1, 2019** |
|---|---|

# Morning Sankey

Last of the laws: *Stigler's Law of Eponymy – which states that scientific laws are never named for the person who originally discovered them. Stigler himself says that sociologist Robert Merton discovered Stigler's Law*

Delek CEO Dinner this Monday 5th August NYC

SAVE THE DATE Texas Refining Trip ***Valero, Nustar, PSX, Motiva, EPD ***C-Level San Antonio/Houston *** 22-23rd August.

*** California Resources, CRC in New York. CEO Todd Stevens - 14th August RSVP. Group lunch and 1x1s.

Well there was a burning ExxonMobil olefins plant (Baytown, no fatalities, was a recent analyst site visit by XOM) on live feed yesterday as we awaited the Fed decision. And it just seemed to keep burning all day. After the "mid cycle adjustment" disappointment from the Fed, we saw the dollar counter-intuitively accelerate its recent strong run. Bearish oil, which has seen sustained inventory draws for the past eight weeks to offset that.

But the real shock yesterday was Concho. How companies still, after all these years we have wailed and gnashed our teeth, manage to over-promise and under-deliver, remains an infuriating mystery. Do we really need to repeat, that a company, much least in the most hated sector of the market, with a premium valuation, must never, ever, over-promise and under-deliver?

Years ago, in Dublin, this would be around the year 2000, a client at a group lunch asked in a heavy Irish brogue "how come de companies always over exit on da valumes?" Our lead analyst at the time, JJ Traynor, was absolutely perplexed, so was I. In his cut glass English accent he asked three times for the question to be repeated. We finally understood, before English-Irish tension exploded. The question was actually "How come the oil companies always over egg it on volume targets?" As in, if you over-egg a pudding. Twenty years later, and here we are asking the same question. Concho's call will be tough.

We have several variances sent, and are deep into earnings with refining clearly winning. We have seen some excellent results, namely refiners such as PSX, and today HFC and MPC, as well as Hess, Encana, BP. Solid to good effort from PBF, Oxy and ConocoPhillips. And then we have had some shockers, such as Whiting and Concho last evening, Shell this morning in sharp contrast to BP, and watch for XOM vs CVX tomorrow. CVX is likely to outperform XOM into that one.

Yesterday the DOEs took a bullish API and said "hold my beer." Headline crude stock draw of 8.5Mbbl was bigger than the-6Mbbl API draw, and both gasoline (-1.8Mbbl vs. Street -1.4Mbbl) and distillate (-0.9Mbbl vs. Street +0.8Mbbl) stocks drew more than expected. Cushing drew 1.5Mbbl. Total product demand

**Paul Sankey**
**Managing Director**
+1 646 949 9613
Paul.Sankey@mizuhogroup.com

**David Clark, CFA**
**Managing Director**
+1 646 949 9611
David.Clark@mizuhogroup.com

**Silvio Micheloto, CFA**
**Director**
+1 646 949 9616
Silvio.Micheloto@mizuhogroup.com

**Vincent Lovaglio, CFA**
**Vice President**
+1 646 949 9621
Vincent.Lovaglio@mizuhogroup.com

**PLEASE REFER TO PAGE 20 OF THIS REPORT FOR IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION. Mizuho Securities USA LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024.

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

stayed above 21Mbd, and is now +1.2% on a 4-week basis. To be sure, gasoline demand wasn't great, and is down ~1% y/y on a 4-wk basis, but other fuels, such as jet fuel (+3.3% y/y on 4-wk basis) are strong. The one gripe seems to be that the unaccounted for crude mystery plug took a big swing to the negative w/w, and thus was the main moving part in the stock-draw. To be honest though, that just suggests that exports, oil production or the make-up of refinery inputs was off – stocks are the more reliable number, and we had a big bullish draw.

Keeping it brief given all the other emails, have a great day. There is a final bonus eponymous law in the Sunday Sankey this week, then we move on.

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

## Price Target Calculation and Key Risks

### Apache Corporation

Price target methodology – Our $28 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 4.8x multiple to NTM EBITDAx of 4.3B, weighted evenly with $28 NAV. Our estimates and NAV are based our price deck through 2020 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.

On a relative basis APA is less exposed to oil prices than large-cap peers and thus would likely relatively outperform on oil price weakness. More company specific risks would include -

(1) Failure to deliver value from Altus Midstream.

(2) Sustained weakness in Waha gas price fundamentals worse than forecast

(3) Sustained weakness in NGL markets

(4) Execution risk in a relatively newer play like Alpine High - heightened risk of production misses & inventory uncertainty.

### California Resources Corporation

### Price Target

We value CRC using both sum-of-the-parts NAV and multiple analysis. The average of both methodologies results in our blended $35/share price target, currently implying a ~38% premium to CRC stock price at ~$25.

Our base case assumes that oil prices will remain above $65/bbl given Saudi's target of $70-$80 as a target range. Capital discipline amongst US unconventional producers our "Renaissance" theme, is also a positive, as are pipeline constraints and heavy US WTI discounts to international Brent. We believe the $70/bbl is sustainable over the medium term – if Saudi can keep Russia and OPEC on board – and as shown in our sensitivity table below, that would point to a "blended target" between $28 and $41, or $35/share on average.

### Key Risks

Key downside risk is obviously lower oil and gas prices, despite the percentage of 2019 production hedged;

Access to capital is a risk, if borrowing is limited by stricter covenants. Significant indebtedness limits flexibility and makes the company more vulnerable in economic downturns. More specifically, the ability to rollover or exchange the looming maturities in 2021 and 2022 are key for the company to continue as a going-concern;

Oil exploration and production is a highly regulated business, even more so in California – we see the long term relationship and the fact that CRC is the main producer as mitigation factors;

Potential tax law changes in California are a major source of risk, although this has been a constant and unrealized risk for many years;

Natural disasters, such as earthquakes in California, are a key risk given 100% of the company's activities in that state;

Hedges, successful so far in our view, are risk to upside and downside;

Given the company's high leverage to oil prices, oil prices are also a risk to the upside. Oil prices could go higher with increased global demand or a quick adjustment in global

August 1, 2019 | **Mizuho Securities USA LLC** | 3

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

supply and we note prices have strengthened recently and there could be upside to our ~$60/bbl Brent forecast through 3Q19;

Further monetization of its asset base and new JVs that would make better use of its vast resource base while not committing its own capital;

The company's midstream assets include a large gas processing platform and gathering assets that could be incremental upward levers to our valuation, despite the already integrated nature of producers in the California market and the fact that integrated oil companies are currently sellers; and the prime position in an underdeveloped California market;

Synergies on the Elk Hills interest acquired from Chevron last year exceeding expectations.

## Canadian Natural Resources Limited

Our C$45 price target for Canadian Natural Resources is set using a blend of a sum-of-the-parts net asset value ("NAV") and a 7x EV/EBITDA on mid-cycle EBITDA. The NAV for CNQ uses a combination of Rystad and Mizuho Securities USA DCF-based asset valuations. That sum-of-the-parts suggests a value around C$48.

