# EXHIBIT 42

# Jefferies

## Concho Resources

## Valuation Implies Core Permian Being Condemned; Reiterate Buy

August 5, 2019

### Key Takeaway

**CXO wasn't expected to have a good 2Q19, but the company blindsided the market with a sharp reduction in 2H19 oil volume guidance. Asset productivity suffered as a result of well density and the company cut 2H19 activity to stay within CF and capital guidance. While it turns out much of its 2H18 and 1H19 program was spaced too densely, CXO is reversing course and we expect to see benefits from better asset productivity by YE19 and into 2020.**

**Reiterate Buy.** We reiterate our Buy and lower our TP to $126 (from $135) to account for reduced 2019 activity and lower 2019 project level returns, and think investors are getting an incredible opportunity to own one of the best companies in E&P at fire-sale prices. Reduced 2019 oil guidance on maintained capital expenditures marks the latest stumble for CXO following several quarters of failing to generate FCF, which has ultimately raised concerns on the integration of the RSPP acquisition. It certainly has been an uncharacteristic stretch for CXO, and while we have to wait until 4Q19 for the inflection (operational and FCF), we think the market reaction and de-rate offers investors a rare entry level into one of the best assets in US E&P. We lower our oil and total production forecasts 4% and 2% for 2019 on reduced guidance, and while total 2020 production is roughly in line with our prior forecast, we lower 2020 oil 3% to 240 mbbls/d, representing 12% total and 15% oil growth.

**Should We Have Seen This Coming?** Issues with the Dominator pad have been well understood, and while we were initially surprised the company would test well density as tight as 23-wells per (single) section in the Wolfcamp A, CXO stated that it was not representative of the company's development plans. While it's difficult to say how much of the guidance reduction is due to reduced activity vs. asset performance, it turns out operations were not consistent with that message. We do spend a lot of time looking at well data, and while we had noticed performance degradation in several areas of the portfolio, including the Midland Spraberry which we discussed in our Midland Basin Deep Dive, given the production guidance increase in 1Q19 and management's strong execution track record historically, this was difficult to see coming. That said, we don't think the lapse in operations condemns CXO's remaining inventory as the market reaction and current valuation imply.

**Valuation.** As a result of lower production, we reduce our 2019/2020 EBITDA forecasts 4%/2% to $3.0Bn/$3.8Bn at the Jef deck, or ~$225mm cumulatively. As a result of the sell-off post results, CXO trades 6.5x/4.9x our new 2019/2020 estimates at the strip, which compares to 7.6x/5.9x ahead of results on 7/31. The stock would need to trade $94/sh to be at the same multiple on our new estimates, which implies more than 80% of the post-2Q sell-off was the result of a de-rate, which we think is more a consequence of poor sentiment and a vast over-reaction. While the stock may very well be in the penalty box until management can demonstrate a tangible improvement in operations, we think investors will be paid handsomely to wait it out.

| Target | Estimate Change | |
| --- | --- | --- |
| RATING | | BUY |
| PRICE | | $72.85^ |
| MARKET CAP | | $14.5B |
| PRICE TARGET (PT) | | $126.00 (FROM $135.00) |
| UPSIDE SCENARIO PT | | $164.00 |
| DOWNSIDE SCENARIO PT | | $51.00 |

^Prior trading day's closing price unless otherwise noted.

| FY Dec | 2018A | 2019E | 2020E | 2021E |
| --- | --- | --- | --- | --- |
| EPS ($) | 4.61 | ↓ 2.93 | ↓ 5.25 | ↓ 6.33 |
| Previous | | 3.23 | 5.55 | 6.63 |
| FY P/E | 15.8x | 24.9x | 13.9x | 11.5x |

**Exhibit 1 - Lateral Adjusted Performance in the NE Delaware Wolfcamp Took A Leg Down in 2H18**



Source: IHS, Jefferies Estimates

Mark Lear, CFA *
Equity Analyst
+1 (917) 421-1929
mlear@jefferies.com

Thomas Hughes, CFA *
Equity Analyst
(212) 284-2234
thughes@jefferies.com

Zach Parham, CFA *
Equity Analyst
(917) 344-1809
zparham@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 7 to 12 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

