# EXHIBIT 54

North America Equity Research
31 July 2019

# J.P.Morgan

# Concho Resources

## 2Q19 : Moderating Activity/Growth, But DUC Build Appears Incongruent with Capital Discipline; Stock Reaction-Negative

**JPM View: Stock Reaction-Negative.** We expect a negative reaction to the print given the sharp reduction in the company's 2019 oil guide with no change to full-year capex. 2Q19 operating results were consistent with the Street, but CXO has decided to moderate its activity levels in 2019 to reinforce its focus on capital discipline and to maximize FCF, which has resulted in a reduction in the company's 2019 oil guide to +24% from +29% (JPMe/STe +29.3%/+29.4%). While this reads like a prudent decision, the challenge here is the fact that CXO did not reduce its 2019 capital budget (remains $2.8 to $3.0 billion), citing its plan to build a DUC inventory, which will likely be seen as incongruent with their commentary on capital discipline. The 3Q19 oil guide of 202 MBo/d is 8.5% below the consensus forecast of 221 MBo/d and 7.7% below our JPMe. We suspect a portion of the 3Q delta could reflect apparent underperformance from the 23 well Dominator project in the Delaware Basin that was spaced too tightly, but we think the magnitude of the miss will invariably raise capital efficiency concerns post the RSPP merger as well as the legitimacy of the company's manufactured development strategy given the uneven results since the company adopted this strategy. What is perplexing for investors is the gyration in the company's guidance commentary regarding 2019. On the 3Q18 call, CXO announced its 2019 plan pro forma for RSPP (~38% oil growth at $3.5 billion in spending), but did subsequently reduce its production and capex guides on the 4Q18 call given commodity price weakness. In retrospect, we think the magnitude of the capex reduction on the 4Q18 call (~$600 MM) was too high a hurdle to deliver against. Management raised its oil guide on the 1Q19 call, but has now lowered the oil guide for the back half of 2019 well below consensus expectations. Meanwhile, the company's rigcount has declined from 33 rigs in 1Q19 to 18 today. Key for the shares tomorrow is their outlook comments on 2020 FCF and confidence that the company can still deliver competitive oil growth next year. We do anticipate some management commentary on 2020 and note that the company did not formally pull its 2020 volume guide.

- **2019 oil production guidance reduced:** CXO reduced its full-year oil growth guide to 24% at the mid-point from 29% previously. CXO's implied FY19 oil production guide is 208 MBo/d, which is 4.2% below the Street estimate of 217 MBo/d. Despite the reduction in its oil guide, CXO reiterated its full-year Boe guide of +25% at the mid-point. Despite its revised plan to moderate activity (CXO is running 18 rigs today versus the previous rigcount guide of 24 in 2H19), the company reiterated its full-year capex guide of $2.8 to $3.0 billion, citing its plan to build an inventory of DUCs to support operating momentum into 2020. It appears CXO's updated 2019 guide contemplates approximately 305 TILs vs. 340 TILs previously with the expectation to build an intentional DUC count of 90 to 100 wells, which would be approximately 4x their normal levels, to support operating momentum (and oil growth) in 2020.

- **3Q19 production guidance disappointing:** CXO's 3Q19 production guide of 316 to 322 MBoe/d was 4.4% below JPMe at 334 MBoe/d and 4.6% below

**See page 5 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Overweight

**CXO, CXO US**
Price: $97.68
**31 Jul 2019**

**Large Cap Oil & Gas Exploration & Production**

**Arun Jayaram** AC
(1-212) 622-8541
arun.jayaram@jpmchase.com
**Bloomberg** JPMA JAYARAM <GO>

**Sachin Sharma**
(1-212) 622-1304
sachin.1.sharma@jpmorgan.com
J.P. Morgan Securities LLC

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
31 July 2019

J.P.Morgan

consensus at 334 MBoe/d. The implied 2Q19 oil guide of 202.1 MBo/d is 8.5% below consensus oil forecast of 221 MBo/d using the anticipated oil mix of 63%.

