# EXHIBIT 56

EQUITY RESEARCH


Capital Markets

RBC Capital Markets, LLC
**Scott Hanold** (Analyst)
(512) 708-6354
scott.hanold@rbccm.com
**Brad Heffern, CFA** (Analyst)
(512) 708-6311
brad.heffern@rbccm.com

**Rick Akaishi** (Senior Associate)
(512) 708-6330
rick.akaishi@rbccm.com
**Chris Dendrinos** (AVP)
(512) 708-6353
christopher.dendrinos@rbccm.com

**Sector: Oil & Gas Exploration & Production**

August 1, 2019

# Concho Resources Inc.

## A Show Me Story

**Our view:** The apparent budget overruns are a bit surprising from a management team with a history of superior execution. For now, CXO shares could move into the penalty box until it shows a successful transition to meaningful FCF generation. CXO's significant activity reduction was necessary to remain within its planned budget. This reduced our growth and FCF outlook.

## Key points:

**Slowing to stay the course.** CXO reduced its 2019FY oil production growth guidance to 22-26% from 27-31% but the 2019 spending budget remains $2.8-3.0 billion. The decision to scale activity down to 18 rigs from 25-26 rigs in 2H19 allows CXO to remain within the original budget range. We also think this keeps CXO near free-cash-flow (FCF) neutral at strip prices for the balance of the year and in a position to generate FCF again in 2020. However, this outlook is a sharp contrast to what was contemplated in early 2019. We believe management needs to address the variables that caused spending to differ over such a short time frame. We think it could be a combination of factors that include higher OBO activity, underperforming wells (such as the Dominator project), and challenges in executing early large scale development. Weaker Permian natural gas and NGL prices are also a factor given the significant drop over the past quarter. We estimate at "normalized" prices gas and NGLs make up 15-20% of a well's revenue stream for CXO.

**Visibility on 2020 a bit fuzzy now.** At this point, we think management will be cautious to providing any guidance on 2020 but this is what investors are currently debating. CXO remains confident in the ability to generate differentiated FCF, but this will likely be questioned until there is better visibility on execution. We are modeling 10-12% production growth in 2020 with capital spending at $3.0-3.1 billion. This assumes CXO ramps back up to 27 rigs and maintains that activity pace through the year. Early 2020 benefits from a well backlog that is carried over from the prior year activity. Under our $62/bbl (WTI) price outlook, this results in $600 million of FCF. At strip prices, our model shows FCF closer to $400 million in FCF during 2020.

**Reducing price target by $5/share to $140.** We trimmed our price target reflecting the lower cash flow outlook over our 2019-2021 forecast period (our 2021 estimates are newly introduced).

**2Q19 Recap.** Recurring EPS/CFPS of $0.69/$3.35 was slightly below our $0.70/$3.44 estimates. Production of 329 Mboe/d (206 Mb/d oil) compared to our 321 Mboe/d (208 Mb/d oil) model and above the company's 316-322 Mboe/d guidance range. Capital spending of $785 million was spot-on to our $785 million forecast.

## Outperform

NYSE: CXO; USD 97.68

## Price Target USD 140.00 ↓ 145.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

## Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 80.00 | 97.68 | 140.00 | 155.00 |
| | ↓ 18% | | ↑ 44% | ↑ 59% |

*Implied Total Returns

## Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 200.6 | Market Cap (MM): | 19,594 |
| Dividend: | 0.50 | Yield: | 0.5% |
| Debt to Cap: | 21% | Tr. 12 ROE: | 4.21% |
| | | Avg. Daily Volume: | 1,531,209 |
| | | 3-Yr. Est. EPS Growth: | 8.00% |

## RBC Estimates

| FY Dec | 2018A | 2019E | 2020E | 2021E |
| --- | --- | --- | --- | --- |
| **EPS, Ops Diluted** | 4.53 | 2.91 | 5.21 | 7.82 |
| Prev. | | 3.68 | 6.77 | |
| **P/E** | 21.6x | 33.6x | 18.7x | 12.5x |
| **CFPS Diluted** | 14.91 | 14.09 | 18.43 | 23.37 |
| Prev. | | 15.16 | 20.72 | |
| **P/CFPS** | 6.6x | 6.9x | 5.3x | 4.2x |

