# EXHIBIT 64

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC WEINER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cv-01469 |
| TIVITY HEALTH, INC., DONATO TRAMUTO,  GLENN HARGREAVES and ADAM HOLLAND, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Motion to Certify

Class (Doc. No. 81) filed by the Oklahoma Firefighters Pension and Retirement System is hereby

**GRANTED**.

The Court **CERTIFIES** a Class consisting of all those who purchased or otherwise acquired

Tivity common stock between March 6, 2017 and November 6, 2017, inclusive.[1] The Court

**APPOINTS** Oklahoma Firefighters Pension and Retirement System as Class Representative, and

Cohen Milstein Sellers & Toll PLLC as Class Counsel.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Excluded from the Class are Defendants Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves, Adam Holland, the officers and directors of Tivity during the relevant period, as well as member of their immediate families and their legal representatives, heirs, successors or assigns.