# EXHIBIT 69

<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Civil Action No. 19-8237 (SDW) (AME)<br><br>**ORDER**<br><br>February 28, 2022 |

**THIS MATTER** having come before this Court upon Lead Plaintiff Conduent Institutional Investor Group's ("Lead Plaintiff") Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23, (D.E. 76), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated February 28, 2022,

**IT IS** on this 28th day of February 2022,

**ORDERED** that Lead Plaintiff's Motion for Class Certification is **GRANTED** and Lead Plaintiff's proposed Class is certified,[1]

**ORDERED** that Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W. are appointed as Class Representatives,

**ORDERED** that Bernstein Liebhard LLP and Thornton Law Firm LLP are appointed as Class Counsel,

---

[1] The Court certifies the following Class: All persons who purchased Conduent Inc. common stock on the open market on a United States stock exchange between February 21, 2018 and November 6, 2018, inclusive (the "Class Period"), and who were damaged thereby. Excluded from the Class are (1) Conduent, Inc. and its officers, directors, employees, affiliates, legal representatives, predecessors, successors and assigns, and any entity in which any of them have a controlling interest or are a parent; and (2) Defendants, their immediate families, employees, affiliates, legal representatives, heirs, predecessors, successors and assigns, and any entity in which any of them has a controlling interest.

**ORDERED** that the Court's Opinion shall be filed under temporary seal because the parties filed certain unredacted motion papers under seal,

**ORDERED** that the parties may file a joint motion to seal within 14 days if they seek to redact any portions of this Court's Opinion,

**ORDERED** that the Clerk of Court shall terminate the motion at D.E. 76, and

**ORDERED** that the Clerk of Court shall unseal this Court's Opinion after 14 days if the parties do not file an appropriate motion to seal.

**SO ORDERED**.

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:      Clerk
cc:        André M. Espinosa, U.S.M.J.
           Parties