# EXHIBIT 73
# (part 3)

Phenyx's example, 298f
private, difficult to interpret, 296–297, 297e
public, easily interpretable, 296e
information, investors and
informed vs. uninformed investors, 440–441
rational expectations, 441–442
review, 467
review problems, 470
information, market prices and, 295e
information accuracy, Sarbanes-Oxley Act (SOX) and, 972
information nodes, on decision trees, **775**
informational cascade effect, herd behavior and, **447**
initial public offerings (IPOs)
advantages/disadvantages of going public, 813
auction pricing, 814e
cost of, 824–825
cyclicality of, 823–824, 823f
defined, **812**
global/international (2008–2009), 824b
Google IPO, 815b
international comparison of first-day returns, 822t
investors and winner's curse, 822e
issuance costs, 825f
largest in U.S., 813t
overview of, 812
prospectus (RealNetworks), 817f
puzzles, 820–821
review, 829
review problems, 832–833
SEC filings, 817–817
setting price and managing risk, 819–820
types of offerings, 813–815
underperformance in long-run, 825–826
underpricing, 820, 822
underwriters and syndicates and, 815–816
by U.S. issuers, 816t
valuing, 817–818
valuing using comparables, 818e
worldwide deals (2008–2009), 824b
Inselbag, I., 661
inside directors, **963**
insider trading
corporate governance and, 975–976
defined, **975**
Martha Stewart and ImClone, 976b
institutional investors, as source of equity capital, 809
insurance
costs of, 990–991
decisions regarding, 992
distress and issuance costs avoided by use of, 989e

policy limits and adverse selection, 991–992e
pricing and CAPM, 988e
pricing in perfect market, 986–987
review, 1018–1019
review problems, 1021–1022
risk and, 329, 986
value or benefits of, 988–990
insurance premiums
actuarially fair, 987
defined, **986**
hurricanes and, n. 987
intangible assets, as long-term asset, **25**
INTERCEPT( ) function, Excel, n. 410
interest (*Int*)
composition over time, 100f
incremental earnings forecast and, 236
as percentage of EBIT for S&P 500 firms, 531f
tax deductions for payments, 509–511
tax rate on interest income ($\tau_i$), 604
tax saving and, 529f
interest coverage ratio
computing, 39e
overview of, **38**–39
summary of, 45t
interest payments
Avco example, 634e
for fixed debt structure (Avco RFX project), 646t
planned debt (Ideko example) and, 679t
tax deductions for, 509–511
interest rate (*r*)
after-tax interest rates, 157–158
annual percentage rate (APR), 144–146
bond prices and, 178–181, 179–180e
CAPM with differing rates for saving and borrowing, 398–399
comparing short- and long-term rates, 155e
comparing with inflation rates (1963–2012), 149f
compounding and, 100–101
computing loan balance, 147e
computing loan payments, 146–147
determining, 152, 164–165
determining from bond prices, 74–75
discounting continuous cash flows, 167–168
effective annual rate (EAR), 142–143, 143e
example problems, 161–166
as exchange rate across time, 63–65, 65e
expectations, 153, 155
on five year loans for various borrowers, 156f
forward interest rates, 201
interest rate policy and investments, 149–150

opportunity cost of capital and, 158–159
overview of, 141
real and nominal, 148–149
recessions and, 153f
review, 160–161
risk and, 156–157
risk-free. *see* risk-free interest rate ($r_f$)
spot interest rates, 172
time value of money and, 63
yield curve and discount rates, 150–152
interest rate factor, **64**
interest rate forward contract, **201**
interest rate risk
duration as measure of, 1009–1011, 1010e
duration-based hedging, 1011–1014
duration-based hedging (Savings and Loan example), 1012t, 1014t
estimating using duration, 1011e
overview of, 1009
review, 1020
review problems, 1024–1025
Savings and Loan crisis and, 1016b
swap-based hedging, 1014–1018, 1015t
trade-offs between long and short term borrowing, 1017t
using interest rate swaps, 1017e
using swaps to immunize a portfolio, 1018e
interest rate swaps
changing duration with, 1018
combining with standard loans, 1016–1017
defined, **1015**
immunizing the portfolio with, 1018e
interest rate risk and, 1015t
overview of, 1014–1016
Savings and Loan crisis, 1016b
using, 1017e
interest tax shield
in analysis of benefit of recapitalization, 518–519
Avco example, 634e
computing, 510e
deductions, 509–511
defined, **510**
determining actual tax advantage of debt, 523–524
discounting with period adjustments, 653f
estimating with personal taxes, 522e
for fixed debt structure (Avco RFX project), 646t
including personal taxes in, 519–522
pizza analogy applied to taxes and debt, 513b

1084    Index

interest tax shield (*continued*)
  recapitalization to capture, 516–518
  review, 532–533
  review problems, 534–536
  valuing for Avco RFX project, 634–635
  valuing generally, 511–512
  valuing with permanent debt, 512–513
  valuing with personal taxes, 522
  valuing with target debt-equity ratio, 514–515, 515–516*e*
  valuing without risk, 512*e*
  WACC method and, 628
internal rate of return (IRR)
  break-even and, 252
  computing, 207–208
  computing for annuity, 128–129*e*
  computing for perpetuity, 126–127*e*
  defined, **126**
  example problems, 137
  Excel's IRR function, 129*b*
  IRR investment rule compared with, 214*b*
  project financing and, 221*b*
  valuing investments, 697–698
  valuing investments (HomeNet), 252–253*t*
  valuing investments (Ideko Corp.), 698*t*
internal rate of return (IRR) investment rule
  applying to investment decisions, 210
  pitfalls, 210–214
  problems with, 213*e*
international corporate finance
  capital budgeting with exchange risk, 1037–1039
  differential access to markets, 1034–1035
  expected foreign free cash flows (Ityesi project), 1029–1030*t*
  free cash flows (FCFs) in dollars (Ityesi project), 1039*t*
  free cash flows (FCFs) in pounds (Ityesi project), 1038*t*
  implications of segmented capital markets, 1036
  integrated capital markets, 1027–1028
  internationalizing cost of capital, 1032*e*
  Law of One Price as robustness check, 1031–1032
  macro-level distortions causing segmented capital markets, 1035–1036
  market value balance sheet and cost of capital (Ityesi project), 1031*t*
  multiple projects with deferred repatriation of earnings, 1033–1034
  overview of, 1026
  present values and integrated capital markets, 1028*e*
  review, 1040–1041
  review problems, 1042–1044

risky government bonds, 1035*e*
segmented capital markets, 1034
single project with immediate repatriation of earnings, 1033
taxation based on repatriated earnings, 1032–1033
valuation of foreign currency cash flows, 1028–1029
valuing foreign acquisitions in segmented market, 1036–1037*e*
WACC method applied to valuing foreign project, 1029–1031
internationally integrated capital markets
  defined, **1028**
  overview of, 1027–1028
  review, 1040
  review problems, 1042
internationally segmented capital markets. *see* segmented capital markets
in-the-money, **709**, 798
intrinsic value, of options, **721**
inventory
  adjusting for changes in working capital, 32
  benefits of holding, 897
  as collateral for secured loans, 922–924
  costs of holding, 897–898
  as current asset, **25**
  managing, 896–897
  review, 901
  review problems, 905
  warehouse financing, 923*e*
inventory days
  cash conversion cycle (CCC), 887, 888*t*
  working capital ratios, **38**
inventory turnover, working capital ratios, **38**
investment decision rules
  alternatives to NPV rule, 208, 216*b*
  computing NPV profile and IRR, 207–208
  evaluating projects with different resource requirements, 221–222
  incremental IRR rule, 218–221
  IRR rule, 210, 217–218
  IRR rule pitfalls, 210–214
  NPV rule, 207, 216–217
  overview of, 206
  payback rule, 214–215
  payback rule pitfalls, 215
  profitability index, 222–224
  profitability index pitfalls, 224
  review, 224–225
  review problems, 225–231
investment-grade bonds, 187*t*, **188**
investment horizon, effective dividend tax rate and, 598
investments (*I*)
  borrowing for, 371

choosing among alternatives, 205
cost of capital in decision making, 95
discount factors and rates and, 65
dividends vs., 277–280
financial managers role in, 9
in foreign project, 1026
historical value of investment in stocks, bonds, and bills, 314–315*f*
identifying with similar risk, 401
interest rate policy and, 149–150
liquid, **14**
long and short positions, 366
market value of ($MV_i$), 402
money market investments, 900*t*
net present value (*NPV*) of, 107–108*e*, 479
optimizing based on capital market line (CML), 380–381
option to delay, 783*b*
present value vs. future value, 65
reduction of wasteful, 560–561
required returns, 377*e*, 378*t*
in risk-free securities, 371–372
separating from financing, 76*e*
short-term alternatives to cash, 899–901
staged opportunity, 786*f*
start-up decision for investing in drug, 784*f*
statement of cash flows showing investment activity, 32
investments, real options
  analysis of investment (electric car dealership), 777*f*
  applying to multiple projects, 789–790
  Black-Scholes formula applied to, 778*t*
  CAPM and future investment options, n. 782
  comparing mutually exclusive investments with different lives, 790–791
  decision to wait, 781–782*e*
  factors in timing, 780–781, 780*f*
  firm risk and, 782–783
  global/international finance and, 783*b*
  option to delay, 777
  review, 799
  review problems, 801–802
  staging investment opportunity, 786*f*
  staging mutually dependent investments, 791–794, 794*e*
  start-up decision for investing in drug, 784*f*
  value of delaying, 798
  viewed as call option, 777–780
investments, valuing
  APV valuation of equity, 695–696
  discounted cash flow approach to continuation value, 693–695

discounted cash flow (DCF) approach, 692
IRR and cash multiples applied, 697–698
multiples approach to comparing valuation with closes competitors, 696–697
investments, valuing
multiples approach to continuation value, 692–693
review, 700–701
value in one year, 64
value today, 64–65
investor behavior
Clements on, 450*b*
disposition effect, 445–446
excessive trading and overconfidence, 443–444
herd behavior, 447
implications of behavioral biases, 447–448
investor attention, mood, and experience, 446–447
market prices and, 445
review, 466
review problems, 470–471
underdiversification and portfolio biases, 442–443
Investor Responsibility Research Center (IRRC), 970–971
investors
after-tax cash flows from EBIT, 520*f*
CAPM assumptions and, 379
dividend-discount model applied to multiyear investors, 275–276
dividend-discount model applied to one-year investors, 272–273
dividend policy preferences compared by investor groups, 600*t*
dividend vs. share repurchase preferences, 590
fund manager returns to, 451–452
informed vs. uninformed, 440–441
paying taxes on dividends and capital gains, 519
rational expectations, 441–442
return vs. portfolio turnover, 444*f*
reviewing history of (86 years), 313–315
stock valuation and, 297–298
systematic trading biases. *see* systematic trading biases
type of investor as factor in effective dividend tax rate, 598
winner's curse and, 822*e*
invoice price, coupon bonds, **179**
IPOs. *see* initial public offerings (IPOs)
IRR function, Excel, 129*b*
IRRC (Investor Responsibility Research Center), 970–971

IRS
distinguishing between true tax leases and non-tax leases, 868–869
investigation of back dating, 967
mitigation of tax benefits due to mergers, 937
iShares, 405*b*
Ishii, J., n. 971
Israel, R., n. 562
issuance costs
financial securities, 648, 648*t*, 825*f*
financing and, 666
reduced by use of insurance, 989, 989*e*
SEOs, 829
Ittelson, T. R., 51

**J**
Jacobson, L., n. 546
Jagannathan, M., 619
Jagannathan, R., n. 460, 469, n. 600, n. 782, 818
Jarrell, G., 534, n. 611, 949, n. 949
Jarrow, R., 769, 831
Jegadeesh, N., n. 458, 469
Jenkinson, T., 831
Jensen, M., 18, n. 410, n. 554, n. 560, n. 561, n. 933, n. 940, n. 966
Jensen's alpha, n. 410
Jenter, D., n. 559
JIT ("just-in-time") inventory management, **898**
Johnson, B., 51
Johnson, H., n. 878
Johnson, R., 882
Johnson, S., n. 558, n. 979
Ju, N., 575
Julio, B., n. 596
junk bonds
defined, **188**
Hertz issues in 2005, 840*t*
offering memorandum for Hertz junk bond, 838*f*
Jurgens, R., n. 545
Justice Department
investigation of back dating, 967
penalties for insider trading, 976
"just-in-time" (JIT) inventory management, **898**

**K**
*K*, strike (exercise) price (*K*)
Kahan, M., n. 955
Kahle, K., 619, 831
Kahneman, D., 445–446, n. 445
Kalay, A., n. 546, n. 600, n. 601
Kallberg, J., 925
Kamath, R., 534
Kanatas, G., n. 446
Kane, A., 194, 344
Kaniel, R., n. 442, n. 447

Kaplan, S., 302, n. 635, 831, 958
Kaufold, H., 661
Kedia, S., n. 967
Kehring, Douglas, 293*b*
keiretsu, 980, 981
Keloharju, M., n. 444
key personnel insurance, **986**
Kim, E., 534, n. 933
Kim, S. H., 225
King, M., 534
Klein, B., n. 878
Knez, P., n. 434
Kohlhagen, S., n. 1008
Koller, T., 302, 661, 701
Korajczyk, R., n. 569
Korteweg, A., n. 563, 575
Korwar, A., n. 569
Koski, J., 598*e*, n. 600, 1021
Kosowski, A., n. 452
Kothari, S., 427, 1021
Koziol, C., 856
Kraakman, R., n. 979
Kremer, I., n. 442, n. 447
Krigman, L., n. 610, 619
Kroger, John R., n. 46
Kruse, T., n. 545
Kulatilaka, N., 800

**L**
La Porta, R., 19, 534, n. 977, n. 979
Lai, K., n. 829
Lakonishok, J., n. 611, n. 614
LaLonde, R., n. 546
Lang, M., 532*b*, n. 756*b*
large portfolios
diversification of equally weighted portfolio, 360–361
diversification of portfolio with arbitrary weights, 362
overview of, 359
variance of, 359
volatility of, 387, 391–392
Larker, D., 19
Latham, M., 405*b*
Lauricella, T., n. 437
Lawless, R., n. 544
Law of One Price
arbitrage and, **71**
capital structure and, 477
CAPM and, 382
forward exchange rate and, 1002–1004
method of comparables and, 288
MM (Modigliani-Miller) and, 483
overview of, **71**
perfect capital markets and, 478
risk and, 311
risk-free interest rate equals yield to maturity on bonds, 171
as robustness check, 1031–1032
time value of money and, 95

