# EXHIBIT 74
# (part 2)

**434** ○ CHAPTER 10 INFERENCE FROM SMALL SAMPLES

 **MINITAB**

# Small-Sample Testing and Estimation

The tests and confidence intervals for population means based on the Student's $t$ distribution are found in a *MINITAB* submenu by choosing **Stat → Basic Statistics.** You will see choices for **1-Sample t, 2-Sample t,** and **Paired t,** which will generate Dialog boxes for the procedures in Sections 10.3, 10.4, and 10.5, respectively. You must choose the columns in which the data are stored and the null and alternative hypotheses to be tested (or the confidence coefficient for a confidence interval). In the case of the two-sample $t$-test, you must indicate whether the population variances are assumed equal or unequal, so that *MINITAB* can perform the correct test. We will display some of the Dialog boxes and Session window outputs for the examples in this chapter, beginning with the one-sample $t$-test of Example 10.3.

First, enter the six recorded weights—.46, .61, .52, .48, .57, .54—in column C1 and name them "Weights." Use **Stat → Basic Statistics → 1-Sample t** to generate the Dialog box in Figure 10.24. To test $H_0 : \mu = .5$ versus $H_a : \mu > .5$, use the list on the left to select "Weights" for the box marked "Samples in Columns." Check the box marked "Perform hypothesis test." Then, place your cursor in the box marked "Hypothesized mean:" and enter **.5** as the test value. Finally, use **Options** and the drop-down menu marked "Alternative" to select "greater than." Click **OK** twice to obtain the output in Figure 10.25. Notice that *MINITAB* produces a one- or a two-sided confidence interval for the single population mean, consistent with the alternative hypothesis you have chosen. You can change the confidence coefficient from the default of **.95** in the **Options** box. Also, the **Graphs** option will produce a histogram, a box plot, or an individual value plot of the data in column C1.

Data for a two-sample $t$-test with independent samples can be entered into the worksheet in one of two ways:

**FIGURE 10.24**



**FIGURE 10.25**



• Enter measurements from both samples into a single column and enter numbers (1 or 2) in a second column to identify the sample from which the measurement comes.

• Enter the samples in two separate columns.

If you do not have the raw data, but rather have summary statistics—the sample mean, standard deviation, and sample size—*MINITAB* 15 will allow you to use these values by selecting the radio button marked "Summarized data" and entering the appropriate values in the boxes.

Use the second method and enter the data from Example 10.5 into columns C2 and C3. Then use **Stat → Basic Statistics → 2-Sample t** to generate the Dialog box in Figure 10.26. Check "Samples in different columns," selecting C2 and C3 from the box on the left. Check the "Assume equal variances" box and select the proper alternative hypothesis in the Options box. (Otherwise, *MINITAB* will perform Satterthwaite's approximation for unequal variances.) The two-sample output when you click **OK** twice automatically contains a 95% one- or two-sided confidence interval as well as the test statistic and *p*-value (you can change the confidence coefficient if you like). The output for Example 10.5 is shown in Figure 10.13.

For a paired-difference test, the two samples are entered into separate columns, which we did with the tire wear data in Table 10.3. Use **Stat → Basic Statistics → Paired t**

**FIGURE 10.26**



to generate the Dialog box in Figure 10.27. If you have only summary statistics—the sample mean and standard deviation of the differences and sample size—*MINITAB* will allow you to use these values by selecting the radio button marked "Summarized data" and entering the appropriate values in the boxes. Select C4 and C5 from the box on the left, and use **Options** to pick the proper alternative hypothesis. You may change the confidence coefficient or the test value (the default value is zero). When you click **OK** twice, you will obtain the output shown in Figure 10.15.

The *MINITAB* command **Stat → Basic Statistics → 2 Variances** allows you to enter either raw data or summary statistics to perform the *F*-test for the equality of variances, as shown in Figure 10.28. The *MINITAB* command **Stat → Basic Statistics → 1 Variance** will allow you to perform the $\chi^2$ test and construct a confidence interval for a single population variance, $\sigma^2$.

**FIGURE 10.27**



**FIGURE 10.28**



# Supplementary Exercises

**10.67** What assumptions are made when Student's *t*-test is used to test a hypothesis concerning a population mean?

**10.68** What assumptions are made about the populations from which random samples are obtained when the *t* distribution is used in making small-sample inferences concerning the difference in population means?

**10.69** Why use paired observations to estimate the difference between two population means rather than estimation based on independent random samples selected from the two populations? Is a paired experiment always preferable? Explain.

**10.70 Impurities II** A manufacturer can tolerate a small amount (.05 milligrams per liter (mg/l)) of impurities in a raw material needed for manufacturing its product. Because the laboratory test for the impurities is subject to experimental error, the manufacturer tests each batch 10 times. Assume that the mean value of the experimental error is 0 and hence that the mean value of the ten test readings is an unbiased estimate of the true amount of the impurities in the batch. For a particular batch of the raw material, the mean of the ten test readings is .058 mg/l, with a standard deviation of .012 mg/l. Do the data provide sufficient evidence to indicate that the amount of impurities in the batch exceeds .05 mg/l? Find the *p*-value for the test and interpret its value.

**10.71 Red Pine** The main stem growth measured for a sample of seventeen 4-year-old red pine trees produced a mean and standard deviation equal to 11.3 and 3.4 inches, respectively. Find a 90% confidence interval for the mean growth of a population of 4-year-old red pine trees subjected to similar environmental conditions.

**10.72 Sodium Hydroxide** The object of a general chemistry experiment is to determine the amount (in milliliters) of sodium hydroxide (NaOH) solution needed to neutralize 1 gram of a specified acid. This will be an exact amount, but when the experiment is run in the laboratory, variation will occur as the result of experimental error. Three titrations are made using phenolphthalein as an indicator of the neutrality of the solution (pH equals 7 for a neutral solution). The three volumes of NaOH required to attain a pH of 7 in each

of the three titrations are as follows: 82.10, 75.75, and 75.44 milliliters. Use a 99% confidence interval to estimate the mean number of milliliters required to neutralize 1 gram of the acid.

**10.73 Sodium Chloride** Measurements of water intake, obtained from a sample of 17 rats that had been injected with a sodium chloride solution, produced a mean and standard deviation of 31.0 and 6.2 cubic centimeters ($cm^3$), respectively. Given that the average water intake for noninjected rats observed over a comparable period of time is 22.0 $cm^3$, do the data indicate that injected rats drink more water than noninjected rats? Test at the 5% level of significance. Find a 90% confidence interval for the mean water intake for injected rats.

**10.74 Sea Urchins** An experimenter was interested in determining the mean thickness of the cortex of the sea urchin egg. The thickness was measured for $n = 10$ sea urchin eggs. These measurements were obtained:

| | | | | |
|---|---|---|---|---|
| 4.5 | 6.1 | 3.2 | 3.9 | 4.7 |
| 5.2 | 2.6 | 3.7 | 4.6 | 4.1 |

Estimate the mean thickness of the cortex using a 95% confidence interval.

**10.75 Fabricating Systems** A production plant has two extremely complex fabricating systems; one system is twice as old as the other. Both systems are checked, lubricated, and maintained once every 2 weeks. The number of finished products fabricated daily by each of the systems is recorded for 30 working days. The results are given in the table. Do these data present sufficient evidence to conclude that the variability in daily production warrants increased maintenance of the older fabricating system? Use the *p*-value approach.

| New System | Old System |
|---|---|
| $\bar{x}_1 = 246$ | $\bar{x}_2 = 240$ |
| $s_1 = 15.6$ | $s_2 = 28.2$ |

**MY DATA** **10.76 Fossils** The data in the table are the diameters and heights of ten fossil specimens EX1076 of a species of small shellfish, *Rotularia (Annelida) fallax,* that were unearthed in a mapping expedition near the Antarctic Peninsula.[12] The table gives an identification symbol for the fossil specimen, the fossil's diameter and height in millimeters, and the ratio of diameter to height.

**438** ○ CHAPTER 10 INFERENCE FROM SMALL SAMPLES

| Specimen | Diameter | Height | $D/H$ |
|---|---|---|---|
| OSU 36651 | 185 | 78 | 2.37 |
| OSU 36652 | 194 | 65 | 2.98 |
| OSU 36653 | 173 | 77 | 2.25 |
| OSU 36654 | 200 | 76 | 2.63 |
| OSU 36655 | 179 | 72 | 2.49 |
| OSU 36656 | 213 | 76 | 2.80 |
| OSU 36657 | 134 | 75 | 1.79 |
| OSU 36658 | 191 | 77 | 2.48 |
| OSU 36659 | 177 | 69 | 2.57 |
| OSU 36660 | 199 | 65 | 3.06 |
| $\bar{x}$: | 184.5 | 73 | 2.54 |
| $s$: | 21.5 | 5 | .37 |

a. Find a 95% confidence interval for the mean diameter of the species.

b. Find a 95% confidence interval for the mean height of the species.

c. Find a 95% confidence interval for the mean ratio of diameter to height.

d. Compare the three intervals constructed in parts a, b, and c. Is the average of the ratios the same as the ratio of the average diameter to average height?

**10.77 Fossils, continued** Refer to Exercise 10.76 and data set EX1076. Suppose you want to estimate the mean diameter of the fossil specimens correct to within 5 millimeters with probability equal to .95. How many fossils do you have to include in your sample?

**MY DATA**  **10.78 Alcohol and Reaction Times** To **EX1078**  test the effect of alcohol in increasing the reaction time to respond to a given stimulus, the reaction times of seven people were measured. After consuming 3 ounces of 40% alcohol, the reaction time for each of the seven people was measured again. Do the following data indicate that the mean reaction time after consuming alcohol was greater than the mean reaction time before consuming alcohol? Use $\alpha = .05$.

| Person | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Before | 4 | 5 | 5 | 4 | 3 | 6 | 2 |
| After | 7 | 8 | 3 | 5 | 4 | 5 | 5 |

**MY DATA**  **10.79 Cheese, Please** Here are the prices **EX1079**  per ounce of $n = 13$ different brands of individually wrapped cheese slices:

| | | | | |
|---|---|---|---|---|
| 29.0 | 24.1 | 23.7 | 19.6 | 27.5 |
| 28.7 | 28.0 | 23.8 | 18.9 | 23.9 |
| 21.6 | 25.9 | 27.4 | | |

Construct a 95% confidence interval estimate of the underlying average price per ounce of individually wrapped cheese slices.

**10.80 Drug Absorption** An experiment was conducted to compare the mean lengths of time required for the bodily absorption of two drugs A and B. Ten people were randomly selected and assigned to receive one of the drugs. The length of time (in minutes) for the drug to reach a specified level in the blood was recorded, and the data summary is given in the table:

| Drug A | Drug B |
|---|---|
| $\bar{x}_1 = 27.2$ | $\bar{x}_2 = 33.5$ |
| $s_1^2 = 16.36$ | $s_2^2 = 18.92$ |

a. Do the data provide sufficient evidence to indicate a difference in mean times to absorption for the two drugs? Test using $\alpha = .05$.

b. Find the approximate $p$-value for the test. Does this value confirm your conclusions?

c. Find a 95% confidence interval for the difference in mean times to absorption. Does the interval confirm your conclusions in part a?

**10.81 Drug Absorption, continued** Refer to Exercise 10.80. Suppose you wish to estimate the difference in mean times to absorption correct to within 1 minute with probability approximately equal to .95.

a. Approximately how large a sample is required for each drug (assume that the sample sizes are equal)?

b. If conducting the experiment using the sample sizes of part a will require a large amount of time and money, can anything be done to reduce the sample sizes and still achieve the 1-minute margin of error for estimation?

**MY DATA**  **10.82 Ring-Necked Pheasants** The **EX1082**  weights in grams of 10 males and 10 female juvenile ring-necked pheasants are given below.

| Males | | Females | |
|---|---|---|---|
| 1384 | 1672 | 1073 | 1058 |
| 1286 | 1370 | 1053 | 1123 |
| 1503 | 1659 | 1038 | 1089 |
| 1627 | 1725 | 1018 | 1034 |
| 1450 | 1394 | 1146 | 1281 |

a. Use a statistical test to determine if the population variance of the weights of the male birds differs from that of the females.

b. Test whether the average weight of juvenile male ring-necked pheasants exceeds that of the females by more than 300 grams. (HINT: The procedure that you use should take into account the results of the analysis in part a.)

**MY DATA** **10.83 Bees** Insects hovering in flight expend enormous amounts of energy for their size and weight. The data shown here were taken from a much larger body of data collected by T.M. Casey and colleagues.[13] They show the wing stroke frequencies (in hertz) for two different species of bees, $n_1 = 4$ *Euglossa mandibularis* Friese and $n_2 = 6$ *Euglossa imperialis* Cockerell.

EX1083

| E. mandibularis Friese | E. imperialis Cockerell |
|---|---|
| 235 | 180 |
| 225 | 169 |
| 190 | 180 |
| 188 | 185 |
|  | 178 |
|  | 182 |

**a.** Based on the observed ranges, do you think that a difference exists between the two population variances?

**b.** Use an appropriate test to determine whether a difference exists.

**c.** Explain why a Student's $t$-test with a pooled estimator $s^2$ is unsuitable for comparing the mean wing stroke frequencies for the two species of bees.

**MY DATA** **10.84 Calcium** The calcium (Ca) content of a powdered mineral substance was analyzed 10 times with the following percent compositions recorded:

EX1084

| .0271 | .0282 | .0279 | .0281 | .0268 |
|---|---|---|---|---|
| .0271 | .0281 | .0269 | .0275 | .0276 |

**a.** Find a 99% confidence interval for the true calcium content of this substance.

**b.** What does the phrase "99% confident" mean?

**c.** What assumptions must you make about the sampling procedure so that this confidence interval will be valid? What does this mean to the chemist who is performing the analysis?

**10.85 Sun or Shade?** Karl Niklas and T.G. Owens examined the differences in a particular plant, *Plantago Major L.,* when grown in full sunlight versus shade conditions.[14] In this study, shaded plants received direct sunlight for less than 2 hours each day, whereas full-sun plants were never shaded. A partial summary of the data based on $n_1 = 16$ full-sun plants and $n_2 = 15$ shade plants is shown here:

| | Full Sun | | Shade | |
|---|---|---|---|---|
| | $\bar{x}$ | $s$ | $\bar{x}$ | $s$ |
| Leaf Area (cm$^2$) | 128.00 | 43.00 | 78.70 | 41.70 |
| Overlap Area (cm$^2$) | 46.80 | 2.21 | 8.10 | 1.26 |
| Leaf Number | 9.75 | 2.27 | 6.93 | 1.49 |
| Thickness (mm) | .90 | .03 | .50 | .02 |
| Length (cm) | 8.70 | 1.64 | 8.91 | 1.23 |
| Width (cm) | 5.24 | .98 | 3.41 | .61 |

**a.** What assumptions are required in order to use the small-sample procedures given in this chapter to compare full-sun versus shade plants? From the summary presented, do you think that any of these assumptions have been violated?

**b.** Do the data present sufficient evidence to indicate a difference in mean leaf area for full-sun versus shade plants?

**c.** Do the data present sufficient evidence to indicate a difference in mean overlap area for full-sun versus shade plants?

**10.86 Orange Juice** A comparison of the precisions of two machines developed for extracting juice from oranges is to be made using the following data:

| Machine A | Machine B |
|---|---|
| $s^2 = 3.1$ ounces$^2$ | $s^2 = 1.4$ ounces$^2$ |
| $n = 25$ | $n = 25$ |

**a.** Is there sufficient evidence to indicate that there is a difference in the precision of the two machines at the 5% level of significance?

**b.** Find a 95% confidence interval for the ratio of the two population variances. Does this interval confirm your conclusion from part a? Explain.

**10.87 At Home or at School?** Four sets of identical twins (pairs A, B, C, and D) were selected at random from a computer database of identical twins. One child was selected at random from each pair to form an "experimental group." These four children were sent to school. The other four children were kept at home as a control group. At the end of the school year, the following IQ scores were obtained:

| Pair | Experimental Group | Control Group |
|---|---|---|
| A | 110 | 111 |
| B | 125 | 120 |
| C | 139 | 128 |
| D | 142 | 135 |

Does this evidence justify the conclusion that lack of school experience has a depressing effect on IQ scores? Use the $p$-value approach.

**440** ○ CHAPTER 10 INFERENCE FROM SMALL SAMPLES

**MY DATA** EX1088 **10.88 Dieting** Eight obese persons were placed on a diet for 1 month, and their weights, at the beginning and at the end of the month, were recorded:

| | Weights | |
|---|---|---|
| Subjects | Initial | Final |
| 1 | 310 | 263 |
| 2 | 295 | 251 |
| 3 | 287 | 249 |
| 4 | 305 | 259 |
| 5 | 270 | 233 |
| 6 | 323 | 267 |
| 7 | 277 | 242 |
| 8 | 299 | 265 |

Estimate the mean weight loss for obese persons when placed on the diet for a 1-month period. Use a 95% confidence interval and interpret your results. What assumptions must you make so that your inference is valid?

**MY DATA** EX1089 **10.89 Repair Costs** Car manufacturers try to design the bumpers of their automobiles to prevent costly damage in parking-lot type accidents. To compare repair costs of front versus back bumpers for several brands of cars, the cars were subject to a front and rear impacts at 5 mph, and the repair costs recorded.[15]

| Vehicle | Front | Rear |
|---|---|---|
| VW Jetta | $396 | $602 |
| Daewoo Nubira | 451 | 404 |
| Acura 3.4 RL | 1123 | 968 |
| Dodge Neon | 687 | 748 |
| Nissan Sentra | 583 | 571 |

Do the data provide sufficient evidence to indicate that there is a significant difference in average repair costs for front versus rear bumper repairs costs? Test using $\alpha = .05$.

**MY DATA** EX1090 **10.90 Breathing Patterns** Research psychologists measured the baseline breathing patterns—the total ventilation (in liters of air per minute) adjusted for body size—for each of $n = 30$ patients, so that they could estimate the average total ventilation for patients before any experimentation was done. The data, along with some *MINITAB* output, are presented here:

| | | | | | |
|---|---|---|---|---|---|
| 5.23 | 5.72 | 5.77 | 4.99 | 5.12 | 4.82 |
| 5.54 | 4.79 | 5.16 | 5.84 | 4.51 | 5.14 |
| 5.92 | 6.04 | 5.83 | 5.32 | 6.19 | 5.70 |
| 4.72 | 5.38 | 5.48 | 5.37 | 4.96 | 5.58 |
| 4.67 | 5.17 | 6.34 | 6.58 | 4.35 | 5.63 |

*MINITAB* output for Exercise 10.90

**Stem-and-Leaf Display: Ltrs/min**

```
Stem-and-leaf of Ltrs/min  N = 30
Leaf Unit = 0.10

   1    4  3
   2    4  5
   5    4  677
   8    4  899
  12    5  1111
  (4)   5  2333
  14    5  455
  11    5  6777
   7    5  889
   4    6  01
   2    6  3
   1    6  5
```

**Descriptive Statistics: Ltrs/min**

```
Variable    N     N*     Mean   SE Mean    StDev
Ltrs/min    30     0   5.3953    0.0997   0.5462

Minimum       Q1     Median        Q3    Maximum
 4.3500   4.9825    5.3750    5.7850     6.5800
```

**a.** What information does the stem and leaf plot give you about the data? Why is this important?

**b.** Use the *MINITAB* output to construct a 99% confidence interval for the average total ventilation for patients.

**10.91 Reaction Times** A comparison of reaction times (in seconds) for two different stimuli in a psychological word-association experiment produced the following results when applied to a random sample of 16 people:

| Stimulus 1 | 1 | 3 | 2 | 1 | 2 | 1 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|
| Stimulus 2 | 4 | 2 | 3 | 3 | 1 | 2 | 3 | 3 |

Do the data present sufficient evidence to indicate a difference in mean reaction times for the two stimuli? Test using $\alpha = .05$.

**10.92 Reaction Times II** Refer to Exercise 10.91. Suppose that the word-association experiment is conducted using eight people as blocks and making a comparison of reaction times within each person; that is, each person is subjected to both stimuli in a random order. The reaction times (in seconds) for the experiment are as follows:

| Person | Stimulus 1 | Stimulus 2 |
|---|---|---|
| 1 | 3 | 4 |
| 2 | 1 | 2 |
| 3 | 1 | 3 |
| 4 | 2 | 1 |
| 5 | 1 | 2 |
| 6 | 2 | 3 |
| 7 | 3 | 3 |
| 8 | 2 | 3 |

Do the data present sufficient evidence to indicate a difference in mean reaction times for the two stimuli? Test using $\alpha = .05$.

**10.93** Refer to Exercises 10.91 and 10.92. Calculate a 95% confidence interval for the difference in the two population means for each of these experimental designs. Does it appear that blocking increased the amount of information available in the experiment?

**MY DATA**
EX1094  **10.94 Impact Strength** The following data are readings (in foot-pounds) of the impact strengths of two kinds of packaging material:

| A | B |
|------|------|
| 1.25 | .89 |
| 1.16 | 1.01 |
| 1.33 | .97 |
| 1.15 | .95 |
| 1.23 | .94 |
| 1.20 | 1.02 |
| 1.32 | .98 |
| 1.28 | 1.06 |
| 1.21 | .98 |

*MINITAB* output for Exercise 10.94

### Two-Sample T-Test and CI: A, B

```
Two-sample T for A vs B
    N    Mean    StDev   SE Mean
A   9   1.2367   0.0644    0.021
B   9   0.9778   0.0494    0.016

Difference = mu (A) - mu (B)
Estimate for difference: 0.2589
95% CI for difference: (0.2015, 0.3163)
T-Test of difference = 0 (vs not =):
T-Value = 9.56  P-Value = 0.000  DF = 16
Both use Pooled StDev = 0.0574
```

a. Use the *MINITAB* printout to determine whether there is evidence of a difference in the mean strengths for the two kinds of material.

b. Are there practical implications to your results?

**10.95 Cake Mixes** An experiment was conducted to compare the densities (in ounces per cubic inch) of cakes prepared from two different cake mixes. Six cake pans were filled with batter A, and six were filled with batter B. Expecting a variation in oven temperature, the experimenter placed a pan filled with batter A and another with batter B *side by side* at six different locations in the oven. The six paired observations of densities are as follows:

| Batter A | .135 | .102 | .098 | .141 | .131 | .144 |
|----------|------|------|------|------|------|------|
| Batter B | .129 | .120 | .112 | .152 | .135 | .163 |

a. Do the data present sufficient evidence to indicate a difference between the average densities of cakes prepared using the two types of batter?

b. Construct a 95% confidence interval for the difference between the average densities for the two mixes.

**10.96** Under what assumptions can the $F$ distribution be used in making inferences about the ratio of population variances?

**10.97 Got Milk?** A dairy is in the market for a new container-filling machine and is considering two models, manufactured by company A and company B. Ruggedness, cost, and convenience are comparable in the two models, so the deciding factor is the variability of fills. The model that produces fills with the smaller variance is preferred. If you obtain samples of fills for each of the two models, an $F$-test can be used to test for the equality of population variances. Which type of rejection region would be most favored by each of these individuals?

a. The manager of the dairy—Why?

b. A sales representative for company A—Why?

c. A sales representative for company B—Why?

**10.98 Got Milk II** Refer to Exercise 10.97. Wishing to demonstrate that the variability of fills is less for her model than for her competitor's, a sales representative for company A acquired a sample of 30 fills from her company's model and a sample of 10 fills from her competitor's model. The sample variances were $s_A^2 = .027$ and $s_B^2 = .065$, respectively. Does this result provide statistical support at the .05 level of significance for the sales representative's claim?

**10.99 Chemical Purity** A chemical manufacturer claims that the purity of his product never varies by more than 2%. Five batches were tested and given purity readings of 98.2, 97.1, 98.9, 97.7, and 97.9%.

a. Do the data provide sufficient evidence to contradict the manufacturer's claim? (HINT: To be generous, let a range of 2% equal $4\sigma$.)

b. Find a 90% confidence interval for $\sigma^2$.

**10.100 16-Ounce Cans?** A cannery prints "weight 16 ounces" on its label. The quality control supervisor selects nine cans at random and weighs them. She finds $\bar{x} = 15.7$ and $s = .5$. Do the data present sufficient evidence to indicate that the mean weight is less than that claimed on the label?

**442** ○ CHAPTER 10 INFERENCE FROM SMALL SAMPLES

**10.101 Reaction Time III** A psychologist wishes to verify that a certain drug increases the reaction time to a given stimulus. The following reaction times (in tenths of a second) were recorded before and after injection of the drug for each of four subjects:

| Subject | Reaction Time Before | After |
|---|---|---|
| 1 | 7 | 13 |
| 2 | 2 | 3 |
| 3 | 12 | 18 |
| 4 | 12 | 13 |

Test at the 5% level of significance to determine whether the drug significantly increases reaction time.

**MY DATA** **10.102 Food Production** At a time when energy conservation is so important, some scientists think closer scrutiny should be given to the cost (in energy) of producing various forms of food. Suppose you wish to compare the mean amount of oil required to produce 1 acre of corn versus 1 acre of cauliflower. The readings (in barrels of oil per acre), based on 20-acre plots, seven for each crop, are shown in the table. Use these data to find a 90% confidence interval for the difference between the mean amounts of oil required to produce these two crops.

EX10102

| Corn | Cauliflower |
|---|---|
| 5.6 | 15.9 |
| 7.1 | 13.4 |
| 4.5 | 17.6 |
| 6.0 | 16.8 |
| 7.9 | 15.8 |
| 4.8 | 16.3 |
| 5.7 | 17.1 |

**10.103 Alcohol and Altitude** The effect of alcohol consumption on the body appears to be much greater at high altitudes than at sea level. To test this theory, a scientist randomly selects 12 subjects and randomly divides them into two groups of six each. One group is put into a chamber that simulates conditions at an altitude of 12,000 feet, and each subject ingests a drink containing 100 cubic centimeters (cc) of alcohol. The second group receives the same drink in a chamber that simulates conditions at sea level. After 2 hours, the amount of alcohol in the blood (grams per 100 cc) for each subject is measured. The data are shown in the table. Do the data provide sufficient evidence to support the theory that retention of alcohol in the blood is greater at high altitudes?

| Sea Level | 12,000 Feet |
|---|---|
| .07 | .13 |
| .10 | .17 |
| .09 | .15 |
| .12 | .14 |
| .09 | .10 |
| .13 | .14 |

**10.104 Stock Risks** The closing prices of two common stocks were recorded for a period of 15 days. The means and variances are

$$\bar{x}_1 = 40.33 \quad \bar{x}_2 = 42.54$$
$$s_1^2 = 1.54 \quad s_2^2 = 2.96$$

a. Do these data present sufficient evidence to indicate a difference between the variabilities of the closing prices of the two stocks for the populations associated with the two samples? Give the $p$-value for the test and interpret its value.

b. Construct a 99% confidence interval for the ratio of the two population variances.

**10.105 Auto Design** An experiment is conducted to compare two new automobile designs. Twenty people are randomly selected, and each person is asked to rate each design on a scale of 1 (poor) to 10 (excellent). The resulting ratings will be used to test the null hypothesis that the mean level of approval is the same for both designs against the alternative hypothesis that one of the automobile designs is preferred. Do these data satisfy the assumptions required for the Student's $t$-test of Section 10.4? Explain.

**10.106 Safety Programs** The data shown here were collected on lost-time accidents (the figures given are mean work-hours lost per month over a period of 1 year) before and after an industrial safety program was put into effect. Data were recorded for six industrial plants. Do the data provide sufficient evidence to indicate whether the safety program was effective in reducing lost-time accidents? Test using $\alpha = .01$.

| | Plant Number | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| Before Program | 38 | 64 | 42 | 70 | 58 | 30 |
| After Program | 31 | 58 | 43 | 65 | 52 | 29 |

**MY DATA** **10.107 Two Different Entrees** To compare the demand for two different entrees, the manager of a cafeteria recorded the number of purchases of each entree on seven consecutive days. The data are shown in the table. Do the data provide

EX10107

sufficient evidence to indicate a greater mean demand for one of the entrees? Use the *MINITAB* printout.

| Day | A | B |
|-----|-----|-----|
| Monday | 420 | 391 |
| Tuesday | 374 | 343 |
| Wednesday | 434 | 469 |
| Thursday | 395 | 412 |
| Friday | 637 | 538 |
| Saturday | 594 | 521 |
| Sunday | 679 | 625 |

*MINITAB* output for Exercise 10.107

**Paired T-Test and CI: A, B**

```
Paired T for A - B
               N     Mean    StDev   SE Mean
A              7    504.7    127.2      48.1
B              7    471.3     97.4      36.8
Difference     7     33.4     47.5      18.0

95% CI for mean difference: (-10.5, 77.4)
T-Test of mean difference = 0 (vs not = 0):
T-Value = 1.86  P-Value = 0.112
```

**10.108 Pollution Control**  The EPA limit on the allowable discharge of suspended solids into rivers and streams is 60 milligrams per liter (mg/l) per day. A study of water samples selected from the discharge at a phosphate mine shows that over a long period, the mean daily discharge of suspended solids is 48 mg/l, but day-to-day discharge readings are variable. State inspectors measured the discharge rates of suspended solids for $n = 20$ days and found $s^2 = 39$ (mg/l)$^2$. Find a 90% confidence interval for $\sigma^2$. Interpret your results.

**10.109 Enzymes**  Two methods were used to measure the specific activity (in units of enzyme activity per milligram of protein) of an enzyme. One unit of enzyme activity is the amount that catalyzes the formation of 1 micromole of product per minute under specified conditions. Use an appropriate test or estimation procedure to compare the two methods of measurement. Comment on the validity of any assumptions you need to make.

| Method 1 | 125 | 137 | 130 | 151 | 142 |
|-----|-----|-----|-----|-----|-----|
| Method 2 | 137 | 143 | 151 | 156 | 149 |

**10.110 Connector Rods**  A producer of machine parts claimed that the diameters of the connector rods produced by his plant had a variance of at most .03 inch$^2$. A random sample of 15 connector rods from his plant produced a sample mean and variance of .55 inch and .053 inch$^2$, respectively.

**a.** Is there sufficient evidence to reject his claim at the $\alpha = .05$ level of significance?

**b.** Find a 95% confidence interval for the variance of the rod diameters.

**10.111 Sleep and the College Student**  How much sleep do you get on a typical school night? A group of 10 college students were asked to report the number of hours that they slept on the previous night with the following results:

7,  6,  7.25,  7,  8.5,  5,  8,  7,  6.75,  6

**a.** Find a 99% confidence interval for the average number of hours that college students sleep.

**b.** What assumptions are required in order for this confidence interval to be valid?

**MY DATA**  **10.112 Arranging Objects**  The following

EX10112  data are the response times in seconds for $n = 25$ first graders to arrange three objects by size.

| 5.2 | 3.8 | 5.7 | 3.9 | 3.7 |
|-----|-----|-----|-----|-----|
| 4.2 | 4.1 | 4.3 | 4.7 | 4.3 |
| 3.1 | 2.5 | 3.0 | 4.4 | 4.8 |
| 3.6 | 3.9 | 4.8 | 5.3 | 4.2 |
| 4.7 | 3.3 | 4.2 | 3.8 | 5.4 |

Find a 95% confidence interval for the average response time for first graders to arrange three objects by size. Interpret this interval.

**10.113 Finger-Lickin' Good!**  Maybe too good, according to tests performed by the consumer testing division of *Good Housekeeping.* Nutritional information provided by Kentucky Fried Chicken claims that each small bag of Potato Wedges contains 4.8 ounces of food, for a total of 280 calories. A sample of 10 orders from KFC restaurants in New York and New Jersey averaged 358 calories.[16] If the standard deviation of this sample was $s = 54$, is there sufficient evidence to indicate that the average number of calories in small bags of KFC Potato Wedges is greater than advertised? Test at the 1% level of significance.

**10.114 Mall Rats**  An article in *American Demographics* investigated consumer habits at the mall. We tend to spend the most money shopping on the weekends, and, in particular, on Sundays from 4 to 6 P.M. Wednesday morning shoppers spend the least![17] Suppose that a random sample of 20 weekend shoppers and a random sample of 20 weekday shoppers were selected, and the amount spent per trip to the mall was recorded.

**444** ○ CHAPTER 10 INFERENCE FROM SMALL SAMPLES

|  | Weekends | Weekdays |
|---|---|---|
| Sample Size | 20 | 20 |
| Sample Mean | $78 | $67 |
| Sample Standard Deviation | $22 | $20 |

**a.** Is it reasonable to assume that the two population variances are equal? Use the $F$-test to test this hypothesis with $\alpha = .05$.

**b.** Based on the results of part a, use the appropriate test to determine whether there is a difference in the average amount spent per trip on weekends versus weekdays. Use $\alpha = .05$.

 **MY DATA** **EX10115** **10.115 Border Wars** As the costs of prescription drugs escalate, more and more senior citizens are ordering prescriptions from Canada, or actually crossing the border to buy prescription drugs. The price of a typical prescription for nine best-selling drugs was recorded at randomly selected stores in both the United States and in Canada.[18]

| Drug | U.S. | Canada |
|---|---|---|
| Lipitor® | $290 | $179 |
| Zocor® | 412 | 211 |
| Prilosec® | 117 | 72 |
| Norvasc® | 139 | 125 |
| Zyprexa® | 571 | 396 |
| Paxil® | 276 | 171 |
| Prevacid® | 484 | 196 |
| Celebrex® | 161 | 67 |
| Zoloft® | 235 | 156 |

**a.** Is there sufficient evidence to indicate that the average cost of prescription drugs in the United States is different from the average cost in Canada? Use $\alpha = .01$.

**b.** What is the approximate the $p$-value for this test? Does this confirm your conclusions in part a?

## MY APPLET Exercises

**10.116** Use the **Student's $t$ Probabilities** applet to find the following probabilities:

**a.** $P(t > 1.2)$ with 5 $df$

**b.** $P(t > 2) + P(t < -2)$ with 10 $df$

**c.** $P(t < -3.3)$ with 8 $df$

**d.** $P(t > .6)$ with 12 $df$

**10.117** Use the **Student's $t$ Probabilities** applet to find the following critical values:

**a.** an upper one-tailed rejection region with $\alpha = .05$ and 11 $df$

**b.** a two-tailed rejection region with $\alpha = .05$ and 7 $df$

**c.** a lower one-tailed rejection region with $\alpha = .01$ and 15 $df$

**10.118** Refer to the **Interpreting Confidence Intervals** applet.

**a.** Suppose that you have a random sample of size $n = 10$ from a population with unknown mean $\mu$. What formula would you use to construct a 95% confidence interval for the unknown population mean?

**b.** Use the **One Sample** button in the first applet to create a single 95% confidence interval for $\mu$. Use the formula in part a and the information given in the applet to verify the confidence limits provided. (The applet rounds to the nearest integer.) Did this confidence interval enclose the true value, $\mu = 100$?

**10.119** Refer to the **Interpreting Confidence Intervals** applet.

**a.** Use the **10 Samples** button in the first applet to create ten 95% confidence intervals for $\mu$.

**b.** Are the widths of these intervals all the same? Explain why or why not.

**c.** How many of the intervals work properly and enclose the true value of $\mu$?

**d.** Try this simulation again by clicking the **10 Samples** button a few more times and counting the number of intervals that work correctly. Is it close to our 95% confidence level?

**e.** Use the **10 Samples** button in the second applet to create ten 99% confidence intervals for $\mu$. How many of these intervals work properly?

**10.120** Refer to the **Interpreting Confidence Intervals** applet.

**a.** Use the **100 Samples** button to create one hundred 95% confidence intervals for $\mu$. How many of the

intervals work properly and enclose the true value of $\mu$?

b. Repeat the instructions of part a to construct 99% confidence intervals. How many of the intervals work properly and enclose the true value of $\mu$?

c. Try this simulation again by clicking the `100 Samples` button a few more times and counting the number of intervals that work correctly. Use both the 95% and 99% confidence intervals. Do the percentage of intervals that work come close to our 95% and 99% confidence levels?

**10.121** A random sample of $n = 12$ observations from a normal population produced $\bar{x} = 47.1$ and $s^2 = 4.7$. Test the hypothesis $H_0$: $\mu = 48$ against $H_a$: $\mu \neq 48$. Use the **Small-Sample Test of a Population Mean** applet and a 5% significance level.

**10.122 SAT Scores** In Exercise 9.73, we reported that the national average SAT scores for the class of 2005 were 508 on the verbal portion and 520 on the math portion. Suppose that we have a small random sample of 15 California students in the class of 2005; their SAT scores are recorded in the following table.

|  | Verbal | Math |
|---|---|---|
| Sample Average | 499 | 516 |
| Sample Standard Deviation | 98 | 96 |

a. Use the **Small-Sample Test of a Population Mean** applet. Do the data provide sufficient evidence to indicate that the average verbal score for all California students in the class of 2005 is different from the national average? Test using $\alpha = .05$.

b. Use the **Small-Sample Test of a Population Mean** applet. Do the data provide sufficient evidence to indicate that the average math score for all California students in the class of 2005 is different from the national average? Test using $\alpha = .05$.

**10.123 Surgery Recovery Times** The length of time to recovery was recorded for patients randomly assigned and subjected to two different surgical procedures. The data (recorded in days) are as follows:

|  | Procedure I | Procedure II |
|---|---|---|
| Sample Average | 7.3 | 8.9 |
| Sample Variance | 1.23 | 1.49 |
| Sample Size | 11 | 13 |

Do the data present sufficient evidence to indicate a difference between the mean recovery times for the two surgical procedures? Perform the test of hypothesis, calculating the test statistic and the approximate $p$-value by hand. Then check your results using the **Two-Sample $T$-Test: Independent Samples** applet.

**10.124 Stock Prices** Refer to Exercise 10.104 in which we reported the closing prices of two common stocks, recorded over a period of 15 days.

$$\bar{x}_1 = 40.33 \quad \bar{x}_2 = 42.54$$
$$s_1^2 = 1.54 \quad s_2^2 = 2.96$$

Use the **Two-Sample $T$-Test: Independent Samples** applet. Do the data provide sufficient evidence to indicate that the average prices of the two common stocks are different? Use the $p$-value to access the significance of the test.

## CASE STUDY

 Flextime

### How Would You Like a Four-Day Workweek?

Will a flexible workweek schedule result in positive benefits for both employer and employee? Is a more rested employee, who spends less time commuting to and from work, likely to be more efficient and take less time off for sick leave and personal leave? A report on the benefits of flexible work schedules that appeared in *Environmental Health* looked at the records of $n = 11$ employees who worked in a satellite office in a county health department in Illinois under a 4-day workweek schedule.[19] Employees worked a conventional workweek in year 1 and a 4-day workweek in year 2. Some statistics for these employees are shown in the following table:

| | Personal Leave | | Sick Leave | |
|---|---|---|---|---|
| Employee | Year 2 | Year 1 | Year 2 | Year 1 |
| 1 | 26 | 33 | 30 | 37 |
| 2 | 18 | 37 | 61 | 45 |
| 3 | 24 | 20 | 59 | 56 |
| 4 | 19 | 26 | 2 | 9 |
| 5 | 17 | 1 | 79 | 92 |
| 6 | 34 | 2 | 63 | 65 |
| 7 | 19 | 13 | 71 | 21 |
| 8 | 18 | 22 | 83 | 62 |
| 9 | 9 | 22 | 35 | 26 |
| 10 | 36 | 13 | 81 | 73 |
| 11 | 26 | 18 | 79 | 21 |

1. A 4-day workweek ensures that employees will have one more day that need not be spent at work. One possible result is a reduction in the average number of personal-leave days taken by employees on a 4-day work schedule. Do the data indicate that this is the case? Use the *p*-value approach to testing to reach your conclusion.

2. A 4-day workweek schedule might also have an effect on the average number of sick-leave days an employee takes. Should a directional alternative be used in this case? Why or why not?

3. Construct a 95% confidence interval to estimate the average difference in days taken for sick leave between these 2 years. What do you conclude about the difference between the average number of sick-leave days for these two work schedules?

4. Based on the analysis of these two variables, what can you conclude about the advantages of a 4-day workweek schedule?

Case Study from "Four-Day Work Week Improves Environment," by C.S. Catlin, *Environmental Health,* Vol. 59, No. 7, March 1997. Copyright 1997 National Environmental Health Association. Reprinted by permission.

**11**

# The Analysis of Variance

## GENERAL OBJECTIVE

The quantity of information contained in a sample is affected by various factors that the experimenter may or may not be able to control. This chapter introduces three different *experimental designs,* two of which are direct extensions of the unpaired and paired designs of Chapter 10. A new technique called the *analysis of variance* is used to determine how the different experimental factors affect the average response.

## CHAPTER INDEX

- The analysis of variance (11.2)
- The completely randomized design (11.4, 11.5)
- Factorial experiments (11.9, 11.10)
- The randomized block design (11.7, 11.8)
- Tukey's method of paired comparisons (11.6)

 **PERSONAL TRAINER**

**How Do I Know Whether My Calculations Are Accurate?**



© James Leynse/CORBIS

### "A Fine Mess"

Do you risk a fine by parking your car in red zones or next to fire hydrants? Do you fail to put enough money in a parking meter? If so, you are among the thousands of drivers who receive parking tickets every day in almost every city in the United States. Depending on the city in which you receive a ticket, your fine can be as little as $8 for overtime parking in San Luis Obispo, California, or as high as $340 for illegal parking in a handicapped space in San Diego, California. The case study at the end of this chapter statistically analyzes the variation in parking fines in southern California cities.

**447**

## 11.1 THE DESIGN OF AN EXPERIMENT

The way that a sample is selected is called the *sampling plan* or *experimental design* and determines the amount of information in the sample. Some research involves an **observational study,** in which the researcher does not actually produce the data but only *observes* the characteristics of data that already exist. Most sample surveys, in which information is gathered with a questionnaire, fall into this category. The researcher forms a plan for collecting the data—called the *sampling plan*—and then uses the appropriate statistical procedures to draw conclusions about the population or populations from which the sample comes.

Other research involves **experimentation.** The researcher may deliberately impose one or more experimental conditions on the experimental units in order to determine their effect on the response. Here are some new terms we will use to discuss the design of a statistical experiment.

---

**Definition**   An **experimental unit** is the object on which a measurement (or measurements) is taken.

A **factor** is an independent variable whose values are controlled and varied by the experimenter.

A **level** is the intensity setting of a factor.

A **treatment** is a specific combination of factor levels.

The **response** is the variable being measured by the experimenter.

---

**EXAMPLE** 11.1

A group of people is randomly divided into an experimental and a control group. The control group is given an aptitude test after having eaten a full breakfast. The experimental group is given the same test without having eaten any breakfast. What are the factors, levels, and treatments in this experiment?

**Solution**   The *experimental units* are the people on which the *response* (test score) is measured. The *factor* of interest could be described as "meal" and has two *levels:* "breakfast" and "no breakfast." Since this is the only factor controlled by the experimenter, the two levels—"breakfast" and "no breakfast"—also represent the *treatments* of interest in the experiment.

---

**EXAMPLE** 11.2

Suppose that the experimenter in Example 11.1 began by randomly selecting 20 men and 20 women for the experiment. These two groups were then randomly divided into 10 each for the experimental and control groups. What are the factors, levels, and treatments in this experiment?

**Solution**   Now there are two *factors* of interest to the experimenter, and each factor has two *levels:*

- "Gender" at two levels: men and women
- "Meal" at two levels: breakfast and no breakfast

In this more complex experiment, there are four *treatments,* one for each specific combination of factor levels: men without breakfast, men with breakfast, women without breakfast, and women with breakfast.

In this chapter, we will concentrate on experiments that have been designed in three different ways, and we will use a technique called the *analysis of variance* to judge the effects of various factors on the experimental response. Two of these *experimental designs* are extensions of the unpaired and paired designs from Chapter 10.

## WHAT IS AN ANALYSIS OF VARIANCE?

**11.2**

The responses that are generated in an experimental situation always exhibit a certain amount of *variability.* In an **analysis of variance,** you divide the total variation in the response measurements into portions that may be attributed to various *factors* of interest to the experimenter. If the experiment has been properly designed, these portions can then be used to answer questions about the effects of the various factors on the response of interest.

You can better understand the logic underlying an analysis of variance by looking at a simple experiment. Consider two sets of samples randomly selected from populations 1 (◆) and 2 (○), each with identical pairs of means, $\bar{x}_1$ and $\bar{x}_2$. The two sets are shown in Figure 11.1. Is it easier to detect the difference in the two means when you look at set A or set B? You will probably agree that set A shows the difference much more clearly. In set A, the variability of the measurements *within* the groups (◆s and ○s) is much smaller than the variability *between* the two groups. In set B, there is more variability *within* the groups (◆s and ○s), causing the two groups to "mix" together and making it more difficult to see the *identical* difference in the means.

**FIGURE 11.1**

Two sets of samples with the same means



The comparison you have just done intuitively is formalized by the analysis of variance. Moreover, the analysis of variance can be used not only to compare two means but also to make comparisons of *more than two* population means and to determine the effects of various factors in more complex experimental designs. The analysis of variance relies on statistics with sampling distributions that are modeled by the *F* distribution of Section 10.7.

## THE ASSUMPTIONS FOR AN ANALYSIS OF VARIANCE

**11.3**

The assumptions required for an analysis of variance are similar to those required for the Student's *t* and *F* statistics of Chapter 10. Regardless of the experimental design used to generate the data, you must assume that the observations within each treatment group are **normally distributed** with a **common variance** $\sigma^2$. As in Chapter 10, the analysis of variance procedures are fairly **robust** when the sample sizes are equal and when the data are fairly mound-shaped. Violating the assumption of a common variance is more serious, especially when the sample sizes are not nearly equal.

> ### ASSUMPTIONS FOR ANALYSIS OF VARIANCE TEST AND ESTIMATION PROCEDURES
>
> - The observations within each population are normally distributed with a common variance $\sigma^2$.
> - Assumptions regarding the sampling procedure are specified for each design in the sections that follow.

This chapter describes the analysis of variance for three different experimental designs. The first design is based on independent random sampling from several populations and is an extension of the *unpaired t-test* of Chapter 10. The second is an extension of the *paired-difference* or *matched pairs* design and involves a random assignment of treatments within matched sets of observations. The third is a design that allows you to judge the effect of two experimental factors on the response. The sampling procedures necessary for each design are restated in their respective sections.

## THE COMPLETELY RANDOMIZED DESIGN: A ONE-WAY CLASSIFICATION

**11.4**

One of the simplest experimental designs is the **completely randomized design,** in which random samples are selected independently from each of $k$ populations. This design involves only one *factor,* the population from which the measurement comes—hence the designation as a **one-way classification.** There are $k$ different *levels* corresponding to the $k$ populations, which are also the *treatments* for this one-way classification. Are the $k$ population means all the same, or is at least one mean different from the others?

Why do you need a new procedure, the *analysis of variance,* to compare the population means when you already have the Student's *t*-test available? In comparing $k = 3$ means, you could test each of three pairs of hypotheses:

$$H_0 : \mu_1 = \mu_2 \qquad H_0 : \mu_1 = \mu_3 \qquad H_0 : \mu_2 = \mu_3$$

to find out where the differences lie. However, you must remember that each test you perform is subject to the possibility of error. To compare $k = 4$ means, you would need six tests, and you would need 10 tests to compare $k = 5$ means. The more tests you perform on a set of measurements, the more likely it is that at least one of your conclusions will be incorrect. The analysis of variance procedure provides one overall test to judge the equality of the $k$ population means. Once you have determined whether there is *actually* a difference in the means, you can use another procedure to find out where the differences lie.

How can you select these $k$ random samples? Sometimes the populations actually exist in fact, and you can use a computerized random number generator or a random number table to randomly select the samples. For example, in a study to compare the average sizes of health insurance claims in four different states, you could use a computer database provided by the health insurance companies to select random samples from the four states. In other situations, the populations may be *hypothetical,* and responses can be generated only after the experimental treatments have been applied.

**EXAMPLE** **11.3** A researcher is interested in the effects of five types of insecticides for use in controlling the boll weevil in cotton fields. Explain how to implement a completely randomized design to investigate the effects of the five insecticides on crop yield.

**Solution** The only way to generate the equivalent of five random samples from the hypothetical populations corresponding to the five insecticides is to use a method called a **randomized assignment.** A fixed number of cotton plants are chosen for treatment, and each is assigned a random number. Suppose that each sample is to have an equal number of measurements. Using a randomization device, you can assign the first $n$ plants chosen to receive insecticide 1, the second $n$ plants to receive insecticide 2, and so on, until all five treatments have been assigned.

Whether by *random selection* or *random assignment,* both of these examples result in a completely randomized design, or one-way classification, for which the analysis of variance is used.

# THE ANALYSIS OF VARIANCE FOR A COMPLETELY RANDOMIZED DESIGN

**11.5**

Suppose you want to compare $k$ population means, $\mu_1, \mu_2, \ldots, \mu_k$, based on independent random samples of size $n_1, n_2, \ldots, n_k$ from normal populations with a common variance $\sigma^2$. That is, each of the normal populations has the same shape, but their locations might be different, as shown in Figure 11.2.

**FIGURE 11.2**

Normal populations with a common variance but different means



$$\mu_1 \qquad \mu_2 \qquad \cdots \qquad \mu_k$$

## Partitioning the Total Variation in an Experiment

Let $x_{ij}$ be the $j$th measurement ($j = 1, 2, \ldots, n_i$) in the $i$th sample. The analysis of variance procedure begins by considering the total variation in the experiment, which is measured by a quantity called the **total sum of squares** (**TSS**):

$$\text{Total SS} = \Sigma(x_{ij} - \bar{x})^2 = \Sigma x_{ij}^2 - \frac{(\Sigma x_{ij})^2}{n}$$

This is the familiar numerator in the formula for the sample variance for the entire set of $n = n_1 + n_2 + \cdots + n_k$ measurements. The second part of the calculational formula is sometimes called the **correction for the mean** (**CM**). If we let $G$ represent the *grand total* of all $n$ observations, then

$$\text{CM} = \frac{(\Sigma x_{ij})^2}{n} = \frac{G^2}{n}$$

This Total SS is partitioned into two components. The first component, called the **sum of squares for treatments (SST)**, measures the variation among the $k$ sample means:

$$\text{SST} = \Sigma n_i(\bar{x}_i - \bar{x})^2 = \Sigma \frac{T_i^2}{n_i} - \text{CM}$$

where $T_i$ is the total of the observations for treatment $i$. The second component, called the **sum of squares for error (SSE)**, is used to measure the pooled variation within the $k$ samples:

$$SSE = (n_1 - 1)s_1^2 + (n_2 - 1)s_2^2 + \cdots + (n_k - 1)s_k^2$$

This formula is a direct extension of the numerator in the formula for the pooled estimate of $\sigma^2$ from Chapter 10. We can show algebraically that, in the analysis of variance,

Total SS = SST + SSE

Therefore, you need to calculate only two of the three sums of squares—Total SS, SST, and SSE—and the third can be found by subtraction.

Each of the sources of variation, when divided by its appropriate **degrees of freedom,** provides an estimate of the variation in the experiment. Since Total SS involves $n$ squared observations, its degrees of freedom are $df = (n - 1)$. Similarly, the sum of squares for treatments involves $k$ squared observations, and its degrees of freedom are $df = (k - 1)$. Finally, the sum of squares for error, a direct extension of the pooled estimate in Chapter 10, has

$$df = (n_1 - 1) + (n_2 - 1) + \cdots + (n_k - 1) = n - k$$

Notice that the degrees of freedom for treatments and error are additive—that is,

$$df(\text{total}) = df(\text{treatments}) + df(\text{error})$$

These two sources of variation and their respective degrees of freedom are combined to form the **mean squares** as MS = SS/$df$. The total variation in the experiment is then displayed in an **analysis of variance** (or **ANOVA**) **table.**

### ANOVA TABLE FOR $k$ INDEPENDENT RANDOM SAMPLES: COMPLETELY RANDOMIZED DESIGN



**MY TIP**

The column labeled "SS" satisfies:
Total SS = SST + SSE.

| Source | $df$ | SS | MS | $F$ |
|---|---|---|---|---|
| Treatments | $k - 1$ | SST | MST = SST/$(k - 1)$ | MST/MSE |
| Error | $n - k$ | SSE | MSE = SSE/$(n - k)$ | |
| Total | $n - 1$ | Total SS | | |

where

$$\text{Total SS} = \Sigma x_{ij}^2 - \text{CM}$$
$$= (\text{Sum of squares of all } x\text{-values}) - \text{CM}$$

with



**MY TIP**

The column labeled "$df$" always adds up to $n - 1$.

$$\text{CM} = \frac{(\Sigma x_{ij})^2}{n} = \frac{G^2}{n}$$

$$SST = \Sigma \frac{T_i^2}{n_i} - \text{CM} \qquad \text{MST} = \frac{SST}{k - 1}$$

$$SSE = \text{Total SS} - SST \qquad \text{MSE} = \frac{SSE}{n - k}$$

and

$$G = \text{Grand total of all } n \text{ observations}$$
$$T_i = \text{Total of all observations in sample } i$$
$$n_i = \text{Number of observations in sample } i$$
$$n = n_1 + n_2 + \cdots + n_k$$

**EXAMPLE** 11.4

In an experiment to determine the effect of nutrition on the attention spans of elementary school students, a group of 15 students were randomly assigned to each of three meal plans: no breakfast, light breakfast, and full breakfast. Their attention spans (in minutes) were recorded during a morning reading period and are shown in Table 11.1. Construct the analysis of variance table for this experiment.

**TABLE 11.1**

**Attention Spans of Students After Three Meal Plans**

| No Breakfast | Light Breakfast | Full Breakfast |
|---|---|---|
| 8 | 14 | 10 |
| 7 | 16 | 12 |
| 9 | 12 | 16 |
| 13 | 17 | 15 |
| 10 | 11 | 12 |
| $T_1 = 47$ | $T_2 = 70$ | $T_3 = 65$ |

**Solution**  To use the calculational formulas, you need the $k = 3$ treatment totals together with $n_1 = n_2 = n_3 = 5$, $n = 15$, and $\Sigma x_{ij} = 182$. Then

$$CM = \frac{(182)^2}{15} = 2208.2667$$

Total SS $= (8^2 + 7^2 + \cdots + 12^2) - CM = 2338 - 2208.2667 = 129.7333$ with $(n - 1) = (15 - 1) = 14$ degrees of freedom,

$$SST = \frac{47^2 + 70^2 + 65^2}{5} - CM = 2266.8 - 2208.2667 = 58.5333$$

with $(k - 1) = (3 - 1) = 2$ degrees of freedom, and by subtraction,

$$SSE = \text{Total SS} - SST = 129.7333 - 58.5333 = 71.2$$

with $(n - k) = (15 - 3) = 12$ degrees of freedom. These three sources of variation, their degrees of freedom, sums of squares, and mean squares are shown in the shaded area of the ANOVA table generated by *MINITAB* and given in Figure 11.3. You will find instructions for generating this output in the "My *MINITAB*" section at the end of this chapter.

**FIGURE 11.3**

*MINITAB* output for Example 11.4

**One-way ANOVA: Span versus Meal**

```
Source    DF        SS        MS       F       P
Meal       2     58.53     29.27     4.93    0.027
Error     12     71.20      5.93
Total     14    129.73

S = 2.436   R-Sq = 45.12%   R-Sq(adj) = 35.97%
                            Individual 95% CIs For Mean
                            Based on Pooled StDev
Level   N     Mean    StDev    --+---------+---------+---------+-------
1       5    9.400    2.302    (---------*--------)
2       5   14.000    2.550                       (--------*--------)
3       5   13.000    2.449                  (--------*--------)
                               --+---------+---------+---------+-------
                               7.5      10.0      12.5      15.0
Pooled StDev = 2.436
```

The *MINITAB* output gives some additional information about the variation in the experiment. The second section shows the means and standard deviations for the three meal plans. More important, you can see in the first section of the printout two columns marked "F" and "P." We can use these values to test a hypothesis concerning the equality of the three treatment means.

## Testing the Equality of the Treatment Means



**MY TIP**

MS = SS/*df*

The *mean squares* in the analysis of variance table can be used to test the null hypothesis

$$H_0 : \mu_1 = \mu_2 = \cdots = \mu_k$$

versus the alternative hypothesis

$$H_a : \text{At least one of the means is different from the others}$$

using the following theoretical argument:

- Remember that $\sigma^2$ is the common variance for all $k$ populations. The quantity

$$\text{MSE} = \frac{\text{SSE}}{n - k}$$

  is a pooled estimate of $\sigma^2$, a weighted average of all $k$ sample variances, whether or not $H_0$ is true.

- If $H_0$ is true, then the variation in the sample means, measured by $\text{MST} = [\text{SST}/(k - 1)]$, also provides an unbiased estimate of $\sigma^2$. However, if $H_0$ is false and the population means are different, then MST—which measures the variation in the sample means—will be unusually *large,* as shown in Figure 11.4.

**FIGURE 11.4**

Sample means drawn from identical versus different populations



- The test statistic

$$F = \frac{\text{MST}}{\text{MSE}}$$



**MY TIP**

*F*-tests for ANOVA tables are **always** upper (right) tailed.

tends to be larger than usual if $H_0$ is false. Hence, you can reject $H_0$ for large values of $F$, using a *right-tailed* statistical test. When $H_0$ is true, this test statistic has an $F$ distribution with $df_1 = (k - 1)$ and $df_2 = (n - k)$ degrees of freedom, and *right-tailed* critical values of the $F$ distribution (from Table 6 in Appendix I) or computer-generated $p$-values can be used to draw statistical conclusions about the equality of the population means.

## *F* TEST FOR COMPARING *k* POPULATION MEANS

1. Null hypothesis: $H_0 : \mu_1 = \mu_2 = \cdots = \mu_k$
2. Alternative hypothesis: $H_a$ : One or more pairs of population means differ
3. Test statistic: $F = \text{MST/MSE}$, where $F$ is based on $df_1 = (k - 1)$ and $df_2 = (n - k)$
4. Rejection region: Reject $H_0$ if $F > F_\alpha$, where $F_\alpha$ lies in the upper tail of the $F$ distribution (with $df_1 = k - 1$ and $df_2 = n - k$) or if the *p*-value $< \alpha$.



**Assumptions**

- The samples are randomly and independently selected from their respective populations.
- The populations are normally distributed with means $\mu_1, \mu_2, \ldots, \mu_k$ and equal variances, $\sigma_1^2 = \sigma_2^2 = \cdots = \sigma_k^2 = \sigma^2$.

**EXAMPLE** **11.5**

Do the data in Example 11.4 provide sufficient evidence to indicate a difference in the average attention spans depending on the type of breakfast eaten by the student?

**Solution** To test $H_0 : \mu_1 = \mu_2 = \mu_3$ versus the alternative hypothesis that the average attention span is different for at least one of the three treatments, you use the analysis of variance $F$ statistic, calculated as

$$F = \frac{\text{MST}}{\text{MSE}} = \frac{29.2667}{5.9333} = 4.93$$

and shown in the column marked "F" in Figure 11.3. It will not surprise you to know that the value in the column marked "P" in Figure 11.3 is the exact *p*-value for this statistical test.

The test statistic MST/MSE calculated above has an $F$ distribution with $df_1 = 2$ and $df_2 = 12$ degrees of freedom. Using the critical value approach with $\alpha = .05$, you can reject $H_0$ if $F > F_{.05} = 3.89$ from Table 6 in Appendix I (see Figure 11.5). Since the observed value, $F = 4.93$, exceeds the critical value, you reject $H_0$. There is sufficient evidence to indicate that at least one of the three average attention spans is different from at least one of the others.

FIGURE 11.5

Rejection region for Example 11.5



MY TIP

Computer printouts give the exact *p*-value—use the *p*-value to make your decision.

You could have reached this same conclusion using the exact *p*-value, $P = .027$, given in Figure 11.3. Since the *p*-value is less than $\alpha = .05$, the results are statistically significant at the 5% level. You still conclude that at least one of the three average attention spans is different from at least one of the others.

## MY APPLET

You can use the **F Probabilities** applet to find critical values of *F* or *p*-values for the analysis of variance *F*-test. Look at the two applets in Figure 11.6. Use the sliders on the left and right of the applets to select the appropriate degrees of freedom ($df_1$ and $df_2$). To find the critical value for rejection of $H_0$, enter the significance level $\alpha$ in the box marked "Prob" and press Enter. To find the *p*-value, enter the observed value of the test statistic in the box marked "F" and press Enter. Can you identify the critical value for rejection and the *p*-value for Example 11.5?

FIGURE 11.6

F Probabilities applet



# Estimating Differences in the Treatment Means

The next obvious question you might ask involves the nature of the differences in the population means. Which means are different from the others? How can you estimate the difference, or possibly the individual means for each of the three treatments?

In Section 11.6, we will present a procedure that you can use to compare all possible pairs of treatment means simultaneously. However, if you have a special interest in a particular mean or pair of means, you can construct confidence intervals using the small-sample procedures of Chapter 10, based on the Student's $t$ distribution. For a single population mean, $\mu_i$, the confidence interval is

$$\bar{x}_i \pm t_{\alpha/2}\left(\frac{s}{\sqrt{n_i}}\right)$$

where $\bar{x}_i$ is the sample mean for the $i$th treatment. Similarly, for a comparison of two population means—say, $\mu_i$ and $\mu_j$—the confidence interval is

$$(\bar{x}_i - \bar{x}_j) \pm t_{\alpha/2}\sqrt{s^2\left(\frac{1}{n_i} + \frac{1}{n_j}\right)}$$

Before you can use these confidence intervals, however, two questions remain:

- How do you calculate $s$ or $s^2$, the best estimate of the common variance $\sigma^2$?
- How many degrees of freedom are used for the critical value of $t$?

To answer these questions, remember that in an analysis of variance, the mean square for error, MSE, always provides an unbiased estimator of $\sigma^2$ and uses information from the entire set of measurements. Hence, it is the best available estimator of $\sigma^2$, regardless of what test or estimation procedure you are using. You should *always* use

$$s^2 = \text{MSE} \qquad \text{with } df = (n - k)$$

to estimate $\sigma^2$! You can find the positive square root of this estimator, $s = \sqrt{\text{MSE}}$, on the last line of Figure 11.3 labeled "Pooled StDev."

**MY** **TIP**

Degrees of freedom for confidence intervals are the *df* for **error.**

> ## COMPLETELY RANDOMIZED DESIGN: $(1 - \alpha)100\%$ CONFIDENCE INTERVALS FOR A SINGLE TREATMENT MEAN AND THE DIFFERENCE BETWEEN TWO TREATMENT MEANS
>
> Single treatment mean:
>
> $$\bar{x}_i \pm t_{\alpha/2}\left(\frac{s}{\sqrt{n_i}}\right)$$
>
> Difference between two treatment means:
>
> $$(\bar{x}_i - \bar{x}_j) \pm t_{\alpha/2}\sqrt{s^2\left(\frac{1}{n_i} + \frac{1}{n_j}\right)}$$
>
> with
>
> $$s = \sqrt{s^2} = \sqrt{\text{MSE}} = \sqrt{\frac{\text{SSE}}{n - k}}$$
>
> where $n = n_1 + n_2 + \cdots + n_k$ and $t_{\alpha/2}$ is based on $(n - k)$ $df$.

**EXAMPLE 11.6**

The researcher in Example 11.4 believes that students who have no breakfast will have significantly shorter attention spans but that there may be no difference between those who eat a light or a full breakfast. Find a 95% confidence interval for the average attention span for students who eat no breakfast, as well as a 95% confidence interval for the difference in the average attention spans for light versus full breakfast eaters.

**Solution**   For $s^2 = $ MSE $= 5.9333$ so that $s = \sqrt{5.9333} = 2.436$ with $df = (n - k) = 12$, you can calculate the two confidence intervals:

- For no breakfast:

$$\bar{x}_1 \pm t_{\alpha/2}\left(\frac{s}{\sqrt{n_1}}\right)$$

$$9.4 \pm 2.179\left(\frac{2.436}{\sqrt{5}}\right)$$

$$9.4 \pm 2.37$$

or between 7.03 and 11.77 minutes.

- For light versus full breakfast:

$$(\bar{x}_2 - \bar{x}_3) \pm t_{\alpha/2}\sqrt{s^2\left(\frac{1}{n_2} + \frac{1}{n_3}\right)}$$

$$(14 - 13) \pm 2.179\sqrt{5.9333\left(\frac{1}{5} + \frac{1}{5}\right)}$$

$$1 \pm 3.36$$

a difference of between $-2.36$ and $4.36$ minutes.

You can see that the second confidence interval does not indicate a difference in the average attention spans for students who ate light versus full breakfasts, as the researcher suspected. If the researcher, because of prior beliefs, wishes to test the other two possible pairs of means—none versus light breakfast, and none versus full breakfast—the methods given in Section 11.6 should be used for testing all three pairs.

Some computer programs have graphics options that provide a powerful visual description of data and the $k$ treatment means. One such option in the *MINITAB* program is shown in Figure 11.7. The treatment means are indicated by the symbol ⊕ and are connected with straight lines. Notice that the "no breakfast" mean appears to be somewhat different from the other two means, as the researcher suspected, although there is a bit of overlap in the box plots. In the next section, we present a formal procedure for testing the significance of the differences between all pairs of treatment means.

**FIGURE 11.7**

Box plots for Example 11.6



> **MY** | **PERSONAL TRAINER**
>
> ## How Do I Know Whether My Calculations Are Accurate?
>
> The following suggestions apply to all the analyses of variance in this chapter:
>
> 1. When calculating sums of squares, be certain to carry at least six significant figures before performing subtractions.
>
> 2. Remember, sums of squares can never be negative. If you obtain a negative sum of squares, you have made a mistake in arithmetic.
>
> 3. Always check your analysis of variance table to make certain that the degrees of freedom sum to the total degrees of freedom $(n - 1)$ and that the sums of squares sum to Total SS.

## 11.5 | EXERCISES

### BASIC TECHNIQUES

**11.1** Suppose you wish to compare the means of six populations based on independent random samples, each of which contains 10 observations. Insert, in an ANOVA table, the sources of variation and their respective degrees of freedom.

**11.2** The values of Total SS and SSE for the experiment in Exercise 11.1 are Total SS = 21.4 and SSE = 16.2.

**a.** Complete the ANOVA table for Exercise 11.1.

**b.** How many degrees of freedom are associated with the $F$ statistic for testing $H_0 : \mu_1 = \mu_2 = \cdots = \mu_6$?

**c.** Give the rejection region for the test in part b for $\alpha = .05$.

**d.** Do the data provide sufficient evidence to indicate differences among the population means?

**e.** Estimate the $p$-value for the test. Does this value confirm your conclusions in part d?

**11.3** The sample means corresponding to populations 1 and 2 in Exercise 11.1 are $\bar{x}_1 = 3.07$ and $\bar{x}_2 = 2.52$.

**a.** Find a 95% confidence interval for $\mu_1$.

**b.** Find a 95% confidence interval for the difference $(\mu_1 - \mu_2)$.

**11.4** Suppose you wish to compare the means of four populations based on independent random samples, each of which contains six observations. Insert, in an ANOVA table, the sources of variation and their respective degrees of freedom.

**11.5** The values of Total SS and SST for the experiment in Exercise 11.4 are Total SS = 473.2 and SST = 339.8.

**a.** Complete the ANOVA table for Exercise 11.4.

**b.** How many degrees of freedom are associated with the $F$ statistic for testing $H_0 : \mu_1 = \mu_2 = \mu_3 = \mu_4$?

**c.** Give the rejection region for the test in part b for $\alpha = .05$.

**d.** Do the data provide sufficient evidence to indicate differences among the population means?

**e.** Approximate the $p$-value for the test. Does this confirm your conclusions in part d?

**11.6** The sample means corresponding to populations 1 and 2 in Exercise 11.4 are $\bar{x}_1 = 88.0$ and $\bar{x}_2 = 83.9$.

**a.** Find a 90% confidence interval for $\mu_1$.

**b.** Find a 90% confidence interval for the difference $(\mu_1 - \mu_2)$.

**MY** **DATA**　**11.7** These data are observations collected
EX1107　using a completely randomized design:

| Sample 1 | Sample 2 | Sample 3 |
|---|---|---|
| 3 | 4 | 2 |
| 2 | 3 | 0 |
| 4 | 5 | 2 |
| 3 | 2 | 1 |
| 2 | 5 | |

**a.** Calculate CM and Total SS.

**b.** Calculate SST and MST.

**c.** Calculate SSE and MSE.

**d.** Construct an ANOVA table for the data.

**460** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

**e.** State the null and alternative hypotheses for an analysis of variance $F$-test.

**f.** Use the $p$-value approach to determine whether there is a difference in the three population means.

**11.8** Refer to Exercise 11.7 and data set EX1107. Do the data provide sufficient evidence to indicate a difference between $\mu_2$ and $\mu_3$? Test using the $t$-test of Section 10.4 with $\alpha = .05$.

**11.9** Refer to Exercise 11.7 and data set EX1107.

**a.** Find a 90% confidence interval for $\mu_1$.

**b.** Find a 90% confidence interval for the difference $(\mu_1 - \mu_3)$.

## APPLICATIONS

**11.10 Reducing Hostility** A clinical psychologist wished to compare three methods for reducing hostility levels in university students using a certain psychological test (HLT). High scores on this test were taken to indicate great hostility. Eleven students who got high and nearly equal scores were used in the experiment. Five were selected at random from among the 11 problem cases and treated by method A, three were taken at random from the remaining six students and treated by method B, and the other three students were treated by method C. All treatments continued throughout a semester, when the HLT test was given again. The results are shown in the table.

| Method | Scores on the HLT Test | | | | |
|---|---|---|---|---|---|
| A | 73 | 83 | 76 | 68 | 80 |
| B | 54 | 74 | 71 | | |
| C | 79 | 95 | 87 | | |

**a.** Perform an analysis of variance for this experiment.

**b.** Do the data provide sufficient evidence to indicate a difference in mean student response to the three methods after treatment?

**11.11 Hostility, continued** Refer to Exercise 11.10. Let $\mu_A$ and $\mu_B$, respectively, denote the mean scores at the end of the semester for the populations of extremely hostile students who were treated throughout that semester by method A and method B.

**a.** Find a 95% confidence interval for $\mu_A$.

**b.** Find a 95% confidence interval for $\mu_B$.

**c.** Find a 95% confidence interval for $(\mu_A - \mu_B)$.

**d.** Is it correct to claim that the confidence intervals found in parts a, b, and c are jointly valid?

 **DATA** **11.12 Assembling Electronic Equipment**
EX1112    An experiment was conducted to compare the

effectiveness of three training programs, A, B, and C, in training assemblers of a piece of electronic equipment. Fifteen employees were randomly assigned, five each, to the three programs. After completion of the courses, each person was required to assemble four pieces of the equipment, and the average length of time required to complete the assembly was recorded. Several of the employees resigned during the course of the program; the remainder were evaluated, producing the data shown in the accompanying table. Use the *MINITAB* printout to answer the questions.

| Training Program | Average Assembly Time (min) | | | | |
|---|---|---|---|---|---|
| A | 59 | 64 | 57 | 62 | |
| B | 52 | 58 | 54 | | |
| C | 58 | 65 | 71 | 63 | 64 |

**a.** Do the data provide sufficient evidence to indicate a difference in mean assembly times for people trained by the three programs? Give the $p$-value for the test and interpret its value.

**b.** Find a 99% confidence interval for the difference in mean assembly times between persons trained by programs A and B.

**c.** Find a 99% confidence interval for the mean assembly times for persons trained in program A.

**d.** Do you think the data will satisfy (approximately) the assumption that they have been selected from normal populations? Why?

*MINITAB* output for Exercise 11.12

**One-way ANOVA: Time versus Program**

```
Source     DF        SS        MS       F       P
Program     2     170.5      85.2    5.70   0.025
Error       9     134.5      14.9
Total      11     304.9
S = 3.865   R-Sq = 55.90%   R-Sq(adj) = 46.10%
                                      Individual 95% CIs For Mean
                                      Based on Pooled StDev
Level      N      Mean     StDev  -+---------+---------+---------+-----
1          4    60.500     3.109                     (--------*--------)
2          3    54.667     3.055  (---------*---------)
3          5    64.200     4.658                          (------*------)
                                  -+---------+---------+---------+-----
Pooled StDev =    3.865          50.0      55.0      60.0      65.0
```

**DATA** **11.13 Swampy Sites** An ecological study
EX1113    was conducted to compare the rates of growth of vegetation at four swampy undeveloped sites and to determine the cause of any differences that might be observed. Part of the study involved measuring the leaf lengths of a particular plant species on a preselected date in May. Six plants were randomly selected at each of the four sites to be used in the comparison. The data in the table are the mean leaf length per plant (in centimeters) for a random sample of ten leaves per plant. The *MINITAB* analysis of variance computer printout for these data is also provided.

| Location | Mean Leaf Length (cm) | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5.7 | 6.3 | 6.1 | 6.0 | 5.8 | 6.2 |
| 2 | 6.2 | 5.3 | 5.7 | 6.0 | 5.2 | 5.5 |
| 3 | 5.4 | 5.0 | 6.0 | 5.6 | 4.9 | 5.2 |
| 4 | 3.7 | 3.2 | 3.9 | 4.0 | 3.5 | 3.6 |

*MINITAB* output for Exercise 11.13

**One-way ANOVA: Length versus Location**

```
Source      DF        SS        MS       F        P
Location     3    19.740     6.580   57.38    0.000
Error       20     2.293     0.115
Total       23    22.033
S = 0.3386    R-Sq = 89.59%    R-Sq(adj) = 88.03%
                                   Individual 95% CIs For Mean
                                   Based on Pooled StDev
Level     N      Mean     StDev   --------+---------+---------+---------+-
1         6    6.0167    0.2317                             (--*---)
2         6    5.6500    0.3937                     (---*--)
3         6    5.3500    0.4087                 (---*--)
4         6    3.6500    0.2881   (---*--)
                                  --------+---------+---------+---------+-
Pooled StDev =   0.3386            4.00      4.80      5.60      6.40
```

**a.** You will recall that the test and estimation procedures for an analysis of variance require that the observations be selected from normally distributed (at least, roughly so) populations. Why might you feel reasonably confident that your data satisfy this assumption?

**b.** Do the data provide sufficient evidence to indicate a difference in mean leaf length among the four locations? What is the *p*-value for the test?

**c.** Suppose, prior to seeing the data, you decided to compare the mean leaf lengths of locations 1 and 4. Test the null hypothesis $\mu_1 = \mu_4$ against the alternative $\mu_1 \neq \mu_4$.

**d.** Refer to part c. Construct a 99% confidence interval for $(\mu_1 - \mu_4)$.

**e.** Rather than use an analysis of variance *F*-test, it would seem simpler to examine one's data, select the two locations that have the smallest and largest sample mean lengths, and then compare these two means using a Student's *t*-test. If there is evidence to indicate a difference in these means, there is clearly evidence of a difference among the four. (If you were to use this logic, there would be no need for the analysis of variance *F*-test.) Explain why this procedure is invalid.

**MY DATA    11.14 Dissolved O$_2$ Content**  Water samples
EX1114    were taken at four different locations in a river to determine whether the quantity of dissolved oxygen, a measure of water pollution, varied from one location to another. Locations 1 and 2 were selected above an industrial plant, one near the shore and the other in midstream; location 3 was adjacent to the industrial water discharge for the plant; and location 4 was slightly downriver in midstream. Five water specimens

were randomly selected at each location, but one specimen, corresponding to location 4, was lost in the laboratory. The data and a *MINITAB* analysis of variance computer printout are provided here (the greater the pollution, the lower the dissolved oxygen readings).

| Location | Mean Dissolved Oxygen Content | | | | |
|---|---|---|---|---|---|
| 1 | 5.9 | 6.1 | 6.3 | 6.1 | 6.0 |
| 2 | 6.3 | 6.6 | 6.4 | 6.4 | 6.5 |
| 3 | 4.8 | 4.3 | 5.0 | 4.7 | 5.1 |
| 4 | 6.0 | 6.2 | 6.1 | 5.8 | |

*MINITAB* output for Exercise 11.14

**One-way ANOVA: Oxygen versus Location**

```
Source      DF        SS        MS       F        P
Location     3     7.8361    2.6120   63.66    0.000
Error       15     0.6155    0.0410
Total       18     8.4516
S = 0.2026    R-Sq = 92.72%    R-Sq(adj) = 91.26%
                                   Individual 95% CIs For Mean
                                   Based on Pooled StDev
Level     N      Mean     StDev   ----+---------+---------+---------+--
1         5    6.0800    0.1483                       (--*---)
2         5    6.4400    0.1140                           (--*---)
3         5    4.7800    0.3114   (---*--)
4         4    6.0250    0.1708                      (--*---)
                                  ----+---------+---------+---------+--
Pooled StDev =   0.2026            4.80      5.40      6.00      6.60
```

**a.** Do the data provide sufficient evidence to indicate a difference in the mean dissolved oxygen contents for the four locations?

**b.** Compare the mean dissolved oxygen content in midstream above the plant with the mean content adjacent to the plant (location 2 versus location 3). Use a 95% confidence interval.

**MY DATA    11.15 Calcium**  The calcium content of a
EX1115    powdered mineral substance was analyzed five times by each of three methods, with similar standard deviations:

| Method | Percent Calcium | | | | |
|---|---|---|---|---|---|
| 1 | .0279 | .0276 | .0270 | .0275 | .0281 |
| 2 | .0268 | .0274 | .0267 | .0263 | .0267 |
| 3 | .0280 | .0279 | .0282 | .0278 | .0283 |

Use an appropriate test to compare the three methods of measurement. Comment on the validity of any assumptions you need to make.

**MY DATA    11.16 Tuna Fish**  In Exercise 10.6, we
EX1116    reported the estimated average prices for a 6-ounce can or a 7.06-ounce pouch of tuna fish, based on prices paid nationally for a variety of different brands of tuna.[1]

| Light Tuna in Water | | White Tuna in Oil | White Tuna in Water | Light Tuna in Oil | |
|---|---|---|---|---|---|
| .99 | .53 | 1.27 | 1.49 | 2.56 | .62 |
| 1.92 | 1.41 | 1.22 | 1.29 | 1.92 | .66 |
| 1.23 | 1.12 | 1.19 | 1.27 | 1.30 | .62 |
| .85 | .63 | 1.22 | 1.35 | 1.79 | .65 |
| .65 | .67 | | 1.29 | 1.23 | .60 |
| .69 | .60 | | 1.00 | | .67 |
| .60 | .66 | | 1.27 | | |
| | | | 1.28 | | |

*Source:* From "Pricing of Tuna" Copyright 2001 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the June 2001 issue of Consumer Reports® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org®.

a. Use an analysis of variance for a completely randomized design to determine if there are significant differences in the prices of tuna packaged in these four different ways. Can you reject the hypothesis of no difference in average price for these packages at the $\alpha = .05$ level of significance? At the $\alpha = .01$ level of significance?

b. Find a 95% confidence interval estimate of the difference in price between light tuna in water and light tuna in oil. Does there appear to be a significant difference in the price of these two kinds of packaged tuna?

c. Find a 95% confidence interval estimate of the difference in price between white tuna in water and white tuna in oil. Does there appear to be a significant difference in the price of these two kinds of packaged tuna?

d. What other confidence intervals might be of interest to the researcher who conducted this experiment?

**MY DATA**    **11.17 The Cost of Lumber**    A national
EX1117    home builder wants to compare the prices per 1,000 board feet of standard or better grade Douglas fir framing lumber. He randomly selects five suppliers in each of the four states where the builder is planning to begin construction. The prices are given in the table.

| State | | | |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| $241 | $216 | $230 | $245 |
| 235 | 220 | 225 | 250 |
| 238 | 205 | 235 | 238 |
| 247 | 213 | 228 | 255 |
| 250 | 220 | 240 | 255 |

a. What type of experimental design has been used?

b. Construct the analysis of variance table for this data.

c. Do the data provide sufficient evidence to indicate that the average price per 1000 board feet of Douglas fir differs among the four states? Test using $\alpha = .05$.

**MY DATA**    **11.18 Good at Math?**    Twenty third graders
EX1118    were randomly separated into four equal groups, and each group was taught a mathematical concept using a different teaching method. At the end of the teaching period, progress was measured by a unit test. The scores are shown below (one child in group 3 was absent on the day that the test was administered).

| Group | | | |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 112 | 111 | 140 | 101 |
| 92 | 129 | 121 | 116 |
| 124 | 102 | 130 | 105 |
| 89 | 136 | 106 | 126 |
| 97 | 99 | | 119 |

a. What type of design has been used in this experiment?

b. Construct an ANOVA table for the experiment.

c. Do the data present sufficient evidence to indicate a difference in the average scores for the four teaching methods? Test using $\alpha = .05$.

## RANKING POPULATION MEANS

**11.6**

Many experiments are exploratory in nature. You have no preconceived notions about the results and have not decided (before conducting the experiment) to make specific treatment comparisons. Rather, you want to rank the treatment means, determine which means differ, and identify sets of means for which no evidence of difference exists.

One option might be to order the sample means from the smallest to the largest and then to conduct *t*-tests for adjacent means in the ordering. If two means differ by more than

$$t_{\alpha/2}\sqrt{s^2\left(\frac{1}{n_1} + \frac{1}{n_2}\right)}$$

you conclude that the pair of population means differ. The problem with this procedure is that the probability of making a Type I error—that is, concluding that two means differ when, in fact, they are equal—is $\alpha$ for each test. If you compare a large number of pairs of means, the probability of detecting at least one difference in means, when in fact none exists, is quite large.

A simple way to avoid the high risk of declaring differences when they do not exist is to use the **studentized range,** the difference between the smallest and the largest in a set of $k$ sample means, as the yardstick for determining whether there is a difference in a pair of population means. This method, often called **Tukey's method for paired comparisons,** makes the probability of declaring that a difference exists between at least one pair in a set of $k$ treatment means, when no difference exists, equal to $\alpha$.

Tukey's method for making paired comparisons is based on the usual analysis of variance assumptions. **In addition, it assumes that the sample means are independent and based on samples of equal size.** The yardstick that determines whether a difference exists between a pair of treatment means is the quantity $\omega$ (Greek lower-case omega), which is presented next.

---

### YARDSTICK FOR MAKING PAIRED COMPARISONS

$$\omega = q_\alpha(k, df)\left(\frac{s}{\sqrt{n_t}}\right)$$

where

$k$ = Number of treatments
$s^2$ = MSE = Estimator of the common variance $\sigma^2$ and $s = \sqrt{s^2}$
$df$ = Number of degrees of freedom for $s^2$
$n_t$ = Common sample size—that is, the number of observations in each of the $k$ treatment means
$q_\alpha(k, df)$ = Tabulated value from Tables 11(a) and 11(b) in Appendix I, for $\alpha$ = .05 and .01, respectively, and for various combinations of $k$ and $df$

**Rule:** Two population means are judged to differ if the corresponding sample means differ by $\omega$ or more.

---

Tables 11(a) and 11(b) in Appendix I list the values of $q_\alpha(k, df)$ for $\alpha$ = .05 and .01, respectively. To illustrate the use of the tables, refer to the portion of Table 11(a) reproduced in Table 11.2. Suppose you want to make pairwise comparisons of $k = 5$ means with $\alpha$ = .05 for an analysis of variance, where $s^2$ possesses 9 $df$. The tabulated value for $k = 5$, $df = 9$, and $\alpha$ = .05, shaded in Table 11.2, is $q_{.05}(5, 9) = 4.76$.

**TABLE 11.2**

**A Partial Reproduction of Table 11(a) in Appendix I; Upper 5% Points**

| df | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1 | 17.97 | 26.98 | 32.82 | 37.08 | 40.41 | 43.12 | 45.40 | 47.36 | 49.07 | 50.59 | 51.96 |
| 2 | 6.08 | 8.33 | 9.80 | 10.88 | 11.74 | 12.44 | 13.03 | 13.54 | 13.99 | 14.39 | 14.75 |
| 3 | 4.50 | 5.91 | 6.82 | 7.50 | 8.04 | 8.48 | 8.85 | 9.18 | 9.46 | 9.72 | 9.95 |
| 4 | 3.93 | 5.04 | 5.76 | 6.29 | 6.71 | 7.05 | 7.35 | 7.60 | 7.83 | 8.03 | 8.21 |
| 5 | 3.64 | 4.60 | 5.22 | 5.67 | 6.03 | 6.33 | 6.58 | 6.80 | 6.99 | 7.17 | 7.32 |
| 6 | 3.46 | 4.34 | 4.90 | 5.30 | 5.63 | 5.90 | 6.12 | 6.32 | 6.49 | 6.65 | 6.79 |
| 7 | 3.34 | 4.16 | 4.68 | 5.06 | 5.36 | 5.61 | 5.82 | 6.00 | 6.16 | 6.30 | 6.43 |
| 8 | 3.26 | 4.04 | 4.53 | 4.89 | 5.17 | 5.40 | 5.60 | 5.77 | 5.92 | 6.05 | 6.18 |
| 9 | 3.20 | 3.95 | 4.41 | 4.76 | 5.02 | 5.24 | 5.43 | 5.59 | 5.74 | 5.87 | 5.98 |
| 10 | 3.15 | 3.88 | 4.33 | 4.65 | 4.91 | 5.12 | 5.30 | 5.46 | 5.60 | 5.72 | 5.83 |
| 11 | 3.11 | 3.82 | 4.26 | 4.57 | 4.82 | 5.03 | 5.20 | 5.35 | 5.49 | 5.61 | 5.71 |
| 12 | 3.08 | 3.77 | 4.20 | 4.51 | 4.75 | 4.95 | 5.12 | 5.27 | 5.39 | 5.51 | 5.61 |

**EXAMPLE 11.7**

Refer to Example 11.4, in which you compared the average attention spans for students given three different "meal" treatments in the morning: no breakfast, a light breakfast, or a full breakfast. The ANOVA $F$-test in Example 11.5 indicated a significant difference in the population means. Use Tukey's method for paired comparisons to determine which of the three population means differ from the others.

**Solution**   For this example, there are $k = 3$ treatment means, with $s = \sqrt{\text{MSE}} = 2.436$. Tukey's method can be used, with each of the three samples containing $n_t = 5$ measurements and $(n - k) = 12$ degrees of freedom. Consult Table 11 in Appendix I to find $q_{.05}(k, df) = q_{.05}(3, 12) = 3.77$ and calculate the "yardstick" as

$$\omega = q_{.05}(3, 12)\left(\frac{s}{\sqrt{n_t}}\right) = 3.77\left(\frac{2.436}{\sqrt{5}}\right) = 4.11$$

The three treatment means are arranged in order from the smallest, 9.4, to the largest, 14.0, in Figure 11.8. The next step is to check the difference between every pair of means. The only difference that exceeds $\omega = 4.11$ is the difference between no breakfast and a light breakfast. These two treatments are thus declared significantly different. You cannot declare a difference between the other two pairs of treatments. To indicate this fact visually, Figure 11.8 shows a line under those pairs of means that are not significantly different.

**FIGURE 11.8**

Ranked means for Example 11.7

| None | Full | Light |
|------|------|-------|
| 9.4 | 13.0 | 14.0 |

The results here may seem confusing. However, it usually helps to think of ranking the means and interpreting nonsignificant differences as our inability to distinctly rank those means underlined by the same line. For this example, the light breakfast definitely ranked higher than no breakfast, but the full breakfast could not be ranked higher than no breakfast, or lower than the light breakfast. The probability that we make at least one error among the three comparisons is at most $\alpha = .05$.



**MY TIP**

If zero is not in the interval, there is evidence of a difference between the two methods.

Most computer programs provide an option to perform **paired comparisons,** including Tukey's method. The *MINITAB* output in Figure 11.9 shows its form of Tukey's test, which differs slightly from the method we have presented. The three intervals that you see in the printout marked "Lower" and "Upper" represent the difference in the two sample means plus or minus the yardstick $\omega$. If the interval contains the value 0, the two means are judged to be not significantly different. You can see that only means 1 and 2 (none versus light) show a significant difference.

**FIGURE 11.9**

*MINITAB* output for Example 11.7

```
Tukey's 95% Simultaneous Confidence Intervals
All Pairwise Comparisons among Levels of Meal
Individual confidence level = 97.94%

Meal = 1 subtracted from:

Meal  Lower   Center  Upper   -----+---------+---------+---------+----
2     0.493   4.600   8.707                     (-----------*-----------)
3    -0.507   3.600   7.707                   (----------*-----------)
                              -----+---------+---------+---------+----
                              -3.5      0.0      3.5      7.0

Meal = 2 subtracted from:

Meal  Lower   Center  Upper   -----+---------+---------+---------+----
3    -5.107  -1.000   3.107   (-----------*-----------)
                              -----+---------+---------+---------+----
                              -3.5      0.0      3.5      7.0
```

As you study two more experimental designs in the next sections of this chapter, remember that, once you have found a factor to be significant, you should use Tukey's method or another method of paired comparisons to find out exactly where the differences lie!

## 11.6 EXERCISES

### BASIC TECHNIQUES

**11.19** Suppose you wish to use Tukey's method of paired comparisons to rank a set of population means. In addition to the analysis of variance assumptions, what other property must the treatment means satisfy?

**11.20** Consult Tables 11(a) and 11(b) in Appendix I and find the values of $q_\alpha(k, df)$ for these cases:

**a.** $\alpha = .05, k = 5, df = 7$

**b.** $\alpha = .05, k = 3, df = 10$

**c.** $\alpha = .01, k = 4, df = 8$

**d.** $\alpha = .01, k = 7, df = 5$

**11.21** If the sample size for each treatment is $n_t$ and if $s^2$ is based on 12 $df$, find $\omega$ in these cases:

**a.** $\alpha = .05, k = 4, n_t = 5$

**b.** $\alpha = .01, k = 6, n_t = 8$

**11.22** An independent random sampling design was used to compare the means of six treatments based on

samples of four observations per treatment. The pooled estimator of $\sigma^2$ is 9.12, and the sample means follow:

$\bar{x}_1 = 101.6$     $\bar{x}_2 = 98.4$     $\bar{x}_3 = 112.3$

$\bar{x}_4 = 92.9$     $\bar{x}_5 = 104.2$     $\bar{x}_6 = 113.8$

**a.** Give the value of $\omega$ that you would use to make pairwise comparisons of the treatment means for $\alpha = .05$.

**b.** Rank the treatment means using pairwise comparisons.

### APPLICATIONS

**11.23 Swamp Sites, again** Refer to Exercise 11.13 and data set EX1113. Rank the mean leaf growth for the four locations. Use $\alpha = .01$.

**11.24 Calcium** Refer to Exercise 11.15 and data set EX1115. The paired comparisons option in *MINITAB* generated the output provided here. What do these results tell you about the differences in the population

means? Does this confirm your conclusions in Exercise 11.15?

*MINITAB* output for Exercise 11.24

```
Tukey's 95% Simultaneous Confidence Intervals
All Pairwise Comparisons among Levels of Method
Individual confidence level = 97.94%

Method = 1 subtracted from:

Method        Lower       Center      Upper
2        -0.0014377  -0.0008400  -0.0002423
3        -0.0001777   0.0004200   0.0010177
Method   --------+---------+---------+---------+
2               (-----*-----)
3                          (-----*-----)
         --------+---------+---------+---------+
            -0.0010    0.0000    0.0010    0.0020

Method = 2 subtracted from:

Method        Lower       Center      Upper
3         0.0006623   0.0012600   0.0018577
Method   --------+---------+---------+---------+
3                           (-----*-----)
         --------+---------+---------+---------+
            -0.0010    0.0000    0.0010    0.0020
```

**MY DATA** **11.25 Glucose Tolerance** Physicians
EX1125    depend on laboratory test results when managing medical problems such as diabetes or epilepsy. In a uniformity test for glucose tolerance, three different laboratories were each sent $n_t = 5$ identical blood samples from a person who had drunk 50 milligrams (mg) of glucose dissolved in water. The laboratory results (in mg/dl) are listed here:

| Lab 1 | Lab 2 | Lab 3 |
|-------|-------|-------|
| 120.1 | 98.3 | 103.0 |
| 110.7 | 112.1 | 108.5 |
| 108.9 | 107.7 | 101.1 |
| 104.2 | 107.9 | 110.0 |
| 100.4 | 99.2 | 105.4 |

**a.** Do the data indicate a difference in the average readings for the three laboratories?

**b.** Use Tukey's method for paired comparisons to rank the three treatment means. Use $\alpha = .05$.

**11.26 The Cost of Lumber, continued** The analysis of variance $F$-test in Exercise 11.17 (and data set EX1117) determined that there was indeed a difference in the average cost of lumber for the four states. The following information from Exercise 11.17 is given in the table:

| Sample Means | $\bar{x}_1 = 242.2$ | MSE | 41.25 |
|--------------|---------------------|-----|-------|
|              | $\bar{x}_2 = 214.8$ | Error $df$: | 16 |
|              | $\bar{x}_3 = 231.6$ | $n_i$: | 5 |
|              | $\bar{x}_4 = 248.6$ | $k$: | 4 |

Use Tukey's method for paired comparisons to determine which means differ significantly from the others at the $\alpha = .01$ level.

**MY DATA** **11.27 GRE Scores** The Graduate Record
EX1127    Examination (GRE) scores were recorded for students admitted to three different graduate programs at a local university.

Graduate Program

| 1 | 2 | 3 |
|-----|-----|-----|
| 532 | 670 | 502 |
| 548 | 590 | 607 |
| 619 | 640 | 549 |
| 509 | 710 | 524 |
| 627 | 690 | 542 |

**a.** Do these data provide sufficient evidence to indicate a difference in the mean GRE scores for applicants admitted to the three programs?

**b.** Find a 95% confidence interval for the difference in mean GRE scores for programs 1 and 2.

**c.** If you find a significant difference in the average GRE scores for the three programs, use Tukey's method for paired comparisons to determine which means differ significantly from the others. Use $\alpha = .05$.

## THE RANDOMIZED BLOCK DESIGN: A TWO-WAY CLASSIFICATION

**11.7**

The *completely randomized design* introduced in Section 11.4 is a generalization of the *two independent samples* design presented in Section 10.4. It is meant to be used when the experimental units are quite similar or *homogeneous* in their makeup and when there is only one factor—the *treatment*—that might influence the response. Any other variation in the response is due to random variation or *experimental error*.

Sometimes it is clear to the researcher that the experimental units are *not homogeneous.* Experimental subjects or animals, agricultural fields, days of the week, and other experimental units often add their own variability to the response. Although the researcher is not really interested in this source of variation, but rather in some *treatment* he chooses to apply, he may be able to increase the information by isolating this source of variation using the **randomized block design**—a direct extension of the *matched pairs* or *paired-difference design* in Section 10.5.

(MY) TIP

$b$ = blocks
$k$ = treatments
$n$ = $bk$

In a randomized block design, the experimenter is interested in comparing $k$ treatment means. The design uses *blocks* of $k$ experimental units that are relatively similar, or *homogeneous,* with one unit within each block *randomly* assigned to each treatment. If the randomized block design involves $k$ treatments within each of $b$ blocks, then the total number of observations in the experiment is $n = bk$.

A production supervisor wants to compare the mean times for assembly-line operators to assemble an item using one of three methods: A, B, or C. Expecting variation in assembly times from operator to operator, the supervisor uses a randomized block design to compare the three methods. Five assembly-line operators are selected to serve as blocks, and each is assigned to assemble the item three times, once for each of the three methods. Since the sequence in which the operator uses the three methods may be important (fatigue or increasing dexterity may be factors affecting the response), each operator should be assigned a random sequencing of the three methods. For example, operator 1 might be assigned to perform method C first, followed by A and B. Operator 2 might perform method A first, then C and B.

To compare four different teaching methods, a group of students might be divided into blocks of size 4, so that the groups are most nearly *matched* according to academic achievement. To compare the average costs for three different cellular phone companies, costs might be compared at each of three usage levels: low, medium, and high. To compare the average yields for three species of fruit trees when a variation in yield is expected because of the field in which the trees are planted, a researcher uses five fields. She divides each field into three *plots* on which the three species of fruit trees are planted.

Matching or *blocking* can take place in many different ways. Comparisons of treatments are often made within blocks of time, within blocks of people, or within similar external environments. The purpose of blocking is to remove or isolate the *block-to-block* variability that might otherwise hide the effect of the treatments. You will find more examples of the use of the randomized block design in the exercises at the end of the next section.

## THE ANALYSIS OF VARIANCE FOR A RANDOMIZED BLOCK DESIGN

**11.8**

The randomized block design identifies two factors: **treatments** and **blocks**—both of which affect the response.

### Partitioning the Total Variation in the Experiment

Let $x_{ij}$ be the response when the $i$th treatment ($i = 1, 2, \ldots, k$) is applied in the $j$th block ($j = 1, 2, \ldots, b$). The total variation in the $n = bk$ observations is

$$\text{Total SS} = \Sigma(x_{ij} - \bar{x})^2 = \Sigma x_{ij}^2 - \frac{(\Sigma x_{ij})^2}{n}$$

This is partitioned into *three* (rather than two) parts in such a way that

Total SS = SSB + SST + SSE

where

- SSB (sum of squares for blocks) measures the variation among the block means.
- SST (sum of squares for treatments) measures the variation among the treatment means.
- SSE (sum of squares for error) measures the variation of the differences among the treatment observations *within* blocks, which measures the experimental error.

The calculational formulas for the four sums of squares are similar in form to those you used for the completely randomized design in Section 11.5. Although you can simplify your work by using a computer program to calculate these sums of squares, the formulas are given next.

---

**CALCULATING THE SUMS OF SQUARES FOR A RANDOMIZED BLOCK DESIGN, *k* TREATMENTS IN *b* BLOCKS**

$$CM = \frac{G^2}{n}$$

where

$$G = \Sigma x_{ij} = \text{Total of all } n = bk \text{ observations}$$

$$\text{Total SS} = \Sigma x_{ij}^2 - CM$$

$$= (\text{Sum of squares of all } x\text{-values}) - CM$$

$$SST = \Sigma \frac{T_i^2}{b} - CM$$

$$SSB = \Sigma \frac{B_j^2}{k} - CM$$

$$SSE = \text{Total SS} - SST - SSB$$

with

$T_i = $ Total of all observations receiving treatment $i$, $i = 1, 2, \ldots, k$
$B_j = $ Total of all observations in block $j$, $j = 1, 2, \ldots, b$



**MY TIP**

Total SS = SST + SSB + SSE

---

Each of the three **sources of variation,** when divided by the appropriate **degrees of freedom,** provides an estimate of the variation in the experiment. Since Total SS involves $n = bk$ squared observations, its degrees of freedom are $df = (n - 1)$. Similarly, SST involves $k$ squared totals, and its degrees of freedom are $df = (k - 1)$, while SSB involves $b$ squared totals and has $(b - 1)$ degrees of freedom. Finally, since the degrees of freedom are additive, the remaining degrees of freedom associated with SSE can be shown algebraically to be $df = (b - 1)(k - 1)$.

These three sources of variation and their respective degrees of freedom are combined to form the **mean squares** as MS = SS/$df$, and the total variation in the experiment is then displayed in an **analysis of variance** (or **ANOVA**) **table** as shown here:



**MY TIP**

Degrees of freedom are additive.

## ANOVA TABLE FOR A RANDOMIZED BLOCK DESIGN, $k$ TREATMENTS AND $b$ BLOCKS

| Source | df | SS | MS | F |
|---|---|---|---|---|
| Treatments | $k = 1$ | SST | MST $= $ SST$/(k - 1)$ | MST/MSE |
| Blocks | $b - 1$ | SSB | MSB $= $ SSB$/(b - 1)$ | MSB/MSE |
| Error | $(b - 1)(k - 1)$ | SSE | MSE $= $ SSE$/(b - 1)(k - 1)$ | |
| Total | $n - 1 = bk - 1$ | | | |

**EXAMPLE**  **11.8**

The cellular phone industry is involved in a fierce battle for customers, with each company devising its own complex pricing plan to lure customers. Since the cost of a cell phone minute varies drastically depending on the number of minutes per month used by the customer, a consumer watchdog group decided to compare the average costs for four cellular phone companies using three different usage levels as blocks. The monthly costs (in dollars) computed by the cell phone companies for peak-time callers at low (20 minutes per month), middle (150 minutes per month), and high (1000 minutes per month) usage levels are given in Table 11.3. Construct the analysis of variance table for this experiment.

**TABLE 11.3**  •  **Monthly Phone Costs of Four Companies at Three Usage Levels**

| | Company | | | | |
|---|---|---|---|---|---|
| Usage Level | A | B | C | D | Totals |
| Low | 27 | 24 | 31 | 23 | $B_1 = 105$ |
| Middle | 68 | 76 | 65 | 67 | $B_2 = 276$ |
| High | 308 | 326 | 312 | 300 | $B_3 = 1246$ |
| Totals | $T_1 = 403$ | $T_2 = 426$ | $T_3 = 408$ | $T_4 = 390$ | $G = 1627$ |



**MY TIP**

Blocks contain experimental units that are *relatively the same*.

**Solution**    The experiment is designed as a *randomized block design* with $b = 3$ usage levels (blocks) and $k = 4$ companies (treatments), so there are $n = bk = 12$ observations and $G = 1627$. Then

$$CM = \frac{G^2}{n} = \frac{1627^2}{12} = 220{,}594.0833$$

$$\text{Total SS} = (27^2 + 24^2 + \cdots + 300^2) - CM = 189{,}798.9167$$

$$SST = \frac{403^2 + \cdots + 390^2}{3} - CM = 222.25$$

$$SSB = \frac{105^2 + 276^2 + 1246^2}{4} - CM = 189{,}335.1667$$

and by subtraction,

$$SSE = \text{Total SS} - SST - SSB = 241.5$$

These four sources of variation, their degrees of freedom, sums of squares, and mean squares are shown in the shaded area of the analysis of variance table, generated by *MINITAB* and given in Figure 11.10. You will find instructions for generating this output in the section "My *MINITAB*" at the end of this chapter.

**FIGURE 11.10**

*MINITAB* output for Example 11.8

**Two-way ANOVA: Dollars versus Usage, Company**

```
Source     DF        SS        MS         F       P
Usage       2    189335   94667.6   2351.99   0.000
Company     3       222      74.1      1.84   0.240
Error       6       242      40.3
Total      11    189799

S = 6.344   R-Sq = 99.87%   R-Sq(adj) = 99.77%
```

Notice that the *MINITAB* ANOVA table shows two different *F* statistics and *p*-values. It will not surprise you to know that these statistics are used to test hypotheses concerning the equality of both the *treatment* and *block* means.

## Testing the Equality of the Treatment and Block Means

The *mean squares* in the analysis of variance table can be used to test the null hypotheses

$H_0$ : No difference among the *k* treatment means

or

$H_0$ : No difference among the *b* block means

versus the alternative hypothesis

$H_a$ : At least one of the means is different from at least one other

using a theoretical argument similar to the one we used for the completely randomized design.

- Remember that $\sigma^2$ is the common variance for the observations in all *bk* block-treatment combinations. The quantity

$$MSE = \frac{SSE}{(b-1)(k-1)}$$

  is an unbiased estimate of $\sigma^2$, whether or not $H_0$ is true.
- The two mean squares, MST and MSB, estimate $\sigma^2$ only if $H_0$ is true and tend to be unusually *large* if $H_0$ is false and either the treatment or block means are different.
- The test statistics

$$F = \frac{MST}{MSE} \quad \text{and} \quad F = \frac{MSB}{MSE}$$

  are used to test the equality of treatment and block means, respectively. Both statistics tend to be larger than usual if $H_0$ is false. Hence, you can reject $H_0$ for large values of *F,* using *right-tailed* critical values of the *F* distribution with the appropriate degrees of freedom (see Table 6 in Appendix I) or computer-generated *p*-values to draw statistical conclusions about the equality of the population means. As an alternative, you can use the **F Probabilities** applet to find either critical values of *F* or *p*-values.

## TESTS FOR A RANDOMIZED BLOCK DESIGN

For comparing treatment means:

1. Null hypothesis: $H_0$ : The treatment means are equal
2. Alternative hypothesis: $H_a$ : At least two of the treatment means differ
3. Test statistic: $F = $ MST/MSE, where $F$ is based on $df_1 = (k - 1)$ and $df_2 = (b - 1)(k - 1)$
4. Rejection region: Reject if $F > F_\alpha$, where $F_\alpha$ lies in the upper tail of the $F$ distribution (see the figure), or when the $p$-value $< \alpha$

For comparing block means:

1. Null hypothesis: $H_0$ : The block means are equal
2. Alternative hypothesis: $H_a$ : At least two of the block means differ
3. Test statistic: $F = $ MSB/MSE, where $F$ is based on $df_1 = (b - 1)$ and $df_2 = (b - 1)(k - 1)$
4. Rejection region: Reject if $F > F_\alpha$, where $F_\alpha$ lies in the upper tail of the $F$ distribution (see the figure), or when the $p$-value $< \alpha$



**EXAMPLE 11.9**

Do the data in Example 11.8 provide sufficient evidence to indicate a difference in the average monthly cell phone cost depending on the company the customer uses?

**Solution**    The cell phone companies represent the *treatments* in this randomized block design, and the differences in their average monthly costs are of primary interest to the researcher. To test

$H_0$ : No difference in the average cost among companies

versus the alternative that the average cost is different for at least one of the four companies, you use the analysis of variance $F$ statistic, calculated as

$$F = \frac{\text{MST}}{\text{MSE}} = \frac{74.1}{40.3} = 1.84$$

and shown in the column marked "F" and the row marked "Company" in Figure 11.10. The exact $p$-value for this statistical test is also given in Figure 11.10 as .240, which is too large to allow rejection of $H_0$. The results do not show a significant difference in the treatment means. That is, there is insufficient evidence to indicate a difference in the average monthly costs for the four companies.

**472** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

The researcher in Example 11.9 was fairly certain in using a *randomized block design* that there would be a significant difference in the block means—that is, a significant difference in the average monthly costs depending on the usage level. This suspicion is justified by looking at the test of equality of block means. Notice that the observed test statistic is $F = 2351.99$ with $P = .000$, showing a highly significant difference, as expected, in the block means.

## Identifying Differences in the Treatment and Block Means

Once the overall $F$-test for equality of the treatment or block means has been performed, what more can you do to identify the nature of any differences you have found? As in Section 11.5, you can use Tukey's method of paired comparisons to determine which pairs of treatment or block means are significantly different from one another. However, if the $F$-test does not indicate a significant difference in the means, there is no reason to use Tukey's procedure. If you have a special interest in a particular *pair* of treatment or block means, you can estimate the difference using a $(1 - \alpha)100\%$ confidence interval.[†] The formulas for these procedures, shown next, follow a pattern similar to the formulas for the completely randomized design. Remember that MSE always provides an unbiased estimator of $\sigma^2$ and uses information from the entire set of measurements. Hence, it is the best available estimator of $\sigma^2$, regardless of what test or estimation procedure you are using. You will again use

$$s^2 = \text{MSE} \qquad \text{with } df = (b - 1)(k - 1)$$

to estimate $\sigma^2$ in comparing the treatment and block means.



**MY TIP**

Degrees of freedom for Tukey's test and for confidence intervals are **error *df*.**

---

### COMPARING TREATMENT AND BLOCK MEANS

Tukey's yardstick for comparing block means:

$$\omega = q_\alpha(b, df)\left(\frac{s}{\sqrt{k}}\right)$$

Tukey's yardstick for comparing treatment means:

$$\omega = q_\alpha(k, df)\left(\frac{s}{\sqrt{b}}\right)$$

$(1 - \alpha)100\%$ confidence interval for the difference in two block means:

$$(\overline{B}_i - \overline{B}_j) \pm t_{\alpha/2}\sqrt{s^2\left(\frac{1}{k} + \frac{1}{k}\right)}$$

where $\overline{B}_i$ is the average of all observations in block $i$

$(1 - \alpha)100\%$ confidence interval for the difference in two treatment means:

$$(\overline{T}_i - \overline{T}_j) \pm t_{\alpha/2}\sqrt{s^2\left(\frac{1}{b} + \frac{1}{b}\right)}$$

where $\overline{T}_i$ is the average of all observations in treatment $i$.

---

[†]You cannot construct a confidence interval for a single mean unless the blocks have been randomly selected from among the population of all blocks. The procedure for constructing intervals for single means is beyond the scope of this book.

**Note:** The values $q_\alpha(*, df)$ from Table 11 in Appendix I, $t_{\alpha/2}$ from Table 4 in Appendix I, and $s^2 = $ MSE all depend on $df = (b - 1)(k - 1)$ degrees of freedom.

**EXAMPLE** 11.10

Identify the nature of any differences you found in the average monthly cell phone costs from Example 11.8.

**Solution**    Since the *F*-test did not show any significant differences in the average costs for the four companies, there is no reason to use Tukey's method of paired comparisons. Suppose, however, that you are an executive for company B and your major competitor is company C. Can you claim a significant difference in the two average costs? Using a 95% confidence interval, you can calculate

$$(\overline{T}_2 - \overline{T}_3) \pm t_{.025}\sqrt{\text{MSE}\left(\frac{2}{b}\right)}$$


MY TIP

You **cannot** form a confidence interval or test an hypothesis about a single treatment mean in a randomized block design!

$$\left(\frac{426}{3} - \frac{408}{3}\right) \pm 2.447\sqrt{40.3\left(\frac{2}{3}\right)}$$

$$6 \pm 12.68$$

so the difference between the two average costs is estimated as between $-\$6.68$ and $\$18.68$. Since 0 is contained in the interval, you do not have evidence to indicate a significant difference in your average costs. Sorry!

## Some Cautionary Comments on Blocking

Here are some important points to remember:

- A randomized block design should not be used when treatments and blocks both correspond to **experimental** factors of interest to the researcher. In designating one factor as a *block,* you may assume that the effect of the treatment will be the same, regardless of which block you are using. If this is *not* the case, the two factors—blocks and treatments—are said to **interact,** and your analysis could lead to incorrect conclusions regarding the relationship between the treatments and the response. When an *interaction* is suspected between two factors, you should analyze the data as a **factorial experiment,** which is introduced in the next section.

- Remember that blocking may not always be beneficial. When SSB is removed from SSE, the number of degrees of freedom associated with SSE gets smaller. For blocking to be beneficial, the information gained by isolating the block variation must outweigh the loss of degrees of freedom for error. Usually, though, if you suspect that the experimental units are not homogeneous and you can group the units into blocks, it pays to use the *randomized block design!*

- Finally, remember that you cannot construct confidence intervals for individual treatment means unless it is reasonable to assume that the *b* blocks have been randomly selected from a population of blocks. If you construct such an interval, the sample treatment mean will be biased by the positive and negative effects that the blocks have on the response.

**474** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

## 11.8  EXERCISES

### BASIC TECHNIQUES

**11.28**  A randomized block design was used to compare the means of three treatments within six blocks. Construct an ANOVA table showing the sources of variation and their respective degrees of freedom.

**11.29**  Suppose that the analysis of variance calculations for Exercise 11.28 are SST = 11.4, SSB = 17.1, and Total SS = 42.7. Complete the ANOVA table, showing all sums of squares, mean squares, and pertinent $F$-values.

**11.30**  Do the data of Exercise 11.28 provide sufficient evidence to indicate differences among the treatment means? Test using $\alpha = .05$.

**11.31**  Refer to Exercise 11.28. Find a 95% confidence interval for the difference between a pair of treatment means A and B if $\bar{x}_A = 21.9$ and $\bar{x}_B = 24.2$.

**11.32**  Do the data of Exercise 11.28 provide sufficient evidence to indicate that blocking increased the amount of information in the experiment about the treatment means? Justify your answer.

**MY DATA**  **11.33**  The data that follow are observations
**EX1133**  collected from an experiment that compared four treatments, A, B, C, and D, within each of three blocks, using a randomized block design.

| | Treatment | | | | |
| Block | A | B | C | D | Total |
|---|---|---|---|---|---|
| 1 | 6 | 10 | 8 | 9 | 33 |
| 2 | 4 | 9 | 5 | 7 | 25 |
| 3 | 12 | 15 | 14 | 14 | 55 |
| Total | 22 | 34 | 27 | 30 | 113 |

**a.** Do the data present sufficient evidence to indicate differences among the treatment means? Test using $\alpha = .05$.

**b.** Do the data present sufficient evidence to indicate differences among the block means? Test using $\alpha = .05$.

**c.** Rank the four treatment means using Tukey's method of paired comparisons with $\alpha = .01$.

**d.** Find a 95% confidence interval for the difference in means for treatments A and B.

**e.** Does it appear that the use of a randomized block design for this experiment was justified? Explain.

**MY DATA**  **11.34**  The data shown here are observations
**EX1134**  collected from an experiment that compared three treatments, A, B, and C, within each of five blocks, using a randomized block design:

| | Block | | | | | |
| Treatment | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| A | 2.1 | 2.6 | 1.9 | 3.2 | 2.7 | 12.5 |
| B | 3.4 | 3.8 | 3.6 | 4.1 | 3.9 | 18.8 |
| C | 3.0 | 3.6 | 3.2 | 3.9 | 3.9 | 17.6 |
| Total | 8.5 | 10.0 | 8.7 | 11.2 | 10.5 | 48.9 |

*MINITAB* output for Exercise 11.34

**Two-way ANOVA: Response versus Trts, Blocks**

```
Source      DF         SS        MS        F         P
Trts         2      4.476     2.238     79.93     0.000
Blocks       4      1.796     0.449     16.04     0.001
Error        8      0.224     0.028
Total       14      6.496

S = 0.1673    R-Sq = 96.55%    R-Sq(adj) = 93.97%
```

Use the *MINITAB* ouput to analyze the experiment. Investigate possible differences in the block and/or treatment means and, if any differences exist, use an appropriate method to specifically identify where the differences lie. Has blocking been effective in this experiment? Present your results in the form of a report.

**11.35**  The partially completed ANOVA table for a randomized block design is presented here:

| Source | df | SS | MS | F |
|---|---|---|---|---|
| Treatments | 4 | 14.2 | | |
| Blocks | | 18.9 | | |
| Error | 24 | | | |
| Total | 34 | 41.9 | | |

**a.** How many blocks are involved in the design?

**b.** How many observations are in each treatment total?

**c.** How many observations are in each block total?

**d.** Fill in the blanks in the ANOVA table.

**e.** Do the data present sufficient evidence to indicate differences among the treatment means? Test using $\alpha = .05$.

**f.** Do the data present sufficient evidence to indicate differences among the block means? Test using $\alpha = .05$.

## APPLICATIONS

**MY DATA**　**11.36 Gas Mileage**　A study was conducted
EX1136　　to compare automobile gasoline mileage for
three formulations of gasoline. A was a non-leaded
87 octane formulation, B was a non-leaded 91 octane
formulation, and C was a non-leaded 87 octane formu-
lation with 15% ethanol. Four automobiles, all of the
same make and model, were used in the experiment,
and each formulation was tested in each automobile.
Using each formulation in the same automobile has the
effect of eliminating (blocking out) automobile-to-
automobile variability. The data (in miles per gallon)
follow.

| | Automobile | | | |
|---|---|---|---|---|
| Formulation | 1 | 2 | 3 | 4 |
| A | 25.7 | 27.0 | 27.3 | 26.1 |
| B | 27.2 | 28.1 | 27.9 | 27.7 |
| C | 26.1 | 27.5 | 26.8 | 27.8 |

**a.** Do the data provide sufficient evidence to indicate a
difference in mean mileage per gallon for the three
gasoline formulations?

**b.** Is there evidence of a difference in mean mileage
for the four automobiles?

**c.** Suppose that *prior to looking at the data,* you had
decided to compare the mean mileage per gallon for
formulations A and B. Find a 90% confidence inter-
val for this difference.

**d.** Use an appropriate method to identify the pairwise
differences, if any, in the average mileages for the
three formulations.

**MY DATA**　**11.37 Water Resistance in Textiles**　An
EX1137　　experiment was conducted to compare the
effects of four different chemicals, A, B, C, and D, in
producing water resistance in textiles. A strip of mate-
rial, randomly selected from a bolt, was cut into four
pieces, and the four pieces were randomly assigned to
receive one of the four chemicals, A, B, C, or D. This
process was replicated three times, thus producing a
randomized block design. The design, with moisture-
resistance measurements, is as shown in the figure (low
readings indicate low moisture penetration). Analyze
the experiment using a method appropriate for this ran-
domized block design. Identify the blocks and treat-
ments, and investigate any possible differences in treat-
ment means. If any differences exist, use an appropriate
method to specifically identify where the differences
lie. What are the practical implications for the chemical
producers? Has blocking been effective in this experi-
ment? Present your results in the form of a report.

Illustration for Exercise 11.37

**Blocks (bolt samples)**

| 1 | 2 | 3 |
|---|---|---|
| C 9.9 | D 13.4 | B 12.7 |
| A 10.1 | B 12.9 | D 12.9 |
| B 11.4 | A 12.2 | C 11.4 |
| D 12.1 | C 12.3 | A 11.9 |

**11.38 Glare in Rearview Mirrors**　An experiment
was conducted to compare the glare characteristics of
four types of automobile rearview mirrors. Forty
drivers were randomly selected to participate in the
experiment. Each driver was exposed to the glare pro-
duced by a headlight located 30 feet behind the rear
window of the experimental automobile. The driver
then rated the glare produced by the rearview mirror
on a scale of 1 (low) to 10 (high). Each of the four
mirrors was tested by each driver; the mirrors were
assigned to a driver in random order. An analysis
of variance of the data produced this ANOVA
table:

| Source | df | SS | MS | F |
|---|---|---|---|---|
| Mirrors | | 46.98 | | |
| Drivers | | | 8.42 | |
| Error | | | | |
| Total | | 638.61 | | |

**a.** Fill in the blanks in the ANOVA table.

**b.** Do the data present sufficient evidence to indicate
differences in the mean glare ratings of the four
rearview mirrors? Calculate the approximate
*p*-value and use it to make your decision.

**c.** Do the data present sufficient evidence to indicate
that the level of glare perceived by the drivers var-
ied from driver to driver? Use the *p*-value approach.

**d.** Based on the results of part b, what are the practical
implications of this experiment for the manufactur-
ers of the rearview mirrors?

**MY DATA**　**11.39 Slash Pine Seedings**　An experiment
EX1139　　was conducted to determine the effects of three
methods of soil preparation on the first-year growth of
slash pine seedlings. Four locations (state forest lands)
were selected, and each location was divided into three
plots. Since it was felt that soil fertility within a loca-
tion was more homogeneous than between locations, a
randomized block design was employed using locations

as blocks. The methods of soil preparation were A (no preparation), B (light fertilization), and C (burning). Each soil preparation was randomly applied to a plot within each location. On each plot, the same number of seedlings were planted and the average first-year growth of the seedlings was recorded on each plot. Use the *MINITAB* printout to answer the questions.

| Soil | Location | | | |
|---|---|---|---|---|
| Preparation | 1 | 2 | 3 | 4 |
| A | 11 | 13 | 16 | 10 |
| B | 15 | 17 | 20 | 12 |
| C | 10 | 15 | 13 | 10 |

a. Conduct an analysis of variance. Do the data provide evidence to indicate a difference in the mean growths for the three soil preparations?

b. Is there evidence to indicate a difference in mean rates of growth for the four locations?

c. Use Tukey's method of paired comparisons to rank the mean growths for the three soil preparations. Use $\alpha = .01$.

d. Use a 95% confidence interval to estimate the difference in mean growths for methods A and B.

*MINITAB* output for Exercise 11.39

**Two-way ANOVA: Growth versus Soil Prep, Location**

```
Source      DF      SS       MS       F       P
Soil Prep    2     38.000   19.0000  10.06   0.012
Location     3     61.667   20.5556  10.88   0.008
Error        6     11.333    1.8889
Total       11    111.000

S = 1.374   R-Sq = 89.79%   R-Sq(adj) = 81.28%

                   Individual 95% CIs For Mean Based on
                   Pooled StDev
Soil Prep   Mean   ---------+---------+---------+---------+--
1           12.5      (-------*-------)
2           16.0                       (-------*-------)
3           12.0    (-------*-------)
                   ---------+---------+---------+---------+-
                      12.0      14.0      16.0      18.0

                   Individual 95% CIs For Mean Based on
                   Pooled StDev
Location    Mean   ------+---------+---------+---------+-----
1           12.0000    (-------*-------)
2           15.0000              (-------*-------)
3           16.3333                 (------*-------)
4           10.6667 (-------*------)
                   ------+---------+---------+---------+-----
                      10.0      12.5      15.0      17.5
```

(MY) DATA  **11.40 Digitalis and Calcium Uptake** A
EX1140    study was conducted to compare the effects of three levels of digitalis on the levels of calcium in the heart muscles of dogs. Because general level of calcium uptake varies from one animal to another, the tissue for a heart muscle was regarded as a block, and comparisons of the three digitalis levels (treatments) were made within a given animal. The calcium uptakes for the three levels of digitalis, A, B, and C, were compared based on the heart muscles of four dogs and the

results are given in the table. Use the *MINITAB* printout to answer the questions.

| Dogs | | | |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| A | C | B | A |
| 1342 | 1698 | 1296 | 1150 |
| B | B | A | C |
| 1608 | 1387 | 1029 | 1579 |
| C | A | C | B |
| 1881 | 1140 | 1549 | 1319 |

a. How many degrees of freedom are associated with SSE?

b. Do the data present sufficient evidence to indicate a difference in the mean uptakes of calcium for the three levels of digitalis?

c. Use Tukey's method of paired comparisons with $\alpha = .01$ to rank the mean calcium uptakes for the three levels of digitalis.

d. Do the data indicate a difference in the mean uptakes of calcium for the four heart muscles?

e. Use Tukey's method of paired comparisons with $\alpha = .01$ to rank the mean calcium uptakes for the heart muscles of the four dogs used in the experiment. Are these results of any practical value to the researcher?

f. Give the standard error of the difference between the mean calcium uptakes for two levels of digitalis.

g. Find a 95% confidence interval for the difference in mean responses between treatments A and B.

*MINITAB* output for Exercise 11.40

**Two-way ANOVA: Uptake versus Digitalis, Dog**

```
Source      DF      SS       MS       F        P
Digitalis    2    542177   262089   258.24   0.000
Dog          3    173415    57805    56.96   0.000
Error        6     6090     1015
Total       11   703682

S = 31.86   R-Sq = 99.13%   R-Sq(adj) = 98.41%

                   Individual 95% CIs For Mean Based on
                   Pooled StDev
Digitalis   Mean   -----+---------+---------+---------+----
1           1165.25 (--*-)
2           1402.50              (--*-)
3           1676.75                           (--*-)
                   -----+---------+---------+---------+----
                      1200      1350      1500      1650

                   Individual 95% CIs For Mean Based on
                   Pooled StDev
Dog         Mean   ------+---------+---------+---------+---
1           1610.33                      (---*---)
2           1408.33             (--*---)
3           1291.33 (---*--)
4           1349.33       (--*---)
                   ------+---------+---------+---------+---
                      1320      1440      1560      1680
```

(MY) DATA  **11.41 Bidding on Construction Jobs** A
EX1141    building contractor employs three construction engineers, A, B, and C, to estimate and bid on jobs.

To determine whether one tends to be a more conservative (or liberal) estimator than the others, the contractor selects four projected construction jobs and has each estimator independently estimate the cost (in dollars per square foot) of each job. The data are shown in the table:

| Estimator | Construction Job | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | Total |
| A | 35.10 | 34.50 | 29.25 | 31.60 | 130.45 |
| B | 37.45 | 34.60 | 33.10 | 34.40 | 139.55 |
| C | 36.30 | 35.10 | 32.45 | 32.90 | 136.75 |
| Total | 108.85 | 104.20 | 94.80 | 98.90 | 406.75 |

Analyze the experiment using the appropriate methods. Identify the blocks and treatments, and investigate any possible differences in treatment means. If any differences exist, use an appropriate method to specifically identify where the differences lie. Has blocking been effective in this experiment? What are the practical implications of the experiment? Present your results in the form of a report.

**MY DATA** **11.42 "In Good Hands"**  The cost of automobile insurance varies by location, ages of the drivers, and type of coverage. The following are estimates for the annual 2006–2007 premium for a single male, licensed for 6–8 years, who drives a Honda Accord 12,600 to 15,000 miles per year and has no violations or accidents. These estimates are provided by the California Department of Insurance for the year 2006–2007 on its website (http://www.insurance .ca.gov).[2]

EX1142

| Location | Insurance Company | | | | |
|---|---|---|---|---|---|
| | 21st Century | Allstate | AAA | Fireman's Fund | State Farm |
| Riverside | $1870 | $2250 | $2154 | $2324 | $3053 |
| San Bernardino | 2064 | 2286 | 2316 | 2005 | 3151 |
| Hollywood | 3542 | 3773 | 3235 | 3360 | 3883 |
| Long Beach | 2228 | 2617 | 2681 | 3279 | 3396 |

*Source:* www.insurance.ca.gov

**a.** What type of design was used in collecting these data?

**b.** Is there sufficient evidence to indicate that insurance premiums for the same type of coverage differs from company to company?

**c.** Is there sufficient evidence to indicate that insurance premiums vary from location to location?

**d.** Use Tukey's procedure to determine which insurance companies listed here differ from others in the premiums they charge for this typical client. Use $\alpha = .05$.

**e.** Summarize your findings.

**MY DATA** **11.43 Warehouse Shopping**  Warehouse stores such as Costco and Sam's Club are the shopping choice of many Americans because of the low cost associated with bulk shopping. When a new warehouse grocery store called WinCo Foods was opened in Moreno Valley, California, an advertising mailer claimed that they were the area's "low price leader."[3] They compared their prices with those of four other grocery stores for a number of items purchased on the same day. A partial list of the items and their prices is given in the following table.

EX1143

| Items | Stores | | | | |
|---|---|---|---|---|---|
| | WinCo | Albertsons | Ralphs | Stater Bros | Food-4-Less |
| Salad mix, 1 lb. bag | 0.88 | 1.99 | 1.79 | 1.89 | 0.98 |
| Hillshire Farm® Smoked Sausage, 16 oz. | 2.48 | 4.29 | 2.50 | 3.00 | 3.68 |
| Kellogg's Raisin Bran®, 25.5 oz. | 2.48 | 4.99 | 4.69 | 3.49 | 3.38 |
| Kraft® Philadelphia® Cream Cheese, 8 oz. | 1.18 | 1.50 | 1.99 | 1.89 | 1.97 |
| Kraft® Ranch Dressing, 16 oz. | 1.58 | 3.89 | 2.69 | 2.50 | 1.68 |
| Langers® Apple Juice, 128 oz. | 1.98 | 4.99 | 4.59 | 3.79 | 2.98 |
| Dial® Bar Soap, Gold, 8–4.5 oz. | 3.48 | 5.79 | 4.19 | 3.99 | 4.58 |
| Jif® Peanut Butter, Creamy, 28 oz. | 2.58 | 4.89 | 3.99 | 3.89 | 2.68 |

**a.** What are the blocks and treatments in this experiment?

**b.** Do the data provide evidence to indicate that there are significant differences in prices from store to store? Support your answer statistically using the ANOVA printout that follows.

**c.** Are there significant differences from block to block? Was blocking effective?

**d.** The advertisement includes the following statement: "Though this list is not intended to represent a typical weekly grocery order or a random list of grocery items, WinCo continues to be the area's low price leader." How might this statement affect the reliability of your conclusions in part b?

**Two-way ANOVA: Price versus Item, Store**

```
Source   DF      SS         MS       F       P
Item      7   38.2360    5.46228   19.39   0.000
Store     4   16.6644    4.16610   14.79   0.000
Error    28    7.8862    0.28165
Total    39   62.7866

S = 0.5307  R-Sq = 87.44%  R-Sq(adj) = 82.51%
```

**11.44 Warehouse Shopping, continued**  Refer to Exercise 11.43. The printout that follows provides the average costs of the selected items for the $k = 5$ stores.

| Store | Mean |
|---|---|
| Albertsons | 4.04125 |
| Food-4-Less | 2.74125 |
| Ralphs | 3.30375 |
| Stater Bros | 3.05500 |
| WinCo | 2.08000 |

**a.** What is the appropriate value of $q_{.05}(k, df)$ for testing for differences among stores?

**b.** What is the value of $\omega = q_{.05}(k, df)\sqrt{\dfrac{MSE}{b}}$?

**c.** Use Tukey's pairwise comparison test among stores used to determine which stores differ significantly in average prices of the selected items.

## THE $a \times b$ FACTORIAL EXPERIMENT: A TWO-WAY CLASSIFICATION

**11.9**

Suppose the manager of a manufacturing plant suspects that the output (in number of units produced per shift) of a production line depends on two factors:

- Which of two supervisors is in charge of the line
- Which of three shifts—day, swing, or night—is being measured

That is, the manager is interested in two *factors:* "supervisor" at two levels and "shift" at three levels. Can you use a randomized block design, designating one of the two factors as a block factor? In order to do this, you would need to assume that the effect of the two supervisors is the same, regardless of which shift you are considering. This may not be the case; maybe the first supervisor is most effective in the morning, and the second is more effective at night. You cannot generalize and say that one supervisor is better than the other or that the output of one particular shift is best. You need to investigate not only the average output for the two supervisors and the average output for the three shifts, but also the **interaction** or relationship between the two factors. Consider two different examples that show the effect of *interaction* on the responses in this situation.

**EXAMPLE 11.11**

Suppose that the two supervisors are each observed on three randomly selected days for each of the three different shifts. The average outputs for the three shifts are shown in Table 11.4 for each of the supervisors. Look at the relationship between the two factors in the line chart for these means, shown in Figure 11.11. Notice that supervisor 2 always produces a higher output, regardless of the shift. The two factors behave *independently;* that is, the output is always about 100 units higher for supervisor 2, no matter which shift you look at.

**TABLE 11.4** ●  **Average Outputs for Two Supervisors on Three Shifts**

| Supervisor | Day | Swing | Night |
|---|---|---|---|
| | | Shift | |
| 1 | 487 | 498 | 550 |
| 2 | 602 | 602 | 637 |

**FIGURE 11.11**

Interaction plot for means in Table 11.4



Now consider another set of data for the same situation, shown in Table 11.5. There is a definite difference in the results, depending on which shift you look at, and the *interaction* can be seen in the crossed lines of the chart in Figure 11.12.

**TABLE 11.5**   ● **Average Outputs for Two Supervisors on Three Shifts**

|  | Shift | | |
| --- | --- | --- | --- |
| Supervisor | Day | Swing | Night |
| 1 | 602 | 498 | 450 |
| 2 | 487 | 602 | 657 |

**FIGURE 11.12**

Interaction plot for means in Table 11.5





**MY TIP**

When the effect of one factor on the response changes, depending on the level at which the other factor is measured, the two factors are said to **interact**.

This situation is an example of a **factorial experiment** in which there are a total of $2 \times 3$ possible combinations of the levels for the two factors. These $2 \times 3 = 6$ combinations form the *treatments,* and the experiment is called a **2 × 3 factorial experiment.** This type of experiment can actually be used to investigate the effects of three or more factors on a response and to explore the interactions between the factors. However, we confine our discussion to two factors and their interaction.

When you compare treatment means for a factorial experiment (or for any other experiment), you will need more than one observation per treatment. For example, if you obtain two observations for each of the factor combinations of a complete factorial experiment, you have two **replications** of the experiment. In the next section on the analysis of variance for a factorial experiment, you can assume that each treatment or combination of factor levels is replicated the same number of times $r$.

# THE ANALYSIS OF VARIANCE FOR AN *a* × *b* FACTORIAL EXPERIMENT

**11.10**

An analysis of variance for a two-factor factorial experiment replicated $r$ times follows the same pattern as the previous designs. If the letters A and B are used to identify the two factors, the total variation in the experiment

$$\text{Total SS} = \Sigma(x - \bar{x})^2 = \Sigma x^2 - \text{CM}$$

is partitioned into *four* parts in such a way that

$$\text{Total SS} = \text{SSA} + \text{SSB} + \text{SS(AB)} + \text{SSE}$$

where

- SSA (sum of squares for factor A) measures the variation among the factor A means.
- SSB (sum of squares for factor B) measures the variation among the factor B means.
- SS(AB) (sum of squares for interaction) measures the variation *among* the different combinations of factor levels.
- SSE (sum of squares for error) measures the variation of the differences among the observations *within* each combination of factor levels—the experimental error.

Sums of squares SSA and SSB are often called the **main effect** sums of squares, to distinguish them from the **interaction** sum of squares. Although you can simplify your work by using a computer program to calculate these sums of squares, the calculational formulas are given next. You can assume that there are:

- *a* levels of factor A
- *b* levels of factor B
- *r* replications of each of the *ab* factor combinations
- A total of $n = abr$ observations

---

**CALCULATING THE SUMS OF SQUARES FOR A TWO-FACTOR FACTORIAL EXPERIMENT**

$$CM = \frac{G^2}{n} \qquad \text{Total SS} = \Sigma x^2 - CM$$

$$SSA = \Sigma \frac{A_i^2}{br} - CM \qquad SSB = \Sigma \frac{B_j^2}{ar} - CM$$

$$SS(AB) = \Sigma \frac{(AB)_{ij}^2}{r} - CM - SSA - SSB$$

where

$G$ = Sum of all $n = abr$ observations

$A_i$ = Total of all observations at the $i$th level of factor A,
    $i = 1, 2, \ldots, a$

$B_j$ = Total of all observations at the $j$th level of factor B,
    $j = 1, 2, \ldots, b$

$(AB)_{ij}$ = Total of the $r$ observations at the $i$th level of factor A and the $j$th level of factor B

---

Each of the five **sources of variation,** when divided by the appropriate **degrees of freedom,** provides an estimate of the variation in the experiment. These estimates are called **mean squares**—MS = SS/$df$—and are displayed along with their respective sums of squares and $df$ in the **analysis of variance** (or **ANOVA**) **table.**

---

**ANOVA TABLE FOR $r$ REPLICATIONS OF A TWO-FACTOR FACTORIAL EXPERIMENT: FACTOR A AT $a$ LEVELS AND FACTOR B AT $b$ LEVELS**

| Source | df | SS | MS | F |
|--------|-----|------|------|-----|
| A | $a - 1$ | SSA | $MSA = \dfrac{SSA}{a - 1}$ | $\dfrac{MSA}{MSE}$ |
| B | $b - 1$ | SSB | $MSB = \dfrac{SSB}{b - 1}$ | $\dfrac{MSB}{MSE}$ |
| AB | $(a - 1)(b - 1)$ | SS(AB) | $MS(AB) = \dfrac{SS(AB)}{(a - 1)(b - 1)}$ | $\dfrac{MS(AB)}{MSE}$ |
| Error | $ab(r - 1)$ | SSE | $MSE = \dfrac{SSE}{ab(r - 1)}$ | |
| Total | $abr - 1$ | Total SS | | |

---

Finally, the equality of means for various levels of the factor combinations (the interaction effect) and for the levels of both main effects, A and B, can be tested using the ANOVA $F$-tests, as shown next.

## TESTS FOR A FACTORIAL EXPERIMENT

- **For interaction:**

1. Null hypothesis: $H_0$ : Factors A and B do not interact
2. Alternative hypothesis: $H_a$ : Factors A and B interact
3. Test statistic: $F = $ MS(AB)/MSE, where $F$ is based on $df_1 = (a - 1)(b - 1)$ and $df_2 = ab(r - 1)$
4. Rejection region: Reject $H_0$ when $F > F_\alpha$, where $F_\alpha$ lies in the upper tail of the $F$ distribution (see the figure), or when the $p$-value $< \alpha$

- **For main effects, factor A:**

1. Null hypothesis: $H_0$ : There are no differences among the factor A means
2. Alternative hypothesis: $H_a$ : At least two of the factor a means differ
3. Test statistic: $F = $ MSA/MSE, where $F$ is based on $df_1 = (a - 1)$ and $df_2 = ab(r - 1)$
4. Rejection region: Reject $H_0$ when $F > F_\alpha$ (see the figure) or when the $p$-value $< \alpha$

- **For main effects, factor B:**

1. Null hypothesis: $H_0$ : There are no differences among the factor B means
2. Alternative hypothesis: $H_a$ : At least two of the factor B means differ
3. Test statistic: $F = $ MSB/MSE, where $F$ is based on $df_1 = (b - 1)$ and $df_2 = ab(r - 1)$
4. Rejection region: Reject $H_0$ when $F > F_\alpha$ (see the figure) or when the $p$-value $< \alpha$



**EXAMPLE** ( **11.12** )   Table 11.6 shows the original data used to generate Table 11.5 in Example 11.11. That is, the two supervisors were each observed on three randomly selected days for each of the three different shifts, and the production outputs were recorded. Analyze these data using the appropriate analysis of variance procedure.

**TABLE 11.6**  ● **Outputs for Two Supervisors on Three Shifts**

| Supervisor | Shift | | |
|---|---|---|---|
| | Day | Swing | Night |
| 1 | 571 | 480 | 470 |
| | 610 | 474 | 430 |
| | 625 | 540 | 450 |
| 2 | 480 | 625 | 630 |
| | 516 | 600 | 680 |
| | 465 | 581 | 661 |

**Solution**   The computer output in Figure 11.13 was generated using the two-way analysis of variance procedure in the *MINITAB* software package. You can verify the quantities in the ANOVA table using the calculational formulas presented earlier, or you may choose just to use the results and interpret their meaning.

**FIGURE 11.13**  ●
*MINITAB* output for
Example 11.12

**Two-way ANOVA: Output versus Supervisor, Shift**

```
Source        DF        SS        MS        F        P
Supervisor     1     19208    19208.0    26.68    0.000
Shift          2       247      123.5     0.17    0.844
Interaction    2     81127    40563.5    56.34    0.000
Error         12      8640      720.0
Total         17    109222


S = 26.83    R-Sq = 92.09%    R-Sq(adj) = 88.79%

                              Individual 95% CIs For Mean Based on
                              Pooled StDev
Supervisor      Mean    ----+---------+---------+---------+-----
1            516.667    (-------*------)
2            582.000                        (-------*-------)
                        ----+---------+---------+---------+-----
                        510        540       570       600

                              Individual 95% CIs For Mean Based on
                              Pooled StDev
Shift           Mean    ---+---------+---------+---------+--------
Day            544.5    (---------------*---------------)
Swing          550.0       (---------------*---------------)
Night          553.5          (---------------*---------------)
                        ---+---------+---------+---------+--------
                        525        540       555       570
```

**MY TIP**

If the interaction is **not significant,** test each of the factors individually.

At this point, you have undoubtedly discovered the familiar pattern in testing the significance of the various experimental factors with the $F$ statistic and its $p$-value. The small $p$-value ($P = .000$) in the row marked "Supervisor" means that there is sufficient evidence to declare a difference in the mean levels for factor A—that is, a difference in mean outputs per supervisor. This fact is visually apparent in the nonoverlapping confidence intervals for the supervisor means shown in the printout. But this is overshadowed by the fact that there is strong evidence ($P = .000$) of an *interaction* between factors A and B. This means that the average output for a given shift depends on the supervisor on duty. You saw this effect clearly in Figure 11.11. The three largest mean outputs occur when supervisor 1 is on the day shift and when supervisor 2 is on either the swing or night shift. As a practical result, the manager should schedule supervisor 1 for the day shift and supervisor 2 for the night shift.

If the interaction effect *is* significant, the differences in the treatment means can be further studied, *not* by comparing the means for factor A or B individually but rather by looking at comparisons for the $2 \times 3$ (AB) factor-level combinations. If the interaction effect is *not significant,* then the significance of the main effect means should be investigated, first with the overall *F*-test and next with Tukey's method for paired comparisons and/or specific confidence intervals. Remember that these analysis of variance procedures always use $s^2 = $ MSE as the best estimator of $\sigma^2$ with degrees of freedom equal to $df = ab(r - 1)$.

For example, using Tukey's yardstick to compare the average outputs for the two supervisors on each of the three shifts, you could calculate

$$\omega = q_{.05}(6, 12)\left(\frac{s}{\sqrt{r}}\right) = 4.75\left(\frac{\sqrt{720}}{\sqrt{3}}\right) = 73.59$$

Since all three pairs of means—602 and 487 on the day shift, 498 and 602 on the swing shift, and 450 and 657 on the night shift—differ by more than $\omega$, our practical conclusions have been confirmed statistically.

## 11.10 EXERCISES

### BASIC TECHNIQUES

**11.45** Suppose you were to conduct a two-factor factorial experiment, factor A at four levels and factor B at five levels, with three replications per treatment.

**a.** How many treatments are involved in the experiment?

**b.** How many observations are involved?

**c.** List the sources of variation and their respective degrees of freedom.

**11.46** The analysis of variance table for a $3 \times 4$ factorial experiment, with factor A at three levels and factor B at four levels, and with two observations per treatment, is shown here:

| Source | df | SS | MS | F |
|--------|----|------|----|----|
|        | 2  | 5.3  |    |    |
|        | 3  | 9.1  |    |    |
|        | 6  |      |    |    |
|        | 12 | 24.5 |    |    |
| Total  | 23 | 43.7 |    |    |

**a.** Fill in the missing items in the table.

**b.** Do the data provide sufficient evidence to indicate that factors A and B interact? Test using $\alpha = .05$. What are the practical implications of your answer?

**c.** Do the data provide sufficient evidence to indicate that factors A and B affect the response variable $x$? Explain.

**11.47** Refer to Exercise 11.46. The means of two of the factor-level combinations—say, $A_1B_1$ and $A_2B_1$—are $\bar{x}_1 = 8.3$ and $\bar{x}_2 = 6.3$, respectively. Find a 95% confidence interval for the difference between the two corresponding population means.

 **11.48** The table gives data for a $3 \times 3$ factorial experiment, with two replications per treatment:
EX1148

| Levels of Factor B | Levels of Factor A | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| 1 | 5, 7 | 9, 7 | 4, 6 |
| 2 | 8, 7 | 12, 13 | 7, 10 |
| 3 | 14, 11 | 8, 9 | 12, 15 |

**a.** Perform an analysis of variance for the data, and present the results in an analysis of variance table.

**b.** What do we mean when we say that factors A and B interact?

**c.** Do the data provide sufficient evidence to indicate interaction between factors A and B? Test using $\alpha = .05$.

**d.** Find the approximate *p*-value for the test in part c.

**e.** What are the practical implications of your results in part c? Explain your results using a line graph similar to the one in Figure 11.11.

**11.49 2 × 2 Factorial**  The table gives data for a $2 \times 2$ factorial experiment, with four replications per treatment.
EX1149

| | Levels of Factor A | |
|---|---|---|
| Levels of Factor B | 1 | 2 |
| 1 | 2.1, 2.7, 2.4, 2.5 | 3.7, 3.2, 3.0, 3.5 |
| 2 | 3.1, 3.6, 3.4, 3.9 | 2.9, 2.7, 2.2, 2.5 |

**a.** The accompanying graph was generated by *MINITAB*. Verify that the four points that connect the two lines are the means of the four observations within each factor-level combination. What does the graph tell you about the interaction between factors A and B?

*MINITAB* interaction plot for Exercise 11.49



**b.** Use the *MINITAB* output to test for a significant interaction between A and B. Does this confirm your conclusions in part a?

*MINITAB* output for Exercise 11.49

**Two-way ANOVA: Response versus Factor A, Factor B**

```
Source        DF      SS        MS        F        P
Factor A       1    0.0000   0.00000    0.00    1.000
Factor B       1    0.0900   0.09000    1.00    0.338
Interaction    1    3.4225   3.42250   37.85    0.000
Error         12    1.0850   0.09042
Total         15    4.5975

S = 0.3007    R-Sq = 76.40%    R-Sq(adj) = 70.50%
```

**c.** Considering your results in part b, how can you explain the fact that neither of the main effects is significant?

**d.** If a significant interaction is found, is it necessary to test for significant main effect differences? Explain.

**e.** Write a short paragraph summarizing the results of this experiment.

## APPLICATIONS

**MY DATA** **11.50** **Demand for Diamonds**  A chain of EX1150  jewelry stores conducted an experiment to investigate the effect of price and location on the demand for its diamonds. Six small-town stores were selected for the study, as well as six stores located in large suburban malls. Two stores in each of these locations were assigned to each of three item percentage markups. The percentage gain (or loss) in sales for each store was recorded at the end of 1 month. The data are shown in the accompanying table.

| | Markup | | |
|---|---|---|---|
| Location | 1 | 2 | 3 |
| Small towns | 10 | −3 | −10 |
| | 4 | 7 | −24 |
| Suburban malls | 14 | 8 | −4 |
| | 18 | 3 | 3 |

**a.** Do the data provide sufficient evidence to indicate an interaction between markup and location? Test using $\alpha = .05$.

**b.** What are the practical implications of your test in part a?

**c.** Draw a line graph similar to Figure 11.11 to help visualize the results of this experiment. Summarize the results.

**d.** Find a 95% confidence interval for the difference in mean change in sales for stores in small towns versus those in suburban malls if the stores are using price markup 3.

**11.51** **Terrain Visualization**  A study was conducted to determine the effect of two factors on terrain visualization training for soldiers.[4] During the training programs, participants viewed contour maps of various terrains and then were permitted to view a computer reconstruction of the terrain as it would appear from a specified angle. The two factors investigated in the experiment were the participants' spatial abilities (abilities to visualize in three dimensions) and the viewing procedures (active or passive). Active participation permitted participants to view the computer-generated reconstructions of the terrain from any and all angles. Passive participation gave the participants a set of preselected reconstructions of the terrain. Participants were tested according to spatial ability, and from the test scores 20 were categorized as possessing high spatial ability, 20 medium, and 20 low. Then 10 participants within each of these groups were assigned to each of the two training modes, active or passive. The

**486** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

accompanying tables are the ANOVA table computed the researchers and the table of the treatment means.

| Source | df | MS | Error df | F | p |
|---|---|---|---|---|---|
| Main effects: | | | | | |
| Training condition | 1 | 103.7009 | 54 | 3.66 | .0610 |
| Ability | 2 | 760.5889 | 54 | 26.87 | .0005 |
| Interaction: | | | | | |
| Training condition × Ability | 2 | 124.9905 | 54 | 4.42 | .0167 |
| Within cells | 54 | 28.3015 | | | |

| Spatial Ability | Training Condition Active | Passive |
|---|---|---|
| High | 17.895 | 9.508 |
| Medium | 5.031 | 5.648 |
| Low | 1.728 | 1.610 |

*Note:* Maximum score = 36.

**a.** Explain how the authors arrived at the degrees of freedom shown in the ANOVA table.

**b.** Are the *F*-values correct?

**c.** Interpret the test results. What are their practical implications?

**d.** Use Table 6 in Appendix I to approximate the *p*-values for the *F* statistics shown in the ANOVA table.

Source: H.F. Barsam and Z.M. Simutis, "Computer-Based Graphics for Terrain Visualization Training," Human Factors, no. 26, 1984. Copyright 1984 by the Human Factors Society, Inc. Reproduced by permission.

**11.52 The Cost of Flying** In an attempt to determine what factors affect airfares, a researcher recorded a weighted average of the costs per mile for two airports in each of three major U.S. cities for each of four different travel distances.[5] The results are shown in the table.

| Distance | City New York | Houston | Chicago |
|---|---|---|---|
| < 300 miles | 40, 48 | 20, 26 | 19, 40 |
| 301–750 miles | 19, 26 | 15, 17 | 14, 24 |
| 751–1500 miles | 10, 14 | 10, 13 | 9, 15 |
| > 1500 miles | 9, 10 | 8, 11 | 7, 12 |

Use the *MINITAB* output to analyze the experiment with the appropriate method. Identify the two factors, and investigate any possible effect due to their interaction or the main effects. What are the practical implications of this experiment? Explain your conclusions in the form of a report.



*MINITAB* output for Exercise 11.52

**Two-way ANOVA: Cost versus City, Distance**

```
Source       DF      SS        MS        F      P
City          2    201.33   100.667    3.06   0.084
Distance      3   1873.33   624.444   18.97   0.000
Interaction   6    303.67    50.611    1.54   0.247
Error        12    395.00    32.917
Total        23   2773.33

S = 5.737   R-Sq = 85.76%   R-Sq(adj) = 72.70%

                    Individual 95% CIs For Mean Based on
                    Pooled StDev
Distance    Mean    ------+---------+---------+---------+---
1         32.1667                             (-----+------)
2         19.1667                  (-----+-----)
3         11.8333     (------+-----)
4          9.5000   (-----+-----)
                    ------+---------+---------+---------+---
                         10        20        30        40
```

*MINITAB* plots for Exercise 11.52





**11.53 Fourth-Grade Test Scores** A local school board was interested in comparing test scores on a standarized reading test for fourth-grade students in their district. They selected a random sample of five male and five female fourth grade students at each of four different elementary schools in the district and recorded the test scores. The results are shown in the table below.

| Gender | School 1 | School 2 | School 3 | School 4 |
|--------|----------|----------|----------|----------|
| Male   | 631      | 642      | 651      | 350      |
|        | 566      | 710      | 611      | 565      |
|        | 620      | 649      | 755      | 543      |
|        | 542      | 596      | 693      | 509      |
|        | 560      | 660      | 620      | 494      |
| Female | 669      | 722      | 709      | 505      |
|        | 644      | 769      | 545      | 498      |
|        | 600      | 723      | 657      | 474      |
|        | 610      | 649      | 722      | 470      |
|        | 559      | 766      | 711      | 463      |

a. What type of experimental design is this? What are the experimental units? What are the factors and levels of interest to the school board?

b. Perform the appropriate analysis of variance for this experiment.

c. Do the data indicate that effect of gender on the average test score is different depending on the student's school? Test the appropriate hypothesis using $\alpha = .05$.

d. Plot the average scores using an interaction plot. How would you describe the effect of gender and school on the average test scores?

e. Do the data indicate that either of the main effects is significant? If the main effect is significant, use Tukey's method of paired comparisons to examine the differences in detail. Use $\alpha = .01$.

**11.54 Management Training**  An experiment was conducted to investigate the effect of management training on the decision-making abilities of supervisors in a large corporation. Sixteen supervisors were selected, and eight were randomly chosen to receive managerial training. Four trained and four untrained supervisors were then randomly selected to function in a situation in which a standard problem arose. The other eight supervisors were presented with an emergency situation in which standard procedures could not be used. The response was a management behavior rating for each supervisor as assessed by a rating scheme devised by the experimenter.

a. What are the experimental units in this experiment?

b. What are the two factors considered in the experiment?

c. What are the levels of each factor?

d. How many treatments are there in the experiment?

e. What type of experimental design has been used?

**MY DATA**  **11.55 Management Training, continued**
EX1155    Refer to Exercise 11.54. The data for this experiment are shown in the table.

| Situation (B) | Training (A) | | |
|---------------|---------|-------------|--------|
|               | Trained | Not Trained | Totals |
| Standard      | 85      | 53          | 519    |
|               | 91      | 49          |        |
|               | 80      | 38          |        |
|               | 78      | 45          |        |
| Emergency     | 76      | 40          | 473    |
|               | 67      | 52          |        |
|               | 82      | 46          |        |
|               | 71      | 39          |        |
| Totals        | 630     | 362         | 992    |

a. Construct the ANOVA table for this experiment.

b. Is there a significant interaction between the presence or absence of training and the type of decision-making situation? Test at the 5% level of significance.

c. Do the data indicate a significant difference in behavior ratings for the two types of situations at the 5% level of significance?

d. Do behavior ratings differ significantly for the two types of training categories at the 5% level of significance?

e. Plot the average scores using an interaction plot. How would you describe the effect of training and emergency situation on the decision-making abilities of the supervisors?

# REVISITING THE ANALYSIS OF VARIANCE ASSUMPTIONS

**11.11**

In Section 11.3, you learned that the assumptions and test procedures for the analysis of variance are similar to those required for the $t$ and $F$-tests in Chapter 10—namely, that observations within a treatment group must be normally distributed with common variance $\sigma^2$. You also learned that the analysis of variance procedures are fairly

robust when the sample sizes are equal and the data are fairly mound-shaped. If this is the case, one way to protect yourself from inaccurate conclusions is to try when possible to select samples of equal sizes!

There are some quick and simple ways to check the data for violation of assumptions. Look first at the type of response variable you are measuring. You might immediately see a problem with either the normality or common variance assumption. It may be that the data you have collected cannot be measured *quantitatively.* For example, many responses, such as product preferences, can be ranked only as "A is better than B" or "C is the least preferable." Data that are *qualitative* cannot have a normal distribution. If the response variable is *discrete* and can assume only three values— say, 0, 1, or 2—then it is again unreasonable to assume that the response variable is normally distributed.

Suppose that the response variable is binomial—say, the proportion $p$ of people who favor a particular type of investment. Although binomial data can be approximately mound-shaped under certain conditions, they violate the equal variance assumption. The variance of a sample proportion is

$$\sigma^2 = \frac{pq}{n} = \frac{p(1-p)}{n}$$

so that the variance changes depending on the value of $p$. As the treatment means change, the value of $p$ changes and so does the variance $\sigma^2$. A similar situation occurs when the response variable is a Poisson random variable—say, the number of industrial accidents per month in a manufacturing plant. Since the variance of a Poisson random variable is $\sigma^2 = \mu$, the variance changes exactly as the treatment mean changes.

If you cannot see any flagrant violations in the type of data being measured, look at the range of the data within each treatment group. If these ranges are nearly the same, then the common variance assumption is probably reasonable. To check for normality, you might make a quick dotplot or stem and leaf plot for a particular treatment group. However, quite often you do not have enough measurements to obtain a reasonable plot.

If you are using a computer program to analyze your experiment, there are some valuable **diagnostic tools** you can use. These procedures are too complicated to be performed using hand calculations, but they are easy to use when the computer does all the work!

## Residual Plots

In the analysis of variance, the total variation in the data is partitioned into several parts, depending on the factors identified as important to the researcher. Once the effects of these sources of variation have been removed, the "leftover" variability in each observation is called the **residual** for that data point. These residuals represent **experimental error,** the basic variability in the experiment, and should have an approximately *normal distribution* with a mean of 0 and the *same variation* for each treatment group. Most computer packages will provide options for plotting these residuals:

- The **normal probability plot of residuals** is a graph that plots the residuals for each observation against the expected value of that residual *had it come from a normal distribution.* If the residuals are approximately normal, the plot will closely resemble a *straight line,* sloping upward to the right.

- The **plot of residuals versus fit** or **residuals versus variables** is a graph that plots the residuals against the expected value of that observation *using the experimental design we have used.* If no assumptions have been violated and there are no "leftover" sources of variation other than experimental error, this plot should show a *random scatter* of points around the horizontal "zero error line" for each treatment group, with approximately the same vertical spread.

**EXAMPLE 11.13**

The data from Example 11.4 involving the attention spans of three groups of elementary students were analyzed using *MINITAB*. The graphs in Figure 11.14, generated by *MINITAB*, are the normal probability plot and the residuals versus fit plot for this experiment. Look at the straight-line pattern in the normal probability plot, which indicates a normal distribution in the residuals. In the other plot, the residuals are plotted against the estimated expected values, which are the sample averages for each of the three treatments in the completely randomized design. The random scatter around the horizontal "zero error line" and the constant spread indicate *no violations* in the constant variance assumption.

**FIGURE 11.14**

*MINITAB* diagnostic plots for Example 11.13

 

**EXAMPLE 11.14**

A company plans to promote a new product by using one of three advertising campaigns. To investigate the extent of product recognition from these three campaigns, 15 market areas were selected and five were randomly assigned to each advertising plan. At the end of the ad campaigns, random samples of 400 adults were selected in each area and the proportions who were familiar with the new product were recorded, as in Table 11.7. Have any of the analysis of variance assumptions been violated in this experiment?

**TABLE 11.7**

**Proportions of Product Recognition for Three Advertising Campaigns**

| Campaign 1 | Campaign 2 | Campaign 3 |
| --- | --- | --- |
| .33 | .28 | .21 |
| .29 | .41 | .30 |
| .21 | .34 | .26 |
| .32 | .39 | .33 |
| .25 | .27 | .31 |

**Solution**    The experiment is designed as a *completely randomized design,* but the response variable is a binomial sample proportion. This indicates that both the normality and the common variance assumptions might be invalid. Look at the normal probability plot of the residuals and the plot of residuals versus fit generated as an option in the *MINITAB* analysis of variance procedure and shown in Figure 11.15. The

curved pattern in the normal probability plot indicates that the residuals *do not have a normal distribution.* In the residual versus fit plot, you can see three vertical lines of residuals, one for each of the three ad campaigns. Notice that two of the lines (campaigns 1 and 3) are close together and have similar spread. However, the third line (campaign 2) is farther to the right, which indicates a larger sample proportion and consequently a *larger variance* in this group. Both analysis of variance assumptions are suspect in this experiment.

**FIGURE 11.15**

*MINITAB* diagnostic plots for Example 11.14

 

What can you do when the ANOVA assumptions are not satisfied? The *constant variance* assumption can often be remedied by **transforming** the response measurements. That is, instead of using the original measurements, you might use their square roots, logarithms, or some other function of the response. Transformations that tend to stabilize the variance of the response also tend to make their distributions more nearly normal.

When nothing can be done to *even approximately* satisfy the ANOVA assumptions or if the data are rankings, you should use **nonparametric** testing and estimation procedures, presented in Chapter 15. We have mentioned these procedures before; they are almost as powerful in detecting treatment differences as the tests presented in this chapter when the data are normally distributed. When the parametric ANOVA assumptions are violated, the nonparametric tests are generally more powerful.

## A BRIEF SUMMARY

**11.12**

We presented three different experimental designs in this chapter, each of which can be analyzed using the analysis of variance procedure. The objective of the analysis of variance is to detect differences in the mean responses for experimental units that have received different treatments—that is, different combinations of the experimental factor levels. Once an overall test of the differences is performed, the nature of these differences (if any exist) can be explored using methods of paired comparisons and/or interval estimation procedures.

The three designs presented in this chapter represent only a brief introduction to the subject of analyzing designed experiments. Designs are available for experiments that involve several design variables, as well as more than two treatment factors and other more complex designs. Remember that **design variables** are factors whose effect you want to control and hence remove from experimental error, whereas **treatment**

**variables** are factors whose effect you want to investigate. If your experiment is properly designed, you will be able to analyze it using the analysis of variance. Experiments in which the levels of a variable are *measured experimentally* rather than *controlled* or *preselected* ahead of time may be analyzed using **linear** or **multiple regression analysis**—the subject of Chapters 12 and 13.

## CHAPTER REVIEW

## Key Concepts and Formulas

### I. Experimental Designs

1. Experimental units, factors, levels, treatments, response variables.

2. Assumptions: Observations within each treatment group must be normally distributed with a common variance $\sigma^2$.

3. One-way classification—completely randomized design: Independent random samples are selected from each of $k$ populations.

4. Two-way classification—randomized block design: $k$ treatments are compared within $b$ relatively homogeneous groups of experimental units called *blocks.*

5. Two-way classification—$a \times b$ factorial experiment: Two factors, A and B, are compared at several levels. Each factor–level combination is replicated $r$ times to allow for the investigation of an interaction between the two factors.

### II. Analysis of Variance

1. The total variation in the experiment is divided into variation (sums of squares) explained by the various experimental factors and variation due to experimental error (unexplained).

2. If there is an effect due to a particular factor, its mean square ($MS = SS/df$) is usually large and $F = MS(factor)/MSE$ is large.

3. Test statistics for the various experimental factors are based on $F$ statistics, with appropriate degrees of freedom ($df_2 = $ Error degrees of freedom).

### III. Interpreting an Analysis of Variance

1. For the completely randomized and randomized block design, each factor is tested for significance.

2. For the factorial experiment, first test for a significant interaction. If the interaction is significant, main effects need not be tested. The nature of the differences in the factor–level combinations should be further examined.

3. If a significant difference in the population means is found, Tukey's method of pairwise comparisons or a similar method can be used to further identify the nature of the differences.

4. If you have a special interest in one population mean or the difference between two population means, you can use a confidence interval estimate. (For a randomized block design, confidence intervals do not provide unbiased estimates for single population means.)

### IV. Checking the Analysis of Variance Assumptions

1. To check for normality, use the normal probability plot for the residuals. The residuals should exhibit a straight-line pattern, increasing upwards toward the right.

2. To check for equality of variance, use the residuals versus fit plot. The plot should exhibit a random scatter, with the same vertical spread around the horizontal "zero error line."

 **MINITAB**

# Analysis of Variance Procedures

The statistical procedures used to perform the analysis of variance for the three different experimental designs in this chapter are found in a *MINITAB* submenu by choosing **Stat → ANOVA.** You will see choices for **One-way, One-way (Unstacked),** and **Two-way** that will generate Dialog boxes used for the completely randomized, randomized block, and factorial designs, respectively. You must properly store the data and then choose the columns corresponding to the necessary factors in the experiment. We will display some of the Dialog boxes and Session window outputs for the examples in this chapter, beginning with a one-way classification—the completely randomized breakfast study in Example 11.4.

First, enter the 15 recorded attention spans in column C1 of a *MINITAB* worksheet and name them "Span." Next, enter the integers 1, 2, and 3 into a second column C2 to identify the meal assignment (*treatment*) for each observation. You can let *MINITAB* set this pattern for you using **Calc → Make Patterned Data → Simple Set of Numbers** and entering the appropriate numbers, as shown in Figure 11.16. Then use **Stat → ANOVA → One-way** to generate the Dialog box in Figure 11.17.[†] You must select the column of observations for the "Response" box and the column of treatment indicators for the "Factor" box. Then you have several options. Under **Comparisons,** you can select "Tukey's family error rate" (which has a default level of 5%) to obtain paired comparisons output. Under **Graphs,** you can select individual value plots and/or box plots to compare the three meal assignments, and you can generate residual plots (use "Normal plot of residuals" and/or "Residuals versus fits") to verify the validity of the ANOVA assumptions. Click **OK** from the main dialog box to obtain the output in Figure 11.3 in the text.

The **Stat → ANOVA → Two-way** command can be used for both the randomized block and the factorial designs. You must first enter all of the observations into a single column and then integers or descriptive names to indicate either of these cases:

- The *block* and *treatment* for each of the measurements in a randomized block design
- The levels of *factors A and B* for the factorial experiment.

*MINITAB* will recognize a number of replications within each factor-level combination in the factorial experiment and will break out the sum of squares for interaction (as long as you do not check the box "Fit additive model"). Since these two designs involve the same sequence of commands, we will use the data from Example 11.12 to generate the analysis of variance for the factorial experiment. The data are entered into the worksheet in Figure 11.18. See if you can use the **Calc → Make Patterned Data → Simple Set of Numbers** to enter the data into columns C2–C3. Once the data have been entered, use **Stat → ANOVA → Two-way** to generate the Dialog box in Figure 11.19. Choose "Output" for the "Response" box, and "Supervisor" and "Shift" for the "Row factor" and "Column factor," respectively. You may choose to display the main effect means along with 95% confidence intervals by checking "Display means," and you may select residual plots if you wish. Click **OK** to obtain the ANOVA printout in Figure 11.13.

---

[†]If you had entered each of the three samples into separate columns, the proper command would have been **Stat → ANOVA → One-way (Unstacked).**

**FIGURE 11.16**



**FIGURE 11.17**



**494** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

**FIGURE 11.18**

**Data Display**

| Row | Output | Supervisor | Shift |
|-----|--------|-----------|-------|
| 1 | 571 | 1 | 1 |
| 2 | 610 | 1 | 1 |
| 3 | 625 | 1 | 1 |
| 4 | 480 | 2 | 1 |
| 5 | 516 | 2 | 1 |
| 6 | 465 | 2 | 1 |
| 7 | 480 | 1 | 2 |
| 8 | 474 | 1 | 2 |
| 9 | 540 | 1 | 2 |
| 10 | 625 | 2 | 2 |
| 11 | 600 | 2 | 2 |
| 12 | 581 | 2 | 2 |
| 13 | 470 | 1 | 3 |
| 14 | 430 | 1 | 3 |
| 15 | 450 | 1 | 3 |
| 16 | 630 | 2 | 3 |
| 17 | 680 | 2 | 3 |
| 18 | 661 | 2 | 3 |

**FIGURE 11.19**



Since the interaction between supervisors and shifts is highly significant, you may want to explore the nature of this interaction by plotting the average output for each supervisor at each of the three shifts. Use **Stat → ANOVA → Interactions Plot** and choose the appropriate response and factor variables. The plot is generated by *MINITAB* and shown in Figure 11.20. You can see the strong difference in the behaviors of the mean outputs for the two supervisors, indicating a strong interaction between the two factors.

**FIGURE 11.20**



## Supplementary Exercises

**MY DATA**    **11.56 Reaction Times vs. Stimuli**  Twenty-
**EX1156**    seven people participated in an experiment to
compare the effects of five different stimuli on reaction
time. The experiment was run using a completely ran-
domized design, and, regardless of the results of the
analysis of variance, the experimenters wanted to com-
pare stimuli A and D. The results of the experiment
are given here. Use the *MINITAB* printout to complete
the exercise.

| Stimulus | Reaction Time (sec) | | | | | | | Total | Mean |
|---|---|---|---|---|---|---|---|---|---|
| A | .8 | .6 | .6 | .5 | | | | 2.5 | .625 |
| B | .7 | .8 | .5 | .5 | .6 | .9 | .7 | 4.7 | .671 |
| C | 1.2 | 1.0 | .9 | 1.2 | 1.3 | .8 | | 6.4 | 1.067 |
| D | 1.0 | .9 | .9 | 1.1 | .7 | | | 4.6 | .920 |
| E | .6 | .4 | .4 | .7 | .3 | | | 2.4 | .480 |

*MINITAB* output for Exercise 11.56

**One-way ANOVA: Time versus Stimulus**

```
Source     DF       SS       MS       F       P
Stimulus    4    1.2118   0.3030   11.67   0.000
Error      22    0.5711   0.0260
Total      26    1.7830

S = 0.1611    R-Sq = 67.97%    R-Sq(adj) = 62.14%

                                 Individual 95% CIs For Mean Based on
                                 Pooled StDev
Level    N      Mean     StDev   -------+---------+---------+---------+--
A        4    0.6250    0.1258        (------*------)
B        7    0.6714    0.1496            (----*----)
C        6    1.0667    0.1966                          (-----*----)
D        5    0.9200    0.1483                     (-----*-----)
E        5    0.4800    0.1643   (-----*-----)
                                 -------+---------+---------+---------+--
Pooled StDev =    0.1611                 0.50      0.75      1.00      1.25
```

**a.** Conduct an analysis of variance and test for a dif-
ference in the mean reaction times due to the five
stimuli.

**b.** Compare stimuli A and D to see if there is a differ-
ence in mean reaction times.

**11.57** Refer to Exercise 11.56. Use this *MINITAB* output to identify the differences in the treatment means.

*MINITAB* output for Exercise 11.57

```
Tukey 95% Simultaneous Confidence Intervals
All Pairwise Comparisons among Levels of Stimulus

Individual confidence level = 99.29%

Stimulus = A subtracted from:

Stimulus   Lower    Center   Upper   --------+---------+---------+---------+-
B         -0.2535   0.0464   0.3463               (-----*-----)
C          0.1328   0.4417   0.7505                      (-----*-----)
D         -0.0260   0.2950   0.6160                    (-----*-----)
E         -0.4660  -0.1450   0.1760          (-----*-----)
                                   --------+---------+---------+---------+-
                                     -0.50      0.00      0.50      1.00

Stimulus = B subtracted from:

Stimulus   Lower    Center   Upper   --------+---------+---------+---------+-
C          0.1290   0.3952   0.6615                     (-----*-----)
D         -0.0316   0.2486   0.5288                  (-----*-----)
E         -0.4716  -0.1914   0.0888           (-----*-----)
                                   --------+---------+---------+---------+-
                                     -0.50      0.00      0.50      1.00

Stimulus = C subtracted from:

Stimulus   Lower    Center   Upper   --------+---------+---------+---------+-
D         -0.4364  -0.1467   0.1431            (-----*-----)
E         -0.8764  -0.5867  -0.2969  (-----*-----)
                                   --------+---------+---------+---------+-
                                     -0.50      0.00      0.50      1.00

Stimulus = D subtracted from:

Stimulus   Lower    Center   Upper   --------+---------+---------+---------+-
E         -0.7426  -0.4400  -0.1374   (-----*-----)
                                   --------+---------+---------+---------+-
                                     -0.50      0.00      0.50      1.00
```

**11.58** Refer to Exercise 11.56. What do the normal probability plot and the residuals versus fit plot tell you about the validity of your analysis of variance results?

*MINITAB* diagnostic plots for Exercise 11.58





MY DATA **11.59 Reaction Times II** The experiment in
EX1159   Exercise 11.56 might have been conducted more effectively using a randomized block design with people as blocks, since you would expect mean reaction time to vary from one person to another. Hence, four people were used in a new experiment, and each person was subjected to each of the five stimuli in a random order. The reaction times (in seconds) are listed here:

|         | Stimulus |     |     |     |     |
|---------|------|-----|-----|-----|-----|
| Subject | A    | B   | C   | D   | E   |
| 1       | .7   | .8  | 1.0 | 1.0 | .5  |
| 2       | .6   | .6  | 1.1 | 1.0 | .6  |
| 3       | .9   | 1.0 | 1.2 | 1.1 | .6  |
| 4       | .6   | .8  | .9  | 1.0 | .4  |

*MINITAB* output for Exercise 11.59

**Two-way ANOVA: Time versus Subject, Stimulus**

```
Source      DF     SS        MS        F       P
Subject      3   0.140    0.046667   6.59    0.007
Stimulus     4   0.787    0.196750  27.78    0.000
Error       12   0.085    0.007083
Total       19   1.012

S = 0.08416   R-Sq = 91.60%   R-Sq(adj) = 86.70%

                     Individual 95% CIs For Mean Based on
                     Pooled StDev
Stimulus    Mean   ---------+---------+---------+---------+-
A          0.700          (----*----)
B          0.800              (----*----)
C          1.050                          (---*----)
D          1.025                         (---*----)
E          0.525    (---*----)
                   ---------+---------+---------+---------+-
                      0.60      0.80      1.00      1.20
```

a. Use the *MINITAB* printout to analyze the data and test for differences in treatment means.

b. Use Tukey's method of paired comparisons to identify the significant pairwise differences in the stimuli.

c. Does it appear that blocking was effective in this experiment?

MY DATA **11.60 Heart Rate and Exercise** An experi-
EX1160   ment was conducted to examine the effect of age on heart rate when a person is subjected to a specific amount of exercise. Ten male subjects were randomly selected from four age groups: 10–19, 20–39, 40–59, and 60–69. Each subject walked on a treadmill at a fixed grade for a period of 12 minutes, and the increase in heart rate, the difference before and after exercise, was recorded (in beats per minute):

| 10–19 | 20–39 | 40–59 | 60–69 |
|---|---|---|---|
| 29 | 24 | 37 | 28 |
| 33 | 27 | 25 | 29 |
| 26 | 33 | 22 | 34 |
| 27 | 31 | 33 | 36 |
| 39 | 21 | 28 | 21 |
| 35 | 28 | 26 | 20 |
| 33 | 24 | 30 | 25 |
| 29 | 34 | 34 | 24 |
| 36 | 21 | 27 | 33 |
| 22 | 32 | 33 | 32 |
| Total 309 | 275 | 295 | 282 |

Use an appropriate computer program to answer these questions:

**a.** Do the data provide sufficient evidence to indicate a difference in mean increase in heart rate among the four age groups? Test by using $\alpha = .05$.

**b.** Find a 90% confidence interval for the difference in mean increase in heart rate between age groups 10–19 and 60–69.

**c.** Find a 90% confidence interval for the mean increase in heart rate for the age group 20–39.

**d.** Approximately how many people would you need in each group if you wanted to be able to estimate a group mean correct to within two beats per minute with probability equal to .95?

MY DATA  EX1161  **11.61 Learning to Sell**  A company wished to study the effects of four training programs on the sales abilities of their sales personnel. Thirty-two people were randomly divided into four groups of equal size, and each group was then subjected to one of the different sales training programs. Because there were some dropouts during the training programs due to illness, vacations, and so on, the number of trainees completing the programs varied from group to group. At the end of the training programs, each salesperson was randomly assigned a sales area from a group of sales areas that were judged to have equivalent sales potentials. The sales made by each of the four groups of salespeople during the first week after completing the training program are listed in the table:

| | Training Program | | |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 78 | 99 | 74 | 81 |
| 84 | 86 | 87 | 63 |
| 86 | 90 | 80 | 71 |
| 92 | 93 | 83 | 65 |
| 69 | 94 | 78 | 86 |
| 73 | 85 | | 79 |
| | 97 | | 73 |
| | 91 | | 70 |
| Total 482 | 735 | 402 | 588 |

Analyze the experiment using the appropriate method. Identify the treatments or factors of interest to the researcher and investigate any significant effects. What are the practical implications of this experiment? Write a paragraph explaining the results of your analysis.

**11.62 4 × 2 Factorial**  Suppose you were to conduct a two-factor factorial experiment, factor A at four levels and factor B at two levels, with $r$ replications per treatment.

**a.** How many treatments are involved in the experiment?

**b.** How many observations are involved?

**c.** List the sources of variation and their respective degrees of freedom.

**11.63 2 × 3 Factorial**  The analysis of variance table for a $2 \times 3$ factorial experiment, factor A at two levels and factor B at three levels, with five observations per treatment, is shown in the table.

| Source | df | SS | MS | F |
|---|---|---|---|---|
| A | | 1.14 | | |
| B | | 2.58 | | |
| AB | | .49 | | |
| Error | | | | |
| Total | | 8.41 | | |

**a.** Do the data provide sufficient evidence to indicate an interaction between factors A and B? Test using $\alpha = .05$. What are the practical implications of your answer?

**b.** Give the approximate $p$-value for the test in part a.

**c.** Do the data provide sufficient evidence to indicate that factor A affects the response? Test using $\alpha = .05$.

**d.** Do the data provide sufficient evidence to indicate that factor B affects the response? Test using $\alpha = .05$.

**11.64**  Refer to Exercise 11.63. The means of all observations, at the factor A levels $A_1$ and $A_2$ are $\bar{x}_1 = 3.7$ and $\bar{x}_2 = 1.4$, respectively. Find a 95% confidence interval for the difference in mean response for factor levels $A_1$ and $A_2$.

MY DATA  EX1165  **11.65 The Whitefly in California**  The whitefly, which causes defoliation of shrubs and trees and a reduction in salable crop yields, has emerged as a pest in Southern California. In a study to determine factors that affect the life cycle of the whitefly, an experiment was conducted in which whiteflies were placed on two different types of plants at three

**498** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

different temperatures. The observation of interest was the total number of eggs laid by caged females under one of the six possible treatment combinations. Each treatment combination was run using five cages.

| Plant | Temperature | | |
|---|---|---|---|
| | 70°F | 77°F | 82°F |
| Cotton | 37 | 34 | 46 |
| | 21 | 54 | 32 |
| | 36 | 40 | 41 |
| | 43 | 42 | 36 |
| | 31 | 16 | 38 |
| Cucumber | 50 | 59 | 43 |
| | 53 | 53 | 62 |
| | 25 | 31 | 71 |
| | 37 | 69 | 49 |
| | 48 | 51 | 59 |

*MINITAB* output for Exercise 11.65

**Two-way ANOVA: Eggs versus Plant, Temperature**

```
Source        DF        SS        MS        F        P
Plant          1    1512.30   1512.30    12.29    0.002
Temperature    2     487.47    243.73     1.98    0.160
Interaction    2     111.20     55.60     0.45    0.642
Error         24    2952.40    123.02
Total         29    5063.37

S = 11.09    R-Sq = 41.69%    R-Sq(adj) = 29.54%
```

**a.** What type of experimental design has been used?

**b.** Do the data provide sufficient evidence to indicate that the effect of temperature on the number of eggs laid is different depending on the type of plant? Use the *MINITAB* printout to test the appropriate hypothesis.

**c.** Plot the treatment means for cotton as a function of temperature. Plot the treatment means for cucumber as a function of temperature. Comment on the similarity or difference in these two plots.

**d.** Find the mean number of eggs laid on cotton and cucumber based on 15 observations each. Calculate a 95% confidence interval for the difference in the underlying population means.

(MY) DATA **11.66 Pollution from Chemical Plants**
EX1166    Four chemical plants, producing the same product and owned by the same company, discharge effluents into streams in the vicinity of their locations. To check on the extent of the pollution created by the effluents and to determine whether this varies from plant to plant, the company collected random samples of liquid waste, five specimens for each of the four plants. The data are shown in the table:

| Plant | Polluting Effluents (lb/gal of waste) | | | | |
|---|---|---|---|---|---|
| A | 1.65 | 1.72 | 1.50 | 1.37 | 1.60 |
| B | 1.70 | 1.85 | 1.46 | 2.05 | 1.80 |
| C | 1.40 | 1.75 | 1.38 | 1.65 | 1.55 |
| D | 2.10 | 1.95 | 1.65 | 1.88 | 2.00 |

**a.** Do the data provide sufficient evidence to indicate a difference in the mean amounts of effluents discharged by the four plants?

**b.** If the maximum mean discharge of effluents is 1.5 lb/gal, do the data provide sufficient evidence to indicate that the limit is exceeded at plant A?

**c.** Estimate the difference in the mean discharge of effluents between plants A and D, using a 95% confidence interval.

(MY) DATA **11.67 America's Market Basket** Exer-
EX1167    cise 10.40 examined an advertisement for Albertsons, a supermarket chain in the western United States. The advertiser claims that Albertsons has consistently had lower prices than four other full-service supermarkets. As part of a survey conducted by an "independent market basket price-checking company," the average weekly total based on the prices of approximately 95 items is given for five different supermarket chains recorded during 4 consecutive weeks.[6]

| | Albertsons | Ralphs | Vons | Alpha Beta | Lucky |
|---|---|---|---|---|---|
| Week 1 | $254.26 | $256.03 | $267.92 | $260.71 | $258.84 |
| Week 2 | 240.62 | 255.65 | 251.55 | 251.80 | 242.14 |
| Week 3 | 231.90 | 255.12 | 245.89 | 246.77 | 246.80 |
| Week 4 | 234.13 | 261.18 | 254.12 | 249.45 | 248.99 |

**a.** What type of design has been used in this experiment?

**b.** Conduct an analysis of variance for the data.

**c.** Is there sufficient evidence to indicate that there is a difference in the average weekly totals for the five supermarkets? Use $\alpha = .05$.

**d.** Use Tukey's method for paired comparisons to determine which of the means are significantly different from each other. Use $\alpha = .05$.

(MY) DATA **11.68 Yield of Wheat** The yields of wheat
EX1168    (in bushels per acre) were compared for five different varieties, A, B, C, D, and E, at six different locations. Each variety was randomly assigned to a plot at each location. The results of the experiment are shown in the accompanying table, along with a *MINITAB* printout of the analysis of variance. Analyze the experiment using the appropriate method. Identify the treatments or factors of interest to the researcher and investigate any effects that exist. Use the diagnostic plots to comment on the validity of the analysis of

variance assumptions. What are the practical implications of this experiment? Write a paragraph explaining the results of your analysis.

| Variety | Location | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| A | 35.3 | 31.0 | 32.7 | 36.8 | 37.2 | 33.1 |
| B | 30.7 | 32.2 | 31.4 | 31.7 | 35.0 | 32.7 |
| C | 38.2 | 33.4 | 33.6 | 37.1 | 37.3 | 38.2 |
| D | 34.9 | 36.1 | 35.2 | 38.3 | 40.2 | 36.0 |
| E | 32.4 | 28.9 | 29.2 | 30.7 | 33.9 | 32.1 |

*MINITAB* output for Exercise 11.68

**Two-way ANOVA: Yield versus Varieties, Location**

```
Source      DF        SS        MS        F        P
Varieties    4    142.670   35.6675    18.61    0.000
Locations    5     68.142   13.6283     7.11    0.001
Error       20     38.303    1.9165
Total       29    249.142

S = 1.384   R-Sq = 84.62%   R-Sq(adj) = 77.69%

                  Individual 95% CIs For Mean Based on
                  Pooled StDev
Varieties    Mean  +---------+---------+---------+---------
A          34.3500                    (-----*-----)
B          32.2833           (----*-----)
C          36.3000                            (-----*----)
D          36.7833                            (-----*-----)
E          31.2000  (-----*-----)
                  +---------+---------+---------+---------
                  30.0      32.0      34.0      36.0
```

*MINITAB* diagnostic plots for Exercise 11.68





**11.69** **Physical Fitness** Researchers Russell
EX1169    R. Pate and colleagues analyzed the results of the National Health and Nutrition Examination Survey

to assess cardiorespiratory fitness levels in youth aged 12 to 19 years.[7] Attaining fitness standards is a common prerequisite for entry into occupations such as law enforcement, firefighting, and the military, as well as other jobs that involve physically demanding labor. Estimated maximum oxygen uptake ($VO_{2max}$) was used to measure a person's cardiorespiratory level. The focus of our study investigates the relationship between levels of physical activity (more than others, same as others, or less than others) and gender on $VO_{2max}$. The data that follows are based on this study.

| | Physical Activity | | |
|---|---|---|---|
| | More | Same | Less |
| Males | 50.1 | 45.7 | 40.9 |
| | 47.2 | 44.2 | 41.3 |
| | 49.7 | 46.8 | 39.2 |
| | 50.4 | 44.9 | 40.9 |
| Females | 41.2 | 37.2 | 36.5 |
| | 39.8 | 39.4 | 35.0 |
| | 41.5 | 38.6 | 37.2 |
| | 38.2 | 37.8 | 35.4 |

**a.** Is this a factorial experiment or a randomized block design? Explain.

**b.** Is there a significant interaction between levels of physical activity and gender? Are there significant differences between males and females? Levels of physical activity?

**c.** If the interaction is significant, use Tukey's pairwise procedure to investigate differences among the six cell means. Comment on the results found using this procedure. Use $\alpha = .05$.

**11.70** In a study of starting salaries of assis-
EX1170    tant professors,[8] five male assistant professors and five female assistant professors at each of three types of institutions granting doctoral degrees were polled and their initial starting salaries were recorded under the condition of anonymity. The results of the survey in $1000 are given in the following table.

| Gender | Public Universities | Private/Independent | Church-Related |
|---|---|---|---|
| Males | $57.3 | $85.8 | $78.9 |
| | 57.9 | 75.2 | 69.3 |
| | 56.5 | 66.9 | 69.7 |
| | 76.5 | 73.0 | 58.2 |
| | 62.0 | 73.0 | 61.2 |
| Females | 47.4 | 62.1 | 60.4 |
| | 56.7 | 69.1 | 62.1 |
| | 69.0 | 66.5 | 59.8 |
| | 63.2 | 61.8 | 71.9 |
| | 65.3 | 76.7 | 61.6 |

*Source:* Based on "Average Salary for Men and Women Faculty by Category, Affiliation, and Academic Rank, 2005–2006."

**500** ○ CHAPTER 11 THE ANALYSIS OF VARIANCE

**a.** What type of design was used in collecting these data?

**b.** Use an analysis of variance to test if there are significant differences in gender, in type of institution, and to test for a significant interaction of gender × type of institution.

**c.** Find a 95% confidence interval estimate for the difference in starting salaries for male assistant professors and female assistant professors. Interpret this interval in terms of a gender difference in starting salaries.

**d.** Use Tukey's procedure to investigate differences in assistant professor salaries for the three types of institutions. Use $\alpha = .01$.

**e.** Summarize the results of your analysis.

**MY DATA    11.71 Pottery in the United Kingdom** An
**EX1171**    article in *Archaeometry* involved an analysis of 26 samples of Romano-British pottery, found at four different kiln sites in the United Kingdom.[9] Since one site only yielded two samples, consider the samples found at the other three sites. The samples were analyzed to determine their chemical composition and the percentage of iron oxide is shown below.

| Llanederyn | | Island Thorns | Ashley Rails |
|---|---|---|---|
| 7.00 | 5.78 | 1.28 | 1.12 |
| 7.08 | 5.49 | 2.39 | 1.14 |
| 7.09 | 6.92 | 1.50 | .92 |
| 6.37 | 6.13 | 1.88 | 2.74 |
| 7.06 | 6.64 | 1.51 | 1.64 |
| 6.26 | 6.69 | | |
| 4.26 | 6.44 | | |

**a.** What type of experimental design is this?

**b.** Use an analysis of variance to determine if there is a difference in the average percentage of iron oxide at the three sites. Use $\alpha = .01$.

**c.** If you have access to a computer program, generate the diagnostic plots for this experiment. Does it appear that any of the analysis of variance assumptions have been violated? Explain.

**MY DATA    11.72 Cell Phones** How satisfied are you
**EX1172**    with your current mobile-phone service provider? Surveys done by *Consumer Reports* indicate that there is a high level of dissatisfaction among consumers, resulting in high customer turnover rates.[10] The following table shows the overall satisfaction scores, based on a maximum score of 100, for four wireless providers in four different cities.

| | Chicago | Dallas | Philadelphia | San Francisco |
|---|---|---|---|---|
| AT&T Wireless | 63 | 66 | 61 | 64 |
| Cingular Wireless | 67 | 67 | 64 | 60 |
| Sprint | 60 | 68 | 60 | 61 |
| Verizon Wireless | 71 | 75 | 73 | 73 |

**a.** What type of experimental design was used in this article? If the design used is a randomized block design, what are the blocks and what are the treatments?

**b.** Conduct an analysis of variance for the data.

**c.** Are there significant differences in the average satisfaction scores for the four wireless providers considered here?

**d.** Are there significant differences in the average satisfaction scores for the four cities?

**11.73 Cell Phones, continued** Refer to Exercise 11.72. The diagnostic plots for this experiment are shown below. Does it appear that any of the analysis of variance assumptions have been violated? Explain.





**MY DATA    11.74 Professor's Salaries II** Each year, the
**EX1174**    *American Association of University Professors* reports on salaries of academic professors at universities

and colleges in the United States.[8] The following data (in thousands of dollars), adapted from this report, are based on samples of $n = 10$ in each of three professorial ranks, for both male and female professors.

| Gender | Assistant Professor | | Associate Professor | | Full Professor | |
|---|---|---|---|---|---|---|
| Male | $63.9 | $64.4 | $70.0 | $74.4 | $109.4 | $110.5 |
| | 63.9 | 62.2 | 77.7 | 77.2 | 111.3 | 104.4 |
| | 64.8 | 64.2 | 77.1 | 76.3 | 112.5 | 106.3 |
| | 68.3 | 64.9 | 76.0 | 78.8 | 111.6 | 106.9 |
| | 67.5 | 67.5 | 70.1 | 73.1 | 118.3 | 109.9 |
| Female | 56.6 | 59.0 | 65.4 | 66.3 | 110.3 | 100.9 |
| | 57.6 | 58.6 | 71.9 | 74.6 | 97.0 | 102.8 |
| | 53.5 | 54.9 | 65.9 | 73.0 | 91.5 | 102.0 |
| | 64.4 | 62.9 | 67.9 | 69.4 | 103.5 | 96.7 |
| | 62.6 | 59.8 | 73.6 | 71.0 | 95.6 | 97.8 |

(The table is headed "Rank" spanning the rank columns.)

*Source:* Based on "Average Salary for Men and Women Faculty by Category, Affiliation, and Academic Rank, 2005–2006."

**a.** Identify the design used in this survey.

**b.** Use the appropriate analysis of variance for these data.

**c.** Do the data indicate that the salary at the different ranks vary by gender?

**d.** If there is no interaction, determine whether there are differences in salaries by rank, and whether there are differences by gender. Discuss your results.

**e.** Plot the average salaries using an interaction plot. If the main effect of ranks is significant, use Tukey's method of pairwise comparisons to determine if there are significant differences among the ranks. Use $\alpha = .01$.

## CASE STUDY  "A Fine Mess"

 Tickets

Do you risk a parking ticket by parking where you shouldn't or forgetting how much time you have left on the parking meter? Do the fines associated with various parking infractions vary depending on the city in which you receive a parking ticket? To look at this issue, the fines imposed for overtime parking, parking in a red zone, and parking next to a fire hydrant were recorded for 13 cities in southern California.[11]

| City | Overtime Parking | Red Zone | Fire Hydrant |
|---|---|---|---|
| Long Beach | $17 | $30 | $30 |
| Bakersfield | 17 | 33 | 33 |
| Orange | 22 | 30 | 32 |
| San Bernardino | 20 | 30 | 78 |
| Riverside | 21 | 30 | 30 |
| San Luis Obispo | 8 | 20 | 75 |
| Beverly Hills | 23 | 38 | 30 |
| Palm Springs | 22 | 28 | 46 |
| Laguna Beach | 22 | 22 | 32 |
| Del Mar | 25 | 40 | 55 |
| Los Angeles | 20 | 55 | 30 |
| San Diego | 35 | 60 | 60 |
| Newport Beach | 32 | 42 | 30 |

*Source:* From "A Fine Mess," by R. McGarvey, *Avenues*, July/August 1994. Reprinted by permission of the author.

1. Identify the design used for the data collection in this case study.

2. Analyze the data using the appropriate analysis. What can you say about the variation among the cities in this study? Among fines for the three types of violations? Can Tukey's procedure be of use in further delineating any significant differences you may find? Would confidence interval estimates be useful in your analysis?

3. Summarize the results of your analysis of these data.

**12**

# Linear Regression and Correlation



© Justin Sullivan/Getty Images

## GENERAL OBJECTIVES

In this chapter, we consider the situation in which the mean value of a random variable $y$ is related to another variable $x$. By measuring both $y$ and $x$ for each experimental unit, thereby generating bivariate data, you can use the information provided by $x$ to estimate the average value of $y$ and to predict values of $y$ for preassigned values of $x$.

## CHAPTER INDEX

- Analysis of variance for linear regression (12.4)
- Correlation analysis (12.8)
- Diagnostic tools for checking the regression assumptions (12.6)
- Estimation and prediction using the fitted line (12.7)
- The method of least squares (12.3)
- A simple linear probabilistic model (12.2)
- Testing the usefulness of the linear regression model: inferences about $\beta$, the ANOVA $F$-test, and $r^2$ (12.5)

 **PERSONAL TRAINER**

**How Do I Make Sure That My Calculations Are Correct?**

### Is Your Car "Made in the U.S.A."?

The phrase "made in the U.S.A." has become a battle cry in the past few years as American workers try to protect their jobs from overseas competition. In the case study at the end of this chapter, we explore the changing attitudes of American consumers toward automobiles made outside the United States, using a simple linear regression analysis.

**502**

## INTRODUCTION

**12.1**

High school seniors, freshmen entering college, their parents, and a university administration are concerned about the academic achievement of a student after he or she has enrolled in a university. Can you estimate or predict a student's grade point average (GPA) at the end of the freshman year before the student enrolls in the university? At first glance this might seem like a difficult problem. However, you would expect highly motivated students who have graduated with a high class rank from a high school with superior academic standards to achieve a high GPA at the end of the college freshman year. On the other hand, students who lack motivation or who have achieved only moderate success in high school are not expected to do so well. You would expect the college achievement of a student to be a function of several variables:

- Rank in high school class
- High school's overall rating
- High school GPA
- SAT scores

This problem is of a fairly general nature. You are interested in a random variable *y* (college GPA) that is related to a number of independent variables. The objective is to create a *prediction equation* that expresses *y* as a function of these independent variables. Then, if you can measure the independent variables, you can substitute these values into the prediction equation and obtain the prediction for *y*—the student's college GPA in our example. But which variables should you use as predictors? How strong is their relationship to *y*? How do you construct a good prediction equation for *y* as a function of the selected predictor variables? We will answer these questions in the next two chapters.

In this chapter, we restrict our attention to the simple problem of predicting *y* as a linear function of a single predictor variable *x*. This problem was originally addressed in Chapter 3 in the discussion of *bivariate data.* Remember that we used the equation of a straight line to describe the relationship between *x* and *y* and we described the strength of the relationship using the correlation coefficient *r*. We rely on some of these results as we revisit the subject of linear regression and correlation.

## A SIMPLE LINEAR PROBABILISTIC MODEL

**12.2**

Consider the problem of trying to predict the value of a response *y* based on the value of an independent variable *x*. The best-fitting line of Chapter 3,

$$y = a + bx$$

was based on a *sample* of *n* bivariate observations drawn from a larger *population* of measurements. The line that describes the relationship between *y* and *x* in the *population* is similar to, but not the same as, the best-fitting line from the *sample*. How can you construct a **population model** to describe the relationship between a random variable *y* and a related independent variable *x*?

You begin by assuming that the variable of interest, *y,* is *linearly* related to an independent variable *x*. To describe the linear relationship, you can use the **deterministic model**

$$y = \alpha + \beta x$$

where $\alpha$ is the $y$-intercept—the value of $y$ when $x = 0$—and $\beta$ is the slope of the line, defined as the change in $y$ for a one-unit change in $x$, as shown in Figure 12.1. This model describes a deterministic relationship between the variable of interest $y$, sometimes called the **response variable,** and the independent variable $x$, often called the **predictor variable.** That is, the linear equation determines an exact value of $y$ when the value of $x$ is given. Is this a realistic model for an experimental situation? Consider the following example.

**FIGURE 12.1**

The $y$-intercept and slope for a line



**MY TIP**

**slope** = change in $y$ for a 1-unit change in $x$

**$y$-intercept** = value of $y$ when $x = 0$



Table 12.1 displays the mathematics achievement test scores for a random sample of $n = 10$ college freshmen, along with their final calculus grades. A bivariate plot of these scores and grades is given in Figure 12.2. You can use the **Building a Scatterplot** applet to refresh your memory as to how this plot is drawn. Notice that the points *do not lie exactly on a line* but rather seem to be deviations about an underlying line. A simple way to modify the deterministic model is to add a **random error component** to explain the deviations of the points about the line. A particular response $y$ is described using the **probabilistic model**

$$y = \alpha + \beta x + \epsilon$$

**TABLE 12.1**

**Mathematics Achievement Test Scores and Final Calculus Grades for College Freshmen**

| Student | Mathematics Achievement Test Score | Final Calculus Grade |
|---------|-----------------------------------|---------------------|
| 1 | 39 | 65 |
| 2 | 43 | 78 |
| 3 | 21 | 52 |
| 4 | 64 | 82 |
| 5 | 57 | 92 |
| 6 | 47 | 89 |
| 7 | 28 | 73 |
| 8 | 75 | 98 |
| 9 | 34 | 56 |
| 10 | 52 | 75 |

**FIGURE 12.2**

Scatterplot of the data in Table 12.1



The first part of the equation, $\alpha + \beta x$—called the **line of means**—describes the average value of $y$ for a given value of $x$. The error component $\epsilon$ allows each individual response $y$ to deviate from the line of means by a small amount.

In order to use this *probabilistic model* for making inferences, you need to be more specific about this "small amount," $\epsilon$.

## ASSUMPTIONS ABOUT THE RANDOM ERROR $\epsilon$

Assume that the values of $\epsilon$ satisfy these conditions:

- Are independent in the probabilistic sense
- Have a mean of 0 and a common variance equal to $\sigma^2$
- Have a normal probability distribution

These assumptions about the random error $\epsilon$ are shown in Figure 12.3 for three fixed values of $x$—say, $x_1$, $x_2$, and $x_3$. Notice the similarity between these assumptions and the assumptions necessary for the tests in Chapters 10 and 11. We will revisit these assumptions later in this chapter and provide some diagnostic tools for you to use in checking their validity.

**FIGURE 12.3**

Linear probabilistic model



**506**   ○   CHAPTER 12 LINEAR REGRESSION AND CORRELATION

Remember that this model is created for a population of measurements that is generally unknown to you. However, you can use sample information to estimate the values of $\alpha$ and $\beta$, which are the coefficients of the line of means, $E(y) = \alpha + \beta x$. These estimates are used to form the best-fitting line for a given set of data, called the **least squares line** or **regression line.** We review how to calculate the intercept and the slope of this line in the next section.



## THE METHOD OF LEAST SQUARES

**12.3**



**slope** = coefficient of $x$

**y-intercept** = constant term

The statistical procedure for finding the best-fitting line for a set of bivariate data does mathematically what you do visually when you move a ruler until you think you have minimized the vertical distances, or deviations, from the ruler to a set of points. The formula for the best-fitting line is

$$\hat{y} = a + bx$$

where $a$ and $b$ are the estimates of the intercept and slope parameters $\alpha$ and $\beta$, respectively. The fitted line for the data in Table 12.1 is shown in the **Method of Least Squares** applet, Figure 12.4. The red vertical lines (light blue in Figure 12.4) drawn from the prediction line to each point $(x_i, y_i)$ represent the deviations of the points from the line.

**FIGURE 12.4**

Method of Least Squares applet



To minimize the distances from the points to the fitted line, you can use the **principle of least squares.**

### PRINCIPLE OF LEAST SQUARES

The line that minimizes the sum of squares of the deviations of the observed values of $y$ from those predicted is the **best-fitting line.** The sum of squared deviations is commonly called the **sum of squares for error** (SSE) and defined as

$$SSE = \Sigma(y_i - \hat{y}_i)^2 = \Sigma(y_i - a - bx_i)^2$$

Look at the regression line and the data points in Figure 12.4. SSE is the sum of the squared distances represented by the area of the yellow squares (light blue in Figure 12.4).

Finding the values of *a* and *b,* the estimates of $\alpha$ and $\beta$, uses differential calculus, which is beyond the scope of this text. Rather than derive their values, we will simply present formulas for calculating the values of *a* and *b*—called the **least-squares estimators** of $\alpha$ and $\beta$. We will use notation that is based on the **sums of squares** for the variables in the regression problem, which are similar in form to the sums of squares used in Chapter 11. These formulas look different from the formulas presented in Chapter 3, but they are in fact algebraically identical!

You should use the data entry method for your scientific calculator to enter the sample data.

- If your calculator has only a one-variable statistics function, you can still save some time in finding the necessary sums and sums of squares.

- If your calculator has a two-variable statistics function, or if you have a graphing calculator, the calculator will automatically store all of the sums and sums of squares as well as the values of *a, b,* and the correlation coefficient *r.*

- Make sure you consult your calculator manual to find the easiest way to obtain the least squares estimators.

---

### LEAST-SQUARES ESTIMATORS OF $\alpha$ AND $\beta$

$$b = \frac{S_{xy}}{S_{xx}} \quad \text{and} \quad a = \bar{y} - b\bar{x}$$

where the quantities $S_{xy}$ and $S_{xx}$ are defined as

$$S_{xy} = \Sigma(x_i - \bar{x})(y_i - \bar{y}) = \Sigma x_i y_i - \frac{(\Sigma x_i)(\Sigma y_i)}{n}$$

and

$$S_{xx} = \Sigma(x_i - \bar{x})^2 = \Sigma x_i^2 - \frac{(\Sigma x_i)^2}{n}$$

---

Notice that the sum of squares of the *x*-values is found using the computing formula given in Section 2.3 and the sum of the cross-products is the numerator of the *covariance* defined in Section 3.4.

**EXAMPLE** ⬤ **12.1**    Find the least-squares prediction line for the calculus grade data in Table 12.1.

**Solution**    Use the data in Table 12.2 and the data entry method in your scientific calculator to find the following sums of squares:

$$S_{xx} = \Sigma x_i^2 - \frac{(\Sigma x_i)^2}{n} = 23{,}634 - \frac{(460)^2}{10} = 2474$$

$$S_{xy} = \Sigma x_i y_i - \frac{(\Sigma x_i)(\Sigma y_i)}{n} = 36{,}854 - \frac{(460)(760)}{10} = 1894$$

$$\bar{y} = \frac{\Sigma y_i}{n} = \frac{760}{10} = 76 \qquad \bar{x} = \frac{\Sigma x_i}{n} = \frac{460}{10} = 46$$

508  ○  CHAPTER 12 LINEAR REGRESSION AND CORRELATION

  TABLE 12.2  ●  **Calculations for the Data in Table 12.1**

| $y_i$ | $x_i$ | $x_i^2$ | $x_i y_i$ | $y_i^2$ |
|---|---|---|---|---|
| 65 | 39 | 1521 | 2535 | 4225 |
| 78 | 43 | 1849 | 3354 | 6084 |
| 52 | 21 | 441 | 1092 | 2704 |
| 82 | 64 | 4096 | 5248 | 6724 |
| 92 | 57 | 3249 | 5244 | 8464 |
| 89 | 47 | 2209 | 4183 | 7921 |
| 73 | 28 | 784 | 2044 | 5329 |
| 98 | 75 | 5625 | 7350 | 9604 |
| 56 | 34 | 1156 | 1904 | 3136 |
| 75 | 52 | 2704 | 3900 | 5625 |
| Sum  760 | 460 | 23,634 | 36,854 | 59,816 |

Then

$$b = \frac{S_{xy}}{S_{xx}} = \frac{1894}{2474} = .76556 \quad \text{and} \quad a = \bar{y} - b\bar{x} = 76 - (.76556)(46) = 40.78424$$

**MY** TIP

You can predict $y$ for a given value of $x$ by substituting $x$ into the equation to find $\hat{y}$.

The least-squares regression line is then

$$\hat{y} = a + bx = 40.78424 + .76556x$$

The graph of this line is shown in Figure 12.4. It can now be used to predict $y$ for a given value of $x$—either by referring to Figure 12.4 or by substituting the proper value of $x$ into the equation. For example, if a freshman scored $x = 50$ on the achievement test, the student's predicted calculus grade is (using full decimal accuracy)

$$\hat{y} = a + b(50) = 40.78424 + (.76556)(50) = 79.06$$



**MY  PERSONAL TRAINER**

### How Do I Make Sure That My Calculations Are Correct?

- Be careful of rounding errors. Carry at least six significant figures, and round off only in reporting the end result.
- Use a scientific or graphing calculator to do all the work for you. Most of these calculators will calculate the values for $a$ and $b$ if you enter the data properly.
- Use a computer software program if you have access to one.
- Always plot the data and graph the line. If the line does not fit through the points, you have probably made a mistake!

**MY  APPLET**

You can use the **Method of Least Squares** applet to find the values of $a$ and $b$ that determine the *best fitting line,* $\hat{y} = a + bx$. The horizontal line that you see is the line $y = \bar{y}$. Use your mouse to drag the line and watch the yellow squares change size. The object is to make SSE—the total area of the yellow squares (light blue in Figure 12.4)—as small as possible. The value of SSE is the red portion of the bar on the left of the applet (dark blue in Figure 12.4) marked SSE = _____. When you think that you have minimized SSE, click the `Find Best Model` button and see how well you did!

# AN ANALYSIS OF VARIANCE FOR LINEAR REGRESSION

**12.4**

In Chapter 11, you used the analysis of variance procedures to divide the total variation in the experiment into portions attributed to various factors of interest to the experimenter. In a regression analysis, the response $y$ is related to the independent variable $x$. Hence, the total variation in the response variable $y$, given by

$$\text{Total SS} = S_{yy} = \Sigma(y_i - \bar{y})^2 = \Sigma y_i^2 - \frac{(\Sigma y_i)^2}{n}$$

is divided into two portions:

- SSR (sum of squares for regression) measures the amount of variation explained by using the regression line with one independent variable $x$
- SSE (sum of squares for error) measures the "residual" variation in the data that is not explained by the independent variable $x$

so that

$$\text{Total SS} = \text{SSR} + \text{SSE}$$

For a particular value of the response $y_i$, you can visualize this breakdown in the variation using the vertical distances illustrated in Figure 12.5. You can see that SSR is the sum of the squared deviations of the differences between the estimated response without using $x$ ($\bar{y}$) and the estimated response using $x$ (the regression line, $\hat{y}$); SSE is the sum of the squared differences between the regression line ($\hat{y}$) and the point $y$.

**FIGURE 12.5** ●

Deviations from the fitted line



It is not too hard to show algebraically that

$$\text{SSR} = \Sigma(\hat{y}_i - \bar{y}_i)^2 = \Sigma(a + bx_i - \bar{y})^2 = \Sigma(\bar{y} - b\bar{x} + bx_i - \bar{y})^2 = b^2\Sigma(x_i - \bar{x})^2$$

$$= \left(\frac{S_{xy}}{S_{xx}}\right)^2 S_{xx} = \frac{(S_{xy})^2}{S_{xx}}$$

Since Total SS = SSR + SSE, you can complete the partition by calculating

$$\text{SSE} = \text{Total SS} - \text{SSR} = S_{yy} - \frac{(S_{xy})^2}{S_{xx}}$$

**510**  ○  CHAPTER 12 LINEAR REGRESSION AND CORRELATION

Remember from Chapter 11 that each of the various sources of variation, when divided by the appropriate **degrees of freedom,** provides an estimate of the variation in the experiment. These estimates are called **mean squares**—MS = SS/*df*—and are displayed in an ANOVA table.

In examining the degrees of freedom associated with each of these sums of squares, notice that the total degrees of freedom for *n* measurements is $(n - 1)$. Since estimating the regression line, $\hat{y} = a + bx_i = \bar{y} - b\bar{x} + bx_i$, involves estimating *one additional* parameter $\beta$, there is *one* degree of freedom associated with SSR, leaving $(n - 2)$ degrees of freedom with SSE.

As with all ANOVA tables we have discussed, the mean square for error,

$$MSE = s^2 = \frac{SSE}{n - 2}$$

is an unbiased estimator of the underlying variance $\sigma^2$. The analysis of variance table is shown in Table 12.3.

**TABLE 12.3**   ●   **Analysis of Variance for Linear Regression**

| Source | df | SS | MS |
|---|---|---|---|
| Regression | 1 | $\frac{(S_{xy})^2}{S_{xx}}$ | MSR |
| Error | $n - 2$ | $S_{yy} - \frac{(S_{xy})^2}{S_{xx}}$ | MSE |
| Total | $n - 1$ | $S_{yy}$ | |

For the data in Table 12.1, you can calculate

$$\text{Total SS} = S_{yy} = \Sigma y_i^2 - \frac{(\Sigma y_i)^2}{n} = 59{,}816 - \frac{(760)^2}{10} = 2056$$

$$SSR = \frac{(S_{xy})^2}{S_{xx}} = \frac{(1894)^2}{2474} = 1449.9741$$

so that

$$SSE = \text{Total SS} - SSR = 2056 - 1449.9741 = 606.0259$$

and

$$MSE = \frac{SSE}{n - 2} = \frac{606.0259}{8} = 75.7532$$

The analysis of variance table, part of the *linear regression output* generated by *MINITAB*, is the lower shaded section in the printout in Figure 12.6. The first two lines give the equation of the least-squares line, $\hat{y} = 40.8 + .766x$. The least-squares estimates *a* and *b* are given with greater accuracy in the column labeled "Coef." You can find instructions for generating this output in the section "My *MINITAB*" at the end of this chapter.

**FIGURE 12.6**



*MINITAB* output for the data of Table 12.1

**Regression Analysis: y versus x**

```
The regression equation is
y = 40.8 + 0.766 x

Predictor         Coef      SE Coef           T         P
Constant        40.784        8.507        4.79     0.001
x                0.7656       0.1750        4.38     0.002


S = 8.70363       R-Sq = 70.5%      R-Sq(adj) = 66.8%

Analysis of Variance
Source           DF          SS           MS         F         P
Regression        1       1450.0       1450.0     19.14     0.002
Residual Error    8        606.0         75.8
Total             9       2056.0
```



**MY TIP**

Look for *a* and *b* in the column called "Coef."

The *MINITAB* output also gives some information about the variation in the experiment. Each of the least-squares estimates, *a* and *b,* has an associated standard error, labeled "SE Coef" in Figure 12.6. In the middle of the printout, you will find the best unbiased estimate of $\sigma$—$S = \sqrt{MSE} = \sqrt{75.7532} = 8.70363$—which measures the **residual error,** the unexplained or "leftover" variation in the experiment. It will not surprise you to know that the *t* and *F* statistics and their *p*-values found in the printout are used to test statistical hypotheses. We explain these entries in the next section.

## 12.4  EXERCISES

### BASIC TECHNIQUES

**12.1** Graph the line corresponding to the equation $y = 2x + 1$ by graphing the points corresponding to $x = 0, 1,$ and 2. Give the *y*-intercept and slope for the line.

**12.2** Graph the line corresponding to the equation $y = -2x + 1$ by graphing the points corresponding to $x = 0, 1,$ and 2. Give the *y*-intercept and slope for the line. How is this line related to the line $y = 2x + 1$ of Exercise 12.1?

**12.3** Give the equation and graph for a line with *y*-intercept equal to 3 and slope equal to $-1$.

**12.4** Give the equation and graph for a line with *y*-intercept equal to $-3$ and slope equal to 1.

**12.5** What is the difference between deterministic and probabilistic mathematical models?

**12.6** You are given five points with these coordinates:

| x | −2 | −1 | 0 | 1 | 2 |
|---|----|----|---|---|---|
| y | 1 | 1 | 3 | 5 | 5 |

a. Use the data entry method on your scientific or graphing calculator to enter the $n = 5$ observations. Find the sums of squares and cross-products, $S_{xx}, S_{xy},$ and $S_{yy}.$

b. Find the least-squares line for the data.

c. Plot the five points and graph the line in part b. Does the line appear to provide a good fit to the data points?

d. Construct the ANOVA table for the linear regression.

**12.7** Six points have these coordinates:

| x | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| y | 5.6 | 4.6 | 4.5 | 3.7 | 3.2 | 2.7 |

a. Find the least-squares line for the data.

b. Plot the six points and graph the line. Does the line appear to provide a good fit to the data points?

c. Use the least-squares line to predict the value of *y* when $x = 3.5.$

d. Fill in the missing entries in the *MINITAB* analysis of variance table.

MINITAB ANOVA table for Exercise 12.7

```
Analysis of Variance

Source          DF       SS        MS
Regression       *      ***      5.4321
Residual Error   *    0.1429       ***
Total            *    5.5750
```

## APPLICATIONS

**12.8 Professor Asimov**  Professor Isaac Asimov was one of the most prolific writers of all time. Prior to his death, he wrote nearly 500 books during a 40-year career. In fact, as his career progressed, he became even more productive in terms of the number of books written within a given period of time.[1] The data give the time in months required to write his books in increments of 100:

| Number of Books, $x$ | 100 | 200 | 300 | 400 | 490 |
|---|---|---|---|---|---|
| Time in Months, $y$ | 237 | 350 | 419 | 465 | 507 |

a. Assume that the number of books $x$ and the time in months $y$ are linearly related. Find the least-squares line relating $y$ to $x$.

b. Plot the time as a function of the number of books written using a scatterplot, and graph the least-squares line on the same paper. Does it seem to provide a good fit to the data points?

c. Construct the ANOVA table for the linear regression.

**MY DATA**
EX1209
**12.9 A Chemical Experiment**  Using a chemical procedure called *differential pulse polarography,* a chemist measured the peak current generated (in microamperes) when a solution containing a given amount of nickel (in parts per billion) is added to a buffer:[2]

| $x$ = Ni (ppb) | $y$ = Peak Current (mA) |
|---|---|
| 19.1 | .095 |
| 38.2 | .174 |
| 57.3 | .256 |
| 76.2 | .348 |
| 95 | .429 |
| 114 | .500 |
| 131 | .580 |
| 150 | .651 |
| 170 | .722 |

a. Use the data entry method for your calculator to calculate the preliminary sums of squares and cross-products, $S_{xx}$, $S_{yy}$, and $S_{xy}$.

b. Calculate the least-squares regression line.

c. Plot the points and the fitted line. Does the assumption of a linear relationship appear to be reasonable?

d. Use the regression line to predict the peak current generated when a solution containing 100 ppb of nickel is added to the buffer.

e. Construct the ANOVA table for the linear regression.

**MY DATA**
EX1210
**12.10 Sleep Deprivation**  A study was conducted to determine the effects of sleep deprivation on people's ability to solve problems without sleep. A total of 10 subjects participated in the study, two at each of five sleep deprivation levels—8, 12, 16, 20, and 24 hours. After his or her specified sleep deprivation period, each subject was administered a set of simple addition problems, and the number of errors was recorded. These results were obtained:

| Number of Errors, $y$ | 8, 6 | 6, 10 | 8, 14 |
|---|---|---|---|
| Number of Hours without Sleep, $x$ | 8 | 12 | 16 |

| Number of Errors, $y$ | 14, 12 | 16, 12 |
|---|---|---|
| Number of Hours without Sleep, $x$ | 20 | 24 |

a. How many pairs of observations are in the experiment?

b. What are the total number of degrees of freedom?

c. Complete the MINITAB printout.

MINITAB output for Exercise 12.10

**Regression Analysis: y versus x**

```
The regression equation is
y = 3.00 + 0.475 x

Predictor       Coef     SE Coef          T        P
Constant       3.000       2.127       1.41    0.196
x               ***      0.1253       3.79    0.005

S = 2.24165    R-Sq = 64.2%    R-Sq(adj) = 59.8%

Analysis of Variance
Source          DF       SS        MS        F        P
Regression      **    72.200    72.200    14.37    0.005
Residual Error  **     ***      5.025
Total           **     ***
```

d. What is the least-squares prediction equation?

e. Use the prediction equation to predict the number of errors for a person who has not slept for 10 hours.


**MY DATA**
EX1211
**12.11 Achievement Tests**  The Academic Performance Index (API) is a measure of

school achievement based on the results of the Stanford 9 Achievement test. Scores range from 200 to 1000, with 800 considered a long-range goal for schools. The following table shows the API for eight elementary schools in Riverside County, California, along with the percent of students at that school who are considered English Language Learners (ELL).[3]

| School | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| API | 588 | 659 | 710 | 657 | 669 | 641 | 557 | 743 |
| ELL | 58 | 22 | 14 | 30 | 11 | 26 | 39 | 6 |

**a.** Which of the two variables is the independent variable and which is the dependent variable? Explain your choice.

**b.** Use a scatterplot to plot the data. Is the assumption of a linear relationship between $x$ and $y$ reasonable?

**c.** Assuming that $x$ and $y$ are linearly related, calculate the least-squares regression line.

**d.** Plot the line on the scatterplot in part b. Does the line fit through the data points?

**MY DATA** **12.12 How Long Is It?** How good are you at estimating? To test a subject's ability to estimate sizes, he was shown 10 different objects and asked to estimate their length or diameter. The object was then measured, and the results were recorded in the table below.

EX1212

| Object | Estimated (inches) | Actual (inches) |
|---|---|---|
| Pencil | 7.00 | 6.00 |
| Dinner plate | 9.50 | 10.25 |
| Book 1 | 7.50 | 6.75 |
| Cell phone | 4.00 | 4.25 |
| Photograph | 14.50 | 15.75 |
| Toy | 3.75 | 5.00 |
| Belt | 42.00 | 41.50 |
| Clothespin | 2.75 | 3.75 |
| Book 2 | 10.00 | 9.25 |
| Calculator | 3.50 | 4.75 |

**a.** Find the least-squares regression line for predicting the actual measurement as a function of the estimated measurement.

**b.** Plot the points and the fitted line. Does the assumption of a linear relationship appear to be reasonable?

**MY DATA** **12.13 Test Interviews** Of two personnel evaluation techniques available, the first requires a two-hour test interview while the second

EX1213

can be completed in less than an hour. The scores for each of the 15 individuals who took both tests are given in the next table.

| Applicant | Test 1 ($x$) | Test 2($y$) |
|---|---|---|
| 1 | 75 | 38 |
| 2 | 89 | 56 |
| 3 | 60 | 35 |
| 4 | 71 | 45 |
| 5 | 92 | 59 |
| 6 | 105 | 70 |
| 7 | 55 | 31 |
| 8 | 87 | 52 |
| 9 | 73 | 48 |
| 10 | 77 | 41 |
| 11 | 84 | 51 |
| 12 | 91 | 58 |
| 13 | 75 | 45 |
| 14 | 82 | 49 |
| 15 | 76 | 47 |

**a.** Construct a scatterplot for the data. Does the assumption of linearity appear to be reasonable?

**b.** Find the least-squares line for the data.

**c.** Use the regression line to predict the score on the second test for an applicant who scored 85 on Test 1.

**12.14 Test Interviews, continued** Refer to Exercise 12.13. Construct the ANOVA table for the linear regression relating $y$, the score on Test 2, to $x$, the score on Test 1.

**MY DATA** **12.15 Armspan and Height** Leonardo da Vinci (1452–1519) drew a sketch of a man, indicating that a person's armspan (measuring across the back with your arms outstretched to make a "T") is roughly equal to the person's height. To test this claim, we measured eight people with the following results:

EX1215

| Person | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Armspan (inches) | 68 | 62.25 | 65 | 69.5 |
| Height (inches) | 69 | 62 | 65 | 70 |

| Person | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| Armspan (inches) | 68 | 69 | 62 | 60.25 |
| Height (inches) | 67 | 67 | 63 | 62 |



**a.** Draw a scatterplot for armspan and height. Use the same scale on both the horizontal and vertical axes. Describe the relationship between the two variables.

**b.** If da Vinci is correct, and a person's armspan is roughly the same as the person's height, what should the slope of the regression line be?

**c.** Calculate the regression line for predicting height based on a person's armspan. Does the value of the slope $b$ confirm your conclusions in part b?

**d.** If a person has an armspan of 62 inches, what would you predict the person's height to be?

(MY) DATA   EX1216   **12.16 Strawberries** The following data were obtained in an experiment relating the dependent variable, $y$ (texture of strawberries), with $x$ (coded storage temperature).

| $x$ | −2 | −2 | 0 | 2 | 2 |
|---|---|---|---|---|---|
| $y$ | 4.0 | 3.5 | 2.0 | 0.5 | 0.0 |

**a.** Find the least-squares line for the data.

**b.** Plot the data points and graph the least-squares line as a check on your calculations.

**c.** Construct the ANOVA table.

## TESTING THE USEFULNESS OF THE LINEAR REGRESSION MODEL

**12.5**

In considering linear regression, you may ask two questions:

- Is the independent variable $x$ useful in predicting the response variable $y$?
- If so, how well does it work?

This section examines several statistical tests and measures that will help you reach some answers. Once you have determined that the model is working, you can then use the model for predicting the response $y$ for a given value of $x$.

### Inferences Concerning $\beta$, the Slope of the Line of Means

Is the least-squares regression line useful? That is, is the regression equation that uses information provided by $x$ substantially better than the simple predictor $\bar{y}$ that does not rely on $x$? If the independent variable $x$ is *not useful* in the population model $y = \alpha + \beta x + \epsilon$, then the value of $y$ does not change for different values of $x$. The only way that this happens for all values of $x$ is when the slope $\beta$ of the line of means equals 0. This would indicate that the relationship between $y$ and $x$ is not linear, so that the initial question about the usefulness of the independent variable $x$ can be re-stated as: Is there a linear relationship between $x$ and $y$?

You can answer this question by using either a test of hypothesis or a confidence interval for $\beta$. Both of these procedures are based on the sampling distribution of $b$,

the sample estimator of the slope $\beta$. It can be shown that, if the assumptions about the random error $\epsilon$ are valid, then the estimator $b$ has a normal distribution in repeated sampling with mean

$$E(b) = \beta$$

and standard error given by

$$SE = \sqrt{\frac{\sigma^2}{S_{xx}}}$$

where $\sigma^2$ is the variance of the random error $\epsilon$. Since the value of $\sigma^2$ is estimated with $s^2 = $ MSE, you can base inferences on the statistic given by

$$t = \frac{b - \beta}{\sqrt{\text{MSE}/S_{xx}}}$$

which has a $t$ distribution with $df = (n - 2)$, the degrees of freedom associated with MSE.

---

## TEST OF HYPOTHESIS CONCERNING THE SLOPE OF A LINE

1.  Null hypothesis: $H_0 : \beta = \beta_0$
2.  Alternative hypothesis:

    **One-Tailed Test**                     **Two-Tailed Test**

    $H_a : \beta > \beta_0$                  $H_a : \beta \neq \beta_0$
    (or $\beta < \beta_0$)

3.  Test statistic: $t = \dfrac{b - \beta_0}{\sqrt{\text{MSE}/S_{xx}}}$

    When the assumptions given in Section 12.2 are satisfied, the test statistic will have a Student's $t$ distribution with $(n - 2)$ degrees of freedom.

4.  Rejection region: Reject $H_0$ when

    **One-Tailed Test**                     **Two-Tailed Test**

    $t > t_\alpha$                           $t > t_{\alpha/2}$   or   $t < -t_{\alpha/2}$
    (or $t < -t_\alpha$ when the alternative
    hypothesis is $H_a : \beta < \beta_0$)

    or when $p$-value $< \alpha$




The values of $t_\alpha$ and $t_{\alpha/2}$ can be found using Table 4 in Appendix I or the *t* **Probabilities** applet. Use the values of $t$ corresponding to $(n - 2)$ degrees of freedom.

**516** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**EXAMPLE** **12.2**    Determine whether there is a significant linear relationship between the calculus grades and test scores listed in Table 12.1. Test at the 5% level of significance.

**Solution**    The hypotheses to be tested are

$$H_0 : \beta = 0 \quad \text{versus} \quad H_a : \beta \neq 0$$

and the observed value of the test statistic is calculated as

$$t = \frac{b - 0}{\sqrt{MSE/S_{xx}}} = \frac{.7656 - 0}{\sqrt{75.7532/2474}} = 4.38$$

with $(n - 2) = 8$ degrees of freedom. With $\alpha = .05$, you can reject $H_0$ when $t > 2.306$ or $t < -2.306$. Since the observed value of the test statistic falls into the rejection region, $H_0$ is rejected and you can conclude that there is a significant linear relationship between the calculus grades and the test scores for the population of college freshmen.

**MY APPLET**

You can use the **$t$-Test for the Slope** applet shown in Figure 12.7 to find $p$-values or rejection regions for this test. You must first calculate the standard error SE = $\sqrt{MSE/S_{xx}}$, type its value into the box marked "Std Error," and press "Enter."

**FIGURE 12.7**

$t$-Test for the Slope applet



- If you enter the value of $b$ into the formula at the top of the applet and press "Enter," the applet will calculate the test statistic and its one- or two-tailed $p$-value.
- If you enter the significance level $\alpha$ in the box marked "prob:" and select the "Area to Right" or "Two Tails" option in the drop-down list, the applet will calculate the positive value of $t$ necessary for rejecting $H_0$. (You could also use the **Student's $t$ Probabilities** applet to find the critical values.)

What is the $p$-value for the test performed in Example 12.2? Does this $p$-value confirm our conclusions?

Another way to make inferences about the value of $\beta$ is to construct a confidence interval for $\beta$ and examine the range of possible values for $\beta$.

### A $(1 - \alpha)$100% CONFIDENCE INTERVAL FOR $\beta$

$$b \pm t_{\alpha/2}(\text{SE})$$

where $t_{\alpha/2}$ is based on $(n - 2)$ degrees of freedom and

$$\text{SE} = \sqrt{\frac{s^2}{S_{xx}}} = \sqrt{\frac{\text{MSE}}{S_{xx}}}$$

**EXAMPLE 12.3**

Find a 95% confidence interval estimate of the slope $\beta$ for the calculus grade data in Table 12.1.

**Solution**   Substituting previously calculated values into

$$b \pm t_{.025}\sqrt{\frac{\text{MSE}}{S_{xx}}}$$

you have

$$.766 \pm 2.306\sqrt{\frac{75.7532}{2474}}$$

$$.766 \pm .404$$

The resulting 95% confidence interval is .362 to 1.170. Since the interval does not contain 0, you can conclude that the true value of $\beta$ is not 0, and you can reject the null hypothesis $H_0 : \beta = 0$ in favor of $H_a : \beta \neq 0$, a conclusion that agrees with the findings in Example 12.2. Furthermore, the confidence interval estimate indicates that there is an increase from as little as .4 to as much as 1.2 points in a calculus test score for each 1-point increase in the achievement test score.

If you are using computer software to perform the regression analysis, you will find the $t$ statistic and its $p$-value on the printout. Look at the *MINITAB* regression analysis printout reproduced in Figure 12.8. In the second portion of the printout, you will find the least-squares estimates $a$ ("Constant") and $b$ ("$x$") in the column marked "Coef," their standard errors ("SE Coef"), the calculated value of the $t$ statistic ("T") used for testing the hypothesis that the parameter equals 0, and its $p$-value ("P"). The $t$-test for significant regression, $H_0 : \beta = 0$, has a $p$-value of $P = .002$, and the null hypothesis is rejected, as in Example 12.2. Does this agree with the $p$-value found using the *t*-Test for the Slope applet in Figure 12.7? In any event, there is a significant linear relationship between $x$ and $y$.

**FIGURE 12.8**

*MINITAB* output for the calculus grade data

 **MY TIP**

Look for the standard error of *b* in the column marked "SE Coef."

**Regression Analysis: y versus x**

```
The regression equation is
y = 40.8 + 0.766 x

Predictor       Coef     SE Coef         T        P
Constant      40.784       8.507      4.79    0.001
x             0.7656      0.1750      4.38    0.002

S = 8.70363    R-Sq = 70.5%     R-Sq(adj) = 66.8%

Analysis of Variance
Source          DF          SS         MS        F        P
Regression       1      1450.0     1450.0    19.14    0.002
Residual Error   8       606.0       75.8
Total            9      2056.0
```



MY TIP

ANOVA *F*-tests are always one-tailed (upper-tail).

# The Analysis of Variance *F*-Test

The analysis of variance portion of the printout in Figure 12.8 shows an *F* statistic given by

$$F = \frac{\text{MSR}}{\text{MSE}} = 19.14$$

with 1 numerator degree of freedom and $(n - 2) = 8$ denominator degrees of freedom. This is an *equivalent test statistic* that can also be used for testing the hypothesis $H_0 : \beta = 0$. Notice that, within rounding error, the value of $F$ is equal to $t^2$ with the identical *p*-value. In this case, if you use five-decimal-place accuracy prior to rounding, you find that $t^2 = (.76556/.17498)^2 = (4.37513)^2 = 19.14175 \approx 19.14 = F$ as given in the printout. This is no accident and results from the fact that the square of a *t* statistic with *df* degrees of freedom has the same distribution as an *F*-statistic with 1 numerator and *df* denominator degrees of freedom. The *F*-test is a more general test of the usefulness of the model and can be used when the model has more than one independent variable.

# Measuring the Strength of the Relationship: The Coefficient of Determination

How well does the regression model fit? To answer this question, you can use a measure related to the *correlation coefficient r*, introduced in Chapter 3. Remember that

$$r = \frac{s_{xy}}{s_x s_y} = \frac{S_{xy}}{\sqrt{S_{xx}S_{yy}}} \qquad \text{for } -1 \le r \le 1$$

where $s_{xy}$, $s_x$, and $s_y$ were defined in Chapter 3 and the various sums of squares were defined in Section 12.4.

The sum of squares for regression, SSR, in the analysis of variance measures the portion of the total variation, Total SS $= S_{yy}$, that can be explained by the regression of *y* on *x*. The remaining portion, SSE, is the "unexplained" variation attributed to random error. One way to measure the strength of the relationship between the response variable *y* and the predictor variable *x* is to calculate the **coefficient of determination**—the proportion of the total variation that is explained by the linear regression of *y* on *x*. For the calculus grade data, this proportion is equal to



MY TIP

On computer printouts, $r^2$ is often given as a **percentage** rather than a proportion.

$$\frac{\text{SSR}}{\text{Total SS}} = \frac{1450}{2056} = .705 \quad \text{or} \quad 70.5\%$$

Since Total SS $= S_{yy}$ and SSR $= \dfrac{(S_{xy})^2}{S_{xx}}$, you can write

$$\frac{\text{SSR}}{\text{Total SS}} = \frac{(S_{xy})^2}{S_{xx}S_{yy}} = \left(\frac{S_{xy}}{\sqrt{S_{xx}S_{yy}}}\right)^2 = r^2$$

Therefore, the coefficient of determination, which was calculated as SSR/Total SS, is simply the square of the correlation coefficient *r*. It is the entry labeled "R-Sq" in Figure 12.8.

Remember that the analysis of variance table isolates the variation due to regression (SSR) from the total variation in the experiment. Doing so reduces the amount of *random variation* in the experiment, now measured by SSE rather than Total SS. In this context, the **coefficient of determination, $r^2$,** can be defined as follows:



**MY TIP**

$r^2$ is called "R-Sq" on the *MINITAB* printout.

**Definition**   The **coefficient of determination** $r^2$ can be interpreted as the percent reduction in the total variation in the experiment obtained by using the regression line $\hat{y} = a + bx$, instead of ignoring $x$ and using the sample mean $\bar{y}$ to predict the response variable $y$.

For the calculus grade data, a reduction of $r^2 = .705$ or 70.5% is substantial. The regression model is working very well!

## Interpreting the Results of a Significant Regression

Once you have performed the *t*-test or *F*-test to determine the significance of the linear regression, you must interpret your results carefully. The slope $\beta$ of the line of means is estimated based on data from only a particular region of observation. Even if you do not reject the null hypothesis that the slope of the line equals 0, it does not necessarily mean that $y$ and $x$ are unrelated. It may be that you have committed a Type II error—falsely declaring that the slope is 0 and that $x$ and $y$ are unrelated.

### Fitting the Wrong Model

It may happen that $y$ and $x$ are perfectly related in a nonlinear way, as shown in Figure 12.9. Here are three possibilities:

**FIGURE 12.9**

Curvilinear relationship



- If observations were taken only within the interval $b < x < c$, the relationship would appear to be linear with a positive slope.
- If observations were taken only within the interval $d < x < f$, the relationship would appear to be linear with a negative slope.
- If the observations were taken over the interval $c < x < d$, the line would be fitted with a slope close to 0, indicating no linear relationship between $y$ and $x$.

For the example shown in Figure 12.9, no straight line accurately describes the true relationship between $x$ and $y$, which is really a *curvilinear relationship.* In this case, we have chosen the *wrong model* to describe the relationship. Sometimes this type of mistake can be detected using residual plots, the subject of Section 12.7.



**MY TIP**

It is dangerous to try to predict values of $y$ outside of the range of the fitted data.

### Extrapolation

One serious problem is to apply the results of a linear regression analysis to values of $x$ that are *not included* within the range of the fitted data. This is called **extrapolation** and can lead to serious errors in prediction, as shown for line 1 in Figure 12.9.

**520** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

Prediction results would be good over the interval $b < x < c$ but would seriously overestimate the values of $y$ for $x > c$.

### Causality

When there is a significant regression of $y$ and $x,$ it is tempting to conclude that $x$ *causes* $y$. However, it is possible that one or more unknown variables that you have not even measured and that are not included in the analysis may be causing the observed relationship. In general, the statistician reports the results of an analysis but leaves conclusions concerning causality to scientists and investigators who are experts in these areas. These experts are better prepared to make such decisions!

## 12.5 EXERCISES

### BASIC TECHNIQUES

**12.17** Refer to Exercise 12.6. The data are reproduced below.

| $x$ | −2 | −1 | 0 | 1 | 2 |
|---|---|---|---|---|---|
| $y$ | 1 | 1 | 3 | 5 | 5 |

**a.** Do the data present sufficient evidence to indicate that $y$ and $x$ are linearly related? Test the hypothesis that $\beta = 0$ at the 5% level of significance.

**b.** Use the ANOVA table from Exercise 12.6 to calculate $F = MSR/MSE$. Verify that the square of the $t$ statistic used in part a is equal to $F$.

**c.** Compare the two-tailed critical value for the $t$-test in part a with the critical value for $F$ with $\alpha = .05$. What is the relationship between the critical values?

**12.18** Refer to Exercise 12.17. Find a 95% confidence interval for the slope of the line. What does the phrase "95% confident" mean?

**12.19** Refer to Exercise 12.7. The data, along with the *MINITAB* analysis of variance table are reproduced below.

| $x$ | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| $y$ | 5.6 | 4.6 | 4.5 | 3.7 | 3.2 | 2.7 |

*MINITAB* ANOVA table for Exercise 12.19

**Regression Analysis: y versus x**

```
Analysis of Variance
Source          DF       SS       MS        F        P
Regression       1   5.4321   5.4321   152.10    0.000
Residual Error   4   0.1429   0.0357
Total            5   5.5750
```

**a.** Do the data provide sufficient evidence to indicate that $y$ and $x$ are linearly related? Use the information in the *MINITAB* printout to answer this question at the 1% level of significance.

**b.** Calculate the coefficient of determination $r^2$. What information does this value give about the usefulness of the linear model?

### APPLICATIONS

(MY)DATA  **12.20 Air Pollution**  An experiment was EX1220   designed to compare several different types of air pollution monitors.[4] The monitor was set up, and then exposed to different concentrations of ozone, ranging between 15 and 230 parts per million (ppm) for periods of 8–72 hours. Filters on the monitor were then analyzed, and the amount (in micrograms) of sodium nitrate ($NO_3$) recorded by the monitor was measured. The results for one type of monitor are given in the table.

| Ozone, $x$ (ppm/hr) | .8 | 1.3 | 1.7 | 2.2 | 2.7 | 2.9 |
|---|---|---|---|---|---|---|
| $NO_3$, $y$ ($\mu$g) | 2.44 | 5.21 | 6.07 | 8.98 | 10.82 | 12.16 |

**a.** Find the least-squares regression line relating the monitor's response to the ozone concentration.

**b.** Do the data provide sufficient evidence to indicate that there is a linear relationship between the ozone concentration and the amount of sodium nitrate detected?

**c.** Calculate $r^2$. What does this value tell you about the effectiveness of the linear regression analysis?

(MY)DATA  **12.21 The Cost of Flying**  How is the cost EX1221   of a plane flight related to the length of the trip? The table shows the average round-trip coach airfare paid by customers of American Airlines on each of 18 heavily traveled U.S. air routes.[5]

| Route | Distance (miles) | Cost |
|---|---|---|
| Dallas–Austin | 178 | $125 |
| Houston–Dallas | 232 | 123 |
| Chicago–Detroit | 238 | 148 |
| Chicago–St. Louis | 262 | 136 |
| Chicago–Cleveland | 301 | 129 |
| Chicago–Atlanta | 593 | 162 |
| New York–Miami | 1092 | 224 |
| New York–San Juan | 1608 | 264 |
| New York–Chicago | 714 | 287 |
| Chicago–Denver | 901 | 256 |
| Dallas–Salt Lake | 1005 | 365 |
| New York–Dallas | 1374 | 459 |
| Chicago–Seattle | 1736 | 424 |
| Los Angeles–Chicago | 1757 | 361 |
| Los Angeles–Atlanta | 1946 | 309 |
| New York–Los Angeles | 2463 | 444 |
| Los Angeles–Honolulu | 2556 | 323 |
| New York–San Francisco | 2574 | 513 |

**a.** If you want to estimate the cost of a flight based on the distance traveled, which variable is the response variable and which is the independent predictor variable?

**b.** Assume that there is a linear relationship between cost and distance. Calculate the least-squares regression line describing cost as a linear function of distance.

**c.** Plot the data points and the regression line. Does it appear that the line fits the data?

**d.** Use the appropriate statistical tests and measures to explain the usefulness of the regression model for predicting cost.

**12.22 Professor Asimov, continued** Refer to the data in Exercise 12.8, relating $x$, the number of books written by Professor Isaac Asimov, to $y$, the number of months he took to write his books (in increments of 100). The data are reproduced below.

| Number of Books, $x$ | 100 | 200 | 300 | 400 | 490 |
|---|---|---|---|---|---|
| Time in Months, $y$ | 237 | 350 | 419 | 465 | 507 |

**a.** Do the data support the hypothesis that $\beta = 0$? Use the $p$-value approach, bounding the $p$-value using Table 4 of Appendix I or finding the exact $p$-value using the **$t$-Test for the Slope** applet. Explain your conclusions in practical terms.

**b.** Use the ANOVA table in Exercise 12.8, part c, to calculate the coefficient of determination $r^2$. What percentage reduction in the total variation is achieved by using the linear regression model?

**c.** Plot the data or refer to the plot in Exercise 12.8, part b. Do the results of parts a and b indicate that

the model provides a good fit for the data? Are there any assumptions that may have been violated in fitting the linear model?

**12.23** Refer to the sleep deprivation experiment described in Exercise 12.10 and data set EX1210. The data and the *MINITAB* printout are reproduced here.

| Number of Errors, $y$ | 8, 6 | 6, 10 | 8, 14 |
|---|---|---|---|
| Number of Hours without Sleep, $x$ | 8 | 12 | 16 |

| Number of Errors, $y$ | 14, 12 | 16, 12 |
|---|---|---|
| Number of Hours without Sleep, $x$ | 20 | 24 |

*MINITAB* output for Exercise 12.23

**Regression Analysis: y versus x**

```
The regression equation is
y = 3.00 + 0.475 x

Predictor     Coef    SE Coef       T       P
Constant     3.000     2.127     1.41   0.196
x           0.4750    0.1253     3.79   0.005

S = 2.24165   R-Sq = 64.2%   R-Sq(adj) = 59.8%

Analysis of Variance

Source          DF       SS       MS       F      P
Regression       1   72.200   72.200   14.37  0.005
Residual Error   8   40.200    5.025
Total            9  112.400
```

**a.** Do the data present sufficient evidence to indicate that the number of errors is linearly related to the number of hours without sleep? Identify the two test statistics in the printout that can be used to answer this question.

**b.** Would you expect the relationship between $y$ and $x$ to be linear if $x$ varied over a wider range (say, $x = 4$ to $x = 48$)?

**c.** How do you describe the strength of the relationship between $y$ and $x$?

**d.** What is the best estimate of the common population variance $\sigma^2$?

**e.** Find a 95% confidence interval for the slope of the line.

**12.24 Strawberries II** The following data (Exercise 12.16 and data set EX1216) were obtained in an experiment relating the dependent variable, $y$ (texture of strawberries), with $x$ (coded storage temperature). Use the information from Exercise 12.16 to answer the following questions:

| $x$ | −2 | −2 | 0 | 2 | 2 |
|---|---|---|---|---|---|
| $y$ | 4.0 | 3.5 | 2.0 | 0.5 | 0.0 |

**a.** What is the best estimate of $\sigma^2$, the variance of the random error $\varepsilon$?

**522** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**b.** Do the data indicate that texture and storage temperature are linearly related? Use $\alpha = .05$.

**c.** Calculate the coefficient of determination, $r^2$.

**d.** Of what value is the *linear* model in increasing the accuracy of prediction as compared to the predictor, $\bar{y}$?

**MY DATA** **12.25 Laptops and Learning** In Exercise
EX1225    1.61 we described an informal experiment conducted at McNair Academic High School in Jersey City, New Jersey. Two freshman algebra classes were studied, one of which used laptop computers at school and at home, while the other class did not. In each class, students were given a survey at the beginning and end of the semester, measuring his or her technological level. The scores were recorded for the end of semester survey ($x$) and the final examination ($y$) for the laptop group.[6] The data and the *MINITAB* printout are shown here.

| Student | Posttest | Final Exam | Student | Posttest | Final Exam |
|---------|----------|------------|---------|----------|------------|
| 1 | 100 | 98 | 11 | 88 | 84 |
| 2 | 96 | 97 | 12 | 92 | 93 |
| 3 | 88 | 88 | 13 | 68 | 57 |
| 4 | 100 | 100 | 14 | 84 | 84 |
| 5 | 100 | 100 | 15 | 84 | 81 |
| 6 | 96 | 78 | 16 | 88 | 83 |
| 7 | 80 | 68 | 17 | 72 | 84 |
| 8 | 68 | 47 | 18 | 88 | 93 |
| 9 | 92 | 90 | 19 | 72 | 57 |
| 10 | 96 | 94 | 20 | 88 | 83 |

**Regression Analysis: y versus x**

```
The regression equation is
y = -26.8 + 1.26 x

Predictor      Coef     SE Coef         T        P
Constant     -26.82       14.76     -1.82    0.086
x            1.2617       0.1685      7.49    0.000

S = 7.61912    R-Sq = 75.7%    R-Sq(adj) = 74.3%

Analysis of Variance
Source            DF        SS       MS       F        P
Regression         1    3254.0   3254.0   56.05    0.000
Residual Error    18    1044.9     58.1
Total             19    4299.0
```

**a.** Construct a scatterplot for the data. Does the assumption of linearity appear to be reasonable?

**b.** What is the equation of the regression line used for predicting final exam score as a function of the posttest score?

**c.** Do the data present sufficient evidence to indicate that final exam score is linearly related to the posttest score? Use $\alpha = .01$.

**d.** Find a 99% confidence interval for the slope of the regression line.

**12.26 Laptops and Learning, continued** Refer to Exercise 12.25.

**a.** Use the *MINITAB* printout to find the value of the coefficient of determination, $r^2$. Show that $r^2 = $ SSR/Total SS.

**b.** What percentage reduction in the total variation is achieved by using the linear regression model?

**12.27 Armspan and Height II** In Exercise 12.15 (data set EX1215), we measured the armspan and height of eight people with the following results:

| Person | 1 | 2 | 3 | 4 |
|--------|---|---|---|---|
| Armspan (inches) | 68 | 62.25 | 65 | 69.5 |
| Height (inches) | 69 | 62 | 65 | 70 |

| Person | 5 | 6 | 7 | 8 |
|--------|---|---|---|---|
| Armspan (inches) | 68 | 69 | 62 | 60.25 |
| Height (inches) | 67 | 67 | 63 | 62 |

**a.** Does the data provide sufficient evidence to indicate that there is a linear relationship between armspan and height? Test at the 5% level of significance.

**b.** Construct a 95% confidence interval for the slope of the line of means, $\beta$.

**c.** If Leonardo da Vinci is correct, and a person's armspan is roughly the same as the person's height, the slope of the regression line is approximately equal to 1. Is this supposition confirmed by the confidence interval constructed in part b? Explain.

# DIAGNOSTIC TOOLS FOR CHECKING THE REGRESSION ASSUMPTIONS

**12.6**

Even though you have determined—using the *t*-test for the slope (or the ANOVA *F*-test) and the value of $r^2$—that $x$ is useful in predicting the value of $y$, the results of a regression analysis are valid only when the data satisfy the necessary regression assumptions.

## REGRESSION ASSUMPTIONS

- The relationship between $y$ and $x$ must be linear, given by the model

$$y = \alpha + \beta x + \epsilon$$

- The values of the random error term $\epsilon$ (1) are independent, (2) have a mean of 0 and a common variance $\sigma^2$, independent of $x$, and (3) are normally distributed.

Since these assumptions are quite similar to those presented in Chapter 11 for an analysis of variance, it should not surprise you to find that the **diagnostic tools** for checking these assumptions are the same as those we used in that chapter. These tools involve the analysis of the **residual error,** the unexplained variation in each observation once the variation explained by the regression model has been removed.

## Dependent Error Terms

The error terms are often dependent when the observations are collected at regular time intervals. When this is the case, the observations make up a **time series** whose error terms are correlated. This in turn causes bias in the estimates of model parameters. Time series data should be analyzed using time series methods. You will find a discussion of time-series analysis in the text *Statistics for Management and Economics,* 7th edition, by Mendenhall, Beaver, and Beaver.

## Residual Plots

The other regression assumptions can be checked using **residual plots,** which are fairly complicated to construct by hand but easy to use once a computer has graphed them for you!

In simple linear regression, you can use the **plot of residuals versus fit** to check for a constant variance as well as to make sure that the linear model is in fact adequate. This plot should be free of any patterns. It should appear as a random scatter of points about 0 on the vertical axis with approximately the same vertical spread for all values of $\hat{y}$. One property of the residuals is that they sum to 0 and therefore have a sample mean of 0. The plot of the residuals versus fit for the calculus grade example is shown in Figure 12.10. There are no apparent patterns in this residual plot, which indicates that the model assumptions appear to be satisfied for these data.

**FIGURE 12.10**

Plot of the residuals versus $\hat{y}$ for Example 12.1



Recall from Chapter 11 that the **normal probability plot** is a graph that plots the residuals against the expected value of that residual if it had come from a normal distribution. When the residuals are normally distributed or approximately so, the plot should appear as a straight line, sloping upward. The normal probability plot for the residuals in Example 12.1 is given in Figure 12.11. With the exception of the fourth and fifth plotted points, the remaining points appear to lie approximately on a straight line. This plot is not unusual and does not indicate underlying nonnormality. The most serious violations of the normality assumption usually appear in the tails of the distribution because this is where the normal distribution differs most from other types of distributions with a similar mean and measure of spread. Hence, curvature in either or both of the two ends of the normal probability plot is indicative of nonnormality.



**MY TIP**

Residuals vs. fits ⇔ random scatter

Normal plot ⇔ straight line, sloping up

**FIGURE 12.11**

Normal probability plot of residuals for Example 12.1



## 12.6 EXERCISES

### BASIC TECHNIQUES

**12.28** What diagnostic plot can you use to determine whether the data satisfy the normality assumption? What should the plot look like for normal residuals?

**12.29** What diagnostic plot can you use to determine whether the incorrect model has been used? What should the plot look like if the correct model has been used?

**12.30** What diagnostic plot can you use to determine whether the assumption of equal variance has been violated? What should the plot look like when the variances are equal for all values of $x$?

**12.31** Refer to the data in Exercise 12.7. The normal probability plot and the residuals versus fitted values plots generated by *MINITAB* are shown here. Does it

appear that any regression assumptions have been violated? Explain.

*MINITAB* output for Exercise 12.31





## APPLICATIONS

**12.32 Air Pollution** Refer to Exercise 12.20, in which an air pollution monitor's response to ozone was recorded for several different concentrations of ozone. Use the *MINITAB* residual plots to comment on the validity of the regression assumptions.

*MINITAB* output for Exercise 12.32



**12.33 Professor Asimov, again** Refer to Exercise 12.8, in which the number of books $x$ written by

Isaac Asimov are related to the number of months $y$ he took to write them. A plot of the data is shown.



**a.** Can you see any pattern other than a linear relationship in the original plot?

**b.** The value of $r^2$ for these data is .959. What does this tell you about the fit of the regression line?

**c.** Look at the accompanying diagnostic plots for these data. Do you see any pattern in the residuals? Does this suggest that the relationship between number of months and number of books written is something other than linear?





**526** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**12.34 Laptops and Learning, again** Refer to the data given in Exercise 12.25. The *MINITAB* printout is reproduced here.

**Regression Analysis: y versus x**

```
The regression equation is
y = -26.8 + 1.26 x

Predictor      Coef     SE Coef       T       P
Constant     -26.82      14.76    -1.82   0.086
x             1.2617     0.1685    7.49   0.000

S = 7.61912    R-Sq = 75.7%    R-Sq(adj) = 74.3%

Analysis of Variance
Source              DF      SS       MS      F       P
Regression           1   3254.0   3254.0  56.05  0.000
Residual Error      18   1044.9     58.1
Total               19   4299.0
```

**a.** What assumptions must be made about the distribution of the random error, $\varepsilon$?

**b.** What is the best estimate of $\sigma^2$, the variance of the random error, $\varepsilon$?

**c.** Use the diagnostic plots for these data to comment on the validity of the regression assumptions.





**MY DATA** **12.35 HDTVs** In Exercise 3.19, *Consumer Reports* gave the prices for the top 10 LCD high definition TVs (HDTVs) in the 30- to 40-inch category: Does the price of an LCD TV depend on the size of the screen? The table below shows the ten costs again, along with the screen size in inches.[7]

EX1235

| Brand | Price | Size |
|---|---|---|
| JVC LT-40FH96 | $2900 | 40 |
| Sony Bravia KDL-V32XBR1 | 1800 | 32 |
| Sony Bravia KDL-V40XBR1 | 2600 | 40 |
| Toshiba 37HLX95 | 3000 | 37 |
| Sharp Aquos LC-32DA5U | 1300 | 32 |
| Sony Bravia KLV-S32A10 | 1500 | 32 |
| Panasonic Viera TC-32LX50 | 1350 | 32 |
| JVC LT-37X776 | 2000 | 37 |
| LG 37LP1D | 2200 | 37 |
| Samsung LN-R328W | 1200 | 32 |

Does the price of an HDTV depend on the size of the screen? Suppose we assume that the relationship between $x$ and $y$ is linear, and perform a linear regression, resulting in a value of $r^2 = .787$.

**a.** What does the value of $r^2$ tell you about the strength of the relationship between price and screen size?

**b.** The residual plot for this data, generated by *MINITAB*, is shown below. Does this plot reveal any outliers in the data set? If so, which point is the outlier?



**c.** Plot the values of $x$ and $y$ using a scatterplot. Does this plot confirm your suspicions in part b? Which HDTV does the outlier represent? Is this a faulty measurement that should be removed from the data set? Explain.



# ESTIMATION AND PREDICTION USING THE FITTED LINE

**12.7**

Now that you have

- tested the fitted regression line, $\hat{y} = a + bx$, to make sure that it is useful for prediction and
- used the diagnostic tools to make sure that none of the regression assumptions have been violated

you are ready to use the line for one of its two purposes:

- Estimating the average value of $y$ for a given value of $x$
- Predicting a particular value of $y$ for a given value of $x$

The sample of $n$ pairs of observations have been chosen from a population in which the *average* value of $y$ is related to the value of the predictor variable $x$ by the **line of means,**

$$E(y) = \alpha + \beta x$$

an unknown line, shown as a broken line in Figure 12.12. Remember that for a fixed value of $x$—say, $x_0$—the *particular* values of $y$ deviate from the line of means. These values of $y$ are assumed to have a normal distribution with mean equal to $\alpha + \beta x_0$ and variance $\sigma^2$, as shown in Figure 12.12.

**FIGURE 12.12**

Distribution of $y$ for $x = x_0$



Since the computed values of $a$ and $b$ vary from sample to sample, each new sample produces a different regression line $\hat{y} = a + bx$, which can be used either to estimate the line of means or to predict a particular value of $y$. Figure 12.13 shows one of the possible configurations of the fitted line (blue), the unknown line of means (gray), and a particular value of $y$ (the blue dot).

**528** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**FIGURE 12.13**

Error in estimating $E(y)$ and in predicting $y$



How far will our estimator $\hat{y} = a + bx_0$ be from the quantity to be estimated or predicted? This depends, as always, on the variability in our estimator, measured by its **standard error.** It can be shown that

$$\hat{y} = a + bx_0$$

the estimated value of $y$ when $x = x_0$, is an unbiased estimator of the line of means, $\alpha + \beta x_0$, and that $\hat{y}$ is normally distributed with the standard error of $\hat{y}$ estimated by

$$SE(\hat{y}) = \sqrt{MSE\left(\frac{1}{n} + \frac{(x_0 - \bar{x})^2}{S_{xx}}\right)}$$

Estimation and testing are based on the statistic

$$t = \frac{\hat{y} - E(y)}{SE(\hat{y})}$$

which has a $t$ distribution with $(n - 2)$ degrees of freedom.

To form a $(1 - \alpha)100\%$ confidence interval for the average value of $y$ when $x = x_0$, measured by the line of means, $\alpha + \beta x_0$, you can use the usual form for a confidence interval based on the $t$ distribution:

$$\hat{y} \pm t_{\alpha/2}SE(\hat{y})$$

 **TIP**

For a given value of $x$, the prediction interval is always wider than the confidence interval.

If you choose to predict a *particular* value of $y$ when $x = x_0$, however, there is some additional error in the prediction because of the deviation of $y$ from the line of means. If you examine Figure 12.13, you can see that the error in prediction has two components:

- The error in using the fitted line to estimate the line of means

- The error caused by the deviation of $y$ from the line of means, measured by $\sigma^2$

The variance of the difference between $y$ and $\hat{y}$ is the sum of these two variances and forms the basis for the standard error of $(y - \hat{y})$ used for prediction:

$$SE(y - \hat{y}) = \sqrt{MSE\left[1 + \frac{1}{n} + \frac{(x_0 - \bar{x})^2}{S_{xx}}\right]}$$

and the $(1 - \alpha)100\%$ prediction interval is formed as

$$\hat{y} \pm t_{\alpha/2}SE(y - \hat{y})$$

## (1 − α)100% CONFIDENCE AND PREDICTION INTERVALS

- For estimating the average value of $y$ when $x = x_0$:

$$\hat{y} \pm t_{\alpha/2} \sqrt{\text{MSE}\left[\frac{1}{n} + \frac{(x_0 - \bar{x})^2}{S_{xx}}\right]}$$

- For predicting a particular value of $y$ when $x = x_0$:

$$\hat{y} \pm t_{\alpha/2} \sqrt{\text{MSE}\left[1 + \frac{1}{n} + \frac{(x_0 - \bar{x})^2}{S_{xx}}\right]}$$

where $t_{\alpha/2}$ is the value of $t$ with $(n - 2)$ degrees of freedom and area $\alpha/2$ to its right.

**EXAMPLE 12.4**  Use the information in Example 12.1 to estimate the average calculus grade for students whose achievement score is 50, with a 95% confidence interval.

**Solution**   The point estimate of $E(y|x_0 = 50)$, the average calculus grade for students whose achievement score is 50, is

$$\hat{y} = 40.78424 + .76556(50) = 79.06$$

The standard error of $\hat{y}$ is

$$\sqrt{\text{MSE}\left[\frac{1}{n} + \frac{(x_0 - \bar{x})^2}{S_{xx}}\right]} = \sqrt{75.7532\left[\frac{1}{10} + \frac{(50 - 46)^2}{2474}\right]} = 2.840$$

and the 95% confidence interval is

$$79.06 \pm 2.306(2.840)$$

$$79.06 \pm 6.55$$

Our results indicate that the average calculus grade for students who score 50 on the achievement test will lie between 72.51 and 85.61.

**EXAMPLE 12.5**  A student took the achievement test and scored 50 but has not yet taken the calculus test. Using the information in Example 12.1, predict the calculus grade for this student with a 95% prediction interval.

**Solution**   The predicted value of $y$ is $\hat{y} = 79.06$, as in Example 12.4. However, the error in prediction is measured by $\text{SE}(y - \hat{y})$, and the 95% prediction interval is

$$79.06 \pm 2.306 \sqrt{75.7532\left[1 + \frac{1}{10} + \frac{(50 - 46)^2}{2474}\right]}$$

$$79.06 \pm 2.306(9.155)$$

$$79.06 \pm 21.11$$

or from 57.95 to 100.17. The prediction interval is *wider* than the confidence interval in Example 12.4 because of the extra variability in predicting the actual value of the response $y$.

**530**  ○  CHAPTER 12 LINEAR REGRESSION AND CORRELATION

One particular point on the line of means is often of interest to experimenters, the **y-intercept $\alpha$**—the average value of $y$ when $x_0 = 0$.

**EXAMPLE   12.6**

Prior to fitting a line to the calculus grade-achievement score data, you may have thought that a score of 0 on the achievement test would predict a grade of 0 on the calculus test. This implies that we should fit a model with $\alpha$ equal to 0. Do the data support the hypothesis of a 0 intercept?

**Solution**   You can answer this question by constructing a 95% confidence interval for the y-intercept $\alpha$, which is the average value of $y$ when $x = 0$. The estimate of $\alpha$ is

$$\hat{y} = 40.784 + .76556(0) = 40.784 = a$$

and the 95% confidence interval is

$$\hat{y} \pm t_{\alpha/2}\sqrt{MSE\left[\frac{1}{n} + \frac{(x_0 - \bar{x})^2}{S_{xx}}\right]}$$

$$40.784 \pm 2.306\sqrt{75.7532\left[\frac{1}{10} + \frac{(0 - 46)^2}{2474}\right]}$$

$$40.784 \pm 19.617$$

or from 21.167 to 60.401, an interval that does not contain the value $\alpha = 0$. Hence, it is unlikely that the y-intercept is 0. You should include a nonzero intercept in the model $y = \alpha + \beta x + \epsilon$.

For this special situation in which you are interested in testing or estimating the y-intercept $\alpha$ for the line of means, the inferences involve the sample estimate $a$. The test for a 0 intercept is given in Figure 12.14 in the shaded line labeled "Constant." The coefficient given as 40.784 is $a$, with standard error given in the column labeled "SE Coef" as 8.507, which agrees with the value calculated in Example 12.6. The value of $t = 4.79$ is found by dividing $a$ by its standard error with p-value $= .001$.

**FIGURE 12.14**

Portion of the *MINITAB* output for Example 12.6

| Predictor | Coef | SE Coef | T | P |
|---|---|---|---|---|
| Constant | 40.784 | 8.507 | 4.79 | 0.001 |
| x | 0.7656 | 0.1750 | 4.38 | 0.002 |

You can see that it is quite time-consuming to calculate these estimation and prediction intervals by hand. Moreover, it is difficult to maintain accuracy in your calculations. Fortunately, computer programs can perform these calculations for you. The *MINITAB* regression command provides an option for either estimation or prediction when you specify the necessary value(s) of $x$. The printout in Figure 12.15 gives the values of $\hat{y} = 79.06$ labeled "Fit," the standard error of $\hat{y}$, SE($\hat{y}$), labeled "SE Fit," the *confidence interval* for the average value of $y$ when $x = 50$, labeled "95.0% CI," and the prediction interval for $y$ when $x = 50$, labeled "95.0% PI."

**FIGURE 12.15**

*MINITAB* option for estimation and prediction

```
Predicted Values for New Observations
New Obs     Fit     SE Fit        95% CI             95% PI
1          79.06     2.84     (72.51,  85.61)    (57.95,  100.17)

Values of Predictors for New Observations
New Obs         x
1            50.0
```

The confidence bands and prediction bands generated by *MINITAB* for the calculus grades data are shown in Figure 12.16. Notice that in general the confidence bands are narrower than the prediction bands for every value of the achievement test score $x$. Certainly you would expect predictions for an individual value to be much more variable than estimates of the average value. Also notice that the bands seem to get wider as the value of $x_0$ gets farther from the mean $\bar{x}$. This is because the standard errors used in the confidence and prediction intervals contain the term $(x_0 - \bar{x})^2$, which gets larger as the two values diverge. In practice, this means that estimation and prediction are more accurate when $x_0$ is near the center of the range of the $x$-values. You can locate the calculated confidence and prediction intervals when $x = 50$ in Figure 12.16.

**FIGURE 12.16**

Confidence and prediction intervals for the data in Table 12.1



## EXERCISES 12.7

### BASIC TECHNIQUES

**12.36** Refer to Exercise 12.6.

**a.** Estimate the average value of $y$ when $x = 1$, using a 90% confidence interval.

**b.** Find a 90% prediction interval for some value of $y$ to be observed in the future when $x = 1$.

**12.37** Refer to Exercise 12.7. Portions of the *MINITAB* printout are shown here.

*MINITAB* output for Exercise 12.37

**Regression Analysis: y versus x**

```
The regression equation is
y = 6.00 - 0.557 x

Predictor      Coef     SE Coef        T        P
Constant     6.0000      0.1759    34.10    0.000
x           -0.55714     0.04518   -12.33    0.000

Predicted Values for New Observations
New Obs    Fit    SE Fit        95.0% CI              95.0% PI
1       4.8857    0.1027   (4.6006,  5.1708)   (4.2886,  5.4829)
2       1.5429    0.2174   (0.9392,  2.1466)   (0.7430,  2.3427) X
X  denotes a point that is an outlier in the predictors.

Values of Predictors for New Observations
New Obs         x
1            2.00
2            8.00
```

**a.** Find a 95% confidence interval for the average value of $y$ when $x = 2$.

**b.** Find a 95% prediction interval for some value of $y$ to be observed in the future when $x = 2$.

**c.** The last line in the third section of the printout indicates a problem with one of the fitted values. What value of $x$ corresponds to the fitted value $\hat{y} = 1.5429$? What problem has the *MINITAB* program detected?

### APPLICATIONS

**MY DATA** **12.38 What to Buy?** A marketing research
EX1238    experiment was conducted to study the relationship between the length of time necessary for a buyer to reach a decision and the number of alternative package designs of a product presented. Brand names were eliminated from the packages to reduce the effects of brand preferences. The buyers made their selections using the manufacturer's product descriptions on the packages as the only buying guide. The length of time necessary to reach a decision was

**532** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

recorded for 15 participants in the marketing research study.

| Length of Decision Time, y (sec) | 5, 8, 8, 7, 9 | 7, 9, 8, 9, 10 | 10, 11, 10, 12, 9 |
|---|---|---|---|
| Number of Alternatives, x | 2 | 3 | 4 |

a. Find the least-squares line appropriate for these data.

b. Plot the points and graph the line as a check on your calculations.

c. Calculate $s^2$.

d. Do the data present sufficient evidence to indicate that the length of decision time is linearly related to the number of alternative package designs? (Test at the $\alpha = .05$ level of significance.)

e. Find the approximate p-value for the test and interpret its value.

f. If they are available, examine the diagnostic plots to check the validity of the regression assumptions.

g. Estimate the average length of time necessary to reach a decision when three alternatives are presented, using a 95% confidence interval.

**MY DATA** **12.39 Housing Prices** If you try to rent an apartment or buy a house, you find that real estate representatives establish apartment rents and house prices on the basis of square footage of heated floor space. The data in the table give the square footages and sales prices of $n = 12$ houses randomly selected from those sold in a small city. Use the *MINITAB* printout to answer the questions.

| Square Feet, x | Price, y | Square Feet, x | Price, y |
|---|---|---|---|
| 1460 | $288,700 | 1977 | $305,400 |
| 2108 | 309,300 | 1610 | 297,000 |
| 1743 | 301,400 | 1530 | 292,400 |
| 1499 | 291,100 | 1759 | 298,200 |
| 1864 | 302,400 | 1821 | 304,300 |
| 2391 | 314,900 | 2216 | 311,700 |

Plot of data for Exercise 12.39



*MINITAB* output for Exercise 12.39

**Regression Analysis: y versus x**

```
The regression equation is
y = 251206 + 27.4 x

Predictor      Coef     SE Coef        T        P
Constant     251206        3389    74.13    0.000
x            27.406        1.828    14.99    0.000

S = 1792.72    R-Sq = 95.7%    R-Sq(adj) = 95.3%

Predicted Values for New Observations
New Obs    Fit    SE Fit      95.0% CI           95.0% PI
1       299989       526  (298817, 301161)  (295826, 304151)
2       306018       602  (304676, 307360)  (301804, 310232)

Values of Predictors for New Observations
New Obs         x
1            1780
2            2000
```

a. Can you see any pattern other than a linear relationship in the original plot?

b. The value of $r^2$ for these data is .957. What does this tell you about the fit of the regression line?

c. Look at the accompanying diagnostic plots for these data. Do you see any pattern in the residuals? Does this suggest that the relationship between price and square feet is something other than linear?

*MINITAB* output for Exercise 12.39





**12.40 Housing Prices II**  Refer to Exercise 12.39 and data set EX1239.

a. Estimate the average increase in the price for an increase of 1 square foot for houses sold in the city. Use a 99% confidence interval. Interpret your estimate.

b. A real estate salesperson needs to estimate the average sales price of houses with a total of 2000 square feet of heated space. Use a 95% confidence interval and interpret your estimate.

c. Calculate the price per square foot for each house and then calculate the sample mean. Why is this estimate of the average cost per square foot not equal to the answer in part a? Should it be? Explain.

d. Suppose that a house with 1780 square feet of heated floor space is offered for sale. Construct a 95% prediction interval for the price at which the house will sell.

**12.41 Strawberries III**  The following data (Exercises 12.16 and 12.24) were obtained in an experiment relating the dependent variable, $y$ (texture of strawberries), with $x$ (coded storage temperature).

| $x$ | −2 | −2 | 0 | 2 | 2 |
|-----|-----|-----|-----|-----|-----|
| $y$ | 4.0 | 3.5 | 2.0 | 0.5 | 0.0 |

a. Estimate the expected strawberry texture for a coded storage temperature of $x = -1$. Use a 99% confidence interval.

b. Predict the particular value of $y$ when $x = 1$ with a 99% prediction interval.

c. At what value of $x$ will the width of the prediction interval for a particular value of $y$ be a minimum, assuming $n$ remains fixed?

**MY DATA**  **12.42 Tom Brady**  The number of passes completed and the total number of passing yards for Tom Brady, quarterback for the New England Patriots, were recorded for the 16 regular games in the 2006 football season.[8] Week 6 was a bye and no data was reported.

EX1242

| Week | Completions | Total Yards |
|------|-------------|-------------|
| 1 | 11 | 163 |
| 2 | 15 | 220 |
| 3 | 31 | 320 |
| 4 | 15 | 188 |
| 5 | 16 | 140 |
| 6 | * | * |
| 7 | 18 | 195 |
| 8 | 29 | 372 |
| 9 | 20 | 201 |
| 10 | 24 | 253 |
| 11 | 20 | 244 |
| 12 | 22 | 267 |
| 13 | 27 | 305 |
| 14 | 12 | 78 |
| 15 | 16 | 109 |
| 16 | 28 | 249 |
| 17 | 15 | 225 |

a. What is the least-squares line relating the total passing yards to the number of pass completions for Tom Brady?

b. What proportion of the total variation is explained by the regression of total passing yards ($y$) on the number of pass completions ($x$)?

c. If they are available, examine the diagnostic plots to check the validity of the regression assumptions.

**12.43 Tom Brady, continued**  Refer to Exercise 12.42.

a. Estimate the average number of passing yards for games in which Brady throws 20 completed passes using a 95% confidence interval.

b. Predict the actual number of passing yards for games in which Brady throws 20 completed passes using a 95% confidence interval.

c. Would it be advisable to use the least-squares line from Exercise 12.42 to predict Brady's total number of passing yards for a game in which he threw only 5 completed passes? Explain.

## CORRELATION ANALYSIS

**12.8**

In Chapter 3, we introduced the *correlation coefficient* as a measure of the strength of the linear relationship between two variables. The correlation coefficient, $r$—formally called the **Pearson product moment sample coefficient of correlation**—is defined next.

**534** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

## PEARSON PRODUCT MOMENT COEFFICIENT OF CORRELATION

$$r = \frac{S_{xy}}{s_x s_y} = \frac{S_{xy}}{\sqrt{S_{xx} S_{yy}}} \qquad \text{for } -1 \le r \le 1$$

The variances and covariance can be found by direct calculation, by using a calculator with a two-variable statistics capacity, or by using a statistical package such as *MINITAB.* The variances and covariance are calculated as


**MY TIP**

*r* is always between
−1 and +1.

$$s_{xy} = \frac{S_{xy}}{n-1} \qquad s_x^2 = \frac{S_{xx}}{n-1} \qquad s_y^2 = \frac{S_{yy}}{n-1}$$

and use $S_{xy}$, $S_{xx}$, and $S_{yy}$, the same quantities used in regression analysis earlier in this chapter. In general, when a sample of $n$ individuals or experimental units is selected and two variables are measured on each individual or unit so that *both variables are random,* the correlation coefficient $r$ is the appropriate measure of linearity for use in this situation.

**EXAMPLE**  **12.7**

The heights and weights of $n = 10$ offensive backfield football players are randomly selected from a county's football all-stars. Calculate the correlation coefficient for the heights (in inches) and weights (in pounds) given in Table 12.4.

**TABLE 12.4** ● **Heights and Weights of $n = 10$ Backfield All-Stars**

| Player | Height, x | Weight, y |
|--------|-----------|-----------|
| 1 | 73 | 185 |
| 2 | 71 | 175 |
| 3 | 75 | 200 |
| 4 | 72 | 210 |
| 5 | 72 | 190 |
| 6 | 75 | 195 |
| 7 | 67 | 150 |
| 8 | 69 | 170 |
| 9 | 71 | 180 |
| 10 | 69 | 175 |

**Solution** You should use the appropriate data entry method of your scientific calculator to verify the calculations for the sums of squares and cross-products,

$$S_{xy} = 328 \qquad S_{xx} = 60.4 \qquad S_{yy} = 2610$$

using the calculational formulas given earlier in this chapter. Then

$$r = \frac{328}{\sqrt{(60.4)(2610)}} = .8261$$

or $r = .83$. This value of $r$ is fairly close to 1, the largest possible value of $r$, which indicates a fairly strong positive linear relationship between height and weight.

There is a direct relationship between the calculational formulas for the correlation coefficient $r$ and the slope of the regression line $b$. Since the numerator of both quantities is $S_{xy}$, both $r$ and $b$ have the same sign. Therefore, the correlation coefficient has these general properties:


**MY TIP**

The sign of *r* is always
the **same** as the sign of
the slope *b.*

- When $r = 0$, the slope is $b = 0$, and there is no linear relationship between $x$ and $y$.

- When $r$ is positive, so is $b$, and there is a positive linear relationship between $x$ and $y$.

- When $r$ is negative, so is $b$, and there is a negative linear relationship between $x$ and $y$.

In Section 12.5, we showed that

$$r^2 = \frac{SSR}{Total\ SS} = \frac{Total\ SS - SSE}{Total\ SS}$$

In this form, you can see that $r^2$ can never be greater than 1, so that $-1 \le r \le 1$. Moreover, you can see the relationship between the random variation (measured by SSE) and $r^2$.

- If there is no random variation and all the points fall on the regression line, then $SSE = 0$ and $r^2 = 1$.
- If the points are randomly scattered and there is no variation explained by regression, then $SSR = 0$ and $r^2 = 0$.

## MY APPLET

You can use the **Exploring Correlation** shown in Figure 12.17 applet to visualize the connection between the value of $r$ and the pattern of points shown in the scatterplot. Use your mouse to move the slider at the bottom of the scatterplot. You will see the value of $r$ change as the pattern of the points changes. Try to reproduce the patterns described above for $r^2 = 1$ and $r^2 = 0$.

**FIGURE 12.17**

Exploring Correlation applet



Figure 12.18 shows four typical scatterplots and their associated correlation coefficients. Notice that in scatterplot (d) there appears to be a curvilinear relationship between $x$ and $y$, but $r$ is approximately 0, which reinforces the fact that $r$ is a measure of a *linear* (not *curvilinear*) relationship between two variables.

**536** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**FIGURE 12.18**

Some typical scatterplots with approximate values of $r$



(a)

Strong positive linear
correlation; $r$ is near 1

(b)

Strong negative linear
correlation; $r$ is near $-1$

(c)

No apparent linear
correlation; $r$ is near 0

(d)

Curvilinear, but not linear,
correlation; $r$ is near 0

Consider a population generated by measuring two random variables on each experimental unit. In this *bivariate* population, the **population correlation coefficient** $\rho$ (Greek lowercase rho) is calculated and interpreted as it is in the sample. In this situation, the experimenter can test the hypothesis that there is no correlation between the variables $x$ and $y$ using a test statistic that is *exactly equivalent* to the test of the slope $\beta$ in Section 12.5. The test procedure is shown next.

---

### TEST OF HYPOTHESIS CONCERNING THE CORRELATION COEFFICIENT $\rho$

1. Null hypothesis: $H_0 : \rho = 0$
2. Alternative hypothesis:

| **One-Tailed Test** | **Two-Tailed Test** |
|---|---|
| $H_a : \rho > 0$ | $H_a : \rho \neq 0$ |
| (or $\rho < 0$) | |



**MY TIP**

You can prove that

$$t = r\sqrt{\frac{n-2}{1-r^2}}$$

$$= \frac{b-0}{\sqrt{MSE/S_{xx}}}.$$

3. Test statistic: $t = r\sqrt{\dfrac{n-2}{1-r^2}}$

   When the assumptions given in Section 12.2 are satisfied, the test statistic will have a Student's $t$ distribution with $(n-2)$ degrees of freedom.

4. Rejection region: Reject $H_0$ when

| **One-Tailed Test** | **Two-Tailed Test** |
|---|---|
| $t > t_\alpha$ | $t > t_{\alpha/2}$   or   $t < -t_{\alpha/2}$ |
| (or $t < -t_\alpha$ when the alternative hypothesis is $H_a : \rho < 0$) | |

or when $p$-value $< \alpha$

The values of $t_\alpha$ and $t_{\alpha/2}$ can be found using Table 4 in Appendix I or the **t-Probabilities** applet. Use the values of $t$ corresponding to $(n - 2)$ degrees of freedom.



**EXAMPLE 12.8**

Refer to the height and weight data in Example 12.7. The correlation of height and weight was calculated to be $r = .8261$. Is this correlation significantly different from 0?

**Solution** To test the hypotheses

$$H_0 : \rho = 0 \quad \text{versus} \quad H_a : \rho \neq 0$$

the value of the test statistic is

$$t = r\sqrt{\frac{n - 2}{1 - r^2}} = .8261\sqrt{\frac{10 - 2}{1 - (.8261)^2}} = 4.15$$

which for $n = 10$ has a $t$ distribution with 8 degrees of freedom. Since this value is greater than $t_{.005} = 3.355$, the two-tailed $p$-value is less than $2(.005) = .01$, and the correlation is declared significant at the 1% level ($P < .01$). The value $r^2 = .8261^2 = .6824$ means that about 68% of the variation in one of the variables is explained by the other. The *MINITAB* printout in Figure 12.19 displays the correlation $r$ and the exact $p$-value for testing its significance.

> **MY TIP**
>
> The $t$-value and $p$-value for testing $H_0 : \rho = 0$ will be identical to the $t$- and $p$-value for testing $H_0 : \beta = 0$.

**FIGURE 12.19**

*MINITAB* output for Example 12.8

**Correlations: x, y**

```
Pearson correlation of x and y = 0.826
P-Value = 0.003
```

If the linear coefficients of correlation between $y$ and each of two variables $x_1$ and $x_2$ are calculated to be .4 and .5, respectively, it does not follow that a predictor using both variables will account for $[(.4)^2 + (.5)^2] = .41$, or a 41% reduction in the sum of squares of deviations. Actually, $x_1$ and $x_2$ might be highly correlated and therefore contribute virtually the same information for the prediction of $y$.

Finally, remember that $r$ is a measure of **linear correlation** and that $x$ and $y$ could be perfectly related by some **curvilinear** function when the observed value of $r$ is equal to 0. The problem of estimating or predicting $y$ using information given by several independent variables, $x_1, x_2, \ldots, x_k$, is the subject of Chapter 13.

 **12.8 EXERCISES**

### BASIC TECHNIQUES

**12.44** How does the coefficient of correlation measure the strength of the linear relationship between two variables $y$ and $x$?

**12.45** Describe the significance of the algebraic sign and the magnitude of $r$.

**12.46** What value does $r$ assume if all the data points fall on the same straight line in these cases?

**a.** The line has positive slope.

**b.** The line has negative slope.

**12.47** You are given these data:

| $x$ | −2 | −1 | 0 | 1 | 2 |
|---|---|---|---|---|---|
| $y$ | 2 | 2 | 3 | 4 | 4 |

**a.** Plot the data points. Based on your graph, what will be the sign of the sample correlation coefficient?

**b.** Calculate $r$ and $r^2$ and interpret their values.

**538** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**12.48** You are given these data:

| $x$ | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| $y$ | 7 | 5 | 5 | 3 | 2 | 0 |

a. Plot the six points on graph paper.

b. Calculate the sample coefficient of correlation $r$ and interpret.

c. By what percentage was the sum of squares of deviations reduced by using the least-squares predictor $\hat{y} = a + bx$ rather than $\bar{y}$ as a predictor of $y$?

**12.49** Reverse the slope of the line in Exercise 12.48 by reordering the $y$ observations, as follows:

| $x$ | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| $y$ | 0 | 2 | 3 | 5 | 5 | 7 |

Repeat the steps of Exercise 12.48. Notice the change in the sign of $r$ and the relationship between the values of $r^2$ of Exercise 12.48 and this exercise.

## APPLICATIONS

**MY DATA**  **12.50 Lobster**  The table gives the numbers
EX1250    of *Octolasmis tridens* and *O. lowei* barnacles on each of 10 lobsters.[9] Does it appear that the barnacles compete for space on the surface of a lobster?

| Lobster Field Number | O. tridens | O. lowei |
|---|---|---|
| A061 | 645 | 6 |
| A062 | 320 | 23 |
| A066 | 401 | 40 |
| A070 | 364 | 9 |
| A067 | 327 | 24 |
| A069 | 73 | 5 |
| A064 | 20 | 86 |
| A068 | 221 | 0 |
| A065 | 3 | 109 |
| A063 | 5 | 350 |

a. If they do compete, do you expect the number $x$ of *O. tridens* and the number $y$ of *O. lowei* barnacles to be positively or negatively correlated? Explain.

b. If you want to test the theory that the two types of barnacles compete for space by conducting a test of the null hypothesis "the population correlation coefficient $\rho$ equals 0," what is your alternative hypothesis?

c. Conduct the test in part b and state your conclusions.

**MY DATA**  **12.51 Social Skills Training**  A social skills
EX1251    training program was implemented with seven mildly challenged students in a study to determine whether the program caused improvement in pre/post measures and behavior ratings. For one such test, the pre- and posttest scores for the seven students are given in the table.[10]

| Subject | Pretest | Posttest |
|---|---|---|
| Earl | 101 | 113 |
| Ned | 89 | 89 |
| Jasper | 112 | 121 |
| Charlie | 105 | 99 |
| Tom | 90 | 104 |
| Susie | 91 | 94 |
| Lori | 89 | 99 |

a. What type of correlation, if any, do you expect to see between the pre- and posttest scores? Plot the data. Does the correlation appear to be positive or negative?

b. Calculate the correlation coefficient, $r$. Is there a significant positive correlation?

**12.52 Hockey**  G. W. Marino investigated the variables related to a hockey player's ability to make a fast start from a stopped position.[11] In the experiment, each skater started from a stopped position and attempted to move as rapidly as possible over a 6-meter distance. The correlation coefficient $r$ between a skater's stride rate (number of strides per second) and the length of time to cover the 6-meter distance for the sample of 69 skaters was $-.37$.

a. Do the data provide sufficient evidence to indicate a correlation between stride rate and time to cover the distance? Test using $\alpha = .05$.

b. Find the approximate $p$-value for the test.

c. What are the practical implications of the test in part a?

**12.53 Hockey II**  Refer to Exercise 12.52. Marino calculated the sample correlation coefficient $r$ for the stride rate and the average acceleration rate for the 69 skaters to be .36. Do the data provide sufficient evidence to indicate a correlation between stride rate and average acceleration for the skaters? Use the $p$-value approach.

**MY DATA**  **12.54 Geothermal Power**  Geothermal
EX1254    power is an important source of energy. Since the amount of energy contained in 1 pound of water is a function of its temperature, you might wonder whether water obtained from deeper wells contains more energy per pound. The data in the table are reproduced from an article on geothermal systems by A.J. Ellis.[12]

| Location of Well | Average (max.) Drill Hole Depth (m) | Average (max.) Temperature (°C) |
|---|---|---|
| El Tateo, Chile | 650 | 230 |
| Ahuachapan, El Salvador | 1000 | 230 |
| Namafjall, Iceland | 1000 | 250 |
| Larderello (region), Italy | 600 | 200 |
| Matsukawa, Japan | 1000 | 220 |
| Cerro Prieto, Mexico | 800 | 300 |
| Wairakei, New Zealand | 800 | 230 |
| Kizildere, Turkey | 700 | 190 |
| The Geysers, United States | 1500 | 250 |

Is there a significant positive correlation between average maximum drill hole depth and average maximum temperature?

**12.55 Cheese, Please!**  The demand for healthy foods that are low in fat and calories has resulted in a large number of "low-fat" or "fat-free" products. The table shows the number of calories and the amount of sodium (in milligrams) per slice for five different brands of fat-free American cheese.

| Brand | Sodium (mg) | Calories |
|---|---|---|
| Kraft Fat Free Singles | 300 | 30 |
| Ralphs Fat Free Singles | 300 | 30 |
| Borden® Fat Free | 320 | 30 |
| Healthy Choice® Fat Free | 290 | 30 |
| Smart Beat® American | 180 | 25 |

**a.** Should you use the methods of linear regression analysis or correlation analysis to analyze the data? Explain.

**b.** Analyze the data to determine the nature of the relationship between sodium and calories in fat-free American cheese. Use any statistical tests that are appropriate.

**MY DATA  12.56  Body Temperature and Heart Rate**
EX1256    Is there any relationship between these two variables? To find out, we randomly selected 12 people from a data set constructed by Allen Shoemaker (*Journal of Statistics Education*) and recorded their body temperature and heart rate.[13]

| Person | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Temperature (degrees) | 96.3 | 97.4 | 98.9 | 99.0 | 99.0 | 96.8 |
| Heart Rate (beats per minute) | 70 | 68 | 80 | 75 | 79 | 75 |

| Person | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|
| Temperature (degrees) | 98.4 | 98.4 | 98.8 | 98.8 | 99.2 | 99.3 |
| Heart Rate (beats per minute) | 74 | 84 | 73 | 84 | 66 | 68 |

**a.** Find the correlation coefficient $r$, relating body temperature to heart rate.

**b.** Is there sufficient evidence to indicate that there is a correlation between these two variables? Test at the 5% level of significance.

**MY DATA  12.57  Baseball Stats**  Does a team's batting
EX1257    average depend in any way on the number of home runs hit by the team? The data in the table show the number of team home runs and the overall team batting average for eight selected major league teams for the 2006 season.[14]

| Team | Total Home Runs | Team Batting Average |
|---|---|---|
| Atlanta Braves | 222 | .270 |
| Baltimore Orioles | 164 | .227 |
| Boston Red Sox | 192 | .269 |
| Chicago White Sox | 236 | .280 |
| Houston Astros | 174 | .255 |
| Philadelphia Phillies | 216 | .267 |
| New York Giants | 163 | .259 |
| Seattle Mariners | 172 | .272 |

*Source:* ESPN.com

**a.** Plot the points using a scatterplot. Does it appear that there is any relationship between total home runs and team batting average?

**b.** Is there a significant positive correlation between total home runs and team batting average? Test at the 5% level of significance.

**c.** Do you think that the relationship between these two variables would be different if we had looked at the entire set of major league franchises?

## CHAPTER REVIEW

### Key Concepts and Formulas

**I.   A Linear Probabilistic Model**

1. When the data exhibit a linear relationship, the appropriate model is $y = \alpha + \beta x + \epsilon$.

2. The random error $\epsilon$ has a normal distribution with mean 0 and variance $\sigma^2$.

**II.   Method of Least Squares**

1. Estimates $a$ and $b$, for $a$ and $b$, are chosen to minimize SSE, the sum of squared deviations about the regression line, $\hat{y} = a + bx$.

2. The least-squares estimates are $b = S_{xy}/S_{xx}$ and $a = \bar{y} - b\bar{x}$.

**III. Analysis of Variance**

1. Total SS $=$ SSR $+$ SSE, where Total SS $= S_{yy}$ and SSR $= (S_{xy})^2/S_{xx}$.

2. The best estimate of $\sigma^2$ is MSE $=$ SSE/$(n - 2)$.

**IV. Testing, Estimation, and Prediction**

1. A test for the significance of the linear regression—$H_0 : \beta = 0$—can be implemented using one of two test statistics:

$$t = \frac{b}{\sqrt{\text{MSE}/S_{xx}}} \quad \text{or} \quad F = \frac{\text{MSR}}{\text{MSE}}$$

2. The strength of the relationship between $x$ and $y$ can be measured using

$$r^2 = \frac{\text{SSR}}{\text{Total SS}}$$

which gets closer to 1 as the relationship gets stronger.

3. Use residual plots to check for nonnormality, inequality of variances, or an incorrectly fit model.

4. Confidence intervals can be constructed to estimate the intercept $\alpha$ and slope $\beta$ of the regression line and to estimate the average value of $y$, $E(y)$, for a given value of $x$.

5. Prediction intervals can be constructed to predict a particular observation, $y$, for a given value of $x$. For a given $x$, prediction intervals are always wider than confidence intervals.

**V.   Correlation Analysis**

1. Use the correlation coefficient to measure the relationship between $x$ and $y$ when both variables are random:

$$r = \frac{S_{xy}}{\sqrt{S_{xx}S_{yy}}}$$

2. The sign of $r$ indicates the direction of the relationship; $r$ near 0 indicates no linear relationship, and $r$ near 1 or $-1$ indicates a strong linear relationship.

3. A test of the significance of the correlation coefficient uses the statistic

$$t = r\sqrt{\frac{n - 2}{1 - r^2}}$$

and is identical to the test of the slope $\beta$.

 **MINITAB**

## Linear Regression Procedures

In Chapter 3, we used some of the linear regression procedures available in *MINITAB* to obtain a graph of the best-fitting least-squares regression line and to calculate the correlation coefficient $r$ for a bivariate data set. Now that you have studied the testing and estimation techniques for a simple linear regression analysis, more *MINITAB* options are available to you.

Consider the relationship between $x =$ mathematics achievement test score and $y =$ final calculus grade, which was used as an example throughout this chapter. Enter the data into the first two columns of a *MINITAB* worksheet. If you use **Graph →  Scatterplot → Simple,** you can generate the scatterplot for the data, as shown in Figure 12.2. However, the main inferential tools for linear regression analysis are generated using **Stat → Regression → Regression.** (You will use this same sequence of commands in Chapter 13 when you study *multiple regression analysis.*) The Dialog box for the Regression command is shown in Figure 12.20.

Select **y** for the "Response" variable and **x** for the "Predictor" variable. You may now choose to generate some residual plots to check the validity of your regression assumptions before you use the model for estimation or prediction. Choose **Graphs** to display the Dialog box in Figure 12.21.

**FIGURE 12.20**



**FIGURE 12.21**



We have used **Regular** residual plots, checking the boxes for "Normal plot of residuals" and "Residuals versus fits." Click **OK** to return to the main Dialog box. If you now choose **Options,** you can obtain confidence and prediction intervals for either of these cases:

- A single value of $x$ (typed in the box marked "Prediction intervals for new observations")
- Several values of $x$ stored in a column (say, C3) of the worksheet

Enter the value $x = 50$ in Figure 12.22 to match the output given in Figure 12.15. When you click **OK** twice, the regression output is generated as shown in Figure 12.23. The two diagnostic plots will appear in separate graphics windows.

**FIGURE 12.22**



**FIGURE 12.23**



If you wish, you can now plot the data points, the regression line, and the upper and lower confidence and prediction limits (see Figure 12.16) using **Stat → Regression → Fitted Line Plot.** Select $y$ and $x$ for the response and predictor variables and click "Display confidence interval" and "Display prediction interval" in the **Options** Dialog box. Make sure that **Linear** is selected as the "Type of Regression Model," so that you will obtain a linear fit to the data.

Recall that in Chapter 3, we used the command **Stat → Basic Statistics → Correlation** to obtain the value of the correlation coefficient $r$. Make sure that the box marked "Display p-values" is checked. The output for this command (using the test/grade data) is shown in Figure 12.24. Notice that the $p$-value for the test of $H_0 : \rho = 0$ is identical to the $p$-value for the test of $H_0 : \beta = 0$ because the tests are exactly equivalent!

**FIGURE 12.24**



```
Session
Correlations: x, y

Pearson correlation of x and y = 0.840
P-Value = 0.002
```

## Supplementary Exercises

**MY DATA**
**EX1258**
**12.58 Potency of an Antibiotic** An experiment was conducted to observe the effect of an increase in temperature on the potency of an antibiotic. Three 1-ounce portions of the antibiotic were stored for equal lengths of time at each of these temperatures: 30°, 50°, 70°, and 90°. The potency readings observed at each temperature of the experimental period are listed here:

| Potency Readings, $y$ | 38, 43, 29 | 32, 26, 33 | 19, 27, 23 | 14, 19, 21 |
|---|---|---|---|---|
| Temperature, $x$ | 30° | 50° | 70° | 90° |

Use an appropriate computer program to answer these questions:

**a.** Find the least-squares line appropriate for these data.

**b.** Plot the points and graph the line as a check on your calculations.

**c.** Construct the ANOVA table for linear regression.

**d.** If they are available, examine the diagnostic plots to check the validity of the regression assumptions.

**e.** Estimate the change in potency for a 1-unit change in temperature. Use a 95% confidence interval.

**f.** Estimate the average potency corresponding to a temperature of 50°. Use a 95% confidence interval.

**g.** Suppose that a batch of the antibiotic was stored at 50° for the same length of time as the experimental period. Predict the potency of the batch at the end of the storage period. Use a 95% prediction interval.

**MY DATA**
**EX1259**
**12.59 Plant Science** An experiment was conducted to determine the effect of soil applications of various levels of phosphorus on the inorganic phosphorus levels in a particular plant. The data in the table represent the levels of inorganic phosphorus in micromoles ($\mu$mol) per gram dry weight of Sudan grass roots grown in the greenhouse for 28 days, in the absence of zinc. Use the *MINITAB* output to answer the questions.

**544** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

| Phosphorus Applied, $x$ | Phosphorus in Plant, $y$ |
|---|---|
| .5 $\mu$mol | 204 |
|  | 195 |
|  | 247 |
|  | 245 |
| .25 $\mu$mol | 159 |
|  | 127 |
|  | 95 |
|  | 144 |
| .10 $\mu$mol | 128 |
|  | 192 |
|  | 84 |
|  | 71 |

**a.** Plot the data. Do the data appear to exhibit a linear relationship?

**b.** Find the least-squares line relating the plant phosphorus levels $y$ to the amount of phosphorus applied to the soil $x$. Graph the least-squares line as a check on your answer.

**c.** Do the data provide sufficient evidence to indicate that the amount of phosphorus present in the plant is linearly related to the amount of phosphorus applied to the soil?

**d.** Estimate the mean amount of phosphorus in the plant if .20 $\mu$mol of phosphorus is applied to the soil, in the absence of zinc. Use a 90% confidence interval.

*MINITAB* output for Exercise 12.59

**Regression Analysis: y versus x**

```
The regression equation is
y = 80.9 + 271 x

Predictor      Coef    SE Coef         T        P
Constant      80.85      22.40      3.61    0.005
x            270.82      68.31      3.96    0.003

S = 39.0419    R-Sq = 61.1%    R-Sq(adj) = 57.2%

Predicted Values for New Observations
New Obs    Fit   SE Fit      90.0% CI          90.0% PI
1        135.0     12.6   (112.1,  157.9)   (60.6,  209.4)

Values of Predictors for New Observations
New Obs       x
1         0.200
```

**MY DATA** **12.60 Track Stats!** An experiment was
EX1260    conducted to investigate the effect of a training program on the length of time for a typical male college student to complete the 100-yard dash. Nine students were placed in the program. The reduction $y$ in time to complete the 100-yard dash was measured for three students at the end of 2 weeks, for three at the end of 4 weeks, and for three at the end of 6 weeks of training. The data are given in the table.

| Reduction in Time, $y$ (sec) | 1.6, .8, 1.0 | 2.1, 1.6, 2.5 | 3.8, 2.7, 3.1 |
|---|---|---|---|
| Length of Training, $x$ (wk) | 2 | 4 | 6 |

Use an appropriate computer software package to analyze these data. State any conclusions you can draw.

**MY DATA** **12.61 Nematodes** Some varieties of nema-
EX1261    todes, roundworms that live in the soil and frequently are so small as to be invisible to the naked eye, feed on the roots of lawn grasses and other plants. This pest, which is particularly troublesome in warm climates, can be treated by the application of nematicides. Data collected on the percent kill of nematodes for various rates of application (dosages given in pounds per acre of active ingredient) are as follows:

| Rate of Application, $x$ | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Percent Kill, $y$ | 50, 56, 48 | 63, 69, 71 | 86, 82, 76 | 94, 99, 97 |

*MINITAB* diagnostic plots for Exercise 12.61





Use an appropriate computer printout to answer these questions:

**a.** Calculate the coefficient of correlation $r$ between rates of application $x$ and percent kill $y$.

**b.** Calculate the coefficient of determination $r^2$ and interpret.

**c.** Fit a least-squares line to the data.

**d.** Suppose you wish to estimate the mean percent kill for an application of 4 pounds of the nematicide

per acre. What do the diagnostic plots generated by *MINITAB* tell you about the validity of the regression assumptions? Which assumptions may have been violated? Can you explain why?

**12.62 Knee Injuries** Athletes and others suffering the same type of injury to the knee often require anterior and posterior ligament reconstruction. In order to determine the proper length of bone-patellar tendon-bone grafts, experiments were done using three imaging techniques to determine the required length of the grafts, and these results were compared to the actual length required. A summary of the results of a simple linear regression analysis for each of these three methods is given in the following table.[15]

| Imaging Technique | Coefficient of Determination, $r^2$ | Intercept | Slope | $p$-value |
|---|---|---|---|---|
| Radiographs | 0.80 | −3.75 | 1.031 | <0.0001 |
| Standard MRI | 0.43 | 20.29 | 0.497 | 0.011 |
| 3-dimensional MRI | 0.65 | 1.80 | 0.977 | <0.0001 |

a. What can you say about the significance of each of the three regression analyses?

b. How would you rank the effectiveness of the three regression analyses? What is the basis of your decision?

c. How do the values of $r^2$ and the $p$-values compare in determining the best predictor of actual graft lengths of ligament required?

**MY DATA** **12.63 Achievement Tests II** Refer to Exercise 12.11 and data set EX1211 regarding the relationship between the Academic Performance Index (API), a measure of school achievement based on the results of the Stanford 9 Achievement test, and the percentage of students who are considered English Language Learners (ELL). The following table shows the API for eight elementary schools in Riverside County, California, along with the percentage of students at that school who are considered English Language Learners.[3]

EX1263

| School | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| API | 588 | 659 | 710 | 657 | 669 | 641 | 557 | 743 |
| ELL | 58 | 22 | 14 | 30 | 11 | 26 | 39 | 6 |

a. Use an appropriate program to analyze the relationship between API and ELL.

b. Explain all pertinent details of your analysis.

**12.64 How Long Is It?** Refer to Exercise 12.12 and data set EX1212 regarding a subject's ability to estimate

sizes. The table that follows gives the actual and estimated lengths of the specified objects.

| Object | Estimated (inches) | Actual (inches) |
|---|---|---|
| Pencil | 7.00 | 6.00 |
| Dinner plate | 9.50 | 10.25 |
| Book 1 | 7.50 | 6.75 |
| Cell phone | 4.00 | 4.25 |
| Photograph | 14.50 | 15.75 |
| Toy | 3.75 | 5.00 |
| Belt | 42.00 | 41.50 |
| Clothespin | 2.75 | 3.75 |
| Book 2 | 10.00 | 9.25 |
| Calculator | 3.50 | 4.75 |

a. Use an appropriate program to analyze the relationship between the actual and estimated lengths of the listed objects.

b. Explain all pertinent details of your analysis.

**MY DATA** **12.65 Tennis, Anyone?** If you play tennis, you know that tennis racquets vary in their physical characteristics. The data in the accompanying table give measures of bending stiffness and twisting stiffness as measured by engineering tests for 12 tennis racquets:

EX1265

| Racquet | Bending Stiffness, $x$ | Twisting Stiffness, $y$ |
|---|---|---|
| 1 | 419 | 227 |
| 2 | 407 | 231 |
| 3 | 363 | 200 |
| 4 | 360 | 211 |
| 5 | 257 | 182 |
| 6 | 622 | 304 |
| 7 | 424 | 384 |
| 8 | 359 | 194 |
| 9 | 346 | 158 |
| 10 | 556 | 225 |
| 11 | 474 | 305 |
| 12 | 441 | 235 |

a. If a racquet has bending stiffness, is it also likely to have twisting stiffness? Do the data provide evidence that $x$ and $y$ are positively correlated?

b. Calculate the coefficient of determination $r^2$ and interpret its value.

**MY DATA** **12.66 Avocado Research** Movement of avocados into the United States from certain areas is prohibited because of the possibility of bringing fruit flies into the country with the avocado shipments. However, certain avocado varieties supposedly are resistant to fruit fly infestation before they soften as a result of ripening. The data in the table resulted from an experiment in

EX1266

which avocados ranging from 1 to 9 days after harvest were exposed to Mediterranean fruit flies. Penetrability of the avocados was measured on the day of exposure, and the percentage of the avocado fruit infested was assessed.

| Days after Harvest | Penetrability | Percentage Infected |
|---|---|---|
| 1 | .91 | 30 |
| 2 | .81 | 40 |
| 4 | .95 | 45 |
| 5 | 1.04 | 57 |
| 6 | 1.22 | 60 |
| 7 | 1.38 | 75 |
| 9 | 1.77 | 100 |

Use the *MINITAB* printout of the regression of percentage infected ($y$) on days after harvest ($x$) to analyze the relationship between these two variables. Explain all pertinent parts of the printout and interpret the results of any tests.

*MINITAB* output for Exercise 12.66

**Regression Analysis: Percent versus x**

```
The regression equation is
Percent = 18.4 + 8.18 x

Predictor      Coef    SE Coef        T        P
Constant     18.427      5.110     3.61    0.015
x            8.1768     0.9285     8.81    0.000

S = 6.35552    R-Sq = 93.9%    R-Sq(adj) = 92.7%

Analysis of Variance
Source          DF        SS       MS       F       P
Regression       1    3132.9   3132.9   77.56   0.000
Residual Error   5     202.0     40.4
Total            6    3334.9
```

**12.67 Avocados II** Refer to Exercise 12.66. Suppose the experimenter wants to examine the relationship between the penetrability and the number of days after harvest. Does the method of linear regression discussed in this chapter provide an appropriate method of analysis? If not, what assumptions have been violated? Use the *MINITAB* diagnostic plots provided.

*MINITAB* diagnostic plots for Exercise 12.67



Normal Probability Plot of the Residuals
(response is Penetrability)



Residuals versus the Fitted Values
(response is Penetrability)

**MY DATA** **12.68 Metabolism and Weight Gain** Why
EX1268    is it that one person may tend to gain weight, even if he eats no more and exercises no less than a slim friend? Recent studies suggest that the factors that control metabolism may depend on your genetic makeup. One study involved 11 pairs of identical twins fed about 1000 calories per day more than needed to maintain initial weight. Activities were kept constant, and exercise was minimal. At the end of 100 days, the changes in body weight (in kilograms) were recorded for the 22 twins.[16] Is there a significant positive correlation between the changes in body weight for the twins? Can you conclude that this similarity is caused by genetic similarities? Explain.

| Pair | Twin A | Twin B |
|---|---|---|
| 1 | 4.2 | 7.3 |
| 2 | 5.5 | 6.5 |
| 3 | 7.1 | 5.7 |
| 4 | 7.0 | 7.2 |
| 5 | 7.8 | 7.9 |
| 6 | 8.2 | 6.4 |
| 7 | 8.2 | 6.5 |
| 8 | 9.1 | 8.2 |
| 9 | 11.5 | 6.0 |
| 10 | 11.2 | 13.7 |
| 11 | 13.0 | 11.0 |

**MY DATA** **12.69 Movie Reviews** How many weeks
EX1269    can a movie run and still make a reasonable profit? The data that follow show the number of weeks in release ($x$) and the gross to date ($y$) for the top 10 movies during a recent week.[17]

| Movie | Gross to Date (in millions) | Weeks in Release |
|---|---|---|
| 1. *The Prestige* | $14.8 | 1 |
| 2. *The Departed* | $77.1 | 3 |
| 3. *Flags of Our Fathers* | $10.2 | 1 |
| 4. *Open Season* | $69.6 | 4 |
| 5. *Flicka* | $ 7.7 | 1 |
| 6. *The Grudge 2* | $31.4 | 2 |
| 7. *Man of the Year* | $22.5 | 2 |
| 8. *Marie Antoinette* | $ 5.3 | 1 |
| 9. *The Texas Chainsaw Massacre: The Beginning* | $36.0 | 3 |
| 10. *The Marine* | $12.5 | 2 |

*Source: Entertainment Weekly*

**a.** Plot the points in a scatterplot. Does it appear that the relationship between $x$ and $y$ is linear? How would you describe the direction and strength of the relationship?

**b.** Calculate the value of $r^2$. What percentage of the overall variation is explained by using the linear model rather than $\bar{y}$ to predict the response variable $y$?

**c.** What is the regression equation? Do the data provide evidence to indicate that $x$ and $y$ are linearly related? Test using a 5% significance level.

**d.** Given the results of parts b and c, is it appropriate to use the regression line for estimation and prediction? Explain your answer.

**12.70** In addition to increasingly large bounds on error, why should an experimenter refrain from predicting $y$ for values of $x$ outside the experimental region?

**12.71** If the experimenter stays within the experimental region, when will the error in predicting a particular value of $y$ be maximum?

MY DATA  EX1272   **12.72 Oatmeal, Anyone?** An agricultural experimenter, investigating the effect of the amount of nitrogen $x$ applied in 100 pounds per acre on the yield of oats $y$ measured in bushels per acre, collected the following data:

| x | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| y | 22 | 38 | 57 | 68 |
|   | 19 | 41 | 54 | 65 |

**a.** Find the least-squares line for the data.

**b.** Construct the ANOVA table.

**c.** Is there sufficient evidence to indicate that the yield of oats is linearly related to the amount of nitrogen applied? Use $\alpha = .05$.

**d.** Predict the expected yield of oats with 95% confidence if 250 pounds of nitrogen per acre are applied.

**e.** Estimate the average increase in yield for an increase of 100 pounds of nitrogen per acre with 99% confidence.

**f.** Calculate $r^2$ and explain its significance in terms of predicting $y$, the yield of oats.

MY DATA  EX1273   **12.73 Fresh Roses** A horticulturalist devised a scale to measure the freshness of roses that were packaged and stored for varying periods of time before transplanting. The freshness measurement $y$ and the length of time in days that the rose is pack-aged and stored before transplanting $x$ are given below.

| x | 5 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|
| y | 15.3 | 13.6 | 9.8 | 5.5 | 1.8 |
|   | 16.8 | 13.8 | 8.7 | 4.7 | 1.0 |

**a.** Fit a least-squares line to the data.

**b.** Construct the ANOVA table.

**c.** Is there sufficient evidence to indicate that freshness is linearly related to storage time? Use $\alpha = .05$.

**d.** Estimate the mean rate of change in freshness for a 1-day increase in storage time usig a 98% confidence interval.

**e.** Estimate the expected freshness measurement for a storage time of 14 days with a 95% confidence interval.

**f.** Of what value is the linear model in reference to $\bar{y}$ in predicting freshness?

MY DATA  EX1274   **12.74 Lexus, Inc.** The makers of the Lexus automobile have steadily increased their sales since their U.S. launch in 1989. However, the rate of increase changed in 1996 when Lexus introduced a line of trucks. The sales of Lexus from 1996 to 2005 are shown in the table:[18]

| Year | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales (thousands of vehicles) | 80 | 100 | 155 | 180 | 210 | 224 | 234 | 260 | 288 | 303 |

*Source: Adapted from: Automotive News, 26 January 2004 and 22 May 2006*

**a.** Plot the data using a scatterplot. How would you describe the relationship between year and sales of Lexus?

**b.** Find the least-squares regression line relating the sales of Lexus to the year being measured?

**c.** Is there sufficient evidence to indicate that sales are linearly related to year? Use $\alpha = .05$.

**548** ○ CHAPTER 12 LINEAR REGRESSION AND CORRELATION

**d.** Predict the sales of Lexus for the year 2006 using a 95% prediction interval.

**e.** If they are available, examine the diagnostic plots to check the validity of the regression assumptions.

**f.** If you were to predict the sales of Lexus in the year 2015, what problems might arise with your prediction?

MY DATA EX1275  **12.75 Starbucks** Here is some nutritional data for a sampling of Starbucks products (16 fluid ounces), taken from the company website, www.starbucks.com.[19] The complete data set (starbucks.mtp) can be found with the other data sets on the Student Companion Website.

### Data Display

| Row | Product | Calories | Fat Calories |
|---|---|---|---|
| 1 | CaffèMocha-nowhip | 300 | 110 |
| 2 | CaramelFrappuccino® BlendedCoffee-nowhip | 280 | 30 |
| 3 | ChocolateBrownie Frappuccino® BlendedCoffee-nowhip | 370 | 80 |
| 4 | ChocolateMalt Frappuccino® BlendedCrème-whip | 610 | 200 |
| 5 | EggnogLatte-nowhip | 410 | 180 |
| 6 | HotChocolate-nowhip | 340 | 140 |
| 7 | IcedCaffèMocha-whip | 350 | 180 |
| 8 | IcedWhiteChocolate Mocha-whip | 490 | 210 |
| 9 | MochaFrappuccino® BlendedCoffee-whip | 420 | 150 |
| 10 | PeppermintMocha-nowhip | 370 | 110 |
| 11 | Tazo®ChaiCrème Frappuccino® BlendedTea-nowhip | 370 | 40 |
| 12 | ToffeeNutCrème-whip | 460 | 220 |
| 13 | ToffeNutLatte-nowhip | 330 | 120 |
| 14 | VanillaFrappuccino® BlendedCrème-whip | 480 | 150 |
| 15 | WhiteHotChocolate-whip | 580 | 250 |

### Data Display *(continued)*

| Row | Total Fat (g) | Saturated Fat (g) | Cholesterol (mg) |
|---|---|---|---|
| 1 | 12.0 | 7 | 40 |
| 2 | 3.5 | 2 | 15 |
| 3 | 9.0 | 6 | 15 |
| 4 | 22.0 | 11 | 65 |
| 5 | 20.0 | 12 | 115 |
| 6 | 15.0 | 8 | 50 |
| 7 | 20.0 | 12 | 75 |
| 8 | 24.0 | 16 | 75 |
| 9 | 16.0 | 10 | 65 |
| 10 | 12.0 | 6 | 40 |
| 11 | 4.5 | 1 | <5 |
| 12 | 24.0 | 15 | 100 |
| 13 | 13.0 | 8 | 50 |
| 14 | 17.0 | 9 | 55 |
| 15 | 28.0 | 19 | 95 |

| Row | Sodium (mg) | Total Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|
| 1 | 150 | 41 | 2 | 31 | 13 |
| 2 | 250 | 57 | 0 | 48 | 5 |
| 3 | 310 | 69 | 2 | 56 | 7 |
| 4 | 430 | 90 | 2 | 72 | 15 |
| 5 | 240 | 41 | 0 | 38 | 17 |
| 6 | 190 | 42 | 2 | 35 | 15 |
| 7 | 105 | 37 | 2 | 27 | 9 |
| 8 | 220 | 58 | 0 | 54 | 11 |
| 9 | 260 | 61 | 0 | 51 | 6 |
| 10 | 150 | 59 | 2 | 49 | 13 |
| 11 | 370 | 69 | 0 | 64 | 15 |
| 12 | 380 | 45 | 0 | 44 | 14 |
| 13 | 340 | 41 | 0 | 38 | 13 |
| 14 | 380 | 66 | 0 | 62 | 15 |
| 15 | 310 | 65 | 0 | 64 | 17 |

Use the appropriate statistical methods to analyze the relationships between some of the nutritional variables given in the table. Write a summary report explaining any conclusions that you can draw from your analysis.

# **MY APPLET Exercises**

You can refresh your memory about regression lines and the correlation coefficient by doing the MyApplet Exercises at the end of Chapter 3.

**12.76 a.** Graph the line corresponding to the equation $y = 0.5x + 3$ by graphing the points corresponding to $x = 0$, 1, and 2. Give the $y$-intercept and slope for the line.

**b.** Check your graph using the **How a Line Works** applet.

**12.77 a.** Graph the line corresponding to the equation $y = -0.5x + 3$ by graphing the points corresponding to $x = 0$, 1, and 2. Give the $y$-intercept and slope for the line.

**b.** Check your graph using the **How a Line Works** applet.

**c.** How is this line related to the line $y = 0.5x + 3$ of Exercise 12.76?

**12.78** The *MINITAB* printout for the data in Table 12.1 is shown below.

*MINITAB* output for Exercise 12.78.

**Regression Analysis: y versus x**

```
The regression equation is
y = 40.8 + 0.766 x

Predictor       Coef     SE Coef          T       P
Constant      40.784       8.507       4.79   0.001
x             0.7656      0.1750       4.38   0.002

S = 8.70363    R-Sq = 70.5%    R-Sq(adj) = 66.8%

Analysis of Variance
Source             DF        SS       MS       F       P
Regression          1    1450.0   1450.0   19.14   0.002
Residual Error      8     606.0     75.8
Total               9    2056.0
```

**a.** Use the **Method of Least Squares** applet to find the values of $a$ and $b$ that determine the *best fitting line*, $\hat{y} = a + bx$. When you think that you have minimized SSE, click the `Find Best Model` button and see how well you did. What is the equation of the line? Does it match the regression equation given in the *MINITAB* printout?

**b.** Find the values of SSE and $r^2$ on the **Method of Least Squares** applet. Find these values on the *MINITAB* printout and confirm that they are the same.

**c.** Use the values of $b$ and its standard error SE($b$) from the *MINITAB* printout along with the *t*-**Test for the Slope** applet to verify the value of the $t$ statistic and its $p$-value, given in the printout.

**12.79** Use the first applet in **Building a Scatterplot** to create a scatterplot for the data in Table 12.1. Verify your plot using Figure 12.2.

**MY DATA** **12.80 Walking Shoes** Is your overall satisfaction with your new pair of walking shoes correlated with the cost of the shoes? Satisfaction scores and prices were recorded for nine different styles and brands of men's walking shoes, with the following results:[20]

| Brand and Style | Price | Score |
|---|---|---|
| New Balance MW 791 | $75 | 89 |
| Saucony Grid Omni Walker | 90 | 84 |
| Asics Gel-Walk Tech | 60 | 83 |
| New Balance MW 557 | 60 | 83 |
| Etonic Lite Walker | 60 | 79 |
| Nike Air Max Healthwalker V | 70 | 78 |
| Rockport Astride | 90 | 75 |
| Rockport WT Classic | 90 | 72 |
| Reebok Move DMX Max | 60 | 67 |

*Source:* "Ratings: Walking Shoes," *Consumer Reports,* October 2006, p. 52.

**a.** Calculate the correlation coefficient $r$ between price and overall score. How would you describe the relationship between price and overall score?

**b.** Use the applet called **Correlation and the Scatterplot** to plot the nine data points. What is the correlation coefficient shown on the applet? Compare with the value you calculated in part a.

**c.** Describe the pattern that you see in the scatterplot. Are there any outliers? If so, how would you explain them?

**CASE STUDY**

 Foreign Cars

## Is Your Car "Made in the U.S.A."?

The phrase "made in the U.S.A." has become a familiar battle cry as U.S. workers try to protect their jobs from overseas competition. For the past few decades, a major trade imbalance in the United States has been caused by a flood of imported goods that enter the country and are sold at lower cost than comparable American-made goods. One prime concern is the automotive industry, in which the number of imported cars steadily increased during the 1970s and 1980s. The U.S. automobile industry has been besieged with complaints about product quality, worker layoffs, and high prices, and has spent billions in advertising and research to produce an American-made car that will satisfy consumer demands. Have they been successful in stopping the flood of imported cars purchased by American consumers? The data in the table represent the numbers of imported cars $y$ sold in the United States (in millions) for the years 1969–2005.[21] To simplify the analysis, we have coded the year using the coded variable $x =$ Year $-$ 1969.

| Year | (Year − 1969), $x$ | Number of Imported Cars, $y$ | Year | (Year − 1969), $x$ | Number of Imported Cars, $y$ |
|------|------|------|------|------|------|
| 1969 | 0 | 1.1 | 1987 | 18 | 3.1 |
| 1970 | 1 | 1.3 | 1988 | 19 | 3.1 |
| 1971 | 2 | 1.6 | 1989 | 20 | 2.8 |
| 1972 | 3 | 1.6 | 1990 | 21 | 2.5 |
| 1973 | 4 | 1.8 | 1991 | 22 | 2.1 |
| 1974 | 5 | 1.4 | 1992 | 23 | 2.0 |
| 1975 | 6 | 1.6 | 1993 | 24 | 1.8 |
| 1976 | 7 | 1.5 | 1994 | 25 | 1.8 |
| 1977 | 8 | 2.1 | 1995 | 26 | 1.6 |
| 1978 | 9 | 2.0 | 1996 | 27 | 1.4 |
| 1979 | 10 | 2.3 | 1997 | 28 | 1.4 |
| 1980 | 11 | 2.4 | 1998 | 29 | 1.4 |
| 1981 | 12 | 2.3 | 1999 | 30 | 1.8 |
| 1982 | 13 | 2.2 | 2000 | 31 | 2.1 |
| 1983 | 14 | 2.4 | 2001 | 32 | 2.2 |
| 1984 | 15 | 2.4 | 2002 | 33 | 2.3 |
| 1985 | 16 | 2.8 | 2003 | 34 | 2.2 |
| 1986 | 17 | 3.2 | 2004 | 35 | 2.2 |
|      |    |     | 2005 | 36 | 2.3 |

1. Using a scatterplot, plot the data for the years 1969–1988. Does there appear to be a linear relationship between the number of imported cars and the year?

2. Use a computer software package to find the least-squares line for predicting the number of imported cars as a function of year for the years 1969–1988.

3. Is there a significant linear relationship between the number of imported cars and the year?

4. Use the computer program to predict the number of cars that will be imported using 95% prediction intervals for each of the years 2003, 2004, and 2005.

5. Now look at the actual data points for the years 2003–2005. Do the predictions obtained in step 4 provide accurate estimates of the *actual* values observed in these years? Explain.

6. Add the data for 1989–2005 to your database, and recalculate the regression line. What effect have the new data points had on the slope? What is the effect on SSE?

7. Given the form of the scatterplot for the years 1969–2005, does it appear that a straight line provides an accurate model for the data? What other type of model might be more appropriate? (Use residual plots to help answer this question.)

**13**

# Multiple Regression Analysis



© Will & Deni McIntyre/CORBIS

## GENERAL OBJECTIVES

In this chapter, we extend the concepts of linear regression and correlation to a situation where the average value of a random variable $y$ is related to several independent variables—$x_1, x_2, \ldots, x_k$—in models that are more flexible than the straight-line model of Chapter 12. With *multiple regression analysis,* we can use the information provided by the independent variables to fit various types of models to the sample data, to evaluate the usefulness of these models, and finally to estimate the average value of $y$ or predict the actual value of $y$ for given values of $x_1, x_2, \ldots, x_k$.

## CHAPTER INDEX



- Adjusted $R^2$ (13.3)
- The analysis of variance $F$-test (13.3)
- Analysis of variance for multiple regression (13.3)
- Causality and multicollinearity (13.9)
- The coefficient of determination $R^2$ (13.3)
- Estimation and prediction using the regression model (13.3)
- The general linear model and assumptions (13.2)
- The method of least squares (13.3)
- Polynomial regression model (13.4)
- Qualitative variables in a regression model (13.5)
- Residual plots (13.3)
- Sequential sums of squares (13.3)
- Stepwise regression analysis (13.8)
- Testing the partial regression coefficients (13.3)
- Testing sets of regression coefficients (13.6)

## "Made in the U.S.A."— Another Look

In Chapter 12, we used simple linear regression analysis to try to predict the number of cars imported into the United States over a period of years. Unfortunately, the number of imported cars does not really follow a linear trend pattern, and our predictions were far from accurate. We reexamine the same data at the end of this chapter, using the methods of multiple regression analysis.

**551**



# INTRODUCTION

**13.1**

**Multiple linear regression** is an extension of simple linear regression to allow for more than one independent variable. That is, instead of using only a single independent variable $x$ to explain the variation in $y$, you can simultaneously use several independent (or predictor) variables. By using more than one independent variable, you should do a better job of explaining the variation in $y$ and hence be able to make more accurate predictions.

For example, a company's regional sales $y$ of a product might be related to three factors:

- $x_1$—the amount spent on television advertising
- $x_2$—the amount spent on newspaper advertising
- $x_3$—the number of sales representatives assigned to the region

A researcher would collect data measuring the variables $y$, $x_1$, $x_2$, and $x_3$, and then use these sample data to construct a prediction equation relating $y$ to the three predictor variables. Of course, several questions arise, just as they did with simple linear regression:

- How well does the model fit?
- How strong is the relationship between $y$ and the predictor variables?
- Have any important assumptions been violated?
- How good are estimates and predictions?

The methods of **multiple regression analysis**—which are almost always done with a computer software program—can be used to answer these questions. This chapter provides a brief introduction to multiple regression analysis and the difficult task of model building—that is, choosing the correct model for a practical application.

# THE MULTIPLE REGRESSION MODEL

**13.2**

The **general linear model** for a multiple regression analysis describes a particular response $y$ using the model given next.

## GENERAL LINEAR MODEL AND ASSUMPTIONS

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_k x_k + \epsilon$$

where

- $y$ is the **response variable** that you want to predict.
- $\beta_0, \beta_1, \beta_2, \ldots, \beta_k$ are unknown constants.
- $x_1, x_2, \ldots, x_k$ are independent **predictor variables** that are measured without error.
- $\epsilon$ is the random error, which allows each response to deviate from the average value of $y$ by the amount $\epsilon$. You must assume that the values of $\epsilon$ (1) are independent; (2) have a mean of 0 and a common variance $\sigma^2$ for any set $x_1, x_2, \ldots, x_k$; and (3) are normally distributed.

When these assumptions about $\epsilon$ are met, the *average* value of $y$ for a given set of values $x_1, x_2, \ldots, x_k$ is equal to the *deterministic* part of the model:

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_k x_k$$

You will notice that the multiple regression model and assumptions are *very similar* to the model and assumptions used for linear regression. It will probably not surprise you that the testing and estimation procedures are also extensions of those used in Chapter 12.

Multiple regression models are very flexible and can take many forms, depending on the way in which the independent variables $x_1$, $x_2$, . . . , $x_k$ are entered into the model. We begin with a simple multiple regression model, explaining the basic concepts and procedures with an example. As you become more familiar with the multiple regression procedures, we increase the complexity of the examples, and you will see that the same procedures can be used for models of different forms, depending on the particular application.

**EXAMPLE** 13.1

Suppose you want to relate a random variable $y$ to two independent variables $x_1$ and $x_2$. The multiple regression model is

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \epsilon$$

with the mean value of $y$ given as

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2$$

This equation is a three-dimensional extension of the **line of means** from Chapter 12 and traces a **plane** in three-dimensional space (see Figure 13.1). The constant $\beta_0$ is called the **intercept**—the average value of $y$ when $x_1$ and $x_2$ are both 0. The coefficients $\beta_1$ and $\beta_2$ are called the **partial slopes** or **partial regression coefficients.** The partial slope $\beta_i$ (for $i = 1$ or 2) measures the change in $y$ for a one-unit change in $x_i$ when *all other independent variables are held constant.* The value of the partial regression coefficient—say, $\beta_1$—with $x_1$ and $x_2$ in the model is generally *not* the same as the slope when you fit a line with $x_1$ alone. These coefficients are the unknown constants, which must be estimated using sample data to obtain the prediction equation.

**MY TIP**

Instead of *x* and *y* plotted in two-dimensional space, *y* and $x_1$, $x_2$, . . . , $x_k$ have to be plotted in $(k + 1)$ dimensions.

**FIGURE 13.1**

Plane of means for Example 13.1



A multiple regression analysis involves estimation, testing, and diagnostic procedures designed to fit the multiple regression model

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_k x_k$$

# A MULTIPLE REGRESSION ANALYSIS

13.3

to a set of data. Because of the complexity of the calculations involved, these procedures are almost always implemented with a regression program from one of several computer software packages. All give similar output in slightly different forms. We follow the basic patterns set in simple linear regression, beginning with an outline of the general procedures and illustrated with an example.

## The Method of Least Squares

The prediction equation

$$\hat{y} = b_0 + b_1x_1 + b_2x_2 + \cdots + b_kx_k$$

is the line that minimizes SSE, the sum of squares of the deviations of the observed values $y$ from the predicted values $\hat{y}$. These values are calculated using a regression program.

 

EXAMPLE 13.2

How do real estate agents decide on the asking price for a newly listed condominium? A computer database in a small community contains the listed selling price $y$ (in thousands of dollars), the amount of living area $x_1$ (in hundreds of square feet), and the numbers of floors $x_2$, bedrooms $x_3$, and bathrooms $x_4$, for $n = 15$ randomly selected condos currently on the market. The data are shown in Table 13.1.

TABLE 13.1 ● **Data on 15 Condominiums**

| Observation | List Price, $y$ | Living Area, $x_1$ | Floors, $x_2$ | Bedrooms, $x_3$ | Baths, $x_4$ |
|---|---|---|---|---|---|
| 1 | 169.0 | 6 | 1 | 2 | 1 |
| 2 | 218.5 | 10 | 1 | 2 | 2 |
| 3 | 216.5 | 10 | 1 | 3 | 2 |
| 4 | 225.0 | 11 | 1 | 3 | 2 |
| 5 | 229.9 | 13 | 1 | 3 | 1.7 |
| 6 | 235.0 | 13 | 2 | 3 | 2.5 |
| 7 | 239.9 | 13 | 1 | 3 | 2 |
| 8 | 247.9 | 17 | 2 | 3 | 2.5 |
| 9 | 260.0 | 19 | 2 | 3 | 2 |
| 10 | 269.9 | 18 | 1 | 3 | 2 |
| 11 | 234.9 | 13 | 1 | 4 | 2 |
| 12 | 255.0 | 18 | 1 | 4 | 2 |
| 13 | 269.9 | 17 | 2 | 4 | 3 |
| 14 | 294.5 | 20 | 2 | 4 | 3 |
| 15 | 309.9 | 21 | 2 | 4 | 3 |

The multiple regression model is

$$E(y) = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_3 + \beta_4x_4$$

which is fit using the *MINITAB* software package. You can find instructions for generating this output in the section "My *MINITAB*" at the end of this chapter. The first portion of the regression output is shown in Figure 13.2. You will find the fitted regression equation in the first two lines of the printout:

$$\hat{y} = 119 + 6.27x_1 - 16.2x_2 - 2.67x_3 + 30.3x_4$$

The partial regression coefficients are shown with slightly more accuracy in the second section. The columns list the name given to each independent predictor variable, its estimated regression coefficient, its standard error, and the $t$- and $p$-values that are used to test its significance *in the presence of all the other predictor variables.* We explain these tests in more detail in a later section.

**FIGURE 13.2**

A portion of the *MINITAB* printout for Example 13.2

**Regression Analysis: List Price versus Square Feet, Number of Floors, Bedrooms, Baths**

```
The regression equation is
List Price = 119 + 6.27 Square Feet - 16.2 Number of Floors
             - 2.67 Bedrooms + 30.3 Baths

Predictor           Coef     SE Coef        T        P
Constant         118.763       9.207    12.90    0.000
Square Feet       6.2698      0.7252     8.65    0.000
Number of Floors -16.203       6.212    -2.61    0.026
Bedrooms          -2.673       4.494    -0.59    0.565
Baths             30.271       6.849     4.42    0.001
```

# The Analysis of Variance for Multiple Regression

The analysis of variance divides the total variation in the response variable $y$,

$$\text{Total SS} = \Sigma y_i^2 - \frac{(\Sigma y_i)^2}{n}$$

into two portions:

- SSR (sum of squares for regression) measures the amount of variation explained by using the regression equation.

- SSE (sum of squares for error) measures the residual variation in the data that is not explained by the independent variables.

so that

$$\text{Total SS} = \text{SSR} + \text{SSE}$$

The **degrees of freedom** for these sums of squares are found using the following argument. There are $(n - 1)$ total degrees of freedom. Estimating the regression line requires estimating $k$ unknown coefficients; the constant $b_0$ is a function of $\bar{y}$ and the other estimates. Hence, there are $k$ regression degrees of freedom, leaving $(n - 1) - k$ degrees of freedom for error. As in previous chapters, the mean squares are calculated as $\text{MS} = \text{SS}/df$.

The ANOVA table for the real estate data in Table 13.1 is shown in the second portion of the *MINITAB* printout in Figure 13.3. There are $n = 15$ observations and $k = 4$ independent predictor variables. You can verify that the total degrees of freedom, $(n - 1) = 14$, is divided into $k = 4$ for regression and $(n - k - 1) = 10$ for error.

**FIGURE 13.3**

A portion of the *MINITAB* printout for Example 13.2

```
S = 6.84930        R-Sq = 97.1%     R-Sq(adj) = 96.0%

Analysis of Variance
Source            DF          SS          MS        F        P
Regression         4     15913.0      3978.3    84.80    0.000
Residual Error    10       469.1        46.9
Total             14     16382.2

Source            DF      Seq SS
Square Feet        1     14829.3
Number of Floors   1         0.9
Bedrooms           1       166.4
Baths              1       916.5
```

The best estimate of the random variation $\sigma^2$ in the experiment—the variation that is unexplained by the predictor variables—is as usual given by

$$s^2 = \text{MSE} = \frac{\text{SSE}}{n - k - 1} = 46.9$$

from the ANOVA table. The first line of Figure 13.3 also shows $s = \sqrt{s^2} = 6.84930$ using computer accuracy. The computer uses these values internally to produce test statistics, confidence intervals, and prediction intervals, which we discuss in subsequent sections.

The last section of Figure 13.3 shows a decomposition of SSR = 15,913.0 in which the conditional contribution of each predictor variable *given the variables already entered into the model* is shown for the order of entry that you specify in your regression program. For the real estate example, the *MINITAB* program entered the variables in this order: square feet, then numbers of floors, bedrooms, and baths. These conditional or **sequential sums of squares** each account for one of the $k = 4$ regression degrees of freedom. It is interesting to notice that the predictor variable $x_1$ alone accounts for 14,829.3/15,913.0 = .932 or 93.2% of the total variation explained by the regression model. However, if you change the order of entry, another variable may account for the major part of the regression sum of squares!

## Testing the Usefulness of the Regression Model

Recall in Chapter 12 that you tested to see whether $y$ and $x$ were linearly related by testing $H_0 : \beta = 0$ with either a $t$-test or an equivalent $F$-test. In multiple regression, there is more than one *partial slope*—the *partial regression coefficients*. The $t$- and $F$-tests are no longer equivalent.

### The Analysis of Variance $F$-Test

Is the regression equation that uses information provided by the predictor variables $x_1, x_2, \ldots, x_k$ substantially better than the simple predictor $\bar{y}$ that does not rely on any of the $x$-values? This question is answered using an overall $F$-test with the hypotheses:


**MY TIP**

The overall *F*-test (for the significance of the model) in multiple regression is one-tailed.

$$H_0 : \beta_1 = \beta_2 = \cdots = \beta_k = 0$$

versus

$$H_a : \text{At least one of } \beta_1, \beta_2, \ldots, \beta_k \text{ is not } 0$$

The test statistic is found in the ANOVA table (Figure 13.3) as

$$F = \frac{\text{MSR}}{\text{MSE}} = \frac{3978.3}{46.9} = 84.80$$

which has an $F$ distribution with $df_1 = k = 4$ and $df_2 = (n - k - 1) = 10$. Since the exact $p$-value, $P = .000$, is given in the printout, you can declare the regression to be highly significant. That is, at least one of the predictor variables is contributing significant information for the prediction of the response variable $y$.

### The Coefficient of Determination, $R^2$


**MY TIP**

*MINITAB* printouts report $R^2$ as a percentage rather than a proportion.

How well does the regression model fit? The regression printout provides a statistical measure of the strength of the model in the **coefficient of determination, $R^2$**—the proportion of the total variation that is explained by the regression of $y$ on $x_1, x_2, \ldots, x_k$—defined as

$$R^2 = \frac{\text{SSR}}{\text{Total SS}} = \frac{15,913.0}{16,382.2} = .971 \quad \text{or } 97.1\%$$



**TIP**

$R^2$ is the multivariate equivalent of $r^2$, used in linear regression.

The coefficient of determination is sometimes called **multiple $R^2$** and is found in the first line of Figure 13.3, labeled "R-Sq." Hence, for the real estate example, 97.1% of the total variation has been explained by the regression model. The model fits very well!

It may be helpful to know that the value of the $F$ statistic is related to $R^2$ by the formula

$$F = \frac{R^2/k}{(1 - R^2)/(n - k - 1)}$$

so that when $R^2$ is large, $F$ is large, and vice versa.

## Interpreting the Results of a Significant Regression

### Testing the Significance of the Partial Regression Coefficients



**TIP**

You can show that

$$F = \frac{MSR}{MSE} =$$

$$\frac{R^2/k}{(1 - R^2)/(n - k - 1)}$$

Once you have determined that the model is useful for predicting $y$, you should explore the nature of the "usefulness" in more detail. Do all of the predictor variables add important information for prediction *in the presence of other predictors already in the model?* The individual $t$-tests in the first section of the regression printout are designed to test the hypotheses

$$H_0 : \beta_i = 0 \quad \text{versus} \quad H_a : \beta_i \neq 0$$

for each of the partial regression coefficients, *given that the other predictor variables are already in the model.* These tests are based on the Student's $t$ statistic given by

$$t = \frac{b_i - \beta_i}{SE(b_i)}$$

**TIP**

Test for the significance of the individual coefficient $\beta_i$, using $t$-tests.

which has $df = (n - k - 1)$ degrees of freedom. The procedure is identical to the one used to test a hypothesis about the slope $\beta$ in the simple linear regression model.[†]

Figure 13.4 shows the $t$-tests and $p$-values from the upper portion of the *MINITAB* printout. By examining the $p$-values in the last column, you can see that all the variables *except $x_3$*, the number of bedrooms, add very significant information for predicting $y$, **even with all the other independent variables already in the model.** Could the model be any better? It may be that $x_3$ is an unnecessary predictor variable. One option is to remove this variable and refit the model with a new set of data!

**FIGURE 13.4**

A portion of the *MINITAB* printout for Example 13.2

| Predictor | Coef | SE Coef | T | P |
|---|---|---|---|---|
| Constant | 118.763 | 9.207 | 12.90 | 0.000 |
| Square Feet | 6.2698 | 0.7252 | 8.65 | 0.000 |
| Number of Floors | -16.203 | 6.212 | -2.61 | 0.026 |
| Bedrooms | -2.673 | 4.494 | -0.59 | 0.565 |
| Baths | 30.271 | 6.849 | 4.42 | 0.001 |

### The Adjusted Value of $R^2$

Notice from the definition of $R^2 = $ SSR/Total SS that its value can never decrease with the addition of more variables into the regression model. Hence, $R^2$ can be artificially inflated by the inclusion of more and more predictor variables.

---

[†]Some packages use the $t$ statistic just described, whereas others use the equivalent $F$ statistic ($F = t^2$), since the square of a $t$ statistic with $v$ degrees of freedom is equal to an $F$ statistic with 1 $df$ in the numerator and $v$ degrees of freedom in the denominator.

An alternative measure of the strength of the regression model is adjusted for degrees of freedom by using mean squares rather than sums of squares:

$$R^2(\text{adj}) = \left(1 - \frac{\text{MSE}}{\text{Total SS}/(n-1)}\right)100\%$$



**MY TIP**

Use $R^2(\text{adj})$ for comparing one or more possible models.

For the real estate data in Figure 13.3,

$$R^2(\text{adj}) = \left(1 - \frac{46.9}{16,382.2/14}\right)100\% = 96.0\%$$

is found in the first line of the printout. The value "R-Sq(adj) = 96.0%" represents the percentage of variation in the response $y$ explained by the independent variables, corrected for degrees of freedom. The adjusted value of $R^2$ is mainly used to compare two or more regression models that use different numbers of independent predictor variables.

## Checking the Regression Assumptions

Before using the regression model for its main purpose—estimation and prediction of $y$—you should look at computer-generated **residual plots** to make sure that all the regression assumptions are valid. The *normal probability plot* and the *plot of residuals versus fit* are shown in Figure 13.5 for the real estate data. There appear to be three observations that do not fit the general pattern. You can see them as outliers in both graphs. These three observations should probably be investigated; however, they do not provide strong evidence that the assumptions are violated.

**FIGURE 13.5**

*MINITAB* diagnostic plots





## Using the Regression Model for Estimation and Prediction



**MY TIP**

For given values of $x_1$, $x_2$, . . . , $x_k$, the prediction interval will **always** be wider than the confidence interval.

Finally, once you have determined that the model is effective in describing the relationship between $y$ and the predictor variables $x_1, x_2, \ldots, x_k$, the model can be used for these purposes:

- Estimating the average value of $y$—$E(y)$—for given values of $x_1, x_2, \ldots, x_k$
- Predicting a particular value of $y$ for given values of $x_1, x_2, \ldots, x_k$

The values of $x_1, x_2, \ldots, x_k$ are entered into the computer, and the computer generates the fitted value $\hat{y}$ together with its estimated standard error and the confidence and prediction intervals. Remember that the prediction interval is *always wider* than the confidence interval.

Let's see how well our prediction works for the real estate data, using another house from the computer database—a house with 1000 square feet of living area, one floor, three bedrooms, and two baths, which was listed at $221,500. The printout in Figure 13.6 shows the confidence and prediction intervals for these values. The actual value falls within both intervals, which indicates that the model is working very well!

**FIGURE 13.6**

Confidence and prediction intervals for Example 13.2

```
Predicted Values for New Observations
New Obs     Fit     SE Fit        95% CI              95% PI
1         217.78    3.11    (210.86,  224.70)   (201.02,  234.54)

Values of Predictors for New Observations
New      Square    Number of
Obs       Feet      Floors     Bedrooms     Baths
1         10.0        1.00        3.00       2.00
```

**13.4**

## A POLYNOMIAL REGRESSION MODEL

In Section 13.3, we explained in detail the various portions of the multiple regression printout. When you perform a multiple regression analysis, you should use a step-by-step approach:

1. Obtain the fitted prediction model.
2. Use the analysis of variance $F$-test and $R^2$ to determine how well the model fits the data.
3. Check the $t$-tests for the partial regression coefficients to see which ones are contributing significant information in the presence of the others.
4. If you choose to compare several different models, use $R^2$(adj) to compare their effectiveness.
5. Use computer-generated residual plots to check for violation of the regression assumptions.

**MY TIP**

A quadratic equation is $y = a + bx + cx^2$. The graph forms a **parabola**.

Once all of these steps have been taken, you are ready to use your model for estimation and prediction.

The predictor variables $x_1, x_2, \ldots, x_k$ used in the general linear model do not have to represent *different* predictor variables. For example, if you suspect that one independent variable $x$ affects the response $y$, but that the relationship is *curvilinear* rather than *linear*, then you might choose to fit a **quadratic model:**

$$y = \beta_0 + \beta_1 x + \beta_2 x^2 + \epsilon$$

The quadratic model is an example of a **second-order model** because it involves a term whose exponents sum to 2 (in this case, $x^2$).[†] It is also an example of a **polynomial model**—a model that takes the form

$$y = a + bx + cx^2 + dx^3 + \cdots$$

To fit this type of model using the multiple regression program, observed values of $y$, $x$, and $x^2$ are entered into the computer, and the printout can be generated as in Section 13.3.

**EXAMPLE  13.3**

In a study of variables that affect productivity in the retail grocery trade, W.S. Good uses value added per work-hour to measure the productivity of retail grocery outlets.[1] He defines "value added" as "the surplus [money generated by the business] available to pay for labor, furniture and fixtures, and equipment." Data consistent with the relationship between value added per work-hour $y$ and the size $x$ of a grocery outlet described in Good's article are shown in Table 13.2 for 10 fictitious grocery outlets. Choose a model to relate $y$ to $x$.

**TABLE 13.2**

**Data on Store Size and Value Added**

| Store | Value Added per Work-Hour, $y$ | Size of Store (thousand square feet), $x$ |
|---|---|---|
| 1 | $4.08 | 21.0 |
| 2 | 3.40 | 12.0 |
| 3 | 3.51 | 25.2 |
| 4 | 3.09 | 10.4 |
| 5 | 2.92 | 30.9 |
| 6 | 1.94 | 6.8 |
| 7 | 4.11 | 19.6 |
| 8 | 3.16 | 14.5 |
| 9 | 3.75 | 25.0 |
| 10 | 3.60 | 19.1 |

**Solution**    You can investigate the relationship between $y$ and $x$ by looking at the plot of the data points in Figure 13.7. The graph suggests that productivity, $y$, increases as the size of the grocery outlet, $x$, increases until an optimal size is reached. Above that size, productivity tends to decrease. The relationship appears to be *curvilinear*, and a quadratic model,

$$E(y) = \beta_0 + \beta_1 x + \beta_2 x^2$$

**FIGURE 13.7**

Plot of store size $x$ and value added $y$ for Example 13.3



[†]The *order* of a term is determined by the sum of the exponents of variables making up that term. Terms involving $x_1$ or $x_2$ are first-order. Terms involving $x_1^2$, $x_2^2$, or $x_1 x_2$ are second-order.

may be appropriate. Remember that, in choosing to use this model, we are not saying that the true relationship is quadratic, but only that it may provide more accurate estimations and predictions than, say, a linear model.

**EXAMPLE**

Refer to the data on grocery retail outlet productivity and outlet size in Example 13.3. *MINITAB* was used to fit a quadratic model to the data and to graph the quadratic prediction curve, along with the plotted data points. Discuss the adequacy of the fitted model.

**Solution**    From the printout in Figure 13.8, you can see that the regression equation is

$$\hat{y} = -.159 + .392x - .00949x^2$$

The graph of this quadratic equation together with the data points is shown in Figure 13.9.

**FIGURE 13.8**

*MINITAB* printout for Example 13.4



**Look at the computer printout and find the labels for "Predictor." This will tell you what variables have been used in the model.**

```
Regression Analysis: y versus x, x-sq

The regression equation is
y = - 0.159 + 0.392 x - 0.00949 x-sq

Predictor        Coef      St Coef          T        P
Constant      -0.1594       0.5006      -0.32    0.760
x              0.39193      0.05801       6.76    0.000
x-sq         -0.009495      0.001535     -6.19    0.000

S = 0.250298      R-Sq = 87.9%      R-Sq(adj) = 84.5%

Analysis of Variance
Source            DF        SS        MS        F        P
Regression         2    3.1989    1.5994    25.53    0.001
Residual Error     7    0.4385    0.0626
Total              9    3.6374

Source      DF      Seq SS
x            1      0.8003
x-sq         1      2.3986
```

**FIGURE 13.9**

Fitted quadratic regression line for Example 13.4



To assess the adequacy of the quadratic model, the test of

$$H_0 : \beta_1 = \beta_2 = 0$$

versus

$$H_a : \text{Either } \beta_1 \text{ or } \beta_2 \text{ is not } 0$$

is given in the printout as

$$F = \frac{\text{MSR}}{\text{MSE}} = 25.53$$

with $p$-value $= .001$. Hence, the overall fit of the model is highly significant. Quadratic regression accounts for $R^2 = 87.9\%$ of the variation in $y$ [$R^2(\text{adj}) = 84.5\%$]. From the $t$-tests for the individual variables in the model, you can see that both $b_1$ and $b_2$ are highly significant, with $p$-values equal to .000. Notice from the sequential sum of squares section that the sum of squares for linear regression is .8003, with an additional sum of squares of 2.3986 when the quadratic term is added. It is apparent that the simple linear regression model is inadequate in describing the data.

One last look at the residual plots generated by *MINITAB* in Figure 13.10 ensures that the regression assumptions are valid. Notice the relatively linear appearance of the normal plot and the relative scatter of the residuals versus fits. The quadratic model provides accurate predictions for values of $x$ that lie *within the range of the sampled values of x.*

**FIGURE 13.10**

*MINITAB* diagnostic plots for Example 13.4





## 13.4 EXERCISES

### BASIC TECHNIQUES

**13.1** Suppose that $E(y)$ is related to two predictor variables, $x_1$ and $x_2$, by the equation

$$E(y) = 3 + x_1 - 2x_2$$

**a.** Graph the relationship between $E(y)$ and $x_1$ when $x_2 = 2$. Repeat for $x_2 = 1$ and for $x_2 = 0$.

**b.** What relationship do the lines in part a have to one another?

**13.2** Refer to Exercise 13.1.

**a.** Graph the relationship between $E(y)$ and $x_2$ when $x_1 = 0$. Repeat for $x_1 = 1$ and for $x_1 = 2$.

**b.** What relationship do the lines in part a have to one another?

**c.** Suppose, in a practical situation, you want to model the relationship between $E(y)$ and two predictor variables $x_1$ and $x_2$. What is the implication of using the first-order model $E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2$?

**13.3** Suppose that you fit the model

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_3$$

to 15 data points and found $F$ equal to 57.44.

**a.** Do the data provide sufficient evidence to indicate that the model contributes information for the prediction of $y$? Test using a 5% level of significance.

**b.** Use the value of $F$ to calculate $R^2$. Interpret its value.

**13.4** The computer output for the multiple regression analysis for Exercise 13.3 provides this information:

$b_0 = 1.04$    $b_1 = 1.29$
                $SE(b_1) = .42$

$b_2 = 2.72$    $b_3 = .41$
$SE(b_2) = .65$    $SE(b_3) = .17$

**a.** Which, if any, of the independent variables $x_1$, $x_2$, and $x_3$ contribute information for the prediction of $y$?

**b.** Give the least-squares prediction equation.

**c.** On the same sheet of graph paper, graph $y$ versus $x_1$ when $x_2 = 1$ and $x_3 = 0$ and when $x_2 = 1$ and $x_3 = .5$. What relationship do the two lines have to each other?

**d.** What is the practical interpretation of the parameter $\beta_1$?

**13.5** Suppose that you fit the model

$$E(y) = \beta_0 + \beta_1 x + \beta_2 x^2$$

to 20 data points and obtained the accompanying *MINITAB* printout.

*MINITAB output for Exercise 13.5*

**Regression Analysis: y versus x, x-sq**

```
The regression equation is
y = 10.6 + 4.44 x - 0.648 x-sq

Predictor      Coef    SE Coef       T       P
Constant    10.5638    0.6951    15.20   0.000
x            4.4366    0.5150     8.61   0.000
x-sq        -0.64754   0.07988   -8.11   0.000

S = 1.191    R-Sq = 81.5%    R-Sq(adj) = 79.3%

Analysis of Variance
Source           DF       SS       MS       F       P
Regression        2  106.072   53.036   37.37   0.000
Residual Error   17   24.128    1.419
Total            19  130.200
```

**a.** What type of model have you chosen to fit the data?

**b.** How well does the model fit the data? Explain.

**c.** Do the data provide sufficient evidence to indicate that the model contributes information for the prediction of $y$? Use the $p$-value approach.

**13.6** Refer to Exercise 13.5.

**a.** What is the prediction equation?

**b.** Graph the prediction equation over the interval $0 \le x \le 6$.

**13.7** Refer to Exercise 13.5.

**a.** What is your estimate of the average value of $y$ when $x = 0$?

**b.** Do the data provide sufficient evidence to indicate that the average value of $y$ differs from 0 when $x = 0$?

**13.8** Refer to Exercise 13.5.

**a.** Suppose that the relationship between $E(y)$ and $x$ is a straight line. What would you know about the value of $\beta_2$?

**b.** Do the data provide sufficient evidence to indicate curvature in the relationship between $y$ and $x$?

**13.9** Refer to Exercise 13.5. Suppose that $y$ is the profit for some business and $x$ is the amount of capital invested, and you know that the rate of increase in profit for a unit increase in capital invested can only decrease as $x$ increases. You want to know whether the data provide sufficient evidence to indicate a decreasing rate of increase in profit as the amount of capital invested increases.

**a.** The circumstances described imply a one-tailed statistical test. Why?

**b.** Conduct the test at the 1% level of significance. State your conclusions.

## APPLICATIONS

**MY DATA**  **13.10** **College Textbooks**  A publisher of
**EX1310**    college textbooks conducted a study to relate profit per text $y$ to cost of sales $x$ over a 6-year period when its sales force (and sales costs) were growing rapidly. These inflation-adjusted data (in thousands of dollars) were collected:

| Profit per Text, $y$ | 16.5 | 22.4 | 24.9 | 28.8 | 31.5 | 35.8 |
|---|---|---|---|---|---|---|
| Sales Cost per Text, $x$ | 5.0 | 5.6 | 6.1 | 6.8 | 7.4 | 8.6 |

Expecting profit per book to rise and then plateau, the publisher fitted the model $E(y) = \beta_0 + \beta_1 x + \beta_2 x^2$ to the data.

*MINITAB* output for Exercise 13.10

**Regression Analysis: y versus x, x-sq**

```
The regression equation is
y = - 44.2 + 16.3 x - 0.820 x-sq

Predictor      Coef     SE Coef        T        P
Constant    -44.192       8.287    -5.33    0.013
x            16.334       2.490     6.56    0.007
x-sq        -0.8198      0.1824    -4.49    0.021

S = 0.594379    R-Sq = 99.6%    R-Sq(adj) = 99.3%

Analysis of Variance
Source         DF      SS      MS       F       P
Regression      2  234.96  117.48  332.53   0.000
Residual Error  3    1.06    0.35
Total           5  236.02

Source        DF   Seq SS
x              1   227.82
x-sq           1     7.14
```

a. Plot the data points. Does it look as though the quadratic model is necessary?

b. Find *s* on the printout. Confirm that

$$s = \sqrt{\frac{SSE}{n - k - 1}}$$

c. Do the data provide sufficient evidence to indicate that the model contributes information for the prediction of *y*? What is the *p*-value for this test, and what does it mean?

d. How much of the regression sum of squares is accounted for by the quadratic term? The linear term?

e. What sign would you expect the actual value of $\beta_2$ to have? Find the value of $\beta_2$ in the printout. Does this value confirm your expectation?

f. Do the data indicate a significant curvature in the relationship between *y* and *x*? Test at the 5% level of significance.

g. What conclusions can you draw from the accompanying residual plots?

*MINITAB* plots for Exercise 13.10





**13.11 College Textbooks II** Refer to Exercise 13.10.

a. Use the values of SSR and Total SS to calculate $R^2$. Compare this value with the value given in the printout.

b. Calculate $R^2$(adj). When would it be appropriate to use this value rather than $R^2$ to assess the fit of the model?

c. The value of $R^2$(adj) was 95.7% when a simple linear model was fit to the data. Does the linear or the quadratic model fit better?

**MY DATA** **13.12 Veggie Burgers** You have a hot grill
EX1312    and an empty hamburger bun, but you have sworn off greasy hamburgers. Would a meatless hamburger do? The data in the table record a flavor and texture score (between 0 and 100) for 12 brands of meatless hamburgers along with the price, number of calories, amount of fat, and amount of sodium per burger.[2] Some of these brands try to mimic the taste of meat, while others do not. The *MINITAB* printout shows the regression of the taste score *y* on the four predictor variables: price, calories, fat, and sodium.

| Brand | Score, $y$ | Price, $x_1$ | Calories, $x_2$ | Fat, $x_3$ | Sodium, $x_4$ |
|---|---|---|---|---|---|
| 1 | 70 | 91 | 110 | 4 | 310 |
| 2 | 45 | 68 | 90 | 0 | 420 |
| 3 | 43 | 92 | 80 | 1 | 280 |
| 4 | 41 | 75 | 120 | 5 | 370 |
| 5 | 39 | 88 | 90 | 0 | 410 |
| 6 | 30 | 67 | 140 | 4 | 440 |
| 7 | 68 | 73 | 120 | 4 | 430 |
| 8 | 56 | 92 | 170 | 6 | 520 |
| 9 | 40 | 71 | 130 | 4 | 180 |
| 10 | 34 | 67 | 110 | 2 | 180 |
| 11 | 30 | 92 | 100 | 1 | 330 |
| 12 | 26 | 95 | 130 | 2 | 340 |

MINITAB output for Exercise 13.12

**Regression Analysis: y versus x1, x2, x3, x4**

```
The regression equation is
y = 59.8 + 0.129 x1 - 0.580 x2 + 8.50 x3 + 0.0488 x4

Predictor       Coef     SE Coef        T       P
Constant       59.85       35.68     1.68   0.137
x1            0.1287      0.3391     0.38   0.716
x2           -0.5805      0.2888    -2.01   0.084
x3            8.498        3.472     2.45   0.044
x4           0.04876     0.04062     1.20   0.269

S = 12.7199    R-Sq = 49.9%    R-Sq(adj) = 21.3%

Analysis of Variance
Source          DF       SS      MS      F       P
Regression       4   1128.4   282.1   1.74   0.244
Residual Error   7   1132.6   161.8
Total           11   2261.0

Source    DF     Seq SS
x1         1       11.2
x2         1       19.6
x3         1      864.5
x4         1      233.2
```

**a.** Comment on the fit of the model using the statistical test for the overall fit and the coefficient of determination, $R^2$.

**b.** If you wanted to refit the model by eliminating one of the independent variables, which one would you eliminate? Why?

**13.13 Veggie Burgers II** Refer to Exercise 13.12. A command in the *MINITAB* regression menu provides output in which $R^2$ and $R^2(\text{adj})$ are calculated for all possible subsets of the four independent variables. The printout is provided here.

*MINITAB* output for Exercise 13.13

**Best Subsets Regression: y versus x1, x2, x3, x4**
```
Response is y

                 R-Sq   Mallows              x x x x
Vars   R-Sq     (adj)     C-p      s         1 2 3 4

  1    17.0      8.7      3.6    13.697       X
  1     6.9      0.0      5.0    14.506             X
  2    37.2     23.3      2.8    12.556       X X
  2    20.3      2.5      5.1    14.153           X X
  3    48.9     29.7      3.1    12.020       X X X
  3    39.6     16.9      4.4    13.066       X X X
  4    49.9     21.3      5.0    12.720       X X X X
```

**a.** If you had to compare these models and choose the best one, which model would you choose? Explain.

**b.** Comment on the usefulness of the model you chose in part a. Is your model valuable in predicting a taste score based on the chosen predictor variables?

**MY DATA** **13.14 Air Pollution III** An experiment was EX1314    designed to compare several different types of air pollution monitors.[3] Each monitor was set up and then exposed to different concentrations of ozone, ranging between 15 and 230 parts per million (ppm), for periods of 8–72 hours. Filters on the monitor were then analyzed, and the response of the monitor was

measured. The results for one type of monitor showed a linear pattern (see Exercise 12.14). The results for another type of monitor are listed in the table.

| Ozone (ppm/hr), $x$ | .06 | .12 | .18 | .31 | .57 | .65 | .68 | 1.29 |
|---|---|---|---|---|---|---|---|---|
| Relative Fluorescence Density, $y$ | 8 | 18 | 27 | 33 | 42 | 47 | 52 | 61 |

**a.** Plot the data. What model would you expect to provide the best fit to the data? Write the equation of that model.

**b.** Use a computer software package to fit the model from part a.

**c.** Find the least-squares regression line relating the monitor's response to the ozone concentration.

**d.** Does the model contribute significant information for the prediction of the monitor's response based on ozone exposure? Use the appropriate $p$-value to make your decision.

**e.** Find $R^2$ on the printout. What does this value tell you about the effectiveness of the multiple regression analysis?

**MY DATA** **13.15 Corporate Profits** In order to study EX1315    the relationship of advertising and capital investment with corporate profits, the following data, recorded in units of $100,000, were collected for 10 medium-sized firms in the same year. The variable $y$ represents profit for the year, $x_1$ represents capital investment, and $x_2$ represents advertising expenditures.

| $y$ | $x_1$ | $x_2$ | $y$ | $x_1$ | $x_2$ |
|---|---|---|---|---|---|
| 15 | 25 | 4 | 1 | 20 | 0 |
| 16 | 1 | 5 | 16 | 12 | 4 |
| 2 | 6 | 3 | 18 | 15 | 5 |
| 3 | 30 | 1 | 13 | 6 | 4 |
| 12 | 29 | 2 | 2 | 16 | 2 |

**a.** Using the model

$$y = \beta_0 + \beta_1 x + \beta_2 x_2$$

and an appropriate computer software package, find the least-squares prediction equation for these data.

**b.** Use the overall $F$-test to determine whether the model contributes significant information for the prediction of $y$. Use $\alpha = .01$.

**c.** Does advertising expenditure $x_2$ contribute significant information for the prediction of $y$, given that $x_1$ is already in the model? Use $\alpha = .01$.

**d.** Calculate the coefficient of determination, $R^2$. What percentage of the overall variation is explained by the model?

**MY DATA**  **13.16 YouTube** The video-sharing site
EX1316   YouTube attracted 19.6 million visitors in
June 2006, an almost 300% increase from January of
that same year. Despite YouTube's phenomenal
growth, some analysts have questioned whether the
site can transition from a free service to one that can
make money. The growth trend for YouTube from
August 2005 to June 2006 is given the following table.[4]

| Time | Coded Time | Total Unique Visitors (000) |
|------|------------|------------------------------|
| 8/2005 | 1 | 72 |
| 9/2005 | 2 | 100 |
| 10/2005 | 3 | 750 |
| 11/2005 | 4 | 990 |
| 12/2005 | 5 | 1600 |
| 1/2006 | 6 | 2800 |
| 2/2006 | 7 | 4100 |
| 3/2006 | 8 | 5700 |
| 4/2006 | 9 | 6600 |
| 5/2006 | 10 | 12,600 |
| 6/2006 | 11 | 12,800 |

Linear and quadratic fitted plots for these data follow.



Fitted Line Plot
$y = -3432 + 1301 x$

S       1849.88
R-Sq    85.8%
R-Sq(adj)  84.2%



Fitted Line Plot
$y = 886 - 691.9 x + 166.1 x^{**2}$

S       944.385
R-Sq    96.7%
R-Sq(adj)  95.9%

a. Based upon the summary statistics in the line plots, which of the two models better fits the data?

b. Write the equation for the quadratic model.

c. Use the following printout to determine if the quadratic term contributes significant information to the prediction of $y$, in the presence of the linear term.

**Regression Analysis: Number versus Time, Time-sq**

```
The regression equation is
Number = 886 - 692 Time + 166 Time-sq

Predictor     Coef    SE Coef       T       P
Constant       886       1037    0.85   0.418
Time        -691.9      397.2   -1.74   0.120
Time-sq     166.07      32.24    5.15   0.001

S = 944.381    R-Sq = 96.7%    R-Sq(adj) = 95.9%

Analysis of Variance
Source           DF          SS         MS       F       P
Regression        2   209848944  104924472  117.65   0.000
Residual Error     8     7134840     891855
Total            10   216983783
```

# USING QUANTITATIVE AND QUALITATIVE PREDICTOR VARIABLES IN A REGRESSION MODEL

**13.5**

One reason multiple regression models are very flexible is that they allow for the use of both *qualitative* and *quantitative* predictor variables. For the multiple regression methods used in this chapter, the response variable *y must be quantitative,* measuring a numerical random variable that has a normal distribution (according to the assumptions of Section 13.2). However, each independent predictor variable can be either a quantitative variable *or* a qualitative variable, whose levels represent qualities or characteristics and can only be categorized.

Quantitative and qualitative variables enter the regression model in different ways. To make things more complicated, we can allow a combination of different types of variables in the model, *and* we can allow the variables to *interact,* a concept that may be familiar to you from the *factorial experiment* of Chapter 11. We consider these options one at a time.

A **quantitative variable** $x$ can be entered as a linear term, $x$, or to some higher power such as $x^2$ or $x^3$, as in the quadratic model in Example 13.3. When more than one quantitative variable is necessary, the interpretation of the possible models becomes more complicated. For example, with two quantitative variables $x_1$ and $x_2$, you could use a **first-order model** such as

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2$$

which traces a plane in three-dimensional space (see Figure 13.1). However, it may be that one of the variables—say, $x_2$—is not related to $y$ in the same way when $x_1 = 1$ as it is when $x_1 = 2$. To allow $x_2$ to behave differently depending on the value of $x_1$, we add an **interaction term,** $x_1 x_2$, and allow the two-dimensional plane to *twist.* The model is now a **second-order model:**

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_1 x_2$$

The models become complicated quickly when you allow curvilinear relationships *and* interaction for the two variables. One way to decide on the type of model you need is to plot some of the data—perhaps $y$ versus $x_1$, $y$ versus $x_2$, and $y$ versus $x_2$ for various values of $x_1$.

In contrast to quantitative predictor variables, **qualitative predictor variables** are entered into a regression model through **dummy** or **indicator variables.** For example, in a model that relates the mean salary of a group of employees to a number of predictor variables, you may want to include the employee's ethnic background. If each employee included in your study belongs to one of three ethnic groups—say, A, B, or C—you can enter the qualitative variable "ethnicity" into your model using two *dummy variables:*

$$x_1 = \begin{cases} 1 & \text{if group B} \\ 0 & \text{if not} \end{cases} \qquad x_2 = \begin{cases} 1 & \text{if group C} \\ 0 & \text{if not} \end{cases}$$

Look at the effect these two variables have on the model $E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2$: For employees in group A,

$$E(y) = \beta_0 + \beta_1(0) + \beta_2(0) = \beta_0$$

for employees in group B,

$$E(y) = \beta_0 + \beta_1(1) + \beta_2(0) = \beta_0 + \beta_1$$

and for those in group C,

$$E(y) = \beta_0 + \beta_1(0) + \beta_2(1) = \beta_0 + \beta_2$$

The model allows a different average response for each group. $\beta_1$ measures the difference in the average responses between groups B and A, while $\beta_2$ measures the difference between groups C and A.

When a qualitative variable involves $k$ categories or levels, $(k - 1)$ dummy variables should be added to the regression model. This model may contain other predictor variables—quantitative or qualitative—as well as cross-products (**interactions**) of the dummy variables with other variables that appear in the model. As you can see, the process of model building—deciding on the appropriate terms to enter into the regression model—can be quite complicated. However, you can become more proficient



**MY TIP**

Enter **quantitative** variables as

• a single $x$

• a higher power, $x^2$ or $x^3$

• an interaction with another variable



**MY TIP**

**Qualitative** variables are entered as dummy variables—one fewer than the number of categories or levels.

at model building, gaining experience with the chapter exercises. The next example involves one quantitative and one qualitative variable that interact.

**EXAMPLE** **13.5** A study was conducted to examine the relationship between university salary $y$, the number of years of experience of the faculty member, and the gender of the faculty member. If you expect a straight-line relationship between mean salary and years of experience for both men and women, write the model that relates mean salary to the two predictor variables: years of experience (quantitative) and gender of the professor (qualitative).

**Solution**   Since you may suspect the mean salary lines for women and men to be different, your model for mean salary $E(y)$ may appear as shown in Figure 13.11. A straight-line relationship between $E(y)$ and years of experience $x_1$ implies the model

$$E(y) = \beta_0 + \beta_1 x_1 \qquad \text{(graphs as a straight line)}$$

**FIGURE 13.11**

Hypothetical relationship for mean salary $E(y)$, years of experience ($x_1$), and gender ($x_2$) for Example 13.5



The qualitative variable "gender" involves $k = 2$ categories, men and women. Therefore, you need $(k - 1) = 1$ dummy variable, $x_2$, defined as

$$x_2 = \begin{cases} 1 & \text{if a man} \\ 0 & \text{if a woman} \end{cases}$$

and the model is expanded to become

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 \qquad \text{(graphs as two parallel lines)}$$

The fact that the slopes of the two lines may differ means that the two predictor variables **interact;** that is, the change in $E(y)$ corresponding to a change in $x_1$ depends on whether the professor is a man or a woman. To allow for this interaction (difference in slopes), the interaction term $x_1 x_2$ is introduced into the model. The complete model that characterizes the graph in Figure 13.11 is

dummy variable
for gender
↓

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_1 x_2$$

↑                    ↑
years of           interaction
experience

where

$$x_1 = \text{Years of experience}$$
$$x_2 = \begin{cases} 1 & \text{if a man} \\ 0 & \text{if a woman} \end{cases}$$

You can see how the model works by assigning values to the dummy variable $x_2$. When the faculty member is a woman, the model is

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2(0) + \beta_3 x_1(0) = \beta_0 + \beta_1 x_1$$

which is a straight line with slope $\beta_1$ and intercept $\beta_0$. When the faculty member is a man, the model is

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2(1) + \beta_3 x_1(1) = (\beta_0 + \beta_2) + (\beta_1 + \beta_3)x_1$$

which is a straight line with slope $(\beta_1 + \beta_3)$ and intercept $(\beta_0 + \beta_2)$. The two lines have *different slopes and different intercepts,* which allows the relationship between salary $y$ and years of experience $x_1$ to behave differently for men and women.

**EXAMPLE**  **13.6**    Random samples of six female and six male assistant professors were selected from among the assistant professors in a college of arts and sciences. The data on salary and years of experience are shown in Table 13.3. Note that each of the two samples (male and female) contained two professors with 3 years of experience, but no male professor had 2 years of experience. Interpret the output of the *MINITAB* regression printout and graph the predicted salary lines.

**TABLE 13.3** ●    **Salary versus Gender and Years of Experience**

| Years of Experience, $x_1$ | Salary for Men, $y$ | Salary for Women, $y$ |
|---|---|---|
| 1 | $60,710 | $59,510 |
| 2 | — | 60,440 |
| 3 | 63,160 | 61,340 |
| 3 | 63,210 | 61,760 |
| 4 | 64,140 | 62,750 |
| 5 | 65,760 | 63,200 |
| 5 | 65,590 | — |

**Solution**    The *MINITAB* regression printout for the data in Table 13.3 is shown in Figure 13.12. You can use a step-by-step approach to interpret this regression analysis, beginning with the fitted prediction equation, $\hat{y} = 58,593 + 969x_1 + 867x_2 + 260x_1 x_2$. By substituting $x_2 = 0$ or 1 into this equation, you get two straight lines—one for women and one for men—to predict the value of $y$ for a given $x_1$. These lines are

Women:   $\hat{y} = 58,593 + 969x_1$
Men:     $\hat{y} = 59,460 + 1229x_1$

and are graphed in Figure 13.13.

**FIGURE 13.12**

*MINITAB* output for Example 13.6

**Regression Analysis: y versus x1, x2, x1x2**

```
The regression equation is
y = 58593 + 969 x1 + 867 x2 + 260 x1x2

Predictor         Coef      SE Coef           T          P
Constant       58593.0        207.9      281.77      0.000
x1              969.00        63.67       15.22      0.000
x2              866.7         305.3        2.84      0.022
x1x2            260.13        87.06        2.99      0.017

S = 201.344       R-Sq = 99.2%      R-Sq(adj) = 98.9%

Analysis of Variance
Source             DF           SS          MS         F        P
Regression          3     42108777    14036259    346.24    0.000
Residual Error      8       324315       40539
Total              11     42433092

Source         DF      Seq SS
x1              1    33294036
x2              1     8452797
x1x2            1      361944
```

Next, consider the overall fit of the model using the analysis of variance *F*-test. Since the observed test statistic in the ANOVA portion of the printout is $F = 346.24$ with $P = .000$, you can conclude that at least one of the predictor variables is contributing information for the prediction of *y*. The strength of this model is further measured by the coefficient of determination, $R^2 = 99.2\%$. You can see that the model appears to fit very well.

**FIGURE 13.13**

A graph of the faculty salary prediction lines for Example 13.6



To explore the effect of the predictor variables in more detail, look at the individual *t*-tests for the three predictor variables. The *p*-values for these tests—.000, .022, and .017, respectively—are all significant, which means that all of the predictor variables add significant information to the prediction *with the other two variables already in*

*the model.* Finally, check the residual plots to make sure that there are no strong violations of the regression assumptions. These plots, which behave as expected for a properly fit model, are shown in Figure 13.14.

**FIGURE 13.14**

*MINITAB* residual plots for Example 13.6




---

**EXAMPLE** **13.7**

Refer to Example 13.6. Do the data provide sufficient evidence to indicate that the annual rate of increase in male junior faculty salaries exceeds the annual rate of increase in female junior faculty salaries? That is, do the data provide sufficient evidence to indicate that the slope of the men's faculty salary line is greater than the slope of the women's faculty salary line?

**Solution** Since $\beta_3$ measures the difference in slopes, the slopes of the two lines will be identical if $\beta_3 = 0$. Therefore, you want to test the null hypothesis

$$H_0 : \beta_3 = 0$$

—that is, the slopes of the two lines are identical—versus the alternative hypothesis

$$H_a : \beta_3 > 0$$

—that is, the slope of the men's faculty salary line is greater than the slope of the women's faculty salary line.

The calculated value of $t$ corresponding to $\beta_3$, shown in the row labeled "x1x2" in Figure 13.12, is 2.99. Since the *MINITAB* regression output provides $p$-values for two-tailed significance tests, the $p$-value in the printout, .017, is *twice* what it would be for a one-tailed test. For this one-tailed test, the $p$-value is $.017/2 = .0085$, and the null hypothesis is rejected. There is sufficient evidence to indicate that the annual rate of increase in men's faculty salaries exceeds the rate for women.[†]

---

[†]If you want to determine whether the data provide sufficient evidence to indicate that male faculty members start at higher salaries, you would test $H_0 : \beta_2 = 0$ versus the alternative hypothesis $H_a : \beta_2 > 0$.

**13.5** **EXERCISES**

## BASIC TECHNIQUES

**13.17 Production Yield** Suppose you wish to predict production yield $y$ as a function of several independent predictor variables. Indicate whether each of the following independent variables is qualitative or quantitative. If qualitative, define the appropriate dummy variable(s).

a. The prevailing interest rate in the area

b. The price per pound of one item used in the production process

c. The plant (A, B, or C) at which the production yield is measured

d. The length of time that the production machine has been in operation

e. The shift (night or day) in which the yield is measured

**13.18** Suppose $E(y)$ is related to two predictor variables $x_1$ and $x_2$ by the equation

$$E(y) = 3 + x_1 - 2x_2 + x_1x_2$$

a. Graph the relationship between $E(y)$ and $x_1$ when $x_2 = 0$. Repeat for $x_2 = 2$ and for $x_2 = -2$.

b. Repeat the instructions of part a for the model

$$E(y) = 3 + x_1 - 2x_2$$

c. Note that the equation for part a is exactly the same as the equation in part b except that we have added the term $x_1x_2$. How does the addition of the $x_1x_2$ term affect the graphs of the three lines?

d. What flexibility is added to the first-order model $E(y) = \beta_0 + \beta_1x_1 + \beta_2x_2$ by the addition of the term $\beta_3x_1x_2$, using the model $E(y) = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_1x_2$?

**13.19** A multiple linear regression model involving one qualitative and one quantitative independent variable produced this prediction equation:

$$\hat{y} = 12.6 + .54x_1 - 1.2x_1x_2 + 3.9x_2^2$$

a. Which of the two variables is the quantitative variable? Explain.

b. If $x_1$ can take only the values 0 or 1, find the two possible prediction equations for this experiment.

c. Graph the two equations found in part b. Compare the shapes of the two curves.

## APPLICATIONS

**MY DATA** **13.20 Less Red Meat!** Americans are very vocal about their attempts to improve personal well-being by "eating right and exercising more." One desirable dietary change is to reduce the intake of red meat and to substitute poultry or fish. Researchers tracked beef and chicken consumption, $y$ (in annual pounds per person), and found the consumption of beef declining and the consumption of chicken increasing over a period of seven years. A summary of their data is shown in the table.

EX1320

| Year | Beef | Chicken |
|------|------|---------|
| 1 | 85 | 37 |
| 2 | 89 | 36 |
| 3 | 76 | 47 |
| 4 | 76 | 47 |
| 5 | 68 | 62 |
| 6 | 67 | 74 |
| 7 | 60 | 79 |

Consider fitting the following model, which allows for simultaneously fitting two simple linear regression lines:

$$E(y) = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_1x_2$$

where $y$ is the annual meat (either beef or chicken) consumption per person per year,

$$x_1 = \begin{cases} 1 & \text{if beef} \\ 0 & \text{if chicken} \end{cases} \quad \text{and} \quad x_2 = \text{Year}$$

*MINITAB* output for Exercise 13.20

**Regression Analysis: y versus x1, x2, x1x2**

```
The regression equation is
y = 23.6 + 69.0 x1 + 7.75 x2 - 12.3 x1x2

Predictor        Coef     SE Coef         T        P
Constant       23.571       3.522      6.69    0.000
x1             69.000       4.981     13.85    0.000
x2             7.7500      0.7875      9.84    0.000
x1x2          -12.286       1.114    -11.03    0.000

S = 4.16705     R-Sq = 95.4%      R-Sq(adj) = 94.1%

Analysis of Variance
Source          DF          SS        MS        F        P
Regression       3      3637.9    1212.6    69.83    0.000
Residual Error  10       173.6      17.4
Total           13      3811.5

Source          DF      Seq SS
x1               1      1380.1
x2               1       144.6
x1x2             1      2113.1

Predicted Values for New Observations
New
Obs     Fit   SE Fit        95% CI              95% PI
1     56.29     3.52   (48.44,  64.13)   (44.13,  68.44)

Values of Predictors for New Observations
New Obs        x1          x2        x1x2
1            1.00        8.00        8.00
```

*MINITAB* diagnostic plots for Exercise 13.20





**a.** How well does the model fit? Use any relevant statistics and diagnostic tools from the printout to answer this question.

**b.** Write the equations of the two straight lines that describe the trend in consumption over the period of 7 years for beef and for chicken.

**c.** Use the prediction equation to find a point estimate of the average per-person beef consumption in year 8. Compare this value with the value labeled "Fit" in the printout.

**d.** Use the printout to find a 95% confidence interval for the average per-person beef consumption in year 8. What is the 95% prediction interval for the per-person beef consumption in year 8? Is there any problem with the validity of the 95% confidence level for these intervals?

MY DATA    **13.21 Cotton versus Cucumber**  In Exer-
EX1321    cise 11.65, you used the analysis of variance procedure to analyze a $2 \times 3$ factorial experiment in

which each factor–level combination was replicated five times. The experiment involved the number of eggs laid by caged female whiteflies on two different plants at three different temperature levels. Suppose that several of the whiteflies died before the experiment was completed, so that the number of replications was no longer the same for each treatment. The analysis of variance formulas of Chapter 11 can no longer be used, but the experiment *can* be analyzed using a multiple regression analysis. The results of this **2 × 3 factorial experiment with unequal replications** are shown in the table.

| | Cotton | | | Cucumber | |
|---|---|---|---|---|---|
| 70° | 77° | 82° | 70° | 77° | 82° |
| 37 | 34 | 46 | 50 | 59 | 43 |
| 21 | 54 | 32 | 53 | 53 | 62 |
| 36 | 40 | 41 | 25 | 31 | 71 |
| 43 | 42 | | 37 | 69 | 49 |
| 31 | | | 48 | 51 | |

**a.** Write a model to analyze this experiment. Make sure to include a term for the interaction between plant and temperature.

**b.** Use a computer software package to perform the multiple regression analysis.

**c.** Do the data provide sufficient evidence to indicate that the effect of temperature on the number of eggs laid is *different* depending on the type of plant?

**d.** Based on the results of part c, do you suggest refitting a different model? If so, rerun the regression analysis using the new model and analyze the printout.

**e.** Write a paragraph summarizing the results of your analyses.

MY DATA    **13.22 Achievement Scores III**  The Aca-
EX1322    demic Performance Index (API), described in Exercise 12.11, is a measure of school achievement based on the results of the Stanford 9 Achievement Test. The API scores for eight elementary schools in Riverside County, California, are shown below, along with several other independent variables.[5]

| School | API Score $y$ | Awards $x_1$ | % Meals $x_2$ |
|---|---|---|---|
| 1 | 588 | Yes | 58 |
| 2 | 659 | No | 62 |
| 3 | 710 | Yes | 66 |
| 4 | 657 | No | 36 |
| 5 | 669 | No | 40 |
| 6 | 641 | No | 51 |
| 7 | 557 | No | 73 |
| 8 | 743 | Yes | 22 |

| School | % ELL $x_3$ | % Emergency $x_4$ | Previous Year's API $x_5$ |
|---|---|---|---|
| 1 | 34 | 16 | 533 |
| 2 | 22 | 5 | 655 |
| 3 | 14 | 19 | 695 |
| 4 | 30 | 14 | 680 |
| 5 | 11 | 13 | 670 |
| 6 | 26 | 2 | 636 |
| 7 | 39 | 14 | 532 |
| 8 | 6 | 4 | 705 |

The variables are defined as

$x_1$ = 1 if the school was given a financial award for meeting growth goals, 0 if not.

$x_2$ = % of students who qualify for free or reduced price meals

$x_3$ = % of students who are English Language Learners

$x_4$ = % of teachers on emergency credentials

$x_5$ = API score in 2000

The *MINITAB* printout for a first-order regression model is given below.

**Regression Analysis: y versus x1, x2, x3, x4, x5**
```
The regression equation is
y = 269 + 33.2 x1 - 0.003 x2 - 1.02 x3
    - 1.00 x4 + 0.636 x5

Predictor    Coef      STDev       T        P
Constant    269.03     41.55      6.48    0.023
x1           33.227     4.373      7.60    0.017
x2           -0.0027    0.1396    -0.02    0.987
x3           -1.0159    0.3237    -3.14    0.088
x4           -1.0032    0.3391    -2.96    0.098
x5            0.63560   0.05209   12.20    0.007

S = 4.73394   R-Sq = 99.8%   R-Sq(adj) = 99.4%

Analysis of Variance
Source          DF       SS       MS       F       P
Regression       5    25197.2   5039.4   224.87   0.004
Residual Error   2       44.8     22.4
Total            7    25242.0
```

**a.** What is the model that has been fit to this data? What is the least-squares prediction equation?

**b.** How well does the model fit? Use any relevant statistics from the printout to answer this question.

**c.** Which, if any, of the independent variables are useful in predicting the API, given the other independent variables already in the model? Explain.

**d.** Use the values of $R^2$ and $R^2$(adj) in the following printout to choose the best model for prediction. Would you be confident in using the chosen model for predicting the API score for next year based on a model containing similar variables? Explain.

**Best Subsets Regression: y versus x1, x2, x3, x4, x5**
```
Response is y
                    R-Sq    Mallows              x x x x x
Vars   R-Sq       (adj)     C-p        S         1 2 3 4 5
  1    87.9        85.8    132.7     22.596              X
  1    84.5        81.9    170.7     25.544        X
  2    97.4        96.4     27.1     11.423      X       X
  2    94.6        92.4     58.8     16.512          X   X
  3    99.0        98.2     11.8      8.1361     X  X   X
  3    98.9        98.2     11.9      8.1654     X     X X
  4    99.8        99.6      4.0      3.8656     X    X X X
  4    99.0        97.8     12.8      8.9626   X X X    X
  5    99.8        99.4      6.0      4.7339   X X X X X
```

**13.23 Particle Board** A quality control engineer is interested in predicting the strength of particle board $y$ as a function of the size of the particles $x_1$ and two types of bonding compounds. If the basic response is expected to be a quadratic function of particle size, write a linear model that incorporates the qualitative variable "bonding compound" into the predictor equation.

(MY) DATA **13.24 Construction Projects** In a study to EX1324 examine the relationship between the time required to complete a construction project and several pertinent independent variables, an analyst compiled a list of four variables that might be useful in predicting the time to completion. These four variables were size of the contract, $x_1$ (in $1000 unit), number of work-days adversely affected by the weather $x_2$, number of subcontractors involved in the project $x_4$, and a variable $x_3$ that measured the presence ($x_3 = 1$) or absence ($x_3 = 0$) of a workers' strike during the construction. Fifteen construction projects were randomly chosen, and each of the four variables as well as the time to completion were measured.

| $y$ | $x_1$ | $x_2$ | $x_3$ | $x_4$ |
|---|---|---|---|---|
| 29 | 60 | 7 | 0 | 7 |
| 15 | 80 | 10 | 0 | 8 |
| 60 | 100 | 8 | 1 | 10 |
| 10 | 50 | 14 | 0 | 5 |
| 70 | 200 | 12 | 1 | 11 |
| 15 | 50 | 4 | 0 | 3 |
| 75 | 500 | 15 | 1 | 12 |
| 30 | 75 | 5 | 0 | 6 |
| 45 | 750 | 10 | 0 | 10 |
| 90 | 1200 | 20 | 1 | 12 |
| 7 | 70 | 5 | 0 | 3 |
| 21 | 80 | 3 | 0 | 6 |
| 28 | 300 | 8 | 0 | 8 |
| 50 | 2600 | 14 | 1 | 13 |
| 30 | 110 | 7 | 0 | 4 |

An analysis of these data using a first-order model in $x_1, x_2, x_3$, and $x_4$ produced the following printout. Give a complete analysis of the printout and interpret your results. What can you say about the apparent contribution of $x_1$ and $x_2$ in predicting $y$?

**Regression Analysis: y versus x1, x2, x3, x4**
```
The regression equation is
y = -1.6 - 0.00784 x1 + 0.68 x2 + 28.0 x3 + 3.49 x4

Predictor        Coef     SE Coef       T       P
Constant        -1.59       11.66   -0.14   0.894
x1          -0.007843    0.006230   -1.26   0.237
x2            -0.6753      0.9998    0.68   0.515
x3              28.01       11.37    2.46   0.033
x4              3.489       1.935    1.80   0.102

S = 11.8450       R-Sq = 84.7%     R-Sq(adj) = 78.6%

Analysis of Variance
Source           DF       SS      MS       F       P
Regression        4   7770.3  1942.6   13.85   0.000
Residual Error   10   1403.0   140.3
Total            14   9173.3
```

| Source | *DF* | Seq SS |
|--------|------|--------|
| X1 | 1 | 1860.9 |
| x2 | 1 | 2615.3 |
| x3 | 1 | 2838.0 |
| x4 | 1 | 456.0 |





---

## TESTING SETS OF REGRESSION COEFFICIENTS

**13.6**

In the preceding sections, you have tested the complete set of partial regression coefficients using the $F$-test for the overall fit of the model, and you have tested the partial regression coefficients individually using the Student's $t$-test. Besides these two important tests, you might want to test hypotheses about some subsets of these regression coefficients.

For example, suppose a company suspects that the demand $y$ for some product could be related to as many as five independent variables, $x_1$, $x_2$, $x_3$, $x_4$, and $x_5$. The cost of obtaining measurements on the variables $x_3$, $x_4$, and $x_5$ is very high. If, in a small pilot study, the company could show that these three variables contribute little or no information for the prediction of $y$, they can be eliminated from the study at great savings to the company.

If all five variables, $x_1$, $x_2$, $x_3$, $x_4$, and $x_5$, are used to predict $y$, the regression model would be written as

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_3 + \beta_4 x_4 + \beta_5 x_5 + \epsilon$$

However, if $x_3$, $x_4$, and $x_5$ contribute no information for the prediction of $y$, then they would not appear in the model—that is, $\beta_3 = \beta_4 = \beta_5 = 0$—and the reduced model would be

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \epsilon$$

Hence, you want to test the null hypothesis

$$H_0 : \beta_3 = \beta_4 = \beta_5 = 0$$

—that is, the independent variables $x_3$, $x_4$, and $x_5$ contribute no information for the prediction of $y$—versus the alternative hypothesis

$$H_a : \text{At least one of the parameters } \beta_3, \beta_4, \text{ or } \beta_5 \text{ differs from } 0$$

—that is, at least one of the variables $x_3$, $x_4$, or $x_5$ contributes information for the prediction of $y$. Thus, in deciding whether the complete model is preferable to the reduced model in predicting demand, you are led to a test of hypothesis about a set of three parameters, $\beta_3$, $\beta_4$, and $\beta_5$.

A test of hypothesis concerning a set of model parameters involves two models:

Model 1 (reduced model)

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_r x_r$$

Model 2 (complete model)

$$E(y) = \underbrace{\beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_r x_r}_{\text{terms in model 1}} + \underbrace{\beta_{r+1} x_{r+1} + \beta_{r+2} x_{r+2} + \cdots \beta_k x_k}_{\text{additional terms in model 2}}$$

Suppose you fit both models to the data set and calculated the sum of squares for error for both regression analyses. If model 2 contributes more information for the prediction of $y$ than model 1, then the errors of prediction for model 2 should be smaller than the corresponding errors for model 1, and $\text{SSE}_2$ should be smaller than $\text{SSE}_1$. In fact, the greater the difference between $\text{SSE}_1$ and $\text{SSE}_2$, the greater is the evidence to indicate that model 2 contributes more information for the prediction of $y$ than model 1.

The test of the null hypothesis

$$H_0 : \beta_{r+1} = \beta_{r+2} = \cdots = \beta_k = 0$$

versus the alternative hypothesis

$$H_a : \text{At least one of the parameters } \beta_{r+1}, \beta_{r+2}, \ldots, \beta_k \text{ differs from } 0$$

uses the test statistic

$$F = \frac{(\text{SSE}_1 - \text{SSE}_2)/(k - r)}{\text{MSE}_2}$$

where $F$ is based on $df_1 = (k - r)$ and $df_2 = n - (k + 1)$. Note that the $(k - r)$ parameters involved in $H_0$ are those added to model 1 to obtain model 2. The numerator degrees of freedom $df_1$ always equals $(k - r)$, the number of parameters involved in $H_0$. The denominator degrees of freedom $df_2$ is the number of degrees of freedom associated with the sum of squares for error, $\text{SSE}_2$, for the complete model.

The rejection region for the test is identical to the rejection region for all of the analysis of variance $F$-tests—namely,

$$F > F_\alpha$$

EXAMPLE  **13.8**  Refer to the real estate data of Example 13.2 that relate the listed selling price $y$ to the square feet of living area $x_1$, the number of floors $x_2$, the number of bedrooms $x_3$, and the number of bathrooms, $x_4$. The realtor suspects that the square footage of living area is the most important predictor variable and that the other variables might be eliminated from the model without loss of much prediction information. Test this claim with $\alpha = .05$.

**Solution**    The hypothesis to be tested is

$$H_0 : \beta_2 = \beta_3 = \beta_4 = 0$$

versus the alternative hypothesis that at least one of $\beta_2$, $\beta_3$, or $\beta_4$ is different from 0. The **complete model 2,** given as

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_3 + \beta_4 x_4 + \epsilon$$

was fitted in Example 13.2. A portion of the *MINITAB* printout from Figure 13.3 is reproduced in Figure 13.15 along with a portion of the *MINITAB* printout for the simple linear regression analysis of the **reduced model 1,** given as

$$y = \beta_0 + \beta_1 x_1 + \epsilon$$

**FIGURE 13.15**

Portions of the *MINITAB* regression printouts for (a) complete and (b) reduced models for Example 13.8

**Regression Analysis: (a) List Price versus Square Feet, Number of Floors, Bedrooms and Baths**

```
S = 6.84930    R-Sq = 97.1%    R-Sq(adj) = 96.0%

Analysis of Variance
Source            DF           SS          MS         F        P
Regression         4      15913.0      3978.3     84.80    0.000
Residual Error    10        469.1        46.9
Total             14      16382.2
```

**Regression Analysis: (b) List Price versus Square Feet**

```
S = 10.9294    R-Sq = 90.5%    R-Sq(adj) = 89.8%

Analysis of Variance
Source            DF           SS          MS         F        P
Regression         1        14829       14829    124.14    0.000
Residual Error    13         1553         119
Total             14        16382
```

Then $SSE_1 = 1553$ from Figure 13.15(b) and $SSE_2 = 469.1$ and $MSE_2 = 46.9$ from Figure 13.15(a). The test statistic is

$$F = \frac{(SSE_1 - SSE_2)/(k - r)}{MSE_2}$$

$$= \frac{(1553 - 469.1)/(4 - 1)}{46.9} = 7.70$$

The critical value of $F$ with $\alpha = .05$, $df_1 = 3$, and $df_2 = n - (k + 1) = 15 - (4 + 1) = 10$ is $F_{.05} = 3.71$. Hence, $H_0$ is rejected. There is evidence to indicate that at least one of the three variables—number of floors, bedrooms, or bathrooms—is contributing significant information for predicting the listed selling price.

## 13.7 INTERPRETING RESIDUAL PLOTS

Once again, you can use residual plots to discover possible violations in the assumptions required for a regression analysis. There are several common patterns you should recognize because they occur frequently in practical applications.

The variance of some types of data changes as the mean changes:

- Poisson data exhibit variation that *increases* with the mean.

- Binomial data exhibit variation that *increases* for values of $p$ from .0 to .5, and then *decreases* for values of $p$ from .5 to 1.0.

Residual plots for these types of data have a pattern similar to that shown in Figure 13.16.

**FIGURE 13.16**

Plots of residuals against $\hat{y}$

 

(a) Poisson Data　　　　(b) Binomial Percentages

If the range of the residuals increases as $\hat{y}$ increases and you know that the data are measurements on Poisson variables, you can stabilize the variance of the response by running the regression analysis on $y^* = \sqrt{y}$. Or if the percentages are calculated from binomial data, you can use the arcsin transformation, $y^* = \sin^{-1}\sqrt{y}$.[†]

Even if you are not sure why the range of the residuals increases as $\hat{y}$ increases, you can still use a transformation of $y$ that affects larger values of $y$ more than smaller values—say, $y^* = \sqrt{y}$ or $y^* = \ln y$. These transformations have a tendency both to stabilize the variance of $y^*$ and to make the distribution of $y^*$ more nearly normal when the distribution of $y$ is highly skewed.

Plots of the residuals versus the fits $\hat{y}$ or versus the individual predictor variables often show a pattern that indicates you have chosen an incorrect model. For example, if $E(y)$ and a single independent variable $x$ are linearly related—that is,

$$E(y) = \beta_0 + \beta_1 x$$

and you fit a straight line to the data, then the observed $y$-values should vary in a random manner about $\hat{y}$, and a plot of the residuals against $x$ will appear as shown in Figure 13.17.

**FIGURE 13.17**

Residual plot when the model provides a good approximation to reality



[†]In Chapter 11 and earlier chapters, we represented the response variable by the symbol $x$. In the chapters on regression analysis, Chapters 12 and 13, the response variable is represented by the symbol $y$.

In Example 13.3, you fit a quadratic model relating productivity $y$ to store size $x$. If you had incorrectly used a linear model to fit these data, the residual plot in Figure 13.18 would show that the unexplained variation exhibits a curved pattern, which suggests that there is a quadratic effect that has not been included in the model.

**FIGURE 13.18**

Residual plot for linear fit of store size and productivity data in Example 13.3



For the data in Example 13.6, the residuals of a linear regression of salary with years of experience $x_1$ without including gender, $x_2$, would show one distinct set of positive residuals corresponding to the men and a set of negative residuals corresponding to the women (see Figure 13.19). This pattern signals that the "gender" variable was not included in the model.

**FIGURE 13.19**

Residual plot for linear fit of salary data in Example 13.6



Unfortunately, not all residual plots give such a clear indication of the problem. You should examine the residual plots carefully, looking for nonrandomness in the pattern of residuals. If you can find an explanation for the behavior of the residuals, you may be able to modify your model to eliminate the problem.

## 13.8 STEPWISE REGRESSION ANALYSIS

Sometimes there are a large number of independent predictor variables that *might* have an effect on the response variable $y$. For example, try to list all the variables that might affect a college freshman's GPA:

- Grades in high school courses, high school GPA, SAT score, ACT score
- Major, number of units carried, number of courses taken
- Work schedule, marital status, commute or live on campus

Which of this large number of independent variables should be included in the model? Since the number of terms could quickly get unmanageable, you might choose to use a procedure called a **stepwise regression analysis,** which is implemented by computer and is available in most statistical packages.

Suppose you have data available on $y$ and a number of possible independent variables, $x_1, x_2, \ldots, x_k$. A stepwise regression analysis fits a variety of models to the data, adding and deleting variables as their significance in the presence of the other variables is either *significant* or *nonsignificant,* respectively. Once the program has performed a sufficient number of iterations and no more variables are significant when added to the model, and none of the variables in the model are nonsignificant when removed, the procedure stops.

A stepwise regression analysis is an easy way to locate some variables that contribute information for predicting $y$, but it is not foolproof. Since these programs always fit first-order models of the form

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_k x_k$$

they are not helpful in detecting *curvature* or *interaction* in the data. The stepwise regression analysis is best used as a preliminary tool for identifying which of a large number of variables should be considered in your model. You must then decide how to enter these variables into the actual model you will use for prediction.

## MISINTERPRETING A REGRESSION ANALYSIS

**13.9**

Several misinterpretations of the output of a regression analysis are common. We have already mentioned the importance of model selection. If a model does not fit a set of data, it does not mean that the variables included in the model contribute little or no information for the prediction of $y$. The variables may be very important contributors of information, but you may have entered the variables into the model in the wrong way. For example, a second-order model in the variables might provide a very good fit to the data when a first-order model appears to be completely useless in describing the response variable $y$.

### Causality

You must be careful not to conclude that changes in $x$ *cause* changes in $y$. This type of **causal relationship** can be detected only with a *carefully designed experiment.* For example, if you randomly assign experimental units to each of two levels of a variable $x$—say, $x = 5$ and $x = 10$—and the data show that the mean value of $y$ is larger when $x = 10$, then you can say that the change in the level of $x$ caused a change in the mean value of $y$. But in most regression analyses, in which the experiments are not designed, there is no guarantee that an important predictor variable—say, $x_1$—caused $y$ to change. It is quite possible that some variable that is not even in the model causes *both* $y$ and $x_1$ to change.

### Multicollinearity

Neither the size of a regression coefficient nor its $t$-value indicates the importance of the variable as a contributor of information. For example, suppose you intend to predict $y$, a college student's calculus grade, based on $x_1 =$ high school mathematics average and $x_2 =$ score on mathematics aptitude test. Since these two variables contain

much of the same or **shared information,** it will not surprise you to learn that, once one of the variables is entered into the model, the other contributes very little additional information. The individual $t$-value is small. If the variables were entered in the reverse order, however, you would see the size of the $t$-values reversed.

The situation described above is called **multicollinearity,** and it occurs when two or more of the predictor variables are highly correlated with one another. When multicollinearity is present in a regression problem, it can have these effects on the analysis:

- The estimated regression coefficients will have large standard errors, causing imprecision in confidence and prediction intervals.
- Adding or deleting a predictor variable may cause significant changes in the values of the other regression coefficients.

How can you tell whether a regression analysis exhibits multicollinearity? Look for these clues:

- The value of $R^2$ is large, indicating a good fit, but the individual $t$-tests are nonsignificant.
- The signs of the regression coefficients are contrary to what you would intuitively expect the contributions of those variables to be.
- A matrix of correlations, generated by computer, shows you which predictor variables are highly correlated with each other and with the response $y$.

Figure 13.20 displays the matrix of correlations generated for the real estate data from Example 13.2. The first column of the matrix shows the correlations of each predictor variable with the response variable $y$. They are all significantly nonzero, but the first variable, $x_1 = $ living area, is the most highly correlated. The last three columns of the matrix show significant correlations between all but one pair of predictor variables. This is a strong indication of multicollinearity. If you try to eliminate one of the variables in the model, it may drastically change the effects of the other three! Another clue can be found by examining the coefficients of the prediction line,

```
ListPrice = 119 + 6.27  Square Feet - 16.2  Number of Floors
- 2.67 Bedrooms + 30.3 Baths
```

**FIGURE 13.20**

Correlation matrix for the real estate data in Example 13.2

**Correlations: List Price, Square Feet, Number of Floors, Bedrooms, Baths**

```
                ListPrice   SqFeet   Numflrs    Bdrms
Square Feet       0.951
                  0.000

Number of Fl      0.605     0.630
                  0.017     0.012

Bedrooms          0.746     0.711    0.375
                  0.001     0.003    0.168

Baths             0.834     0.720    0.760    0.675
                  0.000     0.002    0.001    0.006

Cell Contents: Pearson Correlation
               P-Value
```

You would expect more floors and bedrooms to increase the list price, but their coefficients are negative.

Since multicollinearity exists to some extent in all regression problems, you should think of the individual terms as *information contributors,* rather than try to measure the practical importance of each term. The primary decision to be made is whether a term contributes sufficient information to justify its inclusion in the model.

## 13.10  STEPS TO FOLLOW WHEN BUILDING A MULTIPLE REGRESSION MODEL

The ultimate objective of a multiple regression analysis is to develop a model that will accurately predict $y$ as a function of a set of predictor variables $x_1, x_2, \ldots, x_k$. The step-by-step procedure for developing this model was presented in Section 13.4 and is restated next with some additional detail. If you use this approach, what may appear to be a complicated problem can be made simpler. As with any statistical procedure, your confidence will grow as you gain experience with multiple regression analysis in a variety of practical situations.

1. Select the predictor variables to be included in the model. Since some of these variables may contain shared information, you can reduce the list by running a stepwise regression analysis (see Section 13.8). Keep the number of predictors small enough to be effective yet manageable. Be aware that the number of observations in your data set must exceed the number of terms in your model; the greater the excess, the better!

2. Write a model using the selected predictor variables. If the variables are qualitative, it is best to begin by including interaction terms. If the variables are quantitative, it is best to start with a second-order model. Unnecessary terms can be deleted later. Obtain the fitted prediction model.

3. Use the analysis of variance $F$-test and $R^2$ to determine how well the model fits the data.

4. Check the $t$-tests for the partial regression coefficients to see which ones are contributing significant information in the presence of the others. If some terms appear to be nonsignificant, consider deleting them. If you choose to compare several different models, use $R^2(\text{adj})$ to compare their effectiveness.

5. Use computer-generated residual plots to check for violation of the regression assumptions.

## CHAPTER REVIEW

### Key Concepts and Formulas

**I.  The General Linear Model**

1. $y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \cdots + \beta_k x_k + \epsilon$

2. The random error $\epsilon$ has a normal distribution with mean 0 and variance $\sigma^2$.

**II.  Method of Least Squares**

1. Estimates $b_0, b_1, \ldots, b_k$, for $\beta_0, \beta_1, \ldots, \beta_k$, are chosen to minimize SSE, the sum of squared deviations about the regression line, $\hat{y} = b_0 + b_1 x_1 + b_2 x_2 + \cdots + b_k x_k$.

2. Least-squares estimates are produced by computer.

**III.  Analysis of Variance**

1. Total SS = SSR + SSE, where Total SS = $S_{yy}$. The ANOVA table is produced by computer.

2. Best estimate of $\sigma^2$ is

$$\text{MSE} = \frac{\text{SSE}}{n - k - 1}$$

**IV.  Testing, Estimation, and Prediction**

1. A test for the significance of the regression, $H_0 : \beta_1 = \beta_2 = \cdots = \beta_k = 0$, can be implemented using the analysis of variance $F$-test:

$$F = \frac{\text{MSR}}{\text{MSE}}$$

2. The strength of the relationship between $x$ and $y$ can be measured using

$$R^2 = \frac{\text{SSR}}{\text{Total SS}}$$

which gets closer to 1 as the relationship gets stronger.

3. Use residual plots to check for nonnormality, inequality of variances, and an incorrectly fit model.

4. Significance tests for the partial regression coefficients can be performed using the Student's $t$-test:

$$t = \frac{b_i - \beta_i}{\text{SE}(b_i)} \qquad \text{with error } df = n - k - 1$$

5. Confidence intervals can be generated by computer to estimate the average value of $y$, $E(y)$, for given values of $x_1, x_2, \ldots, x_k$. Computer-generated prediction intervals can be used to predict a particular observation $y$ for given values of $x_1, x_2, \ldots, x_k$. For given $x_1, x_2, \ldots, x_k$, prediction intervals are always wider than confidence intervals.

## V.  Model Building

1. The number of terms in a regression model cannot exceed the number of observations in the data set and should be considerably less!

2. To account for a curvilinear effect in a *quantitative* variable, use a second-order polynomial model. For a cubic effect, use a third-order polynomial model.

3. To add a *qualitative* variable with $k$ categories, use $(k - 1)$ dummy or indicator variables.

4. There may be interactions between two quantitative variables or between a quantitative and qualitative variable. Interaction terms are entered as $\beta x_i x_j$.

5. Compare models using $R^2(\text{adj})$.

 **MINITAB**

# Multiple Regression Procedures

In Chapter 12, you used the linear regression procedures available in *MINITAB* to perform estimation and testing for a simple linear regression analysis. You obtained a graph of the best-fitting least-squares regression line and calculated the correlation coefficient $r$ and the coefficient of determination $r^2$. The testing and estimation techniques for a multiple regression analysis are also available with *MINITAB* and involve almost the same set of commands. You might want to review the section "My *MINITAB*" at the end of Chapter 12 before continuing this section.

For a response variable $y$ that is related to several predictor variables, $x_1, x_2, \ldots, x_k$, the observed values of $y$ and each of the $k$ predictor variables must be entered into the first $(k + 1)$ columns of the *MINITAB* worksheet. Once this is done, the main inferential tools for linear regression analysis are generated using **Stat → Regression → Regression.** The Dialog box for the **Regression** command is shown in Figure 13.21.

Select **y** for the Response variable and **x₁, x₂, . . . , xₖ** for the Predictor variables. You may now choose to generate some residual plots to check the validity of your regression assumptions before you use the model for estimation or prediction. Choose **Graphs** to display the Dialog box for residual plots, and choose the appropriate diagnostic plot.

Once you have verified the appropriateness of your multiple regression model, you can choose **Options** and obtain confidence and prediction intervals for either of these cases:

- A single set of values $x_1, x_2, \ldots, x_k$ (typed in the box marked "Prediction intervals for new observations")
- Several sets of values $x_1, x_2, \ldots, x_k$ stored in $k$ columns of the worksheet

When you click **OK** twice, the regression output is generated.

**FIGURE 13.21**



The only difficulty in performing the multiple regression analysis using *MINITAB* might be properly entering the data for your particular model. If the model involves polynomial terms or interaction terms, the **Calc → Calculator** command will help you. For example, suppose you want to fit the model

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_1^2 + \beta_4 x_1 x_2$$

You will need to enter the observed values of $y$, $x_1$, and $x_2$ into the first three columns of the *MINITAB* worksheet. Name column C4 "x1-sq" and name C5 "x1x2." You can now use the calculator Dialog box shown in Figure 13.22 to generate these two columns. In the **Expression** box, select **x1 \* x1** or **x1 \*\* 2** and store the results in **C4** (x1-sq). Click **OK.** Similarly, to obtain the data for C5, select **x1 \* x2** and store the results in **C5** (x1x2). Click **OK.** You are now ready to perform the multiple regression analysis.

If you are fitting either a quadratic or a cubic model in one variable $x$, you can now plot the data points, the polynomial regression curve, and the upper and lower confidence and prediction limits using **Stat → Regression → Fitted line Plot.** Select $y$ and $x$ for the Response and Predictor variables, and click "Display confidence interval" and "Display prediction interval" in the **Options** Dialog box. Make sure that **Quadratic** or **Cubic** is selected as the "Type of Regression Model," so that you will get the proper fit to the data.

Recall that in Chapter 12, you used **Stat → Basic Statistics → Correlation** to obtain the value of the correlation coefficient $r$. In multiple regression analysis, the same command will generate a matrix of correlations, one for each pair of variables in the set $y$, $x_1$, $x_2$, . . . , $x_k$. Make sure that the box marked "Display p-values" is checked. The $p$-values will provide information on the significant correlation between a particular pair, in the presence of all the other variables in the model, and they are identical to the $p$-values for the individual $t$-tests of the regression coefficients.

**FIGURE 13.22**



## Supplementary Exercises

**MY DATA**   **13.25 Biotin Intake in Chicks** Groups of
EX1325    10-day-old chicks were randomly assigned to
seven treatment groups in which a basal diet was
supplemented with 0, 50, 100, 150, 200, 250, or 300
micrograms/kilogram ($\mu$g/kg) of biotin. The table
gives the average biotin intake ($x$) in micrograms per
day and the average weight gain ($y$) in grams per day.[6]

| Added Biotin | Biotin Intake, x | Weight Gain, y |
|---|---|---|
| 0 | .14 | 8.0 |
| 50 | 2.01 | 17.1 |
| 100 | 6.06 | 22.3 |
| 150 | 6.34 | 24.4 |
| 200 | 7.15 | 26.5 |
| 250 | 9.65 | 23.4 |
| 300 | 12.50 | 23.3 |

In the *MINITAB* printout, the second-order polynomial
model

$$E(y) = \beta_0 + \beta_1 x + \beta_2 x^2$$

is fitted to the data. Use the printout to answer the
questions.

**a.** What is the fitted least-squares line?

**b.** Find $R^2$ and interpret its value.

**c.** Do the data provide sufficient evidence to conclude
that the model contributes significant information
for predicting $y$?

**d.** Find the results of the test of $H_0 : \beta_2 = 0$. Is there
sufficient evidence to indicate that the quadratic
model provides a better fit to the data than a sim-
ple linear model does?

**e.** Do the residual plots indicate that any of the
regression assumptions have been violated?
Explain.

*MINITAB* output for Exercise 13.25

**Regression Analysis: y versus x, x-sq**

```
The regression equation is
y = 8.59 + 3.82 x - 0.217 x-sq

Predictor        Coef     SE Coef        T        P
Constant        8.585       1.641     5.23    0.006
x              3.8208      0.5683     6.72    0.003
x-sq         -0.21663     0.04390    -4.93    0.008

S = 1.83318     R-Sq = 94.4%     R-Sq(adj) = 91.5%

Analysis of Variance
Source          DF       SS       MS       F        P
Regression       2   224.75   112.37   33.44    0.003
Residual Error   4    13.44     3.36
Total            6   238.19

Source          DF    Seq SS
x                1    142.92
x-sq             1     81.83
```



**Residuals versus the Fitted Values**
(response is y)

**Normal Probability Plot of the Residuals**
(response is y)

**MY DATA**

EX1326

**13.26 Advertising and Sales** A depart-ment store conducted an experiment to investi-gate the effects of advertising expenditures on the weekly sales for its men's wear, children's wear, and

women's wear departments. Five weeks for observation were randomly selected from each department, and an advertising budget $x_1$ (in hundreds of dollars) was assigned for each. The weekly sales (in thousands of dollars) are shown in the accompanying table for each of the 15 one-week sales periods. If we expect weekly sales $E(y)$ to be linearly related to advertising expenditure $x_1$, and if we expect the slopes of the lines corresponding to the three departments to differ, then an appropriate model for $E(y)$ is

$$E(y) = \beta_0 + \underbrace{\beta_1 x_1}_{\substack{\text{quantitative} \\ \text{variable} \\ \text{"advertising} \\ \text{expenditure"}}} + \underbrace{\beta_2 x_2 + \beta_3 x_3}_{\substack{\text{dummy variables} \\ \text{used to introduce} \\ \text{the qualitative} \\ \text{variable "department"} \\ \text{into the model}}} + \underbrace{\beta_4 x_1 x_2 + \beta_5 x_1 x_3}_{\substack{\text{interaction terms that} \\ \text{introduce differences} \\ \text{in slopes}}}$$

where

$x_1 = $ Advertising expenditure

$$x_2 = \begin{cases} 1 & \text{if children's wear department B} \\ 0 & \text{if not} \end{cases}$$

$$x_3 = \begin{cases} 1 & \text{if women's wear department C} \\ 0 & \text{if not} \end{cases}$$

| | Advertising Expenditure (hundreds of dollars) | | | | |
| Department | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Men's wear A | $5.2 | $5.9 | $7.7 | $7.9 | $9.4 |
| Children's wear B | 8.2 | 9.0 | 9.1 | 10.5 | 10.5 |
| Women's wear C | 10.0 | 10.3 | 12.1 | 12.7 | 13.6 |

**a.** Find the equation of the line relating $E(y)$ to advertising expenditure $x_1$ for the men's wear department A. [HINT: According to the coding used for the dummy variables, the model represents mean sales $E(y)$ for the men's wear department A when $x_2 = x_3 = 0$. Substitute $x_2 = x_3 = 0$ into the equation for $E(y)$ to find the equation of this line.]

**b.** Find the equation of the line relating $E(y)$ to $x_1$ for the children's wear department B. [HINT: According to the coding, the model represents $E(y)$ for the children's wear department when $x_2 = 1$ and $x_3 = 0$.]

**c.** Find the equation of the line relating $E(y)$ to $x_1$ for the women's wear department C.

**d.** Find the difference between the intercepts of the $E(y)$ lines corresponding to the children's wear B and men's wear A departments.

**e.** Find the difference in slopes between $E(y)$ lines corresponding to the women's wear C and men's wear A departments.

**f.** Refer to part e. Suppose you want to test the null hypothesis that the slopes of the lines corresponding to the three departments are equal. Express this as a test of hypothesis about one or more of the model parameters.

**13.27 Advertising and Sales, continued** Refer to Exercise 13.26. Use a computer software package to perform the multiple regression analysis and obtain diagnostic plots if possible.

**a.** Comment on the fit of the model, using the analysis of variance $F$-test, $R^2$, and the diagnostic plots to check the regression assumptions.

**b.** Find the prediction equation, and graph the three department sales lines.

**c.** Examine the graphs in part b. Do the slopes of the lines corresponding to the children's wear B and men's wear A departments appear to differ? Test the null hypothesis that the slopes do not differ ($H_0 : \beta_4 = 0$) versus the alternative hypothesis that the slopes are different.

**d.** Are the interaction terms in the model significant? Use the methods described in Section 13.5 to test $H_0 : \beta_4 = \beta_5 = 0$. Do the results of this test suggest that the fitted model should be modified?

**e.** Write a short explanation of the practical implications of this regression analysis.

(MY) DATA **13.28 Demand for Utilities** Utility compa-
EX1328    nies, which must plan the operation and expansion of electricity generation, are vitally interested in predicting customer demand over both short and long periods of time. A short-term study was conducted to investigate the effect of mean monthly daily temperature $x_1$ and cost per kilowatt-hour $x_2$ on the mean daily consumption (in kilowatt-hours, kWh) per household. The company expected the demand for electricity to rise in cold weather (due to heating), fall when the weather was moderate, and rise again when the temperature rose and there was need for air-conditioning. They expected demand to decrease as the cost per kilowatt-hour increased, reflecting greater attention to conservation. Data were available for 2 years, a

period in which the cost per kilowatt-hour $x_2$ increased owing to the increasing cost of fuel. The company fitted the model

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_1^2 + \beta_3 x_2 + \beta_4 x_1 x_2 + \beta_5 x_1^2 x_2$$

to the data shown in the table. The *MINITAB* printout for this multiple regression problem is also provided.

| Price per kWh, $x_2$ | Daily Temperature and Consumption | Mean Daily Consumption (kWh) per Household | | | | | |
|---|---|---|---|---|---|---|---|
| 8¢ | Mean daily temperature (°F), $x_1$ | 31 62 | 34 66 | 39 68 | 42 71 | 47 75 | 56 78 |
| | Mean daily consumption, $y$ | 55 41 | 49 46 | 46 44 | 47 51 | 40 62 | 43 73 |
| 10¢ | Mean daily temperature, $x_1$ | 32 62 | 36 66 | 39 68 | 42 72 | 48 75 | 56 79 |
| | Mean daily consumption, $y$ | 50 39 | 44 44 | 42 40 | 42 44 | 38 50 | 40 55 |

*MINITAB* output for Exercise 13.28

```
Regression Analysis: y versus x1, x1-sq, x2, x1x2, x1sqx2
The regression equation is
y = 326 - 11.4 x1 + 0.113 x1-sq - 21.7 x2
    + 0.873 x1x2 - 0.00887 x1sqx2

Predictor         Coef      SE Coef          T         P
Constant        325.61        83.06       3.92     0.001
x1             -11.383         3.239      -3.51     0.002
x1-sq          0.11350       0.02945       3.85     0.001
x2             -21.699         9.224      -2.35     0.030
x1x2            0.8730        0.3589       2.43     0.026
x1sqx2       -0.008869      0.003257      -2.72     0.014

S = 2.90763      R-Sq = 89.8%      R-Sq(adj) = 87.0%

Analysis of Variance
Source            DF          SS         MS        F         P
Regression         5     1346.45     269.29    31.85     0.000
Residual Error    18      152.18       8.45
Total             23     1498.63

Source            DF      Seq SS
x1                 1      140.71
x1-sq              1      892.78
x2                 1      192.44
x1x2               1       57.84
x1sqx2             1       62.68

Unusual Observations
Obs      x1        y       Fit    SE Fit   Residual   St Resid
  9    68.0   44.000    49.640     1.104     -5.640     -2.10R
 12    78.0   73.000    67.767     2.012      5.233      2.49R

R denotes an observation with a large standardized residual.
```

**a.** Do the data provide sufficient evidence to indicate that the model contributes information for the prediction of mean daily kilowatt-hour consumption per household? Test at the 5% level of significance.

**b.** Graph the curve depicting $\hat{y}$ as a function of temperature $x_1$ when the cost per kilowatt-hour is $x_2 = 8¢$. Construct a similar graph for the case when $x_2 = 10¢$ per kilowatt-hour. Are the consumption curves different?

c. If cost per kilowatt-hour is unimportant in predicting use, then you do not need the terms involving $x_2$ in the model. Therefore, the null hypothesis

$H_0 : x_2$ does not contribute information for the prediction of $y$

is equivalent to the null hypothesis $H_0 : \beta_3 = \beta_4 = \beta_5 = 0$ (if $\beta_3 = \beta_4 = \beta_5 = 0$, the terms involving $x_2$ disappear from the model). The *MINITAB* printout, obtained by fitting the reduced model

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_1^2$$

to the data, is shown here. Use the methods of Section 13.5 to determine whether price per kilowatt-hour $x_2$ contributes significant information for the prediction of $y$.

*MINITAB* output for Exercise 13.28

**Regression Analysis: y versus x1, x1-sq**

```
The regression equation is
y = 130 - 3.50 x1 + 0.0334 x1-sq

Predictor      Coef      SE Coef        T        P
Constant     130.01        14.88     8.74    0.000
x1          -3.5017       0.5789    -6.05    0.000
x1-sq      0.033371     0.005256     6.35    0.000

S = 4.70630    R-Sq = 69.0%    R-Sq(adj) = 66.0%

Analysis of Variance
Source          DF        SS        MS       F       P
Regression       2   1033.49    516.75   23.33   0.000
Residual Error  21    465.13     22.15
Total           23   1498.63

Source          DF    Seq SS
x1               1    140.71
x1-sq            1    892.78

Unusual Observations
Obs     x1       y      Fit    SE Fit   Residual   St Resid
 12   78.0  73.000   59.906    2.243     13.094      3.16R

R denotes an observation with a large standardized residual.
```

d. Compare the values of $R^2$(adj) for the two models fit in this exercise. Which of the two models would you recommend?

**MY DATA** **13.29 Mercury Concentration in Dolphins**
EX1329     Because dolphins (and other large marine mammals) are considered to be the top predators in the marine food chain, the heavy metal concentrations in striped dolphins were measured as part of a marine pollution study. The concentration of mercury, the heavy metal reported in this study, is expected to differ in males and females because the mercury in a female is apparently transferred to her offspring during gestation and nursing. This study involved 28 males between the ages of .21 and 39.5 years, and 17 females between the ages of .80 and 34.5 years. For the data in the table,

$x_1$ = Age of the dolphin (in years)

$$x_2 = \begin{cases} 0 & \text{if female} \\ 1 & \text{if male} \end{cases}$$

$y$ = Mercury concentration (in micrograms/gram) in the liver

| y | $x_1$ | $x_2$ | y | $x_1$ | $x_2$ |
|---|---|---|---|---|---|
| 1.70 | .21 | 1 | 481.00 | 22.50 | 1 |
| 1.72 | .33 | 1 | 485.00 | 24.50 | 1 |
| 8.80 | 2.00 | 1 | 221.00 | 24.50 | 1 |
| 5.90 | 2.20 | 1 | 406.00 | 25.50 | 1 |
| 101.00 | 8.50 | 1 | 252.00 | 26.50 | 1 |
| 85.40 | 11.50 | 1 | 329.00 | 26.50 | 1 |
| 118.00 | 11.50 | 1 | 316.00 | 26.50 | 1 |
| 183.00 | 13.50 | 1 | 445.00 | 26.50 | 1 |
| 168.00 | 16.50 | 1 | 278.00 | 27.50 | 1 |
| 218.00 | 16.50 | 1 | 286.00 | 28.50 | 1 |
| 180.00 | 17.50 | 1 | 315.00 | 29.50 | 1 |
| 264.00 | 20.50 | 1 | | | |

| y | $x_1$ | $x_2$ | y | $x_1$ | $x_2$ |
|---|---|---|---|---|---|
| 241.00 | 31.50 | 1 | 142.00 | 17.50 | 0 |
| 397.00 | 31.50 | 1 | 180.00 | 17.50 | 0 |
| 209.00 | 36.50 | 1 | 174.00 | 18.50 | 0 |
| 314.00 | 37.50 | 1 | 247.00 | 19.50 | 0 |
| 318.00 | 39.50 | 1 | 223.00 | 21.50 | 0 |
| 2.50 | .80 | 0 | 167.00 | 21.50 | 0 |
| 9.35 | 1.58 | 0 | 157.00 | 25.50 | 0 |
| 4.01 | 1.75 | 0 | 177.00 | 25.50 | 0 |
| 29.80 | 5.50 | 0 | 475.00 | 32.50 | 0 |
| 45.30 | 7.50 | 0 | 342.00 | 34.50 | 0 |
| 101.00 | 8.05 | 0 | | | |
| 135.00 | 11.50 | 0 | | | |

a. Write a second-order model relating $y$ to $x_1$ and $x_2$. Allow for curvature in the relationship between age and mercury concentration, and allow for an interaction between gender and age.

Use a computer software package to perform the multiple regression analysis. Refer to the printout to answer these questions.

b. Comment on the fit of the model, using relevant statistics from the printout.

c. What is the prediction equation for predicting the mercury concentration in a female dolphin as a function of her age?

d. What is the prediction equation for predicting the mercury concentration in a male dolphin as a function of his age?

e. Does the quadratic term in the prediction equation for females contribute significantly to the prediction of the mercury concentration in a female dolphin?

**f.** Are there any other important conclusions that you feel were not considered regarding the fitted prediction equation?

**MY DATA** **13.30 The Cost of Flying** Does the cost of
EX1330   a plane flight depend on the airline as well as the distance traveled? In Exercise 12.21, you explored the first part of this problem. The data shown in this table compare the average cost and distance traveled for two different airlines, measured for 11 heavily traveled air routes in the United States.[7]

| Route | Distance | Cost | Airline |
|---|---|---|---|
| Chicago–Detroit | 238 | 148 | American |
| | | 164 | United |
| Chicago–Denver | 901 | 256 | American |
| | | 312 | United |
| Chicago–St. Louis | 262 | 136 | American |
| | | 152 | United |
| Chicago–Seattle | 1736 | 424 | American |
| | | 520 | United |
| Chicago–Cleveland | 301 | 129 | American |
| | | 139 | United |
| Los Angeles–Chicago | 1757 | 361 | American |
| | | 473 | United |
| Chicago–Atlanta | 593 | 162 | American |
| | | 183 | United |
| New York–Los Angeles | 2463 | 444 | American |
| | | 525 | United |
| New York–Chicago | 714 | 287 | American |
| | | 334 | United |
| Los Angeles–Honolulu | 2556 | 323 | American |
| | | 333 | United |
| New York–San Francisco | 2574 | 513 | American |
| | | 672 | United |

Use a computer package to analyze the data with a multiple regression analysis. Comment on the fit of the model, the significant variables, any interactions that exist, and any regression assumptions that may have been violated. Summarize your results in a report, including printouts and graphs if possible.

**MY DATA** **13.31 On the Road Again** Until recently,
EX1331   performance tires were fitted mostly on sporty or luxury vehicles. Now they come standard on many everyday sedans. Increased levels of handling and grip have come at the expense of tread wear. The data that follows is abstracted from a report on H-rated performance tires by *Consumer Reports*[8] in which several aspects of performance were evaluated for $n = 22$ different tires where

| | |
|---|---|
| $y$ = overall score | $x_1$ = dry braking |
| $x_2$ = wet braking | $x_3$ = handling |
| $x_4$ = roll resistance | $x_5$ = tread life |

| Tire | Cost | $y$ | $x_1$ | $x_2$ | $x_3$ | $x_4$ | $x_5$ |
|---|---|---|---|---|---|---|---|
| Dunlop® SP Sport 5000 | 81 | 85 | 5 | 5 | 4 | 4 | 4 |
| Michelin® Pilot Exalto A/S | 78 | 83 | 5 | 5 | 4 | 3 | 4 |
| Falken® Ziex ZE 512 | 56 | 83 | 5 | 5 | 4 | 3 | 2 |
| Continental® ContiProContact | 77 | 81 | 4 | 5 | 4 | 4 | 2 |
| Michelin Pilot XGT H4 | 98 | 81 | 5 | 5 | 4 | 1 | 2 |
| Bridgestone® Potenza RE 950 | 80 | 80 | 5 | 5 | 4 | 2 | 2 |
| BFGoodrich® Traction T/A | 68 | 78 | 5 | 5 | 4 | 2 | 3 |
| Yokohama® Avid H4s | 62 | 77 | 5 | 5 | 4 | 3 | 4 |
| Sumitomo® HTR H4 | 56 | 76 | 5 | 5 | 3 | 2 | 1 |
| Bridgestone HP50 | 79 | 75 | 4 | 5 | 4 | 2 | 1 |
| Michelin Energy MXV4 Plus | 103 | 73 | 3 | 4 | 4 | 5 | 5 |
| Goodyear® Assurance Triple Tred | 85 | 72 | 3 | 4 | 3 | 3 | 5 |
| Kumho Solus KH16 | 49 | 72 | 4 | 4 | 4 | 3 | 5 |
| Pirelli® P6 Four Seasons | 71 | 70 | 3 | 4 | 3 | 2 | 2 |
| Bridgestone Potenza G009 | 62 | 70 | 4 | 4 | 4 | 2 | 2 |
| Dayton® Daytona HR | 46 | 69 | 4 | 4 | 3 | 2 | 2 |
| Fuzion® HRi | 49 | 69 | 4 | 4 | 4 | 1 | 2 |
| Continental ContiPremierContact | 91 | 68 | 3 | 4 | 4 | 5 | 5 |
| Cooper® Lifeliner Touring SLE | 61 | 65 | 3 | 3 | 3 | 2 | 2 |
| Bridgestone Turanza EL400 | 91 | 63 | 3 | 3 | 4 | 2 | 2 |
| Hankook® Optimo H418 | 51 | 62 | 3 | 2 | 3 | 3 | 4 |
| General Exclaim | 53 | 50 | 2 | 2 | 3 | 2 | 2 |

The variables $x_1$ through $x_5$ are coded using the scale $5$ = excellent, $4$ = very good, $3$ = good, $2$ = fair, and $1$ = poor.

**a.** Use a program of your choice to find the correlation matrix for the variables under study including cost. Is cost significantly correlated with any of the study variables? Which variables appear to be highly correlated with $y$, the total score?

**b.** Write a model to describe $y$, total score, as a function of the variables $x_1$ = dry braking, $x_2$ = wet braking, $x_3$ = handling, $x_4$ = roll resistance, and $x_5$ = tread life.

**c.** Use a regression program of your choice to fit the full model using all of the predictors. What proportion of the variation in $y$ is explained by regression? Does this convey the impression that the model adequately explains the inherent variability in $y$?

**d.** Which variable or variables appear to be good predictors of $y$? How might you refine the model in light of these results? Use these variables in refitting the model. What proportion of the variation is explained by this refitted model? Comment on the adequacy of this reduced model in comparison to the full model.

**MY DATA** **13.32 Tuna Fish** The tuna fish data from
EX1332   Exercise 11.16 were analyzed as a completely randomized design with four treatments. However, we could also view the experimental design as a $2 \times 2$

**590** ○ CHAPTER 13 MULTIPLE REGRESSION ANALYSIS

factorial experiment with unequal replications. The data are shown below.[9]

| | Oil | | Water | |
|---|---|---|---|---|
| Light Tuna | 2.56 | .62 | .99 | 1.12 |
| | 1.92 | .66 | 1.92 | .63 |
| | 1.30 | .62 | 1.23 | .67 |
| | 1.79 | .65 | .85 | .69 |
| | 1.23 | .60 | .65 | .60 |
| | | .67 | .53 | .60 |
| | | | 1.41 | .66 |
| White Tuna | 1.27 | | 1.49 | 1.29 |
| | 1.22 | | 1.29 | 1.00 |
| | 1.19 | | 1.27 | 1.27 |
| | 1.22 | | 1.35 | 1.28 |

*Source:* Case Study "Tuna Goes Upscale" Copyright 2001 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the June 2001 issue of Consumer Reports® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org.

The data can be analyzed using the model

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_1 x_2 + \epsilon$$

where

$x_1 = 0$ if oil, 1 if water

$x_2 = 0$ if light tuna, 1 if white tuna

**a.** Show how you would enter the data into a computer spreadsheet, entering the data into columns for $y$, $x_1$, $x_2$, and $x_1 x_2$.

**b.** The printout generated by *MINITAB* is shown below. What is the least-squares prediction equation?

*MINITAB* output for Exercise 13.32

**Regression Analysis: y versus x1, x2, x1x2**
```
The regression equation is
y = 1.15 - 0.251 x1 + 0.078 x2 + 0.306 x1x2

Predictor      Coef     SE Coef        T        P
Constant     1.1473      0.1370     8.38    0.000
x1          -0.2508      0.1830    -1.37    0.180
x2           0.0777      0.2652     0.29    0.771
x1x2         0.3058      0.3330     0.92    0.365

S = 0.454287     R-Sq = 11.9%     R-Sq(adj) = 3.9%

Analysis of Variance

Source            DF       SS       MS       F        P
Regression         3   0.9223   0.3074    1.49    0.235
Residual Error    33   6.8104   0.2064
Total             36   7.7328
```

**c.** Is there an interaction between type of tuna and type of packing liquid?

**d.** Which, if any, of the main effects (type of tuna and type of packing liquid) contribute significant information for the prediction of $y$?

**e.** How well does the model fit the data? Explain.

**13.33 Tuna, continued** Refer to Exercise 13.32. The hypothesis tested in Chapter 11—that the average prices for the four types of tuna are the same—is equivalent to saying that $E(y)$ will not change as $x_1$ and $x_2$ change. This can only happen when $\beta_1 = \beta_2 = \beta_3 = 0$. Use the *MINITAB* printout for the one-way ANOVA shown below to perform the test for equality of treatment means. Verify that this test is identical to the test for significant regression in Exercise 13.32.

*MINITAB* output for Exercise 13.33

**One-Way ANOVA: Light Water, White Oil, White Water, Light Oil**
```
Source      DF        SS        MS        F        P
Factor       3     0.922     0.307     1.49    0.235
Error       33     6.810     0.206
Total       36     7.733

S = 0.4543    R-Sq = 11.93%    R-Sq(adj) = 3.92%
```

MY DATA
EX1334

**13.34 Quality Control** A manufacturer recorded the number of defective items ($y$) produced on a given day by each of 10 machine operators and also recorded the average output per hour ($x_1$) for each operator and the time in weeks from the last machine service ($x_2$).

| $y$ | $x_1$ | $x_2$ |
|---|---|---|
| 13 | 20 | 3.0 |
| 1 | 15 | 2.0 |
| 11 | 23 | 1.5 |
| 2 | 10 | 4.0 |
| 20 | 30 | 1.0 |
| 15 | 21 | 3.5 |
| 27 | 38 | 0 |
| 5 | 18 | 2.0 |
| 26 | 24 | 5.0 |
| 1 | 16 | 1.5 |

The printout that follows resulted when these data were analyzed using the *MINITAB* package using the model:

$$E(y) = \beta_0 + \beta_1 x_1 + \beta_2 x_2$$

**Regression Analysis: y versus x1, x2**
```
The regression equation is
y = -28.4 + 1.46 x1 + 3.84 x2

Predictor      Coef     SE Coef        T        P
Constant   -28.3906      0.8273   -34.32    0.000
x1          1.46306     0.02699   -54.20    0.000
x2           3.8446      0.1426    26.97    0.000

S = 0.548433    R-Sq = 99.8%    R-Sq(adj) = 99.7%

Analysis of Variance

Source            DF        SS       MS         F        P
Regression         2    884.79   442.40   1470.84    0.000
Residual Error     7      2.11     0.30
Total              9    886.90

Source    DF    Seq SS
x1         1    666.04
x2         1    218.76
```

**a.** Interpret $R^2$ and comment on the fit of the model.

**b.** Is there evidence to indicate that the model contributes significantly to the prediction of $y$ at the $\alpha = .01$ level of significance?

**c.** What is the prediction equation relating $\hat{y}$ and $x_1$ when $x_2 = 4$?

**d.** Use the fitted prediction equation to predict the number of defective items produced for an operator whose average output per hour is 25 and whose machine was serviced three weeks ago.

**e.** What do the residual plots tell you about the validity of the regression assumptions?





---

<span style="color:blue">MY DATA</span>  <span style="color:blue">EX1335</span>  **13.35 Metal Corrosion and Soil Acids** In an investigation to determine the relationship between the degree of metal corrosion and the length of time the metal is exposed to the action of soil acids, the percentage of corrosion and exposure time were measured weekly.

| $y$ | 0.1 | 0.3 | 0.5 | 0.8 | 1.2 | 1.8 | 2.5 | 3.4 |
|---|---|---|---|---|---|---|---|---|
| $x$ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

The data were fitted using the quadratic model, $E(y) = \beta_0 + \beta_1 x + \beta_2 x^2$, with the following results.

<span style="color:blue">**Regression Analysis: y versus x, x-sq**</span>
```
The regression equation is
y = 0.196 - 0.100 x + 0.0619 x-sq

Predictor      Coef     SE Coef         T        P
Constant    0.19643     0.07395      2.66    0.045
x          -0.10000     0.03770     -2.65    0.045
x-sq2      0.061905    0.004089     15.14    0.000

S = 0.0530049    R-Sq = 99.9%     R-Sq(adj) = 99.8%

Analysis of Variance
Source          DF       SS       MS         F        P
Regression       2   9.4210   4.7105   1676.61    0.000
Residual Error   5   0.0140   0.0028
Total            7   9.4350

Source    DF   Seq SS
x          1   8.7771
x-sq       1   0.6438
```

**a.** What percentage of the total variation is explained by the quadratic regression of $y$ on $x$?

**b.** Is the regression on $x$ and $x^2$ significant at the $\alpha = .05$ level of significance?

**c.** Is the linear regression coefficient significant when $x^2$ is in the model?

**d.** Is the quadratic regression coefficient significant when $x$ is in the model?

**e.** The data were fitted to a linear model without the quadratic term with the results that follow. What can you say about the contribution of the quadratic term when it is included in the model?

<span style="color:blue">**Regression Analysis: y versus x**</span>
```
The regression equation is
y = -0.732 + 0.457 x

Predictor      Coef     SE Coef         T        P
Constant    -0.7321     0.2580     -2.84    0.030
x           0.45714    0.05109      8.95    0.000

S = 0.331124    R-Sq = 93.0%     R-Sq(adj) = 91.9%

Analysis of Variance
Source          DF       SS       MS         F        P
Regression       1   8.7771   8.7771     80.05    0.000
Residual Error   6   0.6579   0.1096
Total            7   9.4350
```

**f.** The plot of the residuals from the linear regression model in part e shows a specific pattern. What is the term in the model that seems to be missing?

**592** ○ CHAPTER 13 MULTIPLE REGRESSION ANALYSIS



Residuals versus the Fitted Values
(response is y)

MY DATA **13.36 Managing your Money** A particular savings and loan corporation is interested in determining how well the amount of money in family savings accounts can be predicted using the three independent variables—annual income, number in the family unit, and area in which the family lives. Suppose that there are two specific areas of interest to the corporation. The following data were collected, where

$$y = \text{Amount in all savings accounts}$$

$$x_1 = \text{Annual income}$$

$$x_2 = \text{Number in family unit}$$

$$x_3 = 0 \text{ if in Area 1; 1 if not}$$

Both $y$ and $x_1$ were recorded in units of $1000.

| y | $x_1$ | $x_2$ | $x_3$ |
|------|------|---|---|
| 0.5 | 19.2 | 3 | 0 |
| 0.3 | 23.8 | 6 | 0 |
| 1.3 | 28.6 | 5 | 0 |
| 0.2 | 15.4 | 4 | 0 |
| 5.4 | 30.5 | 3 | 1 |
| 1.3 | 20.3 | 2 | 1 |
| 12.8 | 34.7 | 2 | 1 |
| 1.5 | 25.2 | 4 | 1 |
| 0.5 | 18.6 | 3 | 1 |
| 15.2 | 45.8 | 2 | 1 |

The following computer printout resulted when the data were analyzed using *MINITAB*.

**Regression Analysis: y versus x1, x2, x3**
```
The regression equation is
y = -3.11 + 0.503 x1 - 1.61 x2 - 1.15 x3

Predictor      Coef     SE Coef       T       P
Constant     -3.112       3.600   -0.86   0.421
x1          0.50314     0.07670    6.56   0.001
x2          -1.6126      0.6579   -2.45   0.050
x3           -1.155       1.791   -0.64   0.543

S = 1.89646    R-Sq = 92.2%    R-Sq(adj) = 88.4%

Analysis of Variance
Source          DF       SS      MS      F      P
Regression       3  256.621  85.540  23.78  0.001
Residual Error   6   21.579   3.597
Total            9  278.200

Source    DF    Seq SS
x1         1   229.113
x2         1    26.012
x3         1     1.496
```

**a.** Interpret $R^2$ and comment on the fit of the model.

**b.** Test for a significant regression of $y$ on $x_1$, $x_2$, and $x_3$ at the 5% level of significance.

**c.** Test the hypothesis $H_0 : \beta_3 = 0$ against $H_a : \beta_3 \neq 0$ using $\alpha = .05$. Comment on the results of your test.

**d.** What can be said about the utility of $x_3$ as a predictor variable in this problem?

## CASE STUDY  "Made in the U.S.A."—Another Look

MY DATA Foreign Cars

The case study in Chapter 12 examined the effect of foreign competition in the automotive industry as the number of imported cars steadily increased during the 1970s and 1980s.[10] The U.S. automobile industry has been besieged with complaints about product quality, worker layoffs, and high prices and has spent billions in advertising and research to produce an American-made car that will satisfy consumer demands. Have they been successful in stopping the flood of imported cars purchased by American consumers? The data shown in the table give the number of imported cars ($y$) sold in the United States (in millions) for the years 1969–2005. To simplify the analysis, we have coded the year using the coded variable $x = $ Year $-$ 1969.

| Year | Year − 1969, $x$ | Number of Imported Cars, $y$ | Year | Year − 1969, $x$ | Number of Imported Cars, $y$ |
|------|------|------|------|------|------|
| 1969 | 0 | 1.1 | 1987 | 18 | 3.1 |
| 1970 | 1 | 1.3 | 1988 | 19 | 3.1 |
| 1971 | 2 | 1.6 | 1989 | 20 | 2.8 |
| 1972 | 3 | 1.6 | 1990 | 21 | 2.5 |
| 1973 | 4 | 1.8 | 1991 | 22 | 2.1 |
| 1974 | 5 | 1.4 | 1992 | 23 | 2.0 |
| 1975 | 6 | 1.6 | 1993 | 24 | 1.8 |
| 1976 | 7 | 1.5 | 1994 | 25 | 1.8 |
| 1977 | 8 | 2.1 | 1995 | 26 | 1.6 |
| 1978 | 9 | 2.0 | 1996 | 27 | 1.4 |
| 1979 | 10 | 2.3 | 1997 | 28 | 1.4 |
| 1980 | 11 | 2.4 | 1998 | 29 | 1.4 |
| 1981 | 12 | 2.3 | 1999 | 30 | 1.8 |
| 1982 | 13 | 2.2 | 2000 | 31 | 2.1 |
| 1983 | 14 | 2.4 | 2001 | 32 | 2.2 |
| 1984 | 15 | 2.4 | 2002 | 33 | 2.3 |
| 1985 | 16 | 2.8 | 2003 | 34 | 2.2 |
| 1986 | 17 | 3.2 | 2004 | 35 | 2.2 |
|  |  |  | 2005 | 36 | 2.3 |

By examining a scatterplot of these data, you will find that the number of imported cars does not appear to follow a linear relationship over time, but rather exhibits a curvilinear response. The question, then, is to decide whether a second-, third-, or higher-order model adequately describes the data.

1.  Plot the data and sketch what you consider to be the best-fitting linear, quadratic, and cubic models.

2.  Find the residuals using the fitted linear regression model. Does there appear to be any pattern in the residuals when plotted against $x$? What model do the residuals indicate would produce a better fit?

3.  What is the increase in $R^2$ when you fit a quadratic rather than a linear model? Is the coefficient of the quadratic term significant? Is the fitted quadratic model significantly better than the fitted linear model? Plot the residuals from the fitted quadratic model. Does there seem to be any apparent pattern in the residuals when plotted against $x$?

4.  What is the increase in $R^2$ when you compare the fitted cubic with the fitted quadratic model? Is the fitted cubic model significantly better than the fitted quadratic? Are there any patterns in a plot of the residuals versus $x$? What proportion of the variation in the response $y$ is not accounted for by fitting a cubic model? Should any higher-order polynomial model be considered? Why or why not?

**14**

# Analysis of Categorical Data



© Dave Bartruff/CORBIS

## GENERAL OBJECTIVES

Many types of surveys and experiments result in qualitative rather than quantitative response variables, so that the responses can be classified but not quantified. Data from these experiments consist of the count or number of observations that fall into each of the response categories included in the experiment. In this chapter, we are concerned with methods for analyzing categorical data.

## CHAPTER INDEX

● Assumptions for chi-square tests (14.7)
● Comparing several multinomial populations (14.5)
● Contingency tables (14.4)
● The multinomial experiment (14.1)
● Other applications (14.7)
● Pearson's chi-square statistic (14.2)
● A test of specified cell probabilities (14.3)

*MY* **PERSONAL TRAINER**

**How Do I Determine the Appropriate Number of Degrees of Freedom?**

## Can a Marketing Approach Improve Library Services?

How do you rate your library? Is the atmosphere friendly, dull, or too quiet? Is the library staff helpful? Are the signs clear and unambiguous? The modern consumer-led approach to marketing, in general, involves the systematic study by organizations of their customers' wants and needs in order to improve their services or products. In the case study at the end of this chapter, we examine the results of a study to explore the attitudes of young adults toward the services provided by libraries.

**594**

# 14.1 A DESCRIPTION OF THE EXPERIMENT

Many experiments result in measurements that are *qualitative* or *categorical* rather than *quantitative*; that is, a *quality* or *characteristic* (rather than a numerical value) is measured for each experimental unit. You can summarize this type of data by creating a list of the categories or characteristics and reporting a **count** of the number of measurements that fall into each category. Here are a few examples:

- People can be classified into five income brackets.
- A mouse can respond in one of three ways to a stimulus.
- An M&M'S candy can have one of six colors.
- An industrial process manufactures items that can be classified as "acceptable," "second quality," or "defective."

These are some of the many situations in which the data set has characteristics appropriate for the **multinomial experiment.**

## THE MULTINOMIAL EXPERIMENT

- The experiment consists of $n$ identical trials.
- The outcome of each trial falls into one of $k$ categories.
- The probability that the outcome of a single trial falls into a particular category—say, category $i$—is $p_i$ and remains constant from trial to trial. This probability must be between 0 and 1, for each of the $k$ categories, and the sum of all $k$ probabilities is $\Sigma p_i = 1$.
- The trials are independent.
- The experimenter counts the *observed* number of outcomes in each category, written as $O_1, O_2, \ldots, O_k$, with $O_1 + O_2 + \cdots + O_k = n$.

You can visualize the multinomial experiment by thinking of $k$ boxes or **cells** into which $n$ balls are tossed. The $n$ tosses are independent, and on each toss the chance of hitting the $i$th box is the same. However, this chance can vary from box to box; it might be easier to hit box 1 than box 3 on each toss. Once all $n$ balls have been tossed, the number in each box or **cell**—$O_1, O_2, \ldots, O_k$—is counted.

 **MY TIP**

The multinomial experiment is an extension of the *binomial experiment.* For a binomial experiment, $k = 2$.

You have probably noticed the similarity between the *multinomial experiment* and the *binomial experiment* introduced in Chapter 5. In fact, when there are $k = 2$ categories, the two experiments are identical, except for notation. Instead of $p$ and $q$, we write $p_1$ and $p_2$ to represent the probabilities for the two categories, "success" and "failure." Instead of $x$ and $(n - x)$, we write $O_1$ and $O_2$ to represent the observed number of "successes" and "failures."

When we presented the binomial random variable, we made inferences about the binomial parameter $p$ (and by default, $q = 1 - p$) using large-sample methods based on the $z$ statistic. In this chapter, we extend this idea to make inferences about the *multinomial parameters, $p_1, p_2, \ldots, p_k$,* using a different type of statistic. This statistic, whose approximate sampling distribution was derived by a British statistician named Karl Pearson in 1900, is called the **chi-square** (or sometimes **Pearson's chi-square**) **statistic.**

## PEARSON'S CHI-SQUARE STATISTIC

**14.2**

Suppose that $n = 100$ balls are tossed at the cells (boxes) and you know that the probability of a ball falling into the first box is $p_1 = .1$. How many balls would you *expect* to fall into the first box? Intuitively, you would expect to see $100(.1) = 10$ balls in the first box. This should remind you of the average or expected number of successes, $\mu = np$, in the binomial experiment. In general, the expected number of balls that fall into cell $i$—written as $E_i$—can be calculated using the formula

$$E_i = np_i$$

for any of the cells $i = 1, 2, \ldots, k$.

Now suppose that you *hypothesize* values for each of the probabilities $p_1, p_2, \ldots, p_k$ and calculate the expected number for each category or cell. If your hypothesis is correct, the actual *observed cell counts, $O_i$,* should not be too different from the *expected cell counts, $E_i = np_i$.* The larger the differences, the more likely it is that the hypothesis is incorrect. The *Pearson chi-square statistic* uses the differences $(O_i - E_i)$ by first squaring these differences to eliminate negative contributions, and then forming a *weighted* average of the squared differences.

---

### PEARSON'S CHI-SQUARE TEST STATISTIC

$$X^2 = \Sigma_i \frac{(O_i - E_i)^2}{E_i}$$

summed over all $k$ cells, with $E_i = np_i$.

---

 **TIP**

The Pearson's chi-square tests are always upper-tailed tests.

Although the mathematical proof is beyond the scope of this book, it can be shown that when $n$ is large, $X^2$ has an approximate **chi-square probability distribution** in repeated sampling. If the hypothesized expected cell counts are correct, the differences $(O_i - E_i)$ are small and $X^2$ is close to 0. But, if the hypothesized probabilities are incorrect, large differences $(O_i - E_i)$ result in a *large* value of $X^2$. You should use a **right-tailed statistical test** and look for an unusually large value of the test statistic.

The chi-square distribution was used in Chapter 10 to make inferences about a single population variance $\sigma^2$. Like the $F$ distribution, its shape is not symmetric and depends on a specific number of **degrees of freedom.** Once these degrees of freedom are specified, you can use Table 5 in Appendix I to find critical values or to bound the $p$-value for a particular chi-square statistic. As an alternative, you can use the **Chi-Square Probabilities** applet to find critical values or exact $p$-values for the test.

The appropriate degrees of freedom for the chi-square statistic vary depending on the particular application you are using. Although we will specify the appropriate degrees of freedom for the applications presented in this chapter, you should use the general rule given next for determining degrees of freedom for the chi-square statistic.

**MY  PERSONAL TRAINER**

### How Do I Determine the Appropriate Number of Degrees of Freedom?

1. Start with the number of *categories* or cells in the experiment.
2. Subtract one degree of freedom for each linear restriction on the cell probabilities. You will always lose one *df* because $p_1 + p_2 + \cdots + p_k = 1$.

3. Sometimes the expected cell counts cannot be calculated directly but must be estimated using the sample data. Subtract one degree of freedom for every independent population parameter that must be estimated to obtain the estimated values of $E_i$.

We begin with the simplest applications of the chi-square test statistic—the **goodness-of-fit** test.

## TESTING SPECIFIED CELL PROBABILITIES: THE GOODNESS-OF-FIT TEST

**14.3**

The simplest hypothesis concerning the cell probabilities specifies a numerical value for each cell. The expected cell counts are easily calculated using the hypothesized probabilities, $E_i = np_i$, and are used to calculate the observed value of the $X^2$ test statistic. For a multinomial experiment consisting of $k$ categories or cells, the test statistic has an approximate $\chi^2$ distribution with $df = (k - 1)$.

**EXAMPLE    14.1**

A researcher designs an experiment in which a rat is attracted to the end of a ramp that divides, leading to doors of three different colors. The researcher sends the rat down the ramp $n = 90$ times and observes the choices listed in Table 14.1. Does the rat have (or acquire) a preference for one of the three doors?

**TABLE 14.1    ● Rat's Door Choices**

|  | Door | | |
| --- | --- | --- | --- |
|  | Green | Red | Blue |
| Observed Count ($O_i$) | 20 | 39 | 31 |

**Solution**    If the rat has no preference in the choice of a door, you would expect in the long run that the rat would choose each door an equal number of times. That is, the null hypothesis is

$$H_0 : p_1 = p_2 = p_3 = \frac{1}{3}$$

versus the alternative hypothesis

$$H_a : \text{At least one } p_i \text{ is different from } \frac{1}{3}$$

where $p_i$ is the probability that the rat chooses door $i$, for $i = 1, 2,$ and 3. The expected cell counts are the same for each of the three categories—namely, $np_i = 90(1/3) = 30$. The chi-square test statistic can now be calculated as



The rejection region and $p$-value are in the upper tail of the chi-square distribution.

$$X^2 = \Sigma \frac{(O_i - E_i)^2}{E_i}$$

$$= \frac{(20 - 30)^2}{30} + \frac{(39 - 30)^2}{30} + \frac{(31 - 30)^2}{30} = 6.067$$

For this example, the test statistic has $(k - 1) = 2$ degrees of freedom because the only linear restriction on the cell probabilities is that they must sum to 1. Hence, you can use Table 5 in Appendix I to find bounds for the right-tailed $p$-value. Since the observed value, $X^2 = 6.067$, lies between $\chi^2_{.050} = 5.99$ and $\chi^2_{.025} = 7.38$, the $p$-value is between .025 and .050. The researcher would report the results as significant at the 5% level $(P < .05)$, meaning that the null hypothesis of no preference is rejected. There is sufficient evidence to indicate that the rat has a preference for one of the three doors.

What more can you say about the experiment once you have determined statistically that the rat has a preference? Look at the data to see where the differences lie. **The Goodness-of-Fit Test** applet, shown in Figure 14.1, will help.

**FIGURE 14.1**

Goodness-of-Fit applet



You can see the value of $X^2$ and its exact $p$-value (.0482) at the bottom of the applet. Just above them, the shaded bar shows the distribution of the observed frequencies. The blue bars represent categories that have an excess of observations relative to expected and red cells (gray in Figure 14.1) indicate a deficit of observations relative to expected. The intensity of the color reflects the magnitude of the discrepancy. For this example, that rat chose the red and blue doors more often than expected, and the green door less often. The blue door was chosen only a little more than one-third of the time:

$$\frac{31}{90} = .344$$

However, the sample proportions for the other two doors are quite different from one-third. The rat chooses the green door least often—only 22% of the time:

$$\frac{20}{90} = .222$$

The rat chooses the red door most often—43% of the time:

$$\frac{39}{90} = .433$$

You would summarize the results of the experiment by saying that the rat has a preference for the red door. Can you conclude that the preference is *caused* by the door color? The answer is no—the cause could be some other physiological or psychological factor that you have not yet explored. Avoid declaring a *causal* relationship between color and preference!

**EXAMPLE 14.2**   The proportions of blood phenotypes A, B, AB, and O in the population of all Caucasians in the United States are .41, .10, .04, and .45, respectively. To determine whether or not the actual population proportions fit this set of reported probabilities, a random sample of 200 Americans were selected and their blood phenotypes were recorded. The observed and expected cell counts are shown in Table 14.2. The expected cell counts are calculated as $E_i = 200p_i$. Test the goodness of fit of these blood phenotype proportions.

**TABLE 14.2**   ●   **Counts of Blood Phenotypes**

|  | A | B | AB | O |
|---|---|---|---|---|
| Observed ($O_i$) | 89 | 18 | 12 | 81 |
| Expected ($E_i$) | 82 | 20 | 8 | 90 |

**Solution**   The hypothesis to be tested is determined by the model probabilities:

$$H_0 : p_1 = .41; p_2 = .10; p_3 = .04; p_4 = .45$$

**MY TIP**

Degrees of freedom for a simple goodness-of-fit test: $df = k - 1$

versus

$H_a$ : At least one of the four probabilities is different from the specified value

Then

$$X^2 = \Sigma_i \frac{(O_i - E_i)^2}{E_i}$$

$$= \frac{(89 - 82)^2}{82} + \cdots + \frac{(81 - 90)^2}{90} = 3.70$$

From Table 5 in Appendix I, indexing $df = (k - 1) = 3$, you can find that the observed value of the test statistic is less than $\chi^2_{.100} = 6.25$, so that the $p$-value is greater than .10. You do not have sufficient evidence to reject $H_0$; that is, you cannot declare that the blood phenotypes for American Caucasians are *different* from those reported earlier. The results are nonsignificant (NS).

You can find instructions in the "My *MINITAB*" section at the end of this chapter that allow you to perform the chi-square goodness-of-fit test and generate the results. This procedure is new to *MINITAB 15*. If you are using a previous version of *MINITAB*, you can still generate results using the calculator function.

Notice the difference in the goodness-of-fit hypothesis compared to other hypotheses that you have tested. In the goodness-of-fit test, the researcher uses the null hypothesis to specify the model he believes to be *true*, rather than a model he hopes to prove false! When you could not reject $H_0$ in the blood type example, the results were as expected. Be careful, however, when you report your results for goodness-of-fit tests. You cannot declare with confidence that the model is absolutely correct without reporting the value of $\beta$ for some practical alternatives.

**14.3   EXERCISES**

**BASIC TECHNIQUES**

**14.1** List the characteristics of a multinomial experiment.

**14.2** Use Table 5 in Appendix I to find the value of $\chi^2$ with the following area $\alpha$ to its right:

**a.** $\alpha = .05, df = 3$     **b.** $\alpha = .01, df = 8$

**14.3** Give the rejection region for a chi-square test of specified probabilities if the experiment involves $k$ categories in these cases:

**a.** $k = 7$, $\alpha = .05$      **b.** $k = 10$, $\alpha = .01$

**14.4** Use Table 5 in Appendix I to bound the $p$-value for a chi-square test:

**a.** $X^2 = 4.29$, $df = 5$      **b.** $X^2 = 20.62$, $df = 6$

**14.5** Suppose that a response can fall into one of $k = 5$ categories with probabilities $p_1, p_2, \ldots, p_5$ and that $n = 300$ responses produced these category counts:

| Category | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Observed Count | 47 | 63 | 74 | 51 | 65 |

**a.** Are the five categories equally likely to occur? How would you test this hypothesis?

**b.** If you were to test this hypothesis using the chi-square statistic, how many degrees of freedom would the test have?

**c.** Find the critical value of $\chi^2$ that defines the rejection region with $\alpha = .05$.

**d.** Calculate the observed value of the test statistic.

**e.** Conduct the test and state your conclusions.

**14.6** Suppose that a response can fall into one of $k = 3$ categories with probabilities $p_1 = .4$, $p_2 = .3$, and $p_3 = .3$, and $n = 300$ responses produce these category counts:

| Category | 1 | 2 | 3 |
|---|---|---|---|
| Observed Count | 130 | 98 | 72 |

Do the data provide sufficient evidence to indicate that the cell probabilities are different from those specified for the three categories? Find the approximate $p$-value and use it to make your decision.

## APPLICATIONS

**14.7 Your Favorite Lane** A freeway with four lanes in each direction was studied to see whether drivers prefer to drive on the inside lanes. A total of 1000 automobiles were observed during heavy early-morning traffic, and the number of cars in each lane was recorded:

| Lane | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Observed Count | 294 | 276 | 238 | 192 |

Do the data present sufficient evidence to indicate that some lanes are preferred over others? Test using $\alpha = .05$. If there are any differences, discuss the nature of the differences.

**14.8 Peonies** A peony plant with red petals was crossed with another plant having streaky petals. A geneticist states that 75% of the offspring from this cross will have red flowers. To test this claim, 100 seeds from this cross were collected and germinated, and 58 plants had red petals. Use the chi-square goodness-of-fit test to determine whether the sample data confirm the geneticist's prediction.

**14.9 Heart Attacks on Mondays** Do you hate Mondays? Researchers from Germany have provided another reason for you: They concluded that the risk of a heart attack for a working person may be as much as 50% greater on Monday than on any other day.[1] The researchers kept track of heart attacks and coronary arrests over a period of 5 years among 330,000 people who lived near Augsburg, Germany. In an attempt to verify their claim, you survey 200 working people who had recently had heart attacks and recorded the day on which their heart attacks occurred:

| Day | Observed Count |
|---|---|
| Sunday | 24 |
| Monday | 36 |
| Tuesday | 27 |
| Wednesday | 26 |
| Thursday | 32 |
| Friday | 26 |
| Saturday | 29 |

Do the data present sufficient evidence to indicate that there is a difference in the incidence of heart attacks depending on the day of the week? Test using $\alpha = .05$.

**14.10 Mortality Statistics** Medical statistics show that deaths due to four major diseases—call them A, B, C, and D—account for 15%, 21%, 18%, and 14%, respectively, of all nonaccidental deaths. A study of the causes of 308 nonaccidental deaths at a hospital gave the following counts:

| Disease | A | B | C | D | Other |
|---|---|---|---|---|---|
| Deaths | 43 | 76 | 85 | 21 | 83 |

Do these data provide sufficient evidence to indicate that the proportions of people dying of diseases A, B, C, and D at this hospital differ from the proportions accumulated for the population at large?

**14.11 Schizophrenia** Research has suggested a link between the prevalence of schizophrenia and birth during particular months of the year in which viral infections are prevalent. Suppose you are working on a similar problem and you suspect a linkage between a disease observed in later life and month of birth.

You have records of 400 cases of the disease, and you classify them according to month of birth. The data appear in the table. Do the data present sufficient evidence to indicate that the proportion of cases of the disease per month varies from month to month? Test with $\alpha = .05$.

| Month | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|
| Births | 38 | 31 | 42 | 46 | 28 | 31 |

| Month | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| Births | 24 | 29 | 33 | 36 | 27 | 35 |

**14.12 Snap Peas** Suppose you are interested in following two independent traits in snap peas—seed texture (S = smooth, s = wrinkled) and seed color (Y = yellow, y = green)—in a second-generation cross of heterozygous parents. Mendelian theory states that the number of peas classified as smooth and yellow, wrinkled and yellow, smooth and green, and wrinkled and green should be in the ratio 9:3:3:1. Suppose that 100 randomly selected snap peas have 56, 19, 17, and 8 in these respective categories. Do these data indicate that the 9:3:3:1 model is correct? Test using $\alpha = .01$.

**14.13 M&M'S** The Mars, Incorporated website reports the following percentages of the various colors of its M&M'S candies for the "milk chocolate" variety:[2]



**What Colors Come In Your Bag?**

| Color | | % |
|---|---|---|
| Brown | m | 13% |
| Yellow | m | 14% |
| Red | m | 13% |
| Blue | m m | 24% |
| Orange | m m | 20% |
| Green | m m | 16% |

A 14-ounce bag of milk chocolate M&M'S is randomly selected and contains 70 brown, 72 yellow, 61 red,

118 blue, 108 orange, and 85 green candies. Do the data substantiate the percentages reported by Mars, Incorporated? Use the appropriate test and describe the nature of the differences, if there are any.

**14.14 Peanut M&M'S** The percentage of various colors are different for the "peanut" variety of M&M'S candies, as reported on the Mars, Incorporated website:[3]



**What Colors Come In Your Bag?**

| Color | | % |
|---|---|---|
| Brown | m | 12% |
| Yellow | m | 15% |
| Red | m | 12% |
| Blue | m m | 23% |
| Orange | m m | 23% |
| Green | m | 15% |

A 14-ounce bag of peanut M&M'S is randomly selected and contains 70 brown, 87 yellow, 64 red, 115 blue, 106 orange, and 85 green candies. Do the data substantiate the percentages reported by Mars, Incorporated? Use the appropriate test and describe the nature of the differences, if there are any.

**14.15 Admission Standards** Previous enrollment records at a large university indicate that of the total number of persons who apply for admission, 60% are admitted unconditionally, 5% are admitted on a trial basis, and the remainder are refused admission. Of 500 applications to date for the coming year, 329 applicants have been admitted unconditionally, 43 have been admitted on a trial basis, and the remainder have been refused admission. Do these data indicate a departure from previous admission rates? Test using $\alpha = .05$.

## CONTINGENCY TABLES: A TWO-WAY CLASSIFICATION



In some situations, the researcher classifies an experimental unit according to *two qualitative variables* to generate *bivariate data,* which we discussed in Chapter 3.

- A defective piece of furniture is classified according to the type of defect and the production shift during which it was made.
- A professor is classified by professional rank and the type of university (public or private) at which she works.
- A patient is classified according to the type of preventive flu treatment he received and whether or not he contracted the flu during the winter.

When two *categorical variables* are recorded, you can summarize the data by counting the observed number of units that fall into each of the various intersections of category levels. The resulting counts are displayed in an array called a **contingency table.**

**EXAMPLE   14.3**

A total of $n = 309$ furniture defects were recorded and the defects were classified into four types: A, B, C, or D. At the same time, each piece of furniture was identified by the production shift in which it was manufactured. These counts are presented in a contingency table in Table 14.3.

**TABLE 14.3** ●

**Contingency Table**

| Type of Defects | Shift | | | Total |
|---|---|---|---|---|
| | 1 | 2 | 3 | |
| A | 15 | 26 | 33 | 74 |
| B | 21 | 31 | 17 | 69 |
| C | 45 | 34 | 49 | 128 |
| D | 13 | 5 | 20 | 38 |
| Total | 94 | 96 | 119 | 309 |

When you study data that involves two variables, one important consideration is the *relationship between the two variables.* Does the proportion of measurements in the various categories for factor 1 depend on which category of factor 2 is being observed? For the furniture example, do the proportions of the various defects vary from shift to shift, or are these proportions the same, independently of which shift is observed? You may remember a similar phenomenon called *interaction* in the $a \times b$ factorial experiment from Chapter 11. In the analysis of a contingency table, the objective is to determine whether or not one method of classification is **contingent** or **dependent** on the other method of classification. If not, the two methods of classification are said to be **independent.**

**MY TIP**

With two-way classifications, we do not test hypotheses about specific probabilities. We test whether the two methods of classification are independent.

## The Chi-Square Test of Independence

The question of independence of the two methods of classification can be investigated using a test of hypothesis based on the chi-square statistic. These are the hypotheses:

$H_0$ : The two methods of classification are independent

$H_a$ : The two methods of classification are dependent

Suppose we denote the observed cell count in row $i$ and column $j$ of the contingency table as $O_{ij}$. If you knew the expected cell counts ($E_{ij} = np_{ij}$) under the null hypothesis of independence, then you could use the chi-square statistic to compare the observed and expected counts. However, the expected values are not specified in $H_0$, as they were in previous examples.

To explain how to estimate these expected cell counts, we must revisit the concept of *independent events* from Chapter 4. Consider $p_{ij}$, the probability that an observation falls into row $i$ and column $j$ of the contingency table. If the rows and columns are independent, then

$p_{ij}$ = $P$(observation falls in row $i$ and column $j$)

   = $P$(observation falls in row $i$) $\times$ $P$(observation falls in column $j$)

   = $p_i p_j$

where $p_i$ and $p_j$ are the **unconditional** or **marginal probabilities** of falling into row $i$ or column $j,$ respectively. If you could obtain proper estimates of these marginal probabilities, you could use them in place of $p_{ij}$ in the formula for the expected cell count.

Fortunately, these estimates do exist. In fact, they are exactly what you would intuitively choose:

**MY TIP**

Degrees of freedom for an $r \times c$ contingency table: $df = (r - 1)(c - 1)$.

- To estimate a row probability, use

$$\hat{p}_i = \frac{\text{Total observations in row } i}{\text{Total number of observations}} = \frac{r_i}{n}$$

- To estimate a column probability, use

$$\hat{p}_j = \frac{\text{Total observations in column } j}{\text{Total number of observations}} = \frac{c_j}{n}$$

The estimate of the expected cell count for row $i$ and column $j$ follows from the independence assumption.

### ESTIMATED EXPECTED CELL COUNT

$$\hat{E}_{ij} = n\left(\frac{r_i}{n}\right)\left(\frac{c_j}{n}\right) = \frac{r_i c_j}{n}$$

where $r_i$ is the total for row $i$ and $c_j$ is the total for column $j.$

The chi-square test statistic for a contingency table with $r$ rows and $c$ columns is calculated as

$$X^2 = \Sigma \frac{(O_{ij} - \hat{E}_{ij})^2}{\hat{E}_{ij}}$$

and can be shown to have an approximate chi-square distribution with

$$df = (r - 1)(c - 1)$$

If the observed value of $X^2$ is too large, then the null hypothesis of independence is rejected.

**EXAMPLE 14.4**   Refer to Example 14.3. Do the data present sufficient evidence to indicate that the type of furniture defect varies with the shift during which the piece of furniture is produced?

**Solution**   The estimated expected cell counts are shown in parentheses in Table 14.4. For example, the estimated expected count for a type C defect produced during the second shift is

$$\hat{E}_{32} = \frac{r_3 c_2}{n} = \frac{(128)(96)}{309} = 39.77$$

**TABLE 14.4**   **Observed and Estimated Expected Cell Counts**

|                 | Shift       |             |             |       |
| --------------- | ----------- | ----------- | ----------- | ----- |
| Type of Defects | 1           | 2           | 3           | Total |
| A               | 15 (22.51)  | 26 (22.99)  | 33 (28.50)  | 74    |
| B               | 21 (20.99)  | 31 (21.44)  | 17 (26.57)  | 69    |
| C               | 45 (38.94)  | 34 (39.77)  | 49 (49.29)  | 128   |
| D               | 13 (11.56)  | 5 (11.81)   | 20 (14.63)  | 38    |
| Total           | 94          | 96          | 119         | 309   |

You can now use the values shown in Table 14.4 to calculate the test statistic as

$$X^2 = \Sigma \frac{(O_{ij} - \hat{E}_{ij})^2}{\hat{E}_{ij}}$$

$$= \frac{(15 - 22.51)^2}{22.51} + \frac{(26 - 22.99)^2}{22.99} + \cdots + \frac{(20 - 14.63)^2}{14.63}$$

$$= 19.18$$

When you index the chi-square distribution in Table 5 in Appendix I with

$$df = (r - 1)(c - 1) = (4 - 1)(3 - 1) = 6$$

the observed test statistic is greater than $\chi^2_{.005} = 18.5476$, which indicates that the $p$-value is less than .005. You can reject $H_0$ and declare the results to be highly significant ($P < .005$). There is sufficient evidence to indicate that the proportions of defect types vary from shift to shift.

The next obvious question you should ask involves the nature of the relationship between the two classifications. Which shift produces more of which type of defect? As with the factorial experiment in Chapter 11, once a dependence (or interaction) is found, you must look within the table at the relative or *conditional* proportions for each level of classification. For example, consider shift 1, which produced a total of 94 defects. These defects can be divided into types using the *conditional proportions* for this sample shown in the first column of Table 14.5. If you follow the same procedure for the other two shifts, you can then compare the distributions of defect types for the three shifts, as shown in Table 14.5.

Now compare the three sets of proportions (each sums to 1). It appears that shifts 1 and 2 produce defects in the same general order—types C, B, A, and D from most to least—though in differing proportions. Shift 3 shows a different pattern—the most

type C defects again but followed by types A, D, and B, in that order. Depending on which type of defect is the most important to the manufacturer, each shift should be cautioned separately about the reasons for producing too many defects.

**TABLE 14.5**   ●   **Conditional Probabilities for Types of Defect Within Three Shifts**

|  | Shift | | |
| --- | --- | --- | --- |
| Types of Defects | 1 | 2 | 3 |
| A | $\frac{15}{94} = .16$ | $\frac{26}{96} = .27$ | $\frac{33}{119} = .28$ |
| B | $\frac{21}{94} = .22$ | $\frac{31}{96} = .32$ | $\frac{17}{119} = .14$ |
| C | $\frac{45}{94} = .48$ | $\frac{34}{96} = .35$ | $\frac{49}{119} = .41$ |
| D | $\frac{13}{94} = .14$ | $\frac{5}{96} = .05$ | $\frac{20}{119} = .17$ |
| Total | 1.00 | 1.00 | 1.00 |

**MY  APPLET**

The **Chi-Square Test of Independence** applet can help you visualize the distribution of the observed frequencies. In Figure 14.2(a), the blue bars (blue in Figure 14.2(a)) represent categories that have an excess of defectives relative to expected and red cells (gray in Figure 14.2(a)) indicate a deficit of defectives relative to expected. The intensity of the color reflects the magnitude of the discrepancy. In Figure 14.2(b), we used the [Data/Null] button to view the expected distribution of defectives if the null hypothesis is true. The relative heights of the rectangles in each of the three columns correspond to the conditional distribution of defectives per shift given in Table 14.5. We will use this applet for the MyApplet Exercises at the end of the chapter.

**FIGURE 14.2**

Chi-Square Test of Independence applet



**606** ○ CHAPTER 14 ANALYSIS OF CATEGORICAL DATA



**MY PERSONAL TRAINER**

### How Do I Determine the Appropriate Number of Degrees of Freedom?

Remember the general procedure for determining degrees of freedom:

1. Start with $k = rc$ categories or cells in the contingency table.

2. Subtract one degree of freedom because all of the $rc$ cell probabilities must sum to 1.

3. You had to estimate $(r - 1)$ row probabilities and $(c - 1)$ column probabilities to calculate the estimated expected cell counts. (The last one of the row and column probabilities is determined because the *marginal* row and column probabilities must also sum to 1.) Subtract $(r - 1)$ and $(c - 1)$ *df*.

The total degrees of freedom for the $r \times c$ contingency table are

$$df = rc - 1 - (r - 1) - (c - 1) = rc - r - c + 1 = (r - 1)(c - 1)$$

**EXAMPLE  14.5**

A survey was conducted to evaluate the effectiveness of a new flu vaccine that had been administered in a small community. The vaccine was provided free of charge in a two-shot sequence over a period of 2 weeks. Some people received the two-shot sequence, some appeared for only the first shot, and others received neither. A survey of 1000 local residents the following spring provided the information shown in Table 14.6. Do the data present sufficient evidence to indicate that the vaccine was successful in reducing the number of flu cases in the community?

**TABLE 14.6** ● **2 × 3 Contingency Table**

|        | No Vaccine | One Shot | Two Shots | Total |
|--------|-----------|----------|-----------|-------|
| Flu    | 24        | 9        | 13        | 46    |
| No Flu | 289       | 100      | 565       | 954   |
| Total  | 313       | 109      | 578       | 1000  |

**Solution**   The success of the vaccine in reducing the number of flu cases can be assessed in two parts:

- If the vaccine is successful, the proportions of people who get the flu should vary, depending on which of the three treatments they received.
- Not only must this dependence exist, but the proportion of people who get the flu should decrease as the amount of flu prevention treatment increases—from zero to one to two shots.

The first part can be tested using the chi-square test with these hypotheses:

$H_0$ : No relationship between treatment and incidence of flu

$H_a$ : Incidence of flu depends on amount of flu treatment

As usual, computer software packages can eliminate all of the tedious calculations and, if the data are entered correctly, provide the correct output containing the observed

**MY TIP**

Use the value of $X^2$ and the *p*-value from the printout to test the hypothesis of independence.

value of the test statistic and its *p*-value. Such a printout, generated by *MINITAB*, is shown in Figure 14.3. You can find instructions for generating this printout in the section "My *MINITAB*" at the end of this chapter. The observed value of the test statistic, $X^2 = 17.313$, has a *p*-value of .000 and the results are declared highly significant. That is, the null hypothesis is rejected. There is sufficient evidence to indicate a relationship between treatment and incidence of flu.

**FIGURE 14.3**

*MINITAB* output for Example 14.5

**Chi-Square Test: No Vaccine, One Shot, Two Shots**

```
Expected counts are printed below observed counts
Chi-Square contributions are printed below expected counts

        No Vaccine One Shot Two Shots    Total
    1        24          9        13       46
            14.40       5.01     26.59
             6.404      3.169     6.944

    2       289        100       565      954
           298.60     103.99    551.41
             0.309      0.153     0.335

Total      313        109       578     1000

Chi-Sq =   17.313, DF = 2, P-Value = 0.000
```

What is the nature of this relationship? To answer this question, look at Table 14.7 and Figure 14.4, which give the *incidence* of flu in the sample for each of the three treatment groups. The answer is obvious. The group that received two shots was less susceptible to the flu; only one flu shot does not seem to decrease the susceptibility!

**TABLE 14.7**

**Incidence of Flu for Three Treatments**

| No Vaccine | One Shot | Two Shots |
|---|---|---|
| $\dfrac{24}{313} = .08$ | $\dfrac{9}{109} = .08$ | $\dfrac{13}{578} = .02$ |

**FIGURE 14.4**

Chi-Square Test of Independence applet



**608** ○ CHAPTER 14 ANALYSIS OF CATEGORICAL DATA

 **14.4** **EXERCISES**

## BASIC TECHNIQUES

**14.16** Calculate the value and give the number of degrees of freedom for $X^2$ for these contingency tables:

**a.**

| | | Columns | | |
|---|---|---|---|---|
| Rows | 1 | 2 | 3 | 4 |
| 1 | 120 | 70 | 55 | 16 |
| 2 | 79 | 108 | 95 | 43 |
| 3 | 31 | 49 | 81 | 140 |

**b.**

| | | Columns | |
|---|---|---|---|
| Rows | 1 | 2 | 3 |
| 1 | 35 | 16 | 84 |
| 2 | 120 | 92 | 206 |

**14.17** Suppose that a consumer survey summarizes the responses of $n = 307$ people in a contingency table that contains three rows and five columns. How many degrees of freedom are associated with the chi-square test statistic?

**14.18** A survey of 400 respondents produced these cell counts in a $2 \times 3$ contingency table:

| | | Columns | | |
|---|---|---|---|---|
| Rows | 1 | 2 | 3 | Total |
| 1 | 37 | 34 | 93 | 164 |
| 2 | 66 | 57 | 113 | 236 |
| Total | 103 | 91 | 206 | 400 |

**a.** If you wish to test the null hypothesis of "independence"—that the probability that a response falls in any one row is independent of the column it falls in—and you plan to use a chi-square test, how many degrees of freedom will be associated with the $\chi^2$ statistic?

**b.** Find the value of the test statistic.

**c.** Find the rejection region for $\alpha = .01$.

**d.** Conduct the test and state your conclusions.

**e.** Find the approximate $p$-value for the test and interpret its value.

**14.19** **Gender Differences** Male and female respondents to a questionnaire on gender differences were categorized into three groups according to their answers on the first question:

| | Group 1 | Group 2 | Group 3 |
|---|---|---|---|
| Men | 37 | 49 | 72 |
| Women | 7 | 50 | 31 |

Use the *MINITAB* printout to determine whether there is a difference in the responses according to gender. Explain the nature of the differences, if any exist.

*MINITAB* output for Exercise 14.19

**Chi-Square Test: Group 1, Group 2, Group 3**

```
Expected counts are printed below observed counts
Chi-Square contributions are printed below expected
counts

          Group 1   Group 2   Group 3    Total
    1         37        49        72       158
           28.26     63.59     66.15
           2.703     3.346     0.517

    2          7        50        31        88
           15.74     35.41     36.85
           4.853     6.007     0.927

Total       44        99       103       246

Chi-Sq =  18.352, DF = 2, P-Value = 0.000
```

## APPLICATIONS

**14.20** **Mandatory Health Care** In 2006, a new law passed in Massachusetts would require all residents to have health insurance. Low-income residents would get state subsidies to help pay insurance premiums, but everyone would pay something for health services. The plan would penalize people without any insurance and charge fees to employers who don't provide coverage. An ABC News/*Washington Post* poll[4] involving $n = 1027$ adults nationwide asked the question, "Would you support or oppose this plan in your state?" The data that follows is based on the results of this study.

| Affiliation | Support | Oppose | Unsure |
|---|---|---|---|
| Democrats | 256 | 163 | 22 |
| Independents | 60 | 40 | 5 |
| Republicans | 235 | 222 | 24 |

**a.** Are there significant differences in the proportions of those surveyed who support, oppose, and are unsure about this plan among Democrats, Independents, and Republicans? Use $\alpha = .05$.

**b.** If significant differences exist, describe the nature of the differences by finding the proportions of those who support, oppose, and are unsure for each of the given affiliations.

**14.21** **Anxious Infants** A study was conducted by Joseph Jacobson and Diane Wille to determine the effect of early child care on infant-mother attachment

patterns.[5] In the study, 93 infants were classified as either "secure" or "anxious" using the Ainsworth strange situation paradigm. In addition, the infants were classified according to the average number of hours per week that they spent in child care. The data are presented in the table.

| | Low (0–3 hours) | Moderate (4–19 hours) | High (20–54 hours) |
|---|---|---|---|
| Secure | 24 | 35 | 5 |
| Anxious | 11 | 10 | 8 |

**a.** Do the data provide sufficient evidence to indicate that there is a difference in attachment pattern for the infants depending on the amount of time spent in child care? Test using $\alpha = .05$.

**b.** What is the approximate $p$-value for the test in part a?

**14.22 Spending Patterns**  Is there a difference in the spending patterns of high school seniors depending on their gender? A study to investigate this question focused on 196 employed high school seniors. Students were asked to classify the amount of their earnings that they spent on their car during a given month:

| | None or Only a Little | Some | About Half | Most | All or Almost All |
|---|---|---|---|---|---|
| Male | 73 | 12 | 6 | 4 | 3 |
| Female | 57 | 15 | 11 | 9 | 6 |

A portion of the *MINITAB* printout is given here. Use the printout to analyze the relationship between spending patterns and gender. Write a short paragraph explaining your statistical conclusions and their practical implications.

Partial *MINITAB* output for Exercise 14.22

**Chi-Square Test: None, Some, Half, Most, All**

```
Chi-Sq = 6.696, DF = 4, P-Value = 0.153
2 cells with expected counts less than 5.
```

**14.23 Waiting for a Prescription**  How long do you wait to have your prescriptions filled? According to *USA Today*, "about 3 in 10 Americans wait more than 20 minutes to have a prescription filled."[6] Suppose a comparison of waiting times for pharmacies in HMOs and pharmacies in drugstores produced the following results.

| Waiting Time | HMO | Drugstores |
|---|---|---|
| ≤ 15 minutes | 75 | 119 |
| 16–20 minutes | 44 | 21 |
| > 20 minutes | 21 | 37 |
| Don't know | 10 | 23 |

**a.** Is there sufficient evidence to indicate that there is a difference in waiting times for pharmacies in HMOs and pharmacies in drugstores? Use $\alpha = .01$.

**b.** If we consider only if the waiting time is more than 20 minutes, is there a significant difference in waiting times between pharmacies in HMOs and pharmacies in drugstores at the 1% level of significance?

**MY DATA** **14.24 The JFK Assassination**  More than
EX1424    40 years after the assassination of John F. Kennedy, a FOX News poll shows most Americans disagree with the government's conclusions about the killing. The *Warren Commission* found that Lee Harvey Oswald acted alone when he shot Kennedy, but many Americans are not so sure. Do you think that we know all the facts about the assassination of President John F. Kennedy or do you think there was a cover-up? Here are the results from a poll of 900 registered voters nationwide:[7]

| | We Know All the Facts | There Was a Cover-Up | (Not Sure) |
|---|---|---|---|
| Democrats | 42 | 309 | 31 |
| Republicans | 64 | 246 | 46 |
| Independents | 20 | 115 | 27 |

**a.** Do these data provide sufficient evidence to conclude that there is a difference in voters' opinions about a possible cover-up depending on the political affiliation of the voter? Test using $\alpha = .05$.

**b.** If there is a significant difference in part a, describe the nature of these differences.

**MY DATA** **14.25 Telecommuting**  As an alternative to
EX1425    flextime, many companies allow employees to do some of their work at home. Individuals in a random sample of 300 workers were classified according to salary and number of workdays per week spent at home.

| | Workdays at Home per Week | | |
|---|---|---|---|
| Salary | Less Than One | At Least One, but Not All | All at Home |
| Under $25,000 | 38 | 16 | 14 |
| $25,000 to $49,999 | 54 | 26 | 12 |
| $50,000 to $74,999 | 35 | 22 | 9 |
| Above $75,000 | 33 | 29 | 12 |

**a.** Do the data present sufficient evidence to indicate that salary is dependent on the number of workdays spent at home? Test using $\alpha = .05$.

**b.** Use Table 5 in Appendix I to approximate the $p$-value for this test of hypothesis. Does the $p$-value confirm your conclusions from part a?

**610**  ○  CHAPTER 14 ANALYSIS OF CATEGORICAL DATA

(MY) DATA  **14.26 Telecommuting II** An article in
EX1426A  *American Demographics* addressed the same
EX1426B  telecommuting issue (Exercise 14.25) in a
slightly different way. They concluded that "people
who work exclusively at home tend to be older and
better educated than those who have to leave home to
report to work."[8] Use the data below based on random
samples of 300 workers each to either support or refute
their conclusions. Use the appropriate test of hypothe-
sis, and explain why you either agree or disagree with
the *American Demographics* conclusions. Note that
"Mixed" workers are those who reported working at
home at least one full day in a typical week.

| | Workers | | |
|---|---|---|---|
| Age | Non-Home | Mixed | Home |
| 15–34 | 73 | 23 | 12 |
| 35–54 | 85 | 40 | 23 |
| 55 and over | 22 | 12 | 10 |

| | Workers | | |
|---|---|---|---|
| Education | Non-Home | Mixed | Home |
| Less than H.S. diploma | 23 | 3 | 5 |
| H.S. graduate | 54 | 12 | 11 |
| Some college/Assoc. degree | 53 | 24 | 14 |
| B.A. or more | 41 | 42 | 18 |

# COMPARING SEVERAL MULTINOMIAL POPULATIONS: A TWO-WAY CLASSIFICATION WITH FIXED ROW OR COLUMN TOTALS

**14.5**

An $r \times c$ contingency table results when each of $n$ experimental units is counted as falling into one of the $rc$ cells of a multinomial experiment. Each cell represents a pair of category levels—row level $i$ and column level $j$. Sometimes, however, it is not advisable to use this type of experimental design—that is, to let the $n$ observations fall where they may. For example, suppose you want to study the opinions of American families about their income levels—say, low, medium, and high. If you randomly select $n = 1200$ families for your survey, you may not find any who classify themselves as low-income families! It might be better to decide ahead of time to survey 400 families in each income level. The resulting data will still appear as a two-way classification, but the column totals are fixed in advance.

**EXAMPLE  14.6**

In another flu prevention experiment like Example 14.5, the experimenter decides to search the clinic records for 300 patients in each of the three treatment categories: no vaccine, one shot, and two shots. The $n = 900$ patients will then be surveyed regarding their winter flu history. The experiment results in a $2 \times 3$ table with the column totals fixed at 300, shown in Table 14.8. By fixing the column totals, the experimenter no longer has a multinomial experiment with $2 \times 3 = 6$ cells. Instead, there are three separate binomial experiments—call them 1, 2, and 3—each with a given probability $p_j$ of contracting the flu and $q_j$ of not contracting the flu. (Remember that for a binomial population, $p_j + q_j = 1$.)

**TABLE 14.8**  ●  **Cases of Flu for Three Treatments**

| | No Vaccine | One Shot | Two Shots | Total |
|---|---|---|---|---|
| Flu | | | | $r_1$ |
| No Flu | | | | $r_2$ |
| Total | 300 | 300 | 300 | $n$ |

Suppose you used the chi-square test to test for the independence of row and column classifications. If a particular treatment (column level) does not affect the incidence of flu, then each of the three binomial populations should have the same incidence of flu so that $p_1 = p_2 = p_3$ and $q_1 = q_2 = q_3$.

The $2 \times 3$ classification in Example 14.6 describes a situation in which the chi-square test of independence is equivalent to a test of the equality of $c = 3$ binomial proportions. Tests of this type are called **tests of homogeneity** and are used to compare several binomial populations. If there are *more than two* row categories with fixed column totals, then the test of independence is equivalent to a test of the equality of $c$ sets of multinomial proportions.

You do not need to be concerned about the theoretical equivalence of the chi-square tests for these two experimental designs. Whether the columns (or rows) are fixed or not, the test statistic is calculated as

$$X^2 = \Sigma \frac{(O_{ij} - \hat{E}_{ij})^2}{\hat{E}_{ij}} \qquad \text{where } \hat{E}_{ij} = \frac{r_i c_j}{n}$$

which has an approximate chi-square distribution in repeated sampling with $df = (r - 1)(c - 1)$.

---

**MY** **PERSONAL TRAINER**

### How Do I Determine the Appropriate Number of Degrees of Freedom?

Remember the general procedure for determining degrees of freedom:

1. Start with the $rc$ cells in the two-way table.
2. Subtract one degree of freedom for each of the $c$ multinomial populations, whose column probabilities must add to one—a total of $c$ $df$.
3. You had to estimate $(r - 1)$ row probabilities, but the column probabilities are fixed in advance and did not need to be estimated. Subtract $(r - 1)$ $df$.

The total degrees of freedom for the $r \times c$ (fixed-column) table are

$$rc - c - (r - 1) = rc - c - r + 1 = (r - 1)(c - 1)$$

---

**EXAMPLE**  **14.7**

A survey of voter sentiment was conducted in four midcity political wards to compare the fractions of voters who favor candidate A. Random samples of 200 voters were polled in each of the four wards with the results shown in Table 14.9. The values in parentheses in the table are the expected cell counts. Do the data present sufficient evidence to indicate that the fractions of voters who favor candidate A differ in the four wards?

**TABLE 14.9** ● **Voter Opinions in Four Wards**

|  | Ward | | | | |
|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | Total |
| Favor A | 76 (59) | 53 (59) | 59 (59) | 48 (59) | 236 |
| Do Not Favor A | 124 (141) | 147 (141) | 141 (141) | 152 (141) | 564 |
| Total | 200 | 200 | 200 | 200 | 800 |

**Solution**    Since the column totals are fixed at 200, the design involves four bino-mial experiments, each containing the responses of 200 voters from each of the four wards. To test the equality of the proportions who favor candidate A in all four wards, the null hypothesis

$$H_0 : p_1 = p_2 = p_3 = p_4$$

is equivalent to the null hypothesis

$H_0$ : Proportion favoring candidate A is independent of ward

and will be rejected if the test statistic $X^2$ is too large. The observed value of the test statistic, $X^2 = 10.722$, and its associated $p$-value, .013, are shown in Figure 14.5. The results are significant ($P < .025$); that is, $H_0$ is rejected and you can conclude that there is a difference in the proportions of voters who favor candidate A among the four wards.

**FIGURE 14.5**

*MINITAB* output for Example 14.7

**Chi-Square Test: Ward 1, Ward 2, Ward 3, Ward 4,**

```
Expected counts are printed below observed counts
Chi-Square contributions are printed below expected counts

           Ward 1    Ward 2    Ward 3    Ward 4    Total
    1          76        53        59        48       236
            59.00     59.00     59.00     59.00
            4.898     0.610     0.000     2.051

    2         124       147       141       152       564
           141.00    141.00    141.00    141.00
            2.050     0.255     0.000     0.858

Total        200       200       200       200       800

Chi-Sq = 10.722 DF = 3, P-Value = 0.013
```

What is the nature of the differences discovered by the chi-square test? To answer this question, look at Table 14.10, which shows the sample proportions who favor candidate A in each of the four wards. It appears that candidate A is doing best in the first ward and worst in the fourth ward. Is this of any *practical significance* to the can-didate? Possibly a more important observation is that the candidate does not have a plurality of voters in any of the four wards. If this is a two-candidate race, candidate A needs to increase his campaigning!

**TABLE 14.10**

**Proportions in Favor of Candidate A in Four Wards**

| Ward 1 | Ward 2 | Ward 3 | Ward 4 |
|---|---|---|---|
| 76/200 = .38 | 53/200 = .27 | 59/200 = .30 | 48/200 = .24 |

**14.5**  **EXERCISES**

## BASIC TECHNIQUES

**14.27** Random samples of 200 observations were selected from each of three populations, and each observation was classified according to whether it fell into one of three mutually exclusive categories:

| Population | 1 | 2 | 3 | Total |
|---|---|---|---|---|
| | | Category | | |
| 1 | 108 | 52 | 40 | 200 |
| 2 | 87 | 51 | 62 | 200 |
| 3 | 112 | 39 | 49 | 200 |

You want to know whether the data provide sufficient evidence to indicate that the proportions of observations in the three categories depend on the population from which they were drawn.

**a.** Give the value of $X^2$ for the test.

**b.** Give the rejection region for the test for $\alpha = .01$.

**c.** State your conclusions.

**d.** Find the approximate $p$-value for the test and interpret its value.

**14.28** Suppose you wish to test the null hypothesis that three binomial parameters $p_A$, $p_B$, and $p_C$ are equal versus the alternative hypothesis that at least two of the parameters differ. Independent random samples of 100 observations were selected from each of the populations. The data are shown in the table.

| | A | B | C | Total |
|---|---|---|---|---|
| | | Population | | |
| Successes | 24 | 19 | 33 | 76 |
| Failures | 76 | 81 | 67 | 224 |
| Total | 100 | 100 | 100 | 300 |

**a.** Write the null and alternative hypotheses for testing the equality of the three binomial proportions.

**b.** Calculate the test statistic and find the approximate $p$-value for the test in part a.

**c.** Use the approximate $p$-value to determine the statistical significance of your results. If the results are statistically significant, explore the nature of the differences in the three binomial proportions.

## APPLICATIONS

**14.29 The Sandwich Generation** How do Americans in the "sandwich generation" balance the demands of caring for older and younger relatives?

In a telephone poll of Americans aged 45 to 55 years conducted by the *New York Times*,[9] the number providing financial support for their parents is listed in the next display.

| Provide Financial Support | Yes | No |
|---|---|---|
| White Americans | 40 | 160 |
| African Americans | 56 | 144 |
| Hispanic Americans | 68 | 132 |
| Asian Americans | 84 | 116 |

Is there a significant difference in the proportion of individuals providing financial support for their parents for these subpopulations of Americans? Use $\alpha = .01$.

**14.30 Diseased Chickens** A particular poultry disease is thought to be noncommunicable. To test this theory, 30,000 chickens were randomly partitioned into three groups of 10,000. One group had no contact with diseased chickens, one had moderate contact, and the third had heavy contact. After a 6-month period, data were collected on the number of diseased chickens in each group of 10,000. Do the data provide sufficient evidence to indicate a dependence between the amount of contact between diseased and nondiseased fowl and the incidence of the disease? Use $\alpha = .05$.

| | No Contact | Moderate Contact | Heavy Contact |
|---|---|---|---|
| Disease | 87 | 89 | 124 |
| No Disease | 9,913 | 9,911 | 9,876 |
| Total | 10,000 | 10,000 | 10,000 |

**MY DATA** **14.31 Long-Term Care** A study conducted in northwest England made an assessment of EX1431 long-term care facilities that have residents with dementia.[10] The homes included those that provided specialized services for elderly people with mental illness/health problems, known as "EMI homes," as well as others classified as "non-EMI homes." It was expected that the EMI homes would score higher on several measures of service quality for people with dementia. One measure included the structure of the home and the services provided, as given in the next table.

| Care Type | EMI | Non-EMI | Total |
|---|---|---|---|
| | | Home Type | |
| Nursing care | 54 | 22 | 76 |
| Residential care | 59 | 77 | 136 |
| Dual-registered | 49 | 26 | 75 |
| Total | 162 | 125 | 287 |

a. Describe the binomial experiments whose proportions are being compared in this experiment.

b. Do these data indicate that the type of care provided varies by the three types of home? Test at the $\alpha = .01$ level.

c. Based upon the results of part b, explain the practical nature of the relationship between home type and care type.

**14.32 Deep-Sea Research**  W.W. Menard has conducted research involving manganese nodules, a mineral-rich concoction found abundantly on the deep-sea floor.[11] In one portion of his report, Menard provides data relating the magnetic age of the earth's crust to the "probability of finding manganese nodules." The table gives the number of samples of the earth's core and the percentage of those that contain manganese nodules for each of a set of magnetic-crust ages. Do the data provide sufficient evidence to indicate that the probability of finding manganese nodules in the deep-sea earth's crust is dependent on the magnetic-age classification?

| Age | Number of Samples | Percentage with Nodules |
|---|---|---|
| Miocene—recent | 389 | 5.9 |
| Oligocene | 140 | 17.9 |
| Eocene | 214 | 16.4 |
| Paleocene | 84 | 21.4 |
| Late Cretaceous | 247 | 21.1 |
| Early and Middle Cretaceous | 1120 | 14.2 |
| Jurassic | 99 | 11.0 |

MY DATA   **14.33 How Big Is the Household?**  A local
EX1433   chamber of commerce surveyed 120 households in their city—40 in each of three types of residence (apartment, duplex, or single residence)—and recorded the number of family members in each of the households. The data are shown in the table.

| Family Members | Type of Residence | | |
| | Apartment | Duplex | Single Residence |
|---|---|---|---|
| 1 | 8 | 20 | 1 |
| 2 | 16 | 8 | 9 |
| 3 | 10 | 10 | 14 |
| 4 or more | 6 | 2 | 16 |

Is there a significant difference in the family size distributions for the three types of residence? Test using $\alpha = .01$. If there are significant differences, describe the nature of these differences.

MY DATA   **14.34 Churchgoing and Age**  A snapshot in
EX1434   *USA Today* indicates that there is a gap in church attendance between 20-year-olds and older Americans.[12] Suppose that we randomly select 100 Americans in each of five age groups and record the numbers who say they attend church in a typical week.

| Attend Church Regularly? | 20s | 30s | 40s | 50s | 60+ |
|---|---|---|---|---|---|
| Yes | 31 | 42 | 47 | 48 | 53 |
| No | 69 | 58 | 53 | 52 | 47 |

Source: Barna Research Group

a. Do the data indicate that the proportion of adults who attend church regularly differs depending on age? Test using $\alpha = .05$.

b. If there are signficant differences in part a, describe the nature of these differences by calculating the proportion of churchgoers in each age category. Where do the significant differences appear to lie?

# THE EQUIVALENCE OF STATISTICAL TESTS

**14.6**

Remember that when there are only $k = 2$ categories in a multinomial experiment, the experiment reduces to a *binomial experiment* where you record the number of successes $x$ (or $O_1$) in $n$ (or $O_1 + O_2$) trials. Similarly, the data that result from *two binomial experiments* can be displayed as a two-way classification with $r = 2$ and $c = 2$, so that the chi-square test of *homogeneity* can be used to compare the two binomial proportions, $p_1$ and $p_2$. For these two situations, we have presented statistical tests for the binomial proportions based on the $z$-statistic of Chapter 9:

- **One sample:** $z = \dfrac{\hat{p} - p_0}{\sqrt{\dfrac{p_0 q_0}{n}}}$

| $k = 2$ | |
|-----------|-----------|
| Successes | Failures |

- **Two samples:** $z = \dfrac{\hat{p}_1 - \hat{p}_2}{\sqrt{\hat{p}\hat{q}\left(\dfrac{1}{n_1} + \dfrac{1}{n_2}\right)}}$

| $r = c = 2$ | |
|-----------|-----------|
| **Sample 1** | **Sample 2** |
| Successes | Successes |
| Failures | Failures |

 **MY TIP**

The one- and two-sample binomial tests from Chapter 9 are equivalent to chi-square tests— $z^2 = \chi^2$.

Why are there two different tests for the same statistical hypothesis? Which one should you use? For these two situations, you can use *either* the $z$ test *or* the chi-square test, and you will obtain identical results. For either the one- or two-sample test, we can prove algebraically that

$$z^2 = \chi^2$$

so that the test statistic $z$ will be the square root (either positive or negative, depending on the data) of the chi-square statistic. Furthermore, we can show theoretically that the same relationship holds for the critical values in the $z$ and $\chi^2$ tables in Appendix I, which produces *identical p-values* for the two equivalent tests. To test a one-tailed alternative hypothesis such as $H_0$: $p_1 > p_2$, first determine whether $\hat{p}_1 - \hat{p}_2 > 0$, that is, if the difference in sample proportions has the appropriate sign. If so, the appropriate critical value of $\chi^2$ from Table 5 will have one degree of freedom a right-tail area of $2\alpha$. For example, the critical $\chi^2$ value with 1 *df* and $\alpha = .05$ will be $\chi^2_{.10} = 2.70554 = 1.645^2$.

In summary, you are free to choose the test ($z$ or $X^2$) that is most convenient. Since most computer packages include the chi-square test, and most do not include the large-sample $z$-tests, the chi-square test may be preferable to you!

## OTHER APPLICATIONS OF THE CHI-SQUARE TEST

**14.7**

The application of the chi-square test for analyzing count data is only one of many classification problems that result in multinomial data. Some of these applications are quite complex, requiring complicated or calculationally difficult procedures for estimating the expected cell counts. However, several applications are used often enough to make them worth mentioning.

- **Goodness-of-fit tests:** You can design a goodness-of-fit test to determine whether data are consistent with data drawn from a particular probability distribution—possibly the normal, binomial, Poisson, or other distributions. The cells of a sample frequency histogram correspond to the $k$ cells of a multinomial experiment. Expected cell counts are calculated using the probabilities associated with the hypothesized probability distribution.

- **Time-dependent multinomials:** You can use the chi-square statistic to investigate the rate of change of multinomial (or binomial) proportions over time. For example, suppose that the proportion of correct answers on a 100-question exam is recorded for a student, who then repeats the exam in

each of the next 4 weeks. Does the proportion of correct responses increase over time? Is learning taking place? In a process monitored by a quality control plan, is there a positive trend in the proportion of defective items as a function of time?

- **Multidimensional contingency tables:** Instead of only two methods of classification, you can investigate a dependence among three or more classifications. The two-way contingency table is extended to a table in more than two dimensions. The methodology is similar to that used for the $r \times c$ contingency table, but the analysis is a bit more complex.

- **Log-linear models:** Complex models can be created in which the logarithm of the cell probability ($\ln p_{ij}$) is some linear function of the row and column probabilities.

Most of these applications are rather complex and might require that you consult a professional statistician for advice before you conduct your experiment.

In all statistical applications that use *Pearson's chi-square statistic,* assumptions must be satisfied in order that the test statistic have an approximate chi-square probability distribution.

### ASSUMPTIONS

- The cell counts $O_1, O_2, \ldots, O_k$ must satisfy the conditions of a multinomial experiment, or a set of multinomial experiments created by fixing either the row or column totals.

- The expected cell counts $E_1, E_2, \ldots, E_k$ should equal or exceed 5.

You can usually be fairly certain that you have satisfied the first assumption by carefully preparing and designing your experiment or sample survey. When you calculate the expected cell counts, if you find that one or more is less than 5, these options are available to you:

- Choose a larger sample size $n$. The larger the sample size, the closer the chi-square distribution will approximate the distribution of your test statistic $X^2$.

- It may be possible to combine one or more of the cells with small expected cell counts, thereby satisfying the assumption.

Finally, make sure that you are calculating the *degrees of freedom* correctly and that you carefully evaluate the statistical and practical conclusions that can be drawn from your test.

## CHAPTER REVIEW

### Key Concepts and Formulas

#### I.  The Multinomial Experiment

1. There are $n$ identical trials, and each outcome falls into one of $k$ categories.

2. The probability of falling into category $i$ is $p_i$ and remains constant from trial to trial.

3. The trials are independent, $\Sigma p_i = 1$, and we measure $O_i$, the number of observations that fall into each of the $k$ categories.

## II. Pearson's Chi-Square Statistic

$$X^2 = \Sigma\frac{(O_i - E_i)^2}{E_i} \qquad \text{where } E_i = np_i$$

which has an approximate chi-square distribution with *degrees of freedom* determined by the application.

## III. The Goodness-of-Fit Test

1. This is a one-way classification with cell probabilities specified in $H_0$.
2. Use the chi-square statistic with $E_i = np_i$ calculated with the hypothesized probabilities.
3. $df = k - 1 - $ (Number of parameters estimated in order to find $E_i$)
4. If $H_0$ is rejected, investigate the nature of the differences using the sample proportions.

## IV. Contingency Tables

1. A two-way classification with $n$ observations categorized into $r \times c$ cells of a two-way table using two different methods of classification is called a *contingency table*.
2. The test for independence of classification methods uses the chi-square statistic

$$X^2 = \Sigma\frac{(O_{ij} - \hat{E}_{ij})^2}{\hat{E}_{ij}}$$

with $\hat{E}_{ij} = \dfrac{r_i c_j}{n}$　and　$df = (r - 1)(c - 1)$

3. If the null hypothesis of independence of classifications is rejected, investigate the nature of the dependence using conditional proportions within either the rows or columns of the contingency table.

## V. Fixing Row or Column Totals

1. When either the row or column totals are fixed, the test of independence of classifications becomes a test of the homogeneity of cell probabilities for several multinomial experiments.
2. Use the same chi-square statistic as for contingency tables.
3. The large-sample $z$-tests for one and two binomial proportions are special cases of the chi-square statistic.

## VI. Assumptions

1. The cell counts satisfy the conditions of a multinomial experiment, or a set of multinomial experiments with fixed sample sizes.
2. All expected cell counts must equal or exceed five in order that the chi-square approximation is valid.



## The Chi-Square Test

Several procedures are available in the *MINITAB* package for analyzing categorical data. The appropriate procedure depends on whether the data represent a one-way classification (a single multinomial experiment) or a two-way classification or contingency table. If the *raw categorical data* have been stored in the *MINITAB* worksheet rather than the *observed cell counts,* you may need to tally or cross-classify the data to obtain the cell counts before continuing.

For example, suppose you have recorded the gender (M or F) and the college status (Fr, So, Jr, Sr, G) for 100 statistics students. The *MINITAB* worksheet would contain two columns of 100 observations each. Each row would contain an individual's gender in column 1 and college status in column 2. To obtain the observed cell counts ($O_{ij}$) for the $2 \times 5$ contingency table, use **Stat → Tables → Cross Tabulation and Chi-Square** to generate the Dialog box shown in Figure 14.6.

Under "Categorical Variables," select "Gender" for the row variable and "Status" for the column variable. Leave the boxes marked "For Layers" and "Frequencies

are in:" blank. Make sure that the square labeled "Display Counts" is checked. Click the **Chi-Square . . .** button to display the dialog box in Figure 14.6. Check the boxes for "Chi-Square Analysis" and "Expected Cell Counts." Click **OK** twice. This sequence of commands not only tabulates the contingency table, but also performs the chi-square test of independence and displays the results in the Session window shown in Figure 14.7. For the gender/college status data, the large $p$-value ($P = .153$) indicates a nonsignificant result. There is insufficient evidence to indicate that a student's gender is dependent on class status.

If the observed cell counts in the contingency table have already been tabulated, simply enter the counts into $c$ columns of the *MINITAB* worksheet, use **Stat → Tables → Chi-Square Test (Two-Way Table in Worksheet),** and select the appropriate columns before clicking **OK.** For the gender/college status data, you can enter the counts into columns C3–C7 as shown in Figure 14.8. The resulting output will be labeled differently but will look exactly like the output in Figure 14.7.

A simple test of a single multinomial experiment can be set up by considering whether the proportions of male and female statistics students are the same—that is, $p_1 = .5$ and $p_2 = .5$.

In *MINITAB 15,* use **Stat → Tables → Chi-Square Goodness-of-Fit Test (One Variable)** to display the dialog box in Figure 14.9. If you have raw categorical data in a column, click the "Categorical data:" button and enter the "Gender" column in the cell. If you have summary values of observed counts for each category, choose "Observed counts." Then enter the column containing the observed counts or type the observed counts for each category.

For this test, we can choose "Equal proportions" to test $H_0$: $p_1 = p_2 = .5$. When you have different proportions for each category, use "Specific proportions." You can

**FIGURE 14.6**



**FIGURE 14.7**



**FIGURE 14.8**



store the proportions for each category in a column, choose "Input column" and enter the column. If you want to type the proportion for each category, choose "Input constants" and type the proportions for the corresponding categories. Click **OK.** The resulting output will include several graphs along with the values for $O_i$ and $E_i$ for each category, the observed value of the test statistic, $X^2 = 1.44$, and its $p$-value $= 0.230$, which is not significant. There is insufficient evidence to indicate a difference in the proportion of male and female statistics students.

**620** ○ CHAPTER 14 ANALYSIS OF CATEGORICAL DATA

If you are using a previous version of *MINITAB*, you will have to determine the observed and expected cell counts, and enter them into separate columns in the worksheet. Then use **Calc → Calculator** and the expression $SUM((`O' - `E')**2/`E')$ to calculate the observed value of the test statistic.

**FIGURE 14.9**



## Supplementary Exercises

Starred (*) exercises are optional.

**14.35 Floor Polish** A manufacturer of floor polish conducted a consumer preference experiment to see whether a new floor polish A was superior to those produced by four competitors, B, C, D, and E. A sample of 100 housekeepers viewed five patches of flooring that had received the five polishes, and each indicated the patch that he or she considered superior in appearance. The lighting, background, and so on were approximately the same for all five patches. The results of the survey are listed here:

| Polish | A | B | C | D | E |
|---|---|---|---|---|---|
| Frequency | 27 | 17 | 15 | 22 | 19 |

Do these data present sufficient evidence to indicate a preference for one or more of the polished patches of floor over the others? If one were to reject the hypothesis of no preference for this experiment, would this imply that polish A is superior to the others? Can you suggest a better way of conducting the experiment?

**14.36 Physical Fitness in the U.S.** A survey was conducted to investigate the interest of middle-aged adults in physical fitness programs in Rhode Island, Colorado, California, and Florida. The objective of the investigation was to determine whether adult participation in physical fitness programs varies from one region of the United States to another. A random

sample of people were interviewed in each state and these data were recorded:

|  | Rhode Island | Colorado | California | Florida |
|---|---|---|---|---|
| Participate | 46 | 63 | 108 | 121 |
| Do Not Participate | 149 | 178 | 192 | 179 |

Do the data indicate a difference in adult participation in physical fitness programs from one state to another? If so, describe the nature of the differences.

**14.37 Fatal Accidents**  Accident data were analyzed to determine the numbers of fatal accidents for automobiles of three sizes. The data for 346 accidents are as follows:

|  | Small | Medium | Large |
|---|---|---|---|
| Fatal | 67 | 26 | 16 |
| Not Fatal | 128 | 63 | 46 |

Do the data indicate that the frequency of fatal accidents is dependent on the size of automobiles? Write a short paragraph describing your statistical results and their practical implications.

**14.38 Physicians and Medicare Patients**  An experiment was conducted to investigate the effect of general hospital experience on the attitudes of physicians toward Medicare patients. A random sample of 50 physicians who had just completed 4 weeks of service in a general hospital and 50 physicians who had not were categorized according to their concern for Medicare patients. The data are shown in the table. Do the data provide sufficient evidence to indicate a change in "concern" after the general hospital experience? If so, describe the nature of the change.

| No | Hospital Service | | |
|---|---|---|---|
| Hospital Service | High | Low | Total |
| Low | 27 | 5 | 32 |
| High | 9 | 9 | 18 |

Partial *MINITAB* output for Exercise 14.38

**Chi-Square Test: High, Low**

```
Chi-Sq = 6.752, DF = 1, P-Value = 0.009
```

**MY DATA**  **14.39 Discovery-Based Teaching**  Two
EX1439    biology instructors set out to evaluate the effects of discovery-based teaching compared to the standard lecture-based teaching approach in the laboratory.[13] The standard lecture-based approach provided a list of instructions to follow at each step of the laboratory exercise, whereas the discovery-based approach

asked questions rather than providing directions, and used small group reports to decide the best way to proceed in reaching the laboratory objective. One evaluation of the techniques involved written appraisals of both techniques by students at the end of the course. The comparison of the number of positive and negative responses for both techniques is given in the following table.

| Group | Positive Evaluations | Negative Evaluations | Total |
|---|---|---|---|
| Discovery | 37 | 11 | 48 |
| Control | 31 | 17 | 48 |

**a.** Is there a significant difference in the proportion of positive responses for each of the teaching methods? Use $\alpha = .05$. If so, how would you describe this difference?

**b.** What is the approximate $p$-value for the test in part a?

**14.40 Baby's Sleeping Position**  Does a baby's sleeping position affect the development of motor skills? In one study, 343 full-term infants were examined at their 4-month checkup for various developmental milestones, such as rolling over, grasping a rattle, and reaching for an object.[14] The baby's predominant sleep position—either prone (on the stomach) or supine (on the back) or side—was determined by a telephone interview with the parent. The sample results for 320 of the 343 infants for whom information was received are shown in the table. The researcher reported that infants who slept in the side or supine position were less likely to roll over at the 4-month checkup than infants who slept primarily in the prone position ($P < .001$).

|  | Prone | Supine or Side |
|---|---|---|
| Number of Infants | 121 | 199 |
| Number Who Roll Over | 93 | 119 |

**a.** Use a large-sample $z$-test to confirm or refute the researcher's conclusion.

**b.** Rewrite the sample data as a $2 \times 2$ contingency table. Use the chi-square test for homogeneity to confirm or refute the researcher's conclusion.

**c.** Compare the results of parts a and b. Confirm that the two test statistics are related as $z^2 = X^2$ and that the critical values for rejecting $H_0$ have the same relationship.

**14.41**  Refer to Exercise 14.40. Find the $p$-value for the large-sample $z$ test in part a. Compare this $p$-value with the $p$-value for the chi-square test, shown in the partial *MINITAB* printout.

**622** ○ CHAPTER 14 ANALYSIS OF CATEGORICAL DATA

*Partial MINITAB output for Exercise 14.41*

### Chi-Square Test: Prone, Side
```
Chi-Sq = 9.795, DF = 1, P-Value = 0.002
```

**14.42 Baby's Sleeping Position II** The researchers in Exercise 14.40 also measured several other developmental milestones and their relationship to the infant's predominant sleep position.[14] The results of their research are presented in the table for the 320 infants at their 4-month checkup.

| Milestone | Score | Prone | Supine or Side | P |
|---|---|---|---|---|
| Pulls to sit with no head lag | Pass | 79 | 144 | |
| | Fail | 6 | 20 | <.21 |
| Grasps rattle | Pass | 102 | 167 | |
| | Fail | 3 | 1 | <.13 |
| Reaches for object | Pass | 107 | 183 | |
| | Fail | 3 | 5 | <.97 |

Use your knowledge of the analysis of categorical data to explain the experimental design(s) used by the researchers. What hypotheses were of interest to the researchers, and what statistical test would the researchers have used? Explain the conclusions that can be drawn from the three *p*-values in the last column of the table and the practical implications that can be drawn from the statistical results. Have any statistical assumptions been violated?

**14.43 Flower Color and Shape** A botanist performs a secondary cross of petunias involving independent factors that control leaf shape and flower color, where the factor *A* represents red color, *a* represents white color, *B* represents round leaves, and *b* represents long leaves. According to the Mendelian model, the plants should exhibit the characteristics *AB, Ab, aB,* and *ab* in the ratio 9:3:3:1. Of 160 experimental plants, the following numbers were observed:

| AB | Ab | aB | ab |
|---|---|---|---|
| 95 | 30 | 28 | 7 |

Is there sufficient evidence to refute the Mendelian model at the $\alpha = .01$ level?

**14.44 Salmonella** Is your holiday turkey safe? A "new federal survey found that 13% of turkeys are contaminated with the salmonella bacteria responsible for 1.3 million illnesses and about 500 deaths in a year in the US."[15] Use the table that follows to determine if there is a significant difference in the contamination rate at three processing plants. One hundred turkeys were randomly selected from each of the processing lines at these three plants.

| Plant | Salmonella Present | Sample Size |
|---|---|---|
| 1 | 42 | 100 |
| 2 | 23 | 100 |
| 3 | 22 | 100 |

Is there a significant difference in the rate of salmonella contamination among these three processing plants? If there is a significant difference, describe the nature of these differences. Use $\alpha = .01$.

**14.45 An Arthritis Drug** A study to determine the effectiveness of a drug (serum) for arthritis resulted in the comparison of two groups, each consisting of 200 arthritic patients. One group was inoculated with the serum; the other received a placebo (an inoculation that appears to contain serum but actually is nonactive). After a period of time, each person in the study was asked to state whether his or her arthritic condition had improved. These are the results:

| | Treated | Untreated |
|---|---|---|
| Improved | 117 | 74 |
| Not Improved | 83 | 126 |

You want to know whether these data present sufficient evidence to indicate that the serum was effective in improving the condition of arthritic patients.

**a.** Use the chi-square test of homogeneity to compare the proportions improved in the populations of treated and untreated subjects. Test at the 5% level of significance.

**b.** Test the equality of the two binomial proportions using the two-sample *z*-test of Section 9.6. Verify that the squared value of the test statistic $z^2 = X^2$ from part a. Are your conclusions the same as in part a?

**14.46 Parking at the University** A survey was conducted to determine student, faculty, and administration attitudes about a new university parking policy. The distribution of those favoring or opposing the policy is shown in the table. Do the data provide sufficient evidence to indicate that attitudes about the parking policy are independent of student, faculty, or administration status?

| | Student | Faculty | Administration |
|---|---|---|---|
| Favor | 252 | 107 | 43 |
| Oppose | 139 | 81 | 40 |

**14.47\*** The chi-square test used in Exercise 14.45 is equivalent to the two-tailed *z*-test of Section 9.6 provided $\alpha$ is the same for the two tests. Show algebraically that the chi-square test statistic $X^2$ is the square of the test statistic *z* for the equivalent test.

**14.48 Fitting a Binomial Distribution** You can use a goodness-of-fit test to determine whether all of the criteria for a binomial experiment have actually been met in a given application. Suppose that an experiment consisting of four trials was repeated 100 times. The number of repetitions on which a given number of successes was obtained is recorded in the table:

| Possible Results (number of successes) | Number of Times Obtained |
|---|---|
| 0 | 11 |
| 1 | 17 |
| 2 | 42 |
| 3 | 21 |
| 4 | 9 |

Estimate $p$ (assuming that the experiment was binomial), obtain estimates of the expected cell frequencies, and test for goodness of fit. To determine the appropriate number of degrees of freedom for $X^2$, note that $p$ was estimated by a linear combination of the observed frequencies.

**14.49 Antibiotics and Infection** Infections sometimes occur when blood transfusions are given during surgical operations. An experiment was conducted to determine whether the injection of antibodies reduced the probability of infection. An examination of the records of 138 patients produced the data shown in the table. Do the data provide sufficient evidence to indicate that injections of antibodies affect the likelihood of transfusional infections? Test by using $\alpha = .05$.

| | Infection | No Infection |
|---|---|---|
| Antibody | 4 | 78 |
| No Antibody | 11 | 45 |

**14.50 German Manufacturing** U.S. labor unions have traditionally been content to leave the management of the company to managers and corporate executives. But in Europe, worker participation in management decision making is an accepted idea that is continually spreading. To study the effect of worker participation in managerial decision making, 100 workers were interviewed in each of two separate German manufacturing plants. One plant had active worker participation in managerial decision making; the other did not. Each selected worker was asked whether he or she generally approved of the managerial decisions made within the firm. The results of the interviews are shown in the table:

| | Participation | No Participation |
|---|---|---|
| Generally Approve | 73 | 51 |
| Do Not Approve | 27 | 49 |

**a.** Do the data provide sufficient evidence to indicate that approval or disapproval of management's decisions depends on whether workers participate in decision making? Test by using the $X^2$ test statistic. Use $\alpha = .05$.

**b.** Do these data support the hypothesis that workers in a firm with participative decision making more generally approve of the firm's managerial decisions than those employed by firms without participative decision making? Test by using the $z$-test presented in Section 9.6. This problem requires a one-tailed test. Why?

**14.51 Three Entrances** An occupant-traffic study was conducted to aid in the remodeling of an office building that contains three entrances. The choice of entrance was recorded for a sample of 200 persons who entered the building. Do the data in the table indicate that there is a difference in preference for the three entrances? Find a 95% confidence interval for the proportion of persons favoring entrance 1.

| Entrance | 1 | 2 | 3 |
|---|---|---|---|
| Number Entering | 83 | 61 | 56 |

**14.52 Homeschool Teachers** Parents who are concerned about public school environments and curricula are turning to homeschooling in order to control the content and atmosphere of the learning environments of their children. Although employment as a public school teacher requires a bachelor's degree in education or a subject area, the educational background of homeschool teachers is quite varied. The educational background of a sample of $n = 500$ parents involved in homeschooling their children in 2003 are provided in the first table that follows, along with the corresponding percentages for parents who homeschooled in 1999. The education levels for U.S. citizens in general are given in the second table.[16]

| Parent's Education | 2003 | 1999 Percentages |
|---|---|---|
| High school or less | 121 | 18.9 |
| Some college/technical | 153 | 33.7 |
| Bachelor's degree | 127 | 25.1 |
| Graduate/professional degree | 99 | 22.3 |

| Education Level | % U.S. Population, 2003 |
|---|---|
| High school or less | 47.5 |
| Some college | 25.3 |
| Bachelor's degree or higher | 27.2 |

**a.** Is there a significant change in the educational backgrounds of parents who homeschooled their children in 2003 compared with 1999? Use $\alpha = .01$.

**b.** If there is a significant change in the educational backgrounds of these parents, how would you describe that change?

**c.** Using the second table, can we determine if home-school teachers have the same educational backgrounds as the U.S. population in general? If not, which groups are underrepresented and which are overrepresented?

**14.53 Are You a Good Driver?** How would you rate yourself as a driver? According to a survey conducted by the Field Institute, most Californians think they are good drivers but have little respect for others' driving ability. The data show the distribution of opinions according to gender for two different questions, the first rating themselves as drivers and the second rating others as drivers.[17] Although not stated in the source, we assume that there were 100 men and 100 women in the surveyed group.

| | Rating Self as a Driver | | |
|---|---|---|---|
| Gender | Excellent | Good | Fair |
| Male | 43 | 48 | 9 |
| Female | 44 | 53 | 3 |

| | Rating Others As Drivers | | | |
|---|---|---|---|---|
| Gender | Excellent | Good | Fair | Poor/Very Poor |
| Male | 4 | 42 | 41 | 13 |
| Female | 3 | 48 | 35 | 14 |

**a.** Is there sufficient evidence to indicate that there is a difference in the self-ratings between male and female drivers? Find the approximate $p$-value for the test.

**b.** Is there sufficient evidence to indicate that there is a difference in the ratings of other drivers between male and female drivers? Find the approximate $p$-value for the test.

**c.** Have any of the assumptions necessary for the analysis used in parts a and b been violated? What affect might this have on the validity of your conclusions?

**14.54 Vehicle Colors** Each model year seems to introduce new colors and different hues for a wide array of vehicles, from luxury cars, to full-size or intermediate models, to compacts and sports cars, to light trucks. However, white and silver/gray continue to make the top five or six colors across all of these categories of vehicles. The top five colors and their percentage of the market share for compact/sports cars are shown in the following table.[18]

| Color | Silver | Gray | Blue | Black | White/ Pearl |
|---|---|---|---|---|---|
| Percent | 20 | 17 | 16 | 14 | 10 |

To verify the figures, a random sample consisting of 250 compact/sports cars was taken and the color of the vehicles recorded. The sample provided the following counts for the categories given above: 60, 51, 43, 35, and 30, respectively.

**a.** Is any category missing in the classification? How many vehicles belong to that category?

**b.** Is there sufficient evidence to indicate that our percentages of compact/sports cars differ from those given? Find the approximate $p$-value for the test.

**14.55 Funny Cards** When you choose a greeting card, do you always look for a humorous card, or does it depend on the occasion? A comparison sponsored by two of the nation's leading manufacturers of greeting cards indicated a slight difference in the proportions of humorous designs made for three different occasions: Father's Day, Mother's Day, and Valentine's Day.[19] To test the accuracy of their comparison, random samples of 500 greeting cards purchased at a local card store in the week prior to each holiday were entered into a computer database, and the results in the table were obtained. Do the data indicate that the proportions of humorous greeting cards vary for these three holidays? (HINT: Remember to include a tabulation for all 1500 greeting cards.)

| Holiday | Father's Day | Mother's Day | Valentine's Day |
|---|---|---|---|
| Percent Humorous | 20 | 25 | 24 |

**14.56 Good Tasting Medicine** Pfizer Canada Inc. is a pharmaceutical company that makes azithromycin, an antibiotic in a cherry-flavored suspension used to treat bacterial infections in children. To compare the taste of their product with three competing medications, Pfizer tested 50 healthy children and 20 healthy adults. Among other taste-testing measures, they recorded the number of tasters who rated each of the four antibiotic suspensions as the best tasting.[20] The results are shown in the table. Is there a difference in the perception of the best taste between adults and children? If so, what is the nature of the

difference, and why is it of practical importance to the pharmaceutical company?

| | Flavor of Antibiotic | | | |
|---|---|---|---|---|
| | Banana | Cherry* | Wild Fruit | Strawberry-Banana |
| Children | 14 | 20 | 7 | 9 |
| Adults | 4 | 14 | 0 | 2 |

*Azithromycin produced by Pfizer Canada Inc.

**MY DATA** **14.57 Rugby Injuries** Knee injuries are a EX1457   major problem for athletes in many contact sports. However, athletes who play certain positions are more prone to get knee injuries than other players, and their injuries tend to be more severe. The prevalence and patterns of knee injuries among women collegiate rugby players were investigated using a sample questionnaire, to which 42 rugby clubs responded.[21] A total of 76 knee injuries were classified by type as well as the position (forward or back) of the player.

| | Type of Knee Injury | | | | |
|---|---|---|---|---|---|
| Position | Meniscal Tear | MCL Tear | ACL Tear | Patella Dislocation | PCL Tear |
| Forward | 13 | 14 | 7 | 3 | 1 |
| Back | 12 | 9 | 14 | 2 | 1 |

*MINITAB* output for Exercise 14.57

**Chi-Square Test: Men Tear, MCL Tear, ACL Tear, Patella, PCL Tear**

```
Expected counts are printed below observed counts
Chi-Square contributions are printed below expected
counts

    Men Tear MCL Tear ACL Tear  Patella PCL Tear  Total
1       13        14        7        3        1       38
     12.50     11.50    10.50     2.50     1.00
     0.020     0.543    1.167    0.100    0.000

2       12         9       14        2        1       38
     12.50     11.50    10.50     2.50     1.00
     0.020     0.543    1.167    0.100    0.000

Total   25        23       21        5        2       76

Chi-Sq = 3.660, DF = 4, P-Value = 0.454
4 cells with expected counts less than 5.0
```

**a.** Use the *MINITAB* printout to determine whether there is a difference in the distribution of injury types for rugby backs and forwards. Have any of the assumptions necessary for the chi-square test been violated? What effect will this have on the magnitude of the test statistic?

**b.** The investigators report a significant difference in the proportion of MCL tears for the two positions ($P < .05$) and a significant difference in the proportion of ACL tears ($P < .05$), but indicate that all other injuries occur with equal frequency for the two positions. Do you agree with those conclusions? Explain.

**MY DATA** **14.58 Favorite Fast Foods** The number of EX1458   Americans who visit fast-food restaurants regularly has grown steadily over the past decade. For this reason, marketing experts are interested in the *demographics* of fast-food customers. Is a customer's preference for a fast-food chain affected by the age of the customer? If so, advertising might need to target a particular age group. Suppose a random sample of 500 fast-food customers aged 16 and older was selected, and their favorite fast-food restaurants along with their age groups were recorded, as shown in the table:

| Age Group | McDonald's | Burger King | Wendy's | Other |
|---|---|---|---|---|
| 16–21 | 75 | 34 | 10 | 6 |
| 21–30 | 89 | 42 | 19 | 10 |
| 30–49 | 54 | 52 | 28 | 18 |
| 50+ | 21 | 25 | 7 | 10 |

Use an appropriate method to determine whether or not a customer's fast-food preference is dependent on age. Write a short paragraph presenting your statistical conclusions and their practical implications for marketing experts.

**14.59 Catching a Cold** Is your chance of getting a cold influenced by the number of social contacts you have? A recent study by Sheldon Cohen, a psychology professor at Carnegie Mellon University, seems to show that the more social relationships you have, the *less susceptible* you are to colds.[22] A group of 276 healthy men and women were grouped according to their number of relationships (such as parent, friend, church member, neighbor). They were then exposed to a virus that causes colds. An adaptation of the results is shown in the table.

| | Number of Relationships | | |
|---|---|---|---|
| | Three or Fewer | Four or Five | Six or More |
| Cold | 49 | 43 | 34 |
| No Cold | 31 | 57 | 62 |
| Total | 80 | 100 | 96 |

**a.** Do the data provide sufficient evidence to indicate that susceptibility to colds is affected by the number of relationships you have? Test at the 5% significance level.

**626** ○ CHAPTER 14 ANALYSIS OF CATEGORICAL DATA

**b.** Based on the results of part a, describe the nature of the relationship between the two categorical variables: cold incidence and number of social relationships. Do your observations agree with the author's conclusions?

**14.60 Crime and Educational Achievement** A criminologist studying criminal offenders who have a record of one or more arrests is interested in knowing whether the educational achievement level of the offender influences the frequency of arrests. He has classified his data using four educational level classifications:

A: completed 6th grade or less

B: completed 7th, 8th, or 9th grade

C: completed 10th, 11th, or 12th grade

D: education beyond 12th grade

The contingency table shows the number of offenders in each educational category, along with the number of times they have been arrested.

| Number of Arrests | Educational Achievement | | | |
| | A | B | C | D |
|---|---|---|---|---|
| 1 | 55 | 40 | 43 | 30 |
| 2 | 15 | 25 | 18 | 22 |
| 3 or more | 7 | 8 | 12 | 10 |

Do the data present sufficient evidence to indicate that the number of arrests is dependent on the educational achievement of a criminal offender? Test using $\alpha = .05$.

**14.61 More Business on the Weekends** A department store manager claims that her store has twice as many customers on Fridays and Saturdays than on any other day of the week (the store is closed on Sundays). That is, the probability that a customer visits the store Friday is 2/8, the probability that a customer visits the store Saturday is 2/8, while the probability that a customer visits the store on each of the remaining weekdays is 1/8. During an average week, the following numbers of customers visited the store:

| Day | Number of Customers |
|---|---|
| Monday | 95 |
| Tuesday | 110 |
| Wednesday | 125 |
| Thursday | 75 |
| Friday | 181 |
| Saturday | 214 |

Can the manager's claim be refuted at the $\alpha = .05$ level of significance?

## MY APPLET Exercises

**14.62** Use the **Chi-Square Probabilities** applet to find the value of $\chi^2$ with the following area $\alpha$ to its right:

**a.** $\alpha = .05$, $df = 15$   **b.** $\alpha = .01$, $df = 11$

**14.63** Use the **Chi-Square Probabilities** applet to find the rejection region for a chi-square test of specified probabilities for a goodness-of-fit test involving $k$ categories for the following cases:

**a.** $k = 14$, $\alpha = .005$   **b.** $k = 3$, $\alpha = .05$

**14.64** Use the **Chi-Square Probabilities** applet to calculate the $p$-value for the following chi-square tests:

**a.** $X^2 = .81$, $df = 3$   **b.** $X^2 = 25.40$, $df = 13$

**14.65** Three hundred people were surveyed, and were asked to select their preferred brand of laptop computer, given that the prices were equivalent. The results are shown in the table.

| Brand I | Brand II | Brand III |
|---------|----------|-----------|
| 115 | 120 | 65 |

Use the first **Goodness-of-Fit** applet to determine if consumers have a preference for one of the three brands. If a significant difference exists, describe the difference in practical terms. Use $\alpha = .01$.

**14.66** In Exercise 14.13, the color distribution of M&M'S milk chocolate candies was given. Use the third **Goodness-of-Fit** applet to verify the results of Exercise 14.13. Do the data substantiate the percentages reported by Mars, Incorporated? Describe the nature of the differences, if there are any.

**14.67** Refer to the color distribution given in Exercise 14.13. Using an individual-sized bag of milk chocolate M&M'S, count the number of M&M'S in

each of the six colors. Use the third **Goodness-of-Fit** applet to determine if the percentages reported by Mars, Incorporated can be substantiated. Describe the nature of the differences, if there are any.

**14.68** Repeat the instructions in Exercise 14.67 with another individual bag of M&M'S. Are your conclusions the same?

**14.69 Opinion and Political Affiliation** A group of 306 people were interviewed to determine their opinion concerning a particular current U.S. foreign policy issue. At the same time, their political affiliation was recorded. Do the data in the table present sufficient evidence to indicate a dependence between party affiliation and the opinion expressed for the sampled population? Use the third **Chi-Square Test of Independence** applet.

| | Approve | Do Not Approve | No Opinion |
|---|---------|----------------|------------|
| Republicans | 114 | 53 | 17 |
| Democrats | 87 | 27 | 8 |

**14.70** A study of the purchase decisions of three stock portfolio managers, A, B, and C, was conducted to compare the numbers of stock purchases that resulted in profits over a time period less than or equal to 1 year. One hundred randomly selected purchases were examined for each of the managers. Do the data provide evidence of differences among the rates of successful purchases for the three managers? Use the third **Chi-Square Test of Independence** applet.

| | A | B | C |
|---|----|----|----|
| Profit | 63 | 71 | 55 |
| No profit | 37 | 29 | 45 |

**CASE STUDY**

MY DATA Libraries

## Can a Marketing Approach Improve Library Services?

Carole Day and Del Lowenthal studied the responses of young adults in their evaluation of library services.[23] Of the $n = 200$ young adults involved in the study, $n_1 = 152$ were students and $n_2 = 48$ were nonstudents. The table presents the percents and numbers of favorable responses for each group to seven questions in which the atmosphere, staff, and design of the library were examined.

| Question | | Student Favorable | $n_1 = 152$ | Nonstudent Favorable | $n_2 = 48$ | $P(\chi^2)$ |
|---|---|---|---|---|---|---|
| 3 | Libraries are friendly | 79.6% | 121 | 56.2% | 27 | <.01 |
| 4 | Libraries are dull | 77 | 117 | 58.3 | 28 | <.05 |
| 5 | Library staff are helpful | 91.4 | 139 | 87.5 | 42 | NS |
| 6 | Library staff are less helpful to teenagers | 60.5 | 92 | 45.8 | 22 | <.01 |
| 7 | Libraries are so quiet they feel uncomfortable | 75.6 | 115 | 52.05 | 25 | <.01 |
| 11 | Libraries should be more brightly decorated | 29 | 44 | 18.8 | 9 | NS |
| 13 | Libraries are badly signposted | 45.4 | 69 | 43.8 | 21 | NS |

*Source:* Data from C. Day and D. Lowenthal, "The Use of Open Group Discussions in Marketing Library Services to Young Adults," by C. Day and D. Lowenthal, *British Journal of Educational Psychology,* 62(1992): 324–340.

The entry in the last column labeled $P(\chi^2)$ is the *p*-value for testing the hypothesis of no difference in the proportion of students and nonstudents who answer each question favorably. Hence, each question gives rise to a $2 \times 2$ contingency table.

1. Perform a test of homogeneity for each question and verify the reported *p*-value of the test.

2. Questions 3, 4, and 7 are concerned with the atmosphere of the library; questions 5 and 6 are concerned with the library staff; and questions 11 and 13 are concerned with the library design. How would you summarize the results of your analyses regarding these seven questions concerning the image of the library?

3. With the information given, is it possible to do any further testing concerning the proportion of favorable versus unfavorable responses for two or more questions simultaneously?

**15**

# Nonparametric Statistics



© Don Carstens/Brand X/CORBIS

## GENERAL OBJECTIVE

In Chapters 8–10, we presented statistical techniques for comparing two populations by comparing their respective population parameters (usually their population means). The techniques in Chapters 8 and 9 are applicable to data that are at least quantitative, and the techniques in Chapter 10 are applicable to data that have normal distributions. The purpose of this chapter is to present several statistical tests for comparing populations for the many types of data that do not satisfy the assumptions specified in Chapters 8–10.

## CHAPTER INDEX

- The Friedman $F_r$-test (15.7)
- The Kruskal–Wallis $H$-test (15.6)
- Parametric versus nonparametric tests (15.1)
- The rank correlation coefficient (15.8)
- The sign test for a paired experiment (15.3)
- The Wilcoxon rank sum test: Independent random samples (15.2)
- The Wilcoxon signed-rank test for a paired experiment (15.5)

## How's Your Cholesterol Level?

What is your cholesterol level? Many of us have become more health conscious in the last few years as we read the nutritional labels on the food products we buy and choose foods that are low in fat and cholesterol and high in fiber. The case study at the end of this chapter involves a taste-testing experiment to compare three types of egg substitutes, using nonparametric techniques.

**629**



# INTRODUCTION

Some experiments generate responses that can be ordered or ranked, but the actual value of the response cannot be measured numerically except with an arbitrary scale that you might create. It may be that you are able to tell only whether one observation is larger than another. Perhaps you can rank a whole set of observations without actually knowing the exact numerical values of the measurements. Here are a few examples:

- The sales abilities of four sales representatives are ranked from best to worst.
- The edibility and taste characteristics of five brands of raisin bran are rated on an arbitrary scale of 1 to 5.
- Five automobile designs are ranked from most appealing to least appealing.

 **TIP**

When sample sizes are small and the original populations are not normal, use nonparametric techniques.

How can you analyze these types of data? The small-sample statistical methods presented in Chapters 10–13 are valid only when the sampled population(s) are normal or approximately so. Data that consist of ranks or arbitrary scales from 1 to 5 *do not satisfy the normality assumption,* even to a reasonable degree. In some applications, the techniques are valid if the samples are randomly drawn from populations whose variances are equal.

When data do not appear to satisfy these and similar assumptions, an alternative method of analysis can be used—**nonparametric statistical methods.** Nonparametric methods generally specify hypotheses in terms of population distributions rather than parameters such as means and standard deviations. Parametric assumptions are often replaced by more general assumptions about the population distributions, and the ranks of the observations are often used in place of the actual measurements.

Research has shown that nonparametric statistical tests are almost as capable of detecting differences among populations as the parametric methods of preceding chapters when normality and other assumptions are satisfied. They may be, and often are, *more* powerful in detecting population differences when these assumptions are not satisfied. For this reason, some statisticians advocate the use of nonparametric procedures in preference to their parametric counterparts.

We will present nonparametric methods appropriate for comparing two or more populations using either independent or paired samples. We will also present a measure of association that is useful in determining whether one variable increases as the other increases or whether one variable decreases as the other increases.



# THE WILCOXON RANK SUM TEST: INDEPENDENT RANDOM SAMPLES

In comparing the means of two populations based on independent samples, the pivotal statistic was the difference in the sample means. If you are not certain that the assumptions required for a two-sample *t*-test are satisfied, one alternative is to replace the values of the observations by their ranks and proceed as though the ranks were the actual observations. Two different nonparametric tests use a test statistic based on these sample ranks:

- Wilcoxon rank sum test
- Mann-Whitney *U*-test

They are *equivalent* in that they use the same sample information. The procedure that we will present is the Wilcoxon rank sum test, proposed by Frank Wilcoxon, which is based on the sum of the ranks of the sample that has the smaller sample size.

Assume that you have $n_1$ observations from population 1 and $n_2$ observations from population 2. The null hypothesis to be tested is that the two population distributions are identical versus the alternative hypothesis that the population distributions are different. These are the possibilities for the two populations:

- If $H_0$ is true and the observations have come from the same or identical populations, then the observations from both samples should be randomly mixed when jointly ranked from small to large. The sum of the ranks of the observations from sample 1 should be similar to the sum of the ranks from sample 2.

- If, on the other hand, the observations from population 1 tend to be smaller than those from population 2, then these observations would have the smaller ranks because most of these observations would be smaller than those from population 2. The sum of the ranks of these observations would be "small."

- If the observations from population 1 tend to be larger than those in population 2, these observations would be assigned larger ranks. The sum of the ranks of these observations would tend to be "large."

For example, suppose you have $n_1 = 3$ observations from population 1—2, 4, and 6—and $n_2 = 4$ observations from population 2—3, 5, 8, and 9. Table 15.1 shows seven observations ordered from small to large.

**TABLE 15.1**   ● **Seven Observations in Order**

| Observation | $x_1$ | $y_1$ | $x_2$ | $y_2$ | $x_3$ | $y_3$ | $y_4$ |
|---|---|---|---|---|---|---|---|
| Data | 2 | 3 | 4 | 5 | 6 | 8 | 9 |
| Rank | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

The smallest observation, $x_1 = 2$, is assigned rank 1; the next smallest observation, $y_1 = 3$, is assigned rank 2; and so on. The *sum of the ranks* of the observations from sample 1 is $1 + 3 + 5 = 9$, and the **rank sum** from sample 2 is $2 + 4 + 6 + 7 = 19$. How do you determine whether the rank sum of the observations from sample 1 is significantly small or significantly large? This depends on the probability distribution of the sum of the ranks of one of the samples. Since the ranks for $n_1 + n_2 = N$ observations are the first $N$ integers, the sum of these ranks can be shown to be $N(N + 1)/2$. In this simple example, the sum of the $N = 7$ ranks is $1 + 2 + 3 + 4 + 5 + 6 + 7 = 7(8)/2$ or 28. Hence, if you know the rank sum for one of the samples, you can find the other by subtraction. In our example, notice that the rank sum for sample 1 is 9, whereas the second rank sum is $(28 - 9) = 19$. This means that only one of the two rank sums is needed for the test. To simplify the tabulation of critical values for this test, you should use the rank sum from the smaller sample as the test statistic. What happens if two or more observations are equal? Tied observations are assigned the average of the ranks that the observations would have had if they had been slightly different in value.

To implement the Wilcoxon rank sum test, suppose that independent random samples of size $n_1$ and $n_2$ are selected from populations 1 and 2, respectively. Let $n_1$ represent the *smaller* of the two sample sizes, and let $T_1$ represent the sum of the ranks

of the observations in sample 1. If population 1 lies to the left of population 2, $T_1$ will be "small." $T_1$ will be "large" if population 1 lies to the right of population 2.

---

## FORMULAS FOR THE WILCOXON RANK SUM STATISTIC (FOR INDEPENDENT SAMPLES)

Let

$T_1$ = Sum of the ranks for the first sample
$T_1^* = n_1(n_1 + n_2 + 1) - T_1$

$T_1^*$ is the value of the rank sum for $n_1$ if the observations had been ranked from *large to small.* (It is *not* the rank sum for the second sample.) Depending on the nature of the alternative hypothesis, one of these two values will be chosen as the test statistic, $T$.

---

Table 7 in Appendix I can be used to locate *critical values* for the test statistic for four different values of one-tailed tests with $\alpha$ = .05, .025, .01, and .005. To use Table 7 for a two-tailed test, the values of $\alpha$ are doubled—that is, $\alpha$ = .10, .05, .02, and .01. The tabled entry gives the value of $a$ such that $P(T \le a) \le \alpha$. To see how to locate a critical value for the Wilcoxon rank sum test, suppose that $n_1$ = 8 and $n_2$ = 10 for a one-tailed test with $\alpha$ = .05. You can use Table 7(a), a portion of which is reproduced in Table 15.2. Notice that the table is constructed assuming that $n_1 \le n_2$. It is for this reason that we designate the population with the smaller sample size as population 1. Values of $n_1$ are shown across the top of the table, and values of $n_2$ are shown down the left side. The entry—$a$ = 56, shaded—is the critical value for rejection of $H_0$. The null hypothesis of equality of the two distributions should be rejected if the observed value of the test statistic $T$ is less than or equal to 56.

**TABLE 15.2** ●

**A Portion of the 5% Left-Tailed Critical Values, Table 7 in Appendix I**

| | | | | $n_1$ | | | |
|---|---|---|---|---|---|---|---|
| $n_2$ | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 3 | — | 6 | | | | | |
| 4 | — | 6 | 11 | | | | |
| 5 | 3 | 7 | 12 | 19 | | | |
| 6 | 3 | 8 | 13 | 20 | 28 | | |
| 7 | 3 | 8 | 14 | 21 | 29 | 39 | |
| 8 | 4 | 9 | 15 | 23 | 31 | 41 | 51 |
| 9 | 4 | 10 | 16 | 24 | 33 | 43 | 54 |
| 10 | 4 | 10 | 17 | 26 | 35 | 45 | 56 |

---

## THE WILCOXON RANK SUM TEST

Let $n_1$ denote the smaller of the two sample sizes. This sample comes from population 1. The hypotheses to be tested are

$H_0$ : The distributions for populations 1 and 2 are identical

versus one of three alternative hypotheses:

$H_a$ : The distributions for populations 1 and 2 are different (a two-tailed test)

$H_a$ : The distribution for population 1 lies to the left of that for population 2 (a left-tailed test)

$H_a$ : The distribution for population 1 lies to the right of that for population 2 (a right-tailed test)

1. Rank all $n_1 + n_2$ observations from small to large.

2. Find $T_1$, the rank sum for the observations in sample 1. This is the test statistic for a left-tailed test.

3. Find $T_1^* = n_1(n_1 + n_2 + 1) - T_1$, the sum of the ranks of the observations from population 1 if the assigned ranks had been reversed from large to small. (The value of $T_1^*$ is not the sum of the ranks of the observations in sample 2.) This is the test statistic for a right-tailed test.

4. The test statistic for a two-tailed test is $T$, the *minimum* of $T_1$ and $T_1^*$.

5. $H_0$ is rejected if the observed test statistic is less than or equal to the critical value found using Table 7 in Appendix I.

We illustrate the use of Table 7 with the next example.

**EXAMPLE  15.1**  The wing stroke frequencies of two species of Euglossine bees were recorded for a sample of $n_1 = 4$ *Euglossa mandibularis* Friese (species 1) and $n_2 = 6$ *Euglossa imperialis* Cockerell (species 2).[1] The frequencies are listed in Table 15.3. Can you conclude that the distributions of wing strokes differ for these two species? Test using $\alpha = .05$.

**TABLE 15.3**  ●  **Wing Stroke Frequencies for Two Species of Bees**

| Species 1 | Species 2 |
|-----------|-----------|
| 235 | 180 |
| 225 | 169 |
| 190 | 180 |
| 188 | 185 |
|  | 178 |
|  | 182 |

**Solution**  You first need to rank the observations from small to large, as shown in Table 15.4.

**TABLE 15.4**  ●  **Wing Stroke Frequencies Ranked from Small to Large**

| Data | Species | Rank |
|------|---------|------|
| 169 | 2 | 1 |
| 178 | 2 | 2 |
| 180 | 2 | 3 |
| 180 | 2 | 4 |
| 182 | 2 | 5 |
| 185 | 2 | 6 |
| 188 | 1 | 7 |
| 190 | 1 | 8 |
| 225 | 1 | 9 |
| 235 | 1 | 10 |

**634** ○ CHAPTER 15 NONPARAMETRIC STATISTICS

The hypotheses to be tested are

$H_0$ : The distributions of the wing stroke frequencies are the same for the two species

versus

$H_a$ : The distributions of the wing stroke frequencies differ for the two species

Since the sample size for individuals from species 1, $n_1 = 4$, is the smaller of the two sample sizes, you have

$$T_1 = 7 + 8 + 9 + 10 = 34$$

and

$$T_1^* = n_1(n_1 + n_2 + 1) - T_1 = 4(4 + 6 + 1) - 34 = 10$$

For a two-tailed test, the test statistic is $T = 10$, the smaller of $T_1 = 34$ and $T_1^* = 10$.

For this two-tailed test with $\alpha = .05$, you can use Table 7(b) in Appendix I with $n_1 = 4$ and $n_2 = 6$. The critical value of $T$ such that $P(T \leq a) \leq \alpha/2 = .025$ is 12, and you should reject the null hypothesis if the observed value of $T$ is 12 or less. Since the observed value of the test statistic—$T = 10$—is less than 12, you can reject the hypothesis of equal distributions of wing stroke frequencies at the 5% level of significance.

A *MINITAB* printout of the Wilcoxon rank sum test (called Mann–Whitney by *MINITAB*) for these data is given in Figure 15.1. You will find instructions for generating this output in the section "My *MINITAB*" at the end of this chapter. Notice that the rank sum of the first sample is given as W = 34.0, which agrees with our calculations. With a reported *p*-value of .0142 calculated by *MINITAB*, you can reject the null hypothesis at the 5% level.

**FIGURE 15.1**

Printout for Example 15.1

**Mann-Whitney Test and CI: Species 1, Species 2**

```
              N     Median
Species 1     4     207.50
Species 2     6     180.00

Point estimate for ETA1-ETA2 is 30.50
95.7 Percent CI for ETA1-ETA2 is (5.99,56.01)
W = 34.0
Test of ETA1 = ETA2 vs ETA1 not = ETA2 is significant at 0.0142
The test is significant at 0.0139 (adjusted for ties)
```

# Normal Approximation for the Wilcoxon Rank Sum Test

Table 7 in Appendix I contains critical values for sample sizes of $n_1 \leq n_2 = 3$, 4, . . . , 15. Provided $n_1$ is not too small,[†] approximations to the probabilities for the Wilcoxon rank sum statistic $T$ can be found using a normal approximation to the distribution of $T$. It can be shown that the mean and variance of $T$ are

$$\mu_T = \frac{n_1(n_1 + n_2 + 1)}{2} \quad \text{and} \quad \sigma_T^2 = \frac{n_1 n_2(n_1 + n_2 + 1)}{12}$$

[†]Some researchers indicate that the normal approximation is adequate for samples as small as $n_1 = n_2 = 4$.

The distribution of

$$z = \frac{T - \mu_T}{\sigma_T}$$

is approximately normal with mean 0 and standard deviation 1 for values of $n_1$ and $n_2$ as small as 10.

If you try this approximation for Example 15.1, you get

$$\mu_T = \frac{n_1(n_1 + n_2 + 1)}{2} = \frac{4(4 + 6 + 1)}{2} = 22$$

and

$$\sigma_T^2 = \frac{n_1 n_2(n_1 + n_2 + 1)}{12} = \frac{4(6)(4 + 6 + 1)}{12} = 22$$

The $p$-value for this test is $2P(T \geq 34)$. If you use a .5 correction for continuity in calculating the value of $z$ because $n_1$ and $n_2$ are both small,[†] you have

$$z = \frac{T - \mu_T}{\sigma_T} = \frac{(34 - .5) - 22}{\sqrt{22}} = 2.45$$

The $p$-value for this test is

$$2P(T \geq 34) \approx 2P(z \geq 2.45) = 2(.0071) = .0142$$

the value reported on the *MINITAB* printout in Figure 15.1.

---

### THE WILCOXON RANK SUM TEST FOR LARGE SAMPLES: $n_1 \geq 10$ and $n_2 \geq 10$

1. Null hypothesis: $H_0$ : The population distributions are identical
2. Alternative hypothesis: $H_a$ : The two population distributions are not identical (a two-tailed test). Or $H_a$ : The distribution of population 1 is shifted to the right (or left) of the distribution of population 2 (a one-tailed test).
3. Test statistic: $z = \dfrac{T - n_1(n_1 + n_2 + 1)/2}{\sqrt{n_1 n_2(n_1 + n_2 + 1)/12}}$
4. Rejection region:
   a. For a two-tailed test, reject $H_0$ if $z > z_{\alpha/2}$ or $z < -z_{\alpha/2}$.
   b. For a one-tailed test in the right tail, reject $H_0$ if $z > z_{\alpha}$.
   c. For a one-tailed test in the left tail, reject $H_0$ if $z < -z_{\alpha}$.
   Or reject $H_0$ if $p$-value $< \alpha$.

   Tabulated values of $z$ are found in Table 3 of Appendix I.

---

**EXAMPLE**   15.2

An experiment was conducted to compare the strengths of two types of kraft papers: one a standard kraft paper of a specified weight and the other the same standard kraft paper treated with a chemical substance. Ten pieces of each type of paper, randomly selected from production, produced the strength measurements shown in Table 15.5. Test the null hypothesis of no difference in the distributions of strengths for the two

---

[†]Since the value of $T = 34$ lies to the right of the mean 22, the subtraction of .5 in using the normal approximation takes into account the lower limit of the bar above the value 34 in the probability distribution of $T$.

**636**　◯　CHAPTER 15 NONPARAMETRIC STATISTICS

types of paper versus the alternative hypothesis that the treated paper tends to be stronger (i.e., its distribution of strength measurements is shifted to the right of the corresponding distribution for the untreated paper).

**TABLE 15.5**　●　**Strength Measurements (and Their Ranks) for Two Types of Paper**

| Standard 1 | Treated 2 |
|---|---|
| 1.21 (2) | 1.49 (15) |
| 1.43 (12) | 1.37 (7.5) |
| 1.35 (6) | 1.67 (20) |
| 1.51 (17) | 1.50 (16) |
| 1.39 (9) | 1.31 (5) |
| 1.17 (1) | 1.29 (3.5) |
| 1.48 (14) | 1.52 (18) |
| 1.42 (11) | 1.37 (7.5) |
| 1.29 (3.5) | 1.44 (13) |
| 1.40 (10) | 1.53 (19) |
| Rank sum | $T_1 = 85.5$ |
|  | $T_1^* = n_1(n_1 + n_2 + 1) - T_1 = 210 - 85.5 = 124.5$ |

**Solution**　Since the sample sizes are equal, you are at liberty to decide which of the two samples should be sample 1. Choosing the standard treatment as the first sample, you can rank the 20 strength measurements, and the values of $T_1$ and $T_1^*$ are shown at the bottom of the table. Since you want to detect a shift in the standard (1) measurements to the left of the treated (2) measurements, you conduct a left-tailed test:

$H_0$ : No difference in the strength distributions

$H_a$ : Standard distribution lies to the left of the treated distribution

and use $T = T_1$ as the test statistic, looking for an unusually small value of $T$.

To find the critical value for a one-tailed test with $\alpha = .05$, index Table 7(a) in Appendix I with $n_1 = n_2 = 10$. Using the tabled entry, you can reject $H_0$ when $T \leq 82$. Since the observed value of the test statistic is $T = 85.5$, you are not able to reject $H_0$. There is insufficient evidence to conclude that the treated kraft paper is stronger than the standard paper.

To use the normal approximation to the distribution of $T$, you can calculate

$$\mu_T = \frac{n_1(n_1 + n_2 + 1)}{2} = \frac{10(21)}{2} = 105$$

and

$$\sigma_T^2 = \frac{n_1 n_2(n_1 + n_2 + 1)}{12} = \frac{10(10)(21)}{12} = 175$$

with $\sigma_T = \sqrt{175} = 13.23$. Then

$$z = \frac{T - \mu_T}{\sigma_T} = \frac{85.5 - 105}{13.23} = -1.47$$

The one-tailed $p$-value corresponding to $z = -1.47$ is

$$p\text{-value} = P(z \leq -1.47) = .5 - .4292 = .0708$$

which is larger than $\alpha = .05$. The conclusion is the same. You cannot conclude that the treated kraft paper is stronger than the standard paper.

When should the Wilcoxon rank sum test be used in preference to the two-sample unpaired $t$-test? The two-sample $t$-test performs well if the data are normally distributed with equal variances. If there is doubt concerning these assumptions, a normal probability plot could be used to assess the degree of nonnormality, and a two-sample $F$-test of sample variances could be used to check the equality of variances. If these procedures indicate either nonnormality or inequality of variance, then the Wilcoxon rank sum test is appropriate.

## 15.2 EXERCISES

### BASIC TECHNIQUES

**15.1** Suppose you want to use the Wilcoxon rank sum test to detect a shift in distribution 1 to the right of distribution 2 based on samples of size $n_1 = 6$ and $n_2 = 8$.

**a.** Should you use $T_1$ or $T_1^*$ as the test statistic?

**b.** What is the rejection region for the test if $\alpha = .05$?

**c.** What is the rejection region for the test if $\alpha = .01$?

**15.2** Refer to Exercise 15.1. Suppose the alternative hypothesis is that distribution 1 is shifted either to the left or to the right of distribution 2.

**a.** Should you use $T_1$ or $T_1^*$ as the test statistic?

**b.** What is the rejection region for the test if $\alpha = .05$?

**c.** What is the rejection region for the test if $\alpha = .01$?

**15.3** Observations from two random and independent samples, drawn from populations 1 and 2, are given here. Use the Wilcoxon rank sum test to determine whether population 1 is shifted to the left of population 2.

| Sample 1 | 1 | 3 | 2 | 3 | 5 |
|---|---|---|---|---|---|
| Sample 2 | 4 | 7 | 6 | 8 | 6 |

**a.** State the null and alternative hypotheses to be tested.

**b.** Rank the combined sample from smallest to largest. Calculate $T_1$ and $T_1^*$.

**c.** What is the rejection region for $\alpha = .05$?

**d.** Do the data provide sufficient evidence to indicate that population 1 is shifted to the left of population 2?

**15.4** Independent random samples of size $n_1 = 20$ and $n_2 = 25$ are drawn from nonnormal populations 1 and 2. The combined sample is ranked and $T_1 = 252$. Use the large-sample approximation to the Wilcoxon rank sum test to determine whether there is a difference in the two population distributions. Calculate the $p$-value for the test.

**15.5** Suppose you wish to detect a shift in distribution 1 to the right of distribution 2 based on sample sizes $n_1 = 12$ and $n_2 = 14$. If $T_1 = 193$, what do you conclude? Use $\alpha = .05$.

### APPLICATIONS

**15.6 Alzheimer's Disease** In some tests of healthy, elderly men, a new drug has restored their memory almost to that of young people. It will soon be tested on patients with Alzheimer's disease, the fatal brain disorder that destroys the mind. According to Dr. Gary Lynch of the University of California, Irvine, the drug, called ampakine CX-516, accelerates signals between brain cells and appears to significantly sharpen memory.[2] In a preliminary test on students in their early 20s and on men aged 65–70, the results were particularly striking. After being given mild doses of this drug, the 65–70-year-old men scored nearly as high as the young people. The accompanying data are the numbers of nonsense syllables recalled after 5 minutes for 10 men in their 20s and 10 men aged 65–70. Use the Wilcoxon rank sum test to determine whether the distributions for the number of nonsense syllables recalled are the same for these two groups.

| 20s | 3 | 6 | 4 | 8 | 7 | 1 | 1 | 2 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| 65–70s | 1 | 0 | 4 | 1 | 2 | 5 | 0 | 2 | 2 | 3 |

**15.7 Alzheimer's, continued** Refer to Exercise 15.6. Suppose that two more groups of 10 men each are tested on the number of nonsense syllables they can remember after 5 minutes. However, this time the 65–70-year-olds are given a mild dose of ampakine CX-516. Do the data provide sufficient evidence to conclude that this drug improves memory in men aged 65–70 compared with that of 20-year-olds? Use an appropriate level of $\alpha$.

| 20s | 11 | 7 | 6 | 8 | 6 | 9 | 2 | 10 | 3 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| 65–70s | 1 | 9 | 6 | 8 | 7 | 8 | 5 | 7 | 10 | 3 |

**638** ○ CHAPTER 15 NONPARAMETRIC STATISTICS

**15.8 Dissolved Oxygen Content** The observations in the table are dissolved oxygen contents in water. The higher the dissolved oxygen content, the greater the ability of a river, lake, or stream to support aquatic life. In this experiment, a pollution-control inspector suspected that a river community was releasing semitreated sewage into a river. To check this theory, five randomly selected specimens of river water were selected at a location above the town and another five below. These are the dissolved oxygen readings (in parts per million):

| Above Town | 4.8 | 5.2 | 5.0 | 4.9 | 5.1 |
|---|---|---|---|---|---|
| Below Town | 5.0 | 4.7 | 4.9 | 4.8 | 4.9 |

**a.** Use a one-tailed Wilcoxon rank sum test with $\alpha = .05$ to confirm or refute the theory.

**b.** Use a Student's $t$-test (with $\alpha = .05$) to analyze the data. Compare the conclusion reached in part a.

MY DATA  EX1509  **15.9 Eye Movement** In an investigation of the visual scanning behavior of deaf children, measurements of eye movement were taken on nine deaf and nine hearing children. The table gives the eye-movement rates and their ranks (in parentheses). Does it appear that the distributions of eye-movement rates for deaf children and hearing children differ?

| | Deaf Children | Hearing Children |
|---|---|---|
| | 2.75 (15) | .89 (1) |
| | 2.14 (11) | 1.43 (7) |
| | 3.23 (18) | 1.06 (4) |
| | 2.07 (10) | 1.01 (3) |
| | 2.49 (14) | .94 (2) |
| | 2.18 (12) | 1.79 (8) |
| | 3.16 (17) | 1.12 (5.5) |
| | 2.93 (16) | 2.01 (9) |
| | 2.20 (13) | 1.12 (5.5) |
| Rank Sum | 126 | 45 |

**15.10 Color TVs** The table lists the life (in months) of service before failure of a color television circuit board for 8 television sets manufactured by firm A and 10 sets manufactured by firm B. Use the Wilcoxon rank sum test to analyze the data, and test to see whether the life of service before failure of the circuit boards differs for the circuit boards produced by the two manufacturers.

| Firm | Life of Circuit Board (months) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 32 | 25 | 40 | 31 | 35 | 29 | 37 | 39 | | |
| B | 41 | 39 | 36 | 47 | 45 | 34 | 48 | 44 | 43 | 33 |

MY DATA  EX1511  **15.11 Weights of Turtles** The weights of turtles caught in two different lakes were measured to compare the effects of the two lake environments on turtle growth. All the turtles were the same age and were tagged before being released into the lakes. The weights for $n_1 = 10$ tagged turtles caught in lake 1 and $n_2 = 8$ caught in lake 2 are listed here:

| Lake | Weight (oz) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.1 | 15.2 | 13.9 | 14.5 | 14.7 | 13.8 | 14.0 | 16.1 | 12.7 | 15.3 |
| 2 | 12.2 | 13.0 | 14.1 | 13.6 | 12.4 | 11.9 | 12.5 | 13.8 | | |

Do the data provide sufficient evidence to indicate a difference in the distributions of weights for the tagged turtles exposed to the two lake environments? Use the Wilcoxon rank sum test with $\alpha = .05$ to answer the question.

MY DATA  EX1512  **15.12 Chemotherapy** Cancer treatment by means of chemicals—chemotherapy—kills both cancerous and normal cells. In some instances, the toxicity of the cancer drug—that is, its effect on normal cells—can be reduced by the simultaneous injection of a second drug. A study was conducted to determine whether a particular drug injection reduced the harmful effects of a chemotherapy treatment on the survival time for rats. Two randomly selected groups of 12 rats were used in an experiment in which both groups, call them A and B, received the toxic drug in a dose large enough to cause death, but in addition, group B received the antitoxin, which was to reduce the toxic effect of the chemotherapy on normal cells. The test was terminated at the end of 20 days, or 480 hours. The survival times for the two groups of rats, to the nearest 4 hours, are shown in the table. Do the data provide sufficient evidence to indicate that rats receiving the antitoxin tend to survive longer after chemotherapy than those not receiving the antitoxin? Use the Wilcoxon rank sum test with $\alpha = .05$.

| Chemotherapy Only A | Chemotherapy plus Drug B |
|---|---|
| 84 | 140 |
| 128 | 184 |
| 168 | 368 |
| 92 | 96 |
| 184 | 480 |
| 92 | 188 |
| 76 | 480 |
| 104 | 244 |
| 72 | 440 |
| 180 | 380 |
| 144 | 480 |
| 120 | 196 |

# THE SIGN TEST FOR A PAIRED EXPERIMENT

**15.3**

The sign test is a fairly simple procedure that can be used to compare two populations when the samples consist of paired observations. This type of experimental design is called the **paired-difference** or **matched pairs** design, which you used to compare the average wear for two types of tires in Section 10.5. In general, for each pair, you measure whether the first response—say, A—exceeds the second response—say, B. The test statistic is $x,$ the number of times that A exceeds B in the $n$ pairs of observations.

When the two population distributions are identical, the probability that A exceeds B equals $p = .5,$ and $x,$ the number of times that A exceeds B, has a *binomial* distribution. Only pairs without ties are included in the test. Hence, you can test the hypothesis of identical population distributions by testing $H_0 : p = .5$ versus either a one- or two-tailed alternative. Critical values for the rejection region or exact $p$-values can be found using the cumulative binomial tables in Appendix I.

---

### THE SIGN TEST FOR COMPARING TWO POPULATIONS

1.  Null hypothesis: $H_0 :$ The two population distributions are identical and $P(\text{A exceeds B}) = p = .5$

2.  Alternative hypothesis:

    a.  $H_a :$ The population distributions are not identical and $p \neq .5$

    b.  $H_a :$ The population of A measurements is shifted to the right of the population of B measurements and $p > .5$

    c.  $H_a :$ The population of A measurements is shifted to the left of the population of B measurements and $p < .5$

3.  Test statistic: For $n,$ the number of pairs with no ties, use $x,$ the number of times that $(A - B)$ is positive.

4.  Rejection region:

    a.  For the two-tailed test $H_a : p \neq .5,$ reject $H_0$ if $x \leq x_L$ or $x \geq x_U,$ where $P(x \leq x_L) \leq \alpha/2$ and $P(x \geq x_U) \leq \alpha/2$ for $x$ having a binomial distribution with $p = .5.$

    b.  For $H_a : p > .5,$ reject $H_0$ if $x \geq x_U$ with $P(x \geq x_U) \leq \alpha.$

    c.  For $H_a : p < .5,$ reject $H_0$ if $x \leq x_L$ with $P(x \leq x_L) \leq \alpha.$

    Or calculate the $p$-value and reject $H_0$ if the $p$-value $< \alpha.$

---

One problem that may occur when you are conducting a sign test is that the measurements associated with one or more pairs may be equal and therefore result in **tied observations.** When this happens, delete the tied pairs and reduce $n,$ the total number of pairs. The following example will help you understand how the sign test is constructed and used.

**EXAMPLE   15.3**

The numbers of defective electrical fuses produced by two production lines, A and B, were recorded daily for a period of 10 days, with the results shown in Table 15.6. The response variable, the number of defective fuses, has an exact binomial distribution with a large number of fuses produced per day. Although this variable will have an

approximately normal distribution, the plant supervisor would prefer a quick-and-easy statistical test to determine whether one production line tends to produce more defectives than the other. Use the sign test to test the appropriate hypothesis.

**TABLE 15.6** ●

### Defective Fuses From Two Production Lines

| Day | Line A | Line B | Sign of Difference |
|-----|--------|--------|--------------------|
| 1   | 170    | 201    | −                  |
| 2   | 164    | 179    | −                  |
| 3   | 140    | 159    | −                  |
| 4   | 184    | 195    | −                  |
| 5   | 174    | 177    | −                  |
| 6   | 142    | 170    | −                  |
| 7   | 191    | 183    | +                  |
| 8   | 169    | 179    | −                  |
| 9   | 161    | 170    | −                  |
| 10  | 200    | 212    | −                  |

**Solution**   For this *paired-difference* experiment, $x$ is the number of times that the observation for line A exceeds that for line B in a given day. If there is no difference in the distributions of defectives for the two production lines, then $p$, the proportion of days on which A exceeds B, is .5, which is the hypothesized value in a test of the binomial parameter $p$. Very small or very large values of $x$, the number of times that A exceeds B, are contrary to the null hypothesis.

Since $n = 10$ and the hypothesized value of $p$ is .5, Table 1 of Appendix I can be used to find the exact $p$-value for the test of

$$H_0 : p = .5 \text{ versus } H_a : p \neq .5$$

The observed value of the test statistic—which is the number of "plus" signs in the table—is $x = 1$, and the $p$-value is calculated as

$$p\text{-value} = 2P(x \leq 1) = 2(.011) = .022$$

The fairly small $p$-value $= .022$ allows you to reject $H_0$ at the 5% level. There is significant evidence to indicate that the number of defective fuses is not the same for the two production lines; in fact, line B produces more defectives than line A. In this example, the sign test is an easy-to-calculate rough tool for detecting faulty production lines and works perfectly well to detect a significant difference using only a minimum amount of information.

## Normal Approximation for the Sign Test

When the number of pairs $n$ is large, the critical values for rejection of $H_0$ and the approximate $p$-values can be found using a normal approximation to the distribution of $x$, which was discussed in Section 6.4. Because the binomial distribution is perfectly symmetric when $p = .5$, this approximation works very well, even for $n$ as small as 10.

For $n \geq 25$, you can conduct the sign test by using the $z$ statistic,

$$z = \frac{x - np}{\sqrt{npq}} = \frac{x - .5n}{.5\sqrt{n}}$$

as the test statistic. In using $z$, you are testing the null hypothesis $p = .5$ versus the alternative $p \neq .5$ for a two-tailed test or versus the alternative $p > .5$ (or $p < .5$) for a one-tailed test. The tests use the familiar rejection regions of Chapter 9.

---

### SIGN TEST FOR LARGE SAMPLES: $n \geq 25$

1. Null hypothesis: $H_0 : p = .5$ (one treatment is not preferred to a second treatment)
2. Alternative hypothesis: $H_a : p \neq .5$, for a two-tailed test (NOTE: We use the two-tailed test as an example. Many analyses might require a one-tailed test.)
3. Test statistic: $z = \dfrac{x - .5n}{.5\sqrt{n}}$
4. Rejection region: Reject $H_0$ if $z \geq z_{\alpha/2}$ or $z \leq -z_{\alpha/2}$, where $z_{\alpha/2}$ is the $z$-value from Table 3 in Appendix I corresponding to an area of $\alpha/2$ in the upper tail of the normal distribution.

---

**EXAMPLE 15.4**

A production superintendent claims that there is no difference between the employee accident rates for the day versus the evening shifts in a large manufacturing plant. The number of accidents per day is recorded for both the day and evening shifts for $n = 100$ days. It is found that the number of accidents per day for the evening shift $x_E$ exceeded the corresponding number of accidents on the day shift $x_D$ on 63 of the 100 days. Do these results provide sufficient evidence to indicate that more accidents tend to occur on one shift than on the other or, equivalently, that $P(x_E > x_D) \neq 1/2$?

**Solution**  This study is a paired-difference experiment, with $n = 100$ pairs of observations corresponding to the 100 days. To test the null hypothesis that the two distributions of accidents are identical, you can use the test statistic

$$z = \frac{x - .5n}{.5\sqrt{n}}$$

where $x$ is the number of days in which the number of accidents on the evening shift exceeded the number of accidents on the day shift. Then for $\alpha = .05$, you can reject the null hypothesis if $z \geq 1.96$ or $z \leq -1.96$. Substituting into the formula for $z$, you get

$$z = \frac{x - .5n}{.5\sqrt{n}} = \frac{63 - (.5)(100)}{.5\sqrt{100}} = \frac{13}{5} = 2.60$$

Since the calculated value of $z$ exceeds $z_{\alpha/2} = 1.96$, you can reject the null hypothesis. The data provide sufficient evidence to indicate a difference in the accident rate distributions for the day versus evening shifts.

---

When should the sign test be used in preference to the paired $t$-test? When only the *direction* of the difference in the measurement is given, *only* the sign test can be used. On the other hand, when the data are quantitative and satisfy the normality and constant variance assumptions, the paired $t$-test should be used. A normal probability plot can be used to assess normality, while a plot of the residuals $(d_i - \bar{d})$ can reveal large deviations that might indicate a variance that varies from pair to pair. When there are doubts about the validity of the assumptions, statisticians often recommend that both tests be performed. If both tests reach the same conclusions, then the parametric test results can be considered to be valid.

## 15.3 EXERCISES

### BASIC TECHNIQUES

**15.13** Suppose you wish to use the sign test to test $H_a : p > .5$ for a paired-difference experiment with $n = 25$ pairs.

**a.** State the practical situation that dictates the alternative hypothesis given.

**b.** Use Table 1 in Appendix I to find values of $\alpha$ ($\alpha < .15$) available for the test.

**15.14** Repeat the instructions of Exercise 15.13 for $H_a : p \neq .5$.

**15.15** Repeat the instructions of Exercises 15.13 and 15.14 for $n = 10$, 15, and 20.

**(MY DATA) EX1516** **15.16** A paired-difference experiment was conducted to compare two populations. The data are shown in the table. Use a sign test to determine whether the population distributions are different.

| Population | Pairs | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | 8.9 | 8.1 | 9.3 | 7.7 | 10.4 | 8.3 | 7.4 |
| 2 | 8.8 | 7.4 | 9.0 | 7.8 | 9.9 | 8.1 | 6.9 |

**a.** State the null and alternative hypotheses for the test.

**b.** Determine an appropriate rejection region with $\alpha \approx .01$.

**c.** Calculate the observed value of the test statistic.

**d.** Do the data present sufficient evidence to indicate that populations 1 and 2 are different?

### APPLICATIONS

**(MY DATA) EX1517** **15.17 Property Values** In Exercise 10.45, you compared the property evaluations of two tax assessors, A and B. Their assessments for eight properties are shown in the table:

| Property | Assessor A | Assessor B |
|---|---|---|
| 1 | 76.3 | 75.1 |
| 2 | 88.4 | 86.8 |
| 3 | 80.2 | 77.3 |
| 4 | 94.7 | 90.6 |
| 5 | 68.7 | 69.1 |
| 6 | 82.8 | 81.0 |
| 7 | 76.1 | 75.3 |
| 8 | 79.0 | 79.1 |

**a.** Use the sign test to determine whether the data present sufficient evidence to indicate that one of the assessors tends to be consistently more conservative than the other; that is, $P(x_A > x_B) \neq 1/2$. Test by using a value of $\alpha$ near .05. Find the $p$-value for the test and interpret its value.

**b.** Exercise 10.45 uses the $t$ statistic to test the null hypothesis that there is no difference in the mean property assessments between assessors A and B. Check the answer (in the answer section) for Exercise 10.45 and compare it with your answer to part a. Do the test results agree? Explain why the answers are (or are not) consistent.

**(MY DATA) EX1518** **15.18 Gourmet Cooking** Two gourmets, A and B, rated 22 meals on a scale of 1 to 10. The data are shown in the table. Do the data provide sufficient evidence to indicate that one of the gourmets tends to give higher ratings than the other? Test by using the sign test with a value of $\alpha$ near .05.

| Meal | A | B | Meal | A | B |
|---|---|---|---|---|---|
| 1 | 6 | 8 | 12 | 8 | 5 |
| 2 | 4 | 5 | 13 | 4 | 2 |
| 3 | 7 | 4 | 14 | 3 | 3 |
| 4 | 8 | 7 | 15 | 6 | 8 |
| 5 | 2 | 3 | 16 | 9 | 10 |
| 6 | 7 | 4 | 17 | 9 | 8 |
| 7 | 9 | 9 | 18 | 4 | 6 |
| 8 | 7 | 8 | 19 | 4 | 3 |
| 9 | 2 | 5 | 20 | 5 | 4 |
| 10 | 4 | 3 | 21 | 3 | 2 |
| 11 | 6 | 9 | 22 | 5 | 3 |

**a.** Use the binomial tables in Appendix I to find the exact rejection region for the test.

**b.** Use the large-sample $z$ statistic. (NOTE: Although the large-sample approximation is suggested for $n \geq 25$, it works fairly well for values of $n$ as small as 15.)

**c.** Compare the results of parts a and b.

**15.19 Lead Levels in Blood** A study reported in the *American Journal of Public Health (Science News)*—the first to follow blood lead levels in law-abiding handgun hobbyists using indoor firing ranges—documents a significant risk of lead poisoning.[3] Lead exposure measurements were made on 17 members of a law enforcement trainee class before, during, and after a 3-month period of firearm instruction at a state-owned indoor firing range. No trainee had elevated blood lead levels before the training, but 15 of the 17 ended their training with blood lead levels deemed "elevated" by the Occupational Safety and Health Administration (OSHA). If the use of an indoor

firing range causes no increase in blood lead levels, then $p$, the probability that a person's blood lead level increases, is less than or equal to .5. If, however, use of the indoor firing range causes an increase in a person's blood lead levels, then $p > .5$. Use the sign test to determine whether using an indoor firing range has the effect of increasing a person's blood lead level with $\alpha = .05$. (HINT: The normal approximation to binomial probabilities is fairly accurate for $n = 17$.)

 **15.20 Recovery Rates** Clinical data concerning the effectiveness of two drugs in treating

EX1520

a particular disease were collected from ten hospitals. The numbers of patients treated with the drugs varied from one hospital to another. You want to know whether the data present sufficient evidence to indicate a higher recovery rate for one of the two drugs.

a. Test using the sign test. Choose your rejection region so that $\alpha$ is near .05.

b. Why might it be inappropriate to use the Student's $t$-test in analyzing the data?

| | Drug A | | | | Drug B | | |
|---|---|---|---|---|---|---|---|
| Hospital | Number in Group | Number Recovered | Percentage Recovered | Hospital | Number in Group | Number Recovered | Percentage Recovered |
| 1 | 84 | 63 | 75.0 | 1 | 96 | 82 | 85.4 |
| 2 | 63 | 44 | 69.8 | 2 | 83 | 69 | 83.1 |
| 3 | 56 | 48 | 85.7 | 3 | 91 | 73 | 80.2 |
| 4 | 77 | 57 | 74.0 | 4 | 47 | 35 | 74.5 |
| 5 | 29 | 20 | 69.0 | 5 | 60 | 42 | 70.0 |
| 6 | 48 | 40 | 83.3 | 6 | 27 | 22 | 81.5 |
| 7 | 61 | 42 | 68.9 | 7 | 69 | 52 | 75.4 |
| 8 | 45 | 35 | 77.8 | 8 | 72 | 57 | 79.2 |
| 9 | 79 | 57 | 72.2 | 9 | 89 | 76 | 85.4 |
| 10 | 62 | 48 | 77.4 | 10 | 46 | 37 | 80.4 |

# A COMPARISON OF STATISTICAL TESTS

**15.4**

The experiment in Example 15.3 is designed as a paired-difference experiment. If the assumptions of normality and constant variance, $\sigma_d^2$, for the differences were met, would the sign test detect a shift in location for the two populations as efficiently as the paired $t$-test? Probably not, since the $t$-test uses much more information than the sign test. It uses not only the sign of the difference, but also the actual values of the differences. In this case, we would say that the sign test is not as *efficient* as the paired $t$-test. However, the sign test might be more efficient if the usual assumptions were not met.

When two different statistical tests can *both* be used to test a hypothesis based on the same data, it is natural to ask, Which is better? One way to answer this question would be to hold the sample size $n$ and $\alpha$ constant for both procedures and compare $\beta$, the probability of a Type II error. Statisticians, however, prefer to examine the **power** of a test.

**Definition**　Power $= 1 - \beta = P(\text{reject } H_0 \text{ when } H_a \text{ is true})$

Since $\beta$ is the probability of failing to reject the null hypothesis when it is false, the **power** of the test is the probability of rejecting the null hypothesis when it is false and some specified alternative is true. It is the probability that the test will do what it was designed to do—that is, detect a departure from the null hypothesis when a departure exists.

Probably the most common method of comparing two test procedures is in terms of the relative efficiency of a pair of tests. **Relative efficiency** is the ratio of the sample sizes for the two test procedures required to achieve the same $\alpha$ and $\beta$ for a given alternative to the null hypothesis.

In some situations, you may not be too concerned whether you are using the most powerful test. For example, you might choose to use the sign test over a more powerful competitor because of its ease of application. Thus, you might view tests as microscopes that are used to detect departures from an hypothesized theory. One need not know the exact power of a microscope to use it in a biological investigation, and the same applies to statistical tests. If the test procedure detects a departure from the null hypothesis, you are delighted. If not, you can reanalyze the data by using a more powerful microscope (test), or you can increase the power of the microscope (test) by increasing the sample size.

## THE WILCOXON SIGNED-RANK TEST FOR A PAIRED EXPERIMENT

**15.5**

A signed-rank test proposed by Frank Wilcoxon can be used to analyze the paired-difference experiment of Section 10.5 by considering the paired differences of two treatments, 1 and 2. Under the null hypothesis of no differences in the distributions for 1 and 2, you would expect (on the average) half of the differences in pairs to be negative and half to be positive; that is, the expected number of negative differences between pairs would be $n/2$ (where $n$ is the number of pairs). Furthermore, it follows that positive and negative differences of equal absolute magnitude should occur with equal probability. If one were to order the differences according to their absolute values and rank them from smallest to largest, the expected rank sums for the negative and positive differences would be equal. Sizable differences in the sums of the ranks assigned to the positive and negative differences would provide evidence to indicate a shift in location between the distributions of responses for the two treatments, 1 and 2.

If distribution 1 is shifted to the right of distribution 2, then more of the differences are expected to be positive, and this results in a small number of negative differences. Therefore, to detect this one-sided alternative, use the rank sum $T^-$—the sum of the ranks of the negative differences—and reject the null hypothesis for significantly small values of $T^-$. Along these same lines, if distribution 1 is shifted to the left of distribution 2, then more of the differences are expected to be negative, and the number of positive differences is small. Hence, to detect this one-sided alternative, use $T^+$—the sum of the ranks of the positive differences—and reject the null hypothesis if $T^+$ is significantly small.

### CALCULATING THE TEST STATISTIC FOR THE WILCOXON SIGNED-RANK TEST

1. Calculate the differences $(x_1 - x_2)$ for each of the $n$ pairs. Differences equal to 0 are eliminated, and the number of pairs, $n$, is reduced accordingly.

2. Rank the **absolute values** of the differences by assigning 1 to the smallest, 2 to the second smallest, and so on. Tied observations are assigned the average of the ranks that would have been assigned with no ties.

3. Calculate the **rank sum** for the **negative** differences and label this value $T^-$. Similarly, calculate $T^+$, the **rank sum** for the **positive** differences.

For a **two-tailed test,** use the **smaller of these two quantities $T$ as a test statistic** to test the null hypothesis that the two population relative frequency histograms are identical. The smaller the value of $T$, the greater is the weight of evidence favoring rejection of the null hypothesis. **Therefore, you will reject the null hypothesis if $T$ is less than or equal to some value—say, $T_0$.**

To detect the **one-sided alternative,** that **distribution 1 is shifted to the right of distribution 2, use the rank sum $T^-$** of the negative differences and reject the null hypothesis for small values of $T^-$—say, $T^- \leq T_0$. If you wish to detect a **shift of distribution 2 to the right of distribution 1, use the rank sum $T^+$** of the positive differences as a test statistic and reject the null hypothesis for small values of $T^+$—say, $T^+ \leq T_0$.

The probability that $T$ is less than or equal to some value $T_0$ has been calculated for a combination of sample sizes and values of $T_0$. These probabilities, given in Table 8 in Appendix I, can be used to find the rejection region for the $T$ test.

An abbreviated version of Table 8 is shown in Table 15.7. Across the top of the table you see the number of differences (the number of pairs) $n$. Values of $\alpha$ for a one-tailed test appear in the first column of the table. The second column gives values of $\alpha$ for a two-tailed test. Table entries are the critical values of $T$. You will recall that the critical value of a test statistic is the value that locates the boundary of the rejection region.

For example, suppose you have $n = 7$ pairs and you are conducting a two-tailed test of the null hypothesis that the two population relative frequency distributions are identical. Checking the $n = 7$ column of Table 15.7 and using the second row (corresponding to $\alpha = .05$ for a two-tailed test), you see the entry 2 (shaded). This value is $T_0$, the critical value of $T$. As noted earlier, the smaller the value of $T$, the greater is the evidence to reject the null hypothesis. Therefore, you will reject the null hypothesis for all values of $T$ less than or equal to 2. The rejection region for the Wilcoxon signed-rank test for a paired experiment is always of the form: Reject $H_0$ if $T \leq T_0$, where $T_0$ is the critical value of $T$. The rejection region is shown symbolically in Figure 15.2.

**TABLE 15.7** ●

**An Abbreviated Version of Table 8 in Appendix I; Critical Values of $T$**

| One-Sided | Two-Sided | $n = 5$ | $n = 6$ | $n = 7$ | $n = 8$ | $n = 9$ | $n = 10$ | $n = 11$ |
|---|---|---|---|---|---|---|---|---|
| $\alpha = .050$ | $\alpha = .10$ | 1 | 2 | 4 | 6 | 8 | 11 | 14 |
| $\alpha = .025$ | $\alpha = .05$ | | 1 | 2 | 4 | 6 | 8 | 11 |
| $\alpha = .010$ | $\alpha = .02$ | | | 0 | 2 | 3 | 5 | 7 |
| $\alpha = .005$ | $\alpha = .01$ | | | | 0 | 2 | 3 | 5 |

| One-Sided | Two-Sided | $n = 12$ | $n = 13$ | $n = 14$ | $n = 15$ | $n = 16$ | $n = 17$ |
|---|---|---|---|---|---|---|---|
| $\alpha = .050$ | $\alpha = .10$ | 17 | 21 | 26 | 30 | 36 | 41 |
| $\alpha = .025$ | $\alpha = .05$ | 14 | 17 | 21 | 25 | 30 | 35 |
| $\alpha = .010$ | $\alpha = .02$ | 10 | 13 | 16 | 20 | 24 | 28 |
| $\alpha = .005$ | $\alpha = .01$ | 7 | 10 | 13 | 16 | 19 | 23 |

**FIGURE 15.2** ●

Rejection region for the Wilcoxon signed-rank test for a paired experiment (reject $H_0$ if $T \leq T_0$)



## WILCOXON SIGNED-RANK TEST FOR A PAIRED EXPERIMENT

1. Null hypothesis: $H_0$ : The two population relative frequency distributions are identical

2. Alternative hypothesis: $H_a$ : The two population relative frequency distributions differ in location (a two-tailed test). Or $H_a$ : The population 1 relative frequency distribution is shifted to the right of the relative frequency distribution for population 2 (a one-tailed test).

3. Test statistic

   a. For a two-tailed test, use $T$, the smaller of the rank sum for positive and the rank sum for negative differences.

   b. For a one-tailed test (to detect the alternative hypothesis described above), use the rank sum $T^-$ of the negative differences.

4. Rejection region

   a. For a two-tailed test, reject $H_0$ if $T \leq T_0$, where $T_0$ is the critical value given in Table 8 in Appendix I.

   b. For a one-tailed test (to detect the alternative hypothesis described above), use the rank sum $T^-$ of the negative differences. Reject $H_0$ if $T^- \leq T_0$.[†]

   $$\left[ \text{NOTE: It can be shown that } T^+ + T^- = \frac{n(n+1)}{2}. \right]$$

**EXAMPLE**  **15.5**  An experiment was conducted to compare the densities of cakes prepared from two different cake mixes, A and B. Six cake pans received batter A, and six received batter B. Expecting a variation in oven temperature, the experimenter placed an A and a B cake side by side at six different locations in the oven. Test the hypothesis of no difference in the population distributions of cake densities for two different cake batters.

**Solution**  The data (density in ounces per cubic inch) and differences in density for six pairs of cakes are given in Table 15.8. The boxplot of the differences in Figure 15.3 shows fairly strong skewing and a very large difference in the right tail, which indicates that the data may not satisfy the normality assumption. The sample of differences is too small to make valid decisions about normality and constant variance. In this situation, Wilcoxon's signed-rank test may be the prudent test to use.

As with other nonparametric tests, the null hypothesis to be tested is that the two population frequency distributions of cake densities are identical. The alternative hypothesis, which implies a two-tailed test, is that the distributions are different. Because the amount of data is small, you can conduct the test using $\alpha = .10$. From Table 8 in Appendix I, the critical value of $T$ for a two-tailed test, $\alpha = .10$, is $T_0 = 2$. Hence, you can reject $H_0$ if $T \leq 2$.

---

[†]To detect a shift of distribution 2 to the right of distribution 1, use the rank sum $T^+$ of the positive differences as the test statistic and reject $H_0$ if $T^+ \leq T_0$.

**TABLE 15.8**  ●    **Densities of Six Pairs of Cakes**

| $x_A$ | $x_B$ | Difference $(x_A - x_B)$ | Rank |
|---|---|---|---|
| .135 | .129 | .006 | 2 |
| .102 | .120 | −.018 | 5 |
| .098 | .112 | −.014 | 4 |
| .141 | .152 | −.011 | 3 |
| .131 | .135 | −.004 | 1 |
| .144 | .163 | −.019 | 6 |

**FIGURE 15.3**  ●

Box plot of differences for
Example 15.5



The differences $(x_1 - x_2)$ are calculated and ranked according to their absolute values in Table 15.8. The sum of the positive ranks is $T^+ = 2$, and the sum of the negative ranks is $T^- = 19$. The test statistic is the smaller of these two rank sums, or $T = 2$. Since $T = 2$ falls in the rejection region, you can reject $H_0$ and conclude that the two population frequency distributions of cake densities differ.

A *MINITAB* printout of the Wilcoxon signed-rank test for these data is given in Figure 15.4. You will find instructions for generating this output in the section "My *MINITAB*" at the end of this chapter. You can see that the value of the test statistic agrees with the other calculations, and the *p*-value indicates that you can reject $H_0$ at the 10% level of significance.

**FIGURE 15.4**  ●

*MINITAB* printout for
Example 15.5

**Wilcoxon Signed Rank Test: Difference**

```
Test of median = 0.000000 versus median not = 0.000000

                 N for    Wilcoxon                Estimated
            N    Test    Statistic       P         Median
Difference  6     6          2.0     0.093       -0.01100
```

## Normal Approximation for the Wilcoxon Signed-Rank Test

Although Table 8 in Appendix I has critical values for *n* as large as 50, $T^+$, like the Wilcoxon signed-rank test, will be approximately normally distributed when the null

hypothesis is true and $n$ is large—say, 25 or more. This enables you to construct a large-sample $z$-test, where

$$E(T) = \frac{n(n+1)}{4}$$

$$\sigma_T^2 = \frac{n(n+1)(2n+1)}{24}$$

Then the $z$ statistic

$$z = \frac{T^+ - E(T^+)}{\sigma_{T^+}} = \frac{T^+ - \dfrac{n(n+1)}{4}}{\sqrt{\dfrac{n(n+1)(2n+1)}{24}}}$$

can be used as a test statistic. Thus, for a two-tailed test and $\alpha = .05$, you can reject the hypothesis of identical population distributions when $|z| \geq 1.96$.

---

### A LARGE-SAMPLE WILCOXON SIGNED-RANK TEST FOR A PAIRED EXPERIMENT: $n \geq 25$

1. Null hypothesis: $H_0$ : The population relative frequency distributions 1 and 2 are identical.

2. Alternative hypothesis: $H_a$ : The two population relative frequency distributions differ in location (a two-tailed test). Or $H_a$ : The population 1 relative frequency distribution is shifted to the right (or left) of the relative frequency distribution for population 2 (a one-tailed test).

3. Test statistic: $z = \dfrac{T^+ - [n(n+1)/4]}{\sqrt{[n(n+1)(2n+1)]/24}}$

4. Rejection region: Reject $H_0$ if $z > z_{\alpha/2}$ or $z < -z_{\alpha/2}$ for a two-tailed test. For a one-tailed test, place all of $\alpha$ in one tail of the $z$ distribution. To detect a shift in distribution 1 to the right of distribution 2, reject $H_0$ when $z > z_\alpha$. To detect a shift in the opposite direction, reject $H_0$ if $z < -z_\alpha$.

Tabulated values of $z$ are given in Table 3 in Appendix I.

---

**15.5** **EXERCISES**

## BASIC TECHNIQUES

**15.21** Suppose you wish to detect a difference in the locations of two population distributions based on a paired-difference experiment consisting of $n = 30$ pairs.

a. Give the null and alternative hypotheses for the Wilcoxon signed-rank test.

b. Give the test statistic.

c. Give the rejection region for the test for $\alpha = .05$.

d. If $T^+ = 249$, what are your conclusions? [NOTE: $T^+ + T^- = n(n+1)/2$.]

**15.22** Refer to Exercise 15.21. Suppose you wish to detect only a shift in distribution 1 to the right of distribution 2.

a. Give the null and alternative hypotheses for the Wilcoxon signed-rank test.

b. Give the test statistic.

c. Give the rejection region for the test for $\alpha = .05$.

d. If $T^+ = 249$, what are your conclusions? [NOTE: $T^+ + T^- = n(n+1)/2$.]

**15.23** Refer to Exercise 15.21. Conduct the test using the large-sample $z$-test. Compare your results with the nonparametric test results in Exercise 15.22, part d.

**15.24** Refer to Exercise 15.22. Conduct the test using the large-sample $z$-test. Compare your results with the nonparametric test results in Exercise 15.21, part d.

**15.25** Refer to Exercise 15.16 and data set EX1516. The data in this table are from a paired-difference experiment with $n = 7$ pairs of observations.

| Population | Pairs | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | 8.9 | 8.1 | 9.3 | 7.7 | 10.4 | 8.3 | 7.4 |
| 2 | 8.8 | 7.4 | 9.0 | 7.8 | 9.9 | 8.1 | 6.9 |

**a.** Use Wilcoxon's signed-rank test to determine whether there is a significant difference between the two populations.

**b.** Compare the results of part a with the result you got in Exercise 15.16. Are they the same? Explain.

## APPLICATIONS

**15.26 Property Values II** In Exercise 15.17, you used the sign test to determine whether the data provided sufficient evidence to indicate a difference in the distributions of property assessments for assessors A and B.

**a.** Use the Wilcoxon signed-rank test for a paired experiment to test the null hypothesis that there is no difference in the distributions of property assessments between assessors A and B. Test by using a value of $\alpha$ near .05.

**b.** Compare the conclusion of the test in part a with the conclusions derived from the $t$-test in Exercise 10.43 and the sign test in Exercise 15.17. Explain why these test conclusions are (or are not) consistent.

**MY DATA**
EX1527 **15.27 Machine Breakdowns** The number of machine breakdowns per month was recorded for 9 months on two identical machines, A and B, used to make wire rope:

| Month | A | B |
|---|---|---|
| 1 | 3 | 7 |
| 2 | 14 | 12 |
| 3 | 7 | 9 |
| 4 | 10 | 15 |
| 5 | 9 | 12 |
| 6 | 6 | 6 |
| 7 | 13 | 12 |
| 8 | 6 | 5 |
| 9 | 7 | 13 |

**a.** Do the data provide sufficient evidence to indicate a difference in the monthly breakdown rates for the two machines? Test by using a value of $\alpha$ near .05.

**b.** Can you think of a reason the breakdown rates for the two machines might vary from month to month?

**15.28 Gourmet Cooking II** Refer to the comparison of gourmet meal ratings in Exercise 15.18, and use the Wilcoxon signed-rank test to determine whether the data provide sufficient evidence to indicate a difference in the ratings of the two gourmets. Test by using a value of $\alpha$ near .05. Compare the results of this test with the results of the sign test in Exercise 15.18. Are the test conclusions consistent?

**MY DATA**
EX1529 **15.29 Traffic Control** Two methods for controlling traffic, A and B, were used at each of $n = 12$ intersections for a period of 1 week, and the numbers of accidents that occurred during this time period were recorded. The order of use (which method would be employed for the first week) was selected in a random manner. You want to know whether the data provide sufficient evidence to indicate a difference in the distributions of accident rates for traffic control methods A and B.

| Intersection | Method | | Intersection | Method | |
|---|---|---|---|---|---|
| | A | B | | A | B |
| 1 | 5 | 4 | 7 | 2 | 3 |
| 2 | 6 | 4 | 8 | 4 | 1 |
| 3 | 8 | 9 | 9 | 7 | 9 |
| 4 | 3 | 2 | 10 | 5 | 2 |
| 5 | 6 | 3 | 11 | 6 | 5 |
| 6 | 1 | 0 | 12 | 1 | 1 |

**a.** Analyze using a sign test.

**b.** Analyze using the Wilcoxon signed-rank test for a paired experiment.

**MY DATA**
EX1530 **15.30 Jigsaw Puzzles** Eight people were asked to perform a simple puzzle-assembly task under normal conditions and under stressful conditions. During the stressful time, a mild shock was delivered to subjects 3 minutes after the start of the experiment and every 30 seconds thereafter until the task was completed. Blood pressure readings were taken under both conditions. The data in the table are the highest readings during the experiment. Do the data present sufficient evidence to indicate higher blood pressure readings under stressful conditions? Analyze the data using the Wilcoxon signed-rank test for a paired experiment.

**650** ○ CHAPTER 15 NONPARAMETRIC STATISTICS

| Subject | Normal | Stressful |
|---------|--------|-----------|
| 1 | 126 | 130 |
| 2 | 117 | 118 |
| 3 | 115 | 125 |
| 4 | 118 | 120 |
| 5 | 118 | 121 |
| 6 | 128 | 125 |
| 7 | 125 | 130 |
| 8 | 120 | 120 |

**MY DATA**  **15.31 Images and Word Recall** A psy-
EX1531    chology class performed an experiment to
determine whether a recall score in which instructions
to form images of 25 words were given differs from an
initial recall score for which no imagery instructions
were given. Twenty students participated in the experi-
ment with the results listed in the table.

| Student | With Imagery | Without Imagery | Student | With Imagery | Without Imagery |
|---------|--------------|-----------------|---------|--------------|-----------------|
| 1 | 20 | 5 | 11 | 17 | 8 |
| 2 | 24 | 9 | 12 | 20 | 16 |
| 3 | 20 | 5 | 13 | 20 | 10 |
| 4 | 18 | 9 | 14 | 16 | 12 |
| 5 | 22 | 6 | 15 | 24 | 7 |
| 6 | 19 | 11 | 16 | 22 | 9 |
| 7 | 20 | 8 | 17 | 25 | 21 |
| 8 | 19 | 11 | 18 | 21 | 14 |
| 9 | 17 | 7 | 19 | 19 | 12 |
| 10 | 21 | 9 | 20 | 23 | 13 |

**a.** What three testing procedures can be used to test
for differences in the distribution of recall scores
with and without imagery? What assumptions are
required for the parametric procedure? Do these
data satisfy these assumptions?

**b.** Use both the sign test and the Wilcoxon signed-
rank test to test for differences in the distributions
of recall scores under these two conditions.

**c.** Compare the results of the tests in part b. Are the
conclusions the same? If not, why not?

## THE KRUSKAL–WALLIS *H*-TEST FOR COMPLETELY RANDOMIZED DESIGNS

**15.6**

Just as the Wilcoxon rank sum test is the nonparametric alternative to Student's *t*-test
for a comparison of population means, the Kruskal–Wallis *H*-test is the nonparamet-
ric alternative to the analysis of variance *F*-test for a completely randomized design.
It is used to detect differences in locations among more than two population distri-
butions based on independent random sampling.

The procedure for conducting the Kruskal–Wallis *H*-test is similar to that used for
the Wilcoxon rank sum test. Suppose you are comparing $k$ populations based on in-
dependent random samples $n_1$ from population 1, $n_2$ from population 2, . . . , $n_k$ from
population $k$, where

$$n_1 + n_2 + \cdots + n_k = n$$

The first step is to rank all $n$ observations from the smallest (rank 1) to the largest
(rank $n$). Tied observations are assigned a rank equal to the average of the ranks they
would have received if they had been nearly equal but not tied. You then calculate
the rank sums $T_1, T_2, \ldots, T_k$ for the $k$ samples and calculate the test statistic

$$H = \frac{12}{n(n+1)} \Sigma \frac{T_i^2}{n_i} - 3(n+1)$$

which is proportional to $\Sigma\, n_i(\bar{T}_i - \bar{T})^2$, the sum of squared deviations of the rank means about the grand mean $\bar{T} = n(n + 1)/2n = (n + 1)/2$. The greater the differences in locations among the $k$ population distributions, the larger is the value of the $H$ statistic. Thus, you can reject the null hypothesis that the $k$ population distributions are identical for large values of $H$.

How large is large? It can be shown (proof omitted) that when the sample sizes are moderate to large—say, each sample size is equal to five or larger—and when $H_0$ is true, the $H$ statistic will have approximately a chi-square distribution with $(k - 1)$ degrees of freedom. Therefore, for a given value of $\alpha$, you can reject $H_0$ when the $H$ statistic exceeds $\chi^2_\alpha$ (see Figure 15.5).

**FIGURE 15.5**

Approximate distribution of the $H$ statistic when $H_0$ is true



EXAMPLE  **15.6**    The data in Table 15.9 were collected using a completely randomized design. They are the achievement test scores for four different groups of students, each group taught by a different teaching technique. The objective of the experiment is to test the hypothesis of no difference in the population distributions of achievement test scores versus the alternative that they differ in location; that is, at least one of the distributions is shifted above the others. Conduct the test using the Kruskal–Wallis $H$-test with $\alpha = .05$.

**TABLE 15.9**    **Test Scores (and Ranks) from Four Teaching Techniques**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | 65 (3) | 75 (9) | 59 (1) | 94 (23) |
| | 87 (19) | 69 (5.5) | 78 (11) | 89 (21) |
| | 73 (8) | 83 (17.5) | 67 (4) | 80 (14) |
| | 79 (12.5) | 81 (15.5) | 62 (2) | 88 (20) |
| | 81 (15.5) | 72 (7) | 83 (17.5) | |
| | 69 (5.5) | 79 (12.5) | 76 (10) | |
| | | 90(22) | | |
| Rank Sum | $T_1 = 63.5$ | $T_2 = 89$ | $T_3 = 45.5$ | $T_4 = 78$ |

**Solution**    Before you perform a nonparametric analysis on these data, you can use a one-way analysis of variance to provide the two plots in Figure 15.6. It appears that technique 4 has a smaller variance than the other three and that there is a marked deviation in the right tail of the normal probability plot. These deviations could be considered minor and either a parametric or nonparametric analysis could be used.

**652** ○ CHAPTER 15 NONPARAMETRIC STATISTICS

FIGURE 15.6

A normal probability plot
and a residual plot
following a one-way
analysis of variance for
Example 15.6





In the Kruskal–Wallis $H$-test procedure, the first step is to rank the $n = 23$ observations from the smallest (rank 1) to the largest (rank 23). These ranks are shown in parentheses in Table 15.9. Notice how the ties are handled. For example, two observations at 69 are tied for rank 5. Therefore, they are assigned the average 5.5 of the two ranks (5 and 6) that they would have occupied if they had been slightly different. The rank sums $T_1$, $T_2$, $T_3$, and $T_4$ for the four samples are shown in the bottom row of the table. Substituting rank sums and sample sizes into the formula for the $H$ statistic, you get

$$H = \frac{12}{n(n + 1)} \Sigma \frac{T_i^2}{n_i} - 3(n + 1)$$

$$= \frac{12}{23(24)} \left[ \frac{(63.5)^2}{6} + \frac{(89)^2}{7} + \frac{(45.5)^2}{6} + \frac{(78)^2}{4} \right] - 3(24)$$

$$= 79.775102 - 72 = 7.775102$$

The rejection region for the $H$ statistic for $\alpha = .05$ includes values of $H \geq \chi_{.05}^2$, where $\chi_{.05}^2$ is based on $(k - 1) = (4 - 1) = 3$ $df$. The value of $\chi^2$ given in Table 5 in Appendix I is $\chi_{.05}^2 = 7.81473$. The observed value of the $H$ statistic, $H = 7.775102$, does not fall into the rejection region for the test. Therefore, there is insufficient evidence to indicate differences in the distributions of achievement test scores for the four teaching techniques.

A *MINITAB* printout of the Kruskal–Wallis *H*-test for these data is given in Figure 15.7. Notice that the *p*-value, .051, is only slightly greater than the 5% level necessary to declare statistical significance.

**FIGURE 15.7**

*MINITAB* printout for the Kruskal–Wallis test for Example 15.6

**Kruskal-Wallis Test: Scores versus Techniques**

```
Kruskal-Wallis Test on Scores

Techniques    N    Median    Ave Rank         Z
1             6     76.00        10.6     -0.60
2             7     79.00        12.7      0.33
3             6     71.50         7.6     -1.86
4             4     88.50        19.5      2.43
Overall      23                  12.0

H = 7.78   DF = 3   P = 0.051
H = 7.79   DF = 3   P = 0.051 (adjusted for ties)

* NOTE * One or more small samples
```

**EXAMPLE**  **15.7**

Compare the results of the analysis of variance *F*-test and the Kruskal–Wallis *H*-test for testing for differences in the distributions of achievement test scores for the four teaching techniques in Example 15.6.

**Solution**    The *MINITAB* printout for a one-way analysis of variance for the data in Table 15.9 is given in Figure 15.8. The analysis of variance shows that the *F*-test for testing for differences among the means for the four techniques is significant at the .028 level. The Kruskal–Wallis *H*-test did not detect a shift in population distributions at the .05 level of significance. Although these conclusions seem to be far apart, the test results do not differ strongly. The *p*-value $= .028$ corresponding to $F = 3.77$, with $df_1 = 3$ and $df_2 = 19$, is slightly less than .05, in contrast to the *p*-value $= .051$ for $H = 7.78$, $df = 3$, which is slightly greater than .05. Someone viewing the *p*-values for the two tests would see little difference in the results of the *F*- and *H*-tests. However, if you adhere to the choice of $\alpha = .05$, you cannot reject $H_0$ using the *H*-test.

**FIGURE 15.8**

*MINITAB* printout for Example 15.7

**One-way ANOVA: Scores versus Techniques**

```
Source        DF       SS       MS       F       P
Techniques     3    712.6    237.5    3.77   0.028
Error         19   1196.6     63.0
Total         22   1909.2
```

## THE KRUSKAL–WALLIS *H*-TEST FOR COMPARING MORE THAN TWO POPULATIONS: COMPLETELY RANDOMIZED DESIGN (INDEPENDENT RANDOM SAMPLES)

1.  Null hypothesis: $H_0$ : The *k* population distributions are identical.
2.  Alternative hypothesis: $H_a$ : At least two of the *k* population distributions differ in location.
3.  Test statistic: $H = \dfrac{12}{n(n+1)} \Sigma \dfrac{T_i^2}{n_i} - 3(n+1)$

*(continued)*

**654**  ○  CHAPTER 15 NONPARAMETRIC STATISTICS

---

> ### THE KRUSKAL–WALLIS *H*-TEST FOR COMPARING MORE THAN TWO POPULATIONS: COMPLETELY RANDOMIZED DESIGN (INDEPENDENT RANDOM SAMPLES) *(continued)*
>
> where
>
> $n_i$ = Sample size for population $i$
> $T_i$ = Rank sum for population $i$
> $n$ = Total number of observations = $n_1 + n_2 + \cdots + n_k$
>
> 4. Rejection region for a given $\alpha$: $H > \chi_\alpha^2$ with $(k-1)$ *df*
>
> **Assumptions**
>
> - All sample sizes are greater than or equal to five.
> - Ties take on the average of the ranks that they would have occupied if they had not been tied.

The Kruskal–Wallis *H*-test is a valuable alternative to a one-way analysis of variance when the normality and equality of variance assumptions are violated. Again, normal probability plots of residuals and plots of residuals per treatment group are helpful in determining whether these assumptions have been violated. Remember that a normal probability plot should appear as a straight line with a positive slope; residual plots per treatment groups should exhibit the same spread above and below the 0 line.

## 15.6  EXERCISES

### BASIC TECHNIQUES

 **15.32** Three treatments were compared using a completely randomized design. The data are shown in the table.

| Treatment | | |
|---|---|---|
| 1 | 2 | 3 |
| 26 | 27 | 25 |
| 29 | 31 | 24 |
| 23 | 30 | 27 |
| 24 | 28 | 22 |
| 28 | 29 | 24 |
| 26 | 32 | 20 |
|  | 30 | 21 |
|  | 33 |  |

Do the data provide sufficient evidence to indicate a difference in location for at least two of the population distributions? Test using the Kruskal–Wallis *H* statistic with $\alpha = .05$.

**15.33** Four treatments were compared using a completely randomized design. The data are shown here:

| Treatment | | | |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 124 | 147 | 141 | 117 |
| 167 | 121 | 144 | 128 |
| 135 | 136 | 139 | 102 |
| 160 | 114 | 162 | 119 |
| 159 | 129 | 155 | 128 |
| 144 | 117 | 150 | 123 |
| 133 | 109 |  |  |

Do the data provide sufficient evidence to indicate a difference in location for at least two of the population distributions? Test using the Kruskal–Wallis *H* statistic with $\alpha = .05$.

## APPLICATIONS

**15.34 Swampy Sites II** Exercise 11.13 presents data (see data set EX1113) on the rates of growth of vegetation at four swampy underdeveloped sites. Six plants were randomly selected at each of the four sites to be used in the comparison. The data are the mean leaf length per plant (in centimeters) for a random sample of ten leaves per plant.

| Location | Mean Leaf Length (cm) | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5.7 | 6.3 | 6.1 | 6.0 | 5.8 | 6.2 |
| 2 | 6.2 | 5.3 | 5.7 | 6.0 | 5.2 | 5.5 |
| 3 | 5.4 | 5.0 | 6.0 | 5.6 | 4.9 | 5.2 |
| 4 | 3.7 | 3.2 | 3.9 | 4.0 | 3.5 | 3.6 |

**a.** Do the data present sufficient evidence to indicate differences in location for at least two of the distributions of mean leaf length corresponding to the four locations? Test using the Kruskal–Wallis *H*-test with $\alpha = .05$.

**b.** Find the approximate *p*-value for the test.

**c.** You analyzed this same set of data in Exercise 11.13 using an analysis of variance. Find the *p*-value for the *F*-test used to compare the four location means in Exercise 11.13.

**d.** Compare the *p*-values in parts b and c and explain the implications of the comparison.

**15.35 Heart Rate and Exercise** Exercise 11.60 presented data (data set EX1160) on the heart rates for samples of 10 men randomly selected from each of four age groups. Each man walked a treadmill at a fixed grade for a period of 12 minutes, and the increase in heart rate (the difference before and after exercise) was recorded (in beats per minute). The data are shown in the table.

| | 10–19 | 20–39 | 40–59 | 60–69 |
|---|---|---|---|---|
| | 29 | 24 | 37 | 28 |
| | 33 | 27 | 25 | 29 |
| | 26 | 33 | 22 | 34 |
| | 27 | 31 | 33 | 36 |
| | 39 | 21 | 28 | 21 |
| | 35 | 28 | 26 | 20 |
| | 33 | 24 | 30 | 25 |
| | 29 | 34 | 34 | 24 |
| | 36 | 21 | 27 | 33 |
| | 22 | 32 | 33 | 32 |
| Total | 309 | 275 | 295 | 282 |

**a.** Do the data present sufficient evidence to indicate differences in location for at least two of the four age groups? Test using the Kruskal–Wallis *H*-test with $\alpha = .01$.

**b.** Find the approximate *p*-value for the test in part a.

**c.** Since the *F*-test in Exercise 11.60 and the *H*-test in part a are both tests to detect differences in location of the four heart-rate populations, how do the test results compare? Compare the *p*-values for the two tests and explain the implications of the comparison.

**MY DATA** **15.36 pH Levels in Water** A sampling of
EX1536   the acidity of rain for ten randomly selected rainfalls was recorded at three different locations in the United States: the Northeast, the Middle Atlantic region, and the Southeast. The pH readings for these 30 rainfalls are shown in the table. (NOTE: pH readings range from 0 to 14; 0 is acid, 14 is alkaline. Pure water falling through clean air has a pH reading of 5.7.)

| Northeast | Middle Atlantic | Southeast |
|---|---|---|
| 4.45 | 4.60 | 4.55 |
| 4.02 | 4.27 | 4.31 |
| 4.13 | 4.31 | 4.84 |
| 3.51 | 3.88 | 4.67 |
| 4.42 | 4.49 | 4.28 |
| 3.89 | 4.22 | 4.95 |
| 4.18 | 4.54 | 4.72 |
| 3.95 | 4.76 | 4.63 |
| 4.07 | 4.36 | 4.36 |
| 4.29 | 4.21 | 4.47 |

**a.** Do the data present sufficient evidence to indicate differences in the levels of acidity in rainfalls in the three different locations? Test using the Kruskal–Wallis *H*-test.

**b.** Find the approximate *p*-value for the test in part a and interpret it.

**MY DATA** **15.37 Advertising Campaigns** The results
EX1537   of an experiment to investigate product recognition for three advertising campaigns were reported in Example 11.14. The responses were the percentage of 400 adults who were familiar with the newly advertised product. The normal probability plot indicated that the data were not approximately normal and another method of analysis should be used. Is there a significant difference among the three population distributions from which these samples came? Use an appropriate nonparametric method to answer this question.

| Campaign | | |
|---|---|---|
| 1 | 2 | 3 |
| .33 | .28 | .21 |
| .29 | .41 | .30 |
| .21 | .34 | .26 |
| .32 | .39 | .33 |
| .25 | .27 | .31 |

## THE FRIEDMAN $F_r$-TEST FOR RANDOMIZED BLOCK DESIGNS

**15.7**

The Friedman $F_r$-test, proposed by Nobel Prize–winning economist Milton Friedman, is a nonparametric test for comparing the distributions of measurements for $k$ treatments laid out in $b$ blocks using a randomized block design. The procedure for conducting the test is very similar to that used for the Kruskal–Wallis $H$-test. The first step in the procedure is to rank the $k$ treatment observations within each block. Ties are treated in the usual way; that is, they receive an average of the ranks occupied by the tied observations. The rank sums $T_1, T_2, \ldots, T_k$ are then obtained and the test statistic

$$F_r = \frac{12}{bk(k + 1)} \Sigma T_i^2 - 3b(k + 1)$$

is calculated. The value of the $F_r$ statistic is at a minimum when the rank sums are equal—that is, $T_1 = T_2 = \cdots = T_k$—and increases in value as the differences among the rank sums increase. When either the number $k$ of treatments or the number $b$ of blocks is larger than five, the sampling distribution of $F_r$ can be approximated by a chi-square distribution with $(k - 1)$ $df$. Therefore, as for the Kruskal–Wallis $H$-test, the rejection region for the $F_r$-test consists of values of $F_r$ for which

$$F_r > \chi_\alpha^2$$

**EXAMPLE**  **15.8**

Suppose you wish to compare the reaction times of people exposed to six different stimuli. A reaction time measurement is obtained by subjecting a person to a stimulus and then measuring the time until the person presents some specified reaction. The objective of the experiment is to determine whether differences exist in the reaction times for the stimuli used in the experiment. To eliminate the person-to-person variation in reaction time, four persons participated in the experiment and each person's reaction time (in seconds) was measured for each of the six stimuli. The data are given in Table 15.10 (ranks of the observations are shown in parentheses). Use the Friedman $F_r$-test to determine whether the data present sufficient evidence to indicate differences in the distributions of reaction times for the six stimuli. Test using $\alpha = .05$.

**TABLE 15.10**   ●   **Reaction Times to Six Stimuli**

| Subject | Stimulus | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | A | B | C | D | E | F |
| 1 | .6 (2.5) | .9 (6) | .8 (5) | .7 (4) | .5 (1) | .6 (2.5) |
| 2 | .7 (3.5) | 1.1 (6) | .7 (3.5) | .8 (5) | .5 (1.5) | .5 (1.5) |
| 3 | .9 (3) | 1.3 (6) | 1.0 (4.5) | 1.0 (4.5) | .7 (1) | .8 (2) |
| 4 | .5 (2) | .7 (5) | .8 (6) | .6 (3.5) | .4 (1) | .6 (3.5) |
| Rank Sum | $T_1 = 11$ | $T_2 = 23$ | $T_3 = 19$ | $T_4 = 17$ | $T_5 = 4.5$ | $T_6 = 9.5$ |

**Solution**   In Figure 15.9, the plot of the residuals for each of the six stimuli reveals that stimuli 1, 4, and 5 have variances somewhat smaller than the other stimuli. Furthermore, the normal probability plot of the residuals reveals a change in the slope of the line following the first three residuals, as well as curvature in the upper portion of the plot. It appears that a nonparametric analysis is appropriate for these data.

**FIGURE 15.9**

A plot of treatments versus residuals and a normal probability plot of residuals for Example 15.8





You wish to test

$H_0$ : The distributions of reaction times for the six stimuli are identical

versus the alternative hypothesis

$H_a$ : At least two of the distributions of reaction times for the six stimuli differ in location

Table 15.10 shows the ranks (in parentheses) of the observations within each block and the rank sums for each of the six stimuli (the treatments). The value of the $F_r$ statistic for these data is

$$F_r = \frac{12}{bk(k+1)} \Sigma T_i^2 - 3b(k+1)$$

$$= \frac{12}{(4)(6)(7)} [(11)^2 + (23)^2 + (19)^2 + \cdots + (9.5)^2] - 3(4)(7)$$

$$= 100.75 - 84 = 16.75$$

Since the number $k = 6$ of treatments exceeds five, the sampling distribution of $F_r$ can be approximated by a chi-square distribution with $(k - 1) = (6 - 1) = 5$ $df$. Therefore, for $\alpha = .05$, you can reject $H_0$ if

$$F_r > \chi^2_{.05} \quad \text{where} \quad \chi^2_{.05} = 11.0705$$

This rejection region is shown in Figure 15.10. Since the observed value $F_r = 16.75$ exceeds $\chi^2_{.05} = 11.0705$, it falls in the rejection region. You can therefore reject $H_0$ and conclude that the distributions of reaction times differ in location for at least two stimuli. The *MINITAB* printout of the Friedman $F_r$-test for the data is given in Figure 15.11.

**FIGURE 15.10**

Rejection region for Example 15.8



**FIGURE 15.11**

*MINITAB* printout for Example 15.8

**Friedman Test: Time versus Stimulus blocked by Subject**

```
S = 16.75   DF = 5   P = 0.005
S = 17.37   DF = 5   P = 0.004 (adjusted for ties)

                      Est      Sum of
Stimulus     N      Median     Ranks
1            4      0.6500      11.0
2            4      1.0000      23.0
3            4      0.8000      19.0
4            4      0.7500      17.0
5            4      0.5000       4.5
6            4      0.6000       9.5

Grand median  =   0.7167
```



**EXAMPLE 15.9**

Find the approximate *p*-value for the test in Example 15.8.

**Solution**    Consulting Table 5 in Appendix I with 5 *df*, you find that the observed value of $F_r = 16.75$ exceeds the table value $\chi^2_{.005} = 16.7496$. Hence, the *p*-value is very close to, but slightly less than, .005.

## THE FRIEDMAN $F_r$-TEST FOR A RANDOMIZED BLOCK DESIGN

1. Null hypothesis: $H_0$ : The $k$ population distributions are identical
2. Alternative hypothesis: $H_a$ : At least two of the $k$ population distributions differ in location
3. Test statistic: $F_r = \dfrac{12}{bk(k + 1)} \Sigma T_i^2 - 3b(k + 1)$

where

$$b = \text{Number of blocks}$$

$$k = \text{Number of treatments}$$

$$T_i = \text{Rank sum for treatment } i, \ i = 1, 2, \ldots, k$$

4. Rejection region: $F_r > \chi_\alpha^2$, where $\chi_\alpha^2$ is based on $(k - 1) \ df$

**Assumption:** Either the number $k$ of treatments or the number $b$ of blocks is greater than five.

## 15.7  EXERCISES

### BASIC TECHNIQUES

**MY DATA**
EX1538

**15.38** A randomized block design is used to compare three treatments in six blocks.

| | Treatment | | |
|---|---|---|---|
| Block | 1 | 2 | 3 |
| 1 | 3.2 | 3.1 | 2.4 |
| 2 | 2.8 | 3.0 | 1.7 |
| 3 | 4.5 | 5.0 | 3.9 |
| 4 | 2.5 | 2.7 | 2.6 |
| 5 | 3.7 | 4.1 | 3.5 |
| 6 | 2.4 | 2.4 | 2.0 |

a. Use the Friedman $F_r$-test to detect differences in location among the three treatment distributions. Test using $\alpha = .05$.

b. Find the approximate $p$-value for the test in part a.

c. Perform an analysis of variance and give the ANOVA table for the analysis.

d. Give the value of the $F$ statistic for testing the equality of the three treatment means.

e. Give the approximate $p$-value for the $F$ statistic in part d.

f. Compare the $p$-values for the tests in parts a and d, and explain the practical implications of the comparison.

**MY DATA**
EX1539

**15.39** A randomized block design is used to compare four treatments in eight blocks.

| | Treatment | | | |
|---|---|---|---|---|
| Block | 1 | 2 | 3 | 4 |
| 1 | 89 | 81 | 84 | 85 |
| 2 | 93 | 86 | 86 | 88 |
| 3 | 91 | 85 | 87 | 86 |
| 4 | 85 | 79 | 80 | 82 |
| 5 | 90 | 84 | 85 | 85 |
| 6 | 86 | 78 | 83 | 84 |
| 7 | 87 | 80 | 83 | 82 |
| 8 | 93 | 86 | 88 | 90 |

a. Use the Friedman $F_r$-test to detect differences in location among the four treatment distributions. Test using $\alpha = .05$.

b. Find the approximate $p$-value for the test in part a.

c. Perform an analysis of variance and give the ANOVA table for the analysis.

d. Give the value of the $F$ statistic for testing the equality of the four treatment means.

e. Give the approximate $p$-value for the $F$ statistic in part d.

f. Compare the $p$-values for the tests in parts a and d, and explain the practical implications of the comparison.

### APPLICATIONS

**MY DATA**
EX1540

**15.40 Supermarket Prices** In a comparison of the prices of items at five supermarkets, six items were randomly selected and the price of each was recorded for each of the five supermarkets. The objective of the study was to see whether the data indicated differences in the levels of prices among the five supermarkets. The prices are listed in the table.

| Item | Kash n' Karry | Publix | Winn-Dixie | Albertsons | Food 4 Less |
|---|---|---|---|---|---|
| Celery | .33 | .34 | .69 | .59 | .58 |
| Colgate toothpaste | 1.28 | 1.49 | 1.44 | 1.37 | 1.28 |
| Campbell's beef soup | 1.05 | 1.19 | 1.23 | 1.19 | 1.10 |
| Crushed pineapple | .83 | .95 | .95 | .87 | .84 |
| Mueller's spaghetti | .68 | .79 | .83 | .69 | .69 |
| Heinz ketchup | 1.41 | 1.69 | 1.79 | 1.65 | 1.49 |

a. Does the distribution of the prices differ from one supermarket to another? Test using the Friedman $F_r$-test with $\alpha = .05$.

b. Find the approximate p-value for the test and interpret it.

MY DATA   **15.41 Toxic Chemicals**  An experiment was
EX1541   conducted to compare the effects of three toxic chemicals, A, B, and C, on the skin of rats. One-inch squares of skin were treated with the chemicals and then scored from 0 to 10 depending on the degree of irritation. Three adjacent 1-inch squares were marked on the backs of eight rats, and each of the three chemicals was applied to each rat. Thus, the experiment was blocked on rats to eliminate the variation in skin sensitivity from rat to rat.

|  | | | | Rats | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| B | A | A | C | B | C | C | B |
| 5 | 9 | 6 | 6 | 8 | 5 | 5 | 7 |
| A | C | B | B | C | A | B | A |
| 6 | 4 | 9 | 8 | 8 | 5 | 7 | 6 |
| C | B | C | A | A | B | A | C |
| 3 | 9 | 3 | 5 | 7 | 7 | 6 | 7 |

a. Do the data provide sufficient evidence to indicate a difference in the toxic effects of the three chemicals? Test using the Friedman $F_r$-test with $\alpha = .05$.

b. Find the approximate p-value for the test and interpret it.

MY DATA   **15.42 Good Tasting Medicine**  In a study
EX1542   of the palatability of antibiotics in children, Dr. Doreen Matsui and colleagues used a voluntary sample of healthy children to assess their reactions to the taste of four antibiotics.[4] The children's response was measured on a 10-centimeter (cm) visual analog scale incorporating the use of faces, from sad (low score) to happy (high score). The minimum score was 0 and the maximum was 10. For the accompanying data (simulated from the results of Matsui's report), each of five children was asked to taste each of four antibiotics and rate them using the visual (faces) analog scale from 0 to 10 cm.

|  | | Antibiotic | | |
|---|---|---|---|---|
| Child | 1 | 2 | 3 | 4 |
| 1 | 4.8 | 2.2 | 6.8 | 6.2 |
| 2 | 8.1 | 9.2 | 6.6 | 9.6 |
| 3 | 5.0 | 2.6 | 3.6 | 6.5 |
| 4 | 7.9 | 9.4 | 5.3 | 8.5 |
| 5 | 3.9 | 7.4 | 2.1 | 2.0 |

a. What design is used in collecting these data?

b. Using an appropriate statistical package for a two-way classification, produce a normal probability plot of the residuals as well as a plot of residuals versus antibiotics. Do the usual analysis of variance assumptions appear to be satisfied?

c. Use the appropriate nonparametric test to test for differences in the distributions of responses to the tastes of the four antibiotics.

d. Comment on the results of the analysis of variance in part b compared with the nonparametric test in part c.

15.8

# RANK CORRELATION COEFFICIENT

In the preceding sections, we used ranks to indicate the relative magnitude of observations in nonparametric tests for the comparison of treatments. We will now use the same technique in testing for a relationship between two ranked variables. Two common rank correlation coefficients are the **Spearman $r_s$** and the **Kendall $\tau$**. We will present the Spearman $r_s$ because its computation is identical to that for the sample correlation coefficient $r$ of Chapters 3 and 12.

Suppose eight elementary school science teachers have been ranked by a judge according to their teaching ability and all have taken a "national teachers' examination." The data are listed in Table 15.11. Do the data suggest an agreement between the judge's ranking and the examination score? That is, is there a correlation between ranks and test scores?

**TABLE 15.11** ● **Ranks and Test Scores for Eight Teachers**

| Teacher | Judge's Rank | Examination Score |
|---------|--------------|-------------------|
| 1 | 7 | 44 |
| 2 | 4 | 72 |
| 3 | 2 | 69 |
| 4 | 6 | 70 |
| 5 | 1 | 93 |
| 6 | 3 | 82 |
| 7 | 8 | 67 |
| 8 | 5 | 80 |

The two variables of interest are rank and test score. The former is already in rank form, and the test scores can be ranked similarly, as shown in Table 15.12. The ranks for tied observations are obtained by averaging the ranks that the tied observations would have had if no ties had been observed. The Spearman rank correlation coefficient $r_s$ is calculated by using the ranks of the paired measurements on the two variables $x$ and $y$ in the formula for $r$ (see Chapter 12).

**TABLE 15.12** ● **Ranks of Data in Table 15.11**

| Teacher | Judge's Rank, $x_i$ | Test Rank, $y_i$ |
|---------|---------------------|------------------|
| 1 | 7 | 1 |
| 2 | 4 | 5 |
| 3 | 2 | 3 |
| 4 | 6 | 4 |
| 5 | 1 | 8 |
| 6 | 3 | 7 |
| 7 | 8 | 2 |
| 8 | 5 | 6 |

## SPEARMAN'S RANK CORRELATION COEFFICIENT

$$r_s = \frac{S_{xy}}{\sqrt{S_{xx}S_{yy}}}$$

where $x_i$ and $y_i$ represent the ranks of the $i$th pair of observations and

$$S_{xy} = \Sigma\,(x_i - \bar{x})(y_i - \bar{y}) = \Sigma\,x_i y_i - \frac{(\Sigma\,x_i)(\Sigma\,y_i)}{n}$$

$$S_{xx} = \Sigma\,(x_i - \bar{x})^2 = \Sigma\,x_i^2 - \frac{(\Sigma\,x_i)^2}{n}$$

$$S_{yy} = \Sigma\,(y_i - \bar{y})^2 = \Sigma\,y_i^2 - \frac{(\Sigma\,y_i)^2}{n}$$

When there are no ties in either the $x$ observations or the $y$ observations, the expression for $r_s$ algebraically reduces to the simpler expression

$$r_s = 1 - \frac{6\,\Sigma\,d_i^2}{n(n^2 - 1)} \qquad \text{where } d_i = (x_i - y_i)$$

If the number of ties is small in comparison with the number of data pairs, little error results in using this shortcut formula.

**EXAMPLE  15.10**

Calculate $r_s$ for the data in Table 15.12.

**Solution**  The differences and squares of differences between the two rankings are provided in Table 15.13. Substituting values into the formula for $r_s$, you have

$$r_s = 1 - \frac{6 \Sigma d_i^2}{n(n^2 - 1)}$$

$$= 1 - \frac{6(144)}{8(64 - 1)} = -.714$$

**TABLE 15.13**  ●  **Differences and Squares of Differences for the Teacher Ranks**

| Teacher | $x_i$ | $y_i$ | $d_i$ | $d_i^2$ |
|---------|-------|-------|-------|---------|
| 1 | 7 | 1 | 6 | 36 |
| 2 | 4 | 5 | −1 | 1 |
| 3 | 2 | 3 | −1 | 1 |
| 4 | 6 | 4 | 2 | 4 |
| 5 | 1 | 8 | −7 | 49 |
| 6 | 3 | 7 | −4 | 16 |
| 7 | 8 | 2 | 6 | 36 |
| 8 | 5 | 6 | −1 | 1 |
| Total | | | | 144 |

The Spearman rank correlation coefficient can be used as a test statistic to test the hypothesis of no association between two populations. You can assume that the $n$ pairs of observations $(x_i, y_i)$ have been randomly selected and, therefore, no association between the populations implies a random assignment of the $n$ ranks within each sample. Each random assignment (for the two samples) represents a simple event associated with the experiment, and a value of $r_s$ can be calculated for each. Thus, it is possible to calculate the probability that $r_s$ assumes a large absolute value due solely to chance and thereby suggests an association between populations when none exists.

The rejection region for a two-tailed test is shown in Figure 15.12. If the alternative hypothesis is that the correlation between $x$ and $y$ is negative, you would reject $H_0$ for negative values of $r_s$ that are close to −1 (in the lower tail of Figure 15.12). Similarly, if the alternative hypothesis is that the correlation between $x$ and $y$ is positive, you would reject $H_0$ for large positive values of $r_s$ (in the upper tail of Figure 15.12).

**FIGURE 15.12**  ●

Rejection region for a two-tailed test of the null hypothesis of no association, using Spearman's rank correlation test



$r_s$ = Spearmans rank correlation coefficient

The critical values of $r_s$ are given in Table 9 in Appendix I. An abbreviated version is shown in Table 15.14. Across the top of Table 15.14 (and Table 9 in Appendix I) are the recorded values of $\alpha$ that you might wish to use for a one-tailed test of the null hypothesis of no association between $x$ and $y$. The number of rank pairs $n$ appears at the left side of the table. The table entries give the critical value $r_0$ for a one-tailed test. Thus, $P(r_s \geq r_0) = \alpha$.

For example, suppose you have $n = 8$ rank pairs and the alternative hypothesis is that the correlation between the ranks is positive. You would want to reject the null hypothesis of no association for only large positive values of $r_s$, and you would use a one-tailed test. Referring to Table 15.14 and using the row corresponding to $n = 8$ and the column for $\alpha = .05$, you read $r_0 = .643$. Therefore, you can reject $H_0$ for all values of $r_s$ greater than or equal to .643.

The test is conducted in exactly the same manner if you wish to test only the alternative hypothesis that the ranks are negatively correlated. The only difference is that you would reject the null hypothesis if $r_s \leq -.643$. That is, you use the negative of the tabulated value of $r_0$ to get the lower-tail critical value.

**TABLE 15.14** ●

**An Abbreviated Version of Table 9 in Appendix I; for Spearman's Rank Correlation Test**

| $n$ | $\alpha = .05$ | $\alpha = .025$ | $\alpha = .01$ | $\alpha = .005$ |
|---|---|---|---|---|
| 5 | .900 | — | — | — |
| 6 | .829 | .886 | .943 | — |
| 7 | .714 | .786 | .893 | — |
| 8 | .643 | .738 | .833 | .881 |
| 9 | .600 | .683 | .783 | .833 |
| 10 | .564 | .648 | .745 | .794 |
| 11 | .523 | .623 | .736 | .818 |
| 12 | .497 | .591 | .703 | .780 |
| 13 | .475 | .566 | .673 | .745 |
| 14 | .457 | .545 | | |
| 15 | .441 | .525 | | |
| 16 | .425 | | | |
| 17 | .412 | | | |
| 18 | .399 | | | |
| 19 | .388 | | | |
| 20 | .377 | | | |

To conduct a two-tailed test, you reject the null hypothesis if $r_s \geq r_0$ or $r_s \leq -r_0$. The value of $\alpha$ for the test is double the value shown at the top of the table. For example, if $n = 8$ and you choose the .025 column, you will reject $H_0$ if $r_s \geq .738$ or $r_s \leq -.738$. The $\alpha$-value for the test is $2(.025) = .05$.

**SPEARMAN'S RANK CORRELATION TEST**

1. Null hypothesis: $H_0$ : There is no association between the rank pairs.
2. Alternative hypothesis: $H_a$ : There is an association between the rank pairs (a two-tailed test). Or $H_a$ : The correlation between the rank pairs is positive or negative (a one-tailed test).
3. Test statistic: $r_s = \dfrac{S_{xy}}{\sqrt{S_{xx}S_{yy}}}$

   where $x_i$ and $y_i$ represent the ranks of the $i$th pair of observations.
4. Rejection region: For a two-tailed test, reject $H_0$ if $r_s \geq r_0$ or $r_s \leq -r_0$, where $r_0$ is given in Table 9 in Appendix I. Double the tabulated probability to obtain the value of $\alpha$ for the two-tailed test. For a one-tailed test, reject $H_0$ if $r_s \geq r_0$ (for an upper-tailed test) or $r_s \leq -r_0$ (for a lower-tailed test). The $\alpha$-value for a one-tailed test is the value shown in Table 9 in Appendix I.

**EXAMPLE  15.11**

Test the hypothesis of no association between the populations for Example 15.10.

**Solution**   The critical value of $r_s$ for a one-tailed test with $\alpha = .05$ and $n = 8$ is .643. You may assume that a correlation between the judge's rank and the teachers' test scores could not possibly be positive. (A low rank means good teaching and should be associated with a high test score if the judge and the test measure teaching ability.) The alternative hypothesis is that the **population rank correlation coefficient** $\rho_s$ is less than 0, and you are concerned with a one-tailed statistical test. Thus, $\alpha$ for the test is the tabulated value for .05, and you can reject the null hypothesis if $r_s \leq -.643$.

The calculated value of the test statistic, $r_s = -.714$, is less than the critical value for $\alpha = .05$. Hence, the null hypothesis is rejected at the $\alpha = .05$ level of significance. It appears that some agreement does exist between the judge's rankings and the test scores. However, it should be noted that this agreement could exist when *neither* provides an adequate yardstick for measuring teaching ability. For example, the association could exist if both the judge and those who constructed the teachers' examination had a completely erroneous, but similar, concept of the characteristics of good teaching.

What exactly does $r_s$ measure? Spearman's correlation coefficient detects not only a linear relationship between two variables but also any other monotonic relationship (either $y$ increases as $x$ increases or $y$ decreases as $x$ increases). For example, if you calculated $r_s$ for the two data sets in Table 15.15, both would produce a value of $r_s = 1$ because the assigned ranks for $x$ and $y$ in both cases agree for all pairs $(x, y)$. It is important to remember that a significant value of $r_s$ indicates a relationship between $x$ and $y$ that is either increasing or decreasing, but is not necessarily linear.

**TABLE 15.15** ●   **Twin Data Sets With $r_s = 1$**

| $x$ | $y = x^2$ | $x$ | $y = \log 10(x)$ |
|---|---|---|---|
| 1 | 1 | 10 | 1 |
| 2 | 4 | 100 | 2 |
| 3 | 9 | 1000 | 3 |
| 4 | 16 | 10,000 | 4 |
| 5 | 25 | 100,000 | 5 |
| 6 | 36 | 1,000,000 | 6 |

 **15.8  EXERCISES**

## BASIC TECHNIQUES

**15.43**  Give the rejection region for a test to detect positive rank correlation if the number of pairs of ranks is 16 and you have these $\alpha$-values:

**a.** $\alpha = .05$     **b.** $\alpha = .01$

**15.44**  Give the rejection region for a test to detect negative rank correlation if the number of pairs of ranks is 12 and you have these $\alpha$-values:

**a.** $\alpha = .05$     **b.** $\alpha = .01$

**15.45**  Give the rejection region for a test to detect rank correlation if the number of pairs of ranks is 25 and you have these $\alpha$-values:

**a.** $\alpha = .05$     **b.** $\alpha = .01$

**15.46**  The following paired observations were obtained on two variables $x$ and $y$:

| $x$ | 1.2 | .8 | 2.1 | 3.5 | 2.7 | 1.5 |
|---|---|---|---|---|---|---|
| $y$ | 1.0 | 1.3 | .1 | −.8 | −.2 | .6 |

**a.** Calculate Spearman's rank correlation coefficient $r_s$.

**b.** Do the data present sufficient evidence to indicate a correlation between $x$ and $y$? Test using $\alpha = .05$.

## APPLICATIONS

**MY DATA**  **15.47 Rating Political Candidates**  A
EX1547        political scientist wished to examine the relationship between the voter image of a conservative political candidate and the distance (in miles) between the residences of the voter and the candidate. Each of 12 voters rated the candidate on a scale of 1 to 20.

| Voter | Rating | Distance |
|-------|--------|----------|
| 1 | 12 | 75 |
| 2 | 7 | 165 |
| 3 | 5 | 300 |
| 4 | 19 | 15 |
| 5 | 17 | 180 |
| 6 | 12 | 240 |
| 7 | 9 | 120 |
| 8 | 18 | 60 |
| 9 | 3 | 230 |
| 10 | 8 | 200 |
| 11 | 15 | 130 |
| 12 | 4 | 130 |

**a.** Calculate Spearman's rank correlation coefficient $r_s$.

**b.** Do these data provide sufficient evidence to indicate a negative correlation between rating and distance?

**MY DATA**  **15.48 Competitive Running**  Is the number
EX1548        of years of competitive running experience related to a runner's distance running performance? The data on nine runners, obtained from the study by Scott Powers and colleagues, are shown in the table:[5]

| Runner | Years of Competitive Running | 10-Kilometer Finish Time (min) |
|--------|------------------------------|--------------------------------|
| 1 | 9 | 33.15 |
| 2 | 13 | 33.33 |
| 3 | 5 | 33.50 |
| 4 | 7 | 33.55 |
| 5 | 12 | 33.73 |
| 6 | 6 | 33.86 |
| 7 | 4 | 33.90 |
| 8 | 5 | 34.15 |
| 9 | 3 | 34.90 |

**a.** Calculate the rank correlation coefficient between years of competitive running $x$ and a runner's finish time $y$ in the 10-kilometer race.

**b.** Do the data provide sufficient evidence to indicate a rank correlation between $y$ and $x$? Test using $\alpha = .05$.

**MY DATA**  **15.49 Tennis Racquets**  The data shown in
EX1549        the accompanying table give measures of bending stiffness and twisting stiffness as determined by engineering tests on 12 tennis racquets.

| Racquet | Bending Stiffness | Twisting Stiffness |
|---------|-------------------|--------------------|
| 1 | 419 | 227 |
| 2 | 407 | 231 |
| 3 | 363 | 200 |
| 4 | 360 | 211 |
| 5 | 257 | 182 |
| 6 | 622 | 304 |
| 7 | 424 | 384 |
| 8 | 359 | 194 |
| 9 | 346 | 158 |
| 10 | 556 | 225 |
| 11 | 474 | 305 |
| 12 | 441 | 235 |

**a.** Calculate the rank correlation coefficient $r_s$ between bending stiffness and twisting stiffness.

**b.** If a racquet has bending stiffness, is it also likely to have twisting stiffness? Use the rank correlation coefficient to determine whether there is a significant positive relationship between bending stiffness and twisting stiffness. Use $\alpha = .05$.

**15.50 Student Ratings**  A school principal suspected that a teacher's attitude toward a first-grader depended on his original judgment of the child's ability. The principal also suspected that much of that judgment was based on the first-grader's IQ score, which was usually known to the teacher. After three weeks of teaching, a teacher was asked to rank the nine children in his class from 1 (highest) to 9 (lowest) as to his opinion of their ability. Calculate $r_s$ for these teacher–IQ ranks:

| Teacher | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---------|---|---|---|---|---|---|---|---|---|
| IQ | 3 | 1 | 2 | 4 | 5 | 7 | 9 | 6 | 8 |

**15.51 Student Ratings, continued**  Refer to Exercise 15.50. Do the data provide sufficient evidence to indicate a positive correlation between the teacher's ranks and the ranks of the IQs? Use $\alpha = .05$.

**MY DATA**  **15.52 Art Critics**  Two art critics each ranked
EX1552        10 paintings by contemporary (but anonymous) artists in accordance with their appeal to the respective critics. The ratings are shown in the table. Do the critics seem to agree on their ratings of contemporary art? That is, do the data provide sufficient evidence to indicate a positive correlation between critics A and B? Test by using $\alpha$ value of a near .05.

| Painting | Critic A | Critic B |
|---|---|---|
| 1 | 6 | 5 |
| 2 | 4 | 6 |
| 3 | 9 | 10 |
| 4 | 1 | 2 |
| 5 | 2 | 3 |
| 6 | 7 | 8 |
| 7 | 3 | 1 |
| 8 | 8 | 7 |
| 9 | 5 | 4 |
| 10 | 10 | 9 |

 **MY DATA**

EX1553

**15.53 Rating Tobacco Leaves** An experiment was conducted to study the relationship between the ratings of a tobacco leaf grader and the moisture content of the tobacco leaves. Twelve leaves were rated by the grader on a scale of 1 to 10, and corresponding readings of moisture content were made.

| Leaf | Grader's Rating | Moisture Content |
|---|---|---|
| 1 | 9 | .22 |
| 2 | 6 | .16 |
| 3 | 7 | .17 |
| 4 | 7 | .14 |
| 5 | 5 | .12 |
| 6 | 8 | .19 |
| 7 | 2 | .10 |
| 8 | 6 | .12 |
| 9 | 1 | .05 |
| 10 | 10 | .20 |
| 11 | 9 | .16 |
| 12 | 3 | .09 |

Calculate $r_s$. Do the data provide sufficient evidence to indicate an association between the grader's ratings and the moisture contents of the leaves?

**MY DATA**    **15.54 Social Skills Training** A social skills

EX1554    training program was implemented with seven mildly challenged students in a study to determine whether the program caused improvements in pre/post measures and behavior ratings. For one such test, the pre- and posttest scores for the seven students are given in the table:

| Student | Pretest | Posttest |
|---|---|---|
| Earl | 101 | 113 |
| Ned | 89 | 89 |
| Jasper | 112 | 121 |
| Charlie | 105 | 99 |
| Tom | 90 | 104 |
| Susie | 91 | 94 |
| Lori | 89 | 99 |

**a.** Use a nonparametric test to determine whether there is a significant positive relationship between the pre- and posttest scores.

**b.** Do these results agree with the results of the parametric test in Exercise 12.51?

## SUMMARY

**15.9**

The nonparametric tests presented in this chapter are only a few of the many non-parametric tests available to experimenters. The tests presented here are those for which tables of critical values are readily available.

Nonparametric statistical methods are especially useful when the observations can be rank ordered but cannot be located exactly on a measurement scale. Also, non-parametric methods are the only methods that can be used when the sampling designs have been correctly adhered to, but the data are not or cannot be assumed to follow the prescribed one or more distributional assumptions.

We have presented a wide array of nonparametric techniques that can be used when either the data are not normally distributed or the other required assumptions are not met. One-sample procedures are available in the literature; however, we have concentrated on analyzing two or more samples that have been properly selected using random and independent sampling as required by the design involved. The nonparametric analogues of the parametric procedures presented in Chapters 10–14 are straightforward and fairly simple to implement:

- The Wilcoxon rank sum test is the nonparametric analogue of the two-sample *t*-test.
- The sign test and the Wilcoxon signed-rank tests are the nonparametric analogues of the paired-sample *t*-test.

- The Kruskal–Wallis $H$-test is the rank equivalent of the one-way analysis of variance $F$-test.

- The Friedman $F_r$-test is the rank equivalent of the randomized block design two-way analysis of variance $F$-test.

- Spearman's rank correlation $r_s$ is the rank equivalent of Pearson's correlation coefficient.

These and many more nonparametric procedures are available as alternatives to the parametric tests presented earlier. It is important to keep in mind that when the assumptions required of the sampled populations are relaxed, our ability to detect significant differences in one or more population characteristics is decreased.

## CHAPTER REVIEW

### Key Concepts and Formulas

#### I. Nonparametric Methods

1. These methods can be used when the data cannot be measured on a quantitative scale, or when

2. The numerical scale of measurement is arbitrarily set by the researcher, or when

3. The parametric assumptions such as normality or constant variance are seriously violated.

#### II. Wilcoxon Rank Sum Test: Independent Random Samples

1. Jointly rank the two samples. Designate the smaller sample as sample 1. Then

$$T_1 = \text{Rank sum of sample 1}$$
$$T_1^* = n_1(n_1 + n_2 + 1) - T_1$$

2. Use $T_1$ to test for population 1 to the left of population 2. Use $T_1^*$ to test for population 1 to the right of population 2. Use the smaller of $T_1$ and $T_1^*$ to test for a difference in the locations of the two populations.

3. Table 7 of Appendix I has critical values for the rejection of $H_0$.

4. When the sample sizes are large, use the normal approximation:

$$\mu_T = \frac{n_1(n_1 + n_2 + 1)}{2}$$
$$\sigma_T^2 = \frac{n_1 n_2(n_1 + n_2 + 1)}{12}$$
$$z = \frac{T - \mu_T}{\sigma_T}$$

#### III. Sign Test for a Paired Experiment

1. Find $x$, the number of times that observation A exceeds observation B for a given pair.

2. To test for a difference in two populations, test $H_0 : p = .5$ versus a one- or two-tailed alternative.

3. Use Table 1 of Appendix I to calculate the $p$-value for the test.

4. When the sample sizes are large, use the normal approximation:

$$z = \frac{x - .5n}{.5\sqrt{n}}$$

#### IV. Wilcoxon Signed-Rank Test: Paired Experiment

1. Calculate the differences in the paired observations. Rank the *absolute values* of the differences. Calculate the rank sums $T^+$ and $T^-$ for the positive and negative differences, respectively. The test statistic $T$ is the smaller of the two rank sums.

2. Table 8 in Appendix I has critical values for the rejection of $H_0$ for both one- and two-tailed tests.

3. When the sample sizes are large, use the normal approximation:

$$z = \frac{T^+ - [n(n + 1)/4]}{\sqrt{[n(n + 1)(2n + 1)]/24}}$$

### V. Kruskal–Wallis *H*-Test: Completely Randomized Design

1. Jointly rank the $n$ observations in the $k$ samples. Calculate the rank sums, $T_i$ = rank sum of sample $i$, and the test statistic

$$H = \frac{12}{n(n + 1)} \Sigma \frac{T_i^2}{n_i} - 3(n + 1)$$

2. If the null hypothesis of equality of distributions is false, $H$ will be unusually large, resulting in a one-tailed test.

3. For sample sizes of five or greater, the rejection region for $H$ is based on the chi-square distribution with $(k - 1)$ degrees of freedom.

### VI. The Friedman *F_r*-Test: Randomized Block Design

1. Rank the responses within each block from 1 to $k$. Calculate the rank sums, $T_1, T_2, \ldots, T_k$, and the test statistic

$$F_r = \frac{12}{bk(k + 1)} \Sigma T_i^2 - 3b(k + 1)$$

2. If the null hypothesis of equality of treatment distributions is false, $F_r$ will be unusually large, resulting in a one-tailed test.

3. For block sizes of five or greater, the rejection region for $F_r$ is based on the chi-square distribution with $(k - 1)$ degrees of freedom.

### VII. Spearman's Rank Correlation Coefficient

1. Rank the responses for the two variables from smallest to largest.

2. Calculate the correlation coefficient for the ranked observations:

$$r_s = \frac{S_{xy}}{\sqrt{S_{xx}S_{yy}}} \quad \text{or} \quad r_s = 1 - \frac{6 \Sigma d_i^2}{n(n^2 - 1)}$$

if there are no ties

3. Table 9 in Appendix I gives critical values for rank correlations significantly different from 0.

4. The rank correlation coefficient detects not only significant linear correlation but also any other monotonic relationship between the two variables.

 **MINITAB**

# Nonparametric Procedures

Many nonparametric procedures are available in the *MINITAB* package, including most of the tests discussed in this chapter. The Dialog boxes are all familiar to you by now, and we will discuss the tests in the order presented in the chapter.

To implement the Wilcoxon rank sum test for two independent random samples, enter the two sets of sample data into two columns (say, C1 and C2) of the *MINITAB* worksheet. The Dialog box in Figure 15.13 is generated using **Stat → Nonparametrics → Mann-Whitney.** Select C1 and C2 for the **First** and **Second Samples,** and indicate the appropriate confidence coefficient (for a confidence interval) and alternative hypothesis. Clicking **OK** will generate the output in Figure 15.1.

The sign test *and* the Wilcoxon signed-rank test for paired samples are performed in exactly the same way, with a change only in the last command of the sequence. Even the Dialog boxes are identical! Enter the data into two columns of the *MINITAB* worksheet (we used the cake mix data in Section 15.5). Before you can implement either test, you must generate a column of differences using **Calc → Calculator,** as shown in Figure 15.14. Use **Stat → Nonparametrics → 1-Sample Sign** or **Stat → Nonparametrics → 1-Sample Wilcoxon** to generate the appropriate Dialog box

**FIGURE 15.13**



**FIGURE 15.14**



shown in Figure 15.15. Remember that the median is the value of a variable such that 50% of the values are smaller and 50% are larger. Hence, if the two population distributions are the same, the median of the differences will be 0. This is equivalent to the null hypothesis

$$H_0 : P(\text{positive difference}) = P(\text{negative difference}) = .5$$

FIGURE 15.15



used for the sign test. Select the column of differences for the Variables box, and select the test of the median equals 0 with the appropriate alternative. Click **OK** to obtain the printout for either of the two tests. The Session window printout for the sign test, shown in Figure 15.16, indicates a nonsignificant difference in the distributions of densities for the two cake mixes. Notice that the $p$-value (.2188) is not the same as the $p$-value for the Wilcoxon signed-rank test (.093 from Figure 15.4). However, if you are testing at the 5% level, both tests produce nonsignificant differences.

FIGURE 15.16



The procedures for implementing the Kruskal–Wallis $H$-test for $k$ independent samples and Friedman's $F_r$-test for a randomized block design are identical to the procedures used for their parametric equivalents. Review the methods described in the section "My*MINITAB*" in Chapter 11. Once you have entered the data as explained in that section, the commands **Stat → Nonparametrics → Kruskal–Wallis** or **Stat → Nonparametrics → Friedman** will generate a Dialog box in which you specify the Response column and the Factor column, or the response column, the treatment column and the block column, respectively. Click **OK** to obtain the outputs for these nonparametric tests.

Finally, you can generate the nonparametric rank correlation coefficient $r_s$ if you enter the data into two columns and rank the data using **Data → Rank.** For example, the data on judge's rank and test scores were entered into columns C6 and C7 of our *MINITAB* worksheet. Since the judge's ranks are already in rank order, we need only to rank C7 by selecting "Exam Score" and storing the ranks in C8 [named "Rank (y)" in Figure 15.17]. The commands **Stat → Basic Statistics → Correlation** will now produce the rank correlation coefficient when C6 and C8 are selected. However, the *p*-value that you see in the *output does not* produce exactly the same test as the critical values in Table 15.14. You should compare your value of $r_s$ with the tabled value to check for a significant association between the two variables.

**FIGURE 15.17** ●



## Supplementary Exercises

MY DATA    **15.55 Response Times**  An experiment was
EX1555    conducted to compare the response times for two different stimuli. To remove natural person-to-person variability in the responses, both stimuli were presented to each of nine subjects, thus permitting an analysis of the differences between stimuli *within* each person. The table lists the response times (in seconds).

| Subject | Stimulus 1 | Stimulus 2 |
|---|---|---|
| 1 | 9.4 | 10.3 |
| 2 | 7.8 | 8.9 |
| 3 | 5.6 | 4.1 |
| 4 | 12.1 | 14.7 |
| 5 | 6.9 | 8.7 |
| 6 | 4.2 | 7.1 |
| 7 | 8.8 | 11.3 |
| 8 | 7.7 | 5.2 |
| 9 | 6.4 | 7.8 |

**a.** Use the sign test to determine whether sufficient evidence exists to indicate a difference in the mean response times for the two stimuli. Use a rejection region for which $\alpha \leq .05$.

**b.** Test the hypothesis of no difference in mean response times using Student's *t*-test.

**15.56 Response Times, continued**  Refer to Exercise 15.55. Test the hypothesis that no difference exists in the distributions of response times for the two stimuli, using the Wilcoxon signed-rank test. Use a rejection region for which $\alpha$ is as near as possible to the $\alpha$ achieved in Exercise 15.55, part a.

MY DATA    **15.57 Identical Twins**  To compare two
EX1557    junior high schools, A and B, in academic effectiveness, an experiment was designed requiring

the use of 10 sets of identical twins, each twin having just completed the sixth grade. In each case, the twins in the same set had obtained their schooling in the same classrooms at each grade level. One child was selected at random from each pair of twins and assigned to school A. The remaining children were sent to school B. Near the end of the ninth grade, a certain achievement test was given to each child in the experiment. The test scores are shown in the table.

| Twin Pair | School A | School B |
|---|---|---|
| 1 | 67 | 39 |
| 2 | 80 | 75 |
| 3 | 65 | 69 |
| 4 | 70 | 55 |
| 5 | 86 | 74 |
| 6 | 50 | 52 |
| 7 | 63 | 56 |
| 8 | 81 | 72 |
| 9 | 86 | 89 |
| 10 | 60 | 47 |

**a.** Test (using the sign test) the hypothesis that the two schools are the same in academic effectiveness, as measured by scores on the achievement test, versus the alternative that the schools are not equally effective.

**b.** Suppose it was known that junior high school A had a superior faculty and better learning facilities. Test the hypothesis of equal academic effectiveness versus the alternative that school A is superior.

**15.58 Identical Twins II** Refer to Exercise 15.57. What answers are obtained if Wilcoxon's signed-rank test is used in analyzing the data? Compare with your earlier answers.

**MY DATA** **15.59 Paper Brightness** The coded values
EX1559    for a measure of brightness in paper (light reflectivity), prepared by two different processes, are given in the table for samples of nine observations drawn randomly from each of the two processes. Do the data present sufficient evidence to indicate a difference in the brightness measurements for the two processes? Use both a parametric and a nonparametric test and compare your results.

| Process | Brightness | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A | 6.1 | 9.2 | 8.7 | 8.9 | 7.6 | 7.1 | 9.5 | 8.3 | 9.0 |
| B | 9.1 | 8.2 | 8.6 | 6.9 | 7.5 | 7.9 | 8.3 | 7.8 | 8.9 |

**15.60 Precision Instruments** Assume (as in the case of measurements produced by two well-calibrated measuring instruments) the means of two populations are equal. Use the Wilcoxon rank sum statistic for testing hypotheses concerning the population variances as follows:

**a.** Rank the combined sample.

**b.** Number the ranked observations "from the outside in"; that is, number the smallest observation 1, the largest 2, the next-to-smallest 3, the next-to-largest 4, and so on. This sequence of numbers induces an ordering on the symbols A (population A items) and B (population B items). If $\sigma_A^2 > \sigma_B^2$, one would expect to find a preponderance of A's near the first of the sequences, and thus a relatively small "sum of ranks" for the A observations.

**c.** Given the measurements in the table produced by well-calibrated precision instruments A and B, test at near the $\alpha = .05$ level to determine whether the more expensive instrument B is more precise than A. (Note that this implies a one-tailed test.) Use the Wilcoxon rank sum test statistic.

| Instrument A | Instrument B |
|---|---|
| 1060.21 | 1060.24 |
| 1060.34 | 1060.28 |
| 1060.27 | 1060.32 |
| 1060.36 | 1060.30 |
| 1060.40 | |

**d.** Test using the equality of variance $F$-test.

**MY DATA** **15.61 Meat Tenderizers** An experiment
EX1561    was conducted to compare the tenderness of meat cuts treated with two different meat tenderizers, A and B. To reduce the effect of extraneous variables, the data were paired by the specific meat cut, by applying the tenderizers to two cuts taken from the same steer, by cooking paired cuts together, and by using a single judge for each pair. After cooking, each cut was rated by a judge on a scale of 1 to 10, with 10 corresponding to the most tender meat. The data are shown for a single judge. Do the data provide sufficient evidence to indicate that one of the two tenderizers tends to receive higher ratings than the other? Would a Student's $t$-test be appropriate for analyzing these data? Explain.

| Cut | Tenderizer | |
|---|---|---|
| | A | B |
| Shoulder roast | 5 | 7 |
| Chuck roast | 6 | 5 |
| Rib steak | 8 | 9 |
| Brisket | 4 | 5 |
| Club steak | 9 | 9 |
| Round steak | 3 | 5 |
| Rump roast | 7 | 6 |
| Sirloin steak | 8 | 8 |
| Sirloin tip steak | 8 | 9 |
| T-bone steak | 9 | 10 |

**MY DATA** **15.62 Interviewing Job Prospects** A large
EX1562    corporation selects college graduates for

employment using both interviews and a psychological achievement test. Interviews conducted at the home office of the company are far more expensive than the tests that can be conducted on campus. Consequently, the personnel office was interested in determining whether the test scores were correlated with interview ratings and whether tests could be substituted for interviews. The idea was not to eliminate interviews but to reduce their number. To determine whether the measures were correlated, 10 prospects were ranked during interviews and tested. The paired scores are as listed here:

| Subject | Interview Rank | Test Score |
|---|---|---|
| 1 | 8 | 74 |
| 2 | 5 | 81 |
| 3 | 10 | 66 |
| 4 | 3 | 83 |
| 5 | 6 | 66 |
| 6 | 1 | 94 |
| 7 | 4 | 96 |
| 8 | 7 | 70 |
| 9 | 9 | 61 |
| 10 | 2 | 86 |

Calculate the Spearman rank correlation coefficient $r_s$. Rank 1 is assigned to the candidate judged to be the best.

**15.63 Interviews, continued** Refer to Exercise 15.62. Do the data present sufficient evidence to indicate that the correlation between interview rankings and test scores is less than zero? If this evidence does exist, can you say that tests can be used to reduce the number of interviews?

**15.64 Word Association Experiments** A comparison of reaction times for two different stimuli in a psychological word-association experiment produced the accompanying results when applied to a random sample of 16 people:

| Stimulus | Reaction Time (sec) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 3 | 2 | 1 | 2 | 1 | 3 | 2 |
| 2 | 4 | 2 | 3 | 3 | 1 | 2 | 3 | 3 |

Do the data present sufficient evidence to indicate a difference in mean reaction times for the two stimuli? Use an appropriate nonparametric test and explain your conclusions.

**MY DATA** **15.65 Math and Art** The table gives the EX1565 scores of a group of 15 students in mathematics and art. Use Wilcoxon's signed-rank test to determine whether the median scores for these students differ significantly for the two subjects.

| Student | Math | Art | Student | Math | Art |
|---|---|---|---|---|---|
| 1 | 22 | 53 | 9 | 62 | 55 |
| 2 | 37 | 68 | 10 | 65 | 74 |
| 3 | 36 | 42 | 11 | 66 | 68 |
| 4 | 38 | 49 | 12 | 56 | 64 |
| 5 | 42 | 51 | 13 | 66 | 67 |
| 6 | 58 | 65 | 14 | 67 | 73 |
| 7 | 58 | 51 | 15 | 62 | 65 |
| 8 | 60 | 71 | | | |

**15.66 Math and Art, continued** Refer to Exercise 15.65. Compute Spearman's rank correlation coefficient for these data and test $H_0$ : no association between the rank pairs at the 10% level of significance.

**15.67 Yield of Wheat** Exercise 11.68 presented an analysis of variance of the yields of five different varieties of wheat, observed on one plot each at each of six different locations (see data set EX1168). The data from this randomized block design are listed here:

| Varieties | Location | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| A | 35.3 | 31.0 | 32.7 | 36.8 | 37.2 | 33.1 |
| B | 30.7 | 32.2 | 31.4 | 31.7 | 35.0 | 32.7 |
| C | 38.2 | 33.4 | 33.6 | 37.1 | 37.3 | 38.2 |
| D | 34.9 | 36.1 | 35.2 | 38.3 | 40.2 | 36.0 |
| E | 32.4 | 28.9 | 29.2 | 30.7 | 33.9 | 32.1 |

a. Use the appropriate nonparametric test to determine whether the data provide sufficient evidence to indicate a difference in the yields for the five different varieties of wheat. Test using $\alpha = .05$.

b. Exercise 11.68 presented a computer printout of the analysis of variance for comparing the mean yields for the five varieties of wheat. How do the results of the analysis of variance $F$ test compare with the test in part a? Explain.

**15.68 Learning to Sell** In Exercise 11.61, you compared the numbers of sales per trainee after completion of one of four different sales training programs (see data set EX1161). Six trainees completed training program 1, eight completed program 2, and so on. The numbers of sales per trainee are shown in the table.

| | Training Program | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| | 78 | 99 | 74 | 81 |
| | 84 | 86 | 87 | 63 |
| | 86 | 90 | 80 | 71 |
| | 92 | 93 | 83 | 65 |
| | 69 | 94 | 78 | 86 |
| | 73 | 85 | | 79 |
| | | 97 | | 73 |
| | | 91 | | 70 |
| Total | 482 | 735 | 402 | 588 |

**a.** Do the data present sufficient evidence to indicate that the distribution of number of sales per trainee differs from one training program to another? Test using the appropriate nonparametric test.

**b.** How do the test results in part a compare with the results of the analysis of variance $F$-test in Exercise 11.61?

**15.69 Pollution from Chemical Plants** In Exercise 11.66, you performed an analysis of variance to compare the mean levels of effluents in water at four different industrial plants (see data set EX1166). Five samples of liquid waste were taken at the output of each of four industrial plants. The data are shown in the table.

| Plant | Polluting Effluents (lb/gal of waste) | | | | |
|---|---|---|---|---|---|
| A | 1.65 | 1.72 | 1.50 | 1.37 | 1.60 |
| B | 1.70 | 1.85 | 1.46 | 2.05 | 1.80 |
| C | 1.40 | 1.75 | 1.38 | 1.65 | 1.55 |
| D | 2.10 | 1.95 | 1.65 | 1.88 | 2.00 |

**a.** Do the data present sufficient evidence to indicate a difference in the levels of pollutants for the four different industrial plants? Test using the appropriate nonparametric test.

**b.** Find the approximate $p$-value for the test and interpret its value.

**c.** Compare the test results in part a with the analysis of variance test in Exercise 11.66. Do the results agree? Explain.

**15.70 AIDS Research** Scientists have shown that a newly developed vaccine can shield rhesus monkeys from infection by a virus closely related to the AIDS-causing human immunodeficiency virus (HIV). In their work, Ronald C. Resrosiers and his colleagues at the New England Regional Primate Research Center gave each of $n = 6$ rhesus monkeys five inoculations with the simian immunodeficiency virus (SIV) vaccine. One week after the last vaccination, each monkey received an injection of live SIV. Two of the six vaccinated monkeys showed no evidence of SIV infection for as long as a year and a half after the SIV injection.[6] Scientists were able to isolate the SIV virus from the other four vaccinated monkeys, although these animals showed no sign of the disease. Does this information contain sufficient evidence to indicate that the vaccine is effective in protecting monkeys from SIV? Use $\alpha = .10$.

**MY DATA**
**EX1571**
**15.71 Heavy Metal** An experiment was performed to determine whether there is an accumulation of heavy metals in plants that were grown in soils amended with sludge and whether there is an accumulation of heavy metals in insects feeding on those plants.[7] The data in the table are cadmium concentrations (in $\mu$g/kg) in plants grown under six different rates of application of sludge for three different harvests. The rates of application are the treatments. The three harvests represent time blocks in the two-way design.

| | Harvest | | |
|---|---|---|---|
| Rate | 1 | 2 | 3 |
| Control | 162.1 | 153.7 | 200.4 |
| 1 | 199.8 | 199.6 | 278.2 |
| 2 | 220.0 | 210.7 | 294.8 |
| 3 | 194.4 | 179.0 | 341.1 |
| 4 | 204.3 | 203.7 | 330.2 |
| 5 | 218.9 | 236.1 | 344.2 |

**a.** Based on the *MINITAB* normal probability plot and the plot of residuals versus rates, are you willing to assume that the normality and constant variance assumptions are satisfied?

*MINITAB* residual plots for Exercise 15.71





**b.** Using an appropriate method of analysis, analyze the data to determine whether there are significant differences among the responses due to rates of application.

**MY DATA** **15.72** Refer to Exercise 15.71. The data in
**EX1572** this table are the cadmium concentrations found in aphids that fed on the plants grown in soil amended with sludge.

|  | Harvest | | |
|---|---|---|---|
| Rate | 1 | 2 | 3 |
| Control | 16.2 | 55.8 | 65.8 |
| 1 | 16.9 | 119.4 | 181.1 |
| 2 | 12.7 | 171.9 | 184.6 |
| 3 | 31.3 | 128.4 | 196.4 |
| 4 | 38.5 | 182.0 | 163.7 |
| 5 | 20.6 | 191.3 | 242.8 |

**a.** Use the *MINITAB* normal probability plot of the residuals and the plot of residuals versus rates of application to assess whether the assumptions of normality and constant variance are reasonable in this case.

**b.** Based on your conclusions in part a, use an appropriate statistical method to test for significant differences in cadmium concentrations for the six rates of application.

*MINITAB* residual plots for Exercise 15.72





**15.73 Rating Teaching Applicants** Before filling several new teaching positions at the high school, the principal formed a review board consisting of five teachers who were asked to interview the 12 applicants and rank them in order of merit. Seven of the 12 applicants held college degrees but had limited teaching experience. Of the remaining five applicants, all had college degrees and substantial experience. The review board's rankings are given in the table.

| Limited Experience | Substantial Experience |
|---|---|
| 4 | 1 |
| 6 | 2 |
| 7 | 3 |
| 9 | 5 |
| 10 | 8 |
| 11 | |
| 12 | |

Do these rankings indicate that the review board considers experience a prime factor in the selection of the best candidates? Test using $\alpha = .05$.

**MY DATA** **15.74 Contaminants in Chemicals** A
**EX1574** manufacturer uses a large amount of a certain chemical. Since there are just two suppliers of this chemical, the manufacturer wishes to test whether the percentage of contaminants is the same for the two sources against the alternative that there is a difference in the percentages of contaminants for the two suppliers. Data from independent random samples are shown below:

|  | Supplier | | |
|---|---|---|---|
|  | 1 | | 2 |
| .86 | .65 | .55 | .58 |
| .69 | 1.13 | .40 | .16 |
| .72 | .65 | .22 | .07 |
| 1.18 | .50 | .09 | .36 |
| .45 | 1.04 | .16 | .20 |
| 1.41 | .41 | .26 | .15 |

**a.** Use the Wilcoxon rank sum test to determine whether there is a difference in the contaminant percentages for the two suppliers. Use $\alpha = .05$.

**b.** Use the large-sample approximation to the Wilcoxon rank sum test to determine whether there is a difference in the contaminant percentages for the two suppliers. Use $\alpha = .05$. Compare your conclusions to the conclusions from part a.

**15.75 Lighting in the Classroom** The productivity of 35 students was observed and measured both before and after the installation of new lighting in their classroom. The productivity of 21 of the 35 students was observed to have improved, whereas the productivity of the others appeared to show no perceptible gain as a

**676** ○ CHAPTER 15 NONPARAMETRIC STATISTICS

result of the new lighting. Use the normal approximation to the sign test to determine whether or not the new lighting was effective in increasing student productivity at the 5% level of significance.

**MY DATA** | **15.76 Reducing Cholesterol** A drug was
EX1576 | developed for reducing cholesterol levels in heart patients. The cholesterol levels before and after drug treatment were obtained for a random sample of 25 heart patients with the following results:

| Patient | Before | After | Patient | Before | After |
|---|---|---|---|---|---|
| 1 | 257 | 243 | 14 | 210 | 217 |
| 2 | 222 | 217 | 15 | 263 | 243 |
| 3 | 177 | 174 | 16 | 214 | 198 |
| 4 | 258 | 260 | 17 | 392 | 388 |
| 5 | 294 | 295 | 18 | 370 | 357 |
| 6 | 244 | 236 | 19 | 310 | 299 |
| 7 | 390 | 383 | 20 | 255 | 258 |
| 8 | 247 | 233 | 21 | 281 | 276 |
| 9 | 409 | 410 | 22 | 294 | 295 |
| 10 | 214 | 216 | 23 | 257 | 227 |
| 11 | 217 | 210 | 24 | 227 | 231 |
| 12 | 340 | 335 | 25 | 385 | 374 |
| 13 | 364 | 343 | | | |

**a.** Use the sign test to determine whether or not this drug reduces the cholesterol levels of heart patients. Use $\alpha = .01$.

**b.** Use the Wilcoxon signed-rank test to test the hypothesis in part a at the 1% level of significance. Are your conclusions the same as those in part a?

**MY DATA** | **15.77 Legos®** The time required for kinder-
EX1577 | garten children to assemble a specific Lego creation was measured for children who had been instructed for four different lengths of time. Four children were randomly assigned to each instructional group, but two were eliminated during the experiment because of sickness. The length of time (in minutes) to assemble the Lego creation was recorded for each child in the experiment.

| Training Period (hours) | | | |
|---|---|---|---|
| .5 | 1.0 | 1.5 | 2.0 |
| 8 | 9 | 4 | 4 |
| 14 | 7 | 6 | 7 |
| 9 | 5 | 7 | 5 |
| 12 | | 8 | |

Use the Kruskal–Wallis $H$-Test to determine whether there is a differnce in the distribution of times for the four different lengths of instructional time. Use $\alpha = .01$.

**MY DATA** | **15.78 Worker Fatigue** To investigate meth-
EX1578 | ods of reducing fatigue among employees whose jobs involve a monotonous assembly procedure, 12 randomly selected employees were asked to perform their usual job under each of three trial conditions. As a measure of fatigue, the experimenter used the number of assembly line stoppages during a 4-hour period for each trial condition.

| | Conditions | | |
|---|---|---|---|
| Employee | 1 | 2 | 3 |
| 1 | 31 | 22 | 26 |
| 2 | 20 | 15 | 23 |
| 3 | 26 | 21 | 18 |
| 4 | 31 | 22 | 32 |
| 5 | 12 | 16 | 18 |
| 6 | 22 | 29 | 34 |
| 7 | 28 | 17 | 26 |
| 8 | 15 | 9 | 12 |
| 9 | 41 | 31 | 46 |
| 10 | 19 | 19 | 25 |
| 11 | 31 | 34 | 41 |
| 12 | 18 | 11 | 21 |

**a.** What type of experimental design has been used in this experiment?

**b.** Use the appropriate nonparametric test to determine whether the distribution of assembly line stoppages (and consequently worker fatigue) differs for these three conditions. Test at the 5% level of significance.

**15.79 Ranking Quarterbacks** A ranking of the quarterbacks in the top eight teams of the National Football League was made by polling a number of professional football coaches and sportswriters. This "true ranking" is shown below, together with "my ranking."

| | Quarterback | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H |
| True Ranking | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| My Ranking | 3 | 1 | 4 | 5 | 2 | 8 | 6 | 7 |

**a.** Calculate $r_s$.

**b.** Do the data indicate a positive correlation between my ranking and that of the experts? Test at the 5% level of significance.

**CASE STUDY**

 Eggs

## How's Your Cholesterol Level?

As consumers become more and more interested in eating healthy foods, many "light," "fat-free," and "cholesterol-free" products are appearing in the marketplace. One such product is the frozen egg substitute, a cholesterol-free product that can be used in cooking and baking in many of the same ways that regular eggs can—though not all. Some consumers even use egg substitutes for Caesar salad dressings and other recipes calling for raw eggs because these products are pasteurized and thus eliminate worries about bacterial contamination.

Unfortunately, the products currently on the market exhibit strong differences in both flavor and texture when tasted in their primary preparation as scrambled eggs. Five panelists, all experts in nutrition and food preparation, were asked to rate each of three egg substitutes on the basis of taste, appearance, texture, and whether they would buy the product.[8] The judges tasted the three egg substitutes and rated them on a scale of 0 to 20. The results, shown in the table, indicate that the highest rating, by 23 points, went to ConAgra's Healthy Choice Egg Product, which the tasters unanimously agreed most closely resembled eggs as they come from the hen. The second-place product, Morningstar Farms' Scramblers, struck several tasters as having an "oddly sweet flavor . . . similar to carrots." Finally, none of the tasters indicated that they would be willing to buy Fleishmann's Egg Beaters, which was described by the testers as "watery," "slippery," and "unpleasant." Oddly enough, these results are contrary to a similar taste test done 4 years earlier, in which Egg Beaters were considered better than competing egg substitutes.

| Taster | Healthy Choice | Scramblers | Egg Beaters |
|---|---|---|---|
| Dan Bowe | 16 | 9 | 7 |
| John Carroll | 16 | 7 | 8 |
| Donna Katzl | 14 | 8 | 4 |
| Rick O'Connell | 15 | 16 | 9 |
| Roland Passot | 13 | 11 | 2 |
| Totals | 74 | 51 | 30 |

*Source:* Data from "Eggs Substitutes Range in Quality," by K. Sakekel, *The San Francisco Chronicle,* February 10, 1993, p. 8. Copyright © 1993 San Francisco Chronicle.

1. What type of design has been used in this taste-testing experiment?

2. Do the data satisfy the assumptions required for a parametric analysis of variance? Explain.

3. Use the appropriate nonparametric technique to determine whether there is a significant difference between the average scores for the three brands of egg substitutes.

*This page intentionally left blank*

# Appendix I
## Tables

CONTENTS

**Table 1**    Cumulative Binomial Probabilities    680
**Table 2**    Cumulative Poisson Probabilities    686
**Table 3**    Areas under the Normal Curve    688
**Table 4**    Critical Values of $t$    691
**Table 5**    Critical Values of Chi-Square    692
**Table 6**    Percentage Points of the
$F$ Distribution    694
**Table 7**    Critical Values of $T$ for the Wilcoxon
Rank Sum Test, $n_1 \leq n_2$    702
**Table 8**    Critical Values of $T$ for the Wilcoxon
Signed-Rank Test, $n = 5(1)50$    704
**Table 9**    Critical Values of Spearman's Rank
Correlation Coefficient for a
One-Tailed Test    705
**Table 10**    Random Numbers    706
**Table 11**    Percentage Points of the Studentized
Range, $q_\alpha(k, df)$    708

**680** ○ APPENDIX I TABLES



**TABLE 1**  **Cumulative Binomial Probabilities**
Tabulated values are $P(x \le k) = p(0) + p(1) + \cdots + p(k)$.
(Computations are rounded at the third decimal place.)

**n = 2**

|   |   |   |   |   |   |   | p |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .980 | .902 | .810 | .640 | .490 | .360 | .250 | .160 | .090 | .040 | .010 | .002 | .000 | 0 |
| 1 | 1.000 | .998 | .990 | .960 | .910 | .840 | .750 | .640 | .510 | .360 | .190 | .098 | .020 | 1 |
| 2 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 2 |

**n = 3**

|   |   |   |   |   |   |   | p |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .970 | .857 | .729 | .512 | .343 | .216 | .125 | .064 | .027 | .008 | .001 | .000 | .000 | 0 |
| 1 | 1.000 | .993 | .972 | .896 | .784 | .648 | .500 | .352 | .216 | .104 | .028 | .007 | .000 | 1 |
| 2 | 1.000 | 1.000 | .999 | .992 | .973 | .936 | .875 | .784 | .657 | .488 | .271 | .143 | .030 | 2 |
| 3 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 3 |

**n = 4**

|   |   |   |   |   |   |   | p |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .961 | .815 | .656 | .410 | .240 | .130 | .062 | .026 | .008 | .002 | .000 | .000 | .000 | 0 |
| 1 | .999 | .986 | .948 | .819 | .652 | .475 | .312 | .179 | .084 | .027 | .004 | .000 | .000 | 1 |
| 2 | 1.000 | 1.000 | .996 | .973 | .916 | .821 | .688 | .525 | .348 | .181 | .052 | .014 | .001 | 2 |
| 3 | 1.000 | 1.000 | 1.000 | .998 | .992 | .974 | .938 | .870 | .760 | .590 | .344 | .185 | .039 | 3 |
| 4 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 4 |

**TABLE 1**  *(continued)*

*n* = 5

| | | | | | | | p | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .951 | .774 | .590 | .328 | .168 | .078 | .031 | .010 | .002 | .000 | .000 | .000 | .000 | 0 |
| 1 | .999 | .977 | .919 | .737 | .528 | .337 | .188 | .087 | .031 | .007 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .999 | .991 | .942 | .837 | .683 | .500 | .317 | .163 | .058 | .009 | .001 | .000 | 2 |
| 3 | 1.000 | 1.000 | 1.000 | .993 | .969 | .913 | .812 | .663 | .472 | .263 | .081 | .023 | .001 | 3 |
| 4 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .990 | .969 | .922 | .832 | .672 | .410 | .226 | .049 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 5 |

*n* = 6

| | | | | | | | p | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .941 | .735 | .531 | .262 | .118 | .047 | .016 | .004 | .001 | .000 | .000 | .000 | .000 | 0 |
| 1 | .999 | .967 | .886 | .655 | .420 | .233 | .109 | .041 | .011 | .002 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .998 | .984 | .901 | .744 | .544 | .344 | .179 | .070 | .017 | .001 | .000 | .000 | 2 |
| 3 | 1.000 | 1.000 | .999 | .983 | .930 | .821 | .656 | .456 | .256 | .099 | .016 | .002 | .000 | 3 |
| 4 | 1.000 | 1.000 | 1.000 | .998 | .989 | .959 | .891 | .767 | .580 | .345 | .114 | .033 | .001 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .996 | .984 | .953 | .882 | .738 | .469 | .265 | .059 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 6 |

*n* = 7

| | | | | | | | p | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .932 | .698 | .478 | .210 | .082 | .028 | .008 | .002 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .998 | .956 | .850 | .577 | .329 | .159 | .062 | .019 | .004 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .996 | .974 | .852 | .647 | .420 | .227 | .096 | .029 | .005 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | 1.000 | .997 | .967 | .874 | .710 | .500 | .290 | .126 | .033 | .003 | .000 | .000 | 3 |
| 4 | 1.000 | 1.000 | 1.000 | .995 | .971 | .904 | .773 | .580 | .353 | .148 | .026 | .004 | .000 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .981 | .938 | .841 | .671 | .423 | .150 | .044 | .002 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .992 | .972 | .918 | .790 | .522 | .302 | .068 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 7 |

*n* = 8

| | | | | | | | p | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .923 | .663 | .430 | .168 | .058 | .017 | .004 | .001 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .997 | .943 | .813 | .503 | .255 | .106 | .035 | .009 | .001 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .994 | .962 | .797 | .552 | .315 | .145 | .050 | .011 | .001 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | 1.000 | .995 | .944 | .806 | .594 | .363 | .174 | .058 | .010 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | 1.000 | 1.000 | .990 | .942 | .826 | .637 | .406 | .194 | .056 | .005 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | .999 | .989 | .950 | .855 | .685 | .448 | .203 | .038 | .006 | .000 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .991 | .965 | .894 | .745 | .497 | .187 | .057 | .003 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .996 | .983 | .942 | .832 | .570 | .337 | .077 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 8 |

**682**  ○  APPENDIX I TABLES

**TABLE 1**  *(continued)*

*n* = 9

| | | | | | | | *p* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .914 | .630 | .387 | .134 | .040 | .010 | .002 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .997 | .929 | .775 | .436 | .196 | .071 | .020 | .004 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .992 | .947 | .738 | .463 | .232 | .090 | .025 | .004 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .999 | .992 | .914 | .730 | .483 | .254 | .099 | .025 | .003 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | 1.000 | .999 | .980 | .901 | .733 | .500 | .267 | .099 | .020 | .001 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | .997 | .975 | .901 | .746 | .517 | .270 | .086 | .008 | .001 | .000 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .975 | .910 | .768 | .537 | .262 | .053 | .008 | .000 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .980 | .929 | .804 | .564 | .225 | .071 | .003 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .990 | .960 | .866 | .613 | .370 | .086 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 9 |

*n* = 10

| | | | | | | | *p* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .904 | .599 | .349 | .107 | .028 | .006 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .996 | .914 | .736 | .376 | .149 | .046 | .011 | .002 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .988 | .930 | .678 | .383 | .167 | .055 | .012 | .002 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .999 | .987 | .879 | .650 | .382 | .172 | .055 | .011 | .001 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | 1.000 | .998 | .967 | .850 | .633 | .377 | .166 | .047 | .006 | .000 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | .994 | .953 | .834 | .623 | .367 | .150 | .033 | .002 | .000 | .000 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | .999 | .989 | .945 | .828 | .618 | .350 | .121 | .013 | .001 | .000 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .988 | .945 | .833 | .617 | .322 | .070 | .012 | .000 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .989 | .954 | .851 | .624 | .264 | .086 | .004 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .994 | .972 | .893 | .651 | .401 | .096 | 9 |
| 10 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 10 |

*n* = 11

| | | | | | | | *p* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .895 | .569 | .314 | .086 | .020 | .004 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .995 | .898 | .697 | .322 | .113 | .030 | .006 | .001 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .985 | .910 | .617 | .313 | .119 | .033 | .006 | .001 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .998 | .981 | .839 | .570 | .296 | .113 | .029 | .004 | .000 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | 1.000 | .997 | .950 | .790 | .533 | .274 | .099 | .022 | .002 | .000 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | 1.000 | .988 | .922 | .754 | .500 | .246 | .078 | .012 | .000 | .000 | .000 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | .998 | .978 | .901 | .726 | .467 | .210 | .050 | .003 | .000 | .000 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .971 | .887 | .704 | .430 | .161 | .019 | .002 | .000 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .994 | .967 | .881 | .687 | .383 | .090 | .015 | .000 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .994 | .970 | .887 | .678 | .303 | .102 | .005 | 9 |
| 10 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .980 | .914 | .686 | .431 | .105 | 10 |
| 11 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 11 |

**TABLE 1** *(continued)*

$n = 12$

| | | | | | | | $p$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $k$ | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | $k$ |
| 0 | .886 | .540 | .282 | .069 | .014 | .002 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .994 | .882 | .659 | .275 | .085 | .020 | .003 | .000 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .980 | .889 | .558 | .253 | .083 | .019 | .003 | .000 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .998 | .974 | .795 | .493 | .225 | .073 | .015 | .002 | .000 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | 1.000 | .996 | .927 | .724 | .438 | .194 | .057 | .009 | .001 | .000 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | .999 | .981 | .882 | .665 | .387 | .158 | .039 | .004 | .000 | .000 | .000 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | .996 | .961 | .842 | .613 | .335 | .118 | .019 | .001 | .000 | .000 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | .999 | .991 | .943 | .806 | .562 | .276 | .073 | .004 | .000 | .000 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .985 | .927 | .775 | .507 | .205 | .026 | .002 | .000 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .997 | .981 | .917 | .747 | .442 | .111 | .020 | .000 | 9 |
| 10 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .997 | .980 | .915 | .725 | .341 | .118 | .006 | 10 |
| 11 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .986 | .931 | .718 | .460 | .114 | 11 |
| 12 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 12 |

$n = 15$

| | | | | | | | $p$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $k$ | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | $k$ |
| 0 | .860 | .463 | .206 | .035 | .005 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .990 | .829 | .549 | .167 | .035 | .005 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | 1.000 | .964 | .816 | .398 | .127 | .027 | .004 | .000 | .000 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .995 | .944 | .648 | .297 | .091 | .018 | .002 | .000 | .000 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | .999 | .987 | .836 | .515 | .217 | .059 | .009 | .001 | .000 | .000 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | .998 | .939 | .722 | .403 | .151 | .034 | .004 | .000 | .000 | .000 | .000 | 5 |
| 6 | 1.000 | 1.000 | 1.000 | .982 | .869 | .610 | .304 | .095 | .015 | .001 | .000 | .000 | .000 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | .996 | .950 | .787 | .500 | .213 | .050 | .004 | .000 | .000 | .000 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | .999 | .985 | .905 | .696 | .390 | .131 | .018 | .000 | .000 | .000 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .966 | .849 | .597 | .278 | .061 | .002 | .000 | .000 | 9 |
| 10 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .991 | .941 | .783 | .485 | .164 | .013 | .001 | .000 | 10 |
| 11 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .982 | .909 | .703 | .352 | .056 | .005 | .000 | 11 |
| 12 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .973 | .873 | .602 | .184 | .036 | .000 | 12 |
| 13 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .995 | .965 | .833 | .451 | .171 | .010 | 13 |
| 14 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .995 | .965 | .794 | .537 | .140 | 14 |
| 15 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 15 |

**TABLE 1**    *(continued)*

$n = 20$

| | | | | | | | $p$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
| 0 | .818 | .358 | .122 | .012 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .983 | .736 | .392 | .069 | .008 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | .999 | .925 | .677 | .206 | .035 | .004 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .984 | .867 | .411 | .107 | .016 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | .997 | .957 | .630 | .238 | .051 | .006 | .000 | .000 | .000 | .000 | .000 | .000 | 4 |
| 5 | 1.000 | 1.000 | .989 | .804 | .416 | .126 | .021 | .002 | .000 | .000 | .000 | .000 | .000 | 5 |
| 6 | 1.000 | 1.000 | .998 | .913 | .608 | .250 | .058 | .006 | .000 | .000 | .000 | .000 | .000 | 6 |
| 7 | 1.000 | 1.000 | 1.000 | .968 | .772 | .416 | .132 | .021 | .001 | .000 | .000 | .000 | .000 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | .990 | .887 | .596 | .252 | .057 | .005 | .000 | .000 | .000 | .000 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | .997 | .952 | .755 | .412 | .128 | .017 | .001 | .000 | .000 | .000 | 9 |
| 10 | 1.000 | 1.000 | 1.000 | .999 | .983 | .872 | .588 | .245 | .048 | .003 | .000 | .000 | .000 | 10 |
| 11 | 1.000 | 1.000 | 1.000 | 1.000 | .995 | .943 | .748 | .404 | .113 | .010 | .000 | .000 | .000 | 11 |
| 12 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .979 | .868 | .584 | .228 | .032 | .000 | .000 | .000 | 12 |
| 13 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .994 | .942 | .750 | .392 | .087 | .002 | .000 | .000 | 13 |
| 14 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .979 | .874 | .584 | .196 | .011 | .000 | .000 | 14 |
| 15 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .994 | .949 | .762 | .370 | .043 | .003 | .000 | 15 |
| 16 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .984 | .893 | .589 | .133 | .016 | .000 | 16 |
| 17 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .965 | .794 | .323 | .075 | .001 | 17 |
| 18 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .992 | .931 | .608 | .264 | .017 | 18 |
| 19 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .988 | .878 | .642 | .182 | 19 |
| 20 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 20 |

**TABLE 1**    *(continued)*

$n = 25$

| k | .01 | .05 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | .95 | .99 | k |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .778 | .277 | .072 | .004 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 0 |
| 1 | .974 | .642 | .271 | .027 | .002 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 1 |
| 2 | .998 | .873 | .537 | .098 | .009 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 2 |
| 3 | 1.000 | .966 | .764 | .234 | .033 | .002 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 3 |
| 4 | 1.000 | .993 | .902 | .421 | .090 | .009 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | 4 |
| 5 | 1.000 | .999 | .967 | .617 | .193 | .029 | .002 | .000 | .000 | .000 | .000 | .000 | .000 | 5 |
| 6 | 1.000 | 1.000 | .991 | .780 | .341 | .074 | .007 | .000 | .000 | .000 | .000 | .000 | .000 | 6 |
| 7 | 1.000 | 1.000 | .998 | .891 | .512 | .154 | .022 | .001 | .000 | .000 | .000 | .000 | .000 | 7 |
| 8 | 1.000 | 1.000 | 1.000 | .953 | .677 | .274 | .054 | .004 | .000 | .000 | .000 | .000 | .000 | 8 |
| 9 | 1.000 | 1.000 | 1.000 | .983 | .811 | .425 | .115 | .013 | .000 | .000 | .000 | .000 | .000 | 9 |
| 10 | 1.000 | 1.000 | 1.000 | .994 | .902 | .586 | .212 | .034 | .002 | .000 | .000 | .000 | .000 | 10 |
| 11 | 1.000 | 1.000 | 1.000 | .998 | .956 | .732 | .345 | .078 | .006 | .000 | .000 | .000 | .000 | 11 |
| 12 | 1.000 | 1.000 | 1.000 | 1.000 | .983 | .846 | .500 | .154 | .017 | .000 | .000 | .000 | .000 | 12 |
| 13 | 1.000 | 1.000 | 1.000 | 1.000 | .994 | .922 | .655 | .268 | .044 | .002 | .000 | .000 | .000 | 13 |
| 14 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .966 | .788 | .414 | .098 | .006 | .000 | .000 | .000 | 14 |
| 15 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .987 | .885 | .575 | .189 | .017 | .000 | .000 | .000 | 15 |
| 16 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .946 | .726 | .323 | .047 | .000 | .000 | .000 | 16 |
| 17 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .999 | .978 | .846 | .488 | .109 | .002 | .000 | .000 | 17 |
| 18 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .993 | .926 | .659 | .220 | .009 | .000 | .000 | 18 |
| 19 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .971 | .807 | .383 | .033 | .001 | .000 | 19 |
| 20 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .991 | .910 | .579 | .098 | .007 | .000 | 20 |
| 21 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .967 | .766 | .236 | .034 | .000 | 21 |
| 22 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .991 | .902 | .463 | .127 | .002 | 22 |
| 23 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .998 | .973 | .729 | .358 | .026 | 23 |
| 24 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | .996 | .928 | .723 | .222 | 24 |
| 25 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 25 |

**686** ○ APPENDIX I TABLES

**TABLE 2** **Cumulative Poisson Probabilities**
Tabulated values are $P(x \leq k) = p(0) + p(1) + \cdots + p(k)$.
(Computations are rounded at the third decimal place.)

| k | .1 | .2 | .3 | .4 | .5 | .6 | .7 | .8 | .9 | 1.0 | 1.5 |
|---|----|----|----|----|----|----|----|----|----|-----|-----|
|   |    |    |    |    |    | $\mu$ |    |    |    |     |     |
| 0 | .905 | .819 | .741 | .670 | .607 | .549 | .497 | .449 | .407 | .368 | .223 |
| 1 | .995 | .982 | .963 | .938 | .910 | .878 | .844 | .809 | .772 | .736 | .558 |
| 2 | 1.000 | .999 | .996 | .992 | .986 | .977 | .966 | .953 | .937 | .920 | .809 |
| 3 |   | 1.000 | 1.000 | .999 | .998 | .997 | .994 | .991 | .987 | .981 | .934 |
| 4 |   |   |   | 1.000 | 1.000 | 1.000 | .999 | .999 | .998 | .996 | .981 |
| 5 |   |   |   |   |   |   | 1.000 | 1.000 | 1.000 | .999 | .996 |
| 6 |   |   |   |   |   |   |   |   |   | 1.000 | .999 |
| 7 |   |   |   |   |   |   |   |   |   |   | 1.000 |

| k | 2.0 | 2.5 | 3.0 | 3.5 | 4.0 | 4.5 | 5.0 | 5.5 | 6.0 | 6.5 | 7.0 |
|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|   |     |     |     |     |     | $\mu$ |    |     |     |     |     |
| 0 | .135 | .082 | .055 | .033 | .018 | .011 | .007 | .004 | .003 | .002 | .001 |
| 1 | .406 | .287 | .199 | .136 | .092 | .061 | .040 | .027 | .017 | .011 | .007 |
| 2 | .677 | .544 | .423 | .321 | .238 | .174 | .125 | .088 | .062 | .043 | .030 |
| 3 | .857 | .758 | .647 | .537 | .433 | .342 | .265 | .202 | .151 | .112 | .082 |
| 4 | .947 | .891 | .815 | .725 | .629 | .532 | .440 | .358 | .285 | .224 | .173 |
| 5 | .983 | .958 | .916 | .858 | .785 | .703 | .616 | .529 | .446 | .369 | .301 |
| 6 | .995 | .986 | .966 | .935 | .889 | .831 | .762 | .686 | .606 | .563 | .450 |
| 7 | .999 | .996 | .988 | .973 | .949 | .913 | .867 | .809 | .744 | .673 | .599 |
| 8 | 1.000 | .999 | .996 | .990 | .979 | .960 | .932 | .894 | .847 | .792 | .729 |
| 9 |   | 1.000 | .999 | .997 | .992 | .983 | .968 | .946 | .916 | .877 | .830 |
| 10 |   |   | 1.000 | .999 | .997 | .993 | .986 | .975 | .957 | .933 | .901 |
| 11 |   |   |   | 1.000 | .999 | .998 | .995 | .989 | .980 | .966 | .947 |
| 12 |   |   |   |   | 1.000 | .999 | .998 | .996 | .991 | .984 | .973 |
| 13 |   |   |   |   |   | 1.000 | .999 | .998 | .996 | .993 | .987 |
| 14 |   |   |   |   |   |   | 1.000 | .999 | .999 | .997 | .994 |
| 15 |   |   |   |   |   |   |   | 1.000 | .999 | .999 | .998 |
| 16 |   |   |   |   |   |   |   |   | 1.000 | 1.000 | .999 |
| 17 |   |   |   |   |   |   |   |   |   |   | 1.000 |

**TABLE 2**    *(continued)*

| | | | | | μ | | | | |
|---|---|---|---|---|---|---|---|---|---|
| k | 7.5 | 8.0 | 8.5 | 9.0 | 9.5 | 10.0 | 12.0 | 15.0 | 20.0 |
| 0 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| 1 | .005 | .003 | .002 | .001 | .001 | .000 | .000 | .000 | .000 |
| 2 | .020 | .014 | .009 | .006 | .004 | .003 | .001 | .000 | .000 |
| 3 | .059 | .042 | .030 | .021 | .015 | .010 | .002 | .000 | .000 |
| 4 | .132 | .100 | .074 | .055 | .040 | .029 | .008 | .001 | .000 |
| 5 | .241 | .191 | .150 | .116 | .089 | .067 | .020 | .003 | .000 |
| 6 | .378 | .313 | .256 | .207 | .165 | .130 | .046 | .008 | .000 |
| 7 | .525 | .453 | .386 | .324 | .269 | .220 | .090 | .018 | .001 |
| 8 | .662 | .593 | .523 | .456 | .392 | .333 | .155 | .037 | .002 |
| 9 | .776 | .717 | .653 | .587 | .522 | .458 | .242 | .070 | .005 |
| 10 | .862 | .816 | .763 | .706 | .645 | .583 | .347 | .118 | .011 |
| 11 | .921 | .888 | .849 | .803 | .752 | .697 | .462 | .185 | .021 |
| 12 | .957 | .936 | .909 | .876 | .836 | .792 | .576 | .268 | .039 |
| 13 | .978 | .966 | .949 | .926 | .898 | .864 | .682 | .363 | .066 |
| 14 | .990 | .983 | .973 | .959 | .940 | .917 | .772 | .466 | .105 |
| 15 | .995 | .992 | .986 | .978 | .967 | .951 | .844 | .568 | .157 |
| 16 | .998 | .996 | .993 | .989 | .982 | .973 | .899 | .664 | .221 |
| 17 | .999 | .998 | .997 | .995 | .991 | .986 | .937 | .749 | .297 |
| 18 | 1.000 | .999 | .999 | .998 | .996 | .993 | .963 | .819 | .381 |
| 19 | | 1.000 | .999 | .999 | .998 | .997 | .979 | .875 | .470 |
| 20 | | | 1.000 | 1.000 | .999 | .998 | .988 | .917 | .559 |
| 21 | | | | | 1.000 | .999 | .994 | .947 | .644 |
| 22 | | | | | | 1.000 | .997 | .967 | .721 |
| 23 | | | | | | | .999 | .981 | .787 |
| 24 | | | | | | | .999 | .989 | .843 |
| 25 | | | | | | | 1.000 | .994 | .888 |
| 26 | | | | | | | | .997 | .922 |
| 27 | | | | | | | | .998 | .948 |
| 28 | | | | | | | | .999 | .966 |
| 29 | | | | | | | | 1.000 | .978 |
| 30 | | | | | | | | | .987 |
| 31 | | | | | | | | | .992 |
| 32 | | | | | | | | | .995 |
| 33 | | | | | | | | | .997 |
| 34 | | | | | | | | | .999 |
| 35 | | | | | | | | | .999 |
| 36 | | | | | | | | | 1.000 |



Area

0   $z$

**TABLE 3**  Areas under the Normal Curve

| z | .00 | .01 | .02 | .03 | .04 | .05 | .06 | .07 | .08 | .09 |
|---|---|---|---|---|---|---|---|---|---|---|
| −3.4 | .0003 | .0003 | .0003 | .0003 | .0003 | .0003 | .0003 | .0003 | .0003 | .0002 |
| −3.3 | .0005 | .0005 | .0005 | .0004 | .0004 | .0004 | .0004 | .0004 | .0004 | .0003 |
| −3.2 | .0007 | .0007 | .0006 | .0006 | .0006 | .0006 | .0006 | .0005 | .0005 | .0005 |
| −3.1 | .0010 | .0009 | .0009 | .0009 | .0008 | .0008 | .0008 | .0008 | .0007 | .0007 |
| −3.0 | .0013 | .0013 | .0013 | .0012 | .0012 | .0011 | .0011 | .0011 | .0010 | .0010 |
| −2.9 | .0019 | .0018 | .0017 | .0017 | .0016 | .0016 | .0015 | .0015 | .0014 | .0014 |
| −2.8 | .0026 | .0025 | .0024 | .0023 | .0023 | .0022 | .0021 | .0021 | .0020 | .0019 |
| −2.7 | .0035 | .0034 | .0033 | .0032 | .0031 | .0030 | .0029 | .0028 | .0027 | .0026 |
| −2.6 | .0047 | .0045 | .0044 | .0043 | .0041 | .0040 | .0039 | .0038 | .0037 | .0036 |
| −2.5 | .0062 | .0060 | .0059 | .0057 | .0055 | .0054 | .0052 | .0051 | .0049 | .0048 |
| −2.4 | .0082 | .0080 | .0078 | .0075 | .0073 | .0071 | .0069 | .0068 | .0066 | .0064 |
| −2.3 | .0107 | .0104 | .0102 | .0099 | .0096 | .0094 | .0091 | .0089 | .0087 | .0084 |
| −2.2 | .0139 | .0136 | .0132 | .0129 | .0125 | .0122 | .0119 | .0116 | .0113 | .0110 |
| −2.1 | .0179 | .0174 | .0170 | .0166 | .0162 | .0158 | .0154 | .0150 | .0146 | .0143 |
| −2.0 | .0228 | .0222 | .0217 | .0212 | .0207 | .0202 | .0197 | .0192 | .0188 | .0183 |
| −1.9 | .0287 | .0281 | .0274 | .0268 | .0262 | .0256 | .0250 | .0244 | .0239 | .0233 |
| −1.8 | .0359 | .0351 | .0344 | .0336 | .0329 | .0322 | .0314 | .0307 | .0301 | .0294 |
| −1.7 | .0446 | .0436 | .0427 | .0418 | .0409 | .0401 | .0392 | .0384 | .0375 | .0367 |
| −1.6 | .0548 | .0537 | .0526 | .0516 | .0505 | .0495 | .0485 | .0475 | .0465 | .0455 |
| −1.5 | .0668 | .0655 | .0643 | .0630 | .0618 | .0606 | .0594 | .0582 | .0571 | .0559 |
| −1.4 | .0808 | .0793 | .0778 | .0764 | .0749 | .0735 | .0722 | .0708 | .0694 | .0681 |
| −1.3 | .0968 | .0951 | .0934 | .0918 | .0901 | .0885 | .0869 | .0853 | .0838 | .0823 |
| −1.2 | .1151 | .1131 | .1112 | .1093 | .1075 | .1056 | .1038 | .1020 | .1003 | .0985 |
| −1.1 | .1357 | .1335 | .1314 | .1292 | .1271 | .1251 | .1230 | .1210 | .1190 | .1170 |
| −1.0 | .1587 | .1562 | .1539 | .1515 | .1492 | .1469 | .1446 | .1423 | .1401 | .1379 |
| −0.9 | .1841 | .1814 | .1788 | .1762 | .1736 | .1711 | .1685 | .1660 | .1635 | .1611 |
| −0.8 | .2119 | .2090 | .2061 | .2033 | .2005 | .1977 | .1949 | .1922 | .1894 | .1867 |
| −0.7 | .2420 | .2389 | .2358 | .2327 | .2296 | .2266 | .2236 | .2206 | .2177 | .2148 |
| −0.6 | .2743 | .2709 | .2676 | .2643 | .2611 | .2578 | .2546 | .2514 | .2483 | .2451 |
| −0.5 | .3085 | .3050 | .3015 | .2981 | .2946 | .2912 | .2877 | .2843 | .2810 | .2776 |
| −0.4 | .3446 | .3409 | .3372 | .3336 | .3300 | .3264 | .3228 | .3192 | .3156 | .3121 |
| −0.3 | .3821 | .3783 | .3745 | .3707 | .3669 | .3632 | .3594 | .3557 | .3520 | .3483 |
| −0.2 | .4207 | .4168 | .4129 | .4090 | .4052 | .4013 | .3974 | .3936 | .3897 | .3859 |
| −0.1 | .4602 | .4562 | .4522 | .4483 | .4443 | .4404 | .4364 | .4325 | .4286 | .4247 |
| −0.0 | .5000 | .4960 | .4920 | .4880 | .4840 | .4801 | .4761 | .4721 | .4681 | .4641 |

**TABLE 3**    *(continued)*

| z | .00 | .01 | .02 | .03 | .04 | .05 | .06 | .07 | .08 | .09 |
|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 0.0 | .5000 | .5040 | .5080 | .5120 | .5160 | .5199 | .5239 | .5279 | .5319 | .5359 |
| 0.1 | .5398 | .5438 | .5478 | .5517 | .5557 | .5596 | .5636 | .5675 | .5714 | .5753 |
| 0.2 | .5793 | .5832 | .5871 | .5910 | .5948 | .5987 | .6026 | .6064 | .6103 | .6141 |
| 0.3 | .6179 | .6217 | .6255 | .6293 | .6331 | .6368 | .6406 | .6443 | .6480 | .6517 |
| 0.4 | .6554 | .6591 | .6628 | .6664 | .6700 | .6736 | .6772 | .6808 | .6844 | .6879 |
| 0.5 | .6915 | .6950 | .6985 | .7019 | .7054 | .7088 | .7123 | .7157 | .7190 | .7224 |
| 0.6 | .7257 | .7291 | .7324 | .7357 | .7389 | .7422 | .7454 | .7486 | .7517 | .7549 |
| 0.7 | .7580 | .7611 | .7642 | .7673 | .7704 | .7734 | .7764 | .7794 | .7823 | .7852 |
| 0.8 | .7881 | .7910 | .7939 | .7967 | .7995 | .8023 | .8051 | .8078 | .8106 | .8133 |
| 0.9 | .8159 | .8186 | .8212 | .8238 | .8264 | .8289 | .8315 | .8340 | .8365 | .8389 |
| 1.0 | .8413 | .8438 | .8461 | .8485 | .8508 | .8531 | .8554 | .8577 | .8599 | .8621 |
| 1.1 | .8643 | .8665 | .8686 | .8708 | .8729 | .8749 | .8770 | .8790 | .8810 | .8830 |
| 1.2 | .8849 | .8869 | .8888 | .8907 | .8925 | .8944 | .8962 | .8980 | .8997 | .9015 |
| 1.3 | .9032 | .9049 | .9066 | .9082 | .9099 | .9115 | .9131 | .9147 | .9162 | .9177 |
| 1.4 | .9192 | .9207 | .9222 | .9236 | .9251 | .9265 | .9279 | .9292 | .9306 | .9319 |
| 1.5 | .9332 | .9345 | .9357 | .9370 | .9382 | .9394 | .9406 | .9418 | .9429 | .9441 |
| 1.6 | .9452 | .9463 | .9474 | .9484 | .9495 | .9505 | .9515 | .9525 | .9535 | .9545 |
| 1.7 | .9554 | .9564 | .9573 | .9582 | .9591 | .9599 | .9608 | .9616 | .9625 | .9633 |
| 1.8 | .9641 | .9649 | .9656 | .9664 | .9671 | .9678 | .9686 | .9693 | .9699 | .9706 |
| 1.9 | .9713 | .9719 | .9726 | .9732 | .9738 | .9744 | .9750 | .9756 | .9761 | .9767 |
| 2.0 | .9772 | .9778 | .9783 | .9788 | .9793 | .9798 | .9803 | .9808 | .9812 | .9817 |
| 2.1 | .9821 | .9826 | .9830 | .9834 | .9838 | .9842 | .9846 | .9850 | .9854 | .9857 |
| 2.2 | .9861 | .9864 | .9868 | .9871 | .9875 | .9878 | .9881 | .9884 | .9887 | .9890 |
| 2.3 | .9893 | .9896 | .9898 | .9901 | .9904 | .9906 | .9909 | .9911 | .9913 | .9916 |
| 2.4 | .9918 | .9920 | .9922 | .9925 | .9927 | .9929 | .9931 | .9932 | .9934 | .9936 |
| 2.5 | .9938 | .9940 | .9941 | .9943 | .9945 | .9946 | .9948 | .9949 | .9951 | .9952 |
| 2.6 | .9953 | .9955 | .9956 | .9957 | .9959 | .9960 | .9961 | .9962 | .9963 | .9964 |
| 2.7 | .9965 | .9966 | .9967 | .9968 | .9969 | .9970 | .9971 | .9972 | .9973 | .9974 |
| 2.8 | .9974 | .9975 | .9976 | .9977 | .9977 | .9978 | .9979 | .9979 | .9980 | .9981 |
| 2.9 | .9981 | .9982 | .9982 | .9983 | .9984 | .9984 | .9985 | .9985 | .9986 | .9986 |
| 3.0 | .9987 | .9987 | .9987 | .9988 | .9988 | .9989 | .9989 | .9989 | .9990 | .9990 |
| 3.1 | .9990 | .9991 | .9991 | .9991 | .9992 | .9992 | .9992 | .9992 | .9993 | .9993 |
| 3.2 | .9993 | .9993 | .9994 | .9994 | .9994 | .9994 | .9994 | .9995 | .9995 | .9995 |
| 3.3 | .9995 | .9995 | .9995 | .9996 | .9996 | .9996 | .9996 | .9996 | .9996 | .9997 |
| 3.4 | .9997 | .9997 | .9997 | .9997 | .9997 | .9997 | .9997 | .9997 | .9997 | .9998 |

*This page intentionally left blank*



**TABLE 4**
**Critical Values**
**of** $t$

| $df$ | $t_{.100}$ | $t_{.050}$ | $t_{.025}$ | $t_{.010}$ | $t_{.005}$ | $df$ |
|---|---|---|---|---|---|---|
| 1 | 3.078 | 6.314 | 12.706 | 31.821 | 63.657 | 1 |
| 2 | 1.886 | 2.920 | 4.303 | 6.965 | 9.925 | 2 |
| 3 | 1.638 | 2.353 | 3.182 | 4.541 | 5.841 | 3 |
| 4 | 1.533 | 2.132 | 2.776 | 3.747 | 4.604 | 4 |
| 5 | 1.476 | 2.015 | 2.571 | 3.365 | 4.032 | 5 |
| 6 | 1.440 | 1.943 | 2.447 | 3.143 | 3.707 | 6 |
| 7 | 1.415 | 1.895 | 2.365 | 2.998 | 3.499 | 7 |
| 8 | 1.397 | 1.860 | 2.306 | 2.896 | 3.355 | 8 |
| 9 | 1.383 | 1.833 | 2.262 | 2.821 | 3.250 | 9 |
| 10 | 1.372 | 1.812 | 2.228 | 2.764 | 3.169 | 10 |
| 11 | 1.363 | 1.796 | 2.201 | 2.718 | 3.106 | 11 |
| 12 | 1.356 | 1.782 | 2.179 | 2.681 | 3.055 | 12 |
| 13 | 1.350 | 1.771 | 2.160 | 2.650 | 3.012 | 13 |
| 14 | 1.345 | 1.761 | 2.145 | 2.624 | 2.977 | 14 |
| 15 | 1.341 | 1.753 | 2.131 | 2.602 | 2.947 | 15 |
| 16 | 1.337 | 1.746 | 2.120 | 2.583 | 2.921 | 16 |
| 17 | 1.333 | 1.740 | 2.110 | 2.567 | 2.898 | 17 |
| 18 | 1.330 | 1.734 | 2.101 | 2.552 | 2.878 | 18 |
| 19 | 1.328 | 1.729 | 2.093 | 2.539 | 2.861 | 19 |
| 20 | 1.325 | 1.725 | 2.086 | 2.528 | 2.845 | 20 |
| 21 | 1.323 | 1.721 | 2.080 | 2.518 | 2.831 | 21 |
| 22 | 1.321 | 1.717 | 2.074 | 2.508 | 2.819 | 22 |
| 23 | 1.319 | 1.714 | 2.069 | 2.500 | 2.807 | 23 |
| 24 | 1.318 | 1.711 | 2.064 | 2.492 | 2.797 | 24 |
| 25 | 1.316 | 1.708 | 2.060 | 2.485 | 2.787 | 25 |
| 26 | 1.315 | 1.706 | 2.056 | 2.479 | 2.779 | 26 |
| 27 | 1.314 | 1.703 | 2.052 | 2.473 | 2.771 | 27 |
| 28 | 1.313 | 1.701 | 2.048 | 2.467 | 2.763 | 28 |
| 29 | 1.311 | 1.699 | 2.045 | 2.462 | 2.756 | 29 |
| ∞ | 1.282 | 1.645 | 1.960 | 2.326 | 2.576 | ∞ |

SOURCE: From "Table of Percentage Points of the $t$-Distribution," *Biometrika* 32 (1941):300. Reproduced by permission of the *Biometrika* Trustees.

**692**  ○  APPENDIX I TABLES



**TABLE 5**
**Critical Values**
**of Chi-Square**

| df | $\chi^2_{.995}$ | $\chi^2_{.990}$ | $\chi^2_{.975}$ | $\chi^2_{.950}$ | $\chi^2_{.900}$ |
|---|---|---|---|---|---|
| 1 | .0000393 | .0001571 | .0009821 | .0039321 | .0157908 |
| 2 | .0100251 | .0201007 | .0506356 | .102587 | .210720 |
| 3 | .0717212 | .114832 | .215795 | .351846 | .584375 |
| 4 | .206990 | .297110 | .484419 | .710721 | 1.063623 |
| 5 | .411740 | .554300 | .831211 | 1.145476 | 1.61031 |
| 6 | .675727 | .872085 | 1.237347 | 1.63539 | 2.20413 |
| 7 | .989265 | 1.239043 | 1.68987 | 2.16735 | 2.83311 |
| 8 | 1.344419 | 1.646482 | 2.17973 | 2.73264 | 3.48954 |
| 9 | 1.734926 | 2.087912 | 2.70039 | 3.32511 | 4.16816 |
| 10 | 2.15585 | 2.55821 | 3.24697 | 3.94030 | 4.86518 |
| 11 | 2.60321 | 3.05347 | 3.81575 | 4.57481 | 5.57779 |
| 12 | 3.07382 | 3.57056 | 4.40379 | 5.22603 | 6.30380 |
| 13 | 3.56503 | 4.10691 | 5.00874 | 5.89186 | 7.04150 |
| 14 | 4.07468 | 4.66043 | 5.62872 | 6.57063 | 7.78953 |
| 15 | 4.60094 | 5.22935 | 6.26214 | 7.26094 | 8.54675 |
| 16 | 5.14224 | 5.81221 | 6.90766 | 7.96164 | 9.31223 |
| 17 | 5.69724 | 6.40776 | 7.56418 | 8.67176 | 10.0852 |
| 18 | 6.26481 | 7.01491 | 8.23075 | 9.39046 | 10.8649 |
| 19 | 6.84398 | 7.63273 | 8.90655 | 10.1170 | 11.6509 |
| 20 | 7.43386 | 8.26040 | 9.59083 | 10.8508 | 12.4426 |
| 21 | 8.03366 | 8.89720 | 10.28293 | 11.5913 | 13.2396 |
| 22 | 8.64272 | 9.54249 | 10.9823 | 12.3380 | 14.0415 |
| 23 | 9.26042 | 10.19567 | 11.6885 | 13.0905 | 14.8479 |
| 24 | 9.88623 | 10.8564 | 12.4011 | 13.8484 | 15.6587 |
| 25 | 10.5197 | 11.5240 | 13.1197 | 14.6114 | 16.4734 |
| 26 | 11.1603 | 12.1981 | 13.8439 | 15.3791 | 17.2919 |
| 27 | 11.8076 | 12.8786 | 14.5733 | 16.1513 | 18.1138 |
| 28 | 12.4613 | 13.5648 | 15.3079 | 16.9279 | 18.9392 |
| 29 | 13.1211 | 14.2565 | 16.0471 | 17.7083 | 19.7677 |
| 30 | 13.7867 | 14.9535 | 16.7908 | 18.4926 | 20.5992 |
| 40 | 20.7065 | 22.1643 | 24.4331 | 26.5093 | 29.0505 |
| 50 | 27.9907 | 29.7067 | 32.3574 | 34.7642 | 37.6886 |
| 60 | 35.5346 | 37.4848 | 40.4817 | 43.1879 | 46.4589 |
| 70 | 43.2752 | 45.4418 | 48.7576 | 51.7393 | 55.3290 |
| 80 | 51.1720 | 53.5400 | 57.1532 | 60.3915 | 64.2778 |
| 90 | 59.1963 | 61.7541 | 65.6466 | 69.1260 | 73.2912 |
| 100 | 67.3276 | 70.0648 | 74.2219 | 77.9295 | 82.3581 |

*SOURCE:* From "Tables of the Percentage Points of the $\chi^2$-Distribution," *Biometrika Tables for Statisticians,* Vol. 1, 3rd ed. (1966). Reproduced by permission of the *Biometrika* Trustees.

**TABLE 5**
*(continued)*

| $\chi^2_{.100}$ | $\chi^2_{.050}$ | $\chi^2_{.025}$ | $\chi^2_{.010}$ | $\chi^2_{.005}$ | *df* |
|---|---|---|---|---|---|
| 2.70554 | 3.84146 | 5.02389 | 6.63490 | 7.87944 | 1 |
| 4.60517 | 5.99147 | 7.37776 | 9.21034 | 10.5966 | 2 |
| 6.25139 | 7.81473 | 9.34840 | 11.3449 | 12.8381 | 3 |
| 7.77944 | 9.48773 | 11.1433 | 13.2767 | 14.8602 | 4 |
| 9.23635 | 11.0705 | 12.8325 | 15.0863 | 16.7496 | 5 |
| 10.6446 | 12.5916 | 14.4494 | 16.8119 | 18.5476 | 6 |
| 12.0170 | 14.0671 | 16.0128 | 18.4753 | 20.2777 | 7 |
| 13.3616 | 15.5073 | 17.5346 | 20.0902 | 21.9550 | 8 |
| 14.6837 | 16.9190 | 19.0228 | 21.6660 | 23.5893 | 9 |
| 15.9871 | 18.3070 | 20.4831 | 23.2093 | 25.1882 | 10 |
| 17.2750 | 19.6751 | 21.9200 | 24.7250 | 26.7569 | 11 |
| 18.5494 | 21.0261 | 23.3367 | 26.2170 | 28.2995 | 12 |
| 19.8119 | 22.3621 | 24.7356 | 27.6883 | 29.8194 | 13 |
| 21.0642 | 23.6848 | 26.1190 | 29.1413 | 31.3193 | 14 |
| 22.3072 | 24.9958 | 27.4884 | 30.5779 | 32.8013 | 15 |
| 23.5418 | 26.2962 | 28.8485 | 31.9999 | 34.2672 | 16 |
| 24.7690 | 27.8571 | 30.1910 | 33.4087 | 35.7185 | 17 |
| 25.9894 | 28.8693 | 31.5264 | 34.8053 | 37.1564 | 18 |
| 27.2036 | 30.1435 | 32.8523 | 36.1908 | 38.5822 | 19 |
| 28.4120 | 31.4104 | 34.1696 | 37.5662 | 39.9968 | 20 |
| 29.6151 | 32.6705 | 35.4789 | 38.9321 | 41.4010 | 21 |
| 30.8133 | 33.9244 | 36.7807 | 40.2894 | 42.7956 | 22 |
| 32.0069 | 35.1725 | 38.0757 | 41.6384 | 44.1813 | 23 |
| 33.1963 | 36.4151 | 39.3641 | 42.9798 | 45.5585 | 24 |
| 34.3816 | 37.6525 | 40.6465 | 44.3141 | 46.9278 | 25 |
| 35.5631 | 38.8852 | 41.9232 | 45.6417 | 48.2899 | 26 |
| 36.7412 | 40.1133 | 43.1944 | 46.9630 | 49.6449 | 27 |
| 37.9159 | 41.3372 | 44.4607 | 48.2782 | 50.9933 | 28 |
| 39.0875 | 42.5569 | 45.7222 | 49.5879 | 52.3356 | 29 |
| 40.2560 | 43.7729 | 46.9792 | 50.8922 | 53.6720 | 30 |
| 51.8050 | 55.7585 | 59.3417 | 63.6907 | 66.7659 | 40 |
| 63.1671 | 67.5048 | 71.4202 | 76.1539 | 79.4900 | 50 |
| 74.3970 | 79.0819 | 83.2976 | 88.3794 | 91.9517 | 60 |
| 85.5271 | 90.5312 | 95.0231 | 100.425 | 104.215 | 70 |
| 96.5782 | 101.879 | 106.629 | 112.329 | 116.321 | 80 |
| 107.565 | 113.145 | 118.136 | 124.116 | 128.299 | 90 |
| 118.498 | 124.342 | 129.561 | 135.807 | 140.169 | 100 |

**694**    ○    APPENDIX I TABLES



**TABLE 6**    **Percentage Points of the *F* Distribution**

| $df_2$ | $a$ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .100 | 39.86 | 49.50 | 53.59 | 55.83 | 57.24 | 58.20 | 58.91 | 59.44 | 59.86 |
|   | .050 | 161.4 | 199.5 | 215.7 | 224.6 | 230.2 | 234.0 | 236.8 | 238.9 | 240.5 |
|   | .025 | 647.8 | 799.5 | 864.2 | 899.6 | 921.8 | 937.1 | 948.2 | 956.7 | 963.3 |
|   | .010 | 4052 | 4999.5 | 5403 | 5625 | 5764 | 5859 | 5928 | 5982 | 6022 |
|   | .005 | 16211 | 20000 | 21615 | 22500 | 23056 | 23437 | 23715 | 23925 | 24091 |
| 2 | .100 | 8.53 | 9.00 | 9.16 | 9.24 | 9.29 | 9.33 | 9.35 | 9.37 | 9.38 |
|   | .050 | 18.51 | 19.00 | 19.16 | 19.25 | 19.30 | 19.33 | 19.35 | 19.37 | 19.38 |
|   | .025 | 38.51 | 39.00 | 39.17 | 39.25 | 39.30 | 39.33 | 39.36 | 39.37 | 39.39 |
|   | .010 | 98.50 | 99.00 | 99.17 | 99.25 | 99.30 | 99.33 | 99.36 | 99.37 | 99.39 |
|   | .005 | 198.5 | 199.0 | 199.2 | 199.2 | 199.3 | 199.3 | 199.4 | 199.4 | 199.4 |
| 3 | .100 | 5.54 | 5.46 | 5.39 | 5.34 | 5.31 | 5.28 | 5.27 | 5.25 | 5.24 |
|   | .050 | 10.13 | 9.55 | 9.28 | 9.12 | 9.01 | 8.94 | 8.89 | 8.85 | 8.81 |
|   | .025 | 17.44 | 16.04 | 15.44 | 15.10 | 14.88 | 14.73 | 14.62 | 14.54 | 14.47 |
|   | .010 | 34.12 | 30.82 | 29.46 | 28.71 | 28.24 | 27.91 | 27.64 | 27.49 | 27.35 |
|   | .005 | 55.55 | 49.80 | 47.47 | 46.19 | 45.39 | 44.84 | 44.43 | 44.13 | 43.88 |
| 4 | .100 | 4.54 | 4.32 | 4.19 | 4.11 | 4.05 | 4.01 | 3.98 | 3.95 | 3.94 |
|   | .050 | 7.71 | 6.94 | 6.59 | 6.39 | 6.26 | 6.16 | 6.09 | 6.04 | 6.00 |
|   | .025 | 12.22 | 10.65 | 9.98 | 9.60 | 9.36 | 9.20 | 9.07 | 8.98 | 8.90 |
|   | .010 | 21.20 | 18.00 | 16.69 | 15.98 | 15.52 | 15.21 | 14.98 | 14.80 | 14.66 |
|   | .005 | 31.33 | 26.28 | 24.26 | 23.15 | 22.46 | 21.97 | 21.62 | 21.35 | 21.14 |
| 5 | .100 | 4.06 | 3.78 | 3.62 | 3.52 | 3.45 | 3.40 | 3.37 | 3.34 | 3.32 |
|   | .050 | 6.61 | 5.79 | 5.41 | 5.19 | 5.05 | 4.95 | 4.88 | 4.82 | 4.77 |
|   | .025 | 10.01 | 8.43 | 7.76 | 7.39 | 7.15 | 6.98 | 6.85 | 6.76 | 6.68 |
|   | .010 | 16.26 | 13.27 | 12.06 | 11.39 | 10.97 | 10.67 | 10.46 | 10.29 | 10.16 |
|   | .005 | 22.78 | 18.31 | 16.53 | 15.56 | 14.94 | 14.51 | 14.20 | 13.96 | 13.77 |
| 6 | .100 | 3.78 | 3.46 | 3.29 | 3.18 | 3.11 | 3.05 | 3.01 | 2.98 | 2.96 |
|   | .050 | 5.99 | 5.14 | 4.76 | 4.53 | 4.39 | 4.28 | 4.21 | 4.15 | 4.10 |
|   | .025 | 8.81 | 7.26 | 6.60 | 6.23 | 5.99 | 5.82 | 5.70 | 5.60 | 5.52 |
|   | .010 | 13.75 | 10.92 | 9.78 | 9.15 | 8.75 | 8.47 | 8.26 | 8.10 | 7.98 |
|   | .005 | 18.63 | 14.54 | 12.92 | 12.03 | 11.46 | 11.07 | 10.79 | 10.57 | 10.39 |
| 7 | .100 | 3.59 | 3.26 | 3.07 | 2.96 | 2.88 | 2.83 | 2.78 | 2.75 | 2.72 |
|   | .050 | 5.59 | 4.74 | 4.35 | 4.12 | 3.97 | 3.87 | 3.79 | 3.73 | 3.68 |
|   | .025 | 8.07 | 6.54 | 5.89 | 5.52 | 5.29 | 5.12 | 4.99 | 4.90 | 4.82 |
|   | .010 | 12.25 | 9.55 | 8.45 | 7.85 | 7.46 | 7.19 | 6.99 | 6.84 | 6.72 |
|   | .005 | 16.24 | 12.40 | 10.88 | 10.05 | 9.52 | 9.16 | 8.89 | 8.68 | 8.51 |
| 8 | .100 | 3.46 | 3.11 | 2.92 | 2.81 | 2.73 | 2.67 | 2.62 | 2.59 | 2.56 |
|   | .050 | 5.32 | 4.46 | 4.07 | 3.84 | 3.69 | 3.58 | 3.50 | 3.44 | 3.39 |
|   | .025 | 7.57 | 6.06 | 5.42 | 5.05 | 4.82 | 4.65 | 4.53 | 4.43 | 4.36 |
|   | .010 | 11.26 | 8.65 | 7.59 | 7.01 | 6.63 | 6.37 | 6.18 | 6.03 | 5.91 |
|   | .005 | 14.69 | 11.04 | 9.60 | 8.81 | 8.30 | 7.95 | 7.69 | 7.50 | 7.34 |
| 9 | .100 | 3.36 | 3.01 | 2.81 | 2.69 | 2.61 | 2.55 | 2.51 | 2.47 | 2.44 |
|   | .050 | 5.12 | 4.26 | 3.86 | 3.63 | 3.48 | 3.37 | 3.29 | 3.23 | 3.18 |
|   | .025 | 7.21 | 5.71 | 5.08 | 4.72 | 4.48 | 4.32 | 4.20 | 4.10 | 4.03 |
|   | .010 | 10.56 | 8.02 | 6.99 | 6.42 | 6.06 | 5.80 | 5.61 | 5.47 | 5.35 |
|   | .005 | 13.61 | 10.11 | 8.72 | 7.96 | 7.47 | 7.13 | 6.88 | 6.69 | 6.54 |

(The columns 1–9 are grouped under the heading $df_1$.)

*SOURCE:* A portion of "Tables of Percentage Points of the Inverted Beta (*F*) Distribution," *Biometrika,* Vol. 33 (1943) by M. Merrington and C.M. Thompson and from Table 18 of *Biometrika Tables for Statisticians,* Vol. 1, Cambridge University Press, 1954, edited by E.S. Pearson and H.O. Hartley. Reproduced with permission of the authors, editors, and *Biometrika* Trustees.

**TABLE 6**  *(continued)*

| | | | | $df_1$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 12 | 15 | 20 | 24 | 30 | 40 | 60 | 120 | ∞ | a | $df_2$ |
| 60.19 | 60.71 | 61.22 | 61.74 | 62.00 | 62.26 | 62.53 | 62.79 | 63.06 | 63.33 | .100 | 1 |
| 241.9 | 243.9 | 245.9 | 248.0 | 249.1 | 250.1 | 251.2 | 252.2 | 253.3 | 254.3 | .050 | |
| 968.6 | 976.7 | 984.9 | 993.1 | 997.2 | 1001 | 1006 | 1010 | 1014 | 1018 | .025 | |
| 6056 | 6106 | 6157 | 6209 | 6235 | 6261 | 6287 | 6313 | 6339 | 6366 | .010 | |
| 24224 | 24426 | 24630 | 24836 | 24940 | 25044 | 25148 | 25253 | 25359 | 25465 | .005 | |
| 9.39 | 9.41 | 9.42 | 9.44 | 9.45 | 9.46 | 9.47 | 9.47 | 9.48 | 9.49 | .100 | 2 |
| 19.40 | 19.41 | 19.43 | 19.45 | 19.45 | 19.46 | 19.47 | 19.48 | 19.49 | 19.50 | .050 | |
| 39.40 | 39.41 | 39.43 | 39.45 | 39.46 | 39.46 | 39.47 | 39.48 | 39.49 | 39.50 | .025 | |
| 99.40 | 99.42 | 99.43 | 99.45 | 99.46 | 99.47 | 99.47 | 99.48 | 99.49 | 99.50 | .010 | |
| 199.4 | 199.4 | 199.4 | 199.4 | 199.5 | 199.5 | 199.5 | 199.5 | 199.5 | 199.5 | .005 | |
| 5.23 | 5.22 | 5.20 | 5.18 | 5.18 | 5.17 | 5.16 | 5.15 | 5.14 | 5.13 | .100 | 3 |
| 8.79 | 8.74 | 8.70 | 8.66 | 8.64 | 8.62 | 8.59 | 8.57 | 8.55 | 8.53 | .050 | |
| 14.42 | 14.34 | 14.25 | 14.17 | 14.12 | 14.08 | 14.04 | 13.99 | 13.95 | 13.90 | .025 | |
| 27.23 | 27.05 | 26.87 | 26.69 | 26.60 | 26.50 | 26.41 | 26.32 | 26.22 | 26.13 | .010 | |
| 43.69 | 43.39 | 43.08 | 42.78 | 42.62 | 42.47 | 42.31 | 42.15 | 41.99 | 41.83 | .005 | |
| 3.92 | 3.90 | 3.87 | 3.84 | 3.83 | 3.82 | 3.80 | 3.79 | 3.78 | 3.76 | .100 | 4 |
| 5.96 | 5.91 | 5.86 | 5.80 | 5.77 | 5.75 | 5.72 | 5.69 | 5.66 | 5.63 | .050 | |
| 8.84 | 8.75 | 8.66 | 8.56 | 8.51 | 8.46 | 8.41 | 8.36 | 8.31 | 8.26 | .025 | |
| 14.55 | 14.37 | 14.20 | 14.02 | 13.93 | 13.84 | 13.75 | 13.65 | 13.56 | 13.46 | .010 | |
| 20.97 | 20.70 | 20.44 | 20.17 | 20.03 | 19.89 | 19.75 | 19.61 | 19.47 | 19.32 | .005 | |
| 3.30 | 3.27 | 3.24 | 3.21 | 3.19 | 3.17 | 3.16 | 3.14 | 3.12 | 3.10 | .100 | 5 |
| 4.74 | 4.68 | 4.62 | 4.56 | 4.53 | 4.50 | 4.46 | 4.43 | 4.40 | 4.36 | .050 | |
| 6.62 | 6.52 | 6.43 | 6.33 | 6.28 | 6.23 | 6.18 | 6.12 | 6.07 | 6.02 | .025 | |
| 10.05 | 9.89 | 9.72 | 9.55 | 9.47 | 9.38 | 9.29 | 9.20 | 9.11 | 9.02 | .010 | |
| 13.62 | 13.38 | 13.15 | 12.90 | 12.78 | 12.66 | 12.53 | 12.40 | 12.27 | 12.14 | .005 | |
| 2.94 | 2.90 | 2.87 | 2.84 | 2.82 | 2.80 | 2.78 | 2.76 | 2.74 | 2.72 | .100 | 6 |
| 4.06 | 4.00 | 3.94 | 3.87 | 3.84 | 3.81 | 3.77 | 3.74 | 3.70 | 3.67 | .050 | |
| 5.46 | 5.37 | 5.27 | 5.17 | 5.12 | 5.07 | 5.01 | 4.96 | 4.90 | 4.85 | .025 | |
| 7.87 | 7.72 | 7.56 | 7.40 | 7.31 | 7.23 | 7.14 | 7.06 | 6.97 | 6.88 | .010 | |
| 10.25 | 10.03 | 9.81 | 9.59 | 9.47 | 9.36 | 9.24 | 9.12 | 9.00 | 8.88 | .005 | |
| 2.70 | 2.67 | 2.63 | 2.59 | 2.58 | 2.56 | 2.54 | 2.51 | 2.49 | 2.47 | .100 | 7 |
| 3.64 | 3.57 | 3.51 | 3.44 | 3.41 | 3.38 | 3.34 | 3.30 | 3.27 | 3.23 | .050 | |
| 4.76 | 4.67 | 4.57 | 4.47 | 4.42 | 4.36 | 4.31 | 4.25 | 4.20 | 4.14 | .025 | |
| 6.62 | 6.47 | 6.31 | 6.16 | 6.07 | 5.99 | 5.91 | 5.82 | 5.74 | 5.65 | .010 | |
| 8.38 | 8.18 | 7.97 | 7.75 | 7.65 | 7.53 | 7.42 | 7.31 | 7.19 | 7.08 | .005 | |
| 2.54 | 2.50 | 2.46 | 2.42 | 2.40 | 2.38 | 2.36 | 2.34 | 2.32 | 2.29 | .100 | 8 |
| 3.35 | 3.28 | 3.22 | 3.15 | 3.12 | 3.08 | 3.04 | 3.01 | 2.97 | 2.93 | .050 | |
| 4.30 | 4.20 | 4.10 | 4.00 | 3.95 | 3.89 | 3.84 | 3.78 | 3.73 | 3.67 | .025 | |
| 5.81 | 5.67 | 5.52 | 5.36 | 5.28 | 5.20 | 5.12 | 5.03 | 4.95 | 4.86 | .010 | |
| 7.21 | 7.01 | 6.81 | 6.61 | 6.50 | 6.40 | 6.29 | 6.18 | 6.06 | 5.95 | .005 | |
| 2.42 | 2.38 | 2.34 | 2.30 | 2.28 | 2.25 | 2.23 | 2.21 | 2.18 | 2.16 | .100 | 9 |
| 3.14 | 3.07 | 3.01 | 2.94 | 2.90 | 2.86 | 2.83 | 2.79 | 2.75 | 2.71 | .050 | |
| 3.96 | 3.87 | 3.77 | 3.67 | 3.61 | 3.56 | 3.51 | 3.45 | 3.39 | 3.33 | .025 | |
| 5.26 | 5.11 | 4.96 | 4.81 | 4.73 | 4.65 | 4.57 | 4.48 | 4.40 | 4.31 | .010 | |
| 6.42 | 6.23 | 6.03 | 5.83 | 5.73 | 5.62 | 5.52 | 5.41 | 5.30 | 5.19 | .005 | |

**TABLE 6** (continued)

| $df_2$ | a | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|--------|------|-------|------|------|------|------|------|------|------|------|
| | | | | | $df_1$ | | | | | |
| 10 | .100 | 3.29 | 2.92 | 2.73 | 2.61 | 2.52 | 2.46 | 2.41 | 2.38 | 2.35 |
| | .050 | 4.96 | 4.10 | 3.71 | 3.48 | 3.33 | 3.22 | 3.14 | 3.07 | 3.02 |
| | .025 | 6.94 | 5.46 | 4.83 | 4.47 | 4.24 | 4.07 | 3.95 | 3.85 | 3.78 |
| | .010 | 10.04 | 7.56 | 6.55 | 5.99 | 5.64 | 5.39 | 5.20 | 5.06 | 4.94 |
| | .005 | 12.83 | 9.43 | 8.08 | 7.34 | 6.87 | 6.54 | 6.30 | 6.12 | 5.97 |
| 11 | .100 | 3.23 | 2.86 | 2.66 | 2.54 | 2.45 | 2.39 | 2.34 | 2.30 | 2.27 |
| | .050 | 4.84 | 3.98 | 3.59 | 3.36 | 3.20 | 3.09 | 3.01 | 2.95 | 2.90 |
| | .025 | 6.72 | 5.26 | 4.63 | 4.28 | 4.04 | 3.88 | 3.76 | 3.66 | 3.59 |
| | .010 | 9.65 | 7.21 | 6.22 | 5.67 | 5.32 | 5.07 | 4.89 | 4.74 | 4.63 |
| | .005 | 12.23 | 8.91 | 7.60 | 6.88 | 6.42 | 6.10 | 5.86 | 5.68 | 5.54 |
| 12 | .100 | 3.18 | 2.81 | 2.61 | 2.48 | 2.39 | 2.33 | 2.28 | 2.24 | 2.21 |
| | .050 | 4.75 | 3.89 | 3.49 | 3.26 | 3.11 | 3.00 | 2.91 | 2.85 | 2.80 |
| | .025 | 6.55 | 5.10 | 4.47 | 4.12 | 3.89 | 3.73 | 3.61 | 3.51 | 3.44 |
| | .010 | 9.33 | 6.93 | 5.95 | 5.41 | 5.06 | 4.82 | 4.64 | 4.50 | 4.39 |
| | .005 | 11.75 | 8.51 | 7.23 | 6.52 | 6.07 | 5.76 | 5.52 | 5.35 | 5.20 |
| 13 | .100 | 3.14 | 2.76 | 2.56 | 2.43 | 2.35 | 2.28 | 2.23 | 2.20 | 2.16 |
| | .050 | 4.67 | 3.81 | 3.41 | 3.18 | 3.03 | 2.92 | 2.83 | 2.77 | 2.71 |
| | .025 | 6.41 | 4.97 | 4.35 | 4.00 | 3.77 | 3.60 | 3.48 | 3.39 | 3.31 |
| | .010 | 9.07 | 6.70 | 5.74 | 5.21 | 4.86 | 4.62 | 4.44 | 4.30 | 4.19 |
| | .005 | 11.37 | 8.19 | 6.93 | 6.23 | 5.79 | 5.48 | 5.25 | 5.08 | 4.94 |
| 14 | .100 | 3.10 | 2.73 | 2.52 | 2.39 | 2.31 | 2.24 | 2.19 | 2.15 | 2.12 |
| | .050 | 4.60 | 3.74 | 3.34 | 3.11 | 2.96 | 2.85 | 2.76 | 2.70 | 2.65 |
| | .025 | 6.30 | 4.86 | 4.24 | 3.89 | 3.66 | 3.50 | 3.38 | 3.29 | 3.21 |
| | .010 | 8.86 | 6.51 | 5.56 | 5.04 | 4.69 | 4.46 | 4.28 | 4.14 | 4.03 |
| | .005 | 11.06 | 7.92 | 6.68 | 6.00 | 5.56 | 5.26 | 5.03 | 4.86 | 4.72 |
| 15 | .100 | 3.07 | 2.70 | 2.49 | 2.36 | 2.27 | 2.21 | 2.16 | 2.12 | 2.09 |
| | .050 | 4.54 | 3.68 | 3.29 | 3.06 | 2.90 | 2.79 | 2.71 | 2.64 | 2.59 |
| | .025 | 6.20 | 4.77 | 4.15 | 3.80 | 3.58 | 3.41 | 3.29 | 3.20 | 3.12 |
| | .010 | 8.68 | 6.36 | 5.42 | 4.89 | 4.56 | 4.32 | 4.14 | 4.00 | 3.89 |
| | .005 | 10.80 | 7.70 | 6.48 | 5.80 | 5.37 | 5.07 | 4.85 | 4.67 | 4.54 |
| 16 | .100 | 3.05 | 2.67 | 2.46 | 2.33 | 2.24 | 2.18 | 2.13 | 2.09 | 2.06 |
| | .050 | 4.49 | 3.63 | 3.24 | 3.01 | 2.85 | 2.74 | 2.66 | 2.59 | 2.54 |
| | .025 | 6.12 | 4.69 | 4.08 | 3.73 | 3.50 | 3.34 | 3.22 | 3.12 | 3.05 |
| | .010 | 8.53 | 6.23 | 5.29 | 4.77 | 4.44 | 4.20 | 4.03 | 3.89 | 3.78 |
| | .005 | 10.58 | 7.51 | 6.30 | 5.64 | 5.21 | 4.91 | 4.69 | 4.52 | 4.38 |
| 17 | .100 | 3.03 | 2.64 | 2.44 | 2.31 | 2.22 | 2.15 | 2.10 | 2.06 | 2.03 |
| | .050 | 4.45 | 3.59 | 3.20 | 2.96 | 2.81 | 2.70 | 2.61 | 2.55 | 2.49 |
| | .025 | 6.04 | 4.62 | 4.01 | 3.66 | 3.44 | 3.28 | 3.16 | 3.06 | 2.98 |
| | .010 | 8.40 | 6.11 | 5.18 | 4.67 | 4.34 | 4.10 | 3.93 | 3.79 | 3.68 |
| | .005 | 10.38 | 7.35 | 6.16 | 5.50 | 5.07 | 4.78 | 4.56 | 4.39 | 4.25 |
| 18 | .100 | 3.01 | 2.62 | 2.42 | 2.29 | 2.20 | 2.13 | 2.08 | 2.04 | 2.00 |
| | .050 | 4.41 | 3.55 | 3.16 | 2.93 | 2.77 | 2.66 | 2.58 | 2.51 | 2.46 |
| | .025 | 5.98 | 4.56 | 3.95 | 3.61 | 3.38 | 3.22 | 3.10 | 3.01 | 2.93 |
| | .010 | 8.29 | 6.01 | 5.09 | 4.58 | 4.25 | 4.01 | 3.84 | 3.71 | 3.60 |
| | .005 | 10.22 | 7.21 | 6.03 | 5.37 | 4.96 | 4.66 | 4.44 | 4.28 | 4.14 |
| 19 | .100 | 2.99 | 2.61 | 2.40 | 2.27 | 2.18 | 2.11 | 2.06 | 2.02 | 1.98 |
| | .050 | 4.38 | 3.52 | 3.13 | 2.90 | 2.74 | 2.63 | 2.54 | 2.48 | 2.42 |
| | .025 | 5.92 | 4.51 | 3.90 | 3.56 | 3.33 | 3.17 | 3.05 | 2.96 | 2.88 |
| | .010 | 8.18 | 5.93 | 5.01 | 4.50 | 4.17 | 3.94 | 3.77 | 3.63 | 3.52 |
| | .005 | 10.07 | 7.09 | 5.92 | 5.27 | 4.85 | 4.56 | 4.34 | 4.18 | 4.04 |
| 20 | .100 | 2.97 | 2.59 | 2.38 | 2.25 | 2.16 | 2.09 | 2.04 | 2.00 | 1.96 |
| | .050 | 4.35 | 3.49 | 3.10 | 2.87 | 2.71 | 2.60 | 2.51 | 2.45 | 2.39 |
| | .025 | 5.87 | 4.46 | 3.86 | 3.51 | 3.29 | 3.13 | 3.01 | 2.91 | 2.84 |
| | .010 | 8.10 | 5.85 | 4.94 | 4.43 | 4.10 | 3.87 | 3.70 | 3.56 | 3.46 |
| | .005 | 9.94 | 6.99 | 5.82 | 5.17 | 4.76 | 4.47 | 4.26 | 4.09 | 3.96 |

**TABLE 6**    *(continued)*

| | | | | | $df_1$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 12 | 15 | 20 | 24 | 30 | 40 | 60 | 120 | ∞ | a | $df_2$ |
| 2.32 | 2.28 | 2.24 | 2.20 | 2.18 | 2.16 | 2.13 | 2.11 | 2.08 | 2.06 | .100 | 10 |
| 2.98 | 2.91 | 2.85 | 2.77 | 2.74 | 2.70 | 2.66 | 2.62 | 2.58 | 2.54 | .050 | |
| 3.72 | 3.62 | 3.52 | 3.42 | 3.37 | 3.31 | 3.26 | 3.20 | 3.14 | 3.08 | .025 | |
| 4.85 | 4.71 | 4.56 | 4.41 | 4.33 | 4.25 | 4.17 | 4.08 | 4.00 | 3.91 | .010 | |
| 5.85 | 5.66 | 5.47 | 5.27 | 5.17 | 5.07 | 4.97 | 4.86 | 4.75 | 4.64 | .005 | |
| 2.25 | 2.21 | 2.17 | 2.12 | 2.10 | 2.08 | 2.05 | 2.03 | 2.00 | 1.97 | .100 | 11 |
| 2.85 | 2.79 | 2.72 | 2.65 | 2.61 | 2.57 | 2.53 | 2.49 | 2.45 | 2.40 | .050 | |
| 3.53 | 3.43 | 3.33 | 3.23 | 3.17 | 3.12 | 3.06 | 3.00 | 2.94 | 2.88 | .025 | |
| 4.54 | 4.40 | 4.25 | 4.10 | 4.02 | 3.94 | 3.86 | 3.78 | 3.69 | 3.60 | .010 | |
| 5.42 | 5.24 | 5.05 | 4.86 | 4.76 | 4.65 | 4.55 | 4.44 | 4.34 | 4.23 | .005 | |
| 2.19 | 2.15 | 2.10 | 2.06 | 2.04 | 2.01 | 1.99 | 1.96 | 1.93 | 1.90 | .100 | 12 |
| 2.75 | 2.69 | 2.62 | 2.54 | 2.51 | 2.47 | 2.43 | 2.38 | 2.34 | 2.30 | .050 | |
| 3.37 | 3.28 | 3.18 | 3.07 | 3.02 | 2.96 | 2.91 | 2.85 | 2.79 | 2.72 | .025 | |
| 4.30 | 4.16 | 4.01 | 3.86 | 3.78 | 3.70 | 3.62 | 3.54 | 3.45 | 3.36 | .010 | |
| 5.09 | 4.91 | 4.72 | 4.53 | 4.43 | 4.33 | 4.23 | 4.12 | 4.01 | 3.90 | .005 | |
| 2.14 | 2.10 | 2.05 | 2.01 | 1.98 | 1.96 | 1.93 | 1.90 | 1.88 | 1.85 | .100 | 13 |
| 2.67 | 2.60 | 2.53 | 2.46 | 2.42 | 2.38 | 2.34 | 2.30 | 2.25 | 2.21 | .050 | |
| 3.25 | 3.15 | 3.05 | 2.95 | 2.89 | 2.84 | 2.78 | 2.72 | 2.66 | 2.60 | .025 | |
| 4.10 | 3.96 | 3.82 | 3.66 | 3.59 | 3.51 | 3.43 | 3.34 | 3.25 | 3.17 | .010 | |
| 4.82 | 4.64 | 4.46 | 4.27 | 4.17 | 4.07 | 3.97 | 3.87 | 3.76 | 3.65 | .005 | |
| 2.10 | 2.05 | 2.01 | 1.96 | 1.94 | 1.91 | 1.89 | 1.86 | 1.83 | 1.80 | .100 | 14 |
| 2.60 | 2.53 | 2.46 | 2.39 | 2.35 | 2.31 | 2.27 | 2.22 | 2.18 | 2.13 | .050 | |
| 3.15 | 3.05 | 2.95 | 2.84 | 2.79 | 2.73 | 2.67 | 2.61 | 2.55 | 2.49 | .025 | |
| 3.94 | 3.80 | 3.66 | 3.51 | 3.43 | 3.35 | 3.27 | 3.18 | 3.09 | 3.00 | .010 | |
| 4.60 | 4.43 | 4.25 | 4.06 | 3.96 | 3.86 | 3.76 | 3.66 | 3.55 | 3.44 | .005 | |
| 2.06 | 2.02 | 1.97 | 1.92 | 1.90 | 1.87 | 1.85 | 1.82 | 1.79 | 1.76 | .100 | 15 |
| 2.54 | 2.48 | 2.40 | 2.33 | 2.29 | 2.25 | 2.20 | 2.16 | 2.11 | 2.07 | .050 | |
| 3.06 | 2.96 | 2.86 | 2.76 | 2.70 | 2.64 | 2.59 | 2.52 | 2.46 | 2.40 | .025 | |
| 3.80 | 3.67 | 3.52 | 3.37 | 3.29 | 3.21 | 3.13 | 3.05 | 2.96 | 2.87 | .010 | |
| 4.42 | 4.25 | 4.07 | 3.88 | 3.79 | 3.69 | 3.58 | 3.48 | 3.37 | 3.26 | .005 | |
| 2.03 | 1.99 | 1.94 | 1.89 | 1.87 | 1.84 | 1.81 | 1.78 | 1.75 | 1.72 | .100 | 16 |
| 2.49 | 2.42 | 2.35 | 2.28 | 2.24 | 2.19 | 2.15 | 2.11 | 2.06 | 2.01 | .050 | |
| 2.99 | 2.89 | 2.79 | 2.68 | 2.63 | 2.57 | 2.51 | 2.45 | 2.38 | 2.32 | .025 | |
| 3.69 | 3.55 | 3.41 | 3.26 | 3.18 | 3.10 | 3.02 | 2.93 | 2.84 | 2.75 | .010 | |
| 4.27 | 4.10 | 3.92 | 3.73 | 3.64 | 3.54 | 3.44 | 3.33 | 3.22 | 3.11 | .005 | |
| 2.00 | 1.96 | 1.91 | 1.86 | 1.84 | 1.81 | 1.78 | 1.75 | 1.72 | 1.69 | .100 | 17 |
| 2.45 | 2.38 | 2.31 | 2.23 | 2.19 | 2.15 | 2.10 | 2.06 | 2.01 | 1.96 | .050 | |
| 2.92 | 2.82 | 2.72 | 2.62 | 2.56 | 2.50 | 2.44 | 2.38 | 2.32 | 2.25 | .025 | |
| 3.59 | 3.46 | 3.31 | 3.16 | 3.08 | 3.00 | 2.92 | 2.83 | 2.75 | 2.65 | .010 | |
| 4.14 | 3.97 | 3.79 | 3.61 | 3.51 | 3.41 | 3.31 | 3.21 | 3.10 | 2.98 | .005 | |
| 1.98 | 1.93 | 1.89 | 1.84 | 1.81 | 1.78 | 1.75 | 1.72 | 1.69 | 1.66 | .100 | 18 |
| 2.41 | 2.34 | 2.27 | 2.19 | 2.15 | 2.11 | 2.06 | 2.02 | 1.97 | 1.92 | .050 | |
| 2.87 | 2.77 | 2.67 | 2.56 | 2.50 | 2.44 | 2.38 | 2.32 | 2.26 | 2.19 | .025 | |
| 3.51 | 3.37 | 3.23 | 3.08 | 3.00 | 2.92 | 2.84 | 2.75 | 2.66 | 2.57 | .010 | |
| 4.03 | 3.86 | 3.68 | 3.50 | 3.40 | 3.30 | 3.20 | 3.10 | 2.99 | 2.87 | .005 | |
| 1.96 | 1.91 | 1.86 | 1.81 | 1.79 | 1.76 | 1.73 | 1.70 | 1.67 | 1.63 | .100 | 19 |
| 2.38 | 2.31 | 2.23 | 2.16 | 2.11 | 2.07 | 2.03 | 1.98 | 1.93 | 1.88 | .050 | |
| 2.82 | 2.72 | 2.62 | 2.51 | 2.45 | 2.39 | 2.33 | 2.27 | 2.20 | 2.13 | .025 | |
| 3.43 | 3.30 | 3.15 | 3.00 | 2.92 | 2.84 | 2.76 | 2.67 | 2.58 | 2.49 | .010 | |
| 3.93 | 3.76 | 3.59 | 3.40 | 3.31 | 3.21 | 3.11 | 3.00 | 2.89 | 2.78 | .005 | |
| 1.94 | 1.89 | 1.84 | 1.79 | 1.77 | 1.74 | 1.71 | 1.68 | 1.64 | 1.61 | .100 | 20 |
| 2.35 | 2.28 | 2.20 | 2.12 | 2.08 | 2.04 | 1.99 | 1.95 | 1.90 | 1.84 | .050 | |
| 2.77 | 2.68 | 2.57 | 2.46 | 2.41 | 2.35 | 2.29 | 2.22 | 2.16 | 2.09 | .025 | |
| 3.37 | 3.23 | 3.09 | 2.94 | 2.86 | 2.78 | 2.69 | 2.61 | 2.52 | 2.42 | .010 | |
| 3.85 | 3.68 | 3.50 | 3.32 | 3.22 | 3.12 | 3.02 | 2.92 | 2.81 | 2.69 | .005 | |

**TABLE 6**  *(continued)*

| $df_2$ | a | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | .100 | 2.96 | 2.57 | 2.36 | 2.23 | 2.14 | 2.08 | 2.02 | 1.98 | 1.95 |
| | .050 | 4.32 | 3.47 | 3.07 | 2.84 | 2.68 | 2.57 | 2.49 | 2.42 | 2.37 |
| | .025 | 5.83 | 4.42 | 3.82 | 3.48 | 3.25 | 3.09 | 2.97 | 2.87 | 2.80 |
| | .010 | 8.02 | 5.78 | 4.87 | 4.37 | 4.04 | 3.81 | 3.64 | 3.51 | 3.40 |
| | .005 | 9.83 | 6.89 | 5.73 | 5.09 | 4.68 | 4.39 | 4.18 | 4.01 | 3.88 |
| 22 | .100 | 2.95 | 2.56 | 2.35 | 2.22 | 2.13 | 2.06 | 2.01 | 1.97 | 1.93 |
| | .050 | 4.30 | 3.44 | 3.05 | 2.82 | 2.66 | 2.55 | 2.46 | 2.40 | 2.34 |
| | .025 | 5.79 | 4.38 | 3.78 | 3.44 | 3.22 | 3.05 | 2.93 | 2.84 | 2.76 |
| | .010 | 7.95 | 5.72 | 4.82 | 4.31 | 3.99 | 3.76 | 3.59 | 3.45 | 3.35 |
| | .005 | 9.73 | 6.81 | 5.65 | 5.02 | 4.61 | 4.32 | 4.11 | 3.94 | 3.81 |
| 23 | .100 | 2.94 | 2.55 | 2.34 | 2.21 | 2.11 | 2.05 | 1.99 | 1.95 | 1.92 |
| | .050 | 4.28 | 3.42 | 3.03 | 2.80 | 2.64 | 2.53 | 2.44 | 2.37 | 2.32 |
| | .025 | 5.75 | 4.35 | 3.75 | 3.41 | 3.18 | 3.02 | 2.90 | 2.81 | 2.73 |
| | .010 | 7.88 | 5.66 | 4.76 | 4.26 | 3.94 | 3.71 | 3.54 | 3.41 | 3.30 |
| | .005 | 9.63 | 6.73 | 5.58 | 4.95 | 4.54 | 4.26 | 4.05 | 3.88 | 3.75 |
| 24 | .100 | 2.93 | 2.54 | 2.33 | 2.19 | 2.10 | 2.04 | 1.98 | 1.94 | 1.91 |
| | .050 | 4.26 | 3.40 | 3.01 | 2.78 | 2.62 | 2.51 | 2.42 | 2.36 | 2.30 |
| | .025 | 5.72 | 4.32 | 3.72 | 3.38 | 3.15 | 2.99 | 2.87 | 2.78 | 2.70 |
| | .010 | 7.82 | 5.61 | 4.72 | 4.22 | 3.90 | 3.67 | 3.50 | 3.36 | 3.26 |
| | .005 | 9.55 | 6.66 | 5.52 | 4.89 | 4.49 | 4.20 | 3.99 | 3.83 | 3.69 |
| 25 | .100 | 2.92 | 2.53 | 2.32 | 2.18 | 2.09 | 2.02 | 1.97 | 1.93 | 1.89 |
| | .050 | 4.24 | 3.39 | 2.99 | 2.76 | 2.60 | 2.49 | 2.40 | 2.34 | 2.28 |
| | .025 | 5.69 | 4.29 | 3.69 | 3.35 | 3.13 | 2.97 | 2.85 | 2.75 | 2.68 |
| | .010 | 7.77 | 5.57 | 4.68 | 4.18 | 3.85 | 3.63 | 3.46 | 3.32 | 3.22 |
| | .005 | 9.48 | 6.60 | 5.46 | 4.84 | 4.43 | 4.15 | 3.94 | 3.78 | 3.64 |
| 26 | .100 | 2.91 | 2.52 | 2.31 | 2.17 | 2.08 | 2.01 | 1.96 | 1.92 | 1.88 |
| | .050 | 4.23 | 3.37 | 2.98 | 2.74 | 2.59 | 2.47 | 2.39 | 2.32 | 2.27 |
| | .025 | 5.66 | 4.27 | 3.67 | 3.33 | 3.10 | 2.94 | 2.82 | 2.73 | 2.65 |
| | .010 | 7.72 | 5.53 | 4.64 | 4.14 | 3.82 | 3.59 | 3.42 | 3.29 | 3.18 |
| | .005 | 9.41 | 6.54 | 5.41 | 4.79 | 4.38 | 4.10 | 3.89 | 3.73 | 3.60 |
| 27 | .100 | 2.90 | 2.51 | 2.30 | 2.17 | 2.07 | 2.00 | 1.95 | 1.91 | 1.87 |
| | .050 | 4.21 | 3.35 | 2.96 | 2.73 | 2.57 | 2.46 | 2.37 | 2.31 | 2.25 |
| | .025 | 5.63 | 4.24 | 3.65 | 3.31 | 3.08 | 2.92 | 2.80 | 2.71 | 2.63 |
| | .010 | 7.68 | 5.49 | 4.60 | 4.11 | 3.78 | 3.56 | 3.39 | 3.26 | 3.15 |
| | .005 | 9.34 | 6.49 | 5.36 | 4.74 | 4.34 | 4.06 | 3.85 | 3.69 | 3.56 |
| 28 | .100 | 2.89 | 2.50 | 2.29 | 2.16 | 2.06 | 2.00 | 1.94 | 1.90 | 1.87 |
| | .050 | 4.20 | 3.34 | 2.95 | 2.71 | 2.56 | 2.45 | 2.36 | 2.29 | 2.24 |
| | .025 | 5.61 | 4.22 | 3.63 | 3.29 | 3.06 | 2.90 | 2.78 | 2.69 | 2.61 |
| | .010 | 7.64 | 5.45 | 4.57 | 4.07 | 3.75 | 3.53 | 3.36 | 3.23 | 3.12 |
| | .005 | 9.28 | 6.44 | 5.32 | 4.70 | 4.30 | 4.02 | 3.81 | 3.65 | 3.52 |
| 29 | .100 | 2.89 | 2.50 | 2.28 | 2.15 | 2.06 | 1.99 | 1.93 | 1.89 | 1.86 |
| | .050 | 4.18 | 3.33 | 2.93 | 2.70 | 2.55 | 2.43 | 2.35 | 2.28 | 2.22 |
| | .025 | 5.59 | 4.20 | 3.61 | 3.27 | 3.04 | 2.88 | 2.76 | 2.67 | 2.59 |
| | .010 | 7.60 | 5.42 | 4.54 | 4.04 | 3.73 | 3.50 | 3.33 | 3.20 | 3.09 |
| | .005 | 9.23 | 6.40 | 5.28 | 4.66 | 4.26 | 3.98 | 3.77 | 3.61 | 3.48 |
| 30 | .100 | 2.88 | 2.49 | 2.28 | 2.14 | 2.05 | 1.98 | 1.93 | 1.88 | 1.85 |
| | .050 | 4.17 | 3.32 | 2.92 | 2.69 | 2.53 | 2.42 | 2.33 | 2.27 | 2.21 |
| | .025 | 5.57 | 4.18 | 3.59 | 3.25 | 3.03 | 2.87 | 2.75 | 2.65 | 2.57 |
| | .010 | 7.56 | 5.39 | 4.51 | 4.02 | 3.70 | 3.47 | 3.30 | 3.17 | 3.07 |
| | .005 | 9.18 | 6.35 | 5.24 | 4.62 | 4.23 | 3.95 | 3.74 | 3.58 | 3.45 |

**TABLE 6** *(continued)*

| | | | | | $df_1$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 12 | 15 | 20 | 24 | 30 | 40 | 60 | 120 | ∞ | a | $df_2$ |
| 1.92 | 1.87 | 1.83 | 1.78 | 1.75 | 1.72 | 1.69 | 1.66 | 1.62 | 1.59 | .100 | 21 |
| 2.32 | 2.25 | 2.18 | 2.10 | 2.05 | 2.01 | 1.96 | 1.92 | 1.87 | 1.81 | .050 | |
| 2.73 | 2.64 | 2.53 | 2.42 | 2.37 | 2.31 | 2.25 | 2.18 | 2.11 | 2.04 | .025 | |
| 3.31 | 3.17 | 3.03 | 2.88 | 2.80 | 2.72 | 2.64 | 2.55 | 2.46 | 2.36 | .010 | |
| 3.77 | 3.60 | 3.43 | 3.24 | 3.15 | 3.05 | 2.95 | 2.84 | 2.73 | 2.61 | .005 | |
| 1.90 | 1.86 | 1.81 | 1.76 | 1.73 | 1.70 | 1.67 | 1.64 | 1.60 | 1.57 | .100 | 22 |
| 2.30 | 2.23 | 2.15 | 2.07 | 2.03 | 1.98 | 1.94 | 1.89 | 1.84 | 1.78 | .050 | |
| 2.70 | 2.60 | 2.50 | 2.39 | 2.33 | 2.27 | 2.21 | 2.14 | 2.08 | 2.00 | .025 | |
| 3.26 | 3.12 | 2.98 | 2.83 | 2.75 | 2.67 | 2.58 | 2.50 | 2.40 | 2.31 | .010 | |
| 3.70 | 3.54 | 3.36 | 3.18 | 3.08 | 2.98 | 2.88 | 2.77 | 2.66 | 2.55 | .005 | |
| 1.89 | 1.84 | 1.80 | 1.74 | 1.72 | 1.69 | 1.66 | 1.62 | 1.59 | 1.55 | .100 | 23 |
| 2.27 | 2.20 | 2.13 | 2.05 | 2.01 | 1.96 | 1.91 | 1.86 | 1.81 | 1.76 | .050 | |
| 2.67 | 2.57 | 2.47 | 2.36 | 2.30 | 2.24 | 2.18 | 2.11 | 2.04 | 1.97 | .025 | |
| 3.21 | 3.07 | 2.93 | 2.78 | 2.70 | 2.62 | 2.54 | 2.45 | 2.35 | 2.26 | .010 | |
| 3.64 | 3.47 | 3.30 | 3.12 | 3.02 | 2.92 | 2.82 | 2.71 | 2.60 | 2.48 | .005 | |
| 1.88 | 1.83 | 1.78 | 1.73 | 1.70 | 1.67 | 1.64 | 1.61 | 1.57 | 1.53 | .100 | 24 |
| 2.25 | 2.18 | 2.11 | 2.03 | 1.98 | 1.94 | 1.89 | 1.84 | 1.79 | 1.73 | .050 | |
| 2.64 | 2.54 | 2.44 | 2.33 | 2.27 | 2.21 | 2.15 | 2.08 | 2.01 | 1.94 | .025 | |
| 3.17 | 3.03 | 2.89 | 2.74 | 2.66 | 2.58 | 2.49 | 2.40 | 2.31 | 2.21 | .010 | |
| 3.59 | 3.42 | 3.25 | 3.06 | 2.97 | 2.87 | 2.77 | 2.66 | 2.55 | 2.43 | .005 | |
| 1.87 | 1.82 | 1.77 | 1.72 | 1.69 | 1.66 | 1.63 | 1.59 | 1.56 | 1.52 | .100 | 25 |
| 2.24 | 2.16 | 2.09 | 2.01 | 1.96 | 1.92 | 1.87 | 1.82 | 1.77 | 1.71 | .050 | |
| 2.61 | 2.51 | 2.41 | 2.30 | 2.24 | 2.18 | 2.12 | 2.05 | 1.98 | 1.91 | .025 | |
| 3.13 | 2.99 | 2.85 | 2.70 | 2.62 | 2.54 | 2.45 | 2.36 | 2.27 | 2.17 | .010 | |
| 3.54 | 3.37 | 3.20 | 3.01 | 2.92 | 2.82 | 2.72 | 2.61 | 2.50 | 2.38 | .005 | |
| 1.86 | 1.81 | 1.76 | 1.71 | 1.68 | 1.65 | 1.61 | 1.58 | 1.54 | 1.50 | .100 | 26 |
| 2.22 | 2.15 | 2.07 | 1.99 | 1.95 | 1.90 | 1.85 | 1.80 | 1.75 | 1.69 | .050 | |
| 2.59 | 2.49 | 2.39 | 2.28 | 2.22 | 2.16 | 2.09 | 2.03 | 1.95 | 1.88 | .025 | |
| 3.09 | 2.96 | 2.81 | 2.66 | 2.58 | 2.50 | 2.42 | 2.33 | 2.23 | 2.13 | .010 | |
| 3.49 | 3.33 | 3.15 | 2.97 | 2.87 | 2.77 | 2.67 | 2.56 | 2.45 | 2.33 | .005 | |
| 1.85 | 1.80 | 1.75 | 1.70 | 1.67 | 1.64 | 1.60 | 1.57 | 1.53 | 1.49 | .100 | 27 |
| 2.20 | 2.13 | 2.06 | 1.97 | 1.93 | 1.88 | 1.84 | 1.79 | 1.73 | 1.67 | .050 | |
| 2.57 | 2.47 | 2.36 | 2.25 | 2.19 | 2.13 | 2.07 | 2.00 | 1.93 | 1.85 | .025 | |
| 3.06 | 2.93 | 2.78 | 2.63 | 2.55 | 2.47 | 2.38 | 2.29 | 2.20 | 2.10 | .010 | |
| 3.45 | 3.28 | 3.11 | 2.93 | 2.83 | 2.73 | 2.63 | 2.52 | 2.41 | 2.29 | .005 | |
| 1.84 | 1.79 | 1.74 | 1.69 | 1.66 | 1.63 | 1.59 | 1.56 | 1.52 | 1.48 | .100 | 28 |
| 2.19 | 2.12 | 2.04 | 1.96 | 1.91 | 1.87 | 1.82 | 1.77 | 1.71 | 1.65 | .050 | |
| 2.55 | 2.45 | 2.34 | 2.23 | 2.17 | 2.11 | 2.05 | 1.98 | 1.91 | 1.83 | .025 | |
| 3.03 | 2.90 | 2.75 | 2.60 | 2.52 | 2.44 | 2.35 | 2.26 | 2.17 | 2.06 | .010 | |
| 3.41 | 3.25 | 3.07 | 2.89 | 2.79 | 2.69 | 2.59 | 2.48 | 2.37 | 2.25 | .005 | |
| 1.83 | 1.78 | 1.73 | 1.68 | 1.65 | 1.62 | 1.58 | 1.55 | 1.51 | 1.47 | .100 | 29 |
| 2.18 | 2.10 | 2.03 | 1.94 | 1.90 | 1.85 | 1.81 | 1.75 | 1.70 | 1.64 | .050 | |
| 2.53 | 2.43 | 2.32 | 2.21 | 2.15 | 2.09 | 2.03 | 1.96 | 1.89 | 1.81 | .025 | |
| 3.00 | 2.87 | 2.73 | 2.57 | 2.49 | 2.41 | 2.33 | 2.23 | 2.14 | 2.03 | .010 | |
| 3.38 | 3.21 | 3.04 | 2.86 | 2.76 | 2.66 | 2.56 | 2.45 | 2.33 | 2.21 | .005 | |
| 1.82 | 1.77 | 1.72 | 1.67 | 1.64 | 1.61 | 1.57 | 1.54 | 1.50 | 1.46 | .100 | 30 |
| 2.16 | 2.09 | 2.01 | 1.93 | 1.89 | 1.84 | 1.79 | 1.74 | 1.68 | 1.62 | .050 | |
| 2.51 | 2.41 | 2.31 | 2.20 | 2.14 | 2.07 | 2.01 | 1.94 | 1.87 | 1.79 | .025 | |
| 2.98 | 2.84 | 2.70 | 2.55 | 2.47 | 2.39 | 2.30 | 2.21 | 2.11 | 2.01 | .010 | |
| 3.34 | 3.18 | 3.01 | 2.82 | 2.73 | 2.63 | 2.52 | 2.42 | 2.30 | 2.18 | .005 | |

**700**  ○  APPENDIX I TABLES

**TABLE 6**  *(continued)*

| $df_2$ | $a$ | $df_1$ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | .100 | 2.84 | 2.44 | 2.23 | 2.09 | 2.00 | 1.93 | 1.87 | 1.83 | 1.79 |
|  | .050 | 4.08 | 3.23 | 2.84 | 2.61 | 2.45 | 2.34 | 2.25 | 2.18 | 2.12 |
|  | .025 | 5.42 | 4.05 | 3.46 | 3.13 | 2.90 | 2.74 | 2.62 | 2.53 | 2.45 |
|  | .010 | 7.31 | 5.18 | 4.31 | 3.83 | 3.51 | 3.29 | 3.12 | 2.99 | 2.89 |
|  | .005 | 8.83 | 6.07 | 4.98 | 4.37 | 3.99 | 3.71 | 3.51 | 3.35 | 3.22 |
| 60 | .100 | 2.79 | 2.39 | 2.18 | 2.04 | 1.95 | 1.87 | 1.82 | 1.77 | 1.74 |
|  | .050 | 4.00 | 3.15 | 2.76 | 2.53 | 2.37 | 2.25 | 2.17 | 2.10 | 2.04 |
|  | .025 | 5.29 | 3.93 | 3.34 | 3.01 | 2.79 | 2.63 | 2.51 | 2.41 | 2.33 |
|  | .010 | 7.08 | 4.98 | 4.13 | 3.65 | 3.34 | 3.12 | 2.95 | 2.82 | 2.72 |
|  | .005 | 8.49 | 5.79 | 4.73 | 4.14 | 3.76 | 3.49 | 3.29 | 3.13 | 3.01 |
| 120 | .100 | 2.75 | 2.35 | 2.13 | 1.99 | 1.90 | 1.82 | 1.77 | 1.72 | 1.68 |
|  | .050 | 3.92 | 3.07 | 2.68 | 2.45 | 2.29 | 2.17 | 2.09 | 2.02 | 1.96 |
|  | .025 | 5.15 | 3.80 | 3.23 | 2.89 | 2.67 | 2.52 | 2.39 | 2.30 | 2.22 |
|  | .010 | 6.85 | 4.79 | 3.95 | 3.48 | 3.17 | 2.96 | 2.79 | 2.66 | 2.56 |
|  | .005 | 8.18 | 5.54 | 4.50 | 3.92 | 3.55 | 3.28 | 3.09 | 2.93 | 2.81 |
| ∞ | .100 | 2.71 | 2.30 | 2.08 | 1.94 | 1.85 | 1.77 | 1.72 | 1.67 | 1.63 |
|  | .050 | 3.84 | 3.00 | 2.60 | 2.37 | 2.21 | 2.10 | 2.01 | 1.94 | 1.63 |
|  | .025 | 5.02 | 3.69 | 3.12 | 2.79 | 2.57 | 2.41 | 2.29 | 2.19 | 2.11 |
|  | .010 | 6.63 | 4.61 | 3.78 | 3.32 | 3.02 | 2.80 | 2.64 | 2.51 | 2.41 |
|  | .005 | 7.88 | 5.30 | 4.28 | 3.72 | 3.35 | 3.09 | 2.90 | 2.74 | 2.62 |

**TABLE 6**   *(continued)*

| | | | | | $df_1$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 12 | 15 | 20 | 24 | 30 | 40 | 60 | 120 | ∞ | a | $df_2$ |
| 1.76 | 1.71 | 1.66 | 1.61 | 1.57 | 1.54 | 1.51 | 1.47 | 1.42 | 1.38 | .100 | 40 |
| 2.08 | 2.00 | 1.92 | 1.84 | 1.79 | 1.74 | 1.69 | 1.64 | 1.58 | 1.51 | .050 | |
| 2.39 | 2.29 | 2.18 | 2.07 | 2.01 | 1.94 | 1.88 | 1.80 | 1.72 | 1.64 | .025 | |
| 2.80 | 2.66 | 2.52 | 2.37 | 2.29 | 2.20 | 2.11 | 2.02 | 1.92 | 1.80 | .010 | |
| 3.12 | 2.95 | 2.78 | 2.60 | 2.50 | 2.40 | 2.30 | 2.18 | 2.06 | 1.93 | .005 | |
| 1.71 | 1.66 | 1.60 | 1.54 | 1.51 | 1.48 | 1.44 | 1.40 | 1.35 | 1.29 | .100 | 60 |
| 1.99 | 1.92 | 1.84 | 1.75 | 1.70 | 1.65 | 1.59 | 1.53 | 1.47 | 1.39 | .050 | |
| 2.27 | 2.17 | 2.06 | 1.94 | 1.88 | 1.82 | 1.74 | 1.67 | 1.58 | 1.48 | .025 | |
| 2.63 | 2.50 | 2.35 | 2.20 | 2.12 | 2.03 | 1.94 | 1.84 | 1.73 | 1.60 | .010 | |
| 2.90 | 2.74 | 2.57 | 2.39 | 2.29 | 2.19 | 2.08 | 1.96 | 1.83 | 1.69 | .005 | |
| 1.65 | 1.60 | 1.55 | 1.48 | 1.45 | 1.41 | 1.37 | 1.32 | 1.26 | 1.19 | .100 | 120 |
| 1.91 | 1.83 | 1.75 | 1.66 | 1.61 | 1.55 | 1.50 | 1.43 | 1.35 | 1.25 | .050 | |
| 2.16 | 2.05 | 1.94 | 1.82 | 1.76 | 1.69 | 1.61 | 1.53 | 1.43 | 1.31 | .025 | |
| 2.47 | 2.34 | 2.19 | 2.03 | 1.95 | 1.86 | 1.76 | 1.66 | 1.53 | 1.38 | .010 | |
| 2.71 | 2.54 | 2.37 | 2.19 | 2.09 | 1.98 | 1.87 | 1.75 | 1.61 | 1.43 | .005 | |
| 1.60 | 1.55 | 1.49 | 1.42 | 1.38 | 1.34 | 1.30 | 1.24 | 1.17 | 1.00 | .100 | ∞ |
| 1.83 | 1.75 | 1.67 | 1.57 | 1.52 | 1.46 | 1.39 | 1.32 | 1.22 | 1.00 | .050 | |
| 2.05 | 1.94 | 1.83 | 1.71 | 1.64 | 1.57 | 1.48 | 1.39 | 1.27 | 1.00 | .025 | |
| 2.32 | 2.18 | 2.04 | 1.88 | 1.79 | 1.70 | 1.59 | 1.47 | 1.32 | 1.00 | .010 | |
| 2.52 | 2.36 | 2.19 | 2.00 | 1.90 | 1.79 | 1.67 | 1.53 | 1.36 | 1.00 | .005 | |

**702** ○ APPENDIX I TABLES

**TABLE 7** Critical Values of $T$ for the Wilcoxon Rank Sum Test, $n_1 \leq n_2$

**TABLE 7(a)**
**5% Left-Tailed Critical Values**

| | | | | | | | | $n_1$ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $n_2$ | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 3 | — | 6 | | | | | | | | | | | | |
| 4 | — | 6 | 11 | | | | | | | | | | | |
| 5 | 3 | 7 | 12 | 19 | | | | | | | | | | |
| 6 | 3 | 8 | 13 | 20 | 28 | | | | | | | | | |
| 7 | 3 | 8 | 14 | 21 | 29 | 39 | | | | | | | | |
| 8 | 4 | 9 | 15 | 23 | 31 | 41 | 51 | | | | | | | |
| 9 | 4 | 10 | 16 | 24 | 33 | 43 | 54 | 66 | | | | | | |
| 10 | 4 | 10 | 17 | 26 | 35 | 45 | 56 | 69 | 82 | | | | | |
| 11 | 4 | 11 | 18 | 27 | 37 | 47 | 59 | 72 | 86 | 100 | | | | |
| 12 | 5 | 11 | 19 | 28 | 38 | 49 | 62 | 75 | 89 | 104 | 120 | | | |
| 13 | 5 | 12 | 20 | 30 | 40 | 52 | 64 | 78 | 92 | 108 | 125 | 142 | | |
| 14 | 6 | 13 | 21 | 31 | 42 | 54 | 67 | 81 | 96 | 112 | 129 | 147 | 166 | |
| 15 | 6 | 13 | 22 | 33 | 44 | 56 | 69 | 84 | 99 | 116 | 133 | 152 | 171 | 192 |

**TABLE 7(b)**
**2.5% Left-Tailed Critical Values**

| | | | | | | | | $n_1$ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $n_2$ | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 4 | — | — | 10 | | | | | | | | | | | |
| 5 | — | 6 | 11 | 17 | | | | | | | | | | |
| 6 | — | 7 | 12 | 18 | 26 | | | | | | | | | |
| 7 | — | 7 | 13 | 20 | 27 | 36 | | | | | | | | |
| 8 | 3 | 8 | 14 | 21 | 29 | 38 | 49 | | | | | | | |
| 9 | 3 | 8 | 14 | 22 | 31 | 40 | 51 | 62 | | | | | | |
| 10 | 3 | 9 | 15 | 23 | 32 | 42 | 53 | 65 | 78 | | | | | |
| 11 | 3 | 9 | 16 | 24 | 34 | 44 | 55 | 68 | 81 | 96 | | | | |
| 12 | 4 | 10 | 17 | 26 | 35 | 46 | 58 | 71 | 84 | 99 | 115 | | | |
| 13 | 4 | 10 | 18 | 27 | 37 | 48 | 60 | 73 | 88 | 103 | 119 | 136 | | |
| 14 | 4 | 11 | 19 | 28 | 38 | 50 | 62 | 76 | 91 | 106 | 123 | 141 | 160 | |
| 15 | 4 | 11 | 20 | 29 | 40 | 52 | 65 | 79 | 94 | 110 | 127 | 145 | 164 | 184 |

SOURCE: Data from "An Extended Table of Critical Values for the Mann-Whitney (Wilcoxon) Two-Sample Statistic" by Roy C. Milton, pp. 925–934 in the *Journal of the American Statistical Association,* Volume 59, No. 307, Sept. 1964. Reprinted with permission from the *Journal of the American Statistical Association.* Copyright 1964 by the American Statistical Association. All rights reserved.

**TABLE 7(c)**
**1% Left-Tailed**
**Critical Values**

| $n_2$ | | | | | | | | $n_1$ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 3 | — | — | | | | | | | | | | | | |
| 4 | — | — | — | | | | | | | | | | | |
| 5 | — | — | 10 | 16 | | | | | | | | | | |
| 6 | — | — | 11 | 17 | 24 | | | | | | | | | |
| 7 | — | 6 | 11 | 18 | 25 | 34 | | | | | | | | |
| 8 | — | 6 | 12 | 19 | 27 | 35 | 45 | | | | | | | |
| 9 | — | 7 | 13 | 20 | 28 | 37 | 47 | 59 | | | | | | |
| 10 | — | 7 | 13 | 21 | 29 | 39 | 49 | 61 | 74 | | | | | |
| 11 | — | 7 | 14 | 22 | 30 | 40 | 51 | 63 | 77 | 91 | | | | |
| 12 | — | 8 | 15 | 23 | 32 | 42 | 53 | 66 | 79 | 94 | 109 | | | |
| 13 | 3 | 8 | 15 | 24 | 33 | 44 | 56 | 68 | 82 | 97 | 113 | 130 | | |
| 14 | 3 | 8 | 16 | 25 | 34 | 45 | 58 | 71 | 85 | 100 | 116 | 134 | 152 | |
| 15 | 3 | 9 | 17 | 26 | 36 | 47 | 60 | 73 | 88 | 103 | 120 | 138 | 156 | 176 |

**TABLE 7(d)**
**.5% Left-Tailed**
**Critical Values**

| $n_2$ | | | | | | | $n_1$ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 3 | — | | | | | | | | | | | | |
| 4 | — | — | | | | | | | | | | | |
| 5 | — | — | 15 | | | | | | | | | | |
| 6 | — | 10 | 16 | 23 | | | | | | | | | |
| 7 | — | 10 | 16 | 24 | 32 | | | | | | | | |
| 8 | — | 11 | 17 | 25 | 34 | 42 | | | | | | | |
| 9 | 6 | 11 | 18 | 26 | 35 | 45 | 56 | | | | | | |
| 10 | 6 | 12 | 19 | 27 | 37 | 47 | 58 | 71 | | | | | |
| 11 | 6 | 12 | 20 | 28 | 38 | 49 | 61 | 73 | 87 | | | | |
| 12 | 7 | 13 | 21 | 30 | 40 | 51 | 63 | 76 | 90 | 105 | | | |
| 13 | 7 | 13 | 22 | 31 | 41 | 53 | 65 | 79 | 93 | 109 | 125 | | |
| 14 | 7 | 14 | 22 | 32 | 43 | 54 | 67 | 81 | 96 | 112 | 129 | 147 | |
| 15 | 8 | 15 | 23 | 33 | 44 | 56 | 69 | 84 | 99 | 115 | 133 | 151 | 171 |

Text not available due to copyright restrictions

Text not available due to copyright restrictions

**706** ○ APPENDIX I TABLES

**TABLE 10** Random Numbers

| Line | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Column** | | |
| 1 | 10480 | 15011 | 01536 | 02011 | 81647 | 91646 | 69179 | 14194 | 62590 | 36207 | 20969 | 99570 | 91291 | 90700 |
| 2 | 22368 | 46573 | 25595 | 85393 | 30995 | 89198 | 27982 | 53402 | 93965 | 34095 | 52666 | 19174 | 39615 | 99505 |
| 3 | 24130 | 48360 | 22527 | 97265 | 76393 | 64809 | 15179 | 24830 | 49340 | 32081 | 30680 | 19655 | 63348 | 58629 |
| 4 | 42167 | 93093 | 06243 | 61680 | 07856 | 16376 | 39440 | 53537 | 71341 | 57004 | 00849 | 74917 | 97758 | 16379 |
| 5 | 37570 | 39975 | 81837 | 16656 | 06121 | 91782 | 60468 | 81305 | 49684 | 60672 | 14110 | 06927 | 01263 | 54613 |
| 6 | 77921 | 06907 | 11008 | 42751 | 27756 | 53498 | 18602 | 70659 | 90655 | 15053 | 21916 | 81825 | 44394 | 42880 |
| 7 | 99562 | 72905 | 56420 | 69994 | 98872 | 31016 | 71194 | 18738 | 44013 | 48840 | 63213 | 21069 | 10634 | 12952 |
| 8 | 96301 | 91977 | 05463 | 07972 | 18876 | 20922 | 94595 | 56869 | 69014 | 60045 | 18425 | 84903 | 42508 | 32307 |
| 9 | 89579 | 14342 | 63661 | 10281 | 17453 | 18103 | 57740 | 84378 | 25331 | 12566 | 58678 | 44947 | 05585 | 56941 |
| 10 | 84575 | 36857 | 53342 | 53988 | 53060 | 59533 | 38867 | 62300 | 08158 | 17983 | 16439 | 11458 | 18593 | 64952 |
| 11 | 28918 | 69578 | 88231 | 33276 | 70997 | 79936 | 56865 | 05859 | 90106 | 31595 | 01547 | 85590 | 91610 | 78188 |
| 12 | 63553 | 40961 | 48235 | 03427 | 49626 | 69445 | 18663 | 72695 | 52180 | 20847 | 12234 | 90511 | 33703 | 90322 |
| 13 | 09429 | 93969 | 52636 | 92737 | 88974 | 33488 | 36320 | 17617 | 30015 | 08272 | 84115 | 27156 | 30613 | 74952 |
| 14 | 10365 | 61129 | 87529 | 85689 | 48237 | 52267 | 67689 | 93394 | 01511 | 26358 | 85104 | 20285 | 29975 | 89868 |
| 15 | 07119 | 97336 | 71048 | 08178 | 77233 | 13916 | 47564 | 81056 | 97735 | 85977 | 29372 | 74461 | 28551 | 90707 |
| 16 | 51085 | 12765 | 51821 | 51259 | 77452 | 16308 | 60756 | 92144 | 49442 | 53900 | 70960 | 63990 | 75601 | 40719 |
| 17 | 02368 | 21382 | 52404 | 60268 | 89368 | 19885 | 55322 | 44819 | 01188 | 65255 | 64835 | 44919 | 05944 | 55157 |
| 18 | 01011 | 54092 | 33362 | 94904 | 31273 | 04146 | 18594 | 29852 | 71585 | 85030 | 51132 | 01915 | 92747 | 64951 |
| 19 | 52162 | 53916 | 46369 | 58586 | 23216 | 14513 | 83149 | 98736 | 23495 | 64350 | 94738 | 17752 | 35156 | 35749 |
| 20 | 07056 | 97628 | 33787 | 09998 | 42698 | 06691 | 76988 | 13602 | 51851 | 46104 | 88916 | 19509 | 25625 | 58104 |
| 21 | 48663 | 91245 | 85828 | 14346 | 09172 | 30168 | 90229 | 04734 | 59193 | 22178 | 30421 | 61666 | 99904 | 32812 |
| 22 | 54164 | 58492 | 22421 | 74103 | 47070 | 25306 | 76468 | 26384 | 58151 | 06646 | 21524 | 15227 | 96909 | 44592 |
| 23 | 32639 | 32363 | 05597 | 24200 | 13363 | 38005 | 94342 | 28728 | 35806 | 06912 | 17012 | 64161 | 18296 | 22851 |
| 24 | 29334 | 27001 | 87637 | 87308 | 58731 | 00256 | 45834 | 15398 | 46557 | 41135 | 10367 | 07684 | 36188 | 18510 |
| 25 | 02488 | 33062 | 28834 | 07351 | 19731 | 92420 | 60952 | 61280 | 50001 | 67658 | 32586 | 86679 | 50720 | 94953 |
| 26 | 81525 | 72295 | 04839 | 96423 | 24878 | 82651 | 66566 | 14778 | 76797 | 14780 | 13300 | 87074 | 79666 | 95725 |
| 27 | 29676 | 20591 | 68086 | 26432 | 46901 | 20849 | 89768 | 81536 | 86645 | 12659 | 92259 | 57102 | 80428 | 25280 |
| 28 | 00742 | 57392 | 39064 | 66432 | 84673 | 40027 | 32832 | 61362 | 98947 | 96067 | 64760 | 64585 | 96096 | 98253 |
| 29 | 05366 | 04213 | 25669 | 26422 | 44407 | 44048 | 37937 | 63904 | 45766 | 66134 | 75470 | 66520 | 34693 | 90449 |
| 30 | 91921 | 26418 | 64117 | 94305 | 26766 | 25940 | 39972 | 22209 | 71500 | 64568 | 91402 | 42416 | 07844 | 69618 |
| 31 | 00582 | 04711 | 87917 | 77341 | 42206 | 35126 | 74087 | 99547 | 81817 | 42607 | 43808 | 76655 | 62028 | 76630 |
| 32 | 00725 | 69884 | 62797 | 56170 | 86324 | 88072 | 76222 | 36086 | 84637 | 93161 | 76038 | 65855 | 77919 | 88006 |
| 33 | 69011 | 65795 | 95876 | 55293 | 18988 | 27354 | 26575 | 08625 | 40801 | 59920 | 29841 | 80150 | 12777 | 48501 |
| 34 | 25976 | 57948 | 29888 | 88604 | 67917 | 48708 | 18912 | 82271 | 65424 | 69774 | 33611 | 54262 | 85963 | 03547 |
| 35 | 09763 | 83473 | 73577 | 12908 | 30883 | 18317 | 28290 | 35797 | 05998 | 41688 | 34952 | 37888 | 38917 | 88050 |
| 36 | 91567 | 42595 | 27958 | 30134 | 04024 | 86385 | 29880 | 99730 | 55536 | 84855 | 29080 | 09250 | 79656 | 73211 |
| 37 | 17955 | 56349 | 90999 | 49127 | 20044 | 59931 | 06115 | 20542 | 18059 | 02008 | 73708 | 83517 | 36103 | 42791 |
| 38 | 46503 | 18584 | 18845 | 49618 | 02304 | 51038 | 20655 | 58727 | 28168 | 15475 | 56942 | 53389 | 20562 | 87338 |
| 39 | 92157 | 89634 | 94824 | 78171 | 84610 | 82834 | 09922 | 25417 | 44137 | 48413 | 25555 | 21246 | 35509 | 20468 |
| 40 | 14577 | 62765 | 35605 | 81263 | 39667 | 47358 | 56873 | 56307 | 61607 | 49518 | 89656 | 20103 | 77490 | 18062 |
| 41 | 98427 | 07523 | 33362 | 64270 | 01638 | 92477 | 66969 | 98420 | 04880 | 45585 | 46565 | 04102 | 46880 | 45709 |
| 42 | 34914 | 63976 | 88720 | 82765 | 34476 | 17032 | 87589 | 40836 | 32427 | 70002 | 70663 | 88863 | 77775 | 69348 |
| 43 | 70060 | 28277 | 39475 | 46473 | 23219 | 53416 | 94970 | 25832 | 69975 | 94884 | 19661 | 72828 | 00102 | 66794 |
| 44 | 53976 | 54914 | 06990 | 67245 | 68350 | 82948 | 11398 | 42878 | 80287 | 88267 | 47363 | 46634 | 06541 | 97809 |
| 45 | 76072 | 29515 | 40980 | 07391 | 58745 | 25774 | 22987 | 80059 | 39911 | 96189 | 41151 | 14222 | 60697 | 59583 |
| 46 | 90725 | 52210 | 83974 | 29992 | 65831 | 38857 | 50490 | 83765 | 55657 | 14361 | 31720 | 57375 | 56228 | 41546 |
| 47 | 64364 | 67412 | 33339 | 31926 | 14883 | 24413 | 59744 | 92351 | 97473 | 89286 | 35931 | 04110 | 23726 | 51900 |
| 48 | 08962 | 00358 | 31662 | 25388 | 61642 | 34072 | 81249 | 35648 | 56891 | 69352 | 48373 | 45578 | 78547 | 81788 |
| 49 | 95012 | 68379 | 93526 | 70765 | 10592 | 04542 | 76463 | 54328 | 02349 | 17247 | 28865 | 14777 | 62730 | 92277 |
| 50 | 15664 | 10493 | 20492 | 38391 | 91132 | 21999 | 59516 | 81652 | 27195 | 48223 | 46751 | 22923 | 32261 | 85653 |

SOURCE: From *Handbook of Tables for Probability and Statistics,* 2nd ed., edited by William H. Beyer (CRC Press). Used by permission of William H. Beyer.

**TABLE 10** *(continued)*

| | | | | | | | Column | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 51 | 16408 | 81899 | 04153 | 53381 | 79401 | 21438 | 83035 | 92350 | 36693 | 31238 | 59649 | 91754 | 72772 | 02338 |
| 52 | 18629 | 81953 | 05520 | 91962 | 04739 | 13092 | 97662 | 24822 | 94730 | 06496 | 35090 | 04822 | 86774 | 98289 |
| 53 | 73115 | 35101 | 47498 | 87637 | 99016 | 71060 | 88824 | 71013 | 18735 | 20286 | 23153 | 72924 | 35165 | 43040 |
| 54 | 57491 | 16703 | 23167 | 49323 | 45021 | 33132 | 12544 | 41035 | 80780 | 45393 | 44812 | 12515 | 98931 | 91202 |
| 55 | 30405 | 83946 | 23792 | 14422 | 15059 | 45799 | 22716 | 19792 | 09983 | 74353 | 68668 | 30429 | 70735 | 25499 |
| 56 | 16631 | 35006 | 85900 | 98275 | 32388 | 52390 | 16815 | 69298 | 82732 | 38480 | 73817 | 32523 | 41961 | 44437 |
| 57 | 96773 | 20206 | 42559 | 78985 | 05300 | 22164 | 24369 | 54224 | 35033 | 19687 | 11052 | 91491 | 60383 | 19746 |
| 58 | 38935 | 64202 | 14349 | 82674 | 66523 | 44133 | 00697 | 35552 | 35970 | 19124 | 63318 | 29686 | 03387 | 59846 |
| 59 | 31624 | 76384 | 17403 | 53363 | 44167 | 64486 | 64758 | 75366 | 76554 | 31601 | 12614 | 33072 | 60332 | 92325 |
| 60 | 78919 | 19474 | 23632 | 27889 | 47914 | 02584 | 37680 | 20801 | 72152 | 39339 | 34806 | 08930 | 85001 | 87820 |
| 61 | 03931 | 33309 | 57047 | 74211 | 63445 | 17361 | 62825 | 39908 | 05607 | 91284 | 68833 | 25570 | 38818 | 46920 |
| 62 | 74426 | 33278 | 43972 | 10119 | 89917 | 15665 | 52872 | 73823 | 73144 | 88662 | 88970 | 74492 | 51805 | 99378 |
| 63 | 09066 | 00903 | 20795 | 95452 | 92648 | 45454 | 09552 | 88815 | 16553 | 51125 | 79375 | 97596 | 16296 | 66092 |
| 64 | 42238 | 12426 | 87025 | 14267 | 20979 | 04508 | 64535 | 31355 | 86064 | 29472 | 47689 | 05974 | 52468 | 16834 |
| 65 | 16153 | 08002 | 26504 | 41744 | 81959 | 65642 | 74240 | 56302 | 00033 | 67107 | 77510 | 70625 | 28725 | 34191 |
| 66 | 21457 | 40742 | 29820 | 96783 | 29400 | 21840 | 15035 | 34537 | 33310 | 06116 | 95240 | 15957 | 16572 | 06004 |
| 67 | 21581 | 57802 | 02050 | 89728 | 17937 | 37621 | 47075 | 42080 | 97403 | 48626 | 68995 | 43805 | 33386 | 21597 |
| 68 | 55612 | 78095 | 83197 | 33732 | 05810 | 24813 | 86902 | 60397 | 16489 | 03264 | 88525 | 42786 | 05269 | 92532 |
| 69 | 44657 | 66999 | 99324 | 51281 | 84463 | 60563 | 79312 | 93454 | 68876 | 25471 | 93911 | 25650 | 12682 | 73572 |
| 70 | 91340 | 84979 | 46949 | 81973 | 37949 | 61023 | 43997 | 15263 | 80644 | 43942 | 89203 | 71795 | 99533 | 50501 |
| 71 | 91227 | 21199 | 31935 | 27022 | 84067 | 05462 | 35216 | 14486 | 29891 | 68607 | 41867 | 14951 | 91696 | 85065 |
| 72 | 50001 | 38140 | 66321 | 19924 | 72163 | 09538 | 12151 | 06878 | 91903 | 18749 | 34405 | 56087 | 82790 | 70925 |
| 73 | 65390 | 05224 | 72958 | 28609 | 81406 | 39147 | 25549 | 48542 | 42627 | 45233 | 57202 | 94617 | 23772 | 07896 |
| 74 | 27504 | 96131 | 83944 | 41575 | 10573 | 08619 | 64482 | 73923 | 36152 | 05184 | 94142 | 25299 | 84387 | 34925 |
| 75 | 37169 | 94851 | 39117 | 89632 | 00959 | 16487 | 65536 | 49071 | 39782 | 17095 | 02330 | 74301 | 00275 | 48280 |
| 76 | 11508 | 70225 | 51111 | 38351 | 19444 | 66499 | 71945 | 05422 | 13442 | 78675 | 84081 | 66938 | 93654 | 59894 |
| 77 | 37449 | 30362 | 06694 | 54690 | 04052 | 53115 | 62757 | 95348 | 78662 | 11163 | 81651 | 50245 | 34971 | 52924 |
| 78 | 46515 | 70331 | 85922 | 38329 | 57015 | 15765 | 97161 | 17869 | 45349 | 61796 | 66345 | 81073 | 49106 | 79860 |
| 79 | 30986 | 81223 | 42416 | 58353 | 21532 | 30502 | 32305 | 86482 | 05174 | 07901 | 54339 | 58861 | 74818 | 46942 |
| 80 | 63798 | 64995 | 46583 | 09785 | 44160 | 78128 | 83991 | 42865 | 92520 | 83531 | 80377 | 35909 | 81250 | 54238 |
| 81 | 82486 | 84846 | 99254 | 67632 | 43218 | 50076 | 21361 | 64816 | 51202 | 88124 | 41870 | 52689 | 51275 | 83556 |
| 82 | 21885 | 32906 | 92431 | 09060 | 64297 | 51674 | 64126 | 62570 | 26123 | 05155 | 59194 | 52799 | 28225 | 85762 |
| 83 | 60336 | 98782 | 07408 | 53458 | 13564 | 59089 | 26445 | 29789 | 85205 | 41001 | 12535 | 12133 | 14645 | 23541 |
| 84 | 43937 | 46891 | 24010 | 25560 | 86355 | 33941 | 25786 | 54990 | 71899 | 15475 | 95434 | 98227 | 21824 | 19585 |
| 85 | 97656 | 63175 | 89303 | 16275 | 07100 | 92063 | 21942 | 18611 | 47348 | 20203 | 18534 | 03862 | 78095 | 50136 |
| 86 | 03299 | 01221 | 05418 | 38982 | 55758 | 92237 | 26759 | 86367 | 21216 | 98442 | 08303 | 56613 | 91511 | 75928 |
| 87 | 79626 | 06486 | 03574 | 17668 | 07785 | 76020 | 79924 | 25651 | 83325 | 88428 | 85076 | 72811 | 22717 | 50585 |
| 88 | 85636 | 68335 | 47539 | 03129 | 65651 | 11977 | 02510 | 26113 | 99447 | 68645 | 34327 | 15152 | 55230 | 93448 |
| 89 | 18039 | 14367 | 61337 | 06177 | 12143 | 46609 | 32989 | 74014 | 64708 | 00533 | 35398 | 58408 | 13261 | 47908 |
| 90 | 08362 | 15656 | 60627 | 36478 | 65648 | 16764 | 53412 | 09013 | 07832 | 41574 | 17639 | 82163 | 60859 | 75567 |
| 91 | 79556 | 29068 | 04142 | 16268 | 15387 | 12856 | 66227 | 38358 | 22478 | 73373 | 88732 | 09443 | 82558 | 05250 |
| 92 | 92608 | 82674 | 27072 | 32534 | 17075 | 27698 | 98204 | 63863 | 11951 | 34648 | 88022 | 56148 | 34925 | 57031 |
| 93 | 23982 | 25835 | 40055 | 67006 | 12293 | 02753 | 14827 | 23235 | 35071 | 99704 | 37543 | 11601 | 35503 | 85171 |
| 94 | 09915 | 96306 | 05908 | 97901 | 28395 | 14186 | 00821 | 80703 | 70426 | 75647 | 76310 | 88717 | 37890 | 40129 |
| 95 | 59037 | 33300 | 26695 | 62247 | 69927 | 76123 | 50842 | 43834 | 86654 | 70959 | 79725 | 93872 | 28117 | 19233 |
| 96 | 42488 | 78077 | 69882 | 61657 | 34136 | 79180 | 97526 | 43092 | 04098 | 73571 | 80799 | 76536 | 71255 | 64239 |
| 97 | 46764 | 86273 | 63003 | 93017 | 31204 | 36692 | 40202 | 35275 | 57306 | 55543 | 53203 | 18098 | 47625 | 88684 |
| 98 | 03237 | 45430 | 55417 | 63282 | 90816 | 17349 | 88298 | 90183 | 36600 | 78406 | 06216 | 95787 | 42579 | 90730 |
| 99 | 86591 | 81482 | 52667 | 61582 | 14972 | 90053 | 89534 | 76036 | 49199 | 43716 | 97548 | 04379 | 46370 | 28672 |
| 100 | 38534 | 01715 | 94964 | 87288 | 65680 | 43772 | 39560 | 12918 | 86737 | 62738 | 19636 | 51132 | 25739 | 56947 |

**708** ○ APPENDIX I TABLES

**TABLE 11(a)**
Percentage Points of the Studentized Range, $q_{.05}(k, df)$; Upper 5% Points

| | | | | | $k$ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $df$ | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 1 | 17.97 | 26.98 | 32.82 | 37.08 | 40.41 | 43.12 | 45.40 | 47.36 | 49.07 | 50.59 |
| 2 | 6.08 | 8.33 | 9.80 | 10.88 | 11.74 | 12.44 | 13.03 | 13.54 | 13.99 | 14.39 |
| 3 | 4.50 | 5.91 | 6.82 | 7.50 | 8.04 | 8.48 | 8.85 | 9.18 | 9.46 | 9.72 |
| 4 | 3.93 | 5.04 | 5.76 | 6.29 | 6.71 | 7.05 | 7.35 | 7.60 | 7.83 | 8.03 |
| 5 | 3.64 | 4.60 | 5.22 | 5.67 | 6.03 | 6.33 | 6.58 | 6.80 | 6.99 | 7.17 |
| 6 | 3.46 | 4.34 | 4.90 | 5.30 | 5.63 | 5.90 | 6.12 | 6.32 | 6.49 | 6.65 |
| 7 | 3.34 | 4.16 | 4.68 | 5.06 | 5.36 | 5.61 | 5.82 | 6.00 | 6.16 | 6.30 |
| 8 | 3.26 | 4.04 | 4.53 | 4.89 | 5.17 | 5.40 | 5.60 | 5.77 | 5.92 | 6.05 |
| 9 | 3.20 | 3.95 | 4.41 | 4.76 | 5.02 | 5.24 | 5.43 | 5.59 | 5.74 | 5.87 |
| 10 | 3.15 | 3.88 | 4.33 | 4.65 | 4.91 | 5.12 | 5.30 | 5.46 | 5.60 | 5.72 |
| 11 | 3.11 | 3.82 | 4.26 | 4.57 | 4.82 | 5.03 | 5.20 | 5.35 | 5.49 | 5.61 |
| 12 | 3.08 | 3.77 | 4.20 | 4.51 | 4.75 | 4.95 | 5.12 | 5.27 | 5.39 | 5.51 |
| 13 | 3.06 | 3.73 | 4.15 | 4.45 | 4.69 | 4.88 | 5.05 | 5.19 | 5.32 | 5.43 |
| 14 | 3.03 | 3.70 | 4.11 | 4.41 | 4.64 | 4.83 | 4.99 | 5.13 | 5.25 | 5.36 |
| 15 | 3.01 | 3.67 | 4.08 | 4.37 | 4.60 | 4.78 | 4.94 | 5.08 | 5.20 | 5.31 |
| 16 | 3.00 | 3.65 | 4.05 | 4.33 | 4.56 | 4.74 | 4.90 | 5.03 | 5.15 | 5.26 |
| 17 | 2.98 | 3.63 | 4.02 | 4.30 | 4.52 | 4.70 | 4.86 | 4.99 | 5.11 | 5.21 |
| 18 | 2.97 | 3.61 | 4.00 | 4.28 | 4.49 | 4.67 | 4.82 | 4.96 | 5.07 | 5.17 |
| 19 | 2.96 | 3.59 | 3.98 | 4.25 | 4.47 | 4.65 | 4.79 | 4.92 | 5.04 | 5.14 |
| 20 | 2.95 | 3.58 | 3.96 | 4.23 | 4.45 | 4.62 | 4.77 | 4.90 | 5.01 | 5.11 |
| 24 | 2.92 | 3.53 | 3.90 | 4.17 | 4.37 | 4.54 | 4.68 | 4.81 | 4.92 | 5.01 |
| 30 | 2.89 | 3.49 | 3.85 | 4.10 | 4.30 | 4.46 | 4.60 | 4.72 | 4.82 | 4.92 |
| 40 | 2.86 | 3.44 | 3.79 | 4.04 | 4.23 | 4.39 | 4.52 | 4.63 | 4.73 | 4.82 |
| 60 | 2.83 | 3.40 | 3.74 | 3.98 | 4.16 | 4.31 | 4.44 | 4.55 | 4.65 | 4.73 |
| 120 | 2.80 | 3.36 | 3.68 | 3.92 | 4.10 | 4.24 | 4.36 | 4.47 | 4.56 | 4.64 |
| ∞ | 2.77 | 3.31 | 3.63 | 3.86 | 4.03 | 4.17 | 4.29 | 4.39 | 4.47 | 4.55 |

**TABLE 11(a)**
*(continued)*

| | | | | $k$ | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | *df* |
| 51.96 | 53.20 | 54.33 | 55.36 | 56.32 | 57.22 | 58.04 | 58.83 | 59.56 | 1 |
| 14.75 | 15.08 | 15.38 | 15.65 | 15.91 | 16.14 | 16.37 | 16.57 | 16.77 | 2 |
| 9.95 | 10.15 | 10.35 | 10.52 | 10.69 | 10.84 | 10.98 | 11.11 | 11.24 | 3 |
| 8.21 | 8.37 | 8.52 | 8.66 | 8.79 | 8.91 | 9.03 | 9.13 | 9.23 | 4 |
| 7.32 | 7.47 | 7.60 | 7.72 | 7.83 | 7.93 | 8.03 | 8.12 | 8.21 | 5 |
| 6.79 | 6.92 | 7.03 | 7.14 | 7.24 | 7.34 | 7.43 | 7.51 | 7.59 | 6 |
| 6.43 | 6.55 | 6.66 | 6.76 | 6.85 | 6.94 | 7.02 | 7.10 | 7.17 | 7 |
| 6.18 | 6.29 | 6.39 | 6.48 | 6.57 | 6.65 | 6.73 | 6.80 | 6.87 | 8 |
| 5.98 | 6.09 | 6.19 | 6.28 | 6.36 | 6.44 | 6.51 | 6.58 | 6.64 | 9 |
| 5.83 | 5.93 | 6.03 | 6.11 | 6.19 | 6.27 | 6.34 | 6.40 | 6.47 | 10 |
| 5.71 | 5.81 | 5.90 | 5.98 | 6.06 | 6.13 | 6.20 | 6.27 | 6.33 | 11 |
| 5.61 | 5.71 | 5.80 | 5.88 | 5.95 | 6.02 | 6.09 | 6.15 | 6.21 | 12 |
| 5.53 | 5.63 | 5.71 | 5.79 | 5.86 | 5.93 | 5.99 | 6.05 | 6.11 | 13 |
| 5.46 | 5.55 | 5.64 | 5.71 | 5.79 | 5.85 | 5.91 | 5.97 | 6.03 | 14 |
| 5.40 | 5.49 | 5.57 | 5.65 | 5.72 | 5.78 | 5.85 | 5.90 | 5.96 | 15 |
| 5.35 | 5.44 | 5.52 | 5.59 | 5.66 | 5.73 | 5.79 | 5.84 | 5.90 | 16 |
| 5.31 | 5.39 | 5.47 | 5.54 | 5.61 | 5.67 | 5.73 | 5.79 | 5.84 | 17 |
| 5.27 | 5.35 | 5.43 | 5.50 | 5.57 | 5.63 | 5.69 | 5.74 | 5.79 | 18 |
| 5.23 | 5.31 | 5.39 | 5.46 | 5.53 | 5.59 | 5.65 | 5.70 | 5.75 | 19 |
| 5.20 | 5.28 | 5.36 | 5.43 | 5.49 | 5.55 | 5.61 | 5.66 | 5.71 | 20 |
| 5.10 | 5.18 | 5.25 | 5.32 | 5.38 | 5.44 | 5.49 | 5.55 | 5.59 | 24 |
| 5.00 | 5.08 | 5.15 | 5.21 | 5.27 | 5.33 | 5.38 | 5.43 | 5.47 | 30 |
| 4.90 | 4.98 | 5.04 | 5.11 | 5.16 | 5.22 | 5.27 | 5.31 | 5.36 | 40 |
| 4.81 | 4.88 | 4.94 | 5.00 | 5.06 | 5.11 | 5.15 | 5.20 | 5.24 | 60 |
| 4.71 | 4.78 | 4.84 | 4.90 | 4.95 | 5.00 | 5.04 | 5.09 | 5.13 | 120 |
| 4.62 | 4.68 | 4.74 | 4.80 | 4.85 | 4.89 | 4.93 | 4.97 | 5.01 | ∞ |

SOURCE: From *Biometrika Tables for Statisticians,* Vol. 1, 3rd ed., edited by E.S. Pearson and H.O. Hartley (Cambridge University Press, 1966). Reproduced by permission of the *Biometrika* Trustees.

**710** ○ APPENDIX I TABLES

**TABLE 11(b)**
Percentage
Points of the
Studentized
Range,
$q_{.01}(k, df)$;
Upper 1%
Points

| df | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|----|------|------|------|------|------|------|------|------|------|------|
| | | | | | $k$ | | | | | |
| 1 | 90.03 | 135.0 | 164.3 | 185.6 | 202.2 | 215.8 | 227.2 | 237.0 | 245.6 | 253.2 |
| 2 | 14.04 | 19.02 | 22.29 | 24.72 | 26.63 | 28.20 | 29.53 | 30.68 | 31.69 | 32.59 |
| 3 | 8.26 | 10.62 | 12.17 | 13.33 | 14.24 | 15.00 | 15.64 | 16.20 | 16.69 | 17.13 |
| 4 | 6.51 | 8.12 | 9.17 | 9.96 | 10.58 | 11.10 | 11.55 | 11.93 | 12.27 | 12.57 |
| 5 | 5.70 | 6.98 | 7.80 | 8.42 | 8.91 | 9.32 | 9.67 | 9.97 | 10.24 | 10.48 |
| 6 | 5.24 | 6.33 | 7.03 | 7.56 | 7.97 | 8.32 | 8.61 | 8.87 | 9.10 | 9.30 |
| 7 | 4.95 | 5.92 | 6.54 | 7.01 | 7.37 | 7.68 | 7.94 | 8.17 | 8.37 | 8.55 |
| 8 | 4.75 | 5.64 | 6.20 | 6.62 | 6.96 | 7.24 | 7.47 | 7.68 | 7.86 | 8.03 |
| 9 | 4.60 | 5.43 | 5.96 | 6.35 | 6.66 | 6.91 | 7.13 | 7.33 | 7.49 | 7.65 |
| 10 | 4.48 | 5.27 | 5.77 | 6.14 | 6.43 | 6.67 | 6.87 | 7.05 | 7.21 | 7.36 |
| 11 | 4.39 | 5.15 | 5.62 | 5.97 | 6.25 | 6.48 | 6.67 | 6.84 | 6.99 | 7.13 |
| 12 | 4.32 | 5.05 | 5.50 | 5.84 | 6.10 | 6.32 | 6.51 | 6.67 | 6.81 | 6.94 |
| 13 | 4.26 | 4.96 | 5.40 | 5.73 | 5.98 | 6.19 | 6.37 | 6.53 | 6.67 | 6.79 |
| 14 | 4.21 | 4.89 | 5.32 | 5.63 | 5.88 | 6.08 | 6.26 | 6.41 | 6.54 | 6.66 |
| 15 | 4.17 | 4.84 | 5.25 | 5.56 | 5.80 | 5.99 | 6.16 | 6.31 | 6.44 | 6.55 |
| 16 | 4.13 | 4.79 | 5.19 | 5.49 | 5.72 | 5.92 | 6.08 | 6.22 | 6.35 | 6.46 |
| 17 | 4.10 | 4.74 | 5.14 | 5.43 | 5.66 | 5.85 | 6.01 | 6.15 | 6.27 | 6.38 |
| 18 | 4.07 | 4.70 | 5.09 | 5.38 | 5.60 | 5.79 | 5.94 | 6.08 | 6.20 | 6.31 |
| 19 | 4.05 | 4.67 | 5.05 | 5.33 | 5.55 | 5.73 | 5.89 | 6.02 | 6.14 | 6.25 |
| 20 | 4.02 | 4.64 | 5.02 | 5.29 | 5.51 | 5.69 | 5.84 | 5.97 | 6.09 | 6.19 |
| 24 | 3.96 | 4.55 | 4.91 | 5.17 | 5.37 | 5.54 | 5.69 | 5.81 | 5.92 | 6.02 |
| 30 | 3.89 | 4.45 | 4.80 | 5.05 | 5.24 | 5.40 | 5.54 | 5.65 | 5.76 | 5.85 |
| 40 | 3.82 | 4.37 | 4.70 | 4.93 | 5.11 | 5.26 | 5.39 | 5.50 | 5.60 | 5.69 |
| 60 | 3.76 | 4.28 | 4.59 | 4.82 | 4.99 | 5.13 | 5.25 | 5.36 | 5.45 | 5.53 |
| 120 | 3.70 | 4.20 | 4.50 | 4.71 | 4.87 | 5.01 | 5.12 | 5.21 | 5.30 | 5.37 |
| ∞ | 3.64 | 4.12 | 4.40 | 4.60 | 4.76 | 4.88 | 4.99 | 5.08 | 5.16 | 5.23 |

**TABLE 11(b)**
*(continued)*

| | | | | k | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | df |
| 260.0 | 266.2 | 271.8 | 277.0 | 281.8 | 286.3 | 290.0 | 294.3 | 298.0 | 1 |
| 33.40 | 34.13 | 34.81 | 35.43 | 36.00 | 36.53 | 37.03 | 37.50 | 37.95 | 2 |
| 17.53 | 17.89 | 18.22 | 18.52 | 18.81 | 19.07 | 19.32 | 19.55 | 19.77 | 3 |
| 12.84 | 13.09 | 13.32 | 13.53 | 13.73 | 13.91 | 14.08 | 14.24 | 14.40 | 4 |
| 10.70 | 10.89 | 11.08 | 11.24 | 11.40 | 11.55 | 11.68 | 11.81 | 11.93 | 5 |
| 9.48 | 9.65 | 9.81 | 9.95 | 10.08 | 10.21 | 10.32 | 10.43 | 10.54 | 6 |
| 8.71 | 8.86 | 9.00 | 9.12 | 9.24 | 9.35 | 9.46 | 9.55 | 9.65 | 7 |
| 8.18 | 8.31 | 8.44 | 8.55 | 8.66 | 8.76 | 8.85 | 8.94 | 9.03 | 8 |
| 7.78 | 7.91 | 8.03 | 8.13 | 8.23 | 8.33 | 8.41 | 8.49 | 8.57 | 9 |
| 7.49 | 7.60 | 7.71 | 7.81 | 7.91 | 7.99 | 8.08 | 8.15 | 8.23 | 10 |
| 7.25 | 7.36 | 7.46 | 7.56 | 7.65 | 7.73 | 7.81 | 7.88 | 7.95 | 11 |
| 7.06 | 7.17 | 7.26 | 7.36 | 7.44 | 7.52 | 7.59 | 7.66 | 7.73 | 12 |
| 6.90 | 7.01 | 7.10 | 7.19 | 7.27 | 7.35 | 7.42 | 7.48 | 7.55 | 13 |
| 6.77 | 6.87 | 6.96 | 7.05 | 7.13 | 7.20 | 7.27 | 7.33 | 7.39 | 14 |
| 6.66 | 6.76 | 6.84 | 6.93 | 7.00 | 7.07 | 7.14 | 7.20 | 7.26 | 15 |
| 6.56 | 6.66 | 6.74 | 6.82 | 6.90 | 6.97 | 7.03 | 7.09 | 7.15 | 16 |
| 6.48 | 6.57 | 6.66 | 6.73 | 6.81 | 6.87 | 6.94 | 7.00 | 7.05 | 17 |
| 6.41 | 6.50 | 6.58 | 6.65 | 6.72 | 6.79 | 6.85 | 6.91 | 6.97 | 18 |
| 6.34 | 6.43 | 6.51 | 6.58 | 6.65 | 6.72 | 6.78 | 6.84 | 6.89 | 19 |
| 6.28 | 6.37 | 6.45 | 6.52 | 6.59 | 6.65 | 6.71 | 6.77 | 6.82 | 20 |
| 6.11 | 6.19 | 6.26 | 6.33 | 6.39 | 6.45 | 6.51 | 6.56 | 6.61 | 24 |
| 5.93 | 6.01 | 6.08 | 6.14 | 6.20 | 6.26 | 6.31 | 6.36 | 6.41 | 30 |
| 5.76 | 5.83 | 5.90 | 5.96 | 6.02 | 6.07 | 6.12 | 6.16 | 6.21 | 40 |
| 5.60 | 5.67 | 5.73 | 5.78 | 5.84 | 5.89 | 5.93 | 5.97 | 6.01 | 60 |
| 5.44 | 5.50 | 5.56 | 5.61 | 5.66 | 5.71 | 5.75 | 5.79 | 5.83 | 120 |
| 5.29 | 5.35 | 5.40 | 5.45 | 5.49 | 5.54 | 5.57 | 5.61 | 5.65 | ∞ |

SOURCE: From *Biometrika Tables for Statisticians,* Vol. 1, 3rd ed., edited by E.S. Pearson and H.O. Hartley (Cambridge University Press, 1966). Reproduced by permission of the *Biometrika* Trustees.

# Data Sources

## Introduction

1. Sheldon Gawiser, Tiffany Turner, and Costas Panagopoulos, "Polls: GOP Looks Likely to Keep Senate Control," MSNBC News, http://www.msnbc.com/ID/15547023/page/2/5 Nov 2006/, 5 November 2006.
2. Fox News, http://www.foxnews.com/story/0,2933,102511,00.html, 10 February 2004.
3. "Hot News: 98.6 Not Normal," *The Press-Enterprise* (Riverside, CA), 23 September 1992.

## Chapter 1

1. "White House 2008: General Election," FOX News/Opinion Dynamics Poll, http://www.pollingreport.com/2008.htm#misc, 16–18 May 2006.
2. "Run the Country? Most Teens Would Pass," http://abcnews.go.com/images/pdf/943a1TeensandthePresidency.pdf, 22 January 2004.
3. "Who They Are," *Time,* 5 January 2004, pp. 98–99.
4. "Getting Back to Work," http://www.usatoday.com/snapshot/news/2001-07-17-backtowork.htm, 2 October 2001.
5. William A. McGeveran, Jr., Ed., *The World Almanac and Book of Facts 2007* (New York: WRC Media, Inc.), 2007.
6. Adapted from Arlene Eisenberg, Heidi Murkoff, and Sandee Hathaway. *What to Expect the First Year* (New York: Workman Publishing), 2003.
7. "Report to the Community," Riverside County Office of Education, 16 February 2004, p. 3.
8. Borgna Brunner, Ed., *Time Almanac 2007* (Boston, MA: Pearson Education), 2006.
9. "U.S. Box Office Actuals," http://www.radiofree.com/mov-tops.shtml, 13 August 2006.
10. Robert P. Wilder, D. Brennan, and D.E. Schotte, "A Standard Measure for Exercise Prescription for Aqua Running," *American Journal of Sports Medicine* 21, no. 1 (1993):45.
11. http://www.kentuckyderby.info/kentuckyderby-history2006.php.
12. Robyn Greenspan, "Home Is Where the Network Is," http://www.clickz.com/stats/big_picture/applications/article.php/1301_3073431, 5 September 2003.
13. "War on Terrorism," http://www.pollingreport.com/terror.htm, 14 August, 2006.
14. Enid Burns, "Mobile Internet Population Grows," http://www.clickz.com/showPage.html?page=3623146, 14 August 2006.
15. GEICO Insurance Advertisement, *Time,* 10 November 2003.
16. A. Tubb, A.J. Parker, and G. Nickless, "The Analysis of Romano-British Pottery by Atomic Absorption Spectrophotometry," *Archaeometry* 22 (1980):153.
17. Mike Schwartz and Mark Kendall, "The Great Calorie Debate," *The Press-Enterprise* (Riverside, CA), 10 February 2004, p. E1.
18. Lawrence E. Levine and Victorina Wasmuth, "Laptops, Technology, and Algebra 1: A Case Study of an Experiment," *Mathematics Teacher* 97, no. 2 (February 2004):I36.
19. A. Azzalini and A.W. Bowman, "A Look at Some Data on the Old Faithful Geyser," *Applied Statistics* (1990):57.

20. http://www.starbucks.com/retail/locator/default.aspx, 15 March 2006.

21. P.A. Mackowiak, S.S. Wasserman, and M.M. Levine, "A Critical Appraisal of 98.6 Degrees F, the Upper Limit of the Normal Body Temperature, and Other Legacies of Carl Reinhold August Wunderlich," *Journal of the American Medical Association* (268):1578–1580.

22. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

23. D.G. Altman and J.M. Bland. "Time to Survival Data," BMJ (*British Medical Journal*) 317:468–469 (15 August 1998), http://bmj.bmjjournals.com/cgi/content/full/317/7156/4687.

## Chapter 2

1. http://interactive.web.insurance.ca.gov/survey/survey?type=autoSurvey&event=autoResults, 5 November 2006.

2. Borgna Brunner, Ed., *Time Almanac 2007* (Boston, MA: Pearson Education, Inc.), 2006.

3. "Birth Order and the Baby Boom," *American Demographics* (Trend Cop), March 1997, p. 10.

4. "Tuna Goes Upscale," *Consumer Reports,* June 2001, p. 19.

5. http://www.starbucks.com/retail/locator/default.aspx, 15 August 2006.

6. "LCD TVs," http://www.consumerreports.org/cro/electronics-computers/tvs/lcd-tvs/reports/product-selector/index.htm, 22 August 2006.

7. A. Tubb, A.J. Parker, and G. Nickless, "The Analysis of Romano-British Pottery by Atomic Absorption Spectrophotometry," *Archaeometry* 22 (1980):153.

8. A. Azzalini and A.W. Bowman, "A Look at Some Data on the Old Faithful Geyser," *Applied Statistics* (1990):57.

9. http://sports.espn.go.com/nfl/players/, 2 January 2007.

10. D.G. Altman, and J.M. Bland. "Time to Survival Data," BMJ (*British Medical Journal*) 317:468–469 (15 August 1998), http://bmj.bmjjournals.com/cgi/content/full/317/7156/4687.

11. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

12. "Four People Movers," *Consumer Reports,* July 1997, p. 57.

13. "Favorite Camping Activity," http://www.usatoday.com/snapshot/news/2001-05-22-camping.htm, 26 September 2001 (*Source:* Wirthlin Worldwide for Coleman Company).

14. www.mlb.com, 16 August 2006.

15. "Working in Sales," http://www.usatoday.com/news/snapshot.htm?section=S&label=2006-08-16-nlhits, 15 August 2006.

16. "Hours per Week Worked," http://www.usatoday.com/news/snapshot.htm?section=S&label=2006-08-16-nlhits, 15 August 2006.

17. "Salary Wizard," http://swz.salary.com/salarywizard/layout.htmls/swzl_compresult_national_ED03000133.html, 16 August 2006.

18. William A. McGeveran Jr., Ed., *The World Almanac and Book of Facts 2007* (New York: WRC Media, Inc.), 2007, and http://sports.espn.go.com/mlb/stats/batting?league=al.

## Chapter 3

1. Adapted from http://nces.ed.gov/programs/digest/d05/tables/dt05_240.asp.

2. Adapted from Michael J. Weiss, "The New Summer Break," *American Demographics,* August 2001, p. 55.

3. www.bls.gov/data/home.htm, 19 June 2007.

4. William A. McGeveran Jr., Ed., *The World Almanac and Book of Facts 2007* (New York: WRC Media, Inc.), 2007.

5. Gregory K. Torrey, S.F. Vasa, J.W. Maag, and J.J. Kramer, "Social Skills Interventions Across School Settings: Case Study Reviews of Students with Mild Disabilities," *Psychology in the Schools* 29 (July 1992):248.

6. Mark Rechtin, "Boss Puts 'Buzz' on U.S. Luxury Leader's To-Do List," *Automotive News,* 26 January 2004, p. 4; and *Automotive News 2006 Market Data Book,* 22 May 2006, p. 25.

7. "LCD TVs," http://www.consumerreports.org/cro/electronics-computers/tvs/lcd-tvs/reports/product-selector/index.htm, 22 August 2006.

8. Stellan Ohlsson, "The Learning Curve for Writing Books: Evidence from Professor Asimov," *Psychological Science* 3, no. 6 (1992):380–382.

9. "The Armed Forces: Who Are They," *Time,* 29 December 2003 to 5 January 2004, p. 98.

10. http://www.ew.com/ew/chart/movie/0,6115,_1__,00.html, 22 August 2006.

11. http://sports.espn.go.com/nfl/players/profile?statsId=1025, 2 January 2007.

12. A. Tubb, A.J. Parker, and G. Nickless, "The Analysis of Romano-British Pottery by Atomic Absorption Spectrophotometry," *Archaeometry* 22 (1980):153.

13. Robyn Greenspan, "Home Is Where the Network Is," http://www.clickz.com/stats/big_ picture/applications/article.php/1301_3073431, 5 September 2003.

14. Bettye Wells Miller, "Faith Shows Ballot Clout," *The Press-Enterprise* (Riverside, CA) 1 March 2004, p. A7.

15. Borgna Brunner, Ed., *Time Almanac 2007* (Boston, MA: Pearson Education, Inc.), 2006.

16. "Ratings: Cordless Phones," www.consumerreports.org/cro/electronics-computers/cordless-phones/reports, 26 October 2006.

17. "Dishwashers," *Consumer Reports,* September 2007.

## Chapter 4

1. C. Salmon, J.P. Cartron, and P. Rouger, *The Human Blood Groups* (New York: Masson Publishing, 1984).

2. Table adapted from http://www.pollingreport.com/science.htm#Stem, 30 October 2006.

3. Bruce E. Morgan and Michael A. Oberlander, "An Examination of Injuries in Major League Soccer," *The American Journal of Sports Medicine,* 29(4), 2001, pp. 426–429.

4. http://sports.espn.go.com/nba/players, 5 November 2006.

5. Data adapted from "Demo Memo," *American Demographics,* May 1997, p. 32; and *The World Almanac and Book of Facts, 2004,* p. 377.

6. "Coffee Breaks Daily," www.usataoday.com/news/snapshot.htm?section=L&label=2006-10-26-cell, 26 October 2006.

7. Adapted from David L. Wheeler, "More Social Roles Means Fewer Colds," *Chronicle of Higher Education* XLIII, no. 44 (July 11, 1997):A13.

8. Andrew S. Levy, M.J. Wetzler, M. Lewars, and W. Laughlin, "Knee Injuries in Women Collegiate Rugby Players," *The American Journal of Sports Medicine* 25, no. 3 (1997):360.

9. P.D. Franklin, R.A. Lemon, and H.S. Barden, "Accuracy of Imaging the Menisci on an In-Office, Dedicated, Magnetic Resonance Imaging Extremity System," *The American Journal of Sports Medicine* 25, no. 3 (1997):382.

10. Michael Crichton, *Congo* (New York: Knopf, 1980).

## Chapter 5

1. http://www.collegeboard.com/student/testing/sat/scores/understanding/average.html, Copyright ©collegeboard.com, Inc., 2006.

2. "Who's reading Harry Potter," http://usatoday.com/snapshot/life/2001-06-11-potter.htm. *Source:* Ipsos-NPD Book Trends, 9 October 2001.

3. "How back pain limits sports?" http://www.usatoday.com/news/snapshot.htm?section=L&label=2006-10-27-wash.

4. http://hsus.org/pets/issues_affecting_our_pets/pet_overpopulation_and_ownership_statistics/us_pet_ownership_statistics.html, 26 October 2006.

5. http://healthlink.mcw.edu/article/1031002172.html.

6. http://cnn.com/2006/HEALTH/10/26/tainted.spinach.ap/index.html.

7. "Will you be pushed out of your job?" http://www.usatoday.com/news/snapshot.htm?section=L&label=2006-10-27-wash.

8. *Advertising Age*, 7 August 2006, p. 4.

9. "Checking in on vacation," http://www.usatoday.com/news/snapshot.htm?section=L&label=2006-10-27-wash.

10. "Call It in the Air," *The Press-Enterprise* (Riverside, CA), 19 October 1992.

11. Mark A. Atkinson, "Diet, Genetics, and Diabetes," *Food Technology* 51, no. 3 (March 1997), p. 77.

12. "Most popular chocolate," http://usatoday.com/news/snapshot.htm?section=L&label=2006-10-27-wash.

13. "Why we play hooky," http://www.usatoday.com/news/snapshot.htm, 2 November 2006.

14. "How women eat on the run," http://www.usatoday.com, 1 January 2004.

15. "Top destinations for vacationers," http://www.usatoday.com/news/snapshots, 2 November 2006.

16. Matthew L. Wald, "Cancers Near a Reactor: A Mystery and a Debate," *New York Times,* 21 May 1987, p. A-22.

### Chapter 6

1. http://en.wikipedia.org/wiki/List_of_U.S._Presidents_by_height_order.

2. Adapted from A.M. Goodman and A.R. Ennos, "The Response of Field-Grown Sunflower and Maize to Mechanical Support," *Annals of Botany* 79 (1997):703.

3. John Fetto, "Shop Around the Clock," *American Demographics,* September 2003, p. 18.

4. "Medical Encyclopedia: Pulse," *Medline Plus: Trusted Health Information for You,* http://www.nlm.nih.gov/medlineplus/ency/article/003399.htm#Normal%20Values, 2 April 2004.

5. "How often we do at-home movies," http://usatoday.com/news/snapshot.htm, 2 November 2006.

6. PepsiCo Annual Report, http://www.pepsico.com/PEP_Investors/AnnualReports/05/Pepsi2005Annual.pdf.

7. Sonja Steptoe, "Ready, Set, Relax!" *Time,* 27 October 2003, p. 38.

8. Philip A. Altman and D.S. Dittmer, *The Biology Data Book,* 2nd ed., Vol I. (Bethesda, MD: Federation of American Societies for Experimental Biology, 1964), p. 137.

9. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

10. "How polite are cellphone users?" http://usatoday/com/news/snapshot.htm?section=L&label=2006-10-27.

11. The National Center for Educational Statistics website, http://nces.ed.gov/programs/digest/d05/tables/dt05_240.asp.

12. Daniel Seligman, "Keeping Up," *Fortune,* 27 July 1981.

### Chapter 7

1. "Chlorinated Water Byproduct, Rat Cancer Linked," *The Press-Enterprise* (Riverside, CA), 18 June 1997, p. A-6.

2. Chris Gilberg, J.L. Cos, H. Kashima, and K. Eberle, "Survey Biases: When Does the Interviewer's Race Matter?" *Chance,* Fall 1996, p. 23.

3. Chery Smith and Stefanie Fila, "Comparison of the Kid's Block Food Frequency Questionnaire to the 24-Hour Recall in Urban Native American Youth," *American Journal of Human Biology,* 18:706–709 (2006).

4. "New Drug a Bit Better Than Aspirin," *The Press-Enterprise* (Riverside, CA), 14 November 1996, p. A-14.

5. "Space Exploration," CNN/*USA Today*/Gallup Poll, http://www.pollingreport.com/science.htm#Space, 5 April 2004.

6. "ASK AMERICA: 2003 Nationwide Policy Survey," Congressional District #44, 23 June 2003.

7. National Center for Educational Statistics website, http://www.nces.ed.gov/programs/digest/d05/tables/dt05_236.asp.

8. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

9. Nicola Maffulli, V. Testa, G. Capasso, and A. Sullo, "Calcific Insertional Achilles Tendinopathy," *The American Journal of Sports Medicine* 32, no. 1 (January/February 2004):174.

10. "Weight we want to lose (in pounds)," http://www.usatoday.com/news/snapshot.htm?section=N&label=2006-11-08-candy.

11. http://www.usatoday.com/news/snapshot.htm?section= N&label=2006-11-08-candy.

12. http://www1.mms.com/us/about/products/milkchocolate/, 27 November 2006.

13. Judy Holland, " 'Cheeseburger Bill' on the Menu," *The Press-Enterprise* (Riverside, CA), 9 March 2004, p. E1.

14. Adam Fernandez, "Nuts About You," *American Demographics* 26, no. 1 (February 2004):14.

15. P.C. Karalekas, Jr., C.R. Ryan, and F.B. Taylor, "Control of Lead, Copper, and Iron Pipe Corrosion in Boston," *American Water Works Journal,* February 1983.

16. *Science News* 136 (19 August 1989):124.

17. http://www.pollingreport.com/abortion.htm, 8 November 2006.

18. Catherine M. Santaniello and R.E. Koning, "Are Radishes Really Allelopathic to Lettuce?" *The American Biology Teacher* 58, no. 2 (February 1996):102.

19. http://www.gallup.com/poll/indicators/indairlines.asp#RelatedAnalyses. Gallup Poll News Service, 16 October 2001.

20. J. Hackl, *Journal of Quality Technology,* April 1991.

21. Daniel Seligman, "The Road to Monte Carlo," *Fortune,* 15 April 1985.

## Chapter 8

1. Adapted from "Polar Bear," http://en.wikipedia.org/wiki/Polar_Bear#Size_and_weight, 9 November 2006.

2. *Science News* 136 (19 August 1989):124.

3. FOX News/Opinion Dynamics Poll, http://www.pollingreport.com/immigration.htm, 11–12 July 2006.

4. Adapted from "Suite Dreams," *Consumer Reports,* July 2001, p. 12–16.

5. "Space Exploration," Associated Press Poll, http://www.pollingreport.com/science.htm#Space, 5 April 2004.

6. "Bottom Line—Tuning In," *The Press Enterprise,* 28 July 2006, p. E2.

7. Newsweek Poll conducted by Princeton Survey Research Associates International. Oct. 26–27, 2006, http://www.pollingreport.com/abortion.htm, 8 November 2006.

8. Alison Stein Wellner, "A New Cure for Shoppus Interuptus," *The Marketing Tool Directory,* 2002.

9. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

10. Christopher Reynolds, "Rocking the Vote," *American Demographics* 26, no. 1, (February 2004):48.

11. William Leonard, Barbara Speziale, and John Pernick, "Performance Assessment of a Standards-Based High School Biology Curriculum," *The American Biology Teacher* 63, no. 5 (2001):310–316.

12. http://pewresearch.org/obdeckID=86, Pew Research Center, 9 November 2006.

13. Mark Gillespie, "Baseball Fans Overwhelmingly Want Mandatory Steroid Testing," Gallup News Service, http://gallup.com/content/print.aspx?ci=11245, 14 February 2004.

14. David L. Wheeler, "More Social Roles Means Fewer Colds," *Chronicle of Higher Education* XLIII, no. 44 (11 July 1997):A13.

15. "Generation Next: A Snapshot," www.pewtrusts.org/ideas, 9 November 2006 and "The American Freshman: National Norms for Fall 2005," http://www.gseis.ucla.edu/heri/PDFs/ResearchBrief05.pdf, 9 November 2006.

16. Reed Abelson, "A Survey of Wall St. Finds Women Disheartened," The *New York Times on the Web,* http://www.nytimes.com, 26 July 2001.

17. Shannon Dortch, "American Weighs In," *American Demographics,* June 1997, p. 39.

18. Adapted from A.M. Goodman and A.R. Ennos, "The Responses of Field-Grown Sunflower and Maize to Mechanical Support," *Annals of Botany* 79 (1997):703.

19. "Is America Ready for a Woman President," CBS News/*New York Times* Poll, http://www.cbsnews.com/stories/2006/02/03/opinion/polls/main1281319.shtml, 5 February 2006.

20. G. Wayne Marino, "Selected Mechanical Factors Associated with Acceleration in Ice Skating," *Research Quarterly for Exercise and Sport* 54, no. 3 (1983).

21. "Hourly wages for school workers," http://www.usatoday.com/news/snapshot.htm?section=N&label=2006-11-10-gas.

22. http://cbsnews.com/stories/2005/11/20/opinion/polls/printaale1060315.shtml, 10 November 2005.

## Chapter 9

1. Jan Pergl, Irena Perglova, Petr Pysek, and Hansjörg Dietz, "Population Age Structure and Reproductive Behavior of the Monocarpic Perennial *Heraculaneum Mantegazzianum* (Apiaceae) in Its Native and Invaded Distribution Ranges," *American Journal of Botany,* 93(7): 1018–1028, (2006).

2. "America by the Numbers," *Time,* 30 October 2006, pp. 43–55.

3. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

4. "Hot News: 98.6 Not Normal," *The Press-Enterprise* (Riverside, CA), 23 September 1992.

5. Nicola Maffulli, V. Testa, G. Capasso, and A. Sullo, "Calcific Insertional Achilles Tendinopathy," *The American Journal of Sports Medicine* 32, no. 1 (January/February 2004):174.

6. Adapted from "Suite Dreams," *Consumer Reports,* July 2001, pp. 12–16.

7. Lance Wallace and Terrence Slonecker, "Ambient Air Concentrations of Fine (PM 2.5) Manganese in the U.S. National Parks and in California and Canadian Cities: The Possible Impact of Adding MMT to Unleaded Gasoline," *Journal of the Air and Waste Management Association* 47 (June 1997):642–651.

8. Dianne Hales, "We're Changing the Way We Eat," *PARADE,* November 12, 2006, pp. 4–5.

9. "Seeing the World Through Tinted Lenses," *Washington Post,* 16 March 1993, p. 5.

10. "America by the Numbers: How We Vote . . . ," *Time,* 30 October 2006, p. 46.

11. http://hsus.org/pets/issues_affecting_our_pets/pet_overpopulation_and_ownership_. . .10/26/2006.

12. Adapted from Pamela Paul, "Coming Soon: More Ads Tailored to Your Tastes," *American Demographics,* August 2001, p. 28.

13. Denise Grady, "Study Finds Alzheimer's Danger in Hormone Therapy," *The Press-Enterprise* (Riverside, CA), 28 May 2003.

14. *Heart Healthy Women* website, http://www.hearthealthywomen.org/patients/medications/blood_thinners__aspirin_6.html.

15. Jonathan W. Jantz, C.D. Blosser, and L.A. Fruechting, "A Motor Milestone Change Noted with a Change in Sleep Position," *Archives of Pediatric Adolescent Medicine* 151 (June 1997):565.

16. "Generation Next: A Snapshot," www.pewtrusts.org/ideas, 9 November 2006; and "The American Freshman: National Norms for Fall 2005," http://www.gseis.ucla.edu/heri/PDFs/ResearchBrief05.PDF, 9 November 2006.

17. Loren Hill, *Bassmaster,* September/October 1980.

18. Joe Sylvester, "Area District Attorneys: Don't Judge Us by Statistics," *The Daily Item* (Sunbury, PA), 17 August 1997, p. A-1.

19. Charles Dickey, "A Strategy for Big Bucks," *Field and Stream,* October 1990.

20. *Science News* 136 (19 August 1989):124.

21. Jeeseung Choi, Janet Meininger, and Robert E. Roberts, "Ethnic Differences in Adolescents' Mental Distress, Social Stress, and Resources," *Adolescence,* Vol. 41, no. 162, Summer 2006, pp. 263–278.

22. http://www.infoplease.com/ipa/A0883611.html.

23. Lev Grossman, "Why the 9/11 Conspiracies Won't Go Away," *Time,* 11 September 2006, p. 46.

24. Cadonna Peyton, "Pupils Build English Skills," *The Press-Enterprise* (Riverside, CA), 19 March 2004, p. B-1.

25. Kurt Grote, T.L. Lincoln, and J.G. Gamble, "Hip Adductor Injury in Competitive Swimmers," *The American Journal of Sports Medicine* 32, no. 1 (January/February 2004):104.

26. "Hourly wages for school workers," http://www.usatoday.com/news/snapshot .htm?section=N&label=2006-11-10-gas.

27. Joel B. Greenhouse and Samuel W. Greenhouse, "An Aspirin a Day . . . ?" *Chance: New Directions for Statistics and Computing* 1, no. 4 (1988):24–31.

## Chapter 10

1. "Pricing of Tuna," *Consumer Reports,* June 2001.

2. W.B. Jeffries, H.K. Voris, and C.M. Yang, "Diversity ad Distribution of the Pedunculate Barnacles *Octolasmis* Gray, 1825 Epizoic on the Scyllarid Lobster *Thenus orientalis* (Lund, 1793)," *Crustaceana* 46, no. 3 (1984).

3. ESPN NFL Player Index. http://sports.espn.go.com/nfl/players, 2 January 2007.

4. Wendy K. Baell and E.H. Wertheim, "Predictors of Outcome in the Treatment of Bulimia Nervosa," *British Journal of Clinical Psychology* 31 (1992):330–332.

5. "L.A. Heart Data." Adapted from data found at http://www-unix.oit.umass.edu/~statdata/ statdata/data/laheart.dat.

6. Jan D. Lindhe, "Clinical Assessment of Antiplaque Agents," *Compendium of Continuing Education in Dentistry,* Supplement 5 (1984).

7. Susan J. Beckham, W.A. Grana, P. Buckley, J.E. Breasile, and P.L. Claypool, "A Comparison of Anterior Compartment Pressures in Competitive Runners and Cyclists," *American Journal of Sports Medicine* 21, no. 1 (1992):36.

8. Michael A. Brehm, J.S. Buguliskis, D.K. Hawkins, E.S. Lee, D. Sabapathi, and R.A. Smith, "Determining Differences in Efficacy of Two Disinfectants Using *t*-tests," *The American Biology Teacher* 58, no. 2 (February 1996):111.

9. A. Tubb, A.J. Parker, and G. Nickless, "The Analysis of Romano-British Pottery by Atomic Absorption Spectrophotometry," *Archaeometry* 22 (1980):153.

10. "2006–2007 Automobile Insurance," *California Department of Insurance,* http://interactive. web.insurance.ca.gov/survey/survey?type=autoSurvey&event=autoSearch, 28 November 2006.

11. Collegeboard SAT: *2006 College Bound Seniors, Total Group Profile Report,* http://www. collegeboard.com/prod_downloads/about/news_info/cbsenior/yr2006/national-report.pdf.

12. Carlos E. Macellari, "Revision of Serpulids of the Genus *Rotularia* (*Annelida*) at Seymour Island (Antarctic Peninsula) and Their Value in Stratigraphy," *Journal of Paleontology* 58, no. 4 (1984).

13. T.M. Casey, M.L. May, and K.R. Morgan, "Flight Energetics of Euglossine Bees in Relation to Morphology and Wing Stroke Frequency," *Journal of Experimental Biology* 116 (1985).

14. Karl J. Niklas and T.G. Owens, "Physiological and Morphological Modifications of *Plantago Major* (*Plantaginaceae*) in Response to Light Conditions," *American Journal of Botany 76*, no. 3 (1989):370–382.

15. *Consumer Reports* website, http://www.consumerreports.org/cro/cars/past-road-test/ index.htm.

16. "KFC: Too Finger-Lickin' Good?" *Good Housekeeping* Saavy Consumer Product Tests, http://magazines.ivillage.com/goodhousekeeping/print/0,446041,00.html, 11 March 2004.

17. John Fetto, "Shop Around the Clock," *American Demographics* 25, no. 7 (September 2003):18.

18. Adapted from Donald L. Barlett and James B. Steele, "Why We Pay So Much for Drugs," *Time,* 2 February 2004, p. 44.

19. Charles S. Catlin, "Four-Day Work Week Improves Environment," *Environmental Health,* March 1997, p. 12.

## Chapter 11

1. "Pricing of Tuna," *Consumer Reports,* June 2001.

2. "2006–2007 Automobile Insurance," California Department of Insurance, http://interactive.web .insurance.ca.gov/survey/survey?type=autoSurvey&event=autoSearch, 28 November 2006.

3. "WinCo Foods: Compare and Save," 12880 Day St., Moreno Valley, CA, delivered by bulk mailing October 4–6, 2006.

4. H.F. Barsam and Z.M. Simutis, "Computer-Based Graphics for Terrain Visualization Training," *Human Factors,* no. 26, 1984. Copyright 1984 by the Human Factors Society, Inc. Reproduced by permission.

5. "How Fares Differ by Airport and Airline," *Consumer Reports,* July 1997, p. 24.

6. *The Press-Enterprise* (Riverside, CA), 11 February 1993.

7. Russell R. Pate, Chia-Yih Wang, Marsha Dowda, Stephen W. Farrell, and Jennifer R. O'Neill, "Cardiorespiratory Fitness Levels Among U.S. Youth 12 to 19 Years of Age," *Archives of Pediatric Adolescent Medicine,* Vol. 160, October 2006, pp. 1005–1011.

8. "Average Salary for Men and Women Faculty by Category, Affiliation, and Academic Rank, 2005–2006, *Academe,* March–April 2006, Vol. 92, no. 2, p. 38. Copyright ©American Association of University Professors.

9. A. Tubb, A.J. Parker, and G. Nickless, "The Analysis of Romano-British Pottery by Atomic Absorption Spectrophotometry," *Archaeometry* 22 (1980):153.

10. Harry R. Weber, "Is the Fix In?" *The Press-Enterprise* (Riverside, CA), 19 February 2004, p. G-1.

11. Robert McGarvey, "A Fine Mess," *Avenues,* July/August 1994, pp. 19–25.

## Chapter 12

1. Stellan Ohlsson, "The Learning Curve for Writing Books: Evidence from Professor Asimov," *Psychological Science* 3, no. 6 (1992):380–382.

2. Daniel C. Harris, *Quantitative Chemical Analysis,* 3rd ed. (New York: Freeman, 1991).

3. "2001 Academic Performance Index (API) Report," *The Press-Enterprise* (Riverside, CA), 16 October 2001, p. A8.

4. Adapted from J. Zhou and S. Smith, "Measurement of Ozone Concentrations in Ambient Air Using a Badge-Type Passive Monitor," *Journal of the Air & Waste Management Association* 47 (June 1997):697.

5. "Round-Trip Fares on America's Most Popular Routes," *Consumer Reports,* July 1997, p. 25.

6. Lawrence E. Levine and Victorina Wasmuth, "Laptops, Technology, and Algebra 1: A Case Study of an Experiment," *Mathematics Teacher* 97, no. 2 (February 2004):136.

7. "LCD TVs," http://www.consumerreports.org/cro/electronics-computers/tvs/lcd-tvs/ reports/product-selector/index.htm, 22 August 2006.

8. "#12, Tom Brady," http://sports.espn.go.com/nfl/players/profile?statsId=5228, 3 January 2007.

9. W.B. Jeffries, H.K. Voris, and C.M. Yang, "Diversity and Distribution of the Pedunculat Barnacles *Octolasmis* Gray, 1825 Epizoic on the Scyllarid Lobster, *Thenus orientalis* (Lund, 1793)," *Crustaceana* 46, no. 3 (1984).

10. Gregory K. Torrey, S.F. Vasa, J.W. Maag, and J.J. Kramer, "Social Skills Interventions Across School Settings: Cast Study Reviews of Students with Mild Disabilities," *Psychology in the Schools* 29 (July 1992):248.

11. G. Wayne Marino, "Selected Mechanical Factors Associated with Acceleration in Ice Skating," *Research Quarterly for Exercise and Sport* 54, no. 3 (1983).

12. A.J. Ellis, "Geothermal Systems," *American Scientist,* September/October 1975.

13. Allen L. Shoemaker, "What's Normal? Temperature, Gender, and Heart Rate," *Journal of Statistics Education* (1996).

14. http://sports.espn.go.com/mlb/teams, 12 December 2006.

15. David R. McAllister et al., "A Comparison of Preoperative Imaging Techniques for Predicting Patellar Tendon Graft Length before Cruciate Ligament Reconstruction," *The American Journal of Sports Medicine,* 20(4):461–465.

16. Henry Gleitman, *Basic Psychology,* 4th ed. (New York: Norton, 1996).

17. http://www.ew.com/ew/chart/movie/0,6115,_1__,00.html, 22 August 2006.

18. Mark Rechtin, "Boss Puts 'Buzz' on U.S. Luxury Leader's To-Do List," *Automotive News,* 26 January 2004, p. 4, and 22 May 2006.

19. "Starbucks Beverage and Food Details," http://www.starbucks.com/retail/nutrition_info.asp, 4 May 2004.

20. "Ratings: Walking Shoes," *Consumer Reports,* October 2006, p. 52.

21. *Automotive News: 1997 Market Data Book,* 28 May 1997, *2001 Market Data Book* (online), www.automotivenews.com/datacenter.cms, 20 September 2001; *2003 Market Data Book*, 26 May 2003, 2005 *Market Data Book,* 23 May 2005, and 2006 *Market Data Book*, 22 May 2006.

## Chapter 13

1. W.S. Good, "Productivity in the Retail Grocery Trade," *Journal of Retailing* 60, no. 3 (1984).

2. "Burgers from the Garden," *Consumer Reports,* July 1997, p. 36.

3. Adapted from J. Zhou and S. Smith, "Measurement of Ozone Concentrations in Ambient Air Using a Badge-Type Passive Monitor," *Journal of the Air & Waste Management Association* (June 1997):697.

4. Adapted from http://blog.qumana.com/blog/_archives/2006/7/12/2108371.html, November 7, 2006.

5. "2001 Academic Performance Index (API) report," *The Press-Enterprise* (Riverside, CA), 16 October 2001, p. A8.

6. R. Blair and R. Miser, "Biotin Bioavailability from Protein Supplements and Cereal Grains for Growing Broiler Chickens," *International Journal of Vitamin and Nutrition Research* 59 (1989):55–58.

7. "Round-Trip Fares on America's Most Popular Routes," *Consumer Reports,* July 1997, p. 25.

8. "Tires: Seasonal Performers," *Consumer Reports*, November 2006, pp. 52–54

9. "Tuna Goes Upscale," *Consumer Reports,* June 2001, p. 19.

10. *Automotive News: 1997 Market Data Book,* 28 May 1997, p. 50; *2001 Market Data Book* (online), www.automews.com/datacenter.cms, 20 September 2001; and *2003 Market Data Book*, 26 May 2003, p. 40, 2006 Market Data Book, 22 May 2006, p. 25.

## Chapter 14

1. Daniel Q. Haney, "Mondays May Be Hazardous," *The Press-Enterprise* (Riverside, CA), 17 November 1992, p. A16.

2. "What Colors Come in Your Bag?" http://us.mms.com/us/about/products/milkchocolate/, 4 January 2007.

3. "What Colors Come in Your Bag?" http://us.mms.com/us/about/products/peanut/, 4 January 2007.

4. http://www.pollingreport.com/health3.htm, ABC News/*Washington Post* Poll, 6–9 April 2006.

5. Adapted from Linda Schmittroth, ed., *Statistical Record of Women Worldwide* (Detroit and London: Gale Research, 1991).

6. "Waiting for a prescription (average time in minutes)," Adapted from http://www.USATODAY.com/snapshot/life/2001-06-10-drugwait.htm, 26 September 2001.

7. Adapted from Dana Blanton, "Poll: Most Believe 'Cover-Up' of JFK Assassination Facts," http://www.foxnews.com/story/0,2933,102511,00.html, 10 February 2004.

8. "No Shows," *American Demographics,* 25, no. 9 (November 2003):11.

9. Adapted from Tamar Lewin, "Report Looks at a Generation, and Caring for Young and Old," *The New York Times on the Web,* 11 July 2001.

10. Siobhan Reilly, Michele Abendstern, Jane Hughes, David Challis, Dan Venables, and Irene Pedersen, "Quality in Long-Term Care Home for People with Dementia: An Assessment of Specialist Provision," *Aging and Society,* 26(2006):649–668.

11. W.W. Menard, "Time, Chance and the Origin of Manganese Nodules," *American Scientist,* September/October, 1976.

12. Elizabeth A. Crowley, "Churchgoing Rises with Age," http://www.usatoday.com/news/snapshot.htm, 30 January 2004.

13. Thomas Lord and Terri Orkwiszewski, "Moving from Didactic to Inquiry-Based Instruction in a Science Laboratory," *American Journal of Primatolgy,* 68 (October 2006).

14. Jonathan W. Jantz, C.D. Blosser, and L.A. Fruechting, "A Motor Milestone Change Noted with a Change in Sleep Position," *Archives of Pediatric Adolescent Medicine* 151 (June 1997):565.

15. Adapted from "Salmonella May Taint Many Holiday Turkeys," *The Press-Enterprise* (Riverside, CA) 20 November 2001, p. A3.

16. William A. McGeveran, Jr., Ed., "Homeschooled Students," *The World Almanac and Book of Facts 2007* (New York: WRC Media, Inc.), 2007, p. 406 and http://www.census.gov/prod/2004pubs/p20-550.pdf.

17. Dan Smith, "Motorists Have Little Respect for Others' Skills," *The Press-Enterprise* (Riverside, CA), 15 March 1991.

18. William A. McGeveran, Jr., Ed., "Most Popular Colors, by Type of Vehicle, 2005 Model Year," *The World Almanac and Book of Facts 2007* (New York: WRC Media, Inc.), 2007, p. 83.

19. "Every Dad Has His Day," *Time,* 16 June 1997, p. 16.

20. Doreen Matsui, R. Lim, T. Tschen, and M.J. Rieder, "Assessment of the Palatability of b-Lactamase-Resistant Antibiotics in Children," *Archives of Pediatric Adolescent Medicine* 151 (June 1997):599.

21. Andrew S. Levy, M.J. Wetzler, M. Lewars, and W. Laughlin, "Knee Injuries in Women Collegiate Rugby Players," *The American Journal of Sports Medicine* 25, no. 3 (1997):360.

22. Adapted from David L. Wheeler, "More Social Roles Means Fewer Colds," *Chronicle of Higher Education* XLIII, no. 44 (July 11, 1997):A13.

23. Carole Day and Del Lowenthal, "The Use of Open Group Discussions in Marketing Library Services to Young Adults," *British Journal of Educational Psychology* 62 (1992):324–340.

## Chapter 15

1. T.M. Casey, M.L. May, and K.R. Morgan, "Flight Energetics of Euglossine Bees in Relation to Morphology and Wing Stroke Frequency," *Journal of Experimental Biology* 116 (1985).

2. "Alzheimer's Test Set for New Memory Drug," *The Press-Enterprise* (Riverside, CA), 18 November 1997, p. A-4.

3. *Science News* 136 (August 1989):126.

4. D. Matsui et al., "Assessment of the Palatability of b-Lactamase-Resistant Antibiotics in Children," *Archives of Pediatric Adolescent Medicine* 151 (1997):559–601.

5. Scott K. Powers and M.B. Walker, "Physiological and Anatomical Characteristics of Outstanding Female Junior Tennis Players," *Research Quarterly for Exercise and Sport* 53, no. 2 (1983).

6. *Science News,* 1989, p. 116.

7. G. Merrington, L. Winder, and I. Green, "The Uptake of Cadmium and Zinc by the Birdcherry Oat Aphid *Rhopalosiphum Padi* (*Homoptera:Aphididae*) Feeding on Wheat Grown on Sewage Sludge Amended Agricultural Soil," *Environmental Pollution* 96, no. 1 (1997):111–114.

8. Karola Sakekel, "Egg Substitutes Range in Quality," *San Francisco Chronicle,* 10 February 1993, p. 8.

# Answers to Selected Exercises

## Chapter 1

**1.1 a.** the student    **b.** the exam    **c.** the patient
**d.** the plant    **e.** the car

**1.3 a.** discrete    **b.** continuous    **c.** continuous
**d.** discrete

**1.5 a.** vehicles    **b.** type (qualitative); make (qualitative); carpool (qualitative); distance (quantitative continuous); age (quantitative continuous)    **c.** multivariate

**1.7** The population is the set of voter preferences for all voters in the state. Voter preferences may change over time.

**1.9 a.** score on the reading test; quantitative
**b.** the student    **c.** the set of scores for all deaf students who hypothetically might take the test

**1.11 a.** a pair of jeans    **b.** the state in which the jeans are produced; qualitative    **e.** 8/25
**f.** California    **g.** The three states produce roughly the same numbers of jeans.

**1.13 a.** no; add a category called "Other"

**1.15 a.** no    **b.** not quite    **c.** the bar chart

**1.17** Answers will vary.

**1.19 a.** eight to ten class intervals
**c.** 43/50    **d.** 33/50    **e.** yes

**1.21 b.** .30    **c.** .70    **d.** .30
**e.** relatively symmetric; no

**1.25 b.** centered at 75; two peaks (bimodal)
**c.** Scores are divided into two groups according to student abilities.

**1.27 a.** pie chart, bar chart

**1.29 c.** the Pareto chart

**1.31 a.** skewed right; several outliers

**1.33 b.**
```
Stem-and-leaf of Ages N = 37
  Leaf Unit = 1.0
    2      4 69
    3      5 3
    7      5 6678
   13      6 003344
   (6)     6 567778
   18      7 0111234
   11      7 7889
    7      8 013
    4      8 58
    2      9 00
```
relatively symmetric    **c.** Kennedy, Garfield, and Lincoln were assassinated.

**1.35 b.** 0.05

**1.37 a.** number of hazardous waste sites (discrete)    **b.** skewed right    **c.** size of the state; amount of industrial activity

**1.39 a.** skewed    **b.** symmetric    **c.** symmetric
**d.** symmetric    **e.** skewed    **f.** skewed

**1.41 a.** continuous    **b.** continuous    **c.** discrete
**d.** discrete    **e.** discrete

**1.43**
```
 7 | 8  9
 8 | 0  1  7
 9 | 0  1  2  4  4  5  6  6  6  8  8
10 | 1  7  9
11 | 2
```

**1.45 c.** skewed right

**1.49 a.** no    **b.** roughly mound-shaped

**1.51 a.** skewed right    **c.** yes; large states

**1.53 a.** Popular vote is skewed right; percent vote is relatively symmetric.    **b.** yes    **c.** Once the size of the state is removed, each state will be measured on an equal basis.

**1.55 d.** Answers will vary.

**1.57 a.** no

**1.59 b.** bimodal distribution, outliers; different kiln sites    **c.** yes

**1.63 a.** **Stem-and-Leaf Display: Percent**

```
Stem-and-leaf of Percent N = 51
Leaf Unit = 1.0
   1    0   8
   3    1   00
   3    1
   5    1   44
  10    1   66777
  20    1   8888889999
 (11)   2   00000000011
  20    2   233333
  14    2   444555
   8    2   67
   6    2   89
   4    3   01
   2    3   22
```

**b.** roughly mound-shaped

**c.** three somewhat low—Alaska, Georgia, and New Jersey

**1.65** Use a pie chart or a bar chart.

**1.67 a.** approximately mound-shaped
**b.** bar centered at 100.8
**c.** slightly above the center

**1.69 a.** somewhat mound-shaped    **b.** .2

**1.73 a–b.** skewed left    **c.** 8 and 11

## Chapter 2

**2.1 b.** $\bar{x} = 2$; $m = 1$; mode $= 1$    **c.** skewed

**2.3 a.** 5.8    **b.** 5.5    **c.** 5 and 6

**2.5 a.** slightly skewed right    **c.** $\bar{x} = 1.08$; $m = 1$; mode $= 1$

**2.7** 2.5 is an average number calculated (or estimated) for all families in a particular category.

**2.9** The median, because the distribution is highly skewed to the right.

**2.11 a.** $\bar{x} = 4.72$; $m = 3.50$; mode $= 1$
**b.** skewed right    **c.** yes

**2.13 a.** 2.4    **b.** 2.8    **c.** 1.673

**2.15 a.** 3    **b.** 2.125    **c.** $s^2 = 1.2679$; $s = 1.126$

**2.17 a.** 1.11    **b.** $s^2 = .19007$, $s = .436$
**c.** $R \approx 2.5s$

**2.19 a.** $s \approx 1.67$    **b.** $s = 1.75$    **c.** no
**d.** yes    **e.** no

**2.21 a.** approximately .68    **b.** approximately .95
**c.** approximately .815    **d.** approximately .16

**2.23 a.** $s \approx .20$    **b.** $\bar{x} = .76$; $s = .165$

**2.25 a.** approximately .68    **b.** approximately .95
**c.** approximately .003

**2.27 a.** $\approx 4.5$    **b.** $\approx 2.25$    **c.** $\bar{x} = 4.586$; $s = 2.892$

**2.29 a.** skewed right    **b.** 0 to 104 days

**2.31 b.** $\bar{x} = 7.729$    **c.** $s = 1.985$

| $k$ | $\bar{x} \pm ks$ | Actual | Tchebysheff | Empirical Rule |
|---|---|---|---|---|
| 1 | (5.744, 9.714) | .71 | At least 0 | Approx. .68 |
| 2 | (3.759, 11.699) | .96 | At least 3/4 | Approx. .95 |
| 3 | (1.774, 13.684) | 1.00 | At least 8/9 | Approx. .997 |

**2.33 a.** 42    **b.** $s \approx 10.5$    **c.** $s = 13.10$
**d.** 1.00; 1.00; yes

**2.35 a.** $s \approx .444$    **b.** $s = .436$

**2.37 a–b.** $\bar{x} = 1.4$; $s^2 = 1.4$

**2.39 a.** $\bar{x} = 2.04$; $s = 2.806$

**b–c.**

| $k$ | $\bar{x} \pm ks$ | Actual | Tchebysheff | Empirical Rule |
|---|---|---|---|---|
| 1 | (−.766, 4.846) | .84 | At least 0 | Approx. .68 |
| 2 | (−3.572, 7.652) | .92 | At least 3/4 | Approx. .95 |
| 3 | (−6.378, 10.458) | 1.00 | At least 8/9 | Approx. .997 |

**2.41**

| Sorted Data Set | Position of $Q_1$ | Measurements Above and Below | $Q_1$ | Position of $Q_3$ | Measurements Above and Below | $Q_3$ |
|---|---|---|---|---|---|---|
| 1, 1.5, 2, 2, 2.2 | 1.5 | 1 and 1.5 | 1.25 | 4.5 | 2 and 2.2 | 2.1 |
| 0, 1.7, 1.8, 3.1, 3.2, 7, 8, 8.8, 8.9, 9, 10 | 3 | None | 1.8 | 9 | None | 8.9 |
| .23, .30, .35, .41, .56, .58, .76, .80 | 2.25 | .30 and .35 | .3125 | 6.75 | .58 and .76 | .7150 |

**2.43** min $= 0$, $Q_1 = 6$, $m = 10$, $Q_3 = 14$, max $= 19$; IQR $= 8$

**2.45** lower and upper fences: $-2.25$ and $15.25$; $x = 22$ is an outlier

**2.47 a.** min $= 1.70$, $Q_1 = 130.5$, $m = 246.5$, $Q_3 = 317.5$, max $= 485$
**b.** lower and upper fences: $-150$ and $598$
**c–d.** No, but there are four extremely small observations, not identified by the box plot as outliers.

**724** ○ ANSWERS TO SELECTED EXERCISES

**2.49 a.**
```
Variable Minimum   Q1  Median   Q3 Maximum
Favre      5.00 19.25  22.00 24.75  31.00
Manning   14.00 20.25  23.50 26.75  32.00
```
**b.** *Favre:* lower and upper fences: 11 and 33; one outlier ($x = 5$); relatively symmetric, except for the outlier. *Manning:* upper and lower fences: 10.5 and 36.5; no outliers, relatively symmetric.

**2.51 a.** skewed left    **b.** $\bar{x} = 108.15$; $m = 123.5$; mean $<$ median implies skewed left    **c.** lower and upper fences: $-43.125$ and 259.875; skewed left, no outliers.

**2.53** Female temperatures have a higher center (median) and are more variable; three outliers in the female group.

**2.55 a.** *Generic:* $m = 26$, $Q_1 = 25$, $Q_3 = 27.25$, $IQR = 2.25$; *Sunmaid:* $m = 26$, $Q_1 = 24$, $Q_3 = 28$, $IQR = 4$    **b.** *Generic:* lower and upper fences: 21.625 and 30.625; *Sunmaid:* lower and upper fences: 18 and 34    **c.** yes    **d.** The average size is nearly the same; individual raisin sizes are more variable for Sunmaid raisins.

**2.57 a.** $R = 32.1$    **b.** $s \approx 8.025$    **c.** $s = 7.671$

**2.59** $m = 6.35$, $Q_1 = 2.325$, $Q_3 = 12.825$; lower and upper fences: $-13.425$ and 28.575; one outlier ($x = 32.3$).

**2.61 a, b.**

| k | $\bar{x} \pm ks$ | Tchebysheff | Empirical Rule |
|---|---|---|---|
| 1 | (.16, .18) | At least 0 | Approx. .68 |
| 2 | (.15, .19) | At least 3/4 | Approx. .95 |
| 3 | (.14, .20) | At least 8/9 | Approx. .997 |

**c.** No, distribution of $n = 4$ measurements cannot be mound-shaped.

**2.63** 68%; 95%

**2.65 a.** 27; 20.2; 6.8    **b.** slightly skewed left    **c.** 23.96; 1.641    **d.** largest $x = 27$, $z$-score $= 1.85$; smallest $x = 20.2$, $z$-score $= -2.29$; no    **e.** 24.3    **f.** 22.95 and 24.85

**2.67 a.** $s \approx 7.75$    **b.** $\bar{x} = 59.2$; $s = 10.369$    **c.** $m = 60$, $Q_1 = 51.25$, $Q_3 = 69.75$; lower and upper fences: 23.5 and 97.5; no outliers.

**2.69** $\sigma \approx 100$

**2.71 a.** 16%    **b.** 81.5%

**2.73 a.** .9735    **b.** .16

**2.75 a.** .025    **b.** .84

**2.77 a.** At least 3/4 have between 145 and 205 teachers.    **b.** .16

**2.81 a.** 8.36    **b.** 4    **c.** skewed right    **d.** lower and upper fences: $-24.375$ and 42.625; no; yes

**2.83 b.** yes    **c.** more than 2 or 3 standard deviations from the mean

**2.85 a.** 2.5, 3.75, 4.2, 4.75, 5.7    **b.** lower and upper fences: 2.25 and 6.25    **c.** no    **d.** mound-shaped; yes

**2.87 b.** the sample mean gets smaller    **d.** $5 \leq m \leq 10$

**2.89 c.** The standard deviation when dividing by $n - 1$ is closer to $\sigma$.

**2.91 b–c.** skewed left with one outlier to the right of the other observations ($x = 520$)

## Chapter 3

**3.3 a.** comparative pie charts; side-by-side or stacked bar charts    **c.** Proportions spent in all four categories are substantially different for men and women.

**3.5 a.** *Population:* responses to free time question for all parents and children in the United States. *Sample:* responses for the 398 people in the survey.    **b.** bivariate data, measuring relationship (qualitative) and response (qualitative)    **c.** the number of people who fall into that relationship-opinion category    **e.** stacked or side-by-side bar charts

**3.9**

| x | y | xy | Calculate: | Covariance |
|---|---|---|---|---|
| 1 | 6 | 6 | $n = 3$ | |
| 3 | 2 | 6 | $s_x = 1$ | $s_{xy} = \dfrac{\Sigma xy - \dfrac{(\Sigma x)(\Sigma y)}{n}}{n - 1} = -2$ |
| 2 | 4 | 8 | $s_y = 2$ | Correlation Coefficient |
| $\Sigma x = 6$ | $\Sigma y = 12$ | $\Sigma xy = 20$ | | $r = \dfrac{s_{xy}}{s_x s_y} = -1$ |

**3.11 b.** As $x$ increases, $y$ increases.    **c.** .903    **d.** $y = 3.58 + .815x$; yes

**3.13 b.** As $x$ increases, $y$ decreases.    **c.** $-.987$

**3.15 a.** $y = 56.11 + 23.83x$    **c.** \$199.06; no

**3.17 b.** slight positive trend    **c.** $r = .760$

**3.19 a.** price $=$ dependent variable; size $=$ independent variable    **b.** yes

**3.21 b.** The professor's productivity appears to increase, with less time required to write later books; no.

**3.23 a.** age of the soldier (quantitative), status of soldier—enlisted or officer (qualitative), branch

of service (qualitative)    **b.** the population of responses for all soldiers in the U.S. Army and the U.S. Marine Corps; population at a fixed moment in time    **c.** side-by-side bar charts; stacked bar charts

**3.27 a.** .882 (.886 using Minitab printout)
**b.** $x$ = weeks in release, $y$ = gross to date
**c.** .148; $-.642$

**3.29 a.** no    **b.** $r = -.039$; yes    **c.** Large cluster in lower left corner shows no apparent relationship; 7 to 10 states form a cluster with a negative linear trend    **d.** local environmental regulations; population per square mile; geographic region

**3.31 a.** aluminum oxide (quantitative), site (qualitative)    **b.** higher levels of aluminum oxide at Ashley Rails and Island Thorns

**3.33 a.** year (quantitative), number of home networks (quantitative), type of network (qualitative)    **c.** Wireless networking will increase and wired networks will decrease.

**3.35 a.** strong positive linear relationship
**b.** .946    **c.** $b \approx 1$    **d.** $y = 12.221 + .815x$

**3.37 b.** strong positive linear relationship

**3.39 b.** weak negative linear relationship
**c.** yes; Juneau, AK
**d.** stronger negative relationship

**3.43 a.** .635

**3.45 a.** 0.5    **b.** increase    **c.** 2.0; the $y$-intercept
**d.** 3.25; 4

## Chapter 4

**4.1 a.** {1, 2, 3, 4, 5, 6}    **c.** 1/6
**e.** $P(A) = 1/6$; $P(B) = 1/2$; $P(C) = 2/3$;
$P(D) = 1/6$; $P(E) = 1/2$; $P(F) = 0$

**4.3** $P(E_1) = .45$; $P(E_2) = .15$; $P(E_i) = .05$ for
$i = 3, 4, \ldots, 10$

**4.5 a.** {NDQ, NDH, NQH, DQH}    **b.** 3/4
**c.** 3/4

**4.9 a.** .58    **b.** .14    **c.** .46

**4.11 a.** randomly selecting three people and recording their gender    **b.** {FFF, FMM, MFM, MMF, MFF, FMF, FFM, MMM}
**c.** 1/8    **d.** 3/8    **e.** 1/8

**4.13 a.** rank $A, B, C$
**b.** {ABC, ACB, BAC, BCA, CAB, CBA}
**d.** 1/3, 1/3

**4.15 a.** .467    **b.** .513    **c.** .533

**4.17** 80

**4.19 a.** 60    **b.** 3,628,800
**c.** 720    **d.** 20

**4.21** 6720

**4.23** 216

**4.25** 120

**4.27** 720

**4.29 a.** 140,608    **b.** 132,600    **c.** .00037
**d.** .943

**4.31 a.** 2,598,960    **b.** 4    **c.** .000001539

**4.33** $5.720645 \times (10^{12})$

**4.35 a.** 49    **b.** 1/49    **c.** 2/7

**4.37** 1/56

**4.39** $\dfrac{4!(3!)^4}{12!}$

**4.41**

| $P(A)$ | $P(B)$ | Conditions for Events $A$ and $B$ | $P(A \cap B)$ | $P(A \cup B)$ | $P(A\|B)$ |
|---|---|---|---|---|---|
| .3 | .4 | Mutually exclusive | 0 | .7 | 0 |
| .3 | .4 | Independent | .12 | .58 | .3 |
| .1 | .5 | Independent | .05 | .55 | .1 |
| .2 | .5 | Mutually exclusive | 0 | .7 | 0 |

**4.43 a.** 3/5    **b.** 4/5

**4.45 a.** 1    **b.** 1/5    **c.** 1/5

**4.47 a.** 1    **b.** 1    **c.** 1/3    **d.** 0    **e.** 1/3
**f.** 0    **g.** 0    **h.** 1    **i.** 5/6

**4.49 a.** .08    **b.** .52

**4.51 a.** .3    **b.** no    **c.** yes

**4.53 a.** no, since $P(A \cap B) \neq 0$
**b.** no, since $P(A) \neq P(A|B)$

**4.55 a.** .14    **b.** .56    **c.** .30

**4.59 a.** $P(A) = .9918$; $P(B) = .0082$
**b.** $P(A) = .9836$; $P(B) = .0164$

**4.61** .05

**4.63 a.** .99    **b.** .01

**4.65 a.** 154/256    **b.** 155/256    **c.** 88/256
**d.** 88/154    **e.** 44/67    **f.** 23/35
**g.** 12/101    **h.** 189/256

**4.67 a.** .64    **b.** .4982    **c.** .011236

**4.69 a.** .23    **b.** .6087; .3913

**4.71** .38

**4.73** .012

**4.75 a.** .6585    **b.** .3415    **c.** left

**726** ○ ANSWERS TO SELECTED EXERCISES

**4.77** .3130

**4.79 a.** $P(D) = .10$; $P(D^C) = .90$; $P(N \mid D^C) = .94$; $P(N \mid D) = .20$  **b.** .023  **c.** .023  **d.** .056  **e.** .20  **f.** false negative

**4.81 a.** continuous  **b.** continuous  **c.** discrete  **d.** discrete  **e.** continuous

**4.83 a.** .2  **c.** $\mu = 1.9$; $\sigma^2 = 1.29$; $\sigma = 1.136$  **d.** .3  **e.** .9

**4.85** 1.5

**4.87 a.** {S, FS, FFS, FFFS}  **b.** $p(1) = p(2) = p(3) = p(4) = 1/4$

**4.89 a.** $p(0) = 3/10$; $p(1) = 6/10$; $p(2) = 1/10$

**4.91 a.** .1; .09; .081  **b.** $p(x) = (.9)^{x-1}(.1)$

**4.93 a.** 4.0656  **b.** 4.125  **c.** 3.3186

**4.95** $1500

**4.97 a.** .28  **b.** .18  **c.** $\mu = 1.32$; $\sigma = 1.199$  **d.** .94

**4.99** $20,500

**4.101** .0713

**4.103** $P(A) = 1/2$; $P(B) = 2/3$; $P(A \cap B) = 1/3$; $P(A \cup B) = 5/6$; $P(C) = 1/6$; $P(A \cap C) = 0$; $P(A \cup C) = 2/3$

**4.105** 2/7

**4.107** $p(0) = .0256$; $p(1) = .1536$; $p(2) = .3456$; $p(3) = .3456$; $p(4) = .1296$; .4752

**4.109 a.** .4565  **b.** .2530  **c.** .3889

**4.111** 3/10; 6/10

**4.113 a.** .73  **b.** .27

**4.115** .999999

**4.117** 8

**4.119 a.** .3582  **b.** .4883  **c.** .4467

**4.121 a.** 1/8  **b.** 1/64  **c.** Not necessarily; they could have studied together, and so on.

**4.123 a.** 5/6  **b.** 25/36  **c.** 11/36

**4.125 a.** .8  **b.** .64  **c.** .36

**4.127** .0256; .1296

**4.129** .2; .1

**4.131 a.** .5182  **b.** .1136  **c.** .7091  **d.** .3906

**4.133 a.** .0625  **b.** .25

**4.135 a.**

| x | 0 | 1 | 2 |
|---|---|---|---|
| p(x) | 6/15 | 8/15 | 1/15 |

**b.** $\mu = 2/3$; $\sigma^2 = 16/45$

**4.137 a.** $p(2) = p(12) = 1/36$, $p(3) = p(11) = 2/36$, $p(4) = p(10) = 3/36$, $p(5) = p(9) = 4/36$, $p(6) = p(8) = 5/36$, $p(7) = 6/36$

**4.139 a.** $p(0) = .5$, $p(1) = .5$

## Chapter 5

**5.1**

| k | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| $P(x \leq k)$ | .000 | .001 | .011 | .058 | .194 | .448 | .745 | .942 | 1.000 |

| The Problem | List the Values of x | Write the Probability | Rewrite the Probability | Find the Probability |
|---|---|---|---|---|
| 3 or less | 0, 1, 2, 3 | $P(x \leq 3)$ | not needed | .058 |
| 3 or more | 3, 4, 5, 6, 7, 8 | $P(x \geq 3)$ | $1 - P(x \leq 2)$ | .989 |
| More than 3 | 4, 5, 6, 7, 8 | $P(x > 3)$ | $1 - P(x \leq 3)$ | .942 |
| Fewer than 3 | 0, 1, 2 | $P(x < 3)$ | $P(x \leq 2)$ | .011 |
| Between 3 and 5 (inclusive) | 3, 4, 5 | $P(3 \leq x \leq 5)$ | $P(x \leq 5) - P(x \leq 2)$ | .437 |
| Exactly 3 | 3 | $P(x = 3)$ | $P(x \leq 3) - P(x \leq 2)$ | .047 |

**5.3** not binomial; dependent trials; $p$ varies from trial to trial.

**5.5 a.** .2965  **b.** .8145  **c.** .1172  **d.** .3670

**5.7 a.** .097  **b.** .329  **c.** .671  **d.** 2.1  **e.** 1.212

**5.9** $p(0) = .000$; $p(1) = .002$; $p(2) = .015$; $p(3) = .082$; $p(4) = .246$; $p(5) = .393$; $p(6) = .262$

**5.11 a.** .251  **b.** .618  **c.** .367  **d.** .633  **e.** 4  **f.** 1.549

**5.13 a.** .901  **b.** .015  **c.** .002  **d.** .998

**5.15 a.** .748  **b.** .610  **c.** .367  **d.** .966  **e.** .656

**5.17 a.** 1; .99  **b.** 90; 3  **c.** 30; 4.58  **d.** 70; 4.58  **e.** 50; 5

**5.19 a.** .9568  **b.** .957  **c.** .9569  **d.** $\mu = 2$; $\sigma = 1.342$  **e.** .7455; .9569; .9977  **f.** yes; yes

**5.21** no; the variable is not the number of successes in $n$ trials. Instead, the number of trials $n$ is variable.

**5.23 a.** 1.000  **b.** .997  **c.** .086

**5.25 a.** .098  **b.** .991  **c.** .098  **d.** .138  **e.** .430  **f.** .902

**5.27 a.** .0081   **b.** .4116   **c.** .2401

**5.29 a.** $\mu = 10$   **b.** 4 to 16   **c.** If this unlikely value were actually observed, it might be possible that the trials (fields) are not independent.

**5.31 a.** .016796   **c.** .98320

**5.33 a.** .107   **b.** .762

**5.35**

| Probability | Formula | Calculated Value |
|---|---|---|
| $P(x = 0)$ | $\dfrac{\mu^k e^{-\mu}}{k!} = \dfrac{2.5^0 e^{-2.5}}{0!}$ | .082085 |
| $P(x = 1)$ | $\dfrac{\mu^k e^{-\mu}}{k!} = \dfrac{2.5^1 e^{-2.5}}{1!}$ | .205212 |
| $P(x = 2)$ | $\dfrac{\mu^k e^{-\mu}}{k!} = \dfrac{2.5^2 e^{-2.5}}{2!}$ | .256516 |
| $P(2$ or fewer successes) | $P(x = 0) + P(x = 1)$ | .543813 |

**5.37**

| $k$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $P(x \le k)$ | .055 | .199 | .423 | .647 | .815 | .916 | .966 | .988 | .996 | .999 | 1.000 |

| The Problem | List the Values of $x$ | Write the Probability | Rewrite the Probability | Find the Probability |
|---|---|---|---|---|
| 3 or less | 0, 1, 2, 3 | $P(x \le 3)$ | not needed | .647 |
| 3 or more | 3, 4, 5, . . . | $P(x \ge 3)$ | $1 - P(x \le 2)$ | .577 |
| More than 3 | 4, 5, 6, . . . | $P(x > 3)$ | $1 - P(x \le 3)$ | .353 |
| Fewer than 3 | 0, 1, 2 | $P(x < 3)$ | $P(x \le 2)$ | .423 |
| Between 3 and 5 (inclusive) | 3, 4, 5 | $P(3 \le x \le 5)$ | $P(x \le 5) - P(x \le 2)$ | .493 |
| Exactly 3 | 3 | $P(x = 3)$ | $P(x \le 3) - P(x \le 2)$ | .224 |

**5.39 a.** .135335   **b.** .27067   **c.** .593994   **d.** .036089

**5.41 a.** .677   **b.** .6767   **c.** yes

**5.43 a.** .0067   **b.** .1755   **c.** .560

**5.45 a.** .271   **b.** .594   **c.** .406

**5.47** $P(x > 5) = .017$; unlikely.

**5.49 a.** .6   **b.** .5143   **c.** .0714

**5.51 a.** $p(0) = .36; p(1) = .48; p(2) = .15; p(3) = .01$   **c.** $\mu = .8, \sigma^2 = .50286$   **d.** .99; .99; yes

**5.53** $p(0) = .2; p(1) = .6; p(2) = .2$

**5.55 a.** hypergeometric   **b.** .1786   **c.** .01786   **d.** .2857

**5.61 a.** $p(0) = .729; p(1) = .243; p(2) = .027; p(3) = .001$   **c.** .3; .520   **d.** .729; .972

**5.63 a.** .234   **b.** .136   **c.** Claim is not unlikely.

**5.65 a.** .228   **b.** no indication that people are more likely to choose middle numbers

**5.67 a.** $\mu = 280$   **b.** $\sigma = 9.165$   **c.** 261.67 to 298.33   **d.** yes; $x = 225$ lies 6 standard deviations below the mean.

**5.69 a.** 20   **b.** 4   **c.** .006   **d.** Psychiatrist is incorrect.

**5.71 a.** $\mu = 50; \sigma = 6.124$
**b.** The value $x = 35$ lies 2.45 standard deviations below the mean. It is somewhat unlikely that the 25% figure is representative of this campus.

**5.73 a.** .5   **b.** $\mu = 12.5; \sigma = 2.5$   **c.** There is a preference for the second design.

**5.75 a.** yes; $n = 10; p = .25$   **b.** .2440   **c.** .0000296   **d.** Yes; genetic model is not behaving as expected.

**5.77 a.** yes   **b.** $1/8192 = .00012$

**5.79 a.** hypergeometric, or approximately binomial   **b.** Poisson   **c.** approximately .85; .72; .61

**5.81 a.** .015625   **b.** .421875   **c.** .25

**5.83 a.** $p = 1/3$   **b.** .3292   **c.** .8683

**5.85 a.** 14   **b.** 2.049   **c.** no; $x = 10$ is only 1.95 standard deviations below the mean

**5.87 a.** .135335   **b.** .676676

**5.89** .655

**5.91 a.** .794   **b.** .056   **c.** $-0.82$ to 3.82 or 0 to 3

**5.93 a.** 36   **b.** 4.8
**c.** Yes, since $x = 49$ lies 2.71 standard deviations above the mean.

**5.95 a.** .00006   **b.** .042   **c.** .0207   **d.** .5948   **e.** 1

**5.99 a.** .0176   **b.** .9648   **c.** .9648

## Chapter 6

**6.1**

| The Interval | Write the Probability | Rewrite the Probability (if needed) | Find the Probability |
|---|---|---|---|
| Less than $-2$ | $P(z < -2)$ | not needed | .0228 |
| Greater than 1.16 | $P(z > 1.16)$ | $1 - P(z \le 1.16)$ | .1230 |
| Greater than 1.645 | $P(z > 1.645)$ | $1 - P(z \le 1.645)$ | .0500 |
| Between $-2.33$ and 2.33 | $P(-2.33 < z < 2.33)$ | $P(z \le 2.33) - P(z \le -2.33)$ | .9802 |
| Between 1.24 and 2.58 | $P(1.24 < z < 2.58)$ | $P(z \le 2.58) - P(z \le 1.24)$ | .1026 |
| Less than or equal to 1.88 | $P(z \le 1.88)$ | not needed | .9699 |

**728** ○ ANSWERS TO SELECTED EXERCISES

**6.3 a.** .9452    **b.** .9664    **c.** .8159    **d.** 1.0000

**6.5 a.** .6753    **b.** .2401    **c.** .2694
**d.** .0901    **e.** $\approx 0$

**6.7 a.** 1.96    **b.** 1.44

**6.9 a.** 1.65    **b.** $-1.645$

**6.11 a.** 1.28    **b.** 1.645    **c.** 2.05    **d.** 2.33

**6.13 a.** .1596    **b.** .1151    **c.** .1359

**6.15** 58.3

**6.17** $\mu = 8$; $\sigma = 2$

**6.19 a.** .1949    **b.** .4870    **c.** no    **d.** yes;
$y = 18$ lies 3.82 standard deviations above the
mean.

**6.21 a.** .4586    **b.** .0526    **c.** .0170

**6.23** .1562; .0012

**6.25 a.** .0475    **b.** .00226    **c.** 29.12 to 40.88
**d.** 38.84

**6.27 a.** .1056    **b.** .2676

**6.29** .0475

**6.31** 63,550

**6.33 a.** .3085    **b.** .2417    **c.** .0045

**6.35 a.** 15; 10    **b.** yes    **c.** 15; 2.449
**d.** 10, 11, . . . , 25    **e.** 10; 9.5
**f.** $z = -2.25$    **g.** $-2.25$; .0122; .9878

**6.37 a.** yes    **b.** $\mu = 7.5$; $\sigma = 2.291$    **c.** .6156
**d.** .618

**6.39 a.** .2676    **b.** .3520    **c.** .3208    **d.** .9162

**6.41 a.** .178    **b.** .392

**6.43 a.** .245    **b.** .2483

**6.45 a.** .0446    **b.** .0104    **c.** .0446

**6.47** .9441

**6.49 a.** .5000    **b.** They do not consider height
when casting their ballot.

**6.51 a.** .0050    **b.** .8394    **c.** .9767
**d.** yes; Pepsi's market share is higher than
claimed.

**6.53 a.** 31    **b.** 3.432    **c.** no; $x = 25$ is only
1.75 standard deviations below the mean.

**6.55 a.** .3227    **b.** .1586

**6.57** $z_0 = 0$

**6.59** $z_0 = .67$; the 25th and 75th percentiles

**6.61** no

**6.63** 5.065 months

**6.65** .0336

**6.67** 85.36 minutes

**6.69** no; $x = 184$ lies only 1.26 standard deviations
below the mean.

**6.71** 7.301 ounces

**6.73 a.** 141    **b.** .0401

**6.75** .9474

**6.77** .3557

**6.79 a.** $Q_1 = 269.96$; $Q_3 = 286.04$    **b.** yes;
$x = 180$ lies 8.17 standard deviations below
the mean.

**6.81 a.** $\approx 0$    **b.** .6026    **c.** Sample is not
random; results will be biased.

**6.83 a.** $\pm.52$ standard deviations
**b.** $\pm1.28$ standard deviations

**6.85 a.** .3085    **b.** 99.92 degrees

**6.87 a.** .9544    **b.** .0561

**6.89 a.** $z_0 = -1.96$    **b.** $z_0 = .36$

**6.91 a.** .9651    **b.** .1056    **c.** .0062

**6.93 a.** .0442    **b.** .0445

**6.95 a.** 1.273    **b.** .1016

**6.97** .1244 (exact probability $= .1236$)

## Chapter 7

**7.1** 1/500

**7.11 a.** convenience sample    **c.** Yes, but only if the
students behave like a random sample from the
general population of Native American youth.

**7.13 a.** first question    **b.** Percent favoring the
program decreased, perhaps due to the "spending
billions of dollars" wording in the question.

**7.15** normal; 53; 3

**7.17** normal; 100; 3.16

**7.19 a.** $\mu = 10$; $\sigma/\sqrt{n} = .5$
**b.** $\mu = 5$; $\sigma/\sqrt{n} = .2$
**c.** $\mu = 120$; $\sigma/\sqrt{n} = .3536$

**7.21 c.** roughly mound-shaped

**7.23 a.** 1    **b.** .707    **c.** .500    **d.** .333
**e.** .250    **f.** .200    **g.** .100

**7.25 a.** 106; 2.4    **b.** .0475    **c.** .9050

**7.27 b.** a large number of replications

**7.31 a.** 1890; 69.282    **b.** .0559

**7.33 a.** $\approx 0$    **b.** yes; the value $\bar{x} = 98.25$ is
almost 5 standard deviations below the assumed
mean, $\mu = 98.6$.

**7.35** normal; .7; .0648

**7.37 a.** $p = .3$; $SE = .0458$    **b.** $p = .1$; $SE = .015$    **c.** $p = .6$; $SE = .0310$

**7.39 a.** .7019    **b.** .5125

**7.41 a.** .0099    **b.** .03    **c.** .0458    **d.** .05    **e.** .0458    **f.** .03    **g.** .0099

**7.43 a.** yes; $p = .19$; $SE = .03923$    **b.** .0630    **c.** .0604    **d.** The value is unusual because $\hat{p} = .30$ lies 2.80 standard deviations above the mean $p = .19$.

**7.45 a.** approximately normal with mean .13 and standard deviation .0453    **b.** .9382    **c.** $\approx 0$    **d.** .04 to .22

**7.47 a.** approximately normal with mean .75 and standard deviation .0306    **b.** .0516    **c.** .69 to .81

**7.49 a.** LCL = 150.13; UCL = 161.67

**7.51 a.** LCL = 0; UCL = .090

**7.53 a.** LCL = 8598.7; UCL = 12,905.3

**7.55** LCL = .078; UCL = .316

**7.57** LCL = .0155; UCL = .0357

**7.59** mean too large at hours 2, 3, and 4

**7.63 a.** $\approx 12.5$    **b.** .9986    **c.** They are probably correct.

**7.65 c.** no

**7.71 a.** cluster sample    **b.** 1-in-10 systematic sample    **c.** stratified sample    **d.** 1-in-10 systematic sample    **e.** simple random sample

**7.73 a.** 131.2; 3.677    **b.** yes    **c.** .1515

**7.75 a.** LCL = 0; UCL = .0848    **b.** $\hat{p} > .0848$

**7.77** yes

**7.81 a.** approximately normal with mean 288 and standard deviation .9798    **b.** .0207    **c.** .0071

**7.83** UCL = .2273; LCL = $-.0273$

**7.85 a.** 3.5; 1.208

**7.87 a.** 3.5; .854

**7.89 a.** .4938    **b.** .0062    **c.** .0000

## Chapter 8

**8.3 a.** .160    **b.** .339    **c.** .438

**8.5 a.** .554    **b.** .175    **c.** .055

**8.7 a.** .179    **b.** .098    **c.** .049    **d.** .031

**8.9 a.** .0588    **b.** .0898    **c.** .098    **d.** .0898    **e.** .0588    **f.** $p = .5$

**8.11** $\hat{p} = .728$; margin of error (MOE) = .029

**8.13** $\bar{x} = 39.8$; MOE = 4.768

**8.15** $\bar{x} = 7.2\%$; MOE = .776

**8.17 a.** $\hat{p} = .51$; MOE = .0327    **b.** $1.96\sqrt{\dfrac{.5(.5)}{900}}$

**8.19 a.** no    **b.** nothing; no

**8.21** Point estimate is $\bar{x} = 19.3$ with margin of error = 1.86.

**8.23 a.** (.797, .883)    **b.** (21.469, 22.331)    **c.** Intervals constructed in this way enclose the true value of $\mu$ 90% of the time in repeated sampling.

**8.25** (.846, .908)

**8.27 a.** 3.92    **b.** 2.772    **c.** 1.96

**8.29 a.** 3.29    **b.** 5.16    **c.** The width increases.

**8.31** (3.496, 3.904); random sample

**8.33 a.** (.932, 1.088)    **c.** no; $\mu = 1$ is a possible value for the population mean

**8.35 a.** (.106, .166)    **b.** Increase the sample size and/or decrease the confidence level.

**8.37 a.** $98.085 < \mu < 98.415$    **b.** no; perhaps the value 98.6 is not the true average body temperature for healthy people.

**8.39 a.** (4.61, 5.99)    **b.** yes

**8.41** (15.463, 36.937)

**8.43 a.** (17.676, 19.324)    **b.** (15.710, 17.290)    **c.** (.858, 3.142)    **d.** yes

**8.45 a.** $\bar{x}_1 - \bar{x}_2 = 2617$; MOE = 902.08    **b.** yes

**8.47 a.** (3.333, 16.667)    **b.** ($-22.040$, $-7.960$)    **c.** no    **d.** yes; yes

**8.49 a.** ($-.528$, $-.032$); yes, since $\mu_1 - \mu_2 = 0$ is not in the interval.

**8.51 a.** ($-.203$, $-.117$)    **b.** random and independent samples from binomial distributions

**8.53 a.** ($-.221$, .149)    **b.** no

**8.55 a.** ($-.118$, $-.002$)    **b.** Yes, since $p_1 - p_2 = 0$ is not in the interval.

**8.57 a.** (.095, .445)    **b.** yes

**8.59** (.061, .259)

**8.61 a.** ($-.082$, .022)    **b.** No, since $p_1 - p_2 = 0$ is in the interval.

**8.63** $1.96\sqrt{\dfrac{pq}{n}}$; $1.96\sqrt{\dfrac{.5(.5)}{n}}$; 385; quantitative; one; $1.96\dfrac{10}{\sqrt{n}}$; 97

**8.65 a.** $\mu < 76.63$    **b.** $\mu < 1.89$

**730** ○ ANSWERS TO SELECTED EXERCISES

**8.67** $\mu_1 - \mu_2 < 4$

**8.69** 505

**8.71** $n_1 = n_2 = 1086$

**8.73 b.** 9604

**8.75** $n_1 = n_2 = 360$

**8.77** 97

**8.79** $n_1 = n_2 = 136$

**8.81** $n_1 = n_2 = 98$

**8.83 a.** $\bar{x} = 29.1$; MOE $= .9555$    **b.** (28.298, 29.902)    **c.** $\mu > 28.48$    **d.** 234

**8.85** $n_1 = n_2 = 224$

**8.87** 1083

**8.89** $n_1 = n_2 = 925$

**8.91 a.** $\hat{p}_W = .5$; $\hat{p}_M = .75$    **b.** $-.313 < p_W - p_M < -.187$    **c.** There is a difference in the two proportions.

**8.93** (8.087, 11.313)

**8.95** 97

**8.97** (33.41, 34.59)

**8.99 a.** MOE $= .029$    **b.** 6147

**8.101 a.** (.522, .578)    **b.** (.035, .145); yes.

**8.103** at least 1825

**8.105** .3874; .651

**8.107 a.** (2.837, 3.087)    **b.** 276

**8.109** ($10.52, $12.38); no

**8.111** (2.694, 2.716)

**8.113** (.161, .239)

**8.115** at least 97

**8.117 b.** Widths are the same.

**8.119 a.** 9.702    **b.** (746.298, 765.702)    **c.** yes

**8.121 b.** The standard error and the width of the interval decrease.

## Chapter 9

**9.1**

| Test Statistic | Significance Level | One or Two-Tailed Test? | Critical Value | Rejection Region | Conclusion |
|---|---|---|---|---|---|
| $z = 0.88$ | $\alpha = .05$ | Two-tailed | 1.96 | $|z| > 1.96$ | Do not reject $H_0$ |
| $z = -2.67$ | $\alpha = .05$ | One-tailed (lower) | 1.645 | $z < -1.645$ | Reject $H_0$ |
| $z = 5.05$ | $\alpha = .01$ | Two-tailed | 2.58 | $|z| > 2.58$ | Reject $H_0$ |
| $z = -1.22$ | $\alpha = .01$ | One-tailed (lower) | 2.33 | $z < -2.33$ | Do not reject $H_0$ |

**9.3 a.** $z > 2.33$    **b.** $|z| > 1.96$    **c.** $z < -2.33$    **d.** $|z| > 2.58$

**9.5 a.** Do not reject $H_0$; results are not statistically significant.    **b.** Reject $H_0$; results are highly significant.    **c.** Reject $H_0$; results are statistically significant.

**9.7 a.** .0207    **b.** Reject $H_0$; results are statistically significant.    **c.** yes

**9.9** $p$-value $= .0644$; do not reject $H_0$; results are not statistically significant.

**9.11 a.** $H_0$: $\mu = 1$; $H_a$: $\mu \neq 1$    **b.** $p$-value $= .7414$; do not reject $H_0$    **c.** There is no evidence to indicate that the average weight is different from 1 pound.

**9.13 a.** $H_0$: $\mu = 80$    **b.** $H_a$: $\mu \neq 80$    **c.** $z = -3.75$; reject $H_0$

**9.15 a.** $z = 2.63$; $p$-value $= .0043$; reject $H_0$ at the 1% and 5% levels of significance

**9.17** yes; $z = 10.94$

**9.19** no; $z = -1.334$ with $p$-value $= .0918$; do not reject $H_0$

**9.21 a.** $H_0$: $\mu_1 - \mu_2 = 0$; $H_a$: $\mu_1 - \mu_2 > 0$; one-tailed    **b.** $z = 2.074$; reject $H_0$

**9.23 a.** $z = -2.26$; $p$-value $= .0238$; reject $H_0$    **b.** $(-3.55, -.25)$    **c.** no

**9.25 a.** $H_0$: $\mu_1 - \mu_2 = 0$; $H_a$: $\mu_1 - \mu_2 \neq 0$    **b.** yes; $z = 8.77$    **c.** $p$-value $\approx 0$

**9.27 a.** yes; $z = -3.18$; $p$-value $= .0014$    **b.** $(-3.01, -.71)$; yes

**9.29 a.** $z = -2.22$ with $p$-value $= .0264$    **b.** significant at the 5% but not the 1% level.

**9.31** $H_0$: $p = .4$; $H_a$: $p \neq .4$    **b.** $p$-value $= .093$; not statistically significant    **c.** no

**9.33 a.** $H_0$: $p = .15$; $H_a$: $p < .15$    **b.** Reject $H_0$; $z = -4.53$.    **c.** $\approx 0$

**9.35 a.** $H_0$: $p = 2/3$    **b.** $H_a$: $p > 2/3$    **c.** yes; $z = 4.6$    **d.** $p$-value $< .0002$

**9.37** no; $z = -.90$

**9.39** no; $z = -1.06$

**9.41** no; $z = -.71$

**9.43 a.** $H_0$: $p_1 - p_2 = 0$; $H_a$: $p_1 - p_2 < 0$    **b.** one-tailed    **c.** Do not reject $H_0$; $z = -.84$

**9.45 a.** yes; $z = -2.40$    **b.** $(-.43, -.05)$

**9.47** Do not reject $H_0$; $z = -.39$; there is insufficient evidence to indicate a difference in the two population proportions.

**9.49** $p_1 - p_2 > .001$; the risk is at least 1/1000 higher when taking *Prempro*.

**9.51** Reject $H_0$; $z = 3.14$ with $p$-value $= .0008$; researcher's conclusions are confirmed.

**9.55** The power increases.

**9.57 a.** $p$-value $< .0002$     **b.** Reject $H_0$; $z = 4.47$

**9.59 a.** $H_0$: $\mu = 7.5$; $H_a$: $\mu < 7.5$
**b.** one-tailed     **d.** $z = -5.477$; reject $H_0$

**9.61 a.** $H_0$: $\mu_1 - \mu_2 = 0$; $H_a$: $\mu_1 - \mu_2 \neq 0$
**b.** two-tailed     **c.** no; $z = -.954$

**9.63** no; do not reject $H_0$; $z = 1.684$

**9.65 a.** no, $z = .16$     **b.** .4364
**c.** Do not reject $H_0$.

**9.67** yes; $z = 4$; reject $H_0$

**9.69** yes; $z = 4.00$

**9.71 a.** yes; $z = 4.33$     **b.** (7.12, 18.88)

**9.73 a.** no; $z = -.92$     **b.** no; $z = -.42$     **c.** no

**9.75** no; $z = 2.19$

**9.77** yes; $z = -2.08$

**9.79** yes; $z = 3.32$

**9.81 a.** (1447.49. 4880.51)     **b.** between 1500 and 5000 more meters per week; they only have one stroke to practice.

**9.83 a.** $H_0$: $\mu = 94$; $H_a$: $\mu \neq 94$
**b.** $z = -1.331$     **c.** .1832
**d.** Do not reject $H_0$.     **e.** no

**9.85 a.** .7422     **b.** .9783     **c.** power increases

## Chapter 10

**10.1 a.** 2.015     **b.** 2.306     **c.** 1.330
**d.** 1.96

**10.3 a.** $.02 < p$-value $< .05$
**b.** $p$-value $< .005$     **c.** $p$-value $> .20$
**d.** $p$-value $< .005$

**10.5 a.** $\bar{x} = 7.05$; $s = .4994$     **b.** (7.496)
**c.** Reject $H_0$; $t = -2.849$     **d.** Yes.

**10.7** no; $t = -1.195$

**10.9 a.** yes; $t = -3.044$     **b.** 98.316

**10.11** (3.652, 3.912)

**10.13 a.** Reject $H_0$; $t = -4.31$.     **b.** (23.23, 29.97)
**c.** The pretreatment mean looks smaller than the other two means.

**10.17** (233.98, 259.94)

**10.19 a.** 3.775     **b.** 21.2258

**10.21 a.** $H_0$: $\mu_1 - \mu_2 = 0$; $H_a$: $\mu_1 - \mu_2 \neq 0$
**b.** $|t| > 2.771$     **c.** $t = 2.795$
**d.** $p$-value $< .01$     **e.** Reject $H_0$

**10.23 a.** yes; larger $s^2$/smaller $s^2 = 1.36$
**b.** $t = .06$ with $p$-value $= .95$     **c.** 19.1844
**d.** Do not reject $H_0$.     **e.** (−5.223, 5.503); yes

**10.25 a.** no; $t = -1.16$     **b.** $p$-value $= .260$
**c.** yes; larger $s^2$/smaller $s^2 = 2.88$

**10.27 a.** no; larger $s^2$/smaller $s^2 = 16.22$
**b.** yes; $t = -2.412$; $.02 < p$-value $< .05$

**10.29 a.** yes     **b.** no; larger $s^2$/smaller $s^2 = 3.72$
**c.** Do not reject $H_0$; $t = .10$ with $p$-value $> .20$.

**10.31** Do not reject $H_0$; $t = 0.24$ with $p$-value $> .10$.

**10.33 a.** Do not reject $H_0$; $t = -.93$.
**b.** (−5.81, 2.18), using $df = 29$; yes

**10.35 a.** Reject $H_0$; $t = 2.372$ with $.02 < p$-value.
$< .05$     **b.** (.014, .586)     **c.** 62 pairs

**10.37 a.** Do not reject $H_0$; $t = 1.177$.
**b.** $p$-value $> .20$     **c.** (−.082, .202)
**d.** random sample from normal distribution

**10.39 a.** Do not reject $H_0$; $t = 1.984$; (−7.28, 170.94).     **b.** Reject $H_0$; $t = 2.307$; (6.867, 208.433).     **c.** Reject $H_0$; $t = 4.38$.
**d.** (−1.6, 8.2); yes

**10.41 b.** yes; $t = 9.150$ with $p$-value $< .01$
**c.** (80.472, 133.328)

**10.43 a.** yes; $t = -4.326$; reject $H_0$.
**b.** (−2.594, −.566)     **c.** at least 65 pairs

**10.45 a.** yes; $t = 2.82$; reject $H_0$.     **b.** 1.488   **d.** yes

**10.47** Do not reject $H_0$; $t = 1.03$ with $p$-value $> .10$; do not proceed with the installation.

**10.49** (.190, .685)

**10.51** Reject $H_0$; $\chi^2 = 22.449$.

**10.53 a.** no; $t = -.232$     **b.** yes; $\chi^2 = 20.18$

**10.55 a.** no     **b.** yes; $z = 3.262$

**10.57** no; $\chi^2 = 29.433$

**10.59** (.667, 4.896)

**10.61** $F = 1.057$ with $p$-value $> .20$; do not reject $H_0$: $\sigma_1^2 = \sigma_2^2$.

**10.63** (1.544, 4.003)

**10.65** Rest: $F = 1.03$ with $p$-value $> .20$; 80% maximal $O_2$: $F = 2.01$ with $p$-value $> .20$; maximal $O_2$: $F = 14.29$ with $p$-value $< .01$; use the unpooled $t$-test for maximal $O_2$.

**10.71** (9.860, 12.740)

**732** ○ ANSWERS TO SELECTED EXERCISES

**10.73** yes, $t = 5.985$; reject $H_0$; (28.375, 33.625).

**10.75** yes, $F = 3.268$

**10.77** 72

**10.79** (22.578, 26.796)

**10.81** at least 136    **b.** Lower the confidence level; redesign the experiment as a paired difference test.

**10.83 a.** yes    **b.** $F = 19.516$; there is a difference in the population variances.

**10.85 a.** random independent samples from normal distributions with equal variances; no
**b.** yes; $t = 3.237$ with $p$-value $< .01$
**c.** yes; $t = 60.36$ with $p$-value $< .01$

**10.87** no; $t = 2.2$ with $p$-value $> .10$

**10.89** no; $t = -.177$ with $p$-value $> .20$

**10.91** no, $t = -1.712$

**10.93** unpaired: $(-1.69, .19)$; paired: $(-1.49, -.01)$; paired interval is slightly narrower.

**10.95 a.** no, $t = 2.571$    **b.** (.000, .020)

**10.97 a.** two-tailed; $H_a: \sigma_1^2 \neq \sigma_2^2$    **b.** lower-tailed; $H_a: \sigma_1^2 < \sigma_2^2$    **c.** upper-tailed; $H_a: \sigma_1^2 > \sigma_2^2$

**10.99 a.** no, $\chi^2 = 7.008$    **b.** (.185, 2.465)

**10.101** Reject $H_0$; $t = 2.425$; drug increases average reaction time.

**10.103** yes, $t = -2.945$

**10.105** no

**10.107** no, $t = 1.86$ with $p$-value $= .112$

**10.109** Use pooled $t$-test; $t = -1.82$ with $p$-value $> .10$; results are nonsignificant.

**10.111 a.** (5.814, 7.886)    **b.** random sample; sampled population is normal.

**10.113** Reject $H_0$; $t = 4.57$; yes.

**10.115 a.** Reject $H_0$; $t = 4.38$; yes.
**b.** $p$-value $< .01$; yes

**10.117 a.** $t > 1.8$    **b.** $|t| > 2.37$    **c.** $t < -2.6$

**10.121** Do not reject $H_0$; $t = -1.438$ with $p$-value $= .1782$

**10.123** yes; $t = -3.33$ with $p$-value $= .0030$

## Chapter 11

**11.1**

| Source | df |
|---|---|
| Treatments | 5 |
| Error | 54 |
| Total | 59 |

**11.3 a.** (2.731, 3.409)    **b.** (.07, 1.03)

**11.5 a.**

| Source | df | SS | MS | F |
|---|---|---|---|---|
| Treatments | 3 | 339.8 | 113.267 | 16.98 |
| Error | 20 | 133.4 | 6.67 | |
| Total | 23 | | | |

**b.** $df_1 = 3$ and $df_2 = 20$    **c.** $F > 3.10$
**d.** yes, $F = 16.98$    **e.** $p$-value $< .005$; yes

**11.7 a.** CM $= 103.142857$; Total SS $= 26.8571$
**b.** SST $= 14.5071$; MST $= 7.2536$
**c.** SSE $= 12.3500$; MSE $= 1.1227$
**d.**
```
Analysis of Variance
Source   DF    SS      MS     F      P
Trts      2   14.51  7.25  6.46  0.014
Error    11  12.35  1.12
Total    13  26.86
```
**f.** $F = 6.46$; reject $H_0$ with $.01 < p$-value $< .025$.

**11.9 a.** (1.95, 3.65)    **b.** (.27, 2.83)

**11.11 a.** (67.86, 84.14)    **b.** (55.82, 76.84)
**c.** $(-3.629, 22.963)$    **d.** No, they are not independent.

**11.13 a.** Each observation is the mean length of 10 leaves.    **b.** yes, $F = 57.38$ with $p$-value $= .000$    **c.** Reject $H_0$; $t = 12.09$.
**d.** (1.810, 2.924)

**11.15**

```
Analysis of Variance for Percent
Source   DF        SS            MS          F       P
Method    2    0.0000041    0.0000021   16.38  0.000
Error    12    0.0000015    0.0000001
Total    14    0.0000056
```

**11.17 a.** completely randomized design
**b.**
```
Source   DF      SS        MS        F       P
State     3    3272.2   1090.7    26.44   0.000
Error    16     660.0     41.3
Total    19    3932.2
```
**c.** $F = 26.44$; reject $H_0$ with $p$-value $= .000$.

**11.19** Sample means must be independent; equal sample sizes.

**11.21 a.** $1.878s$    **b.** $2.1567s$

**11.23** $\bar{x}_1 \quad \bar{x}_2 \quad \bar{x}_3 \quad \bar{x}_4$

**11.25 a.** no; $F = .60$ with $p$-value $= .562$
**b.** no differences

**11.27 a.** yes; $F = 8.55$, $p$-value $= .005$
**b.** $(-157.41, -28.59)$    **c.** $\bar{x}_3 \quad \bar{x}_1 \quad \bar{x}_2$

**11.29**

| Source | df | SS | MS | F |
|---|---|---|---|---|
| Treatments | 2 | 11.4 | 5.70 | 4.01 |
| Blocks | 5 | 17.1 | 3.42 | 2.41 |
| Error | 10 | 14.2 | 1.42 | |
| Total | 17 | 42.7 | | |

**11.31** $(-3.833, -.767)$

**11.33 a.** yes; $F = 19.19$     **b.** yes; $F = 135.75$
    **c.** $\overline{x}_1 \ \overline{x}_3 \ \overline{x}_4 \ \overline{x}_2$     **d.** $(-5.332, -2.668)$
    **e.** yes

**11.35 a.** 7     **b.** 7     **c.** 5     **e.** yes; $F = 9.68$
    **f.** yes; $F = 8.59$

**11.37**

**Two-way ANOVA: y versus Blocks, Chemicals**
```
Analysis of Variance for y
Source     DF      SS       MS       F       P
Blocks      2   7.1717   3.5858   40.21   0.000
Chemical    3   5.2000   1.7333   19.44   0.002
Error       6   0.5350   0.0892
Total      11  12.9067
```

**11.39 a.** yes; $F = 10.06$     **b.** yes; $F = 10.88$
    **c.** $\omega = 4.35$     **d.** $(1.12, 5.88)$

**11.41**

**Two-way ANOVA: Cost versus Estimator, Job**
```
Analysis of Variance for Cost
Source      DF     SS       MS       F       P
Estimator    2  10.862    5.431    7.20   0.025
Job          3  37.607   12.536   16.61   0.003
Error        6   4.528    0.755
Total       11  52.997
```

**11.43 a.** Blocks are items; treatments are stores.
    **b.** yes, $F = 14.79$; $p$-value $= .000$
    **c.** yes, $F = 19.39$; $p$-value $= .000$

**11.45 a.** 20     **b.** 60     **c.**

| Source | df |
|--------|----|
| A | 3 |
| B | 4 |
| AB | 12 |
| Error | 40 |
| Total | 59 |

**11.47** $(-1.11, 5.11)$

**11.49 a.** strong interaction present
    **b.** $F = 37.85$ with $p$-value $= .000$; yes     **d.** no

**11.51 b.** yes     **c.** Since the interaction is significant, attention should be focused on means for the individual factor-level combinations.
    **d.** Training: $.05 < p$-value $< .10$; ability: $p$-value $< .005$; interaction: $.01 < p$-value $< .025$

**11.53 a.** $2 \times 4$ factorial; students; gender at two levels, schools at four levels     **c.** no; $F = 1.19$     **e.** Main effect for schools is significant; $F = 27.75$; Tukey's $\omega = 82.63$.

**11.55 a.**
```
Source        DF      SS        MS        F       P
Training       1   4489.00   4489.00   117.49  0.000
Situation      1    132.25    132.25     3.46  0.087
Interaction    1     56.25     56.25     1.47  0.248
Error         12    458.50     38.21
Total         15   5136.00
```

**b.** No. $F = 1.47$; $p$-value $= .248$.     **c.** no
    $F = 3.46$; $p$-value $= .087$.     **d.** yes
    $F = 117.49$; $p$-value $= .000$.

**11.57** significant differences between treatments A and C, B and C, C and E and D and E

**11.59 a.** significant difference in treatment means; $F = 27.78$     **b.** Tukey's $\omega = .190$
    **c.** yes; $F = 6.59$

**11.61**

**One-way ANOVA: Sales versus Program**
```
Analysis of Variance for Sales
Source     DF     SS       MS      F      P
Program     3   1385.8   461.9   9.84   0.000
Error      23   1079.4    46.9
Total      26   2465.2
```

**11.63 a.** no; $F = 1.40$     **b.** $p$-value $> .10$
    **c.** yes; $F = 6.51$     **d.** yes; $F = 7.37$

**11.65 a.** $2 \times 3$ factorial experiment     **b.** no; $F = .45$ with $p$-value $= .642$
    **d.** $(-22.56, -5.84)$

**11.67 a.** randomized block design
    **b.**

**Two-way ANOVA: Total versus Week, Store**
```
Analysis of Variance for Total
Source  DF     SS       MS      F      P
Week     3   571.7   190.6   8.27   0.003
Store    4   684.6   171.2   7.43   0.003
Error   12   276.4    23.0
Total   19  1532.7
```

**c.** yes; $F = 7.43$     **d.** $\omega = 10.82$

**11.69 a.** factorial experiment     **b.** yes; $F = 7.61$
    **c.** $\omega = 2.67$

**11.71 a.** completely randomized design
    **b.** Yes, there is a significant difference. $F = 126.85$, $p$-value $= .000$

```
Source   DF      SS         MS        F       P
Site      2   132.277    66.139   126.85   0.000
Error    21    10.950     0.521
Total    23   143.227
```

**11.73** There is no evidence of non-normality. There appears to be slightly larger error variation for the smaller values compared to the larger values of $y$.

## Chapter 12

**12.1** $y$-intercept $= 1$, slope $= 2$

**12.3** $y = 3 - x$

**12.7 a.** $\hat{y} = 6.00 - .557x$     **c.** 4.05
    **d.** Analysis of Variance

| Source | DF | SS | MS |
|--------|----|----|----|
| Regression | 1 | 5.4321 | 5.4321 |
| Residual Error | 4 | 0.1429 | 0.0357 |
| Total | 5 | 5.5750 | |

**734**  ○  ANSWERS TO SELECTED EXERCISES

**12.9 a.** $S_{xx} = 21066.82$; $S_{yy} = .374798$;
$S_{xy} = 88.80003$    **b.** $\hat{y} = .0187 + .00422x$
**d.** .44

**e.** Analysis of Variance

| Source | DF | SS | MS |
|---|---|---|---|
| Regression | 1 | 0.37431 | 0.37431 |
| Residual Error | 7 | 0.00049 | 0.00007 |
| Total | 8 | 0.37480 | |

**12.11 a.** $y = $ API; $x = $ ELL    **b.** yes
**c.** $\hat{y} = 731.277 - 3.040x$    **d.** yes

**12.13 a.** yes    **b.** $\hat{y} = -11.665 + .755x$
**c.** $\hat{y} = 52.51$

**12.15 a.** strong positive linear relationship
**b.** approximately 1
**c.** $\hat{y} = 12.221 + .815x$    **d.** $\hat{y} = 62.75$

**12.17 a.** yes, $t = 5.20$    **b.** $F = 27.00$
**c.** $t_{.025} = 3.182$; $F_{.05} = 10.13$

**12.19 a.** yes, $F = 152.10$ with $p$-value $= .000$
**b.** $r^2 = .974$

**12.21 a.** $y = $ cost, $x = $ distance
**b.** $\hat{y} = 128.58 + .12715x$
**d.** $t = 6.09$; $r^2 = .699$

**12.23 a.** yes; $t = 3.79$ and $F = 14.37$ with
$p$-value $= .005$    **b.** no    **c.** $r^2 = .642$
**d.** MSE $= 5.025$    **e.** (.186, .764)

**12.25 a.** yes    **b.** $\hat{y} = -26.82 + 1.2617x$
**c.** yes; $t = 7.49$ and $F = 56.05$ with
$p$-value $= .000$    **d.** (.7768, 1.7466)

**12.27 a.** yes; reject $H_0$, $t = 7.15$
**b.** (.5362, 1.0944)    **c.** yes; the value
$\beta = 1$ is contained in the interval.

**12.29** plot residuals versus fit; random scatter of
points, free of patterns

**12.31** no

**12.33 a.** slight curve    **b.** 95.9% of overall
variation explained by the straight-line model
**c.** strong curvilinear pattern indicates
relationship may be curvilinear

**12.35 a.** fairly strong positive relationship
**b.** yes; Toshiba 37HLX95    **c.** yes; no

**12.37 a.** (4.6006, 5.1708)    **b.** (4.2886, 5.4829)
**c.** $x = 8$; extrapolation

**12.39 a.** slight curve    **b.** 95.7% of overall
variation is explained by the straight-line model.
**c.** Pattern indicates relationship may be
curvilinear.

**12.41 a.** (2.01, 3.74)    **b.** (−.77, 3.02)    **c.** $\bar{x} = 0$

**12.43 a.** (198.178, 244.254)
**b.** (126.235, 316.197)    **c.** no

**12.47 a.** positive    **b.** $r = .9487$; $r^2 = .9000$

**12.49 b.** $r = .982$    **c.** 96.5%

**12.51 a.** positive    **b.** $r = .760$; yes, $t = 2.615$

**12.53** yes; $t = 3.158$ with $p$-value $< .01$

**12.55 a.** correlation analysis    **b.** $r = .981$

**12.57 a.** possibly    **b.** $r = .658$; yes, $t = 2.140$

**12.59 a.** yes    **b.** $\hat{y} = 80.85 + 270.82x$
**c.** yes; $t = 3.96$ with $p$-value $= .003$
**d.** (112.1, 157.9)

**12.61 a.** $r = .980$    **b.** $r^2 = .961$
**c.** $\hat{y} = 21.9 + 15.0x$    **d.** Variance is not
constant for all $x$.

**12.63**

**Regression Analysis: API versus ELL**
```
The regression equation is
API = 731 - 3.04 ELL
Predictor         Coef    StDev      T       P
Constant        731.28    22.81   32.06   0.000
ELL            -3.0399   0.7551   -4.03   0.007

S = 33.72      R-Sq = 73.0%    R-Sq(adj) = 68.5%

Analysis of Variance
Source           DF      SS      MS      F       P
Regression        1   18422   18422   16.21   0.007
Residual Error    6    6820    1137
Total             7   25242
```

**12.65 a.** no; $t = 2.066$ with $p$-value $> .05$
**b.** $r^2 = .299$

**12.67** no; variance is not constant for all $x$.

**12.69 a.** strong positive relationship
**b.** $r^2 = .778$; 77.8%
**c.** $\hat{y} = -14.150 + 21.430x$; yes, $t = 5.30$
**d.** yes

**12.71** at the extremes of the experimental region

**12.73 a.** $\hat{y} = 20.47 - .758x$
**b.**

| Source | DF | SS | MS | F | P |
|---|---|---|---|---|---|
| Regression | 1 | 287.28 | 287.28 | 493.40 | 0.000 |
| Residual Error | 8 | 4.66 | 0.58 | | |
| Total | 9 | 291.94 | | | |

**c.** Reject $H_0$, $t = -22.21$    **d.** (−.86, −.66)
**e.** (9.296, 10.420)    **f.** $r^2 = .984$

**12.77 a.** $y$-intercept $= 3$; slope $= -0.5$

## Chapter 13

**13.1 b.** parallel lines

**13.3 a.** yes, $F = 57.44$ with $p$-value $< .005$
**b.** $R^2 = .94$

**13.5 a.** quadratic    **b.** $R^2 = .815$; relatively good fit
**c.** yes, $F = 37.37$ with $p$-value $= .000$

**13.7 a.** $b_0 = 10.5638$    **b.** yes, $t = 15.20$ with $p$-value $= .000$

**13.9 b.** $t = -8.11$ with $p$-value $= .000$; reject $H_0$: $\beta_2 = 0$ in favor of $H_a$: $\beta_2 < 0$.

**13.11 a.** $R^2 = .9955$    **b.** $R^2(\text{adj}) = 99.3\%$
**c.** The quadratic model fits slightly better.

**13.13 a.** Use variables $x_2$, $x_3$, and $x_4$.    **b.** no

**13.15 a.** $\hat{y} = -8.177 + 292x_1 + 4.434x_2$
**b.** Reject $H_0$, $F = 16.28$ with $p$-value $= .002$. The model contributes significant information for the prediction of $y$.    **c.** yes, $t = 5.54$ with $p$-value $= .001$    **d.** $R^2 = .823$; $82.3\%$

**13.17 a.** quantitative    **b.** quantitative
**c.** qualitative; $x_1 = 1$ if plant B, 0 otherwise; $x_2 = 1$ if plant C, 0 otherwise    **d.** quantitative
**e.** qualitative; $x_1 = 1$ if day shift, 0 if night shift

**13.19 a.** $x_2$    **b.** $\hat{y} = 12.6 + 3.9x_2^2$ or $\hat{y} = 13.14 - 1.2x_2 + 3.9x_2^2$

**13.21 a.** $y = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_1x_2 + \epsilon$ with $x_2 = 1$ if cucumber, 0 if cotton    **c.** No, the test for interaction yields $t = .63$ with $p$-value $= .533$.    **d.** yes

**13.23** $y = \beta_0 + \beta_1x_1 + \beta_2x_1^2 + \beta_3x_2 + \beta_4x_1x_2 + \beta_5x_1^2x_2 + \varepsilon$

**13.25 a.** $\hat{y} = 8.585 + 3.8208x - 0.21663x^2$
**b.** $R^2 = .944$    **c.** yes; $F = 33.44$
**d.** yes; $t = -4.93$ with $p$-value $= .008$
**e.** no

**13.27 b.** $\hat{y} = 4.10 + 1.04x_1 + 3.53x_2 + 4.76x_3 - 0.43x_1x_2 - 0.08x_1x_3$    **c.** yes; $t = -2.61$ with $p$-value $= .028$    **d.** no; $F = 3.86$; consider eliminating the interaction terms.

**13.29 a.** $y = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_1^2 + \beta_4x_1x_2 + \beta_5x_1^2x_2 + \epsilon$
**b.** $F = 25.85$; $R^2 = .768$
**c.** $\hat{y} = 4.51 + 6.394x_1 + .1318x_1^2$
**d.** $\hat{y} = -46.34 + 23.458x_1 - .3707x_1^2$
**e.** no; $t = .78$ with $p$-value $= .439$

**13.31 a.** no; $x_1, x_2, x_3$    **b.** $y = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_3 + \beta_4x_4 + \beta_5x_5 + \epsilon$
**c.** $R^2 = 91.4\%$ and $R^2(\text{adj}) = 88.7\%$; yes.
**d.** $x_1, x_2$, and possibly $x_4$; $y = \beta_0 + \beta_1x_1 + \beta_2x_2 + \beta_3x_4 + \epsilon$; $R^2(\text{adj}) = 89.8\%$; the reduced model is better than the full model.

**13.35 a.** $99.9\%$
**b.** yes; $F = 1676.61$ with $p$-value $= .000$
**c.** yes; $t = -2.65$ with $p$-value $= .045$
**d.** yes; $t = 15.14$ with $p$-value $= .000$

**e.** Linear: $R^2(\text{adj}) = 91.9\%$, quadratic: $R^2(\text{adj}) = 99.8\%$, quadratic term is significant.
**f.** Quadratic term is missing.

## Chapter 14

**14.3 a.** $X^2 > 12.59$    **b.** $X^2 > 21.666$
**c.** $X^2 > 29.8194$    **d.** $X^2 > 5.99$

**14.5 a.** $H_0$: $p_1 = p_2 = p_3 = p_4 = p_5 = 1/5$
**b.** 4    **c.** 9.4877    **d.** $X^2 = 8.00$
**e.** Do not reject $H_0$.

**14.7** Yes, $X^2 = 24.48$; drivers tend to prefer the inside lanes.

**14.9** no, $X^2 = 3.63$

**14.11** no, $X^2 = 13.58$

**14.13** yes; do not reject $H_0$; $X^2 = 1.247$

**14.15** yes; reject $H_0$; $X^2 = 28.386$

**14.17** 8

**14.19** Reject $H_0$; $X^2 = 18.352$ with $p$-value $= .000$.

**14.21 a.** yes; $X^2 = 7.267$
**b.** $.025 < p$-value $< .05$

**14.23 a.** yes; reject $H_0$; $X^2 = 20.937$
**b.** no; $X^2 = 1.255$

**14.25 a.** no; do not reject $H_0$; $X^2 = 6.447$
**b.** $p$-value $> .10$; yes

**14.27 a.** $X^2 = 10.597$    **b.** $X^2 > 13.2767$
**c.** Do not reject $H_0$.    **d.** $.025 < p$-value $< .05$

**14.29** yes; $X^2 = 24.31$

**14.31 a.** Each care type represents a binomial population in which we measure the presence or absence of EMI services.
**b.** yes; $X^2 = 18.446$

**14.33** Yes, reject $H_0$; $X^2 = 36.499$.

**14.35** no, $X^2 = 4.4$ with $p$-value $> .10$

**14.37** no, $X^2 = 1.89$ with $p$-value $> .10$

**14.39 a.** no, $X^2 = 1.815$    **b.** $p$-value $> .10$

**14.43** no; do not reject $H_0$; $X^2 = 1.311$.

**14.45 a.** Reject $H_0$; $X^2 = 18.527$.    **b.** Reject $H_0$; $z = 4.304$; yes.

**14.49** yes, $X^2 = 7.488$ with $.005 < p$-value $< .01$

**14.51** yes, $X^2 = 6.190$ with $.025 < p$-value $< .05$; $(.347, .483)$

**14.53 a.** no; $X^2 = 3.259$ with $p$-value $= .196$
**b.** no; $X^2 = 1.054$ with $p$-value $= .788$
**c.** yes

**14.55** no, $X^2 = 3.953$ with $p$-value $= .139$

**736** ○ ANSWERS TO SELECTED EXERCISES

**14.57 a.** Do not reject $H_0$; $X^2 = 3.660$ with $p$-value $= .454$; yes.

**14.59 a.** yes; $X^2 = 11.690$ with $p$-value $= .003$
**b.** The susceptibility to a cold seems to decrease as the number of relationships increases.

**14.61** Yes, reject $H_0$; $X^2 = 16.535$.

**14.63 a.** 27.69    **b.** 5.99

**14.65** Consumers have a preference; $X^2 = 18.5$ with $p$-value $= .0001$.

**14.69** no; $X_2 = 2.87$ with $p$-value $= .2378$

## Chapter 15

**15.1 a.** $T_1^*$    **b.** $T \leq 31$    **c.** $T \leq 27$

**15.3 a.** $H_0$: population distributions are identical; $H_a$: population 1 shifted to the left of population 2.    **b.** $T_1 = 16$; $T_1^* = 39$    **c.** $T \leq 19$    **d.** yes; reject $H_0$

**15.5** Do not reject $H_0$; $z = -1.59$.

**15.7** Do not reject $H_0$; $T = 102$.

**15.9** yes; reject $H_0$; $T = 45$

**15.11** yes; reject $H_0$; $T = 44$

**15.13 b.** $\alpha = .002, .007, .022, .054, .115$

**15.15** one-tailed: **n = 10:** $\alpha = .001, .011, .055$; **n = 15:** $\alpha = .004, .018, .059$; **n = 20:** $\alpha = .001, .006, .021, .058, .132$; two-tailed: **n = 10:** $\alpha = .002, .022, .110$; **n = 15:** $\alpha = .008, .036, .118$; **n = 20:** $\alpha = .002, .012, .042, .116$

**15.17 a.** $H_0$: $p = \frac{1}{2}$; $H_a$: $p \neq \frac{1}{2}$; rejection region: $\{0, 1, 7, 8\}$; $x = 6$; do not reject $H_0$ at $\alpha = .07$; $p$-value $= .290$.

**15.19** $z = 3.15$; reject $H_0$.

**15.21 b.** $T = \min\{T^+, T^-\}$    **c.** $T \leq 137$    **d.** Do not reject $H_0$.

**15.23** Do not reject $H_0$; $z = -.34$.

**15.25 a.** Reject $H_0$; $T = 1.5$    **b.** Results do not agree.

**15.27 a.** no; $T = 6.5$

**15.29 a.** Do not reject $H_0$; $x = 8$.    **b.** Do not reject $H_0$; $T = 14.5$.

**15.31 a.** paired difference test, sign test, Wilcoxon signed-rank test    **b.** Reject $H_0$ with both tests; $x = 0$ and $T = 0$.

**15.33** yes, $H = 13.90$

**15.35 a.** no; $H = 2.63$    **b.** $p$-value $> .10$    **c.** $p$-value $> .10$

**15.37** no; $H = 2.54$ with $p$-value $> .10$

**15.39 a.** Reject $H_0$; $F_r = 21.19$.    **b.** $p$-value $< .005$    **d.** $F = 75.43$    **e.** $p$-value $< .005$    **f.** Results are identical.

**15.41 a.** Do not reject $H_0$; $F_r = 5.81$.    **b.** $.05 < p$-value $< .10$

**15.43 a.** $r_s \geq .425$    **b.** $r_s \geq .601$

**15.45 a.** $|r_s| \geq .400$    **b.** $|r_s| \geq .526$

**15.47 a.** $-.593$    **b.** yes

**15.49 a.** $r_s = .811$    **b.** yes

**15.51** yes

**15.53** yes, $r_s = .9118$

**15.55 a.** Do not reject $H_0$; $x = 2$.    **b.** Do not reject $H_0$; $t = -1.646$.

**15.57 a.** Do not reject $H_0$; $x = 7$.    **b.** Do not reject $H_0$; $x = 7$.

**15.59** Do not reject $H_0$ with the Wilcoxon rank sum test ($T = 77$) or the paired difference test ($t = .30$).

**15.61** Do not reject $H_0$ using the sign test ($x = 2$); no.

**15.63** yes; $r_s = -.845$

**15.65** Reject $H_0$; $T = 14$.

**15.67 a.** Reject $H_0$; $F_r = 20.13$.    **b.** The results are the same.

**15.69 a.** Reject $H_0$; $H = 9.08$.    **b.** $.025 < p$-value $< .05$    **c.** The results are the same.

**15.71 a.** no    **b.** significant differences among the responses to the three rates of application; $F_r = 10.33$ with $p$-value $= .006$

**15.73** $T = 19$. $T_{.05} = 21$ ($T_{.01} = 18$.) Reject $H_0$.

**15.75** $z = 1.18 < z_{.05} = 1.645$; lighting not effective

**15.77** $H = 7.43$ $df = 3$ $p$-value $= 0.059$; no significant difference

**15.79 a.** $r_s = .738$.    **b.** $p$-value $= .025 < .05$; yes, positive correlation

# Index

Absolute values, 61, 644
Acceptance region, 346, 347
Addition Rule, 146–147
Alternative hypothesis
    explanation of, 344–345, 403
    use of, 349, 350
Analysis of variance (ANOVA). *See also*
        Variance
    assumptions for, 449–450, 487–490
    calculations for, 459
    for completely randomized design,
        450–458
    explanation of, 449, 490–491
    *F* test, 481–482, 518, 556
    for linear regression, 509–511
    in mean squares, 452, 454, 457, 468,
        470, 510
    MINITAB, 453–454, 458, 483, 489–490,
        492–495, 653
    for multiple regression, 555–556
    for randomized block design, 467–473
    ranking population means and, 462–465
    residual plots and, 488–490
    $a \times b$ factorial experiment and, 478–484
Analysis of variance (ANOVA) table, 452,
        453, 468–469, 481, 510, 555, 556
Applets
    binomial probabilities, 190–192, 239–240
    box plot, 82–83
    Central Limit Theorem, 265
    chi-square probabilities, 419–420, 596
    chi-square test of independence, 605
    comparing *t* and *z*, 390–391
    confidence interval, 312, 314
    correlation, 106–107, 535
    discrete probability distribution, 165–166
    explanation of, 6, 34
    *F* probabilities, 456, 470
    goodness-of-fit test, 598
    large-sample test of population mean,
        353–354
    least-squares method, 506, 508
    line, 109
    mean and median, 56
    normal approximation to binomial
        probabilities, 239–240
    normal curves, 224
    normal distribution probabilities, 230–233
    normal probabilities for means, 270–271
    power of *z*-test, 358
    scatterplot, 104, 504

simple events, 138
small-sample test of population mean, 396
Student's *t* probabilities, 389, 392, 412
test for slope, 516
*t*-probabilities, 537
two-sample *t* test, 404
use of, 35–37
variance, 64
*z*-scores, 232–233
Approximation
    normal, 237–243, 634–637, 640–641,
        647–648
    Poisson, 201–202, 237
    Satterthwaite's, 406
Arithmetic mean. *See* Means
Average. *See* Means

Bar charts
    explanation of, 12–14
    for quantitative data, 17–19
    stacked, 98–100
    using MINITAB, 13, 14, 39, 40
Bayes' Rule, 160–161
Best-fit line, 110, 506
Bias, in sample surveys, 256, 257
Biased estimator, 301
Bimodal distributions, 23, 57
Binomial distributions, 201–202, 237
Binomial experiments
    examples of, 184–186
    explanation of, 184, 614
Binomial formula, 188, 191, 237
Binomial probabilities
    calculation of, 201, 240–241
    cumulative, 188–189
    individual, 188
    MINITAB, 209–211
Binomial probability distribution
    applet, 190–192
    calculation of, 188
    explanation of, 184–189
    MINITAB, 192, 202, 209–211
    normal approximation to, 237–243
Binomial proportions
    estimating difference between two,
        324–326
    large-sample test of hypothesis for,
        368–371, 373–376
Binomial random variables
    examples of, 275
    explanation of, 184

mean and standard deviation for, 186–188
    normal approximation and, 237–238
Bivariate data
    explanation of, 9, 98
    graphs for qualitative variables and,
        98–100
    MINITAB to describe, 115–118
    numerical measures for quantitative,
        105–112
    scatterplots for quantitative variables and,
        102–104
Blocking. *See also* Randomized block
        designs
    cautions regarding, 473
    explanation of, 414, 467
Block means
    comparing treatment and, 472–473
    testing for, 470
Blocks, 414
Box plots
    applet, 82–83
    construction of, 81–82
    explanation of, 80

Categorical data
    applications of chi-square test and,
        615–616
    contingency tables and, 602–607
    equivalence of statistical tests and,
        614–615
    explanation of, 10, 595
    goodness-of-fit test for, 597–599
    graphs for, 11–14
    Pearson's chi-square statistic for, 596–597
    two-way classification with fixed row or
        column totals and, 610–612
Causal relationships, 580
Cell count
    estimation of, 603–604
    explanation of, 595
Cell probabilities, 597
Central Limit Theorem (CLT)
    applet, 265
    explanation of, 263–265, 281–282
    MINITAB, 288–290
    statistical inference and, 266
Charts. *See also* Graphs
    bar, 12–14, 17–19, 98–100
    line, 19
    Pareto, 13
    pie, 12, 13, 17–19, 98–100

**738** ○ INDEX

Chi-square probability distribution
    applet, 419–420, 596
    explanation of, 418, 596
Chi-square statistic
    applications of, 615–616
    explanation of, 595, 596
Chi-square table, 419, 692–693
Chi-square test
    applications of, 615–616
    goodness-of-fit, 597–599, 615
    of independence, 602–603, 605
    MINITAB, 617–620
Chi-square variable, 418
Clusters, 258
Cluster samples, 258
Coefficient of determination, 518–519,
    556–557
Coefficients, correlation, 105–106
Combinations, counting rule for, 140–142
Common variance, 449
Complements
    calculating probabilities for, 146–147
    of events, 144, 146, 147
    rules for, 147–148
Complements Rule, 147–148
Completely randomized designs
    analysis of variance for, 451–458
    explanation of, 450–451, 466
    Kruskal-Wallis H-test for, 650–654
Conditional distributions, 100
Conditional probability
    explanation of, 149–151
    method to find, 159–161
Confidence coefficient
    explanation of, 307–308
    use of, 308, 309
Confidence intervals
    applet, 312, 314
    construction of, 308–309
    estimation and prediction and, 529
    explanation of, 300
    hypothesis testing and, 365–366
    interpretation of, 311–315
    large-sample, 310–311, 319–320, 325
    for single treatment mean, 457
    for slope, 517
    small-sample, 392–393, 402, 413,
        421–422, 428, 429
    two-sided, 328
Constant variance assumption, 490
Contingency tables
    explanation of, 602, 606, 610
    multidimensional, 616
Continuity correction, 240
Continuous probability distributions, 220–222
Continuous random variables
    calculating expected value for, 170
    discrete vs., 163, 221
    probability distributions for, 220–223
Continuous variables, 10, 11, 17
Control charts
    explanation of, 281
    for process mean, 282–283
    for proportion defective, 283–285
Control groups, 448
Convenience samples, 258
Correction for mean (CM), 451
Correlation analysis, 533–537

Correlation coefficient
    applet, 106–107, 535
    calculation of, 107–108, 111
    explanation of, 105–106, 518, 533
    hypothesis testing concerning, 536–537
    Pearson product moment sample, 533–534
    population, 536
    rank, 660–664
    use of, 111–112
Counting rules
    for combinations, 140–142
    Extended mn Rule, 138–139
    mn Rule, 137–138, 142
    for permutations, 140–141
Covariance, 106
Covariance formula, 106
Critical values
    of chi-square, 692–693
    explanation of, 347
    hypothesis tests and, 349, 353, 364, 394,
        422
    left-tailed, 632, 702–703
    right-tailed, 454
    of Spearman's rank correlation coefficient
        for one-tailed test, 705
    of t, 691
    for Wilcoxon signed-rank test, 704
Cumulative area, 225, 229
Cumulative binomial probabilities
    applet, 190–192
    calculation of, 190–193
    explanation of, 188–189
    table of, 680–685
Cumulative binomial tables
    explanation of, 189
    use of, 201, 237
Cumulative distribution function, 192
Cumulative Poisson tables, 198, 686–687
Curvilinear function, 537

Data
    bivariate, 9, 98 (See also Bivariate data)
    categorical, 10–14 (See also Categorical
        data)
    explanation of, 8
    formulas for mean and variance for, 74
    methods to describe, 53
    multivariate, 9
    quantitative, 17–24, 105–107
    univariate, 9
Defective items, 283–285
Degrees of freedom
    determining appropriate number of,
        596–597, 606, 611
    explanation of, 388, 391, 392, 400,
        406, 452
    multiple regression and, 555
    randomized block design and, 468
    sources of variation divided by, 481, 510
Density, of probability, 221
Density function, formula for, 388
Dependent events, 149, 151, 152
Dependent variables, 108
Descriptive statistics, 4
Deterministic model, 503–504
Deviation
    explanation of, 61–62
    standard, 62–63, 65–70

Diagnostic tools
    for analysis of variance assumptions, 488
    for checking regression assumptions,
        522–524
Discrete probability distributions
    applets for, 165–166
    binomial, 184–197
    hypergeometric, 205–207
    MINITAB for, 173–175
    Poisson, 197–205
    requirements for, 164–165
Discrete random variables
    continuous vs., 163, 221
    mean and standard deviation for, 166–170
    probability distributions for, 163–170
    requirements for, 164–165
Discrete variables, 10, 11, 17
Disjoint events, 146–147
Dispersion. See Variability
Distribution function, cumulative, 192
Distributions. See also Probability
        distributions; Sampling distributions;
        specific types of distributions
    bimodal, 23, 57
    binomial, 201–202
    conditional, 100
    normal, 68
    skewed, 22–23, 56
    symmetric, 22, 56, 223
    unimodal, 23
Dotplots
    applet, 35
    distributions on, 23, 24
    explanation of, 20
    showing deviation of points from
        mean, 61
    using MINITAB, 20, 23, 40, 41
Dummy variables, 567

Efficiency, relative, 644
Elements of sample, 3
Empirical Rule
    calculation of s and, 70
    explanation of, 67–69
    normal random variables and, 224, 229
    use of, 68–70, 193
    z-scores and, 76
Error
    of estimation, 302
    margin of, 302
    residual, 511, 523
    sampling, 305
    Type I, 347, 356–357
    Type II, 356, 357
Error terms, dependent, 523
Estimation. See also Large-sample
        estimation
    error of, 302
    explanation of, 298–299
    interval, 300, 307–315
    point, 299–305
    small-sample inference and, 391
    use of fitted line for, 527–531
    use of regression model for, 559
Estimators
    biased, 301
    explanation of, 299–300
    interval, 300, 307

least-squares, 507–508
point, 299
standard error of, 267
unbiased, 301–303
variability of, 301–303
Events
calculating probability using, 129–134,
137, 153–154
complements of, 144, 146, 147
dependent, 149, 151, 152
disjoint, 146–147
explanation of, 129
independent, 149, 151–153
mutually exclusive, 129, 146–147, 153
relationships between, 144–148
simple, 129–134
Exhaustive events, 158–159
Expected value
for continuous random variables, 170
of random variable, 166–167
Experimental design
completely randomized, 450–458
elements of, 448–449
explanation of, 4–5, 255–258,
448–449
randomized block, 466–473
two-way classification, 478–484
Experimental error, 466, 488
Experimental units, 3, 8, 448
Experimentation, 257, 448
Experiments
binomial, 184–186, 614
examples of, 128–129
explanation of, 128
factorial, 473, 478–484
multinomial, 595, 610
paired, 644–648
Exponential random variable, 222
Extended *mn* Rule, 138–139
Extrapolation, 519

Factorial experiments
explanation of, 473, 480
tests for, 482
$2 \times 3$, 480
$a \times b$, 478–484
Factorial notation, 139
Factors, in experiments, 448
False negatives, 160
False positives, 160
*F* distribution
analysis of variance and, 454
explanation of, 425–430
percentage points of, 694–701
First-order models, 567
Fitted line, 527–531
Five-number summary
box plots created by, 81–82
explanation of, 80
*F* probabilities
applet, 456, 470
explanation of, 425–427
Frequencies, 11, 12, 99
Frequency histograms, 24. *See also* Relative
frequency histograms
Friedman, Milton, 656
Friedman $F_r$-test for randomized block
designs, 656–659

*F* table, 426
*F*-test
analysis of, 518
analysis of variance, 481–482, 518, 556
for comparing population means, 455, 464
explanation of, 423, 429, 430, 432

General linear model, 552–553
General Multiplication Rule, 149–150
Goodness-of-fit test, 597–599, 615
Goodness of the inference, 299
Gosset, W. S., 388
Graphs. *See also* Charts; *specific types of
graphs*
for categorical data, 11–14
interpretation of, 22–24
limitations of, 53
of Poisson probability distribution, 200
of probability distributions, 168
for qualitative variables, 98–100
for quantitative data, 17–24
residuals, 488–489
of straight line, 108
using MINITAB, 38–42

Histograms
applet, 35–37
probability, 165
relative frequency, 24–29, 35–37
using MINITAB, 41–42, 69
Homogeneity tests, 611, 614
Hypergeometric probability distribution,
205–207
Hypothesis testing
binomial proportions, 368–371
confidence intervals and, 365–366
considerations regarding, 378
correlation coefficient, 536–537
difference between two binomial
proportions, 373–376
difference between two population means,
363–366, 401–402
equality of population variances,
427–428
explanation of, 298–299, 344
one-tailed, 345, 347, 349
paired-difference, 412–414
population mean, 347–360, 391, 392
population parameters, 344
population variance, 420–421
slope of line, 515–516
small-sample, 391–392
statistical, 344–347
two-tailed, 345, 349, 350, 645
Hypothetical populations, 257

Independence, chi-square test of,
602–603, 605
Independent events
explanation of, 149, 151
multiplication rule for, 151–152
mutually exclusive vs., 153
Independent random samples
analysis of variance table for, 452
explanation of, 399–406
Wilcoxon rank sum test and, 630–637
Independent variables, 108
Indicator variables, 567

Inference. *See also* Small-sample inference
applications for, 298, 299
Central Limit Theorem and, 266
concerning population variance, 417–423
concerning slope of line, 514–516
goodness of, 299
independent random samples and,
399–406
methods for, 5, 298–299
paired-difference test and, 410–414
population mean and, 391–396
reliability of, 5
Inferential statistics
explanation of, 4
steps in, 4–5
Interaction plots, 479
Interaction term, 567
Intercept, 553
Interquartile range (IQR), 78–79
Intersection, of events, 144–146
Interval estimate, 300
Interval estimation
construction of confidence interval and,
308–309
explanation of, 300, 307
interpretation of confidence interval and,
311–314
large-sample confidence interval and,
310–311, 314–315
Interval estimators, 300, 307

Judgment samples, 258

Kendall τ, 660
Kruskal-Wallis *H*-test for completely
randomized designs, 650–654

Large-sample confidence interval
explanation of, 310–311, 319–320
for population proportion, 314–315
Large-sample estimation
choosing sample size and, 329–333
estimating difference between two
binomial proportions and, 324–326
estimating difference between two
population means and, 318–321
estimator types and, 299–300
interval estimation and, 307–315
one-sided confidence bounds and,
328–329
point estimation and, 300–305
statistical inference and, 298–299
Large-sample tests of hypotheses
about population mean, 347–360
for binomial proportion, 368–371
for difference between population means,
363–366
for difference between two binomial
proportions, 373–376
Law of Total Probability, 159, 160
Least-squares estimators, 507–508
Least-squares line, 506
Least-squares method
applets, 506, 508
explanation of, 506–508, 554–555
Least-squares regression line, 109–110,
506, 508
Left inclusion, method of, 25

**740** ○ INDEX

Left-tailed test, 346
Level, in experiments, 448
Line
  fitted, 527–531
  graph of, 108
  of means, 505, 514–516, 527, 528, 553
Linear correlation, 537
Linear probabilistic model, 503–506
Linear regression
  analysis of variance for, 509–511
  checking assumptions in, 522–527
  correlation analysis and, 533–537
  fitted line and, 527–531
  MINITAB, 510–511, 530–531, 540–543
  testing usefulness of, 514–520
Line charts, 19
Location, of data distribution, 22, 24
Log-linear models, 616
Lower confidence limit (LCL), 309, 328
Lower quartiles, 77, 78

Main effect sums of squares, 480
Mann-Whitney test, 634
Mann-Whitney $U$ test, 630
Marginal probabilities, 603
Margin of error
  estimation of, 303–305
  explanation of, 302
Means
  for binomial random variables,
    186–188
  calculating probabilities for, 268–272
  correction for, 451
  for discrete random variable, 166–170
  explanation of, 54
  for grouped data, 74
  line of, 505, 514–516, 527, 528, 553
  for Poisson probability distribution, 198
  population, 54, 166, 303, 304, 310–311,
    318–321, 347–360
  sample, 54, 55, 266–272
  small-sample inferences for difference
    between two, 410–414
  standard error of, 267, 392
  use of, 57
Mean squares
  in analysis of variance, 452, 454, 457,
    468, 470, 510
  explanation of, 452, 454, 468
Measurement, 8
Measures. *See* Numerical measures
Measures of center
  applet, 56
  explanation of, 53
  mean as, 54–56
  median as, 55–56
  mode as, 57
Median
  explanation of, 55–56
  use of, 57
Method of least squares. *See* Least-squares
    method
Method of left inclusion, 25
MINITAB
  analysis of variance, 453–454, 458, 469,
    483, 489–490, 492–495, 510, 653
  bar charts, 13–14, 39, 40
  bivariate data, 115–118

box plots, 83
Central Limit Theorem, 288–290
chi-square test, 599, 617–620
correlation coefficient, 107, 108
cumulative distribution function, 192
discrete probability distributions,
    173–175
dotplots, 20, 23, 40, 41
fitted quadratic regression line, 561
$F$-test, 423, 429
goodness-of-fit test, 599
graphs, 38–42
histograms, 41–42, 69
introduction to, 37–38
Kruskal-Wallis $H$-test, 653
linear regression, 510–511, 530–531,
    540–543
Mann-Whitney test, 634
nonparametric statistical methods,
    668–671
normal probabilities, 246–248
numerical measures, 80, 88–89
paired $t$, 414
pie charts, 38–40
Poisson and binomial probabilities, 202,
    209–211
pooled method, 406, 410
probability plots, 489
$p$-values, 354, 395, 557
regression, 517, 530, 562, 569–571, 577,
    583–585
relative frequency histogram, 27
sample quartiles, 80
sampling distributions, 264
Satterthwaite approximation, 406
small-sample testing and estimation, 423,
    434–436
$t$-test, 557
Tukey's test, 465
use of, 6
variance, 534
Wilcoxon rank sum test, 634
Wilcoxon signed-rank test, 647
$\bar{x}$ chart, 283
*mn* Rule
  application of, 142
  explanation of, 137–138
  Extended, 138–139
Modal class, 57
Mode, 57
Monte Carlo procedure, 295
Multicollinearity, 580–581
Multidimensional contingency tables, 616
Multinomial experiments, 595, 610
Multinomial populations, 610–612
Multiple $R^2$, 557
Multiple regression analysis
  analysis of variance for, 555–556
  checking regression assumptions and,
    558–559
  estimation and prediction and, 559
  explanation of, 552–554
  general linear model for, 552–553
  interpreting results of significant
    regression and, 557–558
  least-squares method for, 554–555
  MINITAB, 569–571, 577, 583–585
  misinterpretation of, 580–581

polynomial regression model and,
    559–562
quantitative and qualitative predictor
    variables and, 566–571
residual plots and, 578–579
steps in, 582
stepwise regression analysis and, 579–580
testing sets of regression coefficients and,
    575–577
usefulness of regression model and,
    556–557
Multiplication Rule
  general, 149–150
  for independent events, 151–152
  Law of Total Probability and, 159
  use of, 150, 154
Multivariate data, 9
Mutually exclusive events
  exhaustive and, 158–159
  explanation of, 129, 146–147
  independent vs., 153

Nonparametric statistical methods
  analysis of variance and, 490
  explanation of, 630
  Friedman $F_r$-test for randomized block
    designs as, 656–659
  Kruskal-Wallis $H$-test for completely
    randomized designs as, 650–654
  MINITAB, 668–671
  rank correlation coefficient as, 660–664
  sign test for paired experiment as,
    639–641
  statistical test comparisons and, 643–644
  Wilcoxon rank sum test as, 630–637
  Wilcoxon signed-rank test for paired
    experiment as, 644–648
Nonparametric testing, 490
Nonresponse, in sample surveys, 256
Normal approximation
  to binomial probability distribution,
    237–243
  for sign test, 640–641
  for Wilcoxon rank sum test, 634–637
  for Wilcoxon signed-rank test, 647–648
Normal curves
  areas under, 226–228, 688–689
  binomial probabilities and, 238
  calculating probabilities under, 228, 229,
    231, 232
Normal distribution
  applets, 224, 230–231
  to approximate binomial probabilities, 279
  explanation of, 68
  standardized, 225, 229–230
Normally distributed observations, 449
Normal probability distributions
  applet, 224, 230–233
  explanation of, 68, 223–224
  MINITAB, 246–248
  standardized, 225
  tabulating areas of, 225–228
Normal probability plots, 488, 524, 558
Normal random variables
  calculating probabilities for general,
    229–230
  Empirical Rule and, 224
  standard, 225–229

Notation
  factorial, 139
  for measures of variability, 62
Null hypothesis
  analysis of variance and, 454, 470
  explanation of, 344–345
  rejection of, 347, 353, 357, 645
  use of, 349, 350, 373, 393
Number of degrees of freedom ($df$)
      associated with $s^2$, 388
Numbers, random, 256
Numerical measures
  calculation of $s$ and, 70–71
  of center, 53–57
  explanation of, 53
  five-number summary and box plot and,
      80–83
  MINITAB and, 88–89
  for quantitative bivariate data, 105–108
  of relative standing, 75–80
  standard deviation and, 66–70
  of variability, 60–65

Observational studies, 256, 448
1-in-$k$ systematic random samples, 258
One-sided confidence bounds, 328–329
One-tailed test of hypothesis, 345, 347,
      349, 401
One-way classification, 450. *See also*
      Completely randomized designs
Orderings, 139
Outliers
  examination of, 22, 24
  isolation of, 80–82
  median and, 56
  $z$-score and, 76
Output, 6

Paired comparisons
  computer programs performing, 465
  Tukey's method for, 463, 464, 484
Paired-difference experiment, 640
Paired-difference test, 410–414, 639
Paired $t$, 414, 641
Parameters
  explanation of, 53, 255
  inferences about, 298–299
  testing hypotheses about population, 344
  values of, 255
Pareto charts, 13
Partial regression coefficients
  explanation of, 553, 554, 556
  testing significance of, 557
Partial slopes, 553, 556
$p$ chart, 283–285
Pearson, Karl, 595
Pearson product moment sample coefficient
      of correlation, 533–534
Pearson's chi-square statistic. *See* Chi-square
      statistic
Percentage, 11
Percentiles, 76, 77
Permutations
  counting rule for, 140, 141
  explanation of, 139
Pie charts
  explanation of, 12, 13
  for quantitative data, 17–19

side-by-side, 98–100
  using MINITAB, 38–40
Plane, 553
Plot of residual versus fit, 523, 558
Point estimate, 299
Point estimation
  explanation of, 299
  large-sample, 325–326
  of population parameter, 302–303
  use of, 300–305
Point estimator
  explanation of, 299, 315
  sampling distribution of, 301
  variability of, 303
Poisson approximation, to binomial
      distribution, 201–202, 237
Poisson probabilities, 237
Poisson probability distribution
  explanation of, 197–202
  formula for, 198
  graphs of, 200
  MINITAB, 202, 209–211
Poisson random variable, 197–198
Polls, 1–3
Polynomial regression models, 560–562
Pooled method, 403, 405, 406
Pooled $t$ test, 410
Population correlation coefficients, 536
Population means
  estimating difference between two, 318–321
  estimation of, 303, 304, 318–321
  explanation of, 54, 166
  $F$ test for comparing, 455
  large-sample confidence interval for,
      310–311
  large-sample test about, 347–360
  large-sample test for difference between,
      363–366
  ranking, 462–465
  small-sample inferences concerning,
      391–392
  small-sample inferences for differences
      between two, 399–406
  use of, 55
Population model, 503–506
Population rank correlation coefficient, 664
Populations
  comparing multinomial, 610–612
  explanation of, 3, 8
  hypothetical, 257
  identification of, 4
  normal, 266
  skewed, 266
  symmetric, 266
Population standard deviation, 167, 223
Population variances
  comparing two, 424–430
  estimation of, 64
  explanation of, 62
  formula for, 167
  hypothesis testing of, 420–421
  inference concerning, 417–423
  inferences concerning, 417–423
Posterior probabilities, 160, 161
Power
  of statistical test, 357–360, 643
  of $z$-test, 360
Power curve, 357

Prediction
  use of fitted line for, 527–531
  use of regression model for, 559
  value of, 520
Prediction equation, 503
Prediction intervals, 529
Predictor variables
  explanation of, 504, 552
  in regression models, 566–571
Principle of least squares, 506–507
Prior probabilities, 160
Probabilistic model, simple linear, 503–506
Probabilities
  Bayes' Rule and, 158–161
  binomial, 201
  conditional, 149–151, 159–160
  counting rules and, 137–142
  cumulative binomial, 188–189
  event relations and, 144–148
  events and sample space and, 128–131
  for general normal random variables,
      229–232
  independence and, 149–154
  laws of total, 159
  Multiplication Rule and, 149–152, 154, 159
  Poisson, 198–202
  posterior, 160, 161
  prior, 160
  relationship between statistics and, 128
  of sample mean, 268
  simple-event, 131–134
  unconditional, 159, 603
  for unions and complements, 146–148
Probability density function, 192, 221, 222
Probability distributions
  binomial, 184–193, 237–243
  chi-square, 418–420
  continuous, 220–222
  for continuous random variables, 220–223
  for discrete random variables, 164–170
  explanation of, 163–164, 221
  graphs of, 168
  hypergeometric, 205–207
  MINITAB and, 173–175
  normal, 68, 223–232
  Poisson, 197–202
  requirements for discrete, 164–165
Probability histograms, 165
Probability tables, 131, 148, 159
Process mean, 281–283
Proportions
  of defectives, 283–285
  estimating difference between two
      binomial, 324–326
  estimation of, 303
  sample, 275–279
$p$th percentile, 76
$p$-value
  calculation of, 351–355, 395
  explanation of, 345, 346
  hypothesis tests and, 365, 378, 394, 422

Quadratic model, 559–562
Qualitative variables
  explanation of, 10–11, 163
  graphs for, 98–100
  predictor, 566–571
  statistical tables for, 11–12

**742**  ○  INDEX

Quantitative data
  graphs for, 17–24
  numerical measures for bivariate, 105–107
Quantitative variables
  explanation of, 10–11, 17, 163
  graphs of, 19
  predictor, 566–571
  scatterplots for two, 102–104
Quartiles
  calculation of sample, 78–80
  explanation of, 78
  lower, 77, 78
  upper, 77, 78
Quota samples, 258

$R^2$
  adjusted value of, 557–558
  explanation of, 556–557
Random error, 504, 505
Randomized assignment, 451
Randomized block designs
  analysis of variance for, 467–473
  cautions regarding, 473
  explanation of, 413–414, 466–467
  Friedman $F_r$-test for, 656–659
  tests for, 471
Random numbers, 256
Random numbers table, 706–707
Random samples
  explanation of, 256
  independent, 399–406, 630–637
  1-in-$k$ systematic, 258
  simple, 255–256
  stratified, 257–258
Random variables
  binomial, 184, 186–188, 237, 275
  continuous, 163, 170, 220–223
  discrete, 163–170, 221
  explanation of, 163
  exponential, 222
  hypergeometric, 205–206
  normal, 225–232, 266
  Poisson, 197–198
  probability density function for, 221
  uniform, 222
Range
  approximation of, 70–71
  explanation of, 60–61
  interquartile, 78–79
Rank correlation coefficient, 660–664
Rank sum, 631, 644
Regression, 109. *See also* Linear regression;
    Multiple regression analysis
Regression analysis
  computer software for, 517
  misinterpretation of, 580–581
  predicting value of, 522
  stepwise, 579–580
Regression coefficients
  partial, 575–577
  testing sets of, 575–577
Regression line. *See also* Least-squares
    regression line
  calculation of, 111–112
  explanation of, 109, 506
Rejection region, 346, 347, 349, 350, 352,
    355, 393
Relative efficiency, 644

Relative frequencies
  explanation of, 11, 12, 100
  sum of, 221
Relative frequency distributions
  for increasingly large sample sizes, 220
  probability distributions and, 166
  showing extreme values on mean and
    median, 56
Relative frequency histograms
  construction of, 26–28, 35–37
  explanation of, 24–25
  uses for, 28–29
  using MINITAB, 27
Relative standing measures
  explanation of, 75
  MINITAB and, 80
  sample quartiles and, 78
  types of, 75–78
Replications, of experiment, 480
Residual, 488
Residual error, 511, 523
Residual plots
  explanation of, 488–490, 523–524, 558
  interpretation of, 578–579
Response, in experiments, 448
Response variables, 504, 552
Right-tailed test
  explanation of, 346, 454
  use of, 596
Robust, 391, 433, 449

$s$, calculation of, 70–71
$s^2$
  calculation of, 63, 64, 401, 418
  explanation of, 62
  number of degrees of freedom (*df*)
    associated with, 388, 400
Sample mean
  calculating probabilities for, 268
  formula for, 54
  sampling distribution of, 266–272
  use of, 55
Sample proportion
  calculating probabilities for, 277–279
  sampling distribution for, 275–279
Samples
  cluster, 258
  convenience, 258
  elements of, 3
  explanation of, 3, 8, 55
  judgment, 258
  quote, 258
  selection of, 255, 256
  variance of, 62
Sample size. *See also* Large-sample
    confidence interval; Large-sample
    estimation; Large-sample tests of
    hypotheses; Small-sample inference;
    Small-sample techniques
  binomial experiments and, 186
  Central Limit Theorem and, 266
  choice of, 329–333
  formulas to determine, 333
  margin of error and, 305
Sample space, 129, 130
Sample surveys
  objectives of, 314
  problems related to, 256–257, 315

Sample variance
  calculation of, 64
  explanation of, 62–63
Sample $z$-scores, 75
Sampling, 3
Sampling design. *See* Experimental design
Sampling distributions
  Central Limit Theorem and, 263–266
  MINITAB, 264
  of point estimator, 301
  of sample mean, 266–272, 318–321
  of sample proportion, 275–279
  sampling plans and experimental designs
    and, 255–258
  statistical process control method and,
    281–285
  statistics and, 260–262
Sampling error, 305
Sampling plans, 255–258, 329, 448. *See also*
    Experimental design
Sampling procedure, 4–5
Satterthwaite's approximation, 406
Scales, examination of, 22, 24
Scatterplots
  applets, 104, 504, 505
  explanation of, 102
  to show correlation, 535–536
  for two quantitative variables, 102–104
Screening tests, 159–160
Second-order models, 560, 567
Sequential sums of squares, 556
Shape, of data distribution, 22, 24
Shared information, 581
Shortcut method for calculating $s^2$, 63
Side-by-side pie charts, 98–100
Sigma ($\Sigma$), 54
Significance level
  explanation of, 347, 348, 352, 356
  practical importance and, 370–371
Sign test
  normal approximation for, 640–641
  for paired experiment, 639–640
Simple events
  applet, 138
  explanation of, 129–131
  probabilities of, 131–134, 164
Simple linear probabilistic model, 503–506
Simple random samples, 255–256. *See also*
    Random samples
Simulation
  to approximate discrete probability
    distributions, 165
  to approximate sampling distributions,
    260–261, 265
  Monte Carlo procedure and, 295
Skewed distributions, 22–23, 56
Slope
  confidence interval for, 517
  explanation of, 108
  of line of means, 514–516
  partial, 553
  test for, 516
Small-sample inference. *See also* Inference
  concerning population mean, 391–396
  concerning population variance, 417–423
  independent random samples and,
    399–406
  paired-difference test and, 410–414

Small-sample techniques
  assumptions of, 432–433
  comparing two population variances, 424–430
  explanation of, 387
  MINITAB, 434–436
  Student's $t$ distribution, 387–391
  use of, 630
Sources of variation, 468, 481
Spearman $r_s$, 660
Spearman's rank correlation coefficient
  critical values of, 705
  explanation of, 660–664
Spearman's rank correlation test, 663–664
Stacked bar charts
  explanation of, 98
  use of, 99, 100
Standard deviation
  for binomial random variables, 186–188
  calculation of, 65
  for discrete random variables, 166–170
  explanation of, 62–63
  for Poisson probability distribution, 198
  population, 167, 223
  practical significance of, 66–70
  in research results, 304
Standard error
  of estimator, 267, 528
  explanation of, 313
  of mean, 267, 392
  in research results, 304
Standardized normal distribution, 225, 229–230
Standardized test statistic, 348
Standard normal random variable, 225–229
Standard normal $z$ distribution, 388
States of nature, 160
Statistical inference. *See* Inference
Statistical process control (SPC)
  control chart for process mean and, 281–283
  control chart for proportion defective and, 283–285
  explanation of, 281
Statistical significance, 352, 370–371
Statistical software, 6
Statistical tables, 11, 12, 14
Statistical tests. *See also* Hypothesis testing
  comparison of, 643–644
  equivalence of, 614–615
  essentials of, 348–350
  explanation of, 344–347, 378
  large-sample, 350–351, 363–366, 369–370, 373–376
  left-tailed, 346
  power curve for, 357
  power of, 356–360
  right-tailed, 346, 454, 596
Statistical theorems, 261, 262
Statistics
  descriptive, 4
  explanation of, 53, 260
  inferential, 4–5
  relationship between probability and, 128
  sampling distributions and, 260–262
  training your brain for, 5–6
Stem and leaf plots, 20–22
Stepwise regression analysis, 579–580

Strata, 257
Stratified random samples, 257–258
Studentized range
  explanation of, 463
  percentage points of, 708–711
Student's $t$ distribution
  applet, 389
  assumptions behind, 391
  explanation of, 388–389
  statistical computing packages and, 395
Student's $t$ probabilities, 389, 392, 412
Student's $t$ table, 389
Sum of sample measurements $\Sigma_{xi}$, 265
Sum of squares for error (SSE), 452, 480, 506
Sum of squares for treatments (SST), 451–452
Sums of squares
  calculation of, 481
  main effect, 480
  sequential, 556
  use of, 507, 509
Symbols, for process of summing, 54
Symmetric distributions, 22, 56, 223

Tchebysheff's Theorem
  calculation of $s$ and, 70
  explanation of, 66–69
  use of, 66, 68–70, 193
  $z$-scores and, 76
Tests of homogeneity, 611
Test statistic
  analysis of variance, 454, 455
  explanation of, 345, 346, 405
  modification of, 375–376
  standardized, 348
  use of, 349, 393
  for Wilcoxon signed-rank test, 644
Tied observations, 639
Time-dependent multinomials, 615–616
Time series, 19, 523
Total sum of squares (TSS), 451, 452
$t$-probabilities, 537
Treatment means
  estimating differences in, 456–458, 464
  testing equality of, 454–456
Treatments
  in experiments, 448
  identifying differences in, 472–473
  randomized block design and, 467
  testing equality of, 470–471
Tree diagrams, 130–131
Trend, 19
$t$ statistic
  degree of freedom for, 400
  as robust, 391
  use of, 432
$t$-test
  paired, 414, 641
  pooled, 410
  two-sample, 404, 406
  use of, 641
Tukey's method for paired comparisons, 463, 464, 484
Two-sample $t$ test, 404, 406
Two-sided confidence intervals, 328. *See also* Confidence intervals
Two-tailed test of hypothesis, 345, 349, 350, 401, 645

$2 \times 3$ factorial experiments, 480
Type I error, 347
Type II error, 356, 357

Unbiased estimator, 301–303
Unconditional probabilities, 159, 603
Undercoverage, in sample surveys, 257
Uniform random variables, 222
Unimodal distributions, 23
Unions
  calculating probabilities for, 146–148
  of events, 144–146
Univariate data, 9
Upper confidence limit (UCL), 309, 328
Upper quartiles, 77, 78

Variability
  estimator, 301–303
  measures of, 60–65
  rules for describing, 67
Variables
  continuous, 10, 11, 17
  continuous random, 163, 170, 220–223
  dependent, 108
  discrete, 10, 11, 17
  dummy, 567
  explanation of, 8–9, 163
  independent, 108
  predictor, 552
  qualitative, 10, 11, 98–100, 163, 566–571
  quantitative, 10, 11, 17, 102–104, 566–571
  random, 163–170
  response, 552
  types of, 10–11
Variance. *See also* Analysis of variance (ANOVA)
  calculation of, 63
  common, 449
  explanation of, 62
  for grouped data, 74
  MINITAB, 534
  notation for, 62
  population, 62, 64, 167, 417–430
  sample, 62, 64
Venn diagrams
  events in, 146, 147
  explanation of, 130

Weighted average, 400
Wilcoxon, Frank, 631, 644
Wilcoxon rank sum test
  explanation of, 630–634
  normal approximation for, 634–636
  use of, 637
Wilcoxon signed-rank test
  critical values of $T$ for, 704
  normal approximation for, 647–648
  for paired experiment, 644–647
Wording bias, in sample surveys, 257

$\bar{x}$ chart, 282–283

$y$-intercept, 108, 109, 530

$z$-scores
  applet, 232–233
  explanation of, 75–76
$z$-test, 358–360

# Credits

This page constitutes an extension of the copyright page. We have made every effort to trace the ownership of all copyrighted material and to secure permission from copyright holders. In the event of any question arising as to the use of any material, we will be pleased to make the necessary corrections in future printings. Thanks are due to the following authors, publishers, and agents for permission to use the material indicated.

**Introduction. 1:** © Mark Karrass/CORBIS; **2:** "Hot News: 98.6 Not Normal," © McClatchy-Tribune Information Services. All Rights Reserved. Reprinted with permission.

**Chapter 1. 7:** © Jupiterimages/Brand X/CORBIS; **9:** Portions of the input and output contained in this publication/book are printed with permission of Minitab® Inc. All material remains the exclusive property and copyright of Minitab®, Inc. All rights reserved. www.minitab.com; **31, Exercise 1.29:** Adapted from "Top Ten Organized Religions of the World," www.infoplease.com/ipa/A0904108.html, as it appeared on November 15, 2007 Info Please Database, © Pearson Education, Inc. Reproduced by permission of Pearson Education, Inc. publishing as Info Please. All rights reserved; **47, exercise 1.58:** Used by permission of GEICO.

**Chapter 2. 52:** © Joe Sohm-VisionsofAmerica/Photodisc/Getty.

**Chapter 3. 97:** © Janis Christie/Photodisc/Getty Images; **126:** © 2007 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the September 2007 issue of CONSUMER REPORTS® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org®.

**Chapter 4. 127:** © Tammie Arroyo/Getty Images.

**Chapter 5. 183:** © Kim Steele/Photodisc/Getty Images; **218:** From *The New York Times,* 5/21/1987, p. A22. Copyright © 1987 The New York Times. All rights reserved. Used by permission and protected by the Copyright Laws of the United States. The printing, copying, redistribution, or retransmission of the Material without express written permission is prohibited.

**Chapter 6. 219:** © AFP/Getty Images.

**Chapter 7. 254:** © PictureNet/CORBIS; **291, Exercise 7.66:** From *Newsweek,* Oct. 26, 2006, © 2006 Newsweek, Inc. All rights reserved. Used by permission and protected by the Copyright Laws of the United States. The printing, copying, redistribution, or retransmission of the Material without express written permission is prohibited; **293, exercise 7.78:** From J. Hackl, *Journal of Quality Technology,* April 1991. Used by permission.

**Chapter 8. 297:** © Associated Press; **306, Exercise 8.14:** Reprinted with permission from *Science News,* the weekly newsmagazine of *Science,* copyright 1989 by Science Services, Inc.; **322, Exercise 8.43:** From "Performance Assessment of a Standards-Based High School Biology Curriculum" by W. Leonard, B. Speziale and J. Pernick in *The American Biology Teacher* 2001, 63(5); 310–316. Reprinted by permission of National Association of Biology Teachers; **323, Exercise 8.46:** From "Performance Assessment of a Standards-Based High School Biology Curriculum" by W. Leonard, B. Speziale and J. Pernick in *The American Biology Teacher* 2001, 63(5); 310–316. Reprinted by permission of National Association of Biology Teachers; **338, Exercise 8.101:** From a CBS/New York Times poll, "Is America Ready For A Woman President?", Febuary 5, 2006. Copyright © 2006 CBS Broadcasting Inc. All Rights Reserved. Used courtesy of CBS News.

**Chapter 9. 343:** © Scott Olson/Getty Images.

**Chapter 10. 386:** © CORBIS SYGMA; **397, Exercise 10.6:** From "Pricing of Tuna," Copyright 2001 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the June 2001 issue of Consumer Reports® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org®; **446:** From "Four-Day Work Week Improves Environment" by C.S. Catlin in *Environmental Health,* Vol. 59, No. 7, March 1997. Copyright 1997 National Environmental Health Association. Reprinted by permission.

**Chapter 11. 447:** © James Leynse/CORBIS; **462, Exercise 11.16:** From "Pricing of Tuna," Copyright 2001 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the June 2001 issue of Consumer Reports® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org®.

**Chapter 12. 502:** © Justin Sullivan/Getty Images; **549, Exercise 12.80:** From "Ratings: Walking Shoes," Copyright 2006 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the October 2006 issue of Consumer Reports® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org®.

**Chapter 13. 551:** © Will & Deni McIntyre/CORBIS; **590, Exercise 13.33:** From "Tuna Goes Upscale," Copyright 2001 by Consumers Union of U.S., Inc., Yonkers, NY 10703-1057, a nonprofit organization. Reprinted with permission from the June 2001 issue of Consumer Reports® for educational purposes only. No commercial use or reproduction permitted. www.ConsumerReports.org®.

**Chapter 14. 594:** © Dave Bartruff/CORBIS; **601, Exercises 14.13, 14.14:** M&M's® and M® are registered trademarks owned by Mars, Incorporated and its affiliates. These trademarks are used with permission. Mars, Incorporated is not associated with Cengage Learning Market Group worldwide. © Mars, Inc. 2008.

**Chapter 15. 629:** © Don Carstens/Brand X/CORBIS; **677:** From "Eggs Substitutes Range in Quality" by K. Sakekel in *The San Francisco Chronicle,* Febuary 10, 1993, p. 8. Copyright © 1993 San Francisco Chronicle.

**Appendix. 691:** From "Table of Percentage Points of the *t*-Distribution," *Biometrika* 32 (1941):300. Reproduced by permission of the *Biometrika* Trustees; **692:** From "Tables of the Percentage Points of the x2-Distribution," *Biometrika Tables for Statisticians,* Vol. 1, 3rd ed. (1966). Reproduced by permission of the *Biometrika* Trustees; **694:** A portion of "Tables of Percentage Points of the Inverted Beta (*F*) Distribution," *Biometrika,* Vol. 33 (1943) by M. Merrington and C.M. Thompson and from Table 18 of *Biometrika Tables for Statisticians,* Vol. 1, Cambridge University Press, 1954, edited by E.S. Pearson and

**746** ○ CREDITS

H.O. Hartley. Reproduced with permission of the authors, editors, and *Biometrika* Trustees; **702, Tables 7(a) and 7(b):** Data from "An Extended Table of Critical Values for the Mann-Whitney (Wilcoxon) Two-Sample Statistic" by Roy C. Milton, pp. 925–934, in the *Journal of the American Statistical Association,* Vol. 59, No. 307, Sept. 1964. Reprinted with permission from the Journal of the American Statistical Association. Copyright 1964 by the American Statistical Association. All rights reserved; **704:** From "Some Rapid Approximate Statistical Procedures" (1964) 28, by F. Wilcoxon and R.A. Wilcox. Reproduced with the kind permission of Lederle Laboratories, a division of American Cyanamid Company; **705:** From "Distribution of Sums of Squares of Rank Differences for Small Samples" by E.G. Olds, *Annals of Mathematical Statistics* 9 (1938). Reproduced with the permission of the editor, *Annals of Mathematical Statistics*; **706:** From *Handbook of Tables for Probability and Statistics,* 2nd ed., edited by William H. Beyer (CRC Press). Used by permission of William H. Beyer.

# Answers to MyPersonal Trainer Exercises

**Chapter 1**   **A.**

| 90 | 12.86 | 15 |
|----|-------|----|
| 5.9 | .98 | 1.0 |
| 200 | 25 | 25 |

**B.**

| 0 | 0 to < 15 |
|---|-----------|
|   | 15 to < 30 |
| 0 | 0 to < 1.0 |
|   | 1.0 to < 2.0 |
| 500 | 500 to < 525 |
|   | 525 to < 550 |

**Chapter 2**   **A.**

| Data Set | Sorted | $n$ | Position of $Q_1$ | Position of $Q_3$ | Lower Quartile, $Q_1$ | Upper Quartile, $Q_3$ |
|----------|--------|-----|-------------------|-------------------|------------------------|------------------------|
| 2, 5, 7, 1, 1, 2, 8 | 1, 1, 2, 2, 5, 7, 8 | 7 | 2nd | 6th | 1 | 7 |
| 5, 0, 1, 3, 1, 5, 5, 2, 4, 4, 1 | 0, 1, 1, 1, 2, 3, 4, 4, 5, 5, 5 | 11 | 3rd | 9th | 1 | 5 |

**B.**

| Sorted Data Set | Position of $Q_1$ | Adjacent Values | $Q_1$ | Position of $Q_3$ | Adjacent Values | $Q_3$ |
|-----------------|-------------------|-----------------|-------|-------------------|-----------------|-------|
| 0, 1, 4, 4, 5, 9 | 1.75 | 0 and 1 | $0 + .75(1) = .75$ | 5.25 | 5 and 9 | $5 + .25(4) = 6$ |
| 0, 1, 3, 3, 4, 7, 7, 8 | 2.25 | 1 and 3 | $1 + .25(2) = 1.5$ | 6.75 | 7 and 7 | $7 + .75(0) = 7$ |
| 1, 1, 2, 5, 6, 6, 7, 9, 9 | 2.5 | 1 and 2 | $1 + .5(1) = 1.5$ | 7.5 | 7 and 9 | $7 + .5(2) = 8$ |

**Chapter 3**   **A.**

| $x$ | $y$ | $xy$ | Calculate: | Covariance |
|-----|-----|------|------------|------------|
| 0 | 1 | 0 | $n = 3$ | |
| 2 | 5 | 10 | $s_x = 2$ | $s_{xy} = \dfrac{\Sigma xy - \dfrac{(\Sigma x)(\Sigma y)}{n}}{n - 1} = 1$ |
| 4 | 2 | 8 | $s_y = 2.082$ | Correlation Coefficient |
| $\Sigma x = 6$ | $\Sigma y = 8$ | $\Sigma xy = 18$ | | $r = \dfrac{s_{xy}}{s_x s_y} = .240$ |

**B.**

| From Part A | From Part A | Calculate: | Slope | y-Intercept |
|-------------|-------------|------------|-------|-------------|
| $\Sigma x = 6$ | $s_x = 2$ | $\bar{x} = 2$ | $b = r\left(\dfrac{s_y}{s_x}\right) = .25$ | $a = \bar{y} - b\bar{x} = 2.167$ |
| $\Sigma y = 8$ | $s_y = 2.082$ | $\bar{y} = 2.667$ | | |
| | $r = .240$ | | Regression Line: $y = 2.167 + .25x$ | |

**Chapter 4**

| P(A) | P(B) | Conditions for Events A and B | $P(A \cap B)$ | $P(A \cup B)$ | $P(A|B)$ |
|------|------|-------------------------------|---------------|---------------|----------|
| .3 | .4 | Mutually exclusive | 0 | .7 | 0 |
| .3 | .4 | Independent | .12 | .58 | .3 |
| .1 | .5 | Mutually exclusive and dependent | 0 | .6 | 0 |
| .2 | .5 | Independent | .10 | .6 | .2 |

**Chapter 5**   Section 5.2   **A.**

| .010, .087, .317, .663, .922, 1.000 |
|-------------------------------------|

**B.**

| 0, 1, 2, 3, 4 | $P(x \leq 4)$ | n/a | .922 |
|---------------|---------------|-----|------|
| 4, 5 | $P(x \geq 4)$ | $1 - P(x \leq 3)$ | .337 |
| 5 | $P(x > 4)$ | $1 - P(x \leq 4)$ | .078 |
| 0, 1, 2, 3 | $P(x < 4)$ | $P(x \leq 3)$ | .663 |
| 2, 3, 4 | $P(2 \leq x \leq 4)$ | $P(x \leq 4) - P(x \leq 1)$ | .835 |
| 4 | $P(x = 4)$ | $P(x \leq 4) - P(x \leq 3)$ | .259 |

**Chapter 5**  Section 5.3

**A.**

| $\dfrac{1.5^0 e^{-1.5}}{0!}$, .223 |
| $\dfrac{1.5^1 e^{-1.5}}{1!}$, .335 |
| 0, 1, .558 |

**B.**

| .223, .558, .809, .934, .981, .996, .999, 1.000 |

**C.**

| 0, 1, 2, 3 | $P(x \le 3)$ | n/a | .934 |
| 3, 4, 5, . . . | $P(x \ge 3)$ | $1 - P(x \le 2)$ | .191 |
| 4, 5, 6, . . . | $P(x > 3)$ | $1 - P(x \le 3)$ | .066 |
| 0, 1, 2 | $P(x < 3)$ | $P(x \le 2)$ | .809 |
| 2, 3, 4 | $P(2 \le x \le 4)$ | $P(x \le 4) - P(x \le 1)$ | .423 |
| 3 | $P(x = 3)$ | $P(x \le 3) - P(x \le 2)$ | .125 |

**Chapter 6**  Section 6.3

| 1.5 | n/a | .9332 |
| 2 | $1 - P(z \le 2)$ | $1 - .9772 = .0228$ |
| 2.33 | $1 - P(z \le 2.33)$ | $1 - .9901 = .0099$ |
| −1.96, 1.96 | $P(z < 1.96) - P(z < -1.96)$ | $.9750 - .0250 = .9500$ |
| −1.24, 2.37 | $P(z < 2.37) - P(z < -1.24)$ | $.9911 - .1075 = .8836$ |
| −1 | n/a | .1587 |

**Chapter 6**  Section 6.4

**A.**

| 1. 12; 18 | 2. yes | 3. 12; 2.683 |

**B.**

| 1. 20, 21, . . . , 30 | 2. 20; 19.5 | 3. 2.80 | 4. 2.80; .9974; .0026 |

**Chapter 7**  Section 7.5

**A.**

| normal; 75; 2 |

**B.**

| $P(\bar{x} > 80)$; 2.5; 80; 2.5; .9938; .0062 |

**C.**

| $P(70 < \bar{x} < 72)$; −2.5; −1.5; 70; 72; −2.5; −1.5; .0668; .0062; .0606 |

**Chapter 7**  Section 7.6

**A.**

| normal; .4; .08165 |

**B.**

| $P(\hat{p} > .5)$; 1.22; .5; 1.22; .8888; .1112 |

**C.**

| $P(.5 < \hat{p} < .6)$; 1.22; 2.45; .5; .6; 1.22; 2.45; .9929; .8888; .1041 |

**Chapter 8**

| Type | 1 or 2 | MOE | Solve | Sample Size |
|---|---|---|---|---|
| | | $1.96\sqrt{\dfrac{pq}{n}}$ | $1.96\sqrt{\dfrac{.4(.6)}{n}} \le .1$ | $n \ge 93$ |
| Quantitative | One | | $1.96\dfrac{6}{\sqrt{n}} \le 1$ | $n \ge 139$ |
| | | $\sqrt{\dfrac{\sigma_1^2}{n} + \dfrac{\sigma_2^2}{n}}$ | $1.96\sqrt{\dfrac{36}{n} + \dfrac{36}{n}} \le 2$ | $n_1 \ge 70$ $n_2 \ge 70$ |
| Binomial | Two | | $1.96\sqrt{\dfrac{.4(.6)}{n} + \dfrac{.4(.6)}{n}} \le .05$ | $n_1 \ge 738$ $n_2 \ge 738$ |

**Chapter 9**

**A.**

| Critical Value | Rejection Region | Conclusion |
|---|---|---|
| 1.645 | $z > 1.645$ | Do not reject $H_0$ |
| 2.33 | $z > 2.33$ | Reject $H_0$ |
| 1.96 | $z > 1.96$ or $z < -1.96$ | Do not reject $H_0$ |
| 2.58 | $z > 2.58$ or $z < -2.58$ | Reject $H_0$ |

**B.**

| $p$-value | $p$-value $< \alpha$? | Conclusion |
|---|---|---|
| .0808 | No | Do not reject $H_0$ |
| .0069 | Yes | Reject $H_0$ |
| .4592 | No | Do not reject $H_0$ |
| $\approx 0$ | Yes | Reject $H_0$ |