# EXHIBIT 77 (part 1)

# BREALEY  MYERS  ALLEN

## Principles *of* Corporate Finance

**TENTH EDITION**



# Principles *of* Corporate Finance

## THE MCGRAW-HILL/IRWIN SERIES IN FINANCE, INSURANCE, AND REAL ESTATE

Stephen A. Ross, Franco Modigliani Professor of Finance and Economics, Sloan School of Management, Massachusetts Institute of Technology, Consulting Editor

### Financial Management

**Adair**
*Excel Applications for Corporate Finance*
*First Edition*

**Block, Hirt, and Danielsen**
*Foundations of Financial Management*
*Thirteenth Edition*

**Brealey, Myers, and Allen**
*Principles of Corporate Finance*
*Tenth Edition*

**Brealey, Myers, and Allen**
*Principles of Corporate Finance, Concise*
*Second Edition*

**Brealey, Myers, and Marcus**
*Fundamentals of Corporate Finance*
*Sixth Edition*

**Brooks**
*FinGame Online 5.0*

**Bruner**
*Case Studies in Finance: Managing for Corporate Value Creation*
*Sixth Edition*

**Chew**
*The New Corporate Finance: Where Theory Meets Practice*
*Third Edition*

**Cornett, Adair, and Nofsinger**
*Finance: Applications and Theory*
*First Edition*

**DeMello**
*Cases in Finance*
*Second Edition*

**Grinblatt (editor)**
*Stephen A. Ross, Mentor: Influence through Generations*

**Grinblatt and Titman**
*Financial Markets and Corporate Strategy*
*Second Edition*

**Higgins**
*Analysis for Financial Management*
*Ninth Edition*

**Kellison**
*Theory of Interest*
*Third Edition*

**Kester, Ruback, and Tufano**
*Case Problems in Finance*
*Twelfth Edition*

**Ross, Westerfield, and Jaffe**
*Corporate Finance*
*Ninth Edition*

**Ross, Westerfield, Jaffe, and Jordan**
*Corporate Finance: Core Principles and Applications*
*Second Edition*

**Ross, Westerfield, and Jordan**
*Essentials of Corporate Finance*
*Seventh Edition*

**Ross, Westerfield, and Jordan**
*Fundamentals of Corporate Finance*
*Ninth Edition*

**Shefrin**
*Behavioral Corporate Finance: Decisions That Create Value*
*First Edition*

**White**
*Financial Analysis with an Electronic Calculator*
*Sixth Edition*

### Investments

**Bodie, Kane, and Marcus**
*Essentials of Investments*
*Eighth Edition*

**Bodie, Kane, and Marcus**
*Investments*
*Eighth Edition*

**Hirt and Block**
*Fundamentals of Investment Management*
*Ninth Edition*

**Hirschey and Nofsinger**
*Investments: Analysis and Behavior*
*Second Edition*

**Jordan and Miller**
*Fundamentals of Investments: Valuation and Management*
*Fifth Edition*

**Stewart, Piros, and Heisler**
*Running Money: Professional Portfolio Management*
*First Edition*

**Sundaram and Das**
*Derivatives: Principles and Practice*
*First Edition*

### Financial Institutions and Markets

**Rose and Hudgins**
*Bank Management and Financial Services*
*Eighth Edition*

**Rose and Marquis**
*Money and Capital Markets: Financial Institutions and Instruments in a Global Marketplace*
*Tenth Edition*

**Saunders and Cornett**
*Financial Institutions Management: A Risk Management Approach*
*Seventh Edition*

**Saunders and Cornett**
*Financial Markets and Institutions*
*Fourth Edition*

### International Finance

**Eun and Resnick**
*International Financial Management*
*Fifth Edition*

**Kuemmerle**
*Case Studies in International Entrepreneurship: Managing and Financing Ventures in the Global Economy*
*First Edition*

**Robin**
*International Corporate Finance*
*First Edition*

### Real Estate

**Brueggeman and Fisher**
*Real Estate Finance and Investments*
*Fourteenth Edition*

**Ling and Archer**
*Real Estate Principles: A Value Approach*
*Third Edition*

### Financial Planning and Insurance

**Allen, Melone, Rosenbloom, and Mahoney**
*Retirement Plans: 401(k)s, IRAs, and Other Deferred Compensation Approaches*
*Tenth Edition*

**Altfest**
*Personal Financial Planning*
*First Edition*

**Harrington and Niehaus**
*Risk Management and Insurance*
*Second Edition*

**Kapoor, Dlabay, and Hughes**
*Focus on Personal Finance: An Active Approach to Help You Develop Successful Financial Skills*
*Third Edition*

**Kapoor, Dlabay, and Hughes**
*Personal Finance*
*Ninth Edition*

# Principles *of* Corporate Finance

**TENTH EDITION**

**Richard A. Brealey**
*Professor of Finance*
*London Business School*

**Stewart C. Myers**
*Robert C. Merton (1970) Professor of Finance*
*Sloan School of Management*
*Massachusetts Institute of Technology*

**Franklin Allen**
*Nippon Life Professor of Finance*
*The Wharton School*
*University of Pennsylvania*


McGraw-Hill
Irwin



PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2011, 2008, 2006, 2003, 2000, 1996, 1991, 1988, 1984, 1980 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 1 0 9 8 7 6 5 4 3 2 1 0

ISBN 978-0-07-353073-4
MHID 0-07-353073-5

Vice president and editor-in-chief: *Brent Gordon*
Publisher: *Douglas Reiner*
Executive editor: *Michele Janicek*
Director of development: *Ann Torbert*
Senior development editor: *Christina Kouvelis*
Development editor II: *Karen L. Fisher*
Vice president and director of marketing: *Robin J. Zwettler*
Marketing director: *Rhonda Seelinger*
Senior marketing manager: *Melissa S. Caughlin*
Vice president of editing, design, and production: *Sesha Bolisetty*
Managing editor: *Lori Koetters*
Lead production supervisor: *Michael R. McCormick*
Interior and cover design: *Laurie J. Entringer*
Senior media project manager: *Susan Lombardi*
Cover image: *© Jupiter Images Corporation*
Typeface: *10/12 Garamond BE Regular*
Compositor: *Laserwords Private Limited*
Printer: *R. R. Donnelley*

### Library of Congress Cataloging-in-Publication Data

Brealey, Richard A.
    Principles of corporate finance / Richard A. Brealey, Stewart C. Myers, Franklin Allen.—10th ed.
        p. cm.—(The McGraw-Hill/Irwin series in finance, insurance, and real estate)
    Includes index.
    ISBN-13: 978-0-07-353073-4 (alk. paper)
    ISBN-10: 0-07-353073-5 (alk. paper)
    1. Corporations—Finance. I. Myers, Stewart C. II. Allen, Franklin, 1956-III. Title.
HG4026.B667 2011
658.15—dc22                                                    2009048209

www.mhhe.com

*To Our Parents*

# About the Authors



### ▶ Richard A. Brealey

Professor of Finance at the London Business School. He is the former president of the European Finance Association and a former director of the American Finance Association. He is a fellow of the British Academy and has served as a special adviser to the Governor of the Bank of England and director of a number of financial institutions. Other books written by Professor Brealey include *Introduction to Risk and Return from Common Stocks.*

### ▶ Stewart C. Myers

Robert C. Merton (1970) Professor of Finance at MIT's Sloan School of Management. He is past president of the American Finance Association and a research associate of the National Bureau of Economic Research. His research has focused on financing decisions, valuation methods, the cost of capital, and financial aspects of government regulation of business. Dr. Myers is a director of Entergy Corporation and The Brattle Group, Inc. He is active as a financial consultant.

### ▶ Franklin Allen

Nippon Life Professor of Finance at the Wharton School of the University of Pennsylvania. He is past president of the American Finance Association, Western Finance Association, and Society for Financial Studies. His research has focused on financial innovation, asset price bubbles, comparing financial systems, and financial crises. He is a scientific adviser at Sveriges Riksbank (Sweden's central bank).

This book describes the theory and practice of corporate finance. We hardly need to explain why financial managers have to master the practical aspects of their job, but we should spell out why down-to-earth managers need to bother with theory.

Managers learn from experience how to cope with routine problems. But the best managers are also able to respond to change. To do so you need more than time-honored rules of thumb; you must understand *why* companies and financial markets behave the way they do. In other words, you need a *theory* of finance.

Does that sound intimidating? It shouldn't. Good theory helps you to grasp what is going on in the world around you. It helps you to ask the right questions when times change and new problems need to be analyzed. It also tells you which things you do *not* need to worry about. Throughout this book we show how managers use financial theory to solve practical problems.

Of course, the theory presented in this book is not perfect and complete—no theory is. There are some famous controversies where financial economists cannot agree. We have not glossed over these disagreements. We set out the arguments for each side and tell you where we stand.

Much of this book is concerned with understanding what financial managers do and why. But we also say what financial managers *should* do to increase company value. Where theory suggests that financial managers are making mistakes, we say so, while admitting that there may be hidden reasons for their actions. In brief, we have tried to be fair but to pull no punches.

This book may be your first view of the world of modern finance theory. If so, you will read first for new ideas, for an understanding of how finance theory translates into practice, and occasionally, we hope, for entertainment. But eventually you will be in a position to make financial decisions, not just study them. At that point you can turn to this book as a reference and guide.

## ◗ Changes in the Tenth Edition

We are proud of the success of previous editions of *Principles,* and we have done our best to make the tenth edition even better.

What is new in the tenth edition? First, we have rewritten and refreshed several basic chapters. Content remains much the same, but we think that the revised chapters are simpler and flow better. These chapters also contain more **real-world examples**.

- **Chapter 1** is now titled "Goals and Governance of the Firm." We introduce financial management by recent examples of capital investment and financing decisions by several well-known corporations. We explain why value maximization makes sense as a financial objective. Finally, we look at why good governance and incentive systems are needed to encourage managers and employees to work together to increase firm value and to behave ethically.
- **Chapter 2** combines Chapters 2 and 3 from the ninth edition. It goes directly into how present values are calculated. We think that it is better organized and easier to understand in its new presentation.
- **Chapter 3** introduces bond valuation. The material here has been reordered and simplified. The chapter focuses on default-free bonds, but also includes an introduction to corporate debt and default risk. (We discuss corporate debt and default risk in more detail in Chapter 23.)
- Short-term and long-term financial planning are now combined in **Chapter 29**. We decided that covering financial planning in two chapters was awkward and inefficient.
- **Chapter 28** is now devoted entirely to financial analysis, which should be more convenient to instructors who wish to assign this topic early in their courses. We explain how the financial statements and ratios help to reveal the value, profitability, efficiency, and financial strength of a real company (Lowe's).

The **credit crisis** that started in 2007 dramatically demonstrated the importance of a well-functioning financial system and the problems that occur when it ceases to function properly. Some have suggested that the crisis disproved the lessons of modern finance. On the contrary, we believe that it was a wake-up call—a call to remember basic principles, including the importance of good systems of governance, proper

management incentives, sensible capital structures, and effective risk management.

We have added **examples and discussion of the crisis throughout the book**, starting in Chapter 1 with a discussion of agency costs and the importance of good governance. Other chapters have required significant revision as a result of the crisis. These include **Chapter 12**, which discusses executive compensation; **Chapter 13**, where the review of market efficiency includes an expanded discussion of asset price bubbles; **Chapter 14**, where the section on financial institutions covers the causes and progress of the crisis; **Chapter 23**, where we discuss the AIG debacle; and **Chapter 30**, where we note the effect of the crisis on money-market mutual funds.

The first edition of this book appeared in 1981. Basic principles are the same now as then, but the last three decades have also generated important changes in theory and practice. Research in finance has focused less on what financial managers should do, and more on understanding and interpreting what they do in practice. In other words, finance has become more positive and less normative. For example, we now have careful surveys of firms' capital investment practices and payout and financing policies. We review these surveys and look at how they cast light on competing theories.

Many financial decisions seem less clear-cut than they were 20 or 30 years ago. It no longer makes sense to ask whether high payouts are always good or always bad, or whether companies should always borrow less or more. The right answer is, "It depends." Therefore we set out pros and cons of different policies. We ask "What questions should the financial manager ask when setting financial policy?" You will, for example, see this shift in emphasis when we discuss payout decisions in **Chapter 16**.

This edition builds on other changes from earlier editions. We recognize that financial managers work more than ever in an international environment and therefore need to be familiar with international differences in financial management and in financial markets and institutions. **Chapters 27** (Managing International Risks) **and 33** (Governance and Corporate Control around the World) **are exclusively devoted to international issues**. We have also found more and more opportunities in other chapters to draw cross-border comparisons or use non-U.S. examples. We hope that this material will both provide a better understanding of the wider financial environment and be useful to our many readers around the world.

As every first-grader knows, it is easier to add than to subtract. To make way for new topics we have needed to make some judicious pruning. We will not tell you where we have cut out material, because we hope that the deletions will be invisible.

## ▶ Making Learning Easier

Each chapter of the book includes an introductory preview, a summary, and an annotated list of suggested further reading. The list of possible candidates for further reading is now voluminous. Rather than trying to list every important article, we have largely listed survey articles or general books. More specific references have been moved to footnotes.

Each chapter is followed by a set of **basic questions, intermediate questions** on both numerical and conceptual topics, and a few **challenge questions**. Answers to the odd-numbered basic questions appear in an appendix at the end of the book.

We have added a **Real-Time Data Analysis** section to chapters where it makes sense to do so. This section now houses some of the Web Projects you have seen in the previous edition, along with new Data Analysis problems. These exercises seek to familiarize the reader with some useful Web sites and to explain how to download and process data from the Web. Many of the Data Analysis problems use financial data that the reader can download from **Standard & Poor's Educational Version of Market Insight**, an exclusive partnership with McGraw-Hill.

The book also contains 10 end-of-chapter **mini-cases**. These include specific questions to guide the case analyses. Answers to the mini-cases are available to instructors on the book's Web site.

Spreadsheet programs such as **Excel** are tailor-made for many financial calculations. Several chapters now include boxes that introduce **the most useful financial functions** and provide some short practice questions. We show how to use the Excel function key to locate the function and then enter the data. We think that this approach is much simpler than trying to remember the formula for each function.

Many tables in the text appear as spreadsheets. In these cases an equivalent "live" spreadsheet appears on the book's Web site. Readers can use these live spreadsheets to understand better the calculations behind the table and to see the effects of changing the underlying data. We have also linked end-of-chapter questions to the spreadsheets.

We conclude the book with a glossary of financial terms.

The 34 chapters in this book are divided into 11 parts. Parts 1 to 3 cover valuation and capital investment decisions, including portfolio theory, asset

pricing models, and the cost of capital. Parts 4 to 8 cover payout policy, capital structure, options (including real options), corporate debt, and risk management. Part 9 covers financial analysis, planning, and working-capital management. Part 10 covers mergers and acquisitions, corporate restructuring, and corporate governance around the world. Part 11 concludes.

We realize that instructors will wish to select topics and may prefer a different sequence. We have therefore written chapters so that topics can be introduced in several logical orders. For example, there should be no difficulty in reading the chapters on financial analysis and planning before the chapters on valuation and capital investment.

## ◗ Acknowledgments

We have a long list of people to thank for their helpful criticism of earlier editions and for assistance in preparing this one. They include Faiza Arshad, Aleijda de Cazenove Balsan, Kedran Garrison, Robert Pindyck, Sara Salem, and Gretchen Slemmons at MIT; Elroy Dimson, Paul Marsh, Mike Staunton, and Stefania Uccheddu at London Business School; Lynda Borucki, Michael Barhum, Marjorie Fischer, Larry Kolbe, Michael Vilbert, Bente Villadsen, and Fiona Wang at The Brattle Group, Inc.; Alex Triantis at the University of Maryland; Adam Kolasinski at the University of Washington; Simon Gervais at Duke University; Michael Chui at The Bank for International Settlements; Pedro Matos at the University of Southern California; Yupana Wiwattanakantang at Hitotsubashi University; Nickolay Gantchev, Tina Horowitz, and Chenying Zhang at the University of Pennsylvania; Julie Wulf at Harvard University; Jinghua Yan at Tykhe Capital; Roger Stein at Moody's Investor Service; Bennett Stewart at EVA Dimensions; and James Matthews at Towers Perrin.

We want to express our appreciation to those instructors whose insightful comments and suggestions were invaluable to us during the revision process:

Neyaz Ahmed *University of Maryland*
Anne Anderson *Lehigh University*
Noyan Arsen *Koc University*
Anders Axvarn *Gothenburg University*
Jan Bartholdy *ASB, Denmark*
Penny Belk *Loughborough University*
Omar Benkato *Ball State University*
Eric Benrud *University of Baltimore*
Peter Berman *University of New Haven*
Tom Boulton *Miami University of Ohio*
Edward Boyer *Temple University*

Alon Brav *Duke University*
Jean Canil *University of Adelaide*
Celtin Ciner *University of North Carolina, Wilmington*
John Cooney *Texas Tech University*
Charles Cuny *Washington University, St. Louis*
John Davenport *Regent University*
Ray DeGennaro *University of Tennessee, Knoxville*
Adri DeRidder *Gotland University*
William Dimovski *Deakin University, Melbourne*
David Ding *Nanyang Technological University*
Robert Duvic *University of Texas at Austin*
Alex Edmans *University of Pennsylvania*
Susan Edwards *Grand Valley State University*
Robert Everett *Johns Hopkins University*
Frank Flanegin *Robert Morris University*
Zsuzanna Fluck *Michigan State University*
Connel Fullenkamp *Duke University*
Mark Garmaise *University of California, Los Angeles*
Sharon Garrison *University of Arizona*
Christopher Geczy *University of Pennsylvania*
George Geis *University of Virginia*
Stuart Gillan *University of Delaware*
Felix Goltz *Edhec Business School*
Ning Gong *Melbourne Business School*
Levon Goukasian *Pepperdine University*
Gary Gray *Pennsylvania State University*
C. J. Green *Loughborough University*
Mark Griffiths *Thunderbird, American School of International Management*
Re-Jin Guo *University of Illinois, Chicago*
Ann Hackert *Idaho State University*
Winfried Hallerbach *Erasmus University, Rotterdam*
Milton Harris *University of Chicago*
Mary Hartman *Bentley College*
Glenn Henderson *University of Cincinnati*
Donna Hitscherich *Columbia University*
Ronald Hoffmeister *Arizona State University*
James Howard *University of Maryland, College Park*
George Jabbour *George Washington University*
Ravi Jagannathan *Northwestern University*
Abu Jalal *Suffolk University*
Nancy Jay *Mercer University*
Kathleen Kahle *University of Arizona*
Jarl Kallberg *NYU, Stern School of Business*
Ron Kaniel *Duke University*
Steve Kaplan *University of Chicago*
Arif Khurshed *Manchester Business School*
Ken Kim *University of Wisconsin, Milwaukee*
C. R. Krishnaswamy *Western Michigan University*
George Kutner *Marquette University*
Dirk Laschanzky *University of Iowa*
David Lins *University of Illinois, Urbana*

David Lovatt *University of East Anglia*
Debbie Lucas *Northwestern University*
Brian Lucey *Trinity College, Dublin*
Suren Mansinghka *University of California, Irvine*
Ernst Maug *Mannheim University*
George McCabe *University of Nebraska*
Eric McLaughlin *California State University, Pomona*
Joe Messina *San Francisco State University*
Dag Michalson *Bl, Oslo*
Franklin Michello *Middle Tennessee State University*
Peter Moles *University of Edinburgh*
Katherine Morgan *Columbia University*
Darshana Palkar *Minnesota State University, Mankato*
Claus Parum *Copenhagen Business School*
Dilip Patro *Rutgers University*
John Percival *University of Pennsylvania*
Birsel Pirim *University of Illinois, Urbana*
Latha Ramchand *University of Houston*
Rathin Rathinasamy *Ball State University*
Raghavendra Rau *Purdue University*
Joshua Raugh *University of Chicago*
Charu Reheja *Wake Forest University*
Thomas Rhee *California State University, Long Beach*
Tom Rietz *University of Iowa*
Robert Ritchey *Texas Tech University*
Michael Roberts *University of Pennsylvania*
Mo Rodriguez *Texas Christian University*
John Rozycki *Drake University*
Frank Ryan *San Diego State University*
Marc Schauten *Eramus University*
Brad Scott *Webster University*
Nejat Seyhun *University of Michigan*
Jay Shanken *Emory University*
Chander Shekhar *University of Melbourne*
Hamid Shomali *Golden Gate University*
Richard Simonds *Michigan State University*
Bernell Stone *Brigham Young University*
John Strong *College of William & Mary*
Avanidhar Subrahmanyam *University of California, Los Angeles*
Tim Sullivan *Bentley College*
Shrinivasan Sundaram *Ball State University*
Chu-Sheng Tai *Texas Southern University*
Stephen Todd *Loyola University, Chicago*

Walter Torous *University of California, Los Angeles*
Emery Trahan *Northeastern University*
Ilias Tsiakas *University of Warwick*
Narendar V. Rao *Northeastern University*
David Vang *St. Thomas University*
Steve Venti *Dartmouth College*
Joseph Vu *DePaul University*
John Wald *Rutgers University*
Chong Wang *Naval Postgraduate School*
Kelly Welch *University of Kansas*
Jill Wetmore *Saginaw Valley State University*
Patrick Wilkie *University of Virginia*
Matt Will *University of Indianapolis*
Art Wilson *George Washington University*
Shee Wong *University of Minnesota, Duluth*
Bob Wood *Tennessee Tech University*
Fei Xie *George Mason University*
Minhua Yang *University of Central Florida*
Chenying Zhang *University of Pennsylvania*

This list is surely incomplete. We know how much we owe to our colleagues at the London Business School, MIT's Sloan School of Management, and the University of Pennsylvania's Wharton School. In many cases, the ideas that appear in this book are as much their ideas as ours.

We would also like to thank all those at McGraw-Hill/Irwin who worked on the book, including Michele Janicek, Executive Editor; Lori Koetters, Managing Editor; Christina Kouvelis, Senior Developmental Editor; Melissa Caughlin, Senior Marketing Manager; Jennifer Jelinski, Marketing Specialist; Karen Fisher, Developmental Editor II; Laurie Entringer, Designer; Michael McCormick, Lead Production Supervisor; and Sue Lombardi Media Project Manager.

Finally, we record the continuing thanks due to our wives, Diana, Maureen, and Sally, who were unaware when they married us that they were also marrying the *Principles of Corporate Finance*.

**Richard A. Brealey**
**Stewart C. Myers**
**Franklin Allen**

# Pedagogical Features

## ◗ Chapter Overview

Each chapter begins with a brief narrative and outline to explain the concepts that will be covered in more depth. Useful Web sites related to material for each Part are provided on the book's Web site at **www.mhhe.com/bma**.



**PART 1**

**CHAPTER** **1**

VALUE

### Goals and Governance of the Firm

◗ **This book is** about how corporations make financial decisions. We start by explaining what these decisions are and what they are seeking to accomplish.

Corporations invest in real assets, which generate cash inflows and income. Some of the assets are tangible

of these things, it does cover the concepts that govern good financial decisions, and it shows you how to use the tools of the trade of modern finance.

We start this chapter by looking at a fundamental trade-off. The corporation can either invest in new

## ◗ Finance in Practice Boxes

Relevant news articles from financial publications appear in various chapters throughout the text. Aimed at bringing real-world flavor into the classroom, these boxes provide insight into the business world today.

### FINANCE IN PRACTICE

#### Prediction Markets

◗ Stock markets allow investors to bet on their favorite stocks. Prediction markets allow them to bet on almost anything else. These markets reveal the collective guess of traders on issues as diverse as New York City snowfall, an avian flu outbreak, and the occurrence of a major earthquake.

Prediction markets are conducted on the major futures exchanges and on a number of smaller online exchanges such as Intrade (**www.intrade.com**) and the Iowa Electronic Markets (**www.biz.uiowa.edu/iem**). Take the 2008 presidential race as an example. On the Iowa Electronic Markets you could bet that Barack Obama would win by buying one of his contracts. Each Obama contract paid $1 if he won the

and selling, the market price of a contract revealed the collective wisdom of the crowd.

Take a look at the accompanying figure from the Iowa Electronic Markets. It shows the contract prices for the two contenders for the White House between June and November 2008. Following the Republican convention at the start of September, the price of a McCain contract reached a maximum of $.47. From then on the market suggested a steady fall in the probability of a McCain victory.

Participants in prediction markets are putting their money where their mouth is. So the forecasting accuracy of these markets compares favorably with those of major polls. Some businesses have also formed inter-

## ◗ Numbered Examples

**New to this edition!** Numbered and titled examples are called-out within chapters to further illustrate concepts. Students can learn how to solve specific problems step-by-step as well as gain insight into general principles by seeing how they are applied to answer concrete questions and scenarios.

**EXAMPLE 2.3** • Winning Big at the Lottery

When 13 lucky machinists from Ohio pooled their money to buy Powerball lottery tickets, they won a record $295.7 million. (A fourteenth member of the group pulled out at the last minute to put in his own numbers.) We suspect that the winners received unsolicited congratulations, good wishes, and requests for money from dozens of more or less worthy charities. In response, they could fairly point out that the prize wasn't really worth $295.7 million. That sum was to be repaid in 25 annual installments of $11.828 million each. Assuming that the first payment occurred at the end of one year, what was the present value of the prize? The interest rate at the time was 5.9%.

These payments constitute a 25-year annuity. To value this annuity we simply multiply $11.828 million by the 25-year annuity factor:

$$PV = 11.828 \times 25\text{-year annuity factor}$$

$$= 11.828 \times \left[ \frac{1}{r} - \frac{1}{r(1+r)^{25}} \right]$$

# Excel Treatment

xii

▶ **Useful Spreadsheet Functions Boxes**

**New to this edition!** These boxes provide detailed examples of how to use Excel spreadsheets when applying financial concepts. Questions that apply to the spreadsheet follow for additional practice.

## USEFUL SPREADSHEET FUNCTIONS

### Internal Rate of Return

▶ Spreadsheet programs such as Excel provide built-in functions to solve for internal rates of return. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel will guide you through the inputs that are required. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for calculating internal rates of return, together with some points to remember when entering data:

- **IRR:** Internal rate of return on a series of regularly spaced cash flows.
- **XIRR:** The same as IRR, but for irregularly spaced flows.



Note the following:

- For these functions, you must enter the addresses of the cells that contain the input values.
- The IRR functions calculate only one IRR even when there are multiple IRRs.

**SPREADSHEET QUESTIONS**

The following questions provide an opportunity to practice each of the above functions:

1. (IRR) Check the IRRs on projects F and G in Section 5-3.
2. (IRR) What is the IRR of a project with the following cash flows:

| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
|---|---|---|---|
| −$5,000 | +$2,200 | +$4,650 | +$3,330 |

3. (IRR) Now use the function to calculate the IRR on Helmsley Iron's mining project in Section 5-3. There are really two IRRs to this project (why?). How many IRRs does the function calculate?
4. (XIRR) What is the IRR of a project with the following cash flows:

| $C_0$ | $C_4$ | $C_5$ | $C_6$ |
|---|---|---|---|
| −$215,000 ... | +$185,000 ... | +$85,000 ... | +$43,000 |

(All other cash flows are 0.)

▶ **Excel Exhibits**

Select exhibits are set as Excel spreadsheets and have been denoted with an icon. They are also available on the book's Web site at **www.mhhe.com/bma**.

| (1) Month | (2) Market return | (3) Anchovy Q return | (4) Deviation from average market return | (5) Deviation from average Anchovy Q return | (6) Squared deviation from average market return | (7) Product of deviations from average returns (cols 4 × 5) |
|---|---|---|---|---|---|---|
| 1 | −8% | −11% | −10 | −13 | 100 | 130 |
| 2 | 4 | 8 | 2 | 6 | 4 | 12 |
| 3 | 12 | 19 | 10 | 17 | 100 | 170 |
| 4 | −6 | −13 | −8 | −15 | 64 | 120 |
| 5 | 2 | 3 | 0 | 1 | 0 | 0 |
| 6 | 8 | 6 | 6 | 4 | 36 | 24 |
| Average | 2 | 2 | | Total | 304 | 456 |
| | | | Variance = $\sigma_m^2$ = 304/6 = 50.67 | | | |
| | | | Covariance = $\sigma_{im}$ = 456/6 = 76 | | | |
| | | | Beta ($\beta$) = $\sigma_{im}/\sigma_m^2$ = 76/50.67 = 1.5 | | | |

▶ **TABLE 7.7** Calculating the variance of the market returns and the covariance between the returns on the market and those of Anchovy Queen. Beta is the ratio of the variance to the covariance (i.e., $\beta = \sigma_{im}/\sigma_m^2$).



Visit us at
www.mhhe.com/bma

# End-of-Chapter Features

## ▶ Problem Sets

New end-of-chapter problems are included for even more hands-on practice. We have separated the questions by level of difficulty: Basic, Intermediate, and Challenge. Answers to the odd-numbered basic questions are included at the back of the book.

**BASIC**                                                  PROBLEM SETS

1. Suppose a firm uses its company cost of capital to evaluate all projects. Will it underestimate or overestimate the value of high-risk projects?

2. A company is 40% financed by risk-free debt. The interest rate is 10%, the expected market risk premium is 8%, and the beta of the company's common stock is .5. What is the company cost of capital? What is the after-tax WACC, assuming that the company pays tax at a 35% rate?

3. Look back to the top-right panel of Figure 9.2. What proportion of Amazon's returns was explained by market movements? What proportion of risk was diversifiable? How does the diversifiable risk show up in the plot? What is the range of possible errors in the estimated beta?

**INTERMEDIATE**

11. The total market value of the common stock of the Okefenokee Real Estate Company is $6 million, and the total value of its debt is $4 million. The treasurer estimates that the beta of the stock is currently 1.5 and that the expected risk premium on the market is 6%. The Treasury bill rate is 4%. Assume for simplicity that Okefenokee debt is risk-free and the company does not pay tax.

    a. What is the required return on Okefenokee stock?

    b. Estimate the company cost of capital.

    c. What is the discount rate for an expansion of the company's present business?

    d. Suppose the company wants to diversify into the manufacture of rose-colored spectacles. The beta of unleveraged optical manufacturers is 1.2. Estimate the required return on Okefenokee's new venture.

12. Nero Violins has the following capital structure:

**CHALLENGE**

23. Suppose you are valuing a future stream of high-risk (high-beta) cash *outflows*. High risk means a high discount rate. But the higher the discount rate, the less the present value. This seems to say that the higher the risk of cash outflows, the less you should worry about them! Can that be right? Should the sign of the cash flow affect the appropriate discount rate? Explain.

24. An oil company executive is considering investing $10 million in one or both of two wells: well 1 is expected to produce oil worth $3 million a year for 10 years; well 2 is expected to produce $2 million for 15 years. These are *real* (inflation-adjusted) cash flows.

## ▶ Excel Problems

Most chapters contain problems, denoted by an icon, specifically linked to Excel templates that are available on the book's Web site at **www.mhhe.com/bma**.

15. A 10-year German government bond (bund) has a face value of €100 and a coupon rate of 5% paid annually. Assume that the interest rate (in euros) is equal to 6% per year. What is the bond's PV?


eXcel
Visit us at
www.mhhe.com/bma

16. A 10-year U.S. Treasury bond with a face value of $10,000 pays a coupon of 5.5% (2.75% of face value every six months). The semiannually compounded interest rate is 5.2% (a six-month discount rate of 5.2/2 = 2.6%).

    a. What is the present value of the bond?

    b. Generate a graph or table showing how the bond's present value changes for semiannually compounded interest rates between 1% and 15%.

eXcel
Visit us at
www.mhhe.com/bma

## ◗ Real-Time Data Analysis Section

Featured among select chapters, this section includes Web exercises as well as Standard & Poor's questions. The Web exercises give students the opportunity to explore financial Web sites on their own to gain familiarity and apply chapter concepts. The Standard & Poor's questions directly incorporate the Educational Version of Market Insight, a service based on S&P's renowned Compustat database. These problems provide an easy method of including current, real-world data into the classroom. An access code for this S&P site is provided *free* with the purchase of a new book.

**REAL-TIME DATA ANALYSIS**

STANDARD &POOR'S

You can download data for the following questions from the Standard & Poor's Market Insight Web site (www.mhhe.com/edumarketinsight)—see the "Monthly Adjusted Prices" spreadsheet—or from finance.yahoo.com. Refer to the useful Spreadsheet Functions box near the end of Chapter 9 for information on Excel functions.

1. Download to a spreadsheet the last three years of monthly adjusted stock prices for Coca-Cola (KO), Citigroup (C), and Pfizer (PFE).
   a. Calculate the monthly returns.
   b. Calculate the monthly standard deviation of those returns (see Section 7-2). Use the Excel function STDEVP to check your answer. Find the annualized standard deviation by multiplying by the square root of 12.
   c. Use the Excel function CORREL to calculate the correlation coefficient between the monthly returns for each pair of stocks. Which pair provides the greatest gain from diversification?
   d. Calculate the standard deviation of returns for a portfolio with equal investments in the three stocks.

2. Download to a spreadsheet the last five years of monthly adjusted stock prices for each of the companies in Table 7.5 and for the Standard & Poor's Composite Index (S&P 500).
   a. Calculate the monthly returns.
   b. Calculate beta for each stock using the Excel function SLOPE, where the "y" range refers to the stock return (the dependent variable) and the "x" range is the market return (the independent variable).
   c. How have the betas changed from those reported in Table 7.5?

3. A large mutual fund group such as Fidelity offers a variety of funds. They include *sector funds* that specialize in particular industries and *index funds* that simply invest in the market index. Log on to www.fidelity.com and find first the standard deviation of returns on the Fidelity Spartan 500 Index Fund, which replicates the S&P 500. Now find the standard deviations for different sector funds. Are they larger or smaller than the figure for the index fund? How do you interpret your findings?

## ◗ Mini-Cases

To enhance concepts discussed within a chapter, mini-cases are included in select chapters so students can apply their knowledge to real-world scenarios.

## MINI-CASE ●●●●●

### Waldo County

Waldo County, the well-known real estate developer, worked long hours, and he expected his staff to do the same. So George Chavez was not surprised to receive a call from the boss just as George was about to leave for a long summer's weekend.

Mr. County's success had been built on a remarkable instinct for a good site. He would exclaim "Location! Location! Location!" at some point in every planning meeting. Yet finance was not his strong suit. On this occasion he wanted George to go over the figures for a new $90 million outlet mall designed to intercept tourists heading downeast toward Maine. "First thing Monday will do just fine," he said as he handed George the file. "I'll be in my house in Bar Harbor if you need me."

George's first task was to draw up a summary of the projected revenues and costs. The results are shown in Table 10.8. Note that the mall's revenues would come from two sources: The company would charge retailers an annual rent for the space they occupied and in addition it would receive 5% of each store's gross sales.

Construction of the mall was likely to take three years. The construction costs could be depreciated straight-line over 15 years starting in year 3. As in the case of the company's other developments, the mall would be built to the highest specifications and would not need to be rebuilt until year 17. The land was expected to retain its value, but could not be depreciated for tax purposes.

# Supplements

In this edition, we have gone to great lengths to ensure that our supplements are equal in quality and authority to the text itself.

## FOR THE INSTRUCTOR

The following supplements are available to you via the book's Web site at **www.mhhe.com/bma** and are password protected for security. Print copies are available through your McGraw-Hill/Irwin representative.

### Instructor's Manual

The Instructor's Manual was extensively revised and updated by Matthew Will of the University of Indianapolis. It contains an overview of each chapter, teaching tips, learning objectives, challenge areas, key terms, and an annotated outline that provides references to the PowerPoint slides.

### Test Bank

The Test Bank, also revised by Matthew Will, has been updated to include hundreds of new multiple-choice and short answer/discussion questions based on the revisions of the authors. The level of difficulty varies, as indicated by the easy, medium, or difficult labels.

### Computerized Test Bank

McGraw-Hill's EZ Test is a flexible and easy-to-use electronic testing program. The program allows you to create tests from book-specific items. It accommodates a wide range of question types and you can add your own questions. Multiple versions of the test can be created and any test can be exported for use with course management systems such as WebCT, BlackBoard, or PageOut. EZ Test Online is a new service and gives you a place to easily administer your EZ Test–created exams and quizzes online. The program is available for Windows and Macintosh environments.

### PowerPoint Presentation

Matthew Will of the University of Indianapolis prepared the PowerPoint presentation, which contains exhibits, outlines, key points, and summaries in a visually stimulating collection of slides. You can edit, print, or rearrange the slides to fit the needs of your course.

### Solutions Manual
**ISBN 9780077316457**
**MHID 0077316452**

The Solutions Manual, carefully revised by George Geis of the University of Virginia, contains solutions to all basic, intermediate, and challenge problems found at the end of each chapter. This supplement can be purchased by your students with your approval or can be packaged with this text at a discount. Please contact your McGraw-Hill/Irwin representative for additional information.

### Finance Video Series DVD
**ISBN 9780073363653**
**MHID 0073363650**

The McGraw-Hill/Irwin Finance Video Series is a complete video library designed to be added points of discussion to your class. You will find examples of how real businesses face hot topics like mergers and acquisitions, going public, time value of money, and careers in finance.

## FOR THE STUDENT

### Study Guide
**ISBN 9780077316471**
**MHID 0077316479**

The Study Guide, meticulously revised by V. Sivarama Krishnan of the University of Central Oklahoma, contains useful and interesting keys to learning. It includes an introduction to each chapter, key concepts, examples, exercises and solutions, and a complete chapter summary.

## ▶ Online Support

### ONLINE LEARNING CENTER

### www.mhhe.com/bma
Find a wealth of information online! This site contains information about the book and the authors as well as teaching and learning materials for the instructor and student, including:

- **Excel templates** There are templates for select exhibits ("live" Excel), as well as various end-of-chapter problems that have been set as Excel spreadsheets—all denoted by an icon. They correlate with

specific concepts in the text and allow students to work through financial problems and gain experience using spreadsheets. Also refer to the valuable Useful Spreadsheet Functions Boxes that are sprinkled throughout the text for some helpful prompts on working in Excel.

- **Online quizzes**   These multiple-choice questions are provided as an additional testing and reinforcement tool for students. Each quiz is organized by chapter to test the specific concepts presented in that particular chapter. Immediate scoring of the quiz occurs upon submission and the correct answers are provided.

- **Standard & Poor's Educational Version of Market Insight**   McGraw-Hill is proud to partner with Standard & Poor's by offering students access to the educational version of Market Insight. A passcode card is bound into new books, which gives you access to six years of financial data for over 1,000 real companies. Relevant chapters contain end-of-chapter problems that use this data to help students gain a better understanding of practical business situations.

- **Interactive FinSims**   This valuable asset consists of multiple simulations of key financial topics. Ideal for students to reinforce concepts and gain additional practice to strengthen skills.

## MCGRAW-HILL *CONNECT FINANCE*

### Less Managing. More Teaching. Greater Learning.



McGraw-Hill *Connect Finance* is an online assignment and assessment solution that connects students with the tools and resources they'll need to achieve success.

McGraw-Hill *Connect Finance* helps prepare students for their future by enabling faster learning, more efficient studying, and higher retention of knowledge.

### McGraw-Hill *Connect Finance* Features



*Connect Finance* offers a number of powerful tools and features to make managing assignments easier, so faculty can spend more time teaching. With *Connect Finance,* students can engage with their coursework anytime and anywhere, making the learning process more accessible and efficient. *Connect Finance* offers the features described here.

### Simple Assignment Management

With *Connect Finance* creating assignments is easier than ever, so you can spend more time teaching and less time managing. The assignment management function enables you to:

- Create and deliver assignments easily with selectable end-of-chapter questions and test bank items.
- Streamline lesson planning, student progress reporting, and assignment grading to make classroom management more efficient than ever.
- Go paperless with the eBook and online submission and grading of student assignments.

### Automatic Grading

When it comes to studying, time is precious. *Connect Finance* helps students learn more efficiently by providing feedback and practice material when they need it, where they need it. When it comes to teaching, your time also is precious. The grading function enables you to:

- Have assignments scored automatically, giving students immediate feedback on their work and side-by-side comparisons with correct answers.
- Access and review each response, manually change grades, or leave comments for students to review.
- Reinforce classroom concepts with practice tests and instant quizzes.

### Instructor Library

The *Connect Finance* Instructor Library is your repository for additional resources to improve student engagement in and out of class. You can select and use any asset that enhances your lecture.

### Student Study Center

The *Connect Finance* Student Study Center is the place for students to access additional resources. The Student Study Center:

- Offers students quick access to lectures, practice materials, eBooks, and more.
- Provides instant practice material and study questions, easily accessible on-the-go.
- Gives students access to the Personal Learning Plan described below.

### Personal Learning Plan

The Personal Learning Plan (PLP) connects each student to the learning resources needed for success in the course. For each chapter, students:

- Take a practice test to initiate the Personal Learning Plan.

- Immediately upon completing the practice test, see how their performance compares to the chapter objectives to be achieved within each section of the chapters.
- Receive a Personal Learning Plan that recommends specific readings from the text, supplemental study material, and practice work that will improve their understanding and mastery of each learning objective.

### Student Progress Tracking

*Connect Finance* keeps instructors informed about how each student, section, and class is performing, allowing for more productive use of lecture and office hours. The progress-tracking function enables you to:

- View scored work immediately and track individual or group performance with assignment and grade reports.
- Access an instant view of student or class performance relative to learning objectives.

### Lecture Capture through Tegrity Campus

For an additional charge Lecture Capture offers new ways for students to focus on the in-class discussion, knowing they can revisit important topics later. This can be delivered through *Connect* or separately. See below for more details.

### McGraw-Hill *Connect Plus Finance*

 McGraw-Hill reinvents the textbook learning experience for the modern student with *Connect Plus Finance.* A seamless integration of an eBook and *Connect Finance, Connect Plus Finance* provides all of the *Connect Finance* features plus the following:

- An integrated eBook, allowing for anytime, anywhere access to the textbook.
- Dynamic links between the problems or questions you assign to your students and the location in the eBook where that problem or question is covered.
- A powerful search function to pinpoint and connect key concepts in a snap.

In short, *Connect Finance* offers you and your students powerful tools and features that optimize your time and energies, enabling you to focus on course content,

teaching, and student learning. *Connect Finance* also offers a wealth of content resources for both instructors and students. This state-of-the-art, thoroughly tested system supports you in preparing students for the world that awaits.

For more information about *Connect,* please visit **www.mcgrawhillconnect.com**, or contact your local McGraw-Hill sales representative.

### TEGRITY CAMPUS: LECTURES 24/7

 Tegrity Campus is a service that makes class time available 24/7 by automatically capturing every lecture in a searchable format for students to review when they study and complete assignments. With a simple one-click start-and-stop process, you capture all computer screens and corresponding audio. Students can replay any part of any class with easy-to-use browser-based viewing on a PC or Mac.

Educators know that the more students can see, hear, and experience class resources, the better they learn. In fact, studies prove it. With Tegrity Campus, students quickly recall key moments by using Tegrity Campus's unique search feature. This search helps students efficiently find what they need, when they need it, across an entire semester of class recordings. Help turn all your students' study time into learning moments immediately supported by your lecture.

To learn more about Tegrity watch a two-minute Flash demo at **http://tegritycampus.mhhe.com**.

### MCGRAW-HILL CUSTOMER CARE CONTACT INFORMATION

At McGraw-Hill, we understand that getting the most from new technology can be challenging. That's why our services don't stop after you purchase our products. You can e-mail our Product Specialists 24 hours a day to get product-training online. Or you can search our knowledge bank of Frequently Asked Questions on our support Web site.

For Customer Support, call **800-331-5094,** e-mail **hmsupport@mcgraw-hill.com**, or visit **www.mhhe. com/support**. One of our Technical Support Analysts will be able to assist you in a timely fashion.

# Brief Contents

## Part One: Value

| | | |
|---|---|---|
| 1 | Goals and Governance of the Firm | 1 |
| 2 | How to Calculate Present Values | 20 |
| 3 | Valuing Bonds | 45 |
| 4 | The Value of Common Stocks | 74 |
| 5 | Net Present Value and Other Investment Criteria | 101 |
| 6 | Making Investment Decisions with the Net Present Value Rule | 127 |

## Part Two: Risk

| | | |
|---|---|---|
| 7 | Introduction to Risk and Return | 156 |
| 8 | Portfolio Theory and the Capital Asset Pricing Model | 185 |
| 9 | Risk and the Cost of Capital | 213 |

## Part Three: Best Practices in Capital Budgeting

| | | |
|---|---|---|
| 10 | Project Analysis | 240 |
| 11 | Investment, Strategy, and Economic Rents | 268 |
| 12 | Agency Problems, Compensation, and Performance Measurement | 290 |

## Part Four: Financing Decisions and Market Efficiency

| | | |
|---|---|---|
| 13 | Efficient Markets and Behavioral Finance | 312 |
| 14 | An Overview of Corporate Financing | 341 |
| 15 | How Corporations Issue Securities | 362 |

## Part Five: Payout Policy and Capital Structure

| | | |
|---|---|---|
| 16 | Payout Policy | 391 |
| 17 | Does Debt Policy Matter? | 418 |
| 18 | How Much Should a Corporation Borrow? | 440 |
| 19 | Financing and Valuation | 471 |

## Part Six: Options

| | | |
|---|---|---|
| 20 | Understanding Options | 502 |
| 21 | Valuing Options | 525 |
| 22 | Real Options | 554 |

## Part Seven: Debt Financing

| | | |
|---|---|---|
| 23 | Credit Risk and the Value of Corporate Debt | 577 |
| 24 | The Many Different Kinds of Debt | 597 |
| 25 | Leasing | 625 |

## Part Eight: Risk Management

| | | |
|---|---|---|
| 26 | Managing Risk | 645 |
| 27 | Managing International Risks | 676 |

## Part Nine: Financial Planning and Working Capital Management

| | | |
|---|---|---|
| 28 | Financial Analysis | 704 |
| 29 | Financial Planning | 731 |
| 30 | Working Capital Management | 757 |

## Part Ten: Mergers, Corporate Control, and Governance

| | | |
|---|---|---|
| 31 | Mergers | 792 |
| 32 | Corporate Restructuring | 822 |
| 33 | Governance and Corporate Control around the World | 846 |

## Part Eleven: Conclusion

| | | |
|---|---|---|
| 34 | Conclusion: What We Do and Do Not Know about Finance | 866 |

# Contents

| **Part One** Value |

## 1  Goals and Governance of the Firm  1

**1-1**  Corporate Investment and Financing
Decisions  2
*Investment Decisions/Financing Decisions/What Is
a Corporation?*

**1-2**  The Role of the Financial Manager and the
Opportunity Cost of Capital  6
*The Investment Trade-off*

**1-3**  Goals of the Corporation  9
*Shareholders Want Managers to Maximize Market
Value/A Fundamental Result/Should Managers Look
After the Interests of Their Shareholders?/Should Firms
Be Managed for Shareholders or All Stakeholders?*

**1-4**  Agency Problems and Corporate Governance  12
*Pushing Subprime Mortgages: Value Maximization
Run Amok, or an Agency Problem?/Agency Problems
Are Mitigated by Good Systems of Corporate
Governance*

Summary  15 • Problem Sets  16 • Appendix:
Foundations of the Net Present Value Rule  18

## 2  How to Calculate Present Values  20

**2-1**  Future Values and Present Values  21
*Calculating Future Values/Calculating Present
Values/Calculating the Present Value of an Investment
Opportunity/Net Present Value/Risk and Present
Value/Present Values and Rates of Return/Calculating
Present Values When There Are Multiple Cash Flows/
The Opportunity Cost of Capital*

**2-2**  Looking for Shortcuts—Perpetuities and
Annuities  27
*How to Value Perpetuities/How to Value Annuities/
PV Annuities Due/Calculating Annual Payments/
Future Value of an Annuity*

**2-3**  More Shortcuts—Growing Perpetuities and
Annuities  33
*Growing Perpetuities/Growing Annuities*

**2-4**  How Interest Is Paid and Quoted  35
*Continuous Compounding*

Summary  39 • Problem Sets  39
Real-Time Data Analysis  43

## 3  Valuing Bonds  45

**3-1**  Using the Present Value Formula to Value
Bonds  46
*A Short Trip to Paris to Value a Government
Bond/Back to the United States: Semiannual
Coupons and Bond Prices*

**3-2**  How Bond Prices Vary with Interest Rates  49
*Duration and Volatility*

**3-3**  The Term Structure of Interest Rates  53
*Spot Rates, Bond Prices, and the Law of One Price/
Measuring the Term Structure/Why the Discount
Factor Declines as Futurity Increases—and a
Digression on Money Machines*

**3-4**  Explaining the Term Structure  57
*Expectations Theory of the Term Structure/Introducing
Risk/Inflation and Term Structure*

**3-5**  Real and Nominal Rates of Interest  59
*Indexed Bonds and the Real Rate of Interest/What
Determines the Real Rate of Interest?/Inflation and
Nominal Interest Rates*

**3-6**  Corporate Bonds and the Risk of Default  65
*Corporate Bonds Come in Many Forms*

Summary  68 • Further Reading  69
Problem Sets  69 • Real-Time Data Analysis  73

## 4  The Value of Common Stocks  74

**4-1**  How Common Stocks Are Traded  75

**4-2**  How Common Stocks Are Valued  76
*Valuation by Comparables/The Determinants of
Stock Prices/Today's Price/But What Determines
Next Year's Price?*

**4-3**  Estimating the Cost of Equity Capital  81
*Using the DCF Model to Set Gas and Electricity
Prices/Dangers Lurk in Constant-Growth Formulas*

**xix**

**4-4**  The Link between Stock Price and Earnings per Share  87
*Calculating the Present Value of Growth Opportunities for Fledgling Electronics*

**4-5**  Valuing a Business by Discounted Cash Flow  90
*Valuing the Concatenator Business/Valuation Format/Estimating Horizon Value/A Further Reality Check*

Summary  94  • Further Reading  95
Problem Sets  95  • Real-Time Data Analysis  99
Mini-Case: Reeby Sports  99

**5  Net Present Value and Other Investment Criteria  101**

**5-1**  A Review of the Basics  101
*Net Present Value's Competitors/Three Points to Remember about NPV/NPV Depends on Cash Flow, Not on Book Returns*

**5-2**  Payback  105
*Discounted Payback*

**5-3**  Internal (or Discounted-Cash-Flow) Rate of Return  107
*Calculating the IRR/The IRR Rule/Pitfall 1—Lending or Borrowing?/Pitfall 2—Multiple Rates of Return/Pitfall 3—Mutually Exclusive Projects/Pitfall 4—What Happens When There Is More Than One Opportunity Cost of Capital?/The Verdict on IRR*

**5-4**  Choosing Capital Investments When Resources Are Limited  115
*An Easy Problem in Capital Rationing/Uses of Capital Rationing Models*

Summary  119  • Further Reading  120
Problem Sets  120
Mini-Case: Vegetron's CFO Calls Again  124

**6  Making Investment Decisions with the Net Present Value Rule  127**

**6-1**  Applying the Net Present Value Rule  128
*Rule 1: Only Cash Flow Is Relevant/Rule 2: Estimate Cash Flows on an Incremental Basis/Rule 3: Treat Inflation Consistently*

**6-2**  Example—IM&C'S Fertilizer Project  132
*Separating Investment and Financing Decisions/Investments in Working Capital/A Further Note on Depreciation/A Final Comment on Taxes/Project Analysis/Calculating NPV in Other Countries and Currencies*

**6-3**  Investment Timing  140

**6-4**  Equivalent Annual Cash Flows  141
*Investing to Produce Reformulated Gasoline at California Refineries/Choosing Between Long- and Short-Lived Equipment/Equivalent Annual Cash Flow and Inflation/ Equivalent Annual Cash Flow and Technological Change/Deciding When to Replace an Existing Machine*

Summary  146  • Problem Sets  146
Mini-Case: New Economy Transport (A) and (B)  153

**ǀ Part Two**  Risk

**7  Introduction to Risk and Return  156**

**7-1**  Over a Century of Capital Market History in One Easy Lesson  156
*Arithmetic Averages and Compound Annual Returns/Using Historical Evidence to Evaluate Today's Cost of Capital/Dividend Yields and the Risk Premium*

**7-2**  Measuring Portfolio Risk  163
*Variance and Standard Deviation/Measuring Variability/How Diversification Reduces Risk*

**7-3**  Calculating Portfolio Risk  170
*General Formula for Computing Portfolio Risk/Limits to Diversification*

**7-4**  How Individual Securities Affect Portfolio Risk  174
*Market Risk Is Measured by Beta/Why Security Betas Determine Portfolio Risk*

**7-5**  Diversification and Value Additivity  177
Summary  178  • Further Reading  179
Problem Sets  179  • Real-Time Data Analysis  184

**8  Portfolio Theory and the Capital Asset Model Pricing  185**

**8-1**  Harry Markowitz and the Birth of Portfolio Theory  185
*Combining Stocks into Portfolios/We Introduce Borrowing and Lending*

**8-2** The Relationship between Risk and Return 192
*Some Estimates of Expected Returns/Review of the Capital Asset Pricing Model/What If a Stock Did Not Lie on the Security Market Line?*

**8-3** Validity and Role of the Capital Asset Pricing Model 195
*Tests of the Capital Asset Pricing Model/Assumptions behind the Capital Asset Pricing Model*

**8-4** Some Alternative Theories 199
*Arbitrage Pricing Theory/A Comparison of the Capital Asset Pricing Model and Arbitrage Pricing Theory/The Three-Factor Model*

Summary 203 • Further Reading 204
Problem Sets 204 • Real-Time Data Analysis 210
Mini-Case: John and Marsha on Portfolio Selection 211

**9   Risk and the Cost of Capital   213**

**9-1** Company and Project Costs of Capital 214
*Perfect Pitch and the Cost of Capital/Debt and the Company Cost of Capital*

**9-2** Measuring the Cost of Equity 217
*Estimating Beta/The Expected Return on Union Pacific Corporation's Common Stock/ Union Pacific's After-Tax Weighted-Average Cost of Capital/Union Pacific's Asset Beta*

**9-3** Analyzing Project Risk 221
*What Determines Asset Betas?/Don't Be Fooled by Diversifiable Risk/Avoid Fudge Factors in Discount Rates/Discount Rates for International Projects*

**9-4** Certainty Equivalents—Another Way to Adjust for Risk 227
*Valuation by Certainty Equivalents/When to Use a Single Risk-Adjusted Discount Rate for Long-Lived Assets/A Common Mistake/When You Cannot Use a Single Risk-Adjusted Discount Rate for Long-Lived Assets*

Summary 232 • Further Reading 233
Problem Sets 233 • Real-Time Data Analysis 237
Mini-Case: The Jones Family, Incorporated 237

**Part Three  Best Practices in Capital Budgeting**

**10   Project Analysis   240**

**10-1** The Capital Investment Process 241
*Project Authorizations—and the Problem of Biased Forecasts/Postaudits*

**10-2** Sensitivity Analysis 243
*Value of Information/Limits to Sensitivity Analysis/ Scenario Analysis/Break-Even Analysis/Operating Leverage and the Break-Even Point*

**10-3** Monte Carlo Simulation 249
*Simulating the Electric Scooter Project*

**10-4** Real Options and Decision Trees 253
*The Option to Expand/The Option to Abandon/Production Options/Timing Options/More on Decision Trees/Pro and Con Decision Trees*

Summary 260 • Further Reading 261
Problem Sets 262
Mini-Case: Waldo County 266

**11   Investment, Strategy, and Economic Rents   268**

**11-1** Look First to Market Values 268
*The Cadillac and the Movie Star*

**11-2** Economic Rents and Competitive Advantage 273

**11-3** Marvin Enterprises Decides to Exploit a New Technology: an Example 276
*Forecasting Prices of Gargle Blasters / The Value of Marvin's New Expansion / Alternative Expansion Plans / The Value of Marvin Stock / The Lessons of Marvin Enterprises*

Summary 283 • Further Reading 284
Problem Sets 284
Mini-Case: Ecsy-Cola 289

**12   Agency Problems, Compensation, and Performance Measurement   290**

**12-1** Incentives and Compensation 290
*Agency Problems in Capital Budgeting/ Monitoring/Management Compensation/Incentive Compensation*

**12-2** Measuring and Rewarding Performance: Residual Income and EVA 298
*Pros and Cons of EVA*

**12-3** Biases in Accounting Measures of Performance 301
*Example: Measuring the Profitability of the Nodhead Supermarket/Measuring Economic Profitability/Do the Biases Wash Out in the Long Run?/What Can We Do about Biases in Accounting Profitability Measures?/Earnings and Earnings Targets*

Summary 307 • Further Reading 307
Problem Sets 308


**❚ Part Four** Financing Decisions and Market Efficiency


**13   Efficient Markets and Behavioral Finance    312**

**13-1** We Always Come Back to NPV 313
*Differences between Investment and Financing Decisions*

**13-2** What Is an Efficient Market? 314
*A Startling Discovery: Price Changes Are Random/Three Forms of Market Efficiency/Efficient Markets: The Evidence*

**13-3** The Evidence against Market Efficiency 321
*Do Investors Respond Slowly to New Information?/Bubbles and Market Efficiency*

**13-4** Behavioral Finance 326
*Limits to Arbitrage/Incentive Problems and the Subprime Crisis*

**13-5** The Six Lessons of Market Efficiency 329
*Lesson 1: Markets Have No Memory/Lesson 2: Trust Market Prices/Lesson 3: Read the Entrails/Lesson 4: There Are No Financial Illusions/Lesson 5: The Do-It-Yourself Alternative/Lesson 6: Seen One Stock, Seen Them All/What if Markets Are Not Efficient? Implications for the Financial Manager*

Summary 335 • Further Reading 335
Problem Sets 337 • Real-Time Data Analysis 340


**14   An Overview of Corporate Financing    341**

**14-1** Patterns of Corporate Financing 341
*Do Firms Rely Too Much on Internal Funds?/How Much Do Firms Borrow?*

**14-2** Common Stock 345
*Ownership of the Corporation/Voting Procedures/Dual-class Shares and Private Benefits/Equity in Disguise/Preferred Stock*

**14-3** Debt 351
*Debt Comes in Many Forms/A Debt by Any Other Name/Variety's the Very Spice of Life*

**14-4** Financial Markets and Institutions 354
*The Financial Crisis of 2007–2009/The Role of Financial Institutions*

Summary 357 • Further Reading 358
Problem Sets 359 • Real-Time Data Analysis 361


**15   How Corporations Issue Securities    362**

**15-1** Venture Capital 362
*The Venture Capital Market*

**15-2** The Initial Public Offering 366
*Arranging an Initial Public Offering/The Sale of Marvin Stock/The Underwriters/Costs of a New Issue/Underpricing of IPOs/Hot New-Issue Periods*

**15-3** Alternative Issue Procedures for IPOs 375
*Types of Auction: a Digression*

**15-4** Security Sales by Public Companies 376
*General Cash Offers/International Security Issues/The Costs of a General Cash Offer/Market Reaction to Stock Issues/Rights Issues*

**15-5** Private Placements and Public Issues 381
Summary 382 • Further Reading 383
Problem Sets 383 • Real-Time Data Analysis 387
Appendix: Marvin's New-Issue Prospectus 387


**❚ Part Five** Payout Policy and Capital Structure


**16   Payout Policy    391**

**16-1** Facts about Payout 391

**16-2** How Firms Pay Dividends and Repurchase
Stock  392
*How Firms Repurchase Stock*

**16-3** How Do Companies Decide on Payouts?  394

**16-4** The Information in Dividends and Stock
Repurchases  395
*The Information Content of Share Repurchases*

**16-5** The Payout Controversy  397
*Dividend Policy Is Irrelevant in Perfect
Capital Markets/Dividend Irrelevance—An
Illustration/Calculating Share Price/Stock
Repurchase/Stock Repurchase and Valuation*

**16-6** The Rightists  402
*Payout Policy, Investment Policy, and Management
Incentives*

**16-7** Taxes and the Radical Left  404
*Why Pay Any Dividends at All?/Empirical Evidence
on Dividends and Taxes/The Taxation of Dividends
and Capital Gains/Alternative Tax Systems*

**16-8** The Middle-of-the-Roaders  409
*Payout Policy and the Life Cycle of the Firm*

Summary  411 • Further Reading  412
Problem Sets  412


**17**  **Does Debt Policy Matter?**  **418**

**17-1** The Effect of Financial Leverage in a
Competitive Tax-free Economy  419
*Enter Modigliani and Miller/The Law of
Conservation of Value/An Example of
Proposition 1*

**17-2** Financial Risk and Expected Returns  424
*Proposition 2/How Changing Capital Structure
Affects Beta*

**17-3** The Weighted-Average Cost of Capital  428
*Two Warnings/Rates of Return on Levered
Equity—The Traditional Position/Today's
Unsatisfied Clienteles Are Probably Interested in
Exotic Securities/Imperfections and Opportunities*

**17-4** A Final Word on the After-Tax Weighted-
Average Cost of Capital  433
Summary  434 • Further Reading  434
Problem Sets  435


**18**  **How Much Should a Corporation
Borrow?**  **440**

**18-1** Corporate Taxes  441
*How Do Interest Tax Shields Contribute to the Value
of Stockholders' Equity?/Recasting Merck's Capital
Structure/MM and Taxes*

**18-2** Corporate and Personal Taxes  444

**18-3** Costs of Financial Distress  447
*Bankruptcy Costs/Evidence on Bankruptcy
Costs/Direct versus Indirect Costs of
Bankruptcy/Financial Distress without
Bankruptcy/Debt and Incentives/Risk Shifting:
The First Game/Refusing to Contribute Equity
Capital: The Second Game/And Three More Games,
Briefly/What the Games Cost/Costs of Distress Vary
with Type of Asset/The Trade-off Theory of Capital
Structure*

**18-4** The Pecking Order of Financing Choices  460
*Debt and Equity Issues with Asymmetric
Information/Implications of the Pecking Order/The
Trade-off Theory vs. the Pecking-Order Theory—Some
Recent Tests/The Bright Side and the Dark Side
of Financial Slack/Is There a Theory of Optimal
Capital Structure?*

Summary  465 • Further Reading  466
Problem Sets  467 • Real-Time Data Analysis  470


**19**  **Financing and Valuation**  **471**

**19-1** The After-Tax Weighted-Average Cost of
Capital  471
*Review of Assumptions*

**19-2** Valuing Businesses  475
*Valuing Rio Corporation/Estimating Horizon
Value/WACC vs. the Flow-to-Equity Method*

**19-3** Using WACC in Practice  479
*Some Tricks of the Trade/Mistakes People Make in
Using the Weighted-Average Formula/Adjusting
WACC When Debt Ratios and Business Risks
Differ/Unlevering and Relevering Betas/The
Importance of Rebalancing/The Modigliani–Miller
Formula, Plus Some Final Advice*

**19-4** Adjusted Present Value  486
*APV for the Perpetual Crusher/Other Financing Side Effects/APV for Businesses/APV for International Investments*

**19-5** Your Questions Answered  490
Summary  492 • Further Reading  493
Problem Sets  494 • Real-Time Data Analysis  498
Appendix: Discounting Safe, Nominal Cash Flows  498


**❙ Part Six** Options


**20** **Understanding Options  502**

**20-1** Calls, Puts, and Shares  503
*Call Options and Position Diagrams/Put Options/Selling Calls, Puts, and Shares/Position Diagrams Are Not Profit Diagrams*

**21-2** Financial Alchemy with Options  507
*Spotting the Option*

**21-3** What Determines Option Values?  513
*Risk and Option Values*
Summary  519 • Further Reading  519
Problem Sets  519 • Real-Time Data Analysis  524


**21** **Valuing Options  525**

**21-1** A Simple Option-Valuation Model  525
*Why Discounted Cash Flow Won't Work for Options/Constructing Option Equivalents from Common Stocks and Borrowing/Valuing the Google Put Option*

**21-2** The Binomial Method for Valuing Options  530
*Example: The Two-Stage Binomial Method/The General Binomial Method/The Binomial Method and Decision Trees*

**21-3** The Black–Scholes Formula  534
*Using the Black–Scholes Formula/The Risk of an Option/The Black–Scholes Formula and the Binomial Method*

**21-4** Black–Scholes in Action  538
*Executive Stock Options/Warrants/Portfolio Insurance/Calculating Implied Volatilities*

**21-5** Option Values at a Glance  542
**21-6** The Option Menagerie  543
Summary  544 • Further Reading  544
Problem Sets  545 • Real-Time Data Analysis  548
Mini-Case: Bruce Honiball's Invention  549
Appendix: How Dilution Affects Option Value  550


**22** **Real Options  554**

**22-1** The Value of Follow-on Investment Opportunities  554
*Questions and Answers about Blitzen's Mark II/Other Expansion Options*

**22-2** The Timing Option  558
*Valuing the Malted Herring Option/Optimal Timing for Real Estate Development*

**22-3** The Abandonment Option  561
*The Zircon Subductor Project/Abandonment Value and Project Life/Temporary Abandonment*

**22-4** Flexible Production  566
**22-5** Aircraft Purchase Options  567
**22-6** A Conceptual Problem?  569
*Practical Challenges*
Summary  571 • Further Reading  572
Problem Sets  572


**❙ Part Seven** Debt Financing


**23** **Credit Risk and the Value of Corporate Debt  577**

**23-1** Yields on Corporate Debt  577
*What Determines the Yield Spread?*

**23-2** The Option to Default  581
*How the Default Option Affects a Bond's Risk and Yield/A Digression: Valuing Government Financial Guarantees*

**23-3** Bond Ratings and the Probability of Default  587

**23-4** Predicting the Probability of Default  588
*Credit Scoring/Market-Based Risk Models*

**23-5** Value at Risk  592
Summary  594 • Further Reading  594
Problem Sets  595 • Real-Time Data Analysis  596

## 24  The Many Different Kinds of Debt  597

**24-1** Domestic Bonds, Foreign Bonds, and
Eurobonds  598
**24-2** The Bond Contract  599
*Indenture, or Trust Deed/The Bond Terms*
**24-3** Security and Seniority  601
*Asset-Backed Securities*
**24-4** Repayment Provisions  603
*Sinking Funds/Call Provisions*
**24-5** Debt Covenants  605
**24-6** Convertible Bonds and Warrants  607
*The Value of a Convertible at Maturity/
Forcing Conversion/Why Do Companies
Issue Convertibles?/Valuing Convertible Bonds/A
Variation on Convertible Bonds: The Bond–Warrant
Package*
**24-7** Private Placements and Project Finance  612
*Project Finance/Project Finance—Some Common
Features/The Role of Project Finance*
**24-8** Innovation in the Bond Market  615
Summary  617 • Further Reading  618
Problem Sets  619
Mini-Case: The Shocking Demise of Mr. Thorndike  623

## 25  Leasing  625

**25-1** What Is a Lease?  625
**25-2** Why Lease?  626
*Sensible Reasons for Leasing/Some Dubious Reasons
for Leasing*
**25-3** Operating Leases  630
*Example of an Operating Lease/Lease or Buy?*
**25-4** Valuing Financial Leases  632
*Example of a Financial Lease/Who Really Owns
the Leased Asset?/Leasing and the Internal
Revenue Service/A First Pass at Valuing a Lease
Contract/The Story So Far*

**25-5** When Do Financial Leases Pay?  637
*Leasing Around the World*
**25-6** Leveraged Leases  638
Summary  640 • Further Reading  640
Problem Sets  641

**❙ Part Eight**  Risk Management

## 26  Managing Risk  645

**26-1** Why Manage Risk?  645
*Reducing the Risk of Cash Shortfalls or Financial
Distress/Agency Costs May Be Mitigated by Risk
Management/The Evidence on Risk Management*
**26-2** Insurance  648
*How BP Changed Its Insurance Strategy*
**26-3** Reducing Risk with Options  651
**26-4** Forward and Futures Contracts  652
*A Simple Forward Contract/Futures Exchanges/The
Mechanics of Futures Trading/Trading and Pricing
Financial Futures Contracts/Spot and Futures
Prices—Commodities/More about Forward
Contracts/Homemade Forward Rate Contracts*
**26-5** Swaps  660
*Interest Rate Swaps/Currency Swaps/Total Return
Swaps*
**26-6** How to Set Up a Hedge  664
**26-7** Is "Derivative" a Four-Letter Word?  666
Summary  668 • Further Reading  669
Problem Sets  670 • Real-Time Data Analysis  675

## 27  Managing International Risks  676

**27-1** The Foreign Exchange Market  676
**27-2** Some Basic Relationships  678
*Interest Rates and Exchange Rates/The Forward
Premium and Changes in Spot Rates/Changes in the
Exchange Rate and Inflation Rates/Interest Rates
and Inflation Rates/Is Life Really That Simple?*
**27-3** Hedging Currency Risk  687
*Transaction Exposure and Economic Exposure*

**27-4** Exchange Risk and International Investment Decisions  690
*The Cost of Capital for International Investments/ Do Some Countries Have a Lower Interest Rate?*

**27-5** Political Risk  694

Summary  696 • Further Reading  696
Problem Sets  698 • Real-Time Data Analysis  701
Mini-Case: Exacta, s.a.  702

**❙ Part Nine** Financial Planning and
Working Capital Management

## 28  Financial Analysis   704

**28-1** Financial Statements  704
**28-2** Lowe's Financial Statements  705
*The Balance Sheet/The Income Statement*

**28-3** Measuring Lowe's Performance  708
*Economic Value Added (EVA)/Accounting Rates of Return/Problems with EVA and Accounting Rates of Return*

**28-4** Measuring Efficiency  713

**28-5** Analyzing the Return on Assets: the Du Pont System  714
*The Du Pont System*

**28-6** Measuring Leverage  716
*Leverage and the Return on Equity*

**28-7** Measuring Liquidity  718

**28-8** Interpreting Financial Ratios  720

Summary  724 • Further Reading  724
Problem Sets  725

## 29  Financial Planning   731

**29-1** Links between Long-Term and Short-Term Financing Decisions  731

**29-2** Tracing Changes in Cash  734
*The Cash Cycle*

**29-3** Cash Budgeting  737
*Preparing the Cash Budget: Inflows/Preparing the Cash Budget: Outflows*

**29-4** The Short-Term Financing Plan  740
*Options for Short-Term Financing/Dynamic's Financing Plan/Evaluating the Plan/A Note on Short-Term Financial Planning Models*

**29-5** Long-term Financial Planning  743
*Why Build Financial Plans?/A Long-Term Financial Planning Model for Dynamic Mattress/ Pitfalls in Model Design/Choosing a Plan*

**29-6** Growth and External Financing  748
Summary  749 • Further Reading  750
Problem Sets  750 • Real-Time Data Analysis  756

## 30  Working Capital Management   757

**30-1** Inventories  758
**30-2** Credit Management  760
*Terms of Sale/The Promise to Pay/Credit Analysis/The Credit Decision/Collection Policy*

**30-3** Cash  766
*How Purchases Are Paid For/Speeding up Check Collections/International Cash Management/Paying for Bank Services*

**30-4** Marketable Securities  771
*Calculating the Yield on Money-Market Investments/Yields on Money-Market Investments/The International Money Market/Money-Market Instruments*

**30-5** Sources of Short-Term Borrowing  777
*Bank Loans/Commercial Paper/Medium-Term Notes*
Summary  782 • Further Reading  784
Problem Sets  784 • Real-Time Data Analysis  791

**❙ Part Ten** Mergers, Corporate Control,
and Governance

## 31  Mergers   792

**31-1** Sensible Motives for Mergers  792
*Economies of Scale/Economies of Vertical Integration/Complementary Resources/Surplus Funds/Eliminating Inefficiencies/Industry Consolidation*

**31-2** Some Dubious Reasons for Mergers 798
*Diversification/Increasing Earnings per Share: The Bootstrap Game/Lower Financing Costs*

**31-3** Estimating Merger Gains and Costs 801
*Right and Wrong Ways to Estimate the Benefits of Mergers/More on Estimating Costs—What If the Target's Stock Price Anticipates the Merger?/Estimating Cost When the Merger Is Financed by Stock/Asymmetric Information*

**31-4** The Mechanics of a Merger 805
*Mergers, Antitrust Law, and Popular Opposition/ The Form of Acquisition/Merger Accounting/Some Tax Considerations*

**31-5** Proxy Fights, Takeovers, and the Market for Corporate Control 808
*Proxy Contests/Takeovers/Oracle Bids for PeopleSoft/Takeover Defenses/Who Gains Most in Mergers?*

**31-6** Mergers and the Economy 814
*Merger Waves/Do Mergers Generate Net Benefits?*

Summary 816 • Further Reading 817
Problem Sets 817 • Appendix: Conglomerate Mergers and Value Additivity 820

**32** **Corporate Restructuring   822**

**32-1** Leveraged Buyouts 822
*RJR Nabisco/Barbarians at the Gate?/Leveraged Restructurings/LBOs and Leveraged Restructurings*

**32-2** Fusion and Fission in Corporate Finance 827
*Spin-offs/Carve-outs/Asset Sales/Privatization and Nationalization*

**32-3** Private Equity 831
*Private-Equity Partnerships/Are Private-Equity Funds Today's Conglomerates?*

**32-4** Bankruptcy 837
*Is Chapter 11 Efficient?/Workouts/Alternative Bankruptcy Procedures*

Summary 842 • Further Reading 843
Problem Sets 844

**33** **Governance and Corporate Control around the World   846**

**33-1** Financial Markets and Institutions 846
*Investor Protection and the Development of Financial Markets*

**33-2** Ownership, Control, and Governance 851
*Ownership and Control in Japan/Ownership and Control in Germany/European Boards of Directors/Ownership and Control in Other Countries/Conglomerates Revisited*

**33-3** Do These Differences Matter? 859
*Risk and Short-termism/Growth Industries and Declining Industries/Transparency and Governance*

Summary 863 • Further Reading 864
Problem Sets 864

❚ **Part Eleven**  Conclusion

**34** **Conclusion: What We Do and Do not Know about Finance   866**

**34-1** What We Do Know: The Seven Most Important Ideas in Finance 866
*1. Net Present Value/2. The Capital Asset Pricing Model/3. Efficient Capital Markets/4. Value Additivity and the Law of Conservation of Value/5. Capital Structure Theory/6. Option Theory/7. Agency Theory*

**34-2** What We Do Not Know: 10 Unsolved Problems in Finance 869
*1. What Determines Project Risk and Present Value?/2. Risk and Return—What Have We Missed?/3. How Important Are the Exceptions to the Efficient-Market Theory?/4. Is Management an Off-Balance-Sheet Liability?/5. How Can We Explain the Success of New Securities and New Markets?/6. How Can We Resolve the Payout Controversy?/7. What Risks Should a Firm Take?/8. What Is the Value of Liquidity?/9. How Can We Explain Merger Waves?/10. Why Are Financial Systems So Prone to Crisis?*

**34-3** A Final Word 875

**Appendix: Answers to Select Basic Problems  A**

**Glossary  G**

**Index  I-1**

Note: Present value tables are available on the book's Web site, **www.mhhe.com/bma**.

# Goals and Governance of the Firm

▶ **This book is** about how corporations make financial decisions. We start by explaining what these decisions are and what they are seeking to accomplish.

Corporations invest in real assets, which generate cash inflows and income. Some of the assets are tangible assets such as plant and machinery; others are intangible assets such as brand names and patents. Corporations finance these assets by borrowing, by retaining and reinvesting cash flow, and by selling additional shares of stock to the corporation's shareholders. Thus the corporation's financial manager faces two broad financial questions: First, what investments should the corporation make? Second, how should it pay for those investments? The investment decision involves spending money; the financing decision involves raising it.

A large corporation may have hundreds of thousands of shareholders. These shareholders differ in many ways, such as their wealth, risk tolerance, and investment horizon. Yet we will see that they usually endorse the same financial goal: they want the financial manager to increase the value of the corporation and its current stock price.

Thus the secret of success in financial management is to increase value. That is easy to say, but not very helpful. Instructing the financial manager to increase value is like advising an investor in the stock market to "buy low, sell high." The problem is how to do it.

There may be a few activities in which one can read a textbook and then just "do it," but financial management is not one of them. That is why finance is worth studying. Who wants to work in a field where there is no room for judgment, experience, creativity, and a pinch of luck? Although this book cannot guarantee any

of these things, it does cover the concepts that govern good financial decisions, and it shows you how to use the tools of the trade of modern finance.

We start this chapter by looking at a fundamental trade-off. The corporation can either invest in new assets or it can give the cash back to the shareholders, who can then invest that cash in the financial markets. Financial managers add value whenever the company can earn a higher return than shareholders can earn for themselves. The shareholders' investment opportunities *outside* the corporation set the standard for investments *inside* the corporation. Financial managers therefore refer to the *opportunity cost* of the capital that shareholders contribute to the firm.

The success of a corporation depends on how well it harnesses all its managers and employees to work to increase value. We therefore take a first look at how good systems of corporate governance, combined with appropriate incentives and compensation packages, encourage everyone to pull together to increase value.

Good governance and appropriate incentives also help block out temptations to increase stock price by illegal or unethical means. Thoughtful shareholders do not want the maximum possible stock price. They want the maximum honest stock price.

This chapter introduces three themes that return again and again, in various forms and circumstances, throughout the book:

1. Maximizing value.

2. The opportunity cost of capital.

3. The crucial importance of incentives and governance.

●●●●●

## 1-1   Corporate Investment and Financing Decisions

To carry on business, a corporation needs an almost endless variety of **real assets.** These assets do not drop free from a blue sky; they need to be paid for. To pay for real assets, the corporation sells claims on the assets and on the cash flow that they will generate. These claims are called **financial assets** or **securities.** Take a bank loan as an example. The bank provides the corporation with cash in exchange for a financial asset, which is the corporation's promise to repay the loan with interest. An ordinary bank loan is not a security, however, because it is held by the bank and not sold or traded in financial markets.

Take a corporate bond as a second example. The corporation sells the bond to investors in exchange for the promise to pay interest on the bond and to pay off the bond at its maturity. The bond is a financial asset, and also a security, because it can be held by and traded among many investors in financial markets. Securities include bonds, shares of stock, and a dizzying variety of specialized instruments. We describe bonds in Chapter 3, stocks in Chapter 4, and other securities in later chapters.

This suggests the following definitions:

$$\text{Investment decision} = \text{purchase of real assets}$$
$$\text{Financing decision} = \text{sale of financial assets}$$

But these equations are too simple. The investment decision also involves managing assets already in place and deciding when to shut down and dispose of assets if profits decline. The corporation also has to manage and control the risks of its investments. The financing decision includes not just raising cash today but also meeting obligations to banks, bondholders, and stockholders that contributed financing in the past. For example, the corporation has to repay its debts when they become due. If it cannot do so, it ends up insolvent and bankrupt. Sooner or later the corporation will also want to pay out cash to its shareholders.[1]

Let's go to more specific examples. Table 1.1 lists nine corporations. Four are U.S. corporations. Five are foreign: GlaxoSmithKline's headquarters are in London, LVMH's in Paris,[2] Shell's in The Hague, Toyota's in Nagoya, and Lenovo's in Beijing. We have chosen very large public corporations that you are probably already familiar with. You probably have traveled on a Boeing jet, shopped at Wal-Mart, or used a Wells Fargo ATM, for example.

### Investment Decisions

The second column of Table 1.1 shows an important recent investment decision for each corporation. These investment decisions are often referred to as **capital budgeting** or **capital expenditure** (**CAPEX**) decisions, because most large corporations prepare an annual capital budget listing the major projects approved for investment. Some of the investments in Table 1.1, such as Wal-Mart's new stores or Union Pacific's new locomotives, involve the purchase of tangible assets—assets that you can touch and kick. Corporations also need to invest in intangible assets, however. These include research and development (R&D), advertising, and marketing. For example, GlaxoSmithKline and other major pharmaceutical companies invest billions every year on R&D for new drugs. These companies also invest to market their existing products.

---

[1] We have referred to the corporation's owners as "shareholders" and "stockholders." The two terms mean exactly the same thing and are used interchangeably. Corporations are also referred to casually as "companies," "firms," or "businesses." We also use these terms interchangeably.

[2] LVMH Moët Hennessy Louis Vuitton (usually abbreviated to LVMH) markets perfumes and cosmetics, wines and spirits, watches and other fashion and luxury goods. And, yes, we know what you are thinking, but LVMH really is short for Moët Hennessy Louis Vuitton.

| Company (revenue in billions for 2008) | Recent Investment Decision | Recent Financing Decision |
|---|---|---|
| Boeing ($61 billion) | Began production of its 787 Dreamliner aircraft, at a forecasted cost of more than $10 billion. | The cash flow from Boeing's operations allowed it to repay some of its debt and repurchase $2.8 billion of stock. |
| Royal Dutch Shell ($458 billion) | Invested in a $1.5 billion deepwater oil and gas field in the Gulf of Mexico. | In 2008 returned $13.1 billion of cash to its stockholders by buying back their shares. |
| Toyota (¥26,289 billion) | In 2008 opened new engineering and safety testing facilities in Michigan. | Returned ¥431 billion to shareholders in the form of dividends. |
| GlaxoSmithKline (£24 billion) | Spent £3.7 billion in 2008 on research and development of new drugs. | Financed R&D expenditures largely with reinvested cash flow generated by sales of pharmaceutical products. |
| Wal-Mart ($406 billion) | In 2008 announced plans to invest over a billion dollars in 90 new stores in Brazil. | In 2008 raised $2.5 billion by an issue of 5-year and 30-year bonds. |
| Union Pacific ($18 billion) | Acquired 315 new locomotives in 2007. | Largely financed its investment in locomotives by long-term leases. |
| Wells Fargo ($52 billion) | Acquired Wachovia Bank in 2008 for $15.1 billion. | Financed the acquisition by an exchange of shares. |
| LVMH (€17 billion) | Acquired the Spanish winery Bodega Numanthia Termes. | Issued a six-year bond in 2007, raising 300 million Swiss francs. |
| Lenovo ($16 billion) | Expanded its chain of retail stores to cover over 2,000 cities. | Borrowed $400 million for 5 years from a group of banks. |

▶ **TABLE 1.1**   Examples of recent investment and financing decisions by major public corporations.

Today's capital investments generate future returns. Often the returns come in the distant future. Boeing committed over $10 billion to design, test, and manufacture the Dreamliner. It did so because it expects that the plane will generate cash returns for 30 years or more after it first enters commercial service. Those cash returns must recover Boeing's huge initial investment and provide at least an adequate profit on that investment. The longer Boeing must wait for cash to flow back, the greater the profit that it requires. Thus the financial manager must pay attention to the timing of project returns, not just their cumulative amount. In addition, these returns are rarely certain. A new project could be a smashing success or a dismal failure.

Of course, not every investment has such distant payoffs as Boeing's Dreamliner. Some investments have only short-term consequences. For example, with the approach of the Christmas holidays, Wal-Mart spends about $40 billion to stock up its warehouses and retail stores. As the goods are sold over the following months, the company recovers this investment in inventories.

Financial managers do not make major investment decisions in solitary confinement. They may work as part of a team of engineers and managers from manufacturing, marketing, and other business functions. Also, do not think of the financial manager as making billion-dollar investments on a daily basis. Most investment decisions are smaller and simpler, such as the purchase of a truck, machine tool, or computer system. Corporations make thousands of these smaller investment decisions every year. The cumulative amount of small investments can be just as large as that of the occasional big investments, such as those shown in Table 1.1.

## Financing Decisions

The third column of Table 1.1 lists a recent financing decision by each corporation. A corporation can raise money (cash) from lenders or from shareholders. If it borrows, the lenders contribute the cash, and the corporation promises to pay back the debt plus a fixed rate of interest. If the shareholders put up the cash, they get no fixed return, but they hold shares of stock and therefore get a fraction of future profits and cash flow. The shareholders are *equity investors,* who contribute *equity financing.* The choice between debt and equity financing is called the **capital structure** decision. *Capital* refers to the firm's sources of long-term financing.

The financing choices available to large corporations seem almost endless. Suppose the firm decides to borrow. Should it borrow from a bank or borrow by issuing bonds that can be traded by investors? Should it borrow for 1 year or 20 years? If it borrows for 20 years, should it reserve the right to pay off the debt early if interest rates fall? Should it borrow in Paris, receiving and promising to repay euros, or should it borrow dollars in New York? As Table 1.1 shows, the French company LVMH borrowed Swiss francs, but it could have borrowed dollars or euros instead.

Corporations raise equity financing in two ways. First, they can issue new shares of stock. The investors who buy the new shares put up cash in exchange for a fraction of the corporation's future cash flow and profits. Second, the corporation can take the cash flow generated by its existing assets and reinvest the cash in new assets. In this case the corporation is reinvesting on behalf of existing stockholders. No new shares are issued.

What happens when a corporation does not reinvest all of the cash flow generated by its existing assets? It may hold the cash in reserve for future investment, or it may pay the cash back to its shareholders. Table 1.1 shows that in 2008 Toyota paid cash dividends of ¥431 billion, equivalent to about $4.3 billion. In the same year Shell paid back $13.1 billion to its stockholders by repurchasing shares. This was in addition to $9.8 billion paid out as cash dividends. The decision to pay dividends or repurchase shares is called the *payout decision.* We cover payout decisions in Chapter 16.

In some ways financing decisions are less important than investment decisions. Financial managers say that "value comes mainly from the asset side of the balance sheet." In fact the most successful corporations sometimes have the simplest financing strategies. Take Microsoft as an example. It is one of the world's most valuable corporations. At the end of 2008, Microsoft shares traded for $19.44 each. There were about 8.9 billion shares outstanding. Therefore Microsoft's overall market value—its *market capitalization* or *market cap*—was $19.44 × 8.9 = $173 billion. Where did this market value come from? It came from Microsoft's product development, from its brand name and worldwide customer base, from its research and development, and from its ability to make profitable future investments. The value did *not* come from sophisticated financing. Microsoft's financing strategy is very simple: it carries no debt to speak of and finances almost all investment by retaining and reinvesting cash flow.

Financing decisions may not add much value, compared with good investment decisions, but they can destroy value if they are stupid or if they are ambushed by bad news. For example, when real estate mogul Sam Zell led a buyout of the *Chicago Tribune* in 2007, the newspaper took on about $8 billion of additional debt. This was not a stupid decision, but it did prove fatal. As advertising revenues fell away in the recession of 2008, the *Tribune* could no longer service its debt. In December 2008 it filed for bankruptcy with assets of $7.6 billion and debts of $12.9 billion.

Business is inherently risky. The financial manager needs to identify the risks and make sure they are managed properly. For example, debt has its advantages, but too much debt can land the company in bankruptcy, as the *Chicago Tribune* discovered. Companies can also be knocked off course by recessions, by changes in commodity prices, interest rates and exchange rates, or by adverse political developments. Some of these risks can be hedged or insured, however, as we explain in Chapters 26 and 27.

## What Is a Corporation?

We have been referring to "corporations." Before going too far or too fast, we offer some basic definitions. Details follow as needed in later chapters.

A **corporation** is a legal entity. In the view of the law, it is a legal *person* that is owned by its shareholders. As a legal person, the corporation can make contracts, carry on a business, borrow or lend money, and sue or be sued. One corporation can make a takeover bid for another and then merge the two businesses. Corporations pay taxes—but cannot vote!

In the U.S., corporations are formed under state law, based on *articles of incorporation* that set out the purpose of the business and how it is to be governed and operated.[3] For example, the articles of incorporation specify the composition and role of the *board of directors.* A corporation's directors choose and advise top management and are required to sign off on some corporate actions, such as mergers and the payment of dividends to shareholders.

A corporation is owned by its shareholders but is legally distinct from them. Therefore the shareholders have **limited liability,** which means that shareholders cannot be held personally responsible for the corporation's debts. When the U.S. financial corporation Lehman Brothers failed in 2008, no one demanded that its stockholders put up more money to cover Lehman's massive debts. Shareholders can lose their entire investment in a corporation, but no more.

Corporations do not have to be prominent, multinational businesses like those listed in Table 1.1. You can organize a local plumbing contractor or barber shop as a corporation if you want to take the trouble.[4] But usually corporations are larger businesses or businesses that aspire to grow.

When a corporation is first established, its shares may be privately held by a small group of investors, perhaps the company's managers and a few backers. In this case the shares are not publicly traded and the company is *closely held.* Eventually, when the firm grows and new shares are issued to raise additional capital, its shares are traded in public markets such as the New York Stock Exchange. Such corporations are known as *public companies.* Most well-known corporations in the U.S. are public companies with widely dispersed shareholdings. In other countries, it is more common for large corporations to remain in private hands, and many public companies may be controlled by just a handful of investors. The latter category includes such well-known names as Fiat, Porsche, Benetton, Bosch, IKEA, and the Swatch Group.

A large public corporation may have hundreds of thousands of shareholders, who own the business but cannot possibly manage or control it directly. This *separation of ownership and control* gives corporations permanence. Even if managers quit or are dismissed and replaced, the corporation survives. Today's stockholders can sell all their shares to new investors without disrupting the operations of the business. Corporations can, in principle, live forever, and in practice they may survive many human lifetimes. One of the oldest corporations is the Hudson's Bay Company, which was formed in 1670 to profit from the fur trade between northern Canada and England. The company still operates as one of Canada's leading retail chains.

The separation of ownership and control can also have a downside, for it can open the door for managers and directors to act in their own interests rather than in the stockholders' interest. We return to this problem later in the chapter.

---

[3] In the U.S., corporations are identified by the label "Corporation," "Incorporated," or "Inc.," as in US Airways Group, Inc. The U.K. identifies public corporations by "plc" (short for "Public Limited Corporation"). French corporations have the suffix "SA" ("Société Anonyme"). The corresponding labels in Germany are "GmbH" ("Gesellschaft mit beschränkter Haftung") or "AG" ("Aktiengesellschaft").

[4] Single individuals doing business on their own behalf are called sole proprietorships. Smaller, local businesses can also be organized as partnerships or professional corporations (PCs). We cover these alternative forms of business organization in Chapter 14.

## 1-2 The Role of the Financial Manager and the Opportunity Cost of Capital

What do financial managers do for a living? That simple question can be answered in several ways. We can start with financial managers' job titles. Most large corporations have a **chief financial officer (CFO),** who oversees the work of all financial staff. The CFO is deeply involved in financial policy and financial planning and is in constant contact with the Chief Executive Officer (CEO) and other top management. The CFO is the most important financial voice of the corporation, and explains earnings results and forecasts to investors and the media.

Below the CFO are usually a **treasurer** and a **controller.** The treasurer is responsible for short-term cash management, currency trading, financing transactions, and bank relationships. The controller manages the company's internal accounting systems and oversees preparation of its financial statements and tax returns. The largest corporations have dozens of more specialized financial managers, including tax lawyers and accountants, experts in planning and forecasting, and managers responsible for investing the money set aside for employee retirement plans.

Financial decisions are not restricted to financial specialists. Top management must sign off on major investment projects, for example. But the engineer who designs a new production line is also involved, because the design determines the real assets that the corporation holds. The engineer also rejects many designs before proposing what he or she thinks is the best one. Those rejections are also investment decisions, because they amount to decisions *not* to invest in other types of real assets.

In this book we use the term *financial manager* to refer to anyone responsible for an investment or financing decision. Often we use the term collectively for all the managers drawn into such decisions.

Let's go beyond job titles. What is the essential role of the financial manager? Figure 1.1 gives one answer. The figure traces how money flows from investors to the corporation and back to investors again. The flow starts when cash is raised from investors (arrow 1 in the figure). The cash could come from banks or from securities sold to investors in financial markets. The cash is then used to pay for the real assets (investment projects) needed for the corporation's business (arrow 2). Later, as the business operates, the assets generate cash inflows (arrow 3). That cash is either reinvested (arrow 4a) or returned to the investors who furnished the money in the first place (arrow 4b). Of course, the choice between arrows 4a and 4b is constrained by the promises made when cash was raised at arrow 1. For example, if the firm borrows money from a bank at arrow 1, it must repay this money plus interest at arrow 4b.

> **FIGURE 1.1**

Flow of cash between financial markets and the firm's operations. Key: (1) Cash raised by selling financial assets to investors; (2) cash invested in the firm's operations and used to purchase real assets; (3) cash generated by the firm's operations; (4a) cash reinvested; (4b) cash returned to investors.



You can see examples of arrows 4*a* and 4*b* in Table 1.1. GlaxoSmithKline financed its drug research and development by reinvesting earnings (arrow 4*a*). Shell decided to return cash to shareholders by buying back its stock (arrow 4*b*). Shell could have chosen instead to pay the money out as additional cash dividends.

Notice how the financial manager stands between the firm and outside investors. On the one hand, the financial manager helps manage the firm's operations, particularly by helping to make good investment decisions. On the other hand, the financial manager deals with investors—not just with shareholders but also with financial institutions such as banks and with financial markets such as the New York Stock Exchange.

## The Investment Trade-off

Now look at Figure 1.2, which sets out the fundamental trade-off for corporate investment decisions. The corporation has a proposed investment project (a real asset). Suppose it has cash on hand sufficient to finance the project. The financial manager is trying to decide whether to invest in the project. If the financial manager decides not to invest, the corporation can pay out the cash to shareholders, say as an extra dividend. (The investment and dividend arrows in Figure 1.2 are arrows 2 and 4*b* in Figure 1.1.)

Assume that the financial manager is acting in the interests of the corporation's owners, its stockholders. What do these stockholders want the financial manager to do? The answer depends on the rate of return on the investment project and on the rate of return that the stockholders can earn by investing in financial markets. If the return offered by the investment project is higher than the rate of return that shareholders can get by investing on their own, then the shareholders would vote for the investment project. If the investment project offers a lower return than shareholders can achieve on their own, the shareholders would vote to cancel the project and take the cash instead.

Figure 1.2 could apply to Wal-Mart's decisions to invest in new retail stores, for example. Suppose Wal-Mart has cash set aside to build 10 new stores in 2012. It could go ahead with the new stores, or it could choose to cancel the investment project and instead pay the cash out to its stockholders. If it pays out the cash, the stockholders could then invest for themselves.

Suppose that Wal-Mart's new-stores project is just about as risky as the U.S. stock market and that investment in the stock market offers a 10% expected rate of return. If the new stores offer a superior rate of return, say 20%, then Wal-Mart's stockholders would be



▶ **FIGURE 1.2**

The firm can either keep and reinvest cash or return it to investors. (Arrows represent possible cash flows or transfers.) If cash is reinvested, the opportunity cost is the expected rate of return that shareholders could have obtained by investing in financial assets.

happy to let Wal-Mart keep the cash and invest it in the new stores. If the new stores offer only a 5% return, then the stockholders are better off with the cash and without the new stores; in that case, the financial manager should turn down the investment project.

As long as a corporation's proposed investments offer higher rates of return than its shareholders can earn for themselves in the stock market (or in other financial markets), its shareholders will applaud the investments and its stock price will increase. But if the company earns an inferior return, shareholders boo, stock price falls, and stockholders demand their money back so that they can invest on their own.

In our example, the minimum acceptable rate of return on Wal-Mart's new stores is 10%. This minimum rate of return is called a *hurdle rate* or *cost of capital.* It is really an **opportunity cost of capital,** because it depends on the investment *opportunities* available to investors in financial markets. Whenever a corporation invests cash in a new project, its shareholders lose the opportunity to invest the cash on their own. Corporations increase value by accepting all investment projects that earn more than the opportunity cost of capital.

Notice that the opportunity cost of capital depends on the risk of the proposed investment project. Why? It's not just because shareholders are risk-averse. It's also because shareholders have to trade off risk against return when they invest on their own. The safest investments, such as U.S. government debt, offer low rates of return. Investments with higher expected rates of return—the stock market, for example—are riskier and sometimes deliver painful losses. (The U.S. stock market was down 38% in 2008, for example.) Other investments are riskier still. For example, high-tech growth stocks offer the prospect of higher rates of return, but are even more volatile.

Notice too that the opportunity cost of capital is generally *not* the interest rate that the company pays on a loan from a bank or on a bond. If the company is making a risky investment, the opportunity cost is the expected return that investors can achieve in financial markets at the same level of risk. The expected return on risky securities is normally well above the interest rate on corporate borrowing.

Managers look to the financial markets to measure the opportunity cost of capital for the firm's investment projects. They can observe the opportunity cost of capital for safe investments by looking up current interest rates on safe debt securities. For risky investments, the opportunity cost of capital has to be estimated. We start to tackle this task in Chapter 7.

Estimating the opportunity cost of capital is one of the hardest tasks in financial management, even when the stock, bond, and other financial markets are behaving normally. When these markets are misbehaving, precise estimates of the cost of capital can be temporarily out of the question.

Financial markets in the U.S. and most developed countries work well most of the time but just like the little girl in the poem, "When they are good, they are very good indeed, but when they are bad they are horrid."[5] In 2008 financial markets were horrid. Security prices bounced around like Tigger on stimulants, and for some types of investment the market temporarily disappeared. Financial markets no longer offered a good yardstick for a project's value or the opportunity cost of capital. That was a year in which financial managers really earned their keep.

We give more specific examples of investment decisions and the opportunity cost of capital at the start of the next chapter.

---

[5] The poem is attributed to Longfellow:

> There was a little girl,
> Who had a little curl,
> Right in the middle of her forehead.
> When she was good,
> She was very good indeed,
> But when she was bad she was horrid.

### 1-3  Goals of the Corporation

#### Shareholders Want Managers to Maximize Market Value

Wal-Mart has over 300,000 shareholders. There is no way that Wal-Mart's shareholders can be actively involved in management; it would be like trying to run New York City by town meetings. Authority has to be delegated to professional managers. But how can Wal-Mart's managers make decisions that satisfy all the shareholders? No two shareholders are exactly the same. They differ in age, tastes, wealth, time horizon, risk tolerance, and investment strategy. Delegating the operation of the firm to professional managers can work only if the shareholders have a common objective. Fortunately there is a natural financial objective on which almost all shareholders agree: Maximize the current market value of shareholders' investment in the firm.

A smart and effective manager makes decisions that increase the current value of the company's shares and the wealth of its stockholders. This increased wealth can then be put to whatever purposes the shareholders want. They can give their money to charity or spend it in glitzy nightclubs; they can save it or spend it now. Whatever their personal tastes or objectives, they can all do more when their shares are worth more.

Maximizing shareholder wealth is a sensible goal when the shareholders have access to well-functioning financial markets.[6] Financial markets allow them to share risks and transport savings across time. Financial markets give them the flexibility to manage their own savings and investment plans, leaving the corporation's financial managers with only one task: to increase market value.

A corporation's roster of shareholders usually includes both risk-averse and risk-tolerant investors. You might expect the risk-averse to say, "Sure, maximize value, but don't touch too many high-risk projects." Instead, they say, "Risky projects are OK, *provided* that expected profits are more than enough to offset the risks. If this firm ends up too risky for my taste, I'll adjust my investment portfolio to make it safer." For example, the risk-averse shareholders can shift more of their portfolios to safe assets, such as U.S. government bonds. They can also just say good-bye, selling shares of the risky firm and buying shares in a safer one. If the risky investments increase market value, the departing shareholders are better off than if the risky investments were turned down.

#### A Fundamental Result

The goal of maximizing shareholder value is widely accepted in both theory and practice. It's important to understand why. Let's walk through the argument step by step, assuming that the financial manager should act in the interests of the firm's owners, its stockholders.

1.  Each stockholder wants three things:
    a.  To be as rich as possible, that is, to maximize his or her current wealth.
    b.  To transform that wealth into the most desirable time pattern of consumption either by borrowing to spend now or investing to spend later.
    c.  To manage the risk characteristics of that consumption plan.

2.  But stockholders do not need the financial manager's help to achieve the best time pattern of consumption. They can do that on their own, provided they have free

---

[6] Here we use "financial markets" as shorthand for the financial sector of the economy. Strictly speaking, we should say "access to well-functioning financial markets and institutions." Many investors deal mostly with financial institutions, for example, banks, insurance companies, or mutual funds. The financial institutions then engage in financial markets, including the stock and bond markets. The institutions act as financial intermediaries on behalf of individual investors.

access to competitive financial markets. They can also choose the risk characteristics of their consumption plan by investing in more- or less-risky securities.

**3.** How then can the financial manager help the firm's stockholders? There is only one way: by increasing their wealth. That means increasing the market value of the firm and the current price of its shares.

Economists have proved this value-maximization principle with great rigor and generality. After you have absorbed this chapter, take a look at its Appendix, which contains a further example. The example, though simple, illustrates how the principle of value maximization follows from formal economic reasoning.

We have suggested that shareholders want to be richer rather than poorer. But sometimes you hear managers speak as if shareholders have different goals. For example, managers may say that their job is to "maximize profits." That sounds reasonable. After all, don't shareholders want their company to be profitable? But taken literally, profit maximization is not a well-defined financial objective for at least two reasons:

**1.** Maximize profits? Which year's profits? A corporation may be able to increase current profits by cutting back on outlays for maintenance or staff training, but those outlays may have added long-term value. Shareholders will not welcome higher short-term profits if long-term profits are damaged.

**2.** A company may be able to increase future profits by cutting this year's dividend and investing the freed-up cash in the firm. That is not in the shareholders' best interest if the company earns less than the opportunity cost of capital.

### *Should* Managers Look After the Interests of Their Shareholders?

We have described managers as the agent of shareholders, who want them to maximize their wealth. But perhaps this begs the question, Is it *desirable* for managers to act in the selfish interests of their shareholders? Does a focus on enriching the shareholders mean that managers must act as greedy mercenaries riding roughshod over the weak and helpless?

Most of this book is devoted to financial policies that increase value. None of these policies requires gallops over the weak and helpless. In most instances, there is little conflict between doing well (maximizing value) and doing good. Profitable firms are those with satisfied customers and loyal employees; firms with dissatisfied customers and a disgruntled workforce will probably end up with declining profits and a low stock price.

Most established corporations can add value by building long-term relationships with their customers and establishing a reputation for fair dealing and financial integrity. When something happens to undermine that reputation, the costs can be enormous. Here is an example.

**The Market-Timing Scandal**   In 2003 the mutual fund industry confronted a market-timing scandal. Market timing exploits the fact that stock markets in different parts of the world close at different times. For example, if there is a strong surge in U.S. stock prices while the Japanese market is closed, it is likely that Japanese prices will increase when markets open in Asia the next day. Traders who can buy mutual funds invested in Japanese stocks while their prices are frozen will be able to make substantial profits. U.S. mutual funds were not supposed to allow such trading, but some did. After it was disclosed that managers at Putnam Investments had allowed market-timing trades for some of its investors, the company was fined $100 million and obliged to pay $10 million in compensation. But the larger cost by far was Putnam's loss of reputation. When the scandal came to light, Putnam suffered huge withdrawals of funds. Putnam mutual funds suffered outflows of $30 billion in just two

months. If Putnam's funds charged roughly 1% of invested assets as an annual management fee (about the industry average), this loss of assets cost the company $300 million of revenue per year.

When we say that the objective of the firm is to maximize shareholder wealth, we do not mean that anything goes. The law deters managers from making blatantly dishonest decisions, but most managers are not simply concerned with observing the letter of the law or with keeping to written contracts. In business and finance, as in other day-to-day affairs, there are unwritten rules of behavior. These rules make routine financial transactions feasible, because each party to the transaction has to trust the other to keep to his or her side of the bargain.[7]

Of course trust is sometimes misplaced. Charlatans and swindlers are often able to hide behind booming markets. It is only "when the tide goes out that you learn who's been swimming naked."[8] The tide went out in 2008 and a number of frauds were exposed. One notorious example was the Ponzi scheme run by the New York financier Bernard Madoff.[9] Individuals and institutions put about $65 billion in the scheme before it collapsed in 2008. (It's not clear what Madoff did with all this money, but much of it was apparently paid out to early investors in the scheme to create an impression of superior investment performance.) With hindsight, the investors should not have trusted Madoff or the financial advisers who steered money to Madoff.

Madoff's Ponzi scheme was (we hope) a once-in-a-lifetime event.[10] Most of the money lost by investors in the crisis of '08 was lost honestly. Few investors or investment managers saw the crisis coming. When it arrived, there was little they could do to get out of the way.

## Should Firms Be Managed for Shareholders or All Stakeholders?

It is often suggested that companies should be managed on behalf of all *stakeholders,* not just shareholders. Other stakeholders include employees, customers, suppliers, and the communities where the firm's plants and offices are located.

Different countries take very different views on this question. In the U.S., U.K, and other "Anglo-Saxon" economies, the idea of maximizing shareholder value is widely accepted as the chief financial goal of the firm.

In other countries, workers' interests are put forward much more strongly. In Germany, for example, workers in large companies have the right to elect up to half the directors to the companies' supervisory boards. As a result they have a significant role in the governance of the firm and less attention is paid to the shareholders.[11] In Japan managers usually put the interests of employees and customers on a par with, or even ahead of, the interests of shareholders. For example, Toyota's business philosophy is "to realize stable, long-term growth by working hard to strike a balance between the requirements of people and society, the global environment and the world economy . . . to grow with all of our stakeholders, including our customers, shareholders, employees, and business partners."[12]

---

[7] See L. Guiso, L. Zingales, and P. Sapienza, "Trusting the Stock Market," *Journal of Finance* 63 (December 2008), pp. 2557–600. The authors show that an individual's lack of trust is a significant impediment to participation in the stock market. "Lack of trust" means a subjective fear of being cheated.

[8] The quotation is from Warren Buffett's annual letter to the shareholders of Berkshire Hathaway, March 2008.

[9] Ponzi schemes are named after Charles Ponzi who founded an investment company in 1920 that promised investors unbelievably high returns. He was soon deluged with funds from investors in New England, taking in $1 million during one three-hour period. Ponzi invested only about $30 of the money that he raised, but used part of the cash provided by later investors to pay generous dividends to the original investors. Within months the scheme collapsed and Ponzi started a five-year prison sentence.

[10] Ponzi schemes pop up frequently, but none has approached the scope and duration of Madoff's.

[11] The following quote from the German banker Carl Fürstenberg (1850–1933) offers an extreme version of how shareholders were once regarded by German managers: "Shareholders are stupid and impertinent—stupid because they give their money to somebody else without any effective control over what the person is doing with it and impertinent because they ask for a dividend as a reward for their stupidity." Quoted by M. Hellwig, "On the Economics and Politics of Corporate Finance and Corporate Control," in *Corporate Governance,* ed. X. Vives (Cambridge, U.K.: Cambridge University Press, 2000), p. 109.

[12] Toyota *Annual Report,* 2003, p. 10.



**FIGURE 1.3**

(*a*) Whose company is it? The views of 378 managers from five countries.

(*b*) Which is more important—job security for employees or share-holder dividends? The views of 399 managers from five countries.

*Source:* M. Yoshimori, "Whose Company Is It? The Concept of the Corporation in Japan and the West," *Long Range Planning,* 28 (August 1995), pp. 33–44. Copyright © 1995 with permission from Elsevier Science.

Figure 1.3 summarizes the results of interviews with executives from large companies in five countries. Japanese, German, and French executives think that their firms should be run for all stakeholders, while U.S. and U.K. executives say that shareholders come first. When asked about the trade-off between job security and dividends, most U.S. and U.K. executives believe dividends should come first. By contrast, almost all Japanese executives and the majority of German and French executives believe that job security should come first.

As capital markets have become more global, there has been greater pressure for companies in all countries to adopt wealth creation for shareholders as a primary goal. Some German companies, including Daimler and Deutsche Bank, have announced their primary goal as wealth creation for shareholders. In Japan there has been less movement in this direction. For example, the chairman of Toyota has suggested that it would be irresponsible to pursue shareholders' interests. On the other hand, the aggregate market value of Toyota's shares is significantly greater than the market values of GM's and Ford's. So perhaps there is not too much conflict between these goals in practice.

## 1-4   Agency Problems and Corporate Governance

We have emphasized the *separation of ownership and control* in public corporations. The owners (shareholders) cannot control what the managers do, except indirectly through the board of directors. This separation is necessary but also dangerous. You can see the dangers. Managers may be tempted to buy sumptuous corporate jets or to schedule business meetings at tony resorts. They may shy away from attractive but risky projects because they

are worried more about the safety of their jobs than about maximizing shareholder value. They may work just to maximize their own bonuses, and therefore redouble their efforts to make and resell flawed subprime mortgages.

Conflicts between shareholders' and managers' objectives create *agency problems.* Agency problems arise when *agents* work for *principals.* The shareholders are the principals; the managers are their agents. **Agency costs** are incurred when (1) managers do not attempt to maximize firm value and (2) shareholders incur costs to monitor the managers and constrain their actions.

Agency problems can sometimes lead to outrageous behavior. For example, when Dennis Kozlowski, the CEO of Tyco, threw a $2 million 40th birthday bash for his wife, he charged half of the cost to the company. This of course was an extreme conflict of interest, as well as illegal. But more subtle and moderate agency problems arise whenever managers think just a little less hard about spending money when it is not their own.

## Pushing Subprime Mortgages: Value Maximization Run Amok, or an Agency Problem?

The economic crisis of 2007–2009[13] started as a *subprime* crisis. "Subprime" refers to mortgage loans made to home buyers with weak credit. Some of these loans were made to naïve buyers who faced severe difficulties in making interest and principal payments. Some loans were made to opportunistic buyers who were willing to gamble that real estate prices would keep increasing. But real estate prices declined sharply, and many of these buyers were forced to default.

Why did many banks and mortgage companies make these loans in the first place? One reason is that they could repackage the loans as mortgage-backed securities and sell them at a profit to other banks and to institutional investors. (We cover mortgage-backed and other asset-backed securities in Chapter 24.) It's clear with hindsight that buyers of these subprime mortgage-backed securities were in turn naïve and paid too much. When housing prices fell and defaults increased in 2007, the prices of these securities fell drastically. Merrill Lynch wrote off $50 billion of losses on mortgage-backed securities, and the company had to be sold under duress to Bank of America. Other major financial institutions, such as Citigroup and Wachovia Bank, also recorded enormous losses.

There's lots more to say about the subprime crisis, which we discuss further in Chapters 13 and 14. But for now just think about the banks and mortgage companies that originated the subprime loans and made a profit by reselling them. With hindsight we see that they were selling defective products that would generate painful losses for their customers. Were these companies really pursuing value maximization? Perhaps they were trying to maximize value and just made a disastrous misjudgment about the course of house prices. But we think it is more likely that the companies were aware that a strategy of originating massive amounts of subprime was likely to end badly. Washington Mutual, one of the most aggressive players in the subprime market, quickly failed when the true risks of the subprime loans were revealed. Washington Mutual's shareholders would surely not have endorsed the company's strategy if they had understood it.

Although there is plenty of blame to pass around in the subprime crisis, some of it must go to the managers who actually promoted and resold the subprime mortgages. Were they acting in shareholders' interests, or were they acting in their own interests, trying to squeeze in one more, fat bonus before the game ended? We think that the managers would have thought much harder about their actions if they had not had a short-term selfish interest in promoting subprime mortgages. If so, the mess was largely an *agency problem,* not value maximization run amok. Agency problems occur when managers do *not* act in shareholders' interests, but in their own interests.

---

[13] We write this chapter in early 2009. We hope that the next edition of this book does *not* refer to the financial crisis of 2007–2010 or 2007–2011.

## Agency Problems Are Mitigated by Good Systems of Corporate Governance

We return to agency problems and to how the problems are mitigated in practice later in the text. For example, Chapter 12 covers compensation schemes for top management, which can be designed to help align managers' and shareholders' interests. For now we list some of the characteristics of a good system of **corporate governance,** which ensures that the shareholders' pockets are close to the managers' hearts.

**Legal and Regulatory Requirements**    Managers have a legal duty to act responsibly and in the interests of investors. For example, the U.S. Securities and Exchange Commission (SEC) sets accounting and reporting standards for public companies to ensure consistency and transparency. The SEC also prohibits insider trading, that is, the purchase or sale of shares based on information that is not available to public investors.

**Compensation Plans**    Managers are spurred on by incentive schemes that produce big returns if shareholders gain but are valueless if they do not. For example, Larry Ellison, CEO of the business software giant Oracle Corporation, received total compensation for 2007 estimated at between $60 and $70 million. Only a small fraction (a mere $1 million) of that amount was salary. A larger amount, a bit more than $6 million, was bonus and incentive pay, and the lion's share was in the form of stock and option grants. Those options will be worthless if Oracle's share price falls below its 2007 level, but will be highly valuable if the price rises. Moreover, as founder of Oracle, Ellison holds over 1 *billion* shares in the firm. No one can say for certain how hard Ellison would have worked with a different compensation package. But one thing is clear: He has a huge personal stake in the success of the firm—and in increasing its market value.

**Board of Directors**    A company's board of directors is elected by the shareholders and has a duty to represent them. Boards of directors are sometimes portrayed as passive stooges who always champion the incumbent management. But response to past corporate scandals has tipped the balance toward greater independence. The Sarbanes-Oxley Act (commonly known as "SOX") requires that corporations place more independent directors on the board, that is, more directors who are not managers or are not affiliated with management. More than half of all directors are now independent. Boards also now meet in sessions without the CEO present. In addition, institutional shareholders, particularly pension funds and hedge funds, have become more active in monitoring firm performance and proposing changes to corporate governance.

   Not surprisingly, more chief executives have been forced out in recent years, among them the CEOs of General Motors, Merrill Lynch, Starbucks, Yahoo!, AIG, Fannie Mae, and Motorola. Boards outside the United States, which traditionally have been more management-friendly, have also become more willing to replace underperforming managers. The list of recent departures includes the heads of Royal Bank of Scotland, UBS, PSA Peugeot Citroen, Lenovo, Samsung, Old Mutual, and Swiss Re.

**Monitoring**    The company's directors are not the only ones to be scrutinizing management's actions. Managers are also monitored by security analysts, who advise investors to buy, hold, or sell the company's shares, and by banks, which keep an eagle eye on the safety of their loans.

**Takeovers**    Companies that consistently fail to maximize value are natural targets for takeovers by another company or by corporate raiders. "Raiders" are private investment funds that specialize in buying out and reforming poorly performing companies.

   Takeovers are common in industries with slow growth and excess capacity. For example, at the end of the Cold War in 1990, it was clear that the defense industry would have

to shrink drastically. A wave of consolidating mergers followed. We cover takeovers in Chapter 31 and buyouts in Chapter 32.

**Shareholder Pressure**   If shareholders believe that the corporation is underperforming and that the board of directors is not holding managers to task, they can attempt to elect representatives to the board to make their voices heard. For example, in 2008 billionaire shareholder activist Carl Icahn felt that the directors of Yahoo! were not acting in shareholders' interest when they rejected a bid from Microsoft. He therefore invested $67 million in Yahoo! stock, and muscled himself and two like-minded friends onto the Yahoo! board.

Disgruntled stockholders also take the "Wall Street Walk" by selling out and moving on to other investments. The Wall Street Walk can send a powerful message. If enough shareholders bail out, the stock price tumbles. This damages top management's reputation and compensation. A large part of top managers' paychecks comes from stock options, which pay off if the stock price rises but are worthless if the price falls below a stated threshold. Thus a falling stock price has a direct impact on managers' personal wealth. A rising stock price is good for managers as well as stockholders.

We do not want to leave the impression that corporate life is a series of squabbles and endless micromanagement. It isn't, because practical corporate finance has evolved to reconcile personal and corporate interests—to keep everyone working together to increase the value of the whole pie, not merely the size of each person's slice. Few managers at the top of major U.S. corporations are lazy or inattentive to stockholders' interests. On the contrary, the pressure to perform can be intense.

We have given a brief overview of corporate governance in the U.S., U.K., and other "Anglo-Saxon" economies. Governance works differently in other countries, but we will not attempt a worldwide survey until Chapter 33. We will return to agency problems and governance many times in intermediate chapters, however.

● ● ● ● ●

**SUMMARY**

Corporations face two principal financial decisions. First, what investments should the corporation make? Second, how should it pay for the investments? The first decision is the investment decision; the second is the financing decision.

The stockholders who own the corporation want its managers to maximize its overall value and the current price of its shares. The stockholders can all agree on the goal of value maximization, so long as financial markets give them the flexibility to manage their own savings and investment plans. Of course, the objective of wealth maximization does not justify unethical behavior. Shareholders do not want the maximum possible stock price. They want the maximum honest share price.

How can financial managers increase the value of the firm? Mostly by making good investment decisions. Financing decisions can also add value, and they can surely destroy value if you screw them up. But it's usually the profitability of corporate investments that separates value winners from the rest of the pack.

Investment decisions force a trade-off. The firm can either invest cash or return it to shareholders, for example, as an extra dividend. When the firm invests cash rather than paying it out, shareholders forgo the opportunity to invest it for themselves in financial markets. The return that they are giving up is therefore called the opportunity cost of capital. If the firm's investments can earn a return higher than the opportunity cost of capital, shareholders cheer and stock price increases. If the firm invests at a return lower than the opportunity cost of capital, shareholders boo and stock price falls.

Managers are not endowed with a special value-maximizing gene. They will consider their own personal interests, which creates a potential conflict of interest with outside shareholders. This conflict is called a principal–agent problem. Any loss of value that results is called an agency cost.

Corporate governance helps to align managers' and shareholders' interests, so that managers pay close attention to the value of the firm. For example, managers are appointed by, and sometimes fired by, the board of directors, who are supposed to represent shareholders. The managers are spurred on by incentive schemes, such as grants of stock options, which pay off big only if the stock price increases. If the company performs poorly, it is more likely to be taken over. The takeover typically brings in a fresh management team.

Remember the following three themes, for you will see them again and again throughout this book:

1. Maximizing value.
2. The opportunity cost of capital.
3. The crucial importance of incentives and governance.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

### BASIC

1. Read the following passage: "Companies usually buy (*a*) assets. These include both tangible assets such as (*b*) and intangible assets such as (*c*). To pay for these assets, they sell (*d*) assets such as (*e*). The decision about which assets to buy is usually termed the (*f*) or (*g*) decision. The decision about how to raise the money is usually termed the (*h*) decision." Now fit each of the following terms into the most appropriate space: *financing, real, bonds, investment, executive airplanes, financial, capital budgeting, brand names.*

2. Which of the following are real assets, and which are financial?
   a. A share of stock.
   b. A personal IOU.
   c. A trademark.
   d. A factory.
   e. Undeveloped land.
   f. The balance in the firm's checking account.
   g. An experienced and hardworking sales force.
   h. A corporate bond.

3. Vocabulary test. Explain the differences between:
   a. Real and financial assets.
   b. Capital budgeting and financing decisions.
   c. Closely held and public corporations.
   d. Limited and unlimited liability.

4. Which of the following statements always apply to corporations?
   a. Unlimited liability.
   b. Limited life.
   c. Ownership can be transferred without affecting operations.
   d. Managers can be fired with no effect on ownership.

Visit us at www.mhhe.com/bma

5. Which of the following statements more accurately describe the treasurer than the controller?

   a. Responsible for investing the firm's spare cash.

   b. Responsible for arranging any issue of common stock.

   c. Responsible for the company's tax affairs.

## INTERMEDIATE

6. In most large corporations, ownership and management are separated. What are the main implications of this separation?

7. F&H Corp. continues to invest heavily in a declining industry. Here is an excerpt from a recent speech by F&H's CFO:

   We at F&H have of course noted the complaints of a few spineless investors and uninformed security analysts about the slow growth of profits and dividends. Unlike those confirmed doubters, we have confidence in the long-run demand for mechanical encabulators, despite competing digital products. We are therefore determined to invest to maintain our share of the overall encabulator market. F&H has a rigorous CAPEX approval process, and we are confident of returns around 8% on investment. That's a far better return than F&H earns on its cash holdings.

   The CFO went on to explain that F&H invested excess cash in short-term U.S. government securities, which are almost entirely risk-free but offered only a 4% rate of return.

   a. Is a forecasted 8% return in the encabulator business necessarily better than a 4% safe return on short-term U.S. government securities? Why or why not?

   b. Is F&H's opportunity cost of capital 4%? How in principle should the CFO determine the cost of capital?

8. We can imagine the financial manager doing several things on behalf of the firm's stockholders. For example, the manager might:

   a. Make shareholders as wealthy as possible by investing in real assets.

   b. Modify the firm's investment plan to help shareholders achieve a particular time pattern of consumption.

   c. Choose high- or low-risk assets to match shareholders' risk preferences.

   d. Help balance shareholders' checkbooks.

   But in well-functioning capital markets, shareholders will vote for *only one* of these goals. Which one? Why?

9. Ms. Espinoza is retired and depends on her investments for her income. Mr. Liu is a young executive who wants to save for the future. Both are stockholders in Scaled Composites, LLC, which is building *SpaceShipOne* to take commercial passengers into space. This investment's payoff is many years away. Assume it has a positive NPV for Mr. Liu. Explain why this investment also makes sense for Ms. Espinoza.

10. If a financial institution is caught up in a financial scandal, would you expect its value to fall by more or less than the amount of any fines and settlement payments? Explain.

11. Why might one expect managers to act in shareholders' interests? Give some reasons.

12. Many firms have devised defenses that make it more difficult or costly for other firms to take them over. How might such defenses affect the firm's agency problems? Are managers of firms with formidable takeover defenses more or less likely to act in the shareholders' interests rather than their own? What would you expect to happen to the share price when management proposes to institute such defenses?

## APPENDIX ● ● ● ● ●

### Foundations of the Net Present Value Rule

We have suggested that well-functioning financial markets allow different investors to agree on the objective of maximizing value. This idea is sufficiently important that we need to pause and examine it more carefully.

**How Financial Markets Reconcile Preferences for Current vs. Future Consumption**    Suppose that there are two possible investors with entirely different preferences. Think of A as an ant, who wishes to save for the future, and of G as a grasshopper, who would prefer to spend all his wealth on some ephemeral frolic, taking no heed of tomorrow. Suppose that each has a nest egg of exactly $100,000 in cash. G chooses to spend all of it today, while A prefers to invest it in the financial market. If the interest rate is 10%, A would then have 1.10 × $100,000 = $110,000 to spend a year from now. Of course, there are many possible intermediate strategies. For example, A or G could choose to split the difference, spending $50,000 now and putting the remaining $50,000 to work at 10% to provide 1.10 × $50,000 = $55,000 next year. The entire range of possibilities is shown by the green line in Figure 1A.1.

In our example, A used the financial market to postpone consumption. But the market can also be used to bring consumption forward in time. Let's illustrate by assuming that instead of having cash on hand of $100,000, our two friends are due to receive $110,000 each at the end of the year. In this case A will be happy to wait and spend the income when it arrives. G will prefer to borrow against his future income and party it away today. With an interest rate of 10%, G can borrow and spend $110,000/1.10 = $100,000. Thus the financial market provides a kind of time machine that allows people to separate the timing of their income from that of their spending. Notice that with an interest rate of 10%, A and G are equally happy with cash on hand of $100,000 or an income of $110,000 at the end of the year. They do not care about the timing of the cash flow; they just prefer the cash flow that has the highest value today ($100,000 in our example).

**Investing in Real Assets**    In practice individuals are not limited to investing in financial markets; they may also acquire plant, machinery, and other real assets. For example, suppose that A and G are offered the opportunity to invest their $100,000 in a new business that a friend is founding. This will produce a one-off sure fire payment of $121,000 next year. A would clearly be happy to invest in the business. It will provide her with $121,000 to spend at the end of the year, rather than the $110,000 that she gets by investing her $100,000 in the financial market. But what about G, who wants money now, not in one year's time? He too is happy to invest, as long as he can borrow against the future payoff of the investment project. At an interest rate of

**Visit us at www.mhhe.com/bma**

▶ **FIGURE 1A.1**

The green line shows the possible spending patterns for the ant and grasshopper if they invest $100,000 in the capital market. The maroon line shows the possible spending patterns if they invest in their friend's business. Both are better off by investing in the business as long as the grasshopper can borrow against the future income.



10%, G can borrow $110,000 and so will have an extra $10,000 to spend today. Both A and G are better off investing in their friend's venture. The investment increases their wealth. It moves them up from the green to the maroon line in Figure 1A.1.

**A Crucial Assumption**    The key condition that allows A and G to agree to invest in the new venture is that both have access to a well-functioning, competitive capital market, in which they can borrow and lend at the same rate. Whenever the corporation's shareholders have equal access to competitive capital markets, the goal of maximizing market value makes sense.

It is easy to see how this rule would be damaged if we did *not* have such a well-functioning capital market. For example, suppose that G could not easily borrow against future income. In that case he might well prefer to spend his cash today rather than invest it in the new venture. If A and G were shareholders in the same enterprise, A would be happy for the firm to invest, while G would be clamoring for higher current dividends.

No one believes unreservedly that capital markets function perfectly. Later in this book we discuss several cases in which differences in taxation, transaction costs, and other imperfections must be taken into account in financial decision making. However, we also discuss research indicating that, in general, capital markets function fairly well. In this case maximizing shareholder value is a sensible corporate objective. But for now, having glimpsed the problems of imperfect markets, we shall, like an economist in a shipwreck, simply *assume* our life jacket and swim safely to shore.

### QUESTIONS

1. Look back to the numerical example graphed in Figure 1A.1. Suppose the interest rate is 20%. What would the ant (A) and grasshopper (G) do if they both start with $100,000? Would they invest in their friend's business? Would they borrow or lend? How much and when would each consume?

2. Answer this question by drawing graphs like Figure 1A.1. Casper Milktoast has $200,000 available to support consumption in periods 0 (now) and 1 (next year). He wants to consume *exactly* the same amount in each period. The interest rate is 8%. There is no risk.

   a. How much should he invest, and how much can he consume in each period?

   b. Suppose Casper is given an opportunity to invest up to $200,000 at 10% risk-free. The interest rate stays at 8%. What should he do, and how much can he consume in each period?

# How to Calculate Present Values

▶ **A corporation's shareholders** want maximum value and the maximum honest share price. To reach this goal, the company needs to invest in real assets that are worth more than they cost. In this chapter we take the first steps toward understanding how assets are valued and capital investments are made.

There are a few cases in which it is not that difficult to estimate asset values. In real estate, for example, you can hire a professional appraiser to do it for you. Suppose you own a warehouse. The odds are that your appraiser's estimate of its value will be within a few percent of what the building would actually sell for. After all, there is continuous activity in the real estate market, and the appraiser's stock-in-trade is knowledge of the prices at which similar properties have recently changed hands. Thus the problem of valuing real estate is simplified by the existence of an active market in which all kinds of properties are bought and sold.[1] No formal theory of value is needed. We can take the market's word for it.

But we need to go deeper than that. First, it is important to know how asset values are reached in an active market. Even if you can take the appraiser's word for it, it is important to understand *why* that warehouse is worth, say, $2 million and not a higher or lower figure. Second, the market for most corporate assets is pretty thin. Look in the classified advertisements in *The Wall Street Journal:* it is not often that you see a blast furnace for sale.

Companies are always searching for assets that are worth more to them than to others. That warehouse is worth more to you if you can manage it better than others

can. But in that case, the price of similar buildings may not tell you what the warehouse is worth under your management. You need to know how asset values are determined.

In the first section of this chapter we work through a simple numerical example: Should you invest in a new office building in the hope of selling it at a profit next year? You should do so if net present value is positive, that is, if the new building's value today exceeds the investment that is required. A positive net present value implies that the rate of return on your investment is higher than your opportunity cost of capital, that is, higher than you could earn by investing in financial markets.

Next we introduce shortcut formulas for calculating present values. We show how to value an investment that delivers a steady stream of cash flows forever (a *perpetuity*) and one that produces a steady stream for a limited period (an *annuity*). We also look at investments that produce growing cash flows. We illustrate the formulas by applications to some personal financial decisions.

The term *interest rate* sounds straightforward enough, but rates can be quoted in various ways. We conclude the chapter by explaining the difference between the quoted rate and the true or effective interest rate.

By then you will deserve some payoff for the mental investment you have made in learning how to calculate present values. Therefore, in the next two chapters we try out these new tools on bonds and stocks. After that we tackle capital investment decisions at a practical level of detail.

For simplicity, every problem in this chapter is set out in dollars, but the concepts and calculations are identical in euros, yen, or any other currency.

---

[1] Needless to say, there are some properties that appraisers find nearly impossible to value—for example, nobody knows the potential selling price of the Taj Mahal, the Parthenon, or Windsor Castle.

## 2-1   Future Values and Present Values

### Calculating Future Values

Money can be invested to earn interest. So, if you are offered the choice between $100 today and $100 next year, you naturally take the money now to get a year's interest. Financial managers make the same point when they say that money has a *time value* or when they quote the most basic principle of finance: *a dollar today is worth more than a dollar tomorrow.*

Suppose you invest $100 in a bank account that pays interest of $r = 7\%$ a year. In the first year you will earn interest of $.07 \times \$100 = \$7$ and the value of your investment will grow to $107:

$$\text{Value of investment after 1 year} = \$100 \times (1 + r) = 100 \times 1.07 = \$107$$

By investing, you give up the opportunity to spend $100 today and you gain the chance to spend $107 next year.

If you leave your money in the bank for a second year, you earn interest of $.07 \times \$107 = \$7.49$ and your investment will grow to $114.49:

$$\text{Value of investment after 2 years} = \$107 \times 1.07 = \$100 \times 1.07^2 = \$114.49$$

| Today | | Year 2 |
|-------|--|--------|
| | $\longrightarrow$ | |
| $100 | $\times 1.07^2$ | $114.49 |

Notice that in the second year you earn interest on both your initial investment ($100) and the previous year's interest ($7). Thus your wealth grows at a *compound rate* and the interest that you earn is called **compound interest.**

If you invest your $100 for $t$ years, your investment will continue to grow at a 7% compound rate to $\$100 \times (1.07)^t$. For any interest rate $r$, the future value of your $100 investment will be

$$\text{Future value of } \$100 = \$100 \times (1 + r)^t$$

The higher the interest rate, the faster your savings will grow. Figure 2.1 shows that a few percentage points added to the interest rate can do wonders for your future wealth. For example, by the end of 20 years $100 invested at 10% will grow to $\$100 \times (1.10)^{20} = \$672.75$. If it is invested at 5%, it will grow to only $\$100 \times (1.05)^{20} = \$265.33$.



▶ **FIGURE 2.1**

How an investment of $100 grows with compound interest at different interest rates.

### Calculating Present Values

We have seen that $100 invested for two years at 7% will grow to a future value of $100 \times 1.07^2 = \$114.49$. Let's turn this around and ask how much you need to invest *today* to produce $114.49 at the end of the second year. In other words, what is the **present value (PV)** of the $114.49 payoff?

You already know that the answer is $100. But, if you didn't know or you forgot, you can just run the future value calculation in reverse and divide the future payoff by $(1.07)^2$:

$$\text{Present value} = \text{PV} = \frac{\$114.49}{(1.07)^2} = \$100$$

| Today | Year 2 |
|-------|--------|
| $100 | $\div 1.07^2$ | $114.49 |

In general, suppose that you will receive a cash flow of $C_t$ dollars at the end of year $t$. The present value of this future payment is

$$\text{Present value} = \text{PV} = \frac{C_t}{(1 + r)^t}$$

You sometimes see this present value formula written differently. Instead of *dividing* the future payment by $(1 + r)^t$, you can equally well *multiply* the payment by $1/(1 + r)^t$. The expression $1/(1 + r)^t$ is called the **discount factor.** It measures the present value of one dollar received in year $t$. For example, with an interest rate of 7% the two-year discount factor is

$$\text{DF}_2 = 1/(1.07)^2 = .8734$$

Investors are willing to pay $.8734 today for delivery of $1 at the end of two years. If each dollar received in year 2 is worth $.8734 today, then the present value of your payment of $114.49 in year 2 must be

$$\text{Present value} = \text{DF}_2 \times C_2 = .8734 \times 114.49 = \$100$$



▶ **FIGURE 2.2**

Present value of a future cash flow of $100. Notice that the longer you have to wait for your money, the less it is worth today.

The longer you have to wait for your money, the lower its present value. This is illustrated in Figure 2.2. Notice how small variations in the interest rate can have a powerful effect on the present value of distant cash flows. At an interest rate of 5%, a payment of $100 in year 20 is worth $37.69 today. If the interest rate increases to 10%, the value of the future payment falls by about 60% to $14.86.

## Calculating the Present Value of an Investment Opportunity

How do you decide whether an investment opportunity is worth undertaking? Suppose you own a small company that is contemplating construction of an office block. The total cost of buying the land and constructing the building is $370,000, but your real estate adviser forecasts a shortage of office space a year from now and predicts that you will be able sell the building for $420,000. For simplicity, we will assume that this $420,000 is a sure thing.

You should go ahead with the project if the present value (PV) of the cash inflows is greater than the $370,000 investment. Suppose that the rate of interest on U.S. government securities is $r = 5\%$ per year. Then, the present value of your office building is:

$$PV = \frac{420,000}{1.05} = \$400,000$$

The rate of return $r$ is called the **discount rate, hurdle rate,** or **opportunity cost of capital.** It is an opportunity cost because it is the return that is foregone by investing in the project rather than investing in financial markets. In our example the opportunity cost is 5%, because you could earn a safe 5% by investing in U.S. government securities. Present value was found by *discounting* the future cash flows by this opportunity cost.

Suppose that as soon as you have bought the land and paid for the construction, you decide to sell your project. How much could you sell it for? That is an easy question. If the venture will return a surefire $420,000, then your property ought to be worth its PV of $400,000 today. That is what investors would need to pay to get the same future payoff. If you tried to sell it for more than $400,000, there would be no takers, because the property would then offer an expected rate of return lower than the 5% available on government securities. Of course, you could always sell your property for less, but why sell for less than the market will bear? The $400,000 present value is the only feasible price that satisfies both buyer and seller. Therefore, the present value of the property is also its market price.

## Net Present Value

The office building is worth $400,000 today, but that does not mean you are $400,000 better off. You invested $370,000, so the **net present value (NPV)** is $30,000. Net present value equals present value minus the required investment:

$$NPV = PV - investment = 400,000 - 370,000 = \$30,000$$

In other words, your office development is worth more than it costs. It makes a *net* contribution to value and increases your wealth. The formula for calculating the NPV of your project can be written as:

$$NPV = C_0 + C_1/(1 + r)$$

Remember that $C_0$, the cash flow at time 0 (that is, today) is usually a negative number. In other words, $C_0$ is an investment and therefore a cash outflow. In our example, $C_0 = -\$370,000$.

When cash flows occur at different points in time, it is often helpful to draw a time line showing the date and value of each cash flow. Figure 2.3 shows a time line for your office development. It sets out the present value calculations assuming that the discount rate $r$ is 5%.



▶ **FIGURE 2.3**

Calculation showing
the NPV of the office
development.

+ $420,000

0      1    Year

Present value
 (year 0)              − $370,000

+ $420,000/1.05  =  + $400,000

Total = NPV      =  +  $30,000

## Risk and Present Value

We made one unrealistic assumption in our discussion of the office development: Your real estate adviser cannot be certain about the profitability of an office building. Those future cash flows represent the best forecast, but they are not a sure thing.

If the cash flows are uncertain, your calculation of NPV is wrong. Investors could achieve those cash flows with certainty by buying $400,000 worth of U.S. government securities, so they would not buy your building for that amount. You would have to cut your asking price to attract investors' interest.

Here we can invoke a second basic financial principle: *a safe dollar is worth more than a risky dollar.* Most investors avoid risk when they can do so without sacrificing return. However, the concepts of present value and the opportunity cost of capital still make sense for risky investments. It is still proper to discount the payoff by the rate of return offered by a risk-equivalent investment in financial markets. But we have to think of *expected* payoffs and the *expected* rates of return on other investments.[2]

Not all investments are equally risky. The office development is more risky than a government security but less risky than a start-up biotech venture. Suppose you believe the project is as risky as investment in the stock market and that stocks offer a 12% expected return. Then 12% is the opportunity cost of capital. That is what you are giving up by investing in the office building and *not* investing in equally risky securities.

Now recompute NPV with $r = .12$:

$$PV = \frac{420,000}{1.12} = \$375,000$$

$$NPV = PV - 370,000 = \$5,000$$

The office building still makes a net contribution to value, but the increase in your wealth is smaller than in our first calculation, which assumed that the cash flows from the project were risk-free.

The value of the office building depends, therefore, on the timing of the cash flows and their risk. The $420,000 payoff would be worth just that if you could get it today. If the office building is as risk-free as government securities, the delay in the cash flow reduces value by $20,000 to $400,000. If the building is as risky as investment in the stock market, then the risk further reduces value by $25,000 to $375,000.

Unfortunately, adjusting asset values for both time and risk is often more complicated than our example suggests. Therefore, we take the two effects separately. For the most part, we dodge the problem of risk in Chapters 2 through 6, either by treating all cash flows as if they were known with certainty or by talking about expected cash

----

[2] We define "expected" more carefully in Chapter 9. For now think of expected payoff as a realistic forecast, neither optimistic nor pessimistic. Forecasts of expected payoffs are correct on average.

flows and expected rates of return without worrying how risk is defined or measured. Then in Chapter 7 we turn to the problem of understanding how financial markets cope with risk.

## Present Values and Rates of Return

We have decided that constructing the office building is a smart thing to do, since it is worth more than it costs. To discover how much it is worth, we asked how much you would need to invest directly in securities to achieve the same payoff. That is why we discounted the project's future payoff by the rate of return offered by these equivalent-risk securities—the overall stock market in our example.

We can state our decision rule in another way: your real estate venture is worth undertaking because its rate of return exceeds the opportunity cost of capital. The rate of return is simply the profit as a proportion of the initial outlay:

$$\text{Return} = \frac{\text{profit}}{\text{investment}} = \frac{420{,}000 - 370{,}000}{370{,}000} = .135\text{, or } 13.5\%$$

The cost of capital is once again the return foregone by *not* investing in financial markets. If the office building is as risky as investing in the stock market, the return foregone is 12%. Since the 13.5% return on the office building exceeds the 12% opportunity cost, you should go ahead with the project.

Here, then, we have two equivalent decision rules for capital investment:[3]

- *Net present value rule.* Accept investments that have positive net present values.
- *Rate of return rule.* Accept investments that offer rates of return in excess of their opportunity costs of capital.[4]

## Calculating Present Values When There Are Multiple Cash Flows

One of the nice things about present values is that they are all expressed in current dollars—so you can add them up. In other words, the present value of cash flow (A + B) is equal to the present value of cash flow A plus the present value of cash flow B.

Suppose that you wish to value a stream of cash flows extending over a number of years. Our rule for adding present values tells us that the *total* present value is:

$$PV = \frac{C_1}{(1+r)} + \frac{C_2}{(1+r)^2} + \frac{C_3}{(1+r)^3} + \cdots + \frac{C_T}{(1+r)^T}$$

This is called the **discounted cash flow** (or **DCF**) formula. A shorthand way to write it is

$$PV = \sum_{t=1}^{T} \frac{C_t}{(1+r)^t}$$

where $\Sigma$ refers to the sum of the series. To find the *net* present value (NPV) we add the (usually negative) initial cash flow:

$$NPV = C_0 + PV = C_0 + \sum_{t=1}^{T} \frac{C_t}{(1+r)^t}$$

---

[3] You might check for yourself that these are equivalent rules. In other words, if the return of $50,000/$370,000 is greater than $r$, then the net present value $-$ $370,000 + [$420,000/(1 + r)] *must* be greater than 0.

[4] The two rules can conflict when there are cash flows at more than two dates. We address this problem in Chapter 5.



**EXAMPLE 2.1** ● Present Values with Multiple Cash Flows

Your real estate adviser has come back with some revised forecasts. He suggests that you rent out the building for two years at $20,000 a year, and predicts that at the end of that time you will be able to sell the building for $400,000. Thus there are now two future cash flows—a cash flow of $C_1 = \$20,000$ at the end of one year and a further cash flow of $C_2 = (20,000 + 400,000) = \$420,000$ at the end of the second year.

The present value of your property development is equal to the present value of $C_1$ plus the present value of $C_2$. Figure 2.4 shows that the value of the first year's cash flow is $C_1/(1 + r) = 20,000/1.12 = \$17,900$ and the value of the second year's flow is $C_2/(1 + r)^2 = 420,000/1.12^2 = \$334,800$. Therefore our rule for adding present values tells us that the *total* present value of your investment is

$$PV = \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} = \frac{20,000}{1.12} + \frac{420,000}{1.12^2} = 17,900 + 334,800 = \$352,700$$

Sorry, but your office building is now worth less than it costs. NPV is negative:

$$NPV = \$352,700 - \$370,000 = -\$17,300$$

Perhaps you should revert to the original plan of selling in year 1.

**◗ FIGURE 2.4**

Calculation showing the NPV of the revised office project.



Your two-period calculations in Example 2.1 required just a few keystrokes on a calculator. Real problems can be much more complicated, so financial managers usually turn to financial calculators especially programmed for present value calculations or to computer spreadsheet programs. A box near the end of the chapter introduces you to some useful Excel functions that can be used to solve discounting problems. In addition, the Web site for this book (**www.mhhe.com/bma**) contains appendixes to help get you started using financial calculators and Excel spreadsheets. It also includes tables that can be used for a variety of discounting problems.

## The Opportunity Cost of Capital

By investing in the office building you gave up the opportunity to earn an expected return of 12% in the stock market. The opportunity cost of capital is therefore 12%. When you discount the expected cash flows by the opportunity cost of capital, you are asking how much investors in the financial markets are prepared to pay for a security that produces a similar stream of future cash flows. Your calculations showed that investors would need to pay only $352,700 for an investment that produces cash flows of $20,000 at year 1 and $420,000 at year 2. Therefore, they won't pay any more than that for your office building.

Confusion sometimes sneaks into discussions of the cost of capital. Suppose a banker approaches. "Your company is a fine and safe business with few debts," she says. "My bank will lend you the $370,000 that you need for the office block at 8%." Does this mean that the cost of capital is 8%? If so, the project would be worth doing. At an 8% cost of capital, PV would be $20,000/1.08 + 420,000/1.08^2 = \$378,600$ and NPV = $378,600 - $370,000 = + $8,600.

But that can't be right. First, the interest rate on the loan has nothing to do with the risk of the project: it reflects the good health of your existing business. Second, whether you take the loan or not, you still face the choice between the office building and an equally risky investment in the stock market. The stock market investment could generate the same expected payoff as your office building at a lower cost. A financial manager who borrows $370,000 at 8% and invests in an office building is not smart, but stupid, if the company or its shareholders can borrow at 8% and invest the money at an even higher return. That is why the 12% expected return on the stock market is the opportunity cost of capital for your project.

## 2-2   Looking for Shortcuts—Perpetuities and Annuities

## How to Value Perpetuities

Sometimes there are shortcuts that make it easy to calculate present values. Let us look at some examples.

On occasion, the British and the French have been known to disagree and sometimes even to fight wars. At the end of some of these wars the British consolidated the debt they had issued during the war. The securities issued in such cases were called consols. Consols are **perpetuities.** These are bonds that the government is under no obligation to repay but that offer a fixed income for each year to perpetuity. The British government is still paying interest on consols issued all those years ago. The annual rate of return on a perpetuity is equal to the promised annual payment divided by the present value:[5]

$$\text{Return} = \frac{\text{cash flow}}{\text{present value}}$$

$$r = \frac{C}{\text{PV}}$$

---

[5] You can check this by writing down the present value formula

$$\text{PV} = \frac{C}{1+r} + \frac{C}{(1+r)^2} + \frac{C}{(1+r)^3} + \cdots$$

Now let $C/(1 + r) = a$ and $1/(1 + r) = x$. Then we have (1) PV $= a(1 + x + x^2 + \cdots)$.
Multiplying both sides by $x$, we have (2) PV$x = a(x + x^2 + \cdots)$.
Subtracting (2) from (1) gives us PV$(1 - x) = a$. Therefore, substituting for $a$ and $x$,

$$\text{PV}\left(1 - \frac{1}{1+r}\right) = \frac{C}{1+r}$$

Multiplying both sides by $(1 + r)$ and rearranging gives

$$\text{PV} = \frac{C}{r}$$

We can obviously twist this around and find the present value of a perpetuity given the discount rate $r$ and the cash payment $C$:

$$PV = \frac{C}{r}$$

The year is 2030. You have been fabulously successful and are now a billionaire many times over. It was fortunate indeed that you took that finance course all those years ago. You have decided to follow in the footsteps of two of your heroes, Bill Gates and Warren Buffet. Malaria is still a scourge and you want to help eradicate it and other infectious diseases by endowing a foundation to combat these diseases. You aim to provide $1 billion a year in perpetuity, starting next year. So, if the interest rate is 10%, you are going to have to write a check today for

$$\text{Present value of perpetuity} = \frac{C}{r} = \frac{\$1\ \text{billion}}{.1} = \$10\ \text{billion}$$

Two warnings about the perpetuity formula. First, at a quick glance you can easily confuse the formula with the present value of a single payment. A payment of $1 at the end of one year has a present value of $1/(1 + r)$. The perpetuity has a value of $1/r$. These are quite different.

Second, the perpetuity formula tells us the value of a regular stream of payments starting one period from now. Thus your $10 billion endowment would provide the foundation with its first payment in one year's time. If you also want to provide an up-front sum, you will need to lay out an extra $1 billion.

Sometimes you may need to calculate the value of a perpetuity that does not start to make payments for several years. For example, suppose that you decide to provide $1 billion a year with the first payment four years from now. We know that in year 3 this endowment will be an ordinary perpetuity with payments starting in one year. So our perpetuity formula tells us that in year 3 the endowment will be worth $\$1/r = 1/.1 = \$10$ billion. But it is not worth that much now. To find *today's* value we need to multiply by the three-year discount factor $1/(1 + r)^3 = 1/(1.1)^3 = .751$. Thus, the "delayed" perpetuity is worth $10 billion $\times$ .751 = $7.51 billion. The full calculation is

$$PV = \$1\ \text{billion} \times \frac{1}{r} \times \frac{1}{(1+r)^3} = \$1\ \text{billion} \times \frac{1}{.10} \times \frac{1}{(1.10)^3} = \$7.51\ \text{billion}$$

### How to Value Annuities

An **annuity** is an asset that pays a fixed sum each year for a specified number of years. The equal-payment house mortgage or installment credit agreement are common examples of annuities. So are interest payments on most bonds, as we see in the next chapter.

Figure 2.5 illustrates a simple trick for valuing annuities. It shows the payments and values of three investments.

**Row 1**   The investment in the first row provides a perpetual stream of $1 starting at the end of the first year. We have already seen that this perpetuity has a present value of $1/r$.

**Row 2**   Now look at the investment shown in the second row. It also provides a perpetual stream of $1 payments, but these payments don't start until year 4. This investment is identical to the delayed perpetuity that we have just valued. In year 3, the investment will be an ordinary perpetuity with payments starting in one year and will be worth $1/r$ in year 3. Its value today is, therefore,

$$PV = \frac{1}{r(1 + r)^3}$$



An annuity that makes payments in each of years 1 through 3 is equal to the difference between two perpetuities.

**Row 3** The perpetuities in rows 1 and 2 both provide a cash flow from year 4 onward. The only difference between the two investments is that the first one also provides a cash flow in each of years 1 through 3. In other words, the difference between the two perpetuities is an annuity of three years. Row 3 shows that the present value of this annuity is equal to the value of the row 1 perpetuity less the value of the delayed perpetuity in row 2:[6]

$$\text{PV of 3-year annuity} = \frac{1}{r} - \frac{1}{r(1+r)^3}$$

The general formula for the value of an annuity that pays $1 a year for each of $t$ years starting in year 1 is:

$$\text{Present value of annuity} = \frac{1}{r} - \frac{1}{r(1+r)^t}$$

This expression is generally known as the *t-year annuity factor.*[7] Remembering formulas is about as difficult as remembering other people's birthdays. But as long as you bear in mind that an annuity is equivalent to the difference between an immediate and a delayed perpetuity, you shouldn't have any difficulty.

---

[6] Again we can work this out from first principles. We need to calculate the sum of the finite geometric series (1) PV = $a(1 + x + x^2 + \cdots + x^{t-1})$, where $a = C/(1 + r)$ and $x = 1/(1 + r)$.

Multiplying both sides by $x$, we have (2) PV$x = a(x + x^2 + \cdots + x^t)$.

Subtracting (2) from (1) gives us PV$(1 - x) = a(1 - x^t)$.

Therefore, substituting for $a$ and $x$,

$$\text{PV}\left(1 - \frac{1}{1+r}\right) = C\left[\frac{1}{1+r} - \frac{1}{(1+r)^{t+1}}\right]$$

Multiplying both sides by $(1 + r)$ and rearranging gives

$$\text{PV} = C\left[\frac{1}{r} - \frac{1}{r(1+r)^t}\right]$$

[7] Some people find the following equivalent formula more intuitive:

$$\text{Present value of annuity} = \underbrace{\frac{1}{r}}_{\substack{\text{perpetuity} \\ \text{formula}}} \underbrace{\left[1 - \frac{1}{(1+r)^t}\right]}_{\substack{\text{$1$ \quad minus $1$} \\ \text{starting \quad starting at} \\ \text{next year \quad $t + 1$}}}$$

**EXAMPLE 2.2**   ● Costing an Installment Plan

Most installment plans call for level streams of payments. Suppose that Tiburon Autos offers an "easy payment" scheme on a new Toyota of $5,000 a year, paid at the end of each of the next five years, with no cash down. What is the car really costing you?

First let us do the calculations the slow way, to show that, if the interest rate is 7%, the present value of these payments is $20,501. The time line in Figure 2.6 shows the value of each cash flow and the total present value. The annuity formula, however, is generally quicker:

$$PV = 5,000 \left[ \frac{1}{.07} - \frac{1}{.07(1.07)^5} \right] = 5,000 \times 4.100 = \$20,501$$

▶ **FIGURE 2.6**

Calculations showing the year-by-year present value of the installment payments.



**EXAMPLE 2.3**   ● Winning Big at the Lottery

When 13 lucky machinists from Ohio pooled their money to buy Powerball lottery tickets, they won a record $295.7 million. (A fourteenth member of the group pulled out at the last minute to put in his own numbers.) We suspect that the winners received unsolicited congratulations, good wishes, and requests for money from dozens of more or less worthy charities. In response, they could fairly point out that the prize wasn't really worth $295.7 million. That sum was to be repaid in 25 annual installments of $11.828 million each. Assuming that the first payment occurred at the end of one year, what was the present value of the prize? The interest rate at the time was 5.9%.

These payments constitute a 25-year annuity. To value this annuity we simply multiply $11.828 million by the 25-year annuity factor:

$$PV = 11.828 \times 25\text{-year annuity factor}$$

$$= 11.828 \times \left[ \frac{1}{r} - \frac{1}{r(1 + r)^{25}} \right]$$

At an interest rate of 5.9%, the annuity factor is

$$\left[ \frac{1}{.059} - \frac{1}{.059(1.059)^{25}} \right] = 12.9057$$

The present value of the cash payments is $11.828 \times 12.9057 = \$152.6$ million, much below the well-trumpeted prize, but still not a bad day's haul.

Lottery operators generally make arrangements for winners with big spending plans to take an equivalent lump sum. In our example the winners could either take the $295.7 million spread over 25 years or receive $152.6 million up front. Both arrangements had the same present value.

● ● ● ● ●

## PV Annuities Due

When we used the annuity formula to value the Powerball lottery prize in Example 2.3, we presupposed that the first payment was made at the end of one year. In fact, the first of the 25 yearly payments was made immediately. How does this change the value of the prize?

If we discount each cash flow by one less year, the present value is increased by the multiple $(1 + r)$. In the case of the lottery prize the value becomes $152.6 \times (1 + r) = 152.6 \times 1.059 = \$161.6$ million.

A level stream of payments starting immediately is called an **annuity due.** An annuity due is worth $(1 + r)$ times the value of an ordinary annuity.

## Calculating Annual Payments

Annuity problems can be confusing on first acquaintance, but you will find that with practice they are generally straightforward. In Example 2.4, you will need to use the annuity formula to find the amount of the payment given the present value.

---

**EXAMPLE 2.4**   ● Finding Mortgage Payments

---

Suppose that you take out a $250,000 house mortgage from your local savings bank. The bank requires you to repay the mortgage in equal annual installments over the next 30 years. It must therefore set the annual payments so that they have a present value of $250,000. Thus,

$$PV = \text{mortgage payment} \times \text{30-year annuity factor} = \$250,000$$
$$\text{Mortgage payment} = \$250,000/\text{30-year annuity factor}$$

Suppose that the interest rate is 12% a year. Then

$$\text{30-year annuity factor} = \left[ \frac{1}{.12} - \frac{1}{.12(1.12)^{30}} \right] = 8.055$$

and

$$\text{Mortgage payment} = 250,000/8.055 = \$31,037$$

● ● ● ● ●

The mortgage loan is an example of an *amortizing loan*. "Amortizing" means that part of the regular payment is used to pay interest on the loan and part is used to reduce the amount of the loan.

Table 2.1 illustrates another amortizing loan. This time it is a four-year loan of $1,000 with an interest rate of 10% and annual payments. The annual payment needed to repay the loan is $315.47. In other words, $1,000 divided by the four-year annuity factor is $315.47. At the end of the first year, the interest charge is 10% of $1,000, or $100. So $100 of the first payment is absorbed by interest, and the remaining $215.47 is used to reduce (or "amortize") the loan balance to $784.53.

Next year, the outstanding balance is lower, so the interest charge is only $78.45. Therefore $315.47 − 78.45 = $237.02 can be applied to amortization. Because the loan is progressively paid off, the fraction of each payment devoted to interest steadily falls over time, while the fraction used to reduce the loan increases. By the end of year 4 the amortization is just enough to reduce the balance of the loan to zero.

| Year | Beginning-of-Year Balance | Year-end Interest on Balance | Total Year-end Payment | Amortization of Loan | End-of-Year Balance |
|------|---------------------------|------------------------------|------------------------|----------------------|---------------------|
| 1 | $1,000.00 | $100.00 | $315.47 | $215.47 | $784.53 |
| 2 | 784.53 | 78.45 | 315.47 | 237.02 | 547.51 |
| 3 | 547.51 | 54.75 | 315.47 | 260.72 | 286.79 |
| 4 | 286.79 | 28.68 | 315.47 | 286.79 | 0 |

▶ **TABLE 2.1**   An example of an amortizing loan. If you borrow $1,000 at an interest rate of 10%, you would need to make an annual payment of $315.47 over four years to repay that loan with interest.

### Future Value of an Annuity

Sometimes you need to calculate the *future* value of a level stream of payments.

**EXAMPLE 2.5**   ● Saving to Buy a Sailboat

Perhaps your ambition is to buy a sailboat; something like a 40-foot Beneteau would fit the bill very well. But that means some serious saving. You estimate that, once you start work, you could save $20,000 a year out of your income and earn a return of 8% on these savings. How much will you be able to spend after five years?

We are looking here at a level stream of cash flows—an annuity. We have seen that there is a shortcut formula to calculate the *present* value of an annuity. So there ought to be a similar formula for calculating the *future value* of a level stream of cash flows.

Think first how much your savings are worth today. You will set aside $20,000 in each of the next five years. The present value of this five-year annuity is therefore equal to

$$PV = \$20,000 \times \text{5-year annuity factor}$$

$$= \$20,000 \times \left[ \frac{1}{.08} - \frac{1}{.08(1.08)^5} \right] = \$79,854$$

Now think how much you would have after five years if you invested $79,854 today. Simple! Just multiply by $(1.08)^5$:

$$\text{Value at end of year 5} = \$79,854 \times 1.08^5 = \$117,332$$

You should be able to buy yourself a nice boat for $117,000.

● ● ● ● ●

In Example 2.5 we calculated the future value of an annuity by first calculating its present value and then multiplying by $(1 + r)^t$. The general formula for the future value of a level stream of cash flows of $1 a year for $t$ years is, therefore,

$$\text{Future value of annuity} = \text{ present value of annuity of \$1 a year} \times (1 + r)^t$$

$$= \left[\frac{1}{r} - \frac{1}{r(1 + r)^t}\right] \times (1 + r)^t = \frac{(1 + r)^t - 1}{r}$$

## 2-3 More Shortcuts—Growing Perpetuities and Annuities

### Growing Perpetuities

You now know how to value level streams of cash flows, but you often need to value a stream of cash flows that grows at a constant rate. For example, think back to your plans to donate $10 billion to fight malaria and other infectious diseases. Unfortunately, you made no allowance for the growth in salaries and other costs, which will probably average about 4% a year starting in year 1. Therefore, instead of providing $1 billion a year in perpetuity, you must provide $1 billion in year 1, $1.04 \times \$1$ billion in year 2, and so on. If we call the growth rate in costs $g$, we can write down the present value of this stream of cash flows as follows:

$$\text{PV} = \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} + \frac{C_3}{(1 + r)^3} + \cdots$$

$$= \frac{C_1}{1 + r} + \frac{C_1(1 + g)}{(1 + r)^2} + \frac{C_1(1 + g)^2}{(1 + r)^3} + \cdots$$

Fortunately, there is a simple formula for the sum of this geometric series.[8] If we assume that $r$ is greater than $g$, our clumsy-looking calculation simplifies to

$$\text{Present value of growing perpetuity} = \frac{C_1}{r - g}$$

Therefore, if you want to provide a perpetual stream of income that keeps pace with the growth rate in costs, the amount that you must set aside today is

$$\text{PV} = \frac{C_1}{r - g} = \frac{\$1 \text{ billion}}{.10 - .04} = \$16.667 \text{ billion}$$

You will meet this perpetual-growth formula again in Chapter 4, where we use it to value the stock of mature, slowly growing companies.

---

[8] We need to calculate the sum of an infinite geometric series $\text{PV} = a(1 + x + x^2 + \cdots)$ where $a = C_1/(1 + r)$ and $x = (1 + g)/(1 + r)$. In footnote 5 we showed that the sum of such a series is $a/(1 - x)$. Substituting for $a$ and $x$ in this formula,

$$\text{PV} = \frac{C_1}{r - g}$$

### Growing Annuities

You are contemplating membership in the St. Swithin's and Ancient Golf Club. The annual membership dues for the coming year are $5,000, but you can make a single payment of $12,750, which will provide you with membership for the next three years. In each case no payments are due until the end of the first year. Which is the better deal? The answer depends on how rapidly membership fees are likely to increase over the three-year period. For example, suppose that fees are payable at the end of each year and are expected to increase by 6% per annum. The discount rate is 10%.

The problem is to calculate the value of a three-year stream of cash flows that grows at the rate of $g = .06$ each year. Of course, you could calculate each year's cash flow and discount it at 10%. The alternative is to employ the same trick that we used to find the formula for an ordinary annuity. This is illustrated in Figure 2.7. The first row shows the value of a perpetuity that produces a cash flow of $1 in year 1, $1 \times (1 + g)$ in year 2, and so on. It has a present value of

$$PV = \frac{\$1}{(r - g)}$$

The second row shows a similar growing perpetuity that produces its first cash flow of $1 \times (1 + g)^3$ in year 4. It *will* have a present value of $1 \times (1 + g)^3/(r - g)$ in year 3 and therefore has a value today of

$$PV = \frac{\$1}{(r - g)} \times \frac{(1 + g)^3}{(1 + r)^3}$$

The third row in the figure shows that the difference between the two sets of cash flows consists of a three-year stream of cash flows beginning with $1 in year 1 and growing each year at the rate of $g$. Its value is equal to the difference between our two growing perpetuities:

$$PV = \frac{\$1}{(r - g)} - \frac{\$1}{(r - g)} \times \frac{(1 + g)^3}{(1 + r)^3}$$

In our golf club example, the present value of the three annual membership dues would be:

$$PV = [1/(.10 - .06) - (1.06)^3/(.10 - .06)(1.10)^3] \times \$5,000$$
$$= 2.629 \times \$5,000 = \$13,146$$



**Cash flow**

| | Year: 1 | 2 | 3 | 4 | 5 | 6 . . . | Present value |
|---|---|---|---|---|---|---|---|
| **1. Growing perpetuity A** | $1 | $1 x (1 + g) | $1 x (1 + g)² | $1 x (1 + g)³ | $1 x (1 + g)⁴ | $1 x (1 + g)⁵ . . . | $\frac{1}{r-g}$ |
| **2. Growing perpetuity B** | | | | $1 x (1 + g)³ | $1 x (1 + g)⁴ | $1 x (1 + g)⁵ . . . | $\frac{(1+g)^3}{(r-g)(1+r)^3}$ |
| **3. Growing 3-year annuity (1 − 2)** | $1 | $1 x (1 + g) | $1 x (1 + g)² | | | | $\frac{1}{r-g} - \frac{(1+g)^3}{(r-g)(1+r)^3}$ |

▶ **FIGURE 2.7**

A three-year stream of cash flows that grows at the rate $g$ is equal to the difference between two growing perpetuities.

| Cash Flow, $ | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year:** | **0** | **1** | **2 . . .** | **. . . t − 1** | **t** | **t + 1 . . .** | **Present Value** |
| Perpetuity | | 1 | 1 . . . | 1 | 1 | 1 . . . | $\dfrac{1}{r}$ |
| t-period annuity | | 1 | 1 . . . | 1 | 1 | | $\dfrac{1}{r} - \dfrac{1}{r(1 + r)^t}$ |
| t-period annuity due | 1 | 1 | 1 . . . | 1 | | | $(1 + r)\left(\dfrac{1}{r} - \dfrac{1}{r(1+r)^t}\right)$ |
| Growing perpetuity | | 1 | $1 \times (1 + g) \ldots$ | $1 \times (1 + g)^{t-2}$ | $1 \times (1 + g)^{t-1}$ | $1 \times (1 + g)^t \ldots$ | $\dfrac{1}{r - g}$ |
| t-period growing annuity | | 1 | $1 \times (1 + g) \ldots$ | $1 \times (1 + g)^{t-2}$ | $1 \times (1 + g)^{t-1}$ | | $\dfrac{1}{r - g} - \dfrac{1}{r - g} \times \dfrac{(1 + g)^t}{(1+r)^t}$ |

▶ **TABLE 2.2** Some useful shortcut formulas.

If you can find the cash, you would be better off paying now for a three-year membership.

Too many formulas are bad for the digestion. So we will stop at this point and spare you any more of them. The formulas discussed so far appear in Table 2.2.

## 2-4 How Interest Is Paid and Quoted

In our examples we have assumed that cash flows occur only at the end of each year. This is sometimes the case. For example, in France and Germany the government pays interest on its bonds annually. However, in the United States and Britain government bonds pay interest semiannually. So if the interest rate on a U.S. government bond is quoted as 10%, the investor in practice receives interest of 5% every six months.

If the first interest payment is made at the end of six months, you can earn an additional six months' interest on this payment. For example, if you invest $100 in a bond that pays interest of 10% compounded semiannually, your wealth will grow to $1.05 \times \$100 = \$105$ by the end of six months and to $1.05 \times \$105 = \$110.25$ by the end of the year. In other words, an interest rate of 10% compounded semiannually is equivalent to 10.25% compounded annually. The *effective annual interest rate* on the bond is 10.25%.

Let's take another example. Suppose a bank offers you an automobile loan at an **annual percentage rate,** or **APR,** of 12% with interest to be paid monthly. This means that each month you need to pay one-twelfth of the annual rate, that is, $12/12 = 1\%$ a month. Thus the bank is *quoting* a rate of 12%, but the effective annual interest rate on your loan is $1.01^{12} - 1 = .1268$, or 12.68%.[9]

Our examples illustrate that you need to distinguish between the *quoted* annual interest rate and the *effective* annual rate. The quoted annual rate is usually calculated as the total

[9] In the U.S., truth-in-lending laws oblige the company to quote an APR that is calculated by multiplying the payment each period by the number of payments in the year. APRs are calculated differently in other countries. For example, in the European Union APRs must be expressed as annually compounded rates, so consumers know the effective interest rate that they are paying.

annual payment divided by the number of payments in the year. When interest is paid once a year, the quoted and effective rates are the same. When interest is paid more frequently, the effective interest rate is higher than the quoted rate.

In general, if you invest $1 at a rate of $r$ per year compounded $m$ times a year, your investment at the end of the year will be worth $[1 + (r/m)]^m$ and the effective interest rate is $[1 + (r/m)]^m - 1$. In our automobile loan example $r = .12$ and $m = 12$. So the effective annual interest rate was $[1 + .12/12]^{12} - 1 = .1268$, or 12.68%.

### Continuous Compounding

Instead of compounding interest monthly or semiannually, the rate could be compounded weekly ($m = 52$) or daily ($m = 365$). In fact there is no limit to how frequently interest could be paid. One can imagine a situation where the payments are spread evenly and continuously throughout the year, so the interest rate is continuously compounded.[10] In this case $m$ is infinite.

It turns out that there are many occasions in finance when continuous compounding is useful. For example, one important application is in option pricing models, such as the Black–Scholes model that we introduce in Chapter 21. These are continuous time models. So you will find that most computer programs for calculating option values ask for the continuously compounded interest rate.

It may seem that a lot of calculations would be needed to find a continuously compounded interest rate. However, think back to your high school algebra. You may recall that as $m$ approaches infinity $[1 + (r/m)]^m$ approaches $(2.718)^r$. The figure 2.718—or $e$, as it is called—is the base for natural logarithms. Therefore, $1 invested at a continuously compounded rate of $r$ will grow to $e^r = (2.718)^r$ by the end of the first year. By the end of $t$ years it will grow to $e^{rt} = (2.718)^{rt}$.

**Example 1** Suppose you invest $1 at a continuously compounded rate of 11% ($r = .11$) for one year ($t = 1$). The end-year value is $e^{11}$, or $1.116. In other words, investing at 11% a year *continuously* compounded is exactly the same as investing at 11.6% a year *annually* compounded.

**Example 2** Suppose you invest $1 at a continuously compounded rate of 11% ($r = .11$) for two years ($t = 2$). The final value of the investment is $e^{rt} = e^{22}$, or $1.246.

Sometimes it may be more reasonable to assume that the cash flows from a project are spread evenly over the year rather than occurring at the year's end. It is easy to adapt our previous formulas to handle this. For example, suppose that we wish to compute the present value of a perpetuity of $C$ dollars a year. We already know that if the payment is made at the end of the year, we divide the payment by the *annually* compounded rate of $r$:

$$PV = \frac{C}{r}$$

If the same total payment is made in an even stream throughout the year, we use the same formula but substitute the *continuously* compounded rate.

**Example 3** Suppose the annually compounded rate is 18.5%. The present value of a $100 perpetuity, with each cash flow received at the end of the year, is $100/.185 = $540.54$. If

---

[10] When we talk about *continuous* payments, we are pretending that money can be dispensed in a continuous stream like water out of a faucet. One can never quite do this. For example, instead of paying out $1 billion every year to combat malaria, you could pay out about $1 million every 8¾ hours or $10,000 every 5¼ minutes or $10 every 3⅙ seconds but you could not pay it out *continuously*. Financial managers *pretend* that payments are continuous rather than hourly, daily, or weekly because (1) it simplifies the calculations and (2) it gives a very close approximation to the NPV of frequent payments.

# Discounting Cash Flows

▶ Spreadsheet programs such as Excel provide built-in functions to solve discounted-cash-flow (DCF) problems. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel asks you for the inputs that it needs. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for DCF problems and some points to remember when entering data:

- **FV:** Future value of single investment or annuity.
- **PV:** Present value of single future cash flow or annuity.
- **RATE:** Interest rate (or rate of return) needed to produce given future value or annuity.
- **NPER:** Number of periods (e.g., years) that it takes an investment to reach a given future value or series of future cash flows.
- **PMT:** Amount of annuity payment with a given present or future value.
- **NPV:** Calculates the value of a stream of negative and positive cash flows. (When using this function, note the warning below.)
- **XNPV:** Calculates the net present value of a series of unequal cash flows at the date of the first cash flow.
- **EFFECT:** The effective annual interest rate, given the quoted rate (APR) and number of interest payments in a year.

- **NOMINAL:** The quoted interest rate (APR) given the effective annual interest rate.

All the inputs in these functions can be entered directly as numbers or as the addresses of cells that contain the numbers. Three warnings:

1. PV is the amount that needs to be invested today to produce a given future value. It should therefore be entered as a negative number. Entering both PV and FV with the same sign when solving for RATE results in an error message.

2. Always enter the interest or discount rate as a decimal value.

3. Use the NPV function with care. It gives the value of the cash flows one period *before* the first cash flow and not the value at the date of the first cash flow.

### SPREADSHEET QUESTIONS

The following questions provide opportunities to practice each of the Excel functions.

**2.1** (FV) In 1880 five aboriginal trackers were each promised the equivalent of 100 Australian dollars for helping to capture the notorious outlaw Ned Kelly. One hundred and thirteen years later the granddaughters of two of the trackers claimed that this reward had not been paid. If the interest rate over this period averaged about 4.5%, how much would the A$100 have accumulated to?

**2.2** (PV) Your company can lease a truck for $10,000 a year (paid at the end of the year) for six years, or it can buy the truck today for $50,000. At the end of the six years the truck will be worthless. If the interest rate is 6%, what is the present value of the lease payments? Is the lease worthwhile?

**2.3** (RATE) Ford Motor stock was one of the victims of the 2008 credit crisis. In June 2007, Ford stock price stood at $9.42. Eighteen months later it was $2.72. What was the annual rate of return over this period to an investor in Ford stock?

**2.4** (NPER) An investment adviser has promised to double your money. If the interest rate is 7% a year, how many years will she take to do so?



**37**

**2.5** (PMT) You need to take out a home mortgage for $200,000. If payments are made annually over 30 years and the interest rate is 8%, what is the amount of the annual payment?

**2.6** (XNPV) Your office building requires an initial cash outlay of $370,000. Suppose that you plan to rent it out for three years at $20,000 a year and then sell it for $400,000. If the cost of capital is 12%, what is its net present value?

**2.7** (EFFECT) First National Bank pays 6.2% interest compounded annually. Second National Bank pays 6% interest compounded monthly. Which bank offers the higher effective annual interest rate?

**2.8** (NOMINAL) What monthly compounded interest rate would Second National Bank need to pay on savings deposits to provide an effective rate of 6.2%?

the cash flow is received continuously, we must divide $100 by 17%, because 17% continuously compounded is equivalent to 18.5% annually compounded ($e^{.17} = 1.185$). The present value of the continuous cash flow stream is $100/.17 = \$588.24$. Investors are prepared to pay more for the continuous cash payments because the cash starts to flow in immediately.

For any other continuous payments, we can always use our formula for valuing annuities. For instance, suppose that you have thought again about your donation and have decided to fund a vaccination program in emerging countries, which will cost $1 billion a year, starting immediately, and spread evenly over 20 years. Previously, we used the annually compounded rate of 10%; now we must use the continuously compounded rate of $r = 9.53\%$ ($e^{.0953} = 1.10$). To cover such an expenditure, then, you need to set aside the following sum:[11]

$$PV = C\left(\frac{1}{r} - \frac{1}{r} \times \frac{1}{e^{rt}}\right)$$

$$= \$1 \text{ billion}\left(\frac{1}{.0953} - \frac{1}{.0953} \times \frac{1}{6.727}\right) = \$1 \text{ billion} \times 8.932 = \$8.932 \text{ billion}$$

If you look back at our earlier discussion of annuities, you will notice that the present value of $1 billion paid at the *end* of each of the 20 years was $8.514 billion. Therefore, it costs you $418 million—or 5%—more to provide a continuous payment stream.

Often in finance we need only a ballpark estimate of present value. An error of 5% in a present value calculation may be perfectly acceptable. In such cases it doesn't usually matter whether we assume that cash flows occur at the end of the year or in a continuous stream. At other times precision matters, and we do need to worry about the exact frequency of the cash flows.

---

[11] Remember that an annuity is simply the difference between a perpetuity received today and a perpetuity received in year $t$. A continuous stream of $C$ dollars a year in perpetuity is worth $C/r$, where $r$ is the continuously compounded rate. Our annuity, then, is worth

$$PV = \frac{C}{r} - \text{present value of } \frac{C}{r} \text{ received in year } t$$

Since $r$ is the continuously compounded rate, $C/r$ received in year $t$ is worth $(C/r) \times (1/e^{rt})$ today. Our annuity formula is therefore

$$PV = \frac{C}{r} - \frac{C}{r} \times \frac{1}{e^{rt}}$$

sometimes written as

$$\frac{C}{r}(1 - e^{-rt})$$

**SUMMARY**

Firms can best help their shareholders by accepting all projects that are worth more than they cost. In other words, they need to seek out projects with positive net present values. To find net present value we first calculate present value. Just discount future cash flows by an appropriate rate $r$, usually called the *discount rate, hurdle rate*, or *opportunity cost of capital*:

$$\text{Present value (PV)} = \frac{C_1}{(1 + r)} + \frac{C_2}{(1 + r)^2} + \frac{C_3}{(1 + r)^3} + \cdots$$

Net present value is present value plus any immediate cash flow:

$$\text{Net present value (NPV)} = C_0 + \text{PV}$$

Remember that $C_0$ is negative if the immediate cash flow is an investment, that is, if it is a cash outflow.

The discount rate $r$ is determined by rates of return prevailing in capital markets. If the future cash flow is absolutely safe, then the discount rate is the interest rate on safe securities such as U.S. government debt. If the future cash flow is uncertain, then the expected cash flow should be discounted at the expected rate of return offered by equivalent-risk securities. (We talk more about risk and the cost of capital in Chapters 7 to 9.)

Cash flows are discounted for two simple reasons: because (1) a dollar today is worth more than a dollar tomorrow and (2) a safe dollar is worth more than a risky one. Formulas for PV and NPV are numerical expressions of these ideas.

Financial markets, including the bond and stock markets, are the markets where safe and risky future cash flows are traded and valued. That is why we look to rates of return prevailing in the financial markets to determine how much to discount for time and risk. By calculating the present value of an asset, we are estimating how much people will pay for it if they have the alternative of investing in the capital markets.

You can always work out any present value using the basic formula, but shortcut formulas can reduce the tedium. We showed how to value an investment that makes a level stream of cash flows forever (a *perpetuity*) and one that produces a level stream for a limited period (an *annuity*). We also showed how to value investments that produce growing streams of cash flows.

When someone offers to lend you a dollar at a quoted interest rate, you should always check how frequently the interest is to be paid. For example, suppose that a $100 loan requires six-month payments of $3. The total yearly interest payment is $6 and the interest will be quoted as a rate of 6% compounded semiannually. The equivalent *annually compounded rate* is $(1.03)^2 - 1 = .061$, or 6.1%. Sometimes it is convenient to assume that interest is paid evenly over the year, so that interest is quoted as a continuously compounded rate.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

Visit us at www.mhhe.com/bma

### BASIC

**PROBLEM SETS**

1. At an interest rate of 12%, the six-year discount factor is .507. How many dollars is $.507 worth in six years if invested at 12%?

2. If the PV of $139 is $125, what is the discount factor?

3. If the cost of capital is 9%, what is the PV of $374 paid in year 9?

4. A project produces a cash flow of $432 in year 1, $137 in year 2, and $797 in year 3. If the cost of capital is 15%, what is the project's PV?

5. If you invest $100 at an interest rate of 15%, how much will you have at the end of eight years?

6. An investment costs $1,548 and pays $138 in perpetuity. If the interest rate is 9%, what is the NPV?

7. A common stock will pay a cash dividend of $4 next year. After that, the dividends are expected to increase indefinitely at 4% per year. If the discount rate is 14%, what is the PV of the stream of dividend payments?

8. The interest rate is 10%.
   a. What is the PV of an asset that pays $1 a year in perpetuity?
   b. The value of an asset that appreciates at 10% per annum approximately doubles in seven years. What is the approximate PV of an asset that pays $1 a year in perpetuity beginning in year 8?
   c. What is the approximate PV of an asset that pays $1 a year for each of the next seven years?
   d. A piece of land produces an income that grows by 5% per annum. If the first year's income is $10,000, what is the value of the land?

9. a. The cost of a new automobile is $10,000. If the interest rate is 5%, how much would you have to set aside now to provide this sum in five years?
   b. You have to pay $12,000 a year in school fees at the end of each of the next six years. If the interest rate is 8%, how much do you need to set aside today to cover these bills?
   c. You have invested $60,476 at 8%. After paying the above school fees, how much would remain at the end of the six years?

10. The continuously compounded interest rate is 12%.
   a. You invest $1,000 at this rate. What is the investment worth after five years?
   b. What is the PV of $5 million to be received in eight years?
   c. What is the PV of a continuous stream of cash flows, amounting to $2,000 per year, starting immediately and continuing for 15 years?

11. You are quoted an interest rate of 6% on an investment of $10 million. What is the value of your investment after four years if interest is compounded:
   a. Annually?
   b. Monthly? or
   c. Continuously?

### INTERMEDIATE

12. What is the PV of $100 received in:
   a. Year 10 (at a discount rate of 1%)?
   b. Year 10 (at a discount rate of 13%)?
   c. Year 15 (at a discount rate of 25%)?
   d. Each of years 1 through 3 (at a discount rate of 12%)?

13. a. If the one-year discount factor is .905, what is the one-year interest rate?
   b. If the two-year interest rate is 10.5%, what is the two-year discount factor?
   c. Given these one- and two-year discount factors, calculate the two-year annuity factor.
   d. If the PV of $10 a year for three years is $24.65, what is the three-year annuity factor?
   e. From your answers to (c) and (d), calculate the three-year discount factor.

14. A factory costs $800,000. You reckon that it will produce an inflow after operating costs of $170,000 a year for 10 years. If the opportunity cost of capital is 14%, what is the net present value of the factory? What will the factory be worth at the end of five years?

15. A machine costs $380,000 and is expected to produce the following cash flows:

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Cash flow ($000s) | 50 | 57 | 75 | 80 | 85 | 92 | 92 | 80 | 68 | 50 |

If the cost of capital is 12%, what is the machine's NPV?

Visit us at www.mhhe.com/bma



Visit us at
www.mhhe.com/bma

16. Mike Polanski is 30 years of age and his salary next year will be $40,000. Mike forecasts that his salary will increase at a steady rate of 5% per annum until his retirement at age 60.

    a. If the discount rate is 8%, what is the PV of these future salary payments?

    b. If Mike saves 5% of his salary each year and invests these savings at an interest rate of 8%, how much will he have saved by age 60?

    c. If Mike plans to spend these savings in even amounts over the subsequent 20 years, how much can he spend each year?

17. A factory costs $400,000. It will produce an inflow after operating costs of $100,000 in year 1, $200,000 in year 2, and $300,000 in year 3. The opportunity cost of capital is 12%. Calculate the NPV.

18. Halcyon Lines is considering the purchase of a new bulk carrier for $8 million. The forecasted revenues are $5 million a year and operating costs are $4 million. A major refit costing $2 million will be required after both the fifth and tenth years. After 15 years, the ship is expected to be sold for scrap at $1.5 million. If the discount rate is 8%, what is the ship's NPV?



Visit us at
www.mhhe.com/bma

19. As winner of a breakfast cereal competition, you can choose one of the following prizes:

    a. $100,000 now.

    b. $180,000 at the end of five years.

    c. $11,400 a year forever.

    d. $19,000 for each of 10 years.

    e. $6,500 next year and increasing thereafter by 5% a year forever.

    If the interest rate is 12%, which is the most valuable prize?

20. Siegfried Basset is 65 years of age and has a life expectancy of 12 more years. He wishes to invest $20,000 in an annuity that will make a level payment at the end of each year until his death. If the interest rate is 8%, what income can Mr. Basset expect to receive each year?

21. David and Helen Zhang are saving to buy a boat at the end of five years. If the boat costs $20,000 and they can earn 10% a year on their savings, how much do they need to put aside at the end of years 1 through 5?

22. Kangaroo Autos is offering free credit on a new $10,000 car. You pay $1,000 down and then $300 a month for the next 30 months. Turtle Motors next door does not offer free credit but will give you $1,000 off the list price. If the rate of interest is 10% a year, (about .83% a month) which company is offering the better deal?

23. Recalculate the NPV of the office building venture in Section 2.1 at interest rates of 5, 10, and 15%. Plot the points on a graph with NPV on the vertical axis and the discount rates on the horizontal axis. At what discount rate (approximately) would the project have zero NPV? Check your answer.

24. If the interest rate is 7%, what is the value of the following three investments?

    a. An investment that offers you $100 a year in perpetuity with the payment at the *end* of each year.

    b. A similar investment with the payment at the *beginning* of each year.

    c. A similar investment with the payment spread evenly over each year.

25. Refer back to Sections 2.2–2.4. If the rate of interest is 8% rather than 10%, how much would you need to set aside to provide each of the following?

    a. $1 billion at the end of each year in perpetuity.

    b. A perpetuity that pays $1 billion at the end of the first year and that grows at 4% a year.

    c. $1 billion at the end of each year for 20 years.

    d. $1 billion a year spread evenly over 20 years.

Visit us at www.mhhe.com/bma

26. How much will you have at the end of 20 years if you invest $100 today at 15% *annually* compounded? How much will you have if you invest at 15% *continuously* compounded?

27. You have just read an advertisement stating, "Pay us $100 a year for 10 years and we will pay you $100 a year thereafter in perpetuity." If this is a fair deal, what is the rate of interest?

28. Which would you prefer?

    a. An investment paying interest of 12% compounded annually.

    b. An investment paying interest of 11.7% compounded semiannually.

    c. An investment paying 11.5% compounded continuously.

    Work out the value of each of these investments after 1, 5, and 20 years.

29. A leasing contract calls for an immediate payment of $100,000 and nine subsequent $100,000 semiannual payments at six-month intervals. What is the PV of these payments if the *annual* discount rate is 8%?



Visit us at
www.mhhe.com/bma

30. Several years ago *The Wall Street Journal* reported that the winner of the Massachusetts State Lottery prize had the misfortune to be both bankrupt and in prison for fraud. The prize was $9,420,713, to be paid in 19 equal annual installments. (There were 20 installments, but the winner had already received the first payment.) The bankruptcy court judge ruled that the prize should be sold off to the highest bidder and the proceeds used to pay off the creditors.

    a. If the interest rate was 8%, how much would you have been prepared to bid for the prize?

    b. Enhance Reinsurance Company was reported to have offered $4.2 million. Use Excel to find the return that the company was looking for.

31. A mortgage requires you to pay $70,000 at the end of each of the next eight years. The interest rate is 8%.

    a. What is the present value of these payments?

    b. Calculate for each year the loan balance that remains outstanding, the interest payment on the loan, and the reduction in the loan balance.

32. You estimate that by the time you retire in 35 years, you will have accumulated savings of $2 million. If the interest rate is 8% and you live 15 years after retirement, what annual level of expenditure will those savings support?

    Unfortunately, inflation will eat into the value of your retirement income. Assume a 4% inflation rate and work out a spending program for your retirement that will allow you to increase your expenditure in line with inflation.

33. The *annually* compounded discount rate is 5.5%. You are asked to calculate the present value of a 12-year annuity with payments of $50,000 per year. Calculate PV for each of the following cases.

    a. The annuity payments arrive at one-year intervals. The first payment arrives one year from now.

    b. The first payment arrives in six months. Following payments arrive at one-year intervals (i.e., at 18 months, 30 months, etc.).

34. Dear Financial Adviser,

    My spouse and I are each 62 and hope to retire in three years. After retirement we will receive $7,500 per month after taxes from our employers' pension plans and $1,500 per month after taxes from Social Security. Unfortunately our monthly living expenses are $15,000. Our social obligations preclude further economies.

    We have $1,000,000 invested in a high-grade, tax-free municipal-bond mutual fund. The return on the fund is 3.5% per year. We plan to make annual withdrawals from the mutual fund to cover the difference between our pension and Social Security income and our living expenses. How many years before we run out of money?

Sincerely,
Luxury Challenged
Marblehead, MA

You can assume that the withdrawals (one per year) will sit in a checking account (no interest). The couple will use the account to cover the monthly shortfalls.

35. Your firm's geologists have discovered a small oil field in New York's Westchester County. The field is forecasted to produce a cash flow of $C_1 = \$2$ million in the first year. You estimate that you could earn an expected return of $r = 12\%$ from investing in stocks with a similar degree of risk to your oil field. Therefore, 12% is the opportunity cost of capital.

What is the present value? The answer, of course, depends on what happens to the cash flows after the first year. Calculate present value for the following cases:

a. The cash flows are forecasted to continue forever, with no expected growth or decline.

b. The cash flows are forecasted to continue for 20 years only, with no expected growth or decline during that period.

c. The cash flows are forecasted to continue forever, increasing by 3% per year because of inflation.

d. The cash flows are forecasted to continue for 20 years only, increasing by 3% per year because of inflation.

## CHALLENGE

36. Here are two useful rules of thumb. The "Rule of 72" says that with discrete compounding the time it takes for an investment to double in value is roughly 72/interest rate (in percent). The "Rule of 69" says that with continuous compounding the time that it takes to double is exactly 69.3/interest rate (in percent).

a. If the annually compounded interest rate is 12%, use the Rule of 72 to calculate roughly how long it takes before your money doubles. Now work it out exactly.

b. Can you prove the Rule of 69?

37. Use Excel to construct your own set of annuity tables showing the annuity factor for a selection of interest rates and years.



Visit us at
www.mhhe.com/bma

38. You own an oil pipeline that will generate a $2 million cash return over the coming year. The pipeline's operating costs are negligible, and it is expected to last for a very long time. Unfortunately, the volume of oil shipped is declining, and cash flows are expected to decline by 4% per year. The discount rate is 10%.

a. What is the PV of the pipeline's cash flows if its cash flows are assumed to last forever?

b. What is the PV of the cash flows if the pipeline is scrapped after 20 years?

**REAL-TIME
DATA ANALYSIS**

There are dozens of Web sites that provide calculators to help with personal financial decisions. Two good examples are **www.smartmoney.com** and **finance.yahoo.com**. (*Note:* for both calculators the annual rate of interest is quoted as 12 times the monthly rate.)

1. **Amortizing loans** Suppose that you take out a 30-year mortgage loan of $200,000 at an interest rate of 10%.

a. What is your total monthly payment?

b. How much of the first month's payment goes to reduce the size of the loan?

c. How much of the payment after two years goes to reduce the size of the loan?



Visit us at www.mhhe.com/bma

You can check your answers by logging on to the personal finance page of **www.smartmoney. com** and using the mortgage calculator.

2. **Retirement planning**  You need to have accumulated savings of $2 million by the time that you retire in 20 years. You currently have savings of $200,000. How much do you need to save each year to meet your goal? Find the savings calculator on **finance.yahoo.com** to check your answer.

3. In 2006 the State of Indiana sold a 75-year concession to operate and maintain the East-West Toll Road. Before doing so, it commissioned a consulting report that estimated the value of the concession. You can access this report at **www.in.gov/ifa/ files/TollRoadFinancialAnalysis.pdf.** Download the spreadsheet of the forecasted cash flows from the toll road from this book's Web site at **www.mhhe.com/bma** to answer the following questions. (*Note:* Cash flows are reported only for each 10-year block. Except where more information is available, we have arbitrarily assumed cash flows are spread evenly during those 10 years.)

   a.  Calculate the present value of the concession using a discount rate of 6%. (*Note:* Your figure will differ slightly from that in the consultant's report because we do not have exact cash flow forecasts for each year.)

   b.  The consultant chose this discount rate because it was the interest rate that the state paid on its bonds. Do you think that this was the correct criterion? Why or why not?

   c.  How does the value of the concession change if you use a higher discount rate?

VALUE

# 3

# Valuing Bonds

▶ **Investment in new** plant and equipment requires money—often a lot of money. Sometimes firms can retain and accumulate earnings to cover the cost of investment, but often they need to raise extra cash from investors. If they choose not to sell additional shares of common stock, the cash has to come from borrowing. If cash is needed for only a short while, firms may borrow from a bank. If they need cash for long-term investments, they generally issue bonds, which are simply long-term loans.

Companies are not the only bond issuers. Municipalities also raise money by selling bonds. So do national governments. There is always some risk that a company or municipality will not be able to come up with the cash to repay its bonds, but investors in government bonds can generally be confident that the promised payments will be made in full and on time.

We start our analysis of the bond market by looking at the valuation of government bonds and at the interest rate that the government pays when it borrows. Do not confuse this interest rate with the cost of capital for a corporation. The projects that companies undertake are almost invariably risky and investors demand higher prospective returns from these projects than from safe government bonds. (In Chapter 7 we start to look at the additional returns that investors demand from risky assets.)

The markets for government bonds are huge. At the end of February 2009, investors held $6.6 trillion of U.S. government securities, and U.S. government agencies held $4.3 trillion more. The bond markets are also sophisticated. Bond traders make massive trades motivated by tiny price discrepancies. This book is not for professional bond traders, but if you are to be involved in managing the company's debt, you will have to get beyond the simple mechanics of bond valuation. Financial managers need to understand the bond pages in the financial press and know what bond dealers mean when they quote spot rates or yields to maturity. They realize why short-term rates are usually lower (but sometimes higher) than long-term rates and why the longest-term bond prices are most sensitive to fluctuations in interest rates. They can distinguish real (inflation-adjusted) interest rates and nominal (money) rates and anticipate how future inflation can affect interest rates. We cover all these topics in this chapter.

Companies can't borrow at the same low interest rates as governments. The interest rates on government bonds are benchmarks for all interest rates, however. When government interest rates go up or down, corporate rates follow more or less proportionally. Therefore, financial managers had better understand how the government rates are determined and what happens when they change.

Corporate bonds are more complex securities than government bonds. A corporation may not be able to come up with the money to pay its debts, so investors have to worry about default risk. Corporate bonds are also less liquid than government bonds: they are not as easy to buy or sell, particularly in large quantities or on short notice. Some corporate bonds give the borrower an option to repay early; others can be exchanged for the company's common stock. All of these complications affect the "spread" of corporate bond rates over interest rates on government bonds of similar maturities.

This chapter only introduces corporate debt. We take a more detailed look in Chapters 23 and 24.

●●●●●

If you own a bond, you are entitled to a fixed set of cash payoffs. Every year until the bond matures, you collect regular interest payments. At maturity, when you get the final interest payment, you also get back the **face value** of the bond, which is called the bond's **principal.**

### A Short Trip to Paris to Value a Government Bond

Why are we going to Paris, apart from the cafés, restaurants, and sophisticated nightlife? Because we want to start with the simplest type of bond, one that makes payments just once a year.

French government bonds, known as OATs (short for Obligations Assimilables du Trésor), pay interest and principal in euros (€). Suppose that in December 2008 you decide to buy €100 face value of the 8.5% OAT maturing in December 2012. Each December until the bond matures you are entitled to an interest payment of .085 × 100 = €8.50. This amount is the bond's **coupon.**[1] When the bond matures in 2012, the government pays you the final €8.50 interest, plus the principal payment of the €100 face value. Your first coupon payment is in one year's time, in December 2009. So the cash payments from the bond are as follows:

| Cash Payments (€) | | | |
|---|---|---|---|
| **2009** | **2010** | **2011** | **2012** |
| €8.50 | €8.50 | €8.50 | €108.50 |

What is the present value of these payments? It depends on the opportunity cost of capital, which in this case equals the rate of return offered by other government debt issues denominated in euros. In December 2008, other medium-term French government bonds offered a return of about 3.0%. That is what you were giving up when you bought the 8.5% OATs. Therefore, to value the 8.5% OATs, you must discount the cash flows at 3.0%:

$$PV = \frac{8.50}{1.03} + \frac{8.50}{1.03^2} + \frac{8.50}{1.03^3} + \frac{108.50}{1.03^4} = €120.44$$

Bond prices are usually expressed as a percentage of face value. Thus the price of your 8.5% OAT was quoted as 120.44%.

You may have noticed a shortcut way to value this bond. Your OAT amounts to a package of two investments. The first investment gets the four annual coupon payments of €8.50 each. The second gets the €100 face value at maturity. You can use the annuity formula from Chapter 2 to value the coupon payments and then add on the present value of the final payment.

$$PV(bond) = PV(\text{annuity of coupon payments}) + PV(\text{final payment of principal})$$

$$= (\text{coupon} \times \text{ 4-year annuity factor}) + (\text{final payment} \times \text{discount factor})$$

$$= 8.50 \left[ \frac{1}{.03} - \frac{1}{.03(1.03)^4} \right] + \frac{100}{(1.03)^4} = 31.59 + 88.85 = €120.44$$

---

[1] Bonds used to come with coupons attached, which had to be clipped off and presented to the issuer to obtain the interest payments. This is still the case with *bearer bonds,* where the only evidence of indebtedness is the bond itself. In many parts of the world bearer bonds are still issued and are popular with investors who would rather remain anonymous. The alternative is *registered bonds,* where the identity of the bond's owner is recorded and the coupon payments are sent automatically. OATs are registered bonds.

Thus the bond can be valued as a package of an annuity (the coupon payments) and a single, final payment (the repayment of principal).[2]

We just used the 3% interest rate to calculate the present value of the OAT. Now we turn the valuation around: If the price of the OAT is 120.44%, what is the interest rate? What return do investors get if they buy the bond? To answer this question, you need to find the value of the variable $y$ that solves the following equation:

$$120.44 = \frac{8.50}{1+y} + \frac{8.50}{(1+y)^2} + \frac{8.50}{(1+y)^3} + \frac{108.50}{(1+y)^4}$$

The rate of return $y$ is called the bond's **yield to maturity.** In this case, we already know that the present value of the bond is €120.44 at a 3% discount rate, so the yield to maturity must be 3.0%. If you buy the bond at 120.44% and hold it to maturity, you will earn a return of 3.0% per year.

Why is the yield to maturity less than the 8.5% coupon payment? Because you are paying €120.44 for a bond with a face value of only €100. You lose the difference of €20.44 if you hold the bond to maturity. On the other hand, you get four annual cash payments of €8.50. (The immediate, *current yield* on your investment is 8.50/120.44 = .071, or 7.1%.) The yield to maturity blends the return from the coupon payments with the declining value of the bond over its remaining life.

The only general procedure for calculating the yield to maturity is trial and error. You guess at an interest rate and calculate the present value of the bond's payments. If the present value is greater than the actual price, your discount rate must have been too low, and you need to try a higher rate. The more practical solution is to use a spreadsheet program or a specially programmed calculator to calculate the yield. At the end of this chapter, you will find a box which lists the Excel function for calculating yield to maturity plus several other useful functions for bond analysts.

### Back to the United States: Semiannual Coupons and Bond Prices

Just like the French government, the U.S. Treasury raises money by regular auctions of new bond issues. Some of these issues do not mature for 20 or 30 years; others, known as *notes,* mature in 10 years or less. The Treasury also issues short-term debt maturing in a year or less. These short-term securities are known as *Treasury bills.* Treasury bonds, notes, and bills are traded in the *fixed-income market.*

Let's look at an example of a U.S. government note. In 2007 the Treasury issued 4.875% notes maturing in 2012. These notes are called "the 4.875s of 2012." Treasury bonds and notes have face values of $1,000, so if you own the 4.875s of 2012, the Treasury will give you back $1,000 at maturity. You can also look forward to a regular coupon but, in contrast to our French bond, coupons on Treasury bonds and notes are paid *semiannually.*[3] Thus, the 4.875s of 2012 provide a coupon payment of 4.875/2 = 2.4375% of face value every six months.

You can't buy Treasury bonds, notes, or bills on the stock exchange. They are traded by a network of bond dealers, who quote prices at which they are prepared to buy and sell. For example, suppose that in 2009 you decide to buy the 4.875s of 2012. You phone a broker who checks the current price on her screen. If you are happy to go ahead with the purchase, your broker contacts a bond dealer and the trade is done.

The prices at which you can buy or sell Treasury notes and bonds are shown each day in the financial press and on the Web. Figure 3.1 is taken from the *The Wall Street Journal*'s

---

[2] You could also value a three-year annuity of €8.50 plus a final payment of €108.50.

[3] The frequency of interest payments varies from country to country. For example, most euro bonds pay interest annually, while most bonds in the U.K., Canada, and Japan pay interest semiannually.

▶ **FIGURE 3.1**

Sample Treasury bond
quotes from *The Wall
Street Journal,* February
2009.

*Source: The Wall Street
Journal* Web site,
**www.wsj.com**.

| Maturity | Coupon | Bid | Asked | Chg | Asked yield |
|---|---|---|---|---|---|
| 2010 Feb 15 | 4.750 | 104:00 | 104:01 | unch. | 0.6651 |
| 2011 Feb 15 | 5.000 | 108:16 | 108:18 | +5 | 0.6727 |
| **2012 Feb 15** | **4.875** | **110:24** | **110:25** | **+14** | **1.2006** |
| 2013 Feb 15 | 3.875 | 109:27 | 109:29 | +24 | 1.3229 |
| 2014 Feb 15 | 4.000 | 111.19 | 111:21 | +30 | 1.5664 |
| 2015 Feb 15 | 4.000 | 111:20 | 111:23 | +34 | 1.9227 |
| 2016 Feb 15 | 4.500 | 115:03 | 115:04 | +59 | 1.9856 |
| 2017 Feb 15 | 4.625 | 115:20 | 115:21 | +65 | 2.4555 |
| 2018 Feb 15 | 3.500 | 107:14 | 107:15 | +64 | 2.5646 |
| 2019 Feb 15 | 2.750 | 100:23 | 100:25 | +63 | 2.6622 |
| 2020 Feb 15 | 8.500 | 147:19 | 147:21 | +83 | 3.2976 |

Web page and shows the prices of a small sample of Treasury bonds. Look at the entry for our 4.875s of February 2012. The **asked price** of 110:25 is the price you need to pay to buy the note from a dealer. This price is quoted in 32nds rather than decimals. Thus a price of 110:25 means that each bond costs 110 + 25/32, or 110.78125% of face value. The face value of the note is $1,000, so each note costs $1,107.8125.[4]

The **bid price** is the price investors receive if they sell to a dealer. The dealer earns her living by charging a *spread* between the bid and the asked price. Notice that the spread for the 4.875s of 2012 is only 1/32, or about .03% of the note's value.

The next column in Figure 3.1 shows the change in price since the previous day. The price of the 4.875% notes has risen by 14/32, an unusually large move for a single day. Finally, the column "Asked Yield" shows the **asked yield to maturity.** Because interest is semiannual, yields on U.S. bonds are usually quoted as semiannually compounded yields. Thus, if you buy the 4.875% note at the asked price and hold it to maturity, you earn a semiannually compounded return of 1.2006%. This means that every six months you earn a return of 1.2006/2 = .6003%.

You can now repeat the present value calculations that we did for the French government bond. You just need to recognize that bonds in the U.S. have a face value of $1,000, that their coupons are paid semiannually, and that the quoted yield is a semiannually compounded rate.

Here are the cash payments from the 4.875s of 2012:

| Cash Payments  ($) | | | | | |
|---|---|---|---|---|---|
| **Aug. 2009** | **Feb. 2010** | **Aug. 2010** | **Feb. 2011** | **Aug. 2011** | **Feb. 2012** |
| $24.375 | $24.375 | $24.375 | $24.375 | $24.375 | $1,024.375 |

---

[4] The quoted bond price is known as the *flat* (or *clean*) price. The price that the bond buyer actually pays (sometimes called the *full* or *dirty price*) is equal to the flat price *plus* the interest that the seller has already earned on the bond since the last interest payment. The precise method for calculating this *accrued interest* varies from one type of bond to another. We use the flat price to calculate the yield.

If investors demand a semiannual return of .6003%, then the present value of these cash flows is

$$PV = \frac{24.375}{1.006003} + \frac{24.375}{1.006003^2} + \frac{24.375}{1.006003^3} + \frac{24.375}{1.006003^4} + \frac{24.375}{1.006003^5} + \frac{1024.375}{1.006003^6} = \$1107.95$$

Each note is worth $1,107.95, or 110.795% of face value.

Again we could turn the valuation around: given the price, what's the yield to maturity? Try it, and you'll find (no surprise) that the yield to maturity is $y = .006003$. This is the semiannual rate of return that you can earn over the six remaining half-year periods until the note matures. Take care to remember that the yield is *reported* as an annual rate, calculated as $2 \times .006003 = .012006$, or 1.2006%. If you see a reported yield to maturity of $R\%$, you have to remember to use $y = R/2\%$ as the semiannual rate for discounting cash flows received every six months.

## 3-2 How Bond Prices Vary with Interest Rates

Figure 3.2 plots the yield to maturity on 10-year U.S. Treasury bonds[5] from 1900 to 2008. Notice how much the rate fluctuates. For example, interest rates climbed sharply after 1979 when Paul Volcker, the new chairman of the Fed, instituted a policy of tight money to rein in inflation. Within two years the interest rate on 10-year government bonds rose from 9% to a midyear peak of 15.8%. Contrast this with 2008, when investors fled to the safety of U.S. government bonds. By the end of that year long-term Treasury bonds offered a measly 2.2% rate of interest.

As interest rates change, so do bond prices. For example, suppose that investors demanded a semiannual return of 4% on the 4.875s of 2012, rather than the .6003% return we used above. In that case the price would be

$$PV = \frac{24.375}{1.04} + \frac{24.375}{1.04^2} + \frac{24.375}{1.04^3} + \frac{24.375}{1.04^4} + \frac{24.375}{1.04^5} + \frac{1024.375}{1.04^6} = \$918.09$$



▶ **FIGURE 3.2**

The interest rate on 10-year U.S. Treasury bonds.

---

[5] From this point forward, we will just say "bonds," and not distinguish notes from bonds unless we are referring to a specific security. Note also that bonds with long maturities end up with short maturities when they approach the final payment date. Thus you will encounter 30-year bonds trading 20 years later at the same prices as new 10-year notes (assuming equal coupons).



### FIGURE 3.3

Plot of bond prices as a function of the interest rate. The price of long-term bonds is more sensitive to changes in the interest rate than is the price of short-term bonds.

**eXcel**

Visit us at
www.mhhe.com/bma



The higher interest rate results in a lower price.

Bond prices and interest rates *must* move in opposite directions. The yield to maturity, our measure of the interest rate on a bond, is *defined* as the discount rate that explains the bond price. When bond prices fall, interest rates (that is, yields to maturity) must rise. When interest rates rise, bond prices must fall. We recall a hapless TV pundit who intoned, "The recent decline in long-term interest rates suggests that long-term bond prices may rise over the next week or two." Of course the bond prices had already gone up. We are confident that you won't make the pundit's mistake.

The solid green line in Figure 3.3 shows the value of our 4.875% note for different interest rates. As the yield to maturity falls, the bond price increases. When the annual yield is equal to the note's annual coupon rate (4.875%), the note sells for exactly its face value. When the yield is higher than 4.875%, the note sells at a discount to face value. When the yield is lower than 4.875%, the note sells at a premium.

Bond investors cross their fingers that market interest rates will fall, so that the price of their securities will rise. If they are unlucky and interest rates jump up, the value of their investment declines.

A change in interest rates has only a modest impact on the value of near-term cash flows but a much greater impact on the value of distant cash flows. Thus the price of long-term bonds is affected more by changing interest rates than the price of short-term bonds. For example, compare the two curves in Figure 3.3. The green line shows how the price of the three-year 4.875% note varies with the interest rate. The brown line shows how the price of a 30-year 4.875% bond varies. You can see that the 30-year bond is much more sensitive to interest rate fluctuations than the three-year note.

## Duration and Volatility

Changes in interest rates have a greater impact on the prices of long-term bonds than on those of short-term bonds. But what do we mean by "long-term" and "short-term"? A coupon bond that matures in year 30 makes payments in *each* of years 1 through 30. It's misleading to describe the bond as a 30-year bond; the average time to each cash payment is less than 30 years.

**EXAMPLE 3.1** ● Which Is the Longest-Term Bond?

A strip is a special type of Treasury bond that repays principal at maturity, but makes no coupon payments along the way. Strips are also called *zero-coupon* bonds. (We cover strips in more detail in the next section.)

Consider a strip maturing in February 2015 and two coupon bonds maturing on the same date. Table 3.1 calculates the prices of these three Treasuries, assuming a yield to maturity of 2% per year. Take a look at the time pattern of each bond's cash payments and review how the prices are calculated.

Which of the three Treasuries is the longest-term investment? They have the same final maturity, of course, February 2015. But the *timing* of the bonds' cash payments is not the same. The two coupon bonds deliver cash payments earlier than the strip, so the strip has the longest effective maturity. The *average* maturity of the 4s is in turn longer than that of the 11 1/4s, because the 4s deliver relatively more of their cash flows at maturity, when the face value is paid off. The 11 1/4s have the shortest average maturity, because a greater fraction of this bond's cash payments comes as coupons rather than the final payment of face value.

| Bond | Price (%) Feb. 2009 | Cash payments % Aug. 2009 | Cash payments % Feb. 2010. . . | Cash payments % . . . Aug. 2014 | Cash payments % Feb. 2015 |
|---|---|---|---|---|---|
| Strip for Feb. 2015 | 88.74 | 0 | 0 . . . | . . . 0 | 100.00 |
| 4s of Feb. 2015 | 111.26 | 2.00 | 2.00 . . . | . . . 2.00 | 102.00 |
| 11 1/4s of Feb. 2015 | 152.05 | 5.625 | 5.625 . . . | . . . 5.625 | 105.625 |

▶ **TABLE 3.1**   A comparison of the cash flows and prices of three Treasuries in February 2009, assuming a yield to maturity of 2%.

*Note:* All three securities mature in February 2015.

● ● ● ● ●

Investors and financial managers calculate a bond's average maturity by its **duration.** They keep track of duration because it measures the exposure of the bond's price to fluctuations in interest rates. Duration is often called *Macaulay duration* after its inventor.

Duration is the weighted average of the times when the bond's cash payments are received. The times are the future years 1, 2, 3, etc., extending to the final maturity date, which we call $T$. The weight for each year is the present value of the cash flow received at that time divided by the total present value of the bond.

$$\text{Duration} = \frac{1 \times \text{PV}(C_1)}{\text{PV}} + \frac{2 \times \text{PV}(C_2)}{\text{PV}} + \frac{3 \times \text{PV}(C_3)}{\text{PV}} + \cdots + \frac{T \times \text{PV}(C_T)}{\text{PV}}$$

Table 3.2 shows how to compute duration for the French OATs maturing in 2012. First, we value each of the three annual coupon payments of €8.50 and the final payment of coupon plus face value of €108.50. Of course the present values of these payments add up to the bond price of €120.44. Then we calculate the fraction of the price accounted for by each cash flow and multiply each fraction by the year of the cash flow. The results sum across to a duration of 3.60 years.

| Year ($t$) | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| Cash payment ($C_t$) | €8.50 | €8.50 | €8.50 | €108.50 | |
| PV($C_t$) at 3% | €8.25 | €8.01 | €7.78 | €96.40 | PV = €120.44 |
| Fraction of total value [PV($C_t$)/PV] | 0.069 | 0.067 | 0.065 | 0.800 | |
| Year × Fraction of total value [$t$ × PV($C_t$)/PV] | 0.069 | 0.133 | 0.194 | 3.202 | Total = duration = 3.60 |

▶ **TABLE 3.2**   Calculating duration for the French OATs maturing in 2012. The yield to maturity is 3% per year.

Table 3.3 shows the same calculation for the 11¼% U.S. Treasury bond maturing in February 2015. The present value of each cash payment is calculated using a 2% yield to maturity. Again we calculate the fraction of the price accounted for by each cash flow and multiply each fraction by the year. The calculations look more formidable than in Table 3.2, but only because the final maturity date is 2016 rather than 2012 and coupons are paid semiannually. Thus in Table 3.3 we have to track 12 dates rather than 4. The duration of the 11 1/4s equals 4.83 years.

We leave it to you to calculate durations for the other two bonds in Table 3.1. You will find that duration increases to 5.43 years for the 4s of 2015. The duration of the strip is six years exactly, the same as its maturity. Because there are no coupons, 100% of the strip's value comes from payment of principal in year 6.

We mentioned that investors and financial managers track duration because it measures how bond prices change when interest rates change. For this purpose it's best to use *modified duration* or *volatility,* which is just duration divided by one plus the yield to maturity:

$$\text{Modified duration} = \text{volatility (\%)} = \frac{\text{duration}}{1 + \text{yield}}$$

| Date | Aug. 2009 | Feb. 2010 | Aug. 2010 | Feb. 2011 | . . . | Aug. 2013 | Feb. 2014 | Aug. 2014 | Feb. 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Year ($t$) | 0.5 | 1.0 | 1.5 | 2.0 | . . . | 4.5 | 5.0 | 5.5 | 6.0 | |
| Cash payment ($C_t$) | 5.63 | 5.63 | 5.63 | 5.63 | . . . | 5.63 | 5.63 | 5.63 | 105.625 | |
| PV($C_t$) at 2% | 5.57 | 5.51 | 5.46 | 5.41 | . . . | 5.14 | 5.09 | 5.04 | 93.74 | PV = 152.05 |
| fraction of total value [PV($C_t$)/PV] | 0.0366 | 0.0363 | 0.0359 | 0.0355 | . . . | 0.0338 | 0.0335 | 0.0332 | 0.6165 | |
| Year × fraction of total value [$t$ × PV($C_t$)/PV] | 0.0183 | 0.0363 | 0.0539 | 0.0711 | . . . | 0.1522 | 0.1674 | 0.1824 | 3.6988 | Total = duration = 4.83 |
| Duration (years) = 4.83 | | | | | | | | | | |

▶ **TABLE 3.3**   Calculating the duration of the 11¼% Treasuries of 2015. The yield to maturity is 2%.



Visit us at www.mhhe.com/bma

Modified duration measures the percentage change in bond price for a 1 percentage-point change in yield.[6] Let's try out this formula for the OAT bond in Table 3.2. The bond's modified duration is duration/(1 + yield) = 3.60/1.03 = 3.49%. This means that a 1% change in the yield to maturity should change the bond price by 3.49%.

Let's check that prediction. Suppose the yield to maturity either increases or declines by .5%:

| Yield to Maturity | Price | Change (%) |
|---|---|---|
| 3.5% | 118.37 | − 1.767 |
| 3.0 | 120.44 | — |
| 2.5 | 122.57 | + 1.726 |

The total difference between price at 2.5% and 3.5% is 1.767 + 1.726 = 3.49%. Thus a 1% change in interest rates means a 3.49% change in bond price, just as predicted.

The modified duration for the 11¼% U.S. Treasury in Table 3.3 is 4.83/1.02 = 4.74%. In other words, a 1% change in yield to maturity results in a 4.74% change in the bond's price. Modified durations for the other bonds in Table 3.1 are larger, which means more exposure of price to changes in interest rates. For example, the modified duration of the strip is 6/1.02 = 5.88%.

You can see why duration (or modified duration) is a handy measure of interest-rate risk. For example, investment managers regularly monitor the duration of their bond portfolios to ensure that they are not running undue risk.[7]

## 3-3 The Term Structure of Interest Rates

When we explained in Chapter 2 how to calculate present values, we used the same discount rate to calculate the value of each period's cash flow. A single yield to maturity $y$ can also be used to discount all future cash payments from a bond. For many purposes, using a single discount rate is a perfectly acceptable approximation, but there are also occasions when you need to recognize that short-term interest rates are different from long-term rates.

The relationship between short- and long-term interest rates is called the **term structure of interest rates.** Look for example at Figure 3.4, which shows the term structure in two different years. Notice that in the later year the term structure sloped downward; long-term interest rates were lower than short-term rates. In the earlier year the pattern was reversed and long-term bonds offered a much higher interest rate than short-term bonds. You now need to learn how to measure the term structure and understand why long- and short-term rates differ.

Consider a simple loan that pays $1 at the end of one year. To find the present value of this loan you need to discount the cash flow by the one-year rate of interest rate, $r_1$:

$$PV = 1/(1 + r_1)$$

---

[6] In other words, the derivative of the bond price with respect to a change in yield to maturity is $dPV/dy = -\text{duration}/(1 + y) = -\text{modified duration}$.

[7] The portfolio duration is a weighted average of the durations of the bonds in the portfolio. The weight for each bond is the fraction of the portfolio invested in that bond. Note that as time passes and interest rates change, the portfolio manager needs to recalculate duration.

▶ **FIGURE 3.4**

Short- and long-term interest rates do not always move in parallel. Between September 1992 and April 2000 U.S. short-term rates rose sharply while long-term rates declined.



This rate, $r_1$ is called the one-year **spot rate.** To find the present value of a loan that pays \$1 at the end of two years, you need to discount by the two-year spot rate, $r_2$:

$$PV = 1/(1+ r_2)^2$$

The first year's cash flow is discounted at today's one-year spot rate and the second year's flow is discounted at today's two-year spot rate. The series of spot rates $r_1, r_2, \ldots, r_t, \ldots$ traces out the term structure of interest rates.

Now suppose you have to value \$1 paid at the end of years 1 *and* 2. If the spot rates are different, say $r_1 = 3\%$ and $r_2 = 4\%$, then we need two discount rates to calculate present value:

$$PV = \frac{1}{1.03} + \frac{1}{1.04^2} = 1.895$$

Once we know that PV = 1.895, we can go on to calculate a single discount rate that would give the right answer. That is, we could calculate the yield to maturity by solving for $y$ in the following equation:

$$PV = 1.895 = \frac{1}{(1+y)} + \frac{1}{(1+y)^2}$$

This gives a yield to maturity of 3.66%. Once we have the yield, we could use it to value other two-year annuities. But we can't get the yield to maturity until we know the price. The price is determined by the spot interest rates for dates 1 and 2. Spot rates come first. Yields to maturity come later, after bond prices are set. That is why professionals identify spot interest rates and discount each cash flow at the spot rate for the date when the cash flow is received.

### Spot Rates, Bond Prices, and the Law of One Price

The *law of one price* states that the same commodity must sell at the same price in a well-functioning market. Therefore, all safe cash payments delivered on the same date must be discounted at the same spot rate.

Table 3.4 illustrates how the law of one price applies to government bonds. It lists four government bonds, which we assume make annual coupon payments. We have put at the top the shortest-duration bond, the 8% coupon bond maturing in year 2, and we've put at the bottom the longest-duration bond, the 4-year strip. Of course the strip pays off only at maturity.

| | Year (*t*) | | | | | |
|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **Bond Price (PV)** | **Yield to Maturity (*y*, %)** |
| Spot rates | .035 | .04 | .042 | .044 | | |
| Discount factors | .9662 | .9246 | .8839 | .8418 | | |
| Bond A (8% coupon): | | | | | | |
|   Payment (*C_t*) | $80 | 1,080 | | | | |
|   PV(*C_t*) | $77.29 | 998.52 | | | $1,075.82 | 3.98 |
| Bond B (11% coupon): | | | | | | |
|   Payment (*C_t*) | $110 | 110 | 1,110 | | | |
|   PV(*C_t*) | $106.28 | 101.70 | 981.11 | | $1,189.10 | 4.16 |
| Bond C (6% coupon): | | | | | | |
|   Payment (*C_t*) | $60 | 60 | 60 | 1,060 | | |
|   PV(*C_t*) | $57.97 | 55.47 | 53.03 | 892.29 | $1,058.76 | 4.37 |
| Bond D (strip): | | | | | | |
|   Payment (*C_t*) | | | | $1,000 | | |
|   PV(*C_t*) | | | | $841.78 | $841.78 | 4.40 |

▶ **TABLE 3.4**    The law of one price applied to government bonds.



eXcel

Visit us at
www.mhhe.com/bma

Spot rates and discount factors are given at the top of each column. The law of one price says that investors place the same value on a risk-free dollar regardless of whether it is provided by bond A, B, C, or D. You can check that the law holds in the table.

Each bond is priced by adding the present values of each of its cash flows. Once total PV is calculated, we have the bond price. Only then can the yield to maturity be calculated.

Notice how the yield to maturity increases as bond maturity increases. The yields increase with maturity because the term structure of spot rates is upward-sloping. Yields to maturity are complex averages of spot rates.

Financial managers who want a quick, summary measure of interest rates bypass spot interest rates and look in the financial press at yields to maturity. They may refer to the *yield curve*, which plots yields to maturity, instead of referring to the term structure, which plots spot rates. They may use the yield to maturity on one bond to value another bond with roughly the same coupon and maturity. They may speak with a broad brush and say, "Ampersand Bank will charge us 6% on a three-year loan," referring to a 6% yield to maturity.

Throughout this book, we too use the yield to maturity to summarize the return required by bond investors. But you also need to understand the measure's limitations when spot rates are not equal.

## Measuring the Term Structure

You can think of the spot rate, $r_t$, as the rate of interest on a bond that makes a single payment at time $t$. Such simple bonds do exist—we have already seen examples. They are known as **stripped bonds,** or **strips.** On request the U.S. Treasury will split a normal coupon bond into a package of mini-bonds, each of which makes just one cash payment. Our 4.875% notes of 2012 could be exchanged for six semiannual coupon strips, each paying

$24.375, and a principal strip paying $1,000. In February 2009 this package of coupon strips would have cost $143.83 and the principal strip would have cost $964.42, making a total cost of $1,108.25, just a few cents more than it cost to buy one 4.875% note. That should be no surprise. Because the two investments provide identical cash payments, they must sell for very close to the same price.

We can use the prices of strips to measure the term structure of interest rates. For example, in February 2009 a 10-year strip cost $714.18. In return, investors could look forward to a single payment of $1,000 in February 2019. Thus investors were prepared to pay $.71418 for the promise of $1 at the end of 10 years. The 10-year discount factor was $DF_{10} = 1/(1 + r_{10})^{10} = .71418$, and the 10-year spot rate was $r_{10} = (1/.71418)^{.10} - 1 = .0342$, or 3.42%. In Figure 3.5 we use the prices of strips with different maturities to plot the term structure of spot rates from 1 to 10 years. You can see that in 2009 investors required a somewhat higher interest rate for lending for 10 years rather than for 1.

### Why the Discount Factor Declines As Futurity Increases— and a Digression on Money Machines

In Chapter 2 we saw that the longer you have to wait for your money, the less is its present value. In other words, the two-year discount factor $DF_2 = 1/(1 + r_2)^2$ is less than the one-year discount factor $DF_1 = (1 + r_1)$. But is this *necessarily* the case when there can be a different spot interest rate for each period?

Suppose that the one-year spot rate of interest is $r_1 = 20\%$, and the two-year spot rate is $r_2 = 7\%$. In this case the one-year discount factor is $DF_1 = 1/1.20 = .833$ and the two-year discount factor is $DF_2 = 1/1.07^2 = .873$. Apparently a dollar received the day after tomorrow is *not* necessarily worth less than a dollar received tomorrow.

But there is something wrong with this example. Anyone who could borrow and invest at these interest rates could become a millionaire overnight. Let us see how such a "money machine" would work. Suppose the first person to spot the opportunity is



**► FIGURE 3.5**

Spot rates on U.S. Treasury strips, February 2009.

Hermione Kraft. Ms. Kraft first buys a one-year Treasury strip for .833 × $1,000 = $833. Now she notices that there is a way to earn an *immediate* surefire profit on this investment. She reasons as follows. Next year the strip will pay off $1,000 that can be reinvested for a further year. Although she does not know what interest rates will be at that time, she does know that she can always put the money in a checking account and be certain of having $1,000 at the end of year 2. Her next step, therefore, is to go to her bank and borrow the present value of this $1,000. At 7% interest the present value is $PV = 1000/(1.07)^2 = \$873$.

So Ms. Kraft borrows $873, invests $830, and walks away with a profit of $43. If that does not sound like very much, notice that by borrowing more and investing more she can make much larger profits. For example, if she borrows $21,778,584 and invests $20,778,584, she would become a millionaire.[8]

Of course this story is completely fanciful. Such an opportunity would not last long in well-functioning capital markets. Any bank that allowed you to borrow for two years at 7% when the one-year interest rate was 20% would soon be wiped out by a rush of small investors hoping to become millionaires and a rush of millionaires hoping to become billionaires. There are, however, two lessons to our story. The first is that a dollar tomorrow *cannot* be worth less than a dollar the day after tomorrow. In other words, the value of a dollar received at the end of one year ($DF_1$) cannot be less than the value of a dollar received at the end of two years ($DF_2$). There must be some extra gain from lending for two periods rather than one: $(1 + r_2)^2$ cannot be less than $1 + r_1$.

Our second lesson is a more general one and can be summed up by this precept: "There is no such thing as a surefire money machine." The technical term for money machine is **arbitrage.** In well-functioning markets, where the costs of buying and selling are low, arbitrage opportunities are eliminated almost instantaneously by investors who try to take advantage of them.

Later in the book we invoke the *absence* of arbitrage opportunities to prove several useful properties about security prices. That is, we make statements like, "The prices of securities X and Y must be in the following relationship—otherwise there would be potential arbitrage profits and capital markets would not be in equilibrium."

**3-4   Explaining the Term Structure**

The term structure that we showed in Figure 3.5 was upward-sloping. Long-term rates of interest in February 2009 were more than 3.5%; short-term rates were 1% or less. Why then didn't everyone rush to buy long-term bonds? Who were the (foolish?) investors who put their money into the short end of the term structure?

Suppose that you held a portfolio of one-year U.S. Treasuries in February 2009. Here are three possible reasons why you might decide to hold on to them, despite their low rate of return:

**1.** You believe that short-term interest rates will be higher in the future.

**2.** You worry about the greater exposure of long-term bonds to changes in interest rates.

**3.** You worry about the risk of higher future inflation.

We review each of these reasons now.

---

[8] We exaggerate Ms. Kraft's profits. There are always costs to financial transactions, though they may be very small. For example, Ms. Kraft could use her investment in the one-year strip as security for the bank loan, but the bank would need to charge more than 7% on the loan to cover its costs.

### Expectations Theory of the Term Structure

Recall that you own a portfolio of one-year Treasuries. A year from now, when the Treasuries mature, you can reinvest the proceeds for another one-year period and enjoy whatever interest rate the bond market offers then. The interest rate for the second year may be high enough to offset the first year's low return. You often see an upward-sloping term structure when future interest rates are expected to rise.

---

**EXAMPLE 3.2**    ● Expectations and the Term Structure

Suppose that the one-year interest rate, $r_1$, is 5%, and the two-year rate, $r_2$, is 7%. If you invest $100 for one year, your investment grows to $100 \times 1.05 = \$105$; if you invest for two years, it grows to $100 \times 1.07^2 = \$114.49$. The *extra* return that you earn for that second year is $1.07^2/1.05 - 1 = .090$, or 9.0%.[9]

Would you be happy to earn that extra 9% for investing for two years rather than one? The answer depends on how you expect interest rates to change over the coming year. If you are confident that in 12 months' time one-year bonds will yield more than 9.0%, you would do better to invest in a one-year bond and, when that matured, reinvest the cash for the next year at the higher rate. If you forecast that the future one-year rate is exactly 9.0%, then you will be indifferent between buying a two-year bond or investing for one year and then rolling the investment forward at next year's short-term interest rate.

If everyone is thinking as you just did, then the two-year interest rate has to adjust so that everyone is equally happy to invest for one year or two. Thus the two-year rate will incorporate both today's one-year rate and the consensus forecast of next year's one-year rate.

● ● ● ● ●

---

We have just illustrated (in Example 3.2) the **expectations theory** of the term structure. It states that in equilibrium investment in a series of short-maturity bonds must offer the same expected return as an investment in a single long-maturity bond. Only if that is the case would investors be prepared to hold both short- and long-maturity bonds.

The expectations theory implies that the *only* reason for an upward-sloping term structure is that investors expect short-term interest rates to rise; the *only* reason for a declining term structure is that investors expect short-term rates to fall.

If short-term interest rates are significantly lower than long-term rates, it is tempting to borrow short-term rather than long-term. The expectations theory implies that such naïve strategies won't work. If short-term rates are lower than long-term rates, then investors must be expecting interest rates to rise. When the term structure is upward-sloping, you are likely to make money by borrowing short only if investors are *overestimating* future increases in interest rates.

Even at a casual glance the expectations theory does not seem to be the complete explanation of term structure. For example, if we look back over the period 1900–2008, we find that the return on long-term U.S. Treasury bonds was on average 1.5 percentage points higher than the return on short-term Treasury bills. Perhaps short-term interest rates stayed lower than investors expected, but it seems more likely that investors wanted some extra return for holding long bonds and that on average they got it. If so, the expectations theory is only a first step.

These days the expectations theory has few strict adherents. Nevertheless, most economists believe that expectations about future interest rates have an important effect on the term structure. For example, you will hear market commentators remark that the six-month interest rate is higher than the three-month rate and conclude that the market is expecting the

---

[9] The extra return for lending for one more year is termed the *forward rate of interest*. In our example the forward rate is 9.0%. In Ms. Kraft's arbitrage example, the forward interest rate was negative. In real life, forward interest rates can't be negative. At the lowest they are zero.

Federal Reserve Board to raise interest rates. There is good evidence for this type of reasoning. Suppose that every month from 1950 to 2008 you used the extra return from lending for six months rather than three to predict the likely change in interest rates. You would have found on average that the steeper the term structure, the more that interest rates subsequently rose. So it looks as if the expectations theory has some truth to it even if it is not the whole truth.

### Introducing Risk

What does the expectations theory leave out? The most obvious answer is "risk." If you are confident about the future level of interest rates, you will simply choose the strategy that offers the highest return. But, if you are not sure of your forecasts, you may well opt for a less risky strategy even if it means giving up some return.

Remember that the prices of long-duration bonds are more volatile than prices of short-duration bonds. A sharp increase in interest rates can knock 30% or 40% off the price of long-term bonds.

For some investors, this extra volatility of long-duration bonds may not be a concern. For example, pension funds and life insurance companies have fixed long-term liabilities, and may prefer to lock in future returns by investing in long-term bonds. However, the volatility of long-term bonds *does* create extra risk for investors who do not have such long-term obligations. These investors will be prepared to hold long bonds only if they offer the compensation of a higher return. In this case the term structure will be upward-sloping more often than not. Of course, if interest rates are expected to fall, the term structure could be downward-sloping and still reward investors for lending long. But the additional reward for risk offered by long bonds would result in a less dramatic downward slope.

### Inflation and Term Structure

Suppose you are saving for your retirement 20 years from now. Which of the following strategies is more risky? Invest in a succession of one-year Treasuries, rolled over annually, or invest once in 20-year strips? The answer depends on how confident you are about future inflation.

If you buy the 20-year strips, you know exactly how much money you will have at year 20, but you don't know what that money will buy. Inflation may seem benign now, but who knows what it will be in 10 or 15 years? This uncertainty about inflation may make it uncomfortably risky for you to lock in one 20-year interest rate by buying the strips. This was a problem facing investors in 2009, when no one could be sure whether the country was facing the prospect of prolonged deflation or whether the high levels of government borrowing would prompt rapid inflation.

You can reduce exposure to inflation risk by investing short-term and rolling over the investment. You do not know future short-term interest rates, but you do know that future interest rates will adapt to inflation. If inflation takes off, you will probably be able to roll over your investment at higher interest rates.

If inflation is an important source of risk for long-term investors, borrowers must offer some extra incentive if they want investors to lend long. That is why we often see a steeply upward-sloping term structure when inflation is particularly uncertain.

## 3-5   Real and Nominal Rates of Interest

It is now time to review more carefully the relation between inflation and interest rates. Suppose you invest $1,000 in a one-year bond that makes a single payment of $1,100 at the end of the year. Your cash flow is certain, but the government makes no promises about what that money will buy. If the prices of goods and services increase by more than 10%, you will lose ground in terms of purchasing power.

Several indexes are used to track the general level of prices. The best known is the Consumer Price Index (CPI), which measures the number of dollars that it takes to pay for a typical family's purchases. The change in the CPI from one year to the next measures the rate of inflation.

Figure 3.6 shows the rate of inflation in the U.S. since 1900. Inflation touched a peak at the end of World War I, when it reached 21%. However, this figure pales into insignificance compared with the hyperinflation in Zimbabwe in 2008. Prices there rose so fast that a Z$50 trillion bill was barely enough to buy a loaf of bread.

Prices can fall as well as rise. The U.S. experienced severe *deflation* in the Great Depression, when prices fell by 24% in three years. More recently, consumer prices in Hong Kong fell by nearly 15% in the six years from 1999 to 2004.

The *average* U.S. inflation rate from 1900 to 2008 was 3.1%. As you can see from Figure 3.7, among major economies the U.S. has been almost top of the class in holding inflation in check. Countries torn by war have generally experienced much higher

> **FIGURE 3.6**

Annual rates of inflation in the United States from 1900–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



> **FIGURE 3.7**

Average rates of inflation in 17 countries from 1900–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



inflation. For example, in Italy and Japan, inflation since 1900 has averaged about 11% a year.

Economists and financial managers refer to current, or *nominal*, dollars versus constant, or *real*, dollars. For example, the nominal cash flow from your one-year bond is $1,100. But if prices rise over the year by 6%, then each dollar will buy you 6% less next year than it does today. So at the end of the year $1,100 has the same purchasing power as $1,100/1.06 = $1,037.74 today. The nominal payoff on the bond is $1,100, but the real payoff is only $1,037.74.

The formula for converting nominal cash flows in a future period $t$ to real cash flows today is

$$\text{Real cash flow at date } t = \frac{\text{Nominal cash flow at date } t}{(1 + \text{inflation rate})^t}$$

For example, suppose you invest in a 20-year Treasury strip, but inflation over the 20 years averages 6% per year. The strip pays $1,000 in year 20, but the real value of that payoff is only $1,000/1.06^{20} = \$311.80$. In this example, the purchasing power of $1 today declines to just over $.31 after 20 years.

These examples show you how to get from nominal to real cash flows. The journey from nominal to real interest rates is similar. When a bond dealer says that your bond yields 10%, she is quoting a nominal interest rate. That rate tells you how rapidly your money will grow, say over one year:

| Invest Current Dollars | Receive Dollars in Year 1 | Result |
|---|---|---|
| $1,000 → | $1,100 | 10% *nominal* rate of return |

However, with an expected inflation rate of 6%, you are only 3.774% better off at the end of the year than at the start:

| Invest Current Dollars | Expected Real Value of Dollars in Year 1 | Result |
|---|---|---|
| $1,000 → | $1,037.74 (= 1,100/1.06) | 3.774% expected *real* rate of return |

Thus, we could say, "The bond offers a 10% nominal rate of return," or "It offers a 3.774% expected real rate of return."

The formula for calculating the real rate of return is:

$$1 + r_{\text{real}} = (1 + r_{\text{nominal}})/(1 + \text{inflation rate})$$

In our example, $1 + r_{\text{real}} = 1.10/1.06 = 1.03774$.[10]

## Indexed Bonds and the Real Rate of Interest

Most bonds are like our U.S. Treasury bonds; they promise you a fixed *nominal* rate of interest. The *real* interest rate that you receive is uncertain and depends on inflation. If the inflation rate turns out to be higher than you expected, the real return on your bonds will be lower.

---

[10] A common rule of thumb states that $r_{\text{real}} = r_{\text{nominal}} - $ inflation rate. In our example this gives $r_{\text{real}} = .10 - .06 = .04$, or 4%. This is not a bad approximation to the true real interest rate of 3.774%. But when inflation is high, it pays to use the full formula.

You *can* nail down a real return, however. You do so by buying an *indexed bond* that makes cash payments linked to inflation. Indexed bonds have been around in many other countries for decades, but they were almost unknown in the United States until 1997, when the U.S. Treasury began to issue inflation-indexed bonds known as TIPS (Treasury Inflation-Protected Securities).[11]

The real cash flows on TIPS are fixed, but the nominal cash flows (interest and principal) increase as the CPI increases.[12] For example, suppose that the U.S. Treasury issues 3% 20-year TIPS at a price equal to its face value of $1,000. If during the first year the CPI rises by 10%, then the coupon payment on the bond increases by 10% from $30 to 30 × 1.10 = $33. The amount that you will be paid at maturity also increases to $1,000 × 1.10 = $1,100. The purchasing power of the coupon and face value remain constant at $33/1.10 = $30 and $1,100/1.10 = $1,000. Thus, an investor who buys the bond at the issue price earns a real interest rate of 3%.

Long-term TIPS offered a yield of about 1.7% in February 2009. This is a *real* yield to maturity. It measures the extra goods and services your investment will allow you to buy. The 1.7% yield on TIPS was about 1.0% less than the nominal yield on ordinary Treasury bonds. If the annual inflation rate turns out to be higher than 1.0%, investors will earn a higher return by holding long-term TIPS; if the inflation rate turns out to be less than 1.0%, they would have been better off with nominal bonds.

## What Determines the Real Rate of Interest?

The real rate of interest depends on people's willingness to save (the supply of capital)[13] and the opportunities for productive investment by governments and businesses (the demand for capital). For example, suppose that investment opportunities generally improve. Firms have more good projects, so they are willing to invest more than previously at the current real interest rate. Therefore, the rate has to rise to induce individuals to save the additional amount that firms want to invest.[14] Conversely, if investment opportunities deteriorate, there will be a fall in the real interest rate.

Thus the real rate of interest depends on the balance of saving and investment in the overall economy.[15] A high aggregate willingness to save may be associated with high aggregate wealth (because wealthy people usually save more), an uneven distribution of wealth (an even distribution would mean fewer rich people who do most of the saving), and a high proportion of middle-aged people (the young don't need to save and the old don't want to—"You can't take it with you"). A high propensity to invest may be associated with a high level of industrial activity or major technological advances.

Real interest rates do change but they do so gradually. We can see this by looking at the U.K., where the government has issued indexed bonds since 1982. The green line in

---

[11] Indexed bonds were not completely unknown in the United States before 1997. For example, in 1780 American Revolutionary soldiers were compensated with indexed bonds that paid the value of "five bushels of corn, 68 pounds and four-seventh parts of a pound of beef, ten pounds of sheep's wool, and sixteen pounds of sole leather."

[12] The reverse happens if there is deflation. In this case the coupon payment and principal amount are adjusted downward. However, the U.S. government guarantees that when the bond matures it will not pay less than its original face value.

[13] Some of this saving is done indirectly. For example, if you hold 100 shares of IBM stock, and IBM retains and reinvests earnings of $1.00 a share, IBM is saving $100 on your behalf. The government may also oblige you to save by raising taxes to invest in roads, hospitals, etc.

[14] We assume that investors save more as interest rates rise. It doesn't have to be that way. Suppose that 20 years hence you will need $50,000 in today's dollars for your children's college tuition. How much will you have to set aside today to cover this obligation? The answer is the present value of a real expenditure of $50,000 after 20 years, or $50,000/(1 + real interest rate)^{20}. The higher the real interest rate, the lower the present value and the less you have to set aside.

[15] Short- and medium-term real interest rates are also affected by the monetary policy of central banks. For example, sometimes central banks keep short-term nominal interest rates low despite significant inflation. The resulting real rates can be negative. Nominal interest rates cannot be negative, however, because investors can simply hold cash. Cash always pays zero interest, which is better than negative interest.



▶ **FIGURE 3.8**

The green line shows the real yield on long-term indexed bonds issued by the U.K. government. The brown line shows the yield on long-term nominal bonds. Notice that the real yield has been much more stable than the nominal yield.

Figure 3.8 shows that the real yield to maturity on these bonds has fluctuated within a relatively narrow range, while the yield on nominal government bonds (the brown line) has declined dramatically.

## Inflation and Nominal Interest Rates

How does the inflation outlook affect the nominal rate of interest? Here is how economist Irving Fisher answered the question. Suppose that consumers are equally happy with 100 apples today or 103 apples in a year's time. In this case the real or "apple" interest rate is 3%. If the price of apples is constant at (say) $1 each, then we will be equally happy to receive $100 today or $103 at the end of the year. That extra $3 will allow us to buy 3% more apples at the end of the year than we could buy today.

But suppose now that the apple price is expected to increase by 5% to $1.05 each. In that case we would *not* be happy to give up $100 today for the promise of $103 next year. To buy 103 apples in a year's time, we will need to receive 1.05 × $103 = $108.15. In other words, the nominal rate of interest must increase by the expected rate of inflation to 8.15%.

This is Fisher's theory: A change in the expected inflation rate causes the same proportionate change in the *nominal* interest rate; it has no effect on the required real interest rate. The formula relating the nominal interest rate and expected inflation is

$$1 + r_{nominal} = (1 + r_{real})(1 + i)$$

where $r_{real}$ is the real interest rate that consumers require and $i$ is the expected inflation rate. In our example, the prospect of inflation causes $1 + r_{nominal}$ to rise to 1.03 × 1.05 = 1.0815.

Not all economists would agree with Fisher that the real rate of interest is unaffected by the inflation rate. For example, if changes in prices are associated with changes in the level of industrial activity, then in inflationary conditions I might want more or less than 103 apples in a year's time to compensate me for the loss of 100 today.

We wish we could show you the past behavior of interest rates and *expected* inflation. Instead we have done the next best thing and plotted in Figure 3.9 the return on Treasury bills (short-term government debt) against *actual* inflation for the U.S., U.K., and Germany. Notice that since 1953 the return on Treasury bills has generally been a little above the rate of inflation. Investors in each country earned an average real return of between 1% and 2% during this period.

Look now at the relationship between the rate of inflation and the Treasury bill rate. Figure 3.9 shows that investors have for the most part demanded a higher rate of interest

when inflation was high. So it looks as if Fisher's theory provides a useful rule of thumb for financial managers. If the expected inflation rate changes, it is a good bet that there will be a corresponding change in the interest rate. In other words, a strategy of rolling over short-term investments affords some protection against uncertain inflation.



◗ **FIGURE 3.9**

The return on Treasury bills and the rate of inflation in the U.K., U.S., and Germany, 1953–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.

**3-6**  Corporate Bonds and the Risk of Default

Our focus so far has been on U.S. Treasury bonds. But the federal government is not the only issuer of bonds. State and local governments borrow by selling bonds.[16] So do corporations. Many foreign governments and corporations also borrow in the U.S. At the same time U.S. corporations may borrow dollars or other currencies by issuing their bonds in other countries. For example, they may issue dollar bonds in London that are then sold to investors throughout the world.

National governments don't go bankrupt—they just print more money. But they can't print money of other countries.[17] Therefore, when a foreign government borrows dollars, investors worry that in some future crisis the government may not be able to come up with enough dollars to repay the debt. This worry shows up in bond prices and yields to maturity. For example, in 2008 a collapse in the Ukrainian exchange rate raised the cost of servicing the country's foreign debts. Despite a bailout from the International Monetary Fund, bondholders worried that the Ukrainian government would not be able to service the dollar bonds that it had issued. By early 2009, the promised yield on Ukrainian government debt had climbed to 25 percentage points above the yield on U.S. Treasuries.

Corporations that get into financial distress may also be forced to default on their bonds. Thus the payments promised to corporate bondholders represent a best-case scenario: The firm will never pay more than the promised cash flows, but in hard times it may pay less.

The safety of most corporate bonds can be judged from bond ratings provided by Moody's, Standard & Poor's (S&P), and Fitch. Table 3.5 lists the possible bond ratings in declining order of quality. For example, the bonds that receive the highest Moody's rating are known as Aaa (or "triple A") bonds. Then come Aa (double A), A, Baa bonds, and so on. Bonds rated Baa and above are called **investment grade,** while those with a rating of Ba or below are referred to as *speculative grade, high-yield,* or **junk bonds.**

It is rare for highly rated bonds to default. However, when an investment-grade bond does go under, the shock waves are felt in all major financial centers. For example, in May 2001 World-Com sold $11.8 billion of bonds with an investment-grade rating. About one year later, WorldCom filed for bankruptcy, and its bondholders lost more than 80% of their investment. For those bondholders, the agencies that had assigned investment-grade ratings were not the flavor of the month.

| Moody's | Standard & Poor's and Fitch |
|---------|------------------------------|
| Aaa | AAA |
| Aa | AA |
| A | A |
| Baa | BBB |
| Ba | BB |
| B | B |
| Caa | CCC |
| Ca | CC |
| C | C |

▶ **TABLE 3.5**  Key to bond ratings. The highest-quality bonds rated Baa/BBB or above are investment grade. Lower-rated bonds are called high-yield, or junk, bonds.

---

[16] These *municipal bonds* enjoy a special tax advantage, because investors are exempt from federal income tax on the coupon payments on state and local government bonds. As a result, investors accept lower pretax yields on "munis."

[17] The U.S. government can print dollars and the Japanese government can print yen. But governments in the Eurozone don't even have the luxury of being able to print their own currency. For example, during the 2008 credit crisis, investors worried that the Greek government would not be able to service its euro debts. At one point Greek bonds yielded 3% more than equivalent German government bonds.

As you would expect, yields on corporate bonds vary with the bond rating. Figure 3.10 shows the yield spread of corporate bonds against U.S. Treasuries. Notice how spreads widen as safety falls off.

The credit crunch that began in 2008 saw a dramatic widening in yield spreads. Look at Table 3.6, which shows the prices and yields in December 2008 for a sample of corporate bonds ranked by Standard & Poor's rating. The yield on General Motors bonds exceeded 50%. That may seem like a mouth-watering rate of return, but investors foresaw that GM was likely to go bankrupt and that bond investors would not get their money back.

The yields to maturity reported in Table 3.6 depend on the probability of default, the amount recovered by the bondholder in the event of default, and also on *liquidity*. Corporate bonds are less liquid than Treasuries: they are more difficult and expensive to trade, particularly in large quantities or on short notice. Many investors value liquidity and will demand a higher interest rate on a less liquid bond. Lack of liquidity accounts for some of the spread between yields on corporate and Treasury bonds.

▶ **FIGURE 3.10**

Yield spreads between corporate and 10-year Treasury bonds.



| Issuer | Coupon | Maturity | S&P Rating | Price, % of Face Value | Yield to Maturity |
|---|---|---|---|---|---|
| Pfizer | 4.65% | 2018 | AAA | 104.00% | 4.12% |
| Wal-Mart | 6.75 | 2023 | AA | 111.45 | 5.60 |
| DuPont | 6 | 2018 | A | 101.97 | 5.73 |
| ConAgra | 9.75 | 2021 | BBB | 111.00 | 8.30 |
| Woolworth | 8.50 | 2022 | BB | 93.99 | 9.30 |
| Eastman Kodak | 9.20 | 2021 | B | 70.00 | 14.46 |
| General Motors | 8.8 | 2021 | CCC | 16.66 | 56.78 |

▶ **TABLE 3.6** Prices and yields of a sample of corporate bonds, December 2008.

*Source:* Bond transactions reported on FINRA's TRACE service: http://cxa.marketwatch.com/finra/BondCenter.

# Valuing Bonds

▶ Spreadsheet programs such as Excel provide built-in functions to solve for a variety of bond valuation problems. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel will ask you for the inputs that it needs. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for valuing bonds, together with some points to remember when entering data:

- **PRICE:** The price of a bond given its yield to maturity.
- **YLD:** The yield to maturity of a bond given its price.
- **DURATION:** The duration of a bond.
- **MDURATION:** The modified duration (or volatility) of a bond.

Note:

- You can enter all the inputs in these functions directly as numbers or as the addresses of cells that contain the numbers.



- You must enter the yield and coupon as decimal values, for example, for 3% you would enter .03.
- Settlement is the date that payment for the security is made. Maturity is the maturity date. You can enter these dates directly using the Excel date function, for example, you would enter 15 Feb 2009 as DATE(2009,02,15). Alternatively, you can enter these dates in a cell and then enter the cell address in the function.
- In the functions for PRICE and YLD you need to scroll down in the function box to enter the frequency of coupon payments. Enter 1 for annual payments or 2 for semiannual.
- The functions for PRICE and YLD ask for an entry for "basis." We suggest you leave this blank. (See the Help facility for an explanation.)

**SPREADSHEET QUESTIONS**

The following questions provide an opportunity to practice each of these functions.

**3.1** (PRICE) In February 2009, Treasury 8.5s of 2020 yielded 3.2976% (see Figure 3.1). What was their price? If the yield rose to 4%, what would happen to the price?

**3.2** (YLD) On the same day Treasury 3.5s of 2018 were priced at 107:15 (see Figure 3.1). What was their yield to maturity? Suppose that the price was 110:00. What would happen to the yield?

**3.3** (DURATION) What was the duration of the Treasury 8.5s? How would duration change if the yield rose to 4%? Can you explain why?

**3.4** (MDURATION) What was the modified duration of the Treasury 8.5s? How would modified duration differ if the coupon were only 7.5%?

## Corporate Bonds Come in Many Forms

Most corporate bonds are similar to the government bonds that we have analyzed in this chapter. In other words, they promise to make a fixed nominal coupon payment for each year until maturity, at which point they also promise to repay the face value. However, you will find that corporate bonds offer far greater variety than governments. Here are just two examples.

**67**

**Floating-Rate Bonds**   Some corporate bonds are *floating rate*. They make coupon payments that are tied to some measure of current market rates. The rate might be reset once a year to the current short-term Treasury rate plus a spread of 2%, for example. So if the Treasury bill rate at the start of the year is 6%, the bond's coupon rate over the next year is set at 8%. This arrangement means that the bond's coupon rate always approximates current market interest rates.

**Convertible Bonds**   If you buy a convertible bond, you can choose later to exchange it for a specified number of shares of common stock. For example, a convertible bond that is issued at a face value of $1,000 may be convertible into 50 shares of the firm's stock. Because convertible bonds offer the opportunity to participate in any price appreciation of the company's stock, convertibles can be issued at lower coupon rates than plain-vanilla bonds.

We have only skimmed the differences between government and corporate bonds. More detail follows in several later chapters, including Chapters 23 and 24. But you have a sufficient start for now.

● ● ● ● ●

**SUMMARY**

Bonds are simply long-term loans. If you own a bond, you are entitled to a regular interest (or *coupon*) payment and at maturity you get back the bond's face value (or *principal*). In the U.S., coupons are normally paid every six months, but in other countries they may be paid annually.

The value of any bond is equal to its cash payments discounted at the spot rates of interest. For example, the present value of a 10-year bond with a 5% coupon paid annually equals

$$\text{PV}(\% \text{ of face value}) = \frac{5}{(1+r_1)} + \frac{5}{(1+r_2)^2} + \cdots + \frac{105}{(1+r_{10})^{10}}$$

This calculation uses a different spot rate of interest for each period. A plot of spot rates by maturity shows the term structure of interest rates.

Spot interest rates are most conveniently calculated from the prices of strips, which are bonds that make a single payment of face value at maturity, with zero coupons along the way. The price of a strip maturing in a future date $t$ reveals the discount factor and spot rate for cash flows at that date. All other safe cash payments on that date are valued at that same spot rate.

Investors and financial managers use the yield to maturity on a bond to summarize its prospective return. To calculate the yield to maturity on the 10-year 5s, you need to solve for $y$ in the following equation:

$$\text{PV}(\% \text{ of face value}) = \frac{5}{(1+y)} + \frac{5}{(1+y)^2} + \cdots + \frac{105}{(1+y)^{10}}$$

The yield to maturity discounts all cash payments at the same rate, even if spot rates differ. Notice that the yield to maturity for a bond can't be calculated until you know the bond's price or present value.

A bond's maturity tells you the date of its final payment, but it is also useful to know the *average* time to each payment. This is called the bond's *duration*. Duration is important because there is a direct relationship between the duration of a bond and the exposure of its price to changes in interest rates. A change in interest rates has a greater effect on the price of long-duration bonds.

Visit us at www.mhhe.com/bma

The term structure of interest rates is upward-sloping more often than not. This means that long-term spot rates are higher than short-term spot rates. But it does *not* mean that investing long is more profitable than investing short. The *expectations theory* of the term structure tells us that bonds are priced so that an investor who holds a succession of short bonds can expect the same return as another investor who holds a long bond. The expectations theory predicts an upward-sloping term structure only when future short-term interest rates are expected to rise.

The expectations theory cannot be a complete explanation of term structure if investors are worried about risk. Long bonds may be a safe haven for investors with long-term fixed liabilities. But other investors may not like the extra volatility of long-term bonds or may be concerned that a sudden burst of inflation may largely wipe out the real value of these bonds. These investors will be prepared to hold long-term bonds only if they offer the compensation of a higher rate of interest.

Bonds promise fixed nominal cash payments, but the *real* interest rate that they provide depends on inflation. The best-known theory about the effect of inflation on interest rates was suggested by Irving Fisher. He argued that the nominal, or money, rate of interest is equal to the required real rate plus the expected rate of inflation. If the expected inflation rate increases by 1%, so too will the money rate of interest. During the past 50 years Fisher's simple theory has not done a bad job of explaining changes in short-term interest rates.

When you buy a U.S. Treasury bond, you can be confident that you will get your money back. When you lend to a company, you face the risk that it will go belly-up and will not be able to repay its bonds. Defaults are rare for companies with investment-grade bond ratings, but investors worry nevertheless. Companies need to compensate investors for default risk by promising to pay higher rates of interest.

● ● ● ● ●

**FURTHER READING**

*A good general text on debt markets is:*

S. Sundaresan, *Fixed Income Markets and Their Derivatives*, 3rd ed. (San Diego, CA: Academic Press, 2009).

*Schaefer's paper is a good review of duration and how it is used to hedge fixed liabilities:*

A.M. Schaefer, "Immunisation and Duration: A Review of Theory, Performance and Application," in *The Revolution in Corporate Finance*, ed. J. M. Stern and D. H. Chew, Jr. (Oxford: Basil Blackwell, 1986).

● ● ● ● ●

**PROBLEM SETS**

 **connect**™   Select problems are available in McGraw-Hill Connect. Please see the preface for more information.

**BASIC**

1. A 10-year bond is issued with a face value of $1,000, paying interest of $60 a year. If market yields increase shortly after the T-bond is issued, what happens to the bond's
   a. Coupon rate?
   b. Price?
   c. Yield to maturity?

2. The following statements are true. Explain why.
   a. If a bond's coupon rate is higher than its yield to maturity, then the bond will sell for more than face value.
   b. If a bond's coupon rate is lower than its yield to maturity, then the bond's price will increase over its remaining maturity.

Visit us at www.mhhe.com/bma



Visit us at
www.mhhe.com/bma

Visit us at
www.mhhe.com/bma

**3.** In February 2009 Treasury 6s of 2026 offered a semiannually compounded yield of 3.5965%. Recognizing that coupons are paid semiannually, calculate the bond's price.

**4.** Here are the prices of three bonds with 10-year maturities:

| Bond Coupon (%) | Price (%) |
|---|---|
| 2 | 81.62 |
| 4 | 98.39 |
| 8 | 133.42 |

If coupons are paid annually, which bond offered the highest yield to maturity?

Which had the lowest? Which bonds had the longest and shortest durations?

**5.** Construct some simple examples to illustrate your answers to the following:

    a. If interest rates rise, do bond prices rise or fall?

    b. If the bond yield is greater than the coupon, is the price of the bond greater or less than 100?

    c. If the price of a bond exceeds 100, is the yield greater or less than the coupon?

    d. Do high-coupon bonds sell at higher or lower prices than low-coupon bonds?

    e. If interest rates change, does the price of high-coupon bonds change proportionately more than that of low-coupon bonds?

**6.** Which comes first in the market for U.S. Treasury bonds:

    a. Spot interest rates or yields to maturity?

    b. Bond prices or yields to maturity?



Visit us at
www.mhhe.com/bma

**7.** Look again at Table 3.4. Suppose that spot interest rates all change to 4%—a "flat" term structure of interest rates.

    a. What is the new yield to maturity for each bond in the table?

    b. Recalculate the price of bond A.

**8.** a. What is the formula for the value of a two-year, 5% bond in terms of spot rates?

    b. What is the formula for its value in terms of yield to maturity?

    c. If the two-year spot rate is higher than the one-year rate, is the yield to maturity greater or less than the two-year spot rate?

**9.** The following table shows the prices of a sample of U.S. Treasury strips in August 2009. Each strip makes a single payment of $1,000 at maturity.

    a. Calculate the annually compounded, spot interest rate for each year.

    b. Is the term structure upward- or downward-sloping, or flat?

    c. Would you expect the yield on a coupon bond maturing in August 2013 to be higher or lower than the yield on the 2013 strip?

| Maturity | Price (%) |
|---|---|
| August 2010 | 99.423 |
| August 2011 | 97.546 |
| August 2012 | 94.510 |
| August 2013 | 90.524 |

**10.** a. An 8%, five-year bond yields 6%. If the yield remains unchanged, what will be its price one year hence? Assume annual coupon payments.

    b. What is the total return to an investor who held the bond over this year?

    c. What can you deduce about the relationship between the bond return over a particular period and the yields to maturity at the start and end of that period?

Visit us at www.mhhe.com/bma

11. True or false? Explain.

   a. Longer-maturity bonds necessarily have longer durations.

   b. The longer a bond's duration, the lower its volatility.

   c. Other things equal, the lower the bond coupon, the higher its volatility.

   d. If interest rates rise, bond durations rise also.

12. Calculate the durations and volatilities of securities A, B, and C. Their cash flows are shown below. The interest rate is 8%.



eXcel
Visit us at
www.mhhe.com/bma

|   | Period 1 | Period 2 | Period 3 |
|---|---|---|---|
| A | 40 | 40 | 40 |
| B | 20 | 20 | 120 |
| C | 10 | 10 | 110 |

13. The one-year spot interest rate is $r_1 = 5\%$ and the two-year rate is $r_2 = 6\%$. If the expectations theory is correct, what is the expected one-year interest rate in one year's time?

14. The two-year interest rate is 10% and the expected annual inflation rate is 5%.

   a. What is the expected real interest rate?

   b. If the expected rate of inflation suddenly rises to 7%, what does Fisher's theory say about how the real interest rate will change? What about the nominal rate?

## INTERMEDIATE

15. A 10-year German government bond (bund) has a face value of €100 and a coupon rate of 5% paid annually. Assume that the interest rate (in euros) is equal to 6% per year. What is the bond's PV?



eXcel
Visit us at
www.mhhe.com/bma

eXcel
Visit us at
www.mhhe.com/bma

16. A 10-year U.S. Treasury bond with a face value of $10,000 pays a coupon of 5.5% (2.75% of face value every six months). The semiannually compounded interest rate is 5.2% (a six-month discount rate of 5.2/2 = 2.6%).

   a. What is the present value of the bond?

   b. Generate a graph or table showing how the bond's present value changes for semiannually compounded interest rates between 1% and 15%.

17. A six-year government bond makes annual coupon payments of 5% and offers a yield of 3% annually compounded. Suppose that one year later the bond still yields 3%. What return has the bondholder earned over the 12-month period? Now suppose that the bond yields 2% at the end of the year. What return would the bondholder earn in this case?



eXcel
Visit us at
www.mhhe.com/bma

18. A 6% six-year bond yields 12% and a 10% six-year bond yields 8%. Calculate the six-year spot rate. Assume annual coupon payments. (*Hint:* What would be your cash flows if you bought 1.2 10% bonds?)



eXcel
Visit us at
www.mhhe.com/bma

19. Is the yield on high-coupon bonds more likely to be higher than that on low-coupon bonds when the term structure is upward-sloping or when it is downward-sloping? Explain.

20. You have estimated spot rates as follows:

   $r_1 = 5.00\%$, $r_2 = 5.40\%$, $r_3 = 5.70\%$, $r_4 = 5.90\%$, $r_5 = 6.00\%$.



eXcel
Visit us at
www.mhhe.com/bma

   a. What are the discount factors for each date (that is, the present value of $1 paid in year $t$)?

   b. Calculate the PV of the following bonds assuming annual coupons: **(i)** 5%, two-year bond; **(ii)** 5%, five-year bond; and **(iii)** 10%, five-year bond.

   c. Explain intuitively why the yield to maturity on the 10% bond is less than that on the 5% bond.

   d. What should be the yield to maturity on a five-year zero-coupon bond?

   e. Show that the correct yield to maturity on a five-year annuity is 5.75%.

   f. Explain intuitively why the yield on the five-year bonds described in part (c) must lie between the yield on a five-year zero-coupon bond and a five-year annuity.

Visit us at www.mhhe.com/bma


Visit us at
www.mhhe.com/bma


Visit us at
www.mhhe.com/bma


Visit us at
www.mhhe.com/bma


Visit us at
www.mhhe.com/bma


Visit us at
www.mhhe.com/bma

21. Calculate durations and modified durations for the 4% coupon bond and the strip in Table 3.1. The answers for the strip will be easy. For the 4% bond, you can follow the procedure set out in Table 3.3 for the 11¼% coupon bonds. Confirm that modified duration predicts the impact of a 1% change in interest rates on the bond prices.

22. Find the "live" spreadsheet for Table 3.3 on this book's Web site, **www.mhhe.com/bma**. Show how duration and volatility change if (a) the bond's coupon is 8% of face value and (b) the bond's yield is 6%. Explain your finding.

23. The formula for the duration of a perpetual bond that makes an equal payment each year in perpetuity is $(1 + \text{yield})/\text{yield}$. If each bond yields 5%, which has the longer duration—a perpetual bond or a 15-year zero-coupon bond? What if the yield is 10%?

24. Look up prices of 10 U.S. Treasury bonds with different coupons and different maturities. Calculate how their prices would change if their yields to maturity increased by 1 percentage point. Are long- or short-term bonds most affected by the change in yields? Are high- or low-coupon bonds most affected?

25. Look again at Table 3.4. Suppose the spot interest rates change to the following *downward-sloping* term structure: $r_1 = 4.6\%$, $r_2 = 4.4\%$, $r_3 = 4.2\%$, and $r_4 = 4.0\%$. Recalculate discount factors, bond prices, and yields to maturity for each of the bonds listed in the table.

26. Look at the spot interest rates shown in Problem 25. Suppose that someone told you that the five-year spot interest rate was 2.5%. Why would you not believe him? How could you make money if he was right? What is the minimum sensible value for the five-year spot rate?

27. Look again at the spot interest rates shown in Problem 25. What can you deduce about the one-year spot interest rate in three years if . . .

    a. The expectations theory of term structure is right?

    b. Investing in long-term bonds carries additional risks?

28. Suppose that you buy a two-year 8% bond at its face value.

    a. What will be your nominal return over the two years if inflation is 3% in the first year and 5% in the second? What will be your real return?

    b. Now suppose that the bond is a TIPS. What will be your real and nominal returns?

29. A bond's credit rating provides a guide to its price. As we write this in Spring 2009, Aaa bonds yield 5.41% and Baa bonds yield 8.47%. If some bad news causes a 10% five-year bond to be unexpectedly downrated from Aaa to Baa, what would be the effect on the bond price? (Assume annual coupons.)

## CHALLENGE


Visit us at
www.mhhe.com/bma

30. Write a spreadsheet program to construct a series of bond tables that show the present value of a bond given the coupon rate, maturity, and yield to maturity. Assume that coupon payments are semiannual and yields are compounded semiannually.

31. Find the arbitrage opportunity (opportunities?). Assume for simplicity that coupons are paid annually. In each case the face value of the bond is $1,000.

| Bond | Maturity (years) | Coupon, $ | Price, $ |
|------|------------------|-----------|----------|
| A | 3 | 0 | 751.30 |
| B | 4 | 50 | 842.30 |
| C | 4 | 120 | 1,065.28 |
| D | 4 | 100 | 980.57 |
| E | 3 | 140 | 1,120.12 |
| F | 3 | 70 | 1,001.62 |
| G | 2 | 0 | 834.00 |

Visit us at www.mhhe.com/bma

**32.** The duration of a bond that makes an equal payment each year in perpetuity is $(1 + \text{yield})/\text{yield}$. Prove it.

**33.** What is the duration of a common stock whose dividends are expected to grow at a constant rate in perpetuity?

**34.** a. What spot and forward rates are embedded in the following Treasury bonds? The price of one-year strips is 93.46%. Assume for simplicity that bonds make only annual payments. (*Hint:* Can you devise a mixture of long and short positions in these bonds that gives a cash payoff only in year 2? In year 3?)



Visit us at
www.mhhe.com/bma

| Maturity (years) | Coupon (%) | Price (%) |
|---|---|---|
| 4 | 2 | 94.92 |
| 8 | 3 | 103.64 |

b. A three-year bond with a 4% coupon is selling at 95.00%. Is there a profit opportunity here? If so, how would you take advantage of it?

**35.** Look one more time at Table 3.4.

a. Suppose you knew the bond prices but not the spot interest rates. Explain how you would calculate the spot rates. (*Hint:* You have four unknown spot rates, so you need four equations.)

b. Suppose that you could buy bond C in large quantities at $1,040 rather than at its equilibrium price of $1,058.76. Show how you could make a zillion dollars without taking on any risk.

---

● ● ● ● ●

**REAL-TIME
DATA ANALYSIS**

**1.** The Web sites of *The Wall Street Journal* (**www.wsj.com**) and the *Financial Times* (**www.ft.com**) are wonderful sources of market data. You should become familiar with them. Use **www.wsj.com** to answer the following questions:

a. Find the prices of coupon strips. Use these prices to plot the term structure. If the expectations theory is correct, what is the expected one-year interest rate three years hence?

b. Find a three- or four-year bond and construct a package of coupon and principal strips that provides the same cash flows. The law of one price predicts that the cost of the package should be very close to that of the bond. Is it?

c. Find a long-term Treasury bond with a low coupon and calculate its duration. Now find another bond with a similar maturity and a higher coupon. Which has the longer duration?

d. Look up the yields on 10-year nominal Treasury bonds and on TIPS. If you are confident that inflation will average 2% a year, which bond will provide the higher real return?

**2.** Log on to **www.smartmoney.com** and find the Living Yield Curve, which shows a picture of the yield curve. How does today's yield curve compare with yield curves in the past? Do short-term interest rates move more than long rates?



# 4

# The Value of Common Stocks

◗ **We should warn** you that being a financial expert has its occupational hazards. One is being cornered at cocktail parties by people who are eager to explain their system for making creamy profits by investing in common stocks. One of the few good things about a financial crisis is that these bores tend to disappear, at least temporarily.

We may exaggerate the perils of the trade. The point is that there is no easy way to ensure superior investment performance. Later in the book we show that in well-functioning capital markets it is impossible to predict changes in security prices. Therefore, in this chapter, when we use the concept of present value to price common stocks, we are not promising you a key to investment success; we simply believe that the idea can help you to understand why some investments are priced higher than others.

Why should you care? If you want to know the value of a firm's stock, why can't you look up the stock price in the newspaper? Unfortunately, that is not always possible. For example, you may be the founder of a successful business. You currently own all the shares but are thinking of going public by selling off shares to other investors. You and your advisers need to estimate the price at which those shares can be sold.

There is also another, deeper reason why managers need to understand how shares are valued. If a firm acts in its shareholders' interest, it should accept those investments that increase the value of their stake in the firm. But in order to do this, it is necessary to understand what determines the shares' value.

We begin with a look at how stocks are traded. Then we explain the basic principles of share valuation and the use of discounted-cash-flow (DCF) models to estimate expected rates of return.

These principles lead us to the fundamental difference between growth and income stocks. A growth stock doesn't just grow; its future investments are also expected to earn rates of return that are higher than the cost of capital. It's the *combination* of growth and superior returns that generates high price–earnings ratios for growth stocks. We explain why price–earnings ratios may differ for growth and income stocks. Finally we show how DCF models can be extended to value entire businesses rather than individual shares.

Still another warning: Everybody knows that common stocks are risky and that some are more risky than others. Therefore, investors will not commit funds to stocks unless the expected rates of return are commensurate with the risks. But we say next to nothing in this chapter about the linkages between risk and expected return. A more careful treatment of risk starts in Chapter 7.

● ● ● ● ●

## 4-1 How Common Stocks Are Traded

General Electric (GE) has about 10.6 billion shares outstanding and at last count these shares were owned by about 600,000 shareholders. They included large pension funds and insurance companies that each own several million shares, as well as individuals who own a handful of shares. If you owned one GE share, you would own .00000001% of the company and have a claim on the same tiny fraction of GE's profits. Of course, the more shares you own, the larger your "share" of the company.

If GE wishes to raise new capital, it can do so either by borrowing or by selling new shares to investors. Sales of shares to raise new capital are said to occur in the *primary market*. However, such sales occur relatively infrequently and most trades in GE take place on the stock exchange, where investors buy and sell existing GE shares. Stock exchanges are really markets for secondhand shares, but they prefer to describe themselves as *secondary markets,* which sounds more important.

The two principal stock exchanges in the United States are the New York Stock Exchange and Nasdaq. Both compete vigorously for business and just as vigorously tout the advantages of their trading systems. The volume of business that they handle is immense. For example, on an average day the NYSE trades around 2.8 billion shares in some 2,800 companies.

In addition to the NYSE and Nasdaq, there are a number of computer networks called *electronic communication networks* (*ECN*s) that connect traders with each other. Large U.S. companies may also arrange for their shares to be traded on foreign exchanges, such as the London exchange or the Euronext exchange in Paris. At the same time many foreign companies are listed on the U.S. exchanges. For example, the NYSE trades shares in Toyota, Royal Dutch Shell, Canadian Pacific, Tata Motors, Nokia, Brasil Telecom, China Eastern Airlines, and more than 400 other companies.

Suppose that Ms. Jones, a longtime GE shareholder, no longer wishes to hold her shares in the company. She can sell them via the NYSE to Mr. Brown, who wants to increase his stake in the firm. The transaction merely transfers partial ownership of the firm from one investor to another. No new shares are created, and GE will neither care nor know that the trade has taken place.

Ms. Jones and Mr. Brown do not trade the GE shares themselves. Instead, their orders must go through a brokerage firm. Ms. Jones, who is anxious to sell, might give her broker a *market order* to sell stock at the best available price. On the other hand, Mr. Brown might state a price limit at which he is willing to buy GE stock. If his *limit order* cannot be executed immediately, it is recorded in the exchange's limit order book until it can be executed.

When they transact on the NYSE, Brown and Jones are participating in a huge auction market in which the exchange's designated market makers match up the orders of thousands of investors. Most major exchanges around the world, such as the Tokyo Stock Exchange, the London Stock Exchange, and the Deutsche Börse, are also auction markets, but the auctioneer in these cases is a computer.[1] This means that there is no stock exchange floor to show on the evening news and no one needs to ring a bell to start trading.

Nasdaq is not an auction market. All trades on Nasdaq take place between the investor and one of a group of professional dealers who are prepared to buy and sell stock. Dealer markets are relatively rare for trading equities but are common for many other financial instruments. For example, most bonds are traded in dealer markets.

---

[1] Trades are still made face to face on the floor of the NYSE, but computerized trading is expanding rapidly. In 2006 the NYSE merged with Archipelago, an electronic trading system, and transformed itself into a public corporation. The following year it merged with Euronext, an electronic trading system in Europe and changed its name to NYSE Euronext.

The prices at which stocks trade are summarized in the daily press. Here, for example, is how *The Wall Street Journal*'s Web site (**www.wsj.com**) recorded a day's trading in GE in March 2009:

| 52-week | | | | |
|---|---|---|---|---|
| Hi | Lo | Volume | Closing Price | Net Change |
| 38.52 | 5.93 | 216,297,410 | 9.62 | 0.05 |

You can see that on this day investors traded a total of 216 million shares of GE stock. By the close of the day the stock traded at $9.62 a share, up $0.05 from the day before. Since there were 10.6 billion shares of GE outstanding, investors were placing a total value on the stock of $102 billion.

Buying stocks is a risky occupation. GE's stock price had peaked at about $60 in 2001. By March 2009, an unfortunate investor who had bought in at $60 would have lost 84% of his or her investment. Of course, you don't come across such people at cocktail parties; they either keep quiet or aren't invited.

Most of the trading on the NYSE and Nasdaq is in ordinary common stocks, but other securities are traded also, including preferred shares, which we cover in Chapter 14, and warrants, which we cover in Chapter 21. Investors can also choose from hundreds of *exchange-traded funds* (ETFs), which are portfolios of stocks that can be bought or sold in a single trade. These include SPDRs (Standard & Poor's Depository Receipts or "spiders"), which are portfolios tracking several Standard & Poor's stock market indexes, including the benchmark S&P 500. You can buy DIAMONDS, which track the Dow Jones Industrial Average; QUBES or QQQQs, which track the Nasdaq 100 index, as well as ETFs that track specific industries or commodities. You can also buy shares in closed-end mutual funds[2] that invest in portfolios of securities. These include country funds, for example, the Mexico and Chile funds, that invest in portfolios of stocks in specific countries.

## 4-2    How Common Stocks Are Valued

Finding the value of GE stock may sound like a simple problem. Each quarter, the company publishes a balance sheet, which lists the value of the firm's assets and liabilities. At the end of 2008 the book value of all GE's assets—plant and machinery, inventories of materials, cash in the bank, and so on—was $798 billion. GE's liabilities—money that it owes the banks, taxes that are due to be paid, and the like—amounted to $693 billion. The difference between the value of the assets and the liabilities was $105 billion. This was the book value of GE's equity.

Book value is a reassuringly definite number. Each year KPMG, one of America's largest accounting firms, gives its opinion that GE's financial statements present fairly in all material respects the company's financial position, in conformity with U.S. generally accepted accounting principles (commonly called GAAP). However, the book value of GE's assets measures their original (or "historical") cost less an allowance for depreciation. This may not be a good guide to what those assets are worth today. When GE raised money to invest in various projects, it judged that those projects were worth *more* than they cost. If it was right, its shares should sell for more than their book value.

---

[2] *Closed-end* mutual funds issue shares that are traded on stock exchanges. *Open-end* funds are not traded on exchanges. Investors in open-end funds transact directly with the fund. The fund issues new shares to investors and redeems shares from investors who want to withdraw money from the fund.

## Valuation by Comparables

When financial analysts need to value a business, they often start by identifying a sample of similar firms. They then examine how much investors in these companies are prepared to pay for each dollar of assets or earnings. This is often called *valuation by comparables.* Look, for example, at Table 4.1. The first column of numbers shows for some well-known companies the ratio of the market value of the equity to its book value. Notice that market value is generally higher than book value. There are two exceptions; GE's stock was worth exactly book value while Dow Chemical stock was selling for much less than book.

The second column of numbers shows the market-to-book ratio for competing firms. For example, you can see from the first row of the table that the stock of the typical large pharmaceutical firm sells for three times its book value. Therefore, if you did not have a market price for the stock of Johnson & Johnson (J&J), you might estimate that it would also sell at three times book value. This would give you a stock price of $46, a bit lower than the actual market price of $52.

An alternative would be to look at how much investors in other pharmaceutical stocks are prepared to pay for each dollar of earnings. The first row of Table 4.1 shows that the typical price-earnings (*P/E*) ratio for these stocks is 10.9. If you assumed that Johnson & Johnson should sell at a similar multiple of earnings, you would get a value for the stock of just under $50, only a shade lower than the actual price in March 2009.

Valuation by comparables worked well for Johnson & Johnson, but that is not the case for all the companies shown in Table 4.1. For example, if you had naively assumed that Amazon stock would sell at similar ratios to comparable dot.com stocks, you would have been out by a wide margin. Both the market-to-book ratio and the price–earnings ratio can vary considerably from stock to stock even for firms that are in the same line of business. To understand why this is so, we need to dig deeper and look at what determines a stock's market value.

| | Market-to-Book-Value Ratio | | Price–Earnings Ratio | |
|---|---|---|---|---|
| | **Company** | **Competitors*** | **Company** | **Competitors*** |
| Johnson & Johnson | 3.4 | 3.0 | 11.3 | 10.9 |
| PepsiCo | 6.4 | 3.0 | 15.6 | 12.9 |
| Campbell Soup | 9.0 | 4.6 | 8.8 | 11.3 |
| Wal-Mart | 3.0 | 2.1 | 14.6 | 13.4 |
| Exxon Mobil | 2.9 | 1.2 | 7.6 | 5.3 |
| Dow Chemical | 0.5 | 3.0 | 12.5 | 10.6 |
| Dell Computer | 4.5 | 3.7 | 7.9 | 11.1 |
| Amazon | 11.2 | 2.7 | 46.9 | 22.2 |
| McDonald's | 4.4 | 3.1 | 14.1 | 13.6 |
| American Electric Power | 1.1 | 1.1 | 8.1 | 11.0 |
| GE | 1.0 | 1.7 | 4.6 | 8.8 |

▶ **TABLE 4.1** Market-to-book-value ratios and price–earnings ratios for selected companies and their principal competitors, March 2009.

* Figures are median ratios for competing companies.

### The Determinants of Stock Prices

Think back to Chapter 2, where we described how to value future cash flows. The discounted-cash-flow (DCF) formula for the present value of a stock is just the same as it is for the present value of any other asset. We just discount the cash flows by the return that can be earned in the capital market on securities of comparable risk. Shareholders receive cash from the company in the form of a stream of dividends. So

$$PV(stock) = PV(expected\ future\ dividends)$$

At first sight this statement may seem surprising. When investors buy stocks, they usually expect to receive a dividend, but they also hope to make a capital gain. Why does our formula for present value say nothing about capital gains? As we now explain, there is no inconsistency.

### Today's Price

The cash payoff to owners of common stocks comes in two forms: (1) cash dividends and (2) capital gains or losses. Suppose that the current price of a share is $P_0$, that the expected price at the end of a year is $P_1$, and that the expected dividend per share is $DIV_1$. The rate of return that investors expect from this share over the next year is defined as the expected dividend per share $DIV_1$ plus the expected price appreciation per share $P_1 - P_0$, all divided by the price at the start of the year $P_0$:

$$Expected\ return = r = \frac{DIV_1 + P_1 - P_0}{P_0}$$

Suppose Fledgling Electronics stock is selling for $100 a share ($P_0 = 100$). Investors expect a $5 cash dividend over the next year ($DIV_1 = 5$). They also expect the stock to sell for $110 a year hence ($P_1 = 110$). Then the expected return to the stockholders is 15%:

$$r = \frac{5 + 110 - 100}{100} = .15,\ or\ 15\%$$

On the other hand, if you are given investors' forecasts of dividend and price and the expected return offered by other equally risky stocks, you can predict today's price:

$$Price = P_0 = \frac{DIV_1 + P_1}{1 + r}$$

For Fledgling Electronics $DIV_1 = 5$ and $P_1 = 110$. If $r$, the expected return for Fledgling is 15%, then today's price should be $100:

$$P_0 = \frac{5 + 110}{1.15} = \$100$$

What exactly is the discount rate, $r$, in this calculation? It's called the **market capitalization rate** or **cost of equity capital,** which are just alternative names for the opportunity cost of capital, defined as the expected return on other securities with the same risks as Fledgling shares.

Many stocks will be safer than Fledgling, and many riskier. But among the thousands of traded stocks there will be a group with essentially the same risks. Call this group Fledgling's *risk class.* Then all stocks in this risk class have to be priced to offer the same expected rate of return.

Let's suppose that the other securities in Fledgling's risk class all offer the same 15% expected return. Then $100 per share has to be the right price for Fledgling stock. In fact it is the only possible price. What if Fledgling's price were above $P_0 = \$100$? In this case investors would shift their capital to the other securities and in the process would force down the price of Fledgling stock. If $P_0$ were less than $100, the process would reverse.

Investors would rush to buy, forcing the price up to $100. Therefore at each point in time *all securities in an equivalent risk class are priced to offer the same expected return.* This is a condition for equilibrium in well-functioning capital markets. It is also common sense.

## But What Determines Next Year's Price?

We have managed to explain today's stock price $P_0$ in terms of the dividend $DIV_1$ and the expected price next year $P_1$. Future stock prices are not easy things to forecast directly. But think about what determines next year's price. If our price formula holds now, it ought to hold then as well:

$$P_1 = \frac{DIV_2 + P_2}{1 + r}$$

That is, a year from now investors will be looking out at dividends in year 2 and price at the end of year 2. Thus we can forecast $P_1$ by forecasting $DIV_2$ and $P_2$, and we can express $P_0$ in terms of $DIV_1$, $DIV_2$, and $P_2$:

$$P_0 = \frac{1}{1 + r}(DIV_1 + P_1) = \frac{1}{1 + r}\left(DIV_1 + \frac{DIV_2 + P_2}{1 + r}\right) = \frac{DIV_1}{1 + r} + \frac{DIV_2 + P_2}{(1 + r)^2}$$

Take Fledgling Electronics. A plausible explanation for why investors expect its stock price to rise by the end of the first year is that they expect higher dividends and still more capital gains in the second. For example, suppose that they are looking today for dividends of $5.50 in year 2 and a subsequent price of $121. That implies a price at the end of year 1 of

$$P_1 = \frac{5.50 + 121}{1.15} = \$110$$

Today's price can then be computed either from our original formula

$$P_0 = \frac{DIV_1 + P_1}{1 + r} = \frac{5.00 + 110}{1.15} = \$100$$

or from our expanded formula

$$P_0 = \frac{DIV_1}{1 + r} + \frac{DIV_2 + P_2}{(1 + r)^2} = \frac{5.00}{1.15} + \frac{5.50 + 121}{(1.15)^2} = \$100$$

We have succeeded in relating today's price to the forecasted dividends for two years ($DIV_1$ and $DIV_2$) plus the forecasted price at the end of the *second* year ($P_2$). You will not be surprised to learn that we could go on to replace $P_2$ by $(DIV_3 + P_3)/(1 + r)$ and relate today's price to the forecasted dividends for three years ($DIV_1$, $DIV_2$, and $DIV_3$) plus the forecasted price at the end of the *third* year ($P_3$). In fact we can look as far out into the future as we like, removing $P$s as we go. Let us call this final period $H$. This gives us a general stock price formula:

$$P_0 = \frac{DIV_1}{1 + r} + \frac{DIV_2}{(1 + r)^2} + \cdots + \frac{DIV_H + P_H}{(1 + r)^H}$$

$$= \sum_{t=1}^{H} \frac{DIV_t}{(1 + r)^t} + \frac{P_H}{(1 + r)^H}$$

The expression $\sum_{t=1}^{H}$ indicates the sum of the discounted dividends from year 1 to year $H$.

Table 4.2 continues the Fledgling Electronics example for various time horizons, assuming that the dividends are expected to increase at a steady 10% compound rate. The expected price $P_t$ increases at the same rate each year. Each line in the table represents an application

| | **Expected Future Values** | | **Present Values** | | |
|---|---|---|---|---|---|
| **Horizon Period ($H$)** | **Dividend ($DIV_t$)** | **Price ($P_t$)** | **Cumulative Dividends** | **Future Price** | **Total** |
| 0 | — | 100 | — | — | 100 |
| 1 | 5.00 | 110 | 4.35 | 95.65 | 100 |
| 2 | 5.50 | 121 | 8.51 | 91.49 | 100 |
| 3 | 6.05 | 133.10 | 12.48 | 87.52 | 100 |
| 4 | 6.66 | 146.41 | 16.29 | 83.71 | 100 |
| 10 | 11.79 | 259.37 | 35.89 | 64.11 | 100 |
| 20 | 30.58 | 672.75 | 58.89 | 41.11 | 100 |
| 50 | 533.59 | 11,739.09 | 89.17 | 10.83 | 100 |
| 100 | 62,639.15 | 1,378,061.23 | 98.83 | 1.17 | 100 |

▶ **TABLE 4.2**  Applying the stock valuation formula to Fledgling Electronics.

Assumptions:
1. Dividends increase at 10% per year, compounded.
2. Capitalization rate is 15%.

of our general formula for a different value of $H$. Figure 4.1 is a graph of the table. Each column shows the present value of the dividends up to the time horizon and the present value of the price at the horizon. As the horizon recedes, the dividend stream accounts for an increasing proportion of present value, but the *total* present value of dividends plus terminal price always equals $100.

How far out could we look? In principle, the horizon period $H$ could be infinitely distant. Common stocks do not expire of old age. Barring such corporate hazards as bankruptcy or acquisition, they are immortal. As $H$ approaches infinity, the present value of the terminal price ought to approach zero, as it does in the final column of Figure 4.1. We can, therefore, forget about the terminal price entirely and express today's price as the present value of a perpetual stream of cash dividends. This is usually written as

$$P_0 = \sum_{t=1}^{\infty} \frac{DIV_t}{(1 + r)^t}$$

where $\infty$ indicates infinity.

This discounted-cash-flow (DCF) formula for the present value of a stock is just the same as it is for the present value of any other asset. We just discount the cash flows—in this case the dividend stream—by the return that can be earned in the capital market on securities of equivalent risk. Some find the DCF formula implausible because it seems to ignore capital gains. But we know that the formula was *derived* from the assumption that price in any period is determined by expected dividends *and* capital gains over the next period.

Notice that it is *not* correct to say that the value of a share is equal to the sum of the discounted stream of earnings per share. Earnings are generally larger than dividends because part of those earnings is reinvested in new plant, equipment, and working capital. Discounting earnings would recognize the rewards of that investment (a higher *future* dividend) but not the sacrifice (a lower dividend *today*). The correct formulation states that share value is equal to the discounted stream of dividends per share.



**FIGURE 4.1**

As your horizon recedes, the present value of the future price (shaded area) declines but the present value of the stream of dividends (unshaded area) increases. The total present value (future price and dividends) remains the same.

These days many growth companies do not pay dividends. Any cash that is not plowed back into the company is used to buy back stock. Take Cisco, for example. Cisco has never paid a dividend. Yet it is a successful company with a market capitalization of $100 billion. How can this be consistent with the dividend discount model?

If it were the case that Cisco's shareholders could *never* look forward to receiving a cash dividend or being bought out by another company,[3] then it would indeed be difficult to explain the price of the stock. But sometime in the future profitable investment opportunities for Cisco are likely to become less plentiful, releasing cash that can be paid out as dividends. It is this prospect that accounts for the $100 billion that shareholders are prepared to pay for the company.

## 4-3    Estimating the Cost of Equity Capital

In Chapter 2 we encountered some simplified versions of the basic present value formula. Let us see whether they offer any insights into stock values. Suppose, for example, that we forecast a constant growth rate for a company's dividends. This does not preclude year-to-year deviations from the trend: It means only that *expected* dividends grow at a constant rate. Such an investment would be just another example of the growing perpetuity that we valued in Chapter 2. To find its present value we must divide the first year's cash payment by the difference between the discount rate and the growth rate:

$$P_0 = \frac{\text{DIV}_1}{r - g}$$

Remember that we can use this formula only when $g$, the anticipated growth rate, is less than $r$, the discount rate. As $g$ approaches $r$, the stock price becomes infinite. Obviously $r$ must be greater than $g$ if growth really is perpetual.

---

[3] If Cisco were taken over, any cash payment to Cisco's shareholders would be equivalent to a bumper dividend.

Our growing perpetuity formula explains $P_0$ in terms of next year's expected dividend $DIV_1$, the projected growth trend $g$, and the expected rate of return on other securities of comparable risk $r$. Alternatively, the formula can be turned around to obtain an estimate of $r$ from $DIV_1$, $P_0$, and $g$:

$$r = \frac{DIV_1}{P_0} + g$$

The expected return equals the **dividend yield** ($DIV_1/P_0$) plus the expected rate of growth in dividends ($g$).

These two formulas are much easier to work with than the general statement that "price equals the present value of expected future dividends."[4] Here is a practical example.

## Using the DCF Model to Set Gas and Electricity Prices

In the United States the prices charged by local electric and gas utilities are regulated by state commissions. The regulators try to keep consumer prices down but are supposed to allow the utilities to earn a fair rate of return. But what is fair? It is usually interpreted as $r$, the market capitalization rate for the firm's common stock. In other words the fair rate of return on equity for a public utility ought to be the cost of equity, that is, the rate offered by securities that have the same risk as the utility's common stock.[5]

Small variations in estimates of this return can have large effects on the prices charged to the customers and on the firm's profits. So both utilities and regulators work hard to estimate the cost of equity accurately. They've noticed that utilities are mature, stable companies that are tailor-made for application of the constant-growth DCF formula.[6]

Suppose you wished to estimate the cost of equity for Northwest Natural Gas, a local natural gas distribution company. Its stock was selling for $42.45 per share at the start of 2009. Dividend payments for the next year were expected to be $1.68 a share. Thus it was a simple matter to calculate the first half of the DCF formula:

$$\text{Dividend yield} = \frac{DIV_1}{P_0} = \frac{1.68}{42.45} = .040, \text{ or } 4.0\%$$

The hard part is estimating $g$, the expected rate of dividend growth. One option is to consult the views of security analysts who study the prospects for each company. Analysts are rarely prepared to stick their necks out by forecasting dividends to kingdom come, but they often forecast growth rates over the next five years, and these estimates may provide an indication of the expected long-run growth path. In the case of Northwest, analysts in 2009 were forecasting an annual growth of 6.1%.[7] This, together with the dividend yield, gave an estimate of the cost of equity capital:

$$r = \frac{DIV_1}{P_0} + g = .040 + .061 = .101, \text{ or } 10.1$$

---

[4] These formulas were first developed in 1938 by Williams and were rediscovered by Gordon and Shapiro. See J. B. Williams, *The Theory of Investment Value* (Cambridge, MA: Harvard University Press, 1938); and M. J. Gordon and E. Shapiro, "Capital Equipment Analysis: The Required Rate of Profit," *Management Science* 3 (October 1956), pp. 102–110.

[5] This is the accepted interpretation of the U.S. Supreme Court's directive in 1944 that "the returns to the equity owner [of a regulated business] should be commensurate with returns on investments in other enterprises having corresponding risks." *Federal Power Commission v. Hope Natural Gas Company,* 302 U.S. 591 at 603.

[6] There are many exceptions to this statement. For example, Pacific Gas & Electric (PG&E), which serves northern California, used to be a mature, stable company until the California energy crisis of 2000 sent wholesale electric prices sky-high. PG&E was not allowed to pass these price increases on to retail customers. The company lost more than $3.5 billion in 2000 and was forced to declare bankruptcy in 2001. PG&E emerged from bankruptcy in 2004, but we may have to wait a while before it is again a suitable subject for the constant-growth DCF formula.

[7] In this calculation we're assuming that earnings and dividends are forecasted to grow forever at the same rate $g$. We show how to relax this assumption later in this chapter. The growth rate was based on the average earnings growth forecasted by Value Line and IBES. IBES compiles and averages forecasts made by security analysts. Value Line publishes its own analysts' forecasts.

An alternative approach to estimating long-run growth starts with the **payout ratio,** the ratio of dividends to earnings per share (EPS). For Northwest, this was forecasted at 60%. In other words, each year the company was plowing back into the business about 40% of earnings per share:

$$\text{Plowback ratio} = 1 - \text{payout ratio} = 1 - \frac{\text{DIV}}{\text{EPS}} = 1 - .60 = .40$$

Also, Northwest's ratio of earnings per share to book equity per share was about 11%. This is its **return on equity,** or **ROE:**

$$\text{Return on equity} = \text{ROE} = \frac{\text{EPS}}{\text{book equity per share}} = .11$$

If Northwest earns 11% of book equity and reinvests 40% of income, then book equity will increase by $.40 \times .11 = .044$, or 4.4%. Earnings and dividends per share will also increase by 4.4%:

$$\text{Dividend growth rate} = g = \text{plowback ratio} \times \text{ROE} = .40 \times .11 = .044$$

That gives a second estimate of the market capitalization rate:

$$r = \frac{\text{DIV}_1}{P_0} + g = .040 + .044 = .084, \text{ or } 8.4\%$$

Although these estimates of Northwest's cost of equity seem reasonable, there are obvious dangers in analyzing any single firm's stock with the constant-growth DCF formula. First, the underlying assumption of regular future growth is at best an approximation. Second, even if it is an acceptable approximation, errors inevitably creep into the estimate of $g$.

Remember, Northwest's cost of equity is not its personal property. In well-functioning capital markets investors capitalize the dividends of all securities in Northwest's risk class at exactly the same rate. But any estimate of $r$ for a single common stock is "noisy" and subject to error. Good practice does not put too much weight on single-company estimates of the cost of equity. It collects samples of similar companies, estimates $r$ for each, and takes an average. The average gives a more reliable benchmark for decision making.

The next-to-last column of Table 4.3 gives DCF cost-of-equity estimates for Northwest and seven other gas distribution companies. These are all stable, mature companies for which the constant-growth DCF formula *ought* to work. Notice the variation in the cost-of-equity estimates. Some of the variation may reflect differences in the risk, but some is just noise. The average estimate is 10.2%.

Table 4.4 gives another example of DCF cost-of-equity estimates, this time for U.S. railroads in 2009.

Estimates of this kind are only as good as the long-term forecasts on which they are based. For example, several studies have observed that security analysts are subject to behavioral biases and their forecasts tend to be over-optimistic. If so, such DCF estimates of the cost of equity should be regarded as upper estimates of the true figure.

## Dangers Lurk in Constant-Growth Formulas

The simple constant-growth DCF formula is an extremely useful rule of thumb, but no more than that. Naive trust in the formula has led many financial analysts to silly conclusions.

We have stressed the difficulty of estimating $r$ by analysis of one stock only. Try to use a large sample of equivalent-risk securities. Even that may not work, but at least it gives the analyst a fighting chance, because the inevitable errors in estimating $r$ for a single security tend to balance out across a broad sample.

| Company | Dividend Yield | Long-Term Growth Rate | DCF Cost of Equity | Multistage DCF Cost of Equity* |
|---|---|---|---|---|
| AGL Resources Inc | 6.8% | 5.0% | 11.8% | 11.9% |
| Laclede Group Inc | 4.2 | 2.2 | 6.4 | 8.6 |
| Nicor | 6.1 | 5.2 | 11.3 | 11.2 |
| Northwest Natural Gas Co | 4.0 | 6.1 | 10.1 | 9.2 |
| Piedmont Natural Gas Co | 4.6 | 6.9 | 11.5 | 10.1 |
| South Jersey Industries Inc | 3.7 | 7.4 | 11.1 | 9.2 |
| Southwest Gas Corp | 4.7 | 6.6 | 11.3 | 10.1 |
| WGL Holdings Inc | 4.6 | 3.5 | 8.0 | 9.2 |
|  |  | Average: | 10.2% | 9.9% |

▶ **TABLE 4.3**    Cost-of-equity estimates for local gas distribution companies at the start of 2009. The long-term growth rate is based on security analysts' forecasts. In the multistage DCF model, growth after five years is assumed to adjust gradually to the estimated long-term growth rate of Gross Domestic Product (GDP).

\* Long-term GDP growth forecasted at 4.9%.
*Source:* The Brattle Group, Inc.

| Company | Dividend Yield | Long-Term Growth Rate | DCF Cost of Equity | Multistage DCF Cost of Equity* |
|---|---|---|---|---|
| Burlington Northern Santa Fe | 2.2% | 11.0% | 13.2% | 7.9% |
| CSX | 2.4 | 14.9 | 17.3 | 8.9 |
| Norfolk Southern | 3.4 | 12.1 | 15.5 | 9.7 |
| Union Pacific | 2.1 | 12.2 | 14.2 | 7.9 |
|  |  | Average: | 15.1% | 8.6% |

▶ **TABLE 4.4**    Cost-of-equity estimates for U.S. railroads mid-2009. The long-term growth rate is based on security analysts' forecasts. In the multistage DCF model, growth after five years is assumed to adjust gradually to the estimated long-term growth rate of Gross Domestic Product (GDP).

\* Long-term GDP growth forecasted at 4.9%.
*Source:* The Brattle Group, Inc.

In addition, resist the temptation to apply the formula to firms having high current rates of growth. Such growth can rarely be sustained indefinitely, but the constant-growth DCF formula assumes it can. This erroneous assumption leads to an overestimate of $r$.

**DCF Valuation with Varying Growth Rates**   Consider Growth-Tech, Inc., a firm with $DIV_1 = \$.50$ and $P_0 = \$50$. The firm has plowed back 80% of earnings and has had a return on equity (ROE) of 25%. This means that *in the past*

$$\text{Dividend growth rate} = \text{plowback ratio} \times \text{ROE} = .80 \times .25 = .20$$

The temptation is to assume that the future long-term growth rate $g$ also equals .20. This would imply

$$r = \frac{.50}{50.00} + .20 = .21$$

But this is silly. No firm can continue growing at 20% per year forever, except possibly under extreme inflationary conditions. Eventually, profitability will fall and the firm will respond by investing less.

In real life the return on equity will decline gradually over time, but for simplicity let's assume it suddenly drops to 16% at year 3 and the firm responds by plowing back only 50% of earnings. Then $g$ drops to $.50 \times .16 = .08$.

Table 4.5 shows what's going on. Growth-Tech starts year 1 with book equity of $10.00 per share. It earns $2.50, pays out 50 cents as dividends, and plows back $2. Thus it starts year 2 with book equity of $10 + 2 = $12. After another year at the same ROE and payout, it starts year 3 with equity of $14.40. However, ROE drops to .16, and the firm earns only $2.30. Dividends go up to $1.15, because the payout ratio increases, but the firm has only $1.15 to plow back. Therefore subsequent growth in earnings and dividends drops to 8%.

Now we can use our general DCF formula:

$$P_0 = \frac{DIV_1}{1 + r} + \frac{DIV_2}{(1 + r)^2} + \frac{DIV_3 + P_3}{(1 + r)^3}$$

Investors in year 3 will view Growth-Tech as offering 8% per year dividend growth. So we can use the constant-growth formula to calculate $P_3$:

$$P_3 = \frac{DIV_4}{r - .08}$$

$$P_0 = \frac{DIV_1}{1 + r} + \frac{DIV_2}{(1 + r)^2} + \frac{DIV_3}{(1 + r)^3} + \frac{1}{(1 + r)^3} \times \frac{DIV_4}{r - .08}$$

$$= \frac{.50}{1 + r} + \frac{.60}{(1 + r)^2} + \frac{1.15}{(1 + r)^3} + \frac{1}{(1 + r)^3} \times \frac{1.24}{r - .08}$$

We have to use trial and error to find the value of $r$ that makes $P_0$ equal $50. It turns out that the $r$ implicit in these more realistic forecasts is approximately .099, quite a difference from our "constant-growth" estimate of .21.

| | | Year | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Book equity | 10.00 | 12.00 | 14.40 | 15.55 |
| Earnings per share, EPS | 2.50 | 3.00 | 2.30 | 2.49 |
| Return on equity, ROE | .25 | .25 | .16 | .16 |
| Payout ratio | .20 | .20 | .50 | .50 |
| Dividends per share, DIV | .50 | .60 | 1.15 | 1.24 |
| Growth rate of dividends (%) | — | 20 | 92 | 8 |

▶ **TABLE 4.5** Forecasted earnings and dividends for Growth-Tech. Note the changes in year 3: ROE and earnings drop, but payout ratio increases, causing a big jump in dividends. However, subsequent growth in earnings and dividends falls to 8% per year. Note that the increase in equity equals the earnings not paid out as dividends.

Our present value calculations for Growth-Tech used a *two-stage* DCF valuation model. In the first stage (years 1 and 2), Growth-Tech is highly profitable (ROE = 25%), and it plows back 80% of earnings. Book equity, earnings, and dividends increase by 20% per year. In the second stage, starting in year 3, profitability and plowback decline, and earnings settle into long-term growth at 8%. Dividends jump up to $1.15 in year 3, and then also grow at 8%.

Growth rates can vary for many reasons. Sometimes growth is high in the short run not because the firm is unusually profitable, but because it is recovering from an episode of *low* profitability. Table 4.6 displays projected earnings and dividends for Phoenix Corp., which is gradually regaining financial health after a near meltdown. The company's equity is growing at a moderate 4%. ROE in year 1 is only 4%, however, so Phoenix has to reinvest all its earnings, leaving no cash for dividends. As profitability increases in years 2 and 3, an increasing dividend can be paid. Finally, starting in year 4, Phoenix settles into steady-state growth, with equity, earnings, and dividends all increasing at 4% per year.

Assume the cost of equity is 10%. Then Phoenix shares should be worth $9.13 per share:

$$P_0 = \underbrace{\frac{0}{1.1} + \frac{.31}{(1.1)^2} + \frac{.65}{(1.1)^3}}_{\text{PV (first-stage dividends)}} + \underbrace{\frac{1}{(1.1)^3} \times \frac{.67}{(.10 - .04)}}_{\text{PV (second-stage dividends)}} = \$9.13$$

You could go on to valuation models with three or more stages. For example, the far right columns of Tables 4.3 and 4.4 present multistage DCF estimates of the cost of equity for our local gas distribution companies and railroads. In this case the long-term growth rates reported in the table do not continue forever. After five years, each company's growth rate gradually adjusts to an estimated long-term growth rate for Gross Domestic Product (GDP). The resulting cost-of-equity estimates for the gas distribution companies are fairly similar to the estimates from the simple, perpetual-growth model. The estimates for the railroads are substantially different.

We must leave you with two more warnings about DCF formulas for valuing common stocks or estimating the cost of equity. First, it's almost always worthwhile to lay out a simple spreadsheet, like Table 4.5 or 4.6, to ensure that your dividend projections are consistent with the company's earnings and required investments. Second, be careful about using DCF valuation formulas to test whether the market is correct in its assessment of a stock's value. If your estimate of the value is different from that of the market, it is probably because you have used poor dividend forecasts. Remember what we said at the beginning of this chapter about simple ways of making money on the stock market: there aren't any.

| | Year | | | |
|---|---|---|---|---|
| | **1** | **2** | **3** | **4** |
| Book equity at start of year | 10.00 | 10.40 | 10.82 | 11.25 |
| Earnings per share, EPS | .40 | .73 | 1.08 | 1.12 |
| Return on equity, ROE | .04 | .07 | .10 | .10 |
| Dividends per share, DIV | 0 | .31 | .65 | .67 |
| Growth rate of dividends (%) | — | — | 110 | 4 |

▶ **TABLE 4.6** Forecasted earnings and dividends for Phoenix Corp. The company can initiate and increase dividends as profitability (ROE) recovers. Note that the increase in book equity equals the earnings not paid out as dividends.

## The Link Between Stock Price and Earnings per Share

Investors separate *growth stocks* from *income stocks*. They buy growth stocks primarily for the expectation of capital gains, and they are interested in the future growth of earnings rather than in next year's dividends. They buy income stocks primarily for the cash dividends. Let us see whether these distinctions make sense.

Imagine first the case of a company that does not grow at all. It does not plow back any earnings and simply produces a constant stream of dividends. Its stock would resemble the perpetual bond described in Chapter 2. Remember that the return on a perpetuity is equal to the yearly cash flow divided by the present value. So the expected return on our share would be equal to the yearly dividend divided by the share price (i.e., the dividend yield). Since all the earnings are paid out as dividends, the expected return is also equal to the earnings per share divided by the share price (i.e., the earnings–price ratio). For example, if the dividend is $10 a share and the stock price is $100, we have

$$\text{Expected return} = \text{dividend yield} = \text{earnings–price ratio}$$

$$= \frac{\text{DIV}_1}{P_0} \qquad = \frac{\text{EPS}_1}{P_0}$$

$$= \frac{10.00}{100} \qquad = .10$$

The price equals

$$P_0 = \frac{\text{DIV}_1}{r} = \frac{\text{EPS}_1}{r} = \frac{10.00}{.10} = 100$$

The expected return for *growing* firms can also equal the earnings–price ratio. The key is whether earnings are reinvested to provide a return equal to the market capitalization rate. For example, suppose our monotonous company suddenly hears of an opportunity to invest $10 a share next year. This would mean no dividend at $t = 1$. However, the company expects that in each subsequent year the project would earn $1 per share, and therefore the dividend could be increased to $11 a share.

Let us assume that this investment opportunity has about the same risk as the existing business. Then we can discount its cash flow at the 10% rate to find its net present value at year 1:

$$\text{Net present value per share at year 1} = -10 + \frac{1}{.10} = 0$$

Thus the investment opportunity will make no contribution to the company's value. Its prospective return is equal to the opportunity cost of capital.

What effect will the decision to undertake the project have on the company's share price? Clearly none. The reduction in value caused by the nil dividend in year 1 is exactly offset by the increase in value caused by the extra dividends in later years. Therefore, once again the market capitalization rate equals the earnings–price ratio:

$$r = \frac{\text{EPS}_1}{P_0} = \frac{10}{100} = .10$$

Table 4.7 repeats our example for different assumptions about the cash flow generated by the new project. Note that the earnings–price ratio, measured in terms of $\text{EPS}_1$, next year's expected earnings, equals the market capitalization rate ($r$) *only* when the new project's NPV = 0. This is an extremely important point—managers frequently make poor financial decisions because they confuse earnings–price ratios with the market capitalization rate.

| Project Rate of Return | Incremental Cash Flow, $C$ | Project NPV in Year 1[a] | Project's Impact on Share Price in Year 0[b] | Share Price in Year 0, $P_0$ | $\dfrac{\text{EPS}_1}{P_0}$ | $r$ |
|---|---|---|---|---|---|---|
| .05 | $ .50 | $-$5.00 | $-$4.55 | $ 95.45 | .105 | .10 |
| .10 | 1.00 | 0 | 0 | 100.00 | .10 | .10 |
| .15 | 1.50 | + 5.00 | + 4.55 | 104.55 | .096 | .10 |
| .20 | 2.00 | + 10.00 | + 9.09 | 109.09 | .092 | .10 |

▶ **TABLE 4.7** Effect on stock price of investing an additional $10 in year 1 at different rates of return. Notice that the earnings–price ratio overestimates $r$ when the project has negative NPV and underestimates it when the project has positive NPV.

[a] Project costs $10.00 (EPS$_1$). NPV = $-10 + C/r$, where $r$ = .10.
[b] NPV is calculated at year 1. To find the impact on $P_0$, discount for one year at $r$ = .10.

In general, we can think of stock price as the capitalized value of average earnings under a no-growth policy, plus **PVGO,** the **net present value of growth opportunities:**

$$P_0 = \frac{\text{EPS}_1}{r} + \text{PVGO}$$

The earnings–price ratio, therefore, equals

$$\frac{\text{EPS}}{P_0} = r\left(1 - \frac{\text{PVGO}}{P_0}\right)$$

It will underestimate $r$ if PVGO is positive and overestimate it if PVGO is negative. The latter case is less likely, since firms are rarely forced to take projects with negative net present values.

### Calculating the Present Value of Growth Opportunities for Fledgling Electronics

In our last example both dividends and earnings were expected to grow, but this growth made no net contribution to the stock price. The stock was in this sense an "income stock." Be careful not to equate firm performance with the growth in earnings per share. A company that reinvests earnings at below the market capitalization rate $r$ may increase earnings but will certainly reduce the share value.

Now let us turn to that well-known growth stock, Fledgling Electronics. You may remember that Fledgling's market capitalization rate, $r$, is 15%. The company is expected to pay a dividend of $5 in the first year, and thereafter the dividend is predicted to increase indefinitely by 10% a year. We can use the simplified constant-growth formula to work out Fledgling's price:

$$P_0 = \frac{\text{DIV}_1}{r - g} = \frac{5}{.15 - .10} = \$100$$

Suppose that Fledgling has earnings per share of EPS$_1$ = $8.33. Its payout ratio is then

$$\text{Payout ratio} = \frac{\text{DIV}_1}{\text{EPS}_1} = \frac{5.00}{8.33} = .6$$

In other words, the company is plowing back $1 - .6$, or 40% of earnings. Suppose also that Fledgling's ratio of earnings to book equity is ROE = .25. This explains the growth rate of 10%:

$$\text{Growth rate} = g = \text{plowback ratio} \times \text{ROE} = .4 \times .25 = .10$$

The capitalized value of Fledgling's earnings per share if it had a no-growth policy would be

$$\frac{EPS_1}{r} = \frac{8.33}{.15} = \$55.56$$

But we know that the value of Fledgling stock is $100. The difference of $44.44 must be the amount that investors are paying for growth opportunities. Let's see if we can explain that figure.

Each year Fledgling plows back 40% of its earnings into new assets. In the first year Fledgling invests $3.33 at a permanent 25% return on equity. Thus the cash generated by this investment is $.25 \times 3.33 = \$.83$ per year starting at $t = 2$. The net present value of the investment as of $t = 1$ is

$$NPV_1 = -3.33 + \frac{.83}{.15} = \$2.22$$

Everything is the same in year 2 except that Fledgling will invest $3.67, 10% more than in year 1 (remember $g = .10$). Therefore at $t = 2$ an investment is made with a net present value of

$$NPV_2 = -3.67 + \frac{.83 \times 1.10}{.15} = \$2.44$$

Thus the payoff to the owners of Fledgling Electronics stock can be represented as the sum of (1) a level stream of earnings, which could be paid out as cash dividends if the firm did not grow, and (2) a set of tickets, one for each future year, representing the opportunity to make investments having positive NPVs. We know that the first component of the value of the share is

$$\text{Present value of level stream of earnings} = \frac{EPS_1}{r} = \frac{8.33}{.15} = \$55.56$$

The first ticket is worth $2.22 in $t = 1$, the second is worth $2.22 \times 1.10 = \$2.44$ in $t = 2$, the third is worth $2.44 \times 1.10 = \$2.69$ in $t = 3$. These are the forecasted cash values of the tickets. We know how to value a stream of future cash values that grows at 10% per year: Use the constant-growth DCF formula, replacing the forecasted dividends with forecasted ticket values:

$$\text{Present value of growth opportunities} = PVGO = \frac{NPV_1}{r-g} = \frac{2.22}{.15 - .10} = \$44.44$$

Now everything checks:

$$\text{Share price} = \text{present value of level stream of earnings}$$
$$+ \text{present value of growth opportunities}$$
$$= \frac{EPS_1}{r} + PVGO$$
$$= \$55.56 + \$44.44$$
$$= \$100$$

Why is Fledgling Electronics a growth stock? Not because it is expanding at 10% per year. It is a growth stock because the net present value of its future investments accounts for a significant fraction (about 44%) of the stock's price.

Today's stock price reflects investor expectations about the earning power of the firm's current and *future* assets. Take Google, for example. All its earnings are plowed back into new investments and the stock sells at 26 times current earnings of $13.31 a share. Suppose that the earnings from Google's existing business are expected to stay constant in real terms. In this case the value of the business is equal to the real earnings divided by an estimated 7.4% real cost of equity:

$$\text{PV assets in place} = 13.31/.074 = \$180$$

But, as we write this, Google's stock price is $344. So it looks as if investors are valuing Google's future investment opportunities at 344 – 180 = $164. Google is a growth stock because roughly 50% of the stock price comes from the value that investors place on its future investment opportunities.

## 4-5 Valuing a Business by Discounted Cash Flow

Investors routinely buy and sell shares of common stock. Companies frequently buy and sell entire businesses or major stakes in businesses. For example, in 2009 *The New York Times* announced that it had retained Goldman Sachs to explore the possible sale of its interest in the Boston Red Sox baseball team. You can be sure that *The New York Times,* Goldman Sachs, and potential purchasers all burned a lot of midnight oil to estimate the value of the business.

Do the discounted-cash-flow formulas we presented in this chapter work for entire businesses as well as for shares of common stock? Sure: It doesn't matter whether you forecast dividends per share or the total free cash flow of a business. Value today always equals future cash flow discounted at the opportunity cost of capital.

### Valuing the Concatenator Business

Rumor has it that Establishment Industries is interested in buying your company's concatenator manufacturing operation. Your company is willing to sell if it can get the full value of this rapidly growing business. The problem is to figure out what its true present value is.

Table 4.8 gives a forecast of **free cash flow** (FCF) for the concatenator business. Free cash flow is the amount of cash that a firm can pay out to investors after paying for all investments necessary for growth. As we will see, free cash flow can be negative for rapidly growing businesses.

Table 4.8 is similar to Table 4.5, which forecasted earnings and dividends per share for Growth-Tech, based on assumptions about Growth-Tech's equity per share, return on equity,

| | **Year** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| Asset value | 10.00 | 12.00 | 14.40 | 17.28 | 20.74 | 23.43 | 26.47 | 28.05 | 29.73 | 31.51 |
| Earnings | 1.20 | 1.44 | 1.73 | 2.07 | 2.49 | 2.81 | 3.18 | 3.36 | 3.57 | 3.78 |
| Net investment | 2.00 | 2.40 | 2.88 | 3.46 | 2.69 | 3.04 | 1.59 | 1.68 | 1.78 | 1.89 |
| Free cash flow | −.80 | −.96 | −1.15 | −1.39 | −.20 | −.23 | 1.59 | 1.68 | 1.79 | 1.89 |
| Earnings growth from previous period (%) | 20 | 20 | 20 | 20 | 20 | 13 | 13 | 6 | 6 | 6 |

▶ **TABLE 4.8**    Forecasts of free cash flow, in $ millions, for the Concatenator Manufacturing Division. Rapid expansion in years 1–6 means that free cash flow is negative, because required additional investment outstrips earnings. Free cash flow turns positive when growth slows down after year 6.

*Notes:*
1. Starting asset value is $10 million. Assets required for the business grow initially at 20% per year, then at 13%, and finally at 6%.
2. Profitability (earnings/asset values) is constant at 12%.
3. Free cash flow equals earnings minus net investment. Net investment equals total capital expenditures less depreciation. Note that earnings are also calculated net of depreciation.

and the growth of its business. For the concatenator business, we also have assumptions about assets, profitability—in this case, after-tax operating earnings relative to assets—and growth. Growth starts out at a rapid 20% per year, then falls in two steps to a moderate 6% rate for the long run. The growth rate determines the net additional investment required to expand assets, and the profitability rate determines the earnings thrown off by the business.[8]

Free cash flow, the next to last line in Table 4.8, is equal to the firm's earnings less any new investment expenditures. Free cash flow is negative in years 1 through 6. The concatenator business is paying a negative dividend to the parent company; it is absorbing more cash than it is throwing off.

Is that a bad sign? Not really: The business is running a cash deficit not because it is unprofitable, but because it is growing so fast. Rapid growth is good news, not bad, so long as the business is earning more than the opportunity cost of capital. Your company, or Establishment Industries, will be happy to invest an extra $800,000 in the concatenator business next year, so long as the business offers a superior rate of return.

## Valuation Format

The value of a business is usually computed as the discounted value of free cash flows out to a *valuation horizon (H),* plus the forecasted value of the business at the horizon, also discounted back to present value. That is,

$$PV = \underbrace{\frac{FCF_1}{1 + r} + \frac{FCF_2}{(1 + r)^2} + \cdots + \frac{FCF_H}{(1 + r)^H}}_{PV(\text{free cash flow})} + \underbrace{\frac{PV_H}{(1 + r)^H}}_{PV(\text{horizon value})}$$

Of course, the concatenator business will continue after the horizon, but it's not practical to forecast free cash flow year by year to infinity. $PV_H$ stands in for free cash flow in periods $H + 1, H + 2$, etc.

Valuation horizons are often chosen arbitrarily. Sometimes the boss tells everybody to use 10 years because that's a round number. We will try year 6, because growth of the concatenator business seems to settle down to a long-run trend after year 7.

## Estimating Horizon Value

There are several common formulas or rules of thumb for estimating horizon value. First, let us try the constant-growth DCF formula. This requires free cash flow for year 7, which we have from Table 4.8; a long-run growth rate, which appears to be 6%; and a discount rate, which some high-priced consultant has told us is 10%. Therefore,

$$PV \text{ (horizon value)} = \frac{1}{(1.1)^6}\left(\frac{1.59}{.10 - .06}\right) = 22.4$$

The present value of the near-term free cash flows is

$$PV(\text{cash flows}) = -\frac{.80}{1.1} - \frac{.96}{(1.1)^2} - \frac{1.15}{(1.1)^3} - \frac{1.39}{(1.1)^4} - \frac{.20}{(1.1)^5} - \frac{.23}{(1.1)^6}$$
$$= -3.6$$

and, therefore, the present value of the business is

$$PV(\text{business}) = PV(\text{free cash flow}) + PV(\text{horizon value})$$
$$= -3.6 \qquad\qquad + 22.4$$
$$= \$18.8 \text{ million}$$

---

[8] Table 4.8 shows *net* investment, which is total investment less depreciation. We are assuming that investment for replacement of existing assets is covered by depreciation and that net investment is devoted to growth.

Now, are we done? Well, the mechanics of this calculation are perfect. But doesn't it make you just a little nervous to find that 119% of the value of the business rests on the horizon value? Moreover, a little checking shows that the horizon value can change dramatically in response to apparently minor changes in assumptions. For example, if the long-run growth rate is 8% rather than 6%, the value of the business increases from $18.8 to $26.3 million.[9]

In other words, it's easy for a discounted-cash-flow business valuation to be mechanically perfect and practically wrong. Smart financial managers try to check their results by calculating horizon value in different ways.

**Horizon Value Based on P/E Ratios**   Suppose you can observe stock prices for mature manufacturing companies whose scale, risk, and growth prospects today roughly match those projected for the concatenator business in year 6. Suppose further that these companies tend to sell at price–earnings ratios of about 11. Then you could reasonably guess that the price–earnings ratio of a mature concatenator operation will likewise be 11. That implies:

$$\text{PV(horizon value)} = \frac{1}{(1.1)^6}(11 \times 3.18) = 19.7$$

$$\text{PV(business)} = -3.6 + 19.7 = \$16.1 \text{ million}$$

**Horizon Value Based on Market–Book Ratios**   Suppose also that the market–book ratios of the sample of mature manufacturing companies tend to cluster around 1.4. If the concatenator business market–book ratio is 1.4 in year 6,

$$\text{PV(horizon value)} = \frac{1}{(1.1)^6}(1.4 \times 23.43) = 18.5$$

$$\text{PV(business)} = -3.6 + 18.5 = \$14.9 \text{ million}$$

It's easy to poke holes in these last two calculations. Book value, for example, is often a poor measure of the true value of a company's assets. It can fall far behind actual asset values when there is rapid inflation, and it often entirely misses important intangible assets, such as your patents for concatenator design. Earnings may also be biased by inflation and a long list of arbitrary accounting choices. Finally, you never know when you have found a sample of truly similar companies.

But remember, the purpose of discounted cash flow is to estimate market value—to estimate what investors would pay for a stock or business. When you can *observe* what they actually pay for similar companies, that's valuable evidence. Try to figure out a way to use it. One way to use it is through valuation by comparables, based on price–earnings or market–book ratios. Valuation rules of thumb, artfully employed, sometimes beat a complex discounted-cash-flow calculation hands down.

## A Further Reality Check

Here is another approach to valuing a business. It is based on what you have learned about price–earnings ratios and the present value of growth opportunities.

Suppose the valuation horizon is set not by looking for the first year of stable growth, but by asking when the industry is likely to settle into competitive equilibrium. You might go to the operating manager most familiar with the concatenator business and ask:

---

[9] If long-run growth is 8% rather than 6%, an extra 2% of period-7 assets will have to be plowed back into the concatenator business. This reduces free cash flow by $.53 million to $1.06 million. So,

$$\text{PV(horizon value)} = \frac{1}{(1.1)^6}\left(\frac{1.06}{.10 - .08}\right) = \$29.9$$

$$\text{PV(business)} = -3.6 + 29.9 = \$26.3 \text{ million}$$

Sooner or later you and your competitors will be on an equal footing when it comes to major new investments. You may still be earning a superior return on your core business, but you will find that introductions of new products or attempts to expand sales of existing products trigger intense resistance from competitors who are just about as smart and efficient as you are. Give a realistic assessment of when that time will come.

"That time" is the horizon after which PVGO, the net present value of subsequent growth opportunities, is zero. After all, PVGO is positive only when investments can be expected to earn more than the cost of capital. When your competition catches up, that happy prospect disappears.

We know that present value in any period equals the capitalized value of next period's earnings, plus PVGO:

$$PV_t = \frac{earnings_{t+1}}{r} + PVGO$$

But what if PVGO = 0? At the horizon period $H$, then,

$$PV_H = \frac{earnings_{H+1}}{r}$$

In other words, when the competition catches up, the price–earnings ratio equals $1/r$, because PVGO disappears.[10]

Suppose that competition is expected to catch up in period 9. Then we can calculate the horizon value at period 8 as the present value of a level stream of earnings starting in period 9 and continuing indefinitely. The resulting value for the concatenator business is:[11]

$$PV(\text{horizon value}) = \frac{1}{(1+r)^8}\left(\frac{\text{earnings in period 9}}{r}\right)$$

$$= \frac{1}{(1.1)^8}\left(\frac{3.57}{.10}\right)$$

$$= \$16.7 \text{ million}$$

$$PV(\text{business}) = -2.0 + 16.7 = \$14.7 \text{ million}$$

We now have four estimates of what Establishment Industries ought to pay for the concatenator business. The estimates reflect four different methods of estimating horizon value. There is no best method, although in many cases we put most weight on the last method, which sets the horizon date at the point when management expects PVGO to disappear. The last method forces managers to remember that sooner or later competition catches up.

Our calculated values for the concatenator business range from $14.7 to $18.8 million, a difference of about $4 million. The width of the range may be disquieting, but it is not unusual. Discounted-cash-flow formulas only estimate market value, and the estimates change as forecasts and assumptions change. Managers cannot know market value for sure until an actual transaction takes place.

---

[10] In other words, we can calculate horizon value *as if* earnings will not grow after the horizon date, because growth will add no value. But what does "no growth" mean? Suppose that the concatenator business maintains its assets and earnings in real (inflation-adjusted) terms. Then nominal earnings will growth at the inflation rate. This takes us back to the constant-growth formula: earnings in period H + 1 should be valued by dividing by r − g, where g in this case equals the inflation rate.

We have simplified the concatenator example. In real-life valuations, with big bucks involved, be careful to track growth from inflation as well as growth from investment. For guidance see M. Bradley and G. Jarrell, "Expected Inflation and the Constant-Growth Valuation Model," *Journal of Applied Corporate Finance* 20 (Spring 2008), pp. 66–78.

[11] Three additional points about this calculation: First, the PV of free cash flow before the horizon improves to −$2.0 million because inflows in years 7 and 8 are now included. Second, if competition really catches up by year 9, then the earnings shown for year 10 in Table 4.8 are too high, since they include a 12% return on the investment in year 9. Competition would allow only the 10% cost of capital. Third, we assume earnings in year 9 of $3.57, 12% on assets of $29.73. But competition might force down the rate of return on existing assets in addition to returns on new investment. That is, earnings in year 9 could be only $2.97 (10% of $29.73). Problem 26 explores these possibilities.

• • • • •

**SUMMARY**

In this chapter we have used our newfound knowledge of present values to examine the market price of common stocks. The value of a stock is equal to the stream of cash payments discounted at the rate of return that investors expect to receive on other securities with equivalent risks.

Common stocks do not have a fixed maturity; their cash payments consist of an indefinite stream of dividends. Therefore, the present value of a common stock is

$$PV = \sum_{t=1}^{\infty} \frac{DIV_t}{(1+r)^t}$$

However, we did not just *assume* that investors purchase common stocks solely for dividends. In fact, we began with the assumption that investors have relatively short horizons and invest for both dividends and capital gains. Our fundamental valuation formula is, therefore,

$$P_0 = \frac{DIV_1 + P_1}{1+r}$$

This is a condition of market equilibrium. If it did not hold, the share would be overpriced or underpriced, and investors would rush to sell or buy it. The flood of sellers or buyers would force the price to adjust so that the fundamental valuation formula holds.

We also made use of the formula for a growing perpetuity presented in Chapter 2. If dividends are expected to grow forever at a constant rate of $g$, then

$$P_0 = \frac{DIV_1}{r-g}$$

It is often helpful to twist this formula around and use it to estimate the market capitalization rate $r$, given $P_0$ and estimates of $DIV_1$ and $g$:

$$r = \frac{DIV_1}{P_0} + g$$

Remember, however, that this formula rests on a *very* strict assumption: constant dividend growth in perpetuity. This may be an acceptable assumption for mature, low-risk firms, but for many firms, near-term growth is unsustainably high. In that case, you may wish to use a *two-stage* DCF formula, where near-term dividends are forecasted and valued, and the constant-growth DCF formula is used to forecast the value of the shares at the start of the long run. The near-term dividends and the future share value are then discounted to present value.

The general DCF formula can be transformed into a statement about earnings and growth opportunities:

$$P_0 = \frac{EPS_1}{r} + PVGO$$

The ratio $EPS_1/r$ is the capitalized value of the earnings per share that the firm would generate under a no-growth policy. PVGO is the net present value of the investments that the firm will make in order to grow. A growth stock is one for which PVGO is large relative to the capitalized value of EPS. Most growth stocks are stocks of rapidly expanding firms, but expansion alone does not create a high PVGO. What matters is the profitability of the new investments.

The same formulas that we used to value common shares can also be used to value entire businesses. In that case, we discount not dividends per share but the entire free cash flow generated by the business. Usually a two-stage DCF model is deployed. Free cash flows are forecasted out to a horizon and discounted to present value. Then a horizon value is forecasted, discounted, and added to the value of the free cash flows. The sum is the value of the business.

Valuing a business is simple in principle but not so easy in practice. Forecasting reasonable horizon values is particularly difficult. The usual assumption is moderate long-run growth after the horizon, which allows use of the growing-perpetuity DCF formula at the horizon. Horizon

**Visit us at www.mhhe.com/bma**

values can also be calculated by assuming "normal" price–earnings or market-to-book ratios at the horizon date.

In earlier chapters you should have acquired—we hope painlessly—a knowledge of the basic principles of valuing assets and a facility with the mechanics of discounting. Now you know something of how common stocks are valued and market capitalization rates estimated. In Chapter 5 we can begin to apply all this knowledge in a more specific analysis of capital budgeting decisions.



**FURTHER READING**

*For a comprehensive review of company valuation, see:*

T. Koller, M. Goedhart, and D. Wessels, *Valuation: Measuring and Managing the Value of Companies,* 4th ed. (New York: Wiley, 2005).

*Leibowitz and Kogelman call PVGO the "franchise factor." They analyze it in detail in:*

M.L. Leibowitz and S. Kogelman, "Inside the P/E Ratio: The Franchise Factor," *Financial Analysts Journal* 46 (November–December 1990), pp. 17–35.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

## BASIC

**PROBLEM SETS**

1. True or false?
   a. All stocks in an equivalent-risk class are priced to offer the same expected rate of return.
   b. The value of a share equals the PV of future dividends per share.

2. Respond briefly to the following statement:

   "You say stock price equals the present value of future dividends? That's crazy! All the investors I know are looking for capital gains."

3. Company X is expected to pay an end-of-year dividend of $5 a share. After the dividend its stock is expected to sell at $110. If the market capitalization rate is 8%, what is the current stock price?

4. Company Y does not plow back any earnings and is expected to produce a level dividend stream of $5 a share. If the current stock price is $40, what is the market capitalization rate?

5. Company Z's earnings and dividends per share are expected to grow indefinitely by 5% a year. If next year's dividend is $10 and the market capitalization rate is 8%, what is the current stock price?

6. Company Z-prime is like Z in all respects save one: Its growth will stop after year 4. In year 5 and afterward, it will pay out all earnings as dividends. What is Z-prime's stock price? Assume next year's EPS is $15.

7. If company Z (see Problem 5) were to distribute all its earnings, it could maintain a level dividend stream of $15 a share. How much is the market actually paying per share for growth opportunities?

8. Consider three investors:
   a. Mr. Single invests for one year.
   b. Ms. Double invests for two years.
   c. Mrs. Triple invests for three years.

Assume each invests in company Z (see Problem 5). Show that each expects to earn a rate of return of 8% per year.

9. True or false? Explain.

    a. The value of a share equals the discounted stream of future earnings per share.

    b. The value of a share equals the PV of earnings per share assuming the firm does not grow, plus the NPV of future growth opportunities.

10. Under what conditions does $r$, a stock's market capitalization rate, equal its earnings–price ratio $EPS_1/P_0$?

11. What do financial managers mean by "free cash flow"? How is free cash flow calculated? Briefly explain.

12. What is meant by the "horizon value" of a business? How can it be estimated?

13. Suppose the horizon date is set at a time when the firm will run out of positive-NPV investment opportunities. How would you calculate the horizon value? (*Hint:* What is the $P$/EPS ratio when PVGO = 0?)

## INTERMEDIATE

14. Look in a recent issue of *The Wall Street Journal* at "NYSE-Composite Transactions."

    a. What is the latest price of IBM stock?

    b. What are the annual dividend payment and the dividend yield on IBM stock?

    c. What would the yield be if IBM changed its yearly dividend to $1.50?

    d. What is the P/E on IBM stock?

    e. Use the P/E to calculate IBM's earnings per share.

    f. Is IBM's P/E higher or lower than that of Exxon Mobil?

    g. What are the possible reasons for the difference in P/E?



Visit us at
www.mhhe.com/bma

15. Rework Table 4.2 under the assumption that the dividend on Fledgling Electronics is $10 next year and that it is expected to grow by 5% a year. The capitalization rate is 15%.

16. Consider the following three stocks:

    a. Stock A is expected to provide a dividend of $10 a share forever.

    b. Stock B is expected to pay a dividend of $5 next year. Thereafter, dividend growth is expected to be 4% a year forever.

    c. Stock C is expected to pay a dividend of $5 next year. Thereafter, dividend growth is expected to be 20% a year for five years (i.e., until year 6) and zero thereafter.

    If the market capitalization rate for each stock is 10%, which stock is the most valuable? What if the capitalization rate is 7%?

17. Pharmecology is about to pay a dividend of $1.35 per share. It's a mature company, but future EPS and dividends are expected to grow with inflation, which is forecasted at 2.75% per year.

    a. What is Pharmecology's current stock price? The nominal cost of capital is 9.5%.

    b. Redo part (a) using forecasted real dividends and a real discount rate.

18. Company Q's current return on equity (ROE) is 14%. It pays out one-half of earnings as cash dividends (payout ratio = .5). Current book value per share is $50. Book value per share will grow as Q reinvests earnings.

    Assume that the ROE and payout ratio stay constant for the next four years. After that, competition forces ROE down to 11.5% and the payout ratio increases to 0.8. The cost of capital is 11.5%.

    a. What are Q's EPS and dividends next year? How will EPS and dividends grow in years 2, 3, 4, 5, and subsequent years?

    b. What is Q's stock worth per share? How does that value depend on the payout ratio and growth rate after year 4?

19. Mexican Motors stock sells for 200 pesos per share and next year's dividend is 8.5 pesos. Security analysts are forecasting earnings growth of 7.5% per year for the next five years.

    a. Assume that earnings and dividends are expected to grow at 7.5% in perpetuity. What rate of return are investors expecting?

    b. Mexican Motors has generally earned about 12% on book equity (ROE = .12) and paid out 50% of earnings as dividends. Suppose it maintains the same ROE and payout ratio in the long-run future. What is the implication for $g$? For $r$? Should you revise your answer to part (a) of this question?

20. Phoenix Corp. faltered in the recent recession but has recovered since. EPS and dividends have grown rapidly since 2017.

| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| EPS | $.75 | 2.00 | 2.50 | 2.60 | 2.65 |
| Dividends | $ 0 | 1.00 | 2.00 | 2.30 | 2.65 |
| Dividend growth | — | — | 100% | 15% | 15% |

The figures for 2020 and 2021 are of course forecasts. Phoenix's stock price today in 2019 is $21.75. Phoenix's recovery will be complete in 2021, and there will be *no further growth* in EPS or dividends.

A security analyst forecasts *next year's* rate of return on Phoenix stock as follows:

$$r = \frac{DIV}{P} + g = \frac{2.30}{21.75} + .15 = .256, \text{ about } 26\%$$

What's wrong with the security analyst's forecast? What is the actual expected rate of return over the next year?

21. Each of the following formulas for determining shareholders' required rate of return can be right or wrong depending on the circumstances:

    a. $r = \dfrac{DIV_1}{P_0} + g$

    b. $r = \dfrac{EPS_1}{P_0}$

    For each formula construct a *simple* numerical example showing that the formula can give wrong answers and explain why the error occurs. Then construct another simple numerical example for which the formula gives the right answer.

22. Alpha Corp's earnings and dividends are growing at 15% per year. Beta Corp's earnings and dividends are growing at 8% per year. The companies' assets, earnings, and dividends per share are now (at date 0) exactly the same. Yet PVGO accounts for a greater fraction of Beta Corp's stock price. How is this possible? (*Hint:* There is more than one possible explanation.)

23. Look again at the financial forecasts for Growth-Tech given in Table 4.5. This time assume you *know* that the opportunity cost of capital is $r = .12$ (discard the .099 figure calculated in the text). Assume you do *not* know Growth-Tech's stock value. Otherwise follow the assumptions given in the text.

    a. Calculate the value of Growth-Tech stock.

    b. What part of that value reflects the discounted value of $P_3$, the price forecasted for year 3?

    c. What part of $P_3$ reflects the present value of growth opportunities (PVGO) after year 3?

    d. Suppose that competition will catch up with Growth-Tech by year 4, so that it can earn only its cost of capital on any investments made in year 4 or subsequently. What is Growth-Tech stock worth now under this assumption? (Make additional assumptions if necessary.)

Visit us at www.mhhe.com/bma

24. Compost Science, Inc. (CSI), is in the business of converting Boston's sewage sludge into fertilizer. The business is not in itself very profitable. However, to induce CSI to remain in business, the Metropolitan District Commission (MDC) has agreed to pay whatever amount is necessary to yield CSI a 10% book return on equity. At the end of the year CSI is expected to pay a $4 dividend. It has been reinvesting 40% of earnings and growing at 4% a year.

    a. Suppose CSI continues on this growth trend. What is the expected long-run rate of return from purchasing the stock at $100? What part of the $100 price is attributable to the present value of growth opportunities?

    b. Now the MDC announces a plan for CSI to treat Cambridge sewage. CSI's plant will, therefore, be expanded gradually over five years. This means that CSI will have to reinvest 80% of its earnings for five years. Starting in year 6, however, it will again be able to pay out 60% of earnings. What will be CSI's stock price once this announcement is made and its consequences for CSI are known?

25. Permian Partners (PP) produces from aging oil fields in west Texas. Production is 1.8 million barrels per year in 2009, but production is declining at 7% per year for the foreseeable future. Costs of production, transportation, and administration add up to $25 per barrel. The average oil price was $65 per barrel in 2009.

    PP has 7 million shares outstanding. The cost of capital is 9%. All of PP's net income is distributed as dividends. For simplicity, assume that the company will stay in business forever and that costs per barrel are constant at $25. Also, ignore taxes.

    a. What is the PV of a PP share? Assume that oil prices are expected to fall to $60 per barrel in 2010, $55 per barrel in 2011, and $50 per barrel in 2012. After 2012, assume a long-term trend of oil-price increases at 5% per year.

    b. What is PP's EPS/P ratio and why is it not equal to the 9% cost of capital?

26. Construct a new version of Table 4.8, assuming that competition drives down profitability (on existing assets as well as new investment) to 11.5% in year 6, 11% in year 7, 10.5% in year 8, and 8% in year 9 and all later years. What is the value of the concatenator business?



Visit us at www.mhhe.com/bma

## CHALLENGE

27. The constant-growth DCF formula:

$$P_0 = \frac{DIV_1}{r - g}$$

    is sometimes written as:

$$P_0 = \frac{ROE(1 - b)BVPS}{r - bROE}$$

    where BVPS is book equity value per share, $b$ is the plowback ratio, and ROE is the ratio of earnings per share to BVPS. Use this equation to show how the price-to-book ratio varies as ROE changes. What is price-to-book when ROE = $r$?

28. Portfolio managers are frequently paid a proportion of the funds under management. Suppose you manage a $100 million equity portfolio offering a dividend yield ($DIV_1/P_0$) of 5%. Dividends and portfolio value are expected to grow at a constant rate. Your annual fee for managing this portfolio is .5% of portfolio value and is calculated at the end of each year. Assuming that you will continue to manage the portfolio from now to eternity, what is the present value of the management contract? How would the contract value change if you invested in stocks with a 4% yield?

29. Suppose the concatenator division, which we valued based on Table 4.8, is spun off as an independent company, Concatco, with 1 million shares of common stock outstanding. What would each share sell for? Before answering, notice the negative free cash flows for

Visit us at www.mhhe.com/bma

years 1 to 6. The PV of these cash flows is −$3.6 million. Assume that this shortfall will have to be financed by additional shares issued in the near future. Also assume for simplicity that the $3.6 million earns interest at 10% and is sufficient to cover the negative free cash flows in Table 4.8. Concatco will pay no dividends in years 1 to 6, but will pay out all free cash flow starting in year 7.

Now calculate the value of each of the 1 million existing Concatco shares. Briefly explain your answer. *Hints:* Suppose the existing stockholders, who own 1 million shares, buy newly issued shares to cover the $3.6 million financing requirement. In other words, the $3.6 million comes directly out of existing stockholders' wallets. What's the value per share? Now suppose instead that the $3.6 million comes from new investors, who buy shares at a fair price. Does your answer change?

---

**REAL-TIME DATA ANALYSIS**

The major stock exchanges have wonderful Web sites. Look at both the NYSE site (**www.nyse. com**) and the Nasdaq site (**www.nasdaq.com**). You will find plenty of material on their trading systems, and you can also access quotes and other data.

1. Go to **www.nyse.com**. Find *NYSE MarkeTrac* and click on the DJIA ticker tape, which shows trades for the stocks in the Dow Jones Industrial Averages. Stop the tape at GE. What are the latest price, dividend yield, and P/E ratio?

**Use data from the Standard & Poor's Market Insight Database at www.mhhe.com/ edumarketinsight or from finance.yahoo.com to answer the following questions.**

2. Look up General Mills, Inc., and Kellogg Co. The companies' ticker symbols are GIS and K.
   a. What are the current dividend yield and price–earnings ratio (P/E) for each company? How do the yields and P/Es compare with the average for the food industry and for the stock market as a whole? (The stock market is represented by the S & P 500 index.)
   b. What are the growth rates of earnings per share (EPS) and dividends for each company over the last five years? Do these growth rates appear to reflect a steady trend that could be projected for the long-run future?
   c. Would you be confident in applying the constant-growth DCF valuation model to these companies' stocks? Why or why not?



3. Look up Intel (INTC), Dell Computer (DELL), Dow Chemical (DOW), Harley-Davidson (HOG), and Pfizer, Inc. (PFE). Look at "Financial Highlights" and "Company Profile" for each company. You will note wide differences in these companies' price–earnings ratios. What are the possible explanations for these differences? Which would you classify as growth (high-PVGO) stocks and which as income stocks?

---

## MINI-CASE ● ● ● ● ●

### Reeby Sports

Ten years ago, in 2001, George Reeby founded a small mail-order company selling high-quality sports equipment. Since those early days Reeby Sports has grown steadily and been consistently profitable. The company has issued 2 million shares, all of which are owned by George Reeby and his five children.

For some months George has been wondering whether the time has come to take the company public. This would allow him to cash in on part of his investment and would make it easier for the firm to raise capital should it wish to expand in the future.

Visit us at www.mhhe.com/bma

But how much are the shares worth? George's first instinct is to look at the firm's balance sheet, which shows that the book value of the equity is $26.34 million, or $13.17 per share. A share price of $13.17 would put the stock on a P/E ratio of 6.6. That is quite a bit lower than the 13.1 P/E ratio of Reeby's larger rival, Molly Sports.

George suspects that book value is not necessarily a good guide to a share's market value. He thinks of his daughter Jenny, who works in an investment bank. She would undoubtedly know what the shares are worth. He decides to phone her after she finishes work that evening at 9 o'clock or before she starts the next day at 6.00 a.m.

Before phoning, George jots down some basic data on the company's profitability. After recovering from its early losses, the company has earned a return that is higher than its estimated 10% cost of capital. George is fairly confident that the company could continue to grow fairly steadily for the next six to eight years. In fact he feels that the company's growth has been somewhat held back in the last few years by the demands from two of the children for the company to make large dividend payments. Perhaps, if the company went public, it could hold back on dividends and plow more money back into the business.

There are some clouds on the horizon. Competition is increasing and only that morning Molly Sports announced plans to form a mail-order division. George is worried that beyond the next six or so years it might become difficult to find worthwhile investment opportunities.

George realizes that Jenny will need to know much more about the prospects for the business before she can put a final figure on the value of Reeby Sports, but he hopes that the information is sufficient for her to give a preliminary indication of the value of the shares.

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings per share, $ | −2.10 | −0.70 | 0.23 | 0.81 | 1.10 | 1.30 | 1.52 | 1.64 | 2.00 | 2.03 |
| Dividend, $ | 0.00 | 0.00 | 0.00 | 0.20 | 0.20 | 0.30 | 0.30 | 0.60 | 0.60 | 0.80 |
| Book value per share, $ | 9.80 | 7.70 | 7.00 | 7.61 | 8.51 | 9.51 | 10.73 | 11.77 | 13.17 | 14.40 |
| ROE, % | −27.10 | −7.1 | 3.0 | 11.6 | 14.5 | 15.3 | 16.0 | 15.3 | 17.0 | 15.4 |

### QUESTIONS

1. Help Jenny to forecast dividend payments for Reeby Sports and to estimate the value of the stock. You do not need to provide a single figure. For example, you may wish to calculate two figures, one on the assumption that the opportunity for further profitable investment is reduced in year 6 and another on the assumption that it is reduced in year 8.

2. How much of your estimate of the value of Reeby's stock comes from the present value of growth opportunities?

# Net Present Value and Other Investment Criteria

▶ **A company's shareholders** prefer to be rich rather than poor. Therefore, they want the firm to invest in every project that is worth more than it costs. The difference between a project's value and its cost is its *net present value (NPV)*. Companies can best help their shareholders by investing in all projects with a positive NPV and rejecting those with a negative NPV.

We start this chapter with a review of the net present value rule. We then turn to some other measures that companies may look at when making investment decisions. The first two of these measures, the project's payback period and its book rate of return, are little better than rules of thumb, easy to calculate and easy to communicate. Although there is a place for rules of thumb in this world, an engineer needs something more accurate when designing a 100-story building, and a financial manager needs more than a rule of thumb when making a substantial capital investment decision.

Instead of calculating a project's NPV, companies often compare the expected rate of return from investing in the project with the return that shareholders could earn on equivalent-risk investments in the capital market. The company accepts those projects that provide a higher return than shareholders could earn for themselves. If used correctly, this rate of return rule should always identify projects that increase firm value. However, we shall see that the rule sets several traps for the unwary.

We conclude the chapter by showing how to cope with situations when the firm has only limited capital. This raises two problems. One is computational. In simple cases we just choose those projects that give the highest NPV per dollar invested, but more elaborate techniques are sometimes needed to sort through the possible alternatives. The other problem is to decide whether capital rationing really exists and whether it invalidates the net present value rule. Guess what? NPV, properly interpreted, wins out in the end.

⬤ ⬤ ⬤ ⬤ ⬤

## 5-1 A Review of the Basics

Vegetron's chief financial officer (CFO) is wondering how to analyze a proposed $1 million investment in a new venture called project X. He asks what you think.

Your response should be as follows: "First, forecast the cash flows generated by project X over its economic life. Second, determine the appropriate opportunity cost of capital ($r$). This should reflect both the time value of money and the risk involved in project X. Third, use this opportunity cost of capital to discount the project's future cash flows. The sum of the discounted cash flows is called present value (PV). Fourth, calculate *net* present value (NPV) by subtracting the $1 million investment from PV. If we call the cash flows $C_0$, $C_1$, and so on, then

$$\text{NPV} = C_0 + \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} + \cdots$$

We should invest in project X if its NPV is greater than zero."

However, Vegetron's CFO is unmoved by your sagacity. He asks why NPV is so important.

Your reply: "Let us look at what is best for Vegetron stockholders. They want you to make their Vegetron shares as valuable as possible.

"Right now Vegetron's total market value (price per share times the number of shares outstanding) is $10 million. That includes $1 million cash we can invest in project X. The value of Vegetron's other assets and opportunities must therefore be $9 million. We have to decide whether it is better to keep the $1 million cash and reject project X or to spend the cash and accept the project. Let us call the value of the new project PV. Then the choice is as follows:

| | Market Value ($ millions) | |
|---|---|---|
| **Asset** | **Reject Project X** | **Accept Project X** |
| Cash | 1 | 0 |
| Other assets | 9 | 9 |
| Project X | 0 | PV |
| | 10 | 9 + PV |

"Clearly project X is worthwhile if its present value, PV, is greater than $1 million, that is, if net present value is positive."

CFO: "How do I know that the PV of project X will actually show up in Vegetron's market value?"

Your reply: "Suppose we set up a new, independent firm X, whose only asset is project X. What would be the market value of firm X?

"Investors would forecast the dividends that firm X would pay and discount those dividends by the expected rate of return of securities having similar risks. We know that stock prices are equal to the present value of forecasted dividends.

"Since project X is the only asset, the dividend payments we would expect firm X to pay are exactly the cash flows we have forecasted for project X. Moreover, the rate investors would use to discount firm X's dividends is exactly the rate we should use to discount project X's cash flows.

"I agree that firm X is entirely hypothetical. But if project X is accepted, investors holding Vegetron stock will really hold a portfolio of project X and the firm's other assets. We know the other assets are worth $9 million considered as a separate venture. Since asset values add up, we can easily figure out the portfolio value once we calculate the value of project X as a separate venture.

"By calculating the present value of project X, we are replicating the process by which the common stock of firm X would be valued in capital markets."

CFO: "The one thing I don't understand is where the discount rate comes from."

Your reply: "I agree that the discount rate is difficult to measure precisely. But it is easy to see what we are *trying* to measure. The discount rate is the opportunity cost of investing in the project rather than in the capital market. In other words, instead of accepting a project, the firm can always return the cash to the shareholders and let them invest it in financial assets.

"You can see the trade-off (Figure 5.1). The opportunity cost of taking the project is the return shareholders could have earned had they invested the funds on their own. When we discount the project's cash flows by the expected rate of return on financial assets, we are measuring how much investors would be prepared to pay for your project."



▶ **FIGURE 5.1**

The firm can either keep and reinvest cash or return it to investors. (Arrows represent possible cash flows or transfers.) If cash is reinvested, the opportunity cost is the expected rate of return that shareholders could have obtained by investing in financial assets.

"But which financial assets?" Vegetron's CFO queries. "The fact that investors expect only 12% on IBM stock does not mean that we should purchase Fly-by-Night Electronics if it offers 13%."

Your reply: "The opportunity-cost concept makes sense only if assets of equivalent risk are compared. In general, you should identify financial assets that have the same risk as your project, estimate the expected rate of return on these assets, and use this rate as the opportunity cost."

## Net Present Value's Competitors

When you advised the CFO to calculate the project's NPV, you were in good company. These days 75% of firms always, or almost always, calculate net present value when deciding on investment projects. However, as you can see from Figure 5.2, NPV is not the only investment criterion that companies use, and firms often look at more than one measure of a project's attractiveness.

About three-quarters of firms calculate the project's internal rate of return (or IRR); that is roughly the same proportion as use NPV. The IRR rule is a close relative of NPV and, when used properly, it will give the same answer. You therefore need to understand the IRR rule and how to take care when using it.

A large part of this chapter is concerned with explaining the IRR rule, but first we look at two other measures of a project's attractiveness—the project's payback and its book rate of return. As we will explain, both measures have obvious defects. Few companies rely on them to make their investment decisions, but they do use them as supplementary measures that may help to distinguish the marginal project from the no-brainer.

Later in the chapter we also come across one further investment measure, the profitability index. Figure 5.2 shows that it is not often used, but you will find that there are circumstances in which this measure has some special advantages.

## Three Points to Remember about NPV

As we look at these alternative criteria, it is worth keeping in mind the following key features of the net present value rule. First, the NPV rule recognizes that *a dollar today is worth more than a dollar tomorrow,* because the dollar today can be invested to start earning interest immediately. Any investment rule that does not recognize the *time value of money* cannot be sensible. Second, net present value depends solely on the *forecasted cash flows*



**FIGURE 5.2**

Survey evidence on the percentage of CFOs who always, or almost always, use a particular technique for evaluating investment projects.

*Source:* Reprinted from J. R. Graham and C. R. Harvey, "The Theory and Practice of Finance: Evidence from the Field," *Journal of Financial Economics* 61 (2001), pp. 187–243, © 2001 with permission from Elsevier Science.

from the project and the *opportunity cost of capital.* Any investment rule that is affected by the manager's tastes, the company's choice of accounting method, the profitability of the company's existing business, or the profitability of other independent projects will lead to inferior decisions. Third, *because present values are all measured in today's dollars, you can add them up.* Therefore, if you have two projects A and B, the net present value of the combined investment is

$$NPV(A + B) = NPV(A) + NPV(B)$$

This adding-up property has important implications. Suppose project B has a negative NPV. If you tack it onto project A, the joint project (A + B) must have a lower NPV than A on its own. Therefore, you are unlikely to be misled into accepting a poor project (B) just because it is packaged with a good one (A). As we shall see, the alternative measures do not have this property. If you are not careful, you may be tricked into deciding that a package of a good and a bad project is better than the good project on its own.

### NPV Depends on Cash Flow, Not on Book Returns

Net present value depends only on the project's cash flows and the opportunity cost of capital. But when companies report to shareholders, they do not simply show the cash flows. They also report book—that is, accounting—income and book assets.

Financial managers sometimes use these numbers to calculate a book (or accounting) rate of return on a proposed investment. In other words, they look at the prospective book income as a proportion of the book value of the assets that the firm is proposing to acquire:

$$\text{Book rate of return} = \frac{\text{book income}}{\text{book assets}}$$

Cash flows and book income are often very different. For example, the accountant labels some cash outflows as *capital investments* and others as *operating expenses.* The operating expenses are, of course, deducted immediately from each year's income. The capital expenditures are put on the firm's balance sheet and then depreciated. The annual depreciation charge is deducted from each year's income. Thus the book rate of return depends

on which items the accountant treats as capital investments and how rapidly they are depreciated.[1]

Now the merits of an investment project do not depend on how accountants classify the cash flows[2] and few companies these days make investment decisions just on the basis of the book rate of return. But managers know that the company's shareholders pay considerable attention to book measures of profitability and naturally they think (and worry) about how major projects would affect the company's book return. Those projects that would reduce the company's book return may be scrutinized more carefully by senior management.

You can see the dangers here. The company's book rate of return may not be a good measure of true profitability. It is also an *average* across all of the firm's activities. The average profitability of past investments is not usually the right hurdle for new investments. Think of a firm that has been exceptionally lucky and successful. Say its average book return is 24%, double shareholders' 12% opportunity cost of capital. Should it demand that all *new* investments offer 24% or better? Clearly not: That would mean passing up many positive-NPV opportunities with rates of return between 12 and 24%.

We will come back to the book rate of return in Chapters 12 and 28, when we look more closely at accounting measures of financial performance.

## 5-2   Payback

We suspect that you have often heard conversations that go something like this: "We are spending $6 a week, or around $300 a year, at the laundromat. If we bought a washing machine for $800, it would pay for itself within three years. That's well worth it." You have just encountered the payback rule.

A project's **payback period** is found by counting the number of years it takes before the cumulative cash flow equals the initial investment. For the washing machine the payback period was just under three years. The **payback *rule*** states that a project should be accepted if its payback period is less than some specified cutoff period. For example, if the cutoff period is four years, the washing machine makes the grade; if the cutoff is two years, it doesn't.

---

**EXAMPLE 5.1**   ● The Payback Rule

Consider the following three projects:

| | Cash Flows ($) | | | | | |
|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | Payback Period (years) | NPV at 10% |
| A | −2,000 | 500 | 500 | 5,000 | 3 | +2,624 |
| B | −2,000 | 500 | 1,800 | 0 | 2 | −58 |
| C | −2,000 | 1,800 | 500 | 0 | 2 | +50 |

---

[1] This chapter's mini-case contains simple illustrations of how book rates of return are calculated and of the difference between accounting income and project cash flow. Read the case if you wish to refresh your understanding of these topics. Better still, do the case calculations.

[2] Of course, the depreciation method used for tax purposes does have cash consequences that should be taken into account in calculating NPV. We cover depreciation and taxes in the next chapter.

Project A involves an initial investment of $2,000 ($C_0 = -2,000$) followed by cash inflows during the next three years. Suppose the opportunity cost of capital is 10%. Then project A has an NPV of $+\$2,624$:

$$\text{NPV(A)} = -2,000 + \frac{500}{1.10} + \frac{500}{1.10^2} + \frac{5,000}{1.10^3} = +\$2,624$$

Project B also requires an initial investment of $2,000 but produces a cash inflow of $500 in year 1 and $1,800 in year 2. At a 10% opportunity cost of capital project B has an NPV of $-\$58$:

$$\text{NPV(B)} = -2,000 + \frac{500}{1.10} + \frac{1,800}{1.10^2} = -\$58$$

The third project, C, involves the same initial outlay as the other two projects but its first-period cash flow is larger. It has an NPV of $+\$50$.

$$\text{NPV(C)} = -2,000 + \frac{1,800}{1.10} + \frac{500}{1.10^2} = +\$50$$

The net present value rule tells us to accept projects A and C but to reject project B.

Now look at how rapidly each project pays back its initial investment. With project A you take three years to recover the $2,000 investment; with projects B and C you take only two years. If the firm used the *payback rule* with a cutoff period of two years, it would accept only projects B and C; if it used the payback rule with a cutoff period of three or more years, it would accept all three projects. Therefore, regardless of the choice of cutoff period, the payback rule gives different answers from the net present value rule.

● ● ● ● ●

You can see why payback can give misleading answers as illustrated in Example 5.1:

1.  *The payback rule ignores all cash flows after the cutoff date.* If the cutoff date is two years, the payback rule rejects project A regardless of the size of the cash inflow in year 3.
2.  *The payback rule gives equal weight to all cash flows before the cutoff date.* The payback rule says that projects B and C are equally attractive, but because C's cash inflows occur earlier, C has the higher net present value at any discount rate.

In order to use the payback rule, a firm has to decide on an appropriate cutoff date. If it uses the same cutoff regardless of project life, it will tend to accept many poor short-lived projects and reject many good long-lived ones.

We have had little good to say about the payback rule. So why do many companies continue to use it? Senior managers don't truly believe that all cash flows after the payback period are irrelevant. We suggest three explanations. First, payback may be used because it is the simplest way to *communicate* an idea of project profitability. Investment decisions require discussion and negotiation between people from all parts of the firm, and it is important to have a measure that everyone can understand. Second, managers of larger corporations may opt for projects with short paybacks because they believe that quicker profits mean quicker promotion. That takes us back to Chapter 1 where we discussed the need to align the objectives of managers with those of shareholders. Finally, owners of family firms with limited access to capital may worry about their future ability to raise capital. These worries may lead them to favor rapid payback projects even though a longer-term venture may have a higher NPV.

## Discounted Payback

Occasionally companies discount the cash flows before they compute the payback period. The discounted cash flows for our three projects are as follows:

| | Discounted Cash Flows ($) | | | | | |
|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | Discounted Payback Period (years) | NPV at 20% |
| A | −2,000 | $500/1.10 =$ 455 | $500/1.10^2 =$ 413 | $5,000/1.10^3 =$ 3,757 | 3 | +2,624 |
| B | −2,000 | $500/1.10 =$ 455 | $1,800/1.10^2 =$ 1,488 | | — | −58 |
| C | −2,000 | $1,800/1.10 =$ 1,636 | $500/1.10^2 =$ 413 | | 2 | +50 |

The *discounted payback rule* asks, How many years does the project have to last in order for it to make sense in terms of net present value? You can see that the value of the cash inflows from project B never exceeds the initial outlay and would always be rejected under the discounted payback rule. Thus the discounted payback rule will never accept a negative-NPV project. On the other hand, it still takes no account of cash flows after the cutoff date, so that good long-term projects such as A continue to risk rejection.

Rather than automatically rejecting any project with a long discounted payback period, many managers simply use the measure as a warning signal. These managers don't unthinkingly reject a project with a long discounted-payback period. Instead they check that the proposer is not unduly optimistic about the project's ability to generate cash flows into the distant future. They satisfy themselves that the equipment has a long life and that competitors will not enter the market and eat into the project's cash flows.

## 5-3   Internal (or Discounted-Cash-Flow) Rate of Return

Whereas payback and return on book are ad hoc measures, internal rate of return has a much more respectable ancestry and is recommended in many finance texts. If, therefore, we dwell more on its deficiencies, it is not because they are more numerous but because they are less obvious.

In Chapter 2 we noted that the net present value rule could also be expressed in terms of rate of return, which would lead to the following rule: "Accept investment opportunities offering rates of return in excess of their opportunity costs of capital." That statement, properly interpreted, is absolutely correct. However, interpretation is not always easy for long-lived investment projects.

There is no ambiguity in defining the true rate of return of an investment that generates a single payoff after one period:

$$\text{Rate of return} = \frac{\text{payoff}}{\text{investment}} - 1$$

Alternatively, we could write down the NPV of the investment and find the discount rate that makes NPV = 0.

$$\text{NPV} = C_0 + \frac{C_1}{1 + \text{discount rate}} = 0$$

implies

$$\text{Discount rate} = \frac{C_1}{-C_0} - 1$$

Of course $C_1$ is the payoff and $-C_0$ is the required investment, and so our two equations say exactly the same thing. *The discount rate that makes NPV = 0 is also the rate of return.*

How do we calculate return when the project produces cash flows in several periods? Answer: we use the same definition that we just developed for one-period projects—*the project rate of return is the discount rate that gives a zero NPV*. This discount rate is known as the **discounted-cash-flow (DCF) rate of return** or **internal rate of return (IRR).** The internal rate of return is used frequently in finance. It can be a handy measure, but, as we shall see, it can also be a misleading measure. You should, therefore, know how to calculate it and how to use it properly.

### Calculating the IRR

The internal rate of return is defined as the rate of discount that makes NPV = 0. So to find the IRR for an investment project lasting $T$ years, we must solve for IRR in the following expression:

$$\text{NPV} = C_0 + \frac{C_1}{1 + \text{IRR}} + \frac{C_2}{(1 + \text{IRR})^2} + \cdots + \frac{C_T}{(1 + \text{IRR})^T} = 0$$

Actual calculation of IRR usually involves trial and error. For example, consider a project that produces the following flows:

| Cash Flows ($) | | |
|---|---|---|
| $C_0$ | $C_1$ | $C_2$ |
| −4,000 | +2,000 | +4,000 |

The internal rate of return is IRR in the equation

$$\text{NPV} = -4,000 + \frac{2,000}{1 + \text{IRR}} + \frac{4,000}{(1 + \text{IRR})^2} = 0$$

Let us arbitrarily try a zero discount rate. In this case NPV is not zero but +$2,000:

$$\text{NPV} = -4,000 + \frac{2,000}{1.0} + \frac{4,000}{(1.0)^2} = +\$2,000$$

The NPV is positive; therefore, the IRR must be greater than zero. The next step might be to try a discount rate of 50%. In this case net present value is −$889:

$$\text{NPV} = -4,000 + \frac{2,000}{1.50} + \frac{4,000}{(1.50)^2} = -\$889$$

The NPV is negative; therefore, the IRR must be less than 50%. In Figure 5.3 we have plotted the net present values implied by a range of discount rates. From this we can see that a discount rate of 28% gives the desired net present value of zero. Therefore IRR is 28%.

The easiest way to calculate IRR, if you have to do it by hand, is to plot three or four combinations of NPV and discount rate on a graph like Figure 5.3, connect the points with a smooth line, and read off the discount rate at which NPV = 0. It is of course quicker and more accurate to use a computer spreadsheet or a specially programmed calculator, and in practice this is what

financial managers do. The Useful Spreadsheet Functions box near the end of the chapter presents Excel functions for doing so.

Some people confuse the internal rate of return and the opportunity cost of capital because both appear as discount rates in the NPV formula. The internal rate of return is a *profitability measure* that depends solely on the amount and timing of the project cash flows. The opportunity cost of capital is a *standard of profitability* that we use to calculate how much the project is worth. The opportunity cost of capital is established in capital markets. It is the expected rate of return offered by other assets with the same risk as the project being evaluated.



▶ **FIGURE 5.3**

This project costs $4,000 and then produces cash inflows of $2,000 in year 1 and $4,000 in year 2. Its internal rate of return (IRR) is 28%, the rate of discount at which NPV is zero.

## The IRR Rule

*The internal rate of return rule* is to accept an investment project if the opportunity cost of capital is less than the internal rate of return. You can see the reasoning behind this idea if you look again at Figure 5.3. If the opportunity cost of capital is less than the 28% IRR, then the project has a *positive* NPV when discounted at the opportunity cost of capital. If it is equal to the IRR, the project has a *zero* NPV. And if it is greater than the IRR, the project has a *negative* NPV. Therefore, when we compare the opportunity cost of capital with the IRR on our project, we are effectively asking whether our project has a positive NPV. This is true not only for our example. The rule will give the same answer as the net present value rule *whenever the NPV of a project is a smoothly declining function of the discount rate.*

Many firms use internal rate of return as a criterion in preference to net present value. We think that this is a pity. Although, properly stated, the two criteria are formally equivalent, the internal rate of return rule contains several pitfalls.

## Pitfall 1—Lending or Borrowing?

Not all cash-flow streams have NPVs that decline as the discount rate increases. Consider the following projects A and B:

| Cash Flows ($) | | | | |
|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | **IRR** | **NPV at 10%** |
| A | −1,000 | +1,500 | +50% | +364 |
| B | +1,000 | −1,500 | +50% | −364 |

Each project has an IRR of 50%. (In other words, $-1,000 + 1,500/1.50 = 0$ *and* $+ 1,000 - 1,500/1.50 = 0$.)

Does this mean that they are equally attractive? Clearly not, for in the case of A, where we are initially paying out $1,000, we are *lending* money at 50%, in the case of B, where we

are initially receiving $1,000, we are *borrowing* money at 50%. When we lend money, we want a *high* rate of return; when we borrow money, we want a *low* rate of return.

If you plot a graph like Figure 5.3 for project B, you will find that NPV increases as the discount rate increases. Obviously the internal rate of return rule, as we stated it above, won't work in this case; we have to look for an IRR *less* than the opportunity cost of capital.

### Pitfall 2—Multiple Rates of Return

Helmsley Iron is proposing to develop a new strip mine in Western Australia. The mine involves an initial investment of A$3 billion and is expected to produce a cash inflow of A$1 billion a year for the next nine years. At the end of that time the company will incur A$6.5 billion of cleanup costs. Thus the cash flows from the project are:

| Cash Flows (billions of Australian dollars) | | | | |
|---|---|---|---|---|
| $C_0$ | $C_1$ | . . . | $C_9$ | $C_{10}$ |
| −3 | 1 | | 1 | −6.5 |

Helmsley calculates the project's IRR and its NPV as follows:

| IRR (%) | NPV at 10% |
|---|---|
| +3.50 *and* 19.54 | $A253 million |

Note that there are *two* discount rates that make NPV = 0. That is, *each* of the following statements holds:

$$\text{NPV} = -3 + \frac{1}{1.035} + \frac{1}{1.035^2} + \cdots + \frac{1}{1.035^9} - \frac{6.5}{1.035^{10}} = 0$$

$$\text{NPV} = -3 + \frac{1}{1.1954} + \frac{1}{1.1954^2} + \cdots + \frac{1}{1.1954^9} - \frac{6.5}{1.1954^{10}} = 0$$

In other words, the investment has an IRR of both 3.50 *and* 19.54%. Figure 5.4 shows how this comes about. As the discount rate increases, NPV initially rises and then declines. The reason for this is the double change in the sign of the cash-flow stream. There can be as many internal rates of return for a project as there are changes in the sign of the cash flows.[3]

Decommissioning and clean-up costs can sometimes be huge. Phillips Petroleum has estimated that it will need to spend $1 billion to remove its Norwegian offshore oil plat-forms. It can cost over $300 million to decommission a nuclear power plant. These are obvious instances where cash flows go from positive to negative, but you can probably think of a number of other cases where the company needs to plan for later expenditures. Ships periodically need to go into dry dock for a refit, hotels may receive a major face-lift, machine parts may need replacement, and so on.

Whenever the cash-flow stream is expected to change sign more than once, the company typically sees more than one IRR.

As if this is not difficult enough, there are also cases in which *no* internal rate of return exists. For example, project C has a positive net present value at all discount rates:

| | Cash Flows ($) | | | | |
|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | IRR (%) | NPV at 10% |
| C | +1,000 | −3,000 | +2,500 | None | +339 |

---

[3] By Descartes's "rule of signs" there can be as many different solutions to a polynomial as there are changes of sign.



**FIGURE 5.4**

Helmsley Iron's mine has two internal rates of return. NPV = 0 when the discount rate is +3.50% *and* when it is +19.54%.

A number of adaptations of the IRR rule have been devised for such cases. Not only are they inadequate, but they also are unnecessary, for the simple solution is to use net present value.[4]

## Pitfall 3—Mutually Exclusive Projects

Firms often have to choose from among several alternative ways of doing the same job or using the same facility. In other words, they need to choose from among **mutually exclusive projects.** Here too the IRR rule can be misleading.

Consider projects D and E:

| Project | $C_0$ | $C_1$ | IRR (%) | NPV at 10% |
|---|---|---|---|---|
| **Cash Flows ($)** | | | | |
| D | −10,000 | +20,000 | 100 | + 8,182 |
| E | −20,000 | +35,000 | 75 | +11,818 |

Perhaps project D is a manually controlled machine tool and project E is the same tool with the addition of computer control. Both are good investments, but E has the higher NPV and is, therefore, better. However, the IRR rule seems to indicate that if you have to choose, you should go for D since it has the higher IRR. If you follow the IRR rule, you have the satisfaction of earning a 100% rate of return; if you follow the NPV rule, you are $11,818 richer.

---

[4] Companies sometimes get around the problem of multiple rates of return by discounting the later cash flows back at the cost of capital until there remains only one change in the sign of the cash flows. A *modified internal rate of return* (MIRR) can then be calculated on this revised series. In our example, the MIRR is calculated as follows:

1. Calculate the present value in year 5 of all the subsequent cash flows:

$$\text{PV in year } 5 = 1/1.1 + 1/1.1^2 + 1/1.1^3 + +1/1.1^4 - 6.5/1.1^5 = -.866$$

2. Add to the year 5 cash flow the present value of subsequent cash flows:

$$C_5 + \text{PV(subsequent cash flows)} = 1 - .866 = .134$$

3. Since there is now only one change in the sign of the cash flows, the revised series has a unique rate of return, which is 13.7%

$$\text{NPV} = 1/1.137 + 1/1.137^2 + 1/1.137^3 + 1/1.137^4 + .134/1.137^5 = 0$$

Since the MIRR of 13.7% is greater than the cost of capital (and the initial cash flow is negative), the project has a positive NPV when valued at the cost of capital.

Of course, it would be much easier in such cases to abandon the IRR rule and just calculate project NPV.

You can salvage the IRR rule in these cases by looking at the internal rate of return on the *incremental* flows. Here is how to do it: First, consider the smaller project (D in our example). It has an IRR of 100%, which is well in excess of the 10% opportunity cost of capital. You know, therefore, that D is acceptable. You now ask yourself whether it is worth making the additional $10,000 investment in E. The incremental flows from undertaking E rather than D are as follows:

| Cash Flows ($) | | | | |
|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | IRR (%) | NPV at 10% |
| E − D | −10,000 | +15,000 | 50 | +3,636 |

The IRR on the incremental investment is 50%, which is also well in excess of the 10% opportunity cost of capital. So you should prefer project E to project D.[5]

Unless you look at the incremental expenditure, IRR is unreliable in ranking projects of different scale. It is also unreliable in ranking projects that offer different patterns of cash flow over time. For example, suppose the firm can take project F *or* project G but not both (ignore H for the moment):

| Cash Flows ($) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | Etc. | IRR (%) | NPV at 10% |
| F | −9,000 | +6,000 | +5,000 | +4,000 | 0 | 0 | . . . | 33 | 3,592 |
| G | −9,000 | +1,800 | +1,800 | +1,800 | +1,800 | +1,800 | . . . | 20 | 9,000 |
| H | | −6,000 | +1,200 | +1,200 | +1,200 | +1,200 | . . . | 20 | 6,000 |

Project F has a higher IRR, but project G, which is a perpetuity, has the higher NPV. Figure 5.5 shows why the two rules give different answers. The green line gives the net present value of project F at different rates of discount. Since a discount rate of 33% produces a net present value of zero, this is the internal rate of return for project F. Similarly, the brown line shows the net present value of project G at different discount rates. The IRR of project G is 20%. (We assume project G's cash flows continue indefinitely.) Note, however, that project G has a higher NPV as long as the opportunity cost of capital is less than 15.6%.

The reason that IRR is misleading is that the total cash inflow of project G is larger but tends to occur later. Therefore, when the discount rate is low, G has the higher NPV; when the discount rate is high, F has the higher NPV. (You can see from Figure 5.5 that the two projects have the *same* NPV when the discount rate is 15.6%.) The internal rates of return on the two projects tell us that at a discount rate of 20% G has a zero NPV (IRR = 20%) and F has a positive NPV. Thus if the opportunity cost of capital were 20%, investors would place a higher value on the shorter-lived project F. But in our example the opportunity cost of capital is not 20% but 10%. So investors will



▶ **FIGURE 5.5**

The IRR of project F exceeds that of project G, but the NPV of project F is higher *only* if the discount rate is greater than 15.6%.

[5] You may, however, find that you have jumped out of the frying pan into the fire. The series of incremental cash flows may involve several changes in sign. In this case there are likely to be multiple IRRs and you will be forced to use the NPV rule after all.

pay a relatively high price for the longer-lived project. At a 10% cost of capital, an investment in G has an NPV of $9,000 and an investment in F has an NPV of only $3,592.[6]

This is a favorite example of ours. We have gotten many businesspeople's reaction to it. When asked to choose between F and G, many choose F. The reason seems to be the rapid payback generated by project F. In other words, they believe that if they take F, they will also be able to take a later project like H (note that H can be financed using the cash flows from F), whereas if they take G, they won't have money enough for H. In other words they implicitly assume that it is a *shortage of capital* that forces the choice between F and G. When this implicit assumption is brought out, they usually admit that G is better if there is no capital shortage.

But the introduction of capital constraints raises two further questions. The first stems from the fact that most of the executives preferring F to G work for firms that would have no difficulty raising more capital. Why would a manager at IBM, say, choose F on the grounds of limited capital? IBM can raise plenty of capital and can take project H regardless of whether F or G is chosen; therefore H should not affect the choice between F and G. The answer seems to be that large firms usually impose capital budgets on divisions and subdivisions as a part of the firm's planning and control system. Since the system is complicated and cumbersome, the budgets are not easily altered, and so they are perceived as real constraints by middle management.

The second question is this. If there is a capital constraint, either real or self-imposed, should IRR be used to rank projects? The answer is no. The problem in this case is to find the package of investment projects that satisfies the capital constraint and has the largest net present value. The IRR rule will not identify this package. As we will show in the next section, the only practical and general way to do so is to use the technique of linear programming.

When we have to choose between projects F and G, it is easiest to compare the net present values. But if your heart is set on the IRR rule, you can use it as long as you look at the internal rate of return on the incremental flows. The procedure is exactly the same as we showed above. First, you check that project F has a satisfactory IRR. Then you look at the return on the incremental cash flows from G.

| | Cash Flows ($) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | Etc. | IRR (%) | NPV at 10% |
| G − F | 0 | −4,200 | −3,200 | −2,200 | +1,800 | +1,800 | . . . | 15.6 | +5,408 |

The IRR on the incremental cash flows from G is 15.6%. Since this is greater than the opportunity cost of capital, you should undertake G rather than F.[7]

## Pitfall 4—What Happens When There Is More than One Opportunity Cost of Capital?

We have simplified our discussion of capital budgeting by assuming that the opportunity cost of capital is the same for all the cash flows, $C_1$, $C_2$, $C_3$, etc. Remember our most general formula for calculating net present value:

$$\text{NPV} = C_0 + \frac{C_1}{1 + r_1} + \frac{C_2}{(1 + r_2)^2} + \frac{C_3}{(1 + r_3)^3} + \cdots$$

---

[6] It is often suggested that the choice between the net present value rule and the internal rate of return rule should depend on the probable reinvestment rate. This is wrong. The prospective return on another *independent* investment should *never* be allowed to influence the investment decision.

[7] Because F and G had the same 10% cost of capital, we could choose between the two projects by asking whether the IRR on the incremental cash flows was greater or less than 10%. But suppose that F and G had different risks and therefore different costs of capital. In that case there would be no simple yardstick for assessing whether the IRR on the incremental cash flows was adequate.

In other words, we discount $C_1$ at the opportunity cost of capital for one year, $C_2$ at the opportunity cost of capital for two years, and so on. The IRR rule tells us to accept a project if the IRR is greater than the opportunity cost of capital. But what do we do when we have several opportunity costs? Do we compare IRR with $r_1$, $r_2$, $r_3$, . . .? Actually we would have to compute a complex weighted average of these rates to obtain a number comparable to IRR.

What does this mean for capital budgeting? It means trouble for the IRR rule whenever there is more than one opportunity cost of capital. Many firms use the IRR, thereby implicitly assuming that there is no difference between short-term and long-term discount rates. They do this for the same reason that we have so far finessed the issue: simplicity.[8]

## The Verdict on IRR

We have given four examples of things that can go wrong with IRR. We spent much less space on payback or return on book. Does this mean that IRR is worse than the other two measures? Quite the contrary. There is little point in dwelling on the deficiencies of payback or return on book. They are clearly ad hoc measures that often lead to silly conclusions. The IRR rule has a much more respectable ancestry. It is less easy to use than NPV, but, used properly, it gives the same answer.

Nowadays few large corporations use the payback period or return on book as their primary measure of project attractiveness. Most use discounted cash flow or "DCF," and for many companies DCF means IRR, not NPV. For "normal" investment projects with an initial cash outflow followed by a series of cash inflows, there is no difficulty in using the internal rate of return to make a simple accept/reject decision. However, we think that financial managers need to worry more about Pitfall 3. Financial managers never see all possible projects. Most projects are proposed by operating managers. A company that instructs nonfinancial managers to look first at project IRRs prompts a search for those projects with the highest IRRs rather than the highest NPVs. It also encourages managers to *modify* projects so that their IRRs are higher. Where do you typically find the highest IRRs? In short-lived projects requiring little up-front investment. Such projects may not add much to the value of the firm.

We don't know why so many companies pay such close attention to the internal rate of return, but we suspect that it may reflect the fact that management does not trust the forecasts it receives. Suppose that two plant managers approach you with proposals for two new investments. Both have a positive NPV of $1,400 at the company's 8% cost of capital, but you nevertheless decide to accept project A and reject B. Are you being irrational?

The cash flows for the two projects and their NPVs are set out in the table below. You can see that, although both proposals have the same NPV, project A involves an investment of $9,000, while B requires an investment of $9 million. Investing $9,000 to make $1,400 is clearly an attractive proposition, and this shows up in A's IRR of nearly 16%. Investing $9 million to make $1,400 might also be worth doing if you could be *sure* of the plant manager's forecasts, but there is almost no room for error in project B. You could spend time and money checking the cash-flow forecasts, but is it really worth the effort? Most managers would look at the IRR and decide that, if the cost of capital is 8%, a project that offers a return of 8.01% is not worth the worrying time.

Alternatively, management may conclude that project A is a clear winner that is worth undertaking right away, but in the case of project B it may make sense to wait and see

---

[8] In Chapter 9 we look at some other cases in which it would be misleading to use the same discount rate for both short-term and long-term cash flows.

whether the decision looks more clear-cut in a year's time.[9] Management postpones the decision on projects such as B by setting a hurdle rate for the IRR that is higher than the cost of capital.

| Cash Flows ($ thousands) | | | | | |
|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | NPV at 8% | IRR (%) |
| A | −9.0 | 2.9 | 4.0 | 5.4 | 1.4 | 15.58 |
| B | −9,000 | 2,560 | 3,540 | 4,530 | 1.4 | 8.01 |

## 5-4  Choosing Capital Investments When Resources Are Limited

Our entire discussion of methods of capital budgeting has rested on the proposition that the wealth of a firm's shareholders is highest if the firm accepts *every* project that has a positive net present value. Suppose, however, that there are limitations on the investment program that prevent the company from undertaking all such projects. Economists call this *capital rationing.* When capital is rationed, we need a method of selecting the package of projects that is within the company's resources yet gives the highest possible net present value.

### An Easy Problem in Capital Rationing

Let us start with a simple example. The opportunity cost of capital is 10%, and our company has the following opportunities:

| Cash Flows ($ millions) | | | |
|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | NPV at 10% |
| A | −10 | +30 | +5 | 21 |
| B | −5 | +5 | +20 | 16 |
| C | −5 | +5 | +15 | 12 |

All three projects are attractive, but suppose that the firm is limited to spending $10 million. In that case, it can invest *either* in project A *or* in projects B and C, but it cannot invest in all three. Although individually B and C have lower net present values than project A, when taken together they have the higher net present value. Here we cannot choose between projects solely on the basis of net present values. When funds are limited, we need to concentrate on getting the biggest bang for our buck. In other words, we must pick the projects that offer the highest net present value per dollar of initial outlay. This ratio is known as the **profitability index:**[10]

$$\text{Profitability index} = \frac{\text{net present value}}{\text{investment}}$$

[9] In Chapter 22 we discuss when it may pay a company to delay undertaking a positive-NPV project. We will see that when projects are "deep-in-the-money" (project A), it generally pays to invest right away and capture the cash flows. However, in the case of projects that are close-to-the-money (project B) it makes more sense to wait and see.

[10] If a project requires outlays in two or more periods, the denominator should be the present value of the outlays. A few companies do not discount the benefits or costs before calculating the profitability index. The less said about these companies the better.

For our three projects the profitability index is calculated as follows:[11]

| Project | Investment ($ millions) | NPV ($ millions) | Profitability Index |
|---------|-------------------------|------------------|---------------------|
| A | 10 | 21 | 2.1 |
| B | 5 | 16 | 3.2 |
| C | 5 | 12 | 2.4 |

Project B has the highest profitability index and C has the next highest. Therefore, if our budget limit is $10 million, we should accept these two projects.[12]

Unfortunately, there are some limitations to this simple ranking method. One of the most serious is that it breaks down whenever more than one resource is rationed.[13] For example, suppose that the firm can raise only $10 million for investment in *each* of years 0 and 1 and that the menu of possible projects is expanded to include an investment next year in project D:

| | Cash Flows ($ millions) | | | | |
|---------|-------|-------|-------|-------------|---------------------|
| Project | $C_0$ | $C_1$ | $C_2$ | NPV at 10% | Profitability Index |
| A | −10 | +30 | +5 | 21 | 2.1 |
| B | −5 | +5 | +20 | 16 | 3.2 |
| C | −5 | +5 | +15 | 12 | 2.4 |
| D | 0 | −40 | +60 | 13 | 0.4 |

One strategy is to accept projects B and C; however, if we do this, we cannot also accept D, which costs more than our budget limit for period 1. An alternative is to accept project A in period 0. Although this has a lower net present value than the combination of B and C, it provides a $30 million positive cash flow in period 1. When this is added to the $10 million budget, we can also afford to undertake D next year. A and D have *lower* profitability indexes than B and C, but they have a *higher* total net present value.

The reason that ranking on the profitability index fails in this example is that resources are constrained in each of two periods. In fact, this ranking method is inadequate whenever there is *any* other constraint on the choice of projects. This means that it cannot cope with cases in which two projects are mutually exclusive or in which one project is dependent on another.

For example, suppose that you have a long menu of possible projects starting this year and next. There is a limit on how much you can invest in each year. Perhaps also you can't undertake both project alpha and beta (they both require the same piece of land), and you can't invest in project gamma unless you invest in delta (gamma is simply an add-on to

---

[11] Sometimes the profitability index is defined as the ratio of the present value to initial outlay, that is, as PV/investment. This measure is also known as the *benefit–cost ratio*. To calculate the benefit–cost ratio, simply add 1.0 to each profitability index. Project rankings are unchanged.

[12] If a project has a positive profitability index, it must also have a positive NPV. Therefore, firms sometimes use the profitability index to select projects when capital is *not* limited. However, like the IRR, the profitability index can be misleading when used to choose between mutually exclusive projects. For example, suppose you were forced to choose between (1) investing $100 in a project whose payoffs have a present value of $200 or (2) investing $1 million in a project whose payoffs have a present value of $1.5 million. The first investment has the higher profitability index; the second makes you richer.

[13] It may also break down if it causes some money to be left over. It might be better to spend all the available funds even if this involves accepting a project with a slightly lower profitability index.

delta). You need to find the package of projects that satisfies all these constraints and gives the highest NPV.

One way to tackle such a problem is to work through all possible combinations of projects. For each combination you first check whether the projects satisfy the constraints and then calculate the net present value. But it is smarter to recognize that linear programming (LP) techniques are specially designed to search through such possible combinations.[14]

## Uses of Capital Rationing Models

Linear programming models seem tailor-made for solving capital budgeting problems when resources are limited. Why then are they not universally accepted either in theory or in practice? One reason is that these models can turn out to be very complex. Second, as with any sophisticated long-range planning tool, there is the general problem of getting good data. It is just not worth applying costly, sophisticated methods to poor data. Furthermore, these models are based on the assumption that all future investment opportunities are known. In reality, the discovery of investment ideas is an unfolding process.

Our most serious misgivings center on the basic assumption that capital is limited. When we come to discuss company financing, we shall see that most large corporations do not face capital rationing and can raise large sums of money on fair terms. Why then do many company presidents tell their subordinates that capital is limited? If they are right, the capital market is seriously imperfect. What then are they doing maximizing NPV?[15] We might be tempted to suppose that if capital is not rationed, they do not *need* to use linear programming and, if it is rationed, then surely they *ought* not to use it. But that would be too quick a judgment. Let us look at this problem more deliberately.

**Soft Rationing**   Many firms' capital constraints are "soft." They reflect no imperfections in capital markets. Instead they are provisional limits adopted by management as an aid to financial control.

Some ambitious divisional managers habitually overstate their investment opportunities. Rather than trying to distinguish which projects really are worthwhile, headquarters may find it simpler to impose an upper limit on divisional expenditures and thereby force the divisions to set their own priorities. In such instances budget limits are a rough but effective way of dealing with biased cash-flow forecasts. In other cases management may believe that very rapid corporate growth could impose intolerable strains on management and the organization. Since it is difficult to quantify such constraints explicitly, the budget limit may be used as a proxy.

Because such budget limits have nothing to do with any inefficiency in the capital market, there is no contradiction in using an LP model in the division to maximize net present value subject to the budget constraint. On the other hand, there is not much point in elaborate selection procedures if the cash-flow forecasts of the division are seriously biased.

Even if capital is not rationed, other resources may be. The availability of management time, skilled labor, or even other capital equipment often constitutes an important constraint on a company's growth.

---

[14] On our Web site at **www.mhhe.com/bma** we show how linear programming can be used to select from the four projects in our earlier example.

[15] Don't forget that in Chapter 1 we had to assume perfect capital markets to derive the NPV rule.

## Internal Rate of Return

◗ Spreadsheet programs such as Excel provide built-in functions to solve for internal rates of return. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel will guide you through the inputs that are required. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for calculating internal rates of return, together with some points to remember when entering data:

- **IRR:** Internal rate of return on a series of regularly spaced cash flows.
- **XIRR:** The same as IRR, but for irregularly spaced flows.



Note the following:

- For these functions, you must enter the addresses of the cells that contain the input values.
- The IRR functions calculate only one IRR even when there are multiple IRRs.

### SPREADSHEET QUESTIONS

The following questions provide an opportunity to practice each of the above functions:

1. (IRR) Check the IRRs on projects F and G in Section 5-3.

2. (IRR) What is the IRR of a project with the following cash flows:



| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
|---|---|---|---|
| $-\$5,000$ | $+\$2,200$ | $+\$4,650$ | $+\$3,330$ |

3. (IRR) Now use the function to calculate the IRR on Helmsley Iron's mining project in Section 5-3. There are really two IRRs to this project (why?). How many IRRs does the function calculate?

4. (XIRR) What is the IRR of a project with the following cash flows:



| $C_0$ | $C_4$ | $C_5$ | $C_6$ |
|---|---|---|---|
| $-\$215,000$ ... | $+\$185,000$ ... | $+\$85,000$ ... | $+\$43,000$ |

(All other cash flows are 0.)

**Hard Rationing**   Soft rationing should never cost the firm anything. If capital constraints become tight enough to hurt—in the sense that projects with significant positive NPVs are passed up—then the firm raises more money and loosens the constraint. But what if it *can't* raise more money—what if it faces *hard* rationing?

Hard rationing implies market imperfections, but that does not necessarily mean we have to throw away net present value as a criterion for capital budgeting. It depends on the nature of the imperfection.

Arizona Aquaculture, Inc. (AAI), borrows as much as the banks will lend it, yet it still has good investment opportunities. This is not hard rationing so long as AAI can issue stock. But perhaps it can't. Perhaps the founder and majority shareholder vetoes the idea from

fear of losing control of the firm. Perhaps a stock issue would bring costly red tape or legal complications.[16]

This does not invalidate the NPV rule. AAI's *shareholders* can borrow or lend, sell their shares, or buy more. They have free access to security markets. The type of portfolio they hold is independent of AAI's financing or investment decisions. The only way AAI can help its shareholders is to make them richer. Thus AAI should invest its available cash in the package of projects having the largest aggregate net present value.

A barrier between the firm and capital markets does not undermine net present value so long as the barrier is the *only* market imperfection. The important thing is that the firm's *shareholders* have free access to well-functioning capital markets.

The net present value rule *is* undermined when imperfections restrict shareholders' portfolio choice. Suppose that Nevada Aquaculture, Inc. (NAI), is solely owned by its founder, Alexander Turbot. Mr. Turbot has no cash or credit remaining, but he is convinced that expansion of his operation is a high-NPV investment. He has tried to sell stock but has found that prospective investors, skeptical of prospects for fish farming in the desert, offer him much less than he thinks his firm is worth. For Mr. Turbot capital markets hardly exist. It makes little sense for him to discount prospective cash flows at a market opportunity cost of capital.

---

[16] A majority owner who is "locked in" and has much personal wealth tied up in AAI may be effectively cut off from capital markets. The NPV rule may not make sense to such an owner, though it will to the other shareholders.

● ● ● ● ●

**SUMMARY**

If you are going to persuade your company to use the net present value rule, you must be prepared to explain why other rules may *not* lead to correct decisions. That is why we have examined three alternative investment criteria in this chapter.

Some firms look at the book rate of return on the project. In this case the company decides which cash payments are capital expenditures and picks the appropriate rate to depreciate these expenditures. It then calculates the ratio of book income to the book value of the investment. Few companies nowadays base their investment decision simply on the book rate of return, but shareholders pay attention to book measures of firm profitability and some managers therefore look with a jaundiced eye on projects that would damage the company's book rate of return.

Some companies use the payback method to make investment decisions. In other words, they accept only those projects that recover their initial investment within some specified period. Payback is an ad hoc rule. It ignores the timing of cash flows within the payback period, and it ignores subsequent cash flows entirely. It therefore takes no account of the opportunity cost of capital.

The internal rate of return (IRR) is defined as the rate of discount at which a project would have zero NPV. It is a handy measure and widely used in finance; you should therefore know how to calculate it. The IRR rule states that companies should accept any investment offering an IRR in excess of the opportunity cost of capital. The IRR rule is, like net present value, a technique based on discounted cash flows. It will therefore give the correct answer if properly used. The problem is that it is easily misapplied. There are four things to look out for:

1. *Lending or borrowing?* If a project offers positive cash flows followed by negative flows, NPV can *rise* as the discount rate is increased. You should accept such projects if their IRR is *less* than the opportunity cost of capital.


**Visit us at www.mhhe.com/bma**

2. *Multiple rates of return.* If there is more than one change in the sign of the cash flows, the project may have several IRRs or no IRR at all.

3. *Mutually exclusive projects.* The IRR rule may give the wrong ranking of mutually exclusive projects that differ in economic life or in scale of required investment. If you insist on using IRR to rank mutually exclusive projects, you must examine the IRR on each incremental investment.

4. *The cost of capital for near-term cash flows may be different from the cost for distant cash flows.* The IRR rule requires you to compare the project's IRR with the opportunity cost of capital. But sometimes there is an opportunity cost of capital for one-year cash flows, a different cost of capital for two-year cash flows, and so on. In these cases there is no simple yardstick for evaluating the IRR of a project.

In developing the NPV rule, we assumed that the company can maximize shareholder wealth by accepting every project that is worth more than it costs. But, if capital is strictly limited, then it may not be possible to take every project with a positive NPV. If capital is rationed in only one period, then the firm should follow a simple rule: Calculate each project's profitability index, which is the project's net present value per dollar of investment. Then pick the projects with the highest profitability indexes until you run out of capital. Unfortunately, this procedure fails when capital is rationed in more than one period or when there are other constraints on project choice. The only general solution is linear programming.

Hard capital rationing always reflects a market imperfection—a barrier between the firm and capital markets. If that barrier also implies that the firm's shareholders lack free access to a well-functioning capital market, the very foundations of net present value crumble. Fortunately, hard rationing is rare for corporations in the United States. Many firms do use soft capital rationing, however. That is, they set up self-imposed limits as a means of financial planning and control.

● ● ● ● ●

**FURTHER READING**

*For a survey of capital budgeting procedures, see:*

J. Graham and C. Harvey, "How CFOs Make Capital Budgeting and Capital Structure Decisions," *Journal of Applied Corporate Finance* 15 (spring 2002), pp. 8–23.

● ● ● ● ●

 **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

**BASIC**

1. a. What is the payback period on each of the following projects?

| | Cash Flows ($) | | | | |
|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ |
| A | −5,000 | +1,000 | +1,000 | +3,000 | 0 |
| B | −1,000 | 0 | +1,000 | +2,000 | +3,000 |
| C | −5,000 | +1,000 | +1,000 | +3,000 | +5,000 |

Visit us at www.mhhe.com/bma

b. Given that you wish to use the payback rule with a cutoff period of two years, which projects would you accept?

c. If you use a cutoff period of three years, which projects would you accept?

d. If the opportunity cost of capital is 10%, which projects have positive NPVs?

e. "If a firm uses a single cutoff period for all projects, it is likely to accept too many short-lived projects." True or false?

f. If the firm uses the discounted-payback rule, will it accept any negative-NPV projects? Will it turn down positive-NPV projects? Explain.

2. Write down the equation defining a project's internal rate of return (IRR). In practice how is IRR calculated?

3. a. Calculate the net present value of the following project for discount rates of 0, 50, and 100%:

| Cash Flows ($) | | |
|:---:|:---:|:---:|
| $C_0$ | $C_1$ | $C_2$ |
| −6,750 | +4,500 | +18,000 |

b. What is the IRR of the project?

4. You have the chance to participate in a project that produces the following cash flows:

| Cash Flows ($) | | |
|:---:|:---:|:---:|
| $C_0$ | $C_1$ | $C_2$ |
| +5,000 | +4,000 | −11,000 |

The internal rate of return is 13%. If the opportunity cost of capital is 10%, would you accept the offer?

5. Consider a project with the following cash flows:

| $C_0$ | $C_1$ | $C_2$ |
|:---:|:---:|:---:|
| −100 | +200 | −75 |

a. How many internal rates of return does this project have?

b. Which of the following numbers is the project IRR:
   (i) −50%; (ii) −12%; (iii) +5%; (iv) +50%?

c. The opportunity cost of capital is 20%. Is this an attractive project? Briefly explain.

6. Consider projects Alpha and Beta:

| | Cash Flows ($) | | | |
|:---|:---:|:---:|:---:|:---:|
| **Project** | $C_0$ | $C_1$ | $C_2$ | **IRR (%)** |
| Alpha | −400,000 | +241,000 | +293,000 | 21 |
| Beta | −200,000 | +131,000 | +172,000 | 31 |

The opportunity cost of capital is 8%.

Suppose you can undertake Alpha or Beta, but not both. Use the IRR rule to make the choice. (*Hint:* What's the incremental investment in Alpha?)

Visit us at www.mhhe.com/bma

**7.** Suppose you have the following investment opportunities, but only $90,000 available for investment. Which projects should you take?

| Project | NPV | Investment |
|---|---|---|
| 1 | 5,000 | 10,000 |
| 2 | 5,000 | 5,000 |
| 3 | 10,000 | 90,000 |
| 4 | 15,000 | 60,000 |
| 5 | 15,000 | 75,000 |
| 6 | 3,000 | 15,000 |

## INTERMEDIATE

**8.** Consider the following projects:

| | Cash Flows ($) | | | | | |
|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ |
| A | −1,000 | +1,000 | 0 | 0 | 0 | 0 |
| B | −2,000 | +1,000 | +1,000 | +4,000 | +1,000 | +1,000 |
| C | −3,000 | +1,000 | +1,000 | 0 | +1,000 | +1,000 |

a. If the opportunity cost of capital is 10%, which projects have a positive NPV?

b. Calculate the payback period for each project.

c. Which project(s) would a firm using the payback rule accept if the cutoff period were three years?

d. Calculate the discounted payback period for each project.

e. Which project(s) would a firm using the discounted payback rule accept if the cutoff period were three years?

**9.** Respond to the following comments:

a. "I like the IRR rule. I can use it to rank projects without having to specify a discount rate."

b. "I like the payback rule. As long as the minimum payback period is short, the rule makes sure that the company takes no borderline projects. That reduces risk."


e**X**cel
Visit us at
www.mhhe.com/bma

**10.** Calculate the IRR (or IRRs) for the following project:

| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
|---|---|---|---|
| −3,000 | +3,500 | +4,000 | −4,000 |

For what range of discount rates does the project have positive NPV?

**11.** Consider the following two mutually exclusive projects:

| | Cash Flows ($) | | | |
|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ |
| A | −100 | +60 | +60 | 0 |
| B | −100 | 0 | 0 | +140 |

a. Calculate the NPV of each project for discount rates of 0, 10, and 20%. Plot these on a graph with NPV on the vertical axis and discount rate on the horizontal axis.

b. What is the approximate IRR for each project?

c. In what circumstances should the company accept project A?

d. Calculate the NPV of the incremental investment (B − A) for discount rates of 0, 10, and 20%. Plot these on your graph. Show that the circumstances in which you would accept A are also those in which the IRR on the incremental investment is less than the opportunity cost of capital.

12. Mr. Cyrus Clops, the president of Giant Enterprises, has to make a choice between two possible investments:

| Cash Flows ($ thousands) | | | | |
|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | IRR (%) |
| A | −400 | +250 | +300 | 23 |
| B | −200 | +140 | +179 | 36 |

The opportunity cost of capital is 9%. Mr. Clops is tempted to take B, which has the higher IRR.

a. Explain to Mr. Clops why this is not the correct procedure.

b. Show him how to adapt the IRR rule to choose the best project.

c. Show him that this project also has the higher NPV.

13. The Titanic Shipbuilding Company has a noncancelable contract to build a small cargo vessel. Construction involves a cash outlay of $250,000 at the end of each of the next two years. At the end of the third year the company will receive payment of $650,000. The company can speed up construction by working an extra shift. In this case there will be a cash outlay of $550,000 at the end of the first year followed by a cash payment of $650,000 at the end of the second year. Use the IRR rule to show the (approximate) range of opportunity costs of capital at which the company should work the extra shift.



Visit us at
www.mhhe.com/bma

14. Look again at projects D and E in Section 5.3. Assume that the projects are mutually exclusive and that the opportunity cost of capital is 10%.

a. Calculate the profitability index for each project.

b. Show how the profitability-index rule can be used to select the superior project.

15. Borghia Pharmaceuticals has $1 million allocated for capital expenditures. Which of the following projects should the company accept to stay within the $1 million budget? How much does the budget limit cost the company in terms of its market value? The opportunity cost of capital for each project is 11%.

| Project | Investment ($ thousands) | NPV ($ thousands) | IRR (%) |
|---|---|---|---|
| 1 | 300 | 66 | 17.2 |
| 2 | 200 | −4 | 10.7 |
| 3 | 250 | 43 | 16.6 |
| 4 | 100 | 14 | 12.1 |
| 5 | 100 | 7 | 11.8 |
| 6 | 350 | 63 | 18.0 |
| 7 | 400 | 48 | 13.5 |

## CHALLENGE

16. Some people believe firmly, even passionately, that ranking projects on IRR is OK if each project's cash flows can be reinvested at the project's IRR. They also say that the NPV rule

Visit us at www.mhhe.com/bma

"assumes that cash flows are reinvested at the opportunity cost of capital." Think carefully about these statements. Are they true? Are they helpful?

17. Look again at the project cash flows in Problem 10. Calculate the modified IRR as defined in Footnote 4 in Section 5.3. Assume the cost of capital is 12%.

   Now try the following variation on the MIRR concept. Figure out the fraction $x$ such that $x$ times $C_1$ and $C_2$ has the same present value as (minus) $C_3$.

$$xC_1 + \frac{xC_2}{1.12} = -\frac{C_3}{1.12^2}$$

   Define the modified project IRR as the solution of

$$C_0 + \frac{(1-x)C_1}{1+\text{IRR}} + \frac{(1-x)C_2}{(1+\text{IRR})^2} = 0$$

   Now you have two MIRRs. Which is more meaningful? If you can't decide, what do you conclude about the usefulness of MIRRs?

18. Consider the following capital rationing problem:

| Project | $C_0$ | $C_1$ | $C_2$ | NPV |
|---|---|---|---|---|
| W | −10,000 | −10,000 | 0 | +6,700 |
| X | 0 | −20,000 | +5,000 | +9,000 |
| Y | −10,000 | +5,000 | +5,000 | +0 |
| Z | −15,000 | +5,000 | +4,000 | −1,500 |
| Financing available | 20,000 | 20,000 | 20,000 | |

   Set up this problem as a linear program and solve it.

   You can allow partial investments, that is, $0 \le x \le 1$. Calculate and interpret the shadow prices[17] on the capital constraints.

## MINI-CASE   • • • • •

### Vegetron's CFO Calls Again

*(The first episode of this story was presented in Section 5.1.)*

   Later that afternoon, Vegetron's CFO bursts into your office in a state of anxious confusion. The problem, he explains, is a last-minute proposal for a change in the design of the fermentation tanks that Vegetron will build to extract hydrated zirconium from a stockpile of powdered ore. The CFO has brought a printout (Table 5.1) of the forecasted revenues, costs, income, and book rates of return for the standard, low-temperature design. Vegetron's engineers have just proposed an alternative high-temperature design that will extract most of the hydrated zirconium over a shorter period, five instead of seven years. The forecasts for the high-temperature method are given in Table 5.2.[18]

---

[17] A shadow price is the marginal change in the objective for a marginal change in the constraint.

[18] For simplicity we have ignored taxes. There will be plenty about taxes in Chapter 6.

Visit us at www.mhhe.com/bma

*CFO:* Why do these engineers always have a bright idea at the last minute? But you've got to admit the high-temperature process looks good. We'll get a faster payback, and the rate of return beats Vegetron's 9% cost of capital in every year except the first. Let's see, income is $30,000 per year. Average investment is half the $400,000 capital outlay, or $200,000, so the average rate of return is 30,000/200,000, or 15%—a lot better than the 9% hurdle rate. The average rate of return for the low-temperature process is not that good, only 28,000/200,000, or 14%. Of course we might get a higher rate of return for the low-temperature proposal if we depreciated the investment faster—do you think we should try that?

*You:* Let's not fixate on book accounting numbers. Book income is not the same as cash flow to Vegetron or its investors. Book rates of return don't measure the true rate of return.

*CFO:* But people use accounting numbers all the time. We have to publish them in our annual report to investors.

*You:* Accounting numbers have many valid uses, but they're not a sound basis for capital investment decisions. Accounting changes can have big effects on book income or rate of return, even when cash flows are unchanged.

Here's an example. Suppose the accountant depreciates the capital investment for the low-temperature process over six years rather than seven. Then income for years 1 to 6 goes down, because depreciation is higher. Income for year 7 goes up because the depreciation for that year becomes zero. But there is no effect on year-to-year cash flows, because depreciation is not a cash outlay. It is simply the accountant's device for spreading out the "recovery" of the up-front capital outlay over the life of the project.

*CFO:* So how do we get cash flows?

*You:* In these cases it's easy. Depreciation is the only noncash entry in your spreadsheets (Tables 5.1 and 5.2), so we can just leave it out of the calculation. Cash flow equals revenue minus operating costs. For the high-temperature process, annual cash flow is:

Cash flow = revenue − operating cost = 180 − 70 = 110, or $110,000

*CFO:* In effect you're adding back depreciation, because depreciation is a noncash accounting expense.

*You:* Right. You could also do it that way:

Cash flow = net income + depreciation = 30 + 80 = 110, or $110,000

*CFO:* Of course. I remember all this now, but book returns seem important when someone shoves them in front of your nose.

| | **Year** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| 1. Revenue | 140 | 140 | 140 | 140 | 140 | 140 | 140 |
| 2. Operating costs | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| 3. Depreciation* | 57 | 57 | 57 | 57 | 57 | 57 | 57 |
| 4. Net income | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| 5. Start-of-year book value† | 400 | 343 | 286 | 229 | 171 | 114 | 57 |
| 6. Book rate of return (4 ÷ 5) | 7% | 8.2% | 9.8% | 12.2% | 16.4% | 24.6% | 49.1% |

▶ **TABLE 5.1**    Income statement and book rates of return for low-temperature extraction of hydrated zirconium ($ thousands).

* Rounded. Straight-line depreciation over seven years is 400/7 = 57.14, or $57,140 per year.
† Capital investment is $400,000 in year 0.

Visit us at www.mhhe.com/bma

|  | **Year** | | | | |
|---|---|---|---|---|---|
|  | **1** | **2** | **3** | **4** | **5** |
| 1. Revenue | 180 | 180 | 180 | 180 | 180 |
| 2. Operating costs | 70 | 70 | 70 | 70 | 70 |
| 3. Depreciation* | 80 | 80 | 80 | 80 | 80 |
| 4. Net income | 30 | 30 | 30 | 30 | 30 |
| 5. Start-of-year book value[†] | 400 | 320 | 240 | 160 | 80 |
| 6. Book rate of return (4 ÷ 5) | 7.5% | 9.4% | 12.5% | 18.75% | 37.5% |

▶ **TABLE 5.2**   Income statement and book rates of return for high-temperature extraction of hydrated zirconium ($ thousands).

\* Straight-line depreciation over five years is 400/5 = 80, or $80,000 per year.
[†] Capital investment is $400,000 in year 0.

*You:* It's not clear which project is better. The high-temperature process appears to be less efficient. It has higher operating costs and generates less total revenue over the life of the project, but of course it generates more cash flow in years 1 to 5.

*CFO:* Maybe the processes are equally good from a financial point of view. If so we'll stick with the low-temperature process rather than switching at the last minute.

*You:* We'll have to lay out the cash flows and calculate NPV for each process.

*CFO:* OK, do that. I'll be back in a half hour—and I also want to see each project's true, DCF rate of return.

### QUESTIONS

1. Are the book rates of return reported in Tables 5.1 and 5.2 useful inputs for the capital investment decision?

2. Calculate NPV and IRR for each process. What is your recommendation? Be ready to explain to the CFO.

VALUE

# Making Investment Decisions with the Net Present Value Rule

◗ **In late 2003** Boeing announced its intention to produce and market the 787 Dreamliner. The decision committed Boeing and its partners to a $10 billion capital investment, involving 3 million square feet of additional facilities. If the technical glitches that have delayed production can be sorted out, it looks as if Boeing will earn a good return on this investment. As we write this in August 2009, Boeing has booked orders for 865 Dreamliners, making it one of the most successful aircraft launches in history.

How does a company, such as Boeing, decide to go ahead with the launch of a new airliner? We know the answer in principle. The company needs to forecast the project's cash flows and discount them at the opportunity cost of capital to arrive at the project's NPV. A project with a positive NPV increases shareholder value.

But those cash flow forecasts do not arrive on a silver platter. First, the company's managers need answers to a number of basic questions. How soon can the company get the plane into production? How many planes are likely to be sold each year and at what price? How much does the firm need to invest in new production facilities, and what is the likely production cost? How long will the model stay in production, and what happens to the plant and equipment at the end of that time?

These predictions need to be checked for completeness and accuracy, and then pulled together to produce a single set of cash-flow forecasts. That requires careful tracking of taxes, changes in working capital, inflation, and the end-of-project salvage values of plant, property, and equipment. The financial manager must also ferret out hidden cash flows and take care to reject accounting entries that look like cash flows but truly are not.

Our first task in this chapter is to look at how to develop a set of project cash flows. We will then work through a realistic and comprehensive example of a capital investment analysis.

We conclude the chapter by looking at how the financial manager should apply the present value rule when choosing between investment in plant and equipment with different economic lives. For example, suppose you must decide between machine Y with a 5-year useful life and Z with a 10-year life. The present value of Y's lifetime investment and operating costs is naturally less than Z's because Z will last twice as long. Does that necessarily make Y the better choice? Of course not. You will find that, when you are faced with this type of problem, the trick is to transform the present value of the cash flow into an *equivalent annual* flow, that is, the total cash per year from buying and operating the asset.

● ● ● ● ●

**6-1**   Applying the Net Present Value Rule

Many projects require a heavy initial outlay on new production facilities. But often the largest investments involve the acquisition of intangible assets. Consider, for example, the expenditure by major banks on information technology. These projects can soak up hundreds of millions of dollars. Yet much of the expenditure goes to intangibles such as system design, programming, testing, and training. Think also of the huge expenditure by pharmaceutical companies on research and development (R&D). Pfizer, one of the largest pharmaceutical companies, spent $7.9 billion on R&D in 2008. The R&D cost of bringing *one* new prescription drug to market has been estimated at $800 million.

Expenditures on intangible assets such as IT and R&D are investments just like expenditures on new plant and equipment. In each case the company is spending money today in the expectation that it will generate a stream of future profits. Ideally, firms should apply the same criteria to all capital investments, regardless of whether they involve a tangible or intangible asset.

We have seen that an investment in any asset creates wealth if the discounted value of the future cash flows exceeds the up-front cost. But up to this point we have glossed over the problem of *what* to discount. When you are faced with this problem, you should stick to three general rules:

1.   Only cash flow is relevant.
2.   Always estimate cash flows on an incremental basis.
3.   Be consistent in your treatment of inflation.

We discuss each of these rules in turn.

### Rule 1: Only Cash Flow Is Relevant

The first and most important point: Net present value depends on future cash flows. Cash flow is the simplest possible concept; it is just the difference between cash received and cash paid out. Many people nevertheless confuse cash flow with accounting income.

Income statements are intended to show how well the company is performing. Therefore, accountants *start* with "dollars in" and "dollars out," but to obtain accounting income they adjust these inputs in two ways. First, they try to show profit as it is *earned* rather than when the company and its customers get around to paying their bills. Second, they sort cash outflows into two categories: current expenses and capital expenses. They deduct current expenses when calculating income but do not deduct capital expenses. There is a good reason for this. If the firm lays out a large amount of money on a big capital project, you do not conclude that the firm is performing poorly, even though a lot of cash is going out the door. Therefore, the accountant does not deduct capital expenditure when calculating the year's income but, instead, depreciates it over several years.

As a result of these adjustments, income includes some cash flows and excludes others, and it is reduced by depreciation charges, which are not cash flows at all. It is not always easy to translate the customary accounting data back into actual dollars—dollars you can buy beer with. If you are in doubt about what is a cash flow, simply count the dollars coming in and take away the dollars going out. Don't assume without checking that you can find cash flow by routine manipulations of accounting data.

Always estimate cash flows on an after-tax basis. Some firms do not deduct tax payments. They try to offset this mistake by discounting the cash flows before taxes at a rate higher than the opportunity cost of capital. Unfortunately, there is no reliable formula for making such adjustments to the discount rate.

You should also make sure that cash flows are recorded *only when they occur* and not when work is undertaken or a liability is incurred. For example, taxes should be discounted from

their actual payment date, not from the time when the tax liability is recorded in the firm's books.

## Rule 2: Estimate Cash Flows on an Incremental Basis

The value of a project depends on *all* the additional cash flows that follow from project acceptance. Here are some things to watch for when you are deciding which cash flows to include:

**Do Not Confuse Average with Incremental Payoffs** Most managers naturally hesitate to throw good money after bad. For example, they are reluctant to invest more money in a losing division. But occasionally you will encounter turnaround opportunities in which the *incremental* NPV from investing in a loser is strongly positive.

Conversely, it does not always make sense to throw good money after good. A division with an outstanding past profitability record may have run out of good opportunities. You would not pay a large sum for a 20-year-old horse, sentiment aside, regardless of how many races that horse had won or how many champions it had sired.

Here is another example illustrating the difference between average and incremental returns: Suppose that a railroad bridge is in urgent need of repair. With the bridge the railroad can continue to operate; without the bridge it can't. In this case the payoff from the repair work consists of all the benefits of operating the railroad. The incremental NPV of such an investment may be enormous. Of course, these benefits should be net of all other costs and all subsequent repairs; otherwise the company may be misled into rebuilding an unprofitable railroad piece by piece.

**Include All Incidental Effects** It is important to consider a project's effects on the remainder of the firm's business. For example, suppose Sony proposes to launch PlayStation 4, a new version of its video game console. Demand for the new product will almost certainly cut into sales of Sony's existing consoles. This incidental effect needs to be factored into the incremental cash flows. Of course, Sony may reason that it needs to go ahead with the new product because its existing product line is likely to come under increasing threat from competitors. So, even if it decides not to produce the new PlayStation, there is no guarantee that sales of the existing consoles will continue at their present level. Sooner or later they will decline.

Sometimes a new project will *help* the firm's existing business. Suppose that you are the financial manager of an airline that is considering opening a new short-haul route from Peoria, Illinois, to Chicago's O'Hare Airport. When considered in isolation, the new route may have a negative NPV. But once you allow for the additional business that the new route brings to your other traffic out of O'Hare, it may be a very worthwhile investment.

**Forecast Sales Today and Recognize After-Sales Cash Flows to Come Later** Financial managers should forecast all incremental cash flows generated by an investment. Sometimes these incremental cash flows last for decades. When GE commits to the design and production of a new jet engine, the cash inflows come first from the sale of engines and then from service and spare parts. A jet engine will be in use for 30 years. Over that period revenues from service and spare parts will be roughly seven times the engine's purchase price. GE's revenue in 2008 from commercial engine services was $6.8 billion versus $5.2 billion from commercial engine sales.[1]

Many manufacturing companies depend on the revenues that come *after* their products are sold. The consulting firm Accenture estimates that services and parts typically account for about 25% of revenues and 50% of profits for industrial companies.

---

[1] P. Glader, "GE's Focus on Services Faces Test," *The Wall Street Journal*, March 3, 2009, p. B1. The following estimate from Accenture also comes from this article.

**Do Not Forget Working Capital Requirements**    **Net working capital** (often referred to simply as *working capital*) is the difference between a company's short-term assets and liabilities. The principal short-term assets are accounts receivable (customers' unpaid bills) and inventories of raw materials and finished goods. The principal short-term liabilities are accounts payable (bills that *you* have not paid). Most projects entail an additional investment in working capital. This investment should, therefore, be recognized in your cash-flow forecasts. By the same token, when the project comes to an end, you can usually recover some of the investment. This is treated as a cash inflow. We supply a numerical example of working-capital investment later in this chapter.

**Include Opportunity Costs**    The cost of a resource may be relevant to the investment decision even when no cash changes hands. For example, suppose a new manufacturing operation uses land that could otherwise be sold for $100,000. This resource is not free: It has an opportunity cost, which is the cash it could generate for the company if the project were rejected and the resource were sold or put to some other productive use.

This example prompts us to warn you against judging projects on the basis of "before versus after." The proper comparison is "with or without." A manager comparing before versus after might not assign any value to the land because the firm owns it both before and after:

| Before | Take Project | After | Cash Flow, Before versus After |
|---|---|---|---|
| Firm owns land | → | Firm still owns land | 0 |

The proper comparison, with or without, is as follows:

| With | Take Project | After | Cash Flow, with Project |
|---|---|---|---|
| Firm owns land | → | Firm still owns land | 0 |

| Without | Do Not Take Project | After | Cash Flow, without Project |
|---|---|---|---|
| | → | Firm sells land for $100,000 | $100,000 |

Comparing the two possible "afters," we see that the firm gives up $100,000 by undertaking the project. This reasoning still holds if the land will not be sold but is worth $100,000 to the firm in some other use.

Sometimes opportunity costs may be very difficult to estimate; however, where the resource can be freely traded, its opportunity cost is simply equal to the market price. Why? It cannot be otherwise. If the value of a parcel of land to the firm is less than its market price, the firm will sell it. On the other hand, the opportunity cost of using land in a particular project cannot exceed the cost of buying an equivalent parcel to replace it.

**Forget Sunk Costs**    Sunk costs are like spilled milk: They are past and irreversible outflows. Because sunk costs are bygones, they cannot be affected by the decision to accept or reject the project, and so they should be ignored.

For example, when Lockheed sought a federal guarantee for a bank loan to continue development of the TriStar airplane, the company and its supporters argued it would be foolish to abandon a project on which nearly $1 billion had already been spent. Some of Lockheed's critics countered that it would be equally foolish to continue with a project that offered no prospect of a satisfactory return on that $1 billion. Both groups were guilty of the *sunk-cost fallacy;* the $1 billion was irrecoverable and, therefore, irrelevant.

**Beware of Allocated Overhead Costs**   We have already mentioned that the accountant's objective is not always the same as the investment analyst's. A case in point is the allocation of overhead costs. Overheads include such items as supervisory salaries, rent, heat, and light. These overheads may not be related to any particular project, but they have to be paid for somehow. Therefore, when the accountant assigns costs to the firm's projects, a charge for overhead is usually made. Now our principle of incremental cash flows says that in investment appraisal we should include only the *extra* expenses that would result from the project. A project may generate extra overhead expenses; then again, it may not. We should be cautious about assuming that the accountant's allocation of overheads represents the true extra expenses that would be incurred.

**Remember Salvage Value**   When the project comes to an end, you may be able to sell the plant and equipment or redeploy the assets elsewhere in the business. If the equipment is sold, you must pay tax on the difference between the sale price and the book value of the asset. The salvage value (net of any taxes) represents a positive cash flow to the firm.

Some projects have significant shut-down costs, in which case the final cash flows may be *negative.* For example, the mining company, FCX, has earmarked over $430 million to cover the future reclamation and closure costs of its New Mexico mines.

## Rule 3: Treat Inflation Consistently

As we pointed out in Chapter 3, interest rates are usually quoted in *nominal* rather than *real* terms. For example, if you buy an 8% Treasury bond, the government promises to pay you $80 interest each year, but it does not promise what that $80 will buy. Investors take inflation into account when they decide what is an acceptable rate of interest.

If the discount rate is stated in nominal terms, then consistency requires that cash flows should also be estimated in nominal terms, taking account of trends in selling price, labor and materials costs, etc. This calls for more than simply applying a single assumed inflation rate to all components of cash flow. Labor costs per hour of work, for example, normally increase at a faster rate than the consumer price index because of improvements in productivity. Tax savings from depreciation do *not* increase with inflation; they are constant in nominal terms because tax law in the United States allows only the original cost of assets to be depreciated.

Of course, there is nothing wrong with discounting real cash flows at a real discount rate. In fact this is standard procedure in countries with high and volatile inflation. Here is a simple example showing that real and nominal discounting, properly applied, always give the same present value.

Suppose your firm usually forecasts cash flows in nominal terms and discounts at a 15% nominal rate. In this particular case, however, you are given project cash flows in real terms, that is, current dollars:

| Real Cash Flows ($ thousands) | | | |
|---|---|---|---|
| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
| −100 | +35 | +50 | +30 |

It would be inconsistent to discount these real cash flows at the 15% nominal rate. You have two alternatives: Either restate the cash flows in nominal terms and discount at 15%, or restate the discount rate in real terms and use it to discount the real cash flows.

Assume that inflation is projected at 10% a year. Then the cash flow for year 1, which is $35,000 in current dollars, will be $35,000 \times 1.10 = \$38,500$ in year-1 dollars. Similarly the

cash flow for year 2 will be $50,000 \times (1.10)^2 = \$60,500$ in year-2 dollars, and so on. If we discount these nominal cash flows at the 15% nominal discount rate, we have

$$NPV = -100 + \frac{38.5}{1.15} + \frac{60.5}{(1.15)^2} + \frac{39.9}{(1.15)^3} = 5.5, \text{ or } \$5,500$$

Instead of converting the cash-flow forecasts into nominal terms, we could convert the discount rate into real terms by using the following relationship:

$$\text{Real discount rate} = \frac{1 + \text{nominal discount rate}}{1 + \text{inflation rate}} - 1$$

In our example this gives

$$\text{Real discount rate} = \frac{1.15}{1.10} - 1 = .045, \text{ or } 4.5\%$$

If we now discount the real cash flows by the real discount rate, we have an NPV of $5,500, just as before:

$$NPV = -100 + \frac{35}{1.045} + \frac{50}{(1.045)^2} + \frac{30}{(1.045)^3} = 5.5, \text{ or } \$5,500$$

The message of all this is quite simple. Discount nominal cash flows at a nominal discount rate. Discount real cash flows at a real rate. *Never* mix real cash flows with nominal discount rates or nominal flows with real rates.

## 6-2 Example—IM&C's Fertilizer Project

As the newly appointed financial manager of International Mulch and Compost Company (IM&C), you are about to analyze a proposal for marketing guano as a garden fertilizer. (IM&C's planned advertising campaign features a rustic gentleman who steps out of a vegetable patch singing, "All my troubles have guano way.")[2]

You are given the forecasts shown in Table 6.1.[3] The project requires an investment of $10 million in plant and machinery (line 1). This machinery can be dismantled and sold for net proceeds estimated at $1.949 million in year 7 (line 1, column 7). This amount is your forecast of the plant's *salvage value.*

Whoever prepared Table 6.1 depreciated the capital investment over six years to an arbitrary salvage value of $500,000, which is less than your forecast of salvage value. *Straight-line depreciation* was assumed. Under this method annual depreciation equals a constant proportion of the initial investment less salvage value ($9.5 million). If we call the depreciable life $T$, then the straight-line depreciation in year $t$ is

Depreciation in year $t = 1/T \times$ depreciable amount $= 1/6 \times 9.5 = \$1.583$ million

Lines 6 through 12 in Table 6.1 show a simplified income statement for the guano project.[4] This will be our starting point for estimating cash flow. All the entries in the table are nominal amounts. In other words, IM&C's managers have taken into account the likely effect of inflation on prices and costs.

---

[2] Sorry.

[3] "Live" Excel versions of Tables 6.1, 6.2, 6.4, 6.5, and 6.6 are available on the book's Web site, **www.mhhe.com/bma**.

[4] We have departed from the usual income-statement format by separating depreciation from costs of goods sold.

Table 6.2 derives cash-flow forecasts from the investment and income data given in Table 6.1. The project's net cash flow is the sum of three elements:

$$\text{Net cash flow} = \text{cash flow from capital investment and disposal}$$
$$+ \text{ cash flow from changes in working capital}$$
$$+ \text{ operating cash flow}$$

| | | **Period** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| 1 | Capital investment | 10,000 | | | | | | | -1,949[a] |
| 2 | Accumulated depreciation | | 1,583 | 3,167 | 4,750 | 6,333 | 7,917 | 9,500 | 0 |
| 3 | Year-end book value | 10,000 | 8,417 | 6,833 | 5,250 | 3,667 | 2,083 | 500 | 0 |
| 4 | Working capital | | 550 | 1,289 | 3,261 | 4,890 | 3,583 | 2,002 | 0 |
| 5 | Total book value (3 + 4) | | 8,967 | 8,122 | 8,511 | 8,557 | 5,666 | 2,502 | 0 |
| 6 | Sales | | 523 | 12,887 | 32,610 | 48,901 | 35,834 | 19,717 | |
| 7 | Cost of goods sold[b] | | 837 | 7,729 | 19,552 | 29,345 | 21,492 | 11,830 | |
| 8 | Other costs[c] | 4,000 | 2,200 | 1,210 | 1,331 | 1,464 | 1,611 | 1,772 | |
| 9 | Depreciation | | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 0 |
| 10 | Pretax profit (6 − 7 − 8 − 9) | −4,000 | −4,097 | 2,365 | 10,144 | 16,509 | 11,148 | 4,532 | 1,449[d] |
| 11 | Tax at 35% | −1,400 | −1,434 | 828 | 3,550 | 5,778 | 3,902 | 1,586 | 507 |
| 12 | Profit after tax (10 − 11) | −2,600 | −2,663 | 1,537 | 6,593 | 10,731 | 7,246 | 2,946 | 942 |

▶ **TABLE 6.1**   IM&C's guano project—projections ($ thousands) reflecting inflation and assuming straight-line depreciation.



Visit us at
www.mhhe.com/bma

[a] Salvage value.
[b] We have departed from the usual income-statement format by *not* including depreciation in cost of goods sold. Instead, we break out depreciation separately (see line 9).
[c] Start-up costs in years 0 and 1, and general and administrative costs in years 1 to 6.
[d] The difference between the salvage value and the ending book value of $500 is a taxable profit.

| | | **Period** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| 1 | Capital investment and disposal | −10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 1,442[a] |
| 2 | Change in working capital | | −550 | −739 | −1,972 | −1,629 | 1,307 | 1,581 | 2,002 |
| 3 | Sales | 0 | 523 | 12,887 | 32,610 | 48,901 | 35,834 | 19,717 | 0 |
| 4 | Cost of goods sold | 0 | 837 | 7,729 | 19,552 | 29,345 | 21,492 | 11,830 | 0 |
| 5 | Other costs | 4,000 | 2,200 | 1,210 | 1,331 | 1,464 | 1,611 | 1,772 | 0 |
| 6 | Tax | −1,400 | −1,434 | 828 | 3,550 | 5,778 | 3,902 | 1,586 | |
| 7 | Operating cash flow (3 − 4 − 5 − 6) | −2,600 | −1,080 | 3,120 | 8,177 | 12,314 | 8,829 | 4,529 | |
| 8 | Net cash flow (1 + 2 + 7) | −12,600 | −1,630 | 2,381 | 6,205 | 10,685 | 10,136 | 6,110 | 3,444 |
| 9 | Present value at 20% | −12,600 | −1,358 | 1,654 | 3,591 | 5,153 | 4,074 | 2,046 | 961 |
| 10 | Net present value = | +3,520 | (sum of 9) | | | | | | |

▶ **TABLE 6.2**   IM&C's guano project—initial cash-flow analysis assuming straight-line depreciation ($ thousands).



Visit us at
www.mhhe.com/bma

[a] Salvage value of $1,949 less tax of $507 on the difference between salvage value and ending book value.

Each of these items is shown in the table. Row 1 shows the initial capital investment and the estimated salvage value of the equipment when the project comes to an end. If, as you expect, the salvage value is higher than the depreciated value of the machinery, you will have to pay tax on the difference. So the salvage value in row 1 is shown after payment of this tax. Row 2 of the table shows the changes in working capital, and the remaining rows calculate the project's operating cash flows.

Notice that in calculating the operating cash flows we did not deduct depreciation. Depreciation is an accounting entry. It affects the tax that the company pays, but the firm does not send anyone a check for depreciation. The operating cash flow is simply the dollars coming in less the dollars going out:[5]

$$\text{Operating cash flow} = \text{revenues} - \text{cash expenses} - \text{taxes}$$

For example, in year 6 of the guano project:

$$\text{Operating cash flow} = 19{,}717 - (11{,}830 + 1{,}772) - 1{,}586 = 4{,}529$$

IM&C estimates the nominal opportunity cost of capital for projects of this type as 20%. When all cash flows are added up and discounted, the guano project is seen to offer a net present value of about $3.5 million:

$$\text{NPV} = -12{,}600 - \frac{1{,}630}{1.20} + \frac{2{,}381}{(1.20)^2} + \frac{6{,}205}{(1.20)^3} + \frac{10{,}685}{(1.20)^4} + \frac{10{,}136}{(1.20)^5}$$

$$+ \frac{6{,}110}{(1.20)^6} + \frac{3{,}444}{(1.20)^7} = +3{,}520, \text{ or } \$3{,}520{,}000$$

### Separating Investment and Financing Decisions

Our analysis of the guano project takes no notice of how that project is financed. It may be that IM&C will decide to finance partly by debt, but if it does we will not subtract the debt proceeds from the required investment, nor will we recognize interest and principal payments as cash outflows. We analyze the project as if it were all-equity-financed, treating all cash outflows as coming from stockholders and all cash inflows as going to them.

We approach the problem in this way so that we can separate the analysis of the investment decision from the financing decision. But this does not mean that the financing decision can be ignored. We explain in Chapter 19 how to recognize the effect of financing choices on project values.

### Investments in Working Capital

Now here is an important point. You can see from line 2 of Table 6.2 that working capital increases in the early and middle years of the project. What is working capital, you may ask, and why does it increase?

Working capital summarizes the net investment in short-term assets associated with a firm, business, or project. Its most important components are *inventory, accounts receivable,*

---

[5] There are several alternative ways to calculate operating cash flow. For example, you can add depreciation back to the after-tax profit:

$$\text{Operating cash flow} = \text{after-tax profit} + \text{depreciation}$$

Thus, in year 6 of the guano project:

$$\text{Operating cash flow} = 2{,}946 + 1{,}583 = 4{,}529$$

Another alternative is to calculate after-tax profit assuming *no* depreciation, and then to add back the tax saving provided by the depreciation allowance:

$$\text{Operating cash flow} = (\text{revenues} - \text{expenses}) \times (1 - \text{tax rate}) + (\text{depreciation} \times \text{tax rate})$$

Thus, in year 6 of the guano project:

$$\text{Operating cash flow} = (19{,}717 - 11{,}830 - 1{,}772) \times (1 - .35) + (1{,}583 \times .35) = 4{,}529$$

and *accounts payable*. The guano project's requirements for working capital in year 2 might be as follows:

$$\text{Working capital} = \text{inventory} + \text{accounts receivable} - \text{accounts payable}$$
$$\$1,289 = 635 \quad\quad + 1,030 \quad\quad\quad\quad - 376$$

Why does working capital increase? There are several possibilities:

1. Sales recorded on the income statement overstate actual cash receipts from guano shipments because sales are increasing and customers are slow to pay their bills. Therefore, accounts receivable increase.
2. It takes several months for processed guano to age properly. Thus, as projected sales increase, larger inventories have to be held in the aging sheds.
3. An offsetting effect occurs if payments for materials and services used in guano production are delayed. In this case accounts payable will increase.

The additional investment in working capital from year 2 to 3 might be

$$\begin{matrix} \text{Additional} & & & & \text{increase in} & & \text{increase in} \\ \text{investment in} & = & \text{increase in} & + & \text{accounts} & - & \text{accounts} \\ \text{working capital} & & \text{inventory} & & \text{receivable} & & \text{payable} \\ \$1,972 & = & 972 & + & 1,500 & - & 500 \end{matrix}$$

A more detailed cash-flow forecast for year 3 would look like Table 6.3.

   Working capital is one of the most common sources of confusion in estimating project cash flows. Here are the most common mistakes:

1. *Forgetting about working capital entirely.* We hope you never fall into that trap.
2. *Forgetting that working capital may change during the life of the project.* Imagine that you sell $100,000 of goods one year and that customers pay six months late. You will therefore have $50,000 of unpaid bills. Now you increase prices by 10%, so revenues increase to $110,000. If customers continue to pay six months late, unpaid bills increase to $55,000, and therefore you need to make an *additional* investment in working capital of $5,000.
3. *Forgetting that working capital is recovered at the end of the project.* When the project comes to an end, inventories are run down, any unpaid bills are paid off (you hope) and you recover your investment in working capital. This generates a cash *inflow.*

There is an alternative to worrying about changes in working capital. You can estimate cash flow directly by counting the dollars coming in from customers and deducting the dollars

| Cash Flows | | Data from Forecasted Income Statement | | Working-Capital Changes |
|---|---|---|---|---|
| Cash inflow | = | Sales | − | Increase in accounts receivable |
| $31,110 | = | 32,610 | − | 1,500 |
| Cash outflow | = | Cost of goods sold, other costs, and taxes | + | Increase in inventory net of increase in accounts payable |
| $24,905 | = | (19,552 + 1,331 + 3,550) | + | (972 − 500) |
| Net cash flow = cash inflow − cash outflow | | | | |
| $6,205 = 31,110 − 24,905 | | | | |

▶ **TABLE 6.3**   Details of cash-flow forecast for IM&C's guano project in year 3 ($ thousands).

going out to suppliers. You would also deduct all cash spent on production, including cash spent for goods held in inventory. In other words,

1.  If you replace each year's sales with that year's cash payments received from customers, you don't have to worry about accounts receivable.
2.  If you replace cost of goods sold with cash payments for labor, materials, and other costs of production, you don't have to keep track of inventory or accounts payable.

However, you would still have to construct a projected income statement to estimate taxes.

We discuss the links between cash flow and working capital in much greater detail in Chapter 30.

## A Further Note on Depreciation

Depreciation is a noncash expense; it is important only because it reduces taxable income. It provides an annual *tax shield* equal to the product of depreciation and the marginal tax rate:

$$\text{Tax shield} = \text{depreciation} \times \text{tax rate}$$
$$= 1{,}583 \times .35 = 554, \text{ or } \$554{,}000$$

The present value of the tax shields ($554,000 for six years) is $1,842,000 at a 20% discount rate.

Now if IM&C could just get those tax shields sooner, they would be worth more, right? Fortunately tax law allows corporations to do just that: It allows *accelerated depreciation.*

The current rules for tax depreciation in the United States were set by the Tax Reform Act of 1986, which established a Modified Accelerated Cost Recovery System (MACRS). Table 6.4 summarizes the tax depreciation schedules. Note that there are six schedules, one for each recovery period class. Most industrial equipment falls into the five- and seven-year classes. To keep things simple, we assume that all the guano project's investment goes into five-year assets. Thus, IM&C can write off 20% of its depreciable investment in year 1, as soon as the assets are placed in service, then 32% of depreciable investment in year 2, and so on. Here are the tax shields for the guano project:

| | Year | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| Tax depreciation (MACRS percentage $\times$ depreciable investment) | 2,000 | 3,200 | 1,920 | 1,152 | 1,152 | 576 |
| Tax shield (tax depreciation $\times$ tax rate, $T_c = .35$) | 700 | 1,120 | 672 | 403 | 403 | 202 |

The present value of these tax shields is $2,174,000, about $331,000 higher than under the straight-line method.

Table 6.5 recalculates the guano project's impact on IM&C's future tax bills, and Table 6.6 shows revised after-tax cash flows and present value. This time we have incorporated realistic assumptions about taxes as well as inflation. We arrive at a higher NPV than in Table 6.2, because that table ignored the additional present value of accelerated depreciation.

There is one possible additional problem lurking in the woodwork behind Table 6.5: In the United States there is an *alternative minimum tax,* which can limit or defer the tax shields of accelerated depreciation or other *tax preference* items. Because the alternative minimum tax can be a motive for leasing, we discuss it in Chapter 25, rather than here. But make a mental note not to sign off on a capital budgeting analysis without checking whether your company is subject to the alternative minimum tax.

| Tax Depreciation Schedules by Recovery-Period Class | | | | | | |
|---|---|---|---|---|---|---|
| Year(s) | 3-year | 5-year | 7-year | 10-year | 15-year | 20-year |
| 1 | 33.33 | 20.00 | 14.29 | 10.00 | 5.00 | 3.75 |
| 2 | 44.45 | 32.00 | 24.49 | 18.00 | 9.50 | 7.22 |
| 3 | 14.81 | 19.20 | 17.49 | 14.40 | 8.55 | 6.68 |
| 4 | 7.41 | 11.52 | 12.49 | 11.52 | 7.70 | 6.18 |
| 5 | | 11.52 | 8.93 | 9.22 | 6.93 | 5.71 |
| 6 | | 5.76 | 8.92 | 7.37 | 6.23 | 5.28 |
| 7 | | | 8.93 | 6.55 | 5.90 | 4.89 |
| 8 | | | 4.46 | 6.55 | 5.90 | 4.52 |
| 9 | | | | 6.56 | 5.91 | 4.46 |
| 10 | | | | 6.55 | 5.90 | 4.46 |
| 11 | | | | 3.28 | 5.91 | 4.46 |
| 12 | | | | | 5.90 | 4.46 |
| 13 | | | | | 5.91 | 4.46 |
| 14 | | | | | 5.90 | 4.46 |
| 15 | | | | | 5.91 | 4.46 |
| 16 | | | | | 2.95 | 4.46 |
| 17-20 | | | | | | 4.46 |
| 21 | | | | | | 2.23 |



▶ **TABLE 6.4**   Tax depreciation allowed under the modified accelerated cost recovery system (MACRS) (figures in percent of depreciable investment).

*Notes:*

1. Tax depreciation is lower in the first and last years because assets are assumed to be in service for only six months.

2. Real property is depreciated straight-line over 27.5 years for residential property and 39 years for nonresidential property.

Visit us at
www.mhhe.com/bma

| | | Period | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | Sales[a] | | 523 | 12,887 | 32,610 | 48,901 | 35,834 | 19,717 | |
| 2 | Cost of goods sold[a] | | 837 | 7,729 | 19,552 | 29,345 | 21,492 | 11,830 | |
| 3 | Other costs[a] | 4,000 | 2,200 | 1,210 | 1,331 | 1,464 | 1,611 | 1,772 | |
| 4 | Tax depreciation | | 2,000 | 3,200 | 1,920 | 1,152 | 1,152 | 576 | |
| 5 | Pretax profit (1 − 2 − 3 − 4) | −4,000 | −4,514 | 748 | 9,807 | 16,940 | 11,579 | 5,539 | 1,949[b] |
| 6 | Tax at 35%[c] | −1,400 | −1,580 | 262 | 3,432 | 5,929 | 4,053 | 1,939 | 682 |

▶ **TABLE 6.5**   Tax payments on IM&C's guano project ($ thousands).



Visit us at
www.mhhe.com/bma

[a] From Table 6.1.
[b] Salvage value is zero, for tax purposes, after all tax depreciation has been taken. Thus, IM&C will have to pay tax on the full salvage value of $1,949.
[c] A negative tax payment means a cash *inflow,* assuming IM&C can use the tax loss on its guano project to shield income from other projects.

## A Final Comment on Taxes

All large U.S. corporations keep two separate sets of books, one for stockholders and one for the Internal Revenue Service. It is common to use straight-line depreciation on the stockholder books and accelerated depreciation on the tax books. The IRS doesn't object to this, and it makes the firm's reported earnings higher than if accelerated depreciation were used everywhere. There are many other differences between tax books and shareholder books.[6]

---

[6] This separation of tax accounts from shareholder accounts is not found worldwide. In Japan, for example, taxes reported to shareholders must equal taxes paid to the government; ditto for France and many other European countries.

| | | Period | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| 1 | Capital investment and disposal | −10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 1,949 |
| 2 | Change in working capital | | −550 | −739 | −1,972 | −1,629 | 1,307 | 1,581 | 2,002 |
| 3 | Sales[a] | 0 | 523 | 12,887 | 32,610 | 48,901 | 35,834 | 19,717 | 0 |
| 4 | Cost of goods sold[a] | 0 | 837 | 7,729 | 19,552 | 29,345 | 21,492 | 11,830 | 0 |
| 5 | Other costs[a] | 4,000 | 2,200 | 1,210 | 1,331 | 1,464 | 1,611 | 1,772 | 0 |
| 6 | Tax[b] | −1,400 | −1,580 | 262 | 3,432 | 5,929 | 4,053 | 1,939 | 682 |
| 7 | Operating cash flow (3 − 4 − 5 − 6) | −2,600 | −934 | 3,686 | 8,295 | 12,163 | 8,678 | 4,176 | −682 |
| 8 | Net cash flow (1 + 2 + 7) | −12,600 | −1,484 | 2,947 | 6,323 | 10,534 | 9,985 | 5,757 | 3,269 |
| 9 | Present value at 20% | −12,600 | −1,237 | 2,047 | 3,659 | 5,080 | 4,013 | 1,928 | 912 |
| 10 | Net present value = | 3,802 | (sum of 9) | | | | | | |

▶ **TABLE 6.6**    IM&C's guano project—revised cash-flow analysis ($ thousands).



Visit us at
www.mhhe.com/bma

[a] From Table 6.1.
[b] From Table 6.5.

The financial analyst must be careful to remember which set of books he or she is look-ing at. In capital budgeting only the tax books are relevant, but to an outside analyst only the shareholder books are available.

### Project Analysis

Let us review. Several pages ago, you embarked on an analysis of IM&C's guano project. You started with a simplified statement of assets and income for the project that you used to develop a series of cash-flow forecasts. Then you remembered accelerated depreciation and had to recalculate cash flows and NPV.

You were lucky to get away with just two NPV calculations. In real situations, it often takes several tries to purge all inconsistencies and mistakes. Then you may want to analyze some alternatives. For example, should you go for a larger or smaller proj-ect? Would it be better to market the fertilizer through wholesalers or directly to the consumer? Should you build 90,000-square-foot aging sheds for the guano in northern South Dakota rather than the planned 100,000-square-foot sheds in southern North Dakota? In each case your choice should be the one offering the highest NPV. Some-times the alternatives are not immediately obvious. For example, perhaps the plan calls for two costly high-speed packing lines. But, if demand for guano is seasonal, it may pay to install just one high-speed line to cope with the base demand and two slower but cheaper lines simply to cope with the summer rush. You won't know the answer until you have compared NPVs.

You will also need to ask some "what if" questions. How would NPV be affected if infla-tion rages out of control? What if technical problems delay start-up? What if gardeners pre-fer chemical fertilizers to your natural product? Managers employ a variety of techniques to develop a better understanding of how such unpleasant surprises could damage NPV. For example, they might undertake a *sensitivity analysis,* in which they look at how far the project could be knocked off course by bad news about one of the variables. Or they might construct different *scenarios* and estimate the effect of each on NPV. Another technique,

known as *break-even analysis,* is to explore how far sales could fall short of forecast before the project went into the red.

In Chapter 10 we practice using each of these "what if" techniques. You will find that project analysis is much more than one or two NPV calculations.[7]

## Calculating NPV in Other Countries and Currencies

Our guano project was undertaken in the United States by a U.S. company. But the principles of capital investment are the same worldwide. For example, suppose that you are the financial manager of the German company, K.G.R. Ökologische Naturdüngemittel GmbH (KGR), that is faced with a similar opportunity to make a €10 million investment in Germany. What changes?

1.  KGR must also produce a set of cash-flow forecasts, but in this case the project cash flows are stated in euros, the Eurozone currency.
2.  In developing these forecasts, the company needs to recognize that prices and costs will be influenced by the German inflation rate.
3.  Profits from KGR's project are liable to the German rate of corporate tax.
4.  KGR must use the German system of depreciation allowances. In common with many other countries, Germany allows firms to choose between two methods of depreciation—the straight-line system and the declining-balance system. KGR opts for the declining-balance method and writes off 30% of the depreciated value of the equipment each year (the maximum allowed under current German tax rules). Thus, in the first year KGR writes off $.30 \times 10 = €3$ million and the written-down value of the equipment falls to $10 - 3 = €7$ million. In year 2, KGR writes off $.30 \times 7 = €2.1$ million and the written-down value is further reduced to $7 - 2.1 = €4.9$ million. In year 4 KGR observes that depreciation would be higher if it could switch to straight-line depreciation and write off the balance of €3.43 million over the remaining three years of the equipment's life. Fortunately, German tax law allows it to do this. Therefore, KGR's depreciation allowance each year is calculated as follows:

| | Year | | | | | |
|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** |
| Written-down value, start of year (€ millions) | 10 | 7 | 4.9 | 3.43 | 2.29 | 1.14 |
| Depreciation (€ millions) | $.3 \times 10$ = 3 | $.3 \times 7$ = 2.1 | $.3 \times 4.9$ = 1.47 | 3.43/3 = 1.14 | 3.43/3 = 1.14 | 3.43/3 = 1.14 |
| Written-down value, end of year (€ millions) | $10 - 3$ = 7 | $7 - 2.1$ = 4.9 | $4.9 - 1.47$ = 3.43 | $3.43 - 1.14$ = 2.29 | $2.29 - 1.14$ = 1.14 | $1.14 - 1.14$ = 0 |

Notice that KGR's depreciation deduction declines for the first few years and then flattens out. That is also the case with the U.S. MACRS system of depreciation. In fact, MACRS is just another example of the declining-balance method with a later switch to straight-line.

---

[7] In the meantime you might like to get ahead of the game by viewing the live spreadsheets for the guano project and seeing how NPV would change with a shortfall in sales or an unexpected rise in costs.

## 6-3  Investment Timing

The fact that a project has a positive NPV does not mean that it is best undertaken now. It might be even more valuable if undertaken in the future.

The question of optimal timing is not difficult when the cash flows are certain. You must first examine alternative start dates (*t*) for the investment and calculate the net *future* value at each of these dates. Then, to find which of the alternatives would add most to the firm's *current* value, you must discount these net future values back to the present:

$$\text{Net present value of investment if undertaken at date } t = \frac{\text{Net future value at date } t}{(1 + r)^t}$$

For example, suppose you own a large tract of inaccessible timber. To harvest it, you have to invest a substantial amount in access roads and other facilities. The longer you wait, the higher the investment required. On the other hand, lumber prices will rise as you wait, and the trees will keep growing, although at a gradually decreasing rate.

Let us suppose that the net present value of the harvest at different *future* dates is as follows:

| | Year of Harvest | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** |
| Net *future* value ($ thousands) | 50 | 64.4 | 77.5 | 89.4 | 100 | 109.4 |
| Change in value from previous year (%) | | +28.8 | +20.3 | +15.4 | +11.9 | +9.4 |

As you can see, the longer you defer cutting the timber, the more money you will make. However, your concern is with the date that maximizes the net *present* value of your investment, that is, its contribution to the value of your firm *today*. You therefore need to discount the net future value of the harvest back to the present. Suppose the appropriate discount rate is 10%. Then, if you harvest the timber in year 1, it has a net *present* value of $58,500:

$$\text{NPV if harvested in year 1} = \frac{64.4}{1.10} = 58.5, \text{ or } \$58,500$$

The net present value for other harvest dates is as follows:

| | Year of Harvest | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** |
| Net present value ($ thousands) | 50 | 58.5 | 64.0 | 67.2 | 68.3 | 67.9 |

The optimal point to harvest the timber is year 4 because this is the point that maximizes NPV.

Notice that before year 4 the net future value of the timber increases by more than 10% a year: The gain in value is greater than the cost of the capital tied up in the project. After year

4 the gain in value is still positive but less than the cost of capital. So delaying the harvest further just reduces shareholder wealth.[8]

The investment-timing problem is much more complicated when you are unsure about future cash flows. We return to the problem of investment timing under uncertainty in Chapters 10 and 22.

### 6-4 Equivalent Annual Cash Flows

When you calculate NPV, you transform future, year-by-year cash flows into a lump-sum value expressed in today's dollars (or euros, or other relevant currency). But sometimes it's helpful to reverse the calculation, transforming an investment today into an equivalent stream of future cash flows. Consider the following example.

#### Investing to Produce Reformulated Gasoline at California Refineries

In the early 1990s, the California Air Resources Board (CARB) started planning its "Phase 2" requirements for reformulated gasoline (RFG). RFG is gasoline blended to tight specifications designed to reduce pollution from motor vehicles. CARB consulted with refiners, environmentalists, and other interested parties to design these specifications.

As the outline for the Phase 2 requirements emerged, refiners realized that substantial capital investments would be required to upgrade California refineries. What might these investments mean for the retail price of gasoline? A refiner might ask: "Suppose my company invests $400 million to upgrade our refinery to meet Phase 2. How much extra revenue would we need every year to recover that cost?" Let's see if we can help the refiner out.

Assume $400 million of capital investment and a real (inflation-adjusted) cost of capital of 7%. The new equipment lasts for 25 years, and does not change raw-material and operating costs.

How much additional revenue does it take to cover the $400 million investment? The answer is simple: Just find the 25-year annuity payment with a present value equal to $400 million.

$$\text{PV of annuity} = \text{annuity payment} \times \text{25-year annuity factor}$$

At a 7% cost of capital, the 25-year annuity factor is 11.65.

$$\$400 \text{ million} = \text{annuity payment} \times 11.65$$
$$\text{Annuity payment} = \$34.3 \text{ million per year}[9]$$

---

[8] Our timber-cutting example conveys the right idea about investment timing, but it misses an important practical point: The sooner you cut the first crop of trees, the sooner the second crop can start growing. Thus, the value of the second crop depends on when you cut the first. The more complex and realistic problem can be solved in one of two ways:

1. Find the cutting dates that maximize the present value of a series of harvests, taking into account the different growth rates of young and old trees.
2. Repeat our calculations, counting the future market value of cut-over land as part of the payoff to the first harvest. The value of cut-over land includes the present value of all subsequent harvests.

The second solution is far simpler if you can figure out what cut-over land will be worth.

[9] For simplicity we have ignored taxes. Taxes would enter this calculation in two ways. First, the $400 million investment would generate depreciation tax shields. The easiest way to handle these tax shields is to calculate their PV and subtract it from the initial outlay. For example, if the PV of depreciation tax shields is $83 million, equivalent annual cost would be calculated on an after-tax investment base of $400 − 83 = $317 million. Second, our annuity payment is after-tax. To actually achieve after-tax revenues of, say, $34.3 million, the refiner would have to achieve pretax revenue sufficient to pay tax and have $34.3 million left over. If the tax rate is 35%, the required pretax revenue is 34.3/(1 − .35) = $52.8 million. Note how the after-tax figure is "grossed up" by dividing by one minus the tax rate.

This annuity is called an **equivalent annual cash flow.** It is the annual cash flow sufficient to recover a capital investment, including the cost of capital for that investment, over the investment's economic life. In our example the refiner would need to generate an extra $34.3 million for each of the next 25 years to recover the initial investment of $400 million.

Equivalent annual cash flows are handy—and sometimes essential—tools of finance. Here is a further example.

## Choosing between Long- and Short-Lived Equipment

Suppose the firm is forced to choose between two machines, A and B. The two machines are designed differently but have identical capacity and do exactly the same job. Machine A costs $15,000 and will last three years. It costs $5,000 per year to run. Machine B is an economy model costing only $10,000, but it will last only two years and costs $6,000 per year to run. These are real cash flows: the costs are forecasted in dollars of constant purchasing power.

Because the two machines produce exactly the same product, the only way to choose between them is on the basis of cost. Suppose we compute the present value of cost:

| Machine | $C_0$ | $C_1$ | $C_2$ | $C_3$ | PV at 6% ($ thousands) |
|---|---|---|---|---|---|
| | | Costs ($ thousands) | | | |
| A | +15 | +5 | +5 | +5 | 28.37 |
| B | +10 | +6 | +6 | | 21.00 |

Should we take machine B, the one with the lower present value of costs? Not necessarily, because B will have to be replaced a year earlier than A. In other words, the timing of a future investment decision depends on today's choice of A or B.

So, a machine with total PV(costs) of $21,000 spread over three years (0, 1, and 2) is not necessarily better than a competing machine with PV(costs) of $28,370 spread over four years (0 through 3). We have to convert total PV(costs) to a cost per year, that is, to an equivalent annual cost. For machine A, the annual cost turns out to be 10.61, or $10,610 per year:

| Machine | $C_0$ | $C_1$ | $C_2$ | $C_3$ | PV at 6% ($ thousands) |
|---|---|---|---|---|---|
| | | Costs ($ thousands) | | | |
| Machine A | +15 | +5 | +5 | +5 | 28.37 |
| Equivalent annual cost | | +10.61 | +10.61 | +10.61 | 28.37 |

We calculated the equivalent annual cost by finding the three-year annuity with the same present value as A's lifetime costs.

$$\text{PV of annuity} = \text{PV of A's costs} = 28.37$$
$$= \text{annuity payment} \times \text{3-year annuity factor}$$

The annuity factor is 2.673 for three years and a 6% real cost of capital, so

$$\text{Annuity payment} = \frac{28.37}{2.673} = 10.61$$

A similar calculation for machine B gives:

| Machine | $C_0$ | $C_1$ | $C_2$ | PV at 6% ($ thousands) |
|---|---|---|---|---|
| | | Costs ($ thousands) | | |
| Machine B | +10 | +6 | +6 | 21.00 |
| Equivalent annual cost | | +11.45 | +11.45 | 21.00 |

Machine A is better, because its equivalent annual cost is less ($10,610 versus $11,450 for machine B).

You can think of the equivalent annual cost of machine A or B as an annual rental charge. Suppose the financial manager is asked to *rent* machine A to the plant manager actually in charge of production. There will be three equal rental payments starting in year 1. The three payments must recover both the original cost of machine A in year 0 and the cost of running it in years 1 to 3. Therefore the financial manager has to make sure that the rental payments are worth $28,370, the total PV(costs) of machine A. You can see that the financial manager would calculate a fair rental payment equal to machine A's equivalent annual cost.

Our rule for choosing between plant and equipment with different economic lives is, therefore, to select the asset with the lowest fair rental charge, that is, the lowest equivalent annual cost.

## Equivalent Annual Cash Flow and Inflation

The equivalent annual costs we just calculated are *real* annuities based on forecasted *real* costs and a 6% *real* discount rate. We could, of course, restate the annuities in nominal terms. Suppose the expected inflation rate is 5%; we multiply the first cash flow of the annuity by 1.05, the second by $(1.05)^2 = 1.1025$, and so on.

| | | $C_0$ | $C_1$ | $C_2$ | $C_3$ |
|---|---|---|---|---|---|
| A | Real annuity | | 10.61 | 10.61 | 10.61 |
| | Nominal cash flow | | 11.14 | 11.70 | 12.28 |
| B | Real annuity | | 11.45 | 11.45 | |
| | Nominal cash flow | | 12.02 | 12.62 | |

Note that B is still inferior to A. Of course the present values of the nominal and real cash flows are identical. Just remember to discount the real annuity at the real rate and the equivalent nominal cash flows at the consistent nominal rate.[10]

When you use equivalent annual costs simply for comparison of costs per period, as we did for machines A and B, we strongly recommend doing the calculations in real terms.[11] But if you actually rent out the machine to the plant manager, or anyone else, be careful to specify that the rental payments be "indexed" to inflation. If inflation runs on at 5% per year and rental payments do not increase proportionally, then the real value of the rental payments must decline and will not cover the full cost of buying and operating the machine.

## Equivalent Annual Cash Flow and Technological Change

So far we have the following simple rule: Two or more streams of cash outflows with different lengths or time patterns can be compared by converting their present values to equivalent annual cash flows. Just remember to do the calculations in real terms.

Now any rule this simple cannot be completely general. For example, when we evaluated machine A versus machine B, we implicitly assumed that their fair rental charges would *continue* at $10,610 versus $11,450. This will be so only if the *real* costs of buying and operating the machines stay the same.

---

[10] The nominal discount rate is

$$r_{nominal} = (1 + r_{real})(1 + \text{inflation rate}) - 1$$
$$= (1.06)(1.05) - 1 = .113, \text{ or } 11.3\%$$

Discounting the nominal annuities at this rate gives the same present values as discounting the real annuities at 6%.

[11] Do *not* calculate equivalent annual cash flows as level *nominal* annuities. This procedure can give incorrect rankings of true equivalent annual flows at high inflation rates. See Challenge Question 32 at the end of this chapter for an example.

Suppose that this is not the case. Suppose that thanks to technological improvements new machines each year cost 20% less in real terms to buy and operate. In this case future owners of brand-new, lower-cost machines will be able to cut their rental cost by 20%, and owners of old machines will be forced to match this reduction. Thus, we now need to ask: if the real level of rents declines by 20% a year, how much will it cost to rent each machine?

If the rent for year 1 is $rent_1$, rent for year 2 is $rent_2 = .8 \times rent_1$. $Rent_3$ is $.8 \times rent_2$, or $.64 \times rent_1$. The owner of each machine must set the rents sufficiently high to recover the present value of the costs. In the case of machine A,

$$\text{PV of renting machine A} = \frac{rent_1}{1.06} + \frac{rent_2}{(1.06)^2} + \frac{rent_3}{(1.06)^3} = 28.37$$

$$= \frac{rent_1}{1.06} + \frac{.8(rent_1)}{(1.06)^2} + \frac{.64(rent_1)}{(1.06)^3} = 28.37$$

$$rent_1 = 12.94, \text{ or } \$12,940$$

For machine B,

$$\text{PV of renting machine B} = \frac{rent_1}{1.06} + \frac{.8(rent_1)}{(1.06)^2} = 21.00$$

$$rent_1 = 12.69, \text{ or } \$12,690$$

The merits of the two machines are now reversed. Once we recognize that technology is expected to reduce the real costs of new machines, then it pays to buy the shorter-lived machine B rather than become locked into an aging technology with machine A in year 3.

You can imagine other complications. Perhaps machine C will arrive in year 1 with an even lower equivalent annual cost. You would then need to consider scrapping or selling machine B at year 1 (more on this decision below). The financial manager could not choose between machines A and B in year 0 without taking a detailed look at what each machine could be replaced with.

Comparing equivalent annual cash flow should never be a mechanical exercise; always think about the assumptions that are implicit in the comparison. Finally, remember why equivalent annual cash flows are necessary in the first place. The reason is that A and B will be replaced at different future dates. The choice between them therefore affects future investment decisions. If subsequent decisions are not affected by the initial choice (for example, because neither machine will be replaced) then we do *not need to take future decisions into account.*[12]

**Equivalent Annual Cash Flow and Taxes**   We have not mentioned taxes. But you surely realized that machine A and B's lifetime costs should be calculated after-tax, recognizing that operating costs are tax-deductible and that capital investment generates depreciation tax shields.

### Deciding When to Replace an Existing Machine

The previous example took the life of each machine as fixed. In practice the point at which equipment is replaced reflects economic considerations rather than total physical collapse. *We* must decide when to replace. The machine will rarely decide for us.

Here is a common problem. You are operating an elderly machine that is expected to produce a net cash *inflow* of $4,000 in the coming year and $4,000 next year. After that it

---

[12] However, if neither machine will be replaced, then we have to consider the extra revenue generated by machine A in its third year, when it will be operating but B will not.

will give up the ghost. You can replace it now with a new machine, which costs $15,000 but is much more efficient and will provide a cash inflow of $8,000 a year for three years. You want to know whether you should replace your equipment now or wait a year.

We can calculate the NPV of the new machine and also its *equivalent annual cash flow*, that is, the three-year annuity that has the same net present value:

| Cash Flows ($ thousands) | | | | |
| --- | --- | --- | --- | --- |
| | $C_0$ | $C_1$ | $C_2$ | $C_3$ | NPV at 6% ($ thousands) |
| New machine | − 15 | +8 | +8 | +8 | 6.38 |
| Equivalent annual cash flow | | +2.387 | +2.387 | +2.387 | 6.38 |

In other words, the cash flows of the new machine are equivalent to an annuity of $2,387 per year. So we can equally well ask at what point we would want to replace our old machine with a new one producing $2,387 a year. When the question is put this way, the answer is obvious. As long as your old machine can generate a cash flow of $4,000 a year, who wants to put in its place a new one that generates only $2,387 a year?

It is a simple matter to incorporate salvage values into this calculation. Suppose that the current salvage value is $8,000 and next year's value is $7,000. Let us see where you come out next year if you wait and then sell. On one hand, you gain $7,000, but you lose today's salvage value *plus* a year's return on that money. That is, $8,000 \times 1.06 = \$8,480$. Your net loss is $8,480 - 7,000 = \$1,480$, which only partly offsets the operating gain. You should not replace yet.

Remember that the logic of such comparisons requires that the new machine be the best of the available alternatives and that it in turn be replaced at the optimal point.

**Cost of Excess Capacity** Any firm with a centralized information system (computer servers, storage, software, and telecommunication links) encounters many proposals for using it. Recently installed systems tend to have excess capacity, and since the immediate marginal costs of using them seem to be negligible, management often encourages new uses. Sooner or later, however, the load on a system increases to the point at which management must either terminate the uses it originally encouraged or invest in another system several years earlier than it had planned. Such problems can be avoided if a proper charge is made for the use of spare capacity.

Suppose we have a new investment project that requires heavy use of an existing information system. The effect of adopting the project is to bring the purchase date of a new, more capable system forward from year 4 to year 3. This new system has a life of five years, and at a discount rate of 6% the present value of the cost of buying and operating it is $500,000.

We begin by converting the $500,000 present value of the cost of the new system to an equivalent annual cost of $118,700 for each of five years.[13] Of course, when the new system in turn wears out, we will replace it with another. So we face the prospect of future information-system expenses of $118,700 a year. If we undertake the new project, the series of expenses begins in year 4; if we do not undertake it, the series begins in year 5. The new project, therefore, results in an *additional* cost of $118,700 in year 4. This has a present value of $118,700/(1.06)^4$, or about $94,000. This cost is properly charged against the new project. When we recognize it, the NPV of the project may prove to be negative. If so, we still need to check whether it is worthwhile undertaking the project now and abandoning it later, when the excess capacity of the present system disappears.

---

[13] The present value of $118,700 a year for five years discounted at 6% is $500,000.

**SUMMARY**

By now present value calculations should be a matter of routine. However, forecasting project cash flows will never be routine. Here is a checklist that will help you to avoid mistakes:

1. Discount cash flows, not profits.
   a. Remember that depreciation is not a cash flow (though it may affect tax payments).
   b. Concentrate on cash flows after taxes. Stay alert for differences between tax depreciation and depreciation used in reports to shareholders.
   c. Exclude debt interest or the cost of repaying a loan from the project cash flows. This enables you to separate the investment from the financing decision.
   d. Remember the investment in working capital. As sales increase, the firm may need to make additional investments in working capital, and as the project comes to an end, it will recover those investments.
   e. Beware of allocated overhead charges for heat, light, and so on. These may not reflect the incremental costs of the project.

2. Estimate the project's *incremental* cash flows—that is, the difference between the cash flows with the project and those without the project.
   a. Include all indirect effects of the project, such as its impact on the sales of the firm's other products.
   b. Forget sunk costs.
   c. Include *opportunity costs,* such as the value of land that you would otherwise sell.

3. Treat inflation consistently.
   a. If cash flows are forecasted in nominal terms, use a nominal discount rate.
   b. Discount real cash flows at a real rate.

These principles of valuing capital investments are the same worldwide, but inputs and assumptions vary by country and currency. For example, cash flows from a project in Germany would be in euros, not dollars, and would be forecasted after German taxes.

When we assessed the guano project, we transformed the series of future cash flows into a single measure of their present value. Sometimes it is useful to reverse this calculation and to convert the present value into a stream of annual cash flows. For example, when choosing between two machines with unequal lives, you need to compare equivalent annual cash flows. Remember, though, to calculate equivalent annual cash flows in real terms and adjust for technological change if necessary.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

**BASIC**

1. Which of the following should be treated as incremental cash flows when deciding whether to invest in a new manufacturing plant? The site is already owned by the company, but existing buildings would need to be demolished.
   a. The market value of the site and existing buildings.
   b. Demolition costs and site clearance.
   c. The cost of a new access road put in last year.
   d. Lost earnings on other products due to executive time spent on the new facility.
   e. A proportion of the cost of leasing the president's jet airplane.

Visit us at www.mhhe.com/bma

f.  Future depreciation of the new plant.

g.  The reduction in the corporation's tax bill resulting from tax depreciation of the new plant.

h.  The initial investment in inventories of raw materials.

i.  Money already spent on engineering design of the new plant.

2.  Mr. Art Deco will be paid $100,000 one year hence. This is a nominal flow, which he discounts at an 8% nominal discount rate:

$$PV = \frac{100,000}{1.08} = \$92,593$$

The inflation rate is 4%.

Calculate the PV of Mr. Deco's payment using the equivalent *real* cash flow and *real* discount rate. (You should get exactly the same answer as he did.)

3.  True or false?

a.  A project's depreciation tax shields depend on the actual future rate of inflation.

b.  Project cash flows should take account of interest paid on any borrowing undertaken to finance the project.

c.  In the U.S., income reported to the tax authorities must equal income reported to shareholders.

d.  Accelerated depreciation reduces near-term project cash flows and therefore reduces project NPV.

4.  How does the PV of depreciation tax shields vary across the recovery-period classes shown in Table 6.4? Give a general answer; then check it by calculating the PVs of depreciation tax shields in the five-year and seven-year classes. The tax rate is 35% and the discount rate is 10%.

5.  The following table tracks the main components of working capital over the life of a four-year project.

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Accounts receivable | 0 | 150,000 | 225,000 | 190,000 | 0 |
| Inventory | 75,000 | 130,000 | 130,000 | 95,000 | 0 |
| Accounts payable | 25,000 | 50,000 | 50,000 | 35,000 | 0 |

Calculate net working capital and the cash inflows and outflows due to investment in working capital.

6.  When appraising mutually exclusive investments in plant and equipment, financial managers calculate the investments' equivalent annual costs and rank the investments on this basis. Why is this necessary? Why not just compare the investments' NPVs? Explain briefly.

7.  Air conditioning for a college dormitory will cost $1.5 million to install and $200,000 per year to operate. The system should last 25 years. The real cost of capital is 5%, and the college pays no taxes. What is the equivalent annual cost?

8.  Machines A and B are mutually exclusive and are expected to produce the following real cash flows:

| Cash Flows ($ thousands) | | | | |
|---|---|---|---|---|
| Machine | $C_0$ | $C_1$ | $C_2$ | $C_3$ |
| A | −100 | +110 | +121 | |
| B | −120 | +110 | +121 | +133 |

Visit us at www.mhhe.com/bma

Visit us at www.mhhe.com/bma

The real opportunity cost of capital is 10%.

   a. Calculate the NPV of each machine.

   b. Calculate the equivalent annual cash flow from each machine.

   c. Which machine should you buy?

**9.** Machine C was purchased five years ago for $200,000 and produces an annual real cash flow of $80,000. It has no salvage value but is expected to last another five years. The company can replace machine C with machine B (see Problem 8) *either* now *or* at the end of five years. Which should it do?

### INTERMEDIATE

**10.** Restate the net cash flows in Table 6.6 in real terms. Discount the restated cash flows at a real discount rate. Assume a 20% *nominal* rate and 10% expected inflation. NPV should be unchanged at +3,802, or $3,802,000.


Visit us at
www.mhhe.com/bma

**11.** CSC is evaluating a new project to produce encapsulators. The initial investment in plant and equipment is $500,000. Sales of encapsulators in year 1 are forecasted at $200,000 and costs at $100,000. Both are expected to increase by 10% a year in line with inflation. Profits are taxed at 35%. Working capital in each year consists of inventories of raw materials and is forecasted at 20% of sales in the following year.

   The project will last five years and the equipment at the end of this period will have no further value. For tax purposes the equipment can be depreciated straight-line over these five years. If the nominal discount rate is 15%, show that the net present value of the project is the same whether calculated using real cash flows or nominal flows.

**12.** In 1898 Simon North announced plans to construct a funeral home on land he owned and rented out as a storage area for railway carts. (A local newspaper commended Mr. North for not putting the cart before the hearse.) Rental income from the site barely covered real estate taxes, but the site was valued at $45,000. However, Mr. North had refused several offers for the land and planned to continue renting it out if for some reason the funeral home was not built. Therefore he did not include the value of the land as an outlay in his NPV analysis of the funeral home. Was this the correct procedure? Explain.

**13.** Each of the following statements is true. Explain why they are consistent.

   a. When a company introduces a new product, or expands production of an existing product, investment in net working capital is usually an important cash outflow.

   b. Forecasting changes in net working capital is not necessary if the timing of *all* cash inflows and outflows is carefully specified.


Visit us at
www.mhhe.com/bma

**14.** Ms. T. Potts, the treasurer of Ideal China, has a problem. The company has just ordered a new kiln for $400,000. Of this sum, $50,000 is described by the supplier as an installation cost. Ms. Potts does not know whether the Internal Revenue Service (IRS) will permit the company to treat this cost as a tax-deductible current expense or as a capital investment. In the latter case, the company could depreciate the $50,000 using the five-year MACRS tax depreciation schedule. How will the IRS's decision affect the after-tax cost of the kiln? The tax rate is 35% and the opportunity cost of capital is 5%.


Visit us at
www.mhhe.com/bma

**15.** After spending $3 million on research, Better Mousetraps has developed a new trap. The project requires an initial investment in plant and equipment of $6 million. This investment will be depreciated straight-line over five years to a value of zero, but, when the project comes to an end in five years, the equipment can in fact be sold for $500,000. The firm believes that working capital at each date must be maintained at 10% of next year's forecasted sales. Production costs are estimated at $1.50 per trap and the traps will be sold for $4 each. (There are no marketing expenses.) Sales forecasts are given in the following table. The firm pays tax at 35% and the required return on the project is 12%. What is the NPV?

| Year: | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Sales (millions of traps) | 0 | .5 | .6 | 1.0 | 1.0 | .6 |

16. A project requires an initial investment of $100,000 and is expected to produce a cash inflow before tax of $26,000 per year for five years. Company A has substantial accumulated tax losses and is unlikely to pay taxes in the foreseeable future. Company B pays corporate taxes at a rate of 35% and can depreciate the investment for tax purposes using the five-year MACRS tax depreciation schedule. Suppose the opportunity cost of capital is 8%. Ignore inflation.

    a. Calculate project NPV for each company.

    b. What is the IRR of the after-tax cash flows for each company? What does comparison of the IRRs suggest is the effective corporate tax rate?



Visit us at
www.mhhe.com/bma

17. Go to the "live" Excel spreadsheet versions of Tables 6.1, 6.5, and 6.6 at **www.mhhe.com/bma** and answer the following questions.

    a. How does the guano project's NPV change if IM&C is forced to use the seven-year MACRS tax depreciation schedule?

    b. New engineering estimates raise the possibility that capital investment will be more than $10 million, perhaps as much as $15 million. On the other hand, you believe that the 20% cost of capital is unrealistically high and that the true cost of capital is about 11%. Is the project still attractive under these alternative assumptions?

    c. Continue with the assumed $15 million capital investment and the 11% cost of capital. What if sales, cost of goods sold, and net working capital are each 10% higher in every year? Recalculate NPV. (*Note:* Enter the revised sales, cost, and working-capital forecasts in the spreadsheet for Table 6.1.)


Visit us at
www.mhhe.com/bma

18. A widget manufacturer currently produces 200,000 units a year. It buys widget lids from an outside supplier at a price of $2 a lid. The plant manager believes that it would be cheaper to make these lids rather than buy them. Direct production costs are estimated to be only $1.50 a lid. The necessary machinery would cost $150,000 and would last 10 years. This investment could be written off for tax purposes using the seven-year tax depreciation schedule. The plant manager estimates that the operation would require additional working capital of $30,000 but argues that this sum can be ignored since it is recoverable at the end of the 10 years. If the company pays tax at a rate of 35% and the opportunity cost of capital is 15%, would you support the plant manager's proposal? State clearly any additional assumptions that you need to make.


Visit us at
www.mhhe.com/bma

19. Reliable Electric is considering a proposal to manufacture a new type of industrial electric motor which would replace most of its existing product line. A research breakthrough has given Reliable a two-year lead on its competitors. The project proposal is summarized in Table 6.7 on the next page.

    a. Read the notes to the table carefully. Which entries make sense? Which do not? Why or why not?

    b. What additional information would you need to construct a version of Table 6.7 that makes sense?

    c. Construct such a table and recalculate NPV. Make additional assumptions as necessary.


Visit us at
www.mhhe.com/bma

20. Marsha Jones has bought a used Mercedes horse transporter for her Connecticut estate. It cost $35,000. The object is to save on horse transporter rentals.

    Marsha had been renting a transporter every other week for $200 per day plus $1.00 per mile. Most of the trips are 80 or 100 miles in total. Marsha usually gives the driver a $40 tip. With the new transporter she will only have to pay for diesel fuel and maintenance, at about $.45 per mile. Insurance costs for Marsha's transporter are $1,200 per year.

    The transporter will probably be worth $15,000 (in real terms) after eight years, when Marsha's horse Nike will be ready to retire. Is the transporter a positive-NPV investment? Assume a nominal discount rate of 9% and a 3% forecasted inflation rate. Marsha's transporter is a personal outlay, not a business or financial investment, so taxes can be ignored.


Visit us at
www.mhhe.com/bma

|  | 2009 | 2010 | 2011 | 2012–2019 |
|---|---|---|---|---|
| 1. Capital expenditure | −10,400 |  |  |  |
| 2. Research and development | −2,000 |  |  |  |
| 3. Working capital | −4,000 |  |  |  |
| 4. Revenue |  | 8,000 | 16,000 | 40,000 |
| 5. Operating costs |  | −4,000 | −8,000 | −20,000 |
| 6. Overhead |  | −800 | −1,600 | −4,000 |
| 7. Depreciation |  | −1,040 | −1,040 | −1,040 |
| 8. Interest |  | −2,160 | −2,160 | −2,160 |
| 9. Income | −2,000 | 0 | 3,200 | 12,800 |
| 10. Tax | 0 | 0 | 420 | 4,480 |
| 11. Net cash flow | −16,400 | 0 | 2,780 | 8,320 |
| 12. Net present value = +13,932 |  |  |  |  |

▶ **TABLE 6.7** Cash flows and present value of Reliable Electric's proposed investment ($ thousands). See Problem 19.

Notes:
1. *Capital expenditure:* $8 million for new machinery and $2.4 million for a warehouse extension. The full cost of the extension has been charged to this project, although only about half of the space is currently needed. Since the new machinery will be housed in an existing factory building, no charge has been made for land and building.
2. *Research and development:* $1.82 million spent in 2008. This figure was corrected for 10% inflation from the time of expenditure to date. Thus 1.82 × 1.1 = $2 million.
3. *Working capital:* Initial investment in inventories.
4. *Revenue:* These figures assume sales of 2,000 motors in 2010, 4,000 in 2011, and 10,000 per year from 2012 through 2019. The initial unit price of $4,000 is forecasted to remain constant in real terms.
5. *Operating costs:* These include all direct and indirect costs. Indirect costs (heat, light, power, fringe benefits, etc.) are assumed to be 200% of direct labor costs. Operating costs per unit are forecasted to remain constant in real terms at $2,000.
6. *Overhead:* Marketing and administrative costs, assumed equal to 10% of revenue.
7. *Depreciation:* Straight-line for 10 years.
8. *Interest:* Charged on capital expenditure and working capital at Reliable's current borrowing rate of 15%.
9. *Income:* Revenue less the sum of research and development, operating costs, overhead, depreciation, and interest.
10. *Tax:* 35% of income. However, income is negative in 2009. This loss is carried forward and deducted from taxable income in 2011.
11. *Net cash flow:* Assumed equal to income less tax.
12. *Net present value:* NPV of net cash flow at a 15% discount rate.



21. United Pigpen is considering a proposal to manufacture high-protein hog feed. The project would make use of an existing warehouse, which is currently rented out to a neighboring firm. The next year's rental charge on the warehouse is $100,000, and thereafter the rent is expected to grow in line with inflation at 4% a year. In addition to using the warehouse, the proposal envisages an investment in plant and equipment of $1.2 million. This could be depreciated for tax purposes straight-line over 10 years. However, Pigpen expects to terminate the project at the end of eight years and to resell the plant and equipment in year 8 for $400,000. Finally, the project requires an initial investment in working capital of $350,000. Thereafter, working capital is forecasted to be 10% of sales in each of years 1 through 7.

Year 1 sales of hog feed are expected to be $4.2 million, and thereafter sales are forecasted to grow by 5% a year, slightly faster than the inflation rate. Manufacturing costs are expected to be 90% of sales, and profits are subject to tax at 35%. The cost of capital is 12%. What is the NPV of Pigpen's project?

22. Hindustan Motors has been producing its Ambassador car in India since 1948. As the company's Web site explains, the Ambassador's "dependability, spaciousness and comfort factor have made it the most preferred car for generations of Indians." Hindustan is now considering producing the car in China. This will involve an initial investment of RMB 4

Visit us at www.mhhe.com/bma

billion.[14] The plant will start production after one year. It is expected to last for five years and have a salvage value at the end of this period of RMB 500 million in real terms. The plant will produce 100,000 cars a year. The firm anticipates that in the first year it will be able to sell each car for RMB 65,000, and thereafter the price is expected to increase by 4% a year. Raw materials for each car are forecasted to cost RMB 18,000 in the first year and these costs are predicted to increase by 3% annually. Total labor costs for the plant are expected to be RMB 1.1 billion in the first year and thereafter will increase by 7% a year. The land on which the plant is built can be rented for five years at a fixed cost of RMB 300 million a year payable at the *beginning* of each year. Hindustan's discount rate for this type of project is 12% (nominal). The expected rate of inflation is 5%. The plant can be depreciated straight-line over the five-year period and profits will be taxed at 25%. Assume all cash flows occur at the end of each year except where otherwise stated. What is the NPV of the plant?

23. In the International Mulch and Compost example (Section 6.2), we assumed that losses on the project could be used to offset taxable profits elswhere in the corporation. Suppose that the losses had to be carried forward and offset against future taxable profits from the project. How would the project NPV change? What is the value of the company's ability to use the tax deductions immediately?

24. As a result of improvements in product engineering, United Automation is able to sell one of its two milling machines. Both machines perform the same function but differ in age. The newer machine could be sold today for $50,000. Its operating costs are $20,000 a year, but in five years the machine will require a $20,000 overhaul. Thereafter operating costs will be $30,000 until the machine is finally sold in year 10 for $5,000.


Visit us at
www.mhhe.com/bma

   The older machine could be sold today for $25,000. If it is kept, it will need an immediate $20,000 overhaul. Thereafter operating costs will be $30,000 a year until the machine is finally sold in year 5 for $5,000.

   Both machines are fully depreciated for tax purposes. The company pays tax at 35%. Cash flows have been forecasted in real terms. The real cost of capital is 12%. Which machine should United Automation sell? Explain the assumptions underlying your answer.

25. Low-energy lightbulbs cost $3.50, have a life of nine years, and use about $1.60 of electricity a year. Conventional lightbulbs cost only $.50, but last only about a year and use about $6.60 of energy. If the real discount rate is 5%, what is the equivalent annual cost of the two products?

26. Hayden Inc. has a number of copiers that were bought four years ago for $20,000. Currently maintenance costs $2,000 a year, but the maintenance agreement expires at the end of two years and thereafter the annual maintenance charge will rise to $8,000. The machines have a current resale value of $8,000, but at the end of year 2 their value will have fallen to $3,500. By the end of year 6 the machines will be valueless and would be scrapped.


Visit us at
www.mhhe.com/bma

   Hayden is considering replacing the copiers with new machines that would do essentially the same job. These machines cost $25,000, and the company can take out an eight-year maintenance contract for $1,000 a year. The machines will have no value by the end of the eight years and will be scrapped.

   Both machines are depreciated by using seven-year MACRS, and the tax rate is 35%. Assume for simplicity that the inflation rate is zero. The real cost of capital is 7%. When should Hayden replace its copiers?

27. Return to the start of Section 6-4, where we calculated the equivalent annual cost of producing reformulated gasoline in California. Capital investment was $400 million. Suppose this amount can be depreciated for tax purposes on the 10-year MACRS schedule from Table 6.4. The marginal tax rate, including California taxes, is 39%, the cost of


Visit us at
www.mhhe.com/bma

---

[14] The Renminbi (RMB) is the Chinese currency.

capital is 7%, and there is no inflation. The refinery improvements have an economic life of 25 years.

   a.  Calculate the after-tax equivalent annual cost. (*Hint:* It's easiest to use the PV of depreciation tax shields as an offset to the initial investment).

   b.  How much extra would retail gasoline customers have to pay to cover this equivalent annual cost? (*Note:* Extra income from higher retail prices would be taxed.)



Visit us at
www.mhhe.com/bma

**28.** The Borstal Company has to choose between two machines that do the same job but have different lives. The two machines have the following costs:

| Year | Machine A | Machine B |
|------|-----------|-----------|
| 0 | $40,000 | $50,000 |
| 1 | 10,000 | 8,000 |
| 2 | 10,000 | 8,000 |
| 3 | 10,000 + replace | 8,000 |
| 4 | | 8,000 + replace |

These costs are expressed in real terms.

   a.  Suppose you are Borstal's financial manager. If you had to buy one or the other machine and rent it to the production manager for that machine's economic life, what annual rental payment would you have to charge? Assume a 6% real discount rate and ignore taxes.

   b.  Which machine should Borstal buy?

   c.  Usually the rental payments you derived in part (a) are just hypothetical—a way of calculating and interpreting equivalent annual cost. Suppose you actually do buy one of the machines and rent it to the production manager. How much would you actually have to charge in each future year if there is steady 8% per year inflation? (*Note:* The rental payments calculated in part (a) are real cash flows. You would have to mark up those payments to cover inflation.)



Visit us at
www.mhhe.com/bma

**29.** Look again at your calculations for Problem 28 above. Suppose that technological change is expected to reduce costs by 10% per year. There will be new machines in year 1 that cost 10% less to buy and operate than A and B. In year 2 there will be a second crop of new machines incorporating a further 10% reduction, and so on. How does this change the equivalent annual costs of machines A and B?

**30.** The president's executive jet is not fully utilized. You judge that its use by other officers would increase direct operating costs by only $20,000 a year and would save $100,000 a year in airline bills. On the other hand, you believe that with the increased use the company will need to replace the jet at the end of three years rather than four. A new jet costs $1.1 million and (at its current low rate of use) has a life of six years. Assume that the company does not pay taxes. All cash flows are forecasted in real terms. The real opportunity cost of capital is 8%. Should you try to persuade the president to allow other officers to use the plane?

### CHALLENGE

**31.** One measure of the effective tax rate is the difference between the IRRs of pretax and after-tax cash flows, divided by the pretax IRR. Consider, for example, an investment $I$ generating a perpetual stream of pretax cash flows $C$. The pretax IRR is $C/I$, and the after-tax IRR is $C(1 - T_C)/I$, where $T_C$ is the statutory tax rate. The effective rate, call it $T_E$, is

$$T_E = \frac{C/I - C(1 - T_c)/I}{C/I} = T_c$$

Visit us at www.mhhe.com/bma

In this case the effective rate equals the statutory rate.

a. Calculate $T_E$ for the guano project in Section 6.2.

b. How does the effective rate depend on the tax depreciation schedule? On the inflation rate?

c. Consider a project where all of the up-front investment is treated as an expense for tax purposes. For example, R&D and marketing outlays are always expensed in the United States. They create no tax depreciation. What is the effective tax rate for such a project?

32. We warned that equivalent annual costs should be calculated in real terms. We did not fully explain why. This problem will show you.

Look back to the cash flows for machines A and B (in "Choosing between Long- and Short-Lived Equipment"). The present values of purchase and operating costs are 28.37 (over three years for A) and 21.00 (over two years for B). The real discount rate is 6% and the inflation rate is 5%.

a. Calculate the three- and two-year *level nominal* annuities which have present values of 28.37 and 21.00. Explain why these annuities are *not* realistic estimates of equivalent annual costs. (*Hint:* In real life machinery rentals increase with inflation.)

b. Suppose the inflation rate increases to 25%. The real interest rate stays at 6%. Recalculate the level nominal annuities. Note that the *ranking* of machines A and B appears to change. Why?

33. In December 2005 Mid-American Energy brought online one of the largest wind farms in the world. It cost an estimated $386 million and the 257 turbines have a total capacity of 360.5 megawatts (mW). Wind speeds fluctuate and most wind farms are expected to operate at an average of only 35% of their rated capacity. In this case, at an electricity price of $55 per megawatt-hour (mWh), the project will produce revenues in the first year of $60.8 million (i.e., .35 × 8,760 hours × 360.5 mW × $55 per mWh). A reasonable estimate of maintenance and other costs is about $18.9 million in the first year of operation. Thereafter, revenues and costs should increase with inflation by around 3% a year.



Visit us at
www.mhhe.com/bma

Conventional power stations can be depreciated using 20-year MACRS, and their profits are taxed at 35%. Suppose that the project will last 20 years and the cost of capital is 12%. To encourage renewable energy sources, the government offers several tax breaks for wind farms.

a. How large a tax break (if any) was needed to make Mid-American's investment a positive-NPV venture?

b. Some wind farm operators assume a capacity factor of 30% rather than 35%. How would this lower capacity factor alter project NPV?

# MINI-CASE ● ● ● ● ●

## New Economy Transport (A)

The New Economy Transport Company (NETCO) was formed in 1955 to carry cargo and passengers between ports in the Pacific Northwest and Alaska. By 2008 its fleet had grown to four vessels, including a small dry-cargo vessel, the *Vital Spark*.

The *Vital Spark* is 25 years old and badly in need of an overhaul. Peter Handy, the finance director, has just been presented with a proposal that would require the following expenditures:

| | |
|---|---:|
| Overhaul engine and generators | $340,000 |
| Replace radar and other electronic equipment | 75,000 |
| Repairs to hull and superstructure | 310,000 |
| Painting and other repairs | 95,000 |
| | $820,000 |

Visit us at www.mhhe.com/bma

Mr. Handy believes that all these outlays could be depreciated for tax purposes in the seven-year MACRS class.

NETCO's chief engineer, McPhail, estimates the postoverhaul operating costs as follows:

| | |
|---|---:|
| Fuel | $ 450,000 |
| Labor and benefits | 480,000 |
| Maintenance | 141,000 |
| Other | 110,000 |
| | $1,181,000 |

These costs generally increase with inflation, which is forecasted at 2.5% a year.

The *Vital Spark* is carried on NETCO's books at a net depreciated value of only $100,000, but could probably be sold "as is," along with an extensive inventory of spare parts, for $200,000. The book value of the spare parts inventory is $40,000. Sale of the *Vital Spark* would generate an immediate tax liability on the difference between sale price and book value.

The chief engineer also suggests installation of a brand-new engine and control system, which would cost an extra $600,000.[15] This additional equipment would not substantially improve the *Vital Spark*'s performance, but would result in the following reduced annual fuel, labor, and maintenance costs:

| | |
|---|---:|
| Fuel | $ 400,000 |
| Labor and benefits | 405,000 |
| Maintenance | 105,000 |
| Other | 110,000 |
| | $1,020,000 |

Overhaul of the *Vital Spark* would take it out of service for several months. The overhauled vessel would resume commercial service next year. Based on past experience, Mr. Handy believes that it would generate revenues of about $1.4 million next year, increasing with inflation thereafter.

But the *Vital Spark* cannot continue forever. Even if overhauled, its useful life is probably no more than 10 years, 12 years at the most. Its salvage value when finally taken out of service will be trivial.

NETCO is a conservatively financed firm in a mature business. It normally evaluates capital investments using an 11% cost of capital. This is a nominal, not a real, rate. NETCO's tax rate is 35%.

### QUESTION

1. Calculate the NPV of the proposed overhaul of the *Vital Spark*, with and without the new engine and control system. To do the calculation, you will have to prepare a spreadsheet table showing all costs after taxes over the vessel's remaining economic life. Take special care with your assumptions about depreciation tax shields and inflation.

## New Economy Transport (B)

There is no question that the *Vital Spark* needs an overhaul soon. However, Mr. Handy feels it unwise to proceed without also considering the purchase of a new vessel. Cohn and Doyle, Inc., a Wisconsin shipyard, has approached NETCO with a design incorporating a Kort nozzle, extensively automated navigation and power control systems, and much more

---

[15] This additional outlay would also qualify for tax depreciation in the seven-year MACRS class.

Visit us at www.mhhe.com/bma

comfortable accommodations for the crew. Estimated annual operating costs of the new vessel are:

| | |
|---|---:|
| Fuel | $380,000 |
| Labor and benefits | 330,000 |
| Maintenance | 70,000 |
| Other | 105,000 |
| | $885,000 |

The crew would require additional training to handle the new vessel's more complex and sophisticated equipment. Training would probably cost $50,000 next year.

The estimated operating costs for the new vessel assume that it would be operated in the same way as the *Vital Spark*. However, the new vessel should be able to handle a larger load on some routes, which could generate additional revenues, net of additional out-of-pocket costs, of as much as $100,000 per year. Moreover, a new vessel would have a useful service life of 20 years or more.

Cohn and Doyle offered the new vessel for a fixed price of $3,000,000, payable half immediately and half on delivery next year.

Mr. Handy stepped out on the foredeck of the *Vital Spark* as she chugged down the Cook Inlet. "A rusty old tub," he muttered, "but she's never let us down. I'll bet we could keep her going until next year while Cohn and Doyle are building her replacement. We could use up the spare parts to keep her going. We might even be able to sell or scrap her for book value when her replacement arrives.

"But how do I compare the NPV of a new ship with the old *Vital Spark?* Sure, I could run a 20-year NPV spreadsheet, but I don't have a clue how the replacement will be used in 2023 or 2028. Maybe I could compare the overall *cost* of overhauling and operating the *Vital Spark* to the cost of buying and operating the proposed replacement."

## QUESTIONS

1. Calculate and compare the equivalent annual costs of (a) overhauling and operating the *Vital Spark* for 12 more years, and (b) buying and operating the proposed replacement vessel for 20 years. What should Mr. Handy do if the replacement's annual costs are the same or lower?

2. Suppose the replacement's equivalent annual costs are higher than the *Vital Spark*'s. What additional information should Mr. Handy seek in this case?

# 7

# Introduction to Risk and Return

◗ **We have managed** to go through six chapters without directly addressing the problem of risk, but now the jig is up. We can no longer be satisfied with vague statements like "The opportunity cost of capital depends on the risk of the project." We need to know how risk is defined, what the links are between risk and the opportunity cost of capital, and how the financial manager can cope with risk in practical situations.

In this chapter we concentrate on the first of these issues and leave the other two to Chapters 8 and 9. We start by summarizing more than 100 years of evidence on rates of return in capital markets. Then we take a first look at investment risks and show how they can be reduced by portfolio diversification. We introduce you to beta, the standard risk measure for individual securities.

The themes of this chapter, then, are portfolio risk, security risk, and diversification. For the most part, we take the view of the individual investor. But at the end of the chapter we turn the problem around and ask whether diversification makes sense as a corporate objective.

● ● ● ● ●

## 7-1 Over a Century of Capital Market History in One Easy Lesson

Financial analysts are blessed with an enormous quantity of data. There are comprehensive databases of the prices of U.S. stocks, bonds, options, and commodities, as well as huge amounts of data for securities in other countries. We focus on a study by Dimson, Marsh, and Staunton that measures the historical performance of three portfolios of U.S. securities:[1]

1. A portfolio of Treasury bills, that is, U.S. government debt securities maturing in less than one year.[2]
2. A portfolio of U.S. government bonds.
3. A portfolio of U.S. common stocks.

These investments offer different degrees of risk. Treasury bills are about as safe an investment as you can make. There is no risk of default, and their short maturity means that the prices of Treasury bills are relatively stable. In fact, an investor who wishes to lend money for, say, three months can achieve a perfectly certain payoff by purchasing a Treasury bill maturing in three months. However, the investor cannot lock in a *real* rate of return: There is still some uncertainty about inflation.

---

[1] See E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002).

[2] Treasury bills were not issued before 1919. Before that date the interest rate used is the commercial paper rate.



▶ **FIGURE 7.1**

How an investment of $1 at the start of 1900 would have grown by the end of 2008, assuming reinvestment of all dividend and interest payments.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



▶ **FIGURE 7.2**

How an investment of $1 at the start of 1900 would have grown in real terms by the end of 2008, assuming reinvestment of all dividend and interest payments. Compare this plot with Figure 7.1, and note how inflation has eroded the purchasing power of returns to investors.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.

By switching to long-term government bonds, the investor acquires an asset whose price fluctuates as interest rates vary. (Bond prices fall when interest rates rise and rise when interest rates fall.) An investor who shifts from bonds to common stocks shares in all the ups and downs of the issuing companies.

Figure 7.1 shows how your money would have grown if you had invested $1 at the start of 1900 and reinvested all dividend or interest income in each of the three portfolios.[3] Figure 7.2 is identical except that it depicts the growth in the *real* value of the portfolio. We focus here on nominal values.

Investment performance coincides with our intuitive risk ranking. A dollar invested in the safest investment, Treasury bills, would have grown to $71 by the end of 2008, barely enough to keep up with inflation. An investment in long-term Treasury bonds would have

---

[3] Portfolio values are plotted on a log scale. If they were not, the ending values for the common stock portfolio would run off the top of the page.

> **TABLE 7.1**   Average rates of
> return on U.S. Treasury bills, govern-
> ment bonds, and common stocks,
> 1900–2008 (figures in % per year).
>
> *Source:* E. Dimson, P. R. Marsh, and
> M. Staunton, *Triumph of the Optimists: 101
> Years of Investment Returns,* (Princeton,
> NJ: Princeton University Press, 2002), with
> updates provided by the authors.

| | Average Annual Rate of Return | | |
| --- | --- | --- | --- |
| | Nominal | Real | Average Risk Premium (Extra Return versus Treasury Bills) |
| Treasury bills | 4.0 | 1.1 | 0 |
| Government bonds | 5.5 | 2.6 | 1.5 |
| Common stocks | 11.1 | 8.0 | 7.1 |

produced $242. Common stocks were in a class by themselves. An investor who placed a dollar in the stocks of large U.S. firms would have received $14,276.

We can also calculate the rate of return from these portfolios for each year from 1900 to 2008. This rate of return reflects both cash receipts—dividends or interest—and the capital gains or losses realized during the year. Averages of the 109 annual rates of return for each portfolio are shown in Table 7.1.

Since 1900 Treasury bills have provided the lowest average return—4.0% per year in *nominal* terms and 1.1% in *real* terms. In other words, the average rate of inflation over this period was about 3% per year. Common stocks were again the winners. Stocks of major corporations provided an average nominal return of 11.1%. By taking on the risk of common stocks, investors earned a *risk premium* of 11.1 − 4.0 = 7.1% over the return on Treasury bills.

You may ask why we look back over such a long period to measure average rates of return. The reason is that annual rates of return for common stocks fluctuate so much that averages taken over short periods are meaningless. Our only hope of gaining insights from historical rates of return is to look at a very long period.[4]

### Arithmetic Averages and Compound Annual Returns

Notice that the average returns shown in Table 7.1 are arithmetic averages. In other words, we simply added the 109 annual returns and divided by 109. The arithmetic average is higher than the compound annual return over the period. The 109-year compound annual return for common stocks was 9.2%.[5]

The proper uses of arithmetic and compound rates of return from past investments are often misunderstood. Therefore, we call a brief time-out for a clarifying example.

Suppose that the price of Big Oil's common stock is $100. There is an equal chance that at the end of the year the stock will be worth $90, $110, or $130. Therefore, the return could be −10%, +10%, or +30% (we assume that Big Oil does not pay a dividend). The *expected* return is $1/3 (−10 + 10 + 30) = +10\%$.

---

[4] We cannot be sure that this period is truly representative and that the average is not distorted by a few unusually high or low returns. The reliability of an estimate of the average is usually measured by its *standard error.* For example, the standard error of our estimate of the average risk premium on common stocks is 1.9%. There is a 95% chance that the *true* average is within plus or minus 2 standard errors of the 7.1% estimate. In other words, if you said that the true average was between 3.3 and 10.9%, you would have a 95% chance of being right. *Technical note:* The standard error of the average is equal to the standard deviation divided by the square root of the number of observations. In our case the standard deviation is 20.2%, and therefore the standard error is $20.2/\sqrt{109} = 1.9\%$.

[5] This was calculated from $(1 + r)^{109} = 14{,}276$, which implies $r = .092$. *Technical note:* For lognormally distributed returns the annual compound return is equal to the arithmetic average return minus half the variance. For example, the annual standard deviation of returns on the U.S. market was about .20, or 20%. Variance was therefore $.20^2$, or .04. The compound annual return is about $.04/2 = .02$, or 2 percentage points less than the arithmetic average.

If we run the process in reverse and discount the expected cash flow by the expected rate of return, we obtain the value of Big Oil's stock:

$$PV = \frac{110}{1.10} = \$100$$

The expected return of 10% is therefore the correct rate at which to discount the expected cash flow from Big Oil's stock. It is also the opportunity cost of capital for investments that have the same degree of risk as Big Oil.

Now suppose that we observe the returns on Big Oil stock over a large number of years. If the odds are unchanged, the return will be $-10\%$ in a third of the years, $+10\%$ in a further third, and $+30\%$ in the remaining years. The arithmetic average of these yearly returns is

$$\frac{-10 + 10 + 30}{3} = +10\%$$

Thus the arithmetic average of the returns correctly measures the opportunity cost of capital for investments of similar risk to Big Oil stock.[6]

The average compound annual return[7] on Big Oil stock would be

$$(.9 \times 1.1 \times 1.3)^{1/3} - 1 = .088, \text{ or } 8.8\%.$$

which is *less* than the opportunity cost of capital. Investors would not be willing to invest in a project that offered an 8.8% expected return if they could get an expected return of 10% in the capital markets. The net present value of such a project would be

$$NPV = -100 + \frac{108.8}{1.1} = -1.1$$

*Moral:* If the cost of capital is estimated from historical returns or risk premiums, use arithmetic averages, not compound annual rates of return.[8]

## Using Historical Evidence to Evaluate Today's Cost of Capital

Suppose there is an investment project that you *know*—don't ask how—has the same risk as Standard and Poor's Composite Index. We will say that it has the same degree of risk as the *market portfolio,* although this is speaking somewhat loosely, because the index does not include all risky securities. What rate should you use to discount this project's forecasted cash flows?

---

[6] You sometimes hear that the arithmetic average correctly measures the opportunity cost of capital for one-year cash flows, but not for more distant ones. Let us check. Suppose that you expect to receive a cash flow of $121 in year 2. We know that one year hence investors will value that cash flow by discounting at 10% (the arithmetic average of possible returns). In other words, at the end of the year they will be willing to pay $PV_1 = 121/1.10 = \$110$ for the expected cash flow. But we already know how to value an asset that pays off $110 in year 1—just discount at the 10% opportunity cost of capital. Thus $PV_0 = PV_1/1.10 = 110/1.1 = \$100$. Our example demonstrates that the arithmetic average (10% in our example) provides a correct measure of the opportunity cost of capital regardless of the timing of the cash flow.

[7] The compound annual return is often referred to as the *geometric average* return.

[8] Our discussion above assumed that we *knew* that the returns of $-10$, $+10$, and $+30\%$ were equally likely. For an analysis of the effect of uncertainty about the expected return see I. A. Cooper, "Arithmetic Versus Geometric Mean Estimators: Setting Discount Rates for Capital Budgeting," *European Financial Management* 2 (July 1996), pp. 157–167; and E. Jaquier, A. Kane, and A. J. Marcus, "Optimal Estimation of the Risk Premium for the Long Run and Asset Allocation: A Case of Compounded Estimation Risk," *Journal of Financial Econometrics* 3 (2005), pp. 37–55. When future returns are forecasted to distant horizons, the historical arithmetic means are upward-biased. This bias would be small in most corporate-finance applications, however.

Clearly you should use the currently expected rate of return on the market portfolio; that is the return investors would forgo by investing in the proposed project. Let us call this market return $r_m$. One way to estimate $r_m$ is to assume that the future will be like the past and that today's investors expect to receive the same "normal" rates of return revealed by the averages shown in Table 7.1. In this case, you would set $r_m$ at 11.1%, the average of past market returns.

Unfortunately, this is *not* the way to do it; $r_m$ is not likely to be stable over time. Remember that it is the sum of the risk-free interest rate $r_f$ and a premium for risk. We know that $r_f$ varies. For example, in 1981 the interest rate on Treasury bills was about 15%. It is difficult to believe that investors in that year were content to hold common stocks offering an expected return of only 11.1%.

If you need to estimate the return that investors expect to receive, a more sensible procedure is to take the interest rate on Treasury bills and add 7.1%, the average *risk premium* shown in Table 7.1. For example, in early 2009 the interest rate on Treasury bills was unusually low at .2%. Adding on the average risk premium, therefore, gives

$$r_m(2009) = r_f(2009) + \text{normal risk premium}$$
$$= .002 + .071 = .073, \text{ or } 7.3\%$$

The crucial assumption here is that there is a normal, stable risk premium on the market portfolio, so that the expected *future* risk premium can be measured by the average past risk premium.

Even with over 100 years of data, we can't estimate the market risk premium exactly; nor can we be sure that investors today are demanding the same reward for risk that they were 50 or 100 years ago. All this leaves plenty of room for argument about what the risk premium *really* is.[9]

Many financial managers and economists believe that long-run historical returns are the best measure available. Others have a gut instinct that investors don't need such a large risk premium to persuade them to hold common stocks.[10] For example, surveys of chief financial officers commonly suggest that they expect a market risk premium that is several percentage points below the historical average.[11]

If you believe that the expected market risk premium is less than the historical average, you probably also believe that history has been unexpectedly kind to investors in the United States and that their good luck is unlikely to be repeated. Here are two reasons that history *may* overstate the risk premium that investors demand today.

**Reason 1**  Since 1900 the United States has been among the world's most prosperous countries. Other economies have languished or been wracked by war or civil unrest. By focusing on equity returns in the United States, we may obtain a biased view of what

---

[9] Some of the disagreements simply reflect the fact that the risk premium is sometimes defined in different ways. Some measure the average difference between stock returns and the returns (or yields) on long-term bonds. Others measure the difference between the compound rate of growth on stocks and the interest rate. As we explained above, this is not an appropriate measure of the cost of capital.

[10] There is some theory behind this instinct. The high risk premium earned in the market seems to imply that investors are extremely risk-averse. If that is true, investors ought to cut back their consumption when stock prices fall and wealth decreases. But the evidence suggests that when stock prices fall, investors spend at nearly the same rate. This is difficult to reconcile with high risk aversion and a high market risk premium. There is an active research literature on this "equity premium puzzle." See R. Mehra, "The Equity Premium Puzzle: A Review," *Foundations and Trends in Finance*® 2 (2006), pp. 11–81, and R. Mehra, ed., *Handbook of the Equity Risk Premium* (Amsterdam: Elsevier Handbooks in Finance Series, 2008).

[11] It is difficult to interpret the responses to such surveys precisely. The best known is conducted every quarter by Duke University and *CFO* magazine and reported on at **www.cfosurvey.org**. On average since inception CFOs have predicted a 10-year return on U.S. equities of 3.7% in excess of the return on 10-year Treasury bonds. However, respondents appear to have interpreted the question as asking for their forecast of the *compound* annual return. In this case the comparable *expected* (arithmetic average) premium over *bills* is probably 2 or 3 percentage points higher at about 6%. For a description of the survey data, see J. R. Graham and C. Harvey, "The Long-Run Equity Risk Premium," *Finance Research Letters* 2 (2005), pp. 185–194.



▶ **FIGURE 7.3**

Average market risk premiums (nominal return on stocks minus nominal return on bills), 1900–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.

investors expected. Perhaps the historical averages miss the possibility that the United States could have turned out to be one of these less-fortunate countries.[12]

Figure 7.3 sheds some light on this issue. It is taken from a comprehensive study by Dimson, Marsh, and Staunton of market returns in 17 countries and shows the average risk premium in each country between 1900 and 2008. There is no evidence here that U.S. investors have been particularly fortunate; the U.S. was just about average in terms of returns.

In Figure 7.3 Danish stocks come bottom of the league; the average risk premium in Denmark was only 4.3%. The clear winner was Italy with a premium of 10.2%. Some of these differences between countries may reflect differences in risk. For example, Italian stocks have been particularly variable and investors may have required a higher return to compensate. But remember how difficult it is to make precise estimates of what investors expected. You probably would not be too far out if you concluded that the *expected* risk premium was the same in each country.[13]

**Reason 2** Stock prices in the United States have for some years outpaced the growth in company dividends or earnings. For example, between 1950 and 2000 dividend yields in the United States fell from 7.2% to 1.1%. It seems unlikely that investors *expected* such a sharp decline in yields, in which case some part of the actual return during this period was *unexpected*.

Some believe that the low dividend yields at the turn of the century reflected optimism that the new economy would lead to a golden age of prosperity and surging profits, but others attribute the low yields to a reduction in the market risk premium. Perhaps the growth in mutual funds has made it easier for individuals to diversify away part of their risk, or perhaps pension funds and other financial institutions have found that they also could reduce

---

[12] This possibility was suggested in P. Jorion and W. N. Goetzmann, "Global Stock Markets in the Twentieth Century," *Journal of Finance* 54 (June 1999), pp. 953–980.

[13] We are concerned here with the difference between the nominal market return and the nominal interest rate. Sometimes you will see *real* risk premiums quoted—that is, the difference between the *real* market return and the *real* interest rate. If the inflation rate is $i$, then the real risk premium is $(r_m - r_f)/(1 + i)$. For countries such as Italy that have experienced a high degree of inflation, this real risk premium may be significantly lower than the nominal premium.

their risk by investing part of their funds overseas. If these investors can eliminate more of their risk than in the past, they may be content with a lower return.

To see how a rise in stock prices can stem from a fall in the risk premium, suppose that a stock is expected to pay a dividend next year of \$12 ($DIV_1 = 12$). The stock yields 3% and the dividend is expected to grow indefinitely by 7% a year ($g = .07$). Therefore the total return that investors expect is $r = 3 + 7 = 10\%$. We can find the stock's value by plugging these numbers into the constant-growth formula that we used in Chapter 4 to value stocks:

$$PV = DIV_1/(r - g) = 12/(.10 - .07) = \$400$$

Imagine that investors now revise downward their required return to $r = 9\%$. The dividend yield falls to 2% and the value of the stock rises to

$$PV = DIV_1/(r - g) = 12/(.09 - .07) = \$600$$

Thus a fall from 10% to 9% in the required return leads to a 50% rise in the stock price. If we include this price rise in our measures of past returns, we will be doubly wrong in our estimate of the risk premium. First, we will overestimate the return that investors required in the past. Second, we will fail to recognize that the return investors require in the future is lower than they needed in the past.

### Dividend Yields and the Risk Premium

If there has been a downward shift in the return that investors have required, then past returns will provide an overestimate of the risk premium. We can't wholly get around this difficulty, but we can get another clue to the risk premium by going back to the constant-growth model that we discussed in Chapter 2. If stock prices are expected to keep pace with the growth in dividends, then the expected market return is equal to the dividend yield plus the expected dividend growth—that is, $r = DIV_1/P_0 + g$. Dividend yields in the United States have averaged 4.3% since 1900, and the annual growth in dividends has averaged 5.3%. If this dividend growth is representative of what investors *expected*, then the expected market return over this period was $DIV_1/P_0 + g = 4.3 + 5.3 = 9.6\%$, or 5.6% above the risk-free interest rate. This figure is 1.5% lower than the *realized* risk premium reported in Table 7.1.[14]

Dividend yields have averaged 4.3% since 1900, but, as you can see from Figure 7.4, they have fluctuated quite sharply. At the end of 1917, stocks were offering a yield of 9.0%; by 2000 the yield had plunged to just 1.1%. You sometimes hear financial managers suggest that in years such as 2000, when dividend yields were low, capital was relatively cheap. Is there any truth to this? Should companies be adjusting their cost of capital to reflect these fluctuations in yield?

Notice that there are only two possible reasons for the yield changes in Figure 7.4. One is that in some years investors were unusually optimistic or pessimistic about $g$, the future growth in dividends. The other is that $r$, the required return, was unusually high or low. Economists who have studied the behavior of dividend yields have concluded that very little of the variation is related to the subsequent rate of dividend growth. If they are right, the level of yields ought to be telling us something about the return that investors require.

This in fact appears to be the case. A reduction in the dividend yield seems to herald a reduction in the risk premium that investors can expect over the following few years. So, when yields are relatively low, companies may be justified in shaving their estimate

---

[14] See E. F. Fama and K. R. French, "The Equity Premium," *Journal of Finance* 57 (April 2002), pp. 637–659. Fama and French quote even lower estimates of the risk premium, particularly for the second half of the period. The difference partly reflects the fact that they define the risk premium as the difference between market returns and the commercial paper rate. Except for the years 1900–1918, the interest rates used in Table 7.1 are the rates on U.S. Treasury bills.



▶ **FIGURE 7.4**

Dividend yields in the U.S.A. 1900–2008.

*Source:* R.J. Shiller, "Long Term Stock, Bond, Interest Rate and Consumption Data since 1871," **www.econ.yale.edu/~shiller/data.htm**. Used with permission.

of required returns over the next year or so. However, changes in the dividend yield tell companies next to nothing about the expected risk premium over the next 10 or 20 years. It seems that, when estimating the discount rate for longer term investments, a firm can safely ignore year-to-year fluctuations in the dividend yield.

Out of this debate only one firm conclusion emerges: do not trust anyone who claims to *know* what returns investors expect. History contains some clues, but ultimately we have to judge whether investors on average have received what they expected. Many financial economists rely on the evidence of history and therefore work with a risk premium of about 7.1%. The remainder generally use a somewhat lower figure. Brealey, Myers, and Allen have no official position on the issue, but we believe that a range of 5% to 8% is reasonable for the risk premium in the United States.

## 7-2 Measuring Portfolio Risk

You now have a couple of benchmarks. You know the discount rate for safe projects, and you have an estimate of the rate for average-risk projects. But you *don't* know yet how to estimate discount rates for assets that do not fit these simple cases. To do that, you have to learn (1) how to measure risk and (2) the relationship between risks borne and risk premiums demanded.

Figure 7.5 shows the 109 annual rates of return for U.S. common stocks. The fluctuations in year-to-year returns are remarkably wide. The highest annual return was 57.6% in 1933—a partial rebound from the stock market crash of 1929–1932. However, there were losses exceeding 25% in five years, the worst being the −43.9% return in 1931.

Another way of presenting these data is by a histogram or frequency distribution. This is done in Figure 7.6, where the variability of year-to-year returns shows up in the wide "spread" of outcomes.

### Variance and Standard Deviation

The standard statistical measures of spread are **variance** and **standard deviation.** The variance of the market return is the expected squared deviation from the expected return. In other words,

$$\text{Variance } (\tilde{r}_m) = \text{the expected value of } (\tilde{r}_m - r_m)^2$$

**FIGURE 7.5**

The stock market has been a profitable but extremely variable investment.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



**FIGURE 7.6**

Histogram of the annual rates of return from the stock market in the United States, 1900–2008, showing the wide spread of returns from investment in common stocks.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns,* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



where $\tilde{r}_m$ is the actual return and $r_m$ is the expected return.[15] The standard deviation is simply the square root of the variance:

$$\text{Standard deviation of } \tilde{r}_m = \sqrt{\text{variance}(\tilde{r}_m)}$$

Standard deviation is often denoted by $\sigma$ and variance by $\sigma^2$.

Here is a very simple example showing how variance and standard deviation are calculated. Suppose that you are offered the chance to play the following game. You start by

---

[15] One more technical point. When variance is estimated from a sample of *observed* returns, we add the squared deviations and divide by $N-1$, where $N$ is the number of observations. We divide by $N-1$ rather than $N$ to correct for what is called *the loss of a degree of freedom*. The formula is

$$\text{Variance } (\tilde{r}_m) = \frac{1}{N-1}\sum_{t=1}^{N}(\tilde{r}_{mt} - r_m)^2$$

where $\tilde{r}_{mt}$ is the market return in period $t$ and $r_m$ is the mean of the values of $\tilde{r}_{mt}$.

| (1) Percent Rate of Return ($\tilde{r}$) | (2) Deviation from Expected Return ($\tilde{r} - r$) | (3) Squared Deviation ($\tilde{r} - r)^2$ | (4) Probability | (5) Probability × Squared Deviation |
|---|---|---|---|---|
| +40 | +30 | 900 | .25 | 225 |
| +10 | 0 | 0 | .5 | 0 |
| −20 | −30 | 900 | .25 | 225 |
| | | | Variance = expected value of $(\tilde{r} - r)^2 = 450$ | |
| | | | Standard deviation = $\sqrt{\text{variance}} = \sqrt{450} = 21$ | |

▶ **TABLE 7.2**

The coin-tossing game: Calculating variance and standard deviation.

investing \$100. Then two coins are flipped. For each head that comes up you get back your starting balance *plus* 20%, and for each tail that comes up you get back your starting balance *less* 10%. Clearly there are four equally likely outcomes:

- Head + head: You gain 40%.
- Head + tail: You gain 10%.
- Tail + head: You gain 10%.
- Tail + tail: You lose 20%.

There is a chance of 1 in 4, or .25, that you will make 40%; a chance of 2 in 4, or .5, that you will make 10%; and a chance of 1 in 4, or .25, that you will lose 20%. The game's expected return is, therefore, a weighted average of the possible outcomes:

$$\text{Expected return} = (.25 \times 40) + (.5 \times 10) + (.25 \times -20) = +10\%$$

Table 7.2 shows that the variance of the percentage returns is 450. Standard deviation is the square root of 450, or 21. This figure is in the same units as the rate of return, so we can say that the game's variability is 21%.

One way of defining uncertainty is to say that more things can happen than will happen. The risk of an asset can be completely expressed, as we did for the coin-tossing game, by writing all possible outcomes and the probability of each. In practice this is cumbersome and often impossible. Therefore we use variance or standard deviation to summarize the spread of possible outcomes.[16]

These measures are natural indexes of risk.[17] If the outcome of the coin-tossing game had been certain, the standard deviation would have been zero. The actual standard deviation is positive because we *don't* know what will happen.

Or think of a second game, the same as the first except that each head means a 35% gain and each tail means a 25% loss. Again, there are four equally likely outcomes:

- Head + head: You gain 70%.
- Head + tail: You gain 10%.
- Tail + head: You gain 10%.
- Tail + tail: You lose 50%.

---

[16] Which of the two we use is solely a matter of convenience. Since standard deviation is in the same units as the rate of return, it is generally more convenient to use standard deviation. However, when we are talking about the *proportion* of risk that is due to some factor, it is less confusing to work in terms of the variance.

[17] As we explain in Chapter 8, standard deviation and variance are the correct measures of risk if the returns are normally distributed.

For this game the expected return is 10%, the same as that of the first game. But its standard deviation is double that of the first game, 42 versus 21%. By this measure the second game is twice as risky as the first.

## Measuring Variability

In principle, you could estimate the variability of any portfolio of stocks or bonds by the procedure just described. You would identify the possible outcomes, assign a probability to each outcome, and grind through the calculations. But where do the probabilities come from? You can't look them up in the newspaper; newspapers seem to go out of their way to avoid definite statements about prospects for securities. We once saw an article headlined "Bond Prices Possibly Set to Move Sharply Either Way." Stockbrokers are much the same. Yours may respond to your query about possible market outcomes with a statement like this:

> The market currently appears to be undergoing a period of consolidation. For the inter-
> mediate term, we would take a constructive view, provided economic recovery continues.
> The market could be up 20% a year from now, perhaps more if inflation continues low.
> On the other hand, . . .

The Delphic oracle gave advice, but no probabilities.

Most financial analysts start by observing past variability. Of course, there is no risk in hindsight, but it is reasonable to assume that portfolios with histories of high variability also have the least predictable future performance.

The annual standard deviations and variances observed for our three portfolios over the period 1900–2008 were:[18]

| Portfolio | Standard Deviation ($\sigma$) | Variance ($\sigma^2$) |
|---|---|---|
| Treasury bills | 2.8 | 7.7 |
| Government bonds | 8.3 | 69.3 |
| Common stocks | 20.2 | 406.4 |

As expected, Treasury bills were the least variable security, and common stocks were the most variable. Government bonds hold the middle ground.

You may find it interesting to compare the coin-tossing game and the stock market as alternative investments. The stock market generated an average annual return of 11.1% with a standard deviation of 20.2%. The game offers 10% and 21%, respectively—slightly lower return and about the same variability. Your gambling friends may have come up with a crude representation of the stock market.

Figure 7.7 compares the standard deviation of stock market returns in 17 countries over the same 109-year period. Canada occupies low field with a standard deviation of 17.0%, but most of the other countries cluster together with percentage standard deviations in the low 20s.

Of course, there is no reason to suppose that the market's variability should stay the same over more than a century. For example, Germany, Italy, and Japan now have much more stable economies and markets than they did in the years leading up to and including the Second World War.

---

[18] In discussing the riskiness of *bonds,* be careful to specify the time period and whether you are speaking in real or nominal terms. The *nominal* return on a long-term government bond is absolutely certain to an investor who holds on until maturity; in other words, it is risk-free if you forget about inflation. After all, the government can always print money to pay off its debts. However, the real return on Treasury securities is uncertain because no one knows how much each future dollar will buy.

The bond returns were measured annually. The returns reflect year-to-year changes in bond prices as well as interest received. The *one-year* returns on long-term bonds are risky in *both* real and nominal terms.



▶ **FIGURE 7.7**

The risk (standard deviation of annual returns) of markets around the world, 1900–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Global Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



▶ **FIGURE 7.8**

Annualized standard deviation of the preceding 52 weekly changes in the Dow Jones Industrial Average, 1900–2008.

Figure 7.8 does not suggest a long-term upward or downward trend in the volatility of the U.S. stock market.[19] Instead there have been periods of both calm and turbulence. In 2005, an unusually tranquil year, the standard deviation of returns was only 9%, less than half the long-term average. The standard deviation in 2008 was about four times higher at 34%.

Market turbulence over shorter daily, weekly, or monthly periods can be amazingly high. On Black Monday, October 19, 1987, the U.S. market fell by 23% *on a single day*. The market

---

[19] These estimates are derived from *weekly* rates of return. The weekly variance is converted to an annual variance by multiplying by 52. That is, the variance of the weekly return is one-fifty-second of the annual variance. The longer you hold a security or portfolio, the more risk you have to bear.

This conversion assumes that successive weekly returns are statistically independent. This is, in fact, a good assumption, as we will show in Chapter 13.

Because variance is approximately proportional to the length of time interval over which a security or portfolio return is measured, standard deviation is proportional to the square root of the interval.

standard deviation for the week surrounding Black Monday was equivalent to 89% per year. Fortunately volatility dropped back to normal levels within a few weeks after the crash.

At the height of the financial crisis in October and November 2008, the U.S. market standard deviation was running at a rate of about 70% per year. As we write this in August 2009, the standard deviation has fallen back to 25%.[20]

Earlier we quoted 5% to 8% as a reasonable, normal range for the U.S. risk premium. The risk premium has probably increased as a result of the financial crisis. We hope that economic recovery and lower market volatility will allow the risk premium to fall back to normalcy.

## How Diversification Reduces Risk

We can calculate our measures of variability equally well for individual securities and portfolios of securities. Of course, the level of variability over 100 years is less interesting for specific companies than for the market portfolio—it is a rare company that faces the same business risks today as it did a century ago.

Table 7.3 presents estimated standard deviations for 10 well-known common stocks for a recent five-year period.[21] Do these standard deviations look high to you? They should. The market portfolio's standard deviation was about 13% during this period. Each of our individual stocks had higher volatility. Amazon was over four times more variable than the market portfolio.

Take a look also at Table 7.4, which shows the standard deviations of some well-known stocks from different countries and of the markets in which they trade. Some of these stocks are more variable than others, but you can see that once again the individual stocks are for the most part are more variable than the market indexes.

This raises an important question: The market portfolio is made up of individual stocks, so why doesn't its variability reflect the average variability of its components? The answer is that *diversification reduces variability*.

▶ **TABLE 7.3**

Standard deviations for selected U.S. common stocks, January 2004–December 2008 (figures in percent per year).

| Stock | Standard Deviation ($\sigma$) | Stock | Standard Deviation ($\sigma$) |
| --- | --- | --- | --- |
| Amazon | 50.9 | Boeing | 23.7 |
| Ford | 47.2 | Disney | 19.6 |
| Newmont | 36.1 | Exxon Mobil | 19.1 |
| Dell | 30.9 | Campbell Soup | 15.8 |
| Starbucks | 30.3 | Johnson & Johnson | 12.5 |

▶ **TABLE 7.4**

Standard deviations for selected foreign stocks and market indexes, January 2004–December 2008 (figures in percent per year).

| | Standard Deviation ($\sigma$) | | | Standard Deviation ($\sigma$) | |
| --- | --- | --- | --- | --- | --- |
| | Stock | Market | | Stock | Market |
| BP | 20.7 | 16.0 | LVMH | 20.6 | 18.3 |
| Deutsche Bank | 28.9 | 20.6 | Nestlé | 14.6 | 13.7 |
| Fiat | 35.7 | 18.9 | Nokia | 31.6 | 25.8 |
| Heineken | 21.0 | 20.8 | Sony | 33.9 | 16.6 |
| Iberia | 35.4 | 20.4 | Telefonica de Argentina | 58.6 | 40.0 |

---

[20] The standard deviations for 2008 and 2009 are the VIX index of market volatility, published by the Chicago Board Options Exchange (CBOE). We explain the VIX index in Chapter 21. In the meantime, you may wish to check the current level of the VIX on **finance.yahoo** or at the CBOE Web site.

[21] These standard deviations are also calculated from monthly data.



▶ **FIGURE 7.9**

Average risk (standard deviation) of portfolios containing different numbers of stocks. The stocks were selected randomly from stocks traded on the New York Exchange from 2002 through 2007. Notice that diversification reduces risk rapidly at first, then more slowly.



▶ **FIGURE 7.10**

The value of a portfolio evenly divided between Dell and Starbucks was less volatile than either stock on its own. The assumed initial invest-ment is $100.

Even a little diversification can provide a substantial reduction in variability. Suppose you calculate and compare the standard deviations between 2002 and 2007 of one-stock portfolios, two-stock portfolios, five-stock portfolios, etc. You can see from Figure 7.9 that diversification can cut the variability of returns about in half. Notice also that you can get most of this benefit with relatively few stocks: The improvement is much smaller when the number of securities is increased beyond, say, 20 or 30.[22]

Diversification works because prices of different stocks do not move exactly together. Statisticians make the same point when they say that stock price changes are less than perfectly correlated. Look, for example, at Figure 7.10, which plots the prices of Starbucks

---

[22] There is some evidence that in recent years stocks have become individually more risky but have moved less closely together. Consequently, the benefits of diversification have increased. See J. Y. Campbell, M. Lettau, B. C. Malkiel, and Y. Xu, "Have Individual Stocks Become More Volatile? An Empirical Exploration of Idiosyncratic Risk," *Journal of Finance 56* (February 2001), pp. 1–43.



**FIGURE 7.11**

Diversification eliminates specific risk. But there is some risk that diversification *cannot* eliminate. This is called *market risk.*

(top line) and Dell (bottom line) for the 60-month period ending December 2008. As we showed in Table 7.3, during this period the standard deviation of the monthly returns of both stocks was about 30%. Although the two stocks enjoyed a fairly bumpy ride, they did not move in exact lockstep. Often a decline in the value of Dell was offset by a rise in the price of Starbucks.[23] So, if you had split your portfolio between the two stocks, you could have reduced the monthly fluctuations in the value of your investment. You can see from the blue line in Figure 7.10 that if your portfolio had been evenly divided between Dell and Starbucks, there would have been many more months when the return was just middling and far fewer cases of extreme returns. By diversifying between the two stocks, you would have reduced the standard deviation of the returns to about 20% a year.

The risk that potentially can be eliminated by diversification is called **specific risk.**[24] Specific risk stems from the fact that many of the perils that surround an individual company are peculiar to that company and perhaps its immediate competitors. But there is also some risk that you can't avoid, regardless of how much you diversify. This risk is generally known as **market risk.**[25] Market risk stems from the fact that there are other economywide perils that threaten all businesses. That is why stocks have a tendency to move together. And that is why investors are exposed to market uncertainties, no matter how many stocks they hold.

In Figure 7.11 we have divided risk into its two parts—specific risk and market risk. If you have only a single stock, specific risk is very important; but once you have a portfolio of 20 or more stocks, diversification has done the bulk of its work. For a reasonably well-diversified portfolio, only market risk matters. Therefore, the predominant source of uncertainty for a diversified investor is that the market will rise or plummet, carrying the investor's portfolio with it.

## 7-3 Calculating Portfolio Risk

We have given you an intuitive idea of how diversification reduces risk, but to understand fully the effect of diversification, you need to know how the risk of a portfolio depends on the risk of the individual shares.

Suppose that 60% of your portfolio is invested in Campbell Soup and the remainder is invested in Boeing. You expect that over the coming year Campbell Soup will give a return of 3.1% and Boeing, 9.5%. The expected return on your portfolio is simply a weighted average of the expected returns on the individual stocks:[26]

$$\text{Expected portfolio return} = (.60 \times 3.1) + (.40 \times 9.5) = 5.7\%$$

---

[23] Over this period the correlation between the returns on the two stocks was .29.

[24] Specific risk may be called *unsystematic risk, residual risk, unique risk,* or *diversifiable risk.*

[25] Market risk may be called *systematic risk* or *undiversifiable risk.*

[26] Let's check this. Suppose you invest $60 in Campbell Soup and $40 in Boeing. The expected dollar return on your Campbell holding is .031 × 60 = $1.86, and on Boeing it is .095 × 40 = $3.80. The expected dollar return on your portfolio is 1.86 + 3.80 = $5.66. The portfolio *rate* of return is 5.66/100 = 0.057, or 5.7%.



▶ **FIGURE 7.12**

The variance of a two-stock portfolio is the sum of these four boxes. $x_1$, $x_2$ = proportions invested in stocks 1 and 2; $\sigma_1^2$, $\sigma_2^2$ = variances of stock returns; $\sigma_{12}$ = covariance of returns $(\rho_{12}\sigma_1\sigma_2)$; $\rho_{12}$ = correlation between returns on stocks 1 and 2.

Calculating the expected portfolio return is easy. The hard part is to work out the risk of your portfolio. In the past the standard deviation of returns was 15.8% for Campbell and 23.7% for Boeing. You believe that these figures are a good representation of the spread of possible *future* outcomes. At first you may be inclined to assume that the standard deviation of the portfolio is a weighted average of the standard deviations of the two stocks, that is, $(.60 \times 15.8) + (.40 \times 23.7) = 19.0\%$. That would be correct *only* if the prices of the two stocks moved in perfect lockstep. In any other case, diversification reduces the risk below this figure.

The exact procedure for calculating the risk of a two-stock portfolio is given in Figure 7.12. You need to fill in four boxes. To complete the top-left box, you weight the variance of the returns on stock 1 ($\sigma_1^2$) by the *square* of the proportion invested in it ($x_1^2$). Similarly, to complete the bottom-right box, you weight the variance of the returns on stock 2 ($\sigma_2^2$) by the *square* of the proportion invested in stock 2 ($x_2^2$).

The entries in these diagonal boxes depend on the variances of stocks 1 and 2; the entries in the other two boxes depend on their **covariance.** As you might guess, the covariance is a measure of the degree to which the two stocks "covary." The covariance can be expressed as the product of the correlation coefficient $\rho_{12}$ and the two standard deviations:[27]

$$\text{Covariance between stocks 1 and 2} = \sigma_{12} = \rho_{12}\sigma_1\sigma_2$$

For the most part stocks tend to move together. In this case the correlation coefficient $\rho_{12}$ is positive, and therefore the covariance $\sigma_{12}$ is also positive. If the prospects of the stocks were wholly unrelated, both the correlation coefficient and the covariance would be zero; and if the stocks tended to move in opposite directions, the correlation coefficient and the covariance would be negative. Just as you weighted the variances by the square of the proportion invested, so you must weight the covariance by the *product* of the two proportionate holdings $x_1$ and $x_2$.

---

[27] Another way to define the covariance is as follows:

$$\text{Covariance between stocks 1 and 2} = \sigma_{12} = \text{expected value of } (\tilde{r}_1 - r_1) \times (\tilde{r}_2 - r_2)$$

Note that any security's covariance with itself is just its variance:

$$\sigma_{11} = \text{expected value of } (\tilde{r}_1 - r_1) \times (\tilde{r}_1 - r_1)$$
$$= \text{expected value of } (\tilde{r}_1 - r_1)^2 = \text{variance of stock 1} = \sigma_1^2$$

Once you have completed these four boxes, you simply add the entries to obtain the portfolio variance:

$$\text{Portfolio variance} = x_1^2\sigma_1^2 + x_2^2\sigma_2^2 + 2(x_1x_2\rho_{12}\sigma_1\sigma_2)$$

The portfolio standard deviation is, of course, the square root of the variance.

Now you can try putting in some figures for Campbell Soup and Boeing. We said earlier that if the two stocks were perfectly correlated, the standard deviation of the portfolio would lie 40% of the way between the standard deviations of the two stocks. Let us check this out by filling in the boxes with $\rho_{12} = +1$.

|  | **Campbell Soup** | **Boeing** |
|---|---|---|
| Campbell Soup | $x_1^2\sigma_1^2 = (.6)^2 \times (15.8)^2$ | $x_1x_2\rho_{12}\sigma_1\sigma_2$ <br> $= (.6) \times (.4) \times 1 \times (15.8) \times (23.7)$ |
| Boeing | $x_1x_2\rho_{12}\sigma_1\sigma_2$ <br> $= (.6) \times (.4) \times 1 \times (15.8) \times (23.7)$ | $x_2^2\sigma_2^2 = (.4)^2 \times (23.7)^2$ |

The variance of your portfolio is the sum of these entries:

$$\begin{aligned}\text{Portfolio variance} &= [(.6)^2 \times (15.8)^2] + [(.4)^2 \times (23.7)^2] + 2(.6 \times .4 \times 1 \times 15.8 \times 23.7)\\ &= 359.5\end{aligned}$$

The standard deviation is $\sqrt{359.5} = 19\%$. or 40% of the way between 15.8 and 23.7.

Campbell Soup and Boeing do not move in perfect lockstep. If past experience is any guide, the correlation between the two stocks is about .18. If we go through the same exercise again with $\rho_{12} = .18$, we find

$$\begin{aligned}\text{Portfolio variance} &= [(.6)^2 \times (15.8)^2] + [(.4)^2 \times (23.7)^2]\\ &\quad + 2(.6 \times .4 \times .18 \times 15.8 \times 23.7) = 212.1\end{aligned}$$

The standard deviation is $\sqrt{212.1} = 14.6\%$. The risk is now less than 40% of the way between 15.8 and 23.7. In fact, it is less than the risk of investing in Campbell Soup alone.

The greatest payoff to diversification comes when the two stocks are negatively correlated. Unfortunately, this almost never occurs with real stocks, but just for illustration, let us assume it for Campbell Soup and Boeing. And as long as we are being unrealistic, we might as well go whole hog and assume perfect negative correlation ($\rho_{12} = -1$). In this case,

$$\begin{aligned}\text{Portfolio variance} &= [(.6)^2 \times (15.8)^2] + [(.4)^2 \times (23.7)^2]\\ &\quad + 2(.6 \times .4 \times (-1) \times 15.8 \times 23.7) = 0\end{aligned}$$

When there is perfect negative correlation, there is always a portfolio strategy (represented by a particular set of portfolio weights) that will completely eliminate risk.[28] It's too bad perfect negative correlation doesn't really occur between common stocks.

### General Formula for Computing Portfolio Risk

The method for calculating portfolio risk can easily be extended to portfolios of three or more securities. We just have to fill in a larger number of boxes. Each of those down the

---

[28] Since the standard deviation of Boeing is 1.5 times that of Campbell Soup, you need to invest 1.5 times more in Campbell Soup to eliminate risk in this two-stock portfolio.



▶ **FIGURE 7.13**

To find the variance of an *N*-stock portfolio, we must add the entries in a matrix like this. The diagonal cells contain variance terms ($x^2\sigma^2$) and the off-diagonal cells contain covariance terms ($x_i x_j \sigma_{ij}$).

diagonal—the shaded boxes in Figure 7.13—contains the variance weighted by the square of the proportion invested. Each of the other boxes contains the covariance between that pair of securities, weighted by the product of the proportions invested.[29]

## Limits to Diversification

Did you notice in Figure 7.13 how much more important the covariances become as we add more securities to the portfolio? When there are just two securities, there are equal numbers of variance boxes and of covariance boxes. When there are many securities, the number of covariances is much larger than the number of variances. Thus the variability of a well-diversified portfolio reflects mainly the covariances.

Suppose we are dealing with portfolios in which equal investments are made in each of $N$ stocks. The proportion invested in each stock is, therefore, $1/N$. So in each variance box we have $(1/N)^2$ times the variance, and in each covariance box we have $(1/N)^2$ times the covariance. There are $N$ variance boxes and $N^2 - N$ covariance boxes. Therefore,

$$\text{Portfolio variance} = N\left(\frac{1}{N}\right)^2 \times \text{average variance}$$

$$+ (N^2 - N)\left(\frac{1}{N}\right)^2 \times \text{average covariance}$$

$$= \frac{1}{N} \times \text{average variance} + \left(1 - \frac{1}{N}\right) \times \text{average covariance}$$

---

[29] The formal equivalent to "add up all the boxes" is

$$\text{Portfolio variance} = \sum_{i=1}^{N}\sum_{j=1}^{N} x_i x_j \sigma_{ij}$$

Notice that when $i = j$, $\sigma_{ij}$ is just the variance of stock $i$.

Notice that as $N$ increases, the portfolio variance steadily approaches the average covariance. If the average covariance were zero, it would be possible to eliminate *all* risk by holding a sufficient number of securities. Unfortunately common stocks move together, not independently. Thus most of the stocks that the investor can actually buy are tied together in a web of positive covariances that set the limit to the benefits of diversification. Now we can understand the precise meaning of the market risk portrayed in Figure 7.11. It is the average covariance that constitutes the bedrock of risk remaining after diversification has done its work.

## 7-4 How Individual Securities Affect Portfolio Risk

We presented earlier some data on the variability of 10 individual U.S. securities. Amazon had the highest standard deviation and Johnson & Johnson had the lowest. If you had held Amazon on its own, the spread of possible returns would have been more than four times greater than if you had held Johnson & Johnson on its own. But that is not a very interesting fact. Wise investors don't put all their eggs into just one basket: They reduce their risk by diversification. They are therefore interested in the effect that each stock will have on the risk of their portfolio.

This brings us to one of the principal themes of this chapter. *The risk of a well-diversified portfolio depends on the market risk of the securities included in the portfolio.* Tattoo that statement on your forehead if you can't remember it any other way. It is one of the most important ideas in this book.

### Market Risk Is Measured by Beta

If you want to know the contribution of an individual security to the risk of a well-diversified portfolio, it is no good thinking about how risky that security is if held in isolation—you need to measure its *market risk,* and that boils down to measuring how sensitive it is to market movements. This sensitivity is called **beta** ($\beta$).

Stocks with betas greater than 1.0 tend to amplify the overall movements of the market. Stocks with betas between 0 and 1.0 tend to move in the same direction as the market, but not as far. Of course, the market is the portfolio of all stocks, so the "average" stock has a beta of 1.0. Table 7.5 reports betas for the 10 well-known common stocks we referred to earlier.

Over the five years from January 2004 to December 2008, Dell had a beta of 1.41. If the future resembles the past, this means that *on average* when the market rises an extra 1%, Dell's stock price will rise by an extra 1.41%. When the market falls an extra 2%, Dell's stock prices will fall an extra $2 \times 1.41 = 2.82\%$. Thus a line fitted to a plot of Dell's returns versus market returns has a slope of 1.41. See Figure 7.14.

Of course Dell's stock returns are not perfectly correlated with market returns. The company is also subject to specific risk, so the actual returns will be scattered about the line in Figure 7.14. Sometimes Dell will head south while the market goes north, and vice versa.

▶ **TABLE 7.5**
Betas for selected U.S. common stocks, January 2004–December 2008.

| Stock | Beta ($\beta$) | Stock | Beta ($\beta$) |
|---|---|---|---|
| Amazon | 2.16 | Disney | .96 |
| Ford | 1.75 | Newmont | .63 |
| Dell | 1.41 | Exxon Mobil | .55 |
| Starbucks | 1.16 | Johnson & Johnson | .50 |
| Boeing | 1.14 | Campbell Soup | .30 |

Of the 10 stocks in Table 7.5 Dell has one of the highest betas. Campbell Soup is at the other extreme. A line fitted to a plot of Campbell Soup's returns versus market returns would be less steep: Its slope would be only .30. Notice that many of the stocks that have high standard deviations also have high betas. But that is not always so. For example, Newmont, which has a relatively high standard deviation, has joined the low-beta stocks in the right-hand column of Table 7.5. It seems that while Newmont is a risky investment if held on its own, it makes a relatively low contribution to the risk of a diversified portfolio.



▶ **FIGURE 7.14**

The return on Dell stock changes on average by 1.41% for each additional 1% change in the market return. Beta is therefore 1.41.

Just as we can measure how the returns of a U.S. stock are affected by fluctuations in the U.S. market, so we can measure how stocks in other countries are affected by movements in *their* markets. Table 7.6 shows the betas for the sample of stocks from other countries.

## Why Security Betas Determine Portfolio Risk

Let us review the two crucial points about security risk and portfolio risk:

- Market risk accounts for most of the risk of a well-diversified portfolio.
- The beta of an individual security measures its sensitivity to market movements.

It is easy to see where we are headed: In a portfolio context, a security's risk is measured by beta. Perhaps we could just jump to that conclusion, but we would rather explain it. Here is an intuitive explanation. We provide a more technical one in footnote 31.

**Where's Bedrock?** Look back to Figure 7.11, which shows how the standard deviation of portfolio return depends on the number of securities in the portfolio. With more securities, and therefore better diversification, portfolio risk declines until all specific risk is eliminated and only the bedrock of market risk remains.

Where's bedrock? It depends on the average beta of the securities selected.

Suppose we constructed a portfolio containing a large number of stocks—500, say— drawn randomly from the whole market. What would we get? The market itself, or a portfolio *very* close to it. The portfolio beta would be 1.0, and the correlation with the market would be 1.0. If the standard deviation of the market were 20% (roughly its average for 1900–2008), then the portfolio standard deviation would also be 20%. This is shown by the green line in Figure 7.15.

| Stock | Beta (β) | Stock | Beta (β) |
|---|---|---|---|
| BP | .49 | LVMH | .86 |
| Deutsche Bank | 1.07 | Nestlé | .35 |
| Fiat | 1.11 | Nokia | 1.07 |
| Heineken | .53 | Sony | 1.32 |
| Iberia | .59 | Telefonica de Argentina | .42 |

▶ **TABLE 7.6**

Betas for selected foreign stocks, January 2004–December 2008 (beta is measured relative to the stock's home market).

▶ **FIGURE 7.15**

The green line shows that a well-diversified portfolio of randomly selected stocks ends up with $\beta = 1$ and a standard deviation equal to the market's—in this case 20%. The upper red line shows that a well-diversified portfolio with $\beta = 1.5$ has a standard deviation of about 30%—1.5 times that of the market. The lower brown line shows that a well-diversified portfolio with $\beta = .5$ has a standard deviation of about 10%—half that of the market.



But suppose we constructed the portfolio from a large group of stocks with an average beta of 1.5. Again we would end up with a 500-stock portfolio with virtually no specific risk—a portfolio that moves almost in lockstep with the market. However, *this* portfolio's standard deviation would be 30%, 1.5 times that of the market.[30] A well-diversified portfolio with a beta of 1.5 will amplify every market move by 50% and end up with 150% of the market's risk. The upper red line in Figure 7.15 shows this case.

Of course, we could repeat the same experiment with stocks with a beta of .5 and end up with a well-diversified portfolio half as risky as the market. You can see this also in Figure 7.15.

The general point is this: The risk of a well-diversified portfolio is proportional to the portfolio beta, which equals the average beta of the securities included in the portfolio. This shows you how portfolio risk is driven by security betas.

**Calculating Beta**    A statistician would define the beta of stock $i$ as

$$\beta_i = \sigma_{im}/\sigma_m^2$$

where $\sigma_{im}$ is the *covariance* between the stock returns and the market returns and $\sigma_m^2$ is the variance of the returns on the market. It turns out that this ratio of covariance to variance measures a stock's contribution to portfolio risk.[31]

---

[30] A 500-stock portfolio with $\beta = 1.5$ would still have some specific risk because it would be unduly concentrated in high-beta industries. Its actual standard deviation would be a bit higher than 30%. If that worries you, relax; we will show you in Chapter 8 how you can construct a fully diversified portfolio with a beta of 1.5 by borrowing and investing in the market portfolio.

[31] To understand why, skip back to Figure 7.13. Each row of boxes in Figure 7.13 represents the contribution of that particular security to the portfolio's risk. For example, the contribution of stock 1 is

$$x_1 x_1 \sigma_{11} + x_1 x_2 \sigma_{12} + \cdots = x_1 (x_1 \sigma_{11} + x_2 \sigma_{12} + \cdots)$$

where $x_i$ is the proportion invested in stock $i$, and $\sigma_{ij}$ is the covariance between stocks $i$ and $j$ (note: $\sigma_{ii}$ is equal to the variance of stock $i$). In other words, the contribution of stock 1 to portfolio risk is equal to the relative size of the holding ($x_1$) times the average covariance between stock 1 and all the stocks in the portfolio. We can write this more concisely by saying that the contribution of stock 1 to portfolio risk is equal to the holding size ($x_1$) times the covariance between stock 1 and the entire portfolio ($\sigma_{1p}$).

To find stock 1's *relative* contribution to risk we simply divide by the portfolio variance to give $x_1(\sigma_{1p}/\sigma_p^2)$. In other words, it is equal to the holding size ($x_1$) times the beta of stock 1 relative to the portfolio ($\sigma_{1p}/\sigma_p^2$).

We can calculate the beta of a stock relative to *any* portfolio by simply taking its covariance with the portfolio and dividing by the portfolio's variance. If we wish to find a stock's beta *relative to the market portfolio* we just calculate its covariance with the market portfolio and divide by the variance of the market:

$$\text{Beta relative to market portfolio} = \frac{\text{covariance with the market}}{\text{variance of market}} = \frac{\sigma_{im}}{\sigma_m^2}$$
$$\text{(or, more simply, beta)}$$

| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|
| | | | | | | Product of |
| | | | Deviation | Deviation | Squared | deviations |
| | | | from | from average | deviation | from average |
| | Market | Anchovy Q | average | Anchovy Q | from average | returns |
| Month | return | return | market return | return | market return | (cols 4 × 5) |
| 1 | −8% | −11% | −10 | −13 | 100 | 130 |
| 2 | 4 | 8 | 2 | 6 | 4 | 12 |
| 3 | 12 | 19 | 10 | 17 | 100 | 170 |
| 4 | −6 | −13 | −8 | −15 | 64 | 120 |
| 5 | 2 | 3 | 0 | 1 | 0 | 0 |
| 6 | 8 | 6 | 6 | 4 | 36 | 24 |
| Average | 2 | 2 | | Total | 304 | 456 |
| | | | Variance = $\sigma_m^2$ = 304/6 = 50.67 | | | |
| | | | Covariance = $\sigma_{im}$ = 456/6 = 76 | | | |
| | | | Beta ($\beta$) = $\sigma_{im}/\sigma_m^2$ = 76/50.67 = 1.5 | | | |

▶ **TABLE 7.7**   Calculating the variance of the market returns and the covariance between the returns on the market and those of Anchovy Queen. Beta is the ratio of the variance to the covariance (i.e., $\beta = \sigma_{im}/\sigma_m^2$).



e**X**cel

Visit us at
www.mhhe.com/bma

Here is a simple example of how to do the calculations. Columns 2 and 3 in Table 7.7 show the returns over a particular six-month period on the market and the stock of the Anchovy Queen restaurant chain. You can see that, although both investments provided an average return of 2%, Anchovy Queen's stock was particularly sensitive to market movements, rising more when the market rises and falling more when the market falls.

Columns 4 and 5 show the deviations of each month's return from the average. To calculate the market variance, we need to average the squared deviations of the market returns (column 6). And to calculate the covariance between the stock returns and the market, we need to average the product of the two deviations (column 7). Beta is the ratio of the covariance to the market variance, or 76/50.67 = 1.50. A diversified portfolio of stocks with the same beta as Anchovy Queen would be one-and-a-half times as volatile as the market.

## 7-5   Diversification and Value Additivity

We have seen that diversification reduces risk and, therefore, makes sense for investors. But does it also make sense for the firm? Is a diversified firm more attractive to investors than an undiversified one? If it is, we have an *extremely* disturbing result. If diversification is an appropriate corporate objective, each project has to be analyzed as a potential addition to the firm's portfolio of assets. The value of the diversified package would be greater than the sum of the parts. So present values would no longer add.

Diversification is undoubtedly a good thing, but that does not mean that firms should practice it. If investors were *not* able to hold a large number of securities, then they

might want firms to diversify for them. But investors *can* diversify.[32] In many ways they can do so more easily than firms. Individuals can invest in the steel industry this week and pull out next week. A firm cannot do that. To be sure, the individual would have to pay brokerage fees on the purchase and sale of steel company shares, but think of the time and expense for a firm to acquire a steel company or to start up a new steel-making operation.

You can probably see where we are heading. If investors can diversify on their own account, they will not pay any *extra* for firms that diversify. And if they have a sufficiently wide choice of securities, they will not pay any *less* because they are unable to invest separately in each factory. Therefore, in countries like the United States, which have large and competitive capital markets, diversification does not add to a firm's value or subtract from it. The total value is the sum of its parts.

This conclusion is important for corporate finance, because it justifies adding present values. The concept of *value additivity* is so important that we will give a formal definition of it. If the capital market establishes a value PV(A) for asset A and PV(B) for B, the market value of a firm that holds only these two assets is

$$PV(AB) = PV(A) + PV(B)$$

A three-asset firm combining assets A, B, and C would be worth PV(ABC) = PV(A) + PV(B) + PV(C), and so on for any number of assets.

We have relied on intuitive arguments for value additivity. But the concept is a general one that can be proved formally by several different routes.[33] The concept seems to be widely accepted, for thousands of managers add thousands of present values daily, usually without thinking about it.

---

[32] One of the simplest ways for an individual to diversify is to buy shares in a mutual fund that holds a diversified portfolio.

[33] You may wish to refer to the Appendix to Chapter 31, which discusses diversification and value additivity in the context of mergers.

Visit us at www.mhhe.com/bma

**SUMMARY**

Our review of capital market history showed that the returns to investors have varied according to the risks they have borne. At one extreme, very safe securities like U.S. Treasury bills have provided an average return over 109 years of only 4.0% a year. The riskiest securities that we looked at were common stocks. The stock market provided an average return of 11.1%, a premium of 7.1% over the safe rate of interest.

This gives us two benchmarks for the opportunity cost of capital. If we are evaluating a safe project, we discount at the current risk-free rate of interest. If we are evaluating a project of average risk, we discount at the expected return on the average common stock. Historical evidence suggests that this return is 7.1% above the risk-free rate, but many financial managers and economists opt for a lower figure. That still leaves us with a lot of assets that don't fit these simple cases. Before we can deal with them, we need to learn how to measure risk.

Risk is best judged in a portfolio context. Most investors do not put all their eggs into one basket: They diversify. Thus the effective risk of any security cannot be judged by an examination of that security alone. Part of the uncertainty about the security's return is diversified away when the security is grouped with others in a portfolio.

Risk in investment means that future returns are unpredictable. This spread of possible outcomes is usually measured by standard deviation. The standard deviation of the *market portfolio*, generally represented by the Standard and Poor's Composite Index, is around 15% to 20% a year.

Most individual stocks have higher standard deviations than this, but much of their variability represents *specific* risk that can be eliminated by diversification. Diversification cannot eliminate *market* risk. Diversified portfolios are exposed to variation in the general level of the market.

A security's contribution to the risk of a well-diversified portfolio depends on how the security is liable to be affected by a general market decline. This sensitivity to market movements is known as *beta* (β). Beta measures the amount that investors expect the stock price to change for each additional 1% change in the market. The average beta of all stocks is 1.0. A stock with a beta greater than 1 is unusually sensitive to market movements; a stock with a beta below 1 is unusually insensitive to market movements. The standard deviation of a well-diversified portfolio is proportional to its beta. Thus a diversified portfolio invested in stocks with a beta of 2.0 will have twice the risk of a diversified portfolio with a beta of 1.0.

One theme of this chapter is that diversification is a good thing *for the investor.* This does not imply that *firms* should diversify. Corporate diversification is redundant if investors can diversify on their own account. Since diversification does not affect the value of the firm, present values add even when risk is explicitly considered. Thanks to *value additivity*, the net present value rule for capital budgeting works even under uncertainty.

In this chapter we have introduced you to a number of formulas. They are reproduced in the endpapers to the book. You should take a look and check that you understand them.

Near the end of Chapter 9 we list some Excel functions that are useful for measuring the risk of stocks and portfolios.



**FURTHER READING**

*For international evidence on market returns since 1900, see:*

E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002). More recent data is available in The Credit Suisse Global Investment Returns Yearbook at **www.tinyurl.com/DMSyearbook**.

*The Ibbotson Yearbook is a valuable record of the performance of U.S. securities since 1926:*

*Ibbotson Stocks, Bonds, Bills, and Inflation 2009 Yearbook* (Chicago, IL: Morningstar, Inc., 2009).

*Useful books and reviews on the equity risk premium include:*

B. Cornell, *The Equity Risk Premium: The Long-Run Future of the Stock Market* (New York: Wiley, 1999).

W. Goetzmann and R. Ibbotson, *The Equity Risk Premium: Essays and Explorations* (Oxford University Press, 2006).

R. Mehra (ed.), *Handbook of Investments: Equity Risk Premium 1* (Amsterdam, North-Holland, 2007).

R. Mehra and E. C. Prescott, "The Equity Risk Premium in Prospect," in *Handbook of the Economics of Finance,* eds. G. M. Constantinides, M. Harris, and R. M. Stulz (Amsterdam, North-Holland, 2003).

 **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**BASIC**

**PROBLEM SETS**

1. A game of chance offers the following odds and payoffs. Each play of the game costs $100, so the net profit per play is the payoff less $100.

Visit us at www.mhhe.com/bma

| Probability | Payoff | Net Profit |
|---|---|---|
| .10 | $500 | $400 |
| .50 | 100 | 0 |
| .40 | 0 | −100 |

What are the expected cash payoff and expected rate of return? Calculate the variance and standard deviation of this rate of return.



Visit us at
www.mhhe.com/bma

2. The following table shows the nominal returns on the U.S. stocks and the rate of inflation.
   a. What was the standard deviation of the market returns?
   b. Calculate the average real return.

| Year | Nominal Return (%) | Inflation (%) |
|---|---|---|
| 2004 | +12.5 | +3.3 |
| 2005 | +6.4 | +3.4 |
| 2006 | +15.8 | +2.5 |
| 2007 | +5.6 | +4.1 |
| 2008 | −37.2 | +0.1 |

Visit us at
www.mhhe.com/bma

3. During the boom years of 2003–2007, ace mutual fund manager Diana Sauros produced the following percentage rates of return. Rates of return on the market are given for comparison.

| | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Ms. Sauros | +39.1 | +11.0 | +2.6 | +18.0 | +2.3 |
| S&P 500 | +31.6 | +12.5 | +6.4 | +15.8 | +5.6 |

Calculate the average return and standard deviation of Ms. Sauros's mutual fund. Did she do better or worse than the market by these measures?

4. True or false?
   a. Investors prefer diversified companies because they are less risky.
   b. If stocks were perfectly positively correlated, diversification would not reduce risk.
   c. Diversification over a large number of assets completely eliminates risk.
   d. Diversification works only when assets are uncorrelated.
   e. A stock with a low standard deviation always contributes less to portfolio risk than a stock with a higher standard deviation.
   f. The contribution of a stock to the risk of a well-diversified portfolio depends on its market risk.
   g. A well-diversified portfolio with a beta of 2.0 is twice as risky as the market portfolio.
   h. An undiversified portfolio with a beta of 2.0 is less than twice as risky as the market portfolio.

5. In which of the following situations would you get the largest reduction in risk by spreading your investment across two stocks?
   a. The two shares are perfectly correlated.
   b. There is no correlation.
   c. There is modest negative correlation.
   d. There is perfect negative correlation.

Visit us at www.mhhe.com/bma

**6.** To calculate the variance of a three-stock portfolio, you need to add nine boxes:

| | | |
|---|---|---|
| | | |
| | | |
| | | |

Use the same symbols that we used in this chapter; for example, $x_1$ = proportion invested in stock 1 and $\sigma_{12}$ = covariance between stocks 1 and 2. Now complete the nine boxes.

**7.** Suppose the standard deviation of the market return is 20%.

  a.  What is the standard deviation of returns on a well-diversified portfolio with a beta of 1.3?

  b.  What is the standard deviation of returns on a well-diversified portfolio with a beta of 0?

  c.  A well-diversified portfolio has a standard deviation of 15%. What is its beta?

  d.  A poorly diversified portfolio has a standard deviation of 20%. What can you say about its beta?

**8.** A portfolio contains equal investments in 10 stocks. Five have a beta of 1.2; the remainder have a beta of 1.4. What is the portfolio beta?

  a.  1.3.

  b.  Greater than 1.3 because the portfolio is not completely diversified.

  c.  Less than 1.3 because diversification reduces beta.

**9.** What is the beta of each of the stocks shown in Table 7.8?

| Stock | Stock Return if Market Return Is: | |
|---|---|---|
| | **−10%** | **+10%** |
| A | 0 | +20 |
| B | −20 | +20 |
| C | −30 | 0 |
| D | +15 | +15 |
| E | +10 | −10 |

▶ **TABLE 7.8**
See Problem 9.

## INTERMEDIATE

**10.** Here are inflation rates and U.S. stock market and Treasury bill returns between 1929 and 1933:

| Year | Inflation | Stock Market Return | T-Bill Return |
|---|---|---|---|
| 1929 | −.2 | −14.5 | 4.8 |
| 1930 | −6.0 | −28.3 | 2.4 |
| 1931 | −9.5 | −43.9 | 1.1 |
| 1932 | −10.3 | −9.9 | 1.0 |
| 1933 | .5 | 57.3 | .3 |



Visit us at
www.mhhe.com/bma

  a.  What was the real return on the stock market in each year?

  b.  What was the average real return?

  c.  What was the risk premium in each year?

  d.  What was the average risk premium?

  e.  What was the standard deviation of the risk premium?

Visit us at www.mhhe.com/bma

11. Each of the following statements is dangerous or misleading. Explain why.

    a. A long-term United States government bond is always absolutely safe.

    b. All investors should prefer stocks to bonds because stocks offer higher long-run rates of return.

    c. The best practical forecast of future rates of return on the stock market is a 5- or 10-year average of historical returns.

12. Hippique s.a., which owns a stable of racehorses, has just invested in a mysterious black stallion with great form but disputed bloodlines. Some experts in horseflesh predict the horse will win the coveted Prix de Bidet; others argue that it should be put out to grass. Is this a risky investment for Hippique shareholders? Explain.

13. Lonesome Gulch Mines has a standard deviation of 42% per year and a beta of +.10. Amalgamated Copper has a standard deviation of 31% a year and a beta of +.66. Explain why Lonesome Gulch is the safer investment for a diversified investor.



Visit us at
www.mhhe.com/bma

14. Hyacinth Macaw invests 60% of her funds in stock I and the balance in stock J. The standard deviation of returns on I is 10%, and on J it is 20%. Calculate the variance of portfolio returns, assuming

    a. The correlation between the returns is 1.0.

    b. The correlation is .5.

    c. The correlation is 0.

15. a. How many variance terms and how many covariance terms do you need to calculate the risk of a 100-share portfolio?

    b. Suppose all stocks had a standard deviation of 30% and a correlation with each other of .4. What is the standard deviation of the returns on a portfolio that has equal holdings in 50 stocks?

    c. What is the standard deviation of a fully diversified portfolio of such stocks?

16. Suppose that the standard deviation of returns from a typical share is about .40 (or 40%) a year. The correlation between the returns of each pair of shares is about .3.

    a. Calculate the variance and standard deviation of the returns on a portfolio that has equal investments in 2 shares, 3 shares, and so on, up to 10 shares.

    b. Use your estimates to draw a graph like Figure 7.11. How large is the underlying market risk that cannot be diversified away?

    c. Now repeat the problem, assuming that the correlation between each pair of stocks is zero.

eXcel

Visit us at
www.mhhe.com/bma

eXcel

Visit us at
www.mhhe.com/bma

17. Table 7.9 shows standard deviations and correlation coefficients for eight stocks from different countries. Calculate the variance of a portfolio with equal investments in each stock.

18. Your eccentric Aunt Claudia has left you $50,000 in Canadian Pacific shares plus $50,000 cash. Unfortunately her will requires that the Canadian Pacific stock not be sold for one year and the $50,000 cash must be entirely invested in one of the stocks shown in Table 7.9. What is the safest attainable portfolio under these restrictions?

19. There are few, if any, real companies with negative betas. But suppose you found one with $\beta = -.25$.

    a. How would you expect this stock's rate of return to change if the overall market rose by an extra 5%? What if the market fell by an extra 5%?

    b. You have $1 million invested in a well-diversified portfolio of stocks. Now you receive an additional $20,000 bequest. Which of the following actions will yield the safest overall portfolio return?

        i. Invest $20,000 in Treasury bills (which have $\beta = 0$).

        ii. Invest $20,000 in stocks with $\beta = 1$.

        iii. Invest $20,000 in the stock with $\beta = -.25$.

        Explain your answer.

| | BP | Canadian Pacific | Deutsche Bank | Fiat | Heineken | LVMH | Nestlé | Tata Motors | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|
| **Correlation Coefficients** | | | | | | | | | |
| BP | 1 | 0.19 | 0.23 | 0.20 | 0.34 | 0.30 | 0.16 | 0.09 | 22.2% |
| Canadian Pacific | | 1 | 0.43 | 0.31 | 0.39 | 0.34 | 0.17 | 0.40 | 23.9 |
| Deutsche Bank | | | 1 | 0.74 | 0.73 | 0.73 | 0.49 | 0.68 | 29.2 |
| Fiat | | | | 1 | 0.66 | 0.64 | 0.47 | 0.53 | 35.7 |
| Heineken | | | | | 1 | 0.64 | 0.51 | 0.50 | 18.9 |
| LVMH | | | | | | 1 | 0.52 | 0.60 | 20.8 |
| Nestlé | | | | | | | 1 | 0.43 | 15.4 |
| Tata Motors | | | | | | | | 1 | 43.0 |

▶ **TABLE 7.9**    Standard deviations of returns and correlation coefficients for a sample of eight stocks.

Note: Correlations and standard deviations are calculated using returns in each country's own currency; in other words, they assume that the investor is protected against exchange risk.

**20.** You can form a portfolio of two assets, A and B, whose returns have the following characteristics:

| Stock | Expected Return | Standard Deviation | Correlation |
|---|---|---|---|
| A | 10% | 20% | |
| | | | .5 |
| B | 15 | 40 | |

If you demand an expected return of 12%, what are the portfolio weights? What is the portfolio's standard deviation?

## CHALLENGE

**21.** Here are some historical data on the risk characteristics of Dell and McDonald's:

| | Dell | McDonald's |
|---|---|---|
| β (beta) | 1.41 | .77 |
| Yearly standard deviation of return (%) | 30.9 | 17.2 |

Assume the standard deviation of the return on the market was 15%.

a.  The correlation coefficient of Dell's return versus McDonald's is .31. What is the standard deviation of a portfolio invested half in Dell and half in McDonald's?

b.  What is the standard deviation of a portfolio invested one-third in Dell, one-third in McDonald's, and one-third in risk-free Treasury bills?

c.  What is the standard deviation if the portfolio is split evenly between Dell and McDonald's and is financed at 50% margin, i.e., the investor puts up only 50% of the total amount and borrows the balance from the broker?

d.  What is the *approximate* standard deviation of a portfolio composed of 100 stocks with betas of 1.41 like Dell? How about 100 stocks like McDonald's? (*Hint:* Part (d) should not require anything but the simplest arithmetic to answer.)

**22.** Suppose that Treasury bills offer a return of about 6% and the expected market risk premium is 8.5%. The standard deviation of Treasury-bill returns is zero and the standard

deviation of market returns is 20%. Use the formula for portfolio risk to calculate the standard deviation of portfolios with different proportions in Treasury bills and the market. (*Note:* The covariance of two rates of return must be zero when the standard deviation of one return is zero.) Graph the expected returns and standard deviations.

23. Calculate the beta of each of the stocks in Table 7.9 relative to a portfolio with equal investments in each stock.



Visit us at
www.mhhe.com/bma



**REAL-TIME**
**DATA ANALYSIS**





**You can download data for the following questions from the Standard & Poor's Market Insight Web site (www.mhhe.com/edumarketinsight)—see the "Monthly Adjusted Prices" spreadsheet—or from finance.yahoo.com. Refer to the useful Spreadsheet Functions box near the end of Chapter 9 for information on Excel functions.**

1. Download to a spreadsheet the last three years of monthly adjusted stock prices for Coca-Cola (KO), Citigroup (C), and Pfizer (PFE).

   a. Calculate the monthly returns.

   b. Calculate the monthly standard deviation of those returns (see Section 7-2). Use the Excel function STDEVP to check your answer. Find the annualized standard deviation by multiplying by the square root of 12.

   c. Use the Excel function CORREL to calculate the correlation coefficient between the monthly returns for each pair of stocks. Which pair provides the greatest gain from diversification?

   d. Calculate the standard deviation of returns for a portfolio with equal investments in the three stocks.

2. Download to a spreadsheet the last five years of monthly adjusted stock prices for each of the companies in Table 7.5 and for the Standard & Poor's Composite Index (S&P 500).

   a. Calculate the monthly returns.

   b. Calculate beta for each stock using the Excel function SLOPE, where the "y" range refers to the stock return (the dependent variable) and the "x" range is the market return (the independent variable).

   c. How have the betas changed from those reported in Table 7.5?

3. A large mutual fund group such as Fidelity offers a variety of funds. They include *sector funds* that specialize in particular industries and *index funds* that simply invest in the market index. Log on to www.fidelity.com and find first the standard deviation of returns on the Fidelity Spartan 500 Index Fund, which replicates the S&P 500. Now find the standard deviations for different sector funds. Are they larger or smaller than the figure for the index fund? How do you interpret your findings?

RISK

# Portfolio Theory and the Capital Asset Pricing Model

▶ **In Chapter 7** we began to come to grips with the problem of measuring risk. Here is the story so far.

The stock market is risky because there is a spread of possible outcomes. The usual measure of this spread is the standard deviation or variance. The risk of any stock can be broken down into two parts. There is the *specific* or *diversifiable risk* that is peculiar to that stock, and there is the *market risk* that is associated with marketwide variations. Investors can eliminate specific risk by holding a well-diversified portfolio, but they cannot eliminate market risk. *All* the risk of a fully diversified portfolio is market risk.

A stock's contribution to the risk of a fully diversified portfolio depends on its sensitivity to market changes. This sensitivity is generally known as *beta.* A security with a beta of 1.0 has average market risk—a well-diversified portfolio of such securities has the same standard deviation as the market index. A security with a beta of .5 has below-average market risk—a well-diversified portfolio of these securities tends to move half as far as the market moves and has half the market's standard deviation.

In this chapter we build on this newfound knowledge. We present leading theories linking risk and return in a competitive economy, and we show how these theories can be used to estimate the returns required by investors in different stock-market investments. We start with the most widely used theory, the capital asset pricing model, which builds directly on the ideas developed in the last chapter. We will also look at another class of models, known as arbitrage pricing or factor models. Then in Chapter 9 we show how these ideas can help the financial manager cope with risk in practical capital budgeting situations.

● ● ● ● ●

## 8-1 Harry Markowitz and the Birth of Portfolio Theory

Most of the ideas in Chapter 7 date back to an article written in 1952 by Harry Markowitz.[1] Markowitz drew attention to the common practice of portfolio diversification and showed exactly how an investor can reduce the standard deviation of portfolio returns by choosing stocks that do not move exactly together. But Markowitz did not stop there; he went on to work out the basic principles of portfolio construction. These principles are the foundation for much of what has been written about the relationship between risk and return.

We begin with Figure 8.1, which shows a histogram of the daily returns on IBM stock from 1988 to 2008. On this histogram we have superimposed a bell-shaped normal

---

[1] H. M. Markowitz, "Portfolio Selection," *Journal of Finance 7* (March 1952), pp. 77–91.



**FIGURE 8.1**

Daily price changes for IBM are approximately normally distributed. This plot spans 1988 to 2008.

distribution. The result is typical: When measured over a short interval, the past rates of return on any stock conform fairly closely to a normal distribution.[2]

Normal distributions can be completely defined by two numbers. One is the average or expected return; the other is the variance or standard deviation. Now you can see why in Chapter 7 we discussed the calculation of expected return and standard deviation. They are not just arbitrary measures: if returns are normally distributed, expected return and standard deviation are the *only* two measures that an investor need consider.

Figure 8.2 pictures the distribution of possible returns from three investments. A and B offer an expected return of 10%, but A has the much wider spread of possible outcomes. Its standard deviation is 15%; the standard deviation of B is 7.5%. Most investors dislike uncertainty and would therefore prefer B to A.

Now compare investments B and C. This time both have the *same* standard deviation, but the expected return is 20% from stock C and only 10% from stock B. Most investors like high expected return and would therefore prefer C to B.

## Combining Stocks into Portfolios

Suppose that you are wondering whether to invest in the shares of Campbell Soup or Boeing. You decide that Campbell offers an expected return of 3.1% and Boeing offers an expected return of 9.5%. After looking back at the past variability of the two stocks, you also decide that the standard deviation of returns is 15.8% for Campbell Soup and 23.7% for Boeing. Boeing offers the higher expected return, but it is more risky.

Now there is no reason to restrict yourself to holding only one stock. For example, in Section 7-3 we analyzed what would happen if you invested 60% of your money in Campbell Soup and 40% in Boeing. The expected return on this portfolio is about 5.7%, simply a weighted average of the expected returns on the two holdings. What about the risk of such a portfolio? We know that thanks to diversification the portfolio risk is less than the average

---

[2] If you were to measure returns over *long* intervals, the distribution would be skewed. For example, you would encounter returns greater than 100% but none less than −100%. The distribution of returns over periods of, say, one year would be better approximated by a *lognormal* distribution. The lognormal distribution, like the normal, is completely specified by its mean and standard deviation.







▶ **FIGURE 8.2**

Investments A and B both have an *expected* return of 10%, but because investment A has the greater spread of *possible* returns, it is more risky than B. We can measure this spread by the standard deviation. Investment A has a standard deviation of 15%; B, 7.5%. Most investors would prefer B to A. Investments B and C both have the same standard deviation, but C offers a higher expected return. Most investors would prefer C to B.

of the risks of the separate stocks. In fact, on the basis of past experience the standard deviation of this portfolio is 14.6%.[3]

The curved blue line in Figure 8.3 shows the expected return and risk that you could achieve by different combinations of the two stocks. Which of these combinations is best depends on your stomach. If you want to stake all on getting rich quickly, you should put all your money in Boeing. If you want a more peaceful life, you should invest most of your money in Campbell Soup, but you should keep at least a small investment in Boeing.[4]

We saw in Chapter 7 that the gain from diversification depends on how highly the stocks are correlated. Fortunately, on past experience there is only a small positive correlation between the returns of Campbell Soup and Boeing ($\rho = +.18$). If their stocks moved in exact lockstep ($\rho = +1$), there would be no gains at all from diversification. You can see this by the brown dotted line in Figure 8.3. The red dotted line in the figure shows a second extreme (and equally unrealistic) case in which the returns on the two stocks are perfectly *negatively* correlated ($\rho = -1$). If this were so, your portfolio would have no risk.

In practice, you are not limited to investing in just two stocks. For example, you could decide to choose a portfolio from the 10 stocks listed in the first column of Table 8.1. After analyzing the prospects for each firm, you come up with forecasts of their returns. You are most optimistic about the outlook for Amazon, and forecast that it will provide a return of 22.8%. At the other extreme, you are cautious about the prospects for Johnson & Johnson and predict a return of 3.8%. You use data for the past five years to estimate the risk of each stock and the correlation between the returns on each pair of stocks.[5]

Now look at Figure 8.4. Each diamond marks the combination of risk and return offered by a different individual security. For example, Amazon has both the highest standard deviation and the highest expected return. It is represented by the upper-right diamond in the figure.

> **FIGURE 8.3**

The curved line illustrates how expected return and standard deviation change as you hold different combinations of two stocks. For example, if you invest 40% of your money in Boeing and the remainder in Campbell Soup, your expected return is 12%, which is 40% of the way between the expected returns on the two stocks. The standard deviation is 14.6%, which is less than 40% of the way between the standard deviations of the two stocks. This is because diversification reduces risk.



[3] We pointed out in Section 7-3 that the correlation between the returns of Campbell Soup and Boeing has been about .18. The variance of a portfolio which is invested 60% in Campbell and 40% in Boeing is

$$\text{Variance} = x_1^2\sigma_1^2 + x_2^2\sigma_2^2 + 2x_1x_2\rho_{12}\sigma_1\sigma_2$$
$$= [(.6)^2 \times (15.8)^2] + [(.4)^2 \times (23.7)^2] + 2(.6 \times .4 \times .18 \times 15.8 \times 23.7)$$
$$= 212.1$$

The portfolio standard deviation is $\sqrt{212.1} = 14.6\%$.

[4] The portfolio with the minimum risk has 73.1% in Campbell Soup. We assume in Figure 8.3 that you may not take negative positions in either stock, i.e., we rule out short sales.

[5] There are 45 different correlation coefficients, so we have not listed them in Table 8.1.

| Stock | Expected Return | Standard Deviation | Efficient Portfolios—Percentages Allocated to Each Stock | | |
|---|---|---|---|---|---|
| | | | A | B | C |
| Amazon | 22.8% | 50.9% | 100 | 10.9 | |
| Ford | 19.0 | 47.2 | | 11.0 | |
| Dell | 13.4 | 30.9 | | 10.3 | |
| Starbucks | 9.0 | 30.3 | | 10.7 | 3.6 |
| Boeing | 9.5 | 23.7 | | 10.5 | |
| Disney | 7.7 | 19.6 | | 11.2 | |
| Newmont | 7.0 | 36.1 | | 9.9 | 10.2 |
| Exxon Mobil | 4.7 | 19.1 | | 9.7 | 18.4 |
| Johnson & Johnson | 3.8 | 12.5 | | 7.4 | 33.9 |
| Campbell Soup | 3.1 | 15.8 | | 8.4 | 33.9 |
| Expected portfolio return | | | 22.8 | 10.5 | 4.2 |
| Portfolio standard deviation | | | 50.9 | 16.0 | 8.8 |

▶ **TABLE 8.1**    Examples of efficient portfolios chosen from 10 stocks.

*Note:* Standard deviations and the correlations between stock returns were estimated from monthly returns, January 2004–December 2008. Efficient portfolios are calculated assuming that short sales are prohibited.

By holding different proportions of the 10 securities, you can obtain an even wider selection of risk and return: in fact, *anywhere* in the shaded area in Figure 8.4. But where in the shaded area is best? Well, what is your goal? Which direction do you want to go? The answer should be obvious: you want to go up (to increase expected return) and to the left (to reduce risk). Go as far as you can, and you will end up with one of the portfolios that lies along the heavy solid line. Markowitz called them **efficient portfolios.** They offer the highest expected return for any level of risk.

We will not calculate this set of efficient portfolios here, but you may be interested in how to do it. Think back to the capital rationing problem in Section 5-4. There we wanted to deploy a limited amount of capital investment in a mixture of projects to give the highest NPV. Here we want to deploy an investor's funds to give the highest expected return for a given standard deviation. In principle, both problems can be solved by hunting and pecking—but only in principle. To solve the capital rationing problem, we can employ linear programming; to solve the portfolio problem, we would turn to a variant of linear programming known as *quadratic programming.* Given the expected return and standard deviation for each stock, as well as the correlation between each pair of stocks, we could use a standard quadratic computer program to calculate the set of efficient portfolios.

Three of these efficient portfolios are marked in Figure 8.4. Their compositions are summarized in Table 8.1. Portfolio B offers the highest expected return: it is invested entirely in one stock, Amazon. Portfolio C offers the minimum risk; you can see from Table 8.1 that it has large holdings in Johnson & Johnson and Campbell Soup, which have the lowest standard deviations. However, the portfolio also has a sizable holding in Newmont even though it is individually very risky. The reason? On past evidence the fortunes of gold-mining shares, such as Newmont, are almost uncorrelated with those of other stocks and so provide additional diversification.

▶ **FIGURE 8.4**

Each diamond shows the expected return and standard deviation of 1 of the 10 stocks in Table 8.1. The shaded area shows the possible combinations of expected return and standard deviation from investing in a *mixture* of these stocks. If you like high expected returns and dislike high standard deviations, you will prefer portfolios along the heavy line. These are *efficient* portfolios. We have marked the three efficient portfolios described in Table 8.1 (A, B, and C).



▶ **FIGURE 8.5**

Lending and borrowing extend the range of investment possibilities. If you invest in portfolio S and lend or borrow at the risk-free interest rate, $r_f$, you can achieve any point along the straight line from $r_f$ through S. This gives you a higher expected return for any level of risk than if you just invest in common stocks.



Table 8.1 also shows the compositions of a third efficient portfolio with intermediate levels of risk and expected return.

Of course, large investment funds can choose from thousands of stocks and thereby achieve a wider choice of risk and return. This choice is represented in Figure 8.5 by the shaded, broken-egg-shaped area. The set of efficient portfolios is again marked by the heavy curved line.

## We Introduce Borrowing and Lending

Now we introduce yet another possibility. Suppose that you can also lend or borrow money at some risk-free rate of interest $r_f$. If you invest some of your money in Treasury bills (i.e., lend money) and place the remainder in common stock portfolio S, you can obtain any combination of expected return and risk along the straight line joining $r_f$ and

S in Figure 8.5. Since borrowing is merely negative lending, you can extend the range of possibilities to the right of S by borrowing funds at an interest rate of $r_f$ and investing them as well as your own money in portfolio S.

Let us put some numbers on this. Suppose that portfolio S has an expected return of 15% and a standard deviation of 16%. Treasury bills offer an interest rate ($r_f$) of 5% and are risk-free (i.e., their standard deviation is zero). If you invest half your money in portfolio S and lend the remainder at 5%, the expected return on your investment is likewise halfway between the expected return on S and the interest rate on Treasury bills:

$$r = (^1\!/_2 \times \text{expected return on S}) + (^1\!/_2 \times \text{interest rate})$$
$$= 10\%$$

And the standard deviation is halfway between the standard deviation of S and the standard deviation of Treasury bills:[6]

$$\sigma = (^1\!/_2 \times \text{standard deviation of S}) + (^1\!/_2 \times \text{standard deviation of bills})$$
$$= 8\%$$

Or suppose that you decide to go for the big time: You borrow at the Treasury bill rate an amount equal to your initial wealth, and you invest everything in portfolio S. You have twice your own money invested in S, but you have to *pay* interest on the loan. Therefore your expected return is

$$r = (2 \times \text{expected return on S}) - (1 \times \text{interest rate})$$
$$= 25\%$$

And the standard deviation of your investment is

$$\sigma = (2 \times \text{standard deviation of S}) - (1 \times \text{standard deviation of bills})$$
$$= 32\%$$

You can see from Figure 8.5 that when you lend a portion of your money, you end up part-way between $r_f$ and S; if you can borrow money at the risk-free rate, you can extend your possibilities beyond S. You can also see that regardless of the level of risk you choose, you can get the highest expected return by a mixture of portfolio S and borrowing or lending. S is the *best* efficient portfolio. There is no reason ever to hold, say, portfolio T.

If you have a graph of efficient portfolios, as in Figure 8.5, finding this best efficient portfolio is easy. Start on the vertical axis at $r_f$ and draw the steepest line you can to the curved heavy line of efficient portfolios. That line will be tangent to the heavy line. The efficient portfolio at the tangency point is better than all the others. Notice that it offers the highest *ratio* of risk premium to standard deviation. This ratio of the risk premium to the standard deviation is called the *Sharpe ratio:*

$$\text{Sharpe ratio} = \frac{\text{Risk premium}}{\text{Standard deviation}} = \frac{r - r_f}{\sigma}$$

Investors track Sharpe ratios to measure the risk-adjusted performance of investment managers. (Take a look at the mini-case at the end of this chapter.)

We can now separate the investor's job into two stages. First, the best portfolio of common stocks must be selected—S in our example. Second, this portfolio must be blended with borrowing or lending to obtain an exposure to risk that suits the particular investor's taste. Each investor, therefore, should put money into just two benchmark investments—a risky portfolio S and a risk-free loan (borrowing or lending).

---

[6] If you want to check this, write down the formula for the standard deviation of a two-stock portfolio:

$$\text{Standard deviation} = \sqrt{x_1^2 \sigma_1^2 + x_2^2 \sigma_2^2 + 2x_1 x_2 \rho_{12} \sigma_1 \sigma_2}$$

Now see what happens when security 2 is riskless, i.e., when $\sigma_2 = 0$.

What does portfolio S look like? If you have better information than your rivals, you will want the portfolio to include relatively large investments in the stocks you think are undervalued. But in a competitive market you are unlikely to have a monopoly of good ideas. In that case there is no reason to hold a different portfolio of common stocks from anybody else. In other words, you might just as well hold the market portfolio. That is why many professional investors invest in a market-index portfolio and why most others hold well-diversified portfolios.

## 8-2 The Relationship Between Risk and Return

In Chapter 7 we looked at the returns on selected investments. The least risky investment was U.S. Treasury bills. Since the return on Treasury bills is fixed, it is unaffected by what happens to the market. In other words, Treasury bills have a beta of 0. We also considered a much riskier investment, the market portfolio of common stocks. This has average market risk: its beta is 1.0.

Wise investors don't take risks just for fun. They are playing with real money. Therefore, they require a higher return from the market portfolio than from Treasury bills. The difference between the return on the market and the interest rate is termed the *market risk premium*. Since 1900 the market risk premium ($r_m - r_f$) has averaged 7.1% a year.

In Figure 8.6 we have plotted the risk and expected return from Treasury bills and the market portfolio. You can see that Treasury bills have a beta of 0 and a risk premium of 0.[7] The market portfolio has a beta of 1 and a risk premium of $r_m - r_f$. This gives us two benchmarks for the expected risk premium. But what is the expected risk premium when beta is not 0 or 1?

In the mid-1960s three economists—William Sharpe, John Lintner, and Jack Treynor—produced an answer to this question.[8] Their answer is known as the **capital asset pricing**



▶ **FIGURE 8.6**

The capital asset pricing model states that the expected risk premium on each investment is proportional to its beta. This means that each investment should lie on the sloping security market line connecting Treasury bills and the market portfolio.

---

[7] Remember that the risk premium is the difference between the investment's expected return and the risk-free rate. For Treasury bills, the difference is zero.

[8] W. F. Sharpe, "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk," *Journal of Finance* 19 (September 1964), pp. 425–442; and J. Lintner, "The Valuation of Risk Assets and the Selection of Risky Investments in Stock Portfolios and Capital Budgets," *Review of Economics and Statistics* 47 (February 1965), pp. 13–37. Treynor's article has not been published.

**model,** or **CAPM.** The model's message is both startling and simple. In a competitive market, the expected risk premium varies in direct proportion to beta. This means that in Figure 8.6 all investments must plot along the sloping line, known as the **security market line.** The expected risk premium on an investment with a beta of .5 is, therefore, *half* the expected risk premium on the market; the expected risk premium on an investment with a beta of 2 is *twice* the expected risk premium on the market. We can write this relationship as

$$\text{Expected risk premium on stock} = \text{beta} \times \text{expected risk premium on market}$$

$$r - r_f = \beta(r_m - r_f)$$

## Some Estimates of Expected Returns

Before we tell you where the formula comes from, let us use it to figure out what returns investors are looking for from particular stocks. To do this, we need three numbers: $\beta$, $r_f$, and $r_m - r_f$. We gave you estimates of the betas of 10 stocks in Table 7.5. In February 2009 the interest rate on Treasury bills was about .2%.

How about the market risk premium? As we pointed out in the last chapter, we can't measure $r_m - r_f$ with precision. From past evidence it appears to be 7.1%, although many economists and financial managers would forecast a slightly lower figure. Let us use 7% in this example.

Table 8.2 puts these numbers together to give an estimate of the expected return on each stock. The stock with the highest beta in our sample is Amazon. Our estimate of the expected return from Amazon is 15.4%. The stock with the lowest beta is Campbell Soup. Our estimate of its expected return is 2.4%, 2.2% more than the interest rate on Treasury bills. Notice that these expected returns are not the same as the hypothetical forecasts of return that we assumed in Table 8.1 to generate the efficient frontier.

You can also use the capital asset pricing model to find the discount rate for a new capital investment. For example, suppose that you are analyzing a proposal by Dell to expand its capacity. At what rate should you discount the forecasted cash flows? According to Table 8.2, investors are looking for a return of 10.2% from businesses with the risk of Dell. So the cost of capital for a further investment in the same business is 10.2%.[9]

| Stock | Beta ($\beta$) | Expected Return $[r_f + \beta(r_m - r_f)]$ |
|---|---|---|
| Amazon | 2.16 | 15.4 |
| Ford | 1.75 | 12.6 |
| Dell | 1.41 | 10.2 |
| Starbucks | 1.16 | 8.4 |
| Boeing | 1.14 | 8.3 |
| Disney | .96 | 7.0 |
| Newmont | .63 | 4.7 |
| Exxon Mobil | .55 | 4.2 |
| Johnson & Johnson | .50 | 3.8 |
| Campbell Soup | .30 | 2.4 |

▶ **TABLE 8.2** These estimates of the returns expected by investors in February 2009 were based on the capital asset pricing model. We assumed .2% for the interest rate $r_f$ and 7% for the expected risk premium $r_m - r_f$.

---

[9] Remember that instead of investing in plant and machinery, the firm could return the money to the shareholders. The opportunity cost of investing is the return that shareholders could expect to earn by buying financial assets. This expected return depends on the market risk of the assets.

In practice, choosing a discount rate is seldom so easy. (After all, you can't expect to be paid a fat salary just for plugging numbers into a formula.) For example, you must learn how to adjust the expected return for the extra risk caused by company borrowing. Also you need to consider the difference between short- and long-term interest rates. In early 2009 short-term interest rates were at record lows and well below long-term rates. It is possible that investors were content with the prospect of quite modest equity returns in the short run, but they almost certainly required higher long-run returns than the figures shown in Table 8.2.[10] If that is so, a cost of capital based on short-term rates may be inappropriate for long-term capital investments. But these refinements can wait until later.

### Review of the Capital Asset Pricing Model

Let us review the basic principles of portfolio selection:

1. Investors like high expected return and low standard deviation. Common stock portfolios that offer the highest expected return for a given standard deviation are known as *efficient portfolios*.
2. If the investor can lend or borrow at the risk-free rate of interest, one efficient portfolio is better than all the others: the portfolio that offers the highest ratio of risk premium to standard deviation (that is, portfolio S in Figure 8.5). A risk-averse investor will put part of his money in this efficient portfolio and part in the risk-free asset. A risk-tolerant investor may put all her money in this portfolio or she may borrow and put in even more.
3. The composition of this best efficient portfolio depends on the investor's assessments of expected returns, standard deviations, and correlations. But suppose everybody has the same information and the same assessments. If there is no superior information, each investor should hold the same portfolio as everybody else; in other words, everyone should hold the market portfolio.

Now let us go back to the risk of individual stocks:

4. Do not look at the risk of a stock in isolation but at its contribution to portfolio risk. This contribution depends on the stock's sensitivity to changes in the value of the portfolio.
5. A stock's sensitivity to changes in the value of the *market* portfolio is known as *beta*. Beta, therefore, measures the marginal contribution of a stock to the risk of the market portfolio.

Now if everyone holds the market portfolio, and if beta measures each security's contribution to the market portfolio risk, then it is no surprise that the risk premium demanded by investors is proportional to beta. That is what the CAPM says.

### What If a Stock Did Not Lie on the Security Market Line?

Imagine that you encounter stock A in Figure 8.7. Would you buy it? We hope not[11]—if you want an investment with a beta of .5, you could get a higher expected return by investing half your money in Treasury bills and half in the market portfolio. If everybody shares your view of the stock's prospects, the price of A will have to fall until the expected return matches what you could get elsewhere.

---

[10] The estimates in Table 8.2 may also be too low for the *short term* if investors required a higher risk premium in the short term to compensate for the unusual market volatility in 2009.

[11] Unless, of course, we were trying to sell it.



▶ **FIGURE 8.7**

In equilibrium no stock can lie below the security market line. For example, instead of buying stock A, investors would prefer to lend part of their money and put the balance in the market portfolio. And instead of buying stock B, they would prefer to borrow and invest in the market portfolio.

What about stock B in Figure 8.7? Would you be tempted by its high return? You wouldn't if you were smart. You could get a higher expected return for the same beta by borrowing 50 cents for every dollar of your own money and investing in the market port-folio. Again, if everybody agrees with your assessment, the price of stock B cannot hold. It will have to fall until the expected return on B is equal to the expected return on the combination of borrowing and investment in the market portfolio.[12]

We have made our point. An investor can always obtain an expected risk premium of $\beta(r_m - r_f)$ by holding a mixture of the market portfolio and a risk-free loan. So in well-functioning markets nobody will hold a stock that offers an expected risk premium of *less* than $\beta(r_m - r_f)$. But what about the other possibility? Are there stocks that offer a higher expected risk premium? In other words, are there any that lie above the security market line in Figure 8.7? If we take all stocks together, we have the market portfolio. Therefore, we know that stocks *on average* lie on the line. Since none lies *below* the line, then there also can't be any that lie *above* the line. Thus each and every stock must lie on the security market line and offer an expected risk premium of

$$r - r_f = \beta(r_m - r_f)$$

**8-3** Validity and Role of the Capital Asset Pricing Model

Any economic model is a simplified statement of reality. We need to simplify in order to interpret what is going on around us. But we also need to know how much faith we can place in our model.

Let us begin with some matters about which there is broad agreement. First, few people quarrel with the idea that investors require some extra return for taking on risk. That is why common stocks have given on average a higher return than U.S. Treasury bills. Who would want to invest in risky common stocks if they offered only the *same* expected return as bills? We would not, and we suspect you would not either.

Second, investors do appear to be concerned principally with those risks that they cannot eliminate by diversification. If this were not so, we should find that stock prices increase whenever two companies merge to spread their risks. And we should find that investment

---

[12] Investing in A or B only would be stupid; you would hold an undiversified portfolio.

companies which invest in the shares of other firms are more highly valued than the shares they hold. But we do not observe either phenomenon. Mergers undertaken just to spread risk do not increase stock prices, and investment companies are no more highly valued than the stocks they hold.

The capital asset pricing model captures these ideas in a simple way. That is why financial managers find it a convenient tool for coming to grips with the slippery notion of risk and why nearly three-quarters of them use it to estimate the cost of capital.[13] It is also why economists often use the capital asset pricing model to demonstrate important ideas in finance even when there are other ways to prove these ideas. But that does not mean that the capital asset pricing model is ultimate truth. We will see later that it has several unsatisfactory features, and we will look at some alternative theories. Nobody knows whether one of these alternative theories is eventually going to come out on top or whether there are other, better models of risk and return that have not yet seen the light of day.

## Tests of the Capital Asset Pricing Model

Imagine that in 1931 ten investors gathered together in a Wall Street bar and agreed to establish investment trust funds for their children. Each investor decided to follow a different strategy. Investor 1 opted to buy the 10% of the New York Stock Exchange stocks with the lowest estimated betas; investor 2 chose the 10% with the next-lowest betas; and so on, up to investor 10, who proposed to buy the stocks with the highest betas. They also planned that at the end of each year they would reestimate the betas of all NYSE stocks and reconstitute their portfolios.[14] And so they parted with much cordiality and good wishes.

In time the 10 investors all passed away, but their children agreed to meet in early 2009 in the same bar to compare the performance of their portfolios. Figure 8.8 shows how they had fared. Investor 1's portfolio turned out to be much less risky than the market; its beta was only .49. However, investor 1 also realized the lowest return, 8.0% above the risk-free rate of interest. At the other extreme, the beta of investor 10's portfolio was 1.53, about three times that of investor 1's portfolio. But investor 10 was rewarded with the highest return, averaging 14.3% a year above the interest rate. So over this 77-year period returns did indeed increase with beta.

As you can see from Figure 8.8, the market portfolio over the same 77-year period provided an average return of 11.8% above the interest rate[15] and (of course) had a beta of 1.0. The CAPM predicts that the risk premium should increase in proportion to beta, so that the returns of each portfolio should lie on the upward-sloping security market line in Figure 8.8. Since the market provided a risk premium of 11.8%, investor 1's portfolio, with a beta of .49, should have provided a risk premium of 5.8% and investor 10's portfolio, with a beta of 1.53, should have given a premium of 18.1%. You can see that, while high-beta stocks performed better than low-beta stocks, the difference was not as great as the CAPM predicts.

Although Figure 8.8 provides broad support for the CAPM, critics have pointed out that the slope of the line has been particularly flat in recent years. For example, Figure 8.9 shows how our 10 investors fared between 1966 and 2008. Now it is less clear who is buying the drinks: returns are pretty much in line with the CAPM with the important exception of the

---

[13] See J. R. Graham and C. R. Harvey, "The Theory and Practice of Corporate Finance: Evidence from the Field," *Journal of Financial Economics* 61 (2001), pp. 187–243. A number of the managers surveyed reported using more than one method to estimate the cost of capital. Seventy-three percent used the capital asset pricing model, while 39% stated they used the average historical stock return and 34% used the capital asset pricing model with some extra risk factors.

[14] Betas were estimated using returns over the previous 60 months.

[15] In Figure 8.8 the stocks in the "market portfolio" are weighted equally. Since the stocks of small firms have provided higher average returns than those of large firms, the risk premium on an equally weighted index is higher than on a value-weighted index. This is one reason for the difference between the 11.8% market risk premium in Figure 8.8 and the 7.1% premium reported in Table 7.1.



▶ **FIGURE 8.8**

The capital asset pricing model states that the expected risk premium from any investment should lie on the security market line. The dots show the actual average risk premiums from portfolios with different betas. The high-beta portfolios generated higher average returns, just as predicted by the CAPM. But the high-beta portfolios plotted below the market line, and the low-beta portfolios plotted above. A line fitted to the 10 portfolio returns would be "flatter" than the market line.

*Source:* F. Black, "Beta and Return," *Journal of Portfolio Management* 20 (Fall 1993), pp. 8–18. © 1993 Institutional Investor. Used with permission. We are grateful to Adam Kolasinski for updating the calculations.



▶ **FIGURE 8.9**

The relationship between beta and actual average return has been weaker since the mid-1960s. Stocks with the highest betas have provided poor returns.

*Source:* F. Black, "Beta and Return," *Journal of Portfolio Management* 20 (Fall 1993), pp. 8–18. © 1993 Institutional Investor. Used with permission. We are grateful to Adam Kolasinski for updating the calculations.

two highest-risk portfolios. Investor 10, who rode the roller coaster of a high-beta portfolio, earned a return that was below that of the market. Of course, before 1966 the line was correspondingly steeper. This is also shown in Figure 8.9.

What is going on here? It is hard to say. Defenders of the capital asset pricing model emphasize that it is concerned with *expected* returns, whereas we can observe only *actual* returns. Actual stock returns reflect expectations, but they also embody lots of "noise"—the steady flow of surprises that conceal whether on average investors have received the returns they expected. This noise may make it impossible to judge whether the model holds better in one period than another.[16] Perhaps the best that we can do is to focus on the longest period for which there is reasonable data. This would take us back to Figure 8.8, which suggests that expected returns do indeed increase with beta, though less rapidly than the simple version of the CAPM predicts.[17]

The CAPM has also come under fire on a second front: although return has not risen with beta in recent years, it has been related to other measures. For example, the red line in Figure 8.10 shows the cumulative difference between the returns on small-firm stocks and large-firm stocks. If you had bought the shares with the smallest market capitalizations and sold those with the largest capitalizations, this is how your wealth would have changed. You can see that small-cap stocks did not always do well, but over the long haul their owners have made substantially higher returns. Since the end of 1926 the average annual difference between the returns on the two groups of stocks has been 3.6%.

Now look at the green line in Figure 8.10, which shows the cumulative difference between the returns on value stocks and growth stocks. Value stocks here are defined as those with high ratios of book value to market value. Growth stocks are those with low ratios of book to market. Notice that value stocks have provided a higher long-run return than growth stocks.[18] Since 1926 the average annual difference between the returns on value and growth stocks has been 5.2%.

Figure 8.10 does not fit well with the CAPM, which predicts that beta is the *only* reason that expected returns differ. It seems that investors saw risks in "small-cap" stocks and value stocks that were not captured by beta.[19] Take value stocks, for example. Many of these stocks may have sold below book value because the firms were in serious trouble; if the economy slowed unexpectedly, the firms might have collapsed altogether. Therefore, investors, whose jobs could also be on the line in a recession, may have regarded these stocks as particularly risky and demanded compensation in the form of higher expected returns. If that were the case, the simple version of the CAPM cannot be the whole truth.

Again, it is hard to judge how seriously the CAPM is damaged by this finding. The relationship among stock returns and firm size and book-to-market ratio has been well documented. However, if you look long and hard at past returns, you are bound to find some strategy that just by chance would have worked in the past. This practice is known as "data-mining" or "data snooping." Maybe the size and book-to-market effects are simply chance results that stem from data snooping. If so, they should have vanished once they were discovered. There is some evidence that this is the case. For example, if you look again at Figure 8.10, you will see that in the past 25 years small-firm stocks have underperformed just about as often as they have overperformed.

---

[16] A second problem with testing the model is that the market portfolio should contain all risky investments, including stocks, bonds, commodities, real estate—even human capital. Most market indexes contain only a sample of common stocks.

[17] We say "simple version" because Fischer Black has shown that if there are borrowing restrictions, there should still exist a positive relationship between expected return and beta, but the security market line would be less steep as a result. See F. Black, "Capital Market Equilibrium with Restricted Borrowing," *Journal of Business* 45 (July 1972), pp. 444–455.

[18] Fama and French calculated the returns on portfolios designed to take advantage of the size effect and the book-to-market effect. See E. F. Fama and K. R. French, "The Cross-Section of Expected Stock Returns," *Journal of Financial Economics* 47 (June 1992), pp. 427–465. When calculating the returns on these portfolios, Fama and French control for differences in firm size when comparing stocks with low and high book-to-market ratios. Similarly, they control for differences in the book-to-market ratio when comparing small- and large-firm stocks. For details of the methodology and updated returns on the size and book-to-market factors see Kenneth French's Web site (**mba.tuck.dartmouth.edu/pages/faculty/ken.french/data_library.html**).

[19] An investor who bought small-company stocks and sold large-company stocks would have incurred some risk. Her portfolio would have had a beta of .28. This is not nearly large enough to explain the difference in returns. There is no simple relationship between the return on the value- and growth-stock portfolios and beta.



▶ **FIGURE 8.10**

The red line shows the cumulative difference between the returns on small-firm and large-firm stocks. The green line shows the cumulative difference between the returns on high book-to-market-value stocks (i.e., value stocks) and low book-to-market-value stocks (i.e., growth stocks).

*Source:* Kenneth French's Web site, **mba.tuck.dart-mouth.edu/pages/faculty/ken.french/data_library.html**. Used with permission.

There is no doubt that the evidence on the CAPM is less convincing than scholars once thought. But it will be hard to reject the CAPM beyond all reasonable doubt. Since data and statistics are unlikely to give final answers, the plausibility of the CAPM *theory* will have to be weighed along with the empirical "facts."

### Assumptions behind the Capital Asset Pricing Model

The capital asset pricing model rests on several assumptions that we did not fully spell out. For example, we assumed that investment in U.S. Treasury bills is risk-free. It is true that there is little chance of default, but bills do not guarantee a *real* return. There is still some uncertainty about inflation. Another assumption was that investors can *borrow* money at the same rate of interest at which they can lend. Generally borrowing rates are higher than lending rates.

It turns out that many of these assumptions are not crucial, and with a little pushing and pulling it is possible to modify the capital asset pricing model to handle them. The really important idea is that investors are content to invest their money in a limited number of benchmark portfolios. (In the basic CAPM these benchmarks are Treasury bills and the market portfolio.)

In these modified CAPMs expected return still depends on market risk, but the definition of market risk depends on the nature of the benchmark portfolios. In practice, none of these alternative capital asset pricing models is as widely used as the standard version.

## 8-4 Some Alternative Theories

The capital asset pricing model pictures investors as solely concerned with the level and uncertainty of their future wealth. But this could be too simplistic. For example, investors may become accustomed to a particular standard of living, so that poverty tomorrow may be particularly difficult to bear if you were wealthy yesterday. Behavioral psychologists have also observed that investors do not focus solely on the *current* value of their holdings, but look back at whether their investments are showing a profit. A gain, however small, may be

an additional source of satisfaction. The capital asset pricing model does not allow for the possibility that investors may take account of the price at which they purchased stock and feel elated when their investment is in the black and depressed when it is in the red.[20]

## Arbitrage Pricing Theory

The capital asset pricing theory begins with an analysis of how investors construct efficient portfolios. Stephen Ross's **arbitrage pricing theory,** or **APT,** comes from a different family entirely. It does not ask which portfolios are efficient. Instead, it starts by *assuming* that each stock's return depends partly on pervasive macroeconomic influences or "factors" and partly on "noise"—events that are unique to that company. Moreover, the return is assumed to obey the following simple relationship:

$$\text{Return} = a + b_1(r_{\text{factor 1}}) + b_2(r_{\text{factor 2}}) + b_3(r_{\text{factor 3}}) + \cdots + \text{noise}$$

The theory does not say what the factors are: there could be an oil price factor, an interest-rate factor, and so on. The return on the market portfolio *might* serve as one factor, but then again it might not.

Some stocks will be more sensitive to a particular factor than other stocks. Exxon Mobil would be more sensitive to an oil factor than, say, Coca-Cola. If factor 1 picks up unexpected changes in oil prices, $b_1$ will be higher for Exxon Mobil.

For any individual stock there are two sources of risk. First is the risk that stems from the pervasive macroeconomic factors. This cannot be eliminated by diversification. Second is the risk arising from possible events that are specific to the company. Diversification eliminates specific risk, and diversified investors can therefore ignore it when deciding whether to buy or sell a stock. The expected risk premium on a stock is affected by factor or macroeconomic risk; it is *not* affected by specific risk.

Arbitrage pricing theory states that the expected risk premium on a stock should depend on the expected risk premium associated with each factor and the stock's sensitivity to each of the factors ($b_1$, $b_2$, $b_3$, etc.). Thus the formula is[21]

$$\text{Expected risk premium} = r - r_f$$
$$= b_1(r_{\text{factor 1}} - r_f) + b_2(r_{\text{factor 2}} - r_f) + \cdots$$

Notice that this formula makes two statements:

1. If you plug in a value of zero for each of the $b$'s in the formula, the expected risk premium is zero. A diversified portfolio that is constructed to have zero sensitivity to each macroeconomic factor is essentially risk-free and therefore must be priced to offer the risk-free rate of interest. If the portfolio offered a higher return, investors could make a risk-free (or "arbitrage") profit by borrowing to buy the portfolio. If it offered a lower return, you could make an arbitrage profit by running the strategy in reverse; in other words, you would *sell* the diversified zero-sensitivity portfolio and *invest* the proceeds in U.S. Treasury bills.

2. A diversified portfolio that is constructed to have exposure to, say, factor 1, will offer a risk premium, which will vary in direct proportion to the portfolio's sensitivity to that factor. For example, imagine that you construct two portfolios, A and B, that are affected only by factor 1. If portfolio A is twice as sensitive as portfolio B to factor 1,

---

[20] We discuss aversion to loss again in Chapter 13. The implications for asset pricing are explored in S. Benartzi and R. Thaler, "Myopic Loss Aversion and the Equity Premium Puzzle," *Quarterly Journal of Economics* 110 (1995), pp. 75–92; and in N. Barberis, M. Huang, and T. Santos, "Prospect Theory and Asset Prices," *Quarterly Journal of Economics* 116 (2001), pp. 1–53.

[21] There may be some macroeconomic factors that investors are simply not worried about. For example, some macroeconomists believe that money supply doesn't matter and therefore investors are not worried about inflation. Such factors would not command a risk premium. They would drop out of the APT formula for expected return.

portfolio A must offer twice the risk premium. Therefore, if you divided your money equally between U.S. Treasury bills and portfolio A, your combined portfolio would have exactly the same sensitivity to factor 1 as portfolio B and would offer the same risk premium.

Suppose that the arbitrage pricing formula did *not* hold. For example, suppose that the combination of Treasury bills and portfolio A offered a higher return. In that case investors could make an arbitrage profit by selling portfolio B and investing the proceeds in the mixture of bills and portfolio A.

The arbitrage that we have described applies to well-diversified portfolios, where the specific risk has been diversified away. But if the arbitrage pricing relationship holds for all diversified portfolios, it must generally hold for the individual stocks. Each stock must offer an expected return commensurate with its contribution to portfolio risk. In the APT, this contribution depends on the sensitivity of the stock's return to unexpected changes in the macroeconomic factors.

## A Comparison of the Capital Asset Pricing Model and Arbitrage Pricing Theory

Like the capital asset pricing model, arbitrage pricing theory stresses that expected return depends on the risk stemming from economywide influences and is not affected by specific risk. You can think of the factors in arbitrage pricing as representing special portfolios of stocks that tend to be subject to a common influence. If the expected risk premium on each of these portfolios is proportional to the portfolio's market beta, then the arbitrage pricing theory and the capital asset pricing model will give the same answer. In any other case they will not.

How do the two theories stack up? Arbitrage pricing has some attractive features. For example, the market portfolio that plays such a central role in the capital asset pricing model does not feature in arbitrage pricing theory.[22] So we do not have to worry about the problem of measuring the market portfolio, and in principle we can test the arbitrage pricing theory even if we have data on only a sample of risky assets.

Unfortunately you win some and lose some. Arbitrage pricing theory does not tell us what the underlying factors are—unlike the capital asset pricing model, which collapses *all* macroeconomic risks into a well-defined *single* factor, the return on the market portfolio.

## The Three-Factor Model

Look back at the equation for APT. To estimate expected returns, you first need to follow three steps:

> *Step 1:* Identify a reasonably short list of macroeconomic factors that could affect stock returns.
>
> *Step 2:* Estimate the expected risk premium on each of these factors ($r_{\text{factor 1}} - r_f$, etc.).
>
> *Step 3:* Measure the sensitivity of each stock to the factors ($b_1$, $b_2$, etc.).

One way to shortcut this process is to take advantage of the research by Fama and French, which showed that stocks of small firms and those with a high book-to-market ratio have provided above-average returns. This could simply be a coincidence. But there is also some evidence that these factors are related to company profitability and therefore may be picking up risk factors that are left out of the simple CAPM.[23]

---

[22] Of course, the market portfolio *may* turn out to be one of the factors, but that is not a necessary implication of arbitrage pricing theory.

[23] E. F. Fama and K. R. French, "Size and Book-to-Market Factors in Earnings and Returns," *Journal of Finance* 50 (1995), pp. 131–155.

If investors do demand an extra return for taking on exposure to these factors, then we have a measure of the expected return that looks very much like arbitrage pricing theory:

$$r - r_f = b_{\text{market}}(r_{\text{market factor}}) + b_{\text{size}}(r_{\text{size factor}}) + b_{\text{book-to-market}}(r_{\text{book-to-market factor}})$$

This is commonly known as the Fama–French three-factor model. Using it to estimate expected returns is the same as applying the arbitrage pricing theory. Here is an example.[24]

**Step 1: Identify the Factors**    Fama and French have already identified the three factors that appear to determine expected returns. The returns on each of these factors are

| Factor | Measured by |
|---|---|
| Market factor | Return on market index *minus* risk-free interest rate |
| Size factor | Return on small-firm stocks *less* return on large-firm stocks |
| Book-to-market factor | Return on high book-to-market-ratio stocks *less* return on low book-to-market-ratio stocks |

**Step 2: Estimate the Risk Premium for Each Factor**    We will keep to our figure of 7% for the market risk premium. History may provide a guide to the risk premium for the other two factors. As we saw earlier, between 1926 and 2008 the difference between the annual returns on small and large capitalization stocks averaged 3.6% a year, while the difference between the returns on stocks with high and low book-to-market ratios averaged 5.2%.

**Step 3: Estimate the Factor Sensitivities**    Some stocks are more sensitive than others to fluctuations in the returns on the three factors. You can see this from the first three columns of numbers in Table 8.3, which show some estimates of the factor sensitivities of 10 industry groups for the 60 months ending in December 2008. For example, an increase of 1% in the return on the book-to-market factor *reduces* the return on computer stocks by .87% but *increases* the return on utility stocks by .77%. In other words, when value stocks (high book-to-market) outperform growth stocks (low book-to-market), computer stocks tend to perform relatively badly and utility stocks do relatively well.

Once you have estimated the factor sensitivities, it is a simple matter to multiply each of them by the expected factor return and add up the results. For example, the expected risk premium on computer stocks is $r - r_f = (1.43 \times 7) + (.22 \times 3.6) - (.87 \times 5.2) = 6.3\%$. To calculate the return that investors expected in 2008 we need to add on the risk-free interest rate of about .2%. Thus the three-factor model suggests that expected return on computer stocks in 2008 was $.2 + 6.3 = 6.5\%$.

Compare this figure with the expected return estimate using the capital asset pricing model (the final column of Table 8.3). The three-factor model provides a substantially lower estimate of the expected return for computer stocks. Why? Largely because computer stocks are growth stocks with a low exposure ($-.87$) to the book-to-market factor. The three-factor model produces a lower expected return for growth stocks, but it produces a higher figure for value stocks such as those of auto and construction companies which have a high book-to-market ratio.

---

[24] The three-factor model was first used to estimate the cost of capital for different industry groups by Fama and French. See E. F. Fama and K. R. French, "Industry Costs of Equity," *Journal of Financial Economics* 43 (1997), pp. 153–193. Fama and French emphasize the imprecision in using either the CAPM or an APT-style model to estimate the returns that investors expect.

| | **Three-Factor Model** | | | | **CAPM** |
| | **Factor Sensitivities** | | | | |
| | $b_{market}$ | $b_{size}$ | $b_{book\text{-}to\text{-}market}$ | **Expected Return**$^{*}$ | **Expected Return**$^{**}$ |
|---|---|---|---|---|---|
| Autos | 1.51 | .07 | .91 | 15.7 | 7.9 |
| Banks | 1.16 | −.25 | .72 | 11.1 | 6.2 |
| Chemicals | 1.02 | −.07 | .61 | 10.2 | 5.5 |
| Computers | 1.43 | .22 | −.87 | 6.5 | 12.8 |
| Construction | 1.40 | .46 | .98 | 16.6 | 7.6 |
| Food | .53 | −.15 | .47 | 5.8 | 2.7 |
| Oil and gas | .85 | −.13 | .54 | 8.5 | 4.3 |
| Pharmaceuticals | .50 | −.32 | −.13 | 1.9 | 4.3 |
| Telecoms | 1.05 | −.29 | −.16 | 5.7 | 7.3 |
| Utilities | .61 | −.01 | .77 | 8.4 | 2.4 |

▶ **TABLE 8.3**   Estimates of expected equity returns for selected industries using the Fama–French three-factor model and the CAPM.

$^{*}$The expected return equals the risk-free interest rate plus the factor sensitivities multiplied by the factor risk premiums, that is, $r_f + (b_{market} \times 7) + (b_{size} \times 3.6) + (b_{book\text{-}to\text{-}market} \times 5.2)$.

$^{**}$Estimated as $r_f + \beta(r_m - r_f)$, that is, $r_f + \beta \times 7$. Note that we used *simple* regression to estimate $\beta$ in the CAPM formula. This beta may, therefore, be different from $b_{market}$ that we estimated from a *multiple* regression of stock returns on the three factors.

● ● ● ● ●

The basic principles of portfolio selection boil down to a commonsense statement that investors try to increase the expected return on their portfolios and to reduce the standard deviation of that return. A portfolio that gives the highest expected return for a given standard deviation, or the lowest standard deviation for a given expected return, is known as an *efficient portfolio*. To work out which portfolios are efficient, an investor must be able to state the expected return and standard deviation of each stock and the degree of correlation between each pair of stocks.

**SUMMARY**

Investors who are restricted to holding common stocks should choose efficient portfolios that suit their attitudes to risk. But investors who can also borrow and lend at the risk-free rate of interest should choose the *best* common stock portfolio *regardless* of their attitudes to risk. Having done that, they can then set the risk of their overall portfolio by deciding what proportion of their money they are willing to invest in stocks. The best efficient portfolio offers the highest ratio of forecasted risk premium to portfolio standard deviation.

For an investor who has only the same opportunities and information as everybody else, the best stock portfolio is the same as the best stock portfolio for other investors. In other words, he or she should invest in a mixture of the market portfolio and a risk-free loan (i.e., borrowing or lending).

A stock's marginal contribution to portfolio risk is measured by its sensitivity to changes in the value of the portfolio. The marginal contribution of a stock to the risk of the *market portfolio* is measured by *beta*. That is the fundamental idea behind the capital asset pricing model (CAPM), which concludes that each security's expected risk premium should increase in proportion to its beta:

$$\text{Expected risk premium} = \text{beta} \times \text{market risk premium}$$
$$r - r_f = \beta(r_m - r_f)$$

The capital asset pricing theory is the best-known model of risk and return. It is plausible and widely used but far from perfect. Actual returns are related to beta over the long run, but the relationship is not as strong as the CAPM predicts, and other factors seem to explain returns better since the mid-1960s. Stocks of small companies, and stocks with high book values relative to market prices, appear to have risks not captured by the CAPM.

 **Visit us at www.mhhe.com/bma**

The arbitrage pricing theory offers an alternative theory of risk and return. It states that the expected risk premium on a stock should depend on the stock's exposure to several pervasive macroeconomic factors that affect stock returns:

$$\text{Expected risk premium} = b_1(r_{\text{factor 1}} - r_f) + b_2(r_{\text{factor 2}} - r_f) + \cdots$$

Here $b$'s represent the individual security's sensitivities to the factors, and $r_{\text{factor}} - r_f$ is the risk premium demanded by investors who are exposed to this factor.

Arbitrage pricing theory does not say what these factors are. It asks for economists to hunt for unknown game with their statistical toolkits. Fama and French have suggested three factors:

- The return on the market portfolio less the risk-free rate of interest.
- The difference between the return on small- and large-firm stocks.
- The difference between the return on stocks with high book-to-market ratios and stocks with low book-to-market ratios.

In the Fama–French three-factor model, the expected return on each stock depends on its exposure to these three factors.

Each of these different models of risk and return has its fan club. However, all financial economists agree on two basic ideas: (1) Investors require extra expected return for taking on risk, and (2) they appear to be concerned predominantly with the risk that they cannot eliminate by diversification.

Near the end of Chapter 9 we list some Excel Functions that are useful for measuring the risk of stocks and portfolios.

## FURTHER READING

*A number of textbooks on portfolio selection explain both Markowitz's original theory and some ingenious simplified versions. See, for example:*

E. J. Elton, M. J. Gruber, S. J. Brown, and W. N. Goetzmann: *Modern Portfolio Theory and Investment Analysis,* 7th ed. (New York: John Wiley & Sons, 2007).

*The literature on the capital asset pricing model is enormous. There are dozens of published tests of the capital asset pricing model. Fisher Black's paper is a very readable example. Discussions of the theory tend to be more uncompromising. Two excellent but advanced examples are Campbell's survey paper and Cochrane's book.*

F. Black, "Beta and Return," *Journal of Portfolio Management* 20 (Fall 1993), pp. 8–18.

J. Y. Campbell, "Asset Pricing at the Millennium," *Journal of Finance* 55 (August 2000), pp. 1515–1567.

J. H. Cochrane, *Asset Pricing,* revised ed. (Princeton, NJ: Princeton University Press, 2004).

## PROBLEM SETS



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

### BASIC

**1.** Here are returns and standard deviations for four investments.

|  | Return | Standard Deviation |
|---|---|---|
| Treasury bills | 6 % | 0% |
| Stock P | 10 | 14 |
| Stock Q | 14.5 | 28 |
| Stock R | 21 | 26 |

Visit us at www.mhhe.com/bma

Calculate the standard deviations of the following portfolios.

a. 50% in Treasury bills, 50% in stock P.

b. 50% each in Q and R, assuming the shares have

- perfect positive correlation
- perfect negative correlation
- no correlation

c. Plot a figure like Figure 8.3 for Q and R, assuming a correlation coefficient of .5.

d. Stock Q has a lower return than R but a higher standard deviation. Does that mean that Q's price is too high or that R's price is too low?

**2.** For each of the following pairs of investments, state which would always be preferred by a rational investor (assuming that these are the *only* investments available to the investor):

a. Portfolio A   $r = 18\%$   $\sigma = 20\%$
   Portfolio B   $r = 14\%$   $\sigma = 20\%$

b. Portfolio C   $r = 15\%$   $\sigma = 18\%$
   Portfolio D   $r = 13\%$   $\sigma = 8\%$

c. Portfolio E   $r = 14\%$   $\sigma = 16\%$
   Portfolio F   $r = 14\%$   $\sigma = 10\%$

**3.** Use the long-term data on security returns in Sections 7-1 and 7-2 to calculate the historical level of the Sharpe ratio of the market portfolio.

**4.** Figure 8.11 below purports to show the range of attainable combinations of expected return and standard deviation.

a. Which diagram is incorrectly drawn and why?

b. Which is the efficient set of portfolios?

c. If $r_f$ is the rate of interest, mark with an X the optimal stock portfolio.

**5.** a. Plot the following risky portfolios on a graph:

| | Portfolio | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **A** | **B** | **C** | **D** | **E** | **F** | **G** | **H** |
| Expected return ($r$), % | 10 | 12.5 | 15 | 16 | 17 | 18 | 18 | 20 |
| Standard deviation ($\sigma$), % | 23 | 21 | 25 | 29 | 29 | 32 | 35 | 45 |

b. Five of these portfolios are efficient, and three are not. Which are *in*efficient ones?

c. Suppose you can also borrow and lend at an interest rate of 12%. Which of the above portfolios has the highest Sharpe ratio?



(a)



(b)

▶ **FIGURE 8.11**

See Problem 4.

Visit us at www.mhhe.com/bma

d. Suppose you are prepared to tolerate a standard deviation of 25%. What is the maximum expected return that you can achieve if you cannot borrow or lend?

e. What is your optimal strategy if you can borrow or lend at 12% and are prepared to tolerate a standard deviation of 25%? What is the maximum expected return that you can achieve with this risk?

6. Suppose that the Treasury bill rate were 6% rather than 4%. Assume that the expected return on the market stays at 10%. Use the betas in Table 8.2.

a. Calculate the expected return from Dell.

b. Find the highest expected return that is offered by one of these stocks.

c. Find the lowest expected return that is offered by one of these stocks.

d. Would Ford offer a higher or lower expected return if the interest rate were 6% rather than 4%? Assume that the expected market return stays at 10%.

e. Would Exxon Mobil offer a higher or lower expected return if the interest rate were 8%?

7. True or false?

a. The CAPM implies that if you could find an investment with a negative beta, its expected return would be less than the interest rate.

b. The expected return on an investment with a beta of 2.0 is twice as high as the expected return on the market.

c. If a stock lies below the security market line, it is undervalued.

8. Consider a three-factor APT model. The factors and associated risk premiums are

| Factor | Risk Premium |
|---|---|
| Change in GNP | 5% |
| Change in energy prices | −1 |
| Change in long-term interest rates | +2 |

Calculate expected rates of return on the following stocks. The risk-free interest rate is 7%.

a. A stock whose return is uncorrelated with all three factors.

b. A stock with average exposure to each factor (i.e., with $b = 1$ for each).

c. A pure-play energy stock with high exposure to the energy factor ($b = 2$) but zero exposure to the other two factors.

d. An aluminum company stock with average sensitivity to changes in interest rates and GNP, but negative exposure of $b = -1.5$ to the energy factor. (The aluminum company is energy-intensive and suffers when energy prices rise.)

### INTERMEDIATE

9. True or false? Explain or qualify as necessary.

a. Investors demand higher expected rates of return on stocks with more variable rates of return.

b. The CAPM predicts that a security with a beta of 0 will offer a zero expected return.

c. An investor who puts $10,000 in Treasury bills and $20,000 in the market portfolio will have a beta of 2.0.

d. Investors demand higher expected rates of return from stocks with returns that are highly exposed to macroeconomic risks.

e. Investors demand higher expected rates of return from stocks with returns that are very sensitive to fluctuations in the stock market.

10. Look back at the calculation for Campbell Soup and Boeing in Section 8.1. Recalculate the expected portfolio return and standard deviation for different values of $x_1$ and $x_2$, assuming the correlation coefficient $\rho_{12} = 0$. Plot the range of possible combinations of expected return and standard deviation as in Figure 8.3. Repeat the problem for $\rho_{12} = +.5$.

11. Mark Harrywitz proposes to invest in two shares, X and Y. He expects a return of 12% from X and 8% from Y. The standard deviation of returns is 8% for X and 5% for Y. The correlation coefficient between the returns is .2.



Visit us at
www.mhhe.com/bma

    a. Compute the expected return and standard deviation of the following portfolios:

| Portfolio | Percentage in X | Percentage in Y |
|---|---|---|
| 1 | 50 | 50 |
| 2 | 25 | 75 |
| 3 | 75 | 25 |

    b. Sketch the set of portfolios composed of X and Y.

    c. Suppose that Mr. Harrywitz can also borrow or lend at an interest rate of 5%. Show on your sketch how this alters his opportunities. Given that he can borrow or lend, what proportions of the common stock portfolio should be invested in X and Y?

12. Ebenezer Scrooge has invested 60% of his money in share A and the remainder in share B. He assesses their prospects as follows:

|  | A | B |
|---|---|---|
| Expected return (%) | 15 | 20 |
| Standard deviation (%) | 20 | 22 |
| Correlation between returns | | .5 |

    a. What are the expected return and standard deviation of returns on his portfolio?

    b. How would your answer change if the correlation coefficient were 0 or $-.5$?

    c. Is Mr. Scrooge's portfolio better or worse than one invested entirely in share A, or is it not possible to say?

13. Look back at Problem 3 in Chapter 7. The risk-free interest rate in each of these years was as follows:

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Interest rate% | 1.01 | 1.37 | 3.15 | 4.73 | 4.36 |

    a. Calculate the average return and standard deviation of returns for Ms. Sauros's portfolio and for the market. Use these figures to calculate the Sharpe ratio for the portfolio and the market. On this measure did Ms. Sauros perform better or worse than the market?

    b. Now calculate the average return that you could have earned over this period if you had held a combination of the market and a risk-free loan. Make sure that the combination has the same beta as Ms. Sauros's portfolio. Would your average return on this portfolio have been higher or lower?

    Explain your results.

14. Look back at Table 7.5 on page 174.

    a. What is the beta of a portfolio that has 40% invested in Disney and 60% in Exxon Mobil?

Visit us at www.mhhe.com/bma

b. Would you invest in this portfolio if you had no superior information about the prospects for these stocks? Devise an alternative portfolio with the same expected return and less risk.

c. Now repeat parts (a) and (b) with a portfolio that has 40% invested in Amazon and 60% in Dell.

15. The Treasury bill rate is 4%, and the expected return on the market portfolio is 12%. Using the capital asset pricing model:

a. Draw a graph similar to Figure 8.6 showing how the expected return varies with beta.

b. What is the risk premium on the market?

c. What is the required return on an investment with a beta of 1.5?

d. If an investment with a beta of .8 offers an expected return of 9.8%, does it have a positive NPV?

e. If the market expects a return of 11.2% from stock X, what is its beta?

16. Percival Hygiene has $10 million invested in long-term corporate bonds. This bond portfolio's expected annual rate of return is 9%, and the annual standard deviation is 10%.

Amanda Reckonwith, Percival's financial adviser, recommends that Percival consider investing in an index fund that closely tracks the Standard & Poor's 500 index. The index has an expected return of 14%, and its standard deviation is 16%.

a. Suppose Percival puts all his money in a combination of the index fund and Treasury bills. Can he thereby improve his expected rate of return without changing the risk of his portfolio? The Treasury bill yield is 6%.

b. Could Percival do even better by investing equal amounts in the corporate bond portfolio and the index fund? The correlation between the bond portfolio and the index fund is +.1.

17. Epsilon Corp. is evaluating an expansion of its business. The cash-flow forecasts for the project are as follows:

| Years | Cash Flow ($ millions) |
| --- | --- |
| 0 | −100 |
| 1–10 | +15 |

The firm's existing assets have a beta of 1.4. The risk-free interest rate is 4% and the expected return on the market portfolio is 12%. What is the project's NPV?

18. Some true or false questions about the APT:

a. The APT factors cannot reflect diversifiable risks.

b. The market rate of return cannot be an APT factor.

c. There is no theory that specifically identifies the APT factors.

d. The APT model could be true but not very useful, for example, if the relevant factors change unpredictably.

19. Consider the following simplified APT model:

| Factor | Expected Risk Premium |
| --- | --- |
| Market | 6.4% |
| Interest rate | −.6 |
| Yield spread | 5.1 |

**Visit us at www.mhhe.com/bma**

Calculate the expected return for the following stocks. Assume $r_f = 5\%$.

| | Factor Risk Exposures | | |
|---|---|---|---|
| | **Market** | **Interest Rate** | **Yield Spread** |
| **Stock** | $(b_1)$ | $(b_2)$ | $(b_3)$ |
| P | 1.0 | −2.0 | −.2 |
| P$^2$ | 1.2 | 0 | .3 |
| P$^3$ | .3 | .5 | 1.0 |

**20.** Look again at Problem 19. Consider a portfolio with equal investments in stocks P, P$^2$, and P$^3$.

   a. What are the factor risk exposures for the portfolio?

   b. What is the portfolio's expected return?

**21.** The following table shows the sensitivity of four stocks to the three Fama–French factors. Estimate the expected return on each stock assuming that the interest rate is .2%, the expected risk premium on the market is 7%, the expected risk premium on the size factor is 3.6%, and the expected risk premium on the book-to-market factor is 5.2%.

| | **Boeing** | **Johnson & Johnson** | **Dow Chemical** | **Microsoft** |
|---|---|---|---|---|
| Market | 0.66 | 0.54 | 1.05 | 0.91 |
| Size | 1.19 | −0.58 | −0.15 | −0.04 |
| Book-to-market | −0.76 | 0.19 | 0.77 | −0.40 |

## CHALLENGE

**22.** In footnote 4 we noted that the minimum-risk portfolio contained an investment of 73.1% in Campbell Soup and 26.9% in Boeing. Prove it. (*Hint:* You need a little calculus to do so.)

**23.** Look again at the set of the three efficient portfolios that we calculated in Section 8.1.

   a. If the interest rate is 10%, which of the four efficient portfolios should you hold?

   b. What is the beta of each holding relative to that portfolio? (*Hint:* Note that if a portfolio is efficient, the expected risk premium on each holding must be proportional to the beta of the stock *relative to that portfolio*.)

   c. How would your answers to (a) and (b) change if the interest rate were 5%?

**24.** The following question illustrates the APT. Imagine that there are only two pervasive macroeconomic factors. Investments X, Y, and Z have the following sensitivities to these two factors:

| **Investment** | $b_1$ | $b_2$ |
|---|---|---|
| X | 1.75 | .25 |
| Y | −1.00 | 2.00 |
| Z | 2.00 | 1.00 |

We assume that the expected risk premium is 4% on factor 1 and 8% on factor 2. Treasury bills obviously offer zero risk premium.

   a. According to the APT, what is the risk premium on each of the three stocks?

   b. Suppose you buy $200 of X and $50 of Y and sell $150 of Z. What is the sensitivity of your portfolio to each of the two factors? What is the expected risk premium?

c. Suppose you buy $80 of X and $60 of Y and sell $40 of Z. What is the sensitivity of your portfolio to each of the two factors? What is the expected risk premium?

d. Finally, suppose you buy $160 of X and $20 of Y and sell $80 of Z. What is your portfolio's sensitivity now to each of the two factors? And what is the expected risk premium?

e. Suggest two possible ways that you could construct a fund that has a sensitivity of .5 to factor 1 only. (*Hint:* One portfolio contains an investment in Treasury bills.) Now compare the risk premiums on each of these two investments.

f. Suppose that the APT did *not* hold and that X offered a risk premium of 8%, Y offered a premium of 14%, and Z offered a premium of 16%. Devise an investment that has zero sensitivity to each factor and that has a positive risk premium.

**REAL-TIME DATA ANALYSIS**



**You can download data for the following questions from the Standard & Poor's Market Insight Web site (www.mhhe.com/edumarketinsight)—see the "Monthly Adjusted Prices" spreadsheet—or from finance.yahoo.com.**

*Note:* When we calculated the efficient portfolios in Table 8.1, we assumed that the investor could not hold short positions (i.e., have negative holdings). The book's Web site (www.mhhe.com/bma) contains an Excel program for calculating the efficient frontier with short sales. (We are grateful to Simon Gervais for providing us with a copy of this program.) Excel functions SLOPE, STDEV, and CORREL are especially useful for answering the following questions.

1.  a. Look at the efficient portfolios constructed from the 10 stocks in Table 8.1. How does the possibility of short sales improve the choices open to the investor?

    b. Now download up to 10 years of monthly returns for 10 different stocks and enter them into the Excel program. Enter some plausible figures for the expected return on each stock and find the set of efficient portfolios.

2.  Find a low-risk stock—Exxon Mobil or Kellogg would be a good candidate. Use monthly returns for the most recent three years to confirm that the beta is less than 1.0. Now estimate the annual standard deviation for the stock and the S&P index, and the correlation between the returns on the stock and the index. Forecast the expected return for the stock, assuming the CAPM holds, with a market return of 12% and a risk-free rate of 5%.

    a. Plot a graph like Figure 8.5 showing the combinations of risk and return from a portfolio invested in your low-risk stock and the market. Vary the fraction invested in the stock from 0 to 100%.

    b. Suppose that you can borrow or lend at 5%. Would you invest in some combination of your low-risk stock and the market, or would you simply invest in the market? Explain.

    c. Suppose that you forecasted a return on the stock that is 5 percentage points higher than the CAPM return used in part (b). Redo parts (a) and (b) with the higher forecasted return.

    d. Find a high-risk stock and redo parts (a) and (b).

3.  Recalculate the betas for the stocks in Table 8.2 using the latest 60 monthly returns. Recalculate expected rates of return from the CAPM formula, using a current risk-free rate and a market risk premium of 7%. How have the expected returns changed from Table 8.2?

Visit us at www.mhhe.com/bma

# MINI-CASE ● ● ● ● ●

## John and Marsha on Portfolio Selection

*The scene:* John and Marsha hold hands in a cozy French restaurant in downtown Manhattan, several years before the mini-case in Chapter 9. Marsha is a futures-market trader. John manages a $125 million common-stock portfolio for a large pension fund. They have just ordered tournedos financiere for the main course and flan financiere for dessert. John reads the financial pages of *The Wall Street Journal* by candlelight.

*John:* Wow! Potato futures hit their daily limit. Let's add an order of gratin dauphinoise. Did you manage to hedge the forward interest rate on that euro loan?

*Marsha:* John, please fold up that paper. (*He does so reluctantly.*) John, I love you. Will you marry me?

*John:* Oh, Marsha, I love you too, but . . . there's something you must know about me—something I've never told anyone.

*Marsha (concerned):* John, what is it?

*John:* I think I'm a closet indexer.

*Marsha:* What? Why?

*John:* My portfolio returns always seem to track the S&P 500 market index. Sometimes I do a little better, occasionally a little worse. But the correlation between my returns and the market returns is over 90%.

*Marsha:* What's wrong with that? Your client wants a diversified portfolio of large-cap stocks. Of course your portfolio will follow the market.

*John:* Why doesn't my client just buy an index fund? Why is he paying *me?* Am I really adding value by active management? I try, but I guess I'm just an . . . indexer.

*Marsha:* Oh, John, I know you're adding value. You were a star security analyst.

*John:* It's not easy to find stocks that are truly over- or undervalued. I have firm opinions about a few, of course.

*Marsha:* You were explaining why Pioneer Gypsum is a good buy. And you're bullish on Global Mining.

*John:* Right, Pioneer. (*Pulls handwritten notes from his coat pocket.*) Stock price $87.50. I estimate the expected return as 11% with an annual standard deviation of 32%.

*Marsha:* Only 11%? You're forecasting a market return of 12.5%.

*John:* Yes, I'm using a market risk premium of 7.5% and the risk-free interest rate is about 5%. That gives 12.5%. But Pioneer's beta is only .65. I was going to buy 30,000 shares this morning, but I lost my nerve. I've got to stay diversified.

*Marsha:* Have you tried modern portfolio theory?

*John:* MPT? Not practical. Looks great in textbooks, where they show efficient frontiers with 5 or 10 stocks. But I choose from hundreds, maybe thousands, of stocks. Where do I get the inputs for 1,000 stocks? That's a million variances and covariances!

*Marsha:* Actually only about 500,000, dear. The covariances above the diagonal are the same as the covariances below. But you're right, most of the estimates would be out-of-date or just garbage.

*John:* To say nothing about the expected returns. Garbage in, garbage out.

*Marsha:* But John, you don't need to solve for 1,000 portfolio weights. You only need a handful. Here's the trick: Take your benchmark, the S&P 500, as security 1. That's what you would

Visit us at www.mhhe.com/bma

end up with as an indexer. Then consider a few securities you really know something about. Pioneer could be security 2, for example. Global, security 3. And so on. Then you could put your wonderful financial mind to work.

*John:* I get it: active management means selling off some of the benchmark portfolio and investing the proceeds in specific stocks like Pioneer. But how do I decide whether Pioneer really improves the portfolio? Even if it does, how much should I buy?

*Marsha:* Just maximize the Sharpe ratio, dear.

*John:* I've got it! The answer is yes!

*Marsha:* What's the question?

*John:* You asked me to marry you. The answer is yes. Where should we go on our honeymoon?

*Marsha:* How about Australia? I'd love to visit the Sydney Futures Exchange.

### QUESTIONS

1.  Table 8.4 reproduces John's notes on Pioneer Gypsum and Global Mining. Calculate the expected return, risk premium, and standard deviation of a portfolio invested partly in the market and partly in Pioneer. (You can calculate the necessary inputs from the betas and standard deviations given in the table.) Does adding Pioneer to the market benchmark improve the Sharpe ratio? How much should John invest in Pioneer and how much in the market?

2.  Repeat the analysis for Global Mining. What should John do in this case? Assume that Global accounts for .75% of the S&P index.

▶ **TABLE 8.4**  John's notes on Pioneer Gypsum and Global Mining.

|  | Pioneer Gypsum | Global Mining |
|---|---|---|
| Expected return | 11.0% | 12.9% |
| Standard deviation | 32% | 20% |
| Beta | .65 | 1.22 |
| Stock price | $87.50 | $105.00 |

# Risk and the Cost of Capital

▶ **Long before the** development of modern theories linking risk and return, smart financial managers adjusted for risk in capital budgeting. They knew that risky projects are, other things equal, less valuable than safe ones—that is just common sense. Therefore they demanded higher rates of return from risky projects, or they based their decisions about risky projects on conservative forecasts of project cash flows.

Today most companies start with the *company cost of capital* as a benchmark risk-adjusted discount rate for new investments. The company cost of capital is the right discount rate only for investments that have the same risk as the company's overall business. For riskier projects the opportunity cost of capital is greater than the company cost of capital. For safer projects it is less.

The company cost of capital is usually estimated as a weighted-average cost of capital, that is, as the average rate of return demanded by investors in the company's debt and equity. The hardest part of estimating the weighted-average cost of capital is figuring out the cost of equity, that is, the expected rate of return to investors in the firm's common stock. Many firms turn to the capital asset pricing model (CAPM) for an answer. The CAPM states that the expected rate of return equals the risk-free interest rate plus a risk premium that depends on beta and the market risk premium.

We explained the CAPM in the last chapter, but didn't show you how to estimate betas. You can't look up betas in a newspaper or see them clearly by tracking a few day-to-day changes in stock price. But you can get useful statistical estimates from the history of stock and market returns.

Now suppose you're responsible for a specific investment project. How do you know if the project is average risk or above- or below-average risk? We suggest you check whether the project's cash flows are more or less sensitive to the business cycle than the average project. Also check whether the project has higher or lower fixed operating costs (higher or lower operating leverage) and whether it requires large future investments.

Remember that a project's cost of capital depends only on market risk. Diversifiable risk can affect project cash flows but does not increase the cost of capital. Also don't be tempted to add arbitrary fudge factors to discount rates. Fudge factors are too often added to discount rates for projects in unstable parts of the world, for example.

Risk varies from project to project. Risk can also vary over time for a given project. For example, some projects are riskier in youth than in old age. But financial managers usually assume that project risk will be the same in every future period, and they use a single risk-adjusted discount rate for all future cash flows. We close the chapter by introducing certainty equivalents, which illustrate how risk can change over time.

●●●●●

## 9-1  Company and Project Costs of Capital

The **company cost of capital** is defined as the expected return on a portfolio of all the company's existing securities. It is the opportunity cost of capital for investment in the firm's assets, and therefore the appropriate discount rate for the firm's average-risk projects.

If the firm has no debt outstanding, then the company cost of capital is just the expected rate of return on the firm's stock. Many large, successful companies pretty well fit this special case, including Johnson & Johnson (J&J). In Table 8.2 we estimated that investors require a return of 3.8% from J&J common stock. If J&J is contemplating an expansion of its existing business, it would make sense to discount the forecasted cash flows at 3.8%.[1]

The company cost of capital is *not* the correct discount rate if the new projects are more or less risky than the firm's existing business. Each project should in principle be evaluated at its *own* opportunity cost of capital. This is a clear implication of the value-additivity principle introduced in Chapter 7. For a firm composed of assets A and B, the firm value is

$$\text{Firm value} = PV(AB) = PV(A) + PV(B)$$
$$= \text{sum of separate asset values}$$

Here PV(A) and PV(B) are valued just as if they were mini-firms in which stockholders could invest directly. Investors would value A by discounting its forecasted cash flows at a rate reflecting the risk of A. They would value B by discounting at a rate reflecting the risk of B. The two discount rates will, in general, be different. If the present value of an asset depended on the identity of the company that bought it, present values would *not* add up, and we know they do add up. (Consider a portfolio of $1 million invested in J&J and $1 million invested in Toyota. Would any reasonable investor say that the portfolio is worth anything more or less than $2 million?)

If the firm considers investing in a third project C, it should also value C as if C were a mini-firm. That is, the firm should discount the cash flows of C at the expected rate of return that investors would demand if they could make a separate investment in C. *The opportunity cost of capital depends on the use to which that capital is put.*

Perhaps we're saying the obvious. Think of J&J: it is a massive health care and consumer products company, with $64 billion in sales in 2008. J&J has well-established consumer products, including Band-Aid® bandages, Tylenol®, and products for skin care and babies. It also invests heavily in much chancier ventures, such as biotech research and development (R&D). Do you think that a new production line for baby lotion has the same cost of capital as an investment in biotech R&D? We don't, though we admit that estimating the cost of capital for biotech R&D could be challenging.

Suppose we measure the risk of each project by its beta. Then J&J should accept any project lying above the upward-sloping security market line that links expected return to risk in Figure 9.1. If the project is high-risk, J&J needs a higher prospective return than if the project is low-risk. That is different from the company cost of capital rule, which accepts any project *regardless of its risk* as long as it offers a higher return than the *company's* cost of capital. The rule tells J&J to accept any project above the horizontal cost of capital line in Figure 9.1, that is, any project offering a return of more than 3.8%.

It is clearly silly to suggest that J&J should demand the same rate of return from a very safe project as from a very risky one. If J&J used the company cost of capital rule, it would reject many good low-risk projects and accept many poor high-risk projects. It is also silly to

---

[1] If 3.8% seems like a very low number, recall that short-term interest rates were at historic lows in 2009. Long-term interest rates were higher, and J&J probably would use a higher discount rate for cash flows spread out over many future years. We return to this distinction later in the chapter. We have also simplified by treating J&J as all-equity-financed. J&J's market-value debt ratio is very low, but not zero. We discuss debt financing and the weighted-average cost of capital below.



A comparison between the company cost of capital rule and the required return from the capital asset pricing model. J&J's company cost of capital is about 3.8%. This is the correct discount rate only if the project beta is .50. In general, the correct discount rate increases as project beta increases. J&J should accept projects with rates of return above the security market line relating required return to beta.

suggest that just because another company has a low company cost of capital, it is justified in accepting projects that J&J would reject.

## Perfect Pitch and the Cost of Capital

The true cost of capital depends on project risk, not on the company undertaking the project. So why is so much time spent estimating the company cost of capital?

There are two reasons. First, many (maybe most) projects can be treated as average risk, that is, neither more nor less risky than the average of the company's other assets. For these projects the company cost of capital is the right discount rate. Second, the company cost of capital is a useful starting point for setting discount rates for unusually risky or safe projects. It is easier to add to, or subtract from, the company cost of capital than to estimate each project's cost of capital from scratch.

There is a good musical analogy here. Most of us, lacking perfect pitch, need a well-defined reference point, like middle C, before we can sing on key. But anyone who can carry a tune gets *relative* pitches right. Businesspeople have good intuition about *relative* risks, at least in industries they are used to, but not about absolute risk or required rates of return. Therefore, they set a companywide cost of capital as a benchmark. This is not the right discount rate for everything the company does, but adjustments can be made for more or less risky ventures.

That said, we have to admit that many large companies use the company cost of capital not just as a benchmark, but also as an all-purpose discount rate for every project proposal. Measuring differences in risk is difficult to do objectively, and financial managers shy away from intracorporate squabbles. (You can imagine the bickering: "My projects are safer than yours! I want a lower discount rate!" "No they're not! Your projects are riskier than a naked call option!")[2]

When firms force the use of a single company cost of capital, risk adjustment shifts from the discount rate to project cash flows. Top management may demand extra-conservative cash-flow forecasts from extra-risky projects. They may refuse to sign off on an extra-risky project unless NPV, computed at the company cost of capital, is well above zero. Rough-and-ready risk adjustments are better than none at all.

---

[2] A "naked" call option is an option purchased with no offsetting (hedging) position in the underlying stock or in other options. We discuss options in Chapter 20.

## Debt and the Company Cost of Capital

We defined the company cost of capital as "the expected return on a portfolio of all the company's existing securities." That portfolio usually includes debt as well as equity. Thus the cost of capital is estimated as a blend of the *cost of debt* (the interest rate) and the *cost of equity* (the expected rate of return demanded by investors in the firm's common stock).

Suppose the company's market-value balance sheet looks like this:

| Asset value | 100 | Debt | $D = 30$ at 7.5% |
|---|---|---|---|
| | | Equity | $E = 70$ at 15% |
| Asset value | 100 | Firm value | $V = 100$ |

The values of debt and equity add up to overall firm value ($D + E = V$) and firm value $V$ equals asset value. These figures are all market values, not book (accounting) values. The market value of equity is often much larger than the book value, so the market debt ratio $D/V$ is often much lower than a debt ratio computed from the book balance sheet.

The 7.5% cost of debt is the opportunity cost of capital for the investors who hold the firm's debt. The 15% cost of equity is the opportunity cost of capital for the investors who hold the firm's shares. Neither measures the *company* cost of capital, that is, the opportunity cost of investing in the firm's *assets.* The cost of debt is less than the company cost of capital, because debt is safer than the assets. The cost of equity is greater than the company cost of capital, because the equity of a firm that borrows is riskier than the assets. Equity is not a direct claim on the firm's free cash flow. It is a residual claim that stands behind debt.

The company cost of capital is not equal to the cost of debt or to the cost of equity but is a blend of the two. Suppose you purchased a portfolio consisting of 100% of the firm's debt and 100% of its equity. Then you would own 100% of its assets lock, stock, and barrel. You would not share the firm's free cash flow with anyone; every dollar that the firm pays out would be paid to you.

The expected rate of return on your hypothetical portfolio is the company cost of capital. The expected rate of return is just a weighted average of the cost of debt ($r_D = 7.5\%$) and the cost of equity ($r_E = 15\%$). The weights are the relative market values of the firm's debt and equity, that is, $D/V = 30\%$ and $E/V = 70\%$.[3]

$$\text{Company cost of capital} = r_D D/V + r_E E/V$$
$$= 7.5 \times .30 + 15 \times .70 = 12.75\%$$

This blended measure of the company cost of capital is called the **weighted-average cost of capital** or **WACC** (pronounced "whack"). Calculating WACC is a bit more complicated than our example suggests, however. For example, interest is a tax-deductible expense for corporations, so the after-tax cost of debt is $(1 - T_c)r_D$, where $T_c$ is the marginal corporate tax rate. Suppose $T_c = 35\%$. Then *after-tax WACC* is

$$\text{After-tax WACC} = (1 - T_c)r_D D/V + r_E E/V$$
$$= (1 - .35) \times 7.5 \times .30 + 15 \times .70 = 12.0\%$$

We give another example of the after-tax WACC later in this chapter, and we cover the topic in much more detail in Chapter 19. But now we turn to the hardest part of calculating WACC, estimating the cost of equity.

---

[3] Recall that the 30% and 70% weights in your hypothetical portfolio are based on market, not book, values. Now you can see why. If the portfolio were constructed with different book weights, say 50-50, then the portfolio returns could not equal the asset returns.

**9-2** Measuring the Cost of Equity

To calculate the weighted-average cost of capital, you need an estimate of the cost of equity. You decide to use the capital asset pricing model (CAPM). Here you are in good company: as we saw in the last chapter, most large U.S. companies do use the CAPM to estimate the cost of equity, which is the expected rate of return on the firm's common stock.[4] The CAPM says that

$$\text{Expected stock return} = r_f + \beta\,(r_m - r_f)$$

Now you have to estimate beta. Let us see how that is done in practice.

### Estimating Beta

In principle we are interested in the future beta of the company's stock, but lacking a crystal ball, we turn first to historical evidence. For example, look at the scatter diagram at the top left of Figure 9.2. Each dot represents the return on Amazon stock and the return on the market in a particular month. The plot starts in January 1999 and runs to December 2003, so there are 60 dots in all.

The second diagram on the left shows a similar plot for the returns on Disney stock, and the third shows a plot for Campbell Soup. In each case we have fitted a line through the points. The slope of this line is an estimate of beta.[5] It tells us how much on average the stock price changed when the market return was 1% higher or lower.

The right-hand diagrams show similar plots for the same three stocks during the subsequent period ending in December 2008. Although the slopes varied from the first period to the second, there is little doubt that Campbell Soup's beta is much less than Amazon's or that Disney's beta falls somewhere between the two. If you had used the past beta of each stock to predict its future beta, you would not have been too far off.

Only a small portion of each stock's total risk comes from movements in the market. The rest is firm-specific, diversifiable risk, which shows up in the scatter of points around the fitted lines in Figure 9.2. *R-squared* ($R^2$) measures the proportion of the total variance in the stock's returns that can be explained by market movements. For example, from 2004 to 2008, the $R^2$ for Disney was .395. In other words, about 40% of Disney's risk was market risk and 60% was diversifiable risk. The variance of the returns on Disney stock was 383.[6] So we could say that the variance in stock returns that was due to the market was $.4 \times 383 = 153$, and the variance of diversifiable returns was $.6 \times 383 = 230$.

The estimates of beta shown in Figure 9.2 are just that. They are based on the stocks' returns in 60 particular months. The noise in the returns can obscure the true beta.[7] Therefore, statisticians calculate the *standard error* of the estimated beta to show the extent of possible mismeasurement. Then they set up a *confidence interval* of the estimated value plus or minus two standard errors. For example, the standard error of Disney's

---

[4] The CAPM is not the last word on risk and return, of course, but the principles and procedures covered in this chapter work just as well with other models such as the Fama–French three-factor model. See Section 8-4.

[5] Notice that to estimate beta you must regress the *returns* on the stock on the market *returns*. You would get a very similar estimate if you simply used the percentage *changes* in the stock price and the market index. But sometimes people make the mistake of regressing the stock price *level* on the *level* of the index and obtain nonsense results.

[6] This is an annual figure; we annualized the monthly variance by multiplying by 12 (see footnote 18 in Chapter 7). The standard deviation was $\sqrt{383} = 19.6\%$.

[7] Estimates of beta may be distorted if there are extreme returns in one or two months. This is a potential problem in our estimates for 2004–2008, since you can see in Figure 9.2 that there was one month (October 2008) when the market fell by over 16%. The performance of each stock that month has an excessive effect on the estimated beta. In such cases statisticians may prefer to give less weight to the extreme observations or even to omit them entirely.



**FIGURE 9.2**

We have used past returns to estimate the betas of three stocks for the periods January 1999 to December 2003 (left-hand diagrams) and January 2004 to December 2008 (right-hand diagrams). Beta is the slope of the fitted line. Notice that in both periods Amazon had the highest beta and Campbell Soup the lowest. Standard errors are in parentheses below the betas. The standard error shows the range of possible error in the beta estimate. We also report the proportion of total risk that is due to market movements ($R^2$).

estimated beta in the most recent period is about .16. Thus the confidence interval for Disney's beta is .96 plus or minus 2 × .16. If you state that the *true* beta for Disney is between .64 and 1.28, you have a 95% chance of being right. Notice that we can be equally confident of our estimate of Campbell Soup's beta, but much less confident of Amazon's.

Usually you will have more information (and thus more confidence) than this simple, and somewhat depressing, calculation suggests. For example, you know that Campbell Soup's estimated beta was well below 1 in two successive five-year periods. Amazon's estimated beta was well above 1 in both periods. Nevertheless, there is always a large margin for error when estimating the beta for individual stocks.

Fortunately, the estimation errors tend to cancel out when you estimate betas of *portfolios*.[8] That is why financial managers often turn to *industry betas*. For example, Table 9.1 shows estimates of beta and the standard errors of these estimates for the common stocks of six large railroad companies. Five of the standard errors are above .2. Kansas City Southern's is .29, large enough to preclude a price estimate of that railroad's beta. However, the table also shows the estimated beta for a portfolio of all six railroad stocks. Notice that the estimated industry beta is somewhat more reliable. This shows up in the lower standard error.

### The Expected Return on Union Pacific Corporation's Common Stock

Suppose that in early 2009 you had been asked to estimate the company cost of capital of Union Pacific. Table 9.1 provides two clues about the true beta of Union Pacific's stock: the direct estimate of 1.16 and the average estimate for the industry of 1.24. We will use the direct estimate of 1.16.[9]

The next issue is what value to use for the risk-free interest rate. By the first months of 2009, the U.S. Federal Reserve Board had pushed down Treasury bill rates to about .2% in an attempt to reverse the financial crisis and recession. The one-year interest rate was only a little higher, at about .7%. Yields on longer-maturity U.S. Treasury bonds were higher still, at about 3.3% on 20-year bonds.

The CAPM is a short-term model. It works period by period and calls for a short-term interest rate. But could a .2% three-month risk-free rate give the right discount rate for cash flows 10 or 20 years in the future? Well, now that you mention it, probably not.

Financial managers muddle through this problem in one of two ways. The first way simply uses a long-term risk-free rate in the CAPM formula. If this short-cut is used, then

| | Beta | Standard Error |
|---|---|---|
| Burlington Northern Santa Fe | 1.01 | .19 |
| Canadian Pacific | 1.34 | .23 |
| CSX | 1.14 | .22 |
| Kansas City Southern | 1.75 | .29 |
| Norfolk Southern | 1.05 | .24 |
| Union Pacific | 1.16 | .21 |
| Industry portfolio | 1.24 | .18 |

▶ **TABLE 9.1**   Estimates of betas and standard errors for a sample of large railroad companies and for an equally weighted portfolio of these companies, based on monthly returns from January 2004 to December 2008. The portfolio beta is more reliable than the betas of the individual companies. Note the lower standard error for the portfolio.

---

[8] If the observations are independent, the standard error of the estimated mean beta declines in proportion to the square root of the number of stocks in the portfolio.

[9] One reason that Union Pacific's beta is less than that of the average railroad is that the company has below-average debt ratio. Chapter 19 explains how to adjust betas for differences in debt ratios.

the market risk premium must be restated as the average difference between market returns and returns on *long-term* Treasuries.[10]

The second way retains the usual definition of the market risk premium as the difference between market returns and returns on *short-term* Treasury bill rates. But now you have to forecast the expected return from holding Treasury bills over the life of the project. In Chapter 3 we observed that investors require a risk premium for holding long-term bonds rather than bills. Table 7.1 showed that over the past century this risk premium has averaged about 1.5%. So to get a rough but reasonable estimate of the expected long-term return from investing in Treasury bills, we need to subtract 1.5% from the current yield on long-term bonds. In our example

$$\text{Expected long-term return from bills} = \text{yield on long-term bonds} - 1.5\%$$
$$= 3.3 - 1.5 = 1.8\%$$

This is a plausible estimate of the expected average future return on Treasury bills. We therefore use this rate in our example.

Returning to our Union Pacific example, suppose you decide to use a market risk premium of 7%. Then the resulting estimate for Union Pacific's cost of equity is about 9.9%:

$$\text{Cost of equity} = \text{expected return} = r_f + \beta (r_m - r_f)$$
$$= 1.8 + 1.16 \times 7.0 = 9.9\%$$

## Union Pacific's After-Tax Weighted-Average Cost of Capital

Now you can calculate Union Pacific's after-tax WACC in early 2009. The company's cost of debt was about 7.8%. With a 35% corporate tax rate, the after-tax cost of debt was $r_D(1 - Tc) = 7.8 \times (1 - .35) = 5.1\%$. The ratio of debt to overall company value was $D/V = 31.5\%$. Therefore:

$$\text{After-tax WACC} = (1 - T_c)r_D D/V + r_E E/V$$
$$= (1 - .35) \times 7.8 \times .315 + 9.9 \times .685 = 8.4\%$$

Union Pacific should set its overall cost of capital to 8.4%, assuming that its CFO agrees with our estimates.

**Warning**    The cost of debt is always less than the cost of equity. The WACC formula blends the two costs. The formula is dangerous, however, because it suggests that the average cost of capital could be reduced by substituting cheap debt for expensive equity. It doesn't work that way! As the debt ratio $D/V$ increases, the cost of the remaining equity also increases, offsetting the apparent advantage of more cheap debt. We show how and why this offset happens in Chapter 17.

Debt does have a tax advantage, however, because interest is a tax-deductible expense. That is why we use the after-tax cost of debt in the after-tax WACC. We cover debt and taxes in much more detail in Chapters 18 and 19.

## Union Pacific's Asset Beta

The after-tax WACC depends on the average risk of the company's assets, but it also depends on taxes and financing. It's easier to think about project risk if you measure it directly. The direct measure is called the **asset beta.**

---

[10] This approach gives a security market line with a higher intercept and a lower market risk premium. Using a "flatter" security market line is perhaps a better match to the historical evidence, which shows that the slope of average returns against beta is not as steeply upward-sloping as the CAPM predicts. See Figures 8.8 and 8.9.

We calculate the asset beta as a blend of the separate betas of debt ($\beta_D$) and equity ($\beta_E$). For Union Pacific we have $\beta_E = 1.16$, and we'll assume $\beta_D = .3$.[11] The weights are the fractions of debt and equity financing, $D/V = .315$ and $E/V = .685$:

$$\text{Asset beta} = \beta_A = \beta_D(D/V) + \beta_E(E/V)$$
$$\beta_A = .3 \times .315 + 1.16 \times .685 = .89$$

Calculating an asset beta is similar to calculating a weighted-average cost of capital. The debt and equity weights $D/V$ and $E/V$ are the same. The logic is also the same: Suppose you purchased a portfolio consisting of 100% of the firm's debt and 100% of its equity. Then you would own 100% of its assets lock, stock, and barrel, and the beta of your portfolio would equal the beta of the assets. The portfolio beta is of course just a weighted average of the betas of debt and equity.

This asset beta is an estimate of the average risk of Union Pacific's railroad business. It is a useful benchmark, but it can take you only so far. Not all railroad investments are average risk. And if you are the first to use railroad-track networks as interplanetary transmission antennas, you will have no asset beta to start with.

How can you make informed judgments about costs of capital for projects or lines of business when you suspect that risk is *not* average? That is our next topic.

## 9-3 Analyzing Project Risk

Suppose that a coal-mining corporation wants to assess the risk of investing in commercial real estate, for example, in a new company headquarters. The asset beta for coal mining is not helpful. You need to know the beta of real estate. Fortunately, portfolios of commercial real estate are traded. For example, you could estimate asset betas from returns on Real Estate Investment Trusts (REITs) specializing in commercial real estate.[12] The REITs would serve as traded *comparables* for the proposed office building. You could also turn to indexes of real estate prices and returns derived from sales and appraisals of commercial properties.[13]

A company that wants to set a cost of capital for one particular line of business typically looks for *pure plays* in that line of business. Pure-play companies are public firms that specialize in one activity. For example, suppose that J&J wants to set a cost of capital for its pharmaceutical business. It could estimate the average asset beta or cost of capital for pharmaceutical companies that have *not* diversified into consumer products like Band-Aid® bandages or baby powder.

Overall company costs of capital are almost useless for *conglomerates*. Conglomerates diversify into several unrelated industries, so they have to consider industry-specific costs of capital. They therefore look for pure plays in the relevant industries. Take Richard Branson's Virgin Group as an example. The group combines many different companies, including airlines (Virgin Atlantic) and retail outlets for music, books, and movies (Virgin Megastores). Fortunately there are many examples of pure-play airlines and pure-play retail

---

[11] Why is the debt beta positive? Two reasons: First, debt investors worry about the risk of default. Corporate bond prices fall, relative to Treasury-bond prices, when the economy goes from expansion to recession. The risk of default is therefore partly a macroeconomic and market risk. Second, all bonds are exposed to uncertainty about interest rates and inflation. Even Treasury bonds have positive betas when long-term interest rates and inflation are volatile and uncertain.

[12] REITs are investment funds that invest in real estate. You would have to be careful to identify REITs investing in commercial properties similar to the proposed office building. There are also REITs that invest in other types of real estate, including apartment buildings, shopping centers, and timberland.

[13] See Chapter 23 in D. Geltner, N. G. Miller, J. Clayton, and P. Eichholtz, *Commercial Real Estate Analysis and Investments,* 2nd ed. (South-Western College Publishing, 2006).

chains. The trick is picking the comparables with business risks that are most similar to Virgin's companies.

Sometimes good comparables are not available or not a good match to a particular project. Then the financial manager has to exercise his or her judgment. Here we offer the following advice:

1. *Think about the determinants of asset betas.* Often the characteristics of high- and low-beta assets can be observed when the beta itself cannot be.
2. *Don't be fooled by diversifiable risk.*
3. *Avoid fudge factors.* Don't give in to the temptation to add fudge factors to the discount rate to offset things that could go wrong with the proposed investment. Adjust cash-flow forecasts first.

## What Determines Asset Betas?

**Cyclicality**   Many people's intuition associates risk with the variability of earnings or cash flow. But much of this variability reflects diversifiable risk. Lone prospectors searching for gold look forward to extremely uncertain future income, but whether they strike it rich is unlikely to depend on the performance of the market portfolio. Even if they do find gold, they do not bear much market risk. Therefore, an investment in gold prospecting has a high standard deviation but a relatively low beta.

What really counts is the strength of the relationship between the firm's earnings and the aggregate earnings on all real assets. We can measure this either by the *earnings beta* or by the *cash-flow beta*. These are just like a real beta except that changes in earnings or cash flow are used in place of rates of return on securities. We would predict that firms with high earnings or cash-flow betas should also have high asset betas.

This means that cyclical firms—firms whose revenues and earnings are strongly dependent on the state of the business cycle—tend to be high-beta firms. Thus you should demand a higher rate of return from investments whose performance is strongly tied to the performance of the economy. Examples of cyclical businesses include airlines, luxury resorts and restaurants, construction, and steel. (Much of the demand for steel depends on construction and capital investment.) Examples of less-cyclical businesses include food and tobacco products and established consumer brands such as J&J's baby products. MBA programs are another example, because spending a year or two at a business school is an easier choice when jobs are scarce. Applications to top MBA programs increase in recessions.

**Operating Leverage**   A production facility with high fixed costs, relative to variable costs, is said to have high *operating leverage.* High operating leverage means a high asset beta. Let us see how this works.

The cash flows generated by an asset can be broken down into revenue, fixed costs, and variable costs:

$$\text{Cash flow} = \text{revenue} - \text{fixed cost} - \text{variable cost}$$

Costs are variable if they depend on the rate of output. Examples are raw materials, sales commissions, and some labor and maintenance costs. Fixed costs are cash outflows that occur regardless of whether the asset is active or idle, for example, property taxes or the wages of workers under contract.

We can break down the asset's present value in the same way:

$$\text{PV}(\text{asset}) = \text{PV}(\text{revenue}) - \text{PV}(\text{fixed cost}) - \text{PV}(\text{variable cost})$$

Or equivalently

$$PV(\text{revenue}) = PV(\text{fixed cost}) + PV(\text{variable cost}) + PV(\text{asset})$$

Those who *receive* the fixed costs are like debtholders in the project; they simply get a fixed payment. Those who receive the net cash flows from the asset are like holders of common stock; they get whatever is left after payment of the fixed costs.

We can now figure out how the asset's beta is related to the betas of the values of revenue and costs. The beta of PV(revenue) is a weighted average of the betas of its component parts:

$$\beta_{\text{revenue}} = \beta_{\text{fixed cost}} \frac{PV(\text{fixed cost})}{PV(\text{revenue})}$$

$$+ \beta_{\text{variable cost}} \frac{PV(\text{variable cost})}{PV(\text{revenue})} + \beta_{\text{assets}} \frac{PV(\text{asset})}{PV(\text{revenue})}$$

The fixed-cost beta should be about zero; whoever receives the fixed costs receives a fixed stream of cash flows. The betas of the revenues and variable costs should be approximately the same, because they respond to the same underlying variable, the rate of output. Therefore we can substitute $\beta_{\text{revenue}}$ for $\beta_{\text{variable cost}}$ and solve for the asset beta. Remember, we are assuming $\beta_{\text{fixed cost}} = 0$. Also, $PV(\text{revenue}) - PV(\text{variable cost}) = PV(\text{asset}) + PV(\text{fixed cost})$.[14]

$$\beta_{\text{assets}} = \beta_{\text{revenue}} \frac{PV(\text{revenue}) - PV(\text{variable cost})}{PV(\text{asset})}$$

$$= \beta_{\text{revenue}} \left[ 1 + \frac{PV(\text{fixed cost})}{PV(\text{asset})} \right]$$

Thus, given the cyclicality of revenues (reflected in $\beta_{\text{revenue}}$), the asset beta is proportional to the ratio of the present value of fixed costs to the present value of the project.

Now you have a rule of thumb for judging the relative risks of alternative designs or technologies for producing the same project. Other things being equal, the alternative with the higher ratio of fixed costs to project value will have the higher project beta. Empirical tests confirm that companies with high operating leverage actually do have high betas.[15]

We have interpreted fixed costs as costs of production, but fixed costs can show up in other forms, for example, as future investment outlays. Suppose that an electric utility commits to build a large electricity-generating plant. The plant will take several years to build, and the cost is fixed. Our operating leverage formula still applies, but with PV(future investment) included in PV(fixed costs). The commitment to invest therefore increases the plant's asset beta. Of course PV(future investment) decreases as the plant is constructed and disappears when the plant is up and running. Therefore the plant's asset beta is only temporarily high during construction.

**Other Sources of Risk** So far we have focused on cash flows. Cash-flow risk is not the only risk. A project's value is equal to the expected cash flows discounted at the risk-adjusted discount rate $r$. If either the risk-free rate or the market risk premium changes, then $r$ will change and so will the project value. A project with very long-term cash flows is more exposed to such

---

[14] In Chapter 10 we describe an accounting measure of the degree of operating leverage (DOL), defined as DOL = 1 + fixed costs/profits. DOL measures the percentage change in profits for a 1% change in revenue. We have derived here a version of DOL expressed in PVs and betas.

[15] See B. Lev, "On the Association between Operating Leverage and Risk," *Journal of Financial and Quantitative Analysis* 9 (September 1974), pp. 627–642; and G. N. Mandelker and S. G. Rhee, "The Impact of the Degrees of Operating and Financial Leverage on Systematic Risk of Common Stock," *Journal of Financial and Quantitative Analysis* 19 (March 1984), pp. 45–57.

shifts in the discount rate than one with short-term cash flows. This project will, therefore, have a high beta even though it may not have high operating leverage and cyclicality.[16]

You cannot hope to estimate the relative risk of assets with any precision, but good managers examine any project from a variety of angles and look for clues as to its riskiness. They know that high market risk is a characteristic of cyclical ventures, of projects with high fixed costs and of projects that are sensitive to marketwide changes in the discount rate. They think about the major uncertainties affecting the economy and consider how projects are affected by these uncertainties.

### Don't Be Fooled by Diversifiable Risk

In this chapter we have defined risk as the asset beta for a firm, industry, or project. But in everyday usage, "risk" simply means "bad outcome." People think of the risks of a project as a list of things that can go wrong. For example,

- A geologist looking for oil worries about the risk of a dry hole.
- A pharmaceutical-company scientist worries about the risk that a new drug will have unacceptable side effects.
- A plant manager worries that new technology for a production line will fail to work, requiring expensive changes and repairs.
- A telecom CFO worries about the risk that a communications satellite will be damaged by space debris. (This was the fate of an Iridium satellite in 2009, when it collided with Russia's defunct Cosmos 2251. Both were blown to smithereens.)

Notice that these risks are all diversifiable. For example, the Iridium-Cosmos collision was definitely a zero-beta event. These hazards do not affect asset betas and should not affect the discount rate for the projects.

Sometimes financial managers increase discount rates in an attempt to offset these risks. This makes no sense. Diversifiable risks should not increase the cost of capital.

---

**EXAMPLE 9.1**   ● Allowing for Possible Bad Outcomes

Project Z will produce just one cash flow, forecasted at $1 million at year 1. It is regarded as average risk, suitable for discounting at a 10% company cost of capital:

$$PV = \frac{C_1}{1 + r} = \frac{1,000,000}{1.1} = \$909,100$$

But now you discover that the company's engineers are behind schedule in developing the technology required for the project. They are confident it will work, but they admit to a small chance that it will not. You still see the *most likely* outcome as $1 million, but you also see some chance that project Z will generate *zero* cash flow next year.

Now the project's prospects are clouded by your new worry about technology. It must be worth less than the $909,100 you calculated before that worry arose. But how much less? There is *some* discount rate (10% plus a fudge factor) that will give the right value, but we do not know what that adjusted discount rate is.

We suggest you reconsider your original $1 million forecast for project Z's cash flow. Project cash flows are supposed to be *unbiased* forecasts that give due weight to all possible outcomes, favorable and unfavorable. Managers making unbiased forecasts are correct on

---

[16] See J. Y. Campbell and J. Mei, "Where Do Betas Come From? Asset Price Dynamics and the Sources of Systematic Risk," *Review of Financial Studies* 6 (Fall 1993), pp. 567–592. Cornell discusses the effect of duration on project risk in B. Cornell, "Risk, Duration and Capital Budgeting: New Evidence on Some Old Questions," *Journal of Business* 72 (April 1999), pp. 183–200.

average. Sometimes their forecasts will turn out high, other times low, but their errors will average out over many projects.

If you forecast a cash flow of $1 million for projects like Z, you will overestimate the average cash flow, because every now and then you will hit a zero. Those zeros should be "averaged in" to your forecasts.

For many projects, the most likely cash flow is also the unbiased forecast. If there are three possible outcomes with the probabilities shown below, the unbiased forecast is $1 million. (The unbiased forecast is the sum of the probability-weighted cash flows.)

| Possible Cash Flow | Probability | Probability-Weighted Cash Flow | Unbiased Forecast |
|---|---|---|---|
| 1.2 | .25 | .3 | |
| 1.0 | .50 | .5 | 1.0, or $1 million |
| .8 | .25 | .2 | |

This might describe the initial prospects of project Z. But if technological uncertainty introduces a 10% chance of a zero cash flow, the unbiased forecast could drop to $900,000:

| Possible Cash Flow | Probability | Probability-Weighted Cash Flow | Unbiased Forecast |
|---|---|---|---|
| 1.2 | .225 | .27 | |
| 1.0 | .45 | .45 | .90, or $900,000 |
| .8 | .225 | .18 | |
| 0 | .10 | .0 | |

The present value is

$$PV = \frac{.90}{1.1} = .818, \text{ or } \$818,000$$

• • • • •

Managers often work out a range of possible outcomes for major projects, sometimes with explicit probabilities attached. We give more elaborate examples and further discussion in Chapter 10. But even when outcomes and probabilities are not explicitly written down, the manager can still consider the good and bad outcomes as well as the most likely one. When the bad outcomes outweigh the good, the cash-flow forecast should be reduced until balance is regained.

Step 1, then, is to do your best to make unbiased forecasts of a project's cash flows. Unbiased forecasts incorporate all risks, including diversifiable risks as well as market risks. Step 2 is to consider whether *diversified* investors would regard the project as more or less risky than the average project. In this step only market risks are relevant.

## Avoid Fudge Factors in Discount Rates

Think back to our example of project Z, where we reduced forecasted cash flows from $1 million to $900,000 to account for a possible failure of technology. The project's PV was reduced from $909,100 to $818,000. You could have gotten the right answer by adding a fudge factor to the discount rate and discounting the original forecast of $1 million. But you have to think through the possible cash flows to get the fudge factor, and once you forecast the cash flows correctly, you don't need the fudge factor.

Fudge factors in discount rates are dangerous because they displace clear thinking about future cash flows. Here is an example.

**EXAMPLE 9.2**    ●    Correcting for Optimistic Forecasts

The CFO of $EZ^2$ Corp. is disturbed to find that cash-flow forecasts for its investment projects are almost always optimistic. On average they are 10% too high. He therefore decides to compensate by adding 10% to $EZ^2$'s WACC, increasing it from 12% to 22%.[17]

Suppose the CEO is right about the 10% upward bias in cash-flow forecasts. Can he just add 10% to the discount rate?

Project ZZ has level forecasted cash flows of $1,000 per year lasting for 15 years. The first two lines of Table 9.2 show these forecasts and their PVs discounted at 12%. Lines 3 and 4 show the corrected forecasts, each reduced by 10%, and the corrected PVs, which are (no surprise) also reduced by 10% (line 5). Line 6 shows the PVs when the uncorrected forecasts are discounted at 22%. The final line 7 shows the percentage reduction in PVs at the 22% discount rate, compared to the unadjusted PVs in line 2.

Line 5 shows the correct adjustment for optimism (10%). Line 7 shows what happens when a 10% fudge factor is added to the discount rate. The effect on the first year's cash flow is a PV "haircut" of about 8%, 2% less than the CFO expected. But later present values are knocked down by much more than 10%, because the fudge factor is compounded in the 22% discount rate. By years 10 and 15, the PV haircuts are 57% and 72%, far more than the 10% bias that the CFO started with.

Did the CFO really think that bias accumulated as shown in line 7 of Table 9.2? We doubt that he ever asked that question. If he was right in the first place, and the true bias is 10%, then adding a 10% fudge factor to the discount rate understates PV. The fudge factor also makes long-lived projects look much worse than quick-payback projects.[18]

| Year: | 1 | 2 | 3 | 4 | 5 | . . . | 10 | . . . | 15 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Original cash-flow forecast | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | . . . | $1,000.00 | . . . | $1,000.00 |
| 2. PV at 12% | $892.90 | $797.20 | $711.80 | $635.50 | $567.40 | . . . | $322.00 | . . . | $182.70 |
| 3. Corrected cash-flow forecast | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | . . . | $900.00 | . . . | $900.00 |
| 4. PV at 12% | $803.60 | $717.50 | $640.60 | $572.00 | $510.70 | . . . | $289.80 | . . . | $164.40 |
| 5. PV correction | −10.0% | −10.0% | −10.0% | −10.0% | −10.0% | . . . | −10.0% | . . . | −10.0% |
| 6. Original forecast discounted at 22% | $819.70 | $671.90 | $550.70 | $451.40 | $370.00 | . . . | $136.90 | . . . | $50.70 |
| 7. PV "correction" at 22% discount rate | −8.2% | −15.7% | −22.6% | −29.0% | −34.8% | . . . | −57.5% | . . . | −72.3% |

▶ **TABLE 9.2**    The original cash-flow forecasts for the ZZ project (line 1) are too optimistic. The forecasts and PVs should be reduced by 10% (lines 3 and 4). But adding a 10% fudge factor to the discount rate reduces PVs by far more than 10% (line 6). The fudge factor overcorrects for bias and would penalize long-lived projects.

[17] The CFO is ignoring Brealey, Myers, and Allen's Second Law, which we cover in the next chapter.

[18] The optimistic bias could be worse for distant than near cash flows. If so, the CFO should make the time-pattern of bias explicit and adjust the cash-flow forecasts accordingly.

## Discount Rates for International Projects

In this chapter we have concentrated on investments in the U.S. In Chapter 27 we say more about investments made internationally. Here we simply warn against adding fudge factors to discount rates for projects in developing economies. Such fudge factors are too often seen in practice.

It's true that markets are more volatile in developing economies, but much of that risk is diversifiable for investors in the U.S., Europe, and other developed countries. It's also true that more things can go wrong for projects in developing economies, particularly in countries that are unstable politically. Expropriations happen. Sometimes governments default on their obligations to international investors. Thus it's especially important to think through the downside risks and to give them weight in cash-flow forecasts.

Some international projects are at least partially protected from these downsides. For example, an opportunistic government would gain little or nothing by expropriating the local IBM affiliate, because the affiliate would have little value without the IBM brand name, products, and customer relationships. A privately owned toll road would be a more tempting target, because the toll road would be relatively easy for the local government to maintain and operate.

---

### 9-4    Certainty Equivalents—Another Way to Adjust for Risk

In practical capital budgeting, a single risk-adjusted rate is used to discount all future cash flows. This assumes that project risk does not change over time, but remains constant year-in and year-out. We know that this cannot be strictly true, for the risks that companies are exposed to are constantly shifting. We are venturing here onto somewhat difficult ground, but there is a way to think about risk that can suggest a route through. It involves converting the expected cash flows to **certainty equivalents.** First we work through an example showing what certainty equivalents are. Then, as a reward for your investment, we use certainty equivalents to uncover what you are really assuming when you discount a series of future cash flows at a single risk-adjusted discount rate. We also value a project where risk changes over time and ordinary discounting fails. Your investment will be rewarded still more when we cover options in Chapters 20 and 21 and forward and futures pricing in Chapter 26. Option-pricing formulas discount certainty equivalents. Forward and futures prices *are* certainty equivalents.

### Valuation by Certainty Equivalents

Think back to the simple real estate investment that we used in Chapter 2 to introduce the concept of present value. You are considering construction of an office building that you plan to sell after one year for $420,000. That cash flow is uncertain with the same risk as the market, so $\beta = 1$. Given $r_f = 5\%$ and $r_m - r_f = 7\%$, you discount at a risk-adjusted discount rate of $5 + 1 \times 7 = 12\%$ rather than the 5% risk-free rate of interest. This gives a present value of $420,000/1.12 = \$375,000$.

Suppose a real estate company now approaches and offers to fix the price at which it will buy the building from you at the end of the year. This guarantee would remove any uncertainty about the payoff on your investment. So you would accept a lower figure than the uncertain payoff of $420,000. But how much less? If the building has a present value of $375,000 and the interest rate is 5%, then

$$PV = \frac{\text{Certain cash flow}}{1.05} = 375,000$$

Certain cash flow = $393,750

In other words, a certain cash flow of $393,750 has exactly the same present value as an expected but uncertain cash flow of $420,000. The cash flow of $393,750 is therefore known as the *certainty-equivalent cash flow.* To compensate for both the delayed payoff and the uncertainty in real estate prices, you need a return of $420,000 − 375,000 = \$45,000$. One part of this difference compensates for the time value of money. The other part ($420,000 − 393,750 = \$26,250$) is a markdown or haircut to compensate for the risk attached to the forecasted cash flow of $420,000.

Our example illustrates two ways to value a risky cash flow:

*Method 1:* Discount the risky cash flow at a *risk-adjusted discount rate r* that is greater than $r_f$.[19] The risk-adjusted discount rate adjusts for both time and risk. This is illustrated by the clockwise route in Figure 9.3.

*Method 2:* Find the certainty-equivalent cash flow and discount at the risk-free interest rate $r_f$. When you use this method, you need to ask, What is the smallest *certain* payoff for which I would exchange the risky cash flow? This is called the *certainty equivalent,* denoted by CEQ. Since CEQ is the value equivalent of a safe cash flow, it is discounted at the risk-free rate. The certainty-equivalent method makes *separate* adjustments for risk and time. This is illustrated by the counterclockwise route in Figure 9.3.

We now have two identical expressions for the PV of a cash flow at period 1:[20]

$$PV = \frac{C_1}{1 + r} = \frac{CEQ_1}{1 + r_f}$$

For cash flows two, three, or $t$ years away,

$$PV = \frac{C_t}{(1 + r)^t} = \frac{CEQ_t}{(1 + r_f)^t}$$

> **FIGURE 9.3**

Two ways to calculate present value. "Haircut for risk" is financial slang referring to the reduction of the cash flow from its forecasted value to its certainty equivalent.

Risk-Adjusted Discount Rate Method

Discount for time and risk

Future cash flow $C_1$

Present value

Haircut for risk

Discount for time value of money

Certainty-Equivalent Method

---

[19] The discount rate $r$ can be less than $r_f$ for assets with negative betas. But actual betas are almost always positive.

[20] $CEQ_1$ can be calculated directly from the capital asset pricing model. The certainty-equivalent form of the CAPM states that the certainty-equivalent value of the cash flow $C_1$ is $C_1 − \lambda$ cov $(\tilde{C}_1, \tilde{r}_m)$. Cov$(\tilde{C}_1, \tilde{r}_m)$ is the covariance between the uncertain cash flow, and the return on the market, $\tilde{r}_m$. Lambda, $\lambda$, is a measure of the market price of risk. It is defined as $(r_m − r_f)/\sigma_m^2$. For example, if $r_m − r_f = .08$ and the standard deviation of market returns is $\sigma_m = .20$, then lambda $= .08/.20^2 = 2$. We show on our Web site (**www.mhhe.com/bma**) how the CAPM formula can be restated in this certainty-equivalent form.

## When to Use a Single Risk-Adjusted Discount Rate for Long-Lived Assets

We are now in a position to examine what is implied when a constant risk-adjusted discount rate is used to calculate a present value.

Consider two simple projects. Project A is expected to produce a cash flow of $100 million for each of three years. The risk-free interest rate is 6%, the market risk premium is 8%, and project A's beta is .75. You therefore calculate A's opportunity cost of capital as follows:

$$r = r_f + \beta\,(r_m - r_f)$$
$$= 6 + .75(8) = 12\%$$

Discounting at 12% gives the following present value for each cash flow:

| Project A | | |
|---|---|---|
| Year | Cash Flow | PV at 12% |
| 1 | 100 | 89.3 |
| 2 | 100 | 79.7 |
| 3 | 100 | 71.2 |
| | Total PV | 240.2 |

Now compare these figures with the cash flows of project B. Notice that B's cash flows are lower than A's; but B's flows are safe, and therefore they are discounted at the risk-free interest rate. The *present value* of each year's cash flow is identical for the two projects.

| Project B | | |
|---|---|---|
| Year | Cash Flow | PV at 6% |
| 1 | 94.6 | 89.3 |
| 2 | 89.6 | 79.7 |
| 3 | 84.8 | 71.2 |
| | Total PV | 240.2 |

In year 1 project A has a risky cash flow of 100. This has the same PV as the safe cash flow of 94.6 from project B. Therefore 94.6 is the certainty equivalent of 100. Since the two cash flows have the same PV, investors must be willing to give up $100 - 94.6 = 5.4$ in expected year-1 income in order to get rid of the uncertainty.

In year 2 project A has a risky cash flow of 100, and B has a safe cash flow of 89.6. Again both flows have the same PV. Thus, to eliminate the uncertainty in year 2, investors are prepared to give up $100 - 89.6 = 10.4$ of future income. To eliminate uncertainty in year 3, they are willing to give up $100 - 84.8 = 15.2$ of future income.

To value project A, you discounted each cash flow at the same risk-adjusted discount rate of 12%. Now you can see what is implied when you did that. By using a constant rate, you effectively made a larger deduction for risk from the later cash flows:

| Year | Forecasted Cash Flow for Project A | Certainty-Equivalent Cash Flow | Deduction for Risk |
|---|---|---|---|
| 1 | 100 | 94.6 | 5.4 |
| 2 | 100 | 89.6 | 10.4 |
| 3 | 100 | 84.8 | 15.2 |

The second cash flow is riskier than the first because it is exposed to two years of market risk. The third cash flow is riskier still because it is exposed to three years of market risk. This increased risk is reflected in the certainty equivalents that decline by a constant proportion each period.

Therefore, use of a constant risk-adjusted discount rate for a stream of cash flows assumes that risk accumulates at a constant rate as you look farther out into the future.

## A Common Mistake

You sometimes hear people say that because distant cash flows are riskier, they should be discounted at a higher rate than earlier cash flows. That is quite wrong: We have just seen that using the same risk-adjusted discount rate for each year's cash flow implies a larger deduction for risk from the later cash flows. The reason is that the discount rate compensates for the risk borne *per period*. The more distant the cash flows, the greater the number of periods and the larger the *total* risk adjustment.

## When You Cannot Use a Single Risk-Adjusted Discount Rate for Long-Lived Assets

Sometimes you will encounter problems where the use of a single risk-adjusted discount rate will get you into trouble. For example, later in the book we look at how options are valued. Because an option's risk is continually changing, the certainty-equivalent method needs to be used.

Here is a disguised, simplified, and somewhat exaggerated version of an actual project proposal that one of the authors was asked to analyze. The scientists at Vegetron have come up with an electric mop, and the firm is ready to go ahead with pilot production and test marketing. The preliminary phase will take one year and cost $125,000. Management feels that there is only a 50% chance that pilot production and market tests will be successful. If they are, then Vegetron will build a $1 million plant that would generate an expected annual cash flow in perpetuity of $250,000 a year after taxes. If they are not successful, the project will have to be dropped.

The expected cash flows (in thousands of dollars) are

$$
\begin{aligned}
C_0 &= -125 \\
C_1 &= 50\% \text{ chance of } -1{,}000 \text{ and } 50\% \text{ chance of } 0 \\
&= .5(-1{,}000) + .5(0) = -500 \\
C_t \text{ for } t = 2,3, \ldots &= 50\% \text{ chance of } 250 \text{ and } 50\% \text{ chance of } 0 \\
&= .5(250) + .5(0) = 125
\end{aligned}
$$

Management has little experience with consumer products and considers this a project of extremely high risk.[21] Therefore management discounts the cash flows at 25%, rather than at Vegetron's normal 10% standard:

$$
\text{NPV} = -125 - \frac{500}{1.25} + \sum_{t=2}^{\infty} \frac{125}{(1.25)^t} = -125, \text{ or } -\$125{,}000
$$

This seems to show that the project is not worthwhile.

Management's analysis is open to criticism if the first year's experiment resolves a high proportion of the risk. If the test phase is a failure, then there is no risk at all—the project is *certain* to be worthless. If it is a success, there could well be only normal risk from then on. That means there is a 50% chance that in one year Vegetron will have the opportunity to invest in a project of *normal* risk, for which the *normal* discount rate of 10% would be

---

[21] We will assume that they mean high *market risk* and that the difference between 25% and 10% is *not* a fudge factor introduced to offset optimistic cash-flow forecasts.

# Estimating Stock and Market Risk

▶ Spreadsheets such as Excel have some built-in statistical functions that are useful for calculating risk measures. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel will ask you for the inputs that it needs. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for estimating stock and market risk. You can enter the inputs for all these functions as numbers or as the addresses of cells that contain the numbers.

1. **VARP** and **STDEVP:** Calculate variance and standard deviation of a series of numbers, as shown in Section 7-2.

2. **VAR** and **STDEV:** Footnote 15 on page 164 noted that when variance is estimated from a sample of observations (the usual case), a correction should be made for the loss of a degree of freedom. VAR and STDEV provide the corrected measures. For any large sample VAR and VARP will be similar.

3. **SLOPE:** Useful for calculating the beta of a stock or portfolio.

4. **CORREL:** Useful for calculating the correlation between the returns on any two investments.

5. **RSQ:** R-squared is the square of the correlation coefficient and is useful for measuring the proportion of the variance of a stock's returns that can be explained by the market.

6. **AVERAGE:** Calculates the average of any series of numbers.



If, say, you need to know the standard error of your estimate of beta, you can obtain more detailed statistics by going to the *Tools* menu and clicking on *Data Analysis* and then on *Regression.*

## SPREADSHEET QUESTIONS

The following questions provide opportunities to practice each of the Excel functions.

1. (VAR and STDEV) Choose two well-known stocks and download the latest 61 months of adjusted prices from **finance.yahoo.com**. Calculate the monthly returns for each stock. Now find the variance and standard deviation of the returns for each stock by using VAR and STDEV. Annualize the variance by multiplying by 12 and the standard deviation by multiplying by the square root of 12.

2. (AVERAGE, VAR, and STDEV) Now calculate the annualized variance and standard deviation for a portfolio that each month has equal holdings in the two stocks. Is the result more or less than the average of the standard deviations of the two stocks? Why?

3. (SLOPE) Download the Standard & Poor's index for the same period (its symbol is ^GSPC). Find the beta of each stock and of the portfolio. (*Note:* You need to enter the stock returns as the Y-values and market returns as the X-values.) Is the beta of the portfolio more or less than the average of the betas of the two stocks?

4. (CORREL) Calculate the correlation between the returns on the two stocks. Use this measure and your earlier estimates of each stock's variance to calculate the variance of a portfolio that is evenly divided between the two stocks. (You may need to reread Section 7-3 to refresh your memory of how to do this.) Check that you get the same answer as when you calculated the portfolio variance directly.

5. (RSQ) For each of the two stocks calculate the proportion of the variance explained by the market index. Do the results square with your intuition?

6. Use the *Regression* facility under the *Data Analysis* menu to calculate the beta of each stock and of the portfolio (beta here is called the coefficient of the X-variable). Look at the standard error of the estimate in the cell to the right. How confident can you be of your estimates of the betas of each stock? How about your estimate of the portfolio beta?

appropriate. Thus the firm has a 50% chance to invest $1 million in a project with a net present value of $1.5 million:

$$\text{Success} \rightarrow \text{NPV} = -1{,}000 + \frac{250}{.10} = +1{,}500 \ (50\% \text{ chance})$$

Pilot production
and market tests

$$\text{Failure} \rightarrow \text{NPV} = 0 \ (50\% \text{ chance})$$

Thus we could view the project as offering an expected payoff of $.5(1,500) + .5(0) = 750$, or $750,000, at $t = 1$ on a $125,000 investment at $t = 0$. Of course, the certainty equivalent of the payoff is less than $750,000, but the difference would have to be very large to justify rejecting the project. For example, if the certainty equivalent is half the forecasted cash flow (an extremely large cash-flow haircut) and the risk-free rate is 7%, the project is worth $225,500:

$$\text{NPV} = C_0 + \frac{\text{CEQ}_1}{1 + r}$$

$$= -125 + \frac{.5(750)}{1.07} = 225.5, \text{ or } \$225{,}500$$

This is not bad for a $125,000 investment—and quite a change from the negative-NPV that management got by discounting all future cash flows at 25%.

● ● ● ● ●

**SUMMARY**

In Chapter 8 we set out the basic principles for valuing risky assets. This chapter shows you how to apply those principles when valuing capital investment projects.

Suppose the project has the same market risk as the company's existing assets. In this case, the project cash flows can be discounted at the *company cost of capital.* The company cost of capital is the rate of return that investors require on a portfolio of all of the company's outstanding debt and equity. It is usually calculated as an after-tax *weighted-average cost of capital* (after-tax WACC), that is, as the weighted average of the after-tax cost of debt and the cost of equity. The weights are the relative market values of debt and equity. The cost of debt is calculated after tax because interest is a tax-deductible expense.

The hardest part of calculating the after-tax WACC is estimation of the cost of equity. Most large, public corporations use the capital asset pricing model (CAPM) to do this. They generally estimate the firm's equity beta from past rates of return for the firm's common stock and for the market, and they check their estimate against the average beta of similar firms.

The after-tax WACC is the correct discount rate for projects that have the same market risk as the company's existing business. Many firms, however, use the after-tax WACC as the discount rate for all projects. This is a dangerous procedure. If the procedure is followed strictly, the firm will accept too many high-risk projects and reject too many low-risk projects. It is *project* risk that counts: the true cost of capital depends on the use to which the capital is put.

Managers, therefore, need to understand why a particular project may have above- or below-average risk. You can often identify the characteristics of a high- or low-beta project even when the beta cannot be estimated directly. For example, you can figure out how much the project's cash flows are affected by the performance of the entire economy. Cyclical projects are generally high-beta projects. You can also look at operating leverage. Fixed production costs increase beta.

Don't be fooled by diversifiable risk. Diversifiable risks do not affect asset betas or the cost of capital, but the possibility of bad outcomes should be incorporated in the cash-flow forecasts. Also be careful not to offset worries about a project's future performance by adding a fudge factor to the discount rate. Fudge factors don't work, and they may seriously undervalue long-lived projects.

There is one more fence to jump. Most projects produce cash flows for several years. Firms generally use the same risk-adjusted rate to discount each of these cash flows. When they do this,

**Visit us at www.mhhe.com/bma**

they are implicitly assuming that cumulative risk increases at a constant rate as you look further into the future. That assumption is usually reasonable. It is precisely true when the project's future beta will be constant, that is, when risk *per period* is constant.

But exceptions sometimes prove the rule. Be on the alert for projects where risk clearly does not increase steadily. In these cases, you should break the project into segments within which the same discount rate can be reasonably used. Or you should use the certainty-equivalent version of the DCF model, which allows separate risk adjustments to each period's cash flow.

The nearby box (on page 231) provides useful spreadsheet functions for estimating stock and market risk.

*Michael Brennan provides a useful, but quite difficult, survey of the issues covered in this chapter:*

M. J. Brennan, "Corporate Investment Policy," *Handbook of the Economics of Finance, Volume 1A, Corporate Finance,* eds. G. M. Constantinides, M. Harris, and R. M. Stulz (Amsterdam: Elsevier BV, 2003).

**FURTHER READING**



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

## BASIC

**PROBLEM SETS**

1. Suppose a firm uses its company cost of capital to evaluate all projects. Will it underestimate or overestimate the value of high-risk projects?

2. A company is 40% financed by risk-free debt. The interest rate is 10%, the expected market risk premium is 8%, and the beta of the company's common stock is .5. What is the company cost of capital? What is the after-tax WACC, assuming that the company pays tax at a 35% rate?

3. Look back to the top-right panel of Figure 9.2. What proportion of Amazon's returns was explained by market movements? What proportion of risk was diversifiable? How does the diversifiable risk show up in the plot? What is the range of possible errors in the estimated beta?

4. Define the following terms:
   a. Cost of debt
   b. Cost of equity
   c. After-tax WACC
   d. Equity beta
   e. Asset beta
   f. Pure-play comparable
   g. Certainty equivalent

5. EZCUBE Corp. is 50% financed with long-term bonds and 50% with common equity. The debt securities have a beta of .15. The company's equity beta is 1.25. What is EZCUBE's asset beta?

6. Many investment projects are exposed to diversifiable risks. What does "diversifiable" mean in this context? How should diversifiable risks be accounted for in project valuation? Should they be ignored completely?

7. John Barleycorn estimates his firm's after-tax WACC at only 8%. Nevertheless he sets a 15% companywide discount rate to offset the optimistic biases of project sponsors and to

Visit us at www.mhhe.com/bma

impose "discipline" on the capital-budgeting process. Suppose Mr. Barleycorn is correct about the project sponsors, who are in fact optimistic by 7% on average. Will the increase in the discount rate from 8% to 15% offset the bias?

8. Which of these projects is likely to have the higher asset beta, other things equal? Why?

   a. The sales force for project A is paid a fixed annual salary. Project B's sales force is paid by commissions only.

   b. Project C is a first-class-only airline. Project D is a well-established line of breakfast cereals.

9. True or false?

   a. The company cost of capital is the correct discount rate for all projects, because the high risks of some projects are offset by the low risk of other projects.

   b. Distant cash flows are riskier than near-term cash flows. Therefore long-term projects require higher risk-adjusted discount rates.

   c. Adding fudge factors to discount rates undervalues long-lived projects compared with quick-payoff projects.

10. A project has a forecasted cash flow of $110 in year 1 and $121 in year 2. The interest rate is 5%, the estimated risk premium on the market is 10%, and the project has a beta of .5. If you use a constant risk-adjusted discount rate, what is

    a. The PV of the project?

    b. The certainty-equivalent cash flow in year 1 and year 2?

    c. The ratio of the certainty-equivalent cash flows to the expected cash flows in years 1 and 2?

### INTERMEDIATE

11. The total market value of the common stock of the Okefenokee Real Estate Company is $6 million, and the total value of its debt is $4 million. The treasurer estimates that the beta of the stock is currently 1.5 and that the expected risk premium on the market is 6%. The Treasury bill rate is 4%. Assume for simplicity that Okefenokee debt is risk-free and the company does not pay tax.

    a. What is the required return on Okefenokee stock?

    b. Estimate the company cost of capital.

    c. What is the discount rate for an expansion of the company's present business?

    d. Suppose the company wants to diversify into the manufacture of rose-colored spectacles. The beta of unleveraged optical manufacturers is 1.2. Estimate the required return on Okefenokee's new venture.

12. Nero Violins has the following capital structure:

| Security | Beta | Total Market Value ($ millions) |
|---|---|---|
| Debt | 0 | $100 |
| Preferred stock | .20 | 40 |
| Common stock | 1.20 | 299 |

    a. What is the firm's asset beta? (*Hint:* What is the beta of a portfolio of all the firm's securities?)

    b. Assume that the CAPM is correct. What discount rate should Nero set for investments that expand the scale of its operations without changing its asset beta? Assume a risk-free interest rate of 5% and a market risk premium of 6%.

**13.** The following table shows estimates of the risk of two well-known Canadian stocks:

| | Standard Deviation, % | $R^2$ | Beta | Standard Error of Beta |
|---|---|---|---|---|
| Toronto Dominion Bank | 25 | .25 | .82 | .18 |
| Canadian Pacific | 28 | .30 | 1.04 | .20 |

    a. What proportion of each stock's risk was market risk, and what proportion was specific risk?

    b. What is the variance of Toronto Dominion? What is the specific variance?

    c. What is the confidence interval on Canadian Pacific's beta?

    d. If the CAPM is correct, what is the expected return on Toronto Dominion? Assume a risk-free interest rate of 5% and an expected market return of 12%.

    e. Suppose that next year the market provides a zero return. Knowing this, what return would you expect from Toronto Dominion?

**14.** You are given the following information for Golden Fleece Financial:

| | |
|---|---|
| Long-term debt outstanding: | $300,000 |
| Current yield to maturity ($r_{debt}$): | 8% |
| Number of shares of common stock: | 10,000 |
| Price per share: | $50 |
| Book value per share: | $25 |
| Expected rate of return on stock ($r_{equity}$): | 15% |

    Calculate Golden Fleece's company cost of capital. Ignore taxes.

**15.** Look again at Table 9.1. This time we will concentrate on Burlington Northern.

    a. Calculate Burlington's cost of equity from the CAPM using its own beta estimate and the industry beta estimate. How different are your answers? Assume a risk-free rate of 5% and a market risk premium of 7%.

    b. Can you be confident that Burlington's true beta is *not* the industry average?

    c. Under what circumstances might you advise Burlington to calculate its cost of equity based on its own beta estimate?

**16.** What types of firms need to estimate industry asset betas? How would such a firm make the estimate? Describe the process step by step.

**17.** Binomial Tree Farm's financing includes $5 million of bank loans. Its common equity is shown in Binomial's *Annual Report* at $6.67 million. It has 500,000 shares of common stock outstanding, which trade on the Wichita Stock Exchange at $18 per share. What debt ratio should Binomial use to calculate its WACC or asset beta? Explain.

**18.** You run a perpetual encabulator machine, which generates revenues averaging $20 million per year. Raw material costs are 50% of revenues. These costs are variable—they are always proportional to revenues. There are no other operating costs. The cost of capital is 9%. Your firm's long-term borrowing rate is 6%.

    Now you are approached by Studebaker Capital Corp., which proposes a fixed-price contract to supply raw materials at $10 million per year for 10 years.

    a. What happens to the operating leverage and business risk of the encabulator machine if you agree to this fixed-price contract?

    b. Calculate the present value of the encabulator machine with and without the fixed-price contract.

**Visit us at www.mhhe.com/bma**

19. Mom and Pop Groceries has just dispatched a year's supply of groceries to the government of the Central Antarctic Republic. Payment of $250,000 will be made one year hence after the shipment arrives by snow train. Unfortunately there is a good chance of a coup d'état, in which case the new government will not pay. Mom and Pop's controller therefore decides to discount the payment at 40%, rather than at the company's 12% cost of capital.

    a.  What's wrong with using a 40% rate to offset political risk?

    b.  How much is the $250,000 payment really worth if the odds of a coup d'état are 25%?

20. An oil company is drilling a series of new wells on the perimeter of a producing oil field. About 20% of the new wells will be dry holes. Even if a new well strikes oil, there is still uncertainty about the amount of oil produced: 40% of new wells that strike oil produce only 1,000 barrels a day; 60% produce 5,000 barrels per day.

    a.  Forecast the annual cash revenues from a new perimeter well. Use a future oil price of $50 per barrel.

    b.  A geologist proposes to discount the cash flows of the new wells at 30% to offset the risk of dry holes. The oil company's normal cost of capital is 10%. Does this proposal make sense? Briefly explain why or why not.

21. A project has the following forecasted cash flows:

| Cash Flows, $ Thousands | | | |
|---|---|---|---|
| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
| −100 | +40 | +60 | +50 |

    The estimated project beta is 1.5. The market return $r_m$ is 16%, and the risk-free rate $r_f$ is 7%.

    a.  Estimate the opportunity cost of capital and the project's PV (using the same rate to discount each cash flow).

    b.  What are the certainty-equivalent cash flows in each year?

    c.  What is the ratio of the certainty-equivalent cash flow to the expected cash flow in each year?

    d.  Explain why this ratio declines.

22. The McGregor Whisky Company is proposing to market diet scotch. The product will first be test-marketed for two years in southern California at an initial cost of $500,000. This test launch is not expected to produce any profits but should reveal consumer preferences. There is a 60% chance that demand will be satisfactory. In this case McGregor will spend $5 million to launch the scotch nationwide and will receive an expected annual profit of $700,000 in perpetuity. If demand is not satisfactory, diet scotch will be withdrawn.

    Once consumer preferences are known, the product will be subject to an average degree of risk, and, therefore, McGregor requires a return of 12% on its investment. However, the initial test-market phase is viewed as much riskier, and McGregor demands a return of 20% on this initial expenditure.

    What is the NPV of the diet scotch project?

### CHALLENGE

23. Suppose you are valuing a future stream of high-risk (high-beta) cash *outflows*. High risk means a high discount rate. But the higher the discount rate, the less the present value. This seems to say that the higher the risk of cash outflows, the less you should worry about them! Can that be right? Should the sign of the cash flow affect the appropriate discount rate? Explain.

24. An oil company executive is considering investing $10 million in one or both of two wells: well 1 is expected to produce oil worth $3 million a year for 10 years; well 2 is expected to produce $2 million for 15 years. These are *real* (inflation-adjusted) cash flows.

Visit us at www.mhhe.com/bma

The beta for *producing wells* is .9. The market risk premium is 8%, the nominal risk-free interest rate is 6%, and expected inflation is 4%.

The two wells are intended to develop a previously discovered oil field. Unfortunately there is still a 20% chance of a dry hole in each case. A dry hole means zero cash flows and a complete loss of the $10 million investment.

Ignore taxes and make further assumptions as necessary.

a.  What is the correct real discount rate for cash flows from developed wells?

b.  The oil company executive proposes to add 20 percentage points to the real discount rate to offset the risk of a dry hole. Calculate the NPV of each well with this adjusted discount rate.

c.  What do *you* say the NPVs of the two wells are?

d.  Is there any *single* fudge factor that could be added to the discount rate for developed wells that would yield the correct NPV for both wells? Explain.

---

**You can download data for the following questions from Standard & Poor's Market Insight Web site (www.mhhe.com/edumarketinsight)—see the "Monthly Adjusted Prices" spreadsheet—or from finance.yahoo.com.**

**REAL-TIME DATA ANALYSIS**

1.  Look at the companies listed in Table 8.2. Calculate monthly rates of return for two successive five-year periods. Calculate betas for each subperiod using the Excel SLOPE function. How stable was each company's beta? Suppose that you had used these betas to estimate expected rates of return from the CAPM. Would your estimates have changed significantly from period to period?

2.  Identify a sample of food companies. For example, you could try Campbell Soup (CPB), General Mills (GIS), Kellogg (K), Kraft Foods (KFT), and Sara Lee (SLE).

    

    a.  Estimate beta and $R^2$ for each company, using five years of monthly returns and Excel functions SLOPE and RSQ.

    b.  Average the returns for each month to give the return on an equally weighted portfolio of the stocks. Then calculate the industry beta using these portfolio returns. How does the $R^2$ of this portfolio compare with the average $R^2$ of the individual stocks?

    c.  Use the CAPM to calculate an average cost of equity ($r_{\text{equity}}$) for the food industry. Use current interest rates—take a look at the end of Section 9-2—and a reasonable estimate of the market risk premium.

---

## MINI-CASE ● ● ● ● ●

### The Jones Family, Incorporated

*The Scene:* Early evening in an ordinary family room in Manhattan. Modern furniture, with old copies of *The Wall Street Journal* and the *Financial Times* scattered around. Autographed photos of Alan Greenspan and George Soros are prominently displayed. A picture window reveals a distant view of lights on the Hudson River. John Jones sits at a computer terminal, glumly sipping a glass of chardonnay and putting on a carry trade in Japanese yen over the Internet. His wife Marsha enters.

***Marsha:*** Hi, honey. Glad to be home. Lousy day on the trading floor, though. Dullsville. No volume. But I did manage to hedge next year's production from our copper mine. I couldn't get a good quote on the right package of futures contracts, so I arranged a commodity swap.

Visit us at www.mhhe.com/bma

Visit us at www.mhhe.com/bma

*John doesn't reply.*

***Marsha:*** John, what's wrong? Have you been selling yen again? That's been a losing trade for weeks.

***John:*** Well, yes. I shouldn't have gone to Goldman Sachs's foreign exchange brunch. But I've got to get out of the house somehow. I'm cooped up here all day calculating covariances and efficient risk-return trade-offs while you're out trading commodity futures. You get all the glamour and excitement.

***Marsha:*** Don't worry, dear, it will be over soon. We only recalculate our most efficient common stock portfolio once a quarter. Then you can go back to leveraged leases.

***John:*** You trade, and I do all the worrying. Now there's a rumor that our leasing company is going to get a hostile takeover bid. I knew the debt ratio was too low, and you forgot to put on the poison pill. And now you've made a negative-NPV investment!

***Marsha:*** What investment?

***John:*** That wildcat oil well. Another well in that old Sourdough field. It's going to cost $5 million! Is there any oil down there?

***Marsha:*** That Sourdough field has been good to us, John. Where do you think we got the capital for your yen trades? I bet we'll find oil. Our geologists say there's only a 30% chance of a dry hole.

***John:*** Even if we hit oil, I bet we'll only get 150 barrels of crude oil per day.

***Marsha:*** That's 150 barrels day in, day out. There are 365 days in a year, dear.

*John and Marsha's teenage son Johnny bursts into the room.*

***Johnny:*** Hi, Dad! Hi, Mom! Guess what? I've made the junior varsity derivatives team! That means I can go on the field trip to the Chicago Board Options Exchange. (*Pauses.*) What's wrong?

***John:*** Your mother has made another negative-NPV investment. A wildcat oil well, way up on the North Slope of Alaska.

***Johnny:*** That's OK, Dad. Mom told me about it. I was going to do an NPV calculation yesterday, but I had to finish calculating the junk-bond default probabilities for my corporate finance homework. (*Grabs a financial calculator from his backpack.*) Let's see: 150 barrels a day times 365 days per year times $50 per barrel when delivered in Los Angeles . . . that's $2.7 million per year.

***John:*** That's $2.7 million *next* year, assuming that we find any oil at all. The production will start declining by 5% every year. And we still have to pay $10 per barrel in pipeline and tanker charges to ship the oil from the North Slope to Los Angeles. We've got some serious operating leverage here.

***Marsha:*** On the other hand, our energy consultants project increasing oil prices. If they increase with inflation, price per barrel should increase by roughly 2.5% per year. The wells ought to be able to keep pumping for at least 15 years.

***Johnny:*** I'll calculate NPV after I finish with the default probabilities. The interest rate is 6%. Is it OK if I work with the beta of .8 and our usual figure of 7% for the market risk premium?

***Marsha:*** I guess so, Johnny. But I am concerned about the fixed shipping costs.

***John:*** (*Takes a deep breath and stands up.*) Anyway, how about a nice family dinner? I've reserved our usual table at the Four Seasons.

*Everyone exits.*

***Announcer:*** Is the wildcat well really negative-NPV? Will John and Marsha have to fight a hostile takeover? Will Johnny's derivatives team use Black–Scholes or the binomial method? Find out in the next episode of The Jones Family, Incorporated.

You may not aspire to the Jones family's way of life, but you will learn about all their activities, from futures contracts to binomial option pricing, later in this book. Meanwhile, you may wish to replicate Johnny's NPV analysis.

## QUESTIONS

1. Calculate the NPV of the wildcat oil well, taking account of the probability of a dry hole, the shipping costs, the decline in production, and the forecasted increase in oil prices. How long does production have to continue for the well to be a positive-NPV investment? Ignore taxes and other possible complications.

2. Now consider operating leverage. How should the shipping costs be valued, assuming that output is known and the costs are fixed? How would your answer change if the shipping costs were proportional to output? Assume that unexpected fluctuations in output are zero-beta and diversifiable. (*Hint:* The Jones's oil company has an excellent credit rating. Its long-term borrowing rate is only 7%.)

# 10

# Project Analysis

◗ **Having read our** earlier chapters on capital budgeting, you may have concluded that the choice of which projects to accept or reject is a simple one. You just need to draw up a set of cash-flow forecasts, choose the right discount rate, and crank out net present value. But finding projects that create value for the shareholders can never be reduced to a mechanical exercise. We therefore devote the next three chapters to ways in which companies can stack the odds in their favor when making investment decisions.

Investment proposals may emerge from many different parts of the organization. So companies need procedures to ensure that every project is assessed consistently. Our first task in this chapter is to review how firms develop plans and budgets for capital investments, how they authorize specific projects, and how they check whether projects perform as promised.

When managers are presented with investment proposals, they do not accept the cash flow forecasts at face value. Instead, they try to understand what makes a project tick and what could go wrong with it. Remember Murphy's law, "if anything can go wrong, it will," and O'Reilly's corollary, "at the worst possible time."

Once you know what makes a project tick, you may be able to reconfigure it to improve its chance of success. And if you understand why the venture could fail, you can decide whether it is worth trying to rule out the possible causes of failure. Maybe further expenditure on market research would clear up those doubts about

acceptance by consumers, maybe another drill hole would give you a better idea of the size of the ore body, and maybe some further work on the test bed would confirm the durability of those welds.

If the project really has a negative NPV, the sooner you can identify it, the better. And even if you decide that it is worth going ahead without further analysis, you do not want to be caught by surprise if things go wrong later. You want to know the danger signals and the actions that you might take.

Our second task in this chapter is to show how managers use *sensitivity analysis, break-even analysis,* and *Monte Carlo simulation* to identify the crucial assumptions in investment proposals and to explore what can go wrong. There is no magic in these techniques, just computer-assisted common sense. You do not need a license to use them.

Discounted-cash-flow analysis commonly assumes that companies hold assets passively, and it ignores the opportunities to expand the project if it is successful or to bail out if it is not. However, wise managers recognize these opportunities when considering whether to invest. They look for ways to capitalize on success and to reduce the costs of failure, and they are prepared to pay up for projects that give them this flexibility. Opportunities to modify projects as the future unfolds are known as *real options.* In the final section of the chapter we describe several important real options, and we show how to use *decision trees* to set out the possible future choices.

● ● ● ● ●

## 10-1 The Capital Investment Process

Senior management needs some forewarning of future investment outlays. So for most large firms, the investment process starts with the preparation of an annual **capital budget,** which is a list of investment projects planned for the coming year.

Most firms let project proposals bubble up from plants for review by divisional management and then from divisions for review by senior management and their planning staff. Of course middle managers cannot identify all worthwhile projects. For example, the managers of plants A and B cannot be expected to see the potential economies of closing their plants and consolidating production at a new plant C. Divisional managers would propose plant C. But the managers of divisions 1 and 2 may not be eager to give up their own computers to a corporation-wide information system. That proposal would come from senior management, for example, the company's chief information officer.

Inconsistent assumptions often creep into expenditure plans. For example, suppose the manager of your furniture division is bullish on housing starts, but the manager of your appliance division is bearish. The furniture division may push for a major investment in new facilities, while the appliance division may propose a plan for retrenchment. It would be better if both managers could agree on a common estimate of housing starts and base their investment proposals on it. That is why many firms begin the capital budgeting process by establishing consensus forecasts of economic indicators, such as inflation and growth in national income, as well as forecasts of particular items that are important to the firm's business, such as housing starts or the prices of raw materials. These forecasts are then used as the basis for the capital budget.

Preparation of the capital budget is not a rigid, bureaucratic exercise. There is plenty of give-and-take and back-and-forth. Divisional managers negotiate with plant managers and fine-tune the division's list of projects. The final capital budget must also reflect the corporation's strategic planning. Strategic planning takes a top-down view of the company. It attempts to identify businesses where the company has a competitive advantage. It also attempts to identify businesses that should be sold or allowed to run down.

A firm's capital investment choices should reflect both bottom-up and top-down views of the business—capital budgeting and strategic planning, respectively. Plant and division managers, who do most of the work in bottom-up capital budgeting, may not see the forest for the trees. Strategic planners may have a mistaken view of the forest because they do not look at the trees one by one. (We return to the links between capital budgeting and corporate strategy in the next chapter.)

### Project Authorizations—and the Problem of Biased Forecasts

Once the capital budget has been approved by top management and the board of directors, it is the official plan for the ensuing year. However, it is not the final sign-off for specific projects. Most companies require **appropriation requests** for each proposal. These requests include detailed forecasts, discounted-cash-flow analyses, and back-up information.

Many investment projects carry a high price tag; they also determine the shape of the firm's business 10 or 20 years in the future. Hence final approval of appropriation requests tends to be reserved for top management. Companies set ceilings on the size of projects that divisional managers can authorize. Often these ceilings are surprisingly low. For example, a large company, investing $400 million per year, might require top management to approve all projects over $500,000.

This centralized decision making brings its problems: Senior management can't process detailed information about hundreds of projects and must rely on forecasts put together by project sponsors. A smart manager quickly learns to worry whether these forecasts are realistic.

Even when the forecasts are not consciously inflated, errors creep in. For example, most people tend to be overconfident when they forecast. Events they think are almost certain to occur may actually happen only 80% of the time, and events they believe are impossible may happen 20% of the time. Therefore project risks are understated. Anyone who is keen to get a project accepted is also likely to look on the bright side when forecasting the project's cash flows. Such overoptimism seems to be a common feature in financial forecasts. Overoptimism afflicts governments too, probably more than private businesses. How often have you heard of a new dam, highway, or military aircraft that actually cost *less* than was originally forecasted?

You can expect plant or divisional managers to look on the bright side when putting forward investment proposals. That is not altogether bad. Psychologists stress that optimism and confidence are likely to increase effort, commitment, and persistence. The problem is that hundreds of appropriation requests may reach senior management each year, all essentially sales documents presented by united fronts and designed to persuade. Alternative schemes have been filtered out at earlier stages.

It is probably impossible to eliminate bias completely, but senior managers should take care not to encourage it. For example, if managers believe that success depends on having the largest division rather than the most profitable one, they will propose large expansion projects that they do not truly believe have positive NPVs. Or if new plant managers are pushed to generate increased earnings right away, they will be tempted to propose quick-payback projects even when NPV is sacrificed.

Sometimes senior managers try to offset bias by increasing the hurdle rate for capital expenditure. Suppose the true cost of capital is 10%, but the CFO is frustrated by the large fraction of projects that don't earn 10%. She therefore directs project sponsors to use a 15% discount rate. In other words, she adds a 5% fudge factor in an attempt to offset forecast bias. But it doesn't work; it *never* works. Brealey, Myers, and Allen's Second Law[1] explains why. The law states: *The proportion of proposed projects having positive NPVs at the corporate hurdle rate is independent of the hurdle rate.*

The law is not a facetious conjecture. It was tested in a large oil company where staff kept careful statistics on capital investment projects. About 85% of projects had positive NPVs. (The remaining 15% were proposed for other reasons, for example, to meet environmental standards.) One year, after several quarters of disappointing earnings, top management decided that more financial discipline was called for and increased the corporate hurdle rate by several percentage points. But in the following year the fraction of projects with positive NPVs stayed rock-steady at 85%.

If you're worried about bias in forecasted cash flows, the only remedy is careful analysis of the forecasts. *Do not add fudge factors to the cost of capital.*[2]

## Postaudits

Most firms keep a check on the progress of large projects by conducting **postaudits** shortly after the projects have begun to operate. Postaudits identify problems that need fixing, check the accuracy of forecasts, and suggest questions that should have been asked before the project was undertaken. Postaudits pay off mainly by helping managers to do a better job when it comes to the next round of investments. After a postaudit the controller may say, "We should have anticipated the extra training required for production workers." When the next proposal arrives, training will get the attention it deserves.

---

[1] There is no First Law. We think "Second Law" sounds better. There is a Third Law, but that is for another chapter.

[2] Adding a fudge factor to the cost of capital also favors quick-payback projects and penalizes longer-lived projects, which tend to have lower rates of return but higher NPVs. Adding a 5% fudge factor to the discount rate is roughly equivalent to reducing the forecast and present value of the first year's cash flow by 5%. The impact on the present value of a cash flow 10 years in the future is much greater, because the fudge factor is compounded in the discount rate. The fudge factor is not too much of a burden for a 2- or 3-year project, but an enormous burden for a 10- or 20-year project.

Postaudits may not be able to measure all of a project's costs and benefits. It may be impossible to split the project away from the rest of the business. Suppose that you have just taken over a trucking firm that operates a delivery service for local stores. You decide to improve service by installing custom software to keep track of packages and to schedule trucks. You also construct a dispatching center and buy five new diesel trucks. A year later you try a postaudit of the investment in software. You verify that it is working properly and check actual costs of purchase, installation, and operation against projections. But how do you identify the incremental cash inflows? No one has kept records of the extra diesel fuel that *would have been* used or the extra shipments that *would have been* lost absent the software. You may be able to verify that service is better, but how much of the improvement comes from the new trucks, how much from the dispatching center, and how much from the software? The only meaningful measures of success are for the delivery business as a whole.

## 10-2 Sensitivity Analysis

Uncertainty means that more things can happen than will happen. Whenever you are confronted with a cash-flow forecast, you should try to discover what else can happen.

Put yourself in the well-heeled shoes of the treasurer of the Otobai Company in Osaka, Japan. You are considering the introduction of an electrically powered motor scooter for city use. Your staff members have prepared the cash-flow forecasts shown in Table 10.1. Since NPV is positive at the 10% opportunity cost of capital, it appears to be worth going ahead.

$$\text{NPV} = -15 + \sum_{t=1}^{10} \frac{3}{(1.10)^t} = +¥3.43 \text{ billion}$$

Before you decide, you want to delve into these forecasts and identify the key variables that determine whether the project succeeds or fails. It turns out that the marketing department has estimated revenue as follows:

$$\text{Unit sales} = \text{new product's share of market} \times \text{size of scooter market}$$
$$= .1 \times 1 \text{ million} = 100,000 \text{ scooters}$$
$$\text{Revenue} = \text{unit sales} \times \text{price per unit}$$
$$= 100,000 \times 375,000 = ¥37.5 \text{ billion}$$

The production department has estimated variable costs per unit as ¥300,000. Since projected volume is 100,000 scooters per year, total variable cost is ¥30 billion. Fixed costs are ¥3 billion per year. The initial investment can be depreciated on a straight-line basis over the 10-year period, and profits are taxed at a rate of 50%.

|   | Year 0 | Years 1–10 |
|---|---|---|
| Investment | 15 | |
| Revenue | | 37.5 |
| Variable cost | | 30 |
| Fixed cost | | 3 |
| Depreciation | | 1.5 |
| Pretax profit | | 3 |
| Tax | | 1.5 |
| Net profit | | 1.5 |
| Operating cash flow | | 3 |
| | | |
| Net cash flow | −15 | 3 |

▶ **TABLE 10.1** Preliminary cash-flow forecasts for Otobai's electric scooter project (figures in ¥ billions).

*Assumptions:*
1. Investment is depreciated over 10 years straight-line.
2. Income is taxed at a rate of 50%.

"Live" Excel versions of Tables 10.1 to 10.5 are available on the book's Web site, **www.mhhe.com/bma**.



eXcel

Visit us at
www.mhhe.com/bma.

These seem to be the important things you need to know, but look out for unidentified variables. Perhaps there are patent problems, or perhaps you will need to invest in service stations that will recharge the scooter batteries. The greatest dangers often lie in these *unknown* unknowns, or "unk-unks," as scientists call them.

Having found no unk-unks (no doubt you will find them later), you conduct a **sensitivity analysis** with respect to market size, market share, and so on. To do this, the marketing and production staffs are asked to give optimistic and pessimistic estimates for the underlying variables. These are set out in the left-hand columns of Table 10.2. The right-hand side shows what happens to the project's net present value if the variables are set *one at a time* to their optimistic and pessimistic values. Your project appears to be by no means a sure thing. The most dangerous variables are market share and unit variable cost. If market share is only .04 (and all other variables are as expected), then the project has an NPV of −¥10.4 billion. If unit variable cost is ¥360,000 (and all other variables are as expected), then the project has an NPV of −¥15 billion.

### Value of Information

Now you can check whether you could resolve some of the uncertainty *before* your company parts with the ¥15 billion investment. Suppose that the pessimistic value for unit variable cost partly reflects the production department's worry that a particular machine will not work as designed and that the operation will have to be performed by other methods at an extra cost of ¥20,000 per unit. The chance that this will occur is only 1 in 10. But, if it does occur, the extra ¥20,000 unit cost will reduce after-tax cash flow by

$$\text{Unit sales} \times \text{additional unit cost} \times (1 - \text{tax rate})$$
$$= 100,000 \times 20,000 \times .50 = ¥1 \text{ billion}$$

It would reduce the NPV of your project by

$$\sum_{t=1}^{10} \frac{1}{(1.10)^t} = ¥6.14 \text{ billion,}$$

putting the NPV of the scooter project underwater at +3.43 − 6.14 = −¥2.71 billion. It is possible that a relatively small change in the scooter's design would remove the need for the new machine. Or perhaps a ¥10 million pretest of the machine will reveal whether it will work and allow you to clear up the problem. It clearly pays to invest ¥10 million to avoid a 10% probability of a ¥6.14 billion fall in NPV. You are ahead by −10 + .10 × 6,140 = +¥604 million.

On the other hand, the value of additional information about market size is small. Because the project is acceptable even under pessimistic assumptions about market size, you are unlikely to be in trouble if you have misestimated that variable.

| Variable | Range | | | NPV, ¥ billions | | |
|---|---|---|---|---|---|---|
| | **Pessimistic** | **Expected** | **Optimistic** | **Pessimistic** | **Expected** | **Optimistic** |
| Market size, million | 0.9 | 1 | 1.1 | 1.1 | 3.4 | 5.7 |
| Market share | 0.04 | 0.10 | 0.16 | −10.4 | 3.4 | 17.3 |
| Unit price, yen | 350,000 | 375,000 | 380,000 | −4.2 | 3.4 | 5.0 |
| Unit variable cost, yen | 360,000 | 300,000 | 275,000 | −15.0 | 3.4 | 11.1 |
| Fixed cost, ¥ billions | 4 | 3 | 2 | 0.4 | 3.4 | 6.5 |

▶ **TABLE 10.2**    To undertake a sensitivity analysis of the electric scooter project, we set each variable in turn at its most pessimistic or optimistic value and recalculate the NPV of the project.



Visit us at
www.mhhe.com/bma.

## Limits to Sensitivity Analysis

Sensitivity analysis boils down to expressing cash flows in terms of key project variables and then calculating the consequences of misestimating the variables. It forces the manager to identify the underlying variables, indicates where additional information would be most useful, and helps to expose inappropriate forecasts.

One drawback to sensitivity analysis is that it always gives somewhat ambiguous results. For example, what exactly does *optimistic* or *pessimistic* mean? The marketing department may be interpreting the terms in a different way from the production department. Ten years from now, after hundreds of projects, hindsight may show that the marketing department's pessimistic limit was exceeded twice as often as the production department's; but what you may discover 10 years hence is no help now. Of course, you could specify that, when you use the terms "pessimistic" and "optimistic," you mean that there is only a 10% chance that the actual value will prove to be worse than the pessimistic figure or better than the optimistic one. However, it is far from easy to extract a forecaster's notion of the true probabilities of possible outcomes.[3]

Another problem with sensitivity analysis is that the underlying variables are likely to be interrelated. What sense does it make to look at the effect in isolation of an increase in market size? If market size exceeds expectations, it is likely that demand will be stronger than you anticipated and unit prices will be higher. And why look in isolation at the effect of an increase in price? If inflation pushes prices to the upper end of your range, it is quite probable that costs will also be inflated.

Sometimes the analyst can get around these problems by defining underlying variables so that they are roughly independent. But you cannot push *one-at-a-time* sensitivity analysis too far. It is impossible to obtain expected, optimistic, and pessimistic values for total *project* cash flows from the information in Table 10.2.

## Scenario Analysis

If the variables are interrelated, it may help to consider some alternative plausible scenarios. For example, perhaps the company economist is worried about the possibility of another sharp rise in world oil prices. The direct effect of this would be to encourage the use of electrically powered transportation. The popularity of compact cars after the oil price increases in 2007 leads you to estimate that an immediate 20% rise in the price of oil would enable you to capture an extra 3% of the scooter market. On the other hand, the economist also believes that higher oil prices would prompt a world recession and at the same time stimulate inflation. In that case, market size might be in the region of .8 million scooters and both prices and cost might be 15% higher than your initial estimates. Table 10.3 shows that this scenario of higher oil prices and recession would on balance help your new venture. Its NPV would increase to ¥6.4 billion.

Managers often find **scenario analysis** helpful. It allows them to look at different but *consistent* combinations of variables. Forecasters generally prefer to give an estimate of revenues or costs under a particular scenario than to give some absolute optimistic or pessimistic value.

## Break-Even Analysis

When we undertake a sensitivity analysis of a project or when we look at alternative scenarios, we are asking how serious it would be if sales or costs turned out to be worse than we forecasted. Managers sometimes prefer to rephrase this question and ask how bad sales

---

[3] If you doubt this, try some simple experiments. Ask the person who repairs your dishwasher to state a numerical probability that it will work for at least one more year. Or construct your own subjective probability distribution of the number of telephone calls you will receive next week. That ought to be easy. Try it.

can get before the project begins to lose money. This exercise is known as **break-even analysis.**

In the left-hand portion of Table 10.4 we set out the revenues and costs of the electric scooter project under different assumptions about annual sales.[4] In the right-hand portion of the table we discount these revenues and costs to give the *present value* of the inflows and the *present value* of the outflows. Net present value is of course the difference between these numbers.

You can see that NPV is strongly negative if the company does not produce a single scooter. It is just positive if (as expected) the company sells 100,000 scooters and is strongly positive if it sells 200,000. Clearly the *zero*-NPV point occurs at a little under 100,000 scooters.

| | **Cash Flows, Years 1-10, ¥ billions** | | |
|---|---|---|---|
| | **Base Case** | | **High Oil Prices and Recession Case** |
| 1 Revenue | 37.5 | | 44.9 |
| 2 Variable cost | 30 | | 35.9 |
| 3 Fixed cost | 3 | | 3.5 |
| 4 Depreciation | 1.5 | | 1.5 |
| 5 Pretax profit | 3 | | 4.0 |
| 6 Tax | 1.5 | | 2.0 |
| 7 Net profit | 1.5 | | 2.0 |
| 8 Net cash flow | 3 | | 3.5 |
| | | | |
| PV of cash flows | 18.4 | | 21.4 |
| NPV | 3.4 | | 6.4 |
| | | | |
| | **Assumptions** | | |
| | **Base Case** | | **High Oil Prices and Recession Case** |
| Market size, million | 1 | | 0.8 |
| Market share | 0.10 | | 0.13 |
| Unit price, yen | 375,000 | | 431,300 |
| Unit variable cost, yen | 300,000 | | 345,000 |
| Fixed cost, ¥ billions | 3 | | 3.5 |

▶ **TABLE 10.3**  How the NPV of the electric scooter project would be affected by higher oil prices and a world recession.


Visit us at
www.mhhe.com/bma.

| **Inflows** | | | **Outflows** | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **Year 0** | **Years 1-10** | | | | | |
| **Unit Sales, Thousands** | **Revenues, Years 1-10** | **Investment** | **Variable Costs** | **Fixed Costs** | **Taxes** | **PV Inflows** | **PV Outflows** | **NPV** |
| 0 | 0 | 15 | 0 | 3 | −2.25 | 0 | 19.6 | −19.6 |
| 100 | 37.5 | 15 | 30 | 3 | 1.5 | 230.4 | 227.0 | 3.4 |
| 200 | 75.0 | 15 | 60 | 3 | 5.25 | 460.8 | 434.4 | 26.5 |

▶ **TABLE 10.4**  NPV of electric scooter project under different assumptions about unit sales (figures in ¥ billions except as noted).


Visit us at
www.mhhe.com/bma.

---

[4] Notice that if the project makes a loss, this loss can be used to reduce the tax bill on the rest of the company's business. In this case the project produces a tax saving—the tax outflow is negative.



**FIGURE 10.1**

A break-even chart showing the present values of Otobai's cash inflows and outflows under different assumptions about unit sales. NPV is zero when sales are 85,000.

| Unit Sales, Thousands | Revenues Years 1-10 | Variable Costs | Fixed Costs | Depreciation | Taxes | Total Costs | Profit after Tax |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 3 | 1.5 | −2.25 | 2.25 | −2.25 |
| 100 | 37.5 | 30 | 3 | 1.5 | 1.5 | 36.0 | 1.5 |
| 200 | 75.0 | 60 | 3 | 1.5 | 5.25 | 69.75 | 5.25 |

**TABLE 10.5**   The electric scooter project's accounting profit under different assumptions about unit sales (figures in ¥ billions except as noted).



Visit us at
www.mhhe.com/bma.

In Figure 10.1 we have plotted the present value of the inflows and outflows under different assumptions about annual sales. The two lines cross when sales are 85,000 scooters. This is the point at which the project has zero NPV. As long as sales are greater than 85,000, the project has a positive NPV.[5]

Managers frequently calculate break-even points in terms of accounting profits rather than present values. Table 10.5 shows Otobai's after-tax profits at three levels of scooter sales. Figure 10.2 once again plots revenues and costs against sales. But the story this time is different. Figure 10.2, which is based on accounting profits, suggests a breakeven of 60,000 scooters. Figure 10.1, which is based on present values, shows a breakeven at 85,000 scooters. Why the difference?

When we work in terms of accounting profit, we deduct depreciation of ¥1.5 billion each year to cover the cost of the initial investment. If Otobai sells 60,000 scooters a year, revenues will be sufficient both to pay operating costs and to recover the initial

---

[5] We could also calculate break-even sales by plotting equivalent annual costs and revenues. Of course, the break-even point would be identical at 85,000 scooters.

> **FIGURE 10.2**
>
> Sometimes break-even charts are constructed in terms of accounting numbers. After-tax profit is zero when sales are 60,000.



outlay of ¥15 billion. But they will *not* be sufficient to repay the *opportunity cost of capital* on that ¥15 billion. A project that breaks even in accounting terms will surely have a negative NPV.

### Operating Leverage and the Break-Even Point

A project's break-even point depends on the extent to which its costs vary with the level of sales. Suppose that electric scooters fall out of favor. The bad news is that Otobai's sales revenue is less than you'd hoped, but you have the consolation that the variable costs also decline. On the other hand, even if Otobai is unable to sell a single scooter, it must make the up-front investment of ¥15 billion and pay the fixed costs of ¥3 billion a year.

Suppose that Otobai's *entire* costs were fixed at ¥33 billion. Then it would need only a 3% shortfall in revenues (from ¥37.5 billion to ¥36.4 billion) to turn the project into a negative-NPV investment. Thus, when costs are largely fixed, a shortfall in sales has a greater impact on profitability and the break-even point is higher. Of course, a high proportion of fixed costs is not all bad. The firm whose costs are fixed fares poorly when demand is low, but makes a killing during a boom.

A business with high fixed costs is said to have high **operating leverage.** Operating leverage is usually defined in terms of accounting profits rather than cash flows[6] and is measured by the percentage change in profits for each 1% change in sales. Thus **degree of operating leverage (DOL)** is

$$\text{DOL} = \frac{\text{percentage change in profits}}{\text{percentage change in sales}}$$

---

[6] In Chapter 9 we developed a measure of operating leverage that was expressed in terms of cash flows and their present values. We used this measure to show how beta depends on operating leverage.

| Industries with high operating leverage | | Industries with low operating leverage | |
|---|---|---|---|
| **Industry** | **DOL** | **Industry** | **DOL** |
| Steel | 2.20 | Electric utilities | .56 |
| Railroads | 1.99 | Food | .79 |
| Autos | 1.57 | Clothing | .88 |

▶ **TABLE 10.6**   Estimated degree of operating leverage (DOL) for large U.S. companies by industry.

*Note:* DOL is estimated as the median ratio of the change in profits to the change in sales for firms in Standard & Poor's index, 1998–2008.

The following simple formula[7] shows how DOL is related to the business's fixed costs (including depreciation) as a proportion of pretax profits:

$$DOL = 1 + \frac{fixed\ costs}{profits}$$

In the case of Otobai's scooter project

$$DOL = 1 + \frac{(3 + 1.5)}{3} = 2.5$$

A 1% shortfall in the scooter project's revenues would result in a 2.5% shortfall in profits.

Look now at Table 10.6, which shows how much the profits of some large U.S. companies have typically changed as a proportion of the change in sales. For example, notice that each 1% drop in sales has reduced steel company profits by 2.20%. This suggests that steel companies have an estimated operating leverage of 2.20. You would expect steel stocks therefore to have correspondingly high betas and this is indeed the case.

## 10-3 Monte Carlo Simulation

Sensitivity analysis allows you to consider the effect of changing one variable at a time. By looking at the project under alternative scenarios, you can consider the effect of a *limited number* of plausible combinations of variables. **Monte Carlo simulation** is a tool for considering *all* possible combinations. It therefore enables you to inspect the entire distribution of project outcomes.

Imagine that you are a gambler at Monte Carlo. You know nothing about the laws of probability (few casual gamblers do), but a friend has suggested to you a complicated strategy for playing roulette. Your friend has not actually tested the strategy but is confident that it will *on the average* give you a 2½% return for every 50 spins of the wheel. Your friend's optimistic estimate for any series of 50 spins is a profit of 55%; your friend's pessimistic estimate is a loss of 50%. How can you find out whether these really are the odds? An easy but possibly expensive way is to start playing and record the outcome at the end of

---

[7] This formula for DOL can be derived as follows. If sales increase by 1%, then variable costs will also increase by 1%, and profits will increase by .01 × (sales − variable costs) = .01 × (pretax profits + fixed costs). Now recall the definition of DOL:

$$DOL = \frac{percentage\ change\ in\ profits}{percentage\ change\ in\ sales} = \frac{(change\ in\ profits)/(level\ of\ profits)}{.01}$$

$$= 100 \times \frac{change\ in\ profits}{level\ of\ profits} = 100 \times \frac{.01 \times (profits + fixed\ costs)}{level\ of\ profits}$$

$$= 1 + \frac{fixed\ costs}{profits}$$

each series of 50 spins. After, say, 100 series of 50 spins each, plot a frequency distribution of the outcomes and calculate the average and upper and lower limits. If things look good, you can then get down to some serious gambling.

An alternative is to tell a computer to simulate the roulette wheel and the strategy. In other words, you could instruct the computer to draw numbers out of its hat to determine the outcome of each spin of the wheel and then to calculate how much you would make or lose from the particular gambling strategy.

That would be an example of Monte Carlo simulation. In capital budgeting we replace the gambling strategy with a model of the project, and the roulette wheel with a model of the world in which the project operates. Let us see how this might work with our project for an electrically powered scooter.

## Simulating the Electric Scooter Project

**Step 1: Modeling the Project**   The first step in any simulation is to give the computer a precise model of the project. For example, the sensitivity analysis of the scooter project was based on the following implicit model of cash flow:

$$\text{Cash flow} = (\text{revenues} - \text{costs} - \text{depreciation}) \times (1 - \text{tax rate}) + \text{depreciation}$$
$$\text{Revenues} = \text{market size} \times \text{market share} \times \text{unit price}$$
$$\text{Costs} = (\text{market size} \times \text{market share} \times \text{variable unit cost}) + \text{fixed cost}$$

This model of the project was all that you needed for the simpleminded sensitivity analysis that we described above. But if you wish to simulate the whole project, you need to think about how the variables are interrelated.

For example, consider the first variable—market size. The marketing department has estimated a market size of 1 million scooters in the first year of the project's life, but of course you do not know how things will work out. Actual market size will exceed or fall short of expectations by the amount of the department's forecast error:

$$\text{Market size, year 1} = \text{expected market size, year 1} \times (1 + \text{forecast error, year 1})$$

You *expect* the forecast error to be zero, but it could turn out to be positive or negative. Suppose, for example, that the actual market size turns out to be 1.1 million. That means a forecast error of 10%, or +.1:

$$\text{Market size, year 1} = 1 \times (1 + .1) = 1.1 \text{ million}$$

You can write the market size in the second year in exactly the same way:

$$\text{Market size, year 2} = \text{expected market size, year 2} \times (1 + \text{forecast error, year 2})$$

But at this point you must consider how the expected market size in year 2 is affected by what happens in year 1. If scooter sales are below expectations in year 1, it is likely that they will continue to be below in subsequent years. Suppose that a shortfall in sales in year 1 would lead you to revise down your forecast of sales in year 2 by a like amount. Then

$$\text{Expected market size, year 2} = \text{actual market size, year 1}$$

Now you can rewrite the market size in year 2 in terms of the actual market size in the previous year plus a forecast error:

$$\text{Market size, year 2} = \text{market size, year 1} \times (1 + \text{forecast error, year 2})$$

In the same way you can describe the expected market size in year 3 in terms of market size in year 2 and so on.

This set of equations illustrates how you can describe interdependence between different *periods*. But you also need to allow for interdependence between different *variables*. For example, the price of electrically powered scooters is likely to increase with market size. Suppose that this is the only uncertainty and that a 10% addition to market size would lead you to predict a 3% increase in price. Then you could model the first year's price as follows:

Price, year 1 = expected price, year 1 × (1 + .3 × error in market size forecast, year 1)

Then, if variations in market size exert a permanent effect on price, you can define the second year's price as

Price, year 2 = expected price, year 2 × (1 + .3 × error in market size forecast, year 2)
= actual price, year 1 × (1 + .3 × error in market size forecast, year 2)

Notice how we have linked each period's selling price to the *actual* selling prices (including forecast error) in all previous periods. We used the same type of linkage for market size. These linkages mean that forecast errors accumulate; they do not cancel out over time. Thus, uncertainty *increases* with time: The farther out you look into the future, the more the actual price or market size may depart from your original forecast.

The complete model of your project would include a set of equations for each of the variables: market size, price, market share, unit variable cost, and fixed cost. Even if you allowed for only a few interdependencies between variables and across time, the result would be quite a complex list of equations.[8] Perhaps that is not a bad thing if it forces you to understand what the project is all about. Model building is like spinach: You may not like the taste, but it is good for you.

**Step 2: Specifying Probabilities**  Remember the procedure for simulating the gambling strategy? The first step was to specify the strategy, the second was to specify the numbers on the roulette wheel, and the third was to tell the computer to select these numbers at random and calculate the results of the strategy:



The steps are just the same for your scooter project:



Think about how you might go about specifying your possible errors in forecasting market size. You *expect* market size to be 1 million scooters. You obviously don't think that you are underestimating or overestimating, so the expected forecast error is zero. On the other hand, the marketing department has given you a range of possible estimates. Market size could be as low as .85 million scooters or as high as 1.15 million scooters. Thus the forecast error has an expected value of 0 and a range of plus or minus 15%. If the marketing

---

[8] Specifying the interdependencies is the hardest and most important part of a simulation. If all components of project cash flows were unrelated, simulation would rarely be necessary.

department has in fact given you the lowest and highest possible outcomes, actual market size should fall somewhere within this range with near certainty.[9]

That takes care of market size; now you need to draw up similar estimates of the possible forecast errors for each of the other variables that are in your model.

**Step 3: Simulate the Cash Flows**   The computer now *samples* from the distribution of the forecast errors, calculates the resulting cash flows for each period, and records them. After many iterations you begin to get accurate estimates of the probability distributions of the project cash flows—accurate, that is, only to the extent that your model and the probability distributions of the forecast errors are accurate. Remember the GIGO principle: "Garbage in, garbage out."

Figure 10.3 shows part of the output from an actual simulation of the electric scooter project.[10] Note the positive skewness of the outcomes—very large outcomes are more likely than very small ones. This is common when forecast errors accumulate over time. Because of the skewness the average cash flow is somewhat higher than the most likely outcome; in other words, a bit to the right of the peak of the distribution.[11]



▶ **FIGURE 10.3**

Simulation of cash flows for year 10 of the electric scooter project.

---

[9] Suppose "near certainty" means "99% of the time." If forecast errors are normally distributed, this degree of certainty requires a range of plus or minus three standard deviations.

Other distributions could, of course, be used. For example, the marketing department may view any market size between .85 and 1.15 million scooters as *equally likely.* In that case the simulation would require a uniform (rectangular) distribution of forecast errors.

[10] These are actual outputs from Crystal Ball™ software. The simulation assumed annual forecast errors were normally distributed and ran through 10,000 trials. We thank Christopher Howe for running the simulation. An Excel program to simulate the Otobai project was kindly provided by Marek Jochec and is available on the Web site, **www.mhhe.com/bma**.

[11] When you are working with cash-flow forecasts, bear in mind the distinction between the expected value and the most likely (or modal) value. Present values are based on *expected* cash flows—that is, the probability-weighted average of the possible future cash flows. If the distribution of possible outcomes is skewed to the right as in Figure 10.3, the expected cash flow will be greater than the most likely cash flow.

**Step 4: Calculate Present Value**   The distributions of project cash flows should allow you to calculate the expected cash flows more accurately. In the final step you need to discount these expected cash flows to find present value.

Simulation, though complicated, has the obvious merit of compelling the forecaster to face up to uncertainty and to interdependencies. Once you have set up your simulation model, it is a simple matter to analyze the principal sources of uncertainty in the cash flows and to see how much you could reduce this uncertainty by improving the forecasts of sales or costs. You may also be able to explore the effect of possible modifications to the project.

Simulation may sound like a panacea for the world's ills, but, as usual, you pay for what you get. Sometimes you pay for more than you get. It is not just a matter of the time spent in building the model. It is extremely difficult to estimate interrelationships between variables and the underlying probability distributions, even when you are trying to be honest. But in capital budgeting, forecasters are seldom completely impartial and the probability distributions on which simulations are based can be highly biased.

In practice, a simulation that attempts to be realistic will also be complex. Therefore the decision maker may delegate the task of constructing the model to management scientists or consultants. The danger here is that, even if the builders understand their creation, the decision maker cannot and therefore does not rely on it. This is a common but ironic experience.

## 10-4   Real Options and Decision Trees

When you use discounted cash flow (DCF) to value a project, you implicitly assume that the firm will hold the assets passively. But managers are not paid to be dummies. After they have invested in a new project, they do not simply sit back and watch the future unfold. If things go well, the project may be expanded; if they go badly, the project may be cut back or abandoned altogether. Projects that can be modified in these ways are more valuable than those that do not provide such flexibility. The more uncertain the outlook, the more valuable this flexibility becomes.

That sounds obvious, but notice that sensitivity analysis and Monte Carlo simulation do not recognize the opportunity to modify projects.[12] For example, think back to the Otobai electric scooter project. In real life, if things go wrong with the project, Otobai would abandon to cut its losses. If so, the worst outcomes would not be as devastating as our sensitivity analysis and simulation suggested.

Options to modify projects are known as **real options.** Managers may not always use the term "real option" to describe these opportunities; for example, they may refer to "intangible advantages" of easy-to-modify projects. But when they review major investment proposals, these option intangibles are often the key to their decisions.

### The Option to Expand

Long-haul airfreight businesses such as FedEx need to move a massive amount of goods each day. Therefore, when Airbus announced delays to its A380 superjumbo freighter, FedEx turned to Boeing and ordered 15 of its 777 freighters to be delivered between 2009 and 2011. If business continues to expand, FedEx will need more aircraft. But rather than placing additional firm orders, the company secured a place in Boeing's production line by acquiring *options* to buy a further 15 aircraft at a predetermined price. These options did not commit FedEx to expand but gave it the flexibility to do so.

---

[12] Some simulation models *do* recognize the possibility of changing policy. For example, when a pharmaceutical company uses simulation to analyze its R&D decisions, it allows for the possibility that the company can abandon the development at each phase.

Figure 10.4 displays FedEx's expansion option as a simple **decision tree.** You can think of it as a game between FedEx and fate. Each square represents an action or decision by the company. Each circle represents an outcome revealed by fate. In this case there is only one outcome—when fate reveals the airfreight demand and FedEx's capacity needs. FedEx then decides whether to exercise its options and buy additional 777s. Here the future decision is easy: Buy the airplanes only if demand is high and the company can operate them profitably. If demand is low, FedEx walks away and leaves Boeing with the problem of finding another customer for the planes that were reserved for FedEx.

You can probably think of many other investments that take on added value because of the further options they provide. For example,

- When launching a new product, companies often start with a pilot program to iron out possible design problems and to test the market. The company can evaluate the pilot project and then decide whether to expand to full-scale production.
- When designing a factory, it can make sense to provide extra land or floor space to reduce the future cost of a second production line.
- When building a four-lane highway, it may pay to build six-lane bridges so that the road can be converted later to six lanes if traffic volumes turn out to be higher than expected.
- When building production platforms for offshore oil and gas fields, companies usually allow ample vacant deck space. The vacant space costs more up front but reduces the cost of installing extra equipment later. For example, vacant deck space could provide an option to install water-flooding equipment if oil or gas prices turn out high enough to justify this investment.

Expansion options do not show up on accounting balance sheets, but managers and investors are well aware of their importance. For example, in Chapter 4 we showed how the present value of growth opportunities (PVGO) contributes to the value of a company's common stock. PVGO equals the forecasted total NPV of future investments. But it is better to think of PVGO as the value of the firm's *options* to invest and expand. The firm is not obliged to grow. It can invest more if the number of positive-NPV projects turns out high or slow down if that number turns out low. The flexibility to adapt investment to future opportunities is one of the factors that makes PVGO so valuable.

### The Option to Abandon

If the option to expand has value, what about the decision to bail out? Projects do not just go on until assets expire of old age. The decision to terminate a project is usually taken by



▶ **FIGURE 10.4**

FedEx's expansion option expressed as a simple decision tree.

management, not by nature. Once the project is no longer profitable, the company will cut its losses and exercise its option to abandon the project.

Some assets are easier to bail out of than others. Tangible assets are usually easier to sell than intangible ones. It helps to have active secondhand markets, which really exist only for standardized items. Real estate, airplanes, trucks, and certain machine tools are likely to be relatively easy to sell. On the other hand, the knowledge accumulated by a software company's research and development program is a specialized intangible asset and probably would not have significant abandonment value. (Some assets, such as old mattresses, even have *negative* abandonment value; you have to pay to get rid of them. It is costly to decommission nuclear power plants or to reclaim land that has been strip-mined.)

---

**EXAMPLE 10.1**  ●  Bailing Out of the Outboard-Engine Project

---

Managers should recognize the option to abandon when they make the initial investment in a new project or venture. For example, suppose you must choose between two technologies for production of a Wankel-engine outboard motor.

**1.** Technology A uses computer-controlled machinery custom-designed to produce the complex shapes required for Wankel engines in high volumes and at low cost. But if the Wankel outboard does not sell, this equipment will be worthless.

**2.** Technology B uses standard machine tools. Labor costs are much higher, but the machinery can be sold for $17 million if demand turns out to be low.

Just for simplicity, assume that the initial capital outlays are the same for both technologies. If demand in the first year is buoyant, technology A will provide a payoff of $24 million. If demand is sluggish, the payoff from A is $16 million. Think of these payoffs as the project's cash flow in the first year of production plus the value in year 1 of all future cash flows. The corresponding payoffs to technology B are $22.5 million and $15 million:

| Payoffs from Producing Outboard ($ millions) | | |
| --- | --- | --- |
|  | **Technology A** | **Technology B** |
| Buoyant demand | $24.0 | $22.5 |
| Sluggish demand | 16.0 | 15.0* |
| * Composed of a cash flow of $1.5 million and a PV in year 1 of 13.5 million. | | |

Technology A looks better in a DCF analysis of the new product because it was designed to have the lowest possible cost at the planned production volume. Yet you can sense the advantage of the flexibility provided by technology B if you are unsure whether the new outboard will sink or swim in the marketplace. If you adopt technology B and the outboard is not a success, you are better off collecting the first year's cash flow of $1.5 million and then selling the plant and equipment for $17 million.

● ● ● ● ●

Figure 10.5 summarizes Example 10.1 as a decision tree. The abandonment option occurs at the right-hand boxes for technology B. The decisions are obvious: continue if demand is buoyant, abandon otherwise. Thus the payoffs to technology B are

Buoyant demand →    continue production    →    payoff of $22.5 million

Sluggish demand → exercise option to sell assets → payoff of 1.5 + 17 = $18.5 million



◗ **FIGURE 10.5**

Decision tree for the Wankel outboard motor project. Technology B allows the firm to abandon the project and recover $18.5 million if demand is sluggish.

Technology B provides an insurance policy: If the outboard's sales are disappointing, you can abandon the project and receive $18.5 million. The total value of the project with technology B is its DCF value, assuming that the company does not abandon, *plus* the value of the option to sell the assets for $17 million. When you value this abandonment option, you are placing a value on flexibility.

## Production Options

When companies undertake new investments, they generally think about the possibility that at a later stage they may wish to modify the project. After all, today everybody may be demanding round pegs, but, who knows, tomorrow square ones may be all the rage. In that case you need a plant that provides the flexibility to produce a variety of peg shapes. In just the same way, it may be worth paying up front for the flexibility to vary the inputs. For example in Chapter 22 we will describe how electric utilities often build in the option to switch between burning oil and burning natural gas. We refer to these opportunities as *production options.*

## Timing Options

The fact that a project has a positive NPV does not mean that it is best undertaken now. It might be even more valuable to delay.

Timing decisions are fairly straightforward under conditions of certainty. You need to examine alternative dates for making the investment and calculate its net future value at

each of these dates. Then, to find which of the alternatives would add most to the firm's *current* value, you must discount these net future values back to the present:

$$\text{Net present value of investment if undertaken at time } t = \frac{\text{Net future value at date } t}{(1 + r)^t}$$

The optimal date to undertake the investment is the one that maximizes its contribution to the value of your firm today. This procedure should already be familiar to you from Chapter 6, where we worked out when it was best to cut a tract of timber.

In the timber-cutting example we assumed that there was no uncertainty about the cash flows, so that you knew the optimal time to exercise your option. When there is uncertainty, the timing option is much more complicated. An opportunity not taken at $t = 0$ might be more or less attractive at $t = 1$; there is rarely any way of knowing for sure. Perhaps it is better to strike while the iron is hot even if there is a chance that it will become hotter. On the other hand, if you wait a bit you might obtain more information and avoid a bad mistake. That is why you often find that managers choose not to invest today in projects where the NPV is only marginally positive and there is much to be learned by delay.

## More on Decision Trees

We will return to all these real options in Chapter 22, after we have covered the theory of option valuation in Chapters 20 and 21. But we will end this chapter with a closer look at decision trees.

Decision trees are commonly used to describe the real options imbedded in capital investment projects. But decision trees were used in the analysis of projects years before real options were first explicitly identified. Decision trees can help to understand project risk and how future decisions will affect project cash flows. Even if you never learn or use option valuation theory, decision trees belong in your financial toolkit.

The best way to appreciate how decision trees can be used in project analysis is to work through a detailed example.

---

**EXAMPLE 10.2**  ●  A Decision Tree for Pharmaceutical R&D

---

Drug development programs may last decades. Usually hundreds of thousands of compounds may be tested to find a few with promise. Then these compounds must survive several stages of investment and testing to gain approval from the Food and Drug Administration (FDA). Only then can the drug be sold commercially. The stages are as follows:

1. *Phase I clinical trials.* After laboratory and clinical tests are concluded, the new drug is tested for safety and dosage in a small sample of humans.

2. *Phase II clinical trials.* The new drug is tested for efficacy (Does it work as predicted?) and for potentially harmful side effects.

3. *Phase III clinical trials.* The new drug is tested on a larger sample of humans to confirm efficacy and to rule out harmful side effects.

4. *Prelaunch.* If FDA approval is gained, there is investment in production facilities and initial marketing. Some clinical trials continue.

5. *Commercial launch.* After making a heavy initial investment in marketing and sales, the company begins to sell the new drug to the public.

Once a drug is launched successfully, sales usually continue for about 10 years, until the drug's patent protection expires and competitors enter with generic versions of the same

chemical compound. The drug may continue to be sold off-patent, but sales volume and profits are much lower.

The commercial success of FDA-approved drugs varies enormously. The PV of a "blockbuster" drug at launch can be 5 or 10 times the PV of an average drug. A few blockbusters can generate most of a large pharmaceutical company's profits.[13]

No company hesitates to invest in R&D for a drug that it *knows* will be a blockbuster. But the company will not find out for sure until after launch. Sometimes a company thinks it has a blockbuster, only to discover that a competitor has launched a better drug first.

Sometimes the FDA approves a drug but limits its scope of use. Some drugs, though effective, can only be prescribed for limited classes of patients; other drugs can be prescribed much more widely. Thus the manager of a pharmaceutical R&D program has to assess the odds of clinical success and the odds of commercial success. A new drug may be abandoned if it fails clinical trials—for example, because of dangerous side effects—or if the outlook for profits is discouraging.

Figure 10.6 is a decision tree that illustrates these decisions. We have assumed that a new drug has passed phase I clinical trials with flying colors. Now it requires an investment of $18 million for phase II trials. These trials take two years. The probability of success is 44%.

If the trials are successful, the manager learns the commercial potential of the drug, which depends on how widely it can be used. Suppose that the forecasted PV at launch depends on the scope of use allowed by the FDA. These PVs are shown at the far right of the decision tree: an upside outcome of NPV = $700 million if the drug can be widely used, a most likely case with NPV = $300 million, and a downside case of NPV = $100 million if the drug's scope is greatly restricted.[14] The NPVs are the payoffs at launch after investment in marketing. Launch comes three years after the start of phase III if the drug is approved by the FDA. The probabilities of the upside, most likely, and downside outcomes are 25%, 50%, and 25%, respectively.

A further R&D investment of $130 million is required for phase III trials and for the prelaunch period. (We have combined phase III and prelaunch for simplicity.) The probability of FDA approval and launch is 80%.

Now let's value the investments in Figure 10.6. We assume a risk-free rate of 4% and market risk premium of 7%. If FDA-approved pharmaceutical products have asset betas of .8, the opportunity cost of capital is $4 + .8 \times 7 = 9.6\%$.

We work back through the tree from right to left. The NPVs at the start of phase III trials are:

$$\text{NPV(upside)} \quad = -130 + .8 \times \frac{700}{(1.096)^3} = +\$295 \text{ million}$$

$$\text{NPV(most likely)} = -130 + .8 \times \frac{300}{(1.096)^3} = +\$52 \text{ million}$$

$$\text{NPV(downside)} \quad = -130 + .8 \times \frac{100}{(1.096)^3} = -\$69 \text{ million}$$

Since the downside NPV is negative at −$69 million, the $130 million investment at the start of phase III should *not* be made in the downside case. There is no point investing

---

[13] The Web site of the Tufts Center for the Study of Drug Development (**http://csdd.tufts.edu**) provides a wealth of information about the costs and risks of pharmaceutical R&D.

[14] The most likely case is not the average outcome, because PVs in the pharmaceutical business are skewed to the upside. The average PV is $.25 \times 700 + .5 \times 300 + .25 \times 100 = \$350$ million.



**Phase III Trials and prelaunch (3 years)**

**Phase II Trials, 2 years**

Invest 130?

Yes, NPV = +295

Succeed 80%
Upside PV = 700

20%
Fail, PV = 0

Learn potential PV

25%

Succeed 44%

50%

Invest 130?

Yes, NPV = +52

Succeed 80%
Most likely PV = 300

20%
Fail, PV = 0

Invest 18?

56%

Fail PV = 0

25%

Invest 130?

STOP, PV = 0

Succeed 80%
Downside PV = 100

20%
Fail, PV = 0

▶ **FIGURE 10.6**

A simplified decision tree for pharmaceutical R&D. A candidate drug requires an $18 million investment for phase II clinical trials. If the trials are successful (44% probability), the company learns the drug's scope of use and updates its forecast of the drug's PV at commercial launch. The investment required for the phase III trials and prelaunch outlays is $130 million. The probability of success in phase III and prelaunch is 80%.

**eXcel**

Visit us at www.mhhe.com/bma.

$130 million for an 80% chance of a $100 million payoff three years later. Therefore the value of the R&D program at this point in the decision tree is not −$69 million, but zero.

Now calculate the NPV at the initial investment decision for phase II trials. The payoff two years later depends on whether the drug delivers on the upside, most likely, or downside: a 25% chance of NPV = +$295 million, a 50% chance of NPV = +$52 million, and a 25% chance of cancellation and NPV = 0. These NPVs are achieved only if the phase II trials are successful: there is a 44% chance of success and a 56% chance of failure. The initial investment is $18 million. Therefore NPV is

$$NPV = -18 + .44 \times \frac{.25 \times 295 + .5 \times 52 + .25 \times 0}{(1.096)^2} = -18 + 37 = +\$19 \text{ million}$$

Thus the phase II R&D is a worthwhile investment, even though the drug has only a 33% chance of making it to launch (.44 × .75 = .33, or 33%).

Notice that we did not increase the 9.6% discount rate to offset the risks of failure in clinical trials or the risk that the drug will fail to generate profits. Concerns about the drug's efficacy, possible side effects, and scope of use are diversifiable risks, which do not increase the risk of the R&D project to the company's diversified stockholders. We were careful to take these concerns into account in the cash-flow forecasts, however. The

decision tree in Figure 10.6 keeps track of the probabilities of success or failure and the probabilities of upside and downside outcomes.[15]

Figures 10.5 and 10.6 are both examples of abandonment options. We have not explicitly modeled the investments as options, however, so our NPV calculation is incomplete. We show how to value abandonment options in Chapter 22.

• • • • •

### Pro and Con Decision Trees

Any cash-flow forecast rests on some assumption about the firm's future investment and operating strategy. Often that assumption is implicit. Decision trees force the underlying strategy into the open. By displaying the links between today's decisions and tomorrow's decisions, they help the financial manager to find the strategy with the highest net present value.

The decision tree in Figure 10.6 is a simplified version of reality. For example, you could expand the tree to include a wider range of NPVs at launch, possibly including some chance of a blockbuster or of intermediate outcomes. You could allow information about the NPVs to arrive gradually, rather than just at the start of phase III. You could introduce the investment decision at phase I trials and separate the phase III and prelaunch stages. You may wish to draw a new decision tree covering these events and decisions. You will see how fast the circles, squares, and branches accumulate.

The trouble with decision trees is that they get so _____ complex so _____ quickly (insert your own expletives). Life is complex, however, and there is very little we can do about it. It is therefore unfair to criticize decision trees because they can become complex. Our criticism is reserved for analysts who let the complexity become overwhelming. The point of decision trees is to allow explicit analysis of possible future events and decisions. They should be judged not on their comprehensiveness but on whether they show the most important links between today's and tomorrow's decisions. Decision trees used in real life will be more complex than Figure 10.6, but they will nevertheless display only a small fraction of possible future events and decisions. Decision trees are like grapevines: They are productive only if they are vigorously pruned.

---

[15] The market risk attaching to the PVs at launch is recognized in the 9.6% discount rate.

• • • • •

**SUMMARY**

Earlier chapters explained how companies calculate a project's NPV by forecasting the cash flows and discounting them at a rate that reflects project risk. The end result is the project's contribution to shareholder wealth. Understanding discounted-cash-flow analysis is important, but there is more to good capital budgeting practice than an ability to discount.

First, companies need to establish a set of capital budgeting procedures to ensure that decisions are made in an orderly manner. Most companies prepare an annual capital budget, which is a list of investment projects planned for the coming year. Inclusion of a project in the capital budget does not constitute final approval for the expenditure. Before the plant or division can go ahead with a proposal, it will usually need to submit an appropriation request that includes detailed forecasts, a discounted-cash-flow analysis, and back-up information.

Sponsors of capital investment projects are tempted to overstate future cash flows and understate risks. Therefore firms need to encourage honest and open discussion. They also need procedures to ensure that projects fit in with the company's strategic plans and are developed on a consistent basis. (These procedures should _not_ include fudge factors added to project hurdle rates in an attempt to offset optimistic forecasts.) Later, after a project has begun to operate, the firm can follow up with a postaudit. Postaudits identify problems that need fixing and help the firm learn from its mistakes.

Visit us at www.mhhe.com/bma

Good capital budgeting practice also tries to identify the major uncertainties in project proposals. An awareness of these uncertainties may suggest ways that the project can be reconfigured to reduce the dangers, or it may point out some additional research that will confirm whether the project is worthwhile.

There are several ways in which companies try to identify and evaluate the threats to a project's success. The first is *sensitivity analysis.* Here the manager considers in turn each forecast or assumption that drives cash flows and recalculates NPV at optimistic and pessimistic values of that variable. The project is "sensitive to" that variable if the resulting range of NPVs is wide, particularly on the pessimistic side.

Sensitivity analysis often moves on to *break-even analysis,* which identifies break-even values of key variables. Suppose the manager is concerned about a possible shortfall in sales. Then he or she can calculate the sales level at which the project just breaks even (NPV = 0) and consider the odds that sales will fall that far. Break-even analysis is also done in terms of accounting income, although we do not recommend this application.

Sensitivity analysis and break-even analysis are easy, and they identify the forecasts and assumptions that really count for the project's success or failure. The important variables do not change one at a time, however. For example, when raw material prices are higher than forecasted, it's a good bet that selling prices will be higher too. The logical response is *scenario analysis,* which examines the effects on NPV of changing several variables at a time.

Scenario analysis looks at a limited number of combinations of variables. If you want to go whole hog and look at all possible combinations, you will have to turn to *Monte Carlo simulation.* In that case, you must build a financial model of the project and specify the probability distribution of each variable that determines cash flow. Then you ask the computer to draw random values for each variable and work out the resulting cash flows. In fact you ask the computer to do this thousands of times, in order to generate complete distributions of future cash flows. With these distributions in hand, you can get a better handle on expected cash flows and project risks. You can also experiment to see how the distributions would be affected by altering project scope or the ranges for any of the variables.

Elementary treatises on capital budgeting sometimes create the impression that, once the manager has made an investment decision, there is nothing to do but sit back and watch the cash flows unfold. In practice, companies are constantly modifying their operations. If cash flows are better than anticipated, the project may be expanded; if they are worse, it may be contracted or abandoned altogether. Options to modify projects are known as *real options.* In this chapter we introduced the main categories of real options: *expansion* options, *abandonment* options, *timing* options, and options providing *flexibility in production.*

Good managers take account of real options when they value a project. One convenient way to summarize real options and their cash-flow consequences is to create a *decision tree.* You identify the things that could happen to the project and the main counteractions that you might take. Then, working back from the future to the present, you can consider which action you *should* take in each case.

Decision trees can help to identify the possible impact of real options on project cash flows, but we largely skirted the issue of how to value real options. We return to this topic in Chapter 22, after we have covered option-valuation methods in the previous two chapters.

*Three not-too-technical references on real options are listed below. Additional references follow Chapter 22.*

A. Dixit and R. Pindyck, "The Options Approach to Capital Investment," *Harvard Business Review* 73 (May–June 1995), pp. 105–115.

W. C. Kester, "Today's Options for Tomorrow's Growth," *Harvard Business Review* 62 (March–April 1984), pp. 153–160.

A. Triantis and A. Borison, "Real Options: State of the Practice," *Journal of Applied Corporate Finance* 14 (Summer 2001), pp. 8 –24.

**FURTHER READING**



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

## BASIC

1. True or false?
   a. The approval of a capital budget allows managers to go ahead with any project included in the budget.
   b. Capital budgets and project authorizations are mostly developed "bottom up." Strategic planning is a "top-down" process.
   c. Project sponsors are likely to be overoptimistic.

2. Explain how each of the following actions or problems can distort or disrupt the capital budgeting process.
   a. Overoptimism by project sponsors.
   b. Inconsistent forecasts of industry and macroeconomic variables.
   c. Capital budgeting organized solely as a bottom-up process.

3. Define and briefly explain each of the following terms or procedures:
   a. Sensitivity analysis
   b. Scenario analysis
   c.  Break-even analysis
   d. Monte Carlo simulation
   e. Decision tree
   f. Real option
   g. Abandonment value
   h. Expansion value

4. True or false?
   a. Sensitivity analysis is unnecessary for projects with asset betas that are equal to 0.
   b. Sensitivity analysis can be used to identify the variables most crucial to a project's success.
   c.  If only one variable is uncertain, sensitivity analysis gives "optimistic" and "pessimistic" values for project cash flow and NPV.
   d. The break-even sales level of a project is higher when *breakeven* is defined in terms of NPV rather than accounting income.
   e. Risk is reduced when a high proportion of costs are fixed.
   f. Monte Carlo simulation can be used to help forecast cash flows.

5. Suppose a manager has already estimated a project's cash flows, calculated its NPV, and done a sensitivity analysis like the one shown in Table 10.2. List the additional steps required to carry out a Monte Carlo simulation of project cash flows.

6. True or false?
   a. Decision trees can help identify and describe real options.
   b. The option to expand increases PV.
   c. High abandonment value decreases PV.
   d. If a project has positive NPV, the firm should always invest immediately.

7. Explain why setting a higher discount rate is not a cure for upward-biased cash-flow forecasts.

## INTERMEDIATE

8. Draw up an outline or flowchart tracing the capital budgeting process from the initial idea for a new investment project to the completion of the project and the start of operations. Assume the idea for a new obfuscator machine comes from a plant manager in the Deconstruction Division of the Modern Language Corporation.

   Here are some questions your outline or flowchart should consider: Who will prepare the original proposal? What information will the proposal contain? Who will evaluate it? What approvals will be needed, and who will give them? What happens if the machine costs 40% more to purchase and install than originally forecasted? What will happen when the machine is finally up and running?

9. Look back to the cash flows for projects F and G in Section 5-3. The cost of capital was assumed to be 10%. Assume that the forecasted cash flows for projects of this type are overstated by 8% on average. That is, the forecast for each cash flow from each project should be reduced by 8%. But a lazy financial manager, unwilling to take the time to argue with the projects' sponsors, instructs them to use a discount rate of 18%.

   a. What are the projects' true NPVs?

   b. What are the NPVs at the 18% discount rate.

   c. Are there any circumstances in which the 18% discount rate would give the correct NPVs? (*Hint:* Could upward bias be more severe for more-distant cash flows?)

10. What is the NPV of the electric scooter project under the following scenario?

| | |
|---|---|
| Market size | 1.1 million |
| Market share | .1 |
| Unit price | ¥400,000 |
| Unit variable cost | ¥360,000 |
| Fixed cost | ¥2 billion |

11. Otobai's staff (see Section 10-2) has come up with the following revised estimates for the electric scooter project:

| | **Pessimistic** | **Expected** | **Optimistic** |
|---|---|---|---|
| Market size | .8 million | 1.0 million | 1.2 million |
| Market share | .04 | .1 | .16 |
| Unit price | ¥300,000 | ¥375,000 | ¥400,000 |
| Unit variable cost | ¥350,000 | ¥300,000 | ¥275,000 |
| Fixed cost | ¥5 billion | ¥3 billion | ¥1 billion |

   Conduct a sensitivity analysis using the "live" spreadsheets (available at **www.mhhe.com/bma**). What are the principal uncertainties in the project?

12. Otobai is considering still another production method for its electric scooter (see Section 10-2). It would require an additional investment of ¥15 billion but would reduce variable costs by ¥40,000 per unit. Other assumptions follow Table 10.1.

   a. What is the NPV of this alternative scheme?

   b. Draw break-even charts for this alternative scheme along the lines of Figure 10.1.

   c.  Explain how you would interpret the break-even figure.

   d. Now suppose Otobai's management would like to know the figure for variable cost per unit at which the electric scooter project in Section 10.1 would break even. Calculate the level of costs at which the project would earn zero profit and at which it would have zero NPV. Assume that the initial investment is ¥15 billion.

   e. Recalculate DOL.

e**X**cel

Visit us at
www.mhhe.com/bma

Visit us at www.mhhe.com/bma



Visit us at
www.mhhe.com/bma

**13.** The Rustic Welt Company is proposing to replace its old welt-making machinery with more modern equipment. The new equipment costs $9 million (the existing equipment has zero salvage value). The attraction of the new machinery is that it is expected to cut manufacturing costs from their current level of $8 a welt to $4. However, as the following table shows, there is some uncertainty both about future sales and about the performance of the new machinery:

|  | Pessimistic | Expected | Optimistic |
|---|---|---|---|
| Sales, millions of welts | .4 | .5 | .7 |
| Manufacturing cost with new machinery, dollars per welt | 6 | 4 | 3 |
| Economic life of new machinery, years | 7 | 10 | 13 |

Conduct a sensitivity analysis of the replacement decision, assuming a discount rate of 12%. Rustic Welt does not pay taxes.



Visit us at
www.mhhe.com/bma

**14.** Suppose that the expected variable costs of Otobai's project are ¥33 billion a year and that fixed costs are zero. How does this change the degree of operating leverage? Now recompute the operating leverage assuming that the entire ¥33 billion of costs are fixed.

**15.** Operating leverage is often measured as the percentage increase in pretax profits after depreciation for a 1% increase in sales.

    a. Calculate the operating leverage for the electric scooter project assuming unit sales are 100,000 (see Section 10-2).

    b. Now show that this figure is equal to 1 + (fixed costs including depreciation divided by pretax profits).

    c. Would operating leverage be higher or lower if sales were 200,000 scooters?

**16.** Look back at the Vegetron electric mop project in Section 9-4. Assume that if tests fail and Vegetron continues to go ahead with the project, the $1 million investment would generate only $75,000 a year. Display Vegetron's problem as a decision tree.



Visit us at
www.mhhe.com/bma

**17.** Our Web site (**www.mhhe.com/bma**) contains an Excel program for simulating the cash flows from the Otobai project. Use this program to examine which are the principal uncertainties surrounding the project. Suppose that some more analysis could effectively remove uncertainty about *one* of the variables. Suggest where it could be most usefully applied.

**18.** Describe the real option in each of the following cases:

    a. Deutsche Metall postpones a major plant expansion. The expansion has positive NPV on a discounted-cash-flow basis but top management wants to get a better fix on product demand before proceeding.

    b. Western Telecom commits to production of digital switching equipment specially designed for the European market. The project has a negative NPV, but it is justified on strategic grounds by the need for a strong market position in the rapidly growing, and potentially very profitable, market.

    c. Western Telecom vetoes a fully integrated, automated production line for the new digital switches. It relies on standard, less-expensive equipment. The automated production line is more efficient overall, according to a discounted-cash-flow calculation.

    d. Mount Fuji Airways buys a jumbo jet with special equipment that allows the plane to be switched quickly from freight to passenger use or vice versa.

**19.** Look again at the decision tree in Figure 10.6. Expand the possible outcomes as follows:

    • Blockbuster: PV = $1.5 billion with 5% probability.

    • Above average: PV = $700 million with 20% probability.

    • Average: PV = $300 million with 40% probability.

    • Below average: PV = $100 million with 25% probability.

    • "Dog": PV = $40 million with 10% probability.

Visit us at www.mhhe.com/bma

Redraw the decision tree. Is the $18 million investment in phase II trials still positive NPV?

20. Look again at the example in Figure 10.6. The R&D team has put forward a proposal to invest an extra $20 million in expanded phase II trials. The object is to prove that the drug can be administered by a simple inhaler rather than as a liquid. If successful, the scope of use is broadened and the upside PV increases to $1 billion. The probabilities of success are unchanged. Go to the "live" Excel spreadsheet version of Table 10.6 at **www.mhhe.com/ bma**. Is the extra $20 million investment worthwhile? Would your answer change if the probability of success in the phase III trials falls to 75%?

## CHALLENGE

21. Magna Charter is a new corporation formed by Agnes Magna to provide an executive flying service for the southeastern United States. The founder thinks there will be a ready demand from businesses that cannot justify a full-time company plane but nevertheless need one from time to time. However, the venture is not a sure thing. There is a 40% chance that demand in the first year will be low. If it is low, there is a 60% chance that it will remain low in subsequent years. On the other hand, if the initial demand is high, there is an 80% chance that it will stay high. The immediate problem is to decide what kind of plane to buy. A turboprop costs $550,000. A piston-engine plane costs only $250,000 but has less capacity. Moreover, the piston-engine plane is an old design and likely to depreciate rapidly. Ms. Magna thinks that next year secondhand piston aircraft will be available for only $150,000.

Table 10.7 shows how the payoffs in years 1 and 2 from both planes depend on the pattern of demand. You can see, for example, that if demand is high in both years 1 and 2, the turbo will provide a payoff of $960,000 in year 2. If demand is high in year 1 but low in year 2, the turbo's payoff in the second year is only $220,000. Think of the payoffs in the second year as the cash flow that year plus the year-2 value of any subsequent cash flows. Also think of these cash flows as certainty equivalents, which can therefore be discounted at the risk-free interest rate of 10%.

Ms. Magna now has an idea: Why not start out with one piston plane. If demand is low in the first year, Magna Charter can sit tight with this one relatively inexpensive aircraft. On the other hand, if demand is high in the first year she can buy a second piston-engine plane for only $150,000. In this case, if demand continues to be high, the payoff in year 2 from the two piston planes will be $800,000. However, if demand in year 2 were to decline, the payoff would be only $100,000.

a. Draw a decision tree setting out Magna Charter's choices.

b. If Magna Charter buys a piston plane, should it expand if demand turns out to be high in the first year?

| Payoffs from the Turboprop | | | | |
|---|---|---|---|---|
| Year 1 demand | High (.6) | | Low (.4) | |
| Year 1 payoff | $150 | | $30 | |
| **Year 2 demand** | High (.8) | Low (.2) | High (.4) | Low (.6) |
| Year 2 payoff | $960 | $220 | $930 | $140 |
| Payoffs from the Piston Engine | | | | |
| Year 1 demand | High (.6) | | Low (.4) | |
| Year 1 payoff | $100 | | $50 | |
| **Year 2 demand** | High (.8) | Low (.2) | High (.4) | Low (.6) |
| Year 2 payoff | $410 | $180 | $220 | $100 |

▶ **TABLE 10.7** The possible payoffs from Ms. Magna's flying service. (All figures are in thousands. Probabilities are in parentheses.)

Visit us at www.mhhe.com/bma

c. Given your answer to b, would you recommend that Ms. Magna buys the turboprop or the piston-engine plane today?

d. What would be the NPV of an investment in a piston plane if there were no option to expand? How much extra value is contributed by the option to expand?

22. Look back at the guano project in Section 6-2. Use the Crystal Ball™ software to simulate how uncertainty about inflation could affect the project's cash flows.

## MINI-CASE ● ● ● ● ●

### Waldo County

Waldo County, the well-known real estate developer, worked long hours, and he expected his staff to do the same. So George Chavez was not surprised to receive a call from the boss just as George was about to leave for a long summer's weekend.

Mr. County's success had been built on a remarkable instinct for a good site. He would exclaim "Location! Location! Location!" at some point in every planning meeting. Yet finance was not his strong suit. On this occasion he wanted George to go over the figures for a new $90 million outlet mall designed to intercept tourists heading downeast toward Maine. "First thing Monday will do just fine," he said as he handed George the file. "I'll be in my house in Bar Harbor if you need me."

George's first task was to draw up a summary of the projected revenues and costs. The results are shown in Table 10.8. Note that the mall's revenues would come from two sources: The company would charge retailers an annual rent for the space they occupied and in addition it would receive 5% of each store's gross sales.

Construction of the mall was likely to take three years. The construction costs could be depreciated straight-line over 15 years starting in year 3. As in the case of the company's other developments, the mall would be built to the highest specifications and would not need to be rebuilt until year 17. The land was expected to retain its value, but could not be depreciated for tax purposes.

Construction costs, revenues, operating and maintenance costs, and real estate taxes were all likely to rise in line with inflation, which was forecasted at 2% a year. The company's tax rate was 35% and the cost of capital was 9% in nominal terms.

George decided first to check that the project made financial sense. He then proposed to look at some of the things that might go wrong. His boss certainly had a nose for a good retail project, but he was not infallible. The Salome project had been a disaster because store sales

▶ **TABLE 10.8**
Projected revenues and costs in real terms for the Downeast Tourist Mall (figures in $ millions).

| | Year | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5–17** |
| Investment: | | | | | | |
| Land | 30 | | | | | |
| Construction | 20 | 30 | 10 | | | |
| Operations: | | | | | | |
| Rentals | | | | 12 | 12 | 12 |
| Share of retail sales | | | | 24 | 24 | 24 |
| Operating and maintenance costs | 2 | 4 | 4 | 10 | 10 | 10 |
| Real estate taxes | 2 | 2 | 3 | 4 | 4 | 4 |

Visit us at www.mhhe.com/bma

had turned out to be 40% below forecast. What if that happened here? George wondered just how far sales could fall short of forecast before the project would be underwater.

Inflation was another source of uncertainty. Some people were talking about a zero long-term inflation rate, but George also wondered what would happen if inflation jumped to, say, 10%.

A third concern was possible construction cost overruns and delays due to required zoning changes and environmental approvals. George had seen cases of 25% construction cost overruns and delays up to 12 months between purchase of the land and the start of construction. He decided that he should examine the effect that this scenario would have on the project's profitability.

"Hey, this might be fun," George exclaimed to Mr. Waldo's secretary, Fifi, who was heading for Old Orchard Beach for the weekend. "I might even try Monte Carlo."

"Waldo went to Monte Carlo once," Fifi replied. "Lost a bundle at the roulette table. I wouldn't remind him. Just show him the bottom line. Will it make money or lose money? That's the bottom line."

"OK, no Monte Carlo," George agreed. But he realized that building a spreadsheet and running scenarios was not enough. He had to figure out how to summarize and present his results to Mr. County.

### QUESTIONS

1. What is the project's NPV, given the projections in Table 10.8?
2. Conduct a sensitivity and a scenario analysis of the project. What do these analyses reveal about the project's risks and potential value?

# 11

# Investment, Strategy, and Economic Rents

▶ **Why is a** manager who has learned about discounted cash flows (DCF) like a baby with a hammer? Answer: Because to a baby with a hammer, everything looks like a nail.

Our point is that you should not focus on the arithmetic of DCF and thereby ignore the forecasts that are the basis of every investment decision. Senior managers are continuously bombarded with requests for funds for capital expenditures. All these requests are supported with detailed DCF analyses showing that the projects have positive NPVs.[1] How, then, can managers distinguish the NPVs that are truly positive from those that are merely the result of forecasting errors? We suggest that they should ask some probing questions about the possible sources of economic gain.

To make good investment decisions, you need to understand your firm's competitive advantages. This is where corporate strategy and finance come together. Good strategy positions the firm to generate the most value from its assets and growth opportunities. The search for good strategy starts with understanding how your firm stacks up versus your competitors, and how they will respond to your initiatives. Are your cash-flow forecasts realistic in your competitive environment? What effects will your competitors' actions have on the NPVs of your investments?

The first section in this chapter reviews certain common pitfalls in capital budgeting, notably the tendency to apply DCF when market values are already available and no DCF calculations are needed. The second section covers the *economic rents* that underlie all positive-NPV investments. The third section presents a case study describing how Marvin Enterprises, the gargle blaster company, analyzed the introduction of a radically new product.

● ● ● ● ●

## 11-1 Look First to Market Values

Let us suppose that you have persuaded all your project sponsors to give honest forecasts. Although those forecasts are unbiased, they are still likely to contain errors, some positive and others negative. The average error will be zero, but that is little consolation because you want to accept only projects with *truly* superior profitability.

Think, for example, of what would happen if you were to jot down your estimates of the cash flows from operating various lines of business. You would probably find that about half *appeared* to have positive NPVs. This may not be because you personally possess any superior skill in operating jumbo jets or running a chain of laundromats but because you

---

[1] Here is another riddle. Are projects proposed because they have positive NPVs, or do they have positive NPVs because they are proposed? No prizes for the correct answer.

have inadvertently introduced large errors into your estimates of the cash flows. The more projects you contemplate, the more likely you are to uncover projects that *appear* to be extremely worthwhile.

What can you do to prevent forecast errors from swamping genuine information? We suggest that you begin by looking at market values.

## The Cadillac and the Movie Star

The following parable should help to illustrate what we mean. Your local Cadillac dealer is announcing a special offer. For $55,001 you get not only a brand-new Cadillac but also the chance to shake hands with your favorite movie star. You wonder how much you are paying for that handshake.

There are two possible approaches to the problem. You could evaluate the worth of the Cadillac's overhead camshafts, disappearing windshield wipers, and other features and conclude that the Cadillac is worth $56,000. This would seem to suggest that the dealership is willing to pay $999 to have a movie star shake hands with you. Alternatively, you might note that the market price for Cadillacs is $55,000, so that you are paying $1 for the handshake. As long as there is a competitive market for Cadillacs, the latter approach is more appropriate.

Security analysts face a similar problem whenever they value a company's stock. They must consider the information that is already known to the market about a company, *and* they must evaluate the information that is known only to them. The information that is known to the market is the Cadillac; the private information is the handshake with the movie star. Investors have already evaluated the information that is generally known. Security analysts do not need to evaluate this information again. They can *start* with the market price of the stock and concentrate on valuing their private information.

While lesser mortals would instinctively accept the Cadillac's market value of $55,000, the financial manager is trained to enumerate and value all the costs and benefits from an investment and is therefore tempted to substitute his or her own opinion for the market's. Unfortunately this approach increases the chance of error. Many capital assets are traded in a competitive market, so it makes sense to *start* with the market price and then ask why these assets should earn more in your hands than in your rivals'.

---

**EXAMPLE 11.1**  ●  Investing in a New Department Store

---

We encountered a department store chain that estimated the present value of the expected cash flows from each proposed store, including the price at which it could eventually sell the store. Although the firm took considerable care with these estimates, it was disturbed to find that its conclusions were heavily influenced by the forecasted selling price of each store. Management disclaimed any particular real estate expertise, but it discovered that its investment decisions were unintentionally dominated by its assumptions about future real estate prices.

Once the financial managers realized this, they always checked the decision to open a new store by asking the following question: "Let us assume that the property is fairly priced. What is the evidence that it is best suited to one of our department stores rather than to some other use?" In other words, *if an asset is worth more to others than it is to you, then beware of bidding for the asset against them.*

Let us take the department store problem a little further. Suppose that the new store costs $100 million.[2] You forecast that it will generate after-tax cash flow of $8 million a year for 10 years. Real estate prices are estimated to grow by 3% a year, so the expected value of the real estate at the end of 10 years is $100 \times (1.03)^{10} = \$134$ million. At a discount rate of 10%, your proposed department store has an NPV of $1 million:

$$\text{NPV} = -100 + \frac{8}{1.10} + \frac{8}{(1.10)^2} + \cdots + \frac{8 + 134}{(1.10)^{10}} = \$1 \text{ million}$$

Notice how sensitive this NPV is to the ending value of the real estate. For example, an ending value of $120 million implies an NPV of −$5 million.

It is helpful to imagine such a business as divided into two parts—a real estate subsidiary that buys the building and a retailing subsidiary that rents and operates it. Then figure out how much rent the real estate subsidiary would have to charge, and ask whether the retailing subsidiary could afford to pay the rent.

In some cases a fair market rental can be estimated from real estate transactions. For example, we might observe that similar retail space recently rented for $10 million a year. In that case we would conclude that our department store was an unattractive use for the site. Once the site had been acquired, it would be better to rent it out at $10 million than to use it for a store generating only $8 million.

Suppose, on the other hand, that the property could be rented for only $7 million per year. The department store could pay this amount to the real estate subsidiary and still earn a net operating cash flow of $8 - 7 = \$1$ million. It is therefore the best *current* use for the real estate.[3]

Will it also be the best *future* use? Maybe not, depending on whether retail profits keep pace with any rent increases. Suppose that real estate prices and rents are expected to increase by 3% per year. The real estate subsidiary must charge $7 \times 1.03 = \$7.21$ million in year 2, $7.21 \times 1.03 = \$7.43$ million in year 3, and so on.[4] Figure 11.1 shows that the store's income fails to cover the rental after year 5.

If these forecasts are right, the store has only a five-year economic life; from that point on the real estate is more valuable in some other use. If you stubbornly believe that the department store is the best long-term use for the site, you must be ignoring potential growth in income from the store.[5]

● ● ● ● ●

There is a general point here as illustrated in Example 11.1. Whenever you make a capital investment decision, think what bets you are placing. Our department store example involved at least two bets—one on real estate prices and another on the firm's ability to run a successful department store. But that suggests some alternative strategies. For instance, it

---

[2] For simplicity we assume the $100 million goes entirely to real estate. In real life there would also be substantial investments in fixtures, information systems, training, and start-up costs.

[3] The fair market rent equals the profit generated by the real estate's *second*-best use.

[4] This rental stream yields a 10% rate of return to the real estate subsidiary. Each year it gets a 7% "dividend" and 3% capital gain. Growth at 3% would bring the value of the property to $134 million by year 10.

The present value (at $r = .10$) of the growing stream of rents is

$$\text{PV} = \frac{7}{r - g} = \frac{7}{.10 - .03} = \$100 \text{ million}$$

This PV is the initial market value of the property.

[5] Another possibility is that real estate rents and values are expected to grow at less than 3% a year. But in that case the real estate subsidiary would have to charge more than $7 million rent in year 1 to justify its $100 million real estate investment (see footnote 4). That would make the department store even less attractive.



▶ **FIGURE 11.1**

Beginning in year 6, the department store's income fails to cover the rental charge.

would be foolish to make a lousy department store investment just because you are optimistic about real estate prices. You would do better to buy real estate and rent it out to the highest bidders. The converse is also true. You shouldn't be deterred from going ahead with a profitable department store because you are pessimistic about real estate prices. You would do better to sell the real estate and *rent* it back for the department store. We suggest that you separate the two bets by first asking, "Should we open a department store on this site, assuming that the real estate is fairly priced?" and then deciding whether you also want to go into the real estate business.

Here is another example of how market prices can help you make better decisions, see below.

---

**EXAMPLE 11.2**  ● Opening a Gold Mine

---

Kingsley Solomon is considering a proposal to open a new gold mine. He estimates that the mine will cost $400 million to develop and that in each of the next 10 years it will produce .1 million ounces of gold at a cost, after mining and refining, of $480 an ounce. Although the extraction costs can be predicted with reasonable accuracy, Mr. Solomon is much less confident about future gold prices. His best guess is that the price will rise by 5% per year from its current level of $800 an ounce. At a discount rate of 10%, this gives the mine an NPV of −$70 million:

$$\text{NPV} = -400 + \frac{.1(840 - 480)}{1.10} + \frac{.1(882 - 480)}{(1.10)^2} + \cdots + \frac{.1(1303 - 480)}{(1.10)^{10}}$$

$$= -\$70 \text{ million}$$

Therefore the gold mine project is rejected.

Unfortunately, Mr. Solomon did not look at what the market was telling him. What is the PV of an ounce of gold? Clearly, if the gold market is functioning properly, it is the current price—$800 an ounce. Gold does not produce any income, so $800 is the discounted

value of the expected future gold price.[6] Since the mine is expected to produce a total of 1 million ounces (.1 million ounces per year for 10 years), the present value of the revenue stream is $1 \times 800 = \$800$ million.[7] We assume that 10% is an appropriate discount rate for the relatively certain extraction costs. Thus

$$\text{NPV} = -\text{initial investment} + \text{PV revenues} - \text{PV costs}$$

$$= -400 + 800 - \sum_{t=1}^{10} \frac{.1 \times 480}{(1.10)^t} = \$105 \text{ million}$$

It looks as if Kingsley Solomon's mine is not such a bad bet after all.[8]

● ● ● ● ●

Mr. Solomon's gold, in Example 11.2, was just like anyone else's gold. So there was no point in trying to value it separately. By taking the PV of the gold sales as given, Mr. Solomon was able to focus on the crucial issue: Were the extraction costs sufficiently low to make the venture worthwhile? That brings us to another of those fundamental truths: If others are producing a good or service profitably and (like Mr. Solomon) you can make it more cheaply, then you don't need any NPV calculations to know that you are probably onto a good thing.

We confess that our example of Kingsley Solomon's mine is somewhat special. Unlike gold, most commodities are not kept solely for investment purposes, and therefore you cannot automatically assume that today's price is equal to the present value of the future price.[9]

However, here is another way that you may be able to tackle the problem. Suppose that you are considering investment in a new copper mine and that someone offers to buy the

---

[6] Investing in an ounce of gold is like investing in a stock that pays no dividends: The investor's return comes entirely as capital gains. Look back at Section 4-2, where we showed that $P_0$, the price of the stock today, depends on $\text{DIV}_1$ and $P_1$, the expected dividend and price for next year, and the opportunity cost of capital $r$:

$$P_0 = \frac{\text{DIV}_1 + P_1}{1 + r}$$

But for gold $\text{DIV}_1 = 0$, so

$$P_0 = \frac{P_1}{1 + r}$$

In words, *today's price is the present value of next year's price.* Therefore, we don't have to know either $P_1$ or $r$ to find the present value. Also since $\text{DIV}_2 = 0$,

$$P_1 = \frac{P_2}{1 + r}$$

and we can express $P_0$ as

$$P_0 = \frac{P_1}{1 + r} = \frac{1}{1 + r}\left(\frac{P_2}{1 + r}\right) = \frac{P_2}{(1 + r)^2}$$

In general,

$$P_0 = \frac{P_t}{(1 + r)^t}$$

This holds for any asset that pays no dividends, is traded in a competitive market, and costs nothing to store. Storage costs for gold or common stocks are very small compared to asset value.

We also assume that guaranteed future delivery of gold is just as good as having gold in hand today. This is not quite right. As we will see in Chapter 26, gold in hand can generate a small "convenience yield."

[7] We assume that the extraction rate does not vary. If it can vary, Mr. Solomon has a valuable operating option to increase output when gold prices are high or to cut back when prices fall. Option pricing techniques are needed to value the mine when operating options are important. See Chapter 22.

[8] As in the case of our department store example, Mr. Solomon is placing two bets: one on his ability to mine gold at a low cost and the other on the price of gold. Suppose that he really does believe that gold is overvalued. That should not deter him from running a low-cost gold mine as long as he can place separate bets on gold prices. For example, he might be able to enter into a long-term contract to sell the mine's output or he could sell gold futures. (We explain *futures* in Chapter 26.)

[9] A more general guide to the relationship of current and future commodity prices was proposed by Hotelling, who pointed out that if there are constant returns to scale in mining any mineral, the expected rise in the price of the mineral *less* extraction costs should equal the cost of capital. If the expected growth were faster, everyone would want to postpone extraction; if it were slower, everyone would want to exploit the resource today. For a review of Hotelling's principle, see S. Devarajan and A. C. Fisher, "Hotelling's 'Economics of Exhaustible Resources': Fifty Years Later," *Journal of Economic Literature* 19 (March 1981), pp. 65–73.

mine's future output at a fixed price. If you accept the offer—and the buyer is completely creditworthy—the revenues from the mine are certain and can be discounted at the risk-free interest rate.[10] That takes us back to Chapter 9, where we explained that there are two ways to calculate PV:

- Estimate the expected cash flows and discount at a rate that reflects the risk of those flows.
- Estimate what sure-fire cash flows would have the same values as the risky cash flows. Then discount these *certainty-equivalent* cash flows at the risk-free interest rate.

When you discount the fixed-price revenues at the risk-free rate, you are using the certainty-equivalent method to value the mine's output. By doing so, you gain in two ways: You don't need to estimate future mineral prices, and you don't need to worry about the appropriate discount rate for risky cash flows.

But here's the question: What is the minimum fixed price at which you could agree today to sell your future output? In other words, what is the certainty-equivalent price? Fortunately, for many commodities there is an active market in which firms fix today the price at which they will buy or sell copper and other commodities in the future. This market is known as the *futures market,* which we will cover in Chapter 26. Futures prices are certainty equivalents, and you can look them up in the daily newspaper. So you don't need to make elaborate forecasts of copper prices to work out the PV of the mine's output. The market has already done the work for you; you simply calculate future revenues using the price in the newspaper of copper futures and discount these revenues at the risk-free interest rate.

Of course, things are never as easy as textbooks suggest. Trades in organized futures exchanges are largely confined to deliveries over the next year or so, and therefore your newspaper won't show the price at which you could sell output beyond this period. But financial economists have developed techniques for using the prices in the futures market to estimate the amount that buyers would agree to pay for more-distant deliveries.[11]

Our two examples of gold and copper producers are illustrations of a universal principle of finance:

When you have the market value of an asset, *use it,* at least as a starting point in your analysis.

## 11-2 Economic Rents and Competitive Advantage

Profits that more than cover the cost of capital are known as *economic rents.* Economics 101 teaches us that in the long run competition eliminates economic rents. That is, in a long-run competitive equilibrium, no competitor can expand and earn more than the cost of capital on the investment. Economic rents are earned when an industry has not settled down to equilibrium or when your firm has something valuable that your competitors don't have.

Suppose that demand takes off unexpectedly and that your firm is well-placed to expand production capacity quicker and cheaper than your competitors. This stroke of luck is pretty sure to generate economic rents, at least temporarily as other firms struggle to catch up.

Some competitive advantages are longer lived. They include patents or proprietary technology; reputation, embodied in respected brand names, for example; economies of scale that customers can't match; protected markets that competitors can't enter; and strategic assets that competitors can't easily duplicate.

---

[10] We assume that the *volume* of output is certain (or does not have any market risk).

[11] After reading Chapter 26, check out E. S. Schwartz, "The Stochastic Behavior of Commodity Prices: Implications for Valuation and Hedging," *Journal of Finance* 52 (July 1997), pp. 923–973; and A. J. Neuberger, "Hedging Long-Term Exposures with Multiple Short-Term Contracts," *Review of Financial Studies* 12 (1999), pp. 429–459.

Here's an example of strategic assets. Think of the difference between railroads and trucking companies. It's easy to enter the trucking business but nearly impossible to build a brand-new, long-haul railroad.[12] The interstate lines operated by U.S. railroads are strategic assets. With these assets in place, railroads were able to increase revenues and profits rapidly from 2005 to 2007, when shipments surged and energy prices increased. The high cost of diesel fuel was more burdensome for trucks, which are less fuel efficient than railroads. Thus high energy prices actually handed the railroads a competitive advantage.

Corporate strategy aims to find and exploit sources of competitive advantage. The problem, as always, is how to do it. John Kay advises firms to pick out distinctive capabilities—existing strengths, not just ones that would be nice to have—and then to identify the product markets where the capabilities can generate the most value added. The capabilities may come from durable relationships with customers or suppliers, from the skills and experience of employees, from brand names and reputation, and from the ability to innovate.[13]

Michael Porter identifies five aspects of industry structure (or "five forces") that determine which industries are able to provide sustained economic rents.[14] These are the rivalry among existing competitors, the likelihood of new competition, the threat of substitutes, and the bargaining power both of suppliers and customers.

With increasing global competition, firms cannot rely so easily on industry structure to provide high returns. Therefore, managers also need to ensure that the firm is positioned *within* its industry so as to secure a competitive advantage. Michael Porter suggests three ways that this can be done—by cost leadership, by product differentiation, and by focus on a particular market niche.[15]

In today's world successful strategies that combine different mixes of cost leadership, product differentiation, and focus appear to be the key to developing a unique position in an industry.[16] Think, for example, of IKEA. It blends elements of all three strategies. It keeps costs low by manufacturing its furniture in low-cost countries and requiring customers to collect and assemble the furniture themselves. It differentiates itself by its distinctive Scandinavian design and by displaying all of its items in its warehouses. And it has a clear focus on a group of customers, who are typically young and price-conscious.

You can see how business strategy and finance reinforce each other. Managers who have a clear understanding of their firm's competitive strengths are better placed to separate those projects that truly have a positive NPV from those that do not. Therefore when you are presented with a project that appears to have a positive NPV, do not just accept the calculations at face value. They may reflect simple estimation errors in forecasting cash flows. Probe behind the cash-flow estimates, and *try to identify the source of economic rents.* A positive NPV for a new project is believable only if you believe that your company has some special advantage.

Thinking about competitive advantage can also help ferret out negative-NPV calculations that are negative by mistake. For example, if you are the lowest-cost producer of a profitable product in a growing market, then you should invest to expand along with the market. If your calculations show a negative NPV for such an expansion, then you have probably made a mistake.

We will work through shortly an extended example that shows how a firm's analysis of its competitive position confirmed that its investment had a positive NPV. But first we look at an example in which the analysis helped a firm to ferret out a negative-NPV transaction and avoid a costly mistake.

---

[12] The Dakota, Minnesota & Eastern Railroad is proposing to build a new line to transport coal from Wyoming to the Midwest U.S., but construction would require government subsidies.

[13] John Kay, *Why Firms Succeed* (New York: Oxford University Press, 1995).

[14] See M. E. Porter, *Competitive Strategy: Techniques for Analyzing Industries and Competitors* (New York: The Free Press, 1980).

[15] See M. E. Porter, *Competitive Advantage: Creating and Sustaining Superior Advantage* (New York: The Free Press, 1985).

[16] R. M. Grant, *Contemporary Strategy Analysis,* 4th ed. (Oxford: Blackwell, 2002), p. 248.

| EXAMPLE 11.3 | ● How One Company Avoided a $100 Million Mistake |

A U.S. chemical producer was about to modify an existing plant to produce a specialty product, polyzone, which was in short supply on world markets.[17] At prevailing raw material and finished-product prices the expansion would have been strongly profitable. Table 11.1 shows a simplified version of management's analysis. Note the assumed constant spread between selling price and the cost of raw materials. Given this spread, the resulting NPV was about $64 million at the company's 8% real cost of capital—not bad for a $100 million outlay.

Then doubt began to creep in. Notice the outlay for transportation costs. Some of the project's raw materials were commodity chemicals, largely imported from Europe, and much of the polyzone production would be exported back to Europe. Moreover, the U.S. company had no long-run technological edge over potential European competitors. It had a head start perhaps, but was that really enough to generate a positive NPV?

Notice the importance of the price spread between raw materials and finished product. The analysis in Table 11.1 forecasted the spread at a constant $1.20 per pound of polyzone for 10 years. That had to be wrong: European producers, who did not face the U.S. company's transportation costs, would see an even larger NPV and expand capacity. Increased competition would almost surely squeeze the spread. The U.S. company decided to calculate the *competitive* spread—the spread at which a European competitor would see polyzone capacity as zero NPV. Table 11.2 shows management's analysis. The resulting spread of about $.95 per pound was the best *long-run* forecast for the polyzone market, other things constant of course.

How much of a head start did the U.S. producer have? How long before competitors forced the spread down to $.95? Management's best guess was five years. It prepared Table 11.3, which is identical to Table 11.1 except for the forecasted spread, which would shrink to $.95 by the start of year 5. Now the NPV was negative.

The project might have been saved if production could have been started in year 1 rather than 2 or if local markets could have been expanded, thus reducing transportation costs. But these changes were not feasible, so management canceled the project, albeit with a sigh of relief that its analysis had not stopped at Table 11.1.

|  | Year 0 | Year 1 | Year 2 | Years 3–10 |
|---|---|---|---|---|
| Investment | 100 |  |  |  |
| Production, millions of pounds per year[a] | 0 | 0 | 40 | 80 |
| Spread, $ per pound | 1.20 | 1.20 | 1.20 | 1.20 |
| Net revenues | 0 | 0 | 48 | 96 |
| Production costs[b] | 0 | 0 | 30 | 30 |
| Transport[c] | 0 | 0 | 4 | 8 |
| Other costs | 0 | 20 | 20 | 20 |
| Cash flow | −100 | −20 | −6 | 38 |
|  |  |  |  |  |
| NPV (at $r = 8\%$) = $63.56 million |  |  |  |  |

▶ **TABLE 11.1** NPV calculation for proposed investment in polyzone production by a U.S. chemical company (figures in $ millions except as noted).


Visit us at
www.mhhe.com/bma.

*Note:* For simplicity, we assume no inflation and no taxes. Plant and equipment have no salvage value after 10 years.
[a]Production capacity is 80 million pounds per year.
[b]Production costs are $.375 per pound after start up ($.75 per pound in year 2, when production is only 40 million pounds).
[c]Transportation costs are $.10 per pound to European ports.

---

[17] This is a true story, but names and details have been changed to protect the innocent.

| | Year 0 | Year 1 | Year 2 | Years 3–10 |
|---|---|---|---|---|
| Investment | 100 | | | |
| Production, millions of pounds per year | 0 | 0 | 40 | 80 |
| Spread, $ per pound | .95 | .95 | .95 | .95 |
| Net revenues | 0 | 0 | 38 | 76 |
| Production costs | 0 | 0 | 30 | 30 |
| Transport | 0 | 0 | 0 | 0 |
| Other costs | 0 | 20 | 20 | 20 |
| Cash flow | −100 | −20 | −12 | +26 |
| | | | | |
| NPV (at $r = 8\%$) = 0 | | | | |

▶ **TABLE 11.2**    What is the competitive spread to a European producer? About $.95 per pound of polyzone. Note that European producers face no transportation costs. Compare Table 11.1 (figures in $ millions except as noted).


Visit us at www.mhhe.com/bma.

| | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Years 5–10 |
|---|---|---|---|---|---|---|
| Investment | 100 | | | | | |
| Production, millions of pounds per year | 0 | 0 | 40 | 80 | 80 | 80 |
| Spread, $ per pound | 1.20 | 1.20 | 1.20 | 1.20 | 1.10 | 0.95 |
| Net revenues | 0 | 0 | 48 | 96 | 88 | 76 |
| Production costs | 0 | 0 | 30 | 30 | 30 | 30 |
| Transport | 0 | 0 | 4 | 8 | 8 | 8 |
| Other costs | 0 | 20 | 20 | 20 | 20 | 20 |
| Cash flow | −100 | −20 | −6 | 38 | 30 | 18 |
| | | | | | | |
| NPV (at $r = 8\%$) = −9.8 | | | | | | |

▶ **TABLE 11.3**    Recalculation of NPV for polyzone investment by U.S. company (figures in $ millions except as noted). If expansion by European producers forces competitive spreads by year 5, the U.S. producer's NPV falls to –$9.8 million. Compare Table 11.1.

**eXcel**
Visit us at www.mhhe.com/bma.

This is a perfect example of the importance of thinking through sources of economic rents. Positive NPVs are suspect without some long-run competitive advantage. When a company contemplates investing in a new product or expanding production of an existing product, it should specifically identify its advantages or disadvantages over its most dangerous competitors. It should calculate NPV from those competitors' points of view. If competitors' NPVs come out strongly positive, the company had better expect decreasing prices (or spreads) and evaluate the proposed investment accordingly.

## 11-3 Marvin Enterprises Decides to Exploit a New Technology—an Example

To illustrate some of the problems involved in predicting economic rents, let us leap forward several years and look at the decision by Marvin Enterprises to exploit a new technology.[18]

One of the most unexpected developments of these years was the remarkable growth of a completely new industry. By 2032 annual sales of gargle blasters totaled $1.68 billion, or 240 million units. Although it controlled only 10% of the market, Marvin

---

[18] We thank Stewart Hodges for permission to adapt this example from a case prepared by him, and we thank the BBC for permission to use the term *gargle blasters*.

Enterprises was among the most exciting growth companies of the decade. Marvin had come late into the business, but it had pioneered the use of integrated microcircuits to control the genetic engineering processes used to manufacture gargle blasters. This development had enabled producers to cut the price of gargle blasters from $9 to $7 and had thereby contributed to the dramatic growth in the size of the market. The estimated demand curve in Figure 11.2 shows just how responsive demand is to such price reductions.

Table 11.4 summarizes the cost structure of the old and new technologies. While companies with the new technology were earning 20% on their initial investment, those with first-generation equipment had been hit by the successive price cuts. Since all Marvin's investment was in the 2028 technology, it had been particularly well placed during this period.

Rumors of new developments at Marvin had been circulating for some time, and the total market value of Marvin's stock had risen to $460 million by January 2033. At that point Marvin called a press conference to announce another technological breakthrough. Management claimed that its new third-generation process involving mutant neurons enabled the firm to reduce capital costs to $10 and manufacturing costs to $3 per unit. Marvin proposed to capitalize on this invention by embarking on a huge $1 billion expansion program that would add 100 million units to capacity. The company expected to be in full operation within 12 months.



▶ **FIGURE 11.2**

The demand "curve" for gargle blasters shows that for each $1 cut in price there is an increase in demand of 80 million units.

| | Capacity, Millions of Units | | Capital Cost per Unit ($) | Manufacturing Cost per Unit ($) | Salvage Value per Unit ($) |
|---|---|---|---|---|---|
| Technology | Industry | Marvin | | | |
| First generation (2020) | 120 | — | 17.50 | 5.50 | 2.50 |
| Second generation (2028) | 120 | 24 | 17.50 | 3.50 | 2.50 |

▶ **TABLE 11.4** Size and cost structure of the gargle blaster industry before Marvin announced its expansion plans.

*Note:* Selling price is $7 per unit. One unit means one gargle blaster.

Before deciding to go ahead with this development, Marvin had undertaken extensive calculations on the effect of the new investment. The basic assumptions were as follows:

1. The cost of capital was 20%.
2. The production facilities had an indefinite physical life.
3. The demand curve and the costs of each technology would not change.
4. There was no chance of a fourth-generation technology in the foreseeable future.
5. The corporate income tax, which had been abolished in 2023, was not likely to be reintroduced.

Marvin's competitors greeted the news with varying degrees of concern. There was general agreement that it would be five years before any of them would have access to the new technology. On the other hand, many consoled themselves with the reflection that Marvin's new plant could not compete with an existing plant that had been fully depreciated.

Suppose that you were Marvin's financial manager. Would you have agreed with the decision to expand? Do you think it would have been better to go for a larger or smaller expansion? How do you think Marvin's announcement is likely to affect the price of its stock?

You have a choice. You can go on *immediately* to read *our* solution to these questions. But you will learn much more if you stop and work out your own answer first. Try it.

### Forecasting Prices of Gargle Blasters

Up to this point in any capital budgeting problem we have always given you the set of cash-flow forecasts. In the present case you have to *derive* those forecasts.

The first problem is to decide what is going to happen to the price of gargle blasters. Marvin's new venture will increase industry capacity to 340 million units. From the demand curve in Figure 11.2, you can see that the industry can sell this number of gargle blasters only if the price declines to $5.75:

$$\text{Demand} = 80 \times (10 - \text{price})$$
$$= 80 \times (10 - 5.75) = 340 \text{ million units}$$

If the price falls to $5.75, what will happen to companies with the 2020 technology? They also have to make an investment decision: Should they stay in business, or should they sell their equipment for its salvage value of $2.50 per unit? With a 20% opportunity cost of capital, the NPV of staying in business is

$$\text{NPV} = -\text{investment} + \text{PV}(\text{price} - \text{manufacturing cost})$$
$$= -2.50 + \frac{5.75 - 5.50}{.20} = -\$1.25 \text{ per unit}$$

Smart companies with 2020 equipment will, therefore, see that it is better to sell off capacity. No matter what their equipment originally cost or how far it is depreciated, it is more profitable to sell the equipment for $2.50 per unit than to operate it and lose $1.25 per unit.

As capacity is sold off, the supply of gargle blasters will decline and the price will rise. An equilibrium is reached when the price gets to $6. At this point 2020 equipment has a zero NPV:

$$\text{NPV} = -2.50 + \frac{6.00 - 5.50}{.20} = \$0 \text{ per unit}$$

How much capacity will have to be sold off before the price reaches $6? You can check that by going back to the demand curve:

$$\text{Demand} = 80 \times (10 - \text{price})$$
$$= 80 \times (10 - 6) = 320 \text{ million units}$$

Therefore Marvin's expansion will cause the price to settle down at $6 a unit and will induce first-generation producers to withdraw 20 million units of capacity.

But after five years Marvin's competitors will also be in a position to build third-generation plants. As long as these plants have positive NPVs, companies will increase their capacity and force prices down once again. A new equilibrium will be reached when the price reaches $5. At this point, the NPV of new third-generation plants is zero, and there is no incentive for companies to expand further:

$$\text{NPV} = -10 + \frac{5.00 - 3.00}{.20} = \$0 \text{ per unit}$$

Looking back once more at our demand curve, you can see that with a price of $5 the industry can sell a total of 400 million gargle blasters:

$$\text{Demand} = 80 \times (10 - \text{price}) = 80 \times (10 - 5) = 400 \text{ million units}$$

The effect of the third-generation technology is, therefore, to cause industry sales to expand from 240 million units in 2032 to 400 million five years later. But that rapid growth is no protection against failure. By the end of five years any company that has only first-generation equipment will no longer be able to cover its manufacturing costs and will be *forced* out of business.

## The Value of Marvin's New Expansion

We have shown that the introduction of third-generation technology is likely to cause gargle blaster prices to decline to $6 for the next five years and to $5 thereafter. We can now set down the expected cash flows from Marvin's new plant:

| | Year 0 (Investment) | Years 1–5 (Revenue – Manufacturing Cost) | Year 6, 7, 8, . . . (Revenue – Manufacturing Cost) |
|---|---|---|---|
| Cash flow per unit ($) | –10 | 6 – 3 = 3 | 5 – 3 = 2 |
| Cash flow, 100 million units ($ millions) | –1,000 | 600 – 300 = 300 | 500 – 300 = 200 |

Discounting these cash flows at 20% gives us

$$\text{NPV} = -1,000 + \sum_{t=1}^{5} \frac{300}{(1.20)^t} + \frac{1}{(1.20)^5}\left(\frac{200}{.20}\right) = \$299 \text{ million}$$

It looks as if Marvin's decision to go ahead was correct. But there is something we have forgotten. When we evaluate an investment, we must consider *all* incremental cash flows. One effect of Marvin's decision to expand is to reduce the value of its existing 2028 plant. If Marvin decided not to go ahead with the new technology, the $7 price of gargle blasters would hold until Marvin's competitors started to cut prices in five years' time. Marvin's decision, therefore, leads to an immediate $1 cut in price. This reduces the present value of its 2028 equipment by

$$24 \text{ million} \times \sum_{t=1}^{5} \frac{1.00}{(1.20)^t} = \$72 \text{ million}$$

Considered in isolation, Marvin's decision has an NPV of $299 million. But it also reduces the value of existing plant by $72 million. The net present value of Marvin's venture is, therefore, $299 - 72 = \$227$ million.

## Alternative Expansion Plans

Marvin's expansion has a positive NPV, but perhaps Marvin would do better to build a larger or smaller plant. You can check that by going through the same calculations as above.



> **FIGURE 11.3**
>
> Effect on net present value of alternative expansion plans. Marvin's 100-million-unit expansion has a total NPV of $227 million (total NPV = NPV new plant + change in PV existing plant = 299 – 72 = 227). Total NPV is maximized if Marvin builds 200 million units of new capacity. If Marvin builds 280 million units of new capacity, total NPV is –$144 million.

First you need to estimate how the additional capacity will affect gargle blaster prices. Then you can calculate the net present value of the new plant and the change in the present value of the existing plant. The total NPV of Marvin's expansion plan is

$$\text{Total NPV} = \text{NPV of new plant} + \text{change in PV of existing plant}$$

We have undertaken these calculations and plotted the results in Figure 11.3. You can see how total NPV would be affected by a smaller or larger expansion.

When the new technology becomes generally available in 2038, firms will construct a total of 280 million units of new capacity.[19] But Figure 11.3 shows that it would be foolish for Marvin to go that far. If Marvin added 280 million units of new capacity in 2033, the discounted value of the cash flows from the new plant would be zero *and* the company would have reduced the value of its old plant by $144 million. To maximize NPV, Marvin should construct 200 million units of new capacity and set the price just below $6 to drive out the 2020 manufacturers. Output is, therefore, less and price is higher than either would be under free competition.[20]

## The Value of Marvin Stock

Let us think about the effect of Marvin's announcement on the value of its common stock. Marvin has 24 million units of second-generation capacity. In the absence of any third-generation technology, gargle blaster prices would hold at $7 and Marvin's existing plant would be worth

$$\text{PV} = 24 \text{ million} \times \frac{7.00 - 3.50}{.20}$$
$$= \$420 \text{ million}$$

---

[19] Total industry capacity in 2038 will be 400 million units. Of this, 120 million units are second-generation capacity, and the remaining 280 million units are third-generation capacity.

[20] Notice that we are assuming that all customers have to pay the same price for their gargle blasters. If Marvin could charge each customer the maximum price that that customer would be willing to pay, output would be the same as under free competition. Such direct price discrimination is illegal and in any case difficult to enforce. But firms do search for indirect ways to differentiate between customers. For example, stores often offer free delivery, which is equivalent to a price discount for customers who live at an inconvenient distance.

Marvin's new technology reduces the price of gargle blasters initially to $6 and after five years to $5. Therefore the value of existing plant declines to

$$PV = 24 \text{ million} \times \left[ \sum_{t=1}^{5} \frac{6.00 - 3.50}{(1.20)^t} + \frac{5.00 - 3.50}{.20 \times (1.20)^5} \right]$$

$$= \$252 \text{ million}$$

But the *new* plant makes a net addition to shareholders' wealth of $299 million. So after Marvin's announcement its stock will be worth

$$252 + 299 = \$551 \text{ million}[21]$$

Now here is an illustration of something we talked about in Chapter 4: Before the announcement, Marvin's stock was valued in the market at $460 million. The difference between this figure and the value of the existing plant represented the present value of Marvin's growth opportunities (PVGO). The market valued Marvin's ability to stay ahead of the game at $40 million even before the announcement. After the announcement PVGO rose to $299 million.[22]

### The Lessons of Marvin Enterprises

Marvin Enterprises may be just a piece of science fiction, but the problems that it confronts are very real. Whenever Intel considers developing a new microprocessor or Genzyme considers developing a new drug, these firms must face up to exactly the same issues as Marvin. We have tried to illustrate the *kind* of questions that you should be asking when presented with a set of cash-flow forecasts. Of course, no economic model is going to predict the future with accuracy. Perhaps Marvin can hold the price above $6. Perhaps competitors will not appreciate the rich pickings to be had in the year 2038. In that case, Marvin's expansion would be even more profitable. But would you want to bet $1 billion on such possibilities? We don't think so.

Investments often turn out to earn far more than the cost of capital because of a favorable surprise. This surprise may in turn create a temporary opportunity for further investments earning more than the cost of capital. But anticipated and more prolonged rents will naturally lead to the entry of rival producers. That is why you should be suspicious of any investment proposal that predicts a stream of economic rents into the indefinite future. Try to estimate *when* competition will drive the NPV down to zero, and think what that implies for the price of your product.

Many companies try to identify the major growth areas in the economy and then concentrate their investment in these areas. But the sad fate of first-generation gargle blaster manufacturers illustrates how rapidly existing plants can be made obsolete by changes in technology. It is fun being in a growth industry when you are at the forefront of the new technology, but a growth industry has no mercy on technological laggards.

Therefore, do not simply follow the herd of investors stampeding into high-growth sectors of the economy. Think of the fate of the dot.com companies in the "new economy" of the late 1990s. Optimists argued that the information revolution was opening up opportunities for companies to grow at unprecedented rates. The pessimists pointed out that competition in e-commerce was likely to be intense and that competition would ensure that the benefits of the information revolution would go largely to consumers. The Finance in Practice Box, which contains an extract from an article by Warren Buffett, emphasizes that rapid growth is no guarantee of superior profits.

---

[21] To finance the expansion, Marvin is going to have to sell $1,000 million of new stock. Therefore the *total* value of Marvin's stock will rise to $1,551 million. But investors who put up the new money will receive shares worth $1,000 million. The value of Marvin's old shares after the announcement is therefore $551 million.

[22] The market value of Marvin stock will be greater than $551 million if investors expect the company to expand again within the five-year period. In other words, PVGO after the expansion may still be positive. Investors may expect Marvin to stay one step ahead of its competitors or to successfully apply its special technology in other areas.

# Warren Buffett on Growth and Profitability

❱ I thought it would be instructive to go back and look at a couple of industries that transformed this country much earlier in this century: automobiles and aviation. Take automobiles first: I have here one page, out of 70 in total, of car and truck manufacturers that have operated in this country. At one time, there was a Berkshire car and an Omaha car. Naturally I noticed those. But there was also a telephone book of others.

All told, there appear to have been at least 2,000 car makes, in an industry that had an incredible impact on people's lives. If you had foreseen in the early days of cars how this industry would develop, you would have said, "Here is the road to riches." So what did we progress to by the 1990s? After corporate carnage that never let up, we came down to three U.S. car companies—themselves no lollapaloozas for investors. So here is an industry that had an enormous impact on America—and also an enormous impact, though not the anticipated one, on investors. Sometimes, incidentally, it's much easier in these transforming events to figure out the losers. You could have grasped the importance of the auto when it came along but still found it hard to pick companies that would make you money. But there was one obvious decision you could have made back then—it's better sometimes to turn these things upside down—and that was to short horses. Frankly, I'm disappointed that the Buffett family was not short horses through this entire period. And we really had no excuse: Living in Nebraska, we would have found it super-easy to borrow horses and avoid a "short squeeze."

U.S. Horse Population
1900: 21 million
1998: 5 million

The other truly transforming business invention of the first quarter of the century, besides the car, was the airplane—another industry whose plainly brilliant future would have caused investors to salivate. So I went back to check out aircraft manufacturers and found that in the 1919–39 period, there were about 300 companies, only a handful still breathing today. Among the planes made then—we must have been the Silicon Valley of that age—were both the Nebraska and the Omaha, two aircraft that even the most loyal Nebraskan no longer relies upon.

Move on to failures of airlines. Here's a list of 129 airlines that in the past 20 years filed for bankruptcy. Continental was smart enough to make that list twice. As of 1992, in fact—though the picture would have improved since then—the money that had been made since the dawn of aviation by all of this country's airline companies was zero. Absolutely zero.

Sizing all this up, I like to think that if I'd been at Kitty Hawk in 1903 when Orville Wright took off, I would have been farsighted enough, and public-spirited enough—I owed this to future capitalists—to shoot him down. I mean, Karl Marx couldn't have done as much damage to capitalists as Orville did.

I won't dwell on other glamorous businesses that dramatically changed our lives but concurrently failed to deliver rewards to U.S. investors: the manufacture of radios and televisions, for example. But I will draw a lesson from these businesses: The key to investing is not assessing how much an industry is going to affect society, or how much it will grow, but rather determining the competitive advantage of any given company and, above all, the durability of that advantage. The products or services that have wide, sustainable moats around them are the ones that deliver rewards to investors.

**Source:** C. Loomis, "Mr. Buffett on the Stock Market," *Fortune* (November 22, 1999), pp. 110–115. © 1999 Time Inc. All rights reserved.

We do not wish to imply that good investment opportunities don't exist. For example, good opportunities frequently arise because the firm has invested money in the past, which gives it the option to expand cheaply in the future. Perhaps the firm can increase its output just by adding an extra production line, whereas its rivals would need to construct an entirely new factory.

Marvin also reminds us to include a project's impact on the rest of the firm when estimating incremental cash flows. By introducing the new technology immediately, Marvin reduced the value of its existing plant by $72 million.

Sometimes the losses on existing plants may completely offset the gains from a new technology. That is why we may see established, technologically advanced companies deliberately slowing down the rate at which they introduce new products. But this can be a dangerous game to play if it opens up opportunities for competitors. For example, for many years Bausch & Lomb was the dominant producer of contact lenses and earned large profits from glass contact lenses that needed to be sterilized every night. Because its existing business generated high returns, the company was slow to introduce disposable lenses. This delay opened up an opportunity for competitors and enabled Johnson & Johnson to introduce disposable lenses.

Marvin's economic rents were equal to the difference between its costs and those of the marginal producer. The costs of the marginal 2020-generation plant consisted of the manufacturing costs plus the opportunity cost of not selling the equipment. Therefore, if the salvage value of the 2020 equipment were higher, Marvin's competitors would incur higher costs and Marvin could earn higher rents. We took the salvage value as given, but it in turn depends on the cost savings from substituting outdated gargle blaster equipment for some other asset. In a well-functioning economy, assets will be used so as to minimize the *total* cost of producing the chosen set of outputs. The economic rents earned by any asset are equal to the total extra costs that would be incurred if that asset were withdrawn.

When Marvin announced its expansion plans, many owners of first-generation equipment took comfort in the belief that Marvin could not compete with their fully depreciated plant. Their comfort was misplaced. Regardless of past depreciation policy, it paid to scrap first-generation equipment rather than keep it in production. Do not expect that numbers in your balance sheet can protect you from harsh economic reality.

**SUMMARY**

All good financial managers want to find and undertake positive-NPV projects. They calculate NPVs carefully. But NPVs can be positive for two reasons: (1) The company really can expect to earn economic rents, or (2) there are biases or errors in cash-flow forecasts. Good managers are wary of these "false positives" and try to keep the odds stacked in their favor by investing in areas where the company has clear competitive advantages. They give careful attention to corporate strategy, which attempts to identify distinct capabilities and deploy them in markets where economic rents can be generated. They avoid expansion where competitive advantages are absent and economic rents are unlikely. They do not project favorable current product prices into the future without checking whether entry or expansion by competitors will drive future prices down.

Our story of Marvin Enterprises illustrates the origin of rents and how they determine a project's cash flows and net present value.

Any present value calculation, including our calculation for Marvin Enterprises, is subject to error. That's life: There's no other sensible way to value most capital investment projects. But some assets, such as gold, real estate, crude oil, ships, and airplanes, as well as financial assets, such as stocks and bonds, are traded in reasonably competitive markets. When you have the market value of such an asset, *use it,* at least as a starting point for your analysis.

**FURTHER READING**

*The following papers discuss capital investment and strategy:*

P. Barwise, P. Marsh, and R. Wensley, "Must Finance and Strategy Clash?" *Harvard Business Review,* September–October 1989, pp. 2–7.

M. Porter, "What Is Strategy?" *Harvard Business Review,* November–December 1996, pp. 61–78.

S. C. Myers, "Finance Theory and Financial Strategy," *Midland Corporate Finance Journal* 5 (Spring 1987), pp. 6–13. Reprinted from *Interfaces* (January–February 1984).

*The following book describes how to identify economic rents and positive NPVs:*

S. Woolley, *Sources of Value*, Cambridge University Press, 2009.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

## PROBLEM SETS

### BASIC

1. True or false?
   a. A firm that earns the opportunity cost of capital is earning economic rents.
   b. A firm that invests in positive-NPV ventures expects to earn economic rents.
   c. Financial managers should try to identify areas where their firms can earn economic rents, because it is there that positive-NPV projects are likely to be found.
   d. Economic rent is the equivalent annual cost of operating capital equipment.

2. Demand for concave utility meters is expanding rapidly, but the industry is highly competitive. A utility meter plant costs $50 million to set up, and it has an annual capacity of 500,000 meters. The production cost is $5 per meter, and this cost is not expected to change. The machines have an indefinite physical life and the cost of capital is 10%. What is the competitive price of a utility meter?
   a. $5
   b. $10
   c. $15

3. Your brother-in-law wants you to join him in purchasing a building on the outskirts of town. You and he would then develop and run a Taco Palace restaurant. Both of you are extremely optimistic about future real estate prices in this area, and your brother-in-law has prepared a cash-flow forecast that implies a large positive NPV. This calculation assumes sale of the property after 10 years.

   What further calculations should you do before going ahead?

4. On the London Metals Exchange the price for copper to be delivered in one year is $3,450 a ton. (*Note:* Payment is made when the copper is delivered.) The risk-free interest rate is .5% and the expected market return is 8%.
   a. Suppose that you expect to produce and sell 100,000 tons of copper next year. What is the PV of this output? Assume that the sale occurs at the end of the year.
   b. If copper has a beta of 1.2, what is the expected price of copper at the end of the year? What is the certainty-equivalent price?

5. New-model commercial airplanes are much more fuel-efficient than older models. How is it possible for airlines flying older models to make money when its competitors are flying newer planes? Explain briefly.

### INTERMEDIATE

6. Suppose that you are considering investing in an asset for which there is a reasonably good secondary market. Specifically, your company is Delta Airlines, and the asset is a Boeing

757—a widely used airplane. How does the presence of a secondary market simplify your problem in principle? Do you think these simplifications could be realized in practice? Explain.

7. There is an active, competitive leasing (i.e., rental) market for most standard types of commercial jets. Many of the planes flown by the major domestic and international airlines are not owned by them but leased for periods ranging from a few months to several years.

   Gamma Airlines, however, owns two long-range DC-11s just withdrawn from Latin American service. Gamma is considering using these planes to develop the potentially lucrative new route from Akron to Yellowknife. A considerable investment in terminal facilities, training, and advertising will be required. Once committed, Gamma will have to operate the route for at least three years. One further complication: The manager of Gamma's international division is opposing commitment of the planes to the Akron–Yellowknife route because of anticipated future growth in traffic through Gamma's new hub in Ulan Bator.

   How would you evaluate the proposed Akron–Yellowknife project? Give a detailed list of the necessary steps in your analysis. Explain how the airplane leasing market would be taken into account. If the project is attractive, how would you respond to the manager of the international division?

8. Suppose the current price of gold is $650 an ounce. Hotshot Consultants advises you that gold prices will increase at an average rate of 12% for the next two years. After that the growth rate will fall to a long-run trend of 3% per year. What is the price of 1 million ounces of gold produced in eight years? Assume that gold prices have a beta of 0 and that the risk-free rate is 5.5%.

9. We characterized the interstate rail lines owned by major U.S. railroads as "strategic assets" that generated increased profits from 2005 to 2007. In what conditions would you expect these assets to generate economic rents? Keep in mind that railroads compete with trucking companies as well as other railroads. Trucking companies have some advantages, including flexibility.

10. Thanks to acquisition of a key patent, your company now has exclusive production rights for barkelgassers (BGs) in North America. Production facilities for 200,000 BGs per year will require a $25 million immediate capital expenditure. Production costs are estimated at $65 per BG. The BG marketing manager is confident that all 200,000 units can be sold for $100 per unit (in real terms) until the patent runs out five years hence. After that the marketing manager hasn't a clue about what the selling price will be.

   
   Visit us at www.mhhe.com/bma

   What is the NPV of the BG project? Assume the real cost of capital is 9%. To keep things simple, also make the following assumptions:

   - The technology for making BGs will not change. Capital and production costs will stay the same in real terms.
   - Competitors know the technology and can enter as soon as the patent expires, that is, in year 6.
   - If your company invests immediately, full production begins after 12 months, that is, in year 1.
   - There are no taxes.
   - BG production facilities last 12 years. They have no salvage value at the end of their useful life.

11. How would your answer to Problem 10 change if technological improvements reduce the cost of new BG production facilities by 3% per year?

    Thus a new plant built in year 1 would cost only 25 (1 − .03) = $24.25 million; a plant built in year 2 would cost $23.52 million; and so on. Assume that production costs per unit remain at $65.

    
    Visit us at www.mhhe.com/bma


Visit us at
www.mhhe.com/bma

**12.** Go to the "live" Excel spreadsheets versions of Tables 11.1–11.3 at **www.mhhe.com/bma**. Reevaluate the NPV of the proposed polyzone project under each of the following assumptions. What's the right management decision in each case?

a. Spread in year 4 holds at $1.20 per pound.

b. The U.S. chemical company can start up polyzone production at 40 million pounds in year 1 rather than year 2.

c. The U.S. company makes a technological advance that reduces its annual production costs to $25 million. Competitors' production costs do not change.


Visit us at
www.mhhe.com/bma

**13.** Photographic laboratories recover and recycle the silver used in photographic film. Stikine River Photo is considering purchase of improved equipment for their laboratory at Telegraph Creek. Here is the information they have:

- The equipment costs $100,000 and will cost $80,000 per year to run.
- It has an economic life of 10 years but can be depreciated over five years by the straight-line method (see Section 6-2).
- It will recover an additional 5,000 ounces of silver per year.
- Silver is selling for $20 per ounce. Over the past 10 years, the price of silver has appreciated by 4.5% per year in real terms. Silver is traded in an active, competitive market.
- Stikine's marginal tax rate is 35%. Assume U.S. tax law.
- Stikine's company cost of capital is 8% in real terms.
- The nominal interest rate is 6%.

What is the NPV of the new equipment? Make additional assumptions as necessary.

**14.** The Cambridge Opera Association has come up with a unique door prize for its December (2013) fund-raising ball: Twenty door prizes will be distributed, each one a ticket entitling the bearer to receive a cash award from the association on December 31, 2014. The cash award is to be determined by calculating the ratio of the level of the Standard and Poor's Composite Index of stock prices on December 31, 2014, to its level on June 30, 2014, and multiplying by $100. Thus, if the index turns out to be 1,000 on June 30, 2014, and 1,200 on December 31, 2014, the payoff will be $100 \times (1,200/1,000) = \$120$.

After the ball, a black market springs up in which the tickets are traded. What will the tickets sell for on January 1, 2014? On June 30, 2014? Assume the risk-free interest rate is 10% per year. Also assume the Cambridge Opera Association will be solvent at year-end 2014 and will, in fact, pay off on the tickets. Make other assumptions as necessary.

Would ticket values be different if the tickets' payoffs depended on the Dow Jones Industrial index rather than the Standard and Poor's Composite?

**15.** You are asked to value a large building in northern New Jersey. The valuation is needed for a bankruptcy settlement. Here are the facts:

- The settlement *requires* that the building's value equal the PV of the *net cash proceeds* the railroad would receive if it cleared the building and sold it for its highest and best nonrailroad use, which is as a warehouse.
- The building has been appraised at $1 million. This figure is based on actual recent selling prices of a sample of similar New Jersey buildings used as, or available for use as, warehouses.
- If rented today as a warehouse, the building could generate $80,000 per year. This cash flow is calculated *after* out-of-pocket operating expenses and *after* real estate taxes of $50,000 per year:

| | |
|---|---|
| Gross rents | $180,000 |
| Operating expenses | 50,000 |
| Real estate taxes | 50,000 |
| Net | $80,000 |

**Visit us at www.mhhe.com/bma**

Gross rents, operating expenses, and real estate taxes are uncertain but are expected to grow with inflation.

- However, it would take one year and $200,000 to clear out the railroad equipment and prepare the building for use as a warehouse. The $200,000 would have to be invested immediately.
- The property will be put on the market when ready for use as a warehouse. Your real estate adviser says that properties of this type take, on average, one year to sell after they are put on the market. However, the railroad could rent the building as a warehouse while waiting for it to sell.
- The opportunity cost of capital for investment in real estate is 8% in *real* terms.
- Your real estate adviser notes that selling prices of comparable buildings in northern New Jersey have declined, in real terms, at an average rate of 2% per year over the last 10 years.
- A 5% sales commission would be paid by the railroad at the time of the sale.
- The railroad pays no income taxes. It would have to pay property taxes.

## CHALLENGE

16. The manufacture of polysyllabic acid is a competitive industry. Most plants have an annual output of 100,000 tons. Operating costs are $.90 a ton, and the sales price is $1 a ton. A 100,000-ton plant costs $100,000 and has an indefinite life. Its current scrap value of $60,000 is expected to decline to $57,900 over the next two years.

    Phlogiston, Inc., proposes to invest $100,000 in a plant that employs a new low-cost process to manufacture polysyllabic acid. The plant has the same capacity as existing units, but operating costs are $.85 a ton. Phlogiston estimates that it has two years' lead over each of its rivals in use of the process but is unable to build any more plants itself before year 2. Also it believes that demand over the next two years is likely to be sluggish and that its new plant will therefore cause temporary overcapacity.

    You can assume that there are no taxes and that the cost of capital is 10%.

    a. By the end of year 2, the prospective increase in acid demand will require the construction of several new plants using the Phlogiston process. What is the likely NPV of such plants?

    b. What does that imply for the price of polysyllabic acid in year 3 and beyond?

    c. Would you expect existing plant to be scrapped in year 2? How would your answer differ if scrap value were $40,000 or $80,000?

    d. The acid plants of United Alchemists, Inc., have been fully depreciated. Can it operate them profitably after year 2?

    e. Acidosis, Inc., purchased a new plant last year for $100,000 and is writing it down by $10,000 a year. Should it scrap this plant in year 2?

    f. What would be the NPV of Phlogiston's venture?

17. The world airline system is composed of the routes X and Y, each of which requires 10 aircraft. These routes can be serviced by three types of aircraft—A, B, and C. There are 5 type A aircraft available, 10 type B, and 10 type C. These aircraft are identical except for their operating costs, which are as follows:



Visit us at
www.mhhe.com/bma

| Aircraft Type | Annual Operating Cost ($ millions) | |
| :---: | :---: | :---: |
| | **Route X** | **Route Y** |
| A | 1.5 | 1.5 |
| B | 2.5 | 2.0 |
| C | 4.5 | 3.5 |

Visit us at www.mhhe.com/bma

The aircraft have a useful life of five years and a salvage value of $1 million.

The aircraft owners do not operate the aircraft themselves but rent them to the operators. Owners act competitively to maximize their rental income, and operators attempt to minimize their operating costs. Airfares are also competitively determined. Assume the cost of capital is 10%.

a. Which aircraft would be used on which route, and how much would each aircraft be worth?

b. What would happen to usage and prices of each aircraft if the number of type A aircraft increased to 10?

c. What would happen if the number of type A aircraft increased to 15?

d. What would happen if the number of type A aircraft increased to 20?

State any additional assumptions you need to make.



Visit us at
www.mhhe.com/bma

18. Taxes are a cost, and, therefore, changes in tax rates can affect consumer prices, project lives, and the value of existing firms. The following problem illustrates this. It also illustrates that tax changes that appear to be "good for business" do not always increase the value of existing firms. Indeed, unless new investment incentives increase consumer demand, they can work only by rendering existing equipment obsolete.

The manufacture of bucolic acid is a competitive business. Demand is steadily expanding, and new plants are constantly being opened. Expected cash flows from an investment in a new plant are as follows:

|  | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| 1. Initial investment | 100 |  |  |  |
| 2. Revenues |  | 100 | 100 | 100 |
| 3. Cash operating costs |  | 50 | 50 | 50 |
| 4. Tax depreciation |  | 33.33 | 33.33 | 33.33 |
| 5. Income pretax |  | 16.67 | 16.67 | 16.67 |
| 6. Tax at 40% |  | 6.67 | 6.67 | 6.67 |
| 7. Net income |  | 10 | 10 | 10 |
| 8. After-tax salvage |  |  |  | 15 |
| 9. Cash flow (7 + 8 + 4 − 1) | −100 | +43.33 | +43.33 | +58.33 |
| NPV at 20% = 0 |  |  |  |  |

Assumptions:
1. Tax depreciation is straight-line over three years.
2. Pretax salvage value is 25 in year 3 and 50 if the asset is scrapped in year 2.
3. Tax on salvage value is 40% of the difference between salvage value and depreciated investment.
4. The cost of capital is 20%.

a. What is the value of a one-year-old plant? Of a two-year-old plant?

b. Suppose that the government now changes tax depreciation to allow a 100% writeoff in year 1. How does this affect the value of existing one- and two-year-old plants? Existing plants must continue using the original tax depreciation schedule.

c. Would it now make sense to scrap existing plants when they are two rather than three years old?

d. How would your answers change if the corporate income tax were abolished entirely?

Visit us at www.mhhe.com/bma

# MINI-CASE • • • • •

## Ecsy-Cola[23]

Libby Flannery, the regional manager of Ecsy-Cola, the international soft drinks empire, was reviewing her investment plans for Central Asia. She had contemplated launching Ecsy-Cola in the ex-Soviet republic of Inglistan in 2013. This would involve a capital outlay of $20 million in 2012 to build a bottling plant and set up a distribution system there. Fixed costs (for manu-facturing, distribution, and marketing) would then be $3 million per year from 2012 onward. This would be sufficient to make and sell 200 million liters per year—enough for every man, woman, and child in Inglistan to drink four bottles per week! But there would be few savings from building a smaller plant, and import tariffs and transport costs in the region would keep all production within national borders.

The variable costs of production and distribution would be 12 cents per liter. Company policy requires a rate of return of 25% in nominal dollar terms, after local taxes but before deducting any costs of financing. The sales revenue is forecasted to be 35 cents per liter.

Bottling plants last almost forever, and all unit costs and revenues were expected to remain constant in nominal terms. Tax would be payable at a rate of 30%, and under the Inglistan corporate tax code, capital expenditures can be written off on a straight-line basis over four years.

All these inputs were reasonably clear. But Ms. Flannery racked her brain trying to forecast sales. Ecsy-Cola found that the "1–2–4" rule works in most new markets. Sales typically double in the second year, double again in the third year, and after that remain roughly constant. Libby's best guess was that, if she went ahead immediately, initial sales in Inglistan would be 12.5 million liters in 2014, ramping up to 50 million in 2016 and onward.

Ms. Flannery also worried whether it would be better to wait a year. The soft drink market was developing rapidly in neighboring countries, and in a year's time she should have a much better idea whether Ecsy-Cola would be likely to catch on in Inglistan. If it didn't catch on and sales stalled below 20 million liters, a large investment probably would not be justified.

Ms. Flannery had assumed that Ecsy-Cola's keen rival, Sparky-Cola, would not also enter the market. But last week she received a shock when in the lobby of the Kapitaliste Hotel she bumped into her opposite number at Sparky-Cola. Sparky-Cola would face costs similar to Ecsy-Cola. How would Sparky-Cola respond if Ecsy-Cola entered the market? Would it decide to enter also? If so, how would that affect the profitability of Ecsy-Cola's project?

Ms. Flannery thought again about postponing investment for a year. Suppose Sparky-Cola were interested in the Inglistan market. Would that favor delay or immediate action?

Maybe Ecsy-Cola should announce its plans before Sparky-Cola had a chance to develop its own proposals. It seemed that the Inglistan project was becoming more complicated by the day.

### QUESTIONS

1. Calculate the NPV of the proposed investment, using the inputs suggested in this case. How sensitive is this NPV to future sales volume?

2. What are the pros and cons of waiting for a year before deciding whether to invest? (*Hint:* What happens if demand turns out high and Sparky-Cola also invests? What if Ecsy-Cola invests right away and gains a one-year head start on Sparky-Cola?)

---

[23] We thank Anthony Neuberger for suggesting this topic.

# Agency Problems, Compensation, and Performance Measurement

▶ **So far we've** concentrated on criteria and procedures for identifying capital investments with positive NPVs. If a firm takes all (and only) positive-NPV projects, it maximizes the firm's value. But do the firm's managers want to maximize value?

Managers have no special gene that automatically aligns their personal interests with outside investors' financial objectives. So how do shareholders ensure that top managers do not feather their own nests or grind their own axes? And how do top managers ensure that middle managers and employees try as hard as they can to find positive-NPV projects?

Here we circle back to the principal–agent problems first raised in Chapter 1. Shareholders are the ultimate principals; top managers are the stockholders' agents. But middle managers and employees are in turn agents of top management. Thus senior managers, including the chief financial officer, are simultaneously agents vis-à-vis shareholders and principals vis-à-vis the rest

of the firm. The problem is to get everyone working together to maximize value.

This chapter summarizes how corporations grapple with that problem. The two main topics we cover are:

- **Incentives:** Making sure that managers and employees are rewarded appropriately when they add value to the firm.
- **Performance measurement:** You can't reward value added unless you can measure it. Since you get what you reward, and reward what you measure, you get what you measure.

We describe alternative performance measures, including economic value added. We uncover the biases lurking in standard accounting income and rates of return. Finally, we confront a disturbing fact: some, maybe most, public corporations seem willing to sacrifice NPV to maintain or increase short-run earnings per share.

## 12-1 Incentives and Compensation

Top management, including the CFO, must try to ensure that managers and employees have the right incentives to find and invest in positive-NPV projects. We will soon see how difficult it is to get incentives right throughout a large corporation. Why not bypass these difficulties, and let the CFO and his or her immediate staff make the important investment decisions?

The bypass won't work, for at least five reasons. First, top management would have to analyze thousands of projects every year. There's no way to know enough about each one to make intelligent choices. Top management must rely on analysis done at lower levels.

Second, the *design* of a capital investment project involves investment decisions that top managers do not see. Think of a proposal to build a new factory. The managers who developed the plan for the factory had to decide its location. Suppose they chose a more expensive site to get closer to a pool of skilled workers. That's an investment decision: additional