Historically CNQ has carried a forward 12-month EV/EBITDAx in the 6x-9x range. The ten-year average is ~7x. For our target price calculation we use an EV/EBITAx of 7x on a mid-cycle EBITDAx of $10.6B (2019-2022 average), which implies $43. Blended with the NAV value, we set a price target of $45 – though we caution that this is a mid-cycle/LT calculation, with a highly uncertain period for Canadian realizations in the medium-term. Our estimates and NAV are based on our published price deck, which has $60/bbl Brent, $54/bbl WTI, $2.65/mcf Henry Hub longer-term.

Upside case: Our C$56 upside case is based on sustained global demand growth and constrained industry-wide investment levels that drive longer-term oil prices to $70/bbl vs. our current $60/bbl. CNQ sensitivities suggest about $2.5B of incremental EBITDAx/CF for every $10/bbl in WTI, so we arrive at our upside target by applied a 7x multiple to $13.1B mid-cycle EBITDAx, which implies $58, and $52 NAV, weighted evenly.

Downside case: Our C$30 downside case is based on weakening global demand and a moderately oversupplied market, leading to $50/bbl long-term oil price expectations. Cost inflation and lower prices compress cash return growth, and the group trades to a 7x multiple on mid-cycle EBITDAx of ~$7B weighed evenly with $35 NAV get us to our downside target. Another less dramatic downside scenario would be delay in incremental WCSB pipeline takeaway. If we assume that basin differentials average $8/bbl wider due to pipeline delays, a one year delay is equal to about C$1.80/sh of cashflow NPV, a two-year delay is worth about C$3.50/sh, and an 8-year delay is C$11-12/sh. So if we assume a long delay for any incremental pipelines (including the upcoming Enbridge Line 3, scheduled for 4Q20), our target, all other things being equal, would be about C$32.

Key risks to our BUY rating include a major acquisition the market perceives to be overpriced; weaker than expected oil prices; major natural disasters in Alberta (wildfires, floods, major snowstorms) which seem to occur every couple of years; unexpected delays to important basin takeaway pipeline projects; geopolitical turmoil in a key operating region; and increased environmental regulation in Canada, the US and elsewhere.

## Chevron Corp

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



Our $140 price target is set using a blend of a sum-of-the-parts net asset value ("NAV") and a 17x P/E on mid-cycle EPS. The NAV for CVX, using a combination of Rystad and Mizuho Securities USA asset valuations for upstream, and a value per complexity barrel calculation for downstream (along with some rough assumptions for retail networks), suggests a value around $153.

Historically CVX has carried a forward 12-month P/E in the 14x-20x range. The five-year average is 19x, the ten-year average is about 17x. For our target price calculation we use a P/E of 17x on a mid-cycle EPS of $7.40 (2019-2022 average), which implies $126. Blended with the NAV value, we set a price target of $140.

Key downside risks to our BUY rating include a major acquisition the market perceives to be overpriced; weaker than expected oil prices; disruptive storms in the Gulf of Mexico; geopolitical turmoil in a key operating region (e.g., Nigeria, Venezuela, Saudi/ Kuwait neutral zone, etc.); and increased environmental regulation in Canada, the US and elsewhere.

## *Cimarex Energy Company*

Our $66 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 4.4x multiple to NTM EBITDAx of $1.7Bn , weighed evenly with $77 NAV, to arrive at our target. ***Our estimates and NAV are based on the price deck below and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.***

XEC is likely to underperform more operationally levered US E&Ps during periods when oil prices are increasing significantly (given relatively lower oil weighting). Assuming sustained oil price weakness that pushes back Permian Basin production growth, XEC could be a relative outperformer given complete basin exposure to regional (Midland) oil prices.

(1) Permian Basin price realizations – XEC Permian production is basically entirely exposed to regional prices and bottlenecks. This has put the stock under pressure through 2018 given weakness in both Midland and Waha prices. Earlier pipeline start-ups that relieve regional price weakness would likely be a positive for the stock (and delays would likely have a negative impact).

(2) Mid-Con inventory – upside in the Woodford / downside in the Meramec? - Cimarex to its credit has tended to downplay potential inventory upside in the Meramec, while other operators may have been too optimistic, and at this point we think there is likely more risk to the upside to XEC risked inventory in the Woodford rather than downside in the Meramec.

(3) Trajectory for free cash flow and the multi-year outlook – XEC expects to outspend cash flow in 2019 but has issued a three-year sensitivity showing the company able to deliver 13% oil production CAGR with ~$550Mn cumulative free cash flow assuming $55/bbl oil price realizations. XEC has stated that it expects to issue a multi-year outlook based on a flat oil price assumption, but with oil prices having weakened significantly since October and consensus still assuming $2.0Bn+ spending in 2019, there is added uncertainty ahead of this outlook.

(4) Further evolution of the upstream portfolio – XEC most recently sold out of its acreage in Ward County (Delaware Basin) and then followed up with the Resolute Energy deal to bolster its position in Reeves. Consolidating existing positions is likely long-term positive but adds near-term uncertainty and execution risk.

(5) Can the stock re-price to a premium relative valuation – XEC is currently trading at a 1.7x turn discount to our E&P basket (based on consensus NTM EV/EBITDAx), The relative multiple on the stock has shifted from a turn plus premium to a close to two turn discount over the past two years, likely tied to relatively low oil mix, asset

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



mix (Oklahoma exposure), concerns around realizations, and relative strengthening of balance sheets across the E&P group (XEC's already strong balance sheet now not as much of an incremental positive). Without recovery in natural gas prices (which we think is unlikely) or a sustained further weakening in oil prices, we do not expect XEC to regain this relative valuation premium.

### Concho Resources, Inc.

Our $131 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply an 7.9x multiple to NTM EBITDAx of $3.5Bn , weighed evenly with $142 NAV. *Our estimates and NAV are based on our price deck, which has $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub long term.*

CXO started 2018 outperforming up until the all-stock deal for RSPP. While we think investors have gotten more comfortable with the RSP deal, especially following the company's two-year outlook provided with 3Q18 results, we think there could still be some uncertainty tied to how the Midland infrastructure buildout rolls out (CXO had continued to underperform through July last year on Midland diff weakness).

(1) Failure to deliver larger-scale developments on time (greater risk to production guidance) – As CXO continues to transition to large and larger developments in the Permian, there is some additional risk to timing and there could be some additional lumpiness to quarterly production estimates.

(2) Delays in Permian long-haul takeaway start-ups – CXO is well-hedged on Midland-WTI in 2019/20 but has significant exposure to regional crude oil differentials beyond that. Delays to Permian pipeline start-ups or Permian production growth outpacing planned start-ups longer-term could be a negative for the stock.

(3) Additional acquisitions – Strategic acquisitions are part of CXO's history and success as a company, but they nonetheless introduce some additional near-term risk (integration of assets, capital allocation uncertainty).