**EQUITY RESEARCH**
Concho Resources (CXO)

## CONCHO RESOURCES (CXO)

| Estimates | | | | |
|---|---|---|---|---|
| $ | 2018A | 2019E | 2020E | 2021E |
| EPS | | | | |
| Q1 | 1.00 | 0.72A | ⬇ 1.20 | ⬇ 1.49 |
| *Previous* | | | *1.31* | *1.56* |
| Q2 | 1.24 | ⬆ 0.70A | ⬇ 1.25 | ⬇ 1.51 |
| *Previous* | | *0.63* | *1.30* | *1.58* |
| Q3 | 1.42 | ⬇ 0.63 | ⬇ 1.34 | ⬇ 1.61 |
| *Previous* | | *0.88* | *1.40* | *1.68* |
| Q4 | 0.95 | ⬇ 0.87 | ⬇ 1.45 | ⬇ 1.72 |
| *Previous* | | *1.00* | *1.53* | *1.80* |
| FY Dec | 4.61 | ⬇ 2.93 | ⬇ 5.25 | ⬇ 6.33 |
| *Previous* | | *3.23* | *5.55* | *6.63* |

| Valuation | | | | |
|---|---|---|---|---|
| | 2018A | 2019E | 2020E | 2021E |
| FY P/E | 15.8x | 24.9x | 13.9x | 11.5x |

| Market Data | |
|---|---|
| 52-Week Range: | $160.81 - $72.76 |
| Total Entprs. Value | $19.2B |
| Avg. Daily Value MM ($) | 164.73 |
| Float (%) | 99.6% |

### The Long View

#### Scenarios

#### Base Case

- 2019 production/capital spending assumptions in line with management guidance
- JEF LT commodity price forecast ($62 Brent oil/$2.75 gas)
- Rig program set to spend generally within cash flow (2019) and FCF LT (2020+)
- **NAV based PT: $126**

#### Upside Scenario

- Commodity prices above JEF forecast ($70 Brent oil/ $3 gas)
- Higher commodity prices allow for accelerated development and/or additional free cash flow generation
- Increases in EUR in the Northern Delaware
- Higher commodity prices allow for tighter spacing between wells, thereby increasing potential inventory
- **NAV based PT: $164**

#### Downside Scenario

- Commodity prices below JEF forecast ($40 Brent oil/ $2.50 gas)
- Lower commodity prices slow development pace in Permian
- Cash flow neutral business model constrains size of the capital program
- Economies of scale are lost from a smaller basin footprint
- **NAV-based PT: $51**

#### Investment Thesis / Where We Differ

- Deep and diversified project inventory at the low end of the cost curve
- First-mover advantage in the highest rate of change basin (Delaware) positions the company as an operational leader with one of the largest acreage footprints
- Large-cap peer leading production growth CAGR funded with generated cash flow

#### Catalysts

- De-risking of additional zones could increase recoverable resource
- Continued project development showing co-development uplift relative to typically inferior child well results
- Continued operational execution similar to history

---

Please see important disclosure information on pages 7 - 12 of this report.

2

# Jefferies

## Should We Have Seen This Coming?

Issues with the Dominator pad have been well understood, and while we were initially surprised the company would test well density as tight as 23-wells per (single) section in the Wolfcamp A, the company stated that it was not representative of the company's development plans going forward. Performance degradation in the Wolfcamp certainly pre-dates Dominator and 2H18 results were below previous vintage well performance. Data from 1Q19 vintage wells in the northeastern Delaware, while limited would demonstrate that Dominator actually has resulted in an improvement in lateral adjusted well performance relative to 2H18, though shorter lateral lengths of the project are likely a key variable in early time outperformance. We do spend a lot of time looking at well data, and while we had noticed performance degradation in several areas of the portfolio, including the Midland Spraberry which we discussed in our *Midland Basin Deep Dive* ([Leading Edge Doesn't Always Pay, but it Helps; Midland Basin Deep Dive](#)), given the production guidance increase in 1Q19 and management's strong execution track record historically, this was difficult to see coming. That said, we don't think the lapse in operations condemns CXO's remaining inventory as the market reaction and current valuation imply.