- **Moderating activity levels:** CXO averaged 26 rigs and 8 completion crews during 2Q19 and is currently running 18 rigs and 7 completion crews vs. 33 rigs and 8 completion crews in 1Q19. A reduction in activity was planned as CXO expected to run 26 rigs in 2Q19 and 24 rigs in 3Q and 4Q, but the magnitude of the decline was steeper than expected. CXO has now decided to moderate its activity levels further in 2019 to reinforce its focus on capital discipline and to maximize FCF.

- **Delaware Basin:** CXO reported 62 wells during the quarter that had at least 60 days of production history and average lateral lengths of 6,251 ft. The average 30 day and 60 day peak rates of 1,388 Boe/d (75% oil) and 1,199 Boe/d (72 % oil), respectively, implies 222 and 192 Boe / 1,000 ft. on a lateral foot adjusted basis. Out of the 62 wells, CXO brought on-line the 23 well Dominator pad with average lateral lengths of 4,400 ft. and 12 well Eider pad with average lateral lengths of 7,100 ft.

- **Midland Basin well productivity:** CXO reported 32 wells during the quarter that had at least 60 days of production history and average lateral lengths of 9,181 ft. These wells delivered average 30 day and 60 day peak rates of 1,023 (87% oil) and 923 Boe/d (86 % oil), respectively, which implies 113 and 101 Boe / 1,000 ft. on a lateral foot adjusted basis. As illustrated in Figure 1, this represents a step-down in productivity relative to the prior quarters before 1Q19 but an increase vs. 1Q19 levels.

- **Production:** Actual 329 MBoe/d; Street 322 MBoe/d; JPMe 322 MBoe/d; Actual Oil 206 MBbls/d; Street 208 MBbls/d; JPMe 207 MBbls/d.

- **EBITDAX:** Actual $717 MM; Street $731 MM; JPMe $725 MM; 1Q19 $755 MM.

- **Adjusted EPS:** Actual $0.69; Street $0.70; JPMe $0.65; 1Q19 $0.72.

**Figure 1: Asset Level Performance**

| Horizontal Wells Added | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Delaware Basin | 25 | 20 | 23 | 27 | 33 | 21 | 31 | 50 | 23 | 62 |
| Midland Basin | 21 | 31 | 13 | 10 | 20 | 21 | 34 | 23 | 27 | 32 |
| | | | | | | | | | | |
| Avg. 30 day Peak Rates (Boepd) | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 |
| Delaware Basin | 1,530 | 1,532 | 1,392 | 1,787 | 2,042 | 1,863 | 1,422 | 1,594 | 1,817 | 1,388 |
| Midland Basin | 1,164 | 923 | 1,272 | 1,102 | 1,156 | 1,294 | 1,178 | 1,202 | 986 | 1,033 |
| | | | | | | | | | | |
| Avg. Lateral Length (ft.) | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 |
| Delaware Basin | 6,200 | 7,168 | 7,171 | 7,093 | 8,964 | 7,358 | 6,685 | 7,807 | 9,125 | 6,251 |
| Midland Basin | 9,910 | 9,995 | 10,198 | 11,620 | 10,156 | 9,800 | 9,686 | 7,869 | 10,379 | 9,181 |
| | | | | | | | | | | |
| Lateral Length Adjusted 30 day Peak Rates (Boe/d) | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 |
| Delaware Basin | 246.77 | 213.73 | 194.12 | 251.94 | 227.80 | 253.19 | 212.72 | 204.18 | 199.12 | 222.04 |
| *Sequential Change* | | *-13%* | *-9%* | *30%* | *-10%* | *11%* | *-16%* | *-4%* | *-2%* | *12%* |
| Midland Basin | 117.46 | 92.35 | 124.73 | 94.84 | 113.82 | 132.04 | 121.62 | 152.75 | 95.00 | 112.51 |
| *Sequential Change* | | *-21%* | *35%* | *-24%* | *20%* | *16%* | *-8%* | *26%* | *-38%* | *18%* |

Source: Concho Resources.