| **EPS, Ops Diluted** | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2018 | 1.00A | 1.24A | 1.42A | 0.94A |
| 2019 | 0.72A | 0.69A | 0.54E | 0.95E |
| Prev. | | 0.70E | 0.89E | 1.35E |
| 2020 | 1.23E | 1.11E | 1.33E | 1.54E |
| Prev. | 1.64E | 1.54E | 1.76E | 1.83E |
| **CFPS Diluted** | | | | |
| 2018 | 3.63A | 3.79A | 4.00A | 3.49A |
| 2019 | 3.52A | 3.35A | 3.30E | 3.92E |
| Prev. | | 3.44E | 3.75E | 4.45E |
| 2020 | 4.34E | 4.30E | 4.71E | 5.07E |
| Prev. | 4.92E | 4.91E | 5.34E | 5.54E |

All values in USD unless otherwise noted.

Disseminated: Aug 1, 2019 00:45ET; Produced: Aug 1, 2019 00:06ET

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 5.**

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



## Target/Upside/Downside Scenarios

### Exhibit 1: Concho Resources Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case
Our $140/share price target reflects a 15% discount to our NAV. Our base $160/share NAV is a risked assessment of 3P reserves using the long-term RBC commodity price outlook of $70/$2.75. We haircut identified locations based on company/industry results, geology, and conservatism. This reduces horz drilling locations by 25–30% and vertical drilling locations by 50%.

### Upside scenario
Our $155/share upside scenario assumes better well performance, more success in its multiple resource formations and exploratory acreage, and slightly stronger commodity prices.

### Downside scenario
Our $80/share downside scenario further haircuts the identified inventory assuming less successful drilling and EURs. Additionally, we utilize a weaker commodity price scenario.

## Investment summary
**We believe that CXO shares should outperform the peer group over the next 12 months.** CXO has strong upside to production growth driven by an abundant inventory of potential drilling locations. The company has identified 26,000 locations that provide around 12.2 Bboe of resource potential on its asset base. The company estimates 60% of its inventory is premium which provides 30+ years life at the current development pace.

**Financial liquidity is strong.** The company has over $1.5 billion of financial liquidity. We think CXO will achieve strong organic growth while maintaining debt metrics below 1.5x debt-to-EBITDA through 2019. Select monetizations could further strengthen the balance sheet.

**Core activity should generate industry-leading returns, margins, and growth.** CXO has a well-established asset base and is one of the largest producers and the most active operator in the Permian Basin. We think this scale provides significant advantages over its peers.

## Potential catalysts
- **Synergy realization.** The company estimates total synergies of $2 billion from the RSPP acquisition. Demonstration of the operational gains could unlock additional value.
- **Manufacturing mode.** Gains from economies of scale from multi-well pad drilling and large-scale projects.
- **Delaware Basin.** In the Northern Delaware, ongoing completion design optimization, and downspacing tests in the oily Avalon and Second Bone Spring. In the Southern Delaware well spacing optimization, field development patterns, and completion designs.
- **Midland Basin.** Enhancing completion designs to target the Wolfcamp and Spraberry zones, along with increasing average lateral length and optimizing well spacing.
- **Active portfolio management.** CXO has decades of inventory depth, a portion of which is non-core. The sale of this acreage, which we think could include the New Mexico Shelf and a portion of the Southern Delaware Basin could accelerate the realization of its value.

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



## Valuation

- Our $140/share price target is based on a 15% discount to our estimated NAV of $160/share; we expect the peer group to trade at a 15-25% discount to NAV, on average.
- Our target implies an 8.0x multiple of 2020E EBITDA, which is above the 6.5x peer average. We think a premium multiple is warranted given the slightly higher growth rates within cash flow over the next few years.
- Our price target along with the NAV upside opportunity supports our Outperform rating.

## Risks to rating and price target

- The most significant risk to our price target and rating is unexpected changes in commodity prices.
- The ability to replace production and reserves in a cost-effective manner on a per share basis also poses a risk to investors.
- The valuation of oil and gas assets is subject to risk with respect to reservoir performance, including production rates and expected recovery factors.
- Future growth and value will be predicted on success of new horizontal drilling opportunities in the Permian Basin.

## Company description

Concho Resources is an independent oil & natural gas company engaged in the acquisition, exploitation, and production activities. The company's assets are concentrated in the Permian Basin (Texas and New Mexico). The company's corporate headquarters are located in Midland, Texas.

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



Oil & Gas Exploration & Production
Concho Resources Inc.