Law of One Price (*continued*)
    valuation and, 60
    value additivity and, 77*b*
    valuing bonds, 169, 171, 181–182,
        184–185
    valuing options, 740
    valuing portfolios, 76–77
    valuing securities, 72–75
LBOs. *see* leveraged buyouts (LBOs)
Leach, J., n. 610, 619
lead underwriter, **815**
Leary, M., n. 570
Lease, R., n. 544, 882
lease-equivalent loans, **873**
leases
    accounting practices for, 866–867
    balance sheets and, 866–867*e*
    bankruptcy and, 869–870
    borrow vs., 873–875, 874*t*
    buy vs., 871*t*, 872–873
    calculating payments (auto lease), 863*b*
    cash flows for true tax lease, 871–872
    end-of-term options, 863–865,
        864–865*e*
    evaluating non-tax lease, 876
    evaluating terms of, 875–876*e*
    evaluating true tax lease, 875–876
    invalid (suspect) arguments for,
        879–880
    non-tax lease vs. standard loan, 876*e*
    operating lease, 867*b*, 868*e*
    overview of, 859–860
    payments and residual values, 861
    provisions, 865
    review, 880–881
    review problems, 882–884
    synthetic lease, 870*b*
    taxes and, 868–869
    terms in perfect market, 861–862*e*
    types of lease transactions, 860
    valid arguments for, 877–879, 877*e*
    vs. loans, 862–863
    what counts as debt, 639*b*
Lee, I., n. 648, n. 825*f*
Lee, Y., n. 445, n. 454, 902
Legg Mason Value Trust, 437, 452
Lehn, K., 968, n. 968
Leinweber, D., n. 456
Leland, H., n. 566, 575, 769
Lemmon, M., 575, n. 968
lemons principle, **566**, 566–568
lenders, as outside monitor of
        corporations, 965
Leone, M., n. 921
Lerner, L., 808, n. 808, 831
lessee
    accounting practices for, 866
    decisions, 870
    defined, **860**
    end-of-term options, 863–864

invalid (suspect) arguments for leasing,
        879–880
    lease provisions, 865
    lease terms in perfect market, 861*e*
    in lease transactions, 860–861
    lease vs. borrow, 873
    non-tax lease and, 876
    operating vs. capital leases, 868*e*
    true tax lease and, 868–869
    valid arguments for leasing, 877–879
lessor
    accounting practices for, n. 866
    bankruptcy and, 869
    defined, **860**
    end-of-term options, 863–864, 864*e*
    evaluating lease terms, 875*e*
    invalid (suspect) arguments for leasing,
        879–880
    lease payments and residual values, 861
    in lease transactions, 860
    lease vs. buy, 872
    synthetic leases and, 870*b*
    true leases and, 869
    true tax lease and, 868–869
    trusts as, 867*b*
    valid arguments for leasing, 877–879
Lev, B., n. 614
leverage
    agency costs of, 556, 556–557*e*
    APV method applied to, 664–666,
        672–673
    betas and, 493*e*
    changing capital structures by levering
        up, 679–680
    cost of capital and, 654–655
    as credible signal, 565–566
    debt and equity with/without leverage,
        549*t*
    debt vs. risk and, 550
    default risk and (Armin Industries
        example), 540–541
    dividends and share repurchase
        compared with, 606
    earnings per share (EPS) and, 495–497,
        496*f*
    equity cost of capital and, 482*e*,
        488–489
    financial crisis and appeal of, 562*b*
    free cash flows (FCFs) and, 686*e*
    FTE method with changing leverage,
        655–657
    homemade, 483–485, 484*t*, 485*e*
    income with and without leverage
        (Macy's), 509*t*
    incremental leverage of projects,
        642–644
    international leverage related to tax rates,
        531*t*
    leases and, 880

leverage ratchet effect, 557–558
    levered and unlevered betas, 491–494
    low leverage puzzle, 530–531
    optimal leverage, 551–552, 551*f*,
        563*f*
    overview of, **39**
    policies, 644, 652*f*
    project leverage and equity cost of
        capital, 641–642
    recapitalization and, 486–488
    reducing leverage and cost of capital,
        491*e*
    relationship to equity betas, n. 493
    returns to equity and, 481*t*
    risk and return and, 481–482
    tax benefits of, 513–514, 527*t*
    WACC and leverage in perfect markets,
        490*f*
    WACC with changing leverage,
        655–657
leveraged buyouts (LBOs)
    Bain Capital specializing in, 528*b*
    board size and performance following,
        965
    defined, **809**
    financing (Hertz), 837, 837*t*
    mergers and acquisitions and, 952–955,
        952*b*, 953–954*e*, 954*f*
    volume in U.S., 809*f*
leveraged lease, **860**
leverage ratchet effect
    debt overhang and, 557–558*e*
    defined, **557**
leverage ratios
    beta ($\beta$) and, 420*e*
    changing, n. 416
    in financial statements, 39–41
    of options, **762**, 762*f*
    summary of, 45*t*
leveraged recapitalization
    market value balance sheet following,
        487*t*
    overview of, **486**–488
levered betas, 491–494
levered cost of capital, 671–672
levered equity
    cost of capital (MM Proposition II), 489
    defined, **480**
    homemade leverage replicating, 484*t*
    returns to, 481*t*
    systematic risk and risk premiums for,
        482*t*
levered firms
    cash flows for debt and equity, 480*t*
    as comparable for project risk,
        415, 415*f*
    comparing cash flows of levered and
        unlevered firms, 511*f*
levered portfolio, 372–373

Levi, M., 1021, 1041
Levis, M., n. 822
Levit, D., n. 969
Levy, R., 427
Lewellen, K., n. 559
Lewis, T., n. 562
Li, K., n. 940
liabilities
  balance sheets and, **24**
  current and long-term, 26
  duration mismatch, 1012
  missing, 697*b*
  what counts as debt, 639*b*
Liang, N., 619
LIBOR (London Inter-Bank Rate), **916**,
  n. 1015
Lie, E., n. 947, 967, n. 967
Liebman, J., n. 967
limited liability, **4**
limited liability companies (LLC), **5**
limited partners
  in limited partnerships, 4
  venture capital firms and, 808
limited partnerships
  types of firms, **4**
  venture capital firms as, 807
line of credit
  defined, **916**
  revolving, 917
linear regression, in beta estimation of cost
    of capital, **410**–411
  uncommitted and committed,
    916–917
Lintner, J., 389
Lintner, L., n. 342, n. 379, n. 608
liquid investments, **14**
liquidating dividend, **587**
liquidation
  add liquidation value to free cash flow,
    248–249*e*
  Chapter 7 and, 543
  of firms, **13**
  inefficiency as indirect cost of
    bankruptcy, 546
liquidity
  benefits of diversification following
    mergers, 938
  informational role of prices globally, 78*b*
liquidity ratios
  balance sheet analysis, 36–37
  computing, 37*e*
  summary of, 45*t*
liquidity risk, **997**
Litzenberger, R., n. 601
Liu, Y., n. 445, n. 454
Livdan, D., n. 562
Lizzeri, A., 882
Ljunqvist, A., 831
LLC (limited liability companies), **5**
loan origination fees, **918**

loans. *see also* bank loans
  adjustable rate mortgages (ARMs), 148*b*
  computing outstanding balance, 147*e*
  computing payments, 146–147
  determining payment amount,
    124–125*e*
  government guarantees, 650*b*
  interest rates and (example problems),
    162–164
  interest rate swaps combined with,
    1016–1017
  issuance costs, 648*t*
  lease vs., 862–863
  lease-equivalent loans, 873–874
  non-tax lease vs. standard loan, 876*e*
  payments in perfect market, 862*e*
  secured loans. *see* secured loans
  trade credit compared with, 891
  valuing, 649–650*e*
Lochhead, S., n. 648, n. 825*f*
lockup, period for IPOs, **820**
London Inter-Bank Rate (LIBOR), **916**,
  n. 1015
London Stock Exchange (LSE), 15
Long, M., 902, n. 968
long bonds, maturities of, **843**
long position
  in option contract, 710–711
  in securities, **366**
long-term assets, **25**
long-term contracts, hedging commodity
    price risk with, 993–995,
    994–995*e*, 994*f*
long-term debt, **26**
long-term financing
  debt as long-term liability, 26
  debt financing. *see* debt financing
  leases. *see* leases
  matching principle and, 914
  raising equity capital. *see* equity capital,
    raising
  what counts as debt, 639*b*
long-term interest rates, 155*e*
long-term liabilities, **26**
Lonie, A., n. 975
Loomis, C., n. 546
Lopez-de-Silanes, F., 19, 534, n. 977,
  n. 979
LoPucki, L., n. 544
losers and winners, market portfolio and,
    454
Loughran, T., n. 933
low-growth, mature firms, 564
Lowry, M., 831
LSE (London Stock Exchange), 15
Lucas, D., n. 569*f*
Lucchetti, A., n. 850
Luehrman, T., 661, 800
Lyandres, E., n. 828

**M**
Macaulay duration, n. 1010
Mackie-Mason, J., 19, 534
macro-level distortions, in segmented
    capital markets, 1035–1036
MACRS (Modified Accelerated Cost
    Recovery System) depreciation, **248**,
    269–270, 270*t*
*Mad Money*, trading on news or
    recommendations, 448–449*f*
Madoff, B., 48*b*
Madura, J., 1041
Magee, R., 51
mail float, **892**
Majluf, N., n.568
Maksimovic, V., 534
Malatesta, P., n. 947
Malenko, N., n. 969
Malitz, I., 902
Malkiel, B., 303
Malmendier, U., n. 447, n. 560
management. *see also* corporate
        governance
  agency conflicts and, 968
  benefits of insurance to, 990
  compensating, 704
  corporate management team, 9
  corporate managers, 298
  entrenchment of, 970–971
  golden parachutes, 948
  manager incentives for retaining cash,
    607
  managerial motives for mergers,
    939–940
  separating ownership and control, 962
management buyouts (MBOs), **952**
management discussion and analysis
    (MD&A), **34**
management entrenchment, **559**, 948
management entrenchment theory, **564**,
  607
Mandelker, G., n. 933
Maness, T., 902
Mann, S., 902
manufacturing alternatives, evaluating in
    capital budgeting, 246–247
Marcum, B., n. 465
Marcus, A., 194, 344
margin
  buying stocks on, 372–373
  eliminating credit risk, **996**
  investing on, 373*e*
marginal corporate tax rate ($\tau_c$)
  incremental earnings forecast and, **236**
  for Macy's, n. 509
marginal personal tax rate on income from
    debt ($\tau_i$), 520–521
marginal personal tax rate on income from
    equity ($\tau_e$), 520
Mark, R., 1020

1088      Index

market balance sheet
  analyzing benefits of recapitalization, 518–519, 519*t*
  Avco example, 630*t*
market capitalization
  excess return from trading strategies, 455–456
  market vs. book value, 27*e*
  portfolio selection and, 462–463
  in valuation of equity, **27**
market crashes, benefits of diversification during, 335*b*
market imperfections, insurance
  addressing, 991
  insurance prices and, 990
market indexes
  defined, **402**
  error due to changing to improve fit, 436*b*
  index funds, 405*b*
  investing in, 404
  price-weighted portfolios, 403–404
  value-weighted portfolios, 402–403
market makers (specialists), **16**
market portfolio
  avoiding being outsmarted in financial markets, 441*e*
  constructing, 402
  efficiency of, 448
  efficient portfolios, 379–380
  identifying systematic risk, **337**
  inefficient portfolios, 438*f*
  market efficiency and, 459*b*
  market indexes and, 402–404
  performance of fund managers, 451–454
  portfolio weight and, 380*e*
  rational expectations and, 441–442
  review, 425, 467
  review problems, 428, 471–472
  risk premium, 404–407
  supply, demand, and efficiency of, 380
  trading based on news or recommendations, 448–449
  winners and losers, 454
market prices
  determining cash values from, 61–63
  information and, 295*e*
  investor behavior and, 445
market proxies
  in beta forecasts, 433
  indexes as, **404**
  proxy error, 459–460
market risk. *see* systematic risk
market risk premium
  determining risk-free interest rate, 404, 406
  estimation of, 340
  fundamental approach to, 407
  historical, 406
  overview of, 404

market timing
  defined, **571**
  share repurchases and, 611–612*e*
  view of capital structure, 571
market value balance sheet
  after leveraged recapitalization, 487*t*
  Avco example, 631*t*
  cost of capital (Ityesi project), 1031*t*
  overview of, 485–**486**
  Savings and Loan example, 1012*t*
market value of investment ($MV_i$), 402
marketable securities, as current asset, **25**
market-to-book ratio, **27**
marking to market, commodities
  defined, **996**
  example (petroleum industry), 996–998, 996*t*
Markowitz, H., n. 331, 344, n. 362, 369*b*, 389
Marr, M., n. 969*b*
Marsh, P., 344
Marshall, John (Chief Justice), 2–3
martingale prices. *see also* risk-neutral probabilities, **759**
Mason, S., 800
Masulis, R., n. 530, 534, n. 569, n. 828, 829, 831, n. 971
matching principle
  defined, **914**
  financing policy choices and, 915–916
  firms following, n. 915
  permanent working capital, 914
  review, 924
  review problems, 926
  temporary working capital, 914–915
Matthews, S., 787*b*
maturity date, of bonds, **170**
Mauer, D., n. 915
Mayer, C., n. 977
Mayers, D., n. 991, 1020
MBOs (management buyouts), **952**
MBS (mortgage-backed security), **844**–845, 846*b*
McConnell, J., 19, n. 544, n. 865, 882
McDonald, R., n. 569*f*, n. 733, 769, 795, 800, 1021
McDonald's Corp, 233
MD&A (management discussion and analysis), **34**
mean return. *see* expected return ($E[R]$)
mean-variance portfolio optimization, 351
Meckling, W., 19, n. 554, n. 560
Mehta, P., n. 979
merger-arbitrage spread, 942–**943**
mergers and acquisitions
  arbitrage and, 942–943, 944*f*
  board and stockholder approval of, 945–946
  competition and, 955–956
  diversification as motivation for, 938

earnings growth due to, 938–939
earnings per share and, 938*e*
economies of scale, 935
efficiency gains from, 936–937
exchange ratio in stock takeover, 942–943*e*
expertise as motive for, 935–936
free rider problem, 950–951
freezeout mergers, 955
golden parachutes and, 948
historical trends, 931
leveraged buyouts (LBOs), 952–955, 952*b*, 953–954*e*, 954*f*
list of twenty largest mergers (1998-2012), 931*t*
managerial motives for, 939–940
market reaction to, 933–934, 934*t*
merger waves in takeover market, 931–932
monopoly gains from, 936
overview of, 930
poison pill defense, 946–947
price-earnings ratio (P/E) and, 939*e*
by quarter (1926–2012), 932*f*
reasons for acquiring, 934–935
recapitalization defense, 948–949
regulatory approval of, 949
review, 956–957
review problems, 957–960
staggered boards defense, 947–948
takeover defenses, 946
takeover process, 940
tax and accounting issues, 944–945
tax savings from operating losses, 937, 937*e*
tender offer for, 941–942
toeholds, 951–952
types of mergers, 933
valuation in takeover process, 941
vertical integration, **935**
Weyerhaeuser hostile bid for Willamette Industries, 950*b*
white knight defense, 948
who gets value added from takeover, 950
merger waves
  defined, **931**
  list of twenty largest mergers (1998–2012), 931*t*
  by quarter (1926–2012), 932*f*
  in takeover market, 931–932
Merton, R., n. 462, 513*b*, 738, n. 738, 764*b*, n. 764, 769, 800
Meschke, J., n. 968
method of comparables
  determining cost of capital, 414–415
  review problems, 307
  valuation using, 675–676, 676*e*
  valuing stocks, **288**
  valuing using comparables, 818*e*
Metrick, A., n. 971