### ConocoPhillips

Our $77 target is based on a blend of next twelve months EV/EBITDAx and net asset value. We apply a 6.0x multiple to next-twelve months EBITDAx of $15.2B, weighted evenly with $78 NAV. Our estimates and NAV are based on our price through 2021 and $60/bbl Brent, $55/bbl WTI, $2.65/mcf Henry Hub longer-term.

On a relative basis vs. more operationally/financially levered US E&Ps, sustained oil price upside would likely lead to underperformance vs. the group given the company's lower absolute growth rates vs. SMIDs, though that is offset somewhere by unhedged volumes. Company specific risks include

(1) capital spending ahead of consensus expectations, especially on non-producing / non-short cycle investments,

(2) a shift away from the cash return strategy, and lack of dividend growth explained in November.

(3) failure to successfully appraise / develop the next leg of resource in Alaska, Montney/Austin Chalk,

(4) downside to Eagle Ford inventory expectations and inability to reach Delaware Basin growth targets.

(5) expensive M&A that dilutes the cash return message that is the main focus of our Buy rating.

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

### *Continental Resources, Inc.*

Our $51 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 6.8x multiple to NTM EBITDAx of $3.3Bn , weighed evenly with $55 NAV. *Our estimates and NAV are based on the price deck below / $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.*

CLR rallied relative through the first half of 2018 on improving oil prices and rotation out of the Permian, but underperformed with the drop in oil prices and weakening in Bakken differentials second half. The stock is unhedged and oil-weighted so is likely more exposed to oil price weakness as is the case with Bakken peers (and has exposure to regional constraints should they continue to pop up).

(1) Degradation in Bakken well performance – Bakken operators have had a lot of success in extending the legacy core in the Bakken and CLR has participated in this trend. But we think there is still investor concern about the longer-term productivity in the Bakken, especially compared to the 1.2Mmboe average type curve in 2018.

(2) Volume mix uncertainty / cash margin deterioration – There is a pretty wide skew of production mix across intervals and location in the Mid-Con, so depending on capital allocation and timing, there could be upside/downside relative to expectations on oil production mix and cash margins in the overall portfolio.

(3) Net debt reduction and initiation of cash return lags expectations – Recent management commentary has implied the company could look to return cash to shareholders once it has achieved its net debt reduction targets. Should commodity prices remain weak and the net debt reduction gets pushed further out beyond investor expectations, some may choose to exit the name rather than wait for an upside cash return catalyst.

(4) Headline risk from Meramec well performance – There are a number of publicly traded operators in the STACK at varying stages even within their own positions from delineation to development, but the operators tend to trade as a group on major project updates (many operators share working interests across projects as well).

### *Delek US Holdings, Inc.*

Our price target for Delek US is $60/share, valued on a top-down forward earnings and multiple basis, blended with our NAV estimate. We use a 12x target P/E multiple applied to our ~$5.30 mid-cycle EPS estimate for a $64/share valuation. Blended with our $56/share NAV, it results in our $60/share fair value. At the current $39 stock price, DK trades at 5.8x 2019 consensus EPS, much lower vs the average multiple of the independent refiners peer group of ~9x.

Being highly levered to Permian crude oil diffs, we estimate every $1/bbl change in the spread is worth $70m-75m in annual EBITDA, or ~$4/share at a refining multiple of 5x. Our bull case scenario would assume increasing Permian oil production and constrained takeaway, for a Midland crude oil discount $5/bbl higher vs our estimate, resulting in a $80/share valuation. Conversely, in a scenario of no transportation shortage and lower Permian production (our bear case), the resulting $40/share target would imply the stock is fairly valued at current levels.

Key risks:

1) Delek as highly exposed to crude spreads notably in the Permian, with 200k+ b/d access out of the ~260k b/d WTI-linked, and therefore wider- or narrower-than-expected differential materially impact profitability. Pipeline additions in 2019/2020

---

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



are likely to narrow the spread of crude prices at Midland, and a quicker-than-expected build out would be a relative negative for Delek;

2) The integration with Alon USA and the capture of the identified synergies is a risk, to the extent that they are reflected in the stock price, and can have positive or negative impact in the stock price;

3) Safety is always a risk in refining. Delek US has executed on its integration plan and meanwhile operating well, but when it owned a single refinery, Tyler, DK had a major accident – they are not uncommon in the business of boiling oil;

4) With the consolidation in US refining, M&A is a risk. Larger, integrated refining companies benefit from economies of scale and M&A as a buyer or as a target brings upside/downside risks. Expensive acquisitions also lower the potential for cash return to shareholders;

5) Changes in refining margins are a key risk to the independent refiners. They are in general impacted by:

1. Changes in the supply-demand balance for refined products. Better- or worse-than-expected economic growth or changes in driving trends or fuel efficiency can significantly impact demand for key refined products such as gasoline, diesel and jet fuel. Regulatory changes, such as those mandated by the IMO that will require ships to burn lower carbon fuels, also significantly impact the demand for various refined products, e.g. low sulfur diesel (+), high sulfur fuel oil (-);

2. Feedstock prices, which can result from imbalances in the crude oil markets (production over/under-supply, transportation bottlenecks (e.g. pipeline outages/ spills), OPEC) or geopolitical unrest. Product spec changes also impact the value of the different types of crude oil given the different product yields.

Refining is a complex industrial process and accidents are common in the business of boiling oil. Accidents can cause refiners to suffer major losses through downtime and repair & indemnification costs, or to make major profits from tighter markets in the case of the competing refiners. Other risks common to the industry are natural gas prices, as natgas is a key component in operating costs, and regulatory changes that could impose extraneous costs to the industry (e.g. RINs).

### *Devon Energy*

Price target methodology – Our $33 target is based on a blend of NTM EV/EBITDAx and net asset value. Our target is based on a blend of EBITDAx (5.1x mid-cycle of $2.8Bn) and NAV ($39, based on $60/$54/$2.75 Brent/WTI/Henry Hub long-term).

(1) Near-term production misses or beats on slower or faster time to market for larger-scale development projects.

(2) Downgrade or upgrade to STACK inventory on wider / narrower spacing assumptions.

(3) Below-average results at the Seawolf development in the Delaware and inability to de-risk Wolfcamp acreage.

(4) Inability to deliver on divestitures in line with expectations.

### *Diamondback Energy, Inc.*

Our $147 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 7.0x multiple to NTM EBITDAx of $3.6Bn, weighed evenly with $162 NAV to arrive at our target. ***Our estimates and NAV are based on strip pricing for oil and***

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

*natural gas prices through 2020 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.*

(1) Inability to deliver on stated EGN synergies – FANG highlighted ~$2.3Bn of PV in operational, G&A, and cost of capital synergies with the EGN deal. The path to the G&A and interest savings seems reasonable, and there is certainly low-hanging fruit on the operational side (clear gap in drilling efficiency between legacy EGN and FANG, local sourcing of sand) but investors may want to see clear execution on these targets before getting incrementally invested.