**Exhibit 2 - Northeastern Delaware Wolfcamp Results Took a Leg Down in 2H18; Dominator Didn't Start Coming On Line Until Late 1Q19**



Source: IHS, Jef estimates

**Exhibit 3 - Lateral Adjusted Performance Showing Improvement in 1Q19, but Lateral Lengths are Down 47%**



Source: IHS, Jefferies

---

Please see important disclosure information on pages 7 - 12 of this report.

# Jefferies

**Exhibit 4 - We Have Not Seen Any Performance Degradation in the Northeast Delaware Bone Spring**



Source: IHS, Jef estimates

**Exhibit 5 - Performance Degradation in the Midland Spraberry has Coincided with Lower Completion Intensity; 2018 Proppant and Fluid was Down 13% and 29%, Respectively**



Source: IHS, Jef estimates

---

Please see important disclosure information on pages 7 - 12 of this report.

# Jefferies

EQUITY RESEARCH
Concho Resources (CXO)

**Exhibit 6 - CXO Financials**

| | FY18 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | FY19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | FY20E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commodity Prices** | | | | | | | | | | | | | | | | |
| Brent Crude Oil ($/Bbl) | $ 71.30 | $ 63.13 | $ 68.86 | $ 62.00 | $ 60.00 | $ 63.50 | $ 58.00 | $ 58.00 | $ 60.00 | $ 60.00 | $ 59.00 | $ 60.00 | $ 60.00 | $ 60.00 | $ 60.00 | $ 60.00 |
| HH Nat Gas ($/MMBtu) | $ 3.08 | $ 3.15 | $ 2.64 | $ 2.30 | $ 2.70 | $ 2.70 | $ 2.85 | $ 2.65 | $ 2.65 | $ 2.85 | $ 2.75 | $ 2.85 | $ 2.65 | $ 2.65 | $ 2.85 | $ 2.75 |
| | | | | | | | | | | | | | | | | |
| **Total Production** | | | | | | | | | | | | | | | | |
| Crude (MMbls) | 61.2 | 18.9 | 18.7 | 18.6 | 19.5 | 75.8 | 20.5 | 21.5 | 22.5 | 23.1 | 87.7 | 23.6 | 24.3 | 25.2 | 25.8 | 98.9 |
| Natural Gas (BCF) | 208.1 | 63.8 | 67.1 | 66.2 | 67.4 | 264.5 | 68.3 | 69.9 | 71.9 | 72.8 | 282.8 | 73.6 | 75.3 | 77.5 | 78.8 | 305.2 |
| Equivalent (MMBoe) | 95.9 | 29.6 | 29.9 | 29.7 | 30.7 | 119.9 | 31.9 | 33.2 | 34.5 | 35.3 | 134.8 | 35.9 | 36.9 | 38.1 | 38.9 | 149.8 |
| Gas Production (%) | 36.2% | 35.9% | 37.4% | 37.2% | 36.6% | 36.8% | 35.7% | 35.1% | 34.7% | 34.4% | 35.0% | 34.2% | 34.0% | 33.9% | 33.8% | 34.0% |
| Liquids Production (%) | 63.8% | 64.1% | 62.6% | 62.8% | 63.4% | 63.2% | 64.3% | 64.9% | 65.3% | 65.6% | 65.0% | 65.8% | 66.0% | 66.1% | 66.2% | 66.0% |
| Production Growth (YoY%) | 36.4% | | | | | 25.0% | | | | | 12.5% | | | | | 11.1% |