2

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America  Equity Research
31 July 2019

**J.P.Morgan**

### Figure 2: CXO 2019 Volumes Guidance

| Pro-forma Guidance | New Guidance | Old Guidance | New vs. Old Delta (%) | JPMe 2019 | New vs. JPMe Delta (%) | Consensus 2019 | New vs. Consensus Delta (%) |
|---|---|---|---|---|---|---|---|
| **Total Production** | 329 | 329 | 0.0% | 331 | -0.6% | 333 | -1.1% |
| **Total Oil Production** | 208 | 217 | -3.9% | 217 | -4.1% | 217 | -4.2% |

Source: J.P. Morgan estimates, Company data.

### Figure 3: CXO 2Q19 Volumes Guidance

| Pro-forma Guidance | New Guidance | JPMe 3Q19 | New vs. JPMe Delta (%) | Consensus 3Q19 | New vs. Consensus Delta (%) |
|---|---|---|---|---|---|
| **Total Sales Volumes (Mboe/d)** | 319 | 334 | -4.4% | 334 | -4.6% |
| **Total Implied Oil Production** | 202 | 219 | -7.7% | 221 | -8.5% |

Source: J.P. Morgan estimates, Company data.

### Figure 4: CXO 2019 Price Realizations Guidance

| | New Guidance | JPMe 2019 | New vs. JPMe Delta (bps) |
|---|---|---|---|
| **Price Realizations Guidance** | | | |
| Oil (Relative to NYMEX - WTI) | ($2.25) | ($3.24) | 30.5% |
| Natural Gas (% of Henry Hub) | 70% | 71% | -149 |

Source: J.P. Morgan estimates, Company data.

### Figure 5: CXO 2019 Cost and Expenses Guidance

| | New Guidance | Old Guidance | New vs. Old Delta (%) | JPMe 2019 | New vs. JPMe Delta (%) |
|---|---|---|---|---|---|
| **Cost and Expenses ($ MM)** | | | | | |
| Lease operating expense and workover costs | $6.25 | $6.25 | 0.0% | $6.09 | 2.7% |
| Gathering, processing and transportation | $0.90 | $0.90 | 0.0% | $0.88 | 2.3% |
| Oil and natural gas taxes | 7.6% | 7.6% | 0.0% | 7.6% | -0.6% |
| General & Administrative Expenses | | | | | |
| Cash G&A Expense | $2.30 | $2.30 | 0.0% | $2.29 | 0.4% |
| Non-cash stock-based compensation | $0.80 | $0.80 | 0.0% | $0.80 | -0.4% |
| DD&A | $16.00 | $16.00 | 0.0% | $15.93 | 0.4% |
| Exploration and other | $0.38 | $0.38 | 0.0% | $0.67 | -44.2% |
| Interest Expense | $216 | $216 | 0.0% | $200 | 8.0% |
| Income tax rate (%) | 22% | 22% | 0.0% | 22% | 18 |
| **Capital program** | $2,900 | $2,900 | 0.0% | $2,947 | -1.6% |

Source: J.P. Morgan estimates, Company data.