Scott Hanold, CPA | scott.hanold@rbccm.com | (512) 708-6354

| PRICING & PRODUCTION | 2019 Quarterly Results | | | | 2020 Quarterly Results | | | | Annual Results | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q19 | 2Q19 | 3Q19e | 4Q19e | 1Q20e | 2Q20e | 3Q20e | 4Q20e | 2018 | 2019e | 2020e | 2021e |
| Natural Gas Benchmark (HH; $/Mcf) | $2.92 | $2.56 | $2.45 | $2.65 | $2.75 | $2.50 | $2.50 | $2.75 | $3.16 | $2.64 | $2.63 | $2.65 |
| Crude Oil Benchmark (WTI; $/bbl) | $54.85 | $59.84 | $62.00 | $64.00 | $59.00 | $62.00 | $65.00 | $61.00 | $64.86 | $60.20 | $61.76 | $65.50 |
| **Production Volumes (Sales)** | | | | | | | | | | | | |
| Natural Gas (MMcfe/d) | 709 | 737 | 727 | 712 | 732 | 760 | 785 | 817 | 571 | 721 | 774 | 882 |
| Crude Oil & Condensate (Mbbl/d) | 210 | 206 | 202 | 216 | 224 | 230 | 238 | 245 | 168 | 208 | 234 | 262 |
| **Total Production (Mboe/d)** | 328 | 329 | 323 | 334 | 346 | 357 | 369 | 381 | 263 | 329 | 363 | 409 |
| **Sequential Change** | 7% | 0% | -2% | 3% | 3% | 3% | 3% | 3% | 36% | 25% | 10% | 13% |
| % Natural Gas & NGLs | 36% | 37% | 38% | 36% | 35% | 36% | 36% | 36% | 36% | 37% | 36% | 36% |
| % Crude Oil & Condensate | 64% | 63% | 62% | 65% | 65% | 65% | 65% | 64% | 64% | 63% | 64% | 64% |
| **Commodity Price Realizations** | | | | | | | | | | | | |
| Natural Gas & NGLs ($/Mcfe) | $2.59 | $1.22 | $1.56 | $2.34 | $2.28 | $2.08 | $2.21 | $2.69 | $3.37 | $1.92 | $2.32 | $2.99 |
| Crude Oil & Condensate ($/bbl) | $49.56 | $53.15 | $52.17 | $53.94 | $57.12 | $56.15 | $57.94 | $58.37 | $52.73 | $52.22 | $57.42 | $61.66 |
| **EARNINGS & CASH FLOW** | **1Q19** | **2Q19** | **3Q19e** | **4Q19e** | **1Q20e** | **2Q20e** | **3Q20e** | **4Q20e** | **2018** | **2019e** | **2020e** | **2021e** |
| Oil & Gas Revenues (net) | $1,108 | $1,088 | $1,077 | $1,226 | $1,319 | $1,323 | $1,430 | $1,519 | $3,949 | $4,499 | $5,590 | $6,868 |
| Operating Costs & Production Taxes | $286 | $294 | $303 | $326 | $332 | $343 | $365 | $378 | $950 | $1,209 | $1,418 | $1,648 |
| Exploration Expense | 17 | 17 | 13 | 13 | 14 | 14 | 15 | 15 | 44 | 60 | 57 | 63 |
| Depletion, Depreciation, & Amortization | 468 | 480 | 485 | 504 | 518 | 536 | 562 | 582 | 1,488 | 1,937 | 2,197 | 2,528 |
| General & Administrative | 91 | 88 | 91 | 94 | 96 | 99 | 102 | 105 | 311 | 364 | 403 | 449 |
| **Net Operating Income** | **$246** | **$209** | **$185** | **$289** | **$360** | **$331** | **$386** | **$437** | **$1,156** | **$929** | **$1,514** | **$2,181** |
| Interest Expense | $47 | $48 | $48 | $48 | $47 | $46 | $46 | $45 | $149 | $192 | $185 | $182 |
| Marketing, Midstream & Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pref Div / Minority / Equity Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Items | 1,088 | 311 | 0 | 0 | 0 | 0 | 0 | 0 | (1,914) | 1,399 | 0 | 0 |
| Income Tax Expense | (194) | (53) | 30 | 52 | 67 | 61 | 73 | 84 | 635 | (166) | 286 | 430 |
| **Reported Net Income** | **($695)** | **($97)** | **$108** | **$189** | **$245** | **$223** | **$267** | **$308** | **$2,286** | **($496)** | **$1,043** | **$1,570** |
| **Adjusted Net Income** | **$144** | **$139** | **$108** | **$189** | **$245** | **$223** | **$267** | **$308** | **$792** | **$579** | **$1,043** | **$1,570** |
| Reported EPS | ($3.48) | ($0.49) | $0.54 | $0.95 | $1.23 | $1.11 | $1.33 | $1.54 | $13.25 | ($2.48) | $5.21 | $7.82 |
| **Adjusted EPS** | **$0.72** | **$0.69** | **$0.54** | **$0.95** | **$1.23** | **$1.11** | **$1.33** | **$1.54** | **$4.53** | **$2.91** | **$5.21** | **$7.82** |