Mian, S., 902, 1021
Michaely, R., n. 596, n. 599, n. 600,
  n. 601, n. 608, n. 609, n. 611, 619
mid-year convention, **168**
Mikkelson, W., n. 569, n. 971
Milbourn, T., n. 971
Miles, J., n. 652, n. 655, 661
Milgrom, P., n. 440, 469
Miller, M., 480–481, 494*b*, 513*b*, 501,
  n. 519, 534, n. 592, n. 655, 757*b*,
  902
Miller, W., 437, 452, n. 453
Minton, B., 1021
Mishler, L., 902
Mitchell, M., 958
Mittelstaedt, F., 51
Mittoo, U., 534
MM (Modigliani-Miller)
  bird in the hand hypothesis, 593*b*
  dividend irrelevance, 592–593
  earnings per share (EPS) and, 496–497*e*
  importance for real world, 484*b*
  payout irrelevance, 603
  trade credit in perfect capital markets,
    890
  value of insurance, 988
MM (Modigliani-Miller) proposition I
  bankruptcy and capital structure and,
    541–542
  homemade leverage, 483–485
  leveraged recapitalization, 486–488
  market value balance sheet, 485–486
  overview of, 483
  review, 500
  review problems, 502–503
MM (Modigliani-Miller) proposition II
  capital budgeting and WACC,
    489–491
  computing WACC with multiple
    securities, 491
  leverage and equity cost of capital,
    488–489
  levered and unlevered betas, 491–494
  overview of, 488
  review, 500–501
  review problems, 504–505
Modified Accelerated Cost Recovery System
    (MACRS) depreciation, **248**, 269–270,
    270*t*
Modigliani, F., 480–481, 494*b*, n. 501,
    534, 592, n. 655
Moeller, S., n. 933, n. 941
Moffett, M., 1021, 1041
momentum strategy, in investing, **458**
monetary policy, during 2008 financial
    crisis, 150
money market investments, 900*t*
monitoring corporate governance. *see also*
    auditing, 965

monopoly gains, reasons for mergers and
    acquisitions, 936
Monte Carlo simulation, **761**
Monti, Mario, n. 936
mood, in investor behavior, 446–447
Moore, J., 575
moral hazard
  international financial crisis and, 562*b*
  resulting from use of insurance, **990**
Morck, R., n. 560, n. 979
Morellec, E., n. 564
mortgage-backed security (MBS),
    **844**–845, 846*b*
mortgage bonds, **839**
mortgages
  adjustable rate mortgages (ARMs),
    148*b*
  option to repay, 797*b*
Mossin, J., n. 379, 389
Moyer, R., 882
Mueller, H., n. 952
Mukherjee, T., 882
Mulherin, J., 958
Mullainathan, S., n. 979
Mullins, D., n. 569
multifactor models of risk
  building, 475
  defined, **461**
  factor portfolios, 461–462
  Fama-French-Carhart (FFC) factor
    specification, 463–465
  review, 468
  review problems, 473–474
  selecting portfolios and, 462–463
multiperiod model, Binomial Option
    Pricing Model, 742–744
multiple of money. *see also* cash multiples,
    **698**
multiple regression, 475
multiples approach
  to comparing valuation with closest
    competitors, 696–697
  to continuation value, 692–693
multiyear investors, dividend-discount
    model applied to, 275–276
municipal bonds (munis)
  defined, **844**
  New York City calling, 850*b*
  review, 855
  review problems, 857
municipalities, use of debt financing by,
    836
Murphy, K., n. 966
Murrin, J., 302, 661
mutual funds, estimated alphas for, 451*f*
mutually dependent investments
  defined, **792**
  staging, 791–794
Myers, S., n. 555, n.568, n. 570, 575, n.
    633, n. 873

**N**
Nagel, S., n. 447
Naik, V., n. 783
naked short sale, 274*b*
Nance, D., 1021
Nanda, V., n. 936
Narayanan, M., n. 936, n. 948
Nardelli, R., 547*b*
NASDAQ. *see* National Association
    of Security Dealers Automated
    Quotation (NASDAQ)
National Association of Security Dealers
    Automated Quotation (NASDAQ)
  financial disclosure standards, 813
  largest stock markets, 15
  overview of, 17
  SOES bandits and, 71*b*
  stock index arbitrage and, 77*b*
natural hedge, **997**
Nayak, S., n. 614
negative cash flow shocks
  forecasting short-term financing, 911–912
  projections for Springfield snowboards
    (2013), 912*t*
Nelson, J., n. 969
net debt
  computing, 40
  defined, **417**
net income (or earnings), **28**
net investment, **284**
net operating profit after tax (NOPAT).
    *see* unlevered net income
net present value (NPV)
  applying to examples, 68*e*
  calculating, 107
  in capital budgeting, 244*t*, 246
  cash flow analysis of alternatives, 69*t*
  cash needs and, 69–70
  cutting negative-NPV growth, 606–607*e*
  defined, **66**–67
  in evaluating manufacturing
    alternatives, 246–247
  in evaluating mutually exclusive
    investments, 790
  in evaluating securities, 75–76
  example problems, 133–134
  fair loans and, 649–650*e*
  of foreign project, 1031
  hurdle rate rule and, 795–796
  of investment opportunity, 107–108*e*, 479
  investment rule. *see* NPV investment rule
  NPV Decision Rule and, 67
  of outsourced vs. in-house assembly, 247*t*
  overview of, 59
  profiles. *see* NPV profiles
  profitability index rule and, 795
  retaining cash with perfect capital
    markets, 602–603
  security pricing and, 649
  sensitivity analysis, 253

**1090**    **Index**

net present value (NPV) (*continued*)
  in timing investments, 780–781
    valuing foreign currency cash flows, 1028–1029
    viewing investments as call option and, 778–780
Net present value (NPV) Decision Rule, **67**
net profit margin
  in DuPont Identity, 44
  in income statement analysis, **36**
net working capital (NWC)
  calculating free cash flow from earnings, 242, 242*t*
  with changing sales, 243*e*
  as difference between liabilities and assets, **26**
  forecasting (Ideko Corp.), 682, 683*t*
  working capital management and, 886
  in year *t* (*NWC_t*), 242
Nevitt, P., 881
news, trading on, 448–449
New York Mercantile Exchange (NYMEX), 995
New York Stock Exchange (NYSE)
  annual share turnover (1970–2011), 443*f*
  financial disclosure standards, 813
  largest stock markets, 15
  overview of, 16–17
  stock index arbitrage and, 77*b*
NG, O., 902
Nguyen, H., n. 878
no-arbitrage
  computing forward exchange price, 1004*e*
  computing no-arbitrage price, **74***t*
  efficient markets hypothesis vs., 300
  interest tax shield and, 517–518
  risk premiums and, 333–335
Nobel prize
  for Akerlof, Spence, and Stiglitz, 567*b*
  for Markowitz and Tobin, 369*b*
  for Merton and Scholes, 764*b*
  for Modigliani and Miller, 494*b*
nominal interest rates, **148**–149
non-annual cash flows, 121, 135
non-cash items, adjustments to free cash flow, 248
noncompetitive markets, n. 78
non-dividend-paying stocks
  Black-Scholes formula applied to call option, 747–748
  Black-Scholes formula applied to put option, 749–750
  early exercise of option, 722–724, 724*e*
non-tax lease
  defined, **868**
  evaluating, 876
  IRS distinguishing between true tax leases and non-tax leases, 868–869
  synthetic leases and, 870*b*
  vs. standard loan, 876*e*

non-tradable wealth, in market inefficiency, 460
NOPAT. *see* unlevered net income
Norli, O., n. 447, n. 828, 831
normal market, **71**
NORMSDIST( ) function, Excel, 747
Norton, E., 534
notes
  promissory notes, 916
  types of corporate debt, **839**
notional principal, **1015**
no-trade theorem, n. 440
Novaes, W., n. 564
NPER function (number of periods or date of last cash flow), Excel, 120
NPV. *see* net present value (NPV)
NPV Decision Rule, 66–**67**
NPV function, in Excel, 109*b*
NPV investment rule
  alternatives to NPV rule, 208
  applied to Star book deal, 211–213*f*
  applying to Frederick's fertilizer project, 208*f*
  applying to investment decisions, 207
  applying to mutually exclusive investments, 216–217*e*
  capital budgeting and, 233
  computing NPV profile and IRR, 207–208
  defined, **207**
  payback investment rule compared with, 215
  why there are alternatives to, 216*b*
NPV profiles
  applying to mutually exclusive investments, 217–218
  comparing alternative investments, 220*f*
  computing, **207**–208
  computing using Excel's Data Table functions, 232
  IRR investment rule pitfalls and, 214*f*
  pitfalls, 213*f*
NWC. *see* net working capital (NWC)
NYMEX (New York Mercantile Exchange), 995
NYSE. *see* New York Stock Exchange (NYSE)

**O**

Obama, President Barack, 547*b*
Odean, T., n. 443, 444*f*, n. 444, n. 445, n. 446, n. 454, 469
OECD (Organization for Economic Co-operation and Development)
  employee participation in corporate governance, 980*t*
  relief from double taxation of corporations, 7*b*
Ofek, E., 303, 1021

off-balance sheet transactions, disclosing, **34**
offering memorandum, Hertz junk bond, 838*f*
OID (original issue discount) bond, **839**
Olstein, Robert, n. 47
one-year investors, dividend-discount model applied to, 272–273
on-the-run bonds, **184**
open interest, financial options, **708**
open market repurchase, of shares, **587**
operating activity, in statement of cash flows, 31–32
operating costs, assumptions in business plan, 677*t*
operating cycle
  cash cycle and, 887*f*
  defined, **888**
operating expenses, in calculating earnings, **29**
operating income
  earnings calculations, **29**
  mismatched ratios and, 41*b*
operating lease
  at Alaska Air Group, 867*b*
  defined, **866**
  synthetic leases and, 870*b*
  vs. capital lease, 868*e*
operating leverage
  beta ($\beta$) and, 420*e*
  market risk and, **420**
operating losses, tax savings acquired by mergers due to, 937
operating margin, in income statement analysis, **35**
operating returns
  computing, 43*e*
  return on assets (ROA), **43**
  return on equity (ROE), **42**
  return on invested capital (ROIC), **43**
  summary of, 45*t*
operational improvements, in business plan, 677–678
Opler, T., n. 545, n. 898, 902
opportunity cost
  of bad governance, 961
  of idle asset, 238*b*
  indirect effects on incremental earnings, **237**
opportunity cost of capital
  Avco example, 630*t*
  calculating using Fama-French-Carhart factor specification, 464*e*
  Capital Asset Pricing Model (CAPM) and, 342
  computing divisional costs, 642*e*
  error in using debt yield for, 412*b*
  estimating, 700
  estimating from beta ($\beta$), 340–341

estimating unlevered, 640–641
estimating using CAPM, 689–690
example problems, 165–166
with Fama-Carhart factor specification, 463–465
with fixed debt structure (Avco RFX project), 656*t*
HomeNet example, 237*e*
how firms calculate, 466*f*
interest rates and, 158–**159**
internationalizing, 1032*e*
investment decisions and, 95
leverage and, 654–655
levered, 671–672
for levered equity (MM Proposition II), 489
market value balance sheet and (Ityesi project), 1031*t*
methods used in practice by managers, 465–466, 468
unlevered, 671–672, 691–692
unlevering, 416*e*
unlevering beta based on firm capital structure, 690–691
opportunity cost of capital, estimating
all-equity comparables for, 414
beta estimation based on historical returns, 407–408
beta estimation by identifying best-fitting line, 409
beta estimation by linear regression, 410–411
CAPM and, 423, 425
constructing market portfolio, 402
debt betas, 413–414
debt cost of capital, 411
debt yields, 411–412
equity cost of capital, 401–402, 425
financing and weighted average cost of capital, 421–423
industry asset betas in, 417–419
levered firms as comparables in, 415
market indexes and, 402–404
market risk premium, 404–407
overview of, 400
project risk and, 419–420
project's cost of capital, 414
review, 425–427
review problems, 427–431
trade-off theory, 551–552
unlevered cost of capital, 415–417
option beta, 762*e*
option contracts
long position in, 710–711
short position in, 711–712
understanding, 707
option delta (Δ), **754**
option payoff at expiration
call options, 710*f*
overview of, 710

profits from holding until expiration, 713, 713–714*e*, 713*f*
put options, 711, 711*e*, 712*e*
returns for holding until expiration, 714, 715*f*
review, 731–732
review problems, 734–735
straddle, 715*f*
strangle, 716*e*
option portfolio, debt as, 727–728
option premiums, **707**
option quotes
Chicago Board Options Exchange (CBOE) and, 707
for GE stock, 726*t*
for Google stock, 724*t*, 730*f*
for JetBlue stock, 749*t*
options
financial. *see* financial options
real. *see* real options
option writers, **707**
order costs, costs of holding inventory, 897
organization chart, corporations, 10*b*
Organization for Economic Co-operation and Development (OECD)
employee participation in corporate governance, 980*t*
relief from double taxation of corporations, 7*b*
original issue discount (OID) bond, **839**
Orr, D., 902
outliers, in beta forecasts, 434–435, 435*f*
out-of-the-money
financial options, **709**
real options, 798
outside (independent) directors, **963**
outside investors, raising equity capital from, 810–812
over-allotment allocation, managing IPO-related risk, **819**
overconfidence
managerial motives for mergers, 940
over-investment due to, 560–561
overconfidence bias, investor behavior, **443**–444
overhead expenses, as sunk cost, **239**
ownership
concentration as agency benefit of leverage, 559–560
funding and, 811*e*
reduction of wasteful investment, 560–561
separating ownership and control, 559, 962
vs. control of corporations, 9–10, 19–20