(2) Deterioration in relative unit margins as Permian infrastructure evolves – FANG has built up its presence as a "wellhead to water" Permian name, having secured takeaway to the Gulf Coast that will grow to 200kbd+ by 2020. FANG cost structure is top-tier, but should Permian logistical bottlenecks clear late 2019 (at least in theory as per pipeline in-service schedules), other Permian operators with more regional pricing exposure could end up in favor.

(3) Inability to execute on portfolio pruning / further acquisition risk – FANG has made a name for itself as a strategic acquirer of assets, but major deals can still spook investors (as was evidenced by the EGN deal). FANG has stated it will sell down non-core EGN assets over time, but if it is not able to deal, or if the company doubles down with additional bolt-on deals, investor reaction could be negative.

(4) Dividend puts some additional pressure on production growth consensus – FANG initiated (and raised) its dividend in 2018. This is a clear positive shift that representative of a company maturing and shifting more to development. But the dividend does put a more or less fixed cost on the company and should oil prices weaken materially from here, could lead to additional concerns about production and cash flow relative to consensus estimates.

## *Encana Corporation*

Our $6 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 3.7x multiple to NTM EBITDAx of $3.4Bn, weighed evenly with $7 NAV, to arrive at our target.. *Our estimates and NAV are based on the price deck below, and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.*

ECA is likely to underperform more operationally levered US E&Ps during periods when oil prices are increasing significantly as it has relatively lighter oil exposure than peers (given a sizable producing natural gas position in the Montney). At this point upside / downside risks lies largely with execution on the Newfield acreage.

(1) Upside / downside to operational synergies with NFX – ECA expects to hit its project run rate synergies in 2H19 and is confident in its ability to deliver. Any delays to the synergies, or underperformance in the STACK acreage would likely drive underperformance in ECA shares.

(2) Montney liquids production disappointing vs expectations – ECA is currently producing ~60kbd of liquids in the Montney but has ~75kbd capacity in the play. Expect a steady ramp in production from the position, but if condensate yields miss versus (implying greater capital spend to hit current growth targets), the stock could underperform.

(3) Capital allocation uncertainty – With the NFX deal, there is uncertainty with regard capital spend from the combined entity (and associated growth) and how capital will be allocated across plays (impacting production mix).

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

(4) Production lumpiness associated with cube development – Major large-scale unconventional development like ECA's cube involves twenty plus wells. Logistics constraints or simple timing delays could lead to production lumpiness across quarters.

(5) Divestiture catalysts – With the NFX deal, the company now has multiple free cash flow producing assets that are not necessarily near-term scalable for growth. This would include the Eagle Ford, Duvernay, and from NFX the Bakken and Uinta. Divestitures of these assets could support buybacks near-term and drive outperformance.

### EOG Resources, Inc.

Price target methodology – Our $122 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 7.2x multiple to NTM EBITDAx of $8.3Bn, weighed evenly with $146 NAV. Our estimates and NAV are based on our price through 2021 and $60/bbl Brent, $55/bbl WTI, $2.65/mcf Henry Hub longer-term.

EOG is likely to underperform more operationally levered US E&Ps during periods when oil prices are increasing significantly given its premium valuation and widespread ownership already. More company specific risks would include -

(1) Declines in Eagle Ford production and/or downgrades to premium resource inventory in the position.

(2) Failure to hit (likely the upper end of) growth targets as EOG generally has a higher bar on execution than peers.

(3) Capital spending ahead of consensus expectations, especially if it is to fund growth in newer, relatively unproven plays.

(4) Significant decline in unit cash margins as portfolio mix shifts further from Eagle Ford and into Delaware / newer plays.

(5) High expectations, and consensus on premium delivery. The market has the treadmill turned to high speed, EOG needs to stay very fit and run fast without tripping.

### ExxonMobil Corporation

Our $82 price target is set using a blend of a sum-of-the-parts net asset value ("NAV") and a 17x P/E on mid-cycle EPS. The NAV for XOM, using a combination of Rystad and Mizuho Securities USA asset valuations for upstream, and a value per complexity barrel calculation for downstream (along with some rough assumptions for retail networks), suggests a value around $86.

Historically XOM has carried a forward 12-month P/E in the 14x-20x range. The five-year average is 18x, the ten-year average is about 16x. For our target price calculation we use a P/E of 17x on a mid-cycle EPS of $4.60 (2019-2022 average), which implies $78. Blended with the NAV value, we set a price target of $82.

Upside risks to our Hold rating include higher than expected oil and gas prices, wider crude differentials that benefit XOM downstream operations, large exploration discoveries, such as we have seen in Guyana, and bigger and quicker than expected increases in dividends. Downside risks include a structural slowdown in global demand, geopolitical events in regions where XOM operates (for example Iraq or Nigeria), compressed North American chemicals or refining margins, increased environmental regulation in Canada and elsewhere, an unexpected major acquisition that strikes the market as expensive, and increases to the company's capital budget, which is already disproportionately high relative to peers.

### Hess Corporation

August 1, 2019 **Mizuho Securities USA LLC** 10

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



Price target methodology – Our $69 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 9.7x multiple to NTM EBITDAx of $2.4Bn, weighed evenly with $76 NAV to arrive at our target. Our estimates and NAV are based on our price deck through 2020 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term. On a relative basis HES is much more levered to oil prices, both near-term but especially longer-term expectations, than the group given Guyana.

Company specific risks would include:

(1) Delays in Guyana start-ups vs. timeline especially with the Liza-1 development.

(2) Issues with the Guyanese government around fiscal framework.

(3) Unplanned maintenance or downtime elsewhere offshore especially in the GoM.

(4) Deterioration in Bakken well performance or downgrade to inventory there.

## *HollyFrontier Corporation*

Base case: We calculate Fair Value at $75/share, based on 12x P/E multiple applied to our $6.25 adjusted mid-cycle EPS estimate for a $75/share valuation. Blended with our $75/share NAV, it results in our $75/share fair value estimate.

Bull case: if the company can address operational issues, and eschew acquisitions in favour of buyback, and the impact of IMO is greater than expected, the stock can trade to ~$100/share based on 14x $7 EPS.

Bear case: further operational issues, certainly if combined with a major down cycle in refining, could take HFC back to $40/share based on 10x $4 EPS.

Key risks:

1) The company is one of the most exposed to crack spreads and narrow/wider inland crude differentials, given the leverage to Permian crudes (140k-160k b/d) and Canadian heavy sour (80k-100k b/d);

2) With no retail exposure and limited blending capability, HFC is almost fully exposed to the costs brought by renewable fuels standards (RFS) legislation. As such, changes in RFS legislation, volumetric requirements, waivers, and of course RIN prices could significantly impact margins;

3) Operational performance in refining and integration of the lubricants business acquired in 2017 can significantly impact results;

4) Given the solid financial position and expectations of increased cash return led by wider crude discounts, expensive acquisitions (e.g. in refining where bid-ask has been wide or in retail, as a way to mitigate RINs exposure but would arguably be dilutive to earnings) are a risk as can lower distributions. Conversely, better-than-expected cash return to shareholders with e.g. more aggressive buyback, is an upside risk;

5) Changes in refining margins are a key risk to the independent refiners. They are in general impacted by:\

1. Changes in the supply-demand balance for refined products. Better- or worse-than-expected economic growth or changes in driving trends or fuel efficiency can significantly impact demand for key refined products such as gasoline, diesel and jet fuel. Regulatory changes, such as those mandated by the IMO that will require ships to burn lower carbon fuels, also significantly impact the demand for various refined products, e.g. low sulfur diesel (+), high sulfur fuel oil (-);

2. Feedstock prices, which can result from imbalances in the crude oil markets (production over/under-supply, transportation bottlenecks (e.g. pipeline outages/

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



spills), OPEC) or geopolitical unrest. Product spec changes also impact the value of the different types of crude oil given the different product yields.