| | | | | | | | | | | | | | | | | |
| **Daily Production** | | | | | | | | | | | | | | | | |
| Crude (Mb/d) | 167.6 | 210.4 | 205.8 | 202.6 | 211.7 | 207.6 | 225.0 | 236.8 | 245.0 | 251.4 | 239.6 | 262.5 | 267.4 | 274.2 | 280.0 | 271.1 |
| Natural Gas (MMcf/d) | 570.2 | 708.5 | 737.4 | 719.8 | 732.6 | 724.6 | 750.2 | 767.8 | 781.0 | 791.6 | 772.7 | 818.3 | 827.1 | 842.7 | 856.6 | 836.2 |
| Equivalent (Mboe/d) | 262.7 | 328.5 | 328.7 | 322.5 | 333.8 | 328.4 | 350.1 | 364.7 | 375.2 | 383.3 | 368.3 | 398.9 | 405.3 | 414.6 | 422.8 | 410.4 |
| Equivalent (MMcfe/d) | 1,575.9 | 1,970.9 | 1,972.1 | 1,935.2 | 2,002.8 | 1,970.2 | 2,100.4 | 2,188.5 | 2,251.3 | 2,299.8 | 2,210.0 | 2,393.5 | 2,431.7 | 2,487.7 | 2,536.7 | 2,462.6 |
| | | | | | | | | | | | | | | | | |
| **Revenue ($ MM)** | $ 3,898 | $ 1,104 | $ 1,077 | $ 1,078 | $ 1,171 | $ 4,430 | $ 1,271 | $ 1,318 | $ 1,375 | $ 1,423 | $ 5,387 | $ 1,451 | $ 1,479 | $ 1,535 | $ 1,581 | $ 6,046 |
| **EBITDA ($ MM)** | $ 2,751 | $ 755 | $ 717 | $ 721 | $ 799 | $ 2,992 | $ 901 | $ 935 | $ 977 | $ 1,016 | $ 3,828 | $ 1,036 | $ 1,055 | $ 1,098 | $ 1,135 | $ 4,324 |
| **Capital Expenditure ($ MM)** | $ 2,579 | $ 926 | $ 794 | $ 650 | $ 525 | $ 2,895 | $ 761 | $ 761 | $ 761 | $ 761 | $ 3,046 | $ 795 | $ 795 | $ 795 | $ 795 | $ 3,179 |
| **Cash Flow ($ MM)** | $ 2,554 | $ 701 | $ 668 | $ 672 | $ 750 | $ 2,791 | $ 854 | $ 889 | $ 932 | $ 973 | $ 3,649 | $ 996 | $ 1,017 | $ 1,062 | $ 1,101 | $ 4,177 |
| | | | | | | | | | | | | | | | | |
| **Per Share Metrics** | | | | | | | | | | | | | | | | |
| CPFS | $ 14.87 | $ 3.52 | $ 3.35 | $ 3.37 | $ 3.77 | $ 14.01 | $ 4.29 | $ 4.46 | $ 4.68 | $ 4.88 | $ 18.32 | $ 5.00 | $ 5.11 | $ 5.33 | $ 5.53 | $ 20.97 |
| EPS | $ 4.61 | $ 0.72 | $ 0.70 | $ 0.63 | $ 0.87 | $ 2.93 | $ 1.20 | $ 1.25 | $ 1.34 | $ 1.45 | $ 5.25 | $ 1.49 | $ 1.51 | $ 1.61 | $ 1.72 | $ 6.33 |
| | | | | | | | | | | | | | | | | |
| **Balance Sheet** | | | | | | | | | | | | | | | | |
| Cash ($MM) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Debt ($MM) | $ 4,194 | $ 4,567 | $ 4,693 | $ 4,671 | $ 4,446 | $ 4,446 | $ 4,353 | $ 4,225 | $ 4,054 | $ 3,843 | $ 3,843 | $ 3,642 | $ 3,419 | $ 3,152 | $ 2,846 | $ 2,846 |
| Total Equity ($MM) | $ 18,768 | $ 18,059 | $ 18,198 | $ 18,324 | $ 18,498 | $ 18,498 | $ 18,738 | $ 18,988 | $ 19,254 | $ 19,543 | $ 19,543 | $ 19,841 | $ 20,142 | $ 20,463 | $ 20,805 | $ 20,805 |