3

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
31 July 2019

J.P.Morgan

### Figure 6: CXO 2Q19 Comp Table

| CONCHO RESOURCES INC | 2Q19 Actual | Street Consensus | Actual vs Street Delta (%) | | 2Q19 JPMe | Actual vs JPMe Delta (%) | | 1Q19 Actual | 1Q19 vs 2Q19 Delta (%) |
|---|---|---|---|---|---|---|---|---|---|
| **Adjusted EPS** | $0.69 | $0.70 | -1% | | $0.65 | 6% | | $0.72 | -5% |
| **Discretionary CFPS** | $3.35 | $3.42 | -2% | | $3.38 | -1% | | $3.52 | -5% |
| **Adjusted EBITDAX** | $717 | $731 | -2% | | $725 | -1% | | $755 | -5% |
| **D&C Capex** | $785 | $800 | -2% | | $810 | -3% | | $926 | -15% |
| **Revenues** | $1,127 | $1,101 | 2% | | $1,080 | 4% | | $1,104 | 2% |
| | | | | | | | | | |
| **Production** | | | | | | | | | |
| **Oil: MBbls/d** | 206 | 208 | -1% | | 207 | -1% | | 210 | -2% |
| **Natural Gas: MMcf/d** | 737 | 684 | 8% | | 688 | 7% | | 709 | 4% |
| **Total production: MMcfe/d** | 1,972 | 1,929 | 2% | | 1,933 | 2% | | 1,971 | 0% |
| **Total production: MBoe/d** | 329 | 322 | 2% | | 322 | 2% | | 328 | 0% |
| | | | | | | | | | |
| **Average Realized Price (after hedging)** | | | | | | | | | |
| Oil ($/Bbl) | $53.15 | $56.01 | -5% | | $53.16 | 0% | | $49.56 | 7% |
| Natural gas ($/Mcf) | $1.22 | $1.47 | -17% | | $1.22 | 0% | | $2.59 | -53% |
| | | | | | | | | | |
| **Expenses ($/Boe)** | | | | | | | | | |
| Lease operating expense | $6.31 | | | | $6.00 | 5% | | $5.89 | 7% |
| G&A (includes non-cash) | $2.89 | | | | $3.10 | -7% | | $3.08 | -6% |
| DD&A | $15.96 | | | | $16.00 | 0% | | $15.73 | 1% |

Source: J.P. Morgan estimates, Company data.

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America  Equity Research**
31 July 2019

J.P.Morgan

**Analyst Certification:** All authors named within this report are research analysts unless otherwise specified. The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Concho Resources.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Concho Resources.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Concho Resources.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Concho Resources.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Concho Resources.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Concho Resources.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Concho Resources.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Concho Resources.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Concho Resources, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Concho Resources (CXO, CXO US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 15-Aug-16 | OW | 133.73 | 138.00 |
| 22-Aug-16 | OW | 134.00 | 140.00 |
| 11-Oct-16 | OW | 141.86 | 144.00 |
| 07-Dec-16 | OW | 143.25 | 148.00 |
| 17-Jul-17 | OW | 124.79 | 136.00 |
| 03-Oct-17 | OW | 135.32 | 140.00 |
| 06-Nov-17 | OW | 142.85 | 150.00 |
| 22-Jan-18 | OW | 156.19 | 165.00 |
| 15-May-18 | OW | 150.55 | 180.00 |
| 29-Oct-18 | OW | 135.18 | 188.00 |
| 20-Nov-18 | OW | 139.03 | 173.00 |
| 07-Dec-18 | OW | 120.82 | 158.00 |
| 09-Jul-19 | OW | 100.85 | 147.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Sep 12, 2007. All share prices are as of market close on the previous business day.

5

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
31 July 2019

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Jayaram, Arun**: Anadarko Petroleum (APC), Antero (AR), Apache Corp (APA), Chesapeake Energy (CHK), Cimarex (XEC), Concho Resources (CXO), Continental Resources (CLR), Devon Energy (DVN), EOG Resources (EOG), EP Energy (EPEG), EQT Corp (EQT), Encana Corporation (ECA), Hess (HES), Marathon (MRO), Montage Resources Corp (MR), Murphy (MUR), Noble Energy (NBL), Pioneer Natural Resources (PXD), Range Resources (RRC), Seven Generations Energy Ltd. (VII.TO), Southwestern Energy (SWN), Vermilion Energy, Inc. (VET.TO)

**J.P. Morgan Equity Research Ratings Distribution, as of July 06, 2019**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 41% | 14% |
| IB clients* | 52% | 49% | 36% |
| JPMS Equity Research Coverage | 42% | 44% | 14% |
| IB clients* | 76% | 65% | 56% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America  Equity Research
31 July 2019

J.P.Morgan

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal entity responsible for the production of research**: The legal entity identified below the name of the Reg AC research analyst who authored this report is the legal entity responsible for the production of this research. Where multiple Reg AC research analysts authored this report with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 058/04/2019 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Argentina:** JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
31 July 2019

J.P.Morgan

with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised July 20, 2019.

**Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

8

For the exclusive use of Christopher Frasca (CFrasca@labaton.com) at Labaton Sucharow LLP