| **DCFPS** | **$3.52** | **$3.35** | **$3.30** | **$3.92** | **$4.34** | **$4.30** | **$4.71** | **$5.07** | **$14.91** | **$14.09** | **$18.43** | **$23.37** |
| **EBITDA** | **$755** | **$717** | **$705** | **$829** | **$915** | **$905** | **$987** | **$1,061** | **$2,742** | **$3,007** | **$3,868** | **$4,883** |
| Diluted Shares Outstanding | 199 | 199 | 199 | 199 | 200 | 200 | 200 | 200 | 171 | 199 | 200 | 200 |
| **OPERATING MARGINS ($/BOE)** | **1Q19** | **2Q19** | **3Q19e** | **4Q19e** | **1Q20e** | **2Q20e** | **3Q20e** | **4Q20e** | **2018** | **2019e** | **2020e** | **2021e** |
| Pre-Hedge Revenue | $37.33 | $37.68 | $39.70 | $44.36 | $43.08 | $42.91 | $45.22 | $45.15 | $43.27 | $39.81 | $44.13 | $46.84 |
| Net (Loss) / Gain on Hedges | 0.00 | (1.66) | (3.59) | (4.60) | (1.28) | (2.27) | (3.15) | (1.89) | (2.31) | (2.48) | (2.16) | (0.90) |
| Cash Operating Costs | (9.67) | (9.83) | (10.20) | (10.60) | (10.54) | (10.56) | (10.77) | (10.80) | (9.90) | (10.08) | (10.67) | (11.04) |
| General & Administrative | (2.27) | (2.17) | (2.29) | (2.30) | (2.30) | (2.30) | (2.27) | (2.26) | (2.39) | (2.26) | (2.28) | (2.26) |
| **Gross Margin** | **$25.39** | **$24.01** | **$23.62** | **$26.87** | **$28.96** | **$27.78** | **$29.03** | **$30.20** | **$28.68** | **$24.99** | **$29.02** | **$32.64** |
| Non-Cash DD&A | (15.83) | (16.05) | (16.32) | (16.38) | (16.44) | (16.50) | (16.56) | (16.62) | (15.50) | (16.15) | (16.53) | (16.94) |
| **Operating Margin** | **$9.56** | **$7.96** | **$7.30** | **$10.49** | **$12.52** | **$11.28** | **$12.47** | **$13.58** | **$13.17** | **$8.84** | **$12.48** | **$15.70** |
| **FREE CASH FLOW & LEVERAGE** | **1Q19** | **2Q19** | **3Q19e** | **4Q19e** | **1Q20e** | **2Q20e** | **3Q20e** | **4Q20e** | **2018** | **2019e** | **2020e** | **2021e** |
| **Free Cash Flow** | | | | | | | | | | | | |
| Discretionary Cash Flow | $701 | $668 | $658 | $781 | $867 | $858 | $941 | $1,015 | $2,554 | $2,807 | $3,680 | $4,680 |
| Exploration & Development CAPEX | 926 | 785 | 639 | 630 | 703 | 761 | 795 | 815 | 2,638 | 2,980 | 3,075 | 3,500 |
| **Free Cash Flow** | **($225)** | **($117)** | **$19** | **$151** | **$164** | **$98** | **$146** | **$199** | **($84)** | **($173)** | **$606** | **$1,179** |
| **Drilling CAPEX / Cash Flow Ratio** | **1.3x** | **1.2x** | **1.0x** | **0.8x** | **0.8x** | **0.9x** | **0.8x** | **0.8x** | **1.0x** | **1.1x** | **0.8x** | **0.7x** |
| **Leverage** | | | | | | | | | | | | |
| Cash & Equivalents | $0 | $0 | $19 | $21 | $9 | $7 | $54 | $229 | $0 | $21 | $229 | $1,308 |
| Total Debt | 4,567 | 4,350 | 4,375 | 4,250 | 4,100 | 4,025 | 3,952 | 3,952 | 4,194 | 4,250 | 3,952 | 3,952 |
| **Net Debt** | **$4,567** | **$4,350** | **$4,356** | **$4,229** | **$4,091** | **$4,018** | **$3,898** | **$3,723** | **$4,194** | **$4,229** | **$3,723** | **$2,644** |
| Net Debt / EBITDA (ttm) | 1.6x | 1.4x | 1.5x | 1.4x | 1.3x | 1.2x | 1.1x | 1.0x | 1.5x | 1.4x | 1.0x | 0.5x |
| EBITDA / Interest Expense | 16.1x | 14.9x | 14.8x | 17.3x | 19.4x | 19.5x | 21.5x | 23.3x | 18.4x | 15.7x | 20.9x | 26.7x |
| Net Debt / Book Capital | 22.6% | 21.5% | 21.4% | 20.8% | 20.1% | 19.6% | 19.0% | 18.1% | 18.1% | 20.8% | 18.1% | 13.3% |
| **Credit Facility (Size)** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** | **$3,000** |
| Bank Commitments | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Amount Drawn | 615 | 398 | 423 | 298 | 148 | 73 | 0 | 0 | 242 | 298 | 0 | 0 |
| **Net Credit Facility Availability** | **$1,385** | **$1,602** | **$1,577** | **$1,702** | **$1,852** | **$1,927** | **$2,000** | **$2,000** | **$1,758** | **$1,702** | **$2,000** | **$2,000** |