**P**
*P* (current price). *see also* prices/pricing
P&L (profit and loss). *see* income statement

$P_{cum}$ (cum dividend stock price), 588, 591, 597, 604–605
$P_{ex}$ (ex-dividend stock price), 589, 597, 604
$P_{rep}$ (stock price with share repurchase), 590
$P_{retain}$ (stock price if excess cash is retained), 604–605
Pagano, M., 831
paid-in capital, 33
Palacios, M., n. 460
Palacios-Huerta, I., n. 460
Palepu, K., n. 609
Palia, D., n. 968
Palmiter, A., n. 970
Panetta, F., 831
Panunzi, F., n. 952
par, trading bonds at, **175**
Parkinson, K., 925
Partch, M., n. 569, n. 971
partnerships
limited liability companies (LLC), 5
limited partnerships, 4–5
overview of, **4**
passive portfolios
constructing market portfolios and, **402**
value-weighted, 403*b*
pass-through, 845
Pastor, L., 303, n. 407, 831
past returns, strategy for portfolio selection, 463
Patel, J., n. 465
payable date (distribution date), dividends, **585**
payables. *see* accounts payable
pay and performance sensitivity, corporate compensation and, 966–967
payback investment rule
applying to investment decisions, **214**–215, 215*e*
pitfalls, 215
payback period, **214**
payments
loan payments in perfect market, 862*e*
payment methods for mergers and acquisitions, 945
payments, lease
calculating (auto lease), 863*b*
end-of-term options and, 864–865*e*
residual value and, 861
payments pattern, accounts receivable, **894**
Payne, C., 902
payout policy
agency benefits of retaining cash, 605–606
agency costs of retaining cash, 606–607
auditing financial model, 688*b*
changing composition of shareholder payouts, 596*f*
clientele effects, 599–601

1092    **Index**

payout policy (*continued*)
  comparing dividends with share
    repurchases, 588
  defined, **585**
  distributions to shareholders, 585
  dividend policy in perfect capital
    markets, 593
  dividends, 585–587
  dividend smoothing, 608–609
  effective dividend tax rate, 597–598
  high dividend (equity issue), 591–592
  investor taxes and, 604–605
  Modigliani-Miller and dividend policy
    irrelevance, 592–593
  overview of, 584
  paying dividends with excess cash,
    588–589
  payout vs. retention of cash, 602
  retaining cash in perfect capital
    markets, 602–603
  review, 617–618
  share repurchases and, 587–588
  share repurchases without dividend,
    589–591
  signaling and dividends, 609–610
  signaling and share repurchases,
    610–612
  spin-offs, 615–616
  stock dividends and splits, 612,
    614–615
  tax disadvantage of dividends, 593–596
  taxes and cash retention, 603–604
  taxes rate difference and investors and,
    598–599
PCAOB (Public Corporation Auditing
    Oversight Board), 973*b*
PE (private equity) firms. *see* private
    equity (PE) firms
P/E ratio. *see* price-earnings ratio (P/E)
Pearl, J., 701
pecking order hypothesis, **570**
perfect capital markets
  bankruptcy, 540, 542
  capital structure and, 478
  conditions for, **483**, 508–509
  cost of capital and, 421
  debt and, 542
  default and, 540
  delaying dividend payout, 602*e*
  dividend policy with, 593
  retention of cash with, 602–603
  trade credit and, 890
  WACC and leverage in, 490*f*
perfect markets
  insurance pricing in, 986–987
  lease terms in, 861–862*e*
  loan payments in, 862*e*
Perfect, S., 1021
performance sensitivity, corporate
    compensation and, 966–967

periodically adjusted debt, capital
    budgeting and, 651–654
perks, excessive, 561*b*
permanent debt, valuation of interest tax
    shield with, 512–513
permanent working capital, **914**
Perotti, E., n. 562
perpetuities
  computing internal rate of return
    (IRR), 126–127*e*
  defined, **109**
  discounting one time too many, 112*b*
  endowing, 111*e*
  example problems, 134–135
  growing perpetuity, 116–118
  historical examples of, 110*b*
  overview of, 109–111
personal taxes
  APV method applied to, 658*e*
  capital budgeting and, 657–659
  including in interest tax shield, 519–522
  marginal personal tax rate on income
    from debt or equity, 520
  review, 533
  review problems, 537
  tax advantage of debt and, 522*f*
Petersen, M., n. 891
Peterson, P., 881
petroleum
  hedging commodity price risk with
    futures contracts, 995*f*
  hedging commodity price risk with
    long-term contracts, 994*f*
  marking to market, 996–998, 996*t*
Pfeiffer, G., 51
Pfleiderer, P., n. 497, 501, n. 557,
    n. 562*b*
Philippon, T., n. 551
Pincombe, S., n. 974
Pindyck, R., 800
Pinegar, J., 534
Pinkowitz, L., n. 898, 902
pledging of accounts receivable, **921**
PMT function (cash flow), Excel, 120
poison pill
  defined, **946**
  as takeover defenses, 946–947
policies
  financing policy choices and, 915–916
  interest rate policy, 149–150
  leverage, 644, 652*f*
  monetary policy during 2008 financial
    crisis, 150
  payout policy. *see* payout policy
policy limits, insurance
  addressing imperfections in insurance
    market, **991**
  adverse selection and, 991–992*e*
Polkovnichenko, V., n. 442
Pontiff, J., 1021

ponzi scheme, 48*b*
portfolio
  beta (β) of, 384–386
  calculating expected return, 353*e*
  calculating returns, 352*e*
  debt as option portfolio, 728*f*
  diversification in stock portfolios, 331
  duration of, 1012
  efficient frontier. *see* efficient frontier
  efficient portfolios. *see* efficient portfolios
  expected returns, 385–386*e*, 386, 390
  factor portfolios, 461
  financial options in, 715
  fraction of portfolio invested in security
    $i$ ($x_i$), 352
  historical returns, 313
  insurance for financial options,
    717–718, 718*f*
  investor behavior biases, 442–443
  multifactor risk model in selecting,
    462–463
  return vs. portfolio turnover, 444*f*
  returns of large portfolios, 327
  risk-free investments combined with
    risky investments, 372*f*
  $R_{xP}$ (return of portfolio with fraction
    invested in portfolio $P$), 371
  self-financing portfolios, 462–463
  trade-offs between risk and return in
    large portfolios, 327*f*
  valuation of, 76–**77**
  value-weighted and rebalancing, 403*b*
  valuing asset in, 77*e*
  volatility of, 333*e*, 333*f*
portfolio weight
  computing for portfolio that includes
    another portfolio, n. 368
  diversification of arbitrarily weighted
    portfolio, 362
  diversification of equally weighted
    portfolio, 360–361
  market portfolio and, 380*e*
  negative weight for short sales, 366
  overview of, **352**
portfolios, optimizing
  beta and required return, 375–377
  beta of a portfolio, 384–386
  borrowing/buying stocks on margin,
    372–373
  CAPM assumptions, 379–380
  CML (capital market line) and, 380–381
  combining risks in two-stock portfolio,
    353–354
  computing variance of large portfolio, 359
  computing variance of two-stock
    portfolio, 357–358
  correlation in two-stock portfolio,
    365–366
  determining covariance and correlation,
    354–357

diversification of equally weighted portfolio, 360–361
diversification of portfolio with arbitrary weights, 362
efficient portfolios with many stocks, 368–371
efficient portfolio with two stocks, 363–364
expected returns and, 352–353
expected returns of efficient portfolio, 377–379
identifying tangent portfolio, 373–375
investing in risk-free securities, 371–372
making optimal choice, 375e
market risk and beta, 381–384
overview of, 351
review, 386–389
review problems, 390–396
risk-free saving and borrowing and, 371
risk premiums and, 381
risk vs. return in, 362
short sales, 366, 368
SML (security market line), 384
supply, demand, and efficiency of market portfolio, 380
volatility of large portfolio, 359
volatility of two-stock portfolio, 353
positive-alpha trading strategies, 458–460
positive cash flow shocks
forecasting short-term financing, 912–913
projections for Springfield snowboards (2013), 913t
post-money valuation, raising equity capital and, **811**
Poterba, J., n. 524
Poulsen, A., 949, n. 949
Power, D., n. 975
Powers, J., 367b
PR1YR (prior one-year momentum) portfolio, **463**
Prabhala, N., n. 614
Pratt, S., 661, 701
precautionary balance, in cash management, **899**
preferred stock, as source of equity capital, **810**
preliminary prospectus, of IPO offering, **816**
premiums
acquisition premium, **933**
determining for coupon bond, 176e
determining risk premiums, 395–396
discounts and, 175–176
pure discount bonds trading at a premium, 172b
risk premiums, 333–335
slope of yield curve and, n. 203
trading bonds at, **175**

pre-money valuation, raising equity capital and, **811**
prepackaged bankruptcy, **544**
prepayment risk, mortgage-backed security (MBS), **845**
present value (PV)
of annuities, 112–113, 123
calculating in Excel, 108–109b
of cash flows, 102e
of cash flow using term structure of discount rates, 151
converting between currencies and, 66f
defined, **65**
of financial distress costs, 550–551
future value compared with, 65
of growing annuity, 118
of growing perpetuity, 117
integrated capital markets and, 1028e
of lottery prize annuity, 114e
net. see net present value (NPV)
of perpetuity, 111
of stream of cash flows, 105–106e
term structure in computing, 152e
time value of money and, 66
pretax WACC, **422**
price-earnings ratio (P/E)
determining market value of firm, **41**
discounted cash flow vs. purchase price estimates, 697t
Ideko fictitious example, 676t
mergers and acquisitions and, 939, 939e
unlevered P/E ratio, 693
valuation multiples and, 288–289e
valuation using comparables and, 675, 676e
price risk management liabilities, n. 46
prices/pricing
alternative pricing strategies in capital budgeting, 256t
bond prices. see bond prices
of capital assets. see Capital Asset Pricing Model (CAPM)
computing bond price from YTM, 174e
coupon bonds, 175t
on date t ($P_t$), 319
effect of time on bond prices, 178b
Law of One Price. see Law of One Price
liquidity and informational role of prices globally, 78b
from market prices. see market prices
no-arbitrage pricing, 74
price risk management liabilities, n. 46
risky debt, 729–730
stock prices. see stock prices
taking advantages of different prices in different markets. see arbitrage
underpricing IPOs, 820, 822
price-to-book (P/B) ratio, **27**
price-weighted portfolios, 403–**404**
primary offering, **813**

primary shares, SEOs, **826**
primary (stock) market, **15**
prime rate, bank loans, **916**
Pringle, J., n. 642, n. 655, 661
prior one-year momentum (PR1YR) portfolio, **463**
private companies
exit strategies, 812
overview of, 807
review, 829
review problems, 831–832
sources of funding for, 807–810
stock market and, **14**
private debt
in bond market, 841
private placement bonds and, 842
SEC Rule 144A and, 842
term loans and, 841–842
private equity (PE) firms
Bain Capital, 528b
Clayton, Dublilier & Rice (CD&R), 685b
defined, **809**
top 10 private equity firms in 2011, 810t
private placement bonds, **842**
probability distributions
comparing BFI stock and AMC stock, 318f
measuring risk and return, **316**, 318
probability of return ($P_R$), 316
for returns on BFI stock, 316t, 317f
processing float, **892**
production capacity, in business plan, 678e
profit, from holding options until expiration, 713, 713f
profitability index
with human resource constraints, 223e
in investment decisions, **222**–224
shortcomings of, 224
profitability index rule, **795**
profitability ratios
computing, 42e
in income statement analysis, 35–36
summary of, 45t
pro forma
balance sheet (Ideko—2005–2010), 687t
income statement, **680**
income statement (Ideko—2005–2010), 681t
statement of cash flows (Ideko—2005–2010), 687t
Project Dashboard scenarios, Excel, 258b
project externalities, **238**
project leverage, 641–642
project risk
differences in, 419–420
financing and weighted average cost of capital, 421–423
levered firms as comparables for, 415f
review, 426
review problems, 430–431

1094     Index

projects
  analysis of real options for multiple, 789–790
  beta estimation for project of single-product firm, 414–415$e$
  comparing mutually exclusive investments with different lives, 790–791
  equivalent annual benefit (EAB), 792$b$
  incremental leverage of, 642–644
  real options in management of, 787$b$
  required time, cost, and success likelihood, 792$t$
  staging mutually dependent investments, 791–794
  valuing using WACC, 629–630
  working capital for, 889$e$
projects, costs of capital
  all-equity comparables, 414
  estimating unlevered cost of capital, 640–641
  incremental leverage and, 642–644
  industry asset betas, 417–419
  levered firms as comparables, 415
  overview of, 414, 640
  project leverage and equity cost of capital, 641–642
  review, 426, 663–664
  review problems, 429–430
  unlevered cost of capital, 415–417, 633–634
promissory notes, **916**
property insurance
  defined, **986**
  moral hazard and, 990
Prospect Theory (Kahneman and Tversky), 446$b$
prospectus, IPOs
  cover page (RealNetworks), 817$f$
  preliminary and final, 816
protective puts, put options, **717**
provisions, lease, 865
proxy fights
  outcomes, 970$f$
  takeovers and, **946**
public companies, **14**
Public Corporation Auditing Oversight Board (PCAOB), 973$b$
public debt
  bearer and registered bonds, 839
  bond markets, 841
  overview of, 837
  prospectus, 837–839
  seniority of bonds and, 840–841
  types of, 839–840
public warehouse, inventory as collateral, **922**
pure discount bonds
  defined, **170**
  trading at premium, 172$b$

put-call parity, 718–720, 719$e$, 732, 735
  defined, **719**
put options
  credit default swaps (CDS), 728–729
  defined, **707**
  payoff at maturity, 711, 711$e$
  payoff of short position, 712$e$
  profits from holding until expiration, 713–714$e$
  protective puts, 717
  put-call parity, 718–720, 719$e$
  replicating portfolio of, 755
  straddle combination, 715
  strangle combination, 716$e$
  two-year call and put options on S&P 500 index, 726$t$
  valuing using Binomial formula, 742$e$, 745$e$
  valuing with Black-Scholes formula, 749–750, 750$e$
PV. *see* present value
PV function (present value), Excel, 120
Pyle, D., n. 566
pyramid structures
  controlling owners and pyramids, 977–978
  defined, **977**
  Pesenti Family Pyramid (1995), 978$f$