Refining is a complex industrial process and accidents are common in the business of boiling oil. Accidents can cause refiners to suffer major losses through downtime and repair & indemnification costs, or to make major profits from tighter markets in the case of the competing refiners. Other risks common to the industry are natural gas prices, as natgas is a key component in operating costs, and regulatory changes that could impose extraneous costs to the industry.

### *Marathon Oil Corporation*

Price target methodology – Our $19 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 5.0x multiple to NTM EBITDAx of $3.3Bn, weighed evenly with $22 NAV. Our estimates and NAV are based on our price through 2021 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term..

We get the sense MRO is viewed more as oil leverage play, at least relative to largecap peers, and so likely more tied to moves in WTI than some other names in our group. On a more company-specific basis -

(1) Acquisition overhang – MRO has talked down major acquisitions but we think there is still concern looming especially with MRO actively pursuing bolt-on acreage in core areas and resource play leasing.

(2) Failure to deliver on growth targets, especially oil growth in the SCOOP/ STACK – With most operators in the SCOOP/STACK still transitioning to full-field development, there have been a lot of operational ups and downs in the play, with investor uncertainty around inventory (parent-child well interaction) and especially the ability of the play to sustain oil production growth.

(3) Capital spend ahead of expectations to support infrastructure buildout – MRO has been one of the more infrastructure-light operators in our group, and we think there is some investor concern that the Bakken especially cannot be scaled without increasing spend on the midstream side (especially with gas gathering). There is also uncertainty around the scale of the appraisal program necessary to begin delineating the Louisiana Austin Chalk.

### *Marathon Petroleum Corporation*

Given the completion of the merger with Andeavor approved on 10/01, we value MPC based on our Net Asset Value estimate of $90/share, which incorporates the expected $1.4bn billion in annual run-rate synergies (as reference, our previous valuation based on a top-down forward earnings and multiple basis yielded a similar price target, of $90 based on 12x P/E multiple applied to a ~$7.50 mid-cycle EPS estimate).

The bull case is higher than expected total synergies, quicker than expected synergy capture, and wider product & crude differentials, with a $120 target. The bear case is lower synergies, lower impact of IMO spec changes in crude and product differentials, and deterioration in midstream MLP markets, in which case the stock would be fairly valued at ~$70.

Key Risks:

1) While we believe that the $1.4 billion in expected run-rate synergies is a reasonable number, the integration of MPC with Andeavor and the capture of the identified synergies, including scope and timeline, are key risks;

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

2) Costly expansion projects (refining and midstream) that could result in higher long term capital expenditures and lower cash returns to shareholders;

3) MPC is a heavy user of heavy sour crude given its massive and complex capacity in the Gulf Coast. As such, disruptions in the supply of heavy sour grades can have a significant impact on the company's profitability;

4) Severe weather events, such as the hurricanes that have hit the Gulf Coast in the recent past, are a key risk. Floods in coastal areas and power outages can impact refining operations, add remediation costs, and impact product demand;

5) Changes in refining margins are a key risk to the independent refiners. They are in general impacted by:

1. Changes in the supply-demand balance for refined products. Better- or worse-than-expected economic growth or changes in driving trends or fuel efficiency can significantly impact demand for key refined products such as gasoline, diesel and jet fuel. Regulatory changes, such as those mandated by the IMO that will require ships to burn lower carbon fuels, also significantly impact the demand for various refined products, e.g. low sulfur diesel (+), high sulfur fuel oil (-);

2. Feedstock prices, which can result from imbalances in the crude oil markets (production over/under-supply, transportation bottlenecks (e.g. pipeline outages/ spills), OPEC) or geopolitical unrest. Product spec changes also impact the value of the different types of crude oil given the different product yields.

Refining is a complex industrial process and accidents are common in the business of boiling oil. Accidents can cause refiners to suffer major losses through downtime and repair & indemnification costs, or to make major profits from tighter markets in the case of the competing refiners. Other risks common to the industry are natural gas prices, as natgas is a key component in operating costs, and regulatory changes that could impose extraneous costs to the industry.

### *Murphy Oil Corporation*

Price target methodology – Our $28 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 4.1x multiple to NTM EBITDAx of $1.7Bn, weighed evenly with $27 NAV. Our estimates and NAV are based on our deck through 2020 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.

MUR has relatively greater Brent oil price exposure than the peer group, so sustained weakness in Midland / WTI pricing relative to Brent would be a relative benefit to the stock. The stock also trades at a significant discount vs. the peer group so even small improvements in capital efficiency and inventory growth could likely drive outperformance vs. the peer group. Other company level upside risks would include:

(1) Exploration success in the Gulf of Mexico and deep-water Mexico.

(2) Inventory upside in the Kaybob Duvernay with additional appraisal drilling.

(3) Eagle Ford production ahead of expectations.

(4) Large capital inflows into energy ETFs.

### *Noble Energy, Inc.*

Price target methodology – Our $31 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 6.9x multiple to NTM EBITDAx of $2.8Bn, weighed evenly with $35 NAV, to arrive at our target. Our estimates and NAV are based on

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

priced deck through 2020 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.

With the Eastern Mediterranean production pricing largely independent of moves in crude oil prices, NBL is a more defensive story than most peers and US SMID E&Ps. Sustained improvement in longer-term oil prices would likely benefit NBL less than more operationally levered peers. More company specific risks would include -

Company risks are as follows:

(1) Downward/upward revisions to the 2020 outlook relative to our current forecast, both in terms of US onshore oil and total company production.

(2) Delays in Permian pipeline start-ups, namely EPIC, which is slated for late-2019 start-up. Capital allocation back to the Delaware Basin will likely be driven by a successful EPIC start-up.

(3) Capital spending ahead of our current expectations.

(4) Leviathan start-up ahead or after target for late 2019.

### Occidental Petroleum Corporation

Our $55 target is based on a blend of EBITDAx and NAV, based on pro forma numbers post the APC deal. We apply a 6.0x multiple on $10.2Bn mid-cycle EBITDAx, weighed evenly with $67 NAV, to arrive at our target.