Source: Company Filings, Jefferies Estimates

# Jefferies

**Exhibit 7 - CXO NAV Summary**

# Jefferies

## Concho Resources, Inc. (CXO)
### Buy

| | |
|---|---|
| Shares Outstanding (diluted, MM): | 199 |

| EXPLORATION & PRODUCTION | RESERVES | | | | ASSET VALUE | | |
|---|---|---|---|---|---|---|---|
| | Oil | Gas | Total | % | NPV-10 | | |
| **PROVED DEVELOPED** | **(MMBbls)** | **(Bcf)** | **(MMBoe)** | **Liquids** | **($ / Boe)** | **($MM)** | **($/share)** |
| United States - PD Year-End 2018 | 500 | 1,941 | 824 | 61% | $13.58 | $11,185 | $56.16 |
| Sub-total | **500** | **1,941** | **824** | **61%** | **$13.58** | **$11,185** | **$56.16** |
| **UNDEVELOPED & NON-PROVED DEVELOPED** | **(MMBbls)** | **(Bcf)** | **(MMBoe)** | **Liquids** | **($ / Boe)** | **($MM)** | **($/share)** |
| N. Delaware Basin - 2nd Bone Spring HZ | 1,386 | 1,956 | 1,712 | 81% | $6.88 | $11,782 | $59.16 |
| N. Delaware Basin - Wolfcamp HZ | 798 | 1,152 | 990 | 81% | $5.09 | $5,044 | $25.33 |
| S.Delaware Basin - Wolfcamp A/B HZ | 59 | 65 | 70 | 84% | $4.69 | $326 | $1.64 |
| S.Delaware Basin - Bone Spring HZ | 32 | 57 | 41 | 77% | $5.15 | $213 | $1.07 |
| Midland Basin - Wolfcamp HZ (TX) | 246 | 452 | 321 | 77% | $2.47 | $791 | $3.97 |
| Midland Basin - Spraberry HZ (TX) | 586 | 608 | 688 | 85% | $5.97 | $4,107 | $20.62 |
| NM Shelf - Yeso Horizontal | 16 | 40 | 23 | 71% | $9.56 | $221 | $1.11 |
| Sub-total | **3,124** | **4,331** | **3,845** | **81%** | **$5.85** | **$22,485** | **$112.90** |
| **Total E&P Proved Developed "Plus"** | **3,624** | **6,272** | **4,669** | **78%** | **$7.21** | **$33,669** | **$169.07** |

| NON - EXPLORATION & PRODUCTION ASSETS | DETAILS | ($MM) | ($/share) |
|---|---|---|---|
| Total | | $0 | $0.00 |

| | ($MM) | ($/share) |
|---|---|---|
| **PROVED DEVELOPED GROSS ASSET VALUE** | **$11,185** | **$56.20** |
| **PROVED DEVELOPED "PLUS" GROSS ASSET VALUE** | **$33,669** | **$169.10** |
| **10% Gross Asset Value Discount** | **($3,367)** | **($16.90)** |

| BALANCE SHEET ADJUSTMENTS | ($MM) | ($/share) |
|---|---|---|
| Plus Cash | $0 | $0.00 |
| Less Total Debt | ($4,671) | ($23.46) |
| Net Working Capital | ($633) | ($3.18) |
| Total | **($5,304)** | **($26.64)** |
| **NET ASSET VALUE (NAV)** | **$24,998** | **$126.00** |

Source: Company Filings, Jefferies Estimates

Please see important disclosure information on pages 7 - 12 of this report.

6



## Company Description

**Concho Resources**

Concho Resources Inc. acquires, develops and explores for oil and natural gas properties in the Permian Basin area of Southeast New Mexico and West Texas.

## Company Valuation/Risks

**Concho Resources**

Our target price is derived from our NAV. We assign a 10% discount to gross asset value before adjusting for debt to arrive at a target equity value. Risks: commodity prices, capital markets, infrastructure delays, extended cycle times from project development (creating a compounding effect on any delays).

## Analyst Certification:

I, Mark Lear, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Thomas Hughes, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Zach Parham, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | August 5, 2019 , 08:50 ET. |
| Recommendation Distributed | August 5, 2019 , 08:50 ET. |

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

---

Please see important disclosure information on pages 7 - 12 of this report.

# Jefferies

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

## Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.
Legend:

I: Initiating Coverage

D: Dropped Coverage

---

Please see important disclosure information on pages 7 - 12 of this report.



B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1157 | 53.79% | 89 | 7.69% | 13 | 1.12% |
| **HOLD** | 853 | 39.66% | 18 | 2.11% | 3 | 0.35% |
| **UNDERPERFORM** | 141 | 6.56% | 1 | 0.71% | 0 | 0.00% |

**Jefferies**

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of

---

Please see important disclosure information on pages 7 - 12 of this report.                                        10

**Jefferies**

the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the

use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2019 Jefferies Group LLC

---