*Source: RBC Capital Markets Estimates & Company Reports*                                                                    *Financial Values in US $MM's*

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for Concho Resources Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from Concho Resources Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of Concho Resources Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Concho Resources Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to Concho Resources Inc..

RBC Capital Markets is currently providing Concho Resources Inc. with non-securities services.

RBC Capital Markets has provided Concho Resources Inc. with investment banking services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

August 1, 2019

**Scott Hanold,**  (512) 708-6354; scott.hanold@rbccm.com    5

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/ Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| **RBC Capital Markets, Equity Research** | | | | |
| **As of 30-Jun-2019** | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 772 | 53.57 | 215 | 27.85 |
| HOLD [Sector Perform] | 588 | 40.80 | 114 | 19.39 |
| SELL [Underperform] | 81 | 5.62 | 2 | 2.47 |



Rating and price target history for: Concho Resources Inc., CXO US as of 30-Jul-2019 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage;
NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Concho Resources Inc.**

**Valuation**

- Our $140/share price target is based on a 15% discount to our estimated NAV of $160/share; we expect the peer group to trade at a 15-25% discount to NAV, on average.

August 1, 2019                                   **Scott Hanold,** (512) 708-6354; scott.hanold@rbccm.com    6

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP

- Our target implies an 8.0x multiple of 2020E EBITDA, which is above the 6.5x peer average. We think a premium multiple is warranted given the slightly higher growth rates within cash flow over the next few years.
- Our price target along with the NAV upside opportunity supports our Outperform rating.

**Risks to rating and price target**

- The most significant risk to our price target and rating is unexpected changes in commodity prices.
- The ability to replace production and reserves in a cost-effective manner on a per share basis also poses a risk to investors.
- The valuation of oil and gas assets is subject to risk with respect to reservoir performance, including production rates and expected recovery factors.
- Future growth and value will be predicted on success of new horizontal drilling opportunities in the Permian Basin.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

August 1, 2019                                                                 **Scott Hanold,**  (512) 708-6354; scott.hanold@rbccm.com   7

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

August 1, 2019    **Scott Hanold,**  (512) 708-6354; scott.hanold@rbccm.com    8

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP



**Oil & Gas Exploration & Production**
**Concho Resources Inc.**

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2019 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2019 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2019
Copyright © Royal Bank of Canada 2019
All rights reserved

August 1, 2019

**Scott Hanold,** (512) 708-6354; scott.hanold@rbccm.com     9

For the exclusive use of Nate Donlon (ndonlon@labaton.com) at Labaton Sucharow LLP