**Q**

quick ratio, balance sheet analysis, **37**

**R**

R&D (research and development). *see* research and development (R&D)
$r_A$ (expected return of assets), 490
$R_D$ (return on debt), 488–489
$r_E$. *see* equity cost of capital ($r_E$)
$r_f$. *see* risk-free interest rate ($r_f$)
$r_{wac}$ (weighted average cost of capital). *see* weighted average cost of capital (WACC)
Radcliffe, R., 344
raiders, in hostile takeovers, **945**
Rajan, R., n. 891
Ramaswamy, K., n. 601
Rampini, A., 869, n. 878, n. 998$b$, 1021
Ranaldo, A., 1003$b$
RATE function (interest rate), Excel, 120
rational expectations, investor information and, **441**–442
Ravid, S. A., 902
Raviv, A., n. 544, n. 561, n. 562, 575, n. 991
$r_E$ (equity cost of capital). *see* equity cost of capital ($r_E$)
$R_E$ (return on levered equity), 488–489
Ready, M., n. 434

real interest rates ($r_r$)
  calculating, 149$e$
  vs. nominal, **148**–149
realized returns
  calculating realized annual returns, **319**–321
  comparing Microsoft, S&P 500, and Treasury Bills (2002–2011), 321$t$
  comparing realized annual returns, 321
  Microsoft stock, 320$e$
  variance estimate using, 323
real options
  Black-Scholes formula applied to investments, 778$t$
  comparing mutually exclusive investments with different lives, 790–791
  decision to wait, 781–782$e$
  decision tree analysis of, 774–776, 775–776$f$, 777$f$
  defined, **774**
  financial options compared with, 774
  firm risk and, 782–783
  hurdle rate rule, 795–798, 796–797$e$
  investment viewed as call option, 777–780
  option to abandon, 788–789
  option to delay, 777, 783$b$
  option to expand, 785–788, 789$f$
  option to repay mortgage, 797$b$
  overview of, 773–774
  principles or insights related to, 798
  profitability index rule, 795
  reasons for empty lots in built-up areas of cities, 779$b$
  review, 798–800
  review problems, 800–804
  staging investment opportunities, 786$f$
  staging mutually dependent investments, 791–794, 794$e$
  start-up decision for investing in drug, 784$f$
  time, cost, and success likelihood for, 792$t$
  timing investments, 780–781, 780$f$
  valuing growth potential, 783–785
  valuing replacement option, 791$e$
recapitalization
  capturing interest tax shield, 516–518, 533, 536
  market balance sheet used to analyze benefit of, 518–519, 519$t$
  takeover defenses, 948–949
receivables. *see* accounts receivable
recessions, interest rates and, 153$f$
recommendations, trading on
  stock price reaction to, 449$f$
  trading based on news or recommendations, 448–449
record date, dividends, **585**
red herring, in IPO offering, **816**

refinance, **797**
registered bonds, **839**
registration statement, for IPOs, **816**
regression, linear, 410–411
regulations, corporate
  Cadbury Commission and, 974–975
  Dodd-Frank Act, 975
  Harris on Sarbanes-Oxley Act, 974
  insider trading and, 975–976
  overview of, 971–972
  review, 982
  review problems, 984
  Sarbanes-Oxley Act (SOX), 972–974
regulatory approval, of mergers and
    acquisitions, 949
Reilly, F., 344
Reilly, R., 661, 701
Reinhart, C., 194
Reinhart, Carmen M., 192*b*
relative wealth concerns, portfolio biases, **442**
Rendleman, J., n. 739
reorganization, Chapter 11, **543**
repatriated earnings
  defined, **1033**
  multiple projects with deferred
    repatriation of earnings, 1033–1034
  single project with immediate
    repatriation of earnings, 1033
  taxation based on, 1032–1033
repayment provisions, bonds
  call provisions, 848–851
  convertible provisions, 852–854
  overview of, 848
  review, 855
  review problems, 857
  sinking funds, 852
replacement (of technology), valuing
    replacement option, 790–791, 791*e*
replicating portfolio
  in binomial model, 741, 741*f*
  in Black-Scholes Option Pricing Model,
    754–755, 754*e*
  for call option, 755*f*
  computing, 754*e*
  valuing option with, **739**
repurchase yield, n. 284
required returns
  defined, **376**
  efficient portfolios and, 388, 394
  for investment in real estate fund, 378*t*
  from investments/portfolios, 375–377
  on new investment, 377*e*
  of security *i* ($r_i$), 376
resale costs, leasing reducing, 878
research and development (R&D)
  debt level in R&D firms, 564
  investment as call option, 773
  as sunk cost, 239
residual income valuation method, 637
residual risk of stock *s* ($\varepsilon_s$), 475

residual term. *see* error term
residual value, leases, **861**
resource requirements
  evaluating projects and, 221–222
  profitability index with human resource
    constraints, 223*e*
retained earnings, **32**, 278
retaining cash
  agency costs of, 606–607
  benefits of, 605–606
  corporate taxes and, 603*e*
  firms with large cash balances
    (September 2012), 607*t*
  how investor taxes affect tax
    disadvantage of retaining cash,
    604–605
  with perfect capital markets, 602–603
  review, 617–618
  review problems, 622–623
  taxes and, 603–604
  vs. payout, 602
retention rate, of earnings, **278**
retirement savings plan
  annuity, 115*e*
  growing annuity, 118–119*e*
return of capital, **587**
return on assets (ROA), **43**
return on debt ($R_D$), 488–489
return on equity (ROE)
  bank capital regulation and ROE fallacy,
    497*b*
  computing operating returns, **42**
  determinants of, 44*e*
  DuPont Identity tool for, **44**
return on invested capital (ROIC), **43**
return on investment ($R_i$), 352–354
return on levered equity ($R_E$), 488–489
return on portfolio ($R_p$), 352
return on unlevered equity ($R_U$), 488–489
returns
  average annual returns, 321–322
  before and after hiring investment
    managers, 453*f*
  beta estimation for cost of capital based
    on historical returns, 404–407
  on bonds, **75**
  calculating returns on a portfolio, 352*e*
  Cisco stock compared with S&P 500
    (2000–2012), 408*f*
  comparing returns on investment, 219*b*
  efficient portfolios improving, 364–365*e*
  empirical distribution of, 321
  to equity with/without leverage, 481*t*
  estimation error in predicting future
    returns based on past, 324
  expected (mean) return. *see* expected
    return ($E[R]$)
  fund managers and, 451–452
  historical returns of stocks and bonds,
    345–346

for holding options until expiration, 714,
    715*f*
holding stocks subsequent to takeover
    announcement, 449*f*
probability of ($P_R$), 316
realized returns, 319–321
return vs. portfolio turnover, 444*f*
risk and. *see* risk and return
$R_{xP}$ (return of portfolio with fraction
    invested in portfolio *P* ), 371
standard deviation of return ($SD(R)$),
    317
stock returns before/after equity issue,
    569*f*
total return ($R_t$), 273, 273*e*
trade-offs between risk and return, 326,
    345–346
revenue bonds, **844**
revenues
  forecasting earnings in capital budgets,
    234
  mismatched ratios and, 41*b*
reverse splits, **615**
revolving line of credit, **842**, 917
Revsine, L., 51
reward-to-volatility ratio. *see* Sharpe ratio
Rice, J., 685*b*
Richardson, M., 303
rights offer
  raising money with, 827*e*
  SEOs and, **826**
risk
  adjusting for execution risk, 421*b*
  bankruptcy risk impacting firm value,
    542*e*
  combining in two-stock portfolio,
    353–354, 353*t*
  common risk vs. independent risk, 347
  discounting risky cash flows, 157*e*
  hedging and, 709, 997*b*
  identifying systematic, 337
  implications of risk-neutral world,
    758–759
  insurance companies assessing, 990
  interest rates and, 156–157, 164–165
  investment options and firm risk,
    782–783
  IRR investment rule and, 218
  leases transferring, 879
  market risk and beta, 381–384
  market value of equity and, 457–458*e*
  measuring downside risk, n. 318
  measuring systematic risk, 348
  merger reducing, 938
  preferences, 460
  project risk and cost of capital, 419–420
  residual risk of stock *s* ($\varepsilon_s$), 475
  trade-offs between risk and return,
    345–346
  types of, 330

**1096    Index**

risk-adverse, 756*b*
risk and return
  average annual returns, 321–322
  beta and cost of capital, 348–349
  calculating realized annual returns,
    319–321
  Capital Asset Pricing Model (CAPM),
    342, n. 379
  combining risk-free investment with
    risky portfolio, 372*f*
  common risk vs. independent risk, 329,
    347
  comparing realized annual returns, 321
  diversification and, 330–331, 336
  diversification in stock portfolios, 331,
    347–348
  efficient portfolio with two stocks,
    363–364
  efficient portfolios and, 387–388,
    392–393
  estimating risk premium, 340–341
  estimation error in predicting future
    returns based on past, 324
  expected (mean) return for measuring,
    316–318
  firm-specific vs. systematic risk, 332–333
  historical returns of stocks and bonds,
    345–346
  identifying systematic risk, 337
  individual stocks and, 328
  in investor history, 313–315
  large portfolios and, 327
  leverage and, 481–482
  limitations of expected return estimates,
    325
  measuring, 344
  measuring systematic risk, 348
  option valuation and, 761–763,
    768, 772
  overview of, 312
  probability distributions for measuring,
    316, 318
  review, 342–344
  review problems, 344–349
  risk premiums, 333–335
  sensitivity to systematic risk (beta),
    337–339
  standard error, 324–325
  theft vs. earthquake in risk comparison,
    329
  trade-offs between risk and return, 326,
    327*f*, 346–347
  types of risk, 330
  variance and deviation in measuring,
    317–319
  variance and volatility of returns,
    322–323
risk and return, in efficient portfolio
  correlation in two-stock portfolio,
    365–366

efficient portfolio with many stocks,
    368–371
efficient portfolio with two stocks,
    363–364
overview of, 362
short sales and, 366, 368
risk arbitrageurs, **943**
risk aversion, **85**
risk-free interest rate ($r_f$)
  determining, 404–405
  with maturity $n$ ($r_n$), 172
  term structure, 151*f*
  time value of money and, **64**
  zero-coupon bonds, 171–172
risk-free saving
  combining risk-free investment with
    risky portfolio, 372*f*
  investing in risk-free securities, 371–372
  review, 388
  review problems, 393–394
risk-free securities, 371–372
risk management
  cash-and-carry strategy for eliminating
    exchange rate risk, 1001–1005, 1005*e*
  commodity hedging strategies, 998*b*
  commodity price risk, 992–993
  common mistakes to avoid in hedging,
    997*b*
  distress and issuance costs avoided by
    use of insurance, 989*e*
  duration as measure of interest rate risk,
    1009–1011, 1010*e*
  duration-based hedging of interest rate
    risk, 1011–1014
  exchange rate risk, 999–1000, 999*f*,
    1000*e*
  hedging commodity price risk decision
    making, 998
  hedging commodity price risk using
    vertical integration and storage, 993
  hedging commodity price risk with
    futures contracts, 995–998, 995*f*,
    996*t*
  hedging commodity price risk with
    long-term contracts, 993–995,
    994–995*e*, 994*f*
  hedging exchange rate risk with forward
    contracts, 1000–1001, 1001*e*, 1001*f*
  hedging exchange rate risk with
    options, 1005–1009, 1006*f*, 1006*t*,
    1007–1008*e*
  insurance, 986
  insurance benefits, 988–990
  insurance costs, 990–991
  insurance decisions, 992
  insurance policy limits and adverse
    selection, 991–992*e*
  insurance pricing and CAPM, 988*e*
  insurance pricing in perfect market,
    986–987

interest rate risk, 1009
  overview of, 985–986
  review, 1018–1020
  review problems, 1021–1025
  swap-based hedging of interest rate risk,
    1014–1018, 1015*t*
risk-neutral probabilities
  defined, **759**
  implications of risk-neutral world,
    758–759
  option pricing and, 759–761,
    760–761*e*
  review, 768
  review problems, 771–772
  two-state model, 758
risk premiums
  for debt, levered equity, and unlevered
    equity, 482*t*
  determining, 395–396
  determining from beta and efficient
    portfolio, 378–379
  determining with CAPM, 381
  estimating, 340–341
  market risk premium, 404–407
  no arbitrage and, 333–335
risk taking
  disposition effect and, 445
  investor behavior and, 444
risky debt
  beta ($\beta$) of, 763–765, 765–766*e*
  pricing, 729–730
Ritter, J., n. 648, 824, 825*f*, 826, 831
ROA. *see* return on assets
road show, for promoting IPO, **818**
Roberts, M., n. 570, 575, 856
Rock, K., n. 822
ROE. *see* return on equity
Roell, A., 983
Rogers, D., 1021
Rogoff, K., 194
ROIC. *see* return on invested capital
Roll, R., 339, n. 459, n. 460, n. 560,
    n. 940
Rosenbaum, J., 701
Rosenberg, B., 427
Ross, S., 81, n. 334, 427, n. 459, n. 462,
    501, n. 566, n. 739, n. 977
Rothschild, M., n. 991
Rouwenhorst, K., 132
Roy, A., 334, n. 362, 369*b*, 389
Rozeff, M., 619
R-squared, of the regression, 436*b*
$R_U$ (return on unlevered equity), 488–489
Ruback, R., 302, 469, 661, n. 635, n. 933
Rubinstein, M., 81, 260, 369*b*, 389, n. 399,
    n. 493, n.501, 739, 769
Rule 144A, Securities and Exchange
    Commission (SEC), **842**
Rule of 72, compounding and discounting
    and, 101*b*

rules of thumb, for real options
  hurdle rate rule, 795–798
  profitability index rule, 795
  review, 799
  review problems, 804
Rusticus, T., n. 971
$r_{wacc}$. *see* weighted average cost of capital (WACC)
Ryan, G., 225
Ryan, H., n. 963
Ryan, P., 225
Ryngaert, M., n. 947