On a relative basis vs. more operationally/financially levered US E&Ps, sustained oil price upside would likely lead to underperformance vs. the group given the company's lower absolute growth rates vs. SMIDs and PSC impacts on MENA production. Company-specific risks include

(1) industry issues with logistics in the Permian, both on services and production,

(2) headline downgrades to production guides on MENA PSC impacts or Colombian downtime,

(3) additional spend on non-producing projects (Latin America heavy oil, Al Hosn expansion, etc.) above expectations which could cloud the near-term free cash inflection story, and

(4) as mentioned above, dividend growth near-term especially that disappoints vs. investor expectations.

### Parsley Energy Inc.

Our $22 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 5.0x multiple to NTM EBITDAx of $1.6Bn, weighed evenly with $22 NAV, to arrive at our target. *Our estimates and NAV are based on the price deck below and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.*

With the company not yet delivering free cash flow in 2019 at current strip, we would expect Parsley to react more to downside in oil prices than peers (especially considering that it has placed a ceiling on outspend). More company specific risks -

(1) Heightened demands on execution following acquisition spree – Parsley effectively tripled the size of the company by acreage from 2016 through 2017 with counter-cyclical acquisitions in the Midland and Delaware Basins. 2017 could be viewed as a transitional year, with 2018 seeing the company take initial steps to development. Hitting on operational targets will continue to be of heightened significance in 2019.

(2) Logistical constraints as company shifts to larger well pads – Parsley went from some of the highest density spacing tests in the Midland Basin in 2017 to

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

transitioning down to less spacing intensive and smaller three-well pads in 2018. In 2019 management has commented that it will start to transition to slightly larger (1-1.5/well per pad increase on average) pad sizes. This should drive development efficiencies longer-term but could introduce some quarterly risk (lumpiness) to production forecasts.

(3) Outspend ahead of or below expectations in 2019 – With the company having set its limit on cash flow outspend at $250Mn in 2019, the market will likely use that as a guidepost for judging production and spending. A move away from this target at lower oil prices could increase uncertainty for the stock.

(4) Additional bolt-on M&A deals – Following the wave of acquisitions 2016-2017, we do not expect major acquisitions near-term (we think there is greater likelihood for some portfolio pruning). Any major deal that stresses the balance sheet (or is accompanied by an equity offering) would likely be viewed negatively by the market, at least initially.

## PBF Energy, Inc.

Base Case: Our $55/share price target for PBF is based on a top-down forward earnings and multiple basis, blended with our NAV estimate. We use a 12x target P/E multiple applied to our ~$5.00 mid-cycle EPS estimate for a $60/share valuation. Blended with our $49/share NAV, it results in our ~$55/share fair value. At the current $35 stock price, PBF trades at ~12x 2019 consensus EPS, at a premium to the average P/E multiple of the independent refiner peer group of ~10x.

Bull case: PBF is the biggest beneficiary of the changes in marine fuel specs in 2020. We see a potential benefit of over $1bn in annual incremental EBITDA in an optimistic scenario for heavy crude discounts and diesel-to-fuel oil spreads. At a refining valuation of 5x, that would imply 100%+ upside vs current prices.

Bear case: Arguably, PBF discounts at least partially the potential benefits of the IMO 2020. If the changes in crude and refined product spreads as a result of the spec change are lower vs estimated, we see current consensus of $1.6bn for 2020 EBITDA as overstated by ~$500m. If that is the case, the stock seems to be fairly valued at $35. Further compounding the bear case, higher RINs expense resulting from changes in legislation would be detrimental. Historical expense of ~$350m/year vs current estimate would lower EBITDA by $200m with ~-$8/share impact and a bear case valuation below 30. Poor operational performance would lower that valuation even further.

Key risks:

1) Operational performance is always a key risk – as running the refineries safely and profitably is paramount. PBF is coming out of a heavy turnaround season and has had its share of operational hiccups in the past;

2) Given the company's acquisitive nature, growing from an East Coast operation in 2010 to a 0.9m b/d operator in four different US PADDs, M&A is always a key risk. With the market inflated by the potential benefits of the IMO 2020 marine fuel spec change, overpaying for refining assets could be detrimental to shareholder value;

3) Regulatory changes that could impose extraneous costs, e.g. RINs, a major expense for PBF given the lack of blending/retail (though somewhat mitigated by the recent decline in RIN prices). In California, a potential ban on the use of hydrofluoric acid can impact the economics for PBF's Torrance refinery;

4) Changes in refining margins are a key risk to the independent refiners. They are in general impacted by:

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

1. Changes in the supply-demand balance for refined products. Better- or worse-than-expected economic growth or changes in driving trends or fuel efficiency can significantly impact demand for key refined products such as gasoline, diesel and jet fuel. Regulatory changes, such as those mandated by the IMO that will require ships to burn lower carbon fuels, also significantly impact the demand for various refined products, e.g. low sulfur diesel (+), high sulfur fuel oil (-);

2. Feedstock prices, which can result from imbalances in the crude oil markets (production over/under-supply, transportation bottlenecks (e.g. pipeline outages/ spills), OPEC) or geopolitical unrest. Product spec changes also impact the value of the different types of crude oil given the different product yields.

Refining is a complex industrial process and accidents are common in the business of boiling oil. Accidents can cause refiners to suffer major losses through downtime and repair & indemnification costs, or to make major profits from tighter markets in the case of the competing refiners. Other risk common to the industry is the price of natural gas, as natgas is a key component in operating costs.

## *Phillips 66*

We have a Neutral rating for PSX, with a $124/share price target. We value Phillips 66 on a top-down forward earnings and multiple basis, blended with our NAV estimate. We use a 13x target P/E multiple applied to our ~$9.50 mid-cycle EPS estimate for a $124/share valuation. Blended with our $125/share NAV, it results in our ~$124/share fair value. At the current $102 stock price, PSX trades at ~13x 2019 consensus EPS, roughly in line with the average multiple of the independent refiners peer group and with more limited upside vs the Buy-rated stocks in the peer group.

Bull case: PSX is highly levered to the upcoming changes in marine fuel specs (IMO 2020) - wider heavy crude oil differentials and higher value for distillates would increase the valuation of its refining assets. In addition, higher global growth would increase demand for chemicals and transportation fuels. More optimistic assumptions than our current base case would imply valuation in the $150 range.

Bear case: Weaker than expected global growth would impact most of the company's business segments, e.g. demand for transportation fuels in refining and marketing, plastics in chemicals, etc.. Additionally, changes in the valuation of midstream MLPs would lower our perception of the overall net asset value. Under a scenario of global recession, no logistics assets dropdowns to the midstream arm, and lower overall valuations, we would see the price target in the $80 range.

Key risks are:

1) Given the size of its midstream segment and relatively greater exposure to natural gas and NGL markets, continued deterioration in the MLP equities and NGL/natgas commodities markets are a key risk;

2) Forward trading multiples have compressed (but so has the market's) and a re-rating driven by lower weight in refining is an upside risk;

3) Changes in refining margins are a key risk to the independent refiners. They are in general impacted by:

1. Changes in the supply-demand balance for refined products. Better- or worse-than-expected economic growth or changes in driving trends or fuel efficiency can significantly impact demand for key refined products such as gasoline, diesel and jet fuel. Regulatory changes, such as those mandated by the IMO that will require ships to burn lower carbon fuels, also significantly impact the demand for various refined products, e.g. low sulfur diesel (+), high sulfur fuel oil (-);

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



2. Feedstock prices, which can result from imbalances in the crude oil markets (production over/under-supply, transportation bottlenecks (e.g. pipeline outages/ spills), OPEC) or geopolitical unrest. Product spec changes also impact the value of the different types of crude oil given the different product yields.