**S**
*S* (stock prices). *see* stock prices (S)
"S" corporations, **6**–7
sale and leaseback, **860**
sales
  assumptions (Ideko Corp.), 677*t*
  net working capital with changing sales, 243*e*
  seasonal. *see* seasonalities
sales taxes, leases and, n. 865
sales-type lease, **860**
salvage value, added to free cash flow, 248–249*e*
Samurai bonds, **841**
Sarbanes-Oxley Act (SOX)
  accounting practices and, **47**
  board auditing requirements, 964
  corporate governance and, 974
  Dodd-Frank Act extending whistleblower provisions in, 48
  financial disclosure standards, 813
  penalties for security fraud, n. 565
  regulations designed to strengthen corporate governance, 972–974, 974*b*
  Section 404 of, 972, 974
Sarig, O., n. 562, 701
Sarin, A., n. 979
Sartoris, W., 925
savings
  efficient frontier with differing savings and borrowing rates, 398
  solving for number of periods, 139–140
Savings and Loans
  duration-based hedging, 1012*t*, 1014*t*
  interest rate risk and, 1016*b*
scale differences, IRR investment rule and, 217
scandals, corporate, 561*b*, 961
scatterplot analysis, of excess returns, 409*f*
scenario analysis, of alternative pricing strategies, **256**, 256*t*
Schallheim, J., n. 865, 881, 882
Scharfstein, D., n. 447, n. 562, 1021
Scherr, F., 902, 925
Schlingemann, F., n. 933, n. 941
Schneider, C., n. 916

Scholes, M., n. 410, n. 519, 534, n. 601, n. 727, 738, n. 738, 747, 754, 757*b*, 764*b*, 769
Schrand, C., 1021
Schwartz, E., 534, 856
Schweihs, R., 661, 701
Schwert, G. W., 831, n. 947
Seasholes, M., n. 446
seasonalities
  forecasting short-term financing, 909–911
  Mattel example, 908
  projections for Springfield Snowboards (2013), 911*t*
seasoned equity offerings (SEOs)
  defined, **826**
  issuance costs, 829
  mechanics of, 826–827
  overview of, 826
  post-SEO performance, 829*f*
  price reaction and, 827–828
  raising money with, 827*e*
  raising money with rights offer, 827*e*
  relative costs of issuing securities by type, 825*f*
  review, 830
  review problems, 834
SEC. *see* Securities and Exchange Commission (SEC)
secondary offering, types of IPO offerings, **813**
secondary shares, SEOs, **826**
secondary stock market, **15**
Section 404, of SOX, 972, 974
secured debt, types of corporate debt **839**
secured loans
  accounts receivable as collateral, 921–922
  defined, **921**
  inventory as collateral, 922–924
  review, 924
  review problems, 927
  for short-term financing, 921
  venture merchant financing, 921*b*
securities. *see* financial securities
securities analysts, 965
Securities and Exchange Commission (SEC)
  commercial paper registration requirement, 919
  established by Exchange Acts (1933–1934), 972
  financial disclosure standards, 813
  guidelines for avoiding accusation of stock-price manipulation, 596
  investigation of back dating, 967
  IPOs filing with, 817–817
  as outside monitor of corporations, 965
  penalties for insider trading, 976
  Rule 144A, **842**
  Sarbanes-Oxley Act and, 973*b*
security. *see* financial security

security interest, lease as, **869**–870
security market line (SML)
  capital market line (CML) and, 384*f*
  deviations from, 439*f*
  with differing interest rates, 398–399
  excess return and market capitalizations and, 455
  expected returns and, 385*f*
  options and, 763*f*
  overview of, **384**
  valuing equity when there are multiple securities, 486*e*
segmented capital markets
  defined, **1034**
  differential access to, 1034–1035
  implications of, 1036
  macro-level distortions causing, 1035–1036
  overview of, 1034
  review, 1041
  review problems, 1044
  risky government bonds, 1035*e*
  valuing foreign acquisitions in, 1036–1037*e*
self-financing portfolios, **462**–463
selling winners, disposition effect, 445–446
semi-strong form efficiency, 459*b*
semivariance, in measuring downside risk, n. 318
Senbet, L., n. 546, 1041
Sengupta, K., n. 562
seniority, bonds, **840**
sensation seeking, risk-taking and, **444**
sensitivity analysis, in capital budgeting
  best- and worst-case assumptions, 253*t*, 254*f*
  of investment in Ideko Corp., 699, 699*t*
  marketing and support costs and, 254*e*
  overview of, 253–**254**
  review problems, 701
  stock valuation and, 287*e*
  using Excel Data Tables for, 257*b*
SEOs. *see* seasoned equity offerings (SEOs)
Separate Trading of Registered Interest and Principal Securities (STRIPS), **844**
Separation Principle
  evaluating capital budgeting and, n. 236
  separating investment and financing, **76**
Sercu, P., 1021, 1041
serial bonds, types of municipal bonds, **844**
Shackelford, D., 532*b*
Shanken, J., 427
Shapiro, A., n. 979, 1021, 1041

**1098**   **Index**

share
Berkshire Hathaway A & B shares, 616*b*
dilution of, **30**
distribution of share prices on NYSE, 615*f*
earnings. *see* earnings per share (EPS)
NYSE annual share turnover (1970–2011), 443*f*
repurchases and supply of, 591*b*
spin-offs, 615–616
shareholders
activism at *The New York Times*, 969*b*
approval of mergers and acquisitions, 945–946
board of directors and, 963
composition of payouts to, 596*f*
corporate ownership and, **5**
direct actions in corporate governance, 968–970
dividends and, 585–587
manager's incentives differing from, 607
managing agency conflicts, 968
monitoring corporate governance, 965
proxy contests, 970
Sarbanes-Oxley Act (SOX) and, 972
share repurchases, 587–588
valuing projects based on cash flows to, 636–637
who pay the costs of financial distress, 548–549
share repurchase
comparing with dividends, 588
defined, **283**
interest tax shield and, 517, 518*e*
market timing and, 611–612*e*
overview of, 282–283
in payout policy, 587–588
review, 617
review problems, 619
signaling with payout policy, 610–611
taxes affecting investor preferences for dividends vs., 594
trends in, 595*f*
valuation with, 283–284*e*
without dividend, 589–591
Sharma, S., 469
Sharpe, W., n. 194, n. 342, n. 373, 389, n. 379, 383*b*, 469, n. 878
Sharpe ratio
efficient portfolios and expected returns, 377–379
identifying tangent portfolio, **373**–374
for investment in real estate fund, 378*t*
of portfolios, n. 373–374
raising by selling risk-free assets, 375
Shefrin, H., n. 445
Shepro, R., 958
Sherman, A., n. 815, 818
Sherman Act (1890), 949

Shivdasani, A., n. 963, n. 964
Shleifer, A., 19, 81, 534, n. 560, n. 977, n. 979, 983
short interest, **274***b*
short position
in option contract, 711–712, 712*f*
payoffs at expiration, 712*e*
in securities, **366**
short sales, 368
bond prices and, **73**
Intel/Coca-Cola portfolio allowing, 368*f*
mechanics of, 274*b*
short-term debt
as current liability, **26**
what counts as debt, 639*b*
short-term financial planning
accounts receivable as collateral, 921–922
bank loans for, 916
bridge loans, 917
commercial paper for, 919–920
end-of-period payment loans, 916
forecasting short-term needs, 909
global financial crisis and (2008) and, 920*b*
inventory as collateral, 922–924
lines of credit, 916–917
loan stipulations and fees, 917–918
matching principle, 914
negative cash flow shocks, 911–912
overview of, 908
permanent working capital, 914
policy choices, 915–916
positive cash flow shocks, 912–913
review, 924
review problems, 925–927
seasonalities, 909–911
secured loans for, 921
temporary working capital, 914–915
short-term financing
managing working capital. *see* working capital management
planning. *see* short-term financial planning
short-term interest rates, 155*e*
Shoven, J., 619
Shumway, T., n. 447
Shyam-Sunder, L., 575
Sidel, R, n. 815*b*
Siegel, J., n. 407
Sigler, L., 132
signaling theory of debt, **566**
signaling with payout policy
dividends, 609–610
dividend smoothing, 608–609
review, 618
review problems, 623
share repurchases, 610–612
Simkins, B., 1021
Simon, R., n. 815*b*

simple interest, **144**
Singhal, R., n. 546
single-factor models, of risk, **461**–462
Sinha, M., n. 407
sinking funds, for bond repayment, **852**
Sirri, E., n. 452
Sivarama, K., 882
size effects
empirical evidence and, 456–458
trading strategies, **454**
Skiadas, C., n. 441
"Sleeping Beauty" bonds, 837–839
Sloan, R., 427
SLOPE( ) function, Excel, n. 409
Slovin, M., n. 829
small-minus-big (SMB) portfolio, **463**
Small Order Execution System (SOES), 71*b*
SMB portfolio. *see* small-minus-big portfolio
Smit, H., 800
Smith, C., n. 558, 619, n. 609, 856, 882, 902, n. 991, 1020, 1021
Smith, D., 856, 1021
Smith, J., 18, 902
Smith, K., 925
Smith, R., 902
Smithson, C., 1020, 1021
SML. *see* security market line (SML)
SOES bandits, 71*b*
sole proprietorships, **3**–4
sovereign bonds
European sovereign debt yields, 191*b*
overview of, **188**–190
Treasury securities. *see* Treasury securities
sovereign debt
overview of, **842**–844
review, 855
review problems, 857
SOX. *see* Sarbanes-Oxley Act (SOX)
SPDR (Standard and Poor's Depository Receipts), 404
SPE (special-purpose entity), use in synthetic leases, **860**
special dividends
Connors on, 613*b*
dates for Microsoft special dividend, 586*f*
defined, **585**
Microsoft example, 603–604*e*
volume and share prices effects (Value Line example), 601*f*
specialists, on NYSE (New York Stock Exchange), **16**
specialization, efficiency gains related to leasing, 878
special-purpose entity (SPE), use in synthetic leases, **860**
speculation, options and, **709**
speculative bonds, 187*t*, **188**
Spence, M., 567*b*

Spier, K., n. 562
spin-offs, payout policy, **615**–616
splits. *see* stock splits
spot exchange rate
  defined, **1002**
  valuation of foreign currency cash flows, 1030
spot interest rates
  defined, **172**
  forward rates and, 203*e*
spreadsheets
  capital budgets with, 245*b*
  solving problems related to time value of money, 120–121
staggered (classified) boards
  defined, **948**
  takeover defenses, 947–948
stakeholder model, **979**
Standard and Poor's 500
  beta for stocks (2007–2012), 339*t*
  Cisco stock compared with (2000–2012), 408*f*
  European options and, 726
  excess returns comparisons, 406*t*, 409*f*
  historical returns on stocks, 313
  interest as percentage of EBIT, 531*f*
  investing in market indexes, 404
  managing market index, n. 402
  Microsoft and Treasury Bills compared with (2002–2011), 321*t*
  stock index arbitrage and, 77*b*
  two-year call and put options, 726*t*
  as value-weighted portfolio, 402
Standard and Poor's Depository Receipts (SPDR), 404
Standard and Poor's Total Market Index, n. 403
standard deviation. *see also* volatility
  computing volatility, 323
  of return distribution ($SD(R)$), **317**
standard error, expected returns and, **324**–325
Stanfield, J., n. 547
Stanford Management Company, 367*b*
Stanton, R., n. 546, 882
state-contingent prices. *see also* risk-neutral probabilities, **759**
statement of cash flows
  depreciation impacting, 33*e*
  example of fictitious corporation, 31*t*
  example problems, 55
  in financial model for Ideko Corp., 686–689
  financing activity, 32–33
  investment activity, 32
  operating activity, 31–32
  overview of, **30**
  pro forma (Ideko Corp.), 687*t*
  projected for Springfield Snowboards (2013), 910–913*t*

statement of financial performance. *see also* income statements, **28**
statement of financial position. *see also* balance sheets, **24**, n. 24
statement of stockholders' equity, 33–34
state prices. *see also* risk-neutral probabilities, **759**
Statman, M., n. 445
Staunton, M., 344
Stein, J., n. 447, 856, 1021
Stephens, C., n. 610, 619
step up, **945**
Stern, J. M., 619
Stewart, Martha, 976*b*
Stiglitz, J., 469, 534, 567*b*, n. 991
Stigum, M., 856
Stillman, R., n. 936
stock dividends
  defined, **586**
  for Genron, 614*t*
  payout policy, 612, 614–615
  review, 618
  review problems, 623
stock exchanges. *see* stock markets
stockholders, **5**
stockholders' equity, on balance sheets, **25**, 27
stock indexes, arbitrage and, 77*b*
stock markets (stock exchange)
  compared by volume and total value, 15*f*
  example problems, 20
  largest, 15
  NASDAQ, 17
  NYSE (New York Stock Exchange), 16–17
  overview of, 14
  primary and secondary, **15**
stock options. *see also* financial options
  backdating, 967
  executive/employee stock options (ESOs), 532*b*, 756
  income statements and, **30**
  interpreting quotations, 707–709
stock-outs, inventory, **897**
stock portfolios, diversification in. *see also* portfolios, 347–348
stock prices (S)
  ask and bid price, 16
  binomial stock price path, 746*f*
  costs of financial distress and, 548–549*e*
  cum-dividend stock price ($P_{cum}$), 588, 591, 597
  equity issues and, 568–569
  with excess cash retained ($P_{retain}$), 604
  ex-dividend stock price ($P_{ex}$), 589
  information and. *see* information, in stock pricing
  reaction to recommendations, 449*f*
  SEC guidelines for avoiding accusation of stock-price manipulation, 596

with share repurchase ($P_{rep}$), 590
strike (exercise) price, 720
valuation multiples in Footwear industry and, 291*t*
valuing put option as function of (JetBlue), 749*f*
stocks
  alpha ($\alpha$) of, 410
  average annual returns (1926–2011), 322*f*, 322*t*
  binomial stock price path, 746*f*
  buying on margin, 372–373
  classes (Berkshire Hathaway A & B shares), 616*b*
  comparing realized return Microsoft, S&P 500, and Treasury Bills (2002–2011), 321*t*
  as compensation, 966
  computing expected return, 382*e*
  corporate ownership and, **5**
  distribution of share prices on NYSE, 615*f*
  diversification in stock portfolios, 331
  dividend paying stock, 725*e*
  employee stock options (ESOs), 756
  excess return vs. volatility, 327*t*
  exchange ratio in stock takeover, 942–943*e*
  executive/employee stock options (ESOs), 532*b*, 756
  GM dividend history, 586*f*
  historical returns on, 313
  historical risk and return, 345–346
  historical value of investment in, 314–315*f*
  historical volatility of individual stocks ranked by size, 328*f*
  identifying stock's alpha, 438–439
  market reaction to mergers, 934*t*
  negative-beta stocks, 383*e*
  non-dividend paying stock, 724*e*
  options of, 707
  portfolios. *see* portfolios
  probability distributions for return on, 316*t*, 317*f*, 318*f*
  profiting from non-zero alpha stocks, 439–440
  reaction of stock price to recommendations, 449*f*
  realized return on Microsoft stock, 320*e*
  residual risk of stock s ($\varepsilon_s$), 475
  returns of individual stocks, 328
  risk and return in large portfolios, 327
  stock prices and equity issues, 568–569
  stock returns before/after equity issue, 569*f*
  trading on news or recommendations, 448
  volatility (1926–2011), 324*t*
  volatility of portfolios of Type S and Type 1 stocks, 333*f*