Refining is a complex industrial process and accidents are common in the business of boiling oil. Accidents can cause refiners to suffer major losses through downtime and repair & indemnification costs, or to make major profits from tighter markets in the case of the competing refiners. Other risks common to the industry are natural gas prices, as natgas is a key component in operating costs, and regulatory changes that could impose extraneous costs to the industry (e.g. RINs).

### *Pioneer Natural Resources Co.*

Price target methodology – Our $167 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 7.0x multiple to NTM EBITDAx of $3.6Bn, weighed evenly with $195 NAV to arrive at our target. Our estimates and NAV are based on our price through 2021 and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.

More company specific risks would include:

(1) Deterioration in or stronger than expected well performance and particularly oil mix which could raise concerns about pressure depletion greater than expectations across PXD's acreage.

(2) Delays in pipeline project start-ups that lead to deterioration in unit revenues should the company need to sell Midland / Waha pricing.

(3) In basin logistical constraints pushing back the company's completion schedule and leading to a downgrade to near-term production guidance.

(4) Inability to successfully divest remaining non-core properties by year end

### *Suncor Energy Inc.*

Our C$53 price target for Suncor is set using a blend of a sum-of-the-parts net asset value ("NAV") and a 7x EV/EBITDA on mid-cycle EBITDA.

The NAV for SU, using a combination of Rystad Energy and Mizuho Securities USA asset valuations for upstream, and a value per complexity barrel calculation for downstream (along with some rough assumptions for retail networks), suggests a value around $57.

Historically SU has carried a forward 12-month EV/EBITDA in the 6.5x-9.0x range. The five-year average is 7x, the ten-year average is 7.5x. For our target price calculation we use an EV/EBITA of 7x on a mid-cycle EBITDA of $13.1B (2019-2022 average), which implies $48. Blended with the NAV value, we set a price target of $53. Key downside risks to our BUY rating include a major acquisition the market perceives to be overpriced; weaker than expected oil prices; major natural disasters in Alberta (wildfires, floods, major snowstorms) which seem to occur every couple of years; geopolitical turmoil in a key operating region; and increased environmental regulation in Canada, the US and elsewhere.

To quantify a bear case scenario, we imagine a $10/bbl lower mid-cycle oil market (~ $50/ bbl average from 2019-2022), holding all-else equal (such as refining margins and CADUSD exchange rates), and apply a lower 6.5x EV/EBITDA, which suggests ~$30/ bbl. A "more bullish" scenario, assuming a $10/bbl higher mid-cycle oil market (~$70/

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



bbl average from 2019 to 2022), with a higher 7.5x EV/EBITDA multiple, suggests over $60/bbl.

## Valero Energy Corporation

We have a Neutral rating for Valero, with a $110/share price target. We value VLO on a top-down forward earnings and multiple basis, blended with our NAV estimate. We use a 12x target P/E multiple applied to our ~$9.25 mid-cycle EPS estimate for a $111/share valuation. Blended with our $110/share NAV, updated for the recent VLP and ethanol plant acquisitions, it results in our ~$110/share fair value. At the current $79 stock price, VLO trades at ~8x 2019 consensus EPS, in line with the average multiple of the independent refiner peer group, and in our view with less upside vs the Buy-rated stocks in the peer group.

Key risks are:

1) Valero is a heavy user of heavy sour crude given its massive and complex capacity in the Gulf Coast. As such, disruptions in the supply of heavy sour grades can have a significant impact on the company's profitability. In particular, Valero remains at risk to a severe disruption of Venezuelan crude oil supply, as it is the largest US refiner of Venezuelan oil (about 1/3 of total US imports);

2) Given the current focus on cash return to shareholders, M&A is a risk if a large acquisition jeopardizes current levels of distribution. Consolidation has been a trend in the refining industry given the advantages of scale, but overspending could impact current valuation;

3) Severe weather events, such as the hurricanes that have hit the Gulf Coast in the recent past, are a key risk. Floods in coastal areas and power outages can impact refining operations, add remediation costs, and impact product demand;

4) Changes in refining margins are a key risk to the independent refiners. They are in general impacted by:

1. Changes in the supply-demand balance for refined products. Better- or worse-than-expected economic growth or changes in driving trends or fuel efficiency can significantly impact demand for key refined products such as gasoline, diesel and jet fuel. Regulatory changes, such as those mandated by the IMO that will require ships to burn lower carbon fuels, also significantly impact the demand for various refined products, e.g. low sulfur diesel (+), high sulfur fuel oil (-);

2. Feedstock prices, which can result from imbalances in the crude oil markets (production over/under-supply, transportation bottlenecks (e.g. pipeline outages/spills), OPEC) or geopolitical unrest. Product spec changes also impact the value of the different types of crude oil given the different product yields.

Refining is a complex industrial process and accidents are common in the business of boiling oil. Accidents can cause refiners to suffer major losses through downtime and repair & indemnification costs, or to make major profits from tighter markets in the case of the competing refiners. Other risks common to the industry are natural gas prices, as natgas is a key component in operating costs, and regulatory changes that could impose extraneous costs to the industry (e.g. RINs). In California, a potential ban on the use of hydrofluoric acid can impact the economics for Valero's Wilmington refinery.

## WPX Energy, Inc.

Our $13 target is based on a blend of NTM EV/EBITDAx and net asset value. We apply a 4.8x multiple to NTM EBITDAx of $1.4Bn, weighed evenly with $15 NAV,

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



to arrive at our target. *Our estimates and NAV are based on the price deck below and $60/bbl Brent, $55/bbl WTI, $2.75/mcf Henry Hub longer-term.*

With relatively greater financial leverage than the peer group and a position within US unconventional skewed relatively more to delineation than development compared to our group, we would expect WPX to outperform our coverage with strengthening oil prices (and underperform with further weakness). Additional company specific risks follow.

(1) Inability to monetize midstream interests – This is the main catalyst for the WPX story right now, with proceeds from a midstream monetization likely supporting additional development drilling through a lower price environment. Failure to deliver a in 1H19 would likely be negative for the stock.

(2) Downside to production consensus with a lower capital budget – There is a good amount of uncertainty around the budget at this point. Consensus is currently at $1.4Bn of spend (vs. initial guide of $1.45-$1.65Bn) with 101kbd oil production (vs. 100-105kbd guide). We think the company would need to take down capital spending significantly in the absence of a midstream monetization in order to operate within cash flow, putting some downside to these numbers at current oil prices.