1100    **Index**

stock splits
   defined, **586**
   payout policy, 612, 614–615
   review, 618
   review problems, 623
stocks, valuing
   applying dividend-discount model, 276
   based on comparable firms, 288
   changing growth rates and, 280–281
   comparing methods of stock valuation, 287f
   competition and efficient markets, 295–297
   constant dividend growth, 276–277
   corporate managers and, 298
   discounted free cash flow model, 284–288
   dividend-discount model and, 272
   dividend-discount model equation, 276
   dividends vs. investment and growth, 277–280
   dividend yields, capital gains, and total returns, 273–275
   efficient markets hypothesis vs. no arbitrage, 300
   information and stock prices, 294–295
   investors and, 297–298
   Kenneth Cole Productions, Inc., 292f
   limitations of dividend-discount model, 282
   multiyear investors and, 275–276
   one-year investors and, 272–273
   overview of, 271–272
   review, 300–302
   review problems, 303–308
   share repurchases and total payout model, 282–284
   summary of methods, 292
   valuation multiples, 288–291
   valuation triad, 294f
stock swaps, types of mergers, **933**
Stohs, M., n. 915
Stokey, N., n. 440, 469
Stonehill, A., 1021, 1041
stop-out yield, **843**
storage, hedging commodity price risk, 993
Stowe, J., 902
straddle
   combining financial options, 715–**716**
   payoff and profit from, 715f
straight-line depreciation, **235**
strangle, option combinations, **716**, 716e
strategic investors, as source of equity capital, **810**
strategic partners, as source of equity capital, **810**
stream of cash flows
   annuities. *see* annuities
   defined, **97**

example problems, 133
   perpetuities. *see* perpetuities
   present value of, 105–106e
   timeline for, 97–98
   valuing, 104–107
Strebulaev, I., n. 572, 575
stretching the accounts payables, **896**
strike (exercise) price (K)
   defined, **707**
   stock prices and, 720
STRIPS (Separate Trading of Registered Interest and Principal Securities), **844**
Stromberg, P., 831
strong form efficiency, **459**b
Stulz, R., 469, n. 599, n. 608, 619, 831, n. 878, n. 898, 902, n. 933, n. 941, 983, 1021, 1041
subordinated debenture, **840**
subprime mortgages
   adjustable rate mortgages (ARMs) and, 148b
   defined, **846**
   global financial crisis and, 846–847b
   global financial crisis and (2008) and, 920b
Subrahmanyan, M., 800
subsidized loans, 650b
Sufi, A., n. 998b, 1021
Sullivan, D., n. 546
Sullivan, M., n. 532b
Sun, L., n. 828
Sundaram, A., n. 948
Sundaram, R.K., n. 955
Sundaresan, S., 1021
Sundgren, S., n. 544
sunk costs
   incremental earnings and, **239**
   sunk cost fallacy, 239b
suppliers, loss of as indirect cost of bankruptcy, 545
supply and demand
   for currency, 999
   equaling demand in efficient portfolio, 380
Supreme Court, decision regarding corporations, 2–3
Sushka, M., n. 829
Swaminathan, B., n. 609, 407
Sylla, R., 161
syndicate
   defined, **816**
   mechanics of IPOs and, 815–816
syndicated bank loans, **841**
synthetic leases, **860**, 870b
systematic risk
   for debt, levered equity, and unlevered equity, 482t
   identifying, 337
   measuring, 348
   overview of, **332**–333

sensitivity to (beta), 337–339
   vs. diversifiable risk, 336e
systematic trading biases
   hanging on to losers and disposition effect, 445–446
   herd behavior, 447
   implications of behavioral biases, 447
   investor attention, mood, and experience, 446–447
   overview of, 445
   review, 466
   review problems, 471

**T**
τ. *see* tax rate (τ)
Taggart, R., 661
tailing the hedge, n. 997
takeover synergies
   defined, **941**
   reasons for mergers and acquisitions, 934–935
   valuation in takeover process, 941
takeovers. *see also* mergers and acquisitions
   defenses, 946
   defined, **931**
   golden parachutes and, 948
   merger waves in takeover market, 931–932
   poison pill defense, 946–947
   process of, 940
   recapitalization defense, 948–949
   returns to holding stocks subsequent to takeover announcement, 449f
   staggered boards defense, 947–948
   threat of, 971
   trading on news, 448
   valuation in takeover process, 941
   Weyerhaeuser hostile bid for Willamette Industries, 950b
   white knight defense, 948
   who gets value added from, 950
tangent portfolio. *see also* efficient portfolios
   defined, **374**
   expected return vs. volatility in, 374f
   identifying, 373–375
Tanous, P., n. 494, 501
targeted repurchase, of shares, **587**
target firm, in mergers and acquisition
   defined, **931**
   getting toehold in, 951–952
   stepping up book value of, 945
   unaffected target price, n. 941
target leverage ratio, **633**–634
TARP (Troubled Asset Relief Program), 547b, 783b
Tashjian, E., n. 544, n. 546
Tate, G., n. 560
tax advantage of debt (τ*), 520–521, 551

tax deductions
  for interest payments, n. 158
  types of, 530
taxes
  after-tax interest rates, 157–158
  corporate, 6
  corporations retaining cash and, 603e
  cost of capital and, 421
  cutting dividend tax rate, 523b
  on dividends and capital gains, 594–595, 594t
  firms using leverage to minimize, 509
  how investor taxes affect tax disadvantage of retaining cash, 604–605
  incremental earnings forecast and, 236e
  interest rates and (example problems), 164–165
  international leverage related to tax rates, 531t
  investor rate differences and payout policy, 598–599
  leasing and, 868–869, 881–883
  mergers and acquisitions and, 944–945
  optimal leverage with taxes and financial distress costs, 551f
  optimal leverage with taxes, financial distress, and agency costs, 563f
  personal taxes impacting valuation, 657–659
  retention of cash vs. payout and, 603–604
  "S" corporations, 6–7
  stock dividends and splits and, 614
  tax advantage of debt ($\tau^*$), 520–521, 551
  tax rate on interest income ($\tau_i$), 604
  U.S. federal rates (1971–2012), 521t
  valid arguments for leasing, 877–879, 877e
taxes, firm debt and
  capital structure and, 524
  deductions for interest payments, 509–511
  determining actual tax advantage of debt, 523–524
  firm preferences for debt and, 524–527
  growth and debt and, 529–530
  including personal taxes in interest tax shield, 519–522
  limitations of tax benefit of debt, 527–529
  low leverage puzzle and, 530–531
  market balance sheet used to analyze recapitalization benefit, 518–519
  personal taxes, 519
  recapitalization to capture tax shield, 516–518
  review, 532–533
  review problems, 534–538
  tax shields, 530
  valuing interest tax shield, 511–512

valuing interest tax shield with permanent debt, 512–513
valuing interest tax shield with personal taxes, 522
valuing interest tax shield with target debt-equity ratio, 514–516
weighted average cost of capital (WACC) and, 513–514
taxes, on international cash flows
  based on repatriated earnings, 1032–1033
  review, 1041
  review problems, 1043–1044
  single project with immediate repatriation of earnings, 1033
tax jurisdiction, 598
tax loss carryforwards/carrybacks, 251e
tax rate ($\tau$)
  corporate tax rate ($\tau_C$), 236, 421, n. 509
  dividend tax rate ($\tau_d$), 523b, 597–598, 598e
  international leverage related to, 531t
  tax rate on interest income ($\tau_i$), 604
  U.S. federal rates (1971–2012), 521t
tax savings
  insurance providing, 989
  from operating losses acquired by merger, 937, 937e
tax shields
  employee stock options (ESOs) as, 532b
  interest tax shield. see interest tax shield
  overview of, 530
$\tau_d$ (dividend tax rate). see dividend tax rate ($\tau_d$)
teaser rates, loans, 148b
TED (Treasury-Eurodollar) spread, 189f
temporary working capital, 914, 914–915
tender offer
  freezeout mergers and, 955
  for mergers and acquisitions, 941–942
  share repurchases and, 587
term, of bonds, 170
terminal (continuation) value, adjustments to free cash flow, 250e
term loans, 841
term sheet, summarizing structure of a merger, 933
term structure, of interest rates
  computing present value, 152e
  overview of, 150
  risk-free interest rate ($r_f$) (2006–2008), 151f
terms, credit, 890, 893
terms, lease
  evaluating, 875–876e
  in perfect market, 861–862e
TEV (total enterprise value), 28
Texere, T., 800
Thaler, R., 469, n. 609
theft insurance, 329

Théodore, Jean-François, 16b
Theodorou, E., n. 975
Theory of Investment Value (Burr), 278b
The Theory of Investment Value (Williams), n. 483, 499
Thomas, C. W., 51
Thomas, R., n. 970
Thorburn, K., n. 544
time horizon, in beta forecasts, 433
timeline, for cash flows
  applying rules of time travel, 102–103, 103t
  constructing, 98e
  example problems, 132
  overview of, 97–98
time value, 721
time value of money. see also interest rate ($r$)
  annuities, 112–115
  applying rules of time travel, 102–104
  calculating net present value, 107–109
  comparing costs at different points in time, 65e
  converting dollars today to gold, Euros, or dollars in the future, 66f
  defined, 99
  determining cash flows from present or future values, 123–125
  growing annuity, 118–119
  growing perpetuity, 116–118
  interest rates and, 63–65
  internal rate of return (IRR) and, 125–129
  Law of One Price and, 95
  non-annual cash flows, 121
  overview of, 63, 96
  perpetuities, 109–112
  present value, 66
  Rule 1 for comparing and combining values at same point in time, 98
  Rule 2 for moving cash flows forward in time, 99–100
  Rule 3 for moving cash flows backward in time, 100–102
  spreadsheets or calculator for solving problems related to, 120–121
  timeline for cash flows, 97–98
  valuing a stream of cash flows, 104–107
time value, of options, 721
timing differences, IRR investment rule and, 218
Timmermann, A., n. 452
TIPS (Treasury Inflation-Protected Securities)
  coupon payments on inflation-indexed bonds, 843e
  defined, 843
  types of Treasury securities, 843t
Tirole, J., 575
Titman, S., n. 458, n. 465, 469, n. 531, 534, n. 545, n. 572, n. 783b
Tobin, J., 369b, 389

1102    **Index**

toeholds
 in merger target, **951**
 overview of, 951–952
Tokyo Stock Exchange (TSE), 15
tombstones, advertising IPOs and SEOs,
    **826**
total enterprise value (TEV), **28**
total payout model
 comparing methods of stock valuation,
    287*f*
 overview of, 282–**283**
 review problems, 305–306
total return ($R_t$)
 defined, **273**
 stock valuation and, 273*e*
trade credit
 cost with stretched payables, 896*e*
 defined, **242**, **890**
 estimating effective cost of, 891*e*
 float management and, 891–892
 market frictions and, 890–891
 review, 901
 review problems, 903–904
 terms, 890
trade-off theory
 agency costs and, 563
 defined, **550**
 optimal leverage and, 551–552
 overview of, 550
 present value of financial distress costs,
    550–551
 review, 573
 review problems, 577–578
trading goods, supply and demand for
    currency and, 999
trading strategies
 excess return and book-to-market ratio,
    456
 excess return and market capitalizations,
    455–456
 momentum and, 458
 overview of, 454
 positive-alpha strategies, 458–460
 review, 467–468
 review problems, 472–473
 size effects and, 454
 size effects and empirical evidence,
    456–458
trailing earnings, **289**
trailing P/E, **289**
trailing the hedge, n. 997
tranches, **840**
transaction costs
 arbitrage and, 93
 stock transactions and, **17**
transactions balance, cash management
    and, **898**
Treasury bills
 average annual returns (1926–2011),
    322*f*, 322*t*

excess return vs. volatility, 327*t*
historical returns on, 313
historical value of investment in,
    314–315*f*
investing in risk-free securities, 371–372
maturities of, 842–843
negative yield from, 172*b*
types of Treasury securities, 843*t*
volatility (1926–2011), 322*t*, 324*t*
as zero-coupon bonds, **170**
Treasury bonds
 credit crisis and bond yields, 189*f*
 government issue of 30-year bond,
    169
 types of coupon securities, **173**
 types of Treasury securities, 843*t*
 yields, 184
Treasury Inflation-Protected Securities. *see*
    TIPS (Treasury Inflation-Protected
    Securities)
Treasury notes
 maturities of, 843
 types of coupon securities, **173**
 types of Treasury securities, 843*t*
Treasury securities generally
 default-free, 185*b*
 determining risk-free interest rate,
    404–405
 options on, 709
 sovereign debt and, 188, 842–844
 types of, 843*t*
treasury stock method, n. 30
Treynor, J., n. 379, 389
Triantis, A., 800, n. 979
Trigeorgis, L., n. 795, 800
Troubled Asset Relief Program (TARP),
    547*b*, 783*b*
true leases, bankruptcy and, **869**
true tax leases
 cash flows for, 871–872
 defined, **868**
 evaluating, 875–876
 IRS distinguishing between true tax
    leases and non-tax leases, 868–869
trust receipts loan, inventory as collateral
    in, **922**
TSE (Tokyo Stock Exchange), 15
Tserlukevich, Y., 856
Tuckman, B., 194
Tufano, P., n. 452, 1021
tunneling, pyramid structures and, **979**
Turnbull, S., 769
turnover ratios, working capital, **38**
Tversky, A., 445–446, n. 445
Twite, G., n. 531, n. 572
two-state model, risk-neutral probability
    model, 758
two-state single period model, Binomial
    Option Pricing Model, 739–740

two-stock portfolios
 combining risks in, 353–354
 computing variance of, 357–358
 computing volatility of, 358–359*e*
 determining covariance and correlation,
    354–357
 expected returns vs. volatility of Intel/
    Coca-Cola portfolio, 364*f*
 volatility of, 353, 387, 390–391
Type I stocks, volatility of, 333*f*
Type S stocks, volatility of, 333*f*