(3) Greater capital intensity near-term to offset relatively high declines – WPX's transition to Delaware Basin growth / Bakken free cash oil story has brought with it tremendous growth from these two assets, which also means relatively higher corporate level decline rates than peers. It could take greater than expected capital investment to maintain or grow production near-term.

(4) Relatively higher financial leverage vs peer group – This isn't a concern for us from standpoint of operational continuity, and leverage is similar to peers of similar enterprise value, but we do think the relatively higher financial leverage vs. larger caps limits the possibility for cash return to shareholders near-term.

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**MIZUHO**

Oil & Gas

## IMPORTANT DISCLOSURES

The disclosures for the subject companies of this report as well as the disclosures for Mizuho Securities USA LLC entire coverage universe can be found at https://msusa.bluematrix.com/sellside/Disclosures.action or obtained by contacting EQSupervisoryAnalystUS@mizuhogroup.com or via postal mail at Equity Research Editorial Department, Mizuho Securities USA LLC, 320 Park Avenue, 12th Floor, New York NY, 10022.

**Investment Risks and Valuation Methods can be located in the following section of this research report - Price Target Calculation and Key Risks.**

## Ownership Disclosures and Material Conflicts of Interest or Position as Officer or Director

### Receipt of Compensation

Mizuho Securities USA LLC and or its affiliates makes a market in the following securities: Apache Corporation, Canadian Natural Resources Limited, Chevron Corp, Cimarex Energy Company, Concho Resources, Inc., ConocoPhillips, Continental Resources, Inc., Delek US Holdings, Inc., Devon Energy, Diamondback Energy, Inc., Encana Corporation, EOG Resources, Inc., ExxonMobil Corporation, Hess Corporation, HollyFrontier Corporation, Marathon Oil Corporation, Marathon Petroleum Corporation, Murphy Oil Corporation, Noble Energy, Inc., Occidental Petroleum Corporation, Parsley Energy Inc., PBF Energy, Inc., Phillips 66, Pioneer Natural Resources Co., Suncor Energy Inc., Valero Energy Corporation, WPX Energy, Inc. and California Resources Corporation

Mizuho Securities USA LLC and or its affiliates has received compensation for investment banking services for Apache Corporation and Valero Energy Corporation in the past 12 months.

Mizuho Securities USA LLC and or its affiliates expects to receive or intends to seek compensation for investment banking services for Apache Corporation in the next 3 months.

Mizuho Securities USA LLC and or its affiliates has managed or co-managed a public offering of securities for Apache Corporation and Valero Energy Corporation in the past 12 months.

Mizuho Securities USA LLC and or its affiliates have provided investment banking services for Apache Corporation and Valero Energy Corporation who are or were clients in the past 12 months.

The compensation of the research analyst writing this report, in whole or part, is based on MSUSA's annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA's internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

### Regulation Analyst Certification (AC)

I, Paul Sankey, hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

### Rating Definitions

**Mizuho Securities USA investment ratings are based on the following definitions: Anticipated share price change is based on a 12-month time frame. Return expectation is based on the stock's total return. For disclosure purposes (for purposes of the FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Buy, Neutral, and Underperform. (effective July 10, 2017).**

**Buy**: Stock's total return is expected to appreciate above the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Neutral**: Stock's total return is expected to be within the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Underperform**: Stock's total return is expected to depreciate below the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**RS**: Rating Suspended - rating and price objective temporarily suspended.

**NR**: No Rating - not covered, and therefore not assigned a rating.

Mizuho Securities USA LLC investment ratings are based on the following definitions. Anticipated share price change is based on a 6- to 12-month time frame. Return expectation excludes dividends (prior to July 10, 2017).

| | |
|---|---|
| **Buy:** | Stocks for which the anticipated share price appreciation exceeds 10%. |
| **Neutral:** | Stocks for which the anticipated share price appreciation is within 10% of the share price. |
| **Underperform:** | Stocks for which the anticipated share price falls by 10% or more. |
| **RS:** | Rating Suspended - rating and price objective temporarily suspended. |
| **NR:** | No Rating - not covered, and therefore not assigned a rating. |

---

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



## Rating Distribution

| (As of 7/31 ) | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy) | 52.86% | 55.68% |
| Hold (Neutral) | 43.14% | 48.34% |
| Sell (Underperform) | 4.00% | 21.43% |

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Buy, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively.

For additional information: Please log on to http://www.mizuhosecurities.com/us or write to Mizuho Securities USA LLC 320 Park Ave, 12th FL, New York, NY 10020.

## Disclaimers

This report has been prepared by Mizuho Securities USA LLC ("MSUSA"), a subsidiary of Mizuho Americas LLC, solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of Mizuho Americas LLC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

MSUSA or other companies affiliated with MHFG, Mizuho Americas LLC or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

## Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA LLC, a subsidiary of Mizuho Americas LLC, 320 Park Avenue, 12th Floor, New York, NY 10022, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

**United Kingdom/European Economic Area:** This report is distributed or has been approved for issue and distribution in the UK by Mizuho International plc ("MHI"), Mizuho House, 30 Old Bailey, London EC4M 7AU, a member of the MHSC Group. Mizuho International is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. For the avoidance of doubt this material is not intended for persons who are Retail Clients within the meaning of the Financial Conduct Authority's rules. This material may be distributed to clients in other member states of the European Economic Area.

**Japan:** This report is distributed in Japan by Mizuho Securities Co., Ltd. ("MHSC"), Otemachi First Square Otemachi 1-chome, Chiyoda-ku, Tokyo 100-0004, Japan. Registered Financial Instruments Firm, No. 94 (Kinsho), issued by the Director, Kanto Local Finance Bureau. MHSC is a member

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

of the Japan Securities Dealers Association, the Japan Securities Investment Advisers Association and the Financial Futures Association of Japan, and the Type II Financial Instruments Firms Association.

**Singapore:** This report is distributed in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a holder of a capital markets services license and an exempt financial adviser regulated by the Monetary Authority of Singapore. MHSS may distribute analyses or reports produced by its affiliates or other foreign research houses pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. This report is only intended for distribution to "institutional investors", "accredited investors" or "expert investors", as defined under the Financial Advisers Regulations. Singapore recipients of this report should contact MHSS at 12 Marina View, #10-01A Asia Square Tower 2, Singapore 018961, for any matter arising from, or in connection with, this report.

**Hong Kong:** This report is distributed in Hong Kong by Mizuho Securities Asia Ltd. ('MHSA'), 14 - 15/F, K11 Atelier, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong, a member of MHFG. MHSA is licensed and regulated by the Hong Kong Securities and Futures Commission. This report has been prepared for "professional investors" as defined in the Hong Kong Securities and Futures Ordinance. This report has been prepared in accordance with MHSA's internal conflict of interest management policies. Details of MHSA's organizational and administrative controls for the prevention and avoidance of conflicts of interest are available upon request.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA LLC. All Rights Reserved 2019. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA LLC.

Provided for the exclusive use of Alexander Eickelbeck at AlphaSense Sales Qualifying Company on 06-May-2024 01:57 PM

©2024, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.