**U**
*U. see* unlevered equity ($U$)
uncertainty, option to delay investment
    and, 783*b*
uncommitted line of credit, **916**
underdiversification, investor behavior,
    442–443
under-investment problem. *see also* debt
    overhang, 554–**555**
underwriters
 IPO offerings and, **813**
 mechanics of IPOs and, 815–816
 valuing IPO offerings, 817–819
underwriting spread, in pricing IPOs,
    **819**
undiversifiable risk. *see* systematic risk
unique risk. *see* firm-specific risk
unlevered betas. *see* asset betas ($\beta_U$)
unlevered cost of capital
 cash and, 494*e*
 estimating, 640–641
 estimating for Ideko, 691–692,
    691–692*e*
 example, 416*e*
 methods for determining project's cost
    of capital, **415**–417
 overview of, 490, 671–672
 personal taxes and, 657
 pretax WACC, 422
 for projects, 633–634
unlevered equity ($U$)
 cash flows for, 480*t*
 defined, **480**
 returns to, 481*t*
 systematic risk and risk premiums for,
    482*t*
unlevered firms, comparing cash
    flows of levered and unlevered
    firms, 511*f*
unlevered net income, **236**
unlevered P/E ratio, **693**
unsecured debt
 commercial paper for, 919–920
 types of corporate debt, **839**
unsystematic risk. *see* firm-specific risk
Uppal, R., 1021, 1041
Urošević, B., n. 560

## V

$V^L$ (levered value of investments)
  bankruptcy and firm value, 542
  of firm, 511, 515–517
  trade-off theory and, 550
$V^U$ (unlevered value of investments)
  bankruptcy and, 542
  of firm, 511, 515–517
  trade-off theory and, 550, 563
Vafeas, N., n. 975
valuation
  analyzing costs and benefits, 60–61
  of an asset in portfolio, 77–78
  of bonds. *see* bonds, valuing
  capital budgeting and. *see* capital
    budgeting and valuation
  capital budgeting case study. *see* capital
    budgeting and valuation case study
  determining cash values from market
    prices, 61–62e
  discount factors and rates, 65
  of financial options. *see* financial
    options, valuing
  of firm with leverage ($V^L$), 511
  of investment in one year, 64
  of investment today, 64
  of IPOs, 817–818, 818e
  overview of, 625
  of portfolios, 76–77
  present value vs. future value, 65
  share repurchases and, 283–284e
  of stocks. *see* stocks, valuing
  in takeover process, 941
  of unlevered firm ($V^U$), 511
  value additivity, 77b
  valuing decisions, 60
valuation, of foreign currency cash flows
  internationalizing cost of capital, 1032e
  Law of One Price as robustness check,
    1031–1032
  overview of, 1028–1029
  review, 1040–1041
  review problems, 1042–1043
  WACC method applied to valuing
    foreign project, 1029–1031
valuation, of interest tax shield
  overview of, 511–512
  with permanent debt, 512–513
  with personal taxes, 522
  review, 533
  review problems, 535–536
  without risk, 512e
  with target debt-equity ratio, 514–515,
    515–516e
valuation decisions
  cost/benefit analysis, 60–61
  cost of capital in investing, 95
  market prices determining cash value
    of, 61–62e

overview of, 59
Valuation Principle in, 62–63e
valuation multiples
  enterprise value multiples, 289–290e
  limitations of, 290–291
  other multiples, 290
  overview of, **288**
  price-earnings ratio (P/E) and, 288–289e
  stock prices in Footwear industry and,
    291t
Valuation Principle
  applying, 62–63e
  decision making and, 59
  stated, **62**
valuation ratios
  computing, 42e
  determining market value of firm, 41–42
  summary of, 45t
valuation triad, 294f
value additivity
  firm value and, 78
  stock index arbitrage and, **77b**
value stocks, market-to-book ratio in, **28**
value-weighted portfolio, **402**, 403b
van Binsbergen, J., n. 452, n. 453, n. 563
Vanguard's Total Stock Market, 404
Van Horne, J. C., 161
Vanhoucke, M., 225
Varaiya, N., n. 947
variance
  computing for large portfolio, 359
  computing for two-stock portfolio,
    357–358
  computing in Excel, 356b
  defined, **317**
  of equally weighted portfolio, 360
  of return ($Var(R)$), 322–323
  of return distribution ($Var(R_p)$),
    317–319
venture capital firms
  defined, **807**
  funds raised in U.S., 808f
  most active in U.S. (2011), 807t
  overview of, 807–809
venture capitalists, **808**–809
venture merchant financing, 921b
Vermaelen, T., n. 611
Veronesi, P., 303, 831
Verrecchia, R., 469
vertical integration
  defined, **935**
  hedging commodity price risk, **993**
  reasons for mergers and acquisitions,
    935
vertical mergers, **933**
Vijh, A., n. 933
Viniar, D., 8b
Vishny, R., 81, 534, n. 560, n. 977, 983
Viswanathan, S., n. 998b, 1021
VIX index, **753**, 753b

volatility
  beta ($\beta$) and, 340b
  comparing stocks, bonds, and Treasury
    Bills (1926–2011), 324t
  computing historical volatility, 323e
  computing implied volatility from
    option price, 753e
  defined, **318**
  of equally weighted portfolio, 360f
  excess returns and, 327t
  expected return and, 364f, 371f, 374f
  factors in timing investments, 781
  of financial options, 721e
  historical volatility of individual stocks
    ranked by size, 328f
  impact of change of correlation on, 365f
  implied volatility, 752
  of large portfolios, 359, 387, 391–392
  of portfolios, 333e, 333f
  of returns, 322–323
  reward-to-volatility ratio. *see* Sharpe
    ratio
  for selected stocks (1996–2011), 357t
  short sale and, 366e
  of two-stock portfolios, 353, 358–359e,
    363e, 387, 390–391
  VIX index and implied volatility, 753b
  when risks are independent, 361e
Volpin, P., n. 978

## W

WACC. *see* weighted average cost of
    capital (WACC)
Wahal, S., 453f
waiting to invest
  evaluating decision to wait, 781–782e
  factors in timing investments,
    780–781, 780f
  option to delay investment, 777, 783b
  value of, 798
Wakeman, L., 882
Wallace, N., 882
Walkling, R., n. 947, n. 968
Walsh, Kevin M., 154b
Walsh, M., n. 844
Wang, C., n. 971
Wang, Z., n. 460
warehouse arrangement
  defined, **922**
  effective annual rate (EAR) of, 923e
  inventory as collateral, 922–924
Warner, J., n. 558, n. 559, 856, n. 970
Warner, M., n. 544
warrants, convertible bonds and, **852**,
    n. 853
Warther, V., 619
wasteful spending, free cash flow
    hypothesis and, 561
Watts, R., n. 559
weak form efficiency, **459b**

1104    Index

weighted average cost of capital (WACC)
    capital budgeting and, 489–491
    with changing leverage, 655–657
    comparing WACC, APV, and FTE,
        647–648
    computing with multiple securities, 491
    with/without corporate taxes, 515f
    debt capacity for acquisition, 632e
    defined, **285**
    deriving the WACC method, 670–671
    error in re-levering, 643b
    estimating, 422–423e
    financing and, **421–423**
    implementing constant debt-equity
        ratio, 631–632
    and leverage in perfect markets, 490f
    with multiple securities, 492e
    overview of, 628–629
    permanent debt and, 655e
    for project with fixed debt structure
        (Avco RFX project), 656t
    project-based WACC formula, 642
    reducing leverage and cost of capital,
        491e
    review, 662
    summary of, 630
    tax benefit of leverage and, 513–514
    valuing acquisitions, 630–631e
    valuing foreign projects, 1029–1031
    valuing projects, 629–630
Weigand, R., 619
Weingartner, H. M., 225
Weinstein, E., n. 815b
Weisbach, M., n. 610, 619, 902, n. 963,
        n. 969
Weiss, L., n. 544
Welch, I., n. 406, n. 447, 575, 619, 826,
        831
Wells, K., 882
Wermers, R., n. 452
Wessels, D., 701
Wessels, R., 534
Weston, J., n. 446, 958
Whalen, J., 51
White, A., 769
White, H., n. 452
white knight, **948**
white squire, **948**
Whited, T., 575
Wiggins, R., n. 963
Wilbricht, L., 534
Wilford, D., 1021
Wilhelm, W., 831
Williams, J. B., 278b, n. 483, 499, n. 592

Williamson, R., n. 898, 902
Wilshire 5000, 403, n. 403, 404
winners and losers
    investor behavior and, 454
    market portfolio and, 454
winner's curse, investing in IPOs and, **822**,
        822e
with recourse, factoring of account
        receivable, **922**
without recourse, factoring of account
        receivable, **922**
Wolfenzon, D., n. 979
Womack, K., n. 609
working capital
    permanent, 914
    projections for Springfield Snowboards
        (2013), 914t
    requirements for Ideko Corp., 682t
    requirements in financial model, 679,
        682–683
    temporary, 914–915
    by various industries (2012), 888t
working capital management
    cash balances globally during financial
        crisis, 899b
    cash cycle of, 887–889, 887f
    cash management, 898–901
    cost of trade credit with stretched
        payables, 896e
    firm value and, 889
    inventory management, 896–898
    money market investments, 900t
    overview of, 886–887
    payables management, 895–896,
        895e
    project example, 889e
    receivables management, 892–895
    review, 901–902
    review problems, 903–905
    trade credit and, 889–892, 891e
working capital ratios, 37–38, 45t
workouts, as alternative to bankruptcy,
        **544**
Wruck, K., n. 559
Wu, G., n. 446
Wurgler, J., 469, n. 571

**X**

Xie, F., n. 971

**Y**

*y. see* yield to maturity (YTM)
Yang, J., n. 563
Yankee bonds, **841**

Yermack, D., n. 965, n. 967
yield curves
    bond arbitrage and, 181
    corporate bonds, 188f
    discount rates ($r$) and, **150**–152
    risk and, n. 155
    slope of yield curve and premiums,
        n. 203
yield to call (YTC), **851**, 851–852e
yield to maturity (YTM)
    bond price fluctuations and, 180f
    bond valuation and, 172e
    computing bond price from, 174e
    computing bond yields from forward
        interest rates, 202
    corporate bond, 185–187
    coupon bonds, 173–174e, 183–184
    time and bond prices, 176–177
    Treasury bonds, 184
    zero-coupon bonds, **171**, 172e, 182t,
        183–184e
Yilmaz, B., 856
YTC. *see* yield to call
YTM. *see* yield to maturity

**Z**

Zechhauser, R., n. 465
Zechner, J., n. 546
Zender, J., 575
Zenner, M., n. 963
zero-coupon bonds
    computing price of coupon bond from,
        181–182
    defined, **170**
    overview of, 170–171
    price, expected return, and YTM
        (Avant bond), 187t
    risk-free interest rate ($r_f$), 171–172
    sensitivity to interest rates, 180e
    sensitivity to price fluctuations over time,
        180f
    valuing coupon bond from zero-coupon
        bond yield, 182
    yield to maturity (YTM), 171, 172e,
        182t, 183–184e
zero-coupon yield curve, **172**
Zhang, L., n. 828
Zhao, Q., n. 648, n. 825f
Zhu, N., n. 446, n. 614
Zietlow, J., 902
Zingales, L., 564, n. 831, n. 979
Zuckerberg, M., 532b
Zuckerman, G., n. 815b
Zwiebel, J., n. 564

## COMMON SYMBOLS AND NOTATION

| | | | | |
|---|---|---|---|---|
| $A$ | market value of assets, premerger total value of acquirer | | $P_i$ | price of security $i$ |
| $APR$ | annual percentage rate | | P/E | price-earnings ratio |
| $B$ | risk-free investment in the replicating portfolio | | $PMT$ | annuity spreadsheet notation for cash flow |
| $C$ | cash flow, call option price | | $PV$ | present value; annuity spreadsheet notation for the initial amount |
| $Corr(R_i, R_j)$ | correlation between returns of $i$ and $j$ | | $q$ | dividend yield |
| $Cov(R_i, R_j)$ | covariance between returns of $i$ and $j$ | | $p$ | risk-neutral probability |
| $CPN$ | coupon payment | | $r$ | interest rate, discount rate of cost of capital |
| $D$ | market value of debt | | $R_i$ | return of security $i$ |
| $d$ | debt-to-value ratio | | $R_{mkt}$ | return of the market portfolio |
| $Div_t$ | dividends paid in year $t$ | | $R_P$ | return on portfolio $P$ |
| $dis$ | discount from face value | | RATE | annuity spreadsheet notation for interest rate |
| $E$ | market value of equity | | | |
| $EAR$ | effective annual rate | | $r_E, r_D$ | equity and debt costs of capital |
| $EBIT$ | earnings before interest and taxes | | $r_f$ | risk-free interest rate |
| $EBITDA$ | earnings before interest, taxes, depreciation, and amortization | | $r_i$ | required return or cost of capital of security $i$ |
| $EPS_t$ | earnings per share on date $t$ | | $r_U$ | unlevered cost of capital |
| $E[R_i]$ | expected return of security $i$ | | $r_{wacc}$ | weighted average cost of capital |
| $F, F_T$ | one-year and $T$-year forward exchange rate | | $S$ | stock price, spot exchange rate, value of all synergies |
| $FCF_t$ | free cash flow at date $t$ | | $SD(R_i)$ | standard deviation (volatility) of return of security $i$ |
| $FV$ | future value, face value of a bond | | | |
| $g$ | growth rate | | $T$ | option expiration date, maturity date, market value of target |
| $I$ | initial investment or initial capital committed to the project | | $U$ | market value of unlevered equity |
| $Int_t$ | interest expense on date $t$ | | $V_t$ | enterprise value on date $t$ |
| $IRR$ | internal rate of return | | $Var(R)$ | variance of return $R$ |
| $K$ | strike price | | $x_i$ | portfolio weight of investment in $i$ |
| $k$ | interest coverage ratio, compounding periods per year | | $YTC$ | yield to call on a callable bond |
| | | | $YTM$ | yield to maturity |
| $L$ | lease payment, market value of liabilities | | $\alpha_i$ | alpha of security $i$ |
| $\ln$ | natural logarithm | | $\beta_D, \beta_E$ | beta of debt or equity |
| $MV_i$ | total market capitalization of security $i$ | | $\beta_i$ | beta of security $i$ with respect to the market portfolio |
| $N$ | number of cash flows, terminal date, notational principal of a swap contract | | $\beta_s^P$ | beta of security $i$ with respect to portfolio $P$ |
| $N_i$ | number of shares outstanding of security $i$ | | $\beta_U$ | beta of unlevered firm |
| $NPER$ | annuity spreadsheet notation for the number of periods or dates of the last cash flow | | $\Delta$ | shares of stock in the replicating portfolio; sensitivity of option price to stock price |
| $NPV$ | net present value | | | |
| $P$ | price, initial principal or deposit, or equivalent present value, put option price | | $\sigma$ | volatility |
| | | | $\tau$ | tax rate |
| | | | $\tau_c$ | marginal corporate tax rate |