# EXHIBIT 77 (part 3)

value of assets (the denominator in the book-rate-of-return calculation) is understated if the leased asset never appears on the firm's balance sheet.

Leasing's impact on book income should in itself have no effect on firm value. In efficient capital markets investors will look through the firm's accounting results to the true value of the asset and the liability incurred to finance it.

## 25-3 Operating Leases

Remember our discussion of *equivalent annual* costs in Chapter 6? We defined the equivalent annual cost of, say, a machine as the annual rental payment sufficient to cover the present value of all the costs of owning and operating it.

In Chapter 6's examples, the rental payments were hypothetical—just a way of converting a present value to an annual cost. But in the leasing business the payments are real. Suppose you decide to lease a machine tool for one year. What will the rental payment be in a competitive leasing industry? The lessor's equivalent annual cost, of course.

### Example of an Operating Lease

The boyfriend of the daughter of the CEO of Establishment Industries takes her to the senior prom in a pearly white stretch limo. The CEO is impressed. He decides Establishment Industries ought to have one for VIP transportation. Establishment's CFO prudently suggests a one-year operating lease instead and approaches Acme Limolease for a quote.

Table 25.1 shows Acme's analysis. Suppose it buys a new limo for $75,000 that it plans to lease out for seven years (years 0 through 6). The table gives Acme's forecasts of operating, maintenance, and administrative costs, the latter including the costs of negotiating the lease, keeping track of payments and paperwork, and finding a replacement lessee when Establishment's year is up. For simplicity we assume zero inflation and use a 7% real cost of capital. We also assume that the limo will have zero salvage value at the end of year 6.

| | Year | | | | | | |
|---|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** | **6** |
| Initial cost | −75 | | | | | | |
| Maintenance costs etc | −12 | −12 | −12 | −12 | −12 | −12 | −12 |
| Tax shield on costs | +4.2 | +4.2 | +4.2 | +4.2 | +4.2 | +4.2 | +4.2 |
| Depreciation tax shield[a] | | +5.25 | +8.40 | +5.04 | +3.02 | +3.02 | +1.51 |
| Total | −82.80 | −2.55 | +.60 | −2.76 | −4.78 | −4.78 | −6.29 |
| PV at 7% = −98.15[b] | | | | | | | |
| Break-even rent (level) | −26.19 | −26.19 | −26.19 | −26.19 | −26.19 | −26.19 | −26.19 |
| Tax | +9.17 | +9.17 | +9.17 | +9.17 | +9.17 | +9.17 | +9.17 |
| Break-even rent after tax | −17.02 | −17.02 | −17.02 | −17.02 | −17.02 | −17.02 | −17.02 |
| PV at 7% = −98.15[b] | | | | | | | |



Visit us at
www.mhhe.com/bma

▶ **TABLE 25.1**

Calculating the zero-NPV rental rate (or equivalent annual cost) for Establishment Industries's pearly white stretch limo (figures in $ thousands). The break-even rent is set so that the PV of after-tax lease payments equals 98.15, the PV of the after-tax cost of buying and operating the limo.

**Note:** We assume no inflation and a 7% real cost of capital. The tax rate is 35%.
[a] Depreciation tax shields are calculated using the five-year schedule from Table 6.4.
[b] Note that the first payment of these annuities comes immediately. The standard annuity factor must be multiplied by $1 + r = 1.07$.

The present value of all costs, partially offset by the value of depreciation tax shields,[6] is $98,150. Now, how much does Acme have to charge to break even?

Acme can afford to buy and lease out the limo only if the rental payments forecasted over six years have a present value of at least $98,150. The problem, then, is to calculate a six-year annuity with a present value of $98,150. We follow common leasing practice and assume rental payments in advance.[7]

As Table 25.1 shows, the required annuity is $26,190, that is, about $26,000.[8] This annuity's present value (after taxes) exactly equals the present value of the after-tax costs of owning and operating the limo. The annuity provides Acme with a competitive expected rate of return (7%) on its investment. Acme could try to charge Establishment Industries more than $26,000, but if the CFO is smart enough to ask for bids from Acme's competitors, the winning lessor will end up receiving this amount.

Remember that Establishment Industries is not obligated to continue using the limo for more than one year. Acme may have to find several new lessees over the limo's economic life. Even if Establishment continues, it can renegotiate a new lease at whatever rates prevail in the future. Thus Acme does not know what it can charge in year 1 or afterward. If pearly white falls out of favor with teenagers and CEOs, Acme is probably out of luck.

In real life Acme would have several further things to worry about. For example, how long will the limo stand idle when it is returned at year 1? If idle time is likely before a new lessee is found, then lease rates have to be higher to compensate.[9]

In an operating lease, the *lessor* absorbs these risks, not the lessee. The discount rate used by the lessor must include a premium sufficient to compensate its shareholders for the risks of buying and holding the leased asset. In other words, Acme's 7% real discount rate must cover the risks of investing in stretch limos. (As we see in the next section, risk bearing in *financial* leases is fundamentally different.)

## Lease or Buy?

If you need a car or limo for only a day or a week you will surely rent it; if you need one for five years you will probably buy it. In between there is a gray region in which the choice of lease or buy is not obvious. The decision rule should be clear in concept, however: If you need an asset for your business, *buy it if the equivalent annual cost of ownership and operation is less than the best lease rate you can get from an outsider.* In other words, buy if you can "rent to yourself" cheaper than you can rent from others. (Again we stress that this rule applies to *operating* leases.)

If you plan to use the asset for an extended period, your equivalent annual cost of owning the asset will usually be less than the operating lease rate. The lessor has to mark up the lease rate to cover the costs of negotiating and administering the lease, the foregone revenues when the asset is off-lease and idle, and so on. These costs are avoided when the company buys and rents to itself.

There are two cases in which operating leases may make sense even when the company plans to use an asset for an extended period. First, the lessor may be able to buy and manage the asset at less expense than the lessee. For example, the major truck leasing companies buy

---

[6] The depreciation tax shields are safe cash flows if the tax rate does not change and Acme is sure to pay taxes. If 7% is the right discount rate for the other flows in Table 25.1, the depreciation tax shields deserve a lower rate. A more refined analysis would discount safe depreciation tax shields at an after-tax borrowing or lending rate. See the Appendix to Chapter 19 or the next section of this chapter.

[7] In Section 6-4 the hypothetical rentals were paid *in arrears*.

[8] This is a level annuity because we are assuming that (1) there is no inflation and (2) the services of a six-year-old limo are no different from a brand-new limo's. If users of aging limos see them as obsolete or unfashionable, or if purchase costs of new limos are declining, then lease rates have to decline as limos age. This means that rents follow a *declining* annuity. Early users have to pay more to make up for declining rents later.

[9] If, say, limos were off-lease and idle 20% of the time, lease rates would have to be 25% above those shown in Table 25.1.

thousands of new vehicles every year. That puts them in an excellent bargaining position with truck manufacturers. These companies also run very efficient service operations, and they know how to extract the most salvage value when trucks wear out and it is time to sell them. A small business, or a small division of a larger one, cannot achieve these economies and often finds it cheaper to lease trucks than to buy them.

Second, operating leases often contain useful options. Suppose Acme offers Establishment Industries the following two leases:

1.  A one-year lease for $26,000.
2.  A six-year lease for $28,000, *with the option to cancel the lease* at any time from year 1 on.[10]

The second lease has obvious attractions. Suppose Establishment's CEO becomes fond of the limo and wants to use it for a second year. If rates increase, lease 2 allows Establishment to continue at the old rate. If rates decrease, Establishment can cancel lease 2 and negotiate a lower rate with Acme or one of its competitors.

Of course, lease 2 is a more costly proposition for Acme: In effect it gives Establishment an insurance policy protecting it from increases in future lease rates. The difference between the costs of leases 1 and 2 is the annual insurance premium. But lessees may happily pay for insurance if they have no special knowledge of future asset values or lease rates. A leasing company acquires such knowledge in the course of its business and can generally sell such insurance at a profit.

Airlines face fluctuating demand for their services and the mix of planes that they need is constantly changing. Most airlines, therefore, lease a proportion of their fleet on a short-term, cancelable basis and are willing to pay a premium to lessors for bearing the cancelation risk. Specialist aircraft lessors are prepared to bear this risk, for they are well-placed to find new customers for any aircraft that are returned to them. Aircraft owned by specialist lessors spend less time parked and more time flying than aircraft owned by airlines.[11]

Be sure to check out the options before you sign (or reject) an operating lease.[12]

## 25-4 Valuing Financial Leases

For operating leases the decision centers on "lease versus buy." For *financial* leases the decision amounts to "lease versus borrow." Financial leases extend over most of the economic life of the leased equipment. They are *not* cancelable. The lease payments are fixed obligations equivalent to debt service.

Financial leases make sense when the company is prepared to take on the business risks of owning and operating the leased asset. If Establishment Industries signs a *financial* lease for the stretch limo, it is stuck with that asset. The financial lease is just another way of borrowing money to pay for the limo.

Financial leases do offer special advantages to some firms in some circumstances. However, there is no point in further discussion of these advantages until you know how to value financial lease contracts.

---

[10] Acme might also offer a one-year lease for $28,000 but give the lessee an option to *extend* the lease on the same terms for up to five additional years. This is, of course, identical to lease 2. It doesn't matter whether the lessee has the (put) option to cancel or the (call) option to continue.

[11] A. Gavazza, "Leasing and Secondary Markets: Theory and Evidence from Commercial Aviation," Working paper, Yale School of Management, March 2007.

[12] McConnell and Schallheim calculate the value of options in operating leases under various assumptions about asset risk, depreciation rates, etc. See J. J. McConnell and J. S. Schallheim, "Valuation of Asset Leasing Contracts," *Journal of Financial Economics* 12 (August 1983), pp. 237–261.

## Example of a Financial Lease

Imagine yourself in the position of Thomas Pierce III, president of Greymare Bus Lines. Your firm was established by your grandfather, who was quick to capitalize on the growing demand for transportation between Widdicombe and nearby townships. The company has owned all its vehicles from the time the company was formed; you are now reconsidering that policy. Your operating manager wants to buy a new bus costing $100,000. The bus will last only eight years before going to the scrap yard. You are convinced that investment in the additional equipment is worthwhile. However, the representative of the bus manufacturer has pointed out that her firm would also be willing to lease the bus to you for eight annual payments of $16,900 each. Greymare would remain responsible for all maintenance, insurance, and operating expenses.

Table 25.2 shows the direct cash-flow consequences of signing the lease contract. (An important indirect effect is considered later.) The consequences are:

1. Greymare does not have to pay for the bus. This is equivalent to a cash inflow of $100,000.

2. Greymare no longer owns the bus, and so it cannot depreciate it. Therefore it gives up a valuable depreciation tax shield. In Table 25.2, we have assumed depreciation would be calculated using five-year tax depreciation schedules. (See Table 6.4.)

3. Greymare must pay $16,900 per year for eight years to the lessor. The first payment is due immediately.

4. However, these lease payments are fully tax-deductible. At a 35% marginal tax rate, the lease payments generate tax shields of $5,920 per year. You could say that the after-tax cost of the lease payment is $16,900 − $5,920 = $10,980.

We must emphasize that Table 25.2 assumes that Greymare will pay taxes at the full 35% marginal rate. If the firm were sure to lose money, and therefore pay no taxes, lines 2 and 4 would be left blank. The depreciation tax shields are worth nothing to a firm that pays no taxes, for example.

Table 25.2 also assumes the bus will be worthless when it goes to the scrap yard at the end of year 7. Otherwise there would be an entry for salvage value lost.

## Who Really Owns the Leased Asset?

To a lawyer or a tax accountant, that would be a silly question: The lessor is clearly the *legal* owner of the leased asset. That is why the lessor is allowed to deduct depreciation from taxable income.

From an *economic* point of view, you might say that the *user* is the real owner, because in a *financial* lease, the user faces the risks and receives the rewards of ownership. Greymare cannot cancel a financial lease. If the new bus turns out to be hopelessly costly and

| | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Cost of new bus | +100 | | | | | | | |
| Lost depreciation tax shield | | −7.00 | −11.20 | −6.72 | −4.03 | −4.03 | −2.02 | 0 |
| Lease payment | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 |
| Tax shield of lease payment | +5.92 | +5.92 | +5.92 | +5.92 | +5.92 | +5.92 | +5.92 | +5.92 |
| Cash flow of lease | +89.02 | −17.99 | −22.19 | −17.71 | −15.02 | −15.02 | −13.00 | −10.99 |



**TABLE 25.2**

Cash-flow consequences of the lease contract offered to Greymare Bus Lines (figures in $ thousands; some columns do not add due to rounding).



Visit us at
www.mhhe.com/bma

unsuited for Greymare's routes, that is Greymare's problem, not the lessor's. If it turns out to be a great success, the profit goes to Greymare, not the lessor. The success or failure of the firm's business operations does not depend on whether the buses are financed by leasing or some other financial instrument.

In many respects, a financial lease is equivalent to a secured loan. The lessee must make a series of fixed payments; if the lessee fails to do so, the lessor can repossess the asset. Thus we can think of a balance sheet like this:

**Greymare Bus Lines (Figures in $ Thousands)**

| | | | |
|---|---|---|---|
| Bus | 100 | 100 | Loan secured by bus |
| All other assets | 1,000 | 450 | Other loans |
| | | 550 | Equity |
| Total assets | 1,100 | 1,100 | Total liabilities |

as being economically equivalent to a balance sheet like this:

**Greymare Bus Lines (Figures in $ Thousands)**

| | | | |
|---|---|---|---|
| Bus | 100 | 100 | Financial lease |
| All other assets | 1,000 | 450 | Other loans |
| | | 550 | Equity |
| Total assets | 1,100 | 1,100 | Total liabilities |

Having said this, we must immediately qualify. Legal ownership can make a big difference when a financial lease expires because the lessor gets the asset. Once a secured loan is paid off, the user owns the asset free and clear.

## Leasing and the Internal Revenue Service

We have already noted that the lessee loses the tax depreciation of the leased asset but can deduct the lease payment in full. The *lessor,* as legal owner, uses the depreciation tax shield but must report the lease payments as taxable rental income.

However, the Internal Revenue Service is suspicious by nature and will not allow the lessee to deduct the entire lease payment unless it is satisfied that the arrangement is a genuine lease and not a disguised installment purchase or secured loan agreement.[13]

Some leases are designed *not* to qualify as a true lease for tax purposes. Suppose a manufacturer finds it convenient to lease a new computer but wants to keep the depreciation tax shields. This is easily accomplished by giving the manufacturer the option to purchase the computer for $1 at the end of the lease. Then the Internal Revenue Service treats the lease as an installment sale, and the manufacturer can deduct depreciation and the interest component of the lease payment for tax purposes. But the lease is still a lease for all other purposes.

## A First Pass at Valuing a Lease Contract

When we left Thomas Pierce III, president of Greymare Bus Lines, he had just set down in Table 25.2 the cash flows of the financial lease proposed by the bus manufacturer.

These cash flows are typically assumed to be about as safe as the interest and principal payments on a secured loan issued by the lessee. This assumption is reasonable for the lease payments because the lessor is effectively lending money to the lessee. But the various tax shields might carry enough risk to deserve a higher discount rate. For example, Greymare

---

[13] For example, the IRS will disallow the lease if the lessee has an option to acquire the asset for a nominal sum. The lessee will almost certainly exercise such a bargain-purchase option, leaving the lessor with no chance of future ownership. Special-purpose assets that can only be used by the lessee will also be disqualified, because the lessee will end up owning them.

might be confident that it could make the lease payments but not confident that it could earn enough taxable income to use these tax shields. In that case the cash flows generated by the tax shields would probably deserve a higher discount rate than the borrowing rate used for the lease payments.

A lessee might, in principle, end up using a separate discount rate for each line of Table 25.2, each rate chosen to fit the risk of that line's cash flow. But established, profitable firms usually find it reasonable to simplify by discounting the types of flows shown in Table 25.2 at a single rate based on the rate of interest the firm would pay if it borrowed rather than leased. We assume Greymare's borrowing rate is 10%.

At this point we must go back to our discussion in the Appendix to Chapter 19 of debt-equivalent flows. When a company lends money, it pays tax on the interest it receives. Its net return is the after-tax interest rate. When a company borrows money, it can deduct interest payments from its taxable income. The net cost of borrowing is the after-tax interest rate. Thus the after-tax interest rate is the effective rate at which a company can transfer debt-equivalent flows from one time period to another. Therefore, to value the incremental cash flows stemming from the lease, we need to discount them at the after-tax interest rate.

Since Greymare can borrow at 10%, we should discount the lease cash flows at $r_D(1 - T_c)$ = .10(1 − .35) = .065, or 6.5%. This gives:

$$\text{NPV lease} = +89.02 - \frac{17.99}{1.065} - \frac{22.19}{(1.065)^2} - \frac{17.71}{(1.065)^3} - \frac{15.02}{(1.065)^4}$$

$$- \frac{15.02}{(1.065)^5} - \frac{13.00}{(1.065)^6} - \frac{10.99}{(1.065)^7}$$

$$= -.70, \text{ or } - \$700$$

Since the lease has a negative NPV, Greymare is better off buying the bus.

A positive or negative NPV is not an abstract concept; in this case Greymare's shareholders really are $700 poorer if the company leases. Let us now check how this situation comes about.

Look once more at Table 25.2. The lease cash flows are:

| | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| Lease cash flows, thousands | +89.02 | −17.99 | −22.19 | −17.71 | −15.02 | −15.02 | −13.00 | −10.99 |

The lease payments are contractual obligations like the principal and interest payments on secured debt. Thus you can think of the incremental lease cash flows in years 1 through 7 as the "debt service" of the lease. Table 25.3 shows a loan with *exactly* the same debt service

| | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| Amount borrowed at year-end | 89.72 | 77.56 | 60.42 | 46.64 | 34.66 | 21.89 | 10.31 | 0 |
| Interest paid at 10% | | −8.97 | −7.76 | −6.04 | −4.66 | −3.47 | −2.19 | −1.03 |
| Interest tax shield at 35% | | +3.14 | +2.71 | +2.11 | +1.63 | +1.21 | +.77 | +.36 |
| Interest paid after tax | | −5.83 | −5.04 | −3.93 | −3.03 | −2.25 | −1.42 | −0.67 |
| Principal repaid | | −12.15 | −17.14 | −13.78 | −11.99 | −12.76 | −11.58 | −10.31 |
| Net cash flow of equivalent loan | 89.72 | −17.99 | −22.19 | −17.71 | −15.02 | −15.02 | −13.00 | −10.99 |

 **TABLE 25.3**

Details of the equivalent loan to the lease offered to Greymare Bus Lines (figures in $ thousands; cash outflows shown with negative sign).



Visit us at
www.mhhe.com/bma

as the lease. The initial amount of the loan is 89.72 thousand dollars. If Greymare borrowed this sum, it would need to pay interest in the first year of $.10 \times 89.72 = 8.97$ and would *receive* a tax shield on this interest of $.35 \times 8.97 = 3.14$. Greymare could then repay 12.15 of the loan, leaving a net cash outflow of 17.99 (exactly the same as for the lease) in year 1 and an outstanding debt at the start of year 2 of 77.56.

As you walk through the calculations in Table 25.3, you see that it costs exactly the same to service a loan that brings an immediate inflow of 89.72 as it does to service the lease, which brings in only 89.02. That is why we say that the lease has a net present value of $89.02 - 89.72 = -.7$, or $-\$700$. If Greymare leases the bus rather than raising an *equivalent loan*,[14] there will be \$700 less in Greymare's bank account.

Our example illustrates two general points about leases and equivalent loans. First, if you can devise a borrowing plan that gives the same cash flow as the lease in every future period but a higher immediate cash flow, then you should not lease. If, however, the equivalent loan provides the same future cash outflows as the lease but a lower immediate inflow, then leasing is the better choice.

Second, our example suggests two ways to value a lease:

1. *Hard way.* Construct a table like Table 25.3 showing the equivalent loan.
2. *Easy way.* Discount the lease cash flows at the *after-tax* interest rate that the firm would pay on an equivalent loan. Both methods give the same answer—in our case an NPV of $-\$700$.

## The Story So Far

We concluded that the lease contract offered to Greymare Bus Lines was *not* attractive because the lease provided \$700 less financing than the equivalent loan. The underlying principle is as follows: A financial lease is superior to buying and borrowing if the financing provided by the lease exceeds the financing generated by the equivalent loan.

The principle implies this formula:

$$\text{Net value of lease} = \text{initial financing provided} - \sum_{t=1}^{N} \frac{\text{lease cash flow}}{[1 + r_D(1 - T_c)]^t}$$

where $N$ is the length of the lease. Initial financing provided equals the cost of the leased asset minus any immediate lease payment or other cash outflow attributable to the lease.[15]

Notice that the value of the lease is its incremental value relative to borrowing via an equivalent loan. A positive lease value means that *if* you acquire the asset, lease financing is advantageous. It does not prove you should acquire the asset.

However, sometimes favorable lease terms rescue a capital investment project. Suppose that Greymare had decided *against* buying a new bus because the NPV of the \$100,000 investment was $-\$5,000$ assuming normal financing. The bus manufacturer could rescue the deal by offering a lease with a value of, say, $+\$8,000$. By offering such a lease, the manufacturer would in effect cut the price of the bus to \$92,000, giving the bus-lease package a positive value to Greymare. We could express this more formally by treating the lease's NPV as a favorable financing side effect that adds to project adjusted present value (APV):[16]

---

[14] When we compare the lease to its equivalent loan, we do not mean to imply that the bus alone could support all of that loan. Some part of the loan would be supported by Greymare's other assets. Some part of the lease obligation would likewise be supported by the other assets.

[15] The principles behind lease valuation were originally set out in S. C. Myers, D. A. Dill, and A. J. Bautista, "Valuation of Financial Lease Contracts," *Journal of Finance* 31 (June 1976), pp. 799–819; and J. R. Franks and S. D. Hodges, "Valuation of Financial Lease Contracts: A Note," *Journal of Finance* 33 (May 1978), pp. 647–669.

[16] See Chapter 19 for the general definition and description of APV.

$$\text{APV} = \text{NPV of project} + \text{NPV of lease}$$
$$= -5,000 + 8,000 = +\$3,000$$

Notice also that our formula applies to net financial leases. Any insurance, maintenance, and other operating costs picked up by the lessor have to be evaluated separately and added to the value of the lease. If the asset has salvage value at the end of the lease, that value should be taken into account also.

Suppose, for example, that the bus manufacturer offers to provide routine maintenance that would otherwise cost $2,000 per year after tax. However, Mr. Pierce reconsiders and decides that the bus will probably be worth $10,000 after eight years. (Previously he assumed the bus would be worthless at the end of the lease.) Then the value of the lease increases by the present value of the maintenance savings and decreases by the present value of the lost salvage value.

Maintenance and salvage value are harder to predict than the cash flows shown in Table 25.2, and normally deserve a higher discount rate. Suppose that Mr. Pierce uses 12%. Then the maintenance savings are worth:

$$\sum_{t=0}^{7} \frac{2000}{(1.12)^t} = \$11,100$$

The lost salvage value is worth $\$10,000/(1.12)^8 = \$4,000.$[17] Remember that we previously calculated the value of the lease as $-\$700$. The revised value is therefore $-700 + 11,100 - 4,000 = \$6,400$. Now the lease looks like a good deal.

## 25-5 When Do Financial Leases Pay?

We have examined the value of a lease from the viewpoint of the lessee. However, the lessor's criterion is simply the reverse. As long as lessor and lessee are in the same tax bracket, every cash outflow to the lessee is an inflow to the lessor, and vice versa. In our numerical example, the bus manufacturer would project cash flows in a table like Table 25.2, but with the signs reversed. The value of the lease to the bus manufacturer would be:

$$\text{Value of lease to lessor} = -89.02 + \frac{17.99}{1.065} + \frac{22.19}{(1.065)^2} + \frac{17.71}{(1.065)^3} + \frac{15.02}{(1.065)^4}$$
$$+ \frac{15.02}{(1.065)^5} + \frac{13.00}{(1.065)^6} + \frac{10.98}{(1.065)^7}$$
$$= +.70, \text{ or } \$700$$

In this case, the values to lessee and lessor exactly offset $(-\$700 + \$700 = 0)$. The lessor can win only at the lessee's expense.

But both lessee and lessor can win if their tax rates differ. Suppose that Greymare paid no tax $(T_c = 0)$. Then the only cash flows of the bus lease would be:

| | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| Cost of new bus | +100 | | | | | | | |
| Lease payment | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 | −16.9 |

---

[17] For simplicity, we have assumed that maintenance expenses are paid at the start of the year and that salvage value is measured at the *end* of year 8.

These flows would be discounted at 10%, because $r_D(1 - T_c) = r_D$ when $T_c = 0$. The value of the lease is:

$$\text{Value of lease} = +100 - \sum_{t=0}^{7} \frac{16.9}{(1.10)^t}$$
$$= +100 - 99.18 = +.82, \text{ or } \$820$$

In this case there is a net gain of $700 to the lessor (who has the 35% tax rate) *and* a net gain of $820 to the lessee (who pays zero tax). This mutual gain is at the expense of the government. On the one hand, the government gains from the lease contract because it can tax the lease payments. On the other hand, the contract allows the lessor to take advantage of depreciation and interest tax shields that are of no use to the lessee. However, because the depreciation is accelerated and the interest rate is positive, the government suffers a net loss in the present value of its tax receipts as a result of the lease.

Now you should begin to understand the circumstances in which the government incurs a loss on the lease and the other two parties gain. Other things being equal, the combined gains to lessor and lessee are highest when

- The lessor's tax rate is substantially higher than the lessee's.
- The depreciation tax shield is received early in the lease period.
- The lease period is long and the lease payments are concentrated toward the end of the period.
- The interest rate $r_D$ is high—if it were zero, there would be no advantage in present value terms to postponing tax.

### Leasing around the World

In most developed economies, leasing is widely used to finance investment in plant and equipment.[18] But there are important differences in the treatment of long-term financial leases for tax and accounting purposes. For example, France, Italy, and the U.K. allow the lessor to use depreciation tax shields, just as in the U.S. In Germany, the Netherlands, and Sweden it is the other way around; the lessee claims depreciation deductions. Accounting usually follows suit. Thus in France the leased equipment shows up on the books of the lessor, while in Germany it moves to the books of the lessee.

A number of *big-ticket* leases are cross-border deals. Cross-border leasing can be attractive when the lessor is located in a country that offers generous depreciation allowances. The ultimate cross-border transaction occurs when *both* the lessor *and* the lessee can claim depreciation deductions. Ingenious leasing companies look for such opportunities to *double-dip*. Tax authorities look for ways to stop them.[19]

## 25-6  Leveraged Leases

Big-ticket leases are usually *leveraged leases*. The structure of a leveraged lease is summarized in Figure 25.1. In this example, the leasing company (or a syndicate of several leasing companies) sets up a special-purpose entity (SPE) to buy and lease a commercial aircraft. The SPE raises up to 80% of the cost of the aircraft by borrowing, usually from insurance

---

[18] For example, in 2008 leasing accounted for 22.8% of all European investments in industrial equipment (**www.leaseurope.org**).

[19] Currently in the U.S. the tax authorities seem to be winning. The American Jobs Creation Act (JOBS) of 2004 eliminated much of the profit from cross-border leases.



**FIGURE 25.1**

Structure of a leveraged lease for commercial aircraft.

companies or other financial institutions. The leasing company puts up the remaining 20% as the equity investment in the lease.

Once the lease is up and running, lease payments begin and depreciation and interest tax shields are generated. All (or almost all) of the lease payments go to debt service. The leasing company gets no cash inflows until the debt is paid off, but does get all depreciation and interest deductions, which generate tax losses that can be used to shield other income.

By the end of the lease, the debt is paid off and the tax shields exhausted. At this point the lessee has the option to purchase the aircraft. The leasing company gets the purchase price if the lessee's purchase option is exercised, and takes back the aircraft otherwise. (In some cases the lessee also has an early buyout option partway through the term of the lease.)

The debt in a leveraged lease is *nonrecourse*. The lenders have first claim on the lease payments and on the aircraft if the lessee can't make scheduled payments, but no claim on the leasing company. Thus the lenders must depend solely on the airline lessee's credit and on the airplane as collateral.

So the leasing company puts up only 20% of the money, gets 100% of the tax shields, but is not on the hook if the lease transaction falls apart. Does this sound like a great deal? Don't jump to that conclusion, because the lenders will demand a higher interest rate in exchange for giving up recourse. In efficient debt markets, paying extra interest to avoid recourse should be a zero-NPV transaction—otherwise one side of the deal would get a free ride at the expense of the other. Nevertheless, nonrecourse debt, as part of the overall structure shown in Figure 25.1, is a customary and convenient financing method.[20]

---

[20] Leveraged leases have special tax and accounting requirements, which we won't go into here. Also, the equity investment in leveraged leases can be tricky to value, because the stream of after-tax cash flows changes sign more than once, and there can be two or more internal rates of return (IRRs). This requires use of modified internal rates of return, if you insist on using IRRs. We discussed multiple IRRs and modified IRRs in Section 5-3. Also take a look at Problem 23 at the end of this chapter.

Visit us at www.mhhe.com/bma

## SUMMARY

A lease is just an extended rental agreement. The owner of the equipment (the *lessor*) allows the user (the *lessee*) to operate the equipment in exchange for regular lease payments.

There is a wide variety of possible arrangements. Short-term, cancelable leases are known as *operating leases*. In these leases the lessor bears the risks of ownership. Long-term, noncancelable leases are called *full-payout, financial,* or *capital* leases. In these leases the lessee bears the risks. Financial leases are *sources of financing* for assets the firm wishes to acquire and use for an extended period.

The key to understanding operating leases is equivalent annual cost. In a competitive leasing market, the annual operating lease payment will be forced down to the lessor's equivalent annual cost. Operating leases are attractive to equipment users if the lease payment is less than the *user's* equivalent annual cost of buying the equipment. Operating leases make sense when the user needs the equipment only for a short time, when the lessor is better able to bear the risks of obsolescence, or when the lessor can offer a good deal on maintenance. Remember too that operating leases often have valuable options attached.

A financial lease extends over most of the economic life of the leased asset and cannot be canceled by the lessee. Signing a financial lease is like signing a secured loan to finance purchase of the leased asset. With financial leases, the choice is not "lease versus buy" but "lease versus borrow."

Many companies have sound reasons for financing via leases. For example, companies that are not paying taxes can usually strike a favorable deal with a tax-paying lessor. Also, it may be less costly and time-consuming to sign a standardized lease contract than to negotiate a long-term secured loan.

When a firm borrows money, it pays the after-tax rate of interest on its debt. Therefore, the opportunity cost of lease financing is the after-tax rate of interest on the firm's bonds. To value a financial lease, we need to discount the incremental cash flows from leasing by the after-tax interest rate.

An equivalent loan is one that commits the firm to exactly the same future cash flows as a financial lease. When we calculate the net present value of the lease, we are measuring the difference between the amount of financing provided by the lease and the financing provided by the equivalent loan:

$$\text{Value of lease} = \text{financing provided by lease} - \text{value of equivalent loan}$$

We can also analyze leases from the lessor's side of the transaction, using the same approaches we developed for the lessee. If lessee and lessor are in the same tax bracket, they will receive exactly the same cash flows but with signs reversed. Thus, the lessee can gain only at the lessor's expense, and vice versa. However, if the lessee's tax rate is lower than the lessor's, then both can gain at the federal government's expense. This is a tax timing advantage, because the lessor gets interest and depreciation tax shields early in the lease.

Leveraged leases are three-way transactions that include lenders as well as the lessor and lessee. Lenders advance up to 80% of the cost of the leased equipment and lessors put in the rest as an equity investment. The lenders get first claim on the lease payments and on the asset but have no recourse to the equity lessors if the lessee can't pay. The lessor's return comes mostly from interest and depreciation tax shields early in the lease and the value of the leased asset at the end of the lease. Leveraged leases are common in big-ticket, cross-border lease-financing transactions.

## FURTHER READING

*Two useful general references on leasing are:*

J. S. Schallheim, *Lease or Buy? Principles for Sound Decision Making* (Boston: Harvard Business School Press, 1994).

P. K. Nevitt and F. J. Fabozzi, *Equipment Leasing,* 4th ed. (New Hope, PA: Frank Fabozzi Associates, 2000).

*Smith and Wakeman discuss the economic motives for leasing:*

C. W. Smith, Jr., and L. M. Wakeman, "Determinants of Corporate Leasing Policy," *Journal of Finance* 40 (July 1985), pp. 895–908.

*The options embedded in many operating leases are discussed in:*

J. J. McConnell and J. S. Schallheim, "Valuation of Asset Leasing Contracts," *Journal of Financial Economics* 12 (August 1983), pp. 237–261.

S. R. Grenadier, "Valuing Lease Contracts: A Real Options Approach," *Journal of Financial Economics* 38 (July 1995), pp. 297–331.

 **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

## BASIC

PROBLEM SETS

1. The following terms are often used to describe leases:
   a. Direct
   b. Full-service
   c. Operating
   d. Financial
   e. Rental
   f. Net
   g. Leveraged
   h. Sale and lease-back
   i. Full-payout

   Match one or more of these terms with each of the following statements:
   A. The initial lease period is shorter than the economic life of the asset.
   B. The initial lease period is long enough for the lessor to recover the cost of the asset.
   C. The lessor provides maintenance and insurance.
   D. The lessee provides maintenance and insurance.
   E. The lessor buys the equipment from the manufacturer.
   F. The lessor buys the equipment from the prospective lessee.
   G. The lessor finances the lease contract by issuing debt and equity claims against it.

2. Some of the following reasons for leasing are rational. Others are irrational or assume imperfect or inefficient capital markets. Which of the following reasons are the rational ones?
   a. The lessee's need for the leased asset is only temporary.
   b. Specialized lessors are better able to bear the risk of obsolescence.
   c. Leasing provides 100% financing and thus preserves capital.
   d. Leasing allows firms with low marginal tax rates to "sell" depreciation tax shields.
   e. Leasing increases earnings per share.
   f. Leasing reduces the transaction cost of obtaining external financing.
   g. Leasing avoids restrictions on capital expenditures.
   h. Leasing can reduce the alternative minimum tax.

3. Explain why the following statements are *true:*
   a. In a competitive leasing market, the annual operating lease payment equals the lessor's equivalent annual cost.

b. Operating leases are attractive to equipment users if the lease payment is less than the *user's* equivalent annual cost.

4. True or false?

a. Lease payments are usually made at the start of each period. Thus the first payment is usually made as soon as the lease contract is signed.

b. Some financial leases can provide off-balance-sheet financing.

c. The cost of capital for a financial lease is the interest rate the company would pay on a bank loan.

d. An equivalent loan's principal plus after-tax interest payments exactly match the after-tax cash flows of the lease.

e. A financial lease should not be undertaken unless it provides more financing than the equivalent loan.

f. It makes sense for firms that pay no taxes to lease from firms that do.

g. Other things equal, the net tax advantage of leasing increases as nominal interest rates increase.

5. What happens if a bankrupt lessee affirms the lease? What happens if the lease is rejected?

6. How does a leveraged lease differ from an ordinary, long-term financial lease? List the key differences.

7. Lenders to leveraged leases hold nonrecourse debt. What does "nonrecourse" mean? What are the benefits and costs of nonrecourse debt to the equity investors in the lease?

## INTERMEDIATE

8. Acme has branched out to rentals of office furniture to start-up companies. Consider a $3,000 desk. Desks last for six years and can be depreciated on a five-year MACRS schedule (see Table 6.4). What is the break-even operating lease rate for a new desk? Assume that lease rates for old and new desks are the same and that Acme's pretax administrative costs are $400 per desk per year. The cost of capital is 9% and the tax rate is 35%. Lease payments are made in advance, that is, at the start of each year. The inflation rate is zero.

9. Refer again to Problem 8. Suppose a blue-chip company requests a six-year *financial* lease for a $3,000 desk. The company has just issued five-year notes at an interest rate of 6% per year. What is the break-even rate in this case? Assume administrative costs drop to $200 per year. Explain why your answers to Problem 8 and this question differ.

10. In Problem 8 we assumed identical lease rates for old and new desks.

a. How does the initial break-even lease rate change if the expected inflation rate is 5% per year? Assume that the *real* cost of capital does not change. (*Hint:* Look at the discussion of equivalent annual costs in Chapter 6.)

b. How does your answer to part (a) change if wear and tear force Acme to cut lease rates by 10% in real terms for every year of a desk's age?

11. Look at Table 25.1. How would the initial break-even operating lease rate change if rapid technological change in limo manufacturing reduces the costs of new limos by 5% per year? (*Hint:* We discussed technological change and equivalent annual costs in Chapter 6.)

12. Suppose that National Waferonics has before it a proposal for a four-year financial lease. The firm constructs a table like Table 25.2. The bottom line of its table shows the lease cash flows:

| | Year 0 | Year 1 | Year 2 | Year 3 |
|---|---|---|---|---|
| Lease cash flow | +62,000 | −26,800 | −22,200 | −17,600 |

These flows reflect the cost of the machine, depreciation tax shields, and the after-tax lease payments. Ignore salvage value. Assume the firm could borrow at 10% and faces a 35% marginal tax rate.

a. What is the value of the equivalent loan?

b. What is the value of the lease?

c. Suppose the machine's NPV under normal financing is −$5,000. Should National Waferonics invest? Should it sign the lease?

*The following questions all apply to financial leases. To answer Problems 13 to 17 you may find it helpful to use the "live" Excel spreadsheets at* **www.mhhe.com/bma**.

13. Look again at the bus lease described in Table 25.2.


Visit us at
www.mhhe.com/bma

a. What is the value of the lease if Greymare's marginal tax rate is $T_c = .20$?

b. What would the lease value be if Greymare had to use five-year straight-line depreciation for tax purposes?

14. In Section 25-4 we showed that the lease offered to Greymare Bus Lines had a positive NPV of $820 if Greymare paid no tax *and* a +$700 NPV to a lessor paying 35% tax. What is the minimum lease payment the lessor could accept under these assumptions? What is the maximum amount that Greymare could pay?


Visit us at
www.mhhe.com/bma

15. In Section 25-5 we listed four circumstances in which there are potential gains from leasing. Check them out by conducting a sensitivity analysis on the Greymare Bus Lines lease, assuming that Greymare does not pay tax. Try, in turn, (a) a lessor tax rate of 50% (rather than 35%), (b) immediate 100% depreciation in year 0 (rather than five-year MACRS), (c) a three-year lease with four annual rentals (rather than an eight-year lease), and (d) an interest rate of 20% (rather than 10%). In each case, find the minimum rental that would satisfy the lessor and calculate the NPV to the lessee.


Visit us at
www.mhhe.com/bma

16. In Section 25-5 we stated that if the interest rate were zero, there would be no advantage in postponing tax and therefore no advantage in leasing. Value the Greymare Bus Lines lease with an interest rate of zero. Assume that Greymare does not pay tax. Can you devise any lease terms that would make both a lessee and a lessor happy? (If you can, we would like to hear from you.)


Visit us at
www.mhhe.com/bma

17. A lease with a varying rental schedule is known as a *structured lease.* Try structuring the Greymare Bus Lines lease to increase value to the lessee while preserving the value to the lessor. Assume that Greymare does not pay tax. (*Note:* In practice the tax authorities will allow some structuring of rental payments but might be unhappy with some of the schemes you devise.)


Visit us at
www.mhhe.com/bma

18. Nodhead College needs a new computer. It can either buy it for $250,000 or lease it from Compulease. The lease terms require Nodhead to make six annual payments (prepaid) of $62,000. Nodhead pays no tax. Compulease pays tax at 35%. Compulease can depreciate the computer for tax purposes over five years. The computer will have no residual value at the end of year 5. The interest rate is 8%.


Visit us at
www.mhhe.com/bma

a. What is the NPV of the lease for Nodhead College?

b. What is the NPV for Compulease?

c. What is the overall gain from leasing?

19. The Safety Razor Company has a large tax-loss carryforward and does not expect to pay taxes for another 10 years. The company is therefore proposing to lease $100,000 of new machinery. The lease terms consist of eight equal lease payments prepaid annually. The lessor can write the machinery off over seven years using the tax depreciation schedules given in Table 6.4. There is no salvage value at the end of the machinery's economic life. The tax rate is 35%, and the rate of interest is 10%. Wilbur Occam, the president of Safety Razor, wants to know the maximum lease payment that his company should be willing to make and the minimum payment that the lessor is likely to accept. Can you help him?


Visit us at
www.mhhe.com/bma

20. How does the position of an equipment lessor differ from the position of a secured lender when a firm falls into bankruptcy? Assume that the secured loan would have the leased

equipment as collateral. Which is better protected, the lease or the loan? Does your answer depend on the value of the leased equipment if it were sold or re-leased?

**21.** How would the *lessee* in Figure 25.1 evaluate the NPV of the lease? Sketch the correct valuation procedure. Then suppose that the equity lessor wants to evaluate the lease. Again sketch the correct procedure. (*Hint:* APV. How would you calculate the *combined* value of the lease to lessee and lessor?)

### CHALLENGE



Visit us at www.mhhe.com/bma

**22.** Magna Charter has been asked to operate a Beaver bush plane for a mining company exploring north and west of Fort Liard. Magna will have a firm one-year contract with the mining company and expects that the contract will be renewed for the five-year duration of the exploration program. If the mining company renews at year 1, it will commit to use the plane for four more years.

Magna Charter has the following choices.

- Buy the plane for $500,000.
- Take a one-year operating lease for the plane. The lease rate is $118,000, paid in advance.
- Arrange a five-year, noncancelable financial lease at a rate of $75,000 per year, paid in advance.

These are net leases: all operating costs are absorbed by Magna Charter.

How would you advise Agnes Magna, the charter company's CEO? For simplicity assume five-year, straight-line depreciation for tax purposes. The company's tax rate is 35%. The weighted-average cost of capital for the bush-plane business is 14%, but Magna can borrow at 9%. The expected inflation rate is 4%.

Ms. Magna thinks the plane will be worth $300,000 after five years. But if the contract with the mining company is not renewed (there is a 20% probability of this outcome at year 1), the plane will have to be sold on short notice for $400,000.

If Magna Charter takes the five-year financial lease and the mining company cancels at year 1, Magna can sublet the plane, that is, rent it out to another user.

Make additional assumptions as necessary.



Visit us at www.mhhe.com/bma

**23.** Reconstruct Table 25.2 as a leveraged lease, assuming that the lessor borrows $80,000, 80% of the cost of the bus, nonrecourse at an interest rate of 11%. All lease payments are devoted to debt service (interest and principal) until the loan is paid off. Assume that the bus is worth $10,000 at the end of lease. Calculate after-tax cash flows on the lessor's equity investment of $20,000. What is the IRR of the equity cash flows? Is there more than one IRR? How would you value the lessor's equity investment?

Visit us at www.mhhe.com/bma

# Managing Risk

◗ **Most of the time** we take risk as God-given. A project has its beta, and that's that. Its cash flow is exposed to changes in demand, raw material costs, technology, and a seemingly endless list of other uncertainties. There's nothing the manager can do about it.

That's not wholly true. The manager can avoid some risks. We have already come across one way to do so: firms use *real options* to provide flexibility. For example, a petrochemical plant that is designed to use either oil or natural gas as a feedstock reduces the risk of an unfavorable shift in the price of raw materials. As another example, think of a company that employs standard machine tools rather than custom machinery and thereby lowers the cost of bailing out if its products do not sell. In other words, the standard machinery provides the firm with a valuable abandonment option.

We covered real options in Chapter 22. This chapter explains how companies also use financial contracts to protect against various hazards. We discuss the pros and cons of corporate insurance policies that protect against specific risks, such as fire, floods, or environmental damage. We describe forward and futures contracts, which can be used to lock in the future price of commodities such as oil, copper, or soybeans. *Financial* forward and futures contracts allow the firm to lock in the prices of financial assets such as interest rates or foreign exchange rates. We also describe swaps, which are packages of forward contracts.

Most of this chapter describes how financial contracts may be used to reduce business risks. But why bother? Why should *shareholders* care whether the company's future profits are linked to future changes in interest rates, exchange rates, or commodity prices? We start the chapter with that question.

● ● ● ● ● ●

## 26-1 Why Manage Risk?

Financial transactions undertaken *solely* to reduce risk do not add value in perfect markets. Why not? There are two basic reasons.

- *Reason 1: Hedging is a zero-sum game.* A corporation that insures or hedges a risk does not eliminate it. It simply passes the risk to someone else. For example, suppose that a heating-oil distributor contracts with a refiner to buy all of next winter's heating-oil deliveries at a fixed price. This contract is a *zero-sum game,* because the refiner loses what the distributor gains, and vice versa.[1] If next winter's price of heating oil turns

---

[1] In game theory, "zero-sum" means that the payoffs to all players add up to zero, so that one player can win only at the others' expense.

out to be unusually high, the distributor wins from having locked in a below-market price, but the refiner is forced to sell below the market. Conversely, if the price of heating oil is unusually *low,* the refiner wins, because the distributor is forced to buy at the high fixed price. Of course, neither party knows next winter's price at the time that the deal is struck, but they consider the range of possible prices, and in an efficient market they negotiate terms that are fair (zero-NPV) on both sides of the bargain.

- *Reason 2: Investors' do-it-yourself alternative.* Corporations cannot increase the value of their shares by undertaking transactions that investors can easily do on their own. When the shareholders in the heating-oil distributor made their investment, they were presumably aware of the risks of the business. If they did not want to be exposed to the ups and downs of energy prices, they could have protected themselves in several ways. Perhaps they bought shares in both the distributor and refiner, and do not care whether one wins next winter at the other's expense.

Of course, shareholders can adjust their exposure only when companies keep investors fully informed of the transactions that they have made. For example, when a group of European central banks announced in 1999 that they would limit their sales of gold, the gold price immediately shot up. Investors in gold-mining shares rubbed their hands at the prospect of rising profits. But when they discovered that some mining companies had protected themselves against price fluctuations and would *not* benefit from the price rise, the hand-rubbing by investors turned to hand-wringing.[2]

Some stockholders of these gold-mining companies wanted to make a bet on rising gold prices; others didn't. But all of them gave the same message to management. The first group said, "Don't hedge! I'm happy to bear the risk of fluctuating gold prices, because I think gold prices will increase." The second group said, "Don't hedge! I'd rather do it myself." We have seen this do-it-yourself principle before. Think of other ways that the firm could reduce risk. It could do so by diversifying, for example, by acquiring another firm in an unrelated industry. But we know that investors can diversify on their own, and so diversification by corporations is redundant.[3]

Corporations can also lessen risk by borrowing less. But we showed in Chapter 17 that just reducing financial leverage does not make shareholders any better or worse off, because they can instead reduce financial risk by borrowing less (or lending more) in their personal accounts. Modigliani and Miller (MM) proved that a corporation's debt policy is irrelevant in perfect financial markets. We could extend their proof to say that risk management is also irrelevant in perfect financial markets.

Of course, in Chapter 18 we decided that debt policy *is* relevant, not because MM were wrong, but because of other things, such as taxes, agency problems, and costs of financial distress. The same line of argument applies here. If risk management affects the value of the firm, it must be because of "other things," not because risk shifting is inherently valuable.

Let's review the reasons that risk-reducing transactions can make sense in practice.[4]

---

[2] The news was worst for the shareholders of Ashanti Goldfields, the huge Ghanaian mining company. Ashanti had gone to the opposite extreme and placed a bet that gold prices would fall. The 1999 price rise nearly drove Ashanti into bankruptcy.

[3] See Section 7-5 and also our discussion of diversifying mergers in Chapter 31. Note that diversification reduces overall risk, but not necessarily market risk.

[4] There may be other, special reasons not covered here. For example, governments are quick to tax profits, but may be slow to rebate taxes when there are losses. In the United States, losses can only be set against tax payments in the last two years. Any losses that cannot be offset in this way can be carried forward and used to shield future profits. Thus a firm with volatile income and more frequent losses has a higher effective tax rate. A firm can reduce the fluctuations in its income by hedging. For most firms this motive for risk reduction is not a big deal. See J. R. Graham and C. W. Smith, Jr., "Tax Incentives to Hedge," *Journal of Finance* 54 (December 1999), pp. 2241–2262.

## Reducing the Risk of Cash Shortfalls or Financial Distress

Transactions that reduce risk make financial planning simpler and reduce the odds of an embarrassing cash shortfall. This shortfall might mean only an unexpected trip to the bank, but a financial manager's worst nightmare is landing in a financial pickle and having to pass up a valuable investment opportunity for lack of funds. In extreme cases an unhedged setback could trigger financial distress or even bankruptcy.

Banks and bondholders recognize these dangers. They try to keep track of the firm's risks, and before lending they may require the firm to carry insurance or to implement hedging programs. Risk management and conservative financing are therefore substitutes, not complements. Thus a firm might hedge part of its risk in order to operate safely at a higher debt ratio.

Smart financial managers make sure that cash (or ready financing) will be available if investment opportunities expand. That happy match of cash and investment opportunities does not necessarily require hedging, however. Let's contrast two examples.

*Cirrus Oil* produces from several oil fields and also invests to find and develop new fields. Should it lock in future revenues from its existing fields by hedging oil prices? Probably not, because its investment opportunities expand when oil prices rise and contract when they fall. Locking in oil prices could leave it with too much cash when oil prices fall and too little, relative to its investment opportunities, when prices rise.

*Cumulus Pharmaceuticals* sells worldwide and half of its revenues are received in foreign currencies. Most of its R&D is done in the United States. Should it hedge at least some of its foreign exchange exposure? Probably yes, because pharmaceutical R&D programs are very expensive, long-term investments. Cumulus can't turn its R&D program on or off depending on a particular year's earnings, so it may wish to stabilize cash flows by hedging against fluctuations in exchange rates.

## Agency Costs May Be Mitigated by Risk Management

In some cases hedging can make it easier to monitor and motivate managers. Suppose your confectionery division delivers a 60% profit increase in a year when cocoa prices fall by 12%. Does the division manager deserve a stern lecture or a pat on the back? How much of the profit increase is due to good management and how much to lower cocoa prices? If the cocoa prices were hedged, it's probably good management. If they were not hedged, you will have to sort things out with hindsight, probably by asking, What would profits have been if cocoa prices had been hedged?

The fluctuations in cocoa prices are outside the manager's control. But she will surely worry about cocoa prices if her bottom line and bonus depend on them. Hedging prices ties her bonus more closely to risks that she can control and allows her to spend worrying time on these risks.

Hedging external risks that would affect individual managers does not necessarily mean that the *firm* ends up hedging. Some large firms allow their operating divisions to hedge away risks in an internal "market." The internal market operates with real (external) market prices, transferring risks from the division to the central treasurer's office. The treasurer then decides whether to hedge the firm's aggregate exposure.

This sort of internal market makes sense for two reasons. First, divisional risks may cancel out. For example, your refining division may benefit from an increase in heating-oil prices at the same time that your distribution division suffers. Second, because operating managers do not trade actual financial contracts, there is no danger that the managers will cause the firm to take speculative positions. For example, suppose that profits are down late in the year, and hope for end-year bonuses is fading. Could you be tempted to make up the shortfall with a quick score in the cocoa futures market? Well . . . not you, of course, but you can probably think of some acquaintances who would try just one speculative fling.

The dangers of permitting operating managers to make real speculative trades should be obvious. The manager of your confectionery division is an amateur in the cocoa futures market. If she were a skilled professional trader, she would probably not be running chocolate factories.[5]

Risk management requires some degree of centralization. These days many companies appoint a chief risk officer to develop a risk strategy for the company as a whole. The risk manager needs to come up with answers to the following questions:

1. *What are the major risks that the company is facing and what are the possible consequences?* Some risks are scarcely worth a thought, but there are others that might cause a serious setback or even bankrupt the company.
2. *Is the company being paid for taking these risks?* Managers are not paid to avoid all risks, but if they can reduce their exposure to risks for which there are no corresponding rewards, they can afford to place larger bets when the odds are stacked in their favor.
3. *How should risks be controlled?* Should the company reduce risk by building extra flexibility into its operations? Should it change its operating or financial leverage? Or should it insure or hedge against particular hazards?

### The Evidence on Risk Management

Which firms use financial contracts to manage risk? Almost all do to some extent. For example, they may have contracts that fix prices of raw materials or output, at least for the near future. Most take out insurance policies against fire, accidents, and theft. In addition, as we shall see, managers employ a variety of specialized tools for hedging risk. These are known collectively as *derivatives.* A survey of the world's 500 largest companies found that most of them use derivatives to manage their risk.[6] Eighty-five percent of the companies employ derivatives to control interest rate risk. Seventy-eight percent use them to manage currency risk, and 24% to manage commodity price risk.

Risk policies differ. For example, some natural resource companies work hard to hedge their exposure to price fluctuations; others shrug their shoulders and let prices wander as they may. Explaining why some hedge and others don't is not easy. Peter Tufano's study of the gold-mining industry suggests that managers' personal risk aversion may have something to do with it. Hedging of gold prices appears to be more common when top management has large personal shareholdings in the company. It is less common when top management holds lots of stock options. (Remember that the value of an option falls when the risk of the underlying security is reduced.) David Haushalter's study of oil and gas producers found the firms that hedged the most had high debt ratios, no debt ratings, and low dividend payouts. It seems that for these firms hedging programs were designed to improve the firms' access to debt finance and to reduce the likelihood of financial distress.[7]

## 26-2 Insurance

Most businesses buy insurance against a variety of hazards—the risk that their plants will be damaged by fire; that their ships, planes, or vehicles will be involved in accidents; that the firm will be held liable for environmental damage; and so on.

---

[5] Amateur speculation is doubly dangerous when the manager's initial trades are losers. At that point the manager is already in deep trouble and has nothing more to lose by going for broke.

[6] International Swap Dealers Association (ISDA), "2003 Derivatives Usage Survey," **www.isda.org**.

[7] See P. Tufano, "The Determinants of Stock Price Exposure: Financial Engineering and the Gold Mining Industry," *Journal of Finance* 53 (June 1998), pp. 1014–1052; and G. D. Haushalter, "Financing Policy, Basis Risk and Corporate Hedging," *Journal of Finance* 55 (February 2000), pp. 107–152.

When a firm takes out insurance, it is simply transferring the risk to the insurance company. Insurance companies have some advantages in bearing risk. First, they may have considerable experience in insuring similar risks, so they are well placed to estimate the probability of loss and price the risk accurately. Second, they may be skilled at providing advice on measures that the firm can take to reduce the risk, and they may offer lower premiums to firms that take this advice. Third, an insurance company can *pool* risks by holding a large, diversified portfolio of policies. The claims on any individual policy can be highly uncertain, yet the claims on a portfolio of policies may be very stable. Of course, insurance companies cannot diversify away market or macroeconomic risks; firms use insurance policies to reduce their specific risk, and they find other ways to avoid macro risks.

Insurance companies also suffer some *disadvantages* in bearing risk, and these are reflected in the prices they charge. Suppose your firm owns a $1 billion offshore oil platform. A meteorologist has advised you that there is a 1-in-10,000 chance that in any year the platform will be destroyed as a result of a storm. Thus the *expected* loss from storm damage is $1 billion/10,000 = $100,000.

The risk of storm damage is almost certainly not a macroeconomic risk and can potentially be diversified away. So you might expect that an insurance company would be prepared to insure the platform against such destruction as long as the premium was sufficient to cover the expected loss. In other words, a fair premium for insuring the platform should be $100,000 a year.[8] Such a premium would make insurance a zero-NPV deal for your company. Unfortunately, no insurance company would offer a policy for only $100,000. Why not?

- *Reason 1: Administrative costs.* An insurance company, like any other business, incurs a variety of costs in arranging the insurance and handling any claims. For example, disputes about the liability for environmental damage can eat up millions of dollars in legal fees. Insurance companies need to recognize these costs when they set their premiums.

- *Reason 2: Adverse selection.* Suppose that an insurer offers life insurance policies with "no medical exam needed, no questions asked." There are no prizes for guessing who will be most tempted to buy this insurance. Our example is an extreme case of the problem of *adverse selection.* Unless the insurance company can distinguish between good and bad risks, the latter will always be most eager to take out insurance. Insurers increase premiums to compensate or require the owners to share any losses.

- *Reason 3: Moral hazard.* Two farmers met on the road to town. "George," said one, "I was sorry to hear about your barn burning down." "Shh," replied the other, "that's tomorrow night." The story is an example of another problem for insurers, known as *moral hazard.* Once a risk has been insured, the owner may be less careful to take proper precautions against damage. Insurance companies are aware of this and factor it into their pricing.

The extreme forms of adverse selection and moral hazard (like the fire in the farmer's barn) are rarely encountered in professional corporate finance. But these problems arise in more subtle ways. That oil platform may not be a "bad risk," but the oil company knows more about the platform's weaknesses than the insurance company does. The oil company will not purposely scuttle the platform, but once insured it could be tempted to save on maintenance or structural reinforcements. Thus, the insurance company may end up paying for engineering studies or for a program to monitor maintenance. All these costs are rolled into the insurance premium.

---

[8] If the premium is paid at the beginning of the year and the claim is not settled until the end, then the zero-NPV premium equals the discounted value of the expected claim or $100,000/(1 + r)$.

When the costs of administration, adverse selection, and moral hazard are small, insurance may be close to a zero-NPV transaction. When they are large, insurance is a costly way to protect against risk.

Many insurance risks are *jump risks;* one day there is not a cloud on the horizon and the next day the hurricane hits. The risks can also be huge. For example, Hurricane Andrew, which devastated Florida, cost insurance companies $17 billion; the attack on the World Trade Center on September 11, 2001, involved payments of about $36 billion, while Hurricane Katrina cost insurers a record $66 billion.

If the losses from such disasters can be spread more widely, the cost of insuring them should decline. Therefore, insurance companies have been looking for ways to share catastrophic risks with investors. One solution is for the companies to issue *catastrophe bonds* (or *Cat bonds*). If a catastrophe occurs, the payment on a Cat bond is reduced or eliminated.[9] For example, in 2009 Chubb Corporation issued $150 million worth of Cat bonds. The bonds cover Chubb against any losses in excess of $850 million resulting from Florida hurricanes. For taking on this risk investors receive a tempting interest rate of 10.25% over LIBOR.

## How BP Changed Its Insurance Strategy[10]

Major public companies typically buy insurance against large potential losses and self-insure against routine ones. The idea is that large losses can trigger financial distress. On the other hand, routine losses for a corporation are predictable, so there is little point paying premiums to an insurance company and receiving back a fairly constant proportion as claims.

BP has challenged this conventional wisdom. Like all oil companies, BP is exposed to a variety of potential losses. Some arise from routine events such as vehicle accidents and industrial injuries. At the other extreme, they may result from catastrophes such as a major oil spill or the loss of an offshore oil rig. In the past BP purchased considerable external insurance.[11] During the 1980s it paid out an average of $115 million a year in insurance premiums and recovered $25 million a year in claims.

BP then took a hard look at its insurance strategy. It decided to allow local managers to insure against routine risks, where insurance companies have an advantage in assessing and pricing risk and compete vigorously against one another. BP considered that the insurance companies could do these tasks more efficiently than its own managers. But BP decided not to insure against most losses over $10 million. For these larger, more specialized risks BP felt that insurance companies had less ability to assess risk and were less well placed to advise on safety measures. As a result, BP concluded, insurance against large risks was not competitively priced.

How much extra risk did BP assume by its decision not to insure against major losses? BP estimated that large losses of above $500 million could be expected to occur once in 30 years. But BP is a huge company with equity worth about $150 billion. So even a $500 million loss, which could throw most companies into bankruptcy, would translate after tax into a fall of less than 1% in the value of BP's equity. BP concluded that this was a risk worth taking. In other words, it concluded that for large, low-probability risks the stock market was a more efficient risk-absorber than the insurance industry.

---

[9] For a discussion of Cat bonds and other techniques to spread insurance risk, see N. A. Doherty, "Financial Innovation in the Management of Catastrophe Risk," *Journal of Applied Corporate Finance* 10 (Fall 1997), pp. 84–95; and K. Froot, "The Market for Catastrophe Risk: A Clinical Examination," *Journal of Financial Economics* 60 (2001), pp. 529–571.

[10] Our description of BP's insurance strategy draws heavily on N. A. Doherty and C. W. Smith, Jr., "Corporate Insurance Strategy: The Case of British Petroleum," *Journal of Applied Corporate Finance* 6 (Fall 1993), pp. 4–15.

[11] However, with one or two exceptions insurance has not been available for the very largest losses of $500 million or more.

## 26-3  Reducing Risk with Options

Managers regularly buy options on currencies, interest rates, and commodities to limit downside risk. Consider, for example, the problem faced by the Mexican government.

Forty percent of its revenue comes from Pemex, the state-owned oil company. So, if oil prices fall, the government may be compelled to reduce its planned spending. That is always an unwelcome outcome, but it was particularly so in 2008 when the country faced recession.

The Mexican government's solution was to establish a floor on the price at which it could sell 330 million barrels of oil, equivalent to the country's total expected net oil exports in 2009. To do this, the government bought *put* options that gave it the right to sell oil at an exercise price of $70 per barrel. If oil prices rose above this figure, Mexico would reap the benefit. But if oil prices fell below $70 a barrel, the payoff to the put options would exactly offset the revenue shortfall. Of course, you don't get something for nothing. The price that the government paid for insurance against a fall in the price of oil was the estimated $1.5 billion cost of the put options.

Figure 26.1 illustrates the nature of Mexico's insurance strategy. Panel (*a*) shows the revenue derived from selling 330 million barrels of oil. If the price of oil falls, so do the government's revenues. But, as panel (*b*) illustrates, the payoff on the option to sell 330 million barrels rises as oil prices fall below $70 a barrel. This payoff exactly offsets the decline in oil revenues. Panel (*c*) shows the government's total revenues after buying the put options. For prices below $70 per barrel, revenues are fixed at 70 × 330 = $23,100 million. But for every dollar that oil prices rise above $70, revenues increase by $330 million. The profile in panel (*c*) should be familiar to you as the protective put strategy that we encountered in Section 20-2.



▶ **FIGURE 26.1**

How put options protected Mexico against a fall in oil prices.

## 26-4 Forward and Futures Contracts

Hedging involves taking on one risk to offset another. It potentially removes all uncertainty, eliminating the chance of both happy and unhappy surprises. We explain shortly how to set up a hedge, but first we give some examples and describe some tools that are specially designed for hedging. These are forwards, futures, and swaps. Together with options, they are known as *derivative instruments* or *derivatives* because their value depends on the value of another asset.

### A Simple Forward Contract

We start with an example of a simple **forward contract.** Arctic Fuels, the heating-oil distributor, plans to deliver one million gallons of heating oil to its retail customers next January. Arctic worries about high heating-oil prices next winter and wants to lock in the cost of buying its supply. Northern Refineries is in the opposite position. It will produce heating oil next winter, but doesn't know what the oil can be sold for. So the two firms strike a deal: Arctic Fuels agrees in September to buy one million gallons from Northern Refineries at $1.60 per gallon, to be paid on delivery in January. Northern agrees to sell and deliver one million gallons to Arctic in January at $1.60 per gallon.

Arctic and Northern are now the two *counterparties* in a forward contract. The **forward price** is $1.60 per gallon. This price is fixed today, in September in our example, but payment and delivery occur later. (The price for immediate delivery is called the **spot price.**) Arctic, which has agreed to *buy* in January, has the *long* position in the contract. Northern Refineries, which has agreed to *sell* in January, has the *short* position. Both companies have eliminated a business risk: Arctic has locked in its costs, and Northern has locked in its revenues for one million gallons of output.

Do not confuse this forward contract with an option. Arctic does not have the option to buy. It has committed to buy, even if spot prices in January turn out much lower than $1.60 per gallon. Northern does not have the option to sell. It cannot back away from the deal, even if spot prices for delivery in January turn out much higher than $1.60 per gallon. Note, however, that both the distributor and refiner have to worry about *counterparty risk,* that is, the risk that the other party will not perform as promised.

We confess that our heating oil example glossed over several complications. For example, we assumed that the risk of both companies is reduced by locking in the price of heating oil. But suppose that the retail price of heating oil moves up and down with the wholesale price. In that case the heating-oil distributor is naturally hedged because costs and revenues move together. Locking in costs with a futures contract could actually make the distributor's profits *more* volatile. The nearby box illustrates that hedging decisions are not always straightforward.

### Futures Exchanges

Our heating-oil distributor and refiner do not have to negotiate a one-off, bilateral contract. Each can go to an exchange where standardized forward contracts on heating oil are traded. The distributor would buy contracts and the refiner would sell.

Here we encounter some tricky vocabulary. When a standardized forward contract is traded on an exchange, it is called a **futures contract**—same contract, but a different label. The exchange is called a **futures exchange.** The distinction between "futures" and "forward" does not apply to the contract, but to how the contract is traded. We describe futures trading in a moment.

## The Pros and Cons of Hedging Airline Fuel Costs

▶ Jet fuel is a major cost of running an airline. For example, in 2008 purchases of kerosene accounted for about 20% of the operating costs of the German airline, Lufthansa. Jet fuel costs are notoriously volatile, rising by over 150% between January 2007 and May 2008, before falling by more than 70% over the following 12 months. Therefore, Lufthansa like many airlines uses a variety of market instruments, such as forward contracts and options, to hedge against unexpected fluctuations in fuel prices. In early 2009 it had hedged 63% of its fuel requirements for that year and 26% of its requirements for the following year.

Carter, Rogers, and Simkins, who conducted a study of hedging by U.S. airlines, concluded that investors placed a premium on airlines, such as Lufthansa, that hedged their fuel costs. The reason for this premium, they suggested, was that airlines may be led to cut back on profitable investments when fuel prices are high and operating cash flows values are low. An airline that is protected against rising fuel prices is better placed to take advantage of investment opportunities.

Hedging has its advantages for airlines, but there are also dangers. One problem is that if fuel prices fall, those airlines that have entered into contracts to cover their future fuel needs will suffer losses on these contracts. If they bought the contracts on a futures exchange, they will need to put up cash as collateral to cover these losses. This was the case for many airlines when fuel prices plunged in the second half of 2008. Writing in *Aviation Week*, Adrian Schofield noted that at the end of 2008 Delta and United Airlines each had about $1 billion in cash tied up as hedge collateral, while American had to put up $575 million. These were large amounts of cash to find when the skies were far from friendly for U.S. airlines.

Schofield added an additional caution for would-be hedgers: "Competition among airlines paying lower jet-fuel prices should lead to lower fares. When that happens, lower fuel costs are offset by lower revenues, and losses on hedging contracts fall straight down to bottom-line income. Costs that are passed through to customers are naturally hedged." Usually, only a portion of any increase in costs is passed through, so the natural hedge is partial. However, a firm needs to be careful when adding a financial hedge transaction to a natural hedge. It could overshoot and increase risk, not reduce it.

**Sources:** D. A. Carter, D. A. Rogers, and B. J. Simkins, "Hedging and Value in the U.S. Airline Industry," *Journal of Applied Corporate Finance* 18 (Fall 2006), pp. 21–33; and A. Schofield, "High Anxiety," *Aviation Week & Space Technology*, February 2, 2009, pp. 24–25.

Table 26.1 lists the most important commodity futures contracts and the exchanges on which they are traded.[12] Our refiner and distributor can trade heating oil futures on the New York Mercantile Exchange (NYMEX). A forest products company and a homebuilder can trade lumber futures on the Chicago Mercantile Exchange (CME). A wheat farmer and a miller can trade wheat futures on the Chicago Board of Trade (CBOT) or on a smaller regional exchange.

---

[12] By the time you read this, the list of futures contracts will almost certainly be out of date, as thinly traded contracts are terminated and new contracts are introduced. The list of futures exchanges may also be out of date. There have been plenty of mergers in recent years. In July 2007 the CME and CBOT merged to form the CME Group. Also in 2007 the Intercontinental Exchange acquired the New York Board of Trade. In August 2008 the CME Group acquired NYMEX Holdings, which operates the NYMEX and COMEX exchanges.

| Future | Exchange | Future | Exchange |
|---|---|---|---|
| Barley | WCE | Aluminum | LME |
| Corn | CBOT, MGEX | Copper | COMEX, LME |
| Oats | CBOT | Gold | COMEX |
| Wheat | CBOT, KC, MGEX | Lead | LME |
|  |  | Nickel | LME |
| Soybeans | CBOT, MGEX | Silver | COMEX |
| Soybean meal | CBOT | Tin | LME |
| Soybean oil | CBOT | Zinc | LME |
|  |  |  |  |
| Live cattle | CME | Crude oil | ICE, NYMEX |
| Lean hogs | CME | Gas oil | ICE |
|  |  | Heating oil | NYMEX |
| Cocoa | ICE, LIFFE | Natural gas | ICE, NYMEX |
| Coffee | ICE, LIFFE | Unleaded gasoline | NYMEX |
| Cotton | ICE |  |  |
| Lumber | CME | Electricity | NYMEX |
| Orange juice | ICE | House prices | CME |
| Sugar | ICE, LIFFE | Weather | CME |

▶ **TABLE 26.1**    Some commodity futures and some of the exchanges on which they are traded.

*Key to abbreviations:*

| | | | |
|---|---|---|---|
| CBOT | Chicago Board of Trade | LIFFE | Euronext LIFFE |
| CME | Chicago Mercantile Exchange | LME | London Metal Exchange |
| COMEX | Commodity Exchange Division of NYMEX | MGEX | Minneapolis Grain Exchange |
| ICE | Intercontinental Exchange | NYMEX | New York Mercantile Exchange |
| KC | Kansas City Board of Trade | WCE | Winnipeg Commodity Exchange |

For many firms the wide fluctuations in interest rates and exchange rates have become at least as important a source of risk as changes in commodity prices. Financial futures are similar to commodity futures, but instead of placing an order to buy or sell a commodity at a future date, you place an order to buy or sell a financial asset at a future date. Table 26.2 lists some important financial futures. Like Table 26.1 it is far from complete. For example, you can also trade futures on the Thai stock market index, the Hungarian forint, Finnish government bonds, and many other financial assets.

Almost every day some new futures contract seems to be invented. At first there may be just a few private deals between a bank and its customers, but if the idea proves popular, one of the futures exchanges will try to muscle in on the business. For example, in the last few years the Chicago Mercantile Exchange has offered futures contracts on the weather in 18 U.S. cities and on house prices in 10 cities.

## The Mechanics of Futures Trading

When you buy or sell a futures contract, the price is fixed today but payment is not made until later. You will, however, be asked to put up **margin** in the form of either cash or Treasury bills to demonstrate that you have the money to honor your side of the bargain. As long as you earn interest on the margined securities, there is no cost to you.

In addition, futures contracts are **marked to market.** This means that each day any profits or losses on the contract are calculated; you pay the exchange any losses and receive

| Future | Exchange | Future | Exchange |
|---|---|---|---|
| U.S.Treasury bonds | CBOT | Euroyen deposits | CME, SGX, TFX |
| U.S. Treasury notes | CBOT | | |
| German government bonds (bunds) | Eurex | S&P 500 Index | CME |
| Japanese government bonds (JGBs) | CME, SGX, TSE | French equity index (CAC) | LIFFE |
| British government bonds (gilts) | LIFFE | German equity index (DAX) | Eurex |
| U.S. Treasury bills | CME | Japanese equity index (Nikkei) | CME, OSE, SGX |
| Swaps | CBOT | U.K. equity index (FTSE) | LIFFE |
| Credit default swaps | CBOT | Chinese renminbi | CME |
| LIBOR | CME | Euro | CME |
| EURIBOR | LIFFE | Japanese yen | CME |
| Eurodollar deposits | CME | | |

▶ **TABLE 26.2**   Some financial futures and some of the exchanges on which they are traded.

*Key to abbreviations:*

| | | | |
|---|---|---|---|
| CBOT | Chicago Board of Trade | OSE | Osaka Securities Exchange |
| CME | Chicago Mercantile Exchange | SGX | Singapore Exchange |
| LIFFE | Euronext LIFFE | TFX | Tokyo Financial Futures Exchange |
| | | TSE | Tokyo Stock Exchange |

any profits. For example, suppose that in September Arctic Fuels buys one million gallons of January heating-oil futures contracts at a futures price of $1.60 per gallon. The next day the price of the January contract increases to $1.62 per gallon. Arctic now has a profit of $.02 $\times$ 1,000,000 = $20,000. The exchange's clearinghouse therefore pays $20,000 into Arctic's margin account. If the price then drops back to $1.61, Arctic's margin account pays $10,000 back to the clearing house.

Of course Northern Refineries is in the opposite position. Suppose it sells one million gallons of January heating-oil futures contracts at a futures price of $1.60 per gallon. If the price increases to $1.62 cents per gallon, it loses $.02 $\times$ 1,000,000 = $20,000 and must pay this amount into the clearinghouse. Notice that neither the distributor nor the refiner has to worry about whether the other party will honor the other side of the bargain. The futures exchange guarantees the contracts and protects itself by settling up profits or losses each day. Futures trading eliminates counterparty risk.

Now consider what happens over the life of the futures contract. We're assuming that Arctic and Northern take offsetting long and short positions in the January contract (not directly with each other, but with the exchange). Suppose that a severe cold snap pushes the spot price of heating oil in January up to $1.70 per gallon. Then the futures price at the end of the contract will also be $1.70 per gallon.[13] So Arctic gets a cumulative profit of (1.70 − 1.60) $\times$ 1,000,000 = $100,000. It can take delivery of one million gallons, paying $1.70 per gallon, or $1,700,000. Its *net* cost, counting the profits on the futures contract, is $1,700,000 − 100,000 = $1,600,000, or $1.60 per gallon. Thus it has locked in the $1.60 per gallon price quoted in September when it first bought the futures contract. You can easily check that Arctic's net cost always ends up at $1.60 per gallon, regardless of the spot price and ending futures price in January.

---

[13] Recall that the spot price is the price for immediate delivery. The futures contract also calls for immediate delivery when the contract ends in January. Therefore, the ending price of a futures or forward contract must converge to the spot price at the end of the contract.

Northern Refineries suffers a cumulative loss of $100,000 if the January price is $1.70. That's the bad news; the good news is that it can sell and deliver heating oil for $1.70 per gallon. Its net revenues are $1,700,000 − 100,000 = $1,600,000, or $1.60 per gallon, the futures price in September. Again, you can easily check that Northern's net selling price always ends up at $1.60 per gallon.

Arctic does not have to take delivery directly from the futures exchange, and Northern Refineries does not have to deliver to the exchange. They will probably close out their futures positions just before the end of the contract, take their profits or losses, and buy or sell in the spot market.[14]

Taking delivery directly from an exchange can be costly and inconvenient. For example, the NYMEX heating-oil contract calls for delivery in New York Harbor. Arctic Fuels will be better off taking delivery from a local source such as Northern Refineries. Northern Refineries will likewise be better off delivering heating oil locally than shipping it to New York. Both parties can nevertheless use the NYMEX futures contract to hedge their risks.

The effectiveness of this hedge depends on the correlation between changes in heating-oil prices locally and in New York Harbor. Prices in both locations will be positively correlated because of a common dependence on world energy prices. But the correlation is not perfect. What if a local cold snap hits Arctic Fuels's customers but not New York? A long position in NYMEX futures won't hedge Arctic Fuels against the resulting increase in the local spot price. This is an example of **basis risk.** We return to the problems created by basis risk later in this chapter.

### Trading and Pricing Financial Futures Contracts

Financial futures trade in the same way as commodity futures. Suppose your firm's pension fund manager thinks that the German stock market will outperform other European markets over the next six months. She forecasts a 10% six-month return. How can she place a bet? She can buy German stocks, of course. But she could also buy futures contracts on the DAX index of German stocks, which are traded on the Eurex exchange. Suppose she buys 10 six-month futures contracts at 4,000. Each contract pays off 25 times the level of the index, so she has a long position of $10 \times 25 \times 4,000 = €1,000,000$. This position is marked to market daily. If the DAX goes up, Eurex puts the profits into your fund's margin account; if the DAX falls, the margin account falls too. If your pension manager is right about the German market, and the DAX ends up at 4,400 after six months, then your fund's cumulative profit on the futures position is $10 \times (4,400 - 4,000) \times 25 = €100,000$.

If you want to buy a security, you have a choice. You can buy for immediate delivery at the spot price or you can "buy forward" by placing an order for future delivery at the futures price. You end up with the same security either way, but there are two differences. First, if you buy forward, you don't pay up front, and so you can earn interest on the purchase price. Second, you miss out on any interest or dividend that is paid in the meantime. This tells us the relationship between spot and futures prices:

$$F_t = S_0(1 + r_f - y)^t$$

where $F_t$ is the futures price for a contract lasting $t$ periods, $S_0$ is today's spot price, $r_f$ is the risk-free interest rate, and $y$ is the dividend yield or interest rate.[15] The following example shows how and why this formula works.

---

[14] Some financial futures contracts *prohibit* delivery. All positions are closed out at the spot price at contract maturity.

[15] This formula is strictly true only for forward contracts that are not marked to market. Otherwise the value of the future depends on the path of interest rates over the life of the contract. In practice this qualification is usually not important, and the formula works for futures as well as forward contracts.

---

**EXAMPLE 26.1** • Valuing Index Futures
_____

Suppose the six-month DAX futures contract trades at 4,000 when the current (spot) DAX index is 3,980.10. The interest rate is 3% per year (about 1.5% over six months) and the dividend yield on the index is 2% (about 1% over six months). These numbers fit the formula because

$$F_t = 3,980.10 \times (1 + .015 - .01) = 4,000$$

but why are the numbers consistent?

Suppose you just buy the DAX index for 3,980.10 today. Then in six months you will own the index and also have dividends of $.01 \times 3,980.10 = 39.80$. But you decide to buy a futures contract for 4,000 instead, and you put €3,980.10 in the bank. After six months, the bank account has earned interest at 1.5%, so you have $3,980.10 \times 1.015 = €4,039.80$, enough to buy the index for 4,000 with €39.80 left over, just enough to cover the dividend you missed by buying futures rather than spot. You get what you pay for.[16]

● ● ● ● ●

---

## Spot and Futures Prices—Commodities

The difference between buying *commodities* today and buying commodity futures is more complicated. First, because payment is again delayed, the buyer of the future earns interest on her money. Second, she does not need to store the commodities and, therefore, saves warehouse costs, wastage, and so on. On the other hand, the futures contract gives no *convenience yield,* which is the value of being able to get your hands on the real thing. The manager of a supermarket can't burn heating oil futures if there's a sudden cold snap, and he can't stock the shelves with orange juice futures if he runs out of inventory at 1 p.m. on a Saturday.

Let's express storage costs and convenience yield as fractions of the spot price. For commodities, the futures price for $t$ periods ahead is[17]

$$F_t = S_0(1 + r_f + \text{storage costs} - \text{convenience yield})^t$$

It's interesting to compare this formula with the formula for a financial future. Convenience yield plays the same role as dividends or interest foregone ($y$) on securities. But financial assets cost nothing to store, and storage costs do not appear in the formula for financial futures.

Usually you can't observe storage cost or convenience yield, but you can infer the difference between them by comparing spot and futures prices. This difference—that is, convenience yield less storage cost—is called *net convenience yield* (net convenience yield = convenience yield − storage costs).

---

[16] We can derive our formula as follows. Let $S_6$ be the value of the index after six months. Today $S_6$ is unknown. You can invest $S_0$ in the index today and get $S_6 + yS_0$ after six months. You can also buy the futures contract, put $S_0$ in the bank, and use your bank balance to pay the futures price $F_6$ in six months. In the latter strategy you get $S_6 - F_6 + S_0(1 + r_f)$ after six months. Since the investment is the same, and you get $S_6$ with either strategy, the payoffs must be the same:

$$S_6 + yS_0 = S_6 - F_6 + S_0(1 + r_f)$$
$$F_6 = S_0(1 + r_f - y)$$

Here we assume that $r_f$ and $y$ are six-month rates. If they are monthly rates, the general formula is $F_t = S_0(1 + r_f - y)^t$, where $t$ is the number of months. If they are annual rates, the formula is $F_t = S_0(1 + r_f - y)^{t/12}$.

[17] This formula could overstate the futures price if no one is willing to hold the commodity, that is, if inventories fall to zero or some absolute minimum.

| EXAMPLE 26.2 | ● Calculating Net Convenience Yield |
| --- | --- |

In January 2009, the spot price of crude oil was \$41.68 a barrel and the one-year futures price was \$58.73 per barrel. The interest rate was 0.44%. Thus

$$F_t = S_0(1 + r_f + \text{storage costs} - \text{convenience yield})$$
$$58.73 = 41.68(1.0044 - \text{net convenience yield})$$

So net convenience yield was negative, that is, net convenience yield = convenience yield − storage costs = −.405, or −40.5% over one year. Evidently the cost of holding of crude oil inventories was greater than the convenience yield provided by those inventories. Oil in 2009 was in ample supply and users had no worries that they would run short in the months ahead.

● ● ● ● ●

Figure 26.2 plots the annualized net convenience yield for crude oil since 1995. Notice how much the spread between the spot and futures price can bounce around. When there are shortages or fears of an interruption of supply, traders may be prepared to pay a hefty premium for the convenience of having inventories of crude oil rather than the promise of future delivery.

There is one further complication that we should note. There are some commodities that cannot be stored at all. You can't store electricity, for example. As a result, electricity supplied in, say, six-months' time is effectively a different commodity from electricity available now, and there is no simple link between today's price and that of a futures contract to buy or sell at the end of six months. Of course, generators and electricity users will have their own views of what the spot price is likely to be, and the futures price will reveal these views to some extent.[18]

## More about Forward Contracts

Each day billions of dollars of futures contracts are bought and sold. This liquidity is possible only because futures contracts are standardized and mature on a limited number of dates each year.

Fortunately there is usually more than one way to skin a financial cat. If the terms of futures contracts do not suit your particular needs, you may be able to buy or sell a tailor-made forward contract. The main forward market is in foreign currency. We discuss forward exchange rates in the next chapter.

It is also possible to enter into a forward interest rate contract. For example, suppose you know that at the end of three months you are going to need a six-month loan. If you are worried that interest rates will rise over the three-month period, you can lock in the interest rate on the loan by buying a *forward rate agreement (FRA)* from a bank.[19] For example, the bank might sell you a 3-against-9 month (or 3 × 9) FRA at 7%. If at the end of three months

---

[18] Critics and proponents of futures markets sometimes argue about whether the markets provide "price discovery." That is, they argue about whether futures prices reveal traders' forecasts of spot prices when the futures contract matures. If one of these fractious personalities comes your way, we suggest that you respond with a different question: Do futures prices reveal information about spot prices that is not already in *today's* spot price? Our formulas reveal the answer to this question. There is useful information in futures prices, but it is information about convenience yields and storage costs, or about dividend or interest payments in the case of financial futures. Futures prices reveal information about spot prices only when a commodity is not stored or cannot be stored. Then the link between spot and futures prices is broken, and futures prices can assist with price discovery.

[19] Note that the party that profits from a rise in rates is described as the "buyer." In our example you would be said to "buy three against nine months" money, meaning that the forward rate agreement is for a six-month loan in three months' time.



Annualized net convenience yield, %

▶ **FIGURE 26.2**

Annualized percentage net convenience yield (convenience yield *less* storage costs) for crude oil.

the six-month interest rate is higher than 7%, then the bank will make up the difference;[20] if it is lower, then you must pay the bank the difference.[21]

## Homemade Forward Rate Contracts

Suppose that you borrow $90.91 for one year at 10% and lend $90.91 for two years at 12%. These interest rates are for loans made today; therefore, they are spot interest rates.

The cash flows on your transactions are as follows:

|  | Year 0 | Year 1 | Year 2 |
|---|---|---|---|
| Borrow for 1 year at 10% | +90.91 | −100 |  |
| Lend for 2 years at 12% | −90.91 |  | +114.04 |
| Net cash flow | 0 | −100 | +114.04 |

Notice that you do not have any net cash outflow today but you have contracted to pay out money in year 1. The interest rate on this forward commitment is 14.04%. To calculate this forward interest rate, we simply worked out the extra return for lending for two years rather than one:

$$\text{Forward interest rate} = \frac{(1 + 2\text{-year spot rate})^2}{1 + 1\text{-year spot rate}} - 1$$

$$= \frac{(1.12)^2}{1.10} - 1 = .1404, \text{ or } 14.04\%$$

---

[20] The interest rate is usually measured by LIBOR. LIBOR (London interbank offered rate) is the interest rate at which major international banks in London lend each other dollars (or euros, yen, etc.).

[21] These payments would be made when the loan matures nine months from now.

In our example you manufactured a forward loan by borrowing short term and lending long. But you can also run the process in reverse. If you wish to fix today the rate at which you borrow next year, you borrow long and lend the money until you need it next year.

## 26-5  Swaps

Some company cash flows are fixed. Others vary with the level of interest rates, rates of exchange, prices of commodities, and so on. These characteristics may not always result in the desired risk profile. For example, a company that pays a fixed rate of interest on its debt might prefer to pay a floating rate, while another company that receives cash flows in euros might prefer to receive them in yen. Swaps allow them to change their risk in these ways.

The market for swaps is huge. In 2008 the total notional amount of swaps outstanding was over \$370 trillion. By far the major part of this figure consisted of interest rate swaps.[22] We therefore show first how interest rate swaps work, and then describe a currency swap. We conclude with a brief look at total return swaps.

### Interest Rate Swaps

Friendly Bancorp has made a five-year, \$50 million loan to fund part of the construction cost of a large cogeneration project. The loan carries a fixed interest rate of 8%. Annual interest payments are therefore \$4 million. Interest payments are made annually, and all the principal will be repaid at year 5.

Suppose that instead of receiving fixed interest payments of \$4 million a year, the bank would prefer to receive floating-rate payments. It can do so by swapping the \$4 million, five-year annuity (the fixed interest payments) into a five-year floating-rate annuity. We show first how Friendly Bancorp can make its own homemade swap. Then we describe a simpler procedure.

The bank (we assume) can borrow at a 6% fixed rate for five years.[23] Therefore, the \$4 million interest it receives can support a fixed-rate loan of 4/.06 = \$66.67 million. The bank can now construct the homemade swap as follows: It borrows \$66.67 million at a fixed interest rate of 6% for five years and simultaneously lends the same amount at LIBOR. We assume that LIBOR is initially 5%.[24] LIBOR is a short-term interest rate, so future interest receipts will fluctuate as the bank's investment is rolled over.

The net cash flows to this strategy are shown in the top portion of Table 26.3. Notice that there is no net cash flow in year 0 and that in year 5 the principal amount of the short-term investment is used to pay off the \$66.67 million loan. What's left? A cash flow equal to the *difference* between the interest earned (LIBOR × 66.67) and the \$4 million outlay on the fixed loan. The bank also has \$4 million per year coming in from the project financing, so it has transformed that fixed payment into a floating payment keyed to LIBOR.

Of course, there's an easier way to do this, shown in the bottom portion of Table 26.3. The bank can just enter into a five-year swap.[25] Naturally, Friendly Bancorp takes this easier route. Let's see what happens.

Friendly Bancorp calls a swap dealer, which is typically a large commercial or investment bank, and agrees to *swap* the payments on a \$66.67 million fixed-rate loan for the payments

---

[22] Data on swaps are provided by the International Swaps and Derivatives Association (**www.isda.org**) and the Bank for International Settlements (**www.bis.org**).

[23] The spread between the bank's 6% borrowing rate and the 8% lending rate is the bank's profit on the project financing.

[24] Maybe the short-term interest rate is below the five-year interest rate because investors expect interest rates to rise.

[25] Both strategies are equivalent to a series of forward contracts on LIBOR. The forward prices are \$4 million each for $LIBOR_1 \times$ \$66.67, $LIBOR_2 \times$ \$66.67, and so on. Separately negotiated forward prices would not be \$4 million for any one year, but the PVs of the "annuities" of forward prices would be identical.

| | Year | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** |
| Homemade swap: | | | | | | |
| 1. Borrow $66.67 at 6% fixed rate | +66.67 | −4 | −4 | −4 | −4 | −(4 + 66.67) |
| 2. Lend $66.67 at LIBOR floating rate | −66.67 | +.05 × 66.67 | +LIBOR$_1$ ×66.67 | +LIBOR$_2$ ×66.67 | +LIBOR$_3$ ×66.67 | +LIBOR$_4$ × 66.67 + 66.67 |
| Net cash flow | 0 | −4 +.05 × 66.67 | −4 +LIBOR$_1$ ×66.67 | −4 +LIBOR$_2$ ×66.67 | −4 +LIBOR$_3$ ×66.67 | −4 +LIBOR$_4$ ×66.67 |
| Standard fixed-to-floating swap: | | | | | | |
| Net cash flow | 0 | −4 +.05 × 66.67 | −4 +LIBOR$_1$ ×66.67 | −4 +LIBOR$_2$ ×66.67 | −4 +LIBOR$_3$ ×66.67 | −4 +LIBOR$_4$ ×66.67 |

▶ **TABLE 26.3**   The top panel shows the cash flows in millions of dollars to a homemade fixed-to-floating interest rate swap. The bottom panel shows the cash flows to a standard swap transaction.

on an equivalent floating-rate loan. The swap is known as a *fixed-to-floating interest rate swap* and the $66.67 million is termed the *notional principal* amount of the swap. Friendly Bancorp and the dealer are the counterparties to the swap.

The dealer is quoting a rate for five-year swaps of 6% against LIBOR.[26] This figure is sometimes quoted as a spread over the yield on U.S. Treasuries. For example, if the yield on five-year Treasury notes is 5.25%, the swap spread is .75%.

The first payment on the swap occurs at the end of year 1 and is based on the starting LIBOR rate of 5%.[27] The dealer (who pays floating) owes the bank 5% of $66.67 million, while the bank (which pays fixed) owes the dealer $4 million (6% of $66.67 million). The bank therefore makes a net payment to the dealer of $4 − (.05 × 66.67) = \$.67$ million:



The second payment is based on LIBOR at year 1. Suppose it increases to 6%. Then the net payment is zero:



The third payment depends on LIBOR at year 2, and so on.

Notice that, when the two counterparties entered into the swap, the deal was fairly valued. In other words, the net cash flows had zero present value. What happens to the value of the swap as time passes? That depends on long-term interest rates. For example, suppose that after two years interest rates are unchanged, so a 6% note issued by the bank would

[26] Notice that the swap rate always refers to the interest rate on the fixed leg of the swap. Rates are generally quoted against LIBOR, though dealers will also be prepared to quote rates against other short-term debt.

[27] More commonly, interest rate swaps are based on three-month LIBOR and involve quarterly cash payments.

continue to trade at its face value. In this case the swap still has zero value. (You can confirm this by checking that the NPV of a new three-year homemade swap is zero.) But if long rates increase over the two years to 7% (say), the value of a three-year note falls to

$$PV = \frac{4}{1.07} + \frac{4}{(1.07)^2} + \frac{4 + 66.67}{(1.07)^3} = \$64.92 \text{ million}$$

Now the fixed payments that the bank has agreed to make are less valuable and the swap is worth $66.67 - 64.92 = \$1.75$ million.

How do we know the swap is worth $1.75 million? Consider the following strategy:

1. The bank can enter a new three-year swap deal in which it agrees to *pay* LIBOR on the same notional principal of $66.67 million.

2. In return it receives fixed payments at the new 7% interest rate, that is, $.07 \times 66.67 = \$4.67$ per year.

The new swap cancels the cash flows of the old one, but it generates an extra $.67 million for three years. This extra cash flow is worth

$$PV = \sum_{t=1}^{3} \frac{.67}{(1.07)^t} = \$1.75 \text{ million}$$

Remember, ordinary interest rate swaps have no initial cost or value (NPV = 0), but their value drifts away from zero as time passes and long-term interest rates change. One counterparty wins as the other loses.

In our example, the swap dealer loses from the rise in interest rates. Dealers will try to hedge the risk of interest rate movements by engaging in a series of futures or forward contracts or by entering into an offsetting swap with a third party. As long as Friendly Bancorp and the other counterparty honor their promises, the dealer is fully protected against risk. The recurring nightmare for swap managers is that one party will default, leaving the dealer with a large unmatched position. This is another example of counterparty risk.

The market for interest rate swaps is large and liquid. Consequently, financial analysts often look at swap rates when they want to know how interest rates vary with maturity. For example, Figure 26.3 shows swap curves in March 2009 for the U.S. dollar, the euro, and the yen. You can see that in each country long-term interest rates are much higher than short-term rates, though the level of swap rates varies from one country to another.



▶ **FIGURE 26.3**

Swap curves for three currencies, March 2009.

## Currency Swaps

We now look briefly at an example of a currency swap.

Suppose that the Possum Company needs 11 million euros to help finance its European operations. We assume that the euro interest rate is about 5%, whereas the dollar rate is about 6%. Since Possum is better known in the United States, the financial manager decides not to borrow euros directly. Instead, the company issues $10 million of five-year 6% notes in the United States. Then it arranges with a counterparty to swap this dollar loan into euros. Under this arrangement the counterparty agrees to pay Possum sufficient dollars to service its dollar loan, and in exchange Possum agrees to make a series of annual payments in euros to the counterparty.

Here are Possum's cash flows (in millions):

|  | Year 0 | | Years 1–4 | | Year 5 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **Dollars** | **Euros** | **Dollars** | **Euros** | **Dollars** | **Euros** |
| 1. Issue dollar loan | +10 |  | −.6 |  | −10.6 |  |
| 2. Swap dollars for euros | −10 | +8 | +.6 | −.4 | +10.6 | −8.4 |
| 3. Net cash flow | 0 | +8 | 0 | −.4 | 0 | −8.4 |

Look first at the cash flows in year 0. Possum receives $10 million from its issue of dollar notes, which it then pays over to the swap counterparty. In return the counterparty sends Possum a check for €8 million. (We assume that at current rates of exchange $10 million is worth €8 million.)

Now move to years 1 through 4. Possum needs to pay interest of 6% on its debt issue, which works out at $.06 \times 10 = \$.6$ million. The swap counterparty agrees to provide Possum each year with sufficient cash to pay this interest and in return Possum makes an annual payment to the counterparty of 5% of €8 million, or €.4 million. Finally, in year 5 the swap counterparty pays Possum enough to make the final payment of interest and principal on its dollar notes ($10.6 million), while Possum pays the counterparty €8.4 million.

The combined effect of Possum's two steps (line 3) is to convert a 6% dollar loan into a 5% euro loan. You can think of the cash flows for the swap (line 2) as a series of contracts to buy euros in years 1 through 5. In each of years 1 through 4 Possum agrees to purchase $.6 million at a cost of .4 million euros; in year 5 it agrees to buy $10.6 million at a cost of 8.4 million euros.[28]

## Total Return Swaps

While interest rate and currency swaps are the most popular type of contract, there is a wide variety of other possible swaps or related contracts. For example, in Chapter 23 we encountered credit default swaps that allow investors to insure themselves against the default on a corporate bond.

You can also enter into a *total return swap* where one party (party A) makes a series of agreed payments and the other (party B) pays the total return on a particular asset. This asset might be a common stock, a loan, a commodity, or a market index. For example, suppose that B owns $10 million of IBM stock. It now enters into a two-year swap agreement to pay A each quarter the total return on this stock. In exchange A agrees to pay B interest of LIBOR + 1%. B is known as the *total return payer* and A is the *total return receiver*. Suppose LIBOR is 5%. Then A must pay B 6% of $10 million, or about 1.5% a quarter. If IBM stock

---

[28] Usually in a currency swap the two parties make an initial payment to each other (i.e., Possum pays the bank $10 million and receives €8 million). However, this is not necessary and Possum might prefer to buy the €8 million from another bank.

returns more than this, there will be a net payment from B to A; if the return is less than 1.5%, A must make a net payment to B. Although ownership of the IBM stock does not change hands, the effect of this total return swap is the same as if B had sold the asset to A and bought it back at an agreed future date.

## 26-6 How to Set Up a Hedge

To hedge risk the firm buys one asset and sells an offsetting amount of another asset. Suppose a farmer owns 100,000 bushels of wheat and sells 100,000 bushels of wheat futures. As long as the wheat that the farmer owns is identical to the wheat that he has promised to deliver, this strategy eliminates any uncertainty about his future income.

In practice the wheat that the farmer owns and the wheat that he sells in the futures markets are unlikely to be identical. For example, if he sells wheat futures on the Kansas City exchange, he agrees to deliver hard, red winter wheat in Kansas City in September. But perhaps he is growing northern spring wheat many miles from Kansas City; in this case the prices of the two wheats will not move exactly together.

Figure 26.4 shows how changes in the prices of the two types of wheat may have been related in the past. Notice two things about this figure. First, the scatter of points suggests that the price changes are imperfectly related. If so, it is not possible to construct a hedge that eliminates all risk. Some basis risk will remain. Second, the slope of the fitted line shows that a 1% change in the price of Kansas wheat was on average associated with an .8% change in the price of the farmer's wheat. Because the price of the farmer's wheat is relatively insensitive to changes in Kansas prices, he needs to sell $.8 \times 100,000$ bushels of wheat futures to minimize risk.

Let us generalize. Suppose that you already own an asset, A (e.g., wheat), and that you wish to hedge against changes in the value of A by making an offsetting sale of another asset, B (e.g., wheat futures). Suppose also that percentage changes in the value of A are related in the following way to percentage changes in the value of B:

$$\text{Expected change in value of A} = a + \delta \,(\text{change in value of B})$$



**▶ FIGURE 26.4**

Hypothetical plot of past changes in the price of the farmer's wheat against changes in the price of Kansas City wheat futures. A 1% change in the futures price implies, on average, an .8% change in the price of the farmer's wheat.

Delta (δ) measures the sensitivity of A to changes in the value of B. It is also equal to the *hedge ratio*—that is, the number of units of B that should be sold to hedge the purchase of A. You minimize risk if you offset your position in A by the sale of delta units of B.[29]

The trick in setting up a hedge is to estimate the delta or hedge ratio. This often calls for a strong dose of judgment. For example, suppose that Antarctic Air would like to protect itself against a hike in oil prices. As the financial manager, you need to decide how much a rise in oil prices would affect firm value. Suppose the company spent $200 million on fuel last year. Other things equal, a 10% increase in the price of oil will cost the company an extra $.1 \times 200 = $20$ million. But perhaps you can partially offset the higher costs by higher ticket prices, in which case earnings will fall by *less* than $20 million. Or perhaps an oil price rise will lead to a slowdown in business activity and therefore lower passenger numbers. In that case earnings will decline by *more* than $20 million. Working out the likely effect on firm *value* is even more tricky, because that depends on whether the rise is likely to be permanent. Perhaps the price rise will induce an increase in production or encourage consumers to economize on energy usage.

Sometimes in such cases some history may help. For example, you could look at how firm value changed in the past as oil prices changed. In other cases it may be possible to call on a little theory to set up the hedge.

---

**EXAMPLE 26.3** ● Using Theory to Set Up the Hedge

---

Potterton Leasing has just purchased some equipment and arranged to rent it out for $2 million a year over 20 years. At an interest rate of 10%, Potterton's rental income has a present value of $17.0 million:[30]

$$\text{PV} = \frac{2}{1.1} + \frac{2}{(1.1)^2} + \cdots + \frac{2}{(1.1)^{20}} = 17.0 \text{ million}$$

Potterton proposes to finance the deal by a $17 million issue of 12-year bonds with a coupon of 10%. Think of its new asset (the stream of rental income) and the new liability (the issue of bonds) as a package. Does Potterton stand to gain or lose on this package if interest rates change?

To answer this question, think back to Chapter 3 where we introduced the concept of duration. Duration, you may remember, is the weighted-average time to each cash flow. It is important because it is directly related to volatility. If two assets have the same duration, their prices will be equally affected by a general change in interest rates. If we call the total value of Potterton's rental income $V$, then the duration of the rental income is calculated as follows:

$$\text{Duration} = \frac{1}{V}\{[\text{PV}(C_1) \times 1] + [\text{PV}(C_2) \times 2] + [\text{PV}(C_3) \times 3] + \cdots\}$$

$$= \frac{1}{17.0}\left\{\left[\frac{2}{1.10} \times 1\right] + \left[\frac{2}{1.10^2} \times 2\right] + \cdots + \left[\frac{2}{1.10^{20}} \times 20\right]\right\}$$

$$= 7.51 \text{ years}$$

We can also calculate the duration of Potterton's bond in the same way. It turns out that it is 7.50 years, which is almost identical to the duration of the rental income. Therefore, the values of both the rental income and the bond are more or less equally affected

---

[29] Notice that A, the item that you wish to hedge, is the dependent variable. Delta measures the sensitivity of A to changes in B.

[30] We ignore taxes in this example.

by a change in interest rates. If rates rise, the present value of Potterton's rental income will decline, but the value of its debt obligation will also decline by the same amount. By equalizing the duration of the asset and that of the liability, Potterton has *immunized* itself against any change in interest rates. It looks as if Potterton's financial manager knows a thing or two about hedging.

● ● ● ● ●

The issue of a 12-year bond is not the only way for Potterton to hedge its income stream. For example, the company could issue a package of a 1-year bond and a 20-year bond that together had the same duration as the rental income. Again the values of the asset and the liability would be equally affected by a change in interest rates.

An important feature of these duration hedges is that they are dynamic. As interest rates change and time passes, the duration of Potterton's asset may no longer be the same as that of its liability. Thus to remain hedged against interest rate changes, Potterton must be prepared to keep adjusting the duration of its debt.

## 26-7 Is "Derivative" A Four-Letter Word?

A wheat farmer can sell wheat futures to reduce business risk. But if you were to copy the farmer and sell futures without an offsetting holding of wheat, you would increase risk, not reduce it. You would be *speculating*.

Speculators in search of large profits (and prepared to tolerate large losses) are attracted by the leverage that derivatives provide. By this we mean that it is not necessary to lay out much money up front and the profits or losses may be many times the initial outlay. "Speculation" has an ugly ring, but a successful derivatives market needs speculators who are prepared to take on risk and provide more cautious people such as  farmers or  millers with the protection they need. For example, if an excess of farmers wishes to sell wheat futures, the price of futures will be forced down until enough speculators are tempted to buy in the hope of a profit. If there is a surplus of millers wishing to buy wheat futures, the reverse will happen. The price of wheat futures will be forced *up* until speculators are drawn in to sell.

Speculation may be necessary to a thriving derivatives market, but it can get companies into serious trouble. The nearby Finance in Practice box describes how the German metals and oil trading company, Metallgesellschaft, took a $1 billion bath on its positions in oil futures.[31] Metallgesellschaft had plenty of company. The Japanese company, Showa Shell, reported a loss of $1.5 billion on positions in foreign exchange futures. And in 1995 Baring Brothers, a blue-chip British merchant bank with a 200-year history, became insolvent. The reason: Nick Leeson, a trader in Baring's Singapore office, had placed very large bets on the Japanese stock market index that resulted in losses of $1.4 billion.

These tales of woe have some cautionary messages for corporations. During the 1970s and 1980s many firms turned their treasury operations into profit centers and proudly announced their profits from trading in financial instruments. But it is not possible to make large profits in financial markets without also taking large risks, so these profits should have served as a warning rather than a matter for congratulation.

A Boeing 747 weighs 400 tons, flies at nearly 600 miles per hour, and is inherently very dangerous. But we don't ground 747s; we just take precautions to ensure that they are flown with

---

[31] The Metallgesellschaft debacle makes fascinating reading. See, for example, F. Edwards, "The Collapse of Metallgesellschaft: Unhedgeable Risks, Poor Hedging Strategy, or Just Bad Luck?" *Journal of Future Markets* 15 (May 1995), pp. 211–264.

# The Debacle at Metallgesellschaft

▶ In January 1994 the German industrial giant Metallgesellschaft shocked investors with news of huge losses in its U.S. oil subsidiary, MGRM. These losses, later estimated at over $1 billion, brought the firm to the brink of bankruptcy and it was saved only by a $1.9 billion rescue package from 120 banks.

The previous year MGRM had embarked on what looked like a sure-fire way to make money. It offered its customers forward contracts on deliveries of gasoline, heating oil, and diesel fuel for up to 10 years. These price guarantees proved extremely popular. By September 1993, MGRM had sold forward over 150 million barrels of oil at prices that were $3 to $5 a barrel over the prevailing spot prices.

As long as oil prices did not rise appreciably, MGRM stood to make a handsome profit from its forward sales, but if oil prices did return to their level of earlier years the result would be a calamitous loss. MGRM therefore sought to avoid such an outcome by buying energy futures. Unfortunately, the long-term futures contracts that were needed to offset MGRM's price guarantees did not exist. MGRM's solution was to enter into what is known as a "stack-and-roll" hedge. In other words, it bought a stack of short-dated futures contracts and, as these were about to expire, it rolled them over into a fresh stack of short-dated contracts.

MGRM was relaxed about the mismatch between the long-term maturity of its price guarantees and the much shorter maturity of its futures contracts. It could point to past history to justify its confidence, for in most years energy traders have placed a high value on owning the oil rather than having a promise of future delivery. In other words, the net convenience yield on oil has generally been positive. As long as that continued to be the case, then each time that MGRM rolled over its futures contracts, it would be selling its maturing contracts at a higher price than it would need to pay for the stack of new contracts. However, if the net convenience yield were to become negative, the maturing futures contracts would sell for *less* than more distant ones. Unfortunately, this is what occurred in 1993. In that year there was a glut of oil, the storage tanks were full, and nobody was prepared to pay extra to get his hands on oil. The result was that MGRM was forced to pay a premium to roll over each stack of maturing contracts.

The fall in oil prices had another unfortunate consequence for MGRM. Futures contracts are marked to market. This means that the investor settles up the profits and losses on each contract as they arise. Therefore, as oil prices continued to fall in 1993, MGRM incurred losses on its purchases of oil futures. This resulted in huge margin calls.* The offsetting good news was that the fall in oil prices meant that its long-term forward contracts were looking increasingly profitable, but this profit was not money in the bank.

When Metallgesellschaft's board learned of these problems, it fired the chief executive and instructed the company to cease all hedging activities and to start negotiations with customers to cancel the long-term contracts. Almost immediately the fall in oil prices reversed. Within eight months the price had risen about 40%. If only MGRM had been able to hold on, it would have enjoyed a huge cash inflow.

Observers have continued to argue about the Metallgesellschaft debacle. Was the company's belief that the net convenience yield would remain positive a reasonable assumption or a gigantic speculation? How much did the company anticipate its cash needs and could it have financed them by borrowing on the strength of its long-term forward contracts? Did senior management mistake the margin calls for losses and just lose its nerve when it decided to liquidate the company's positions?

---

* In addition to buying futures contracts, MGRM also bought short-term over-the-counter forward contracts and commodity swaps. As these matured, MGRM had to make good the loss on them, even though it did not receive the gains on the price guarantees.

---

care. Similarly, it is foolish to suggest that firms should ban the use of derivatives, but it makes obvious sense to take precautions against their misuse. Here are two bits of horse sense:

- *Precaution 1: Don't be taken by surprise.* By this we mean that senior management needs to monitor regularly the value of the firm's derivatives positions and to know what bets the firm has placed. At its simplest, this might involve asking what would happen

if interest rates or exchange rates were to change by 1%. But large banks and consultants have also developed sophisticated models for measuring the risk of derivatives positions.

- *Precaution 2: Place bets only when you have some comparative advantage that ensures the odds are in your favor.* If a bank were to announce that it was drilling for oil or launching a new soap powder, you would rightly be suspicious about whether it had what it takes to succeed.

Imprudent speculation in derivatives is undoubtedly an issue of concern for the company's shareholders, but is it a matter for more general concern? Some people believe, like Warren Buffett, that derivatives are "financial weapons of mass destruction." They point to the huge volume of trading in derivatives and argue that speculative losses could lead to major defaults that might threaten the whole financial system. These worries have led to calls for increased regulation of derivatives markets.

Now, this is not the place for a discussion of regulation, but we should warn you about careless measures of the size of the derivatives markets and the possible losses. In mid- 2008 the notional value of outstanding derivative contracts was about $684 trillion.[32] This is a very large sum, but it tells you *nothing* about the money that was being put at risk. For example, suppose that a bank enters into a $10 million interest rate swap and the other party goes bankrupt the next day. How much has the bank lost? Nothing. It hasn't paid anything up front; the two parties simply promised to pay sums to each other in the future. Now the deal is off.

Suppose that the other party does not go bankrupt until a year after the bank entered into the swap. In the meantime interest rates have moved in the bank's favor, so it should be receiving more money from the swap than it is paying out. When the other side defaults on the deal, the bank loses the difference between the interest that it is due to receive and the interest that it should pay. But it doesn't lose $10 million.[33]

The only meaningful measure of the potential loss from default is the amount that it would cost firms showing a profit to replace their swap positions. This figure is only about 1% of the principal amount of swaps outstanding.

---

[32] Bank of International Settlements, *Derivatives Statistics* (**www.bis.org/statistics/derstats.htm**).

[33] This does not mean that firms don't worry about the possibility of default, and there are a variety of ways that they try to protect themselves. In the case of swaps, firms are reluctant to deal with banks that do not have the highest credit rating.

● ● ● ● ●

## SUMMARY

As a manager, you are paid to take risks, but you are not paid to take just any risks. Some risks are simply bad bets, and others could jeopardize the value of the firm. Hedging risks, when it is practical to do so, can make sense if it reduces the chance of cash shortfalls or financial distress. In some cases, hedging can also make it easier to monitor and motivate operating managers. Relieving managers of risk outside their control helps them concentrate on what can be controlled.

Most businesses insure against possible losses. Insurance companies specialize in assessing risks and can pool risks by holding a diversified portfolio of policies. Insurance works less well when policies are taken up by companies that are most at risk (*adverse selection*) or when the insured company is tempted to skip on maintenance or safety procedures (*moral hazard*).

Firms can also hedge with options and with forward and futures contracts. A forward contract is an advance order to buy or sell an asset. The forward price is fixed today, but payment is not made until the delivery date at the end of the contract. Forward contracts traded on organized futures exchanges are called futures contracts. Futures contracts are standardized and traded in

**Visit us at www.mhhe.com/bma**

huge volumes. The futures markets allow firms to lock in future prices for dozens of different commodities, securities, and currencies.

Instead of buying or selling a standardized futures contract, you may be able to arrange a tailor-made forward contract with a bank. Firms can protect against changes in foreign exchange rates by buying or selling forward currency contracts. Forward rate agreements (FRAs) provide protection against changes in interest rates. You can also construct homemade forward contracts. For example, if you borrow for two years and at the same time lend for one year, you have effectively taken out a forward loan.

Firms also hedge with swap contracts. For example, a firm can make a deal to pay interest to a bank at a fixed long-term rate and receive interest from the bank at a floating short-term rate. The firm swaps a fixed for a floating rate. Such a swap could make sense if the firm has relatively easy access to short-term borrowing but dislikes the exposure to fluctuating short-term interest rates.

The theory of hedging is straightforward. You find two closely related assets. You then buy one and sell the other in proportions that minimize the risk of your net position. If the assets are *perfectly* correlated, you can make the net position risk-free. If they are less than perfectly correlated, you will have to absorb some basis risk.

The trick is to find the hedge ratio or delta—that is, the number of units of one asset that is needed to offset changes in the value of the other asset. Sometimes the best solution is to look at how the prices of the two assets have moved together in the past. For example, suppose you observe that a 1% change in the value of B has been accompanied on average by a 2% change in the value of A. Then delta equals 2.0; to hedge each dollar invested in A, you need to sell two dollars of B.

On other occasions theory can help to set up the hedge. For example, the effect of a change in interest rates on an asset's value depends on the asset's duration. If two assets have the same duration, they will be equally affected by fluctuations in interest rates.

Many of the hedges described in this chapter are static. Once you have set up the hedge, you can take a long vacation, confident that the firm is well protected. However, some hedges, such as those that match durations, are dynamic. As time passes and prices change, you need to rebalance your position to maintain the hedge.

Hedging and risk reduction sound as wholesome as mom's apple pie. But remember that hedging solely to reduce risk, with no other business purpose, cannot add value. It is a zero-sum game: risks aren't eliminated, just shifted to some counterparty. And remember that your shareholders can also hedge by adjusting the composition of their portfolios or by trading in futures or other derivatives. Investors won't reward the firm for doing something that they can do perfectly well for themselves.

Some companies have decided that speculation is much more fun than hedging. This view can lead to serious trouble. We do not believe that speculation makes sense for an industrial company, but we caution against the view that derivatives are a threat to the financial system.

*Three general articles on corporate risk management are:*

K. A. Froot, D. Scharfstein, and J. C. Stein, "A Framework for Risk Management," *Harvard Business Review* 72 (November–December 1994), pp. 59–71.

B. W. Nocco and R. M. Stulz, "Enterprise Risk Management: Theory and Practice," *Journal of Applied Corporate Finance* 18 (Fall 2006), pp. 8–20.

C. H. Smithson and B. Simkins, "Does Risk Management Add Value? A Survey of the Evidence," *Journal of Applied Corporate Finance* 17 (Summer 2005), pp. 8–17.

*The Summer 2005 and Fall 2006 issues of the* Journal of Applied Corporate Finance *are devoted to risk management, and current news and developments are discussed in* Risk *magazine. You may also wish to refer to the following texts:*



**FURTHER READING**

J. C. Hull, *Options, Futures, and other Derivatives,* 7th ed. (Englewood Cliffs, NJ: Prentice Hall, 2008).

C. H. Smithson, *Managing Financial Risk,* 3rd ed. (New York: McGraw-Hill, 1998).

R. M. Stulz, *Risk Management and Derivatives* (Cincinnati, OH: Thomson-Southwestern Publishing, 2003).

*Schaefer's paper is a useful review of how duration measures are used to immunize fixed liabilities:*

S. M. Schaefer, "Immunisation and Duration: A Review of Theory, Performance and Applications," *Midland Corporate Finance Journal* 3 (Autumn 1984), pp. 41–58.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

## BASIC

1. Vocabulary check. Define the following terms:
   a. Spot price
   b. Forward vs. futures contract
   c. Long vs. short position
   d. Basis risk
   e. Mark to market
   f. Net convenience yield

2. True or false?
   a. Hedging transactions in an active futures market have zero or slightly negative NPVs.
   b. When you buy a futures contract, you pay now for delivery at a future date.
   c. The holder of a financial futures contract misses out on any dividend or interest payments made on the underlying security.
   d. The holder of a commodities futures contract does not have to pay for storage costs, but foregoes convenience yield.

3. Yesterday you sold six-month futures on the German DAX stock market index at a price of 4,820. Today the DAX closed at 4,800 and DAX futures closed at 4,840. You get a call from your broker, who reminds you that your futures position is marked to market each day. Is she asking you to pay money, or is she about to offer to pay you?

4. Calculate the value of a six-month futures contract on a Treasury bond. You have the following information:
   - Six-month interest rate: 10% per year, or 4.9% for six months.
   - Spot price of bond: 95.
   - The bond pays an 8% coupon, 4% every six months.

5. "Northern Refineries does not avoid risk by selling oil futures. If prices stay above $1.60 a gallon, then it will actually have lost by selling oil futures at that price." Is this a fair comment?

6. Calculate convenience yield for magnoosium scrap from the following information:
   - Spot price: $2,550 per ton.
   - Futures price: $2,408 for a one-year contract.
   - Interest rate: 12%.
   - Storage costs: $100 per year.



Visit us at www.mhhe.com/bma

7. Residents of the northeastern United States suffered record-setting low temperatures throughout November and December 2021. Spot prices of heating oil rose 25%, to over $2 a gallon.

    a. What effect did this have on the net convenience yield and on the relationship between futures and spot prices?

    b. In late 2022 refiners and distributors were surprised by record-setting *high* temperatures. What was the effect on net convenience yield and spot and futures prices for heating oil?

8. After a record harvest, grain silos are full to the brim. Are storage costs likely to be high or low? What does this imply for the *net* convenience yield?

9. A year ago a bank entered into a $50 million five-year interest rate swap. It agreed to pay company A each year a fixed rate of 6% and to receive in return LIBOR. When the bank entered into this swap, LIBOR was 5%, but now interest rates have risen, so on a four-year interest rate swap the bank could expect to pay 6½% and receive LIBOR.

    a. Is the swap showing a profit or loss to the bank?

    b. Suppose that at this point company A approaches the bank and asks to terminate the swap. If there are four annual payments still remaining, how much should the bank charge A to terminate?

10. What is basis risk? In which of the following cases would you expect basis risk to be most serious?

    a. A broker owning a large block of Disney common stock hedges by selling index futures.

    b. An Iowa corn farmer hedges the selling price of her crop by selling Chicago corn futures.

    c. An importer must pay 900 million euros in six months. He hedges by buying euros forward.

11. You own a $1 million portfolio of aerospace stocks with a beta of 1.2. You are very enthusiastic about aerospace but uncertain about the prospects for the overall stock market. Explain how you could hedge out your market exposure by selling the market short. How much would you sell? How in practice would you go about "selling the market"?

12. a. Marshall Arts has just invested $1 million in long-term Treasury bonds. Marshall is concerned about increasing volatility in interest rates. He decides to hedge using bond futures contracts. Should he buy or sell such contracts?

    b. The treasurer of Zeta Corporation plans to issue bonds in three months. She is also concerned about interest rate volatility and wants to lock in the price at which her company could sell 5% coupon bonds. How would she use bond futures contracts to hedge?

## INTERMEDIATE

13. Large businesses spend millions of dollars annually on insurance. Why? Should they insure against all risks or does insurance make more sense for some risks than others?

14. On some catastrophe bonds, payments are reduced if the claims against the issuer exceed a specified sum. In other cases payments are reduced only if claims against the entire industry exceed some sum. What are the advantages and disadvantages of the two structures? Which involves more basis risk? Which may create a problem of moral hazard?

15. List some of the commodity futures contracts that are traded on exchanges. Who do you think could usefully reduce risk by buying each of these contracts? Who do you think might wish to sell each contract?

16. Phoenix Motors wants to lock in the cost of 10,000 ounces of platinum to be used in next quarter's production of catalytic converters. It buys three-month futures contracts for 10,000 ounces at a price of $1,250 per ounce.

    a. Suppose the spot price of platinum falls to $1,100 in three months' time. Does Phoenix have a profit or loss on the futures contract? Has it locked in the cost of purchasing the platinum it needs?

    b. How do your answers change if the spot price of platinum increases to $1,400 after three months?

| Commodity | Spot Price | Futures Price | Comments |
|---|---|---|---|
| Magnoosium | $2,550 per ton | $2,728.50 per ton | Monthly storage cost = monthly convenience yield |
| Frozen quiche | $.50 per pound | $.514 per pound | Six months' storage costs = $.10 per pound; six months' convenience yield = $.05 per pound. |
| Nevada Hydro 8s of 2002 | 77 | 78.39 | 4% semiannual coupon payment is due just before futures contract expires. |
| Costaguanan pulgas (currency) | 9,300 pulgas = $1 | 6,900 pulgas = $1 | Costaguanan interest rate is 95% per year. |
| Establishment Industries common stock | $95 | $97.54 | Establishment pays dividends of $2 per quarter. Next dividend is paid two months from now. |
| Cheap white wine | $12,500 per 10,000-gal. tank | $14,200 per 10,000-gal. tank | Six months' convenience yield = $250 per tank. Your company has surplus storage and can store 50,000 gallons at no cost. |

▶ **TABLE 26.4** Spot and six-month futures prices for selected commodities and securities. See Problem 19.

17. In March 2009, nine-month futures on the Brazilian Ibovespa stock index traded at 44,439. Spot was 41,908. The interest rate was 11.25% and the dividend yield was about 3%. Were the futures fairly priced?

18. If you buy a nine-month T-bill future, you undertake to buy a three-month bill in nine months' time. Suppose that Treasury bills and notes currently offer the following yields:

| Months to Maturity | Annual Yield |
|---|---|
| 3 | 6% |
| 6 | 6.5 |
| 9 | 7 |
| 12 | 8 |

What is the value of a nine-month bill future?

19. Table 26.4 contains spot and six-month futures prices for several commodities and financial instruments. There may be some money-making opportunities. See if you can find them, and explain how you would trade to take advantage of them. The interest rate is 14.5%, or 7% over the six-month life of the contracts.

20. The following table shows 2009 gold futures prices for varying contract lengths. Gold is predominantly an investment good, not an industrial commodity. Investors hold gold because it diversifies their portfolios and because they hope its price will rise. They do not hold it for its convenience yield.

Calculate the interest rate faced by traders in gold futures for each of the contract lengths shown below. The spot price is $915.50 per ounce.

| | Contract Length (months) | | |
|---|---|---|---|
| | 3 | 6 | 9 |
| Futures price | $917.90 | $920.85 | $923.30 |

21. In September 2014 swap dealers were quoting a rate for five-year euro interest-rate swaps of 4.5% against Euribor (the short-term interest rate for euro loans). Euribor at the time was

4.1%. Suppose that A arranges with a dealer to swap a €10 million five-year fixed-rate loan for an equivalent floating-rate loan in euros.

   a. What is the value of this swap at the time that it is entered into?

   b. Suppose that immediately after A has entered into the swap, the long-term interest rate rises by 1%. Who gains and who loses?

   c. What is now the value of the swap?

**22.** Securities A, B, and C have the following cash flows:

|   | Period 1 | Period 2 | Period 3 |
|---|---|---|---|
| A | $ 40 | $40 | $ 40 |
| B | $120 | — | — |
| C | $ 10 | $10 | $110 |

   a. Calculate their durations if the interest rate is 8%.

   b. Suppose that you have an investment of $10 million in A. What combination of B and C would immunize this investment against interest rate changes?

   c. Now suppose that you have a $10 million investment in B. How would you immunize?

**23.** What is meant by "delta" ($\delta$) in the context of hedging? Give examples of how delta can be estimated or calculated.

**24.** A gold-mining firm is concerned about short-term volatility in its revenues. Gold currently sells for $650 an ounce, but the price is extremely volatile and could fall as low as $630 or rise as high as $680 in the next month. The company will bring 1,000 ounces to the market next month.

   a. What will be total revenues if the firm remains unhedged for gold prices of $600, $630, and $680 an ounce?

   b. The futures price of gold for delivery one month ahead is $660. What will be the firm's total revenues at each gold price if the firm enters into a one-month futures contract to deliver 1,000 ounces of gold?

   c. What will total revenues be if the firm buys a one-month put option to sell gold for $650 an ounce? The put option costs $45 per ounce.

**25.** Legs Diamond owns shares in a Vanguard Index 500 mutual fund worth $1 million on July 15. (This is an index fund that tracks the Standard and Poor's 500 Index.) He wants to cash in now, but his accountant advises him to wait six months so as to defer a large capital gains tax. Explain to Legs how he can use stock index futures to hedge out his exposure to market movements over the next six months. Could Legs "cash in" without actually selling his shares?

**26.** Price changes of two gold-mining stocks have shown strong positive correlation. Their historical relationship is

$$\text{Average percentage change in A} = .001 + .75\,(\text{percentage change in B})$$

Changes in B explain 60% of the variation of the changes in A ($R^2 = .6$).

   a. Suppose you own $100,000 of A. How much of B should you sell to minimize the risk of your net position?

   b. What is the hedge ratio?

   c. Here is the historical relationship between stock A and gold prices.

$$\text{Average percentage change in A} = -.002 + 1.2\,(\text{percentage change in gold price})$$

If $R^2 = .5$, can you lower the risk of your net position by hedging with gold (or gold futures) rather than with stock B? Explain.

▶ **TABLE 26.5** Spot prices for selected commodities and financial assets. See Problem 29.

| Asset | Spot Price | Comments |
|---|---|---|
| Magnoosium | $2,800 per ton | Net convenience yield = 4% per year |
| Oat bran | $.44 per bushel | Net convenience yield = .5% per month |
| Biotech stock index | 140.2 | Dividend = 0 |
| Allen Wrench Co. common stock | $58.00 | Cash dividend = $2.4 per year |
| 5-year Treasury note | 108.93 | 8% coupon |
| Westonian ruple | 3.1 ruples = $1 | 12% interest rate in ruples |

**27.** In Section 26-6, we stated that the duration of Potterton's lease equals the duration of its debt.

   a. Show that this is so.

   b. Now suppose that the interest rate falls to 3%. Show how the value of the lease and the debt are now affected by a .5% rise or fall in the interest rate. What would Potterton need to do to reestablish the interest rate hedge?

**28.** Petrochemical Parfum (PP) is concerned about a possible increase in the price of heavy fuel oil, which is one of its major inputs. Show how PP can use either options or futures contracts to protect itself against a rise in the price of crude oil. Show how the payoffs in each case would vary if the oil price were $70, $80, or $90 a barrel. What are the advantages and disadvantages for PP of using futures rather than options to reduce risk?

**29.** Consider the commodities and financial assets listed in Table 26.5. The risk-free interest rate is 6% a year, and the term structure is flat.

   a. Calculate the six-month futures price for each case.

   b. Explain how a magnoosium producer would use a futures market to lock in the selling price of a planned shipment of 1,000 tons of magnoosium six months from now.

   c. Suppose the producer takes the actions recommended in your answer to (b), but after one month magnoosium prices have fallen to $2,200. What happens? Will the producer have to undertake additional futures market trades to restore its hedged position?

   d. Does the biotech index futures price provide useful information about the expected future performance of biotech stocks?

   e. Suppose Allen Wrench stock falls suddenly by $10 per share. Investors are confident that the cash dividend will not be reduced. What happens to the futures price?

   f. Suppose interest rates suddenly fall to 4%. The term structure remains flat. What happens to the six-month futures price on the five-year Treasury note? What happens to a trader who shorted 100 notes at the futures price calculated in part (a)?

   g. An importer must make a payment of one million ruples three months from now. Explain *two* strategies the importer could use to hedge against unfavorable shifts in the ruple–dollar exchange rate.

**30.** Is a total return swap on a bond the same as a credit default swap (see Section 23-1)? Why or why not?

**31.** "Speculators want futures contracts to be incorrectly priced; hedgers want them to be correctly priced." Why?

**32.** Your investment bank has an investment of $100 million in the stock of the Swiss Roll Corporation and a short position in the stock of the Frankfurter Sausage Company. Here is the recent price history of the two stocks:

| Percentage Price Change | | |
| --- | --- | --- |
| **Month** | **Frankfurter Sausage** | **Swiss Roll** |
| January | −10 | −10 |
| February | −10 | −5 |
| March | −10 | 0 |
| April | +10 | 0 |
| May | +10 | +5 |
| June | +10 | +10 |

On the evidence of these six months, how large would your short position in Frankfurter Sausage need to be to hedge you as far as possible against movements in the price of Swiss Roll?

## CHALLENGE

33. Phillip's Screwdriver Company has borrowed $20 million from a bank at a floating interest rate of 2 percentage points above three-month Treasury bills, which now yield 5%. Assume that interest payments are made quarterly and that the entire principal of the loan is repaid after five years.

    Phillip's wants to convert the bank loan to fixed-rate debt. It could have issued a fixed-rate five-year note at a yield to maturity of 9%. Such a note would now trade at par. The five-year Treasury note's yield to maturity is 7%.

    a. Is Phillip's stupid to want long-term debt at an interest rate of 9%? It is borrowing from the bank at 7%.

    b. Explain how the conversion could be carried out by an interest rate swap. What will be the initial terms of the swap? (Ignore transaction costs and the swap dealer's profit.)

       One year from now short and medium-term Treasury yields *decrease* to 6%, so the term structure then is flat. (The changes actually occur in month 5.) Phillip's credit standing is unchanged; it can still borrow at 2 percentage points over Treasury rates.

    c. What net swap payment will Phillip's make or receive?

    d. Suppose that Phillip's now wants to cancel the swap. How much would it need to pay the swap dealer? Or would the dealer pay Phillip's? Explain.

---

1. The Web sites of the major commodities exchanges provide futures prices. Calculate and plot (as in Figure 26.2) the *annualized* net convenience yield for a commodity of your choice. (*Note:* You may need to use the futures price of a contract that is about to mature as your estimate of the current spot price.)

2. You can find swap rates for the U.S. dollar and the euro on **www.ft.com**. Plot the current swap curves as in Figure 26.3.

3. You can find spot and futures prices for a variety of equity indexes on **www.wsj.com**. Pick one and check whether it is fairly priced. You will need to do some detective work to find the dividend yield on the index and the interest rate.

**REAL-TIME DATA ANALYSIS**



Visit us at www.mhhe.com/bma

# Managing International Risks

◗ **The last chapter** grappled with risks from changing interest rates and volatile commodity prices. Corporations that operate internationally face still more hazards from currency fluctuations and political risks.

To understand currency risk, you first have to understand how the foreign exchange market works and how currency exchange rates are determined. We cover those topics first, with special emphasis on the linkages between exchange rates and cross-country differences in interest rates and inflation. Then we describe how corporations assess and hedge their currency exposures.

We also review international capital investment decisions. Cash flows for an investment project in Germany, say, must be forecasted in euros, with attention to German inflation rates and taxes. But euro

cash flows require a euro discount rate. How should that rate be estimated? Should it depend on whether the investing company is located in the U.S., Germany, or another country? Should the discount rate be adjusted for the risk that the euro may fall relative to other currencies? (The answer to the last question is no. The answers to the preceding questions are not so clear-cut.)

We conclude the chapter with a discussion of political risk. Political risk means possible adverse acts by a hostile foreign government, for example, discriminatory taxes or limits on the profits that can be taken out of the country. Sometimes governments expropriate businesses with minimal compensation. We explain how companies structure their operations and financing to reduce their exposure to political risks.

● ● ● ● ●

## 27-1 The Foreign Exchange Market

An American company that imports goods from France may need to buy euros to pay for the purchase. An American company exporting to France may receive euros, which it sells in exchange for dollars. Both firms make use of the foreign exchange market.

The foreign exchange market has no central marketplace. Business is conducted electronically. The principal dealers are the larger commercial banks and investment banks. A corporation that wants to buy or sell currency usually does so through a commercial bank. Turnover in the foreign exchange market is huge. In London in 2007 $1,359 billion of currency changed hands each day. That is equivalent to an annual turnover of about $340 trillion ($340,000,000,000,000). New York and Tokyo together accounted for a further $902 billion of turnover per day.[1]

---

[1]The results of the triennial survey of foreign exchange business are published on **www.bis.org/forum/research.htm**.

| | | Forward Rate | | |
|---|---|---|---|---|
| | **Spot Rate\*** | **1 Month** | **3 Month** | **1 Year** |
| Europe: | | | | |
| Euro | 1.4201 | 1.4201 | 1.4200 | 1.4207 |
| Norway (krone) | 6.2452 | 6.2502 | 6.2603 | 6.3007 |
| Sweden (krona) | 7.4533 | 7.4523 | 7.4502 | 7.4313 |
| Switzerland (franc) | 1.0723 | 1.0719 | 1.0711 | 1.0643 |
| United Kingdom (pound) | 1.6414 | 1.6413 | 1.6411 | 1.6396 |
| Americas: | | | | |
| Canada (dollar) | 1.0808 | 1.0807 | 1.0804 | 1.0801 |
| Mexico (peso) | 13.2155 | 13.2705 | 13.3805 | 13.8891 |
| Pacific/Middle East/Africa: | | | | |
| Hong Kong (dollar) | 7.7501 | 7.7480 | 7.7437 | 7.7311 |
| Japan (yen) | 94.7050 | 94.6780 | 94.6161 | 94.0870 |
| South Africa (rand) | 7.7840 | 7.8330 | 7.9263 | 8.3283 |
| South Korea (won) | 1249.55 | 1249.10 | 1247.65 | 1241.05 |

▶ **TABLE 27.1**

Spot and forward exchange rates, July 24, 2009.

\* Rates show the number of units of foreign currency per U.S. dollar, except for the euro and the U.K. pound, which show the number of U.S. dollars per unit of foreign currency.

*Source: Financial Times,* July 24, 2009, online edition © Financial Times 2009.

Table 27.1 is adapted from the table of exchange rates in the *Financial Times.* Exchange rates are generally expressed in terms of the number of units of the foreign currency needed to buy one U.S. dollar. This is termed an *indirect quote.* In the first column of Table 27.1, the indirect quote for the Mexican peso shows that you can buy 13.2155 pesos for $1. This is often written as peso 13.2155/$.

A *direct* exchange rate quote states how many dollars you can buy for one unit of foreign currency. The euro and the British pound sterling are usually shown as direct quotes.[2] For example, Table 27.1 shows that £1 is equivalent to $1.6414 or, more concisely, $1.6414/£. If £1 buys $1.6414, then $1 must buy 1/1.6414 = £.6092. Thus the indirect quote for the pound is £.6092/$.[3]

The exchange rates in the first column of Table 27.1 are the prices of currency for immediate delivery. These are known as **spot rates of exchange.** The spot rate for the peso is peso 13.2155/$, and the spot rate for the pound is $1.6414/£.

In addition to the spot exchange market, there is a *forward market.* In the forward market you buy and sell currency for future delivery. If you know that you are going to pay out or receive foreign currency at some future date, you can insure yourself against loss by buying or selling forward. Thus, if you need one million pesos in three months, you can enter into a three-month *forward contract.* The **forward rate** on this contract is the price you agree to pay in three months when the one million pesos are delivered. If you look again at Table 27.1, you will see that the three-month forward rate for the peso is quoted at peso 13.3805/$. If you buy pesos for three months' delivery, you get more pesos for your dollar than if you buy them spot. In this case the peso is said to trade at a forward *discount* relative

---

[2] The euro is the common currency of the European Monetary Union. The 16 members of the Union are Austria, Belgium, Cyprus, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, Malta, Netherlands, Portugal, Slovenia, Slovakia, and Spain.

[3] Foreign exchange dealers usually refer to the exchange rate between pounds and dollars as *cable.* In Table 27.1 cable is 1.6414.

to the dollar, because forward pesos are cheaper than spot ones. Expressed as an annual rate, the forward discount is[4]

$$4 \times \left( \frac{13.2155}{13.3805} - 1 \right) = -.049, \text{ or } -4.9\%$$

You could also say that the *dollar* was selling at a *forward premium*.

A forward purchase or sale is a made-to-measure transaction between you and the bank. It can be for any currency, any amount, and any delivery day. You could buy, say, 99,999 Vietnamese dong or Haitian gourdes for a year and a day forward as long as you can find a bank ready to deal. Most forward transactions are for six months or less, but the long-term currency swaps that we described in Chapter 26 are equivalent to a bundle of forward transactions. When firms want to enter into long-term forward contracts, they usually do so through a currency swap.[5]

There is also an organized market for currency for future delivery known as the currency *futures* market. Futures contracts are highly standardized; they are for specified amounts and for a limited choice of delivery dates.[6]

When you buy a forward or futures contract, you are committed to taking delivery of the currency. As an alternative, you can take out an *option* to buy or sell currency in the future at a price that is fixed today. Made-to-measure currency options can be bought from the major banks, and standardized options are traded on the options exchanges.

## 27-2 Some Basic Relationships

You can't develop a consistent international financial policy until you understand the reasons for the differences in exchange rates and interest rates. We consider the following four problems:

- *Problem 1.* Why is the dollar rate of interest ($r_\$$) different from, say, the peso rate ($r_{peso}$)?
- *Problem 2.* Why is the forward rate of exchange ($f_{peso/\$}$) different from the spot rate ($s_{peso/\$}$)?
- *Problem 3.* What determines next year's expected spot rate of exchange between dollars and pesos [$E(s_{peso/\$})$]?
- *Problem 4.* What is the relationship between the inflation rate in the United States ($i_\$$) and the inflation rate in Mexico ($i_{peso}$)?

Suppose that individuals were not worried about risk and that there were no barriers or costs to international trade on capital flows. In that case the spot exchange rates, forward exchange rates, interest rates, and inflation rates would stand in the following simple relationship to one another:

---

[4] Here is an occasional point of confusion. Since the quote for the peso is indirect, we calculate the premium by taking the ratio of the spot rate to the forward rate. If we use *direct* quotes, then we need to calculate the ratio of the forward rate to the spot rate. In the case of the peso, the forward discount with direct quotes is $4 \times [(1/13.3805)/(1/13.2155) - 1] = -.049$, or $-4.9\%$.

[5] Notice that spot and short-term forward trades are sometimes undertaken together. For example, a company might need the use of Mexican pesos for one month. In this case it would buy pesos spot and simultaneously sell them forward. Dealers refer to this as a *swap* trade. But do not confuse it with the longer term currency swaps that we described in Chapter 26.

[6] See Chapter 26 for a further discussion of the difference between forward and futures contracts.



Why should this be so?

## Interest Rates and Exchange Rates

It is July 2009 and you have $1 million to invest for one year. U.S. dollar deposits are offering an interest rate of about 1.50%; Mexican peso deposits are offering an (attractive?) 6.67%. Where should you put your money? Does the answer sound obvious? Let's check:

- *Dollar loan.* The rate of interest on one-year dollar deposits is 1.50%. Therefore at the end of the year you get $1,000,000 \times 1.0150 = \$1,015,000$.

- *Peso loan.* The current exchange rate is 13.2155/$. For $1 million, you can buy $1,000,000 \times 13.2155 =$ peso 13,215,500. The rate of interest on a one-year peso deposit is 6.67%. Therefore at the end of the year you get $13,215,500 \times 1.0667 =$ peso 14,096,974. Of course, you don't know what the exchange rate is going to be in one year's time. But that doesn't matter. You can fix today the price at which you sell your pesos. The one-year forward rate is peso 13.8891/$. Therefore, by selling forward, you can make sure that you will receive $14,096,974/13.8891 = \$1,014,967$ at the end of the year.

Thus, the two investments offer almost exactly the same rate of return. They have to—they are both risk-free. If the domestic interest rate were different from the *covered* foreign rate, you would have a money machine.

When you make the peso loan, you receive a higher interest rate. But you get an offsetting loss because you sell pesos forward at a lower price than you pay for them today. The interest rate differential is

$$\frac{1 + r_{peso}}{1 + r_{\$}}$$

And the differential between the forward and spot exchange rates is

$$\frac{f_{peso/\$}}{s_{peso/\$}}$$

*Interest rate parity* theory says that the difference in interest rates must equal the difference between the forward and spot exchange rates:



In our example,

$$\frac{1.0667}{1.0150} \approx \frac{13.8891}{13.2155}$$

## The Forward Premium and Changes in Spot Rates

Now let's consider how the forward premium is related to changes in spot rates of exchange. If people didn't care about risk, the forward rate of exchange would depend solely on what people expected the spot rate to be. For example, if the one-year forward rate on pesos is peso 13.8891/\$, that could only be because traders expect the spot rate in one year's time to be peso 13.8891/\$. If they expected it to be, say, peso 14.0/\$, nobody would be willing to buy pesos forward. They could get more pesos for their dollar by waiting and buying spot.

Therefore the *expectations theory* of exchange rates tells us that the percentage difference between the forward rate and today's spot rate is equal to the expected change in the spot rate:



Of course, this assumes that traders don't care about risk. If they do care, the forward rate can be either higher or lower than the expected spot rate. For example, suppose that you have contracted to receive one million pesos in three months. You can wait until you receive the money before you change it into dollars, but this leaves you open to the risk that the price of the peso may fall over the next three months. Your alternative is to sell the peso forward. In this case, you are fixing today the price at which you will sell your pesos. Since you avoid risk by selling forward, you may be willing to do so even if the forward price of pesos is a little *lower* than the expected spot price.

Other companies may be in the opposite position. They may have contracted to pay out pesos in three months. They can wait until the end of the three months and then buy pesos, but this leaves them open to the risk that the price of the peso may rise. It is safer for these companies to fix the price today by *buying* pesos forward. These companies may, therefore, be willing to buy forward even if the forward price of the peso is a little *higher* than the expected spot price.

Thus some companies find it safer to *sell* the peso forward, while others find it safer to *buy* the peso forward. When the first group predominates, the forward price of pesos is likely to be less than the expected spot price. When the second group predominates, the forward price is likely to be greater than the expected spot price. On average you would expect the forward price to underestimate the expected spot price just about as often as it overestimates it.

## Changes in the Exchange Rate and Inflation Rates

Now we come to the third side of our quadrilateral—the relationship between changes in the spot exchange rate and inflation rates. Suppose that you notice that silver can be bought in Mexico for 120 pesos a troy ounce and sold in the United States for $15.00. You think you may be on to a good thing. You take $9,080 and exchange it for $9,080 × peso 13.2155/$ = peso 120,000. That's enough to buy 1,000 ounces of silver. You put this silver on the first plane to the United States, where you sell it for $15,000. You have made a gross profit of just under $6,000. Of course, you have to pay transportation and insurance costs out of this, but there should still be something left over for you.

Money machines don't exist—not for long, anyway. As others notice the disparity between the price of silver in Mexico and the price in the United States, the price will be forced up in Mexico and down in the United States until the profit opportunity disappears. Arbitrage ensures that the dollar price of silver is about the same in the two countries. Of course, silver is a standard and easily transportable commodity, but the same forces should act to equalize the domestic and foreign prices of other goods. Those goods that can be bought more cheaply abroad will be imported, and that will force down the price of domestic products. Similarly, those goods that can be bought more cheaply in the United States will be exported, and that will force down the price of the foreign products.

This is often called *purchasing power parity*.[7] Just as the price of goods in Safeway supermarkets must be roughly the same as the price of goods in A&P, so the price of goods in Mexico when converted into dollars must be roughly the same as the price in the United States:

$$\text{Dollar price of goods in the USA} = \frac{\text{peso price of goods in Mexico}}{\text{number of pesos per dollar}}$$

Purchasing power parity implies that any differences in the rates of inflation will be offset by a change in the exchange rate. For example, if prices are rising by 1.0% in the United States and by 6.0% in Mexico, the number of pesos that you can buy for $1 must rise by 1.06/1.01 − 1, or about 5.0%. Therefore purchasing power parity says that to estimate changes in the spot rate of exchange, you need to estimate differences in inflation rates:[8]

| Expected difference in inflation rates $\dfrac{E(1 + i_{peso})}{E(1 + i_{\$})}$ | equals | Expected change in spot rate $\dfrac{E(s_{peso/\$})}{s_{peso/\$}}$ |
| --- | --- | --- |

In our example,

Current spot rate × expected difference in inflation rates = expected spot rate

$$13.2155 \times \frac{1.060}{1.010} = 13.87$$

---

[7] Economists use the term *purchasing power parity* to refer to the notion that the level of prices of goods in general must be the same in the two countries. They tend to use the phrase *law of one price* when they are talking about the price of a single good.

[8] In other words, the *expected* difference in inflation rates equals the *expected* change in the exchange rate. Strictly interpreted, purchasing power parity also implies that the *actual* difference in the inflation rates always equals the *actual* change in the exchange rate.

## Interest Rates and Inflation Rates

Now for the fourth leg! Just as water always flows downhill, so capital tends to flow where returns are greatest. But investors are not interested in *nominal* returns; they care about what their money will buy. So, if investors notice that real interest rates are higher in Mexico than in the United States, they will shift their savings into Mexico until the expected real returns are the same in the two countries. If the expected real interest rates are equal, then the difference in money rates must be equal to the difference in the expected inflation rates:[9]

$$\underset{\substack{\text{Difference in}\\\text{interest rates}}}{\boxed{\dfrac{1 + r_{\text{peso}}}{1 + r_{\$}}}} \quad\text{equals}\quad \underset{\substack{\text{Expected difference}\\\text{in inflation rates}}}{\boxed{\dfrac{E(1 + i_{\text{peso}})}{E(1 + i_{\$})}}}$$

In Mexico the real one-year interest rate is .6%:

$$r_{\text{peso}}(\text{real}) = \frac{1 + r_{\text{peso}}}{E(1 + i_{\text{peso}})} - 1 = \frac{1.0667}{1.060} - 1 = .006$$

In the United States it is close at .5%:

$$r_{\$}(\text{real}) = \frac{1 + r_{\$}}{E(1 + i_{\$})} - 1 = \frac{1.015}{1.010} - 1 = .005$$

## Is Life Really That Simple?

We have described above four theories that link interest rates, forward rates, spot exchange rates, and inflation rates. Of course, such simple economic theories are not going to provide an exact description of reality. We need to know how well they predict actual behavior. Let's check.

**1. Interest Rate Parity Theory**   Interest rate parity theory says that the peso rate of interest covered for exchange risk should be the same as the dollar rate. As long as money can be moved easily between deposits in different currencies, interest rate parity almost always holds. In fact, dealers *set* the forward price of pesos by looking at the difference between the interest rates on deposits of dollars and pesos.

**2. The Expectations Theory of Forward Rates**   How well does the expectations theory explain the level of forward rates? Scholars who have studied exchange rates have found that forward rates typically exaggerate the likely change in the spot rate. When the forward rate appears to predict a sharp rise in the spot rate (a forward premium), the forward rate tends to overestimate the rise in the spot rate. Conversely, when the forward rate appears to predict a fall in the currency (a forward discount), it tends to overestimate this fall.[10]

This finding is *not* consistent with the expectations theory. Instead it looks as if sometimes companies are prepared to give up return to *buy* forward currency and other times they are prepared to give up return to *sell* forward currency. In other words, forward rates seem to contain a risk premium, but the sign of this premium swings backward and

[9] In Section 3-5 we discussed Irving Fisher's theory that over time money interest rates change to reflect changes in anticipated inflation. Here we argue that international differences in money interest rates also reflect differences in anticipated inflation. This theory is sometimes known as the *international Fisher effect*.

[10] Many researchers have even found that, when the forward rate predicts a rise, the spot rate is more likely to fall, and vice versa. For a readable discussion of this puzzling finding, see K. A. Froot and R. H. Thaler, "Anomalies: Foreign Exchange," *Journal of Economic Perspectives* 4 (1990), pp. 179–192.



▶ **FIGURE 27.1**

Percentage error from using the one-year forward rate for Swiss francs to forecast next year's spot rate. Note that the forward rate overestimates and underestimates the spot rate with about equal frequency.

forward.[11] You can see this from Figure 27.1. Almost half the time the forward rate for the Swiss franc *overstates* the likely future spot rate and half the time it *understates* the likely spot rate. *On average* the forward rate and future spot rate are almost identical. This is important news for the financial manager; it means that a company that always uses the forward market to protect against exchange rate movements does not pay any extra for this insurance.

**3. Purchasing Power Parity Theory**   What about the third side of our quadrilateral—purchasing power parity theory? No one who has compared prices in foreign stores with prices at home really believes that prices are the same throughout the world. Look, for example, at Table 27.2, which shows the price of a Big Mac in different countries. Notice that at current rates of exchange a Big Mac costs $5.98 in Switzerland but only $3.57 in the United States. To equalize prices in the two countries, the number of Swiss francs that you could buy for your dollar would need to increase by 5.98/3.57 − 1 = .68, or 68%.

This suggests a possible way to make a quick buck. Why don't you buy a hamburger-to-go in (say) China for the equivalent of $1.83 and take it for resale in Switzerland, where the price in dollars is $5.98? The answer, of course, is that the gain would not cover the costs. The same good can be sold for different prices in different countries because transportation is costly and inconvenient.[12]

| Country | Local Price Converted to U.S. Dollars |
| --- | --- |
| Canada | 3.35 |
| China | 1.83 |
| Denmark | 5.53 |
| Euro area | 4.62 |
| Japan | 3.46 |
| Mexico | 2.39 |
| Philippines | 2.05 |
| Russia | 2.04 |
| South Africa | 2.17 |
| Switzerland | 5.98 |
| United Kingdom | 3.69 |
| United States | 3.57 |

▶ **TABLE 27.2**

Price of Big Mac hamburgers in different countries.

*Source:* "The Big Mac Index," *The Economist,* July 16, 2009, online edition, The Economist Newspaper Group, Inc. Reprinted with permission. Further reproduction prohibited (**www.economist.com**).

---

[11] For evidence that forward exchange rates contain risk premiums that are sometimes positive and sometimes negative, see, for example, E. F. Fama, "Forward and Spot Exchange Rates," *Journal of Monetary Economics* 14 (1984), pp. 319–338.

[12] Of course, even within a currency area there may be considerable price variations. The price of a Big Mac, for example, differs substantially from one part of the United States to another.



▶ **FIGURE 27.2**

A decline in the exchange rate and a decline in a currency's purchasing power tend to go hand in hand. In this diagram each of the 179 points represents the experience of a different country in the eight years to 2007. The vertical axis shows the change in the value of the foreign currency relative to the average. The horizontal axis shows the change in the purchasing power relative to the average. The point in the lower left is Turkey. The plot for the USA shows that the dollar did not fully reflect the relatively low inflation rate in the USA.

On the other hand, there is clearly some relationship between inflation and changes in exchange rates. For example, between the beginning of 2000 and the end of 2007 prices in Turkey rose 5.9 times. Or, to put it another way, you could say that the purchasing power of money in Turkey declined by about 83%. If exchange rates had not adjusted, Turkish exporters would have found it impossible to sell their goods. But, of course, exchange rates did adjust. In fact, the value of the Turkish currency declined by 52% relative to the U.S. dollar.

Turkey is a fairly extreme case, but in Figure 27.2 we have plotted the relative change in purchasing power for a sample of countries against the change in the exchange rate. Turkey is tucked in the bottom left-hand corner; the United States is closer to the top right.[13] You can see that although the relationship is far from exact, large differences in inflation rates are generally accompanied by an offsetting change in the exchange rate.[14]

Strictly speaking, purchasing power parity theory implies that the differential inflation rate is always identical to the change in the spot rate. But we don't need to go as far as that. We should be content if the *expected* difference in the inflation rates equals the *expected* change in the spot rate. That's all we wrote on the third side of our quadrilateral. Look, for example, at Figure 27.3. The blue line in the first plot shows that in 2008 £1 sterling bought about 30% of the dollars that it did at the start of the twentieth century. But this decline in the value of sterling was largely matched by the higher inflation rate in the U.K. The red line shows that the inflation-adjusted, or *real,* exchange rate ended

---

[13] Turkey did not have the highest inflation rate or the most rapidly depreciating currency. That honor belonged to Angola, followed closely by Belarus. These are shown by the two points in the extreme bottom left of Figure 27.2.

[14] Note that some of the countries represented in Figure 27.2 have highly controlled economies, so that their exchange rates are not those that would exist in an unrestricted market. The interest rates shown in Figure 27.4 are subject to a similar caveat.



**FIGURE 27.3**

Nominal versus real exchange rates in the U.K., France, and Italy. December 1899 = 1. (Values are shown on log scale.)

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimist: 101 Years of Global Investment Returns* (Princeton, NJ: Princeton University Press, 2002). Reprinted by permission of Princeton University Press, with updates provided by the authors.



Average money market rate, %, 2000–2008

Average inflation rate, %, 2000–2008

Japan

Turkey

▶ **FIGURE 27.4**

Countries with the highest interest rates generally have the highest inflation. In this diagram each of the 55 points represents the experience of a different country.

*Source:* Global Insight, WRDS (Wharton Research Data Services), http://wrds.wharton.upenn.edu

the century at roughly the same level as it began.[15] The second and third plots show the experiences of France and Italy, respectively. The fall in nominal exchange rates for both countries is much greater. Adjusting for changes in currency units, the equivalent of one French franc in 2008 bought about 1% of the dollars that it did at the start of 1900. The equivalent of one Italian lira bought about .4% of the number of dollars. In both cases the real exchange rates in 2008 are not much different from those at the beginning of the twentieth century. Of course, real exchange rates *do* change, sometimes quite sharply. For example, the real value of sterling rose by about 40% between the end of 2001 and the end of 2007. However, if you were a financial manager called on to make a long-term forecast of the exchange rate, you could not have done much better than to assume that changes in the value of the currency would offset the difference in inflation rates.

**4. Equal Real Interest Rates**   Finally we come to the relationship between interest rates in different countries. Do we have a single world capital market with the same *real* rate of interest in all countries? Does the difference in money interest rates equal the difference in the expected inflation rates?

This is not an easy question to answer since we cannot observe *expected* inflation. However, in Figure 27.4 we have plotted the average interest rate in each of 55 countries against the inflation that subsequently occurred. Japan is tucked into the bottom-left corner of the chart, while Turkey is represented by the dot in the top-right corner. You can see that, in general, the countries with the highest interest rates also had the highest inflation rates.

---

[15] The real exchange rate is equal to the nominal exchange rate multiplied by the inflation differential. For example, suppose that the value of sterling falls from $1.65 = £1 to $1.50 = £1 at the same time that the price of goods rises 10% faster in the United Kingdom than in the United States. The inflation-adjusted, or real, exchange rate is unchanged at

$$\text{Nominal exchange rate} \times (1 + i_£)/(1 + i_\$) = 1.5 \times 1.1 = \$1.65/£$$

There were much smaller differences between the real rates of interest than between the nominal (or money) rates.[16]

## 27-3 ● Hedging Currency Risk

Sharp exchange rate movements can make a large dent in corporate profits. To illustrate how companies cope with this problem, we look at a typical company in the United States, Outland Steel, and walk through its foreign exchange operations.

### EXAMPLE 27.1 ● Outland Steel

Outland Steel has a small but profitable export business. Contracts involve substantial delays in payment, but since the company has a policy of always invoicing in dollars, it is fully protected against changes in exchange rates. Recently the export department has become unhappy with this practice and believes that it is causing the company to lose valuable export orders to firms that are willing to quote in the customer's own currency.

You sympathize with these arguments, but you are worried about how the firm should price long-term export contracts when payment is to be made in foreign currency. If the value of that currency declines before payment is made, the company may suffer a large loss. You want to take the currency risk into account, but you also want to give the sales force as much freedom of action as possible.

Notice that Outland can insure against its currency risk by selling the foreign currency forward. This means that it can separate the problem of negotiating sales contracts from that of managing the company's foreign exchange exposure. The sales force can allow for currency risk by pricing on the basis of the forward exchange rate. And you, as financial manager, can decide whether the company *ought* to hedge.

What is the cost of hedging? You sometimes hear managers say that it is equal to the difference between the forward rate and *today's* spot rate. That is wrong. If Outland does not hedge, it will receive the spot rate at the time that the customer pays for the steel. Therefore, the cost of insurance is the difference between the forward rate and the expected spot rate when payment is received.

Insure or speculate? We generally vote for insurance. First, it makes life simpler for the firm and allows it to concentrate on its main business. Second, it does not cost much. (In fact, the cost is zero on average if the forward rate equals the expected spot rate, as the expectations theory of forward rates implies.) Third, the foreign currency market seems reasonably efficient, at least for the major currencies. Speculation should be a zero-NPV game, unless financial managers have information that is not available to the pros who make the market.

Is there any other way that Outland can protect itself against exchange loss? Of course. It can borrow foreign currency against its foreign receivables, sell the currency spot, and invest the proceeds in the United States. Interest rate parity theory tells us that in free markets the difference between selling forward and selling spot should be equal to the difference between the interest that you have to pay overseas and the interest that you can earn at home.

● ● ● ● ●

---

[16] In Chapter 3 we saw that in some countries the government has issued indexed bonds promising a fixed real return. The annual interest payment and the amount repaid at maturity increase with the rate of inflation. In these cases, therefore, we can observe and compare the real rate of interest. As we write this, real interest rates in Australia, Canada, France, Sweden, the U.K., and the United States cluster within the range of 0% to 2.5%.

Our discussion of Outland's export business illustrates four practical implications of our simple theories about forward exchange rates. First, you can use forward rates to adjust for exchange risk in contract pricing. Second, the expectations theory suggests that protection against exchange risk is usually worth having. Third, interest rate parity theory reminds us that you can hedge either by selling forward or by borrowing foreign currency and selling spot. Fourth, the cost of forward cover is not the difference between the forward rate and *today's* spot rate; it is the difference between the forward rate and the expected spot rate when the forward contract matures.

Perhaps we should add a fifth implication. You don't make money simply by buying currencies that go up in value and selling those that go down. For example, suppose that you buy Narnian leos and sell them after a year for 2% more than you paid for them. Should you give yourself a pat on the back? That depends on the interest that you have earned on your leos. If the interest rate on leos is 2 percentage points less than the interest rate on dollars, the profit on the currency is exactly canceled out by the reduction in interest income. Thus you make money from currency speculation only if you can predict whether the exchange rate will change by more or less than the interest rate differential. In other words, you must be able to predict whether the exchange rate will change by more or less than the forward premium or discount.

## Transaction Exposure and Economic Exposure

The exchange risk from Outland Steel's export business is due to delays in foreign currency payments and is therefore referred to as *transaction exposure*. Transaction exposure can be easily identified and hedged. Since a 1% fall in the value of the foreign currency results in a 1% fall in Outland's dollar receipts, for every euro or yen that Outland is owed by its customers, it needs to sell forward one euro or one yen.[17]

However, Outland may still be affected by currency fluctuations even if its customers do not owe it a cent. For example, Outland may be in competition with Swedish steel producers. If the value of the Swedish krona falls, Outland will need to cut its prices in order to compete.[18] Outland can protect itself against such an eventuality by selling the krona forward. In this case the loss on Outland's steel business will be offset by the profit on its forward sale.

Notice that Outland's exposure to the krona is not limited to specific transactions that have already been entered into. Financial managers often refer to this broader type of exposure as *economic exposure*.[19] Economic exposure is less easy to measure than transaction exposure. For example, it is clear that the value of Outland Steel is positively related to the value of the krona, so to hedge its position it needs to sell kronor forward. But in practice it may be hard to say exactly how many kronor Outland needs to sell.

The automobile industry provides a good example of an industry with significant economic exposure. Table 27.3 shows global automotive sales and production in 2003.[20] Panel A shows sales and panel B production. Notice that most manufacturers have significant sales in more than one market and are therefore potentially exposed to the risk of exchange rate fluctuations.

One solution is for the company to undertake *operational hedging* by balancing production closely with sales. Look, for example, at Ford. Thirty-eight percent of its sales are

---

[17] To put it another way, the hedge ratio is 1.0.

[18] Of course, if purchasing power parity always held, the fall in the value of the krona would be matched by higher inflation in Sweden. The risk for Outland is that the *real* value of the krona may decline, so that when measured in dollars Swedish costs are lower than previously. Unfortunately, it is much easier to hedge against a change in the *nominal* exchange rate than against a change in the *real* rate.

[19] Financial managers also refer to *translation exposure,* which measures the effect of an exchange rate change on the company's financial statements.

[20] See S. M. Bartram, G. W. Brown, and B. A. Minton, "Resolving the Exposure Puzzle: The Many Facets of Exchange Rate Exposure," *Journal of Financial Economics*, forthcoming.

| | Home Country | Europe | North America | Japan | Other |
|---|---|---|---|---|---|
| **Panel A: Sales, %** | | | | | |
| Ford | United States | 30.3% | 62.3% | 0.0% | 7.4% |
| General Motors | United States | 20.2 | 67.6 | 0.0 | 12.2 |
| Hyundai | South Korea | 17.5 | 31.1 | 0.0 | 51.4 |
| Honda | Japan | 7.5 | 54.8 | 25.6 | 12.1 |
| Isuzu | Japan | 1.8 | 14.0 | 27.8 | 56.4 |
| Mazda | Japan | 23.5 | 34.6 | 29.7 | 12.2 |
| Mitsubishi | Japan | 14.5 | 22.8 | 37.1 | 25.7 |
| Nissan | Japan | 18.8 | 40.2 | 31.5 | 9.5 |
| Suzuki | Japan | 14.2 | 4.5 | 41.9 | 39.4 |
| Toyota | Japan | 13.2 | 32.8 | 36.8 | 17.2 |
| Fiat | Italy | 80.1 | 0.0 | 0.0 | 19.8 |
| BMW | Germany | 64.6 | 30.6 | 0.0 | 4.9 |
| DaimlerChrysler | Germany | 28.4 | 68.4 | 0.0 | 3.2 |
| Volkswagen | Germany | 62.9 | 13.4 | 0.0 | 23.7 |
| Peugeot | France | 92.8 | 0.5 | 0.0 | 6.7 |
| Renault | France | 90.6 | 0.8 | 0.0 | 8.6 |
| **Panel B: Production, %** | | | | | |
| Ford | United States | 35.2% | 56.1% | 0.0% | 8.7% |
| General Motors | United States | 24.2 | 64.5 | 0.0 | 11.3 |
| Hyundai | South Korea | 1.3 | 0.0 | 0.0 | 98.7 |
| Honda | Japan | 6.7 | 43.2 | 40.2 | 9.9 |
| Isuzu | Japan | 1.0 | 7.2 | 56.2 | 35.6 |
| Mazda | Japan | 0.0 | 16.9 | 80.2 | 2.9 |
| Mitsubishi | Japan | 6.0 | 10.7 | 64.6 | 18.6 |
| Nissan | Japan | 15.3 | 27.8 | 51.5 | 5.4 |
| Suzuki | Japan | 6.7 | 0.5 | 59.3 | 33.5 |
| Toyota | Japan | 6.9 | 18.8 | 62.6 | 11.6 |
| Fiat | Italy | 79.4 | 0.0 | 0.0 | 20.6 |
| BMW | Germany | 80.3 | 14.8 | 0.0 | 4.9 |
| DaimlerChrysler | Germany | 34.6 | 63.0 | 0.0 | 2.4 |
| Volkswagen | Germany | 68.1 | 5.8 | 0.0 | 26.1 |
| Peugeot | France | 94.3 | 0.0 | 0.0 | 5.7 |
| Renault | France | 95.7 | 0.8 | 0.0 | 3.6 |

▶ **TABLE 27.3** Percentage sales and production of major automotive companies by geographic region for 2003.

*Source:* Adapted from Table 1 in S. M. Bartram, G. W. Brown, and B. A. Minton, "Resolving the Exposure Puzzle: The Many Facets of Exchange Rate Exposure," Working paper, *Journal of Financial Economics*, forthcoming, with original data from WARD'S *World Motor Vehicle Data Book* (2003).

outside North America, but so is 44% of its production. Because its costs and revenues in each currency are reasonably closely balanced, exchange rate changes do not affect its profits nearly as much as would be the case if its production were concentrated in one country.

Other manufacturers, particularly the Japanese firms, have less operational hedging. For example, Toyota produces 63% of its output in Japan, but only 37% is sold there. Exchange rate fluctuations are potentially a more serious risk for Toyota. On the other hand, the Japanese companies operate in a wider range of markets than U.S. firms. They have therefore diversified away a good part of their currency risk.

Operational hedging rarely eliminates all exchange risk. Look again at Ford. It is a net importer of autos and components into North America and is therefore exposed to a decline in the value of the dollar. Of course, Ford could try to pass some of the higher dollar cost of imported autos on to the customer, but competition limits the extent to which this is possible. Thus Ford's 2006 Annual Report commented as follows on the effect of the dollar's depreciation:

> The U.S. dollar has depreciated against most major currencies since 2002. This created downward margin pressure on auto manufacturers that have U.S. dollar revenue with foreign currency cost. Because we produce vehicles in Europe . . . for sale in the United States and produce components in Europe (e.g., engines) for use in some of our North American vehicles, we experienced margin pressure. . . . We, like any other automotive manufacturers with sales in the United States, are not always able to price for depreciation of the U.S. dollar due to the extremely competitive pricing environment in the United States.

In addition to operational hedging, Ford and other automobile companies also control exchange rate risk by using *financial hedges*. They do this by borrowing in foreign currencies, selling currency forward, or using foreign currency derivatives such as swaps and options. Ford's Annual Report describes how its financing subsidiary minimizes currency risk:

> To meet funding objectives, Ford Credit issues debt or, for its international affiliates, draws on local credit lines in a variety of currencies. Ford Credit faces exposure to currency exchange rate changes if a mismatch exists between the currency of its receivables and the currency of the debt funding those receivables. When possible, receivables are funded with debt in the same currency, minimizing exposure to exchange rate movements. When a different currency is used, Ford Credit seeks to minimize its exposure to changes in currency exchange rates by executing foreign currency derivatives. These derivatives convert substantially all of its foreign currency debt obligations to the local country currency of the receivables. As a result, Ford Credit's market risk exposure relating to currency exchange rates is believed to be immaterial.

Bartram, Brown, and Minton estimate that financial hedges allow the automobile industry to reduce its exchange rate risk by 45–50%. Operational hedges provide a 10–15% risk reduction and a further 10–15% of the risk is passed through to the customer in the form of price adjustments. In total auto manufacturers are able to reduce their currency exposure by about three-quarters.

## 27-4 Exchange Risk and International Investment Decisions

Suppose that the Swiss pharmaceutical company, Roche, is evaluating a proposal to build a new plant in the United States. To calculate the project's net present value, Roche forecasts the following dollar cash flows from the project:

| Cash Flows ($ millions) | | | | | |
|---|---|---|---|---|---|
| $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ |
| −1,300 | 400 | 450 | 510 | 575 | 650 |

These cash flows are stated in dollars. So to calculate their net present value Roche discounts them at the dollar cost of capital. (Remember dollars need to be discounted at a *dollar* rate, not the Swiss franc rate.) Suppose this cost of capital is 12%. Then

$$\text{NPV} = -1,300 + \frac{400}{1.12} + \frac{450}{1.12^2} + \frac{510}{1.12^3} + \frac{575}{1.12^4} + \frac{650}{1.12^5} = \$513 \text{ million}$$

To convert this net present value to Swiss francs, the manager can simply multiply the dollar NPV by the spot rate of exchange. For example, if the spot rate is SFr1.2/$, then the NPV in Swiss francs is

$$\text{NPV in francs} = \text{NPV in dollars} \times \text{SFr/\$} = 513 \times 1.2 = 616 \text{ million francs}$$

Notice one very important feature of this calculation. Roche does not need to forecast whether the dollar is likely to strengthen or weaken against the Swiss franc. No currency forecast is needed, because the company can hedge its foreign exchange exposure. In that case, the decision to accept or reject the pharmaceutical project in the United States is totally separate from the decision to bet on the outlook for the dollar. For example, it would be foolish for Roche to accept a poor project in the United States just because management is optimistic about the outlook for the dollar; if Roche wishes to speculate in this way it can simply buy dollars forward. Equally, it would be foolish for Roche to reject a good project just because management is pessimistic about the dollar. The company would do much better to go ahead with the project and sell dollars forward. In that way, it would get the best of both worlds.[21]

When Roche ignores currency risk and discounts the dollar cash flows at a dollar cost of capital, it is implicitly assuming that the currency risk is hedged. Let us check this by calculating the number of Swiss francs that Roche would receive if it hedged the currency risk by selling forward each future dollar cash flow.

We need first to calculate the forward rate of exchange between dollars and francs. This depends on the interest rates in the United States and Switzerland. For example, suppose that the dollar interest rate is 6% and the Swiss franc interest rate is 4%. Then interest rate parity theory tells us that the one-year forward exchange rate is

$$s_{\text{SFr/\$}} \times (1 + r_{\text{SFr}})/(1 + r_{\$}) = \frac{1.2 \times 1.04}{1.06} = 1.177$$

Similarly, the two-year forward rate is

$$s_{\text{SFr/\$}} \times (1 + r_{\text{SFr}})^2/(1 + r_{\$})^2 = \frac{1.2 \times 1.04^2}{1.06^2} = 1.155$$

So, if Roche hedges its cash flows against exchange rate risk, the number of Swiss francs it will receive in each year is equal to the dollar cash flow times the forward rate of exchange:

| Cash Flows (millions of Swiss francs) | | | | | |
|---|---|---|---|---|---|
| $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ |
| $-1,300 \times 1.2$ | $400 \times 1.177$ | $450 \times 1.555$ | $510 \times 1.133$ | $575 \times 1.112$ | $650 \times 1.091$ |
| $= -1,560$ | $= 471$ | $= 520$ | $= 578$ | $= 639$ | $= 709$ |

---

[21] There is a general point here that is not confined to currency hedging. Whenever you face an investment that appears to have a positive NPV, decide what it is that you are betting on and then think whether there is a more direct way to place the bet. For example, if a copper mine looks profitable only because you are unusually optimistic about the price of copper, then maybe you would do better to buy copper futures or the shares of other copper producers rather than opening a copper mine.

These cash flows are in Swiss francs and therefore they need to be discounted at the risk-adjusted Swiss franc discount rate. Since the Swiss rate of interest is lower than the dollar rate, the risk-adjusted discount rate must also be correspondingly lower. The formula for converting from the required dollar return to the required Swiss franc return is[22]

$$(1 + \text{Swiss franc return}) = (1 + \text{dollar return}) \times \frac{(1 + \text{Swiss franc interest rate})}{(1 + \text{dollar interest rate})}$$

In our example,

$$(1 + \text{Swiss franc return}) = 1.12 \times \frac{1.04}{1.06} = 1.099$$

Thus the risk-adjusted discount rate in dollars is 12%, but the discount rate in Swiss francs is only 9.9%.

All that remains is to discount the Swiss franc cash flows at the 9.9% risk-adjusted discount rate:

$$\text{NPV} = -1,560 + \frac{471}{1.099} + \frac{520}{1.099^2} + \frac{578}{1.099^3} + \frac{639}{1.099^4} + \frac{709}{1.099^5}$$
$$= 616 \text{ million francs}$$

Everything checks. We obtain exactly the same net present value by (a) ignoring currency risk and discounting Roche's dollar cash flows at the dollar cost of capital and (b) calculating the cash flows in francs on the assumption that Roche hedges the currency risk and then discounting these Swiss franc cash flows at the franc cost of capital.

To repeat: When deciding whether to invest overseas, separate out the investment decision from the decision to take on currency risk. This means that your views about future exchange rates should NOT enter into the investment decision. The simplest way to calculate the NPV of an overseas investment is to forecast the cash flows in the foreign currency and discount them at the foreign currency cost of capital. The alternative is to calculate the cash flows that you would receive if you hedged the foreign currency risk. In this case you need to translate the foreign currency cash flows into your own currency *using the forward exchange rate* and then discount these domestic currency cash flows at the domestic cost of capital. If the two methods don't give the same answer, you have made a mistake.

When Roche analyzes the proposal to build a plant in the United States, it is able to ignore the outlook for the dollar *only because it is free to hedge the currency risk.* Because investment in a pharmaceutical plant does not come packaged with an investment in the dollar, the opportunity for firms to hedge allows for better investment decisions.

## The Cost of Capital for International Investments

Roche should discount dollar cash flows at a dollar cost of capital. But how should a Swiss company like Roche calculate a cost of capital in dollars for an investment in the U.S.? There is no simple, consensus procedure for answering this question, but we suggest the following procedure as a start.

First you need to decide on the risk of a U.S. pharmaceutical investment to a Swiss investor. You could look at the betas of a sample of U.S. pharmaceutical companies *relative to the Swiss market index.*

---

[22] The following example should give you a feel for the idea behind this formula. Suppose the spot rate for Swiss francs is SFr1.2 = $1. Interest rate parity tells us that the forward rate must be $1.2 \times 1.04/1.06 = $ SFr 1.177/$. Now suppose that a share costs $100 and will pay an expected $112 at the end of the year. The cost to Swiss investors of buying the share is $100 \times 1.2 = $ SFr 120. If the Swiss investors sell forward the expected payoff, they will receive an expected $112 \times 1.177 = $ SFr 131.9. The expected return in Swiss francs is $131.9/120 - 1 = .099$, or 9.9%. More simply, the Swiss franc return is $1.12 \times 1.04/1.06 - 1 = .099$.

Why measure betas relative to the Swiss index, while a U.S. counterpart such as Merck would measure betas relative to the U.S. index? The answer lies in Section 7-4, where we explained that risk cannot be considered in isolation; it depends on the other securities in the investor's portfolio. Beta measures risk *relative to the investor's portfolio.* If U.S. investors already hold the U.S. market, an additional dollar invested at home is just more of the same. But if Swiss investors hold the Swiss market, an investment in the U.S. can reduce their risk because the Swiss and U.S. markets are not perfectly correlated. That explains why an investment in the U.S. can be lower risk for Roche's shareholders than for Merck's shareholders. It also explains why Roche's shareholders may be willing to accept a relatively low expected return from a U.S. investment.[23]

Suppose that you decide that the investment's beta relative to the Swiss market is .8 and that the market risk premium in Switzerland is 7.4%. Then the required return on the project can be estimated as

$$\text{Required return} = \text{Swiss interest rate} + (\text{beta} \times \text{Swiss market risk premium})$$
$$= 4 + (.8 \times 7.4) = 9.9$$

This is the project's cost of capital measured in Swiss francs. We used it above to discount the expected *Swiss franc* cash flows if Roche hedged the project against currency risk. We cannot use it to discount the *dollar* cash flows from the project.

To discount the expected *dollar* cash flows, we need to convert the Swiss franc cost of capital to a dollar cost of capital. This means running our earlier calculation in reverse:

$$(1 + \text{dollar return}) = (1 + \text{Swiss franc return}) \times \frac{(1 + \text{dollar interest rate})}{(1 + \text{Swiss franc interest rate})}$$

In our example,

$$(1 + \text{dollar return}) = 1.099 \times \frac{1.06}{1.04} = 1.12$$

We used this 12% dollar cost of capital to discount the forecasted dollar cash flows from the project.

When a company measures risk relative to its domestic market as in our example, its managers are implicitly assuming that shareholders hold simply domestic stocks. That is not a bad approximation, particularly in the U.S. Although U.S. investors can reduce their risk by holding an internationally diversified portfolio of shares, they generally invest only a small proportion of their money overseas. Why they are so shy is a puzzle. It looks as if they are worried about the costs of investing overseas, such as the extra costs involved in identifying which stocks to buy, or the possibility of unfair treatment by foreign companies or governments.

The world is getting smaller and "flatter," however, and investors everywhere are increasing their holdings of foreign securities. Pension funds and other institutional investors have diversified internationally, and dozens of mutual funds have been set up for people who want to invest abroad. If investors throughout the world held the world portfolio, then costs of capital would converge. The cost of capital would still depend on the risk of the investment, but not on the domicile of the investing company. There is some evidence that for large U.S. firms it does not make much difference whether a U.S. or global beta is used.

---

[23] When an investor holds an efficient portfolio, the expected reward for risk on each stock in the portfolio is proportional to its beta *relative to the portfolio.* So if the Swiss market index is an efficient portfolio for Swiss investors, then these investors will want Roche to invest in the U.S. if the expected rate of return more than compensates for the investment's beta relative to the Swiss index.

For smaller countries the evidence is not so clear-cut and sometimes a global beta may be more appropriate.[24]

### Do Some Countries Have a Lower Interest Rate?

Some countries enjoy much lower interest rates than others. For example, in early 2007, before the recent financial crisis, the long-term interest rate in Japan was about 1.4% and in Australia it was 5.9%. People often conclude from this kind of comparison that Japan has a low cost of capital.

This view is one part confusion and one part probable truth. The confusion arises because the interest rate in Japan is measured in yen and the rate in Australia is measured in Australian dollars. You would not say that a 10-inch-high rabbit was taller than a 9-foot elephant. In the same way it makes no sense to compare interest rates for different currencies.

But suppose that you measure the interest rate in real terms. Then you are comparing like with like, and it does make sense to ask whether the *real* cost of capital is lower in Japan. Real interest rates do sometimes diverge and, when that happens, investors may see a profit opportunity. For example, in early 2007, financial institutions had borrowed an estimated $200 billion in Japan and reinvested it at higher rates in other countries such as Australia.[25] These trades are known as *carry trades*. This huge volume of carry trades suggested that investors believed that the real cost of capital was indeed lower in Japan than in Australia and some other countries.

## 27-5 Political Risk

So far we have focused on the management of exchange rate risk, but managers also worry about political risk. By this they mean the threat that a government will change the rules of the game—that is, break a promise or understanding—*after* the investment is made. Of course political risks are not confined to overseas investments. Businesses in every country are exposed to the risk of unanticipated actions by governments or the courts. But in some parts of the world foreign companies are particularly vulnerable.

A number of consultancy services offer analyses of political and economic risks and draw up country rankings.[26] For example, Table 27.4 is an extract from the 2008 political risk rankings provided by the PRS Group. You can see that each country is scored on 12 separate dimensions. Finland comes top of the class overall, while Somalia languishes at the bottom.

Some managers dismiss political risk as an act of God, like a hurricane or earthquake. But the most successful multinational companies structure their business to reduce political risk. Foreign governments are not likely to expropriate a local business if it cannot operate without the support of its parent. For example, the foreign subsidiaries of American computer manufacturers or pharmaceutical companies would have relatively little value if they were cut off from the know-how of their parents. Such operations are much less likely to be expropriated than, say, a mining operation that can be operated as a stand-alone venture.

---

[24] See R. M. Stulz, "The Cost of Capital in Internationally Integrated Markets: The Case of Nestlé," *European Financial Management* 1, no. 1 (1995), pp. 11–22; R. S. Harris, F. C. Marston, D. R. Mishra, and T. J. O'Brien, "Ex Ante Cost of Capital Estimates of S&P 500 Firms: The Choice Between Global and Domestic CAPM," *Financial Management* (Autumn 2003), pp. 51–66; and Standard & Poor's, "Domestic vs Global CAPM," *Global Cost of Capital Report*, 4th Quarter 2003.

[25] See "Yen Low Sparks Carry Trade Alert," *Financial Times,* January 30, 2007. This carry trade proved profitable until August 2008, but in the following three months it went very sour, as the Australian dollar slumped by over 40% against the yen.

[26] For a discussion of these services see C. Erb, C. R. Harvey, and T. Viskanta, "Political Risk, Financial Risk, and Economic Risk," *Financial Analysts Journal* 52 (1996), pp. 28–46. Also, Campbell Harvey's Web page (**www.duke.edu/~charvey**) is a useful source of information on political risk.

| | A | B | C | D | E | F | G | H | I | J | K | L | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maximum | 12 | 12 | 12 | 12 | 12 | 6 | 6 | 6 | 6 | 6 | 6 | 4 | 100 |
| Finland | 9.5 | 9.5 | 12.0 | 11.0 | 11.5 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 4.0 | 93.5 |
| Sweden | 7.5 | 9.0 | 12.0 | 11.5 | 11.0 | 5.0 | 5.5 | 6.0 | 6.0 | 5.0 | 6.0 | 4.0 | 88.5 |
| Switzerland | 9.0 | 10.5 | 12.0 | 12.0 | 11.0 | 4.5 | 6.0 | 4.5 | 5.0 | 4.0 | 6.0 | 4.0 | 88.5 |
| Australia | 10.0 | 10.5 | 12.0 | 10.0 | 9.5 | 4.5 | 6.0 | 6.0 | 5.5 | 4.0 | 6.0 | 4.0 | 88.0 |
| Germany | 10.0 | 8.0 | 12.0 | 11.0 | 10.5 | 5.0 | 6.0 | 5.0 | 5.0 | 4.0 | 6.0 | 4.0 | 86.5 |
| Singapore | 11.0 | 9.5 | 12.0 | 10.5 | 10.5 | 4.5 | 5.0 | 4.5 | 5.0 | 6.0 | 2.0 | 4.0 | 84.5 |
| U.K. | 8.0 | 9.5 | 12.0 | 9.5 | 7.0 | 4.0 | 6.0 | 6.0 | 5.5 | 4.0 | 6.0 | 4.0 | 81.5 |
| France | 9.5 | 8.0 | 12.0 | 10.0 | 10.0 | 5.0 | 5.5 | 4.0 | 5.0 | 2.5 | 6.0 | 3.0 | 80.5 |
| Japan | 6.5 | 8.0 | 11.5 | 10.5 | 9.5 | 3.0 | 5.0 | 5.5 | 5.0 | 5.5 | 5.0 | 4.0 | 79.0 |
| U.S. | 6.0 | 8.0 | 12.0 | 10.0 | 7.0 | 4.0 | 4.0 | 5.5 | 5.0 | 5.0 | 6.0 | 4.0 | 76.5 |
| China, P.R. | 11.0 | 9.0 | 7.0 | 10.0 | 10.0 | 2.5 | 3.0 | 5.0 | 4.5 | 4.5 | 1.5 | 2.0 | 70.0 |
| Russian Fed. | 11.5 | 7.0 | 9.5 | 8.0 | 8.5 | 2.0 | 4.5 | 5.5 | 4.0 | 3.0 | 2.5 | 1.0 | 67.0 |
| Brazil | 8.5 | 6.0 | 7.5 | 10.0 | 10.5 | 2.0 | 4.0 | 6.0 | 2.0 | 3.0 | 5.0 | 2.0 | 66.5 |
| Turkey | 9.0 | 6.5 | 8.0 | 8.0 | 7.5 | 2.5 | 2.0 | 4.5 | 4.5 | 2.5 | 5.0 | 2.0 | 62.0 |
| India | 6.0 | 5.5 | 8.5 | 6.5 | 10.0 | 2.5 | 4.0 | 2.5 | 4.0 | 2.5 | 6.0 | 3.0 | 61.0 |
| Pakistan | 4.0 | 5.0 | 7.5 | 5.5 | 8.5 | 2.0 | 1.0 | 1.0 | 3.0 | 1.0 | 1.0 | 2.0 | 41.5 |
| Somalia | 5.5 | 0.0 | 2.0 | 4.0 | 4.0 | 1.0 | 1.0 | 3.0 | 0.5 | 2.0 | 1.0 | 0.0 | 24.0 |

▶ **TABLE 27.4** Political risk scores for a sample of countries, January 2008.

Key:
A Government stability
B Socioeconomic conditions
C Investment profile
D Internal conflict
E External conflict
F Corruption
G Military in politics
H Religious tensions
I Law and order
J Ethnic tensions
K Democratic accountability
L Bureaucracy quality

*Source: International Country Risk Guide,* a publication of The PRS Group, Inc. (**www.prsgroup.com**), 2008.

We are not recommending that you turn your silver mine into a pharmaceutical company, but you may be able to plan your overseas manufacturing operations to improve your bargaining position with foreign governments. For example, Ford has integrated its overseas operations so that the manufacture of components, subassemblies, and complete automobiles is spread across plants in a number of countries. None of these plants would have much value on its own, and Ford can switch production between plants if the political climate in one country deteriorates.

Multinational corporations have also devised financing arrangements to help keep foreign governments honest. For example, suppose your firm is contemplating an investment of $500 million to reopen the San Tomé silver mine in Costaguana with modern machinery, smelting equipment, and shipping facilities.[27] The Costaguanan government agrees to invest in roads and other infrastructure and to take 20% of the silver produced by the mine in lieu of taxes. The agreement is to run for 25 years.

The project's NPV on these assumptions is quite attractive. But what happens if a new government comes into power five years from now and imposes a 50% tax on "any precious metals exported from the Republic of Costaguana"? Or changes the government's share of output from 20% to 50%? Or simply takes over the mine "with fair compensation to be determined in due course by the Minister of Natural Resources of the Republic of Costaguana"?

---

[27] The early history of the San Tomé mine is described in Joseph Conrad's *Nostromo.*

No contract can absolutely restrain sovereign power. But you can arrange project financing to make these acts as painful as possible for the foreign government. For example, you might set up the mine as a subsidiary corporation, which then borrows a large fraction of the required investment from a consortium of major international banks. If your firm guarantees the loan, make sure the guarantee stands only if the Costaguanan government honors its contract. The government will be reluctant to break the contract if that causes a default on the loans and undercuts the country's credit standing with the international banking system.

If possible, you should arrange for the World Bank (or one of its affiliates) to finance part of the project or to guarantee your loans against political risk.[28] Few governments have the guts to take on the World Bank. Here is another variation on the same theme. Arrange to borrow, say, $450 million through the Costaguanan Development Agency. In other words, the development agency borrows in international capital markets and relends to the San Tomé mine. Your firm agrees to stand behind the loan as long as the government keeps its promises. If it does keep them, the loan is your liability. If not, the loan is *its* liability.

Political risk is not confined to the risk of expropriation. Multinational companies are always exposed to the criticism that they siphon funds out of countries in which they do business, and, therefore, governments are tempted to limit their freedom to repatriate profits. This is most likely to happen when there is considerable uncertainty about the rate of exchange, which is usually when you would most like to get your money out. Here again a little forethought can help. For example, there are often more onerous restrictions on the payment of dividends to the parent than on the payment of interest or principal on debt. Royalty payments and management fees are less sensitive than dividends, particularly if they are levied equally on all foreign operations. A company can also, within limits, alter the price of goods that are bought or sold within the group, and it can require more or less prompt payment for such goods.

Calculating NPVs for investment projects becomes exceptionally difficult when political risks are significant. You have to estimate cash flows and project life with extra caution. You may want to take a peek at the discounted payback period (see Chapter 5), on the theory that quick-payback projects are less exposed to political risks. But do not try to compensate for political risks by adding casual fudge factors to discount rates. Fudge factors spawn bias and confusion, as we explained in Chapter 9.

---

[28] In Section 24-7 we described how the World Bank provided the Hubco power project with a guarantee against political risk.

Visit us at www.mhhe.com/bma

## SUMMARY

The international financial manager has to cope with different currencies, interest rates, and inflation rates. To produce order out of chaos, the manager needs some model of how they are related. We described four very simple but useful theories.

Interest rate parity theory states that the interest differential between two countries must be equal to the difference between the forward and spot exchange rates. In the international markets, arbitrage ensures that parity almost always holds. There are two ways to hedge against exchange risk: One is to take out forward cover; the other is to borrow or lend abroad. Interest rate parity tells us that the costs of the two methods should be the same.

The expectations theory of exchange rates tells us that the forward rate equals the expected spot rate. In practice forward rates seem to incorporate a risk premium, but this premium is about equally likely to be negative as positive.

In its strict form, purchasing power parity states that $1 must have the same purchasing power in every country. That doesn't square well with the facts, for differences in inflation rates are not perfectly related to changes in exchange rates. This means that there may be some

genuine exchange risks in doing business overseas. On the other hand, the difference in inflation rates is just as likely to be above as below the change in the exchange rate.

Finally, we saw that in an integrated world capital market real rates of interest would have to be the same. In practice government regulation and taxes can cause differences in real interest rates. But do not simply borrow where interest rates are lowest. Those countries are also likely to have the lowest inflation rates and the strongest currencies.

With these precepts in mind we showed how you can use forward markets or the loan markets to hedge transactions exposure, which arises from delays in foreign currency payments and receipts. But the company's financing choices also need to reflect the impact of a change in the exchange rate on the value of the entire business. This is known as economic exposure. Companies protect themselves against economic exposure either by hedging in the financial markets or by building plants overseas.

Because companies can hedge their currency risk, the decision to invest overseas does not involve currency forecasts. There are two ways for a company to calculate the NPV of an overseas project. The first is to forecast the foreign currency cash flows and to discount them at the foreign currency cost of capital. The second is to translate the foreign currency cash flows into domestic currency assuming that they are hedged against exchange rate risk. These domestic currency flows can then be discounted at the domestic cost of capital. The answers should be identical.

In addition to currency risk, overseas operations may be exposed to extra political risk. However, firms may be able to structure the financing to reduce the chances that government will change the rules of the game.

● ● ● ● ●

**FURTHER READING**

*There are a number of useful textbooks in international finance. Here is a small selection:*

P. Sercu, *International Finance: Theory into Practice* (Princeton: Princeton University Press, 2009).

D. K. Eiteman, A. I. Stonehill, and M. H. Moffett, *Multinational Business Finance,* 11th ed. (Reading, MA: Pearson Addison Wesley, 2007).

A. C. Shapiro, *Multinational Financial Management,* 8th ed. (New York: John Wiley & Sons, 2006).

*Here are some general discussions of international investment decisions and associated exchange risks:*

G. Allayanis, J. Ihrig, and J. P. Weston, "Exchange-Rate Hedging: Financial versus Operational Strategies," *American Economic Review* 91 (May 2001), pp. 391–395.

D. R. Lessard, "Global Competition and Corporate Finance in the 1990s," *Journal of Applied Corporate Finance* 3 (Winter 1991), pp. 59–72.

M. D. Levi and P. Sercu, "Erroneous and Valid Reasons for Hedging Foreign Exchange Exposure," *Journal of Multinational Financial Management* 1 (1991), pp. 25–37.

*Listed below are a few of the articles on the relationship between interest rates, exchange rates, and inflation:*

*Forward and spot exchange rates*

M. D. Evans and K. K. Lewis, "Do Long-Term Swings in the Dollar Affect Estimates of the Risk Premia?" *Review of Financial Studies* 8 (1995), pp. 709–742.

*Interest rate parity*

K. Clinton, "Transaction Costs and Covered Interest Arbitrage: Theory and Evidence," *Journal of Political Economy* 96 (April 1988), pp. 358–370.

*Purchasing power parity*

K. Froot and K. Rogoff, "Perspectives on PPP and Long-run Real Exchange Rates," in G. Grossman and K. Rogoff (eds.), *Handbook of International Economics* (Amsterdam: North-Holland Publishing Company, 1995).

K. Rogoff, "The Purchasing Power Parity Puzzle," *Review of Economic Literature* 34 (June 1996), pp. 667–668.

A. M. Taylor and M. P. Taylor, "The Purchasing Power Parity Debate," *Journal of Economic Perspectives* 18 (Autumn 2004), pp. 135–158.

 **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

### BASIC

1. Look at Table 27.1.
   a. How many Japanese yen do you get for your dollar?
   b. What is the one-month forward rate for yen?
   c. Is the yen at a forward discount or premium on the dollar?
   d. Use the one-year forward rate to calculate the annual percentage discount or premium on yen.
   e. If the one-year interest rate on dollars is 1.5% annually compounded, what do you think is the one-year interest rate on yen?
   f. According to the expectations theory, what is the expected spot rate for yen in three months' time?
   g. According to purchasing power parity theory, what then is the expected difference in the three-month rate of price inflation in the United States and Japan?

2. Define each of the following theories in a sentence or simple equation:
   a. Interest rate parity.
   b. Expectations of forward rates.
   c. Purchasing power parity.
   d. International capital market equilibrium (relationship of real and nominal interest rates in different countries).

3. In March 1997 the exchange rate for the Indonesian rupiah was R 2,419 = $1. Inflation in the year to March 1998 was about 30% in Indonesia and 2% in the United States.
   a. If purchasing power parity held, what should have been the nominal exchange rate in March 1998?
   b. The actual exchange rate in March 1998 (in the middle of the Asian currency crisis) was R 8,325 = $1. What was the change in the *real* exchange rate?

4. The following table shows interest rates and exchange rates for the U.S. dollar and the Philippine peso in 2007. The spot exchange rate is 47.46 pesos = $1. Complete the missing entries:

|                                            | 1 Month | 3 Months | 1 Year |
|--------------------------------------------|:-------:|:--------:|:------:|
| Dollar interest rate (annually compounded) |   5.3   |   5.3    |   ?    |
| Peso interest rate (annually compounded)   |  4.15   |    ?     |  4.95  |
| Forward pesos per dollar                   |    ?    |    ?     | 47.482 |
| Forward premium on peso (% per year)       |    ?    |  +0.19   |   ?    |

5. An importer in the United States is due to take delivery of clothing from Mexico in six months. The price is fixed in Mexican pesos. Which of the following transactions could eliminate the importer's exchange risk?

   a. Sell six-month call options on pesos.

   b. Buy pesos forward.

   c. Sell pesos forward.

   d. Sell pesos in the currency futures market.

   e. Borrow pesos; buy dollars at the spot exchange rate.

   f. Sell pesos at the spot exchange rate; lend dollars.

**6.** A U.S. company has committed to pay 10 million kronor to a Swedish company in one year. What is the cost (in present value) of covering this liability by buying kronor forward? The Swedish interest rate is .6%, and exchange rates are shown in Table 27.1. Briefly explain.

**7.** A firm in the United States is due to receive payment of €1 million in eight years' time. It would like to protect itself against a decline in the value of the euro, but finds it difficult to get forward cover for such a long period. Is there any other way in which it can protect itself?

**8.** Suppose that two-year interest rates are 5.2% in the United States and 1.0% in Japan. The spot exchange rate is ¥120.22/$. Suppose that one year later interest rates are 3% in both countries, while the value of the yen has appreciated to ¥115.00/$.

   a. Benjamin Pinkerton from New York invested in a U.S. two-year zero-coupon bond at the start of the period and sold it after one year. What was his return?

   b. Madame Butterfly from Osaka bought some dollars. She also invested in the two-year U.S. zero-coupon bond and sold it after one year. What was her return *in yen?*

   c. Suppose that Ms. Butterfly had correctly forecasted the price at which she sold her bond and that she hedged her investment against currency risk. How could she have done so? What would have been her return in yen?

**9.** It is the year 2018 and Pork Barrels Inc. is considering construction of a new barrel plant in Spain. The forecasted cash flows in millions of euros are as follows:

| $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ |
|---|---|---|---|---|---|
| −80 | +10 | +20 | +23 | +27 | +25 |

The spot exchange rate is $1.2 = €1. The interest rate in the United States is 8% and the euro interest rate is 6%. You can assume that pork barrel production is effectively risk-free.

   a. Calculate the NPV of the euro cash flows from the project. What is the NPV in dollars?

   b. What are the dollar cash flows from the project if the company hedges against exchange rate changes?

   c. Suppose that the company expects the euro to depreciate by 5% a year. How does this affect the value of the project?

## INTERMEDIATE

**10.** Table 27.1 shows the 90-day forward rate on the South African rand.

   a. Is the dollar at a forward discount or premium on the rand?

   b. What is the annual *percentage* discount or premium?

   c. If you have no other information about the two currencies, what is your best guess about the spot rate on the rand three months hence?

   d. Suppose that you expect to receive 100,000 rand in three months. How many dollars is this likely to be worth?

Visit us at www.mhhe.com/bma

> **TABLE 27.5**
> Interest rates and
> exchange rates.
>
> *Number of units of
> foreign currency that can be
> exchanged for $1.

| | Interest Rate (%) | Spot Exchange Rate* | 1-Year Forward Exchange Rate* |
|---|---|---|---|
| United States (dollar) | 3 | — | — |
| Costaguana (pulga) | 23 | 10,000 | 11,942 |
| Westonia (ruple) | 5 | 2.6 | 2.65 |
| Gloccamorra (pint) | 8 | 17.1 | 18.2 |
| Anglosaxophonia (wasp) | 4.1 | 2.3 | 2.28 |

**11.** Look at Table 27.1. If the three-month interest rate on dollars is 0.2%, what do you think is the three-month interest rate on South African rand? Explain what would happen if the rate were substantially above your figure.

**12.** Ms. Rosetta Stone, the treasurer of International Reprints, Inc., has noticed that the interest rate in Japan is below the rates in most other countries. She is, therefore, suggesting that the company should make an issue of Japanese yen bonds. Does this make sense?

**13.** Suppose you are the treasurer of Lufthansa, the German international airline. How is company value likely to be affected by exchange rate changes? What policies would you adopt to reduce exchange rate risk?

**14.** Companies may be affected by changes in the nominal exchange rate or in the real exchange rate. Explain how this can occur. Which risks are easiest to hedge against?

**15.** A Ford dealer in the United States may be exposed to a devaluation of the yen if this leads to a cut in the price of Japanese cars. Suppose that the dealer estimates that a 1% decline in the value of the yen would result in a permanent decline of 5% in the dealer's profits. How should she hedge against this risk, and how should she calculate the size of the hedge position? (*Hint:* You may find it helpful to refer back to Section 26-6.)

**16.** You have bid for a possible export order that would provide a cash inflow of €1 million in six months. The spot exchange rate is $1.3549 = €1 and the six-month forward rate is $1.3620 = €1. There are two sources of uncertainty: (1) the euro could appreciate or depreciate and (2) you may or may not receive the export order. Illustrate in each case the final payoffs if (a) you sell one million euros forward, and (b) you buy a six-month option to sell euros with an exercise price of $1.3620/€.

**17.** In July 2009, an American investor buys 1,000 shares in a Mexican company at a price of 500 pesos each. The share does not pay any dividend. A year later she sells the shares for 550 pesos each. The exchange rates when she buys the stock are shown in Table 27.1. Suppose that the exchange rate at the time of sale is peso 16.0/$.

a. How many dollars does she invest?

b. What is her total return in pesos? In dollars?

c. Do you think that she has made an exchange rate profit or loss? Explain.

**18.** Table 27.5 above shows the annual interest rate (annually compounded) and exchange rates against the dollar for different currencies. Are there any arbitrage opportunities? If so, how would you secure a positive cash flow today, while zeroing out all future cash flows?

**19.** "Last year we had a substantial income in sterling, which we hedged by selling sterling forward. In the event sterling appreciated. So our decision to sell forward cost us a lot of money. I think that in the future we should either stop hedging our currency exposure or just hedge when we think sterling is overvalued." As financial manager, how would you respond to your chief executive's comment?

**20.** Carpet Baggers, Inc., is proposing to construct a new bagging plant in a country in Europe. The two prime candidates are Germany and Switzerland. The forecasted cash flows from the proposed plants are as follows:

**Visit us at www.mhhe.com/bma**



eXcel
Visit us at
www.mhhe.com/bma

|  | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | IRR(%) |
|---|---|---|---|---|---|---|---|---|
| Germany (millions of euros) | −60 | +10 | +15 | +15 | +20 | +20 | +20 | 18.8 |
| Switzerland (millions of Swiss francs) | −120 | +20 | +30 | +30 | +35 | +35 | +35 | 12.8 |

The spot exchange rate for euros is \$1.3/€, while the rate for Swiss francs is SFr 1.5/\$. The interest rate is 5% in the United States, 4% in Switzerland, and 6% in the euro countries. The financial manager has suggested that, if the cash flows were stated in dollars, a return in excess of 10% would be acceptable.

Should the company go ahead with either project? If it must choose between them, which should it take?

## CHALLENGE

21. If investors recognize the impact of inflation and exchange rate changes on a firm's cash flows, changes in exchange rates should be reflected in stock prices. How would the stock price of each of the following Swiss companies be affected by an unanticipated appreciation of the Swiss franc of 10%? Assume that only 2% of the appreciation can be attributed to increased inflation in the rest of the world (relative to the Swiss inflation rate).

   a. *A Swiss airline:* More than two-thirds of its employees are Swiss. Most revenues come from international fares set in U.S. dollars.

   b. *Nestlé:* Fewer than 5% of its employees are Swiss. Most revenues are derived from sales of consumer goods in a wide range of countries with competition from local producers.

   c. *UBS:* Forty percent of the employees work in Switzerland. The bank's Group Treasury periodically hedges any non-Swiss franc monetary positions.

22. Alpha and Omega are U.S. corporations. Alpha has a plant in Hamburg that imports components from the United States, assembles them, and then sells the finished product in Germany. Omega is at the opposite extreme. It also has a plant in Hamburg, but it buys its raw material in Germany and exports its output back to the United States. How is each firm likely to be affected by a fall in the value of the euro? How could each firm hedge itself against exchange risk?

1. Find the foreign exchange rate tables in the online versions of *The Wall Street Journal* (**www.wsj.com**) or the *Financial Times* (**www.ft.com**).

   a. How many U.S. dollars are worth one Canadian dollar today?

   b. How many Canadian dollars are worth one U.S. dollar today?

   c. Suppose that you arrange today to buy Canadian dollars in 90 days. How many Canadian dollars could you buy for each U.S. dollar?

   d. If forward rates simply reflect market expectations, what is the likely spot exchange rate for the Canadian dollar in 90 days' time?

   e. Look at the table of money rates in the same issue. What is the three-month interest rate on dollars?

   f. Can you deduce the likely three-month interest rate for the Canadian dollar?

**REAL-TIME DATA ANALYSIS**

Visit us at www.mhhe.com/bma

g. You can also buy currency for future delivery in the financial futures market. Look at the table of futures prices. What is the rate of exchange for Canadian dollars to be delivered in approximately six months' time?

2. Find the foreign exchange rate tables in the online versions of *The Wall Street Journal* (**www.wsj.com**) or the *Financial Times* (**www.ft.com**). How many Swiss francs can you buy for $1? How many Hong Kong dollars can you buy? What rate do you think a Swiss bank would quote for buying or selling Hong Kong dollars? Explain what would happen if it quoted a rate that was substantially above your figure.

## MINI-CASE ● ● ● ● ●

### Exacta, s.a.

Exacta, s.a., is a major French producer, based in Lyons, of precision machine tools. About two-thirds of its output is exported. The majority of these sales is within the European Union. However, the company also has a thriving business in the United States, despite strong competition from several U.S. firms. Exacta usually receives payment for exported goods within two months of the invoice date, so that at any point in time only about one-sixth of annual exports to the United States is exposed to currency risk.

The company believes that its North American business is now large enough to justify a local manufacturing operation, and it has recently decided to establish a plant in South Carolina. Most of the output from this plant will be sold in the United States, but the company believes that there should also be opportunities for future sales in Canada and Mexico.

The South Carolina plant will involve a total investment of $380 million and is expected to be in operation by the year 2012. Annual revenues from the plant are expected to be about $420 million and the company forecasts net profits of $52 million a year. Once the plant is up and running, it should be able to operate for several years without substantial additional investment.

Although there is widespread enthusiasm for the project, several members of the management team have expressed anxiety about possible currency risk. M. Pangloss, the finance director, reassured them that the company was not a stranger to currency risk; after all, the company is already exporting about $320 million of machine tools each year to the United States and has managed to exchange its dollar revenue for euros without any major losses. But not everybody was convinced by this argument. For example, the CEO, M. B. Bardot, pointed out that the $380 million to be invested would substantially increase the amount of money at risk if the dollar fell relative to the euro. M. Bardot was notoriously risk-averse on financial matters and would push for complete hedging if practical.

M. Pangloss attempted to reassure the CEO. At the same time, he secretly shared some of the anxieties about exchange rate risk. Nearly all the revenues from the South Carolina plant would be in U.S. dollars and the bulk of the $380 million investment would likewise be incurred in the United States. About two-thirds of the operating costs would be in dollars, but the remaining one-third would represent payment for components brought in from Lyons plus the charge by the head office for management services and use of patents. The company has yet to decide whether to invoice its U.S. operation in dollars or euros for these purchases from the parent company.

M. Pangloss is optimistic that the company can hedge itself against currency risk. His favored solution is for Exacta to finance the plant by a $380 million issue of dollar bonds. That way the dollar investment would be offset by a matching dollar liability. An alternative is for the company to sell forward at the beginning of each year the expected revenues from the U.S. plant. But

**Visit us at www.mhhe.com/bma**

he realizes from experience that these simple solutions might carry hidden dangers. He decides to slow down and think more systematically about the additional exchange risk from the U.S. operation.

### QUESTIONS

1. What would Exacta's true exposure be from its new U.S. operations, and how would it change from the company's current exposure?
2. Given that exposure, what would be the most effective and inexpensive approach to hedging?

# Financial Analysis

▸ **Good financial managers** plan for the future. They check that they will have enough cash to pay the upcoming tax bill or dividend payment. They think about how much investment the firm will need to make over the next few years and about how they might finance that investment. They reflect on whether they are well placed to ride out an unexpected downturn in demand or an increase in the cost of materials.

In Chapter 29 we will describe how the financial manager develops both short- and long-term financial plans. But knowing where you stand today is a necessary prelude to contemplating where you might be in the future. Therefore, in this chapter we show how the firm's financial statements help you to understand the firm's overall performance and how some key financial ratios may alert senior management to potential problem areas. For example, when the firm needs a loan from the bank, the financial manager can expect some searching questions about the firm's debt ratio and the proportion of profits that is absorbed by interest. Likewise, if a division is earning a low return on its capital or its profit margins are under pressure, you can be sure that management will demand an explanation.

You have probably heard stories of whizzes who can take a company's accounts apart in minutes, calculate some financial ratios, and divine the company's future. Such people are like abominable snowmen: often spoken of but never truly seen. Financial ratios are no substitute for a crystal ball. They are just a convenient way to summarize large quantities of financial data and to compare firms' performance. The ratios help you to ask the right questions; they seldom answer them.

●●●●●

## 28-1 Financial Statements

Public companies have a variety of stakeholders, such as shareholders, bondholders, bankers, suppliers, employees, and management. All these stakeholders need to monitor the firm and to ensure that their interests are being served. They rely on the company's financial statements to provide the necessary information. Public companies report to their shareholders quarterly and annually. The annual financial statements are filed with the SEC on form 10-K and the quarterly statements are filed on form 10-Q. Therefore you often hear financial analysts refer loosely to the company's "10-K" or its "10-Q."

When reviewing a company's financial statements, it is important to remember that accountants still have a fair degree of leeway in reporting earnings and book values. For example, they have discretion in the choice of depreciation method and the speed at which the firm's assets are written off.

Although accountants around the world are working toward common practices, there are still considerable variations in the accounting rules of different countries. In Anglo-Saxon

# Speaking in Tongues

▶ Forget Esperanto. Too straightforward. The *lingua franca* that is increasingly spanning the globe is a tongue-twisting accounting-speak that is forcing even Americans to rethink some precious notions of financial sovereignty.

International Financial Reporting Standards (IFRS), which aim to harmonize financial reporting in a world of cross-border trade and investment, have made great strides since they were adopted by 7,000 or so listed companies in the European Union. To date, over 100 countries from Canada to China have adopted the rules or say they plan to adopt them. The London-based International Accounting Standards Board (IASB) expects that to swell to 150 in the next four years.

Even America, no ardent internationalist, is working with the IASB to narrow the gap between its own accounting standards and IFRS, which rules foreign companies listed in America could choose by 2009 or possibly sooner. Today such companies must "reconcile" their accounts with American rules—a costly exercise that some believe is driving foreign listings away from the United States.

In 2007 America's Securities and Exchange Commission (SEC) unexpectedly floated the idea of giving American, and not just foreign, companies the choice of using IFRS. Critics of the idea claim that this will give companies the option of shopping around for whichever regime best suits their business. Inevitably, however, by opening the door (if only a crack), America's own accounting regime would be in jeopardy.

Whether pure IFRS or not, all countries are prone to interpret the rules in ways that reflect their old accounting standards. Regulators are working through IOSCO, an international body of securities regulators, to attempt to whittle down these differences. The task is further complicated by the fact that international accounting rules tend to be "principles based," which means there are no hard-and-fast codes to follow. This is different from America, where accounting principles are accompanied by thousands of pages of prescriptive regulatory guidance and interpretations from auditors and accounting groups, some of it gleaned from SEC speeches. IFRS have no such baggage, leaving more room for judgment.

**Source:** Adapted from "Speaking in Tongues," *The Economist*, May 19, 2007, p. 83.

---

countries such as the U.S. or the U.K., which have large and active equity markets, the rules have been designed largely with the shareholder in mind. By contrast, in Germany the focus of accounting standards is to verify that the creditors are properly protected.

Another difference is the way that taxes are shown in the income statement. For example, in Germany taxes are paid on the published profits, and the depreciation method must therefore be approved by the revenue service. That is not the case in Anglo-Saxon countries, where the numbers shown in the published accounts are generally *not* the basis for calculating the company's tax payments. For instance, the depreciation method used to calculate the published profits usually differs from the depreciation method used by the tax authorities.

For investors and multinational companies these variations in accounting rules can be irksome. Accounting bodies have therefore been getting together to see whether they can iron out some of the differences. It is not a simple task, as the nearby box illustrates.

## 28-2 Lowe's Financial Statements

Your task is to assess the financial standing of Lowe's, the home improvement retailer. Perhaps you are a mutual fund manager trying to decide whether to allocate $25 million of new money to Lowe's stock. Perhaps you are a major shareholder pondering a sellout.

You could be an investment banker seeking business from the company or a bondholder concerned with its credit standing. You could be the financial manager of Lowe's or of one of its competitors.

In each case your first step is to assess the company's *current* condition. You have before you the latest balance sheet and income statement.

## The Balance Sheet

Table 28.1 sets out a simplified balance sheet for Lowe's Companies for its fiscal year 2008. It provides a snapshot of the company's assets at the end of that year and the sources of the money that was used to buy those assets.

The assets are listed in declining order of liquidity. For example, the accountant lists first those assets that are most likely to be turned into cash in the near future. They include cash itself, marketable securities and receivables (that is, bills to be paid by the firm's customers), and inventories of raw materials, work in process, and finished goods. These assets are all known as *current assets*.

▶ **TABLE 28.1**

Balance sheet of Lowe's Companies, fiscal 2007 and 2008 (figures in $ millions).



Visit us at
www.mhhe.com/bma

| | 2008 | 2007 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and marketable securities | 661 | 530 |
| Accounts receivable | 166 | 247 |
| Inventories | 8,209 | 7,611 |
| Other current assets | 215 | 298 |
| Total current assets | 9,251 | 8,686 |
| | | |
| Fixed assets: | | |
| Tangible fixed assets | | |
| Property, plant, and equipment | 31,477 | 28,836 |
| *Less* accumulated depreciation | 8,755 | 7,475 |
| Net tangible fixed assets | 22,722 | 21,361 |
| | | |
| Long-term investments | 253 | 509 |
| Other long-term assets | 460 | 313 |
| Total assets | 32,686 | 30,869 |
| | | |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Debt due for repayment | 1,021 | 1,104 |
| Accounts payable | 4,543 | 4,137 |
| Other current liabilities | 2,458 | 2,510 |
| Total current liabilities | 8,022 | 7,751 |
| | | |
| Long-term debt | 5,039 | 5,576 |
| Deferred income taxes | 660 | 670 |
| Other long-term liabilities | 910 | 774 |
| Total liabilities | 14,631 | 14,771 |
| | | |
| Common stock and other paid-in capital | 735 | 729 |
| Retained earnings and capital surplus | 17,320 | 15,369 |
| Total shareholders' equity | 18,055 | 16,098 |
| Total liabilities and shareholders' equity | 32,686 | 30,869 |

The remaining assets on the balance sheet consist of long-term, usually illiquid, assets such as warehouses, stores, fixtures, and vehicles. The balance sheet does not show up-to-date market values of these long-term assets. Instead, the accountant records the amount that each asset originally cost and deducts a fixed annual amount for depreciation of buildings, plant, and equipment. The balance sheet does not include all the company's assets. Some of the most valuable ones are intangible, such as reputation, skilled management, and a well-trained labor force. Accountants are generally reluctant to record these assets in the balance sheet unless they can be readily identified and valued.

Now look at the right-hand portion of Lowe's balance sheet, which shows where the money to buy the assets came from.[1] The accountant starts by looking at the liabilities, that is, the money owed by the company. First come those liabilities that need to be paid off in the near future. These *current liabilities* include debts that are due to be repaid within the next year and payables (that is, amounts owed by the company to its suppliers).

The difference between the current assets and current liabilities is known as the *net current assets* or *net working capital*. It roughly measures the company's potential reservoir of cash. For Lowe's in 2008

$$\text{Net working capital} = \text{current assets} - \text{current liabilities}$$
$$= 9,251 - 8,022 = \$1,229 \text{ million}$$

The bottom portion of the balance sheet shows the sources of the cash that was used to acquire the net working capital and fixed assets. Some of the cash has come from the issue of bonds and leases that will not be repaid for many years. After all these long-term liabilities have been paid off, the remaining assets belong to the common stockholders. The company's equity is simply the total value of the net working capital and fixed assets less the long-term liabilities. Part of this equity has come from the sale of shares to investors, and the remainder has come from earnings that the company has retained and invested on behalf of the shareholders.

## The Income Statement

If Lowe's balance sheet resembles a snapshot of the firm at a particular point in time, its income statement is like a video. It shows how profitable the firm has been over the past year.

Look at the summary income statement in Table 28.2. You can see that during 2008 Lowe's sold goods worth $48,230 million. The total cost of purchasing and selling these

|  | $ millions |
|---|---|
| Net sales | 48,230 |
| Cost of goods sold | 31,729 |
| Selling, general, and administrative expenses | 11,158 |
| Depreciation | 1,539 |
| Earnings before interest and taxes (EBIT) | 3,804 |
| Interest expense | 298 |
| Taxable income | 3,506 |
| Tax | 1,311 |
| Net income | 2,195 |
|  |  |
| Dividends | 491 |
| Addition to retained earnings | 1,704 |

▶ **TABLE 28.2**
Income statement of Lowe's Companies, 2008 (figures in $ millions).




Visit us at
www.mhhe.com/bma

---

[1] The British and Americans can never agree whether to keep to the left or the right. British accountants list liabilities on the left and assets on the right. (The right-hand side is actually plotted below in the table.)

goods was $31,729 + $11,158 = $42,887 million.[2] In addition to these out-of-pocket expenses, Lowe's also deducted depreciation of $1,539 million for the value of the fixed assets used up in producing the goods. Thus Lowe's earnings before interest and taxes (EBIT) were

$$EBIT = \text{total revenues} - \text{costs} - \text{depreciation}$$
$$= 48,230 - 42,887 - 1,539$$
$$= \$3,804 \text{ million}$$

Of this sum $298 million went to pay the interest on the short- and long-term debt (remember debt interest is paid out of pretax income) and a further $1,311 million went to the government in the form of taxes. The $2,195 million that was left over belonged to the shareholders. Lowe's paid out $491 million as dividends and reinvested the remainder in the business.

## 28-3 Measuring Lowe's Performance

You want to use Lowe's financial statements to assess its financial performance and current standing. Where do you start?

At the close of fiscal 2008 Lowe's common stock was priced at $18.19 per share.[3] There were 1,470 million shares outstanding, so total **market capitalization** was 1,470 × $18.19 = $26,739 million. This is a big number, of course, but Lowe's is a sizeable company. Its shareholders have, over the years, invested billions in the company. Therefore, you decide to compare Lowe's market capitalization with the book value of its equity. The book value measures shareholders' cumulative investment in the company.

At the end of fiscal 2008 the book value of Lowe's equity was $18,055 million. Therefore, the **market value added,** the difference between the market value of the firm's shares and the amount of money that shareholders have invested in the firm, was $26,739 − $18,055 = $8,684 million. In other words, Lowe's shareholders have contributed about $18 billion and ended up with shares worth about $27 billion. They have accumulated about $9 billion in market value added.

The consultancy firm, EVA Dimensions, calculates market value added for a large sample of U.S. companies. Table 28.3 shows a few of the firms from EVA Dimension's list. Exxon Mobil heads the group. It has created $154 billion of wealth for its shareholders. AT&T is near the bottom of the class: the market value of AT&T's shares is $49 billion *less* than the amount of shareholders' money invested in the firm.

Exxon Mobil is a large firm. Its managers have lots of assets to work with. A small firm could not hope to create so much extra value. Therefore, financial managers and analysts also like to calculate how much value has been added *for each dollar that shareholders have invested*. To do this, they compute the *ratio* of market value to book value. For example, Lowe's **market-to-book ratio** is[4]

$$\text{Market-to-book ratio} = \text{market value of equity/book value of equity}$$
$$= 26,739/18,055 = 1.5$$

In other words, Lowe's has multiplied the value of its shareholders' investment 1.5 times.

[2] For simplicity we have deducted $18 million of interest income from the selling, general, and administrative expenses.
[3] Lowe's 2008 fiscal year ended on January 30, 2009.
[4] The market-to-book ratio can also be calculated by dividing stock price by book value per share.

| | Market Value Added | Market-to-Book Ratio | | Market Value Added | Market-to-Book Ratio |
|---|---|---|---|---|---|
| Exxon Mobil | $154,397 | 1.69 | FedEx | −$1,538 | .96 |
| Wal-Mart | 128,159 | 2.02 | J.C. Penney | −3,777 | .69 |
| Coca-Cola | 106,957 | 3.46 | Xerox | −9,981 | .37 |
| Google | 96,880 | 6.82 | Dow Chemical | −17,823 | .55 |
| Johnson & Johnson | 67,645 | 1.80 | AT&T | −49,052 | .85 |

▶ **TABLE 28.3**   Stock market measures of company performance, 2008 (dollar values in millions). Companies are ranked by market value added.

*Source:* We are grateful to EVA Dimensions for providing these statistics.

Table 28.3 also shows market-to-book ratios for our sample U.S. companies. Notice that Google has a much higher market-to-book ratio than Exxon Mobil. But Exxon Mobil's market value added is higher because of its larger scale.

The market value performance measures in Table 28.3 have two drawbacks. First, the market value of the company's shares reflects investors' expectations about *future* performance. Investors pay attention to current profits and investment, of course, but market-value measures can nevertheless be noisy measures of current performance.

Second, you can't look up the market value of privately owned companies whose shares are not traded. Nor can you observe the market value of divisions or plants that are parts of larger companies. You may use market values to satisfy yourself that Lowe's as a whole has performed well, but you can't use them to drill down to look at the performance of, say, its overseas stores or particular U.S. stores. To do this, you need accounting measures of profitability. We start with economic value added (EVA).

## Economic Value Added (EVA)

When accountants draw up an income statement, they start with revenues and then deduct operating and other costs. But one important cost is *not* included: the cost of the capital that the company has raised from investors. Therefore, to see whether the firm has truly created value, we need to measure whether it has earned a profit after deducting *all* costs, including its cost of capital.

The cost of capital is the minimum acceptable rate of return on capital investment. It is an *opportunity* cost of capital, because it equals the expected rate of return on investment opportunities open to investors in financial markets. The firm creates value for investors only if it can earn more than its cost of capital, that is, more than its investors can earn by investing on their own.

The profit after deducting all costs, *including the cost of capital,* is called the company's **economic value added** or **EVA**. We encountered EVA in Chapter 12, where we looked at how firms often link executive compensation to accounting measures of performance. Let's calculate EVA for Lowe's.

Total long-term capital, sometimes called *total capitalization,* is the sum of long-term debt and shareholders' equity. At the end of 2007 Lowe's total capitalization amounted to $21,674 million, which was made up of $5,576 million of long-term debt and $16,098 million of shareholders' equity. This was the cumulative amount that had been invested in the past by the debt and equityholders. Lowe's weighted-average cost of capital was about 7.4%. Therefore, investors who provided the $21,674 million required the company in 2008 to earn at least .074 × 21,674 = $1,604 million for its debt and equityholders.

In 2008 Lowe's after-tax interest and net income totaled $(1 - .35) \times 298 + 2,195 = \$2,389$ million (we assume a 35% tax rate). If you deduct the total cost of Lowe's capital from this figure, you can see that the company earned $\$2,389 - 1,604 = \$785$ million *more* than investors required. This was Lowe's residual income, or EVA:

$$\text{EVA} = (\text{after-tax interest} + \text{net income}) - (\text{cost of capital} \times \text{capital})$$
$$= 2,389 - 1,604 = \$785 \text{ million}$$

Sometimes it is helpful to re-express EVA as follows:

$$\text{EVA} = \left( \frac{\text{after-tax interest} + \text{net income}}{\text{total capital}} - \text{cost of capital} \right) \times \text{total capital}$$
$$= (\text{return on capital} - \text{cost of capital}) \times \text{total capital}$$

The **return on capital** (or **ROC**) is equal to the total profits that the company has earned for its debt and equityholders, divided by the amount of money that they have contributed. If the company earns a higher return on its capital than investors require, EVA is positive.

In the case of Lowe's, the return on capital was

$$\frac{\text{after-tax interest} + \text{net income}}{\text{total capital}} = \frac{(1 - .35) \times 298 + 2,195}{21,674} = .1102, \text{ about 11\%}$$

Lowe's cost of capital was about 7.4%. So,

$$\text{EVA} = (\text{return on capital} - \text{cost of capital}) \times \text{total capital}$$
$$= (.1102 - .074) \times 21,674 = \$785 \text{ million}$$

The first four columns of Table 28.4 show measures of EVA for our sample of large companies. Exxon Mobil again heads the list. In 2008 it earned $33 billion more than was needed to satisfy investors. By contrast, AT&T was a laggard. Although it earned an accounting profit of nearly $16 billion, this figure was calculated before deducting the cost of the capital that was employed. After deducting the cost of the capital, AT&T made an EVA *loss* of $11.8 billion.

| | 1. After-tax interest + net income | 2. Cost of Capital (WACC), % | 3. Total Long-term Capital | 4. EVA = 1 − (2 × 3) | 5. Return on Capital (ROC), % (1 ÷ 3) |
|---|---|---|---|---|---|
| Exxon Mobil | $46,378 | 6.0 | $224,051 | $33,006 | 20.7 |
| Wal-Mart | 14,169 | 5.7 | 125,059 | 7,286 | 11.3 |
| Johnson & Johnson | 11,964 | 7.5 | 84,848 | 5,529 | 14.1 |
| Google | 5,128 | 12.3 | 16,644 | 3,143 | 30.8 |
| Coca-Cola | 4,900 | 5.8 | 33,246 | 3,031 | 14.7 |
| J.C. Penney | 553 | 7.0 | 12,191 | −302 | 4.5 |
| FedEx | 1,898 | 6.7 | 37,067 | −583 | 5.1 |
| Dow Chemical | 1,420 | 6.1 | 39,458 | −1,004 | 3.6 |
| Xerox | 583 | 9.9 | 15,876 | −1,047 | 3.7 |
| AT&T | 15,745 | 8.6 | 321,320 | −11,779 | 4.9 |

▶ **TABLE 28.4**   Accounting measures of company performance, 2008 (dollar values in millions). Companies are ranked by economic value added (EVA).

*Note: EVAs do not compute exactly because of rounding in column 2.*

*Source:* We are grateful to EVA Dimensions for providing these statistics.

## Accounting Rates of Return

EVA measures how many dollars a business is earning after deducting the cost of capital. Other things equal, the more assets the manager has to work with, the greater the opportunity to generate a large EVA. The manager of a small division may be highly competent, but if that division has few assets, she is unlikely to rank high in the EVA stakes. Therefore, when comparing managers, it can also be helpful to measure the firm's return *per dollar of investment*.

Three common return measures are the return on capital (ROC), the return on equity (ROE), and the return on assets (ROA). All are based on accounting information and are therefore known as *book rates of return*.

**Return on Capital (ROC)[5]**  We have already calculated Lowe's return on capital in 2008:

$$\text{ROC} = \frac{\text{after-tax interest} + \text{net income}}{\text{total capital}} = \frac{(1 - .35) \times 298 + 2,195}{21,674} = .11, \text{ or } 11.0\%$$

You will encounter a variety of alternative ways to calculate any book rate of return. For example, a company may have issued new capital during the year and invested the proceeds. If that is the case, it may be better to use the average of the capital at the beginning and end of the year.[6] If we do so, Lowe's ROC changes to

$$\text{ROC} = \frac{\text{after-tax interest} + \text{net income}}{\text{average total capital}} = \frac{(1 - .35) \times 298 + 2,195}{(21,674 + 23,094)/2} = .107, \text{ or } 10.7\%$$

Here is another technical point. When we calculated Lowe's return on capital we summed the company's *after-tax* interest and net income.[7] The reason that we subtracted the tax shield on debt interest was that we wished to calculate the income that the company would have earned with all-equity financing. The tax advantages of debt financing are picked up when we compare the company's return on capital with its weighted-average cost of capital (WACC).[8] WACC already includes an adjustment for the interest tax shield.[9] More often than not, financial analysts ignore this refinement and use the gross interest payment to calculate ROC. It is only approximately correct to compare this measure with the weighted-average cost of capital.

The last column in Table 28.4 shows the return on capital for our sample of well-known companies. Notice that Google's return on capital was 30.8%, over 18 percentage points above its cost of capital. Although Google had a higher return on capital than Exxon Mobil, it had a lower EVA. This was partly because Google was more risky than Exxon Mobil, and so had a higher cost of capital, but also because it had far fewer dollars invested than Exxon.

---

[5] The expression, *return on capital,* is commonly used when calculating the profitability of an entire firm. When measuring the profitability of an individual plant, the equivalent measure is generally called *return on investment* (or *ROI*).

[6] Averages are used when a flow figure (in this case, income) that builds up over the course of the year is compared with a snapshot figure of assets or liabilities (in this case, capital). Sometimes it's convenient to use a snapshot figure at the end of the year, although this procedure is not strictly correct.

[7] This figure is called the company's Net Operating Profit After Tax or NOPAT:

$$\text{NOPAT} = \text{after-tax interest} + \text{net income}$$

In the case of Lowe's

$$\text{NOPAT} = (1 - .35) \times 298 + 2,195 = \$2,389 \text{ million}$$

[8] For the same reason we used the after-tax interest payment when we calculated Lowe's EVA.

[9] Remember WACC is a weighted average of the *after-tax* rate of interest and the cost of equity.

**Return on Equity (ROE)**   We measure the **return on equity (ROE)** as the income to share-holders per dollar invested. Lowe's had net income of $2,195 million in 2008 and stock-holders' equity of $16,098 million at the start of the year. So its return on equity was

$$\text{ROE} = \frac{\text{net income}}{\text{equity}} = \frac{2,195}{16,098} = .136, \text{ or } 13.6\%$$

If we recalculate ROE using average equity, then the return was

$$\text{ROE} = \frac{\text{net income}}{\text{average equity}} = \frac{2,195}{(16,098 + 18,055)/2} = .129, \text{ or } 12.9\%$$

Has Lowe's provided an adequate return for shareholders? To answer that question, we need to compare it with the company's cost of equity. Lowe's cost of equity capital in 2008 was about 8.7%, so its return on equity was about 4 percentage points higher than its cost of equity.

**Return on Assets (ROA)**   **Return on assets** measures the income available to debt and equity investors per dollar of the firm's *total* assets. Total assets (which equal total liabilities plus shareholders' equity) are greater than total capital because total capital does not include current liabilities. For Lowe's, return on assets was

$$\text{ROA} = \frac{(\text{after-tax interest} + \text{net income})}{\text{total assets}} = \frac{(1 - .35) \times 298 + 2,195}{30,869} = .077, \text{ or } 7.7\%$$

When we subtract the tax shield on Lowe's interest payments, we are asking how much the company would have earned if all-equity-financed. This adjustment is helpful when comparing the profitability of firms with very different capital structures. Again, this refinement is ignored more often than not, and ROA is calculated using the gross interest payment.[10] Sometimes analysts take no account of interest payments and measure ROA as the income for equityholders divided by total assets. This measure ignores entirely the income that the assets have generated for debtholders.

We see shortly how Lowe's return on assets is determined by the sales that these assets generate and the profit margin that the company earns on its sales.

## Problems with EVA and Accounting Rates of Return

Rate of return and economic value added have some obvious attractions as measures of performance. Unlike market-value-based measures, they show current performance and are not affected by the expectations about future events that are reflected in today's stock market prices. Rate of return and economic value added can also be calculated for an entire company or for a particular plant or division. However, remember that both measures are based on book (balance sheet) values for assets. Debt and equity are also book values. Accountants do not show every asset on the balance sheet, yet our calculations take accounting data at face value. For example, we ignored the fact that Lowe's has invested large sums in marketing to establish its brand name. This brand name is an important asset, but its value is not shown on the balance sheet. If it were shown, the book values of assets, capital, and equity would increase, and Lowe's would not appear to earn such high returns.

EVA Dimensions, which produced the data in Tables 28.3 and 28.4, does make a number of adjustments to the accounting data. However, it is impossible to include the value of all assets or to judge how rapidly they depreciate. For example, did Google really earn a return of 30.8% and add $3.1 billion of economic value? It's difficult to say, because its investment over the years in search engines and other software is not shown on the balance sheet and cannot be measured exactly.

---

[10] Again, when calculating ROA, financial analysts sometimes use an average of the assets at the start and end of the year.

Remember also that the balance sheet does not show the current market values of the firm's assets. The assets in a company's books are valued at their original cost less any depreciation. Older assets may be grossly undervalued in today's market conditions and prices. So a high return on assets indicates that the business has performed well by making profitable investments in the past, but it does not necessarily mean that you could buy the same assets today at their reported book values. Conversely a low return suggests some poor decisions in the past, but it does not always mean that today the assets could be employed better elsewhere.

## 28-4 Measuring Efficiency

We began our analysis of Lowe's by calculating how much value the company has added for its shareholders and how much profit it is earning after deducting the cost of the capital that it employs. We examined Lowe's rates of return on capital, equity, and total assets and found that its return has been higher than the cost of capital. Our next task is to probe a little deeper to understand the reasons for the company's success. What factors contribute to a firm's overall profitability? One factor clearly must be the efficiency with which it uses its many types of assets.

**Asset Turnover Ratio** The asset turnover, or sales-to-assets, ratio shows how much sales are generated by each dollar of total assets, and therefore it measures how hard the firm's assets are working. For Lowe's, each dollar of assets produced $1.56 of sales:

$$\text{Asset turnover} = \frac{\text{sales}}{\text{total assets at start of year}} = \frac{48{,}230}{30{,}869} = 1.56$$

Like some of our profitability ratios, the sales-to-assets ratio compares a flow measure (sales over the entire year) to a snapshot measure (assets on one day). Therefore, financial managers and analysts often calculate the ratio of sales over the entire year to the *average* level of assets over the same period. In this case,

$$\text{Asset turnover} = \frac{\text{sales}}{\text{average total assets}} = \frac{48{,}230}{(30{,}869 + 32{,}686)/2} = 1.52$$

The asset turnover ratio measures how efficiently the business is using its entire asset base. But you also might be interested in how hard *particular types* of assets are being put to use. Below are a couple of examples.

**Inventory Turnover** Efficient firms don't tie up more capital than they need in raw materials and finished goods. They hold only a relatively small level of inventories of raw materials and finished goods, and they turn over those inventories rapidly. The balance sheet shows the cost of inventories rather than the amount that the finished goods will eventually sell for. So it is usual to compare the average level of inventories with the cost of goods sold rather than with sales. In Lowe's case,

$$\text{Inventory turnover} = \frac{\text{cost of goods sold}}{\text{inventory at start of year}} = \frac{31{,}729}{7{,}611} = 4.2$$

Another way to express this measure is to look at how many days of output are represented by inventories. This is equal to the level of inventories divided by the daily cost of goods sold:

$$\text{Average days in inventory} = \frac{\text{inventory at start of year}}{\text{daily cost of goods sold}} = \frac{7{,}611}{31{,}729/365} = 88 \text{ days}$$

**Receivables Turnover**   Receivables are sales for which the company has not yet been paid. The receivables turnover ratio measures the firm's sales as a proportion of its receivables. For Lowe's,

$$\text{Receivables turnover} = \frac{\text{sales}}{\text{receivables at start of year}} = \frac{48,230}{247} = 195.3$$

If customers are quick to pay, unpaid bills will be a relatively small proportion of sales and the receivables turnover will be high. Therefore, a comparatively high ratio often indicates an efficient credit department that is quick to follow up on late payers. Sometimes, however, a high ratio indicates that the firm has an unduly restrictive credit policy and offers credit only to customers who can be relied on to pay promptly.[11]

Another way to measure the efficiency of the credit operation is by calculating the average length of time for customers to pay their bills. The faster the firm turns over its receivables, the shorter the collection period. Lowe's customers pay their bills in about 1.9 days:

$$\text{Average collection period} = \frac{\text{receivables at start of year}}{\text{average daily sales}} = \frac{247}{48,230/365} = 1.9 \text{ days}$$

If you are thinking that this is a remarkably short time to wait before Lowe's customers pay, you are right. There are two reasons for the unusually short collection period. First, only a small proportion of Lowe's sales are made on credit. Second, the notes to Lowe's financial statements reveal that the company finances most of its unpaid bills by selling them to GE at a discount. This prompts us to warn you not to mindlessly compute financial ratios without checking whether there are good reasons for an unusually high or low figure. The notes to the financial statements often provide that reason.

The receivables turnover ratio and the inventory turnover ratio may help to highlight particular areas of inefficiency, but they are not the only possible indicators. For example, Lowe's might compare its sales per square foot with those of its competitors, a steel producer might calculate the cost per ton of steel produced, an airline might look at revenues per passenger-mile, and a law firm might look at revenues per partner. A little thought and common sense should suggest which measures are likely to produce the most helpful insights into your company's efficiency.

## 28-5  Analyzing the Return on Assets: The Du Pont System

We have seen that every dollar of Lowe's assets generates $1.56 of sales. But a company's success depends not only on the volume of its sales but also on how profitable those sales are. This is measured by the profit margin.

**Profit Margin**   The profit margin measures the proportion of sales that finds its way into profits. It is sometimes defined as

$$\text{Profit margin} = \frac{\text{net income}}{\text{sales}} = \frac{2,195}{48,230} = .0455, \text{ or } 4.55\%$$

This definition can be misleading. When companies are partly financed by debt, a portion of the profits from the sales must be paid as interest to the firm's lenders. We would not want to say that a firm is less profitable than its rivals simply because it employs debt finance and pays out part of its profits as interest. Therefore, when we are calculating the

---

[11] Where possible, it makes sense to look only at *credit* sales. Otherwise a high ratio might simply indicate that a small proportion of sales is made on credit.

profit margin, it is useful to add back the debt interest to net income. This gives an alternative measure of profit margin, which is called the **operating profit margin:**[12]

$$\text{Operating profit margin} = \frac{\text{after-tax interest} + \text{net income}}{\text{sales}}$$
$$= \frac{(1 - .35) \times 298 + 2{,}195}{48{,}230}$$
$$= .0495, \text{ or } 4.95\%$$

## The Du Pont System

We calculated earlier that Lowe's has earned a return of 7.7% on its assets. The following equation shows that this return depends on two factors—the sales that the company generates from its assets (asset turnover) and the profit that it earns on each dollar of sales (operating profit margin):

$$\text{Return on assets} = \frac{\text{after-tax interest} + \text{net income}}{\text{assets}} = \underset{\underset{\text{asset turnover}}{\uparrow}}{\frac{\text{sales}}{\text{assets}}} \times \underset{\underset{\text{operating profit margin}}{\uparrow}}{\frac{\text{after-tax interest} + \text{net income}}{\text{sales}}}$$

This breakdown of ROA into the product of turnover and margin is often called the **Du Pont formula,** after the chemical company that popularized the procedure. In Lowe's case the formula gives the following breakdown of ROA:

$$\text{ROA} = \text{asset turnover} \times \text{operating profit margin} = 1.56 \times .0495 = .077$$

All firms would like to earn a higher return on their assets, but their ability to do so is limited by competition. The Du Pont formula helps to identify the constraints that firms face. Fast-food chains, which have high asset turnover, tend to operate on low margins. Classy hotels have relatively low turnover ratios but tend to compensate with higher margins.

Firms often seek to improve their profit margins by acquiring a supplier. The idea is to capture the supplier's profit as well as their own. Unfortunately, unless they have some special skill in running the new business, they are likely to find that any gain in profit margin is offset by a decline in asset turnover.

A few numbers may help to illustrate this point. Table 28.5 shows the sales, profits, and assets of Admiral Motors and its components supplier, Diana Corporation. Both earn a 10% return on assets, though Admiral has a lower operating profit margin (20% versus Diana's 25%). Since all of Diana's output goes to Admiral, Admiral's management reasons that it would be better to merge the two companies. That way, the merged company would capture the profit margin on both the auto components and the assembled car.

| | Sales | Profits | Assets | Asset Turnover | Profit Margin | ROA |
|---|---|---|---|---|---|---|
| Admiral Motors | $20 | $4 | $40 | .50 | 20% | 10% |
| Diana Corporation | 8 | 2 | 20 | .40 | 25 | 10 |
| Diana Motors (the merged firm) | 20 | 6 | 60 | .33 | 30 | 10 |

▶ **TABLE 28.5**
Merging with suppliers or customers generally increases the profit margin, but this increase is offset by a reduction in asset turnover.

---

[12] If a firm pays out most of its profits as interest, it will pay less tax and have a higher operating profit margin than one that is financed solely by equity. To obtain a measure of the profit margin that is unaffected by the firm's financial structure, we need to subtract the tax savings on the interest.

The bottom row of Table 28.5 shows the effect of the merger. The merged firm does indeed earn the combined profits. Total sales remain at $20 million, however, because all the components produced by Diana are used within the company. With higher profits and unchanged sales, the profit margin increases. Unfortunately, the asset turnover is *reduced* by the merger since the merged firm has more assets. This exactly offsets the benefit of the higher profit margin. The return on assets is unchanged.

## 28-6 Measuring Leverage

When a firm borrows money, it promises to make a series of interest payments and then to repay the amount that it has borrowed. If profits rise, the debtholders continue to receive only the fixed interest payment, so all the gains go to the shareholders. Of course, the reverse happens if profits fall. In this case shareholders bear the greater part of the pain. If times are sufficiently hard, a firm that has borrowed heavily may not be able to pay its debts. The firm is then bankrupt, and shareholders lose most or all of their investment.

Because debt increases the returns to shareholders in good times and reduces them in bad times, it is said to create *financial leverage*. Leverage ratios measure how much financial leverage the firm has taken on. CFOs keep an eye on leverage ratios to ensure that lenders are happy to continue to take on the firm's debt.

**Debt Ratio**    Financial leverage is usually measured by the ratio of long-term debt to total long-term capital. (Here "long-term debt" should include not just bonds or other borrowing but also financing from long-term leases.)[13] For Lowe's,

$$\text{Long-term debt ratio} = \frac{\text{long-term debt}}{\text{long-term debt} + \text{equity}} = \frac{5,039}{5,039 + 18,055} = .22, \text{ or } 22\%$$

This means that 22 cents of every dollar of long-term capital is in the form of debt.

Leverage is also measured by the debt–equity ratio. For Lowe's,

$$\text{Long-term debt–equity ratio} = \frac{\text{long-term debt}}{\text{equity}} = \frac{5,039}{18,055} = .28, \text{ or } 28\%$$

Lowe's long-term debt ratio is fairly typical of U.S. nonfinancial companies, but some companies deliberately operate at much higher debt levels. For example, in Chapter 32 we look at leveraged buyouts (LBOs). Firms that are acquired in a leveraged buyout usually issue large amounts of debt. When LBOs first became popular in the 1990s, these companies had average debt ratios of about 90%. Many of them flourished and paid back their debtholders in full; others were not so fortunate.

Notice that debt ratios make use of book (i.e., accounting) values rather than market values.[14] The market value of the company finally determines whether the debtholders get their money back, so you might expect analysts to look at the face amount of the debt as a proportion of the total market value of debt and equity. On the other hand, the market value includes the value of intangible assets generated by research and development, advertising, staff training, and so on. These assets are not readily salable and, if the company falls

---

[13] A finance lease is a long-term rental agreement that commits the firm to make regular payments. This commitment is just like the obligation to make payments on an outstanding loan. See Chapter 25.

[14] In the case of leased assets, accountants estimate the value of the lease commitments. In the case of long-term debt, they simply show the face value, which can be very different from market value. For example, the present value of low-coupon debt may be only a fraction of its face value. The difference between the book value of equity and its market value can be even more dramatic.

on hard times, their value may disappear altogether. For some purposes, it may be just as good to follow the accountant and ignore these intangible assets. This is what lenders do when they insist that the borrower should not allow the book debt ratio to exceed a specified limit.

Notice also that these measures of leverage ignore short-term debt. That probably makes sense if the short-term debt is temporary or is matched by similar holdings of cash, but if the company is a regular short-term borrower, it may be preferable to widen the definition of debt to include all liabilities. In this case,

$$\text{Total debt ratio} = \frac{\text{total liabilities}}{\text{total assets}} = \frac{14{,}631}{32{,}686} = .45, \text{ or } 45\%$$

Therefore, Lowe's is financed 45% with long- and short-term debt and 55% with equity.[15] We could also say that its ratio of total debt to equity is $14{,}631/18{,}055 = .81$.

Managers sometimes refer loosely to a company's debt ratio, but we have just seen that the debt ratio may be measured in several different ways. For example, Lowe's has a debt ratio of .28 (the long-term debt ratio) and also .45 (the total debt ratio). This is not the first time we have come across several ways to define a financial ratio. There is no law stating how a ratio should be defined. So be warned: do not use a ratio without understanding how it has been calculated.

**Times-Interest-Earned Ratio**   Another measure of financial leverage is the extent to which interest obligations are covered by earnings. Banks prefer to lend to firms whose earnings cover interest payments with room to spare. *Interest coverage* is measured by the ratio of earnings before interest and taxes (EBIT) to interest payments. For Lowe's,[16]

$$\text{Times-interest-earned} = \frac{\text{EBIT}}{\text{interest payments}} = \frac{3{,}804}{298} = 12.8$$

Lowe's enjoys a comfortable interest coverage or *times-interest-earned* ratio. Sometimes lenders are content with coverage ratios as low as 2 or 3.

The regular interest payment is a hurdle that companies must keep jumping if they are to avoid default. Times-interest-earned measures how much clear air there is between hurdle and hurdler. The ratio is only part of the story, however. For example, it doesn't tell us whether Lowe's is generating enough cash to repay its debt as it comes due.

**Cash Coverage Ratio**   In the previous chapter we pointed out that depreciation is deducted when calculating the firm's earnings, even though no cash goes out the door. Suppose we add back depreciation to EBIT to calculate operating cash flow. We can then calculate a *cash* coverage ratio. For Lowe's,

$$\text{Cash coverage} = \frac{\text{EBIT} + \text{depreciation}}{\text{interest payments}} = \frac{3{,}804 + 1{,}539}{298} = 17.9$$

## Leverage and the Return on Equity

When the firm raises cash by borrowing, it must make interest payments to its lenders. This reduces net profits. On the other hand, if a firm borrows instead of issuing equity, it has fewer equityholders to share the remaining profits. Which effect dominates? An extended

---

[15] In this case, the debt consists of all liabilities, including current liabilities.

[16] The numerator of times-interest-earned can be defined in several ways. Sometimes depreciation is excluded. Sometimes it is just earnings plus interest, that is, earnings before interest but *after* tax. This last definition seems nutty to us, because the point of times-interest-earned is to assess the risk that the firm won't have enough money to pay interest. If EBIT falls below interest obligations, the firm won't have to worry about taxes. Interest is paid before the firm pays taxes.

version of the Du Pont formula helps us answer this question. It breaks down the return on equity (ROE) into four parts:

$$\text{ROE} = \frac{\text{net income}}{\text{equity}}$$

$$= \underset{\substack{\uparrow \\ \text{leverage} \\ \text{ratio}}}{\frac{\text{assets}}{\text{equity}}} \times \underset{\substack{\uparrow \\ \text{asset} \\ \text{turnover}}}{\frac{\text{sales}}{\text{assets}}} \times \underset{\substack{\uparrow \\ \text{operating profit} \\ \text{margin}}}{\frac{\text{after-tax interest} + \text{net income}}{\text{sales}}} \times \underset{\substack{\uparrow \\ \text{``debt} \\ \text{burden''}}}{\frac{\text{net income}}{\text{after-tax interest} + \text{net income}}}$$

Notice that the product of the two middle terms is the return on assets. It depends on the firm's production and marketing skills and is unaffected by the firm's financing mix. However, the first and fourth terms do depend on the debt–equity mix. The first term, assets/equity, which we call the *leverage ratio,* can be expressed as (equity + liabilities)/equity, which equals 1 + total-debt-to-equity ratio. The last term, which we call the "debt burden," measures the proportion by which interest expense reduces net income.

Suppose that the firm is financed entirely by equity. In this case, both the leverage ratio and the debt burden are equal to 1, and the return on equity is identical to the return on assets. If the firm borrows, however, the leverage ratio is greater than 1 (assets are greater than equity) and the debt burden is less than 1 (part of the profits is absorbed by interest). Thus leverage can either increase or reduce return on equity.

## 28-7 Measuring Liquidity

If you are extending credit to a customer or making a short-term bank loan, you are interested in more than the company's leverage. You want to know whether the company can lay its hands on the cash to repay you. That is why credit analysts and bankers look at several measures of **liquidity.** Liquid assets can be converted into cash quickly and cheaply.

Think, for example, what you would do to meet a large unexpected bill. You might have some money in the bank or some investments that are easily sold, but you would not find it so easy to turn your old sweaters into cash. Companies, likewise, own assets with different degrees of liquidity. For example, accounts receivable and inventories of finished goods are generally quite liquid. As inventories are sold off and customers pay their bills, money flows into the firm. At the other extreme, real estate may be very *illiquid*. It can be hard to find a buyer, negotiate a fair price, and close a deal on short notice.

Managers have another reason to focus on liquid assets: Their book (balance sheet) values are usually reliable. The book value of a catalytic cracker may be a poor guide to its true value, but at least you know what cash in the bank is worth. Liquidity ratios also have some *less* desirable characteristics. Because short-term assets and liabilities are easily changed, measures of liquidity can rapidly become outdated. You might not know what the catalytic cracker is worth, but you can be fairly sure that it won't disappear overnight. Cash in the bank can disappear in seconds.

Also, assets that seem liquid sometimes have a nasty habit of becoming illiquid. This happened during the subprime mortgage crisis in 2007. Some financial institutions had set up funds known as *structured investment vehicles (SIVs)* that issued short-term debt backed by residential mortgages. As mortgage default rates began to climb, the market in this debt dried up and dealers became very reluctant to quote a price. Investors, who were forced to sell, found that the prices that they received were less than half the debt's estimated value.

Bankers and other short-term lenders applaud firms that have plenty of liquid assets. They know that when they are due to be repaid, the firm will be able to get its hands on the cash. But more liquidity is not always a good thing. For example, efficient firms do not leave excess cash in their bank accounts. They don't allow customers to postpone paying their bills, and they don't leave stocks of raw materials and finished goods littering the warehouse floor. In other words, high levels of liquidity may indicate sloppy use of capital. Here, EVA can help, because it penalizes managers who keep more liquid assets than they really need.

**Net-Working-Capital-to-Total-Assets Ratio**    Current assets include cash, marketable securities, inventories, and accounts receivable. Current assets are mostly liquid. The difference between current assets and current liabilities is known as *net working capital.* Since current assets usually exceed current liabilities, net working capital is generally positive. For Lowe's,

$$\text{Net working capital} = 9{,}251 - 8{,}022 = \$1{,}229 \text{ million}$$

Net working capital was 3.8% of total assets:

$$\frac{\text{Net working capital}}{\text{total assets}} = \frac{1{,}229}{32{,}686} = .038, \text{ or } 3.8\%$$

**Current Ratio**    The current ratio is just the ratio of current assets to current liabilities:

$$\text{Current ratio} = \frac{\text{current assets}}{\text{current liabilities}} = \frac{9{,}251}{8{,}022} = 1.15$$

Lowe's has $1.15 in current assets for every dollar in current liabilities.

Changes in the current ratio can be misleading. For example, suppose that a company borrows a large sum from the bank and invests it in marketable securities. Current liabilities rise and so do current assets. If nothing else changes, net working capital is unaffected but the current ratio changes. For this reason it is sometimes preferable to net short-term investments against short-term debt when calculating the current ratio.

**Quick (Acid-Test) Ratio**    Some current assets are closer to cash than others. If trouble comes, inventory may not sell at anything above fire-sale prices. (Trouble typically comes *because* the firm can't sell its inventory of finished products for more than production cost.) Thus managers often exclude inventories and other less liquid components of current assets when comparing current assets to current liabilities. They focus instead on cash, marketable securities, and bills that customers have not yet paid. This results in the quick ratio:

$$\text{Quick ratio} = \frac{\text{cash} + \text{marketable securities} + \text{receivables}}{\text{current liabilities}} = \frac{661 + 166}{8{,}022} = .103$$

**Cash Ratio**    A company's most liquid assets are its holdings of cash and marketable securities. That is why analysts also look at the cash ratio:

$$\text{Cash ratio} = \frac{\text{cash} + \text{marketable securities}}{\text{current liabilities}} = \frac{661}{8{,}022} = .082$$

A low cash ratio may not matter if the firm can borrow on short notice. Who cares whether the firm has actually borrowed from the bank or whether it has a guaranteed line of credit so it can borrow whenever it chooses? None of the standard measures of liquidity takes the firm's "reserve borrowing power" into account.

## 28-8 Interpreting Financial Ratios

We have shown how to calculate some common summary measures of Lowe's performance and financial condition. These are summarized in Table 28.6.[17] Now that you have calculated these measures, you need some way to judge whether they are high or low. In some cases there may be a natural benchmark. For example, if a firm has negative economic value added or a return on capital less than the cost of that capital, it is not creating wealth for its shareholders.

But what about some of our other measures? There is no right level for, say, the asset turnover or profit margin, and if there were, it would almost certainly vary from industry to industry and company to company. For example, you would not expect a soft-drink manufacturer to have the same profit margin as a jeweler or the same leverage as a finance company.

The alternative is to confine your comparison to companies that are in a similar business. A good starting point is to prepare *common-size financial statements* for each of these firms. In this case all items in the balance sheet are expressed as a percentage of total assets and all items in the income statement are expressed as a percentage of revenues.

We have not calculated here common-size statements for Lowe's, but Tables 28.7 and 28.8 provide summary common-size statements for a sample of U.S. industries. Notice the large variations. For example, retail firms have a major investment in inventory; software companies have almost none. High-tech businesses, such as semiconductors, hold huge amounts of cash; utilities hold very little.[18] Oil companies and utilities invest principally in fixed assets; software companies and computer manufacturers have mainly current assets.

▶ **TABLE 28.6**
Summary of Lowe's financial ratios.



Visit us at
www.mhhe.com/bma

| Performance Measures: | | |
|---|---|---|
| Market value added ($ millions) | market value of equity − book value of equity | 8,684 |
| Market-to-book ratio | market value of equity/book value of equity | 1.5 |
| EVA ($ millions) | (after-tax interest + net income) − (cost of capital × capital) | 785 |
| Return on capital (ROC) | (after-tax interest + net income)/total capital | 11.0% |
| Return on equity (ROE) | net income/equity | 13.6% |
| Return on assets (ROA) | (after-tax interest + net income)/(total assets) | 7.7% |
| **Efficiency Measures:** | | |
| Asset turnover | sales/total assets at start of year | 1.56 |
| Inventory turnover | cost of goods sold/inventory at start of year | 4.17 |
| Days in inventory | inventory at start of year/daily cost of goods sold | 87.6 |
| Receivables turnover | sales/receivables at start of year | 195.3 |
| Average collection period (days) | receivables at start of year/daily sales | 1.9 |
| Profit margin | net income/sales | 4.55 |
| Operating profit margin | (after-tax interest + net income)/sales | 4.95 |
| **Leverage Measures:** | | |
| Long-term debt ratio | long-term debt/(long-term debt + equity) | .22 |
| Long-term debt–equity ratio | long-term debt/equity | .28 |
| Total debt ratio | total liabilities/total assets | .45 |
| Times-interest-earned | EBIT/interest payments | 12.8 |
| Cash coverage ratio | (EBIT + depreciation)/interest payments | 17.9 |
| **Liquidity Measures:** | | |
| Net-working-capital-to-total-assets | net working capital/total assets | .038 |
| Current ratio | current assets/current liabilities | 1.15 |
| Quick ratio | (cash + marketable securities + receivables)/current liabilities | .103 |
| Cash ratio | (cash + marketable securities)/current liabilities | .082 |

[17] If you would like to see how we calculated these ratios or to calculate your own, you can use the live Excel spreadsheet available on our Web site at **www.mhhe.com/bma**.

[18] We return to this difference in Chapter 30.



Visit us at
www.mhhe.com/bma

| | Industrials | Paper | Oil | Chemicals | Metals | Machinery | Pharmaceuticals | Computers | Software | Semiconductors | Telecoms | Utilities | Food | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | | | |
| Cash & securities | 11 | 4 | 6 | 5 | 7 | 13 | 19 | 35 | 21 | 31 | 31 | 2 | 3 | 6 |
| Receivables | 12 | 13 | 11 | 13 | 12 | 16 | 10 | 13 | 12 | 7 | 14 | 6 | 11 | 4 |
| Inventories | 9 | 11 | 5 | 11 | 15 | 15 | 9 | 4 | 1 | 6 | 7 | 3 | 12 | 26 |
| Other current assets | 4 | 3 | 2 | 2 | 3 | 5 | 5 | 7 | 12 | 5 | 3 | 4 | 4 | 3 |
| Total current assets | 36 | 30 | 24 | 31 | 37 | 49 | 44 | 58 | 46 | 49 | 55 | 15 | 30 | 38 |
| Fixed assets | 57 | 77 | 104 | 111 | 61 | 38 | 35 | 18 | 20 | 60 | 21 | 94 | 61 | 81 |
| Depreciation | 26 | 42 | 42 | 69 | 31 | 21 | 16 | 10 | 12 | 31 | 13 | 32 | 33 | 30 |
| Net fixed assets | 31 | 35 | 62 | 42 | 30 | 17 | 19 | 8 | 8 | 29 | 8 | 62 | 28 | 51 |
| Other long-term assets | 33 | 35 | 14 | 26 | 33 | 34 | 37 | 34 | 46 | 22 | 37 | 23 | 43 | 11 |
| Total assets | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Liabilities:** | | | | | | | | | | | | | | |
| Short-term debt | 4 | 4 | 1 | 5 | 3 | 5 | 5 | 0 | 1 | 2 | 2 | 5 | 8 | 3 |
| Payables | 8 | 7 | 13 | 7 | 7 | 6 | 4 | 10 | 3 | 4 | 5 | 4 | 9 | 14 |
| Other current liabilities | 12 | 10 | 8 | 10 | 10 | 13 | 12 | 20 | 29 | 10 | 12 | 7 | 11 | 12 |
| Total current liabilities | 24 | 21 | 22 | 22 | 20 | 23 | 21 | 30 | 32 | 16 | 18 | 16 | 28 | 28 |
| Long-term debt | 23 | 31 | 12 | 25 | 22 | 15 | 18 | 9 | 20 | 27 | 19 | 33 | 34 | 22 |
| Other long-term liabilities | 15 | 16 | 20 | 23 | 18 | 10 | 10 | 10 | 12 | 8 | 8 | 27 | 15 | 9 |
| Total liabilities | 62 | 69 | 54 | 71 | 61 | 48 | 49 | 49 | 65 | 51 | 46 | 75 | 77 | 60 |
| Stockholders' equity | 37 | 30 | 45 | 28 | 38 | 52 | 51 | 51 | 34 | 49 | 54 | 24 | 23 | 40 |
| Total liabilities and equity | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

► **TABLE 28.7** Common-size balance sheets for U.S. companies in Standard & Poor's Composite Index, 2008. Entries for each company are expressed as a percentage of total assets and averaged by industry.

*Note:* Some columns do not add up because of rounding.

*Source:* Wharton Research Data Services (WRDS), http://wrds.wharton.upenn.edu.



| | Industrials | Paper | Oil | Chemicals | Metals | Machinery | Pharmaceuticals | Computers | Software | Semiconductors | Telecoms | Utilities | Food | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Costs | 80.8 | 86.4 | 85.8 | 84.7 | 84.6 | 80.9 | 69.2 | 87.2 | 74.9 | 75.0 | 87.5 | 72.7 | 86.7 | 93.1 |
| Depreciation | 5.5 | 4.6 | 3.4 | 5.0 | 3.1 | 4.2 | 6.3 | 4.0 | 5.7 | 11.9 | 4.9 | 9.2 | 2.7 | 2.6 |
| EBIT | 13.6 | 9.1 | 10.8 | 10.3 | 12.3 | 14.9 | 24.5 | 8.8 | 19.4 | 13.1 | 7.6 | 18.1 | 10.6 | 4.3 |
| Interest | 1.8 | 2.2 | 0.4 | 1.7 | 1.3 | 1.2 | 1.6 | 0.3 | 1.9 | 1.8 | 1.0 | 7.1 | 2.1 | 0.8 |
| Other items | 0.0 | 0.6 | 1.7 | 0.8 | 0.2 | 0.5 | 2.4 | 1.8 | 1.0 | 0.4 | 0.5 | 2.1 | 0.3 | 0.0 |
| Pretax income | 11.8 | 6.2 | 8.6 | 7.8 | 10.8 | 13.2 | 20.6 | 6.7 | 16.5 | 11.0 | 6.1 | 8.9 | 8.2 | 3.5 |
| Tax | 7.0 | 1.7 | 5.3 | 1.8 | 3.2 | 3.9 | 5.7 | 3.9 | 4.7 | 2.2 | 2.0 | 3.7 | 2.2 | 1.1 |
| Net income | 4.8 | 4.5 | 3.4 | 6.0 | 7.6 | 9.4 | 14.9 | 2.7 | 11.8 | 8.8 | 4.0 | 5.2 | 6.1 | 2.3 |

▶ **TABLE 28.8**  Common-size income statements for U.S. companies in Standard & Poor's Composite Index, 2008. Entries for each company are expressed as a percentage of revenues and averaged by industry.

*Note:* Some columns do not add up because of rounding.
*Source:* Wharton Research Data Services (WRDS), **http://wrds.wharton.upenn.edu**.

e**X**cel

Visit us at
www.mhhe.com/bma

| | Industrials | Paper | Oil | Chemicals | Metals | Machinery | Pharmaceuticals | Computers | Software | Semiconductors | Telecoms | Utilities | Food | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Return on equity, %* | 12.8 | 15.2 | 7.4 | 21.6 | 20.5 | 17.9 | 29.2 | 5.4 | 34.4 | 18.9 | 7.4 | 21.3 | 26.9 | 5.8 |
| Return on assets, %* | 5.9 | 5.9 | 7.9 | 7.4 | 10.1 | 8.6 | 10.1 | 2.7 | 9.7 | 7.3 | 3.3 | 4.1 | 10.5 | 6.4 |
| Sales-to-assets ratio* | .98 | .98 | 2.19 | 1.04 | 1.19 | .85 | .63 | .92 | .75 | .74 | .71 | .42 | 1.4 | 2.2 |
| Operating profit margin % | 6.0 | 6.0 | 3.6 | 7.1 | 8.5 | 10.1 | 15.9 | 2.9 | 13.1 | 9.9 | 4.7 | 9.8 | 7.4 | 2.9 |
| Sales to net working capital* | 8.0 | 11.2 | 137.7 | 11.6 | 7.2 | 3.2 | 2.7 | 3.3 | 5.4 | 2.3 | 1.9 | ** | 104.4 | 23.3 |
| Receivables turnover* | 8.5 | 7.7 | 20.3 | 8.1 | 10.0 | 5.1 | 6.2 | 7.1 | 6.4 | 10.5 | 5.2 | 7.4 | 12.9 | 63.2 |
| Inventory turnover* | 6.4 | 66.6 | 15.1 | 6.6 | 5.1 | 3.8 | 3.2 | 15.4 | 64.0 | 6.4 | 8.3 | 20.8 | 5.6 | 2.7 |
| Long-term debt ratio % | 37.9 | 51.1 | 21.0 | 47.6 | 37.6 | 22.1 | 25.8 | 14.8 | 37.2 | 36.9 | 26.1 | 57.0 | 60.4 | 35.2 |
| Current ratio | 1.5 | 1.4 | 1.1 | 1.4 | 1.8 | 2.1 | 2.1 | 1.9 | 1.4 | 3.0 | 3.0 | 0.9 | 1.0 | 1.3 |
| Quick ratio | 1.0 | 0.8 | 0.7 | 0.8 | 0.9 | 1.3 | 1.4 | 1.6 | 1.0 | 2.3 | 2.5 | 0.5 | 0.5 | 0.3 |
| Cash ratio | .5 | .6 | .5 | .6 | .6 | .7 | .5 | .4 | .4 | .4 | .8 | .4 | .4 | .1 |

▶ **TABLE 28.9**  Financial ratios for U.S. companies in Standard & Poor's Composite Index, 2008.

e**X**cel

Visit us at
www.mhhe.com/bma

* Computed using end-year balance sheet data (see footnote 6).
** Negative working capital.
*Source:* Wharton Research Data Services (WRDS), **http://wrds.wharton.upenn.edu**.

Table 28.9 lists some financial ratios for these companies. The variation between industries also shows up in many of the ratios. The differences arise partly from chance; sometimes the sun shines more kindly on some industries than on others. But the differences also reflect some fundamental industry factors. For example, notice the high debt ratios of utilities. By contrast, computer companies scarcely borrow at all. We pointed out earlier that some businesses are able to generate a high level of sales from relatively few assets. For example, you can see that the sales-to-assets ratio for retailers is more than three times that for pharmaceutical companies. But competition ensures that retailers earn a correspondingly lower margin on their sales. In the recession of 2008 retailers earned a lower return on assets than pharmaceutical firms.

When comparing Lowe's financial position, it makes sense to limit your comparison to the firm's main competitors. Table 28.10 sets out some key performance measures for Lowe's and The Home Depot. The Home Depot is a larger company and this extra scale allowed it to add more economic value. But in many other respects the two companies are similar. They generated a similar level of sales per dollar of assets, but Lowe's was able to realize a higher profit margin on these sales. As a result, Lowe's had a somewhat higher return on assets. Lowe's was also somewhat more conservatively financed than The Home Depot and had a higher cash ratio.

| | Lowe's | The Home Depot |
|---|---|---|
| **Performance Measures:** | | |
| Market value added ($ millions) | 8,684 | 17,856 |
| Market-to-book ratio | 1.5 | 2.0 |
| EVA ($ millions) | 785 | 1,882 |
| Return on capital (ROC) % | 11.0 | 9.3 |
| Return on equity (ROE) % | 13.6 | 13.1 |
| Return on assets (ROA) % | 7.7 | 6.1 |
| **Efficiency Measures:** | | |
| Asset turnover | 1.56 | 1.61 |
| Inventory turnover | 4.2 | 4.0 |
| Days in inventory | 87.6 | 90.5 |
| Receivables turnover * | 195.3 | 56.5 |
| Average collection period (days) * | 1.9 | 6.5 |
| Profit margin % | 4.55 | 3.2 |
| Operating profit margin % | 4.95 | 3.82 |
| **Leverage Measures:** | | |
| Long-term debt ratio | .22 | .35 |
| Total debt ratio | .45 | .57 |
| Times-interest-earned | 12.8 | 6.8 |
| Cash coverage ratio | 17.9 | 9.6 |
| **Liquidity Measures:** | | |
| Net-working-capital-to-total-assets ratio | .038 | .054 |
| Current ratio | 1.15 | 1.20 |
| Quick ratio | .103 | .134 |
| Cash ratio | .082 | .047 |

▶ **TABLE 28.10**
Selected financial ratios for Lowe's and The Home Depot, 2008.

\* Both companies sell most of their receivables to a third party.

It may also be helpful to compare Lowe's financial ratios in 2008 with the equivalent figures in earlier years. For example, you can see in Figure 28.1 that, until 2006, Lowe's had been successful in increasing its return on assets. What accounts for this improvement? We know that ROA = asset turnover × operating profit margin. The figure shows that the improvement in ROA came from an increase in the profit margin. The sales that the company generated per dollar of assets declined. Here is where it may be useful to look at any changes in the makeup of the business.

**▶ FIGURE 28.1**

Lowe's financial ratios, 1996–2008



● ● ● ● ●

**SUMMARY**

Managers use financial statements to monitor their own company's performance, to help understand the policies of a competitor, and to check on the financial health of customers. But there is a danger of being overwhelmed by the sheer volume of data in the company's Annual Report.[19] That is why managers use a few salient ratios to summarize the firm's market valuation, profitability, efficiency, capital structure, and liquidity. We have described some of the more popular financial ratios.

We offer the following general advice to users of these ratios:

1. Financial ratios seldom provide answers, but they do help you to ask the right questions.
2. There is no international standard for financial ratios. A little thought and common sense are worth far more than blind application of formulas.
3. You need a benchmark for assessing a company's financial position. It is generally useful to compare the company's current financial ratios with the equivalent ratios in the past and with the ratios of other firms in the same business.

● ● ● ● ●

**FURTHER READING**

*There are some good general texts on financial statement analysis. See, for example:*

K. G. Palepu, V. L. Bernard, and P. M. Healy, *Business Analysis and Valuation,* 4th ed. (Cincinnati, OH: South-Western Publishing, 2008).

---

[19] HSBC's 2007 *Annual Report* totaled 454 pages. The *Financial Times* reported that Britain's postal service was obliged to limit the number that its postmen carried in order to prevent back injuries.

Visit us at www.mhhe.com/bma

L. Revsine, D. Collins, B. Johnson, and F. Mittelstaedt, *Financial Reporting and Analysis,* 4th ed. (New York: McGraw-Hill/Irwin, 2008).

S. Penman, *Financial Statement Analysis and Security Valuation,* 4th ed. (New York: McGraw-Hill/Irwin, 2009).

 **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

## BASIC

**PROBLEM SETS**

1. Construct a balance sheet for Galactic Enterprises given the following data:

| | |
|---|---:|
| Cash balances | $25,000 |
| Inventories | $30,000 |
| Net plant and equipment | $140,000 |
| Accounts receivable | $35,000 |
| Accounts payable | $24,000 |
| Long-term debt | $130,000 |

What is shareholders' equity?

2. Table 28.11 on the following page gives abbreviated balance sheets and income statements for Estée Lauder Companies. Calculate the following ratios:
   a. Return on assets.
   b. Operating profit margin.
   c. Sales-to-assets ratio.
   d. Inventory turnover.
   e. Debt–equity ratio.
   f. Current ratio.
   g. Quick ratio

3. Look again at Table 28.11. Calculate a common-size balance sheet and income statement for Estée Lauder.

4. Look again at Table 28.11. At the end of fiscal 2008 Estée Lauder had 195 million shares outstanding[20] with a share price of $45.50. The company's weighted-average cost of capital was about 10%. Calculate
   a. Market value added.
   b. Market-to-book ratio.
   c. Economic value added.
   d. Return on capital.

5. There are no universally accepted definitions of financial ratios, but five of the following ratios are clearly incorrect. Substitute the correct definitions.
   a. Debt–equity ratio = (long-term debt + value of leases)/(long-term debt + value of leases + equity)
   b. Return on equity = (EBIT − tax)/average equity

---

[20] The shares outstanding include a relatively small number of class B shares.

**Visit us at www.mhhe.com/bma**

▶ **TABLE 28.11**

Balance sheets and income statement for Estée Lauder Companies, fiscal 2008 (figures in $ millions).



Visit us at www.mhhe.com/bma

| | End of Year | Start of Year |
|---|---|---|
| **Balance Sheet** | | |
| **Assets** | | |
| Current assets: | | |
| Cash and marketable securities | 402 | 254 |
| Accounts receivable | 1,039 | 861 |
| Inventories | 987 | 856 |
| Other current assets | 360 | 269 |
|    Total current assets | 2,787 | 2,239 |
| | | |
| Fixed assets: | | |
| Tangible fixed assets | | |
| Property, plant, and equipment | 2,394 | 2,113 |
| *Less* accumulated depreciation | 1,351 | 1,232 |
|    Net tangible fixed assets | 1,043 | 881 |
| | | |
| Long-term investments | 24 | 22 |
| Other long-term assets | 1,157 | 984 |
|    Total assets | 5,011 | 4,126 |
| | | |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Debt due for repayment | 119 | 60 |
| Accounts payable | 1,581 | 1,440 |
|    Total current liabilities | 1,699 | 1,501 |
| | | |
| Long-term debt | 1,078 | 1,028 |
| Other long-term liabilities | 581 | 398 |
| | | |
|    Total liabilities | 3,358 | 2,927 |
| | | |
|    Total shareholders' equity | 1,653 | 1,199 |
|    Total liabilities and shareholders' equity | 5,011 | 4,126 |
| | | |
| **Income Statement** | | |
| Net sales | 7,911 | |
| Cost of goods sold | 1,997 | |
| Selling, general, and administrative expenses | 4,852 | |
| Depreciation | 251 | |
| Earnings before interest and taxes (EBIT) | 811 | |
| Interest expense | 67 | |
| Taxable income | 744 | |
| Tax | 260 | |
| Minority interest | 10 | |
| Net income | 474 | |
| | | |
| Dividends | 107 | |
| Addition to retained earnings | 367 | |

c. Profit margin = net income/sales

d. Days in inventory = sales/(inventory/365)

e. Current ratio = current liabilities/current assets

f. Sales-to-net-working-capital = average sales/average net working capital

g. Quick ratio = (current assets − inventories)/current liabilities

h. Times-interest-earned = interest earned × long-term debt

6. True or false?

a. A company's debt–equity ratio is always less than 1.

b. The quick ratio is always less than the current ratio.

c. The return on equity is always less than the return on assets.

7. Keller Cosmetics maintains an operating profit margin of 8% and a sales-to-assets ratio of 3. It has assets of $500,000 and equity of $300,000. Interest payments are $30,000 and the tax rate is 35%.
   a. What is the return on assets?
   b. What is the return on equity?

8. A firm has a long-term debt–equity ratio of .4. Shareholders' equity is $1 million. Current assets are $200,000, and total assets are $1.5 million. If the current ratio is 2.0, what is the ratio of debt to total long-term capital?

9. Magic Flutes has total receivables of $3,000, which represent 20 days' sales. Total assets are $75,000. The firm's operating profit margin is 5%. Find the firm's sales-to-assets ratio and return on assets.

10. Consider this simplified balance sheet for Geomorph Trading:

| Current assets | $100 | $ 60 | Current liabilities |
| Long-term assets | 500 | 280 | Long-term debt |
| | | 70 | Other liabilities |
| | | 190 | Equity |
| | $600 | $600 | |

   a. Calculate the ratio of debt to equity.
   b. What are Geomorph's net working capital and total long-term capital? Calculate the ratio of debt to total long-term capital.

11. Look again at the balance sheet for Geomorph in Problem 10. Suppose that at year-end Geomorph had $30 in cash and marketable securities. Immediately after the year-end it used a line of credit to borrow $20 for one year, which it invested in additional marketable securities. Would the company appear to be (a) more or less liquid, (b) more or less highly leveraged? Make any additional assumptions that you need.

12. Airlux Antarctica has current assets of $300 million, current liabilities of $200 million and a crash—sorry—*cash* ratio of .05. How much cash and marketable securities does it hold?

13. On average, it takes Microlimp's customers 60 days to pay their bills. If Microlimp has annual sales of $500 million, what is the average value of unpaid bills?

## INTERMEDIATE

14. This question reviews some of the difficulties encountered in interpreting accounting numbers.
   a. Give four examples of important assets, liabilities, or transactions that may not be shown on the company's books.
   b. How does investment in intangible assets, such as research and development, distort accounting ratios? Give at least two examples.

15. Describe some alternative measures of a firm's overall performance. What are their advantages and disadvantages? In each case discuss what benchmarks you might use to judge whether performance is satisfactory.

16. Discuss alternative measures of financial leverage. Should the market value of equity be used or the book value? Is it better to use the market value of debt, the book value, or the book value discounted at the risk-free interest rate? How should you treat off-balance-sheet obligations such as pension liabilities? How would you treat preferred stock?

17. Suppose that a firm has both fixed-rate and floating-rate debt outstanding. What effect will a decline in interest rates have on the firm's times-interest-earned ratio? What about the ratio of the market value of debt to that of equity? Would you judge that leverage has increased or decreased?

Visit us at www.mhhe.com/bma

18. How would the following actions affect a firm's current ratio?

    a. Inventory is sold.

    b. The firm takes out a bank loan to pay its suppliers.

    c. The firm arranges a line of credit with a bank that allows it to borrow at any time to pay its suppliers.

    d. A customer pays its overdue bills.

    e. The firm uses cash to purchase additional inventories.

19. Sara Togas sells all its output to Federal Stores. The following table shows selected financial data, in millions, for the two firms:

| | Sales | Interest Payment | Net Income | Assets at Start of Year |
|---|---|---|---|---|
| Federal Stores | $100 | $4 | $10 | $50 |
| Sara Togas | 20 | 1 | 4 | 20 |

    Calculate the sales-to-assets ratio, the operating profit margin, and the return on assets for the two firms. Now assume that the two companies merge. If Federal continues to sell goods worth $100 million, how will the three ratios change?



Visit us at
www.mhhe.com/bma

20. As you can see, someone has spilled ink over some of the entries in the balance sheet and income statement of Transylvania Railroad (Table 28.12). Can you use the following information to work out the missing entries?

    • Debt ratio: .4.

    • Times-interest-earned: 6.25.

    • Current ratio: 1.4.

    • Quick ratio: 1.0.

    • Cash ratio: .2.

    • Return on equity: 24%.

    • Inventory turnover: 5.0.

    • Receivables collection period: 71.2 days.

21. Here are some data for five companies in the same industry:

| | Company Code | | | | |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| EBIT | 10 | 30 | 100 | −3 | 80 |
| Interest expense | 5 | 15 | 50 | 2 | 1 |

    You have been asked to calculate a measure of times-interest-earned for the industry. Discuss the possible ways that you might calculate such a measure. Does changing the method of calculation make a significant difference to the end result?

22. How would rapid inflation affect the accuracy and relevance of a manufacturing company's balance sheet and income statement? Does your answer depend on how much debt the firm has issued?

23. Suppose that you wish to use financial ratios to estimate the risk of a company's stock. Which of those that we have described in this chapter are likely to be helpful? Can you think of other accounting measures of risk?

24. Look up some firms that have been in trouble. Plot the changes over the preceding years in the principal financial ratios. Are there any patterns?

Visit us at www.mhhe.com/bma

| | December 2009 | December 2008 |
|---|---|---|
| **Balance Sheet** | | |
| Cash | ▩▩ | 20 |
| Accounts receivable | ▩▩ | 34 |
| Inventory | ▩▩ | 26 |
| Total current assets | ▩▩ | 80 |
| Fixed assets, net | ▩▩ | 110 |
| Total | ▩▩ | 190 |
| Notes payable | 30 | 20 |
| Accounts payable | 25 | 15 |
| Total current liabilities | ▩▩ | 35 |
| Long-term debt | ▩▩ | 55 |
| Equity | ▩▩ | 100 |
| Total | 235 | 190 |
| **Income Statement** | | |
| Sales | ▩▩ | |
| Cost of goods sold | ▩▩ | |
| Selling, general, and administrative expenses | 10 | |
| Depreciation | 20 | |
| EBIT | ▩▩ | |
| Interest | ▩▩ | |
| Earnings before tax | ▩▩ | |
| Tax | ▩▩ | |
| Earnings available for common stock | ▩▩ | |

▶ **TABLE 28.12**
Balance sheet and income statement of Transylvania Railroad (figures in $ millions).

## CHALLENGE

25. We noted that, when calculating EVA, you should calculate income as the sum of the after-tax interest payment and net income. Why do you need to deduct the tax shield? Would an alternative be to use a different measure of the cost of capital? Or would you get the same result if you simply deducted the cost of equity from net income (as is often done)?

26. Sometimes analysts use the average of capital at the start and end of the year to calculate return on capital. Provide some examples to illustrate when this does and does not make sense. (*Hint:* Start by assuming that capital increases solely as a result of retained earnings.)

27. Take another look at Geomorph Trading's balance sheet in Problem 10 and consider the following additional information:

| Current Assets | | Current Liabilities | | Other Liabilities | |
|---|---|---|---|---|---|
| Cash | $15 | Payables | $35 | Deferred tax | $32 |
| Inventories | 35 | Taxes due | 10 | Unfunded pensions | 22 |
| Receivables | 50 | Bank loan | 15 | R&R reserve | 16 |
| | $100 | | $60 | | $70 |

Visit us at www.mhhe.com/bma

The "R&R reserve" covers the future costs of removal of an oil pipeline and environmental restoration of the pipeline route.

There are many ways to calculate a debt ratio for Geomorph. Suppose you are evaluating the safety of Geomorph's debt and want a debt ratio for comparison with the ratios of other companies in the same industry. Would you calculate the ratio in terms of total liabilities or total capitalization? What would you include in debt—the bank loan, the deferred tax account, the R&R reserve, the unfunded pension liability? Explain the pros and cons of these choices.

● ● ● ● ●

**REAL-TIME DATA ANALYSIS**

STANDARD
&POOR'S

STANDARD
&POOR'S

STANDARD
&POOR'S

STANDARD
&POOR'S

**Use data from the Standard & Poor's Market Insight Database (www.mhhe.com/edumarketinsight) or Yahoo! Finance (http://finance.yahoo.com) to answer the following questions.**

1.  Find financial ratios for five different industries. Can you account for some of the differences between industries?

2.  Select two companies that are in a similar line of business and find their simplified balance sheets and income statements. Then draw up common-size statements for each company and compute the principal financial ratios. Compare and contrast the companies based on these data.

3.  Look up the latest financial statements for a company of your choice and calculate the following ratios for the latest year:
    a.  Return on capital.
    b.  Return on equity.
    c.  Operating profit margin.
    d.  Days in inventory.
    e.  Debt ratio.
    f.  Times-interest-earned.
    g.  Current ratio.
    h.  Quick ratio.

4.  Select five companies and, using their financial statements, compare the days in inventory and average collection period for receivables. Can you explain the differences between the companies?

FINANCIAL PLANNING AND
WORKING CAPITAL MANAGEMENT

# Financial Planning

▶ **This chapter is** concerned with financial planning. We look first at short-term planning where the focus is on ensuring that the firm does not run out of cash. Short-term planning is, therefore, often termed *cash budgeting.* In the second half of the chapter we look at how firms also use financial planning models to develop a coherent *long-term* strategy.

In the last chapter we introduced you to the principal short-term assets—inventory, accounts receivable, cash, and marketable securities. Decisions on these assets cannot be made in isolation. For example, suppose that the marketing manager wishes to give customers more time to pay for their purchases. This reduces the firm's future cash balances. Or perhaps the production manager adopts a just-in-time system for ordering from suppliers. That allows the firm to get by on smaller inventories and frees up cash.

Managers concerned with short-term financial decisions can avoid many of the difficult conceptual issues encountered elsewhere in this book. In that

respect short-term decisions are easier than long-term decisions, but they are not less important. A firm can identify extremely valuable capital investment opportunities, find the precise optimal debt ratio, follow the perfect dividend policy, and yet founder because no one bothers to raise the cash to pay this year's bills. Hence the need for short-term planning.

Short-term planning rarely looks further ahead than the next 12 months. It seeks to ensure that the firm has enough cash to pay its bills and makes sensible short-term borrowing and lending decisions. But the financial manager also needs to think about the investments that will be needed to meet the firm's *long-term* goals and the financing that must be arranged. Long-term financial planning focuses on the implications of alternative financial strategies. It allows managers to avoid some surprises and consider how they should react to surprises that *cannot* be avoided. And it helps to establish goals for the firm and to provide standards for measuring performance.

## 29-1 Links Between Short-Term and Long-Term Financing Decisions

Short-term financial decisions differ in two ways from long-term decisions such as the purchase of plant and equipment or the choice of capital structure. First, they generally involve short-lived assets and liabilities, and, second, they are usually easily reversed. Compare, for example, a 60-day bank loan with an issue of 20-year bonds. The bank loan is clearly a short-term decision. The firm can repay it two months later and be right back where it started. A firm might conceivably issue a 20-year bond in January and retire it in March, but it would be extremely inconvenient and expensive to do so. In practice, the bond issue is a long-term decision, not only because of the bond's 20-year maturity but also because the decision to issue it cannot be reversed on short notice.



▶ **FIGURE 29.1**

The firm's cumulative capital requirement (red line) is the cumulative investment in all the assets needed for the business. This figure shows that the requirement grows year by year, but there is some seasonal fluctuation within each year. The requirement for short-term financing is the difference between long-term financing (lines *A, B,* and *C*) and the cumulative capital requirement. If long-term financing follows line *C,* the firm always needs short-term financing. At line *B,* the need is seasonal. At line *A,* the firm never needs short-term financing. There is always extra cash to invest.

Short-term financing needs are nevertheless tied to the firm's long-term decisions. All businesses require capital—that is, money invested in plant, machinery, inventories, accounts receivable, and all the other assets it takes to run a business. These assets can be financed by either long-term or short-term sources of capital.

Let us call the total investment the firm's *cumulative capital requirement.* For most firms the cumulative capital requirement grows irregularly, like the wavy line in Figure 29.1. This line shows a clear upward trend as the firm's business grows. But the figure also shows seasonal variation around the trend, with the capital requirement peaking late in each year. In addition, there would be unpredictable week-to-week and month-to-month fluctuations, but we have not attempted to show these in Figure 29.1.

When long-term financing does not cover the cumulative capital requirement, the firm must raise short-term capital to make up the difference. When long-term financing *more* than covers the cumulative capital requirement, the firm has surplus cash available. Thus the amount of long-term financing raised, given the capital requirement, determines whether the firm is a short-term borrower or lender.

Lines *A, B,* and *C* in Figure 29.1 illustrate this. Each depicts a different long-term financing strategy. Strategy *A* implies a permanent cash surplus, which can be invested in short-term securities. Strategy *C* implies a permanent need for short-term borrowing. Under *B,* which is probably the most common strategy, the firm is a short-term lender during part of the year and a borrower during the rest.

What is the *best* level of long-term financing relative to the cumulative capital requirement? It is hard to say. There is no convincing theoretical analysis of this question. We can make practical observations, however. First, most financial managers attempt to "match

maturities" of assets and liabilities.[1] That is, they largely finance long-lived assets like plant and machinery with long-term borrowing and equity. Second, most firms make a permanent investment in net working capital (current assets less current liabilities). This investment is financed from long-term sources.

Current assets can be converted into cash more easily than long-term assets. So firms with large holdings of current assets enjoy greater liquidity. Of course, some of these assets are more liquid than others. Inventories are converted into cash only when the goods are produced, sold, and paid for. Receivables are more liquid; they become cash as customers pay their outstanding bills. Short-term securities can generally be sold if the firm needs cash on short notice and are therefore more liquid still.

Some firms choose to hold more liquidity than others. For example, many high-tech companies, such as Intel and Cisco, hold huge amounts of short-term securities. On the other hand, firms in old-line manufacturing industries—such as chemicals, paper, or steel—manage with a far smaller reserve of liquidity. Why is this? One reason is that companies with rapidly growing profits may generate cash faster than they can redeploy it in new positive-NPV investments. This produces a surplus of cash that can be invested in short-term securities. Of course, companies faced with a growing mountain of cash may eventually respond by adjusting their payout policies. In Chapter 16 we saw how Microsoft reduced its cash mountain by paying a special dividend and repurchasing its stock.

There are some advantages to holding a large reservoir of cash, particularly for smaller firms that face relatively high costs to raising funds on short notice. For example, biotech firms require large amounts of cash to develop new drugs. Therefore, these firms generally have substantial cash holdings to fund their R&D programs. If these precautionary reasons for holding liquid assets are important, we should find that small companies in relatively high-risk industries are more likely to hold large cash surpluses. A study by Tim Opler and others confirms that this is in fact the case.[2]

Financial managers of firms with a surplus of long-term financing and with cash in the bank don't have to worry about finding the money to pay next month's bills. The cash can help to protect the firm against a rainy day and give it the breathing space to make changes to operations. However, there are also drawbacks to surplus cash. Holdings of marketable securities are at best a zero-NPV investment for a taxpaying firm.[3] Also managers of firms with large cash surpluses may be tempted to run a less tight ship and may simply allow the cash to seep away in a succession of operating losses. For example, at the end of 2007 General Motors held $27 billion in cash and short-term investments. But shareholders valued GM stock at less than $14 billion. It seemed that shareholders realized that the cash would be used to support ongoing losses and to service GM's huge debts.

Pinkowitz and Williamson looked at the value that investors place on a firm's cash and found that on average shareholders valued a dollar of cash at $1.20.[4] They placed a particularly high value on liquidity in the case of firms with plenty of growth opportunities. At the

---

[1] A survey by Graham and Harvey found that managers considered that the desire to match the maturity of the debt with that of the assets was the single most important factor in their choice between short- and long-term debt. See J. R. Graham and C. R. Harvey, "The Theory and Practice of Finance: Evidence from the Field," *Journal of Financial Economics* 61 (May 2001), pp. 187–243. Stohs and Mauer confirm that firms with a preponderance of short-term assets do indeed tend to issue short-term debt. See M. H. Stohs and D. C. Mauer, "The Determinants of Corporate Debt Maturity Structure," *Journal of Business* 69 (July 1996), pp. 279–312.

[2] T. Opler, L. Pinkowitz, R. Stulz, and R. Williamson, "The Determinants and Implications of Corporate Cash Holdings," *Journal of Financial Economics* 52 (April 1999), pp. 3–46.

[3] If, as most people believe, there is a tax advantage to borrowing there must be a corresponding tax disadvantage to lending, since the firm must pay tax at the corporate rate on the interest that it receives from Treasury bills. In this case investment in Treasury bills has a negative NPV. See Section 18-1.

[4] L. Pinkowitz and R. Williamson. "The Market Value of Cash," *Journal of Applied Corporate Finance* 19 (2007), pp. 74–81.

other extreme, they found that, when a firm was likely to face financial distress, a dollar of cash within the firm was often worth less than a dollar to the shareholders.[5]

## 29-2 Tracing Changes in Cash

Table 29.1 shows the 2009 income statement for Dynamic Mattress Company, and Table 29.2 compares the firm's 2008 and 2009 year-end balance sheets. You can see that in 2009 Dynamic's cash balance increased from $20 million to $25 million.

What caused this increase? Did the extra cash come from Dynamic's issue of long-term debt, from reinvested earnings, from cash released by reducing inventory, or from extra credit extended by Dynamic's suppliers? (Note the increase in accounts payable.) The answer is provided in the company's cash flow statement shown in Table 29.3.

Cash flow statements classify cash flows into those from operating activities, investing activities, and financing activities. Sources of cash are shown as positive numbers; uses of

> **TABLE 29.1**
>
> Income statement for Dynamic Mattress Company, 2009 (figures in $ millions).
>
>
>
> Visit us at
> www.mhhe.com/bma

| | | |
|---|---|---|
| 1 | Sales | 2,200 |
| 2 | Cost of goods sold | 1,644 |
| 3 | Other expenses | 411 |
| 4 | Depreciation | 20 |
| 5 | EBIT $(1-2-3-4)$ | 125 |
| 6 | Interest | 5 |
| 7 | Pretax income $(5-6)$ | 120 |
| 8 | Tax at 50% | 60 |
| 9 | Net income $(7-8)$ | 60 |
| | | |
| | Dividend | 30 |
| | Earnings retained in the business | 30 |

> **TABLE 29.2**
>
> Year-end balance sheets for 2009 and 2008 for Dynamic Mattress Company (figures in $ millions).
>
>
>
> Visit us at
> www.mhhe.com/bma

| | 2009 | 2008 |
|---|---|---|
| Current assets: | | |
| Cash | 25 | 20 |
| Marketable securities | 25 | 0 |
| Accounts receivable | 150 | 125 |
| Inventory | 125 | 130 |
| Total current assets | 325 | 275 |
| Fixed assets: | | |
| Gross investment | 350 | 320 |
| Less depreciation | 100 | 80 |
| Net fixed assets | 250 | 240 |
| Total assets | 575 | 515 |
| | | |
| Current liabilities: | | |
| Bank loans | 0 | 25 |
| Accounts payable | 135 | 110 |
| Total current liabilities | 135 | 135 |
| Long-term debt | 90 | 60 |
| Net worth (equity and retained earnings) | 350 | 320 |
| Total liabilities and net worth | 575 | 515 |

[5] The apparent implication is that the firm should distribute the cash to shareholders. However, debtholders may place restrictions on dividend payments to the shareholders.

| Cash flows from operating activities: | |
|---|---|
| Net income | 60 |
| Depreciation | 20 |
| Decrease (increase) in accounts receivable | −25 |
| Decrease (increase) in inventories | 5 |
| Increase (decrease) in accounts payable | 25 |
| Net cash flow from operating activities | 85 |
| | |
| Cash flows from investing activities: | |
| Investment in fixed assets | −30 |
| | |
| Cash flows from financing activities: | |
| Dividends | −30 |
| Sale (purchase) of marketable securities | −25 |
| Increase (decrease) in long-term debt | 30 |
| Increase (decrease) in short-term debt | −25 |
| Net cash flow from financing activities | −50 |
| | |
| Increase (decrease) in cash balance | 5 |

▶ **TABLE 29.3**

Statement of cash flows for Dynamic Mattress Company, 2009 (figures in $ millions).



Visit us at
www.mhhe.com/bma

cash are shown as negative numbers. Dynamic's cash flow statement shows that Dynamic *generated* cash from the following sources:

1. It earned $60 million of net income (*operating activity*).
2. It set aside $20 million as depreciation. Remember that depreciation is *not* a cash outlay. Thus, it must be added back to obtain Dynamic's cash flow (*operating activity*).
3. It reduced inventory, releasing $5 million (*operating activity*).
4. It increased its accounts payable, in effect borrowing an additional $25 million from its suppliers (*operating activity*).
5. It issued $30 million of long-term debt (*financing activity*).

Dynamic's cash flow statement shows that it *used* cash for the following purposes:

1. It allowed accounts receivable to expand by $25 million (*operating activity*). In effect, it lent this additional amount to its customers.
2. It invested $30 million (*investing activity*). This shows up as the increase in gross fixed assets in Table 29.2.
3. It paid a $30 million dividend (*financing activity*). (*Note:* The $30 million increase in Dynamic's equity in Table 29.2 is due to retained earnings: $60 million of equity income, less the $30 million dividend.)
4. It purchased $25 million of marketable securities (*financing activity*).
5. It repaid $25 million of short-term bank debt (*financing activity*).[6]

Look again at Table 29.3. Notice that to calculate cash flows from operating activities, we start with net income and then make two adjustments. First, since depreciation is *not* a cash outlay, we must add it back to net income.[7] Second, we need to recognize the fact

---

[6] This is principal repayment, not interest. Sometimes interest payments are explicitly recognized as a use of funds. If so, cash flow from operations would be defined *before* interest, that is, as net income plus interest plus depreciation.

[7] There is a potential complication here, for the depreciation figure shown in the company's report to shareholders is rarely the same as the depreciation figure used to calculate tax. The reason is that firms can minimize their current tax payments by using *accelerated* depreciation when computing their taxable income. As a result, the shareholder books (which generally use straight-line depreciation) overstate the firm's current tax liability. Accelerated depreciation does not eliminate taxes; it only delays them. Since the ultimate liability has to be recognized, the additional taxes that will need to be paid are shown on the balance sheet as a deferred tax liability. In the statement of cash flows any increase in deferred taxes is treated as a source of funds. In the Dynamic Mattress example we ignore deferred taxes.

that the income statement shows sales and expenditures when they are made, rather than when cash changes hands. For example, think of what happens when Dynamic sells goods on credit. The company records a profit at the time of sale, but there is no cash inflow until the bills are paid. Since there is no cash inflow, there is no change in the company's cash balance, although there is an increase in working capital in the form of an increase in accounts receivable. No net addition to cash would be shown in a cash flow statement like Table 29.3. The increase in cash from operations would be offset by an increase in accounts receivable. Later, when the bills are paid, there is an increase in the cash balance. However, there is no further profit at this point and no increase in working capital. The increase in the cash balance is exactly matched by a decrease in accounts receivable.

Table 29.3 adjusts the cash flow from operating activities *downward* by $25 million to reflect the additional credit that Dynamic has extended to its customers. On the other hand, in 2009 Dynamic reduced its inventories and increased the amount that is owed to its suppliers. The cash flow from operating activities is adjusted *upward* to reflect these changes.

That brings up an interesting characteristic of working capital. Imagine a company that conducts a very simple business. It buys raw materials for cash, processes them into finished goods, and then sells these goods on credit. The whole cycle of operations looks like this:



If you draw up a balance sheet at the beginning of the process, you see cash. If you delay a little, you find the cash replaced by inventories of raw materials and, still later, by inventories of finished goods. When the goods are sold, the inventories give way to accounts receivable, and, finally, when the customers pay their bills, the firm draws out its profit and replenishes the cash balance.

There is only one constant in this process, namely, working capital. That is one reason why (net) working capital is a useful summary measure of current assets and liabilities. The strength of the working-capital measure is that it is unaffected by seasonal or other temporary movements between different current assets or liabilities. But the strength is also its weakness, for the working-capital figure hides a lot of interesting information. In our example cash was transformed into inventory, then into receivables, and back into cash again. But these assets have different degrees of risk and liquidity. You can't pay bills with inventory or with receivables, you must pay with cash.

### The Cash Cycle

In Chapter 28 we showed how to calculate the average time that materials remain in inventory and the average time that it takes for customers to pay their bills. In the case of Dynamic:

$$\text{Average days in inventory} = \frac{\text{inventory at start of year}}{\text{daily cost of goods sold}} = \frac{130}{1,644/365} = 29 \text{ days}$$

$$\text{Average collection period} = \frac{\text{receivables at start of year}}{\text{average daily sales}} = \frac{125}{2,200/365} = 21 \text{ days}$$

We can also calculate the average time that it takes *Dynamic* to pay its bills:[8]

$$\text{Average payment period} = \frac{\text{payables at start of year}}{\text{daily cost of goods sold}} = \frac{110}{1,644/365} = 24 \text{ days}$$

Think what this implies for the financing that is needed to maintain regular operations. Suppose that Dynamic purchases materials on day 0. It pays for these materials on day 24 (average payment period = 24 days). By day 29 Dynamic has converted the raw materials into finished mattresses that are then sold (days in inventory = 29). Twenty-one days later on day 50 Dynamic's customers pay for their purchases (collection period = 21). Thus, cash went out the door on day 24; it did not come back in again until day 50. This 26-day interval is called the *cash cycle* or *cash conversion period*:[9]

| Cash cycle (days) | = | average days in inventory | + | average collection period | − | average payment period |
|---|---|---|---|---|---|---|
| 26 | = | 29 | + | 21 | − | 24 |

The cash cycle affects the amount of working capital that the firm needs. For example, major machinery manufacturers typically hold large inventories and offer long payment periods. Their cash cycle is nearly six months and they need to make a substantial investment in net working capital. By contrast, utilities with their low investment in inventory have a cash cycle of only about one and a half months. Utilities often have negative working capital.

## 29-3 Cash Budgeting

The past is interesting for what one can learn from it. The financial manager's problem is to forecast *future* sources and uses of cash. These forecasts serve two purposes. First, they provide a standard, or budget, against which subsequent performance can be judged. Second, they alert the manager to future cash-flow needs. Cash, as we all know, has a habit of disappearing fast.

### Preparing the Cash Budget: Inflows

We illustrate the preparation of the capital budget by continuing the example of Dynamic Mattress.

Most of Dynamic's cash inflow comes from the sale of mattresses. We therefore start with a sales forecast by quarter for 2010:[10]

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| Sales ($ millions) | 560 | 502 | 742 | 836 |

But sales become accounts receivable before they become cash. Cash flow comes from *collections* on accounts receivable.

Most firms keep track of the average time it takes customers to pay their bills. From this they can forecast what proportion of a quarter's sales is likely to be converted into cash in that quarter and what proportion is likely to be carried over to the next quarter as accounts receivable. Suppose that 70% of sales are "cashed in" in the immediate quarter and 30% are cashed

---

[8] Since the balance sheet shows the cost of materials rather than the amount that the finished goods will eventually sell for, it makes sense to compare the level of inventories and payables with the cost of goods sold rather than with sales.

[9] The total length of time from the purchase of raw materials until the final payment by the customer is termed the *operating cycle.*

[10] Most firms would forecast by month instead of by quarter. Sometimes weekly or even daily forecasts are made. But presenting a monthly forecast would triple the number of entries in Table 29.4 and subsequent tables. We wanted to keep the examples as simple as possible.

in the following quarter. Table 29.4 shows forecasted collections under this assumption. For example, you can see that in the first quarter collections from current sales are 70% of $560, or $392 million. But the firm also collects 30% of the previous quarter's sales, or .3($397) = $119 million. Therefore total collections are $392 + $119 = $511 million.

Dynamic started the first quarter with $150 million of accounts receivable. The quarter's sales of $560 million were *added* to accounts receivable, but collections of $511 million were *subtracted*. Therefore, Table 29.4 shows that Dynamic ended the quarter with accounts receivable of $150 + 560 − 511 = $199 million. The general formula is

Ending accounts receivable = beginning accounts receivable + sales − collections

The top section of Table 29.5 shows forecasted sources of cash for Dynamic Mattress. Collection of receivables is the main source, but it is not the only one. Perhaps the firm plans to dispose of some land or expects a tax refund or payment of an insurance claim. All such items are included as "other" sources. It is also possible that you may raise additional capital by borrowing or selling stock, but we don't want to prejudge that question. Therefore, for the moment we just assume that Dynamic will not raise further long-term finance.

### Preparing the Cash Budget: Outflows

So much for the incoming cash. Now for the outgoing. There always seem to be many more uses for cash than there are sources. For simplicity, we have condensed the uses into five categories in Table 29.5.

1. *Payments on accounts payable.* The firm has to pay its bills for raw materials, parts, electricity, etc. The cash-flow forecast assumes all these bills are paid on time, although Dynamic could probably delay payment to some extent. Delaying payment is sometimes called *stretching payables.* Stretching is one source of short-term financing, but for most firms it is an expensive source, because by stretching they lose discounts given to firms that pay promptly.

2. *Increase in inventories.* The expected increase in sales in 2010 requires additional investment in inventories.

3. *Labor, administrative, and other expenses.* This category includes all other regular business expenses.

4. *Capital expenditures.* Note that Dynamic Mattress plans a major capital outlay in the first quarter.

| | | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
| 1 | Receivables at start of period | 150 | 199 | 181.6 | 253.6 |
| 2 | Sales | 560 | 502 | 742 | 836 |
| | Collections: | | | | |
| | Sales in current period (70%) | 392 | 351.4 | 519.4 | 585.2 |
| | Sales in last period (30%) | 119* | 168 | 150.6 | 222.6 |
| 3 | Total collections | 511 | 519.4 | 670 | 807.8 |
| 4 | Receivables at end of period 1+2−3 | 199 | 181.6 | 253.6 | 281.8 |

▶ **TABLE 29.4**

To forecast Dynamic Mattress's collections on accounts receivable, you have to forecast sales and collection rates in 2010 (figures in $ millions).

**eXcel**

Visit us at
www.mhhe.com/bma

*We assume that sales in the last quarter of the previous year were $397 million.

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| **Sources of cash:** | | | | |
| Collections on accounts receivable | 511 | 519.4 | 670 | 807.8 |
| Other | 0 | 0 | 77 | 0 |
| Total sources | 511 | 519.4 | 747 | 807.8 |
| | | | | |
| **Uses of cash:** | | | | |
| Payments on accounts payable | 250 | 250 | 267 | 261 |
| Increase in inventory | 150 | 150 | 170 | 180 |
| Labor and other expenses | 136 | 136 | 136 | 136 |
| Capital expenditures | 70 | 10 | 8 | 14.5 |
| Taxes, interest, and dividends | 46 | 46 | 46 | 46 |
| Total uses | 652 | 592 | 627 | 637.5 |
| | | | | |
| **Sources minus uses** | −141 | −72.6 | 120 | 170.3 |
| | | | | |
| **Calculation of short-term borrowing requirement:** | | | | |
| Cash at start of period | 25 | −116 | −188.6 | −68.6 |
| Change in cash balance | −141 | −72.6 | 120 | 170.3 |
| Cash at end of period | −116 | −188.6 | −68.6 | 101.7 |
| Minimum operating balance | 25 | 25 | 25 | 25 |
| Cumulative financing required | 141 | 213.6 | 93.6 | −76.7 |

▶ **TABLE 29.5**

Dynamic Mattress's cash budget for 2010 (figures in $ millions)



eXcel

Visit us at
www.mhhe.com/bma

5.  *Taxes, interest, and dividend payments.* This includes interest on presently outstanding long-term debt but does not include interest on any additional borrowing to meet cash requirements in 2010. At this stage in the analysis, Dynamic does not know how much it will have to borrow, or whether it will have to borrow at all.

The forecasted net inflow of cash (sources *minus* uses) is shown by the shaded line in Table 29.5. Note the large negative figure for the first quarter: a $141 million forecasted *outflow.* There is a smaller forecasted outflow in the second quarter, and then substantial cash inflows in the third and fourth quarters.

The bottom part of Table 29.5 calculates how much financing Dynamic will have to raise if its cash-flow forecasts are right. It starts the year with $25 million in cash. There is a $141 million cash outflow in the first quarter, and so Dynamic will have to obtain at least $141 − 25 = $116 million of additional financing. This would leave the firm with a forecasted cash balance of exactly zero at the start of the second quarter.

Most financial managers regard a planned cash balance of zero as driving too close to the edge of the cliff. They establish a *minimum operating cash balance* to absorb unexpected cash inflows and outflows. We assume that Dynamic's minimum operating cash balance is $25 million. This means it will have to raise the full $141 million in the first quarter and $72.6 million more in the second quarter. Thus its *cumulative* financing requirement is $213.6 million by the second quarter. Fortunately, this is the peak: the cumulative requirement declines in the third quarter by $120 million to $93.6 million. In the final quarter Dynamic is out of the woods: its cash balance is $101.7 million, well clear of its minimum operating balance.

The next step is to develop a *short-term financing plan* that covers the forecasted requirements in the most economical way. We move on to that topic after two general observations:

1. The large cash outflows in the first two quarters do not necessarily spell trouble for Dynamic Mattress. In part, they reflect the capital investment made in the first quarter: Dynamic is spending $70 million, but it should be acquiring an asset worth that much or more. In part, the cash outflows reflect low sales in the first half of the year; sales recover in the second half.[11] If this is a predictable seasonal pattern, the firm should have no trouble borrowing to tide it over the slow months.

2. Table 29.5 is only a best guess about future cash flows. It is a good idea to think about the *uncertainty* in your estimates. For example, you could undertake a sensitivity analysis, in which you inspect how Dynamic's cash requirements would be affected by a shortfall in sales or by a delay in collections. The trouble with such sensitivity analyses is that you are changing only one item at a time, whereas in practice a downturn in the economy might affect, say, sales levels *and* collection rates. An alternative but more complicated solution is to build a model of the cash budget and then to simulate possible alternative cash requirements. If cash requirements are difficult to predict, you may wish to hold additional cash or marketable securities to cover a possible unexpected cash outflow.

## 29-4  The Short-Term Financing Plan

Dynamic's cash budget defines its problem: its financial manager must find short-term financing to cover the firm's forecasted cash requirements. There are dozens of sources of short-term financing, but for simplicity we assume that Dynamic has just two options.

### Options for Short-Term Financing

1. *Bank loan:* Dynamic has an existing arrangement with its bank allowing it to borrow up to $100 million at an interest cost of 10% a year or 2.5% per quarter. The firm can borrow and repay whenever it wants to do so, as long as it does not exceed its credit limit.

2. *Stretching payables:* Dynamic can also raise capital by putting off paying its bills. The financial manager believes that Dynamic can defer up to $100 million of payables each quarter. Thus, $100 million can be saved in the first quarter by *not* paying bills in that quarter. (Note that the cash-flow forecasts in Table 29.5 assumed that these bills *will* be paid in the first quarter.) If deferred, these payments *must* be made in the second quarter, but a further $100 million of the second quarter bills can be deferred to the third quarter, and so on.

Stretching payables is often costly, even if no ill will is incurred. The reason is that suppliers may offer discounts for prompt payment. Dynamic loses this discount if it pays late. In this example we assume the lost discount is 5% of the amount deferred. In other words, if a $100 payment is delayed, the firm must pay $105 in the next quarter.

### Dynamic's Financing Plan

With these two options, the short-term financing strategy is obvious. Use the bank loan first, if necessary up to the $100 million limit. If there is still a shortage of cash, stretch payables.

Table 29.6 shows the resulting plan. In the first quarter the plan calls for borrowing the full amount from the bank ($100 million) and stretching $16 million of payables (see lines 1 and 2 in the table). In addition the company sells the $25 million of marketable securities

---

[11] Maybe people buy more mattresses late in the year when the nights are longer.

|  |  | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|---|
|  | New borrowing: |  |  |  |  |
| 1 | Bank loan | 100.0 | 0.0 | 0.0 | 0.0 |
| 2 | Stretching payables | 16.0 | 92.4 | 0.0 | 0.0 |
| 3 | Total | 116.0 | 92.4 | 0.0 | 0.0 |
|  |  |  |  |  |  |
|  | Repayments: |  |  |  |  |
| 4 | Bank loan | 0.0 | 0.0 | 20.0 | 80.0 |
| 5 | Stretching payables | 0.0 | 16.0 | 92.4 | 0.0 |
| 6 | Total | 0.0 | 16.0 | 112.4 | 80.0 |
| 7 | Net new borrowing | 116.0 | 76.4 | −112.4 | −80.0 |
| 8 | Plus securities sold | 25.0 | 0.0 | 0.0 | 0.0 |
| 9 | Less securities bought | 0.0 | 0.0 | 0.0 | 87.8 |
| 10 | Total cash raised | 141.0 | 76.4 | −112.4 | −167.8 |
|  | *Note: Cumulative borrowing and security sales* |  |  |  |  |
|  | *Bank loan* | *100.0* | *100.0* | *80.0* | *0.0* |
|  | *Stretching payables* | *16.0* | *92.4* | *0.0* | *0.0* |
|  | *Net securities sold* | *25.0* | *25.0* | *25.0* | *−62.8* |
|  | Interest payments: |  |  |  |  |
| 11 | Bank loan | 0.0 | 2.5 | 2.5 | 2.0 |
| 12 | Stretching payables | 0.0 | 0.8 | 4.6 | 0.0 |
| 13 | Interest on securities sold | 0.0 | 0.5 | 0.5 | 0.5 |
| 14 | Net interest paid | 0.0 | 3.8 | 7.6 | 2.5 |
| 15 | Cash required for operations | 141.0 | 72.6 | −120.0 | −170.3 |
| 16 | Total cash required | 141.0 | 76.4 | −112.4 | −167.8 |

▶ **TABLE 29.6**

Dynamic Mattress's financing plan (figures in $ millions).



Visit us at
www.mhhe.com/bma

it held at the end of 2009 (line 8). Thus it raises $100 + 16 + 25 = \$141$ million of cash in the first quarter (line 10).

In the second quarter, the plan calls for Dynamic to continue to borrow $100 million from the bank and to stretch $92.4 million of payables. This raises $76.4 million after paying off the $16 million of bills deferred from the first quarter.

Why raise $76.4 million when Dynamic needs only an additional $72.6 million to finance its operations? The answer is that the company must pay interest on the borrowings that it undertook in the first quarter and it forgoes interest on the marketable securities that were sold.[12]

In the third and fourth quarters the plan calls for Dynamic to pay off its debt and to make a purchase of marketable securities.

## Evaluating the Plan

Does the plan shown in Table 29.6 solve Dynamic's short-term financing problem? No: the plan is feasible, but Dynamic can probably do better. The most glaring weakness is its reliance on stretching payables, an extremely expensive financing device. Remember that it costs Dynamic 5% *per quarter* to delay paying bills—an effective interest rate of over 20% per year. The first plan would merely stimulate the financial manager to search for cheaper sources of short-term borrowing.

---

[12] The bank loan calls for quarterly interest of $.025 \times 100 = \$2.5$ million; the lost discount on the payables amounts to $.05 \times 16 = \$.8$ million, and the interest lost on the marketable securities is $.02 \times 25 = \$.5$ million.

The financial manager would ask several other questions as well. For example:

1. Does the plan yield satisfactory current and quick ratios?[13] Its bankers may be worried if these ratios deteriorate.[14]

2. Are there intangible costs of stretching payables? Will suppliers begin to doubt Dynamic's creditworthiness?

3. Does the plan for 2010 leave Dynamic in good financial shape for 2011? (Here the answer is yes, since Dynamic will have paid off its short-term borrowing by the end of the year.)

4. Should Dynamic try to arrange long-term financing for the major capital expenditure in the first quarter? This seems sensible, following the rule of thumb that long-term assets deserve long-term financing. It would also reduce the need for short-term borrowing dramatically. A counterargument is that Dynamic is financing the capital investment only temporarily by short-term borrowing. By year-end, the investment is paid for by cash from operations. Thus Dynamic's initial decision not to seek immediate long-term financing may reflect a preference for ultimately financing the investment with retained earnings.

5. Is it possible to adjust the firm's operating and investment plans to make the short-term financing problem easier. Perhaps there is a way to defer the first quarter's large cash outflow? For example, suppose that the large capital investment in the first quarter is for new mattress-stuffing machines to be delivered and installed in the first half of the year. The new machines are not scheduled to be ready for full-scale use until August. Perhaps the machine manufacturer could be persuaded to accept 60% of the purchase price on delivery and 40% when the machines are installed and operating satisfactorily.

6. Should Dynamic release cash by reducing the level of other current assets? For example, it could reduce receivables by getting tough with customers who are late paying their bills. (The cost is that in the future these customers may take their business elsewhere.) Or it may be able to get by with lower inventories of mattresses. (The cost is that it may lose business if there is a rush of orders that it cannot supply.)

Short-term financing plans are developed by trial and error. You lay out one plan, think about it, and then try again with different assumptions on financing and investment alternatives. You continue until you can think of no further improvements.

Trial and error is important because it helps you understand the real nature of the problem the firm faces. Here we can draw a useful analogy between the *process* of planning and Chapter 10, "Project Analysis." In Chapter 10 we described sensitivity analysis and other tools used by firms to find out what makes capital investment projects tick and what can go wrong with them. Dynamic's financial manager faces the same kind of task here: not just to choose a plan but to understand what can go wrong and what will be done if conditions change unexpectedly.[15]

## A Note on Short-Term Financial Planning Models

Working out a consistent short-term plan requires burdensome calculations.[16] Fortunately much of the arithmetic can be delegated to a computer. Many large firms have

---

[13] These ratios were discussed in Chapter 28.

[14] We have not worked out these ratios explicitly, but you can infer from Table 29.6 that they would be fine at the end of the year but relatively low midyear, when Dynamic's borrowing is high.

[15] This point is even more important in *long-term* financial planning.

[16] If you doubt that, look again at Table 29.6. Notice that the cash requirements in each quarter depend on borrowing in the previous quarter, because borrowing creates an obligation to pay interest. Moreover, the problem's complexity would have been tripled had we not simplified by forecasting per quarter rather than by month.

built *short-term financial planning models* to do this. Smaller companies do not face so much detail and complexity and find it easier to work with a spreadsheet program on a personal computer. In either case the financial manager specifies forecasted cash requirements or surpluses, interest rates, credit limits, etc., and the model grinds out a plan like the one shown in Table 29.6.

The computer also produces balance sheets, income statements, and whatever special reports the financial manager may require. Smaller firms that do not want custom-built models can rent general-purpose models offered by banks, accounting firms, management consultants, or specialized computer software firms.

Most of these models simply work out the consequences of the assumptions and policies specified by the financial manager. *Optimization* models for short-term financial planning are also available. These models are usually linear programming models. They search for the *best* plan from a range of alternative policies identified by the financial manager. Optimization helps when the firm faces complex problems where trial and error might never identify the *best* combination of alternatives.

Of course the best plan for one set of assumptions may prove disastrous if the assumptions are wrong. Thus the financial manager has to explore the implications of alternative assumptions about future cash flows, interest rates, and so on.

## 29-5  Long-Term Financial Planning

It's been said that a camel looks like a horse designed by a committee. If a firm made every decision piecemeal, it would end up with a financial camel. That is why smart financial managers also need to plan for the long term and to consider the financial actions that will be needed to support the company's long-term growth. Here is where finance and strategy come together. A coherent long-term plan demands an understanding of how the firm can generate superior returns by its choice of industry and by the way that it positions itself within that industry.

Long-term planning involves capital budgeting on a grand scale. It focuses on the investment by each line of business and avoids getting bogged down in details. Of course, some individual projects may be large enough to have significant individual impact. For example, the telecom giant Verizon recently began implementing a project to spend billions of dollars to deploy fiber-optic-based broadband technology to its residential customers. You can bet that this project was explicitly analyzed as part of its long-range financial plan. Normally, however, planners do not work on a project-by-project basis. Instead, they are content with rules of thumb that relate average levels of fixed and short-term assets to annual sales, and do not worry so much about seasonal variations in these relationships. In such cases, the likelihood that accounts receivable may rise as sales peak in the holiday season would be a needless detail that would distract from more important strategic decisions.

### Why Build Financial Plans?

Firms spend considerable time and resources in long-term planning. What do they get for this investment?

**Contingency Planning**  Planning is not just forecasting. Forecasting concentrates on the most likely outcomes, but planners worry about unlikely events as well as likely ones. If you think ahead about what could go wrong, then you are less likely to ignore the danger signals and you can respond faster to trouble.

Companies have developed a number of ways of asking "what-if" questions about both individual projects and the overall firm. For example, managers often work through the

consequences of their decisions under different scenarios. One scenario might envisage high interest rates contributing to a slowdown in world economic growth and lower commodity prices. A second scenario might involve a buoyant domestic economy, high inflation, and a weak currency. The idea is to formulate responses to inevitable surprises. What will you do, for example, if sales in the first year turn out to be 10% below forecast? A good financial plan should help you adapt as events unfold.

**Considering Options**   Planners need to think whether there are opportunities for the company to exploit its existing strengths by moving into a wholly new area. Often they may recommend entering a market for "strategic" reasons—that is, not because the immediate investment has a positive net present value but because it establishes the firm in a new market and creates options for possibly valuable follow-on investments.

For example, Verizon's costly fiber-optic initiative gives the company the *real option* to offer additional services that may be highly valuable in the future, such as the rapid delivery of an array of home entertainment services. The justification for the huge investment lies in these potential growth options.

**Forcing Consistency**   Financial plans draw out the connections between the firm's plans for growth and the financing requirements. For example, a forecast of 25% growth might require the firm to issue securities to pay for necessary capital expenditures, while a 5% growth rate might enable the firm to finance these expenditures by using only reinvested profits.

Financial plans should help to ensure that the firm's goals are mutually consistent. For example, the chief executive might say that she is shooting for a profit margin of 10% and sales growth of 20%, but financial planners need to think about whether the higher sales growth may require price cuts that will reduce profit margin.

Moreover, a goal that is stated in terms of accounting ratios is not operational unless it is translated back into what that means for business decisions. For example, a higher profit margin can result from higher prices, lower costs, or a move into new, high-margin products. Why then do managers define objectives in this way? In part, such goals may be a code to communicate real concerns. For example, a target profit margin may be a way of saying that in pursuing sales growth, the firm has allowed costs to get out of control. The danger is that everyone may forget the code and the accounting targets may be seen as goals in themselves. No one should be surprised when lower-level managers focus on the goals for which they are rewarded. For example, when Volkswagen set a goal of a 6.5% profit margin, some VW groups responded by developing and promoting expensive, high-margin cars. Less attention was paid to marketing cheaper models, which had lower profit margins but higher sales volume. As soon as this became apparent, Volkswagen announced that it would de-emphasize its profit margin goal and would instead focus on return on investment. It hoped that this would encourage managers to get the most profit out of every dollar of invested capital.

## A Long-Term Financial Planning Model for Dynamic Mattress

Financial planners often use a financial planning model to help them explore the consequences of alternative strategies. We will drop in again on the financial manager of Dynamic Mattress to see how he uses a simple spreadsheet program to draw up the firm's long-term plan.

Long-term planning is concerned with the big picture. Therefore, when constructing long-term planning models it is generally acceptable to collapse all current assets and liabilities into a single figure for net working capital. Table 29.7 replaces Dynamic's latest balance sheets with condensed versions that report only net working capital rather than individual current assets or liabilities.

|  | 2009 | 2008 |
|---|---|---|
| Net working capital | 190 | 140 |
| Fixed assets: |  |  |
| Gross investment | 350 | 320 |
| Less depreciation | 100 | 80 |
| Net fixed assests | 250 | 240 |
| Total net assets | 440 | 380 |
|  |  |  |
| Long-term debt | 90 | 60 |
| Net worth (equity and retained earnings) | 350 | 320 |
| Long-term liabilities and net worth* | 440 | 380 |

 **TABLE 29.7**

Condensed year-end balance sheets for 2009 and 2008 for Dynamic Mattress Company (figures in $ millions).

*When only net working capital appears on a firm's balance sheet, this figure (the sum of long-term liabilities and net worth) is often referred to as *total capitalization*.



Visit us at www.mhhe.com/bma

Suppose that Dynamic's analysis of the industry leads it to forecast a 20% annual growth in the company's sales and profits over the next five years. Can the company realistically expect to finance this out of retained earnings and borrowing, or should it plan for an issue of equity? Spreadsheet programs are tailor-made for such questions. Let's investigate.

The basic sources and uses relationship tells us that

External capital required = investment in net working capital + investment in fixed assets
+ dividends − cash flow from operations

Thus there are three steps to finding how much extra capital Dynamic will need and the implications for its debt ratio.

**Step 1**  Project next year's net income plus depreciation, assuming the planned 20% increase in revenues. The first column of Table 29.8 shows this figure for Dynamic in the latest year (2009) and is taken from Table 29.1. The remaining columns show the forecasted values for the following five years.

**Step 2**  Project what additional investment in net working capital and fixed assets will be needed to support this increased activity and how much of the net income will be paid out as dividends. The sum of these expenditures gives you the total *uses* of capital. If the total uses of capital exceed the cash flow generated by operations, Dynamic will need to raise additional long-term capital. The first column of Table 29.9 shows that in 2009 Dynamic needed to raise $30 million of new capital. The remaining columns forecast its capital needs for the following five years. For example, you can see that Dynamic will need to issue $144.5 million of debt in 2010 if it is to expand at the planned rate and not sell more shares.

**Step 3**  Finally, construct a forecast, or pro forma, balance sheet that incorporates the additional assets and the new levels of debt and equity. For example, the first column in Table 29.10 shows the latest condensed balance sheet for Dynamic Mattress. The remaining columns show that the company's equity grows by the additional retained earnings (net income less dividends), while long-term debt increases steadily to $691 million.

Over the five-year period Dynamic Mattress is forecasted to borrow an additional $601 million, and by year 2014 its debt ratio will have risen from 20% to 54%. The interest payments would still be comfortably covered by earnings and most financial managers could just about live with this amount of debt. However, the company could not continue to borrow at that rate beyond five years, and the debt ratio might be close to the limit set by the company's banks and bondholders.

An obvious alternative is for Dynamic to issue a mix of debt and equity, but there are other possibilities that the financial manager may want to explore. One option may be to hold back dividends during this period of rapid growth. An alternative might be to

| | | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| 1 | Revenues | 2200.0 | 2640.0 | 3168.0 | 3801.6 | 4561.9 | 5474.3 |
| 2 | Costs (92% of revenues) | 2055.0 | 2428.8 | 2914.6 | 3497.5 | 4197.0 | 5036.4 |
| 3 | Depreciation (9% of net fixed assets at start of year) | 20.0 | 22.5 | 29.7 | 35.6 | 42.8 | 51.3 |
| 4 | EBIT (1−2−3) | 125.0 | 188.7 | 223.7 | 268.5 | 322.2 | 386.6 |
| 5 | Interest (10% of long-term debt at start of year) | 5.0 | 9.0 | 23.4 | 31.8 | 42.0 | 54.3 |
| 6 | Tax at 50% | 60.0 | 89.8 | 100.1 | 118.3 | 140.1 | 166.2 |
| 7 | Net income (4−5−6) | 60.0 | 89.8 | 100.1 | 118.3 | 140.1 | 166.2 |
| 8 | Operating cash flow (3+7) | 80.0 | 112.4 | 129.8 | 154.0 | 182.9 | 217.5 |

◗ **TABLE 29.8**

Actual (2009) and forecasted operating cash flows for Dynamic Mattress Company
(figures in $ millions).



Visit us at
www.mhhe.com/bma

| | | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| | Sources of capital: | | | | | | |
| 1 | Net income plus depreciation | 80.0 | 112.4 | 129.8 | 154.0 | 182.9 | 217.5 |
| | | | | | | | |
| | Uses of capital: | | | | | | |
| 2 | Increase in net working capital (NWC) assuming NWC = 11% of revenues | 50.0 | 100.4 | 58.1 | 69.7 | 83.6 | 100.4 |
| 3 | Investment in fixed assets (FA) assuming net FA = 12.5% of revenues | 30.0 | 102.5 | 95.7 | 114.8 | 137.8 | 165.4 |
| 4 | Dividend (60% of net income) | 30.0 | 53.9 | 60.1 | 71.0 | 84.1 | 99.7 |
| 5 | Total uses of funds (2+3+4) | 110.0 | 256.8 | 213.9 | 255.5 | 305.5 | 365.4 |
| 6 | External capital required (1−5) | 30.0 | 144.5 | 84.0 | 101.6 | 122.6 | 147.9 |

◗ **TABLE 29.9**

Actual (2009) and forecasted amounts of external capital required for Dynamic Mattress
Company (figures in $ millions).



Visit us at
www.mhhe.com/bma

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Net working capital | 190 | 290.4 | 348.5 | 418.2 | 501.8 | 602.2 |
| Net fixed assets | 250 | 330.0 | 396.0 | 475.2 | 570.2 | 684.3 |
| Total net assets | 440 | 620.4 | 744.5 | 893.4 | 1072.1 | 1286.5 |
| | | | | | | |
| Long-term debt | 90 | 234.5 | 318.5 | 420.0 | 542.7 | 690.6 |
| Equity | 350 | 385.9 | 426.0 | 473.3 | 529.4 | 595.8 |
| Total long-term liabilities and equity | 440 | 620.4 | 744.5 | 893.4 | 1072.1 | 1286.5 |

◗ **TABLE 29.10**

Actual (2009) and pro forma balance sheets for Dynamic Mattress Company
(figures in $ millions).



Visit us at
www.mhhe.com/bma

investigate whether the company could cut back on net working capital. For example, it
may be able to economize on inventories or speed up the collection of receivables. The
model makes it easy to examine these alternatives.

We stated earlier that financial planning is not just about exploring how to cope with
the most likely outcomes. It also needs to ensure that the firm is prepared for unlikely or
unexpected ones. For example, management would certainly wish to check that Dynamic

Mattress could cope with a cyclical decline in sales and profit margins. Sensitivity analysis or scenario analysis can help to do this.

## Pitfalls in Model Design

The Dynamic Mattress model that we have developed is too simple for practical application. You probably have already thought of several ways to improve it—by keeping track of the outstanding shares, for example, and printing out earnings and dividends per share. Or you might want to distinguish between short-term lending and borrowing opportunities, now buried in working capital.

The model that we developed for Dynamic Mattress is known as a *percentage of sales model.* Almost all the forecasts for the company are proportional to the forecasted level of sales. However, in reality many variables will *not* be proportional to sales. For example, important components of working capital such as inventory and cash balances will generally rise less rapidly than sales. In addition, fixed assets such as plant and equipment are not usually added in small increments as sales increase. The Dynamic Mattress plant may well be operating at less than full capacity, so that the company can initially increase output without *any* additions to capacity. Eventually, however, if sales continue to increase, the firm may need to make a large new investment in plant and equipment.

But beware of adding too much complexity: There is always the temptation to make a model bigger and more detailed. You may end up with an exhaustive model that is too cumbersome for routine use. The fascination of detail, if you give in to it, distracts attention from crucial decisions like stock issues and payout policy.

## Choosing a Plan

Financial planning models help the manager to develop consistent forecasts of crucial financial variables. For example, if you wish to value Dynamic Mattress, you need forecasts of future free cash flows. These are easily derived up to the end of the planning period from our financial planning model.[17] However, a planning model does not tell you whether the plan is optimal. It does not even tell you which alternatives are worth examining. For example, we saw that Dynamic Mattress is planning for a rapid growth in sales and earnings per share. But is that good news for the shareholders? Well, not necessarily; it depends on the opportunity cost of the capital that Dynamic Mattress needs to invest. If the new investment earns more than the cost of capital, it will have a positive NPV and add to shareholder wealth. If the investment earns less than the cost of capital, shareholders will be worse off, even though the company expects steady growth in earnings.

The capital that Dynamic Mattress needs to raise depends on its decision to pay out 60% of its earnings as a dividend. But the financial planning model does not tell us whether this dividend payment makes sense or what mixture of equity or debt the company should issue. In the end the management has to decide. We would like to tell you exactly how to make the choice, but we can't. There is no model that encompasses all the complexities encountered in financial planning and decision making.

As a matter of fact, there never will be one. This bold statement is based on Brealey, Myers, and Allen's Third Law:[18]

*Axiom:* The number of unsolved problems is infinite.

*Axiom:* The number of unsolved problems that humans can hold in their minds is at any time limited to 10.

---

[17] Look back at Table 19.1, where we set out the free cash flows for Rio Corporation. A financial planning model would be a natural tool for deriving these figures.

[18] The Second Law is presented in Section 10-1.

*Law:* Therefore in any field there will always be 10 problems that can be addressed but that have no formal solution.

BMA's Third Law implies that no model can find the best of all financial strategies.[19]

## 29-6 Growth and External Financing

We started this chapter by noting that financial plans force managers to be consistent in their goals for growth, investment, and financing. Before leaving the topic of financial planning, we should look at some general relationships between a firm's growth objectives and its financing needs.

Recall that Dynamic Mattress ended 2009 with fixed assets and net working capital of $440 million. In 2010 it plans to plow back retained earnings of $35.9 million, so net assets will increase by 35.9/440, or 8.16%. Thus Dynamic Mattress can grow by 8.16% without needing to raise additional capital. The maximum growth rate that a company can achieve without external funds is known as the **internal growth rate.** For Dynamic Mattress

$$\text{Internal growth rate} = \frac{\text{retained earnings}}{\text{net assets}} = 8.16\%$$

We can gain more insight into what determines this growth rate by multiplying the top and bottom of the expression for internal growth rate by *net income* and *equity* as follows:

$$\text{Internal growth rate} = \frac{\text{retained earnings}}{\text{net income}} \times \frac{\text{net income}}{\text{equity}} \times \frac{\text{equity}}{\text{net assets}}$$

In 2010 Dynamic Mattress expects to plow back 40% of net income and to earn a return of 25.66% on the equity with which it began the year. At the start of the year equity finances 79.55% of Dynamic Mattress's net assets. Therefore

$$\text{Internal growth rate} = .40 \times .2566 \times .7955 = .0816 \text{ or } 8.16\%$$

Notice that if Dynamic Mattress wishes to grow faster than this without raising equity capital, it would need to (1) plow back a higher proportion of its earnings, (2) earn a higher return on equity (ROE), or (3) have a lower debt-to-equity ratio.[20]

Instead of focusing on how rapidly the company can grow without *any* external financing, Dynamic Mattress's financial manager may be interested in the growth rate that can be sustained without additional *equity* issues. Of course, if the firm is able to raise enough debt, virtually any growth rate can be financed. It makes more sense to assume that the firm has settled on an optimal capital structure that it will maintain as equity is increased by the retained earnings. Thus the firm issues only enough debt to keep the debt–equity ratio constant. The **sustainable growth rate** is the highest growth rate the firm can maintain without increasing its financial leverage. It turns out that the sustainable growth rate depends only on the plowback rate and the return on equity:

$$\text{Sustainable growth rate} = \text{plowback ratio} \times \text{return on equity}$$

For Dynamic Mattress,

$$\text{Sustainable growth rate} = .40 \times .2566 = .1026, \text{ or } 10.26\%$$

---

[19] It is possible to build linear programming models that help search for the best strategy subject to specified assumptions and conditions. These models can be more effective in screening alternative financial strategies.

[20] Notice, however, that if assets grow by only 8.16%, either the sales-to-assets ratio or the profit margin must increase to maintain a 25.66% return on equity.

We first encountered this formula in Chapter 4, where we used it to value common stocks.

These simple formulas remind us that firms may grow rapidly in the short term by relying on debt finance, but such growth can rarely be maintained without incurring excessive debt levels.

● ● ● ● ●

**SUMMARY**

Short-term financial planning is concerned with the management of the firm's short-term, or current, assets and liabilities. The most important current assets are cash, marketable securities, accounts receivable, and inventory. The most important current liabilities are short-term loans and accounts payable. The difference between current assets and current liabilities is called (net) working capital.

The nature of the firm's short-term financial planning problem is determined by the amount of long-term capital it raises. A firm that issues large amounts of long-term debt or common stock, or that retains a large part of its earnings, may find it has permanent excess cash. In such cases there is never any problem paying bills, and short-term financial planning consists of managing the firm's portfolio of marketable securities. A firm holding a reserve of cash is able to buy itself time to react to a short-term crisis. This may be important for growth firms that find it difficult to raise cash on short notice. However, large cash holdings can lead to complacency. We suggest that firms with permanent cash surpluses ought to consider returning the excess cash to their stockholders.

Other firms raise relatively little long-term capital and end up as permanent short-term debtors. Most firms attempt to find a golden mean by financing all fixed assets and part of current assets with equity and long-term debt. Such firms may invest cash surpluses during part of the year and borrow during the rest of the year.

The starting point for short-term financial planning is an understanding of sources and uses of cash. Firms forecast their net cash requirements by estimating collections on accounts receivable, adding other cash inflows, and subtracting all cash outlays. If the forecasted cash balance is insufficient to cover day-to-day operations and to provide a buffer against contingencies, the company will need to find additional finance. The search for the best short-term financial plan inevitably proceeds by trial and error. The financial manager must explore the consequences of different assumptions about cash requirements, interest rates, sources of finance, and so on. Firms use computerized financial models to help in this process. These models range from simple spreadsheet programs that merely help with the arithmetic to linear programming models that search for the best financial plan.

Short-term financial planning focuses on the firm's cash flow over the coming year. But the financial manager also needs to consider what financial actions will be needed to support the firm's plans for growth over the next 5 or 10 years. Most firms, therefore, prepare a long-term financial plan that describes the firm's strategy and projects its financial consequences. The plan establishes financial goals and is a benchmark for evaluating subsequent performance.

The process that produces this plan is valuable in its own right. First, planning forces the financial manager to consider the combined effects of all the firm's investment and financing decisions. This is important because these decisions interact and should not be made independently. Second, planning requires the manager to consider events that could upset the firm's progress and to devise strategies to be held in reserve for counterattack when unhappy surprises occur.

There is no theory or model that leads straight to *the* optimal financial strategy. As in the case of short-term planning, many different strategies may be projected under a range of assumptions about the future. The dozens of separate projections that may need to be made generate a heavy load of arithmetic. We showed how you can use a simple spreadsheet model to analyze Dynamic Mattress's long-term strategy.

Visit us at www.mhhe.com/bma

● ● ● ● ●

**FURTHER READING**

*The following text is concerned with liquidity management and short-term planning:*

J. G. Kallberg and K. Parkinson, *Corporate Liquidity Management and Measurement,* (Burr Ridge, IL: Irwin/McGraw-Hill, 1996).

*Long-term financial models are discussed in:*

J. R. Morris and J. P Daley, *Introduction to Financial Models for Management and Planning* (Boca Raton, FL: Chapman & Hall/CRC Finance Series, 2009).

● ● ● ● ●

 **connect™**   **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**   **BASIC**

1. Listed below are six transactions that Dynamic Mattress might make. Indicate how each transaction would affect (a) cash and (b) working capital.

   The transactions are
   i. Pay out an extra $10 million cash dividend.
   ii. Receive $2,500 from a customer who pays a bill resulting from a previous sale.
   iii. Pay $50,000 previously owed to one of its suppliers.
   iv. Borrow $10 million long term and invest the proceeds in inventory.
   v. Borrow $10 million short term and invest the proceeds in inventory.
   vi. Sell $5 million of marketable securities for cash.

2. State how each of the following events would affect the firm's balance sheet. State whether each change is a source or use of cash.
   a. An automobile manufacturer increases production in response to a forecasted increase in demand. Unfortunately, the demand does not increase.
   b. Competition forces the firm to give customers more time to pay for their purchases.
   c. Rising commodity prices increase the value of raw material inventories by 20%.
   d. The firm sells a parcel of land for $100,000. The land was purchased five years earlier for $200,000.
   e. The firm repurchases its own common stock.
   f. The firm doubles its quarterly dividend.
   g. The firm issues $1 million of long-term debt and uses the proceeds to repay a short-term bank loan.

3. Here is a forecast of sales by National Bromide for the first four months of 2010 (figures in $ thousands):

|  | Month 1 | Month 2 | Month 3 | Month 4 |
|---|---|---|---|---|
| Cash sales | 15 | 24 | 18 | 14 |
| Sales on credit | 100 | 120 | 90 | 70 |

   On the average 50% of credit sales are paid for in the current month, 30% are paid in the next month, and the remainder are paid in the month after that. What is the expected cash inflow from operations in months 3 and 4?

**4.** Dynamic Futon forecasts the following purchases from suppliers:

|                          | Jan. | Feb. | Mar. | Apr. | May | Jun. |
| ------------------------ | ---- | ---- | ---- | ---- | --- | ---- |
| Value of goods ($ millions) | 32   | 28   | 25   | 22   | 20  | 20   |

a. Forty percent of goods are supplied cash-on-delivery. The remainder are paid with an average delay of one month. If Dynamic Futon starts the year with payables of $22 million, what is the forecasted level of payables for each month?

b. Suppose that from the start of the year the company stretches payables by paying 40% after one month and 20% after two months. (The remainder continue to be paid cash on delivery.) Recalculate payables for each month assuming that there are no cash penalties for late payment.

**5.** Each of the following events affects one or more tables in Sections 29-2 to 29-3. Show the effects of each event by adjusting the tables listed in parentheses:

a. Dynamic repays only $10 million of short-term debt in 2009. (Tables 29.2 and 29.3)

b. Dynamic issues an additional $40 million of long-term debt in 2009 and invests $25 million in a new warehouse. (Tables 29.1–29.3)

c. In 2009 Dynamic reduces the quantity of stuffing in each mattress. Customers don't notice, but operating costs fall by 10%. (Tables 29.1–29.3)

d. Starting in the third quarter of 2010, Dynamic employs new staff members who prove very effective in persuading customers to pay more promptly. As a result, 90% of sales are paid for immediately and 10% are paid in the following quarter. (Tables 29.4 and 29.5)

e. Starting in the first quarter of 2010, Dynamic cuts wages by $20 million a quarter. (Table 29.5)

f. In the second quarter of 2010 a disused warehouse catches fire mysteriously. Dynamic receives a $50 million check from the insurance company. (Table 29.5)

g. Dynamic's treasurer decides he can scrape by on a $10 million operating cash balance. (Table 29.5)

**6.** True or false?

a. Financial planning should attempt to minimize risk.

b. The primary aim of financial planning is to obtain better forecasts of future cash flows and earnings.

c. Financial planning is necessary because financing and investment decisions interact and should not be made independently.

d. Firms' planning horizons rarely exceed three years.

e. Financial planning requires accurate forecasting.

f. Financial planning models should include as much detail as possible.

**7.** Table 29.11 on the next page summarizes the 2011 income statement and end-year balance sheet of Drake's Bowling Alleys. Drake's financial manager forecasts a 10% increase in sales and costs in 2009. The ratio of sales to *average* assets is expected to remain at .40. Interest is forecasted at 5% of debt at the start of the year.

a. What is the implied level of assets at the end of 2012?

b. If the company pays out 50% of net income as dividends, how much cash will Drake need to raise in the capital markets in 2012?

c. If Drake is unwilling to make an equity issue, what will be the debt ratio at the end of 2012?

**8.** Abbreviated financial statements for Archimedes Levers are shown in Table 29.12 on the next page. If sales increase by 10% in 2011 and all other items, including debt, increase correspondingly, what must be the balancing item? What will be its value?

▶ **TABLE 29.11**

Financial statements for Drake's Bowling Alleys, 2011 (figures in thousands). See Problem 7.

*Assets at the end of 2010 were $2,400,000.
**Debt at the end of 2010 was $500,000.

| Income Statement | | |
|---|---|---|
| Sales | $1,000 | (40% of average assets)* |
| Costs | 750 | (75% of sales) |
| Interest | 25 | (5% of debt at start of year)** |
| Pretax profit | 225 | |
| Tax | 90 | (40% of pretax profit) |
| Net income | $135 | |

| Balance Sheet | | | |
|---|---|---|---|
| Assets | $2,600 | Debt | $500 |
| | | Equity | 2,100 |
| Total | $2,600 | Total | $2,600 |

▶ **TABLE 29.12**

Financial statements for Archimedes Levers, 2010. See Problem 8 and 9.

| Income Statement | | |
|---|---|---|
| Sales | | $4,000 |
| Costs, including interest | | 3,500 |
| Net income | | $500 |

| Balance Sheet, Year-end | | | | | |
|---|---|---|---|---|---|
| | **2010** | **2009** | | **2010** | **2009** |
| Assets | $3,200 | $2,700 | Debt | $1,200 | $1,033 |
| | | | Equity | 2,000 | 1,667 |
| Total | $3,200 | $2,700 | Total | $3,200 | $2,700 |

9. What is the maximum possible growth rate for Archimedes (see Problem 8) if the payout ratio is set at 50% and (a) no external debt or equity is to be issued? (b) the firm maintains a fixed debt ratio but issues no equity?

### INTERMEDIATE

10. Table 29.13 (on the next page) lists data from the budget of Ritewell Publishers. Half the company's sales are for cash on the nail; the other half are paid for with a one-month delay. The company pays all its credit purchases with a one-month delay. Credit purchases in January were $30, and total sales in January were $180. Complete the cash budget in Table 29.14 (on the next page).

11. If a firm pays its bills with a 30-day delay, what fraction of its purchases will be paid in the current quarter? In the following quarter? What if the delay is 60 days?

12. Which items in Table 29.6 would be affected by the following events?

    a. There is a rise in interest rates.

    b. Suppliers demand interest for late payment.

    c. Dynamic receives an unexpected bill in the third quarter from the Internal Revenue Service for underpayment of taxes in previous years.

13. Table 29.15 (on the next page) shows Dynamic Mattress's year-end 2007 balance sheet, and Table 29.16 (on page 754) shows its income statement for 2008. Work out the statement of cash flows for 2008. Group these items into sources of cash and uses of cash.

14. Work out a short-term financing plan for Dynamic Mattress Company, assuming the limit on the line of credit is raised from $100 to $120 million. Otherwise keep to the assumptions used in developing Table 29.6 (on page 741).

**Visit us at www.mhhe.com/bma**



Visit us at
www.mhhe.com/bma

| | February | March | April |
|---|---|---|---|
| Total sales | $200 | $220 | $180 |
| Purchases of materials | | | |
| For cash | 70 | 80 | 60 |
| For credit | 40 | 30 | 40 |
| Other expenses | 30 | 30 | 30 |
| Taxes, interest, and dividends | 10 | 10 | 10 |
| Capital investment | 100 | 0 | 0 |

▶ **TABLE 29.13**
Selected budget data for Ritewell Publishers. See Problems 10.

| | February | March | April |
|---|---|---|---|
| Sources of cash: | | | |
| Collections on cash sales | | | |
| Collections on accounts receivables | | | |
| Total sources of cash | | | |
| Uses of cash: | | | |
| Payments of accounts payable | | | |
| Cash purchases of materials | | | |
| Other expenses | | | |
| Capital expenditures | | | |
| Taxes, interest, and dividends | | | |
| Total uses of cash | | | |
| Net cash inflow | | | |
| Cash at start of period | 100 | | |
| + Net cash inflow | | | |
| = Cash at end of period | | | |
| + Minimum operating cash balance | 100 | 100 | 100 |
| = Cumulative short-term financing required | | | |

▶ **TABLE 29.14**
Cash budget for Ritewell Publishers. See Problems 10.

| Current Assets: | | Current Liabilities: | |
|---|---|---|---|
| Cash | $ 20 | Bank loans | $ 20 |
| Marketable securities | 10 | Accounts payable | 75 |
| Accounts receivable | 110 | Total current liabilities | 95 |
| Inventory | 100 | | |
| Total current assets | 240 | Long-term debt | 25 |
| | | Net worth (equity and retained earnings) | 300 |
| Fixed assets: | | | |
| Gross investment | 250 | | |
| Less depreciation | 70 | | |
| Net fixed assets | 180 | | |
| Total assets | 420 | Total liabilities and net worth | 420 |

▶ **TABLE 29.15**
Year-end balance sheet for Dynamic Mattress for 2007 (figures in $ millions). See Problems 13.

Visit us at www.mhhe.com/bma



> **TABLE 29.16**
> Income statement for
> Dynamic Mattress
> for 2008 (figures in
> $ millions).
>
> Note: Dividend = $30.
> Retained earnings = $10.



Visit us at
www.mhhe.com/bma



| Sales | $1,500 |
|---|---|
| Operating costs | 1,405 |
| | 95 |
| Depreciation | 10 |
| | 85 |
| Interest | 5 |
| Pretax income | 80 |
| Tax at 50% | 40 |
| Net income | 40 |

15. Dynamic Mattress decides to lease its new mattress-stuffing machines rather than buy them. As a result, capital expenditure in the first quarter is reduced by $50 million, but the company must make lease payments of $2.5 million for each of the four quarters. Assume that the lease has no effect on tax payments until after the fourth quarter. Construct two tables like Tables 29.5 and 29.6 showing Dynamic's cumulative financing requirement and a new financing plan. Check your answer using the "live" spreadsheet on the book's Web site, **www.mhhe.com/bma**.

16. Our long-term planning model of Dynamic Mattress is an example of a top-down planning model. Some firms use a bottom-up financial planning model, which incorporates forecasts of revenues and costs for particular products, advertising plans, major investment projects, and so on. What sort of firms would you expect to use each type, and what would they use them for?

17. Corporate financial plans are often used as a basis for judging subsequent performance. What do you think can be learned from such comparisons? What problems are likely to arise, and how might you cope with these problems?

18. The balancing item in the Dynamic long-term planning model is borrowing. What is meant by *balancing item?* How would the model change if dividends were made the balancing item instead? In that case how would you suggest that planned borrowing be determined?

19. Construct a new model for Dynamic Mattress based on your answer to Problem 18. Does your model generate a feasible financial plan for 2010? (*Hint:* If it doesn't, you may have to allow the firm to issue stock.)



Visit us at
www.mhhe.com/bma

20. a. Use the Dynamic Mattress model (Tables 29.8–29.10) and the "live" spreadsheets on the book's Web site at **www.mhhe.com/bma** to produce pro forma income statements, balance sheets, and statements of cash flows for 2010 and 2011. Assume business as usual except that now sales and costs are planned to expand by 30% per year, as are fixed assets and net working capital. The interest rate is forecasted to remain at 10% and stock issues are ruled out. Dynamic also sticks to its 60% dividend payout ratio.

    b. What are the firm's debt ratio and interest coverage under this plan?

    c. Can the company continue to finance expansion by borrowing?

21. The financial statements of Eagle Sport Supply are shown in Table 29.17 (on the next page). For simplicity, "Costs" include interest. Assume that Eagle's assets are proportional to its sales.

    a. Find Eagle's required external funds if it maintains a dividend payout ratio of 60% and plans a growth rate of 15% in 2012.

    b. If Eagle chooses not to issue new shares of stock, what variable must be the balancing item? What will its value be?

    c. Now suppose that the firm plans instead to increase long-term debt only to $1,100 and does not wish to issue any new shares of stock. Why must the dividend payment now be the balancing item? What will its value be?

22. a. What is the internal growth rate of Eagle Sport (see Problem 21) if the dividend payout ratio is fixed at 60% and the equity-to-asset ratio is fixed at two-thirds?

    b. What is the sustainable growth rate?

23. Bio-Plasma Corp. is growing at 30% per year. It is all-equity-financed and has total assets of $1 million. Its return on equity is 20%. Its plowback ratio is 40%.

    a. What is the internal growth rate?

    b. What is the firm's need for external financing this year?

Visit us at www.mhhe.com/bma

| Income Statement | |
|---|---|
| Sales | $950 |
| Costs | 250 |
| Pretax income | 700 |
| Taxes (at 28.6%) | 200 |
| Net income | $500 |

| Balance Sheet, Year-end | | | | | |
|---|---|---|---|---|---|
| | **2011** | **2010** | | **2011** | **2010** |
| Assets | $3,000 | $2,700 | Debt | $1,000 | $900 |
| | | | Equity | 2,000 | 1,800 |
| Total | $3,000 | $2,700 | Total | $3,000 | $2,700 |

▶ **TABLE 29.17**
Financial statements for Eagle Sport Supply, 2011. See Problem 21.

c. By how much would the firm increase its internal growth rate if it reduced its payout rate to zero?

d. By how much would such a move reduce the need for external financing? What do you conclude about the relationship between dividend policy and requirements for external financing?

## CHALLENGE

**24.** Table 29.18 shows the 2010 financial statements for the Executive Cheese Company. Annual depreciation is 10% of fixed assets at the beginning of the year, plus 10% of new investment. The company plans to invest a further $200,000 per year in fixed assets for the next five years and net working capital is expected to remain a constant proportion of fixed

| Income Statement | |
|---|---|
| Revenue | $1,785 |
| Fixed costs | 53 |
| Variable costs (80% of revenue) | 1,428 |
| Depreciation | 80 |
| Interest (at 11.8%) | 24 |
| Taxes (at 40%) | 80 |
| Net income | $ 120 |

| Balance Sheet, Year-end | | |
|---|---|---|
| | **2010** | **2009** |
| Assets: | | |
| Net working capital | $ 400 | $ 340 |
| Fixed assets | 800 | 680 |
| Total assets | $1,200 | $1,020 |
| Liabilities: | | |
| Debt | $ 240 | $ 204 |
| Book equity | 960 | 816 |
| Total liabilities | $1,200 | $1,020 |

▶ **TABLE 29.18**
Financial statements for Executive Cheese Company, 2010 (figures in thousands).

(*continued on next page*)

Visit us at www.mhhe.com/bma

▶ **TABLE 29.18**
(*continued*)
Financial statements for
Executive Cheese Com-
pany, 2010 (figures
in thousands).

| Sources and Uses | |
|---|---:|
| **Sources:** | |
| Net income | $120 |
| Depreciation | 80 |
| Borrowing | 36 |
| Stock issues | 104 |
| Total sources | $340 |
| **Uses:** | |
| Increase in net working capital | $ 60 |
| Investment | 200 |
| Dividends | 80 |
| Total uses | $340 |

assets. The company forecasts that the ratio of revenues to total assets at the start of each year will remain at 1.75. Fixed costs are expected to remain at $53, and variable costs at 80% of revenue. The company's policy is to pay out two-thirds of net income as dividends and to maintain a book debt ratio of 20%.

a. Construct a model for Executive Cheese like the one in Tables 29.8–29.10.

b. Use your model to produce a set of financial statements for 2011.

● ● ● ● ●

**REAL-TIME
DATA ANALYSIS**



Look up the financial statements for any company either on **http://finance.yahoo.com** or on the Market Insight Database (**www.mhhe.com/edumarketinsight**). Make some plausible forecasts for future growth and the asset base needed to support that growth. Then use a spreadsheet program to develop a five-year financial plan. What financing is needed to support the planned growth? How vulnerable is the company to an error in your forecasts?

FINANCIAL PLANNING AND
WORKING CAPITAL MANAGEMENT

# Working Capital Management

▶ **Most of this book** is devoted to long-term financial decisions such as capital budgeting and the choice of capital structure. It is now time to look at the management of short-term assets and liabilities. Short-term, or *current,* assets and liabilities are collectively known as **working capital.** Table 30.1 gives a breakdown of working capital for all manufacturing corporations in the United States in 2009. Note that current assets are larger than current liabilities. **Net working capital** (current assets *less* current liabilities) is positive.

Look also at Figure 30.1, which shows the relative importance of working capital in different industries. For example, current assets constitute over half of the total assets of telecom companies, while they account for less than 10% of the assets of railroad companies. For some companies "current assets" means principally inventory; in others it means accounts receivable or cash and securities. For example, you can see that inventory accounts for the majority of the current assets of retail firms, receivables are more important for oil companies, and cash and short-term securities make up the bulk of the current assets of software companies.

We begin our discussion of working capital management by focusing on the four principal types of current asset. We look first at the management of inventory. To do business, firms need reserves of raw materials, work in process, and finished goods. But these inventories can be expensive to store and they tie up capital. Therefore, inventory management involves a trade-off between the advantages of holding large inventories and the costs. In manufacturing companies the production manager is best placed to make this judgment, and the financial manager is not usually directly involved in inventory management. So we spend less time on this topic than on the management of other current assets.

Our second task is to look at **accounts receivable.** Companies frequently sell goods on credit, so that it may be weeks or even months before the company is paid. These unpaid bills are shown in the accounts as receivables. We explain how the company's credit manager sets the terms for payment, decides which customers should be offered credit, and ensures that they pay promptly.

Our next task is to discuss the firm's cash balances. The cash manager faces two principal problems. The first is to decide how much cash the firm needs to retain and therefore how much can be invested in interest-bearing securities. The second is to ensure that cash payments are handled efficiently. You don't want to stuff incoming checks into your desk drawer until you can walk them round to the bank; you want to get the money into your bank account as quickly as possible. We describe some of the techniques that firms use to move money around efficiently.

Cash that is not required immediately is usually invested in a variety of short-term securities. Some of these literally pay off the next day; others may mature in a few months. In Section 30-4 we describe the different features of these securities and show how to compare their yields.

For many firms the problem is not where to invest surplus cash, but how to make good a cash shortfall. In Chapter 24 we reviewed some of the types of long-term debt. In the final section of this chapter we review short-term loans. Many of these are provided by banks, but large companies can also sell their short-term debt directly to investors.

▶ **TABLE 30.1**

Current assets and liabilities for U.S. manufacturing corporations, 1st quarter, 2009 (figures in $ billions).

*Source:* U.S. Census Bureau, *Quarterly Financial Report for U.S. Manufacturing, Mining, and Trade Corporations,* **www.census.gov/econ/qfr/index.html**.

| Current Assets | | Current Liabilities | |
|---|---:|---:|---|
| Cash | $ 273 | $ 182 | Short-term loans |
| Other short-term financial investments | 147 | 408 | Accounts payable |
| Accounts receivable | 601 | 27 | Accrued income taxes |
| Inventories | 626 | 131 | Current payments due on long-term debt |
| Other current assets | 348 | 768 | Other current liabilities |
| Total | $1,996 | $1,517 | Total |

▶ **FIGURE 30.1**

Current assets as a percentage of total assets in different industries. Figures are the mean percentages for companies in the S&P Composite Index in 2008.

*Source:* Wharton Research Data Services (WRDS), **http://wrds.wharton.upenn.edu**.



## 30-1 Inventories

Most firms keep inventories of raw materials, work in process, or finished goods awaiting sale and shipment.

But firms are not obliged to do so. For example, they could buy materials day by day, as needed. But then they would pay higher prices for ordering in small lots, and they would risk production delays if the materials were not delivered on time. They can avoid that risk by ordering more than the firm's immediate needs. Similarly, firms could do away with inventories of finished goods by producing only what they expect to sell tomorrow. But this too could be a dangerous strategy. A small inventory of finished goods may mean shorter and more costly production runs, and it may not be sufficient to meet an unexpected increase in demand.

There are also costs to holding inventories that must be set against these benefits. Money tied up in inventories does not earn interest, storage and insurance must be paid for, and there may be risk of spillage or obsolescence. Therefore, firms need to strike a sensible balance between the benefits of holding inventory and the costs.

**EXAMPLE 30.1** ● The Inventory Trade-Off

Akron Wire Products uses 255,000 tons a year of wire rod. Suppose that it orders $Q$ tons at a time from the manufacturer. Just before delivery, Akron has effectively no inventories.

Just *after* delivery it has an inventory of $Q$ tons. Thus Akron's inventory of wire rod roughly follows the sawtooth pattern in Figure 30.2.

There are two costs to this inventory. First, each order that Akron places involves a handling and delivery cost. Second, there are carrying costs, such as the cost of storage and the opportunity cost of the capital that is invested in inventory. Akron can reduce the order costs by placing fewer and larger orders. On the other hand, a larger order size



▶ **FIGURE 30.2**

A simple inventory rule. The company waits until inventories of materials are about to be exhausted and then reorders a constant quantity.



▶ **FIGURE 30.3**

As the inventory order size is increased, order costs fall and inventory carrying costs rise. Total costs are minimized when the saving in order costs is equal to the increase in carrying costs.



Visit us at
www.mhhe.com/bma

increases the average quantity held in inventory, so that the carrying costs rise. Good inventory management requires a trade-off between these two types of cost.

This is illustrated in Figure 30.3. We assume here that each order that Akron places involves a fixed order cost of $450, while the annual carrying cost of the inventory works out at about $55 a ton. You can see how a larger order size results in lower order costs but higher carrying costs. The sum of the two costs is minimized when the size of each order is $Q = 2{,}043$ tons.

● ● ● ● ●

The optimal order size (2,043 tons in our example) is termed the *economic order quantity*, or *EOQ*.[1] Our example was not wholly realistic. For instance, most firms do not use up their inventory of raw material at a constant rate, and they would not wait until stocks had completely run out before they were replenished. But this simple model does capture some essential features of inventory management:

• Optimal inventory levels involve a trade-off between carrying costs and order costs.
• Carrying costs include the cost of storing goods as well as the cost of capital tied up in inventory.

---

[1] Where the firm uses up materials at a constant rate as in our example, there is a simple formula for calculating the economic order quantity (or EOQ). Its optimal size $= Q = \sqrt{(2 \times \text{sales} \times \text{cost per order}/\text{carrying cost})}$. In our example $Q = \sqrt{(2 \times 255{,}000 \times 450/55)} = 2{,}043$ tons.

- A firm can manage its inventories by waiting until they reach some minimum level and then replenish them by ordering a predetermined quantity.[2]
- When carrying costs are high and order costs are low, it makes sense to place more frequent orders and maintain higher levels of inventory.
- Inventory levels do not rise in direct proportion to sales. As sales increase, the optimal inventory level rises, but less than proportionately.

It seems that carrying costs have been declining, for corporations today get by with lower levels of inventory than they used to. Twenty years ago, inventories held by U.S. companies accounted for 12% of firm assets. Today the figure is about 9%. One way that companies have reduced inventory levels is by moving to a **just-in-time** approach. Just-in-time was pioneered by Toyota in Japan. Toyota keeps inventories of auto parts to a minimum by ordering supplies only as they are needed. Thus deliveries of components to its plants are made throughout the day at intervals as short as one hour. Toyota is able to operate successfully with such low inventories only because it has a set of plans to ensure that strikes, traffic snarl-ups, or other hazards don't halt the flow of components and bring production to a standstill.

Firms are finding that they can also reduce their inventories of finished goods by producing their goods to order. For example, Dell Computer discovered that it did not need to keep a large stock of finished machines. Its customers are able to use the Internet to specify what features they want on their PCs. The computer is then assembled to order and shipped to the customer.[3]

## 30-2 Credit Management

We continue our tour of current assets with the firm's *accounts receivable*. When one company sells goods to another, it does not usually expect to be paid immediately. These unpaid bills, or **trade credit,** compose the bulk of accounts receivable. The remainder is made up of **consumer credit,** that is, bills that are awaiting payment by the final customer.

Management of trade credit requires answers to five sets of questions:

1. How long are you going to give customers to pay their bills? Are you prepared to offer a cash discount for prompt payment?
2. Do you require some formal IOU from the buyer or do you just ask him to sign a receipt?
3. How do you determine which customers are likely to pay their bills?
4. How much credit are you prepared to extend to each customer? Do you play it safe by turning down any doubtful prospects? Or do you accept the risk of a few bad debts as part of the cost of building a large regular clientele?
5. How do you collect the money when it becomes due? What do you do about reluctant payers or deadbeats?

We discuss each of these topics in turn.

### Terms of Sale

Not all sales involve credit. For example, if you are supplying goods to a wide variety of irregular customers, you may demand cash on delivery (COD). And, if your product is custom-designed, it may be sensible to ask for cash before delivery (CBD) or to ask for progress payments as the work is carried out.

---

[2] This is known as a *reorder point* (or *two-bin*) *system.* Some firms use instead a *periodic review system,* where the firm reviews inventory levels periodically and tops the inventory up to the desired amount.

[3] These examples of just-in-time and build-to-order production are taken from T. Murphy, "JIT When ASAP Isn't Good Enough," *Ward's Auto World* (May 1999), pp. 67–73; R. Schreffler, "Alive and Well," *Ward's Auto World* (May 1999), pp. 73–77; "A Long March: Mass Customization," *The Economist,* July 14, 2001, pp. 63–65.

When we look at transactions that do involve credit, we find that each industry seems to have its own particular practices.[4] These norms have a rough logic. For example, firms selling consumer durables may allow the buyer a month to pay, while those selling perishable goods, such as cheese or fresh fruit, typically demand payment in a week. Similarly, a seller may allow more extended payment if its customers are in a low-risk business, if their accounts are large, if they need time to check the quality of the goods, or if the goods are not quickly resold.

To encourage customers to pay before the final date, it is common to offer a cash discount for prompt settlement. For example, pharmaceutical companies commonly require payment within 30 days but may offer a 2% discount to customers who pay within 10 days. These terms are referred to as "2/10, net 30."

If goods are bought on a recurrent basis, it may be inconvenient to require separate payment for each delivery. A common solution is to pretend that all sales during the month in fact occur at the end of the month (EOM). Thus goods may be sold on terms of 8/10 EOM, net 60. This arrangement allows the customer a cash discount of 8% if the bill is paid within 10 days of the end of the month; otherwise the full payment is due within 60 days of the invoice date.

Cash discounts are often very large. For example, a customer who buys on terms of 2/10, net 30 may decide to forgo the cash discount and pay on the thirtieth day. This means that the customer obtains an extra 20 days' credit but pays about 2% more for the goods. This is equivalent to borrowing money at a rate of 44.6% per annum.[5] Of course, any firm that delays payment beyond the due date gains a cheaper loan but damages its reputation.

## The Promise to Pay

Repetitive sales to domestic customers are almost always made on *open account*. The only evidence of the customer's debt is the record in the seller's books and a receipt signed by the buyer.

If you want a clear commitment from the buyer before you deliver the goods, you can arrange a **commercial draft**.[6] This works as follows: You draw a draft ordering payment by the customer and send this to the customer's bank together with the shipping documents. If immediate payment is required, the draft is termed a *sight draft;* otherwise it is known as a *time draft*. Depending on whether it is a sight draft or a time draft, the customer either pays up or acknowledges the debt by signing it and adding the word *accepted*. The bank then hands the shipping documents to the customer and forwards the money or **trade acceptance** to you, the seller.

If your customer's credit is shaky, you can ask the customer to arrange for a bank to *accept* the time draft and thereby guarantee the customer's debt. These **bankers' acceptances** are often used in overseas trade. The bank guarantee makes the debt easily marketable. If you don't want to wait for your money, you can sell the acceptance to a bank or to another firm that has surplus cash to invest.

An alternative when you are selling goods overseas is to ask the customer to arrange for an *irrevocable letter of credit*. In this case the customer's bank sends you a letter stating that it has established a credit in your favor at a bank in the United States. You then know that the money is available and already in the country. You therefore draw a draft on the customer's bank and present it to your bank together with the letter of credit and the shipping

---

[4] Standard credit terms in different industries are reported in O. K. Ng, J. K. Smith, and R. L. Smith, "Evidence on the Determinants of Credit Terms Used in Interfirm Trade," *Journal of Finance* 54 (June 1999), pp. 1109–1129.

[5] The cash discount allows you to pay $98 rather than $100. If you do not take the discount, you get a 20-day loan, but you pay 2/98 = 2.04% more for your goods. The number of 20-day periods in a year is 365/20 = 18.25. A dollar invested for 18.25 periods at 2.04% per period grows to $(1.0204)^{18.25} = \$1.446$, a 44.6% return on the original investment. If a customer is happy to borrow at this rate, it's a good bet that he or she is desperate for cash (or can't work out compound interest). For a discussion of this issue, see J. K. Smith, "Trade Credit and Information Asymmetry," *Journal of Finance* 42 (September 1987), pp. 863–872.

[6] Commercial drafts are sometimes known by the general term *bills of exchange*.

documents. Your bank arranges for this draft to be either accepted or paid, and forwards the documents to the customer's bank.

If you sell your goods to a customer who proves unable to pay, you cannot get your goods back. You simply become a general creditor of the company together with many other unfortunates. You may be able to avoid this situation by making a *conditional sale,* so that you remain the owner of the goods until payment has been made. The conditional sale is common practice in Europe. In the United States it is used only for goods that are bought on an installment basis. So, if you buy a new car and fail to make all the payments, the dealer can repossess the car.

## Credit Analysis

There are a number of ways to find out whether customers are likely to pay their debts. For existing customers an obvious indication is whether they have paid promptly in the past. For new customers you can use the firm's financial statements to make your own assessment, or you may be able to look at how highly investors value the firm.[7] However, the simplest way to assess a customer's credit standing is to seek the views of a specialist in credit assessment. For example, in Chapter 23 we described how bond rating agencies, such as Moody's and Standard and Poor's, provide a useful guide to the riskiness of the firm's bonds.

Bond ratings are usually available only for relatively large firms. However, you can obtain information on many smaller companies from a credit agency. Dun and Bradstreet is by far the largest of these agencies and its database contains credit information on millions of businesses worldwide. Credit bureaus are another source of data on a customer's credit standing. In addition to providing data on small businesses, they can also provide an overall credit score for individuals.[8]

Finally, firms can also ask their bank to undertake a credit check. It will contact the customer's bank and ask for information on the customer's average balance, access to bank credit, and general reputation.

Of course you don't want to subject each order to the same credit analysis. It makes sense to concentrate your attention on the large and doubtful orders.

## The Credit Decision

Let us suppose that you have taken the first three steps toward an effective credit operation. In other words, you have fixed your terms of sale; you have decided on the contract that customers must sign; and you have established a procedure for estimating the probability that they will pay up. Your next step is to work out which of your customers should be offered credit.

If there is no possibility of repeat orders, the decision is relatively simple. Figure 30.4 summarizes your choice. On one hand, you can refuse credit. In this case you make neither profit nor loss. The alternative is to offer credit. Suppose that the probability that the customer will pay up is $p$. If the customer does pay, you receive additional revenues (REV) and you incur additional costs; your net gain is the present value of REV − COST. Unfortunately, you can't be certain that the customer will pay; there is a probability $(1 - p)$ of default. Default means that you receive nothing and incur the additional costs. The *expected* profit from each course of action is therefore as follows:

| Expected Profit | |
|---|---|
| Refuse credit | 0 |
| Grant credit | $p\,\text{PV}(\text{REV} - \text{COST}) - (1 - p)\,\text{PV}(\text{COST})$ |

---

[7] We discussed how you can use these sources of information in Section 23-4.

[8] We discussed credit scoring models in Section 23-4. Credit bureau scores are often called "FICO scores" because most credit bureaus use a credit scoring model developed by Fair Isaac and Company. FICO scores are provided by the three major credit bureaus—Equifax, Experian, and TransUnion.



▶ **FIGURE 30.4**

If you refuse credit, you make neither profit nor loss. If you offer credit, there is a probability $p$ that the customer will pay and you will make REV − COST; there is a probability $(1 − p)$ that the customer will default and you will lose COST.



▶ **FIGURE 30.5**

In this example there is only a .8 probability that your customer will pay in period 1; but if payment is made, there will be another order in period 2. The probability that the customer will pay for the second order is .95. The possibility of this good repeat order more than compensates for the expected loss in period 1.

You should grant credit if the expected gain from doing so is positive.

Consider, for example, the case of the Cast Iron Company. On each nondelinquent sale Cast Iron receives revenues with a present value of $1,200 and incurs costs with a value of $1,000. Therefore the company's expected profit if it offers credit is

$$p\,\text{PV}(\text{REV} - \text{COST}) - (1 - p)\text{PV}(\text{COST}) = p \times 200 - (1 - p) \times 1{,}000$$

If the probability of collection is 5/6, Cast Iron can expect to break even:

$$\text{Expected profit} = \frac{5}{6} \times 200 - \left(1 - \frac{5}{6}\right) \times 1{,}000 = 0$$

Therefore Cast Iron's policy should be to grant credit whenever the chances of collection are better than 5 out of 6.

So far we have ignored the possibility of repeat orders. But one of the reasons for offering credit today is that it may help to get yourself a good, regular customer. Figure 30.5 illustrates the problem. Cast Iron has been asked to extend credit to a new customer. You can find little information on the firm, and you believe that the probability of payment is no better than .8. If you grant credit, the expected profit on this customer's order is

$$\text{Expected profit on initial order} = p_1\text{PV(REV}-\text{COST)} - (1-p_1)\text{PV(COST)}$$
$$= (.8 \times 200) - (.2 \times 1{,}000) = -\$40$$

You decide to refuse credit.

This is the correct decision if there is no chance of a repeat order. But look again at the decision tree in Figure 30.5. If the customer does pay up, there will be a repeat order next year. Because the customer has paid once, you can be 95% sure that he or she will pay again. For this reason any repeat order is very profitable:

$$\text{Next year's expected profit on repeat order} = p_2\text{PV(REV}-\text{COST)}$$
$$- (1-p_1)\text{PV(COST)}$$
$$= (.95 \times 200) - (.05 \times 1{,}000) = \$140$$

Now you can reexamine today's credit decision. If you grant credit today, you receive the expected profit on the initial order *plus* the possible opportunity to extend credit next year:

$$\begin{aligned}\text{Total expected profit } &= \text{expected profit on initial order}\\ &+ \text{probability of payment and repeat order}\\ &\times \text{PV (next year's expected profit on repeat order)}\\ &= -40 + .80 \times \text{PV(140)}\end{aligned}$$

At any reasonable discount rate, you ought to extend credit. Notice that you should do so even though you expect to take a loss on the initial order. The expected loss is more than outweighed by the possibility that you will secure a reliable and regular customer. Cast Iron is not committed to making further sales to the customer, but by extending credit today, it gains a valuable *option* to do so. It will exercise this option only if the customer demonstrates its creditworthiness by paying promptly.

Of course real-life situations are generally far more complex than our simple Cast Iron examples. Customers are not all good or all bad. Many of them pay consistently late; you get your money, but it costs more to collect and you lose a few months' interest. Then there is the uncertainty about repeat sales. There may be a good chance that the customer will give you further business, but you can't be sure of that and you don't know for how long she will continue to buy.

Like almost all financial decisions, credit allocation involves a strong dose of judgment. Our examples are intended as reminders of the issues involved rather than as cookbook formulas. Here are the basic things to remember.

1. *Maximize profit.* As credit manager, you should not focus on minimizing the number of bad accounts; your job is to maximize expected profit. You must face up to the following facts: The best that can happen is that the customer pays promptly; the worst is default. In the best case, the firm receives the full additional revenues from the sale less the additional costs; in the worst, it receives nothing and loses the costs. You must weigh the chances of these alternative outcomes. If the margin of profit is high, you are justified in a more liberal credit policy; if it is low, you cannot afford many bad debts.[9]

2. *Concentrate on the dangerous accounts.* You should not expend the same effort on analyzing all credit applications. If an application is small or clear-cut, your decision should

---

[9] Look back at our Cast Iron example, where we concluded that the company is justified in granting credit if the probability of collection is greater than 5/6. If the customer pays, Cast Iron will earn a profit margin of 200/1200 = 1/6. In other words, the company is justified in granting credit if the probability of payment exceeds 1 − profit margin.

be largely routine; if it is large or doubtful, you may do better to move straight to a detailed credit appraisal. Most credit managers don't make decisions on an order-by-order basis. Instead, they set a credit limit for each customer. The sales representative is required to refer the order for approval only if the customer exceeds this limit.

3. *Look beyond the immediate order.* The credit decision is a dynamic problem. You cannot look only at the present. Sometimes it may be worth accepting a relatively poor risk as long as there is a good chance that the customer will become a regular and reliable buyer. New businesses must, therefore, be prepared to incur more bad debts than established businesses. This is part of the cost of building a good customer list.

## Collection Policy

The final step in credit management is to collect payment. When a customer is in arrears, the usual procedure is to send a statement of account and to follow this at intervals with increasingly insistent letters or telephone calls. If none of these has any effect, most companies turn the debt over to a collection agent or an attorney.

Large firms can reap economies of scale in record keeping, billing, and so on, but the small firm may not be able to support a fully fledged credit operation. However, the small firm may be able to obtain some scale economies by farming out part of the job to a **factor.** This arrangement is known as **factoring.**

Factoring typically works as follows. The factor and the client agree on a credit limit for each customer. The client then notifies the customer that the factor has purchased the debt. Thereafter, whenever the client makes a sale to an approved customer, it sends a copy of the invoice to the factor, and the customer makes payment directly to the factor. Most commonly the factor does not have any recourse to the client if the customer fails to pay, but sometimes the client assumes the risk of bad debts. There are, of course, costs to factoring, and the factor typically charges a fee of 1% or 2% for administration and a roughly similar sum for assuming the risk of nonpayment. In addition to taking over the task of debt collection, most factoring agreements also provide financing for receivables. In these cases the factor pays the client 70% to 80% of the value of the invoice in advance at an agreed interest rate. Of course, factoring is not the only way to finance receivables; firms can also raise money by borrowing against their receivables.

Factoring is fairly prevalent in Europe, but in the United States it accounts for only a small proportion of debt collection. It is most common in industries such as clothing and toys. These industries are characterized by many small producers and retailers that do not have long-term relationships with each other. Because a factor may be employed by a number of manufacturers, it sees a larger proportion of the transactions than any single firm, and therefore is better placed to judge the creditworthiness of each customer.[10]

If you don't want help with collection but do want protection against bad debts, you can obtain credit insurance. For example, most governments have established agencies to insure export business. In the United States this insurance is provided by the *Export-Import Bank* in association with a group of insurance companies known as the *Foreign Credit Insurance Association (FCIA).* Banks are much more willing to lend when exports have been insured.

There is always a potential conflict of interest between the collection operation and the sales department. Sales representatives commonly complain that they no sooner win new customers than the collection department frightens them off with threatening letters. The collection manager, on the other hand, bemoans the fact that the sales force is concerned only with winning orders and does not care whether the goods are subsequently paid for.

---

[10] This point is made in S. L. Mian and C. W. Smith, Jr., "Accounts Receivable Management Policy: Theory and Evidence," *Journal of Finance* 47 (March 1992), pp. 169–200.

There are also many instances of cooperation between the sales force and the collection department. For example, the specialty chemical division of a major pharmaceutical company actually made a business loan to an important customer that had been suddenly cut off by its bank. The pharmaceutical company bet that it knew its customer better than the customer's bank did. The bet paid off. The customer arranged alternative bank financing, paid back the pharmaceutical company, and became an even more loyal customer. It was a nice example of financial management supporting sales.

It is not common for suppliers to make business loans in this way, but they lend money indirectly whenever they allow a delay in payment. Trade credit can be an important source of funds for indigent customers that cannot obtain a bank loan. But that raises an important question: if the bank is unwilling to lend, does it make sense for you, the supplier, to continue to extend trade credit? Here are two possible reasons that it may make sense: First, as in the case of our pharmaceutical company, you may have more information than the bank about the customer's business. Second, you need to look beyond the immediate transaction and recognize that your firm may stand to lose some profitable future sales if the customer goes out of business.[11]

## 30-3 Cash

Short-term securities pay interest, cash doesn't. So why do corporations and individuals hold billions of dollars in cash and demand deposits? Why, for example, don't you take all *your* cash and invest it in interest-bearing securities? The answer of course is that cash gives you more *liquidity* than do securities. You can use it to buy things. It is hard enough to get New York cab drivers to give you change for a $20 bill, but try asking them to split a Treasury bill.

In equilibrium all assets in the same risk class are priced to give the same expected marginal benefit. The benefit from holding Treasury bills is the interest that you receive; the benefit from holding cash is that it gives you a convenient store of liquidity. In equilibrium the marginal value of this liquidity is equal to the marginal value of the interest on Treasury bills. This is just another way of saying that Treasury bills have zero net present value; they are fair value relative to cash.

Does this mean that it does not matter how much cash you hold? Of course not. The marginal value of liquidity declines as you hold increasing amounts of cash. When you have only a small proportion of your wealth in cash, a little extra can be extremely useful; when you have a substantial holding, any additional liquidity is not worth much. Therefore, as financial manager you want to hold cash balances up to the point where the marginal value of the liquidity is equal to the value of the interest foregone.

In choosing between cash and short-term securities, the financial manager faces a task like that of the production manager. After all, cash is just another raw material that you need to do business, and there are costs and benefits to holding large "inventories" of cash. If the cash were invested in securities, it would earn interest. On the other hand, you can't use those securities to pay the firm's bills. If you had to sell them every time you needed to pay a bill, you could incur heavy transactions costs. The financial manager must trade off the cost of keeping an inventory of cash (the lost interest) against the benefits (the saving on transactions costs).

For small firms this trade-off can be important. But for very large firms the transactions costs of buying and selling securities become trivial compared with the opportunity cost of holding idle cash balances. Suppose that the interest rate is 5% a year, or roughly $5/365 = .0137\%$ per day. Then the daily interest earned by $1 million is $.000137 \times 1,000,000 = \$137$. Even at a cost of

---

[11] Of course, banks also need to recognize the possibility of continuing business from the firm. The question therefore is whether suppliers have a *greater* stake in the firm's continuing prosperity. For some evidence on the determinants of the supply and demand for trade credit, see M. A. Petersen and R. G. Rajan, "Trade Credit: Theories and Evidence," *Review of Financial Studies* 10 (Fall 1997), pp. 661–692.

$50 per transaction, which is generously high, it pays to buy Treasury bills today and sell them tomorrow rather than to leave $1 million idle overnight. Consider Wal-Mart, which has annual sales of about $400 billion and an average daily cash flow of $400,000,000,000/365, or $1.1 billion. Firms of this size generally end up buying or selling securities once a day every day.

Banks have developed ways to help firms to invest idle cash. For example, they may provide **sweep programs,** where the bank automatically "sweeps" surplus funds into an interest-bearing investment, such as a money-market mutual fund.

Why then do large firms hold any significant amounts of cash? There are basically two reasons. First, cash may be left in non-interest-bearing accounts to compensate banks for the services they provide. Second, large corporations may have literally hundreds of accounts with dozens of different banks. It is often better to leave idle cash in these accounts than to monitor each account daily and make daily transfers among them.

One major reason for this proliferation of bank accounts is decentralized management. You cannot give a subsidiary operating autonomy without giving its managers the right to spend and receive cash. Good cash management nevertheless implies some degree of centralization. It is impossible to maintain your desired cash inventory if all the subsidiaries in the group are responsible for their own private pools of cash. And you certainly want to avoid situations in which one subsidiary is investing its spare cash at 5% while another is borrowing at 8%. It is not surprising, therefore, that even in highly decentralized companies there is generally central control over cash balances and bank relations.

### How Purchases Are Paid For

Most small, face-to-face purchases are made with dollar bills. But you probably would not want to use cash to buy a new car, and you can't use cash to make a purchase over the Internet. There are a variety of ways that you can pay for larger purchases or send payments to another location. Some of the more important ways are set out in Table 30.2.

Look now at Figure 30.6. You can see that there are large differences in the ways that people around the world pay for their purchases. For example, checks are almost unknown in Germany, the Netherlands, and Sweden.[12] Most payments in these countries are by debit card or credit transfer. By contrast, Americans love to write checks. Each year individuals and firms in the United States write about 31 billion checks.

---

| |
|---|
| **Check** When you write a check, you are instructing your bank to pay a specified sum on demand to the particular firm or person named on the check. |
| **Credit card** A credit card, such as a Visa card or MasterCard, gives you a line of credit that allows you to make purchases up to a specified limit. At the end of each month, either you pay the credit card company in full for these purchases or you make a specified minimum payment and are charged interest on the outstanding balance. |
| **Charge card** A charge card may look like a credit card and you can spend money with it as with a credit card. But with a charge card the day of reckoning comes at the end of each month, when you must pay for all purchases that you have made. In other words, you must pay off the entire balance each month. |
| **Debit card** A debit card allows you to have your purchases from a store charged directly to your bank account. The deduction is usually made electronically and is immediate. Often, debit cards may be used to make withdrawals from a cash machine (ATM). |
| **Credit transfer** With a credit transfer you ask your bank to set up a standing order to make a regular set payment to a supplier. For example, standing orders are often used to make regular fixed mortgage payments. |
| **Direct payment** A direct payment (or debit) is an instruction to your bank to allow a company to collect varying amounts from your account, as long as you have been given advance notice of the amount and date. For example, an electric utility company may ask you to arrange an automatic payment of your electricity bills from your bank account. |

▶ **TABLE 30.2**
Small, face-to-face purchases are commonly paid for with cash, but here are some of the other ways to pay your bills.

---

[12] For a discussion of the reasons for these international differences in payment methods, see "Retail Payments in Selected Countries: A Comparative Study," Committee on Payment and Settlement Systems, Bank for International Settlements, Basel, Switzerland, September 1999.



> **FIGURE 30.6**
>
> How purchases are paid for. Percentage of total *volume* of cashless transactions, 2007. (Data exclude small usage of card-based e-money.)
>
> *Source:* Bank for International Settlements, "Statistics on Payment and Settlement Systems in Selected Countries," March 2009, **www.bis.org/publ/cpss86.htm**.

But throughout the world the use of checks is on the decline. For one-off purchases they are being replaced by credit or debit cards. In addition mobile phone technology and the Internet are encouraging the development of new infant payment systems. For example,

- Electronic bill presentment and payment (or EBPP) allows companies to bill customers and receive payments via the Internet. EBPP is forecasted to grow rapidly. Already in Finland two out of three people regard the Internet as the most typical medium for paying bills.
- Stored-value cards (or e-money) let you transfer cash value to a card that can be used to buy a variety of goods and services. For example, Hong Kong's Octopus card system, which was developed to pay for travel fares, has become a widely used electronic cash system throughout the territory.

There are three main ways that firms send and receive money electronically. These are direct payments, direct deposits, and wire transfers.

Recurring expenditures, such as utility bills, mortgage payments, and insurance premiums, are increasingly settled by *direct payment* (also called *automatic debit* or *direct debit*). In this case the firm's customers simply authorize it to debit their bank account for the amount due. The company provides its bank with a file showing details of each customer, the amount to be debited, and the date. The payment then travels electronically through the **Automated Clearing House (ACH)** system. The firm knows exactly when the cash is coming in and avoids the labor-intensive process of handling thousands of checks.

The ACH system also allows money to flow in the reverse direction. Thus while a *direct payment* transaction provides an automatic debit, a *direct deposit* constitutes an automatic credit. Direct deposits are used to make bulk payments such as wages or dividends. Again the company provides its bank with a file of instructions. The bank then debits the company's account and transfers the cash via the ACH to the bank accounts of the firm's employees or shareholders.

The volume of direct payments and deposits has increased rapidly. Over 50% of U.S. households now use direct payment for recurring expenditures and nearly three-quarters of

| | Volume (millions) | Value ($ trillions) |
|---|---|---|
| Checks (2007) | 29,000 | $ 42 |
| ACH direct payments and deposits | 15,000 | 30 |
| Fedwire | 190 | 986 |
| Chips | 92 | 509 |

▶ **TABLE 30.3**   Use of Payment Systems in the United States, 2008.

*Sources:* **www.federalreserve.gov**, **www.nacha.org**, and **www.chips.org**.

employees are paid by direct deposit. You can see from Table 30.3 that the total value of ACH transactions is approaching that of checks.[13]

Large-value payments between companies are usually made electronically through Fedwire or CHIPS. Fedwire is operated by the Federal Reserve system, and connects nearly 9,000 financial institutions to the Fed and thereby to each other.[14] CHIPS is a bank-owned system serving more than 1,400 U.S. financial institutions and hundreds of international participants. It mainly handles eurodollar payments and foreign exchange transactions, and is used for over 95% of cross-border payments in dollars.

Table 30.3 shows that the *number* of payments by Fedwire and CHIPS is relatively small, but the sums involved are huge. Both systems are fast and low risk, but they are also relatively expensive. For example, a Fedwire transaction might cost $20 for each party, whereas an ACH payment might cost 10 to 20 cents. Consequently, where urgency is not an issue, companies sometimes turn to ACH for large-value payments.

## Speeding Up Check Collections

Although checks are rarely used for large-value payments, they continue to be the most common method of payment for smaller nonrecurring transactions. About three-quarters of business-to-business (B2B) transactions in the United States are still made by check.

Check handling is a cumbersome and labor-intensive task. However, recent changes to legislation in the United States have helped to reduce costs and speed up collections. The Check Clearing for the 21st Century Act, usually known as Check 21, allows banks to send digital images of checks to one another rather than sending the checks themselves. As the new technology becomes more widespread, there will be fewer cargo planes crisscrossing the country to take bundles of checks from one bank to another. The cost of processing checks is also being reduced by a technological innovation known as check conversion. In this case, when you write a check, the details of your bank account and the amount of the payment are automatically captured at the point of sale, your check is handed back to you, and your bank account is immediately debited.

Firms that receive a large volume of checks have devised a number of ways to ensure that the cash becomes available as quickly as possible. For example, a retail chain may arrange for each branch to deposit receipts in a collection account at a local bank. Surplus funds are then periodically transferred electronically to a **concentration account** at one of the company's principal banks. There are two reasons that concentration banking allows the company to gain quicker use of its funds. First, because the store is nearer to the bank, transfer times are reduced. Second, because the customer's check is likely to be drawn on a local bank, the time taken to clear the check is also reduced.

---

[13] The Automated Clearing House also handles the growing number of check conversion transactions (see below) and nonrecurring transactions made by telephone or over the Internet.

[14] Fedwire is a *real-time, gross settlement system,* which means that each transaction over Fedwire is settled individually and immediately. With a net settlement system transactions are put into a pot and periodically netted off before being settled. CHIPS is an example of a net system that settles at frequent intervals.

Concentration banking is often combined with a **lockbox system.** In this case the firm's customers are instructed to send their payments to a regional post-office box. The local bank then takes on the administrative chore of emptying the box and depositing the checks in the company's local deposit account.

## International Cash Management

Cash management in domestic firms is child's play compared with cash management in large multinational corporations operating in dozens of countries, each with its own currency, banking system, and legal structure.

A single centralized cash management system is an unattainable ideal for these companies, although they are edging toward it. For example, suppose that you are treasurer of a large multinational company with operations throughout Europe. You could allow the separate businesses to manage their own cash, but that would be costly and would almost certainly result in each one accumulating little hoards of cash. The solution is to set up a regional system. In this case the company establishes a local concentration account with a bank in each country. Any surplus cash is swept daily into a central multicurrency account in London or another European banking center. This cash is then invested in marketable securities or used to finance any subsidiaries that have a cash shortage.

Payments can also be made out of the regional center. For example, to pay wages in each European country, the company just needs to send its principal bank a computer file of the payments to be made. The bank then finds the least costly way to transfer the cash from the company's central accounts and arranges for the funds to be credited on the correct day to the employees in each country.

Rather than physically moving funds between local bank accounts and a regional concentration account, the company may employ a multinational bank with branches in each country and then arrange for the bank to *pool* all the cash surpluses and shortages. In this case no money is transferred between accounts. Instead, the bank just adds together the credit and debit balances, and pays the firm interest at its lending rate on any surplus.

When a company's international branches trade with each other, the number of cross-border transactions can multiply rapidly. Rather than having payments flowing in all directions, the company can set up a netting system. Each branch can then calculate its net position and undertake a single transaction with the netting center. Several industries have set up netting systems for their members. For example, over 200 airlines have come together to establish a netting system for the foreign currency payments that they must make to each other.

## Paying for Bank Services

Much of the work of cash management—processing checks, transferring funds, running lockboxes, helping keep track of the company's accounts—is done by banks. And banks provide many other services not so directly linked to cash management, such as handling payments and receipts in foreign currency, or acting as custodian for securities.

All these services need to be paid for. Usually payment is in the form of a monthly fee, but banks may agree to waive the fee as long as the firm maintains a minimum average balance in an interest-free deposit. Banks are prepared to do this, because, after setting aside a portion of the money in a reserve account with the Fed, they can relend the money to earn interest. Demand deposits earmarked to pay for bank services are termed *compensating balances.* They used to be a very common way to pay for bank services, but since banks have been permitted to pay interest on demand deposits there has been a steady trend away from using compensating balances and toward direct fees.

## 30-4  Marketable Securities

In June 2008 Microsoft was sitting on a $24.3 billion mountain of cash and fixed income investments, amounting to a third of the company's total assets.[15] The company kept $3.3 billion in the bank to support day-to-day operations and invested the surplus as follows:

| Fixed Income Investments | Value at Cost ($ millions) |
| --- | --- |
| Mutual funds | $ 1,044 |
| Commercial paper | 787 |
| Certificates of deposit | 1,580 |
| U.S. government and agency securities | 4,200 |
| Foreign government bonds | 3,466 |
| Mortgage-backed securities | 3,628 |
| Corporate notes and bonds | 5,013 |
| Municipal securities | 761 |
| Other investments | 520 |
| Total | $20,999 |

Most companies do not have the luxury of such huge cash surpluses, but they also park any cash that is not immediately needed in short-term investments. The market for these investments is known as the **money market.** The money market has no physical marketplace. It consists of a loose collection of banks and dealers linked together by telephones or through the Web. But a huge volume of securities is regularly traded on the money market, and competition is vigorous.

Most large corporations manage their own money-market investments, but small companies sometimes find it more convenient to hire a professional investment management firm or to put their cash into a money-market fund. This is a mutual fund that invests only in low-risk, short-term securities.[16] Despite its large cash surplus, Microsoft invested a small proportion of its money in money-market funds.

The relative safety of money-market funds has made them particularly popular at times of financial stress. During the credit crunch of 2008 fund assets mushroomed as investors fled from plunging stock markets. Then it was revealed that one fund, the Reserve Primary Fund, had incurred heavy losses on its holdings of Lehman Brothers' commercial paper. The fund became only the second money-market fund in history to "break the buck," by offering just 97 cents on the dollar to investors who cashed in their holdings. That week investors pulled nearly $200 billion out of money-market funds, prompting the government to offer emergency insurance to investors.

### Calculating the Yield on Money-Market Investments

Many money-market investments are pure discount securities. This means that they don't pay interest. The return consists of the difference between the amount you pay and the amount you receive at maturity. Unfortunately, it is no good trying to persuade the Internal Revenue Service that this difference represents capital gain. The IRS is wise to that one and will tax your return as ordinary income.

---

[15] We described in Chapter 16 how Microsoft decided in July 2004 to pay out a large part of its surplus cash to shareholders.

[16] We discussed money-market funds in Section 17-3.

Interest rates on money-market investments are often quoted on a discount basis. For example, suppose that three-month bills are issued at a discount of 5%. This is a rather complicated way of saying that the price of a three-month bill is $100 - (3/12) \times 5 = 98.75$. Therefore, for every \$98.75 that you invest today, you receive \$100 at the end of three months. The return over three months is $1.25/98.75 = .0127$, or 1.27%. This is equivalent to an annual yield of 5.18%. Note that the return is always higher than the discount. When you read that an investment is selling at a discount of 5%, it is very easy to slip into the mistake of thinking that this is its return.[17]

## Yields on Money-Market Investments

When we value long-term debt, it is important to take account of default risk. Almost anything may happen in 30 years, and even today's most respectable company may get into trouble eventually. Therefore, corporate bonds offer higher yields than Treasury bonds.

Short-term debt is not risk-free either. When California was mired in the energy crisis of 2001, Southern California Edison and Pacific Gas and Electric were forced to suspend payments on nearly \$1 billion of maturing commercial paper.[18] However, such examples are exceptions; in general, the danger of default is less for money-market securities issued by corporations than for corporate bonds. There are two reasons for this. First, the range of possible outcomes is smaller for short-term investments. Even though the distant future may be clouded, you can usually be confident that a particular company will survive for at least the next month. Second, for the most part only well-established companies can borrow in the money market. If you are going to lend money for just a few days, you can't afford to spend too much time in evaluating the loan. Thus, you will consider only blue-chip borrowers.

Despite the high quality of money-market investments, there are often significant differences in yield between corporate and U.S. government securities. Why is this? One answer is the risk of default. Another is that the investments have different degrees of liquidity or "moneyness." Investors like Treasury bills because they are easily turned into cash on short notice. Securities that cannot be converted so quickly and cheaply into cash need to offer relatively high yields. During times of market turmoil investors may place a particularly high value on having ready access to cash. On these occasions the yield on illiquid securities can increase dramatically.

## The International Money Market

In Chapter 24 we pointed out that there are two main markets for dollar bonds. There is the domestic market in the United States and there is the eurobond market centered in London. Similarly, in addition to the domestic money market, there is also an international market for short-term dollar investments, which is known as the *eurodollar* market.

Eurodollars have nothing to do with the euro, the currency of the European Monetary Union (EMU). They are simply dollars deposited in a bank in Europe. For example, suppose that an American oil company buys crude oil from an Arab sheik and pays for it with a \$1 million check drawn on JP Morgan Chase. The sheik then deposits the check with his account at Barclays Bank in London. As a result, Barclays has an asset in the form of a \$1 million credit in its account with JP Morgan Chase. It also has an offsetting liability in the form of a dollar deposit. Since that dollar deposit is placed in Europe, it is called a eurodollar deposit.[19]

---

[17] To confuse things even more, dealers in the money market often quote rates as if there were only 360 days in a year. So a discount of 5% on a bill maturing in 91 days translates into a price of $100 - 5 \times (91/360) = 98.74\%$.

[18] Commercial paper is short-term debt issued by corporations. We describe it in Section 30-5.

[19] The sheik could equally well deposit the check with the London branch of a U.S. bank or a Japanese bank. He would still have made a eurodollar deposit.

Just as there is both a domestic U.S. money market and a eurodollar market, so there is both a domestic Japanese money market and a market in London for euroyen. So, if a U.S. corporation wishes to make a short-term investment in yen, it can deposit the yen with a bank in Tokyo or it can make a euroyen deposit in London. Similarly, there is both a domestic money market in the euro area as well as a money market for euros in London.[20] And so on.

Major international banks in London lend dollars to one another at the *London interbank offered rate* (LIBOR). Similarly, they lend yen to each other at the yen LIBOR interest rate, and they lend euros at the **euro interbank offered rate,** or **Euribor.** These interest rates are used as a benchmark for pricing many types of short-term loans in the United States and in other countries. For example, a corporation in the United States may issue a floating-rate note with interest payments tied to dollar LIBOR.

If we lived in a world without regulation and taxes, the interest rate on a eurodollar loan would have to be the same as the rate on an equivalent domestic dollar loan. However, the international debt markets thrive because governments attempt to regulate domestic bank lending. When the U.S. government limited the rate of interest that banks in the United States could pay on domestic deposits, companies could earn a higher rate of interest by keeping their dollars on deposit in Europe. As these restrictions have been removed, differences in interest rates have largely disappeared.

In the late 1970s the U.S. government was concerned that its regulations were driving business overseas to foreign banks and the overseas branches of American banks. To attract some of this business back to the States, the government in 1981 allowed U.S. and foreign banks to establish **international banking facilities (IBFs).** An IBF is the financial equivalent of a free-trade zone; it is physically located in the United States, but it is not required to maintain reserves with the Federal Reserve and depositors are not subject to any U.S. tax.[21] However, there are tight restrictions on what business an IBF can conduct. In particular, it cannot accept deposits from domestic U.S. corporations or make loans to them.

## Money-Market Instruments

The principal money-market instruments are summarized in Table 30.4. We describe each in turn.

**U.S. Treasury Bills**   The first item in Table 30.4 is U.S. Treasury bills. These are usually issued weekly and mature in four weeks, three months, six months, or one year.[22] Sales are by a uniform-price auction. This means that all successful bidders are allotted bills at the same price.[23] You don't have to participate in the auction to invest in Treasury bills. There is also an excellent secondary market in which billions of dollars of bills are bought and sold every week.

**Federal Agency Securities**   "Agency securities" is a general term used to describe issues by government agencies and government sponsored enterprises (GSEs). Although most of this debt is not guaranteed by the U.S. government,[24] investors have generally assumed that the

---

[20] Occasionally (but only occasionally) referred to as "euroeuros."

[21] For these reasons dollars held on deposit in an IBF are classed as eurodollars.

[22] Three-month bills actually mature 91 days after issue, six-month bills mature in 182 days, and one-year bills mature in 364 days. For information on bill auctions, see **www.publicdebt.treas.gov**.

[23] A small proportion of bills is sold to *noncompetitive* bidders. Noncompetitive bids are filled at the same price as the successful competitive bids.

[24] Exceptions are the Government National Mortgage Association (Ginnie Mae), the Small Business Administration, the General Services Administration (GSA), the Financial Assistance Corporation, the Agency for International Development, and the Private Export Funding Corporation. Their debts are backed by the "full faith and credit" of the U.S. government.

| Investment | Borrower | Maturities When Issued | Marketability | Basis for Calculating Interest | Comments |
|---|---|---|---|---|---|
| Treasury bills | U.S. government | 4 weeks, 3 months, 6 months, or 1 year | Excellent secondary market | Discount | Auctioned weekly |
| Federal agency benchmark bills and discount notes | FHLB, "Fannie Mae," "Sallie Mae," "Freddie Mac," etc. | Overnight to 360 days | Very good secondary market | Discount | Benchmark bills by regular auction; discount notes sold through dealers |
| Tax-exempt municipal notes | Municipalities, states, school districts, etc. | 3 months to 1 year | Good secondary market | Usually interest-bearing with interest at maturity | Tax-anticipation notes (TANs), revenue anticipation notes (RANs), bond anticipation notes (BANs), etc. |
| Tax-exempt variable-rate demand notes (VRDNs) | Municipalities, states, state universities, etc. | 10 to 40 years | Good secondary market | Variable interest rate | Long-term bonds with put options to demand repayment |
| Nonnegotiable time deposits and negotiable certificates of deposit (CDs) | Commercial banks, savings and loans | Usually 1 to 3 months; also longer-maturity variable-rate CDs | Fair secondary market for negotiable CDs | Interest-bearing with interest at maturity | Receipt for time deposit |
| Commercial paper (CP) | Industrial firms, finance companies, and bank holding companies; also municipalities | Maximum 270 days; usually 60 days or less | Dealers or issuer will repurchase paper | Usually discount | Unsecured promissory note; may be placed through dealer or directly with investor |
| Medium-term notes (MTNs) | Largely finance companies and banks; also industrial firms | Minimum 270 days; usually less than 10 years | Dealers will repurchase notes | Interest-bearing; usually fixed rate | Unsecured promissory note placed through dealer |
| Bankers' acceptances (BAs) | Major commercial banks | 1 to 6 months | Fair secondary market | Discount | Demand to pay that has been accepted by a bank |
| Repurchase agreements (repos) | Dealers in U.S. government securities | Overnight to about 3 months; also open repos (continuing contracts) | No secondary market | Repurchase price set higher than selling price; difference quoted as repo interest rate | Sales of government securities by dealer with simultaneous agreement to repurchase |

▶ **TABLE 30.4** Money-market investments in the United States.

government would step in to prevent a default. That view was reinforced in 2008, when the two giant mortgage companies, the Federal National Mortgage Association (Fannie Mae) and the Federal Home Loan Mortgage Corporation (Freddie Mac) ran into trouble and were taken into government ownership.

Agencies and GSEs borrow both short and long term. The short-term debt consists of discount notes, which are similar to Treasury bills. They are very actively traded and often held by corporations. These notes have traditionally offered somewhat higher yields than U.S. Treasuries. One reason is that agency debt is not quite as marketable as Treasury issues. In addition, unless the debt has an explicit government guarantee, investors have demanded an extra return to compensate for the (small?) possibility that the government would allow the agency to default.

**Short-Term Tax-Exempts**    Short-term notes are also issued by states, municipalities, and agencies such as state universities and school districts.[25] These have one particular attraction—the interest is not subject to federal tax.[26] Of course, this tax advantage of municipal debt is recognized in its price. Typically, triple-A municipal debt has yielded 10% to 30% less than equivalent Treasury debt.

Most tax-exempt debt is relatively low risk, and is often backed by an insurance policy, which promises to pay out if the municipality is about to default.[27] However, in the turbulent markets of 2008 even the backing of an insurance company did little to reassure investors, who worried that the insurers themselves could be in trouble. The tax advantage of "munis" no longer seemed quite so important and their yields climbed above those on Treasuries.

**Variable-Rate Demand Notes**    There is no law preventing firms from making short-term investments in long-term securities. If a firm has $1 million set aside for an income tax payment, it could buy a long-term bond on January 1 and sell it on April 15, when the taxes must be paid. However, the danger with this strategy is obvious. What happens if bond prices fall by 10% between January and April? There you are with a $1 million liability to the Internal Revenue Service, bonds worth only $900,000, and a very red face. Of course, bond prices could also go up, but why take the chance? Corporate treasurers entrusted with excess funds for short-term investments are naturally averse to the price volatility of long-term bonds.

One solution is to buy municipal variable-rate demand notes (VRDNs). These are long-term securities, whose interest payments are linked to the level of short-term interest rates. Whenever the interest rate is reset, investors have the right to sell the notes back to the issuer for their face value.[28] This ensures that on these reset dates the price of the notes cannot be less than their face value. Therefore, although VRDNs are long-term loans, their prices are very stable. In addition, the interest on municipal debt has the advantage of being tax-exempt. So a municipal variable-rate demand note offers a relatively safe, tax-free, short-term haven for your $1 million of cash.

**Bank Time Deposits and Certificates of Deposit**    If you make a time deposit with a bank, you are lending money to the bank for a fixed period. If you need the money before maturity, the bank usually allows you to withdraw it but exacts a penalty in the form of a reduced rate of interest.

In the 1960s banks introduced the **negotiable certificate of deposit (CD)** for time deposits of $1 million or more. In this case, when a bank borrows, it issues a certificate of deposit, which is simply evidence of a time deposit with that bank. If a lender needs the money before maturity, it can sell the CD to another investor. When the loan matures, the new owner of the CD presents it to the bank and receives payment.[29]

**Commercial Paper and Medium-Term Notes**    These consist of unsecured, short- and medium-term debt issued by companies on a fairly regular basis. We discuss both in more detail later in the chapter.

---

[25] Some of these notes are *general obligations* of the issuer; others are *revenue securities,* and in these cases payments are made from rent receipts or other user charges.

[26] This advantage is partly offset by the fact that Treasury securities are free of state and local taxes.

[27] Defaults on tax-exempts have been rare and for the most part have involved not-for-profit hospitals. However, there have been two major defaults of tax-exempt debt. In 1983 Washington Public Power Supply System (unfortunately known as WPPSS or "WOOPS") defaulted on $2.25 billion of bonds. In 1994 Orange County in California also defaulted after losing $1.7 billion on its investment portfolio.

[28] The tendered bonds are then resold to new investors.

[29] Some CDs are not negotiable and are simply identical to time deposits. For example, banks may sell low-value nonnegotiable CDs to individuals.

**Bankers' Acceptances**    We saw earlier in the chapter how bankers' acceptances (BAs) may be used to finance exports or imports. An acceptance begins life as a written demand for the bank to pay a given sum at a future date. Once the bank accepts this demand, it becomes a negotiable security that can be bought or sold through money-market dealers. Acceptances by the large U.S. banks generally mature in one to six months and involve very low credit risk.

**Repurchase Agreements**    **Repurchase agreements,** or *repos,* are effectively secured loans that are typically made to a government security dealer. They work as follows: The investor buys part of the dealer's holding of Treasury securities and simultaneously arranges to sell them back again at a later date at a specified higher price.[30] The borrower (the dealer) is said to have entered into a *repo;* the lender (who buys the securities) is said to have a *reverse repo*.

Repos sometimes run for several months, but more frequently they are just overnight (24-hour) agreements. No other domestic money-market investment offers such liquidity. Corporations can treat overnight repos almost as if they were interest-bearing demand deposits.

Suppose that you decide to invest cash in repos for several days or weeks. You don't want to keep renegotiating agreements every day. One solution is to enter into an *open repo* with a security dealer. In this case there is no fixed maturity to the agreement; either side is free to withdraw at one day's notice. Alternatively, you may arrange with your bank to transfer any excess cash automatically into repos.

**Floating-Rate Preferred Stock**    Common stock and preferred stock have an interesting tax advantage for corporations, since firms pay tax on only 30% of the dividends that they receive. So, for each $1 of dividends received, the firm gets to keep $1 - (.30 \times .35) = \$.895$. Thus the effective tax rate is only 10.5%. This is higher than the zero tax rate on the interest from municipal debt but much lower than the rate that the company pays on other debt interest.

Suppose that you consider investing your firm's spare cash in some other corporation's preferred stock. The 10.5% tax rate is very tempting. On the other hand, you worry that the price of the preferred shares may change if long-term interest rates change. You can reduce that worry by investing in preferred shares whose dividend payments are linked to the general level of interest rates.[31]

Varying the dividend payment doesn't quite do the trick, for the price of the preferred stock could still fall if the risk increases. So a number of companies added another wrinkle to floating-rate preferred. Instead of being tied rigidly to interest rates, the dividend can be reset periodically by means of an auction that is open to all investors. Investors can state the yield at which they are prepared to buy the stock. Existing shareholders who require a higher yield simply sell their stock to the new investors at its face value. The idea is similar to the variable-rate demand note. As long as auction-rate preferred stock can be resold at regular intervals for its face value, its price should not wander far in the interim.[32]

In 2007 disaster hit the auction-rate preferred market, when investors found that no-one turned up at the auction for their stock. Holders claimed that banks had fraudulently marketed the issues as equivalent to cash, and many of the banks that originally handled the issues agreed to buy them back. Auction-rate preferred stock no longer seemed such a safe haven for cash.

---

[30] To reduce the risk of repos, it is common to value the security at less than its market value. This difference is known as a *haircut*.

[31] The company *issuing* preferred stock must pay dividends out of after-tax income. So most tax-paying firms would prefer to issue debt rather than floating-rate preferred. However, there are plenty of firms that are not paying taxes and cannot make use of the interest tax shield. Moreover, they have been able to issue floating-rate preferred at yields *lower* than they would have to pay on a debt issue. The corporations buying the preferreds are happy with these lower yields because 70% of the dividends they receive escape tax.

[32] Most auction-rate preferred stock was issued by closed-end mutual funds.

## 30-5 Sources of Short-Term Borrowing

We have looked at how firms can invest any excess cash. But, if your firm is in the opposite position and has a temporary cash shortage, it will probably need to take out a short-term loan. Banks are the principal supplier of these loans, but finance companies are also a major source of cash, particularly for financing receivables and inventories.[33] In addition to borrowing from an intermediary such as a bank or finance company, firms also sell short-term commercial paper or medium-term notes directly to investors. It is time to look more closely at these sources of short-term funds.

### Bank Loans

Bank loans come in a variety of flavors. Here are a few of the ways that they differ.

**Commitment**   Companies sometimes wait until they need the money before they apply for a bank loan, but about 90% of commercial loans by U.S. banks are made under commitment. In this case the company establishes a line of credit that allows it to borrow up to an established limit from the bank. This line of credit may be an **evergreen credit** with no fixed maturity, but more commonly it is a **revolving credit** (*revolver*) with a fixed maturity. For example, one common arrangement is a 364-day facility that allows the company over the next year to borrow, repay, and re-borrow as its need for cash varies.

Credit lines are relatively expensive; in addition to paying interest on any borrowings, the company must pay a commitment fee of around .25% on the unused amount. In exchange for this extra cost, the firm receives a valuable option: it has guaranteed access to the bank's money at a fixed spread over the general level of interest rates.

The growth in the use of credit lines has changed the role of banks. They are no longer simply lenders; they are also in the business of providing companies with liquidity insurance. Many companies discovered the value of this insurance in 1998, when Russia stopped payments on part of its debt and created turmoil in the world's debt markets. Companies in the United States suddenly found it much more expensive to issue their own debt to investors. Those who had arranged lines of credit with their banks rushed to take advantage of them. As a result, new debt issues languished, while bank lending boomed.

**Maturity**   Many bank loans are for only a few months. For example, a company may need a short-term **bridge loan** to finance the purchase of new equipment or the acquisition of another firm. In this case the loan serves as interim financing until the purchase is completed and long-term financing arranged. Often a short-term loan is needed to finance a temporary increase in inventory. Such a loan is described as **self-liquidating;** in other words, the sale of goods provides the cash to repay the loan.

Banks also provide longer-maturity loans, known as **term loans.** A term loan typically has a maturity of four to five years. Usually the loan is repaid in level amounts over this period, though there is sometimes a large final *balloon* payment or just a single *bullet* payment at maturity. Banks can accommodate the repayment pattern to the anticipated cash flows of the borrower. For example, the first repayment might be delayed a year until the new factory is completed. Term loans are often renegotiated before maturity. Banks are willing to do this if the borrower is an established customer, remains creditworthy, and has a sound business reason for making the change.[34]

---

[33] *Finance companies* are firms that specialize in lending to businesses or individuals. They include independent firms.

[34] One study of private debt agreements found that over 90% are renegotiated before maturity. In most cases this is not because of financial distress. See M. R. Roberts and A. Sufi, "Renegotiation of Financial Contracts: Evidence from Private Credit Agreements," *Journal of Financial Economics,* forthcoming.

## LIBOR

▷ Each day at around 11 a.m. in London, some 16 major banks provide estimates of the interest rate at which they could borrow funds from another bank in reasonable market size. They produce these estimates for 15 maturities that range from overnight to one year. In each case the top and bottom quarter of the estimates are dropped, and the remainder are averaged to provide the set of London Interbank Offered Rates or LIBOR.

The most commonly quoted LIBOR rates are for borrowing U.S. dollars, but similar sets of LIBOR rates are also produced for nine other currencies—the euro; the Japanese yen; the pound sterling; the Swiss franc; the Danish kroner; the Swedish krona; and the Canadian, Australian, and New Zealand dollars. The British Bankers' Association, which publishes these rates, estimates that the payments on about $10 trillion of loans and $300 trillion of swaps are tied to LIBOR.[35]

Figure 30.7 plots the three-month dollar LIBOR rate against the rate on Treasury bills. The spread between the two rates is known as the TED spread. For many years the TED spread was typically less than 50 basis points (.5%), but in 2008 it widened dramatically, at one point reaching 460 basis points (4.6%). Suddenly the choice of benchmark for bank loans began to be very important.

▷ **FIGURE 30.7**

Month-end values for three-month dollar LIBOR and three-month Treasury bills, August 2004 to July 2009.

*Source:* British Bankers' Association and the Federal Reserve Board.



**Rate of Interest**   Most short-term bank loans are made at a fixed rate of interest, which is often quoted as a discount. For example, if the interest rate on a one-year loan is stated as a discount of 5%, the borrower receives $100 − $5 = $95 and undertakes to pay $100 at the end of the year. The return on such a loan is not 5%, but $5/95 = .0526$, or 5.26%.

For longer-term bank loans the interest rate is usually linked to the general level of interest rates. The most common benchmarks are the London Interbank Offered Rate (LIBOR), the federal funds rate,[36] or the bank's prime rate. Thus, if the rate is set at "1% over LIBOR," the borrower may pay 5% in the first three months when LIBOR is 4%, 6% in the next

---

[35] In the case of euro deposits, the European Banking Federation calculates an alternative measure, known as Euribor. You can find historical LIBOR rates on **www.bbalibor.com** and Euribor rates on **www.euribor.org**.

[36] The federal funds rate is the rate at which banks lend excess reserves to each other.

three months when LIBOR is 5%, and so on. The nearby box describes how LIBOR is set and its relationship to the Treasury bill rate.

**Syndicated Loans**   Some bank loans and credit lines are too large for a single lender. In these cases the borrower may pay an arrangement fee to one or more lead banks, which then parcels out the loan or credit line among a syndicate of banks.[37]  For example, in 2008 the chemical company Ashland needed to borrow $1.65 billion to finance its purchase of Hercules. It did so by means of a package of term loans and a revolving credit facility. The package was arranged by BankAmerica and the Bank of Nova Scotia, and other members of the syndicate reportedly included Citibank, SunTrust Banks, Wells Fargo Bank, US Bank, and Fifth Third Bank. The loans had a maturity of around five years and were priced at between 2.75% and 4% above LIBOR. In addition, Ashland was required to pay a commitment fee of .5% on any unused portion of the revolving credit.

The syndicate arranger serves as underwriter to the loan. It prices the loan, markets it to other banks, and may also guarantee to take on any unsold portion. The arranger's first step is to prepare an *information memo* that provides potential lenders with information on the loan. The syndicate desk will then try to sound out the level of interest in the deal before the loan is finally priced and marketed to interested buyers. If the borrower has good credit or if the arranging bank has a particularly good reputation, the majority of the loan is likely to be syndicated. In other cases the arranging bank may need to demonstrate its faith in the deal by keeping a high proportion of the loan on its own books.[38]

**Loan Sales and Collateralized Debt Obligations**   Bank loans used to be illiquid; once the bank had made a loan, it was stuck with it. This is no longer the case, so that banks with an excess demand for loans may solve the problem by selling a portion of their existing loans to other institutions. For example, about 20% of syndicated loans are subsequently resold, and these sales are reported weekly in *The Wall Street Journal.*

Loan sales generally take one of two forms: *assignments* or *participations*. In the former case a portion of the loan is transferred with the agreement of the borrower. In the second case the lead bank maintains its relationship with the borrower but agrees to pay over to the buyer a portion of the cash flows that it receives.

Loan sales often involve a single loan, but sometimes they can be huge deals involving a portfolio of several hundred loans. The buyer is then entitled to a share of the cash flows on this portfolio. In the early years of the century many banks repackaged the cash flows from a portfolio of loans and sold off separate slices (or *tranches*) known as *collateralized debt obligations* (or *CDOs*).[39] The senior tranches had first claim on the cash flows and therefore proved attractive to conservative investors such as insurance companies or pension funds. The riskiest (or *equity*) tranche was retained by the bank or bought by hedge funds or mutual funds that specialized in low-quality debt.[40]

---

[37] For a standard loan to a blue-chip company the fee for arranging a syndicated loan may be as low as 10 basis points, while a complex deal with a highly leveraged firm may carry a fee of up to 250 basis points. For good reviews of the syndicated loan market see S. C. Miller, "A Guide to the Syndicated Loan Market," Standard & Poor's, September 2005 (**www.standardandpoors.com**); and B. Gadanecz, "The Syndicated Loan Market: Structure, Development and Implications," *BIS Quarterly Review,* December 2004, pp. 75–89 (**www.bis.org**).

[38] See A. Sufi, "Information Asymmetry and Financing Arrangements: Evidence from Syndicated Loans," *Journal of Finance* 62 (April 2007), pp. 629–668.

[39] CDOs comprise collateralized loan obligations (CLOs), together with collateralized bond obligations (CBOs) and collateralized mortgage obligations (CMOs).

[40] Rather than backing the CLO with a package of risky loans, banks often created *synthetic CLOs*. In this case the bank kept the loans on its books. The cash flows on the CLO came from the purchase of high-grade bonds and the sale of a default swap on a package of the bank's loans. (We described default swaps in Chapter 23.) If none of the bank loans defaults, the CLO receives a series of fixed cash flows. If there is a default, the seller of the default swap must compensate the buyer for the amount of the loss. This loss would be borne first by the equity tranche of the CLO.

By 2007 over half of the new issues of CDOs involved exposure to subprime mortgages. Because the mortgages were packaged together, investors in these CDOs were protected against the risk of default on an individual mortgage. However, even the senior tranches were exposed to the risk of an economy-wide slump in the housing market. For this reason the debt has been termed "economic catastrophe debt."[41]

Economic catastrophe struck in the summer of 2007, when the investment bank, Bear Stearns, revealed that two of its hedge funds had invested heavily in nearly worthless CDOs. Bear Stearns was rescued with help from the Federal Reserve, but it signalled the start of the credit crunch and the collapse of the CDO market. In 2008 issues of CDOs fell by nearly 90%.[42]

**Security**   If a bank is concerned about a firm's credit risk, it will ask the firm to provide security for the loan. This is most common for longer-term bank loans, over half of which are secured.[43] The collateral usually consists of liquid assets such as receivables, inventories, or securities. Sometimes the bank will take a *floating charge*. This gives it a general claim if the firm defaults. However, it does not specify the assets in detail, and it sets few restrictions on what the company can do with the assets.

More commonly, banks require specific collateral. For example, suppose that there is a significant delay between the time that you ship your goods and when your customers pay you. If you need the money up front, you can borrow by using these receivables as collateral. First, you must send the bank a copy of each invoice and provide it with a claim against the money that you receive from your customers. The bank will then lend up to 80% of the value of the receivables.

Each day, as you make more sales, your collateral increases and you can borrow more money. Each day also some customers pay their bills. This money is placed in a special collateral account under the bank's control and is periodically used to reduce the size of the loan. Therefore, as the firm's business fluctuates, so does the amount of the collateral and the size of the loan.

You can also use inventories as security for a loan. For example, if your goods are stored in a warehouse, you need to arrange for an independent warehouse company to provide the bank with a receipt showing that the goods are held on the bank's behalf. The bank will generally be prepared to lend up to 50% of the value of the inventories. When the loan is repaid, the bank returns the warehouse receipt and you are free to remove the goods.[44]

Banks are naturally choosey about the security that they will accept. They want to make sure that they can identify and sell the collateral if you default. They may be happy to lend against a warehouse full of a standard nonperishable commodity, but they would turn up their nose at a warehouse of ripe Camemberts.

Banks also need to ensure that the collateral is safe and the borrower doesn't sell the assets and run off with the money. This is what happened in the great salad oil swindle. Fifty-one banks and companies made loans of nearly $200 million to the Allied Crude Vegetable Oil Refining Corporation. In return the company agreed to provide security in the form of storage tanks full of valuable salad oil. Unfortunately, cursory inspections failed to notice that the tanks contained seawater and sludge. When the fraud was discovered, the president of Allied went to jail and the 51 lenders were left out in the cold, looking for their $200 million.

---

[41] J. D. Coval, J. Jurek, and E. Stafford, "Economic Catastrophe Bonds," *American Economic Review* 3 (June 2009), pp. 628–666.

[42] **www.sifma.org**.

[43] The results of a survey of the terms of business lending by banks in the United States are published quarterly in the *Federal Reserve Bulletin* (see **www.federalreserve.gov/releases/E2**).

[44] It is not always practicable to keep inventory in a warehouse. For example, automobile dealers need to display their cars in a showroom. One solution is to enter into a floor-planning arrangement in which the finance company buys the cars and the dealer holds them in trust. When the cars are sold, the proceeds are used to redeem the cars from the finance company. The interest or "flooring charge," depends on how long the cars have been in the showroom.

## Commercial Paper

Banks borrow money from one group of firms or individuals and relend the money to another group. They make their profit by charging the borrowers a higher rate of interest than they offer the lender.

Sometimes it is convenient to have a bank in the middle. It saves the lenders the trouble of looking for borrowers and assessing their creditworthiness, and it saves the borrowers the trouble of looking for lenders. Depositors do not care to whom the bank lends: they need only satisfy themselves that the bank as a whole is safe.

There are also occasions on which it is *not* worth paying an intermediary to perform these functions. Large well-known companies can bypass the banking system by issuing their own short-term unsecured notes. These notes are known as **commercial paper (CP).** Financial institutions, such as bank holding companies and finance companies,[45] also issue commercial paper, sometimes in very large quantities. For example, at one point GE Capital Corporation had over $100 billion of commercial paper in issue.[46] The major issuers of commercial paper have set up their own marketing departments and sell their paper directly to investors, often using the Web to do so. Smaller companies sell through dealers who receive a fee for marketing the issue.

Commercial paper in the United States has a maximum maturity of nine months, though most paper is for 60 days or less. Buyers of commercial paper generally hold it to maturity, but the company or dealer that sells the paper is usually prepared to repurchase it earlier.

The majority of commercial paper is issued by high-grade, nationally known companies.[47] Issuers generally support their commercial paper by arranging a backup line of credit with a bank, which guarantees that they can find the money to repay the paper.[48] The risk of default is, therefore, small.

Because investors are reluctant to buy commercial paper that does not have the highest credit rating, companies cannot rely on the commercial paper market to provide them always with the short-term capital that they need. For example, when the rating services downgraded the commercial paper of Ford and General Motors, both companies were forced to reduce sharply their sales of paper. Ford Credit had $45 billion of unsecured commercial paper outstanding at the end of 2000; five years later it had cut the amount to $1.0 billion.

Recent years have not been kind to the commercial paper market. In addition to Ford and GM, a number of other major companies have had their commercial paper downgraded. An even bigger shock occurred in 2007, when Lehman Brothers defaulted on its commercial paper. This led to a sharp fall in the volume of issues until the Fed announced plans to buy large volumes of high-grade paper.

In addition to unsecured commercial paper, there is also a market for *asset-backed commercial paper*. In this case the company sells its assets to a special-purpose vehicle that then issues the paper. For example, as the auto companies reduced their sales of unsecured commercial paper, they increasingly relied on asset-backed paper secured by the firm's receivables. As the customers paid their bills, the cash was passed through to the holders of this paper.

---

[45] A *bank holding company* is a firm that owns both a bank and nonbanking subsidiaries.

[46] GE reduced its reliance on commercial paper in 2008.

[47] Moody's, Standard and Poor's, and Fitch publish quality ratings for commercial paper. For example, Moody's provides three ratings, from P-1 (that is, Prime 1, the highest-grade paper) to P-3. Most investors are reluctant to buy low-rated paper. For example, money-market funds are largely limited to holding P-1 paper.

[48] For top-tier issuers the credit line is generally 75% of the amount of paper; for lower-grade issuers it is 100%. The company may not be able to draw on this line of credit if it does not satisfy bank covenants. Therefore, lower-rated companies may need to back their paper with an irrevocable line of credit.

Weaknesses in this market surfaced when a number of banks set up structured investment vehicles (SIVs) that invested in mortgage-backed securities financed by asset-backed paper. Because the buyers of the commercial paper bore the credit risk, the banks had less incentive to worry about the quality of the underlying mortgages. Many of the SIVs found it impossible to refinance the maturing paper and went into default.

### Medium-Term Notes

New issues of securities do not need to be registered with the SEC as long as they mature within 270 days. So by limiting the maturity of commercial paper issues, companies can avoid the delays and expense of registration. However, large blue-chip companies also make regular issues of unsecured **medium-term notes (MTNs).**

You can think of MTNs as a hybrid between corporate bonds and commercial paper. Like bonds they are relatively long-term instruments; their maturity is never less than 270 days, though it is typically less than 10 years.[49] On the other hand, like commercial paper, MTNs are not underwritten but are sold on a regular basis either through dealers or, occasionally, directly to investors. Dealers support a secondary market in these MTNs and are prepared to buy the notes back before maturity.

Borrowers such as finance companies, which always need cash, welcome the flexibility of MTNs. For example, a company may tell its dealers the amount of money that it needs to raise that week, the range of maturities that it can offer, and the maximum interest that it is prepared to pay. It is then up to the dealers to find the buyers. Investors may also suggest their own terms to one of the dealers, and, if these terms are acceptable, the deal is done.

---

[49] Occasionally, an MTN registration may be used to issue much longer term bonds. For example, Disney has even used its MTN program to issue a 100-year bond.

● ● ● ● ●

**SUMMARY**

Companies invest in four principal short-term assets—inventories, accounts receivable, cash, and short-term securities. Each of these investments needs to be managed.

Inventories consist of raw materials, work in process, and finished goods. Inventories have benefits. For example, a stock of raw materials reduces the risk that the firm will be forced to shut down production because of an unexpected shortage. But inventories also tie up capital and are expensive to store. The task of the production manager is to strike a sensible balance between these benefits and costs. In recent years many companies have decided that they can get by on lower inventories than before. For example, some have adopted *just-in-time* systems that allow the firm to keep inventories to a minimum by receiving a regular flow of components and raw materials throughout the day.

Credit management (the management of receivables) involves five steps:

1. Establish the length of the payment period and the size of any cash discounts for customers who pay promptly.

2. Decide the form of the contract with your customer. For example, if your customer's credit is somewhat shaky, you can ask the customer to arrange for a banker's acceptance. In this case payment is guaranteed by the customer's bank.

3. Assess your customer's creditworthiness. You can either do your own homework or rely on a credit agency or credit bureau that specializes in gathering information about the credit standing of firms or individuals.

4. Establish sensible credit limits. Remember your aim is not to minimize the number of bad debts, it is to maximize profits. Remember also not to be too shortsighted in reckoning the

Visit us at www.mhhe.com/bma

expected profit. It may be worth accepting marginal applicants if there is a chance that they may become regular and reliable customers.

5. Collect. You need to be resolute with the truly delinquent customers, but you do not want to offend the good ones by writing demanding letters just because their check has been delayed in the mail.

You can think of cash as just another raw material that the firm needs to do business. There are always advantages to holding large "inventories" of cash. They reduce the risk of a sudden shortage and having to raise more at short notice. On the other hand, there is a cost to holding idle cash balances rather than putting the money to work in marketable securities. In balancing these benefits and costs the cash manager faces a task similar to that of the production manager. This trade-off is more important for small firms, for whom the costs of continually buying and selling securities are relatively large compared with the opportunity cost of holding idle cash balances.

Good cash management involves moving cash around efficiently. For example, if the firm receives a large number of small checks, it needs to ensure that they are not left lying about. We described how concentration banking and lockbox systems are used to speed up collections. Most large payments are made electronically by wire transfer. This allows companies to economize on the use of cash by transferring funds rapidly from local bank accounts to the firm's main *concentration* bank. Electronic funds transfer also speeds up payments and makes it possible to automate more of the cash management process.

If you have more cash than is currently needed, you can invest it in the money market. There is a wide choice of money-market investments, with different degrees of liquidity and risk. Remember that the interest rate on these investments is often quoted as a discount. The compound return is always higher than the rate of discount. The principal money-market investments in the United States are

- U.S. Treasury bills
- Federal agency notes
- Short-term tax exempts
- Time deposits and certificates of deposit
- Repurchase agreements
- Commercial paper
- Bankers' acceptances

When long-term finance does not cover the capital requirement, firms must raise short- or medium-term capital. Often they arrange a *revolving line of credit* with a bank that allows them to borrow up to an agreed amount whenever they need financing. This is often intended to tide the firm over a temporary shortage of cash and is therefore repaid in only a few months. However, banks also make *term loans* that sometimes extend for five years or more. In addition to borrowing from their domestic banks, companies may borrow dollars (or any other currency) from overseas banks or the foreign branches of U.S. banks. Very large bank loans are commonly *syndicated* among a group of major banks. Banks do not need to hold these loans until maturity, and they may later decide to sell their holdings to other banks or financial institutions.

The interest rate on very short-term bank loans is generally fixed for the life of the loan, but in other cases the rate floats with the general level of short-term interest rates. For example, it might be set at 1% over LIBOR (the London Interbank Offered Rate).

The interest rate that the bank charges must be sufficient to cover not only the opportunity cost of capital for the loan but also the costs of running the loan department. Large regular borrowers have found it cheaper to bypass the banking system and issue their own short-term unsecured debt. This is called *commercial paper*. Longer-term loans that are marketed on a regular basis are known as *medium-term notes*.

Generally, markets for short-term capital work smoothly, but in the credit crunch of 2008 many of these sources of funds dried up. It remains to be seen whether in each case this was a temporary hiccup or whether the events that year revealed a fatal weakness in security design.

**FURTHER READING**

*Here are some general textbooks on working capital management:*

G. W. Gallinger and B. P. Healey, *Liquidity Analysis and Management,* 2nd ed. (Reading, MA: Addison-Wesley, 1991).

N. C. Hill and W. L. Sartoris, *Short-Term Financial Management: Text and Cases,* 3rd ed. (Englewood Cliffs, NJ: Prentice-Hall, Inc., 1994).

K. V. Smith and G. W. Gallinger, *Readings on Short-Term Financial Management,* 3rd. ed. (New York: West, 1988).

F. C. Scherr, *Modern Working Capital Management: Text and Cases* (Englewood Cliffs, NJ: Prentice-Hall, Inc., 1989).

*A standard text on the practice and institutional background of credit management is:*

R. H. Cole and L. Mishler, *Consumer and Business Credit Management,* 11th ed. (New York: McGraw-Hill, 1998).

*For a more analytical discussion of credit policy, see:*

S. Mian and C. W. Smith, "Extending Trade Credit and Financing," *Journal of Applied Corporate Finance* 7 (Spring 1994), pp. 75–84.

M. A. Petersen and R. G. Rajan, "Trade Credit: Theories and Evidence," *Review of Financial Studies* 10 (Fall 1997), pp. 661–692.

*Two useful books on cash management are:*

M. Allman-Ward and J. Sagner, *Essentials of Managing Corporate Cash* (New York: Wiley, 2003).

R. Bort, *Corporate Cash Management Handbook* (New York: Warren Gorham and Lamont, 2004).

*Two readable discussions of why some companies maintain more liquidity than others are:*

A. Dittmar, "Corporate Cash Policy and How to Manage It with Stock Repurchases," *Journal of Applied Corporate Finance* 20 (Summer 2008), pp. 22–34.

L. Pinkowitz and R. Williamson, "What Is the Market Value of a Dollar of Corporate Cash?" *Journal of Applied Corporate Finance* 19 (Summer 2007), pp. 74–81.

*For descriptions of the money-market and short-term borrowing and lending opportunities, see:*

F. J. Fabozzi, *The Handbook of Fixed Income Securities,* 6th ed. (New York: McGraw-Hill, 2000).

F. J. Fabozzi, S. V. Mann, and M. Choudhry, *The Global Money Markets* (New York: John Wiley, 2002).

Chapter 4 of *U.S. Monetary Policy and Financial Markets,* available on the New York Federal Reserve Web site, **www.ny.frb.org**.

 **connect™**

**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

## BASIC

1. What are the trade-offs involved in the decision of how much inventory the firm should carry? In what way does the cash manager face a similar trade-off?

2. Company X sells on a 1/30, net 60 basis. Customer Y buys goods invoiced at $1,000.
   a. How much can Y deduct from the bill if Y pays on day 30?
   b. What is the effective annual rate of interest if Y pays on the due date rather than on day 30?

   c. How would you expect payment terms to change if

     i. The goods are perishable.

     ii. The goods are not rapidly resold.

     iii. The goods are sold to high-risk firms.

3. The lag between the purchase date and the date on which payment is due is known as the *terms lag*. The lag between the due date and the date on which the buyer actually pays is the *due lag*, and the lag between the purchase and actual payment dates is the *pay lag*. Thus,

$$\text{Pay lag} = \text{terms lag} + \text{due lag}$$

State how you would expect the following events to affect each type of lag:

   a. The company imposes a service charge on late payers.

   b. A recession causes customers to be short of cash.

   c. The company changes its terms from net 10 to net 20.

4. The Branding Iron Company sells its irons for $50 apiece wholesale. Production cost is $40 per iron. There is a 25% chance that wholesaler Q will go bankrupt within the next year. Q orders 1,000 irons and asks for six months' credit. Should you accept the order? Assume that the discount rate is 10% per year, there is no chance of a repeat order, and Q will pay either in full or not at all.

5. Look back at Section 30-2. Cast Iron's costs have increased from $1,000 to $1,050. Assuming there is no possibility of repeat orders, answer the following:

   a. When should Cast Iron grant or refuse credit?

   b. If it costs $12 to determine whether a customer has been a prompt or slow payer in the past, when should Cast Iron undertake such a check?

6. Look back at the discussion in Section 30-2 of credit decisions with repeat orders. If $p_1 = .8$, what is the minimum level of $p_2$ at which Cast Iron is justified in extending credit?

7. True or False?

   a. Exporters who require greater certainty of payment arrange for the customers to sign a bill of lading in exchange for a sight draft.

   b. It makes sense to monitor the credit manager's performance by looking at the proportion of bad debts.

   c. If a customer refuses to pay despite repeated reminders, the company usually turns the debt over to a factor or an attorney.

8. How should your willingness to grant credit be affected by differences in (a) the profit margin, (b) the interest rate, (c) the probability of repeat orders? In each case illustrate your answer with a simple example.

9. How would you expect a firm's cash balance to respond to the following changes?

   a. Interest rates increase.

   b. The volatility of daily cash flow decreases.

   c. The transaction cost of buying or selling marketable securities goes up.

10. Complete the passage that follows by choosing the appropriate terms from the following list: *lockbox banking, Fedwire, CHIPS, concentration banking.*

    Firms can increase their cash resources by speeding up collections. One way to do this is to arrange for payments to be made to regional offices that pay the checks into local banks. This is known as _____. Surplus funds are then transferred from the local bank to one of the company's main banks. Transfers can be made electronically by the _____ or _____ systems. Another technique is to arrange for a local bank to collect the checks directly from a post office box. This is known as _____.

11. Suppose that you can hold cash that pays no interest or invest in securities that pay interest at 8%. The securities are not easily sold on short notice; therefore, you must make up any

cash deficiency by drawing on a bank line of credit that charges interest at 10%. Should you invest more or less in securities under each of the following circumstances?

   a. You are unusually uncertain about future cash flows.

   b. The interest rate on bank loans rises to 11%.

   c. The interest rates on securities and on bank loans both rise by the same proportion.

   d. You revise downward your forecast of future cash needs.

**12.** In October 2008, six-month (182-day) Treasury bills were issued at a discount of 1.4%. What is the annual yield?

**13.** For each item below, choose the investment that best fits the accompanying description:

   a. Maturity often overnight (repurchase agreements/bankers' acceptances).

   b. Maturity never more than 270 days (tax-exempts/commercial paper).

   c. Often directly placed with investors (finance company commercial paper/dealer commercial paper).

   d. Issued by the U.S. Treasury (tax-exempts/three-month bills).

   e. Quoted on a discount basis (certificates of deposit/Treasury bills).

   f. Sold by auction (tax-exempts/Treasury bills).

**14.** Consider three securities:

   a. A floating-rate bond.

   b. A preferred share paying a fixed dividend.

   c. A floating-rate preferred.

If you were responsible for short-term investment of your firm's excess cash, which security would you probably prefer to hold? Why? Explain briefly.

**15.** True or false?

   a. Most commercial bank loans are made under commitment.

   b. A line of credit provides the lender with a put option.

   c. Bank term loans typically have a maturity of several years.

   d. If the interest rate on a one-year bank loan is stated as a discount of 10%, the actual yield on the loan is less than 10%.

   e. The interest rate on term loans is usually linked to LIBOR, the federal funds rate, or the bank's prime rate.

**16.** Complete the passage below by selecting the most appropriate terms from the following list: *floating charge, syndicated, commercial paper, warehouse receipt, arranger, collateral, commitment fee, line of credit, medium-term notes, collateralized loan obligations (CLOs).*

Companies with fluctuating capital needs often arrange a _____ with their bank. This is relatively expensive because companies need to pay a _____ on any unused amount.

Secured short-term loans are sometimes covered by a _____ on all receivables and inventory. Generally, however, the borrower pledges specific assets as _____. For example, if goods are stored in a warehouse, an independent warehouse company may issue a _____ to the lender. The goods can then only be released with the lender's consent.

Very large bank loans are often _____. In this case the lead bank acts as the _____ and will parcel out the loan among a group of banks.

Banks also often sell loans. Sometimes they put together a portfolio of loans and sell separate slices (or tranches). These are known as _____.

Banks are not the only source of short-term debt. Many large companies issue their own unsecured debt directly to investors, often on a regular basis. If the maturity is less than nine months, this debt is generally known as _____. Companies also make regular issues of longer-term debt to investors. These are called _____.

Visit us at www.mhhe.com/bma

## INTERMEDIATE

**17.** Listed below are some common terms of sale. Can you explain what each means?

   a. 2/30, net 60.

   b. 2/5, EOM, net 30.

   c. COD.

**18.** Some of the items in Problem 17 involve a cash discount. For each of these, calculate the rate of interest paid by customers who pay on the due date instead of taking the cash discount.

**19.** Phoenix Lambert currently sells its goods cash-on-delivery. However, the financial manager believes that by offering credit terms of 2/10 net 30 the company can increase sales by 4%, without significant additional costs. If the interest rate is 6% and the profit margin is 5%, would you recommend offering credit? Assume first that all customers take the cash discount. Then assume that they all pay on day 30.

**20.** As treasurer of the Universal Bed Corporation, Aristotle Procrustes is worried about his bad debt ratio, which is currently running at 6%. He believes that imposing a more stringent credit policy might reduce sales by 5% and reduce the bad debt ratio to 4%. If the cost of goods sold is 80% of the selling price, should Mr. Procrustes adopt the more stringent policy?

**21.** Jim Khana, the credit manager of Velcro Saddles, is reappraising the company's credit policy. Velcro sells on terms of net 30. Cost of goods sold is 85% of sales, and fixed costs are a further 5% of sales. Velcro classifies customers on a scale of 1 to 4. During the past five years, the collection experience was as follows:

| Classification | Defaults as Percent of Sales | Average Collection Period in Days for Nondefaulting Accounts |
|---|---|---|
| 1 | .0 | 45 |
| 2 | 2.0 | 42 |
| 3 | 10.0 | 40 |
| 4 | 20.0 | 80 |

The average interest rate was 15%.

    What conclusions (if any) can you draw about Velcro's credit policy? What other factors should be taken into account before changing this policy?

**22.** Look again at Problem 21. Suppose (a) that it costs $95 to classify each new credit applicant and (b) that an almost equal proportion of new applicants falls into each of the four categories. In what circumstances should Mr. Khana not bother to undertake a credit check?

**23.** Until recently, Augean Cleaning Products sold its products on terms of net 60, with an average collection period of 75 days. In an attempt to induce customers to pay more promptly, it has changed its terms to 2/10, EOM, net 60. The initial effect of the changed terms is as follows:

| | Average Collection Periods, Days | |
|---|---|---|
| Percent of Sales with Cash Discount | Cash Discount | Net |
| 60 | 30* | 80 |

\* Some customers deduct the cash discount even though they pay after the specified date.

Calculate the effect of the changed terms. Assume

- Sales volume is unchanged.
- The interest rate is 12%.

- There are no defaults.
- Cost of goods sold is 80% of sales.

24. Look back at Problem 23. Assume that the change in credit terms results in a 2% increase in sales. Recalculate the effect of the changed credit terms.

25. Knob, Inc., is a nationwide distributor of furniture hardware. The company now uses a central billing system for credit sales of $180 million annually. First National, Knob's principal bank, offers to establish a new concentration banking system for a flat fee of $100,000 per year. The bank estimates that mailing and collection time can be reduced by three days. By how much will Knob's cash balances be increased under the new system? How much extra interest income will the new system generate if the extra funds are used to reduce borrowing under Knob's line of credit with First National? Assume that the borrowing rate is 12%. Finally, should Knob accept First National's offer if collection costs under the old system are $40,000 per year?

26. Anne Teak, the financial manager of a furniture manufacturer, is considering operating a lockbox system. She forecasts that 300 payments a day will be made to lockboxes, with an average payment size of $1,500. The bank's charge for operating the lockboxes is *either* $.40 a check *or* compensating balances of $800,000.
    a. If the interest rate is 9%, which method of payment is cheaper?
    b. What reduction in the time to collect and process each check is needed to justify use of the lockbox system?

27. A parent company settles the collection account balances of its subsidiaries once a week. (That is, each week it transfers any balances in the accounts to a central account.) The cost of a wire transfer is $10. A check costs $.80. Cash transferred by wire is available the same day, but the parent must wait three days for checks to clear. Cash can be invested at 12% per year. How much money must be in a collection account before it pays to use a wire transfer?

28. The financial manager of JAC Cosmetics is considering opening a lockbox in Pittsburgh. Checks cleared through the lockbox will amount to $300,000 per month. The lockbox will make cash available to the company three days earlier than is currently the case.
    a. Suppose that the bank offers to run the lockbox for a $20,000 compensating balance. Is the lockbox worthwhile?
    b. Suppose that the bank offers to run the lockbox for a fee of $.10 per check cleared instead of a compensating balance. What must the average check size be for the fee alternative to be less costly? Assume an interest rate of 6% per year.
    c. Why did you need to know the interest rate to answer (b) but not to answer (a)?

29. A three-month Treasury bill and a six-month bill both sell at a discount of 10%. Which offers the higher annual yield?

30. In Section 30-4 we described a three-month bill that was issued on an annually compounded yield of 5.18%. Suppose that one month has passed and the investment still offers the same annually compounded return. What is the percentage discount? What was your return over the month?

31. Look again at Problem 30. Suppose another month has passed, so the bill has only one month left to run. It is now selling at a discount of 3%. What is the yield? What was your realized return over the two months?

32. Look up current interest rates offered by short-term investment alternatives. Suppose that your firm has $1 million excess cash to invest for the next two months. How would you invest this cash? How would your answer change if the excess cash were $5,000, $20,000, $100,000, or $100 million?

33. In 2006 agency corporate bonds sold at a yield of 5.32%, while high-grade tax-exempts of comparable maturity offered 3.7% annually. If an investor receives the same *after-tax* return from corporates and tax-exempts, what is that investor's marginal rate of tax? What other factors might affect an investor's choice between the two types of securities?

**34.** The IRS prohibits companies from borrowing money to buy tax-exempts and deducting the interest payments on the borrowing from taxable income. Should the IRS prohibit such activity? If it didn't, would you advise the company to borrow to buy tax-exempts?

**35.** Suppose you are a wealthy individual paying 35% tax on income. What is the expected after-tax yield on each of the following investments?

   a.  A municipal note yielding 7.0% pretax.

   b.  A Treasury bill yielding 10% pretax.

   c.  A floating-rate preferred stock yielding 7.5% pretax.

How would your answer change if the investor is a corporation paying tax at 35%? What other factors would you need to take into account when deciding where to invest the corporation's spare cash?

**36.** You need to borrow $10 million for 90 days. You have the following alternatives:

   a.  Issue high-grade commercial paper, with a backup line of credit costing .3% a year.

   b.  Borrow from First Cookham Bank at an interest rate of .25% over LIBOR.

   c.  Borrow from the Test Bank at prime.

Given the rates currently prevailing in the market (see, for example, *The Wall Street Journal*), which alternative would you choose?

**37.** Suppose that you are a banker responsible for approving corporate loans. Nine firms are seeking secured loans. They offer the following assets as collateral:

   a.  Firm A, a heating oil distributor, offers a tanker load of fuel in transit from the Middle East.

   b.  Firm B, a wine wholesaler, offers 1,000 cases of Beaujolais Nouveau, located in a warehouse.

   c.  Firm C, a stationer, offers an account receivable for office supplies sold to the City of New York.

   d.  Firm D, a bookstore, offers its entire inventory of 15,000 used books.

   e.  Firm E, a wholesale grocer, offers a boxcar full of bananas.

   f.  Firm F, an appliance dealer, offers its inventory of electric typewriters.

   g.  Firm G, a jeweler, offers 100 ounces of gold.

   h.  Firm H, a government securities dealer, offers its portfolio of Treasury bills.

   i.  Firm I, a boat builder, offers a half-completed luxury yacht. The yacht will take four months more to complete.

Which of these assets are most likely to be good collateral? Which are likely to be bad collateral? Explain.

## CHALLENGE

**38.** Reliant Umbrellas has been approached by Plumpton Variety Stores of Nevada. Plumpton has expressed interest in an initial purchase of 5,000 umbrellas at $10 each on Reliant's standard terms of 2/30, net 60. Plumpton estimates that if the umbrellas prove popular with customers, its purchases could be in the region of 30,000 umbrellas a year. After deductions for variable costs, this account would add $47,000 per year to Reliant's profits.

    Reliant has been anxious for some time to break into the lucrative Nevada market, but its credit manager has some doubts about Plumpton. In the past five years, Plumpton had embarked on an aggressive program of store openings. In 2007, however, it went into reverse. The recession, combined with aggressive price competition, caused a cash shortage. Plumpton laid off employees, closed one store, and deferred store openings. The company's Dun and Bradstreet rating is only fair, and a check with Plumpton's other suppliers reveals that, although Plumpton traditionally took cash discounts, it has recently been paying 30 days slow. A check through Reliant's bank indicates that Plumpton has unused

Visit us at www.mhhe.com/bma

▶ **TABLE 30.5**
Plumpton Variety
Stores: summary
financial statements
(figures in millions).

| | 2010 | 2009 | | 2010 | 2009 |
|---|---|---|---|---|---|
| Cash | $ 1.0 | $ 1.2 | Payables | $ 2.3 | $ 2.5 |
| Receivables | 1.5 | 1.6 | Short-term loans | 3.9 | 1.9 |
| Inventory | 10.9 | 11.6 | Long-term debt | 1.8 | 2.6 |
| Fixed assets | 5.1 | 4.3 | Equity | 10.5 | 11.7 |
| Total assets | $18.5 | $18.7 | Total liabilities | $18.5 | $18.7 |

| | 2010 | 2009 |
|---|---|---|
| Sales | $55.0 | $59.0 |
| Cost of goods sold | 32.6 | 35.9 |
| Selling, general, and administrative expenses | 20.8 | 20.2 |
| Interest | .5 | .3 |
| Tax | .5 | 1.3 |
| Net income | $ .6 | $ 1.3 |

credit lines of $350,000 but has entered into discussions with the banks for a renewal of a $1,500,000 term loan due at the end of the year. Table 30.5 summarizes Plumpton's latest financial statements.

As credit manager of Reliant, how do you feel about extending credit to Plumpton?

39. Galenic, Inc., is a wholesaler for a range of pharmaceutical products. Before deducting any losses from bad debts, Galenic operates on a profit margin of 5%. For a long time the firm has employed a numerical credit scoring system based on a small number of key ratios. This has resulted in a bad debt ratio of 1%.

Galenic has recently commissioned a detailed statistical study of the payment record of its customers over the past eight years and, after considerable experimentation, has identified five variables that could form the basis of a new credit scoring system. On the evidence of the past eight years, Galenic calculates that for every 10,000 accounts it would have experienced the following default rates:

| | Number of Accounts | | |
|---|---|---|---|
| **Credit Score under Proposed System** | **Defaulting** | **Paying** | **Total** |
| Greater than 80 | 60 | 9,100 | 9,160 |
| Less than 80 | 40 | 800 | 840 |
| Total | 100 | 9,900 | 10,000 |

By refusing credit to firms with a low credit score (less than 80), Galenic calculates that it would reduce its bad debt ratio to 60/9,160, or just under .7%. While this may not seem like a big deal, Galenic's credit manager reasons that this is equivalent to a decrease of one-third in the bad debt ratio and would result in a significant improvement in the profit margin.

a. What is Galenic's current profit margin, allowing for bad debts?

b. Assuming that the firm's estimates of default rates are right, how would the new credit scoring system affect profits?

c. Why might you suspect that Galenic's estimates of default rates will not be realized in practice? What are the likely consequences of overestimating the accuracy of such a credit scoring scheme?

d. Suppose that one of the variables in the proposed scoring system is whether the customer has an existing account with Galenic (new customers are more likely to default). How would this affect your assessment of the proposal?

40. Axle Chemical Corporation's treasurer has forecasted a $1 million cash deficit for the next quarter. However, there is only a 50% chance this deficit will actually occur. The treasurer estimates that there is a 20% probability the company will have no deficit at all and a 30% probability that it will actually need $2 million in short-term financing. The company can either take out a 90-day unsecured loan for $2 million at 1% per month or establish a line of credit, costing 1% per month on the amount borrowed plus a commitment fee of $20,000. If excess cash can be reinvested at 9%, which source of financing gives the lower expected cost?

41. Term loans usually require firms to pay a fluctuating interest rate. For example, the interest rate may be set at "1% above prime." The prime rate sometimes varies by several percentage points within a single year. Suppose that your firm has decided to borrow $40 million for five years. It has three alternatives. It can (a) borrow from a bank at the prime rate, currently 10%. The proposed loan agreement requires no principal repayments until the loan matures in five years. It can (b) issue 26-week commercial paper, currently yielding 9%. Since funds are required for five years, the commercial paper will have to be rolled over semiannually. That is, financing the $40 million requirement for five years will require 10 successive commercial paper sales. Or, finally, it can (c) borrow from an insurance company at a fixed rate of 11%. As in the bank loan, no principal has to be repaid until the end of the five-year period. What factors would you consider in analyzing these alternatives? Under what circumstances would you choose (a)? Under what circumstances would you choose (b) or (c)? (*Hint:* Don't forget Chapters 3 and 23.)

● ● ● ● ●

**REAL-TIME DATA ANALYSIS**

1. The Dun and Bradstreet Web site (**www.dnb.com**) contains a sample comprehensive report on a small business. Would you extend credit to the firm? Why or why not?

2. The three main credit bureaus maintain useful Web sites with examples of their business and consumer reports. Log on to **www.equifax.com** and look at the sample report on a small business. What information do you think would be most useful if you were considering granting credit to the firm?

3. Log on to the Federal Reserve site at **www.federalreserve.gov** and look up current money-market interest rates. Suppose your business has $7 million set aside for an expenditure in three months. How would you choose to invest it in the meantime? Would your decision be different if there were some chance that you might need the money earlier?

4. The Federal Reserve Bulletin publishes the results of a quarterly survey of bank lending (see **www.federalreserve.gov/releases/E2**). Use the latest survey to describe the pattern of lending by domestic banks. Examine, for example, whether most loans are secured and whether they are made under commitment. What are the different characteristics of small and large loans? Now compare the results of this survey with an earlier one. Have there been any important changes?

# 31

MERGERS, CORPORATE CONTROL, AND GOVERNANCE

# Mergers

▶ **The scale and** pace of merger activity in the United States have been remarkable. In 2006, a record year for mergers, U.S. companies were involved in deals totaling nearly $1.5 trillion. During such periods of intense merger activity, management spends significant amounts of time either searching for firms to acquire or worrying about whether some other firm will acquire them.

A merger adds value only if the two companies are worth more together than apart. This chapter covers why two companies could be worth more together and how to get the merger deal done if they are. Many marriages between companies are amicable, but sometimes one party is dragged unwillingly to the altar. So we also look at what is involved in hostile takeovers.

We proceed as follows.

- *Motives.* Sources of value added.
- *Dubious motives.* Don't be tempted.
- *Benefits and costs.* It's important to estimate them consistently.

- *Mechanics.* Legal, tax, and accounting issues.
- *Takeover battles and tactics.* We look at merger tactics and show some of the economic forces driving merger activity.
- *Mergers and the economy.* How can we explain merger waves? Who gains and who loses as a result of mergers?

Mergers are partly about economies from combining two firms, but they are also about who gets to run the company. Pick a merger, and you'll almost always find that one firm is the protagonist and the other is the target. The top management of the target firm usually departs after the merger.

Financial economists now view mergers as part of a broader *market for corporate control.* The activity in this market goes far beyond ordinary mergers. It includes leveraged buyouts (LBOs), spin-offs and divestitures, and also nationalizations and privatizations where the government acquires or sells a business. These are the subject of the next chapter.

● ● ● ● ●

## 31-1 Sensible Motives for Mergers

Table 31.1 lists a few recent mergers. Notice that most of these are **horizontal mergers,** that is, combinations of two firms in the same line of business. Two recent headline-grabbing examples are Pfizer's acquisition of Wyeth and Bank of America's acquisition of Merrill Lynch.

A **vertical merger** involves companies at different stages of production. The buyer expands back toward the source of raw materials or forward in the direction of the ultimate consumer. An example of a vertical merger is the 2008 acquisition of Tele Atlas by its fellow Dutch firm, TomTom. TomTom, the world's largest maker of car navigation devices, plans to use Tele Atlas's digital map data to provide real-time updates to its sat-nav systems.

| Industry | Acquiring Company | Selling Company | Payment ($ billions) |
|---|---|---|---|
| Pharmaceuticals | Pfizer | Wyeth | 64.5 |
| Electricity | Enel (Italy) | Endesa (Spain) | 58.7 |
| Brewing | InBev SA (Belgium) | Anheuser-Busch | 50.6 |
| Banking | Bank of America | Merrill Lynch | 46.4 |
| Pharmaceuticals | Roche (Switzerland) | Genentech | 44.3 |
| Pharmaceuticals | Merck | Schering-Plough | 38.4 |
| Mining | Rio Tinto (U.K.) | Alcan (Canada) | 38.1 |
| Telecoms | Verizon Wireless | Alltel | 28.1 |
| Food | Mars Inc | William Wrigley | 27.0 |
| Banking | Lloyds TSB (U.K.) | HBOS (U.K.) | 18.0 |
| Banking | Wells Fargo | Wachovia | 12.7 |

▶ **TABLE 31.1**
Some important recent mergers.

*Source: Mergers and Acquisitions,* various issues.

Other recent vertical mergers include that between Google and Double-Click and the proposed tie-up between Live Nation and Ticketmaster.

A **conglomerate merger** involves companies in unrelated lines of businesses. The principal mergers of the 1960s and 1970s were mostly conglomerate. Conglomerates are much less popular now, at least in the United States and other developed economies. Much of the action in the 1980s and 1990s has come from breaking up the conglomerates that had been formed 10 to 20 years earlier.

With these distinctions in mind, we are about to consider motives for mergers, that is, reasons why two firms may be worth more together than apart. We proceed with some trepidation. The motives, though they often lead the way to real benefits, are sometimes just mirages that tempt unwary or overconfident managers into takeover disasters. This was the case for AOL, which spent a record-breaking $156 billion to acquire Time Warner. The aim was to create a company that could offer consumers a comprehensive package of media and information products. It didn't work. Even more embarrassing (on a smaller scale) was the acquisition of Apex One, a sporting apparel company, by Converse Inc. The purchase was made on May 18, 1995. Apex One was closed down on August 11, after Converse failed to produce new designs quickly enough to satisfy retailers. Converse lost an investment of over $40 million in 85 days.[1]

Many mergers that seem to make economic sense fail because managers cannot handle the complex task of integrating two firms with different production processes, accounting methods, and corporate cultures. The nearby box shows how these difficulties bedeviled the merger of three Japanese banks.

The value of most businesses depends on *human* assets—managers, skilled workers, scientists, and engineers. If these people are not happy in their new roles in the merged firm, the best of them will leave. Beware of paying too much for assets that go down in the elevator and out to the parking lot at the close of each business day. They may drive into the sunset and never return.

Consider the $38 billion merger between Daimler-Benz and Chrysler. Although it was hailed as a model for consolidation in the auto industry, the early years were rife with conflicts between two very different cultures:

German management-board members had executive assistants who prepared detailed position papers on any number of issues. The Americans didn't have assigned aides and

---

[1] Mark Maremount, "How Converse Got Its Laces All Tangled," *BusinessWeek,* September 4, 1995, p. 37.

# Those Elusive Synergies

◗ When three of Japan's largest banks combined to form Mizuho Bank the result was a bank with assets of $1.5 trillion, more than twice those of the world leader Deutsche Bank. The name "Mizuho" means "rich rice harvest" and the bank's management forecasted that the merger would yield a rich harvest of synergies. In a message to shareholders, the bank president claimed that the merger would create "a comprehensive financial services group that will surge forward in the 21st century." He predicted that the bank would "lead the new era through cutting-edge comprehensive financial services . . . by exploiting to the fullest extent the Group's enormous strengths, which are backed by a powerful customer base and state-of-the-art financial and information technologies." The cost of putting the banks together was forecasted at ¥130 billion, but management predicted future benefits of ¥466 billion a year.

Within a few months of the announcement, reports began to emerge of squabbles among the three partners. One problem area was IT. Each of the three merging banks had a different supplier for its computer system. At first it was proposed to use just one of these three systems, but then the banks decided to connect the three different systems together using "relay" computers.

Three years after the initial announcement the new company opened for business on April 1, 2002. Five days later, computer glitches resulted in a spectacular foul-up. Some 7,000 of the bank's cash machines did not work, 60,000 accounts were debited twice for the same transaction, and millions of bills went unpaid. *The Economist* reported that two weeks later Tokyo Gas, the biggest gas company, was still missing ¥2.2 billion in payments, and the top telephone company, NTT, which was looking for ¥12.7 billion, was forced to send its customers receipts marked with asterisks in place of figures, since it did not know which of about 760,000 bills had been paid.

One of the objectives behind the formation of Mizuho was to exploit economies in its IT systems. The launch fiasco illustrated dramatically that it is easier to predict such merger synergies than to realize them.

---

**Sources:** The creation of Mizuho Bank and its launch problems are described in "Undispensable: A Fine Merger Yields One Fine Mess," *The Economist*, April 27, 2002, p. 72; "Big, Bold, but . . .", *Euromoney*, December 2000, pp. 30–35; and "Godzilla Bank," *Forbes*, March 20, 2000, pp. 132–133.

---

formulated their decisions by talking directly to engineers or other specialists. A German decision worked its way through the bureaucracy for final approval at the top. Then it was set in stone. The Americans allowed midlevel employees to proceed on their own initiative, sometimes without waiting for executive-level approval. . . .

Cultural integration also was proving to be a slippery commodity. The yawning gap in pay scales fueled an undercurrent of tension. The Americans earned two, three, and, in some cases, four times as much as their German counterparts. But the expenses of U.S. workers were tightly controlled compared with the German system. Daimler-side employees thought nothing of flying to Paris or New York for a half-day meeting, then capping the visit with a fancy dinner and a night in an expensive hotel. The Americans blanched at the extravagance.[2]

Nine years after acquiring Chrysler, Daimler threw in the towel and announced that it was offloading an 80% stake in Chrysler to a leveraged-buyout firm, Cerberus Capital Management. Daimler actually paid Cerberus $677 million to take Chrysler off its hands. Cerberus in return assumed about $18 billion in pension and employee health care liabilities and agreed to invest $6 billion in Chrysler and its finance subsidiary.

There are also occasions when the merger does achieve gains but the buyer nevertheless loses because it pays too much. For example, the buyer may overestimate the value of stale

---

[2] Bill Vlasic and Bradley A. Stertz, "Taken for a Ride," *BusinessWeek,* June 5, 2000. Reprinted with special permission © The McGraw-Hill Companies, Inc.

inventory or underestimate the costs of renovating old plant and equipment, or it may overlook the warranties on a defective product. Buyers need to be particularly careful about environmental liabilities. If there is pollution from the seller's operations or toxic waste on its property, the costs of cleaning up will probably fall on the buyer.

Now we turn to the possible sources of merger *synergies,* that is, the possible sources of added value.

## Economies of Scale

Many mergers are intended to reduce costs and achieve economies of scale. For example, when Bank of New York and Mellon Financial Corporation merged in 2007, management forecasted annual cost savings of $700 million or over 8% of the current combined costs. They anticipated that the merger would allow the two companies to share services and technology, and would permit a reduction in staff from 40,000 to about 36,000. (Some of these savings involved senior management. For example, there were two chief financial officers before the merger and only one afterward.)

Achieving these *economies of scale* is the natural goal of horizontal mergers. But such economies have been claimed in conglomerate mergers, too. The architects of these mergers have pointed to the economies that come from sharing central services such as office management and accounting, financial control, executive development, and top-level management.[3]

## Economies of Vertical Integration

Vertical mergers seek economies in vertical integration. Some companies try to gain control over the production process by expanding back toward the output of the raw material or forward to the ultimate consumer. One way to achieve this is to merge with a supplier or a customer.

Vertical integration facilitates coordination and administration. We illustrate via an extreme example. Think of an airline that does not own any planes. If it schedules a flight from Boston to San Francisco, it sells tickets and then rents a plane for that flight from a separate company. This strategy might work on a small scale, but it would be an administrative nightmare for a major carrier, which would have to coordinate hundreds of rental agreements daily. In view of these difficulties, it is not surprising that all major airlines have integrated backward, away from the consumer, by buying and flying airplanes rather than simply patronizing rent-a-plane companies.

Do not assume that more vertical integration is better than less. Carried to extremes, it is absurdly inefficient, as in the case of LOT, the Polish state airline, which in the late 1980s found itself raising pigs to make sure that its employees had fresh meat on their tables. (Of course, in a centrally managed economy it may be necessary to raise your own cattle or pigs, since you can't be sure you'll be able to buy meat.)

Nowadays the tide of vertical integration seems to be flowing out. Companies are finding it more efficient to *outsource* the provision of many services and various types of production. For example, back in the 1950s and 1960s, General Motors was deemed to have a cost advantage over its main competitors, Ford and Chrysler, because a greater fraction of the parts used in GM's automobiles were produced in-house. By the 1990s, Ford and Chrysler had the advantage: they could buy the parts cheaper from outside suppliers. This was partly because the outside suppliers tended to use nonunion labor at lower wages. But it also appears that manufacturers have more bargaining power versus independent suppliers than versus a production facility that's part of the corporate family. In 1998 GM decided to spin off Delphi, its automotive parts division, as a separate company. After the spin-off, GM can continue to buy parts from Delphi in large volumes, but it negotiates the purchases at arm's length.

---

[3] Economies of scale are enjoyed when the average unit cost of production goes down as production increases. One way to achieve economies of scale is to spread fixed costs over a larger volume of production.

## Complementary Resources

Many small firms are acquired by large ones that can provide the missing ingredients necessary for the small firms' success. The small firm may have a unique product but lack the engineering and sales organization required to produce and market it on a large scale. The firm could develop engineering and sales talent from scratch, but it may be quicker and cheaper to merge with a firm that already has ample talent. The two firms have *complementary resources*—each has what the other needs—and so it may make sense for them to merge. Also, the merger may open up opportunities that neither firm would pursue otherwise.

In recent years many of the major pharmaceutical firms have faced the loss of patent protection on their more profitable products and have not had an offsetting pipeline of promising new compounds. This has prompted an increasing number of acquisitions of biotech firms. For example, in 2008 Eli Lilly acquired ImClone Systems. Lilly paid $6.5 billion for ImClone, a premium of some 50% over the company's earlier market value. But Lilly's CEO claimed that the acquisition would "broaden Lilly's portfolio of marketed cancer therapies and boost Lilly's oncology pipeline with up to three promising targeted therapies in Phase III in 2009." At the same time ImClone obtained the resources necessary to bring its products to market.

## Surplus Funds

Here's another argument for mergers: Suppose that your firm is in a mature industry. It is generating a substantial amount of cash, but it has few profitable investment opportunities. Ideally such a firm should distribute the surplus cash to shareholders by increasing its dividend payment or repurchasing stock. Unfortunately, energetic managers are often reluctant to adopt a policy of shrinking their firm in this way. If the firm is not willing to purchase its own shares, it can instead purchase another company's shares. Firms with a surplus of cash and a shortage of good investment opportunities often turn to mergers *financed by cash* as a way of redeploying their capital.

Some firms have excess cash and do not pay it out to stockholders or redeploy it by wise acquisitions. Such firms often find themselves targeted for takeover by other firms that propose to redeploy the cash for them. During the oil price slump of the early 1980s, many cash-rich oil companies found themselves threatened by takeover. This was not because their cash was a unique asset. The acquirers wanted to capture the companies' cash flow to make sure it was not frittered away on negative-NPV oil exploration projects. We return to this *free-cash-flow* motive for takeovers later in this chapter.

## Eliminating Inefficiencies

Cash is not the only asset that can be wasted by poor management. There are always firms with unexploited opportunities to cut costs and increase sales and earnings. Such firms are natural candidates for acquisition by other firms with better management. In some instances "better management" may simply mean the determination to force painful cuts or realign the company's operations. Notice that the motive for such acquisitions has nothing to do with benefits from combining two firms. Acquisition is simply the mechanism by which a new management team replaces the old one.

A merger is not the only way to improve management, but sometimes it is the only simple and practical way. Managers are naturally reluctant to fire or demote themselves, and stockholders of large public firms do not usually have much *direct* influence on how the firm is run or who runs it.[4]

---

[4] It is difficult to assemble a large-enough block of stockholders to effectively challenge management and the incumbent board of directors. Stockholders can have enormous indirect influence, however. Their displeasure shows up in the firm's stock price. A low stock price may encourage a takeover bid by another firm.

If this motive for merger is important, one would expect to observe that acquisitions often precede a change in the management of the target firm. This seems to be the case. For example, Martin and McConnell found that the chief executive is four times more likely to be replaced in the year after a takeover than during earlier years.[5] The firms they studied had generally been poor performers; in the four years before acquisition their stock prices had lagged behind those of other firms in the same industry by 15%. Apparently many of these firms fell on bad times and were rescued, or reformed, by merger.

## Industry Consolidation

The biggest opportunities to improve efficiency seem to come in industries with too many firms and too much capacity. These conditions seem to trigger a wave of mergers and acquisitions, which then force companies to cut capacity and employment and release capital for reinvestment elsewhere in the economy. For example, when U.S. defense budgets fell after the end of the Cold War, a round of consolidating takeovers followed in the defense industry. The consolidation was inevitable, but the takeovers accelerated it.

The banking industry is another example. Most of the banking mergers in Table 31.1 have involved rescues of failing banks by larger and stronger rivals. But many earlier bank mergers involved successful banks that sought to achieve economies of scale. The United States entered the 1980s with far too many banks, largely as a result of outdated restrictions on interstate banking. As these restrictions eroded and communications and technology improved, hundreds of small banks were swept up into regional or "super-regional" banks. For example, look at Figure 31.1, which shows the dozens of acquisitions by Bank of America and its predecessor companies. The main motive of these mergers was to reduce costs.[6]



▶ **FIGURE 31.1**

Part of Bank of America's family tree.

*Sources:* Thomson Financial SDC M&A Database and Bank of America annual reports.

---

[5] K. J. Martin and J. J. McConnell, "Corporate Performance, Corporate Takeovers, and Management Turnover," *Journal of Finance* 46 (June 1991), pp. 671–687.

[6] A study of 41 large bank mergers estimated cost savings with present value averaging 12% of the combined market values of the merging banks. See J. F. Houston, C. M. James, and M. D. Ryngaert, "Where Do Merger Gains Come From? Bank Mergers from the Perspective of Insiders and Outsiders," *Journal of Financial Economics* 60 (May/June 2001), pp. 285–331.

In Europe also during the past 20 years there has been a wave of bank mergers as companies have sought to gain the financial muscle to compete in a Europe-wide banking market. These include the mergers of UBS and Swiss Bank Corp (1997), BNP and Banque Paribas (1998), Hypobank and Bayerische Vereinsbank (1998), Banco Santander and Banco Central Hispanico (1999), Unicredit and Capitalia (2007), and Commerzbank and Dresdner Bank (2009).

## 31-2 Some Dubious Reasons for Mergers

The benefits that we have described so far all make economic sense. Other arguments sometimes given for mergers are dubious. Here are a few of the dubious ones.

### Diversification

We have suggested that the managers of a cash-rich company may prefer to see it use that cash for acquisitions rather than distribute it as extra dividends. That is why we often see cash-rich firms in stagnant industries merging their way into fresh woods and pastures new.

What about diversification as an end in itself? It is obvious that diversification reduces risk. Isn't that a gain from merging?

The trouble with this argument is that diversification is easier and cheaper for the stockholder than for the corporation. There is little evidence that investors pay a premium for diversified firms; in fact, as we will explain in Chapter 32, discounts are more common. The Appendix to this chapter provides a simple proof that corporate diversification does not increase value in perfect markets as long as investors' diversification opportunities are unrestricted. This is the *value-additivity* principle introduced in Chapter 7.

### Increasing Earnings per Share: The Bootstrap Game

Some acquisitions that offer no evident economic gains nevertheless produce several years of rising earnings per share. To see how this can happen, let us look at the acquisition of Muck and Slurry by the well-known conglomerate World Enterprises.

The position before the merger is set out in the first two columns of Table 31.2. Because Muck and Slurry has relatively poor growth prospects, its stock's price–earnings ratio is lower than World Enterprises' (line 3). The merger, we assume, produces no economic

| | World Enterprises before Merger | Muck and Slurry | World Enterprises after Merger |
|---|---|---|---|
| 1. Earnings per share | $2.00 | $2.00 | $2.67 |
| 2. Price per share | $40 | $20 | $40 |
| 3. Price–earnings ratio | 20 | 10 | 15 |
| 4. Number of shares | 100,000 | 100,000 | 150,000 |
| 5. Total earnings | $200,000 | $200,000 | $400,000 |
| 6. Total market value | $4,000,000 | $2,000,000 | $6,000,000 |
| 7. Current earnings per dollar invested in stock (line 1 ÷ line 2) | $.05 | $.10 | $.067 |

▶ **TABLE 31.2**   Impact of merger on market value and earnings per share of World Enterprises.

*Note:* When World Enterprises purchases Muck and Slurry, there are no gains. Therefore, total earnings and total market value should be unaffected by the merger. But earnings per share increase. World Enterprises issues only 50,000 of its shares (priced at $40) to acquire the 100,000 Muck and Slurry shares (priced at $20).

benefits, and so the firms should be worth exactly the same together as they are apart. The market value of World Enterprises after the merger should be equal to the sum of the separate values of the two firms (line 6).

Since World Enterprises' stock is selling for double the price of Muck and Slurry stock (line 2), World Enterprises can acquire the 100,000 Muck and Slurry shares for 50,000 of its own shares. Thus World will have 150,000 shares outstanding after the merger.

Total earnings double as a result of the merger (line 5), but the number of shares increases by only 50%. Earnings *per share* rise from $2.00 to $2.67. We call this the *bootstrap effect* because there is no real gain created by the merger and no increase in the two firms' combined value. Since the stock price is unchanged, the price–earnings ratio falls (line 3).

Figure 31.2 illustrates what is going on here. Before the merger $1 invested in World Enterprises bought 5 cents of current earnings and rapid growth prospects. On the other hand, $1 invested in Muck and Slurry bought 10 cents of current earnings but slower growth prospects. If the *total* market value is not altered by the merger, then $1 invested in the merged firm gives 6.7 cents of immediate earnings but slower growth than World Enterprises offered alone. Muck and Slurry shareholders get lower immediate earnings but faster growth. Neither side gains or loses provided everybody understands the deal.

Financial manipulators sometimes try to ensure that the market does *not* understand the deal. Suppose that investors are fooled by the exuberance of the president of World Enterprises and by plans to introduce modern management techniques into its new Earth Sciences Division (formerly known as Muck and Slurry). They could easily mistake the 33% postmerger increase in earnings per share for real growth. If they do, the price of World Enterprises stock rises and the shareholders of both companies receive something for nothing.

This is a "bootstrap" or "chain letter" game. It generates earnings growth not from capital investment or improved profitability, but from purchase of slowly growing firms with low price–earnings ratios. If this fools investors, the financial manager may be able to puff up stock price artificially. But to keep fooling investors, the firm has to continue to expand by merger *at the same compound rate.* Clearly this cannot go on forever; one day expansion must slow down or stop. At this point earnings growth falls dramatically and the house of cards collapses.



**FIGURE 31.2**

Effects of merger on earnings growth. By merging with Muck and Slurry, World Enterprises increases current earnings but accepts a slower rate of future growth. Its stockholders should be no better or worse off unless investors are fooled by the bootstrap effect.

*Source:* S. C. Myers, "A Framework for Evaluating Mergers," in *Modern Developments in Financial Management,* ed. S. C. Myers (New York: Frederick A. Praeger, Inc., 1976), Figure 1, p. 639. Copyright © 1976 Praeger. Reprinted by permission of Greenwood Publishing Group Inc., Westport, CT.

This game is not often played these days, but you may still encounter managers who would rather acquire firms with low price–earnings ratios. Beware of false prophets who suggest that you can appraise mergers just by looking at their immediate impact on earnings per share.

### Lower Financing Costs

You often hear it said that a merged firm is able to borrow more cheaply than its separate units could. In part this is true. We have already seen (in Section 15-4) that there are significant economies of scale in making new issues. Therefore, if firms can make fewer, larger security issues by merging, there are genuine savings.

But when people say that borrowing costs are lower for the merged firm, they usually mean something more than lower issue costs. They mean that when two firms merge, the combined company can borrow at lower interest rates than either firm could separately. This, of course, is exactly what we should expect in a well-functioning bond market. While the two firms are separate, they do not guarantee each other's debt; if one fails, the bondholder cannot ask the other for money. But after the merger each enterprise effectively does guarantee the other's debt; if one part of the business fails, the bondholders can still take their money out of the other part. Because these mutual guarantees make the debt less risky, lenders demand a lower interest rate.

Does the lower interest rate mean a net gain to the merger? Not necessarily. Compare the following two situations:

- *Separate issues.* Firm A and firm B each make a $50 million bond issue.
- *Single issue.* Firms A and B merge, and the new firm AB makes a single $100 million issue.

Of course AB would pay a lower interest rate, other things being equal. But it does not make sense for A and B to merge just to get that lower rate. Although AB's shareholders do gain from the lower rate, they lose by having to guarantee each other's debt. In other words, they get the lower interest rate only by giving bondholders better protection. There is no *net* gain.

In Section 23-2 we showed that

$$\text{Bond value} = \begin{matrix} \text{bond value} \\ \text{assuming no} \\ \text{chance of default} \end{matrix} - \begin{matrix} \text{value of} \\ \text{shareholders' (put)} \\ \text{option to default} \end{matrix}$$

Merger increases bond value (or reduces the interest payments necessary to support a *given* bond value) only by reducing the value of stockholders' option to default. In other words, the value of the default option for AB's $100 million issue is less than the combined value of the two default options on A's and B's separate $50 million issues.

Now suppose that A and B each borrow $50 million and *then* merge. If the merger is a surprise, it is likely to be a happy one for the bondholders. The bonds they thought were guaranteed by one of the two firms end up guaranteed by both. The stockholders lose in this case because they have given bondholders better protection but have received nothing for it.

There is one situation in which mergers can create value by making debt safer. Consider a firm that covets interest tax shields but is reluctant to borrow more because of worries about financial distress. (This is the trade-off theory described in Chapter 18.) Merging decreases the probability of financial distress, other things equal. If it allows increased borrowing, and increased value from the interest tax shields, there can be a net gain to the merger.[7]

---

[7] This merger rationale was first suggested by W. G. Lewellen, "A Pure Financial Rationale for the Conglomerate Merger," *Journal of Finance* 26 (May 1971), pp. 521–537. If you want to see some of the controversy and discussion that this idea led to, look at R. C. Higgins and L. D. Schall, "Corporate Bankruptcy and Conglomerate Merger," *Journal of Finance* 30 (March 1975), pp. 93–114; and D. Galai and R. W. Masulis, "The Option Pricing Model and the Risk Factor of Stock," *Journal of Financial Economics* 3 (January–March 1976), especially pp. 66–69.

## 31-3 Estimating Merger Gains and Costs

Suppose that you are the financial manager of firm A and you want to analyze the possible purchase of firm B.[8] The first thing to think about is whether there is an *economic gain* from the merger. There is an economic gain *only if the two firms are worth more together than apart.* For example, if you think that the combined firm would be worth $PV_{AB}$ and that the separate firms are worth $PV_A$ and $PV_B$, then

$$\text{Gain} = PV_{AB} - (PV_A + PV_B) = \Delta PV_{AB}$$

If this gain is positive, there is an economic justification for merger. But you also have to think about the *cost* of acquiring firm B. Take the easy case in which payment is made in cash. Then the cost of acquiring B is equal to the cash payment minus B's value as a separate entity. Thus

$$\text{Cost} = \text{cash paid} - PV_B$$

The net present value to A of a merger with B is measured by the difference between the gain and the cost. Therefore, you should go ahead with the merger if its net present value, defined as

$$\begin{aligned}\text{NPV} &= \text{gain} - \text{cost} \\ &= \Delta PV_{AB} - (\text{cash} - PV_B)\end{aligned}$$

is positive.

We like to write the merger criterion in this way because it focuses attention on two distinct questions. When you estimate the benefit, you concentrate on whether there are any gains to be made from the merger. When you estimate cost, you are concerned with the division of these gains between the two companies.

An example may help make this clear. Firm A has a value of $200 million, and B has a value of $50 million. Merging the two would allow cost savings with a present value of $25 million. This is the gain from the merger. Thus,

$$\begin{aligned}PV_A &= \$200 \\ PV_B &= \$50 \\ \text{Gain} = \Delta PV_{AB} &= +\$25 \\ PV_{AB} &= \$275 \text{ million}\end{aligned}$$

Suppose that B is bought for cash, say, for $65 million. The cost of the merger is

$$\begin{aligned}\text{Cost} &= \text{cash paid} - PV_B \\ &= 65 - 50 = \$15 \text{ million}\end{aligned}$$

Note that the stockholders of firm B—the people on the other side of the transaction—are ahead by $15 million. *Their* gain is *your* cost. They have captured $15 million of the $25 million merger gain. Thus when we write down the NPV of the merger from A's viewpoint, we are really calculating the part of the gain that A's stockholders get to keep. The NPV to A's stockholders equals the overall gain from the merger less that part of the gain captured by B's stockholders:

$$\text{NPV} = 25 - 15 = +\$10 \text{ million}$$

---

[8] This chapter's definitions and interpretations of the gains and costs of merger follow those set out in S. C. Myers, "A Framework for Evaluating Mergers," in *Modern Developments in Financial Management,* ed. S. C. Myers (New York: Praeger, 1976).

Just as a check, let's confirm that A's stockholders really come out $10 million ahead. They start with a firm worth $PV_A = \$200$ million. They end up with a firm worth $275 million and then have to pay out $65 million to B's stockholders.[9] Thus their net gain is

$$NPV = \text{wealth with merger} - \text{wealth without merger}$$
$$= (PV_{AB} - \text{cash}) - PV_A$$
$$= (\$275 - \$65) - \$200 = +\$10 \text{ million}$$

Suppose investors do not anticipate the merger between A and B. The announcement will cause the value of B's stock to rise from $50 million to $65 million, a 30% increase. If investors share management's assessment of the merger gains, the market value of A's stock will increase by $10 million, only a 5% increase.

It makes sense to keep an eye on what investors think the gains from merging are. If A's stock price falls when the deal is announced, then investors are sending the message that the merger benefits are doubtful or that A is paying too much for them.

## Right and Wrong Ways to Estimate the Benefits of Mergers

Some companies begin their merger analyses with a forecast of the target firm's future cash flows. Any revenue increases or cost reductions attributable to the merger are included in the forecasts, which are then discounted back to the present and compared with the purchase price:

$$\begin{matrix} \text{Estimated} \\ \text{net gain} \end{matrix} = \begin{matrix} \text{DCF valuation} \\ \text{of target, including} \\ \text{merger benefits} \end{matrix} - \begin{matrix} \text{cash required} \\ \text{for acquisition} \end{matrix}$$

This is a dangerous procedure. Even the brightest and best-trained analyst can make large errors in valuing a business. The estimated net gain may come up positive not because the merger makes sense but simply because the analyst's cash-flow forecasts are too optimistic. On the other hand, a good merger may not be pursued if the analyst fails to recognize the target's potential as a stand-alone business.

Our procedure *starts* with the target's stand-alone market value ($PV_B$) and concentrates on the *changes* in cash flow that would result from the merger. *Ask yourself why the two firms should be worth more together than apart.*

The same advice holds when you are contemplating the sale of part of your business. There is no point in saying to yourself, This is an unprofitable business and should be sold. Unless the buyer can run the business better than you can, the price you receive will reflect the poor prospects.

Sometimes you may come across managers who believe that there are simple rules for identifying good acquisitions. They may say, for example, that they always try to buy into growth industries or that they have a policy of acquiring companies that are selling below book value. But our comments in Chapter 11 about the characteristics of a good investment decision also hold true when you are buying a whole company. *You add value only if you can generate additional economic rents*—some competitive edge that other firms can't match and the target firm's managers can't achieve on their own.

One final piece of horse sense: Often two companies bid against each other to acquire the same target firm. In effect, the target firm puts itself up for auction. In such cases, ask yourself whether the target is worth more to you than to the other bidder. If the answer is no, you should be cautious about getting into a bidding contest. Winning such a contest may be more expensive than losing it. If you lose, you have simply wasted your time; if you win, you have probably paid too much.

---

[9] We are assuming that $PV_A$ includes enough cash to finance the deal, or that the cash can be borrowed at a market interest rate. Notice that the value to A's stockholders after the deal is done and paid for is $275 − 65 = $210 million—a gain of $10 million.

## More on Estimating Costs—What If the Target's Stock Price Anticipates the Merger?

The cost of a merger is the premium that the buyer pays over the seller's stand-alone value. How can that value be determined? If the target is a public company, you can start with its market value; just observe price per share and multiply by the number of shares outstanding. But bear in mind that if investors *expect* A to acquire B, or if they expect *somebody* to acquire B, the market value of B may overstate its stand-alone value.

This is one of the few places in this book where we draw an important distinction between market value (MV) and the true, or "intrinsic," value (PV) of the firm as a separate entity. The problem here is not that the market value of B is wrong but that it may not be the value of firm B as a separate entity. Potential investors in B's stock will see two possible outcomes and two possible values:

| Outcome | Market Value of B's Stock |
|---|---|
| 1. No merger | $PV_B$: Value of B as a separate firm |
| 2. Merger occurs | $PV_B$ *plus* some part of the benefits of the merger |

If the second outcome is possible, $MV_B$, the stock market value we observe for B, will overstate $PV_B$. This is exactly what *should* happen in a competitive capital market. Unfortunately, it complicates the task of a financial manager who is evaluating a merger.

Here is an example: Suppose that just before A and B's merger announcement we observe the following:

| | Firm A | Firm B |
|---|---|---|
| Market price per share | $200 | $100 |
| Number of shares | 1,000,000 | 500,000 |
| Market value of firm | $200 million | $50 million |

Firm A intends to pay $65 million cash for B. If B's market price reflects only its value as a separate entity, then

$$\text{Cost} = (\text{cash paid} - PV_B)$$
$$= (65 - 50) = \$15 \text{ million}$$

However, suppose that B's share price has *already* risen $12 because of rumors that B might get a favorable merger offer. That means that its intrinsic value is overstated by $12 \times 500,000 = \$6$ million. Its true value, $PV_B$, is only $44 million. Then

$$\text{Cost} = (65 - 44) = \$21 \text{ million}$$

Since the merger gain is $25 million, this deal still makes A's stockholders better off, but B's stockholders are now capturing the lion's share of the gain.

Notice that if the market made a mistake, and the market value of B was *less* than B's true value as a separate entity, the cost could be negative. In other words, B would be a *bargain* and the merger would be worthwhile from A's point of view, even if the two firms were worth no more together than apart. Of course, A's stockholders' gain would be B's stockholders' loss, because B would be sold for less than its true value.

Firms have made acquisitions just because their managers believed they had spotted a company whose intrinsic value was not fully appreciated by the stock market. However, we know from the evidence on market efficiency that "cheap" stocks often turn out to be expensive. It is not easy for outsiders, whether investors or managers, to find firms that are truly undervalued by the market. Moreover, if the shares are bargain-priced, A doesn't need

a merger to profit by its special knowledge. It can just buy up B's shares on the open market and hold them passively, waiting for other investors to wake up to B's true value.

If firm A is wise, it will not go ahead with a merger if the cost exceeds the gain. Firm B will not consent if A's gain is so big that B loses. This gives us a range of possible cash payments that would allow the merger to take place. Whether the payment is at the top or the bottom of this range depends on the relative bargaining power of the two participants.

### Estimating Cost When the Merger Is Financed by Stock

Many mergers involve payment wholly or partly in the form of the acquirer's stock. When a merger is financed by stock, cost depends on the value of the shares in the new company received by the shareholders of the selling company. If the sellers receive $N$ shares, each worth $P_{AB}$, the cost is

$$\text{Cost} = N \times P_{AB} - \text{PV}_B$$

Just be sure to use the price per share *after the merger is announced* and its benefits are appreciated by investors.

Suppose that A offers 325,000 (.325 million) shares instead of $65 million in cash. A's share price before the deal is announced is $200. If B is worth $50 million stand-alone,[10] the cost of the merger *appears* to be

$$\text{Apparent cost} = .325 \times 200 - 50 = \$15 \text{ million}$$

However, the apparent cost may not be the true cost. A's stock price is $200 before the merger announcement. At the announcement it ought to go up.

Given the gain and the terms of the deal, we can calculate share prices and market values after the deal. The new firm will have 1.325 million shares outstanding and will be worth $275 million.[11] The new share price is 275/1.325 = $207.55. The true cost is

$$\text{Cost} = .325 \times 207.55 - 50 = \$17.45 \text{ million}$$

This cost can also be calculated by figuring out the gain to B's shareholders. They end up with .325 million shares, or 24.5% of the new firm AB. Their gain is

$$.245(275) - 50 = \$17.45 \text{ million}$$

In general, if B's shareholders are given the fraction $x$ of the combined firms,

$$\text{Cost} = x\text{PV}_{AB} - \text{PV}_B$$

We can now understand the first key distinction between cash and stock as financing instruments. If cash is offered, the cost of the merger is unaffected by the merger gains. If stock is offered, the cost depends on the gains because the gains show up in the postmerger share price.

Stock financing also mitigates the effect of overvaluation or undervaluation of either firm. Suppose, for example, that A overestimates B's value as a separate entity, perhaps because it has overlooked some hidden liability. Thus A makes too generous an offer. Other things being equal, A's stockholders are better off if it is a stock offer rather than a cash offer. With a stock offer, the inevitable bad news about B's value will fall partly on the shoulders of B's stockholders.

---

[10] In this case we assume that B's stock price has *not* risen on merger rumors and accurately reflects B's stand-alone value.

[11] In this case no cash is leaving the firm to finance the merger. In our example of a cash offer, $65 million would be paid out to B's stockholders, leaving the final value of the firm at 275 − 65 = $210 million. There would only be one million shares outstanding, so share price would be $210. The cash deal is better for A's shareholders in this example.

## Asymmetric Information

There is a second key difference between cash and stock financing for mergers. A's managers will usually have access to information about A's prospects that is not available to outsiders. Economists call this *asymmetric information.*

Suppose A's managers are more optimistic than outside investors. They may think that A's shares will really be worth $215 after the merger, $7.45 higher than the $207.55 market price we just calculated. If they are right, the true cost of a stock-financed merger with B is

$$\text{Cost} = .325 \times 215 - 50 = \$19.88$$

B's shareholders would get a "free gift" of $7.45 for every A share they receive—an extra gain of $7.45 \times .325 = 2.42$, that is, $2.42 million.

Of course, if A's managers were really this optimistic, they would strongly prefer to finance the merger with cash. Financing with stock would be favored by *pessimistic* managers who think their company's shares are *over*valued.

Does this sound like "win-win" for A—just issue shares when overvalued, cash otherwise? No, it's not that easy, because B's shareholders, and outside investors generally, understand what's going on. Suppose you are negotiating on behalf of B. You find that A's managers keep suggesting stock rather than cash financing. You quickly infer A's managers' pessimism, mark down your own opinion of what the shares are worth, and drive a harder bargain.

This asymmetric-information story explains why buying-firms' share prices generally fall when stock-financed mergers are announced.[12] Andrade, Mitchell, and Stafford found an average market-adjusted fall of 1.5% on the announcement of stock-financed mergers between 1973 and 1998. There was a small *gain* (.4%) for a sample of cash-financed deals.[13]

## 31-4 The Mechanics of a Merger

Buying a company is a much more complicated affair than buying a piece of machinery. Thus we should look at some of the problems encountered in arranging mergers. In practice, these arrangements are often *extremely* complex, and specialists must be consulted. We are not trying to replace those specialists; we simply want to alert you to the kinds of legal, tax, and accounting issues they deal with.

## Mergers, Antitrust Law, and Popular Opposition

Mergers can get bogged down in the federal antitrust laws. The most important statute here is the Clayton Act of 1914, which forbids an acquisition whenever "in any line of commerce or in any section of the country" the effect "*may be* substantially to lessen competition, or to *tend* to create a monopoly."

Antitrust law can be enforced by the federal government in either of two ways: by a civil suit brought by the Justice Department or by a proceeding initiated by the Federal Trade Commission (FTC).[14] The Hart–Scott–Rodino Antitrust Act of 1976 requires that these agencies be informed of all acquisitions of stock amounting to $15 million or 15% of

---

[12] The same reasoning applies to stock issues. See Sections 15-4 and 18-4.

[13] See G. Andrade, M. Mitchell, and E. Stafford, "New Evidence and Perspectives on Mergers," *Journal of Economic Perspectives* 15 (Spring 2001), pp. 103–120. This result confirms earlier work, including N. Travlos, "Corporate Takeover Bids, Methods of Payment, and Bidding Firms' Stock Returns," *Journal of Finance* 42 (September 1987), pp. 943–963; and J. R. Franks, R. S. Harris, and S. Titman, "The Postmerger Share-Price Performance of Acquiring Firms," *Journal of Financial Economics* 29 (March 1991), pp. 81–96.

[14] Competitors or third parties who think they will be injured by the merger can also bring antitrust suits.

the target's stock, whichever is less. Thus, almost all large mergers are reviewed at an early stage.[15] Both the Justice Department and the FTC then have the right to seek injunctions delaying a merger. An injunction is often enough to scupper the companies' plans.

Both the FTC and the Justice Department have been flexing their muscles in recent years. Here is an example. After the end of the Cold War, sharp declines in defense budgets triggered consolidation in the U.S. aerospace industry. By 1998 there remained just three giant companies—Boeing, Lockheed Martin, and Raytheon—plus several smaller ones, including Northrup Grumman. Thus, when Lockheed Martin and Northrup Grumman announced plans to get together, the Departments of Justice and Defense decided that this was a merger too far. In the face of this opposition, the two companies broke off their engagement.

Other industries in which large mergers have been blocked on antitrust grounds include aluminum (Reynolds and Alcoa), telecoms (WorldCom and Sprint), supermarkets (Kroger and WinnDixie), video rentals (Hollywood Entertainment and Blockbuster), and office equipment (Office Depot and Staples).

Companies that do business outside the U.S. also have to worry about foreign antitrust laws. For example, GE's $46 billion takeover bid for Honeywell was blocked by the European Commission, which argued that the combined company would have too much power in the aircraft industry.

Sometimes trustbusters will object to a merger, but then relent if the companies agree to divest certain assets and operations. For example, when the organic grocer Whole Foods Market acquired its closest rival, Wild Oats Markets, the FTC required the company to sell the Wild Oats brand and 13 stores.

Mergers may also be stymied by political pressures and popular resentment even when no formal antitrust issues arise. The news in 2005 that PepsiCo might bid for Danone aroused considerable hostility in France. The prime minister added his support to opponents of the merger and announced that the French government was drawing up a list of strategic industries that should be protected from foreign ownership. It was unclear whether yogurt production would be one of these strategic industries.

Economic nationalism is not confined to Europe. In 2005 China National Offshore Oil Corporation (CNOOC) felt obliged to withdraw its bid for Unocal, after what it described as "unprecedented political opposition" in Congress. The following year Congress voiced its opposition to the takeover of Britain's P&O by the Dubai company DP World. The acquisition went ahead only after P&O's ports in the United States were excluded from the deal.

### The Form of Acquisition

Suppose you are confident that the purchase of company B will not be challenged on antitrust grounds. Next you will want to consider the form of the acquisition.

One possibility is literally to *merge* the two companies, in which case one company automatically assumes *all* the assets and *all* the liabilities of the other. Such a merger must have the approval of at least 50% of the stockholders of each firm.[16]

An alternative is simply to buy the seller's stock in exchange for cash, shares, or other securities. In this case the buyer can deal individually with the shareholders of the selling company. The seller's managers may not be involved at all. Their approval and cooperation are generally sought, but if they resist, the buyer will attempt to acquire an effective majority of the outstanding shares. If successful, the buyer has control and can complete the merger and, if necessary, toss out the incumbent management.

---

[15] The target has to be notified also, and it in turn informs investors. Thus the Hart–Scott–Rodino Act effectively forces an acquiring company to "go public" with its bid.

[16] Corporate charters and state laws sometimes specify a higher percentage.

| Balance Sheet of A Corporation | | | |
|---|---|---|---|
| NWC | 20 | 30 | D |
| FA | 80 | 70 | E |
| | 100 | 100 | |

| Balance Sheet of B Corporation | | | |
|---|---|---|---|
| NWC | 1 | 0 | D |
| FA | 9 | 10 | E |
| | 10 | 10 | |

| Balance Sheet of AB Corporation | | | |
|---|---|---|---|
| NWC | 21 | 30 | D |
| FA | 89 | 88 | E |
| Goodwill | 8 | | |
| | 118 | 118 | |

▶ **TABLE 31.3**   Accounting for the merger of A Corporation and B Corporation assuming that A Corporation pays $18 million for B Corporation (figures in $ millions).

Key: NWC = net working capital; FA = net book value of fixed assets; D = debt; E = book value of equity.

The third approach is to buy some or all of the seller's assets. In this case ownership of the assets needs to be transferred, and payment is made to the selling firm rather than directly to its stockholders.

## Merger Accounting

When one company buys another, its management worries about how the purchase will show up in its financial statements. Before 2001 the company had a choice of accounting method, but in that year the Financial Accounting Standards Board (FASB) introduced new rules that required the buyer to use the *purchase method* of merger accounting. This is illustrated in Table 31.3, which shows what happens when A Corporation buys B Corporation, leading to the new AB Corporation. The two firms' initial balance sheets are shown at the top of the table. Below this we show what happens to the balance sheet when the two firms merge. We assume that B Corporation has been purchased for $18 million, 180% of book value.

Why did A Corporation pay an $8 million premium over B's book value? There are two possible reasons. First, the true values of B's *tangible assets*—its working capital, plant, and equipment—may be greater than $10 million. We will assume that this is *not* the reason; that is, we assume that the assets listed on its balance sheet are valued there correctly.[17] Second, A Corporation may be paying for an *intangible asset* that is not listed on B Corporation's balance sheet. For example, the intangible asset may be a promising product or technology. Or it may be no more than B Corporation's share of the expected economic gains from the merger.

A Corporation is buying an asset worth $18 million. The problem is to show that asset on the left-hand side of AB Corporation's balance sheet. B Corporation's tangible assets are worth only $10 million. This leaves $8 million. Under the purchase method, the accountant takes care of this by creating a new asset category called goodwill and assigning $8 million to it.[18] As long as the goodwill continues to be worth at least $8 million, it stays on the balance sheet and the company's earnings are unaffected.[19] However, the company is obliged each year to estimate the fair value of the goodwill. If the estimated value ever falls below $8 million, the amount shown on the balance sheet must be adjusted downward and the write-off deducted from that year's earnings. Some companies have found that this can make a nasty dent in profits. For example, when the new accounting rules were introduced, AOL was obliged to write down the value of its assets by $54 billion.

---

[17] If B's tangible assets are worth more than their previous book values, they would be reappraised and their current values entered on AB Corporation's balance sheet.

[18] If part of the $8 million consisted of payment for identifiable intangible assets such as patents, the accountant would place these under a separate category of assets. Identifiable intangible assets that have a finite life need to be written off over their life.

[19] Goodwill is depreciated for tax purposes, however.

| | **Taxable Merger** | **Tax-free Merger** |
|---|---|---|
| Impact on Captain B | Captain B must recognize a $30,000 capital gain. | Capital gain can be deferred until Captain B sells the Baycorp shares. |
| Impact on Baycorp | Boat is revalued at $280,000. Tax depreciation increases to $280,000/10 = $28,000 per year (assuming 10 years of remaining life). | Boat's value remains at $150,000, and tax depreciation continues at $15,000 per year. |

▶ **TABLE 31.4**     Possible tax consequences when Baycorp buys Seacorp for $330,000. Captain B's original investment in Seacorp was $300,000. Just before the merger Seacorp's assets were $50,000 of marketable securities and one boat with a book value of $150,000 but a market value of $280,000.

## Some Tax Considerations

An acquisition may be either taxable or tax-free. If payment is in the form of cash, the acquisition is regarded as taxable. In this case the selling stockholders are treated as having *sold* their shares, and they must pay tax on any capital gains. If payment is largely in the form of shares, the acquisition is tax-free and the shareholders are viewed as *exchanging* their old shares for similar new ones; no capital gains or losses are recognized.

The tax status of the acquisition also affects the taxes paid by the merged firm afterward. After a tax-free acquisition, the merged firm is taxed as if the two firms had always been together. In a taxable acquisition, the assets of the selling firm are revalued, the resulting write-up or write-down is treated as a taxable gain or loss, and tax depreciation is recalculated on the basis of the restated asset values.

A very simple example will illustrate these distinctions. In 1995 Captain B forms Seacorp, which purchases a fishing boat for $300,000. Assume, for simplicity, that the boat is depreciated for tax purposes over 20 years on a straight-line basis (no salvage value). Thus annual depreciation is $300,000/20 = $15,000, and in 2005 the boat has a net book value of $150,000. But in 2005, Captain B finds that, owing to careful maintenance, inflation, and good times in the local fishing industry, the boat is really worth $280,000. In addition, Seacorp holds $50,000 of marketable securities.

Now suppose that Captain B sells the firm to Baycorp for $330,000. The possible tax consequences of the acquisition are shown in Table 31.4. In this case, Captain B may ask for a tax-free deal to defer capital gains tax. But Baycorp can afford to pay more in a taxable deal because depreciation tax shields are larger.

## 31-5 Proxy Fights, Takeovers, and the Market for Corporate Control

The shareholders are the owners of the firm. But most shareholders do not feel like the boss, and with good reason. Try buying a share of IBM stock and marching into the boardroom for a chat with your employee, the chief executive officer.

The *ownership* and *management* of large corporations are separated. Shareholders elect the board of directors but have little direct say in most management decisions. Agency costs arise when managers or directors are tempted to make decisions that are not in the shareholders' interests.

As we pointed out in Chapter 1, there are many forces and constraints working to keep managers' and shareholders' interests in line. But what can be done to ensure that the board has engaged the most talented managers? What happens if managers are inadequate? What if the board is derelict in monitoring the performance of managers? Or what if the firm's managers are fine but the resources of the firm could be used more efficiently by merging with another firm? Can we count on managers to pursue policies that might put them out of a job?

These are all questions about the *market for corporate control,* the mechanism by which firms are matched up with owners and management teams, who can make the most of the firm's resources. You should not take a firm's current ownership and management for granted. If it is possible for the value of the firm to be enhanced by changing management or by reorganizing under new owners, there will be incentives for someone to make the change.

There are three ways to change the management of a firm: (1) a successful proxy contest in which a group of shareholders votes in a new board of directors who then pick a new management team, (2) a takeover of one company by another, and (3) a leveraged buyout of the firm by a private group of investors. We focus here on the first two methods and postpone discussion of buyouts until the next chapter.

## Proxy Contests

Shareholders elect the board of directors to keep watch on management and replace unsatisfactory managers. If the board is lax, shareholders are free to elect a different board.

When a group of investors believes that the board and its management should be replaced, they can launch a proxy contest at the next annual meeting. A *proxy* is the right to vote another shareholder's shares. In a proxy contest, the dissident shareholders attempt to obtain enough proxies to elect their own slate to the board of directors. Once the new board is in control, management can be replaced and company policy changed. A proxy fight is therefore a direct contest for control of the corporation. Many proxy fights are initiated by major shareholders who consider the firm poorly managed. In other cases a fight may be a prelude to the merger of two firms. The proponent of the merger may believe that a new board will better appreciate the advantages of combining the two firms.

Proxy contests are expensive and difficult to win. Dissidents who engage in proxy fights must use their own money, but management can use the corporation's funds and lines of communications with shareholders to defend itself. To level the playing field somewhat, the SEC has proposed new rules to make it easier to mount a proxy fight. In the meantime, shareholders have found that simply voting against the reelection of existing directors can send a powerful signal. When Disney shareholders voted 43% of the shares against the reelection of Michael Eisner, the company's autocratic chairman, he heard the message and resigned the next day.

The threat of a proxy fight may also encourage management to change company policy. For example, in 2008 shareholder activist Carl Icahn indicated his intention to put himself forward for nomination to the board of Motorola. However, Icahn controlled less than 7% of the votes and failed to prevent the reelection of the existing board. Nevertheless the pressure from Icahn had an effect: Motorola agreed to nominate two new board members and to consult with Icahn about a possible spin off of the company's handset division.[20]

## Takeovers

The alternative to a proxy fight is for the would-be acquirer to make a *tender offer* directly to the shareholders. If the offer is successful, the new owner is free to make any management changes. The management of the target firm may advise its shareholders to accept the offer, or it may fight the bid in the hope that the acquirer will either raise its offer or throw in the towel.

In the United States the rules for tender offers are set largely by the Williams Act of 1968 and by state laws. The courts act as a referee to see that contests are conducted fairly. The problem in setting these rules is that it is unclear who requires protection. Should the

---

[20] In Chapter 1 we also saw how in the same year Carl Icahn used the threat of a proxy fight to gain seats on the board of Yahoo! Inc.

management of the target firm be given more weapons to defend itself against unwelcome predators? Or should it simply be encouraged to sit the game out? Or should it be obliged to conduct an auction to obtain the highest price for its shareholders? And what about would-be acquirers? Should they be forced to reveal their intentions at an early stage, or would that allow other firms to piggyback on their good ideas by entering bids of their own?[21] Keep these questions in mind as we review a recent takeover battle.

## Oracle Bids for PeopleSoft

Hostile takeover bids tend to be less common in high-tech industries where an acrimonious takeover battle may cause many of the target's most valued staff to leave. Investors were therefore startled in June 2003 when the software giant, Oracle Corp, announced a $5.1 billion cash tender offer for its rival PeopleSoft. The offer price of $16 a share was only a modest 6% above the recent price of PeopleSoft stock. PeopleSoft's CEO angrily rejected the bid as dramatically undervaluing the business and accused Oracle of trying to disrupt PeopleSoft's business and to thwart its recently announced plan to merge with its smaller rival J.D. Edwards & Co. PeopleSoft immediately filed a suit claiming that Oracle's management had engaged in "acts of unfair trade practices" and had "disrupted PeopleSoft's customer relationships." In another suit J.D. Edwards claimed that Oracle had wrongly "interfered with its proposed merger with PeopleSoft" and demanded $1.7 billion in compensatory damages.

Oracle's bid was the opening salvo in a battle that was to last 18 months. Some of the key dates in this battle are set out in Table 31.5. PeopleSoft had several defenses at its disposal. First, it had in place a **poison pill** that would allow it to flood the market with additional shares if a predator acquired 20% of the stock. Second, the company instituted a customer-assurance program that offered customers money-back guarantees if an acquirer were to reduce customer support. At one point in the takeover battle the potential liability under this program reached nearly $1.6 billion. Third, elections to the PeopleSoft board were staggered, so that different directors came up for re-election in different years. This meant that it would take two annual meetings to replace a majority of PeopleSoft's board.

| Date | Event |
|------|-------|
| June 6, 2003 | Oracle offers cash of $16 a share for PeopleSoft stock, a premium of 6%. |
| June 18, 2003 | Oracle increases offer to $19.50 a share. |
| February 4, 2004 | Oracle raises offer to $26 a share. |
| February 26, 2004 | Justice Department files suit to block deal. Oracle announces plans to appeal. |
| May 16, 2004 | Oracle *reduces* offer to $21 a share. |
| September 9, 2004 | Oracle wins appeal in a federal court against Department of Justice antitrust ruling. |
| September 27, 2004 | Hearing begins in Delaware court of Oracle's request to overturn PeopleSoft's poison pill. |
| November 1, 2004 | Oracle raises offer to $24 a share. Accepted in respect of 61% of PeopleSoft shares. |
| November 23, 2004 | Oracle announces plans to mount a proxy fight by naming four nominees for PeopleSoft's board. |
| December 13, 2004 | Oracle raises offer to $26.50 a share. Accepted by PeopleSoft's board. |

▶ **TABLE 31.5**    Some key dates in the Oracle/PeopleSoft takeover battle.

---

[21] The Williams Act obliges firms who own 5% or more of another company's shares to tip their hand by reporting their holding in a Schedule 13(d) filing with the SEC.

Oracle not only had to overcome PeopleSoft's defenses, but it also had to clear possible antitrust roadblocks. Connecticut's attorney general instituted an antitrust action to block Oracle's bid, in part to protect his state's considerable investment in PeopleSoft software. Then an investigation of the deal by the U.S. Department of Justice ruled that the deal was anticompetitive. Normally such an objection is enough to kill a deal, but Oracle was persistent and successfully appealed the ruling in a federal court.

While these battles were being fought out, Oracle revised its offer four times. It upped its offer first to $19.50 and then to $26 a share. Then, in an effort to put pressure on People-Soft shareholders, Oracle *reduced* its offer to $21 a share, citing a drop of 28% in the price of PeopleSoft's shares. Six months later it raised the offer again to $24 a share, warning investors that it would walk away if the offer was not accepted by PeopleSoft's board or a majority of PeopleSoft shareholders.

Sixty percent of PeopleSoft's shareholders indicated that they wished to accept this last offer, but before Oracle could gain control of PeopleSoft, it still needed the company to get rid of the poison pill and customer-assurance scheme. That meant putting pressure on PeopleSoft's management, which had continued to reject every approach. Oracle tried two tactics. First it initiated a proxy fight to change the composition of PeopleSoft's board. Second, it filed a suit in a Delaware court alleging that PeopleSoft's management breached its fiduciary duty by trying to thwart Oracle's offer and not giving it "due consideration." The lawsuit asked the court to require PeopleSoft to dismantle its takeover defenses, including the poison-pill plan and the customer-assurance program.

PeopleSoft's CEO had at one point said that he "could imagine no price nor combination of price and other conditions to recommend accepting the offer." But with 60% of PeopleSoft's shareholders in favor of taking Oracle's latest offer, it was becoming less easy for the company to keep saying no, and many observers were starting to question whether PeopleSoft's management was acting in shareholders' interest. If management showed itself deaf to shareholders' interests, the court could well rule in favor of Oracle, or disgruntled shareholders might vote to change the composition of the PeopleSoft board. PeopleSoft's directors therefore decided to be less intransigent and testified at the Delaware trial that they would consider negotiating with Oracle if it were to offer $26.50 or $27 a share. This was the breakthrough that Oracle was looking for. It upped its offer immediately to $26.50 a share, PeopleSoft lifted its defenses, and within a month 97% of PeopleSoft's shareholders had agreed to the bid. After 18 months of punch and counterpunch the battle for People-Soft was over.

## Takeover Defenses

What are the lessons from the battle for PeopleSoft? First, the example illustrates some of the stratagems of modern merger warfare. Firms like PeopleSoft that are worried about being taken over usually prepare their defenses in advance. Often they persuade shareholders to agree to **shark-repellent** changes to the corporate charter. For example, the charter may be amended to require that any merger must be approved by a *supermajority* of 80% of the shares rather than the normal 50%. Although shareholders are generally prepared to go along with management's proposals, it is doubtful whether such shark-repellent defenses are truly in their interest. Managers who are protected from takeover appear to enjoy higher remuneration and to generate less wealth for their shareholders.[22]

Many firms follow PeopleSoft's example and deter potential bidders by devising poison pills that make the company unappetizing. For example, the poison pill may give existing shareholders the right to buy the company's shares at half price as soon as a bidder acquires

---

[22] A. Agarwal and C. R. Knoeber, "Managerial Compensation and the Threat of Takeover," *Journal of Financial Economics* 47 (February 1998), pp. 219–239; and P. A. Gompers, J. L. Ishii, and A. Metrick, "Corporate Governance and Equity Prices," *Quarterly Journal of Economics* 118 (2003), pp. 107–155.

more than 15% of the shares. The bidder is not entitled to the discount. Thus the bidder resembles Tantalus—as soon as it has acquired 15% of the shares, control is lifted away from its reach. These and other lines of defense are summarized in Table 31.6

Why did PeopleSoft's management contest the takeover bid? One possible reason was to extract a higher price for the stock, for Oracle was ultimately forced to pay 66% more than its original offer. But the comment by PeopleSoft's CEO that he could imagine no price at which the merger would be welcome suggests that the defensive tactics may have been intended to defeat the bid and protect managers' positions with the firm.

Companies sometimes reduce these conflicts of interest by offering their managers **golden parachutes,** that is, generous payoffs if the managers lose their jobs as a result of a takeover. It may seem odd to reward managers for being taken over. However, if a soft landing overcomes their opposition to takeover bids, a few million may be a small price to pay.

Any management team that tries to develop improved weapons of defense must expect challenge in the courts. In the early 1980s the courts tended to give managers the benefit of the doubt and respect their business judgment about whether a takeover should be resisted. But the courts' attitudes to takeover battles have changed. For example, in 1993 a court blocked Viacom's agreed takeover of Paramount on the grounds that Paramount directors did not do their homework before turning down a higher offer from QVC. Paramount was forced to give up its poison-pill defense and the stock options that it had offered to Viacom. Such decisions have led managers to become more careful in opposing bids, and they do not throw themselves blindly into the arms of any white knight.[23]

| Preoffer Defenses | Description |
|---|---|
| Shark-repellent charter amendments: | |
| Staggered board | The board is classified into three equal groups. Only one group is elected each year. Therefore the bidder cannot gain control of the target immediately. |
| Supermajority | A high percentage of shares, typically 80%, is needed to approve a merger. |
| Fair price | Mergers are restricted unless a fair price (determined by formula or appraisal) is paid. |
| Restricted voting rights | Shareholders who acquire more than a specified proportion of the target have no voting rights unless approved by the target's board. |
| Waiting period | Unwelcome acquirers must wait for a specified number of years before they can complete the merger. |
| Other: | |
| Poison pill | Existing shareholders are issued rights that, if there is a significant purchase of shares by a bidder, can be used to purchase additional stock in the company at a bargain price. |
| Poison put | Existing bondholders can demand repayment if there is a change of control as a result of a hostile takeover. |
| **Postoffer Defenses** | |
| Litigation | Target files suit against bidder for violating antitrust or securities laws. |
| Asset restructuring | Target buys assets that bidder does not want or that will create an antitrust problem. |
| Liability restructuring | Target issues shares to a friendly third party, increases the number of shareholders, or repurchases shares from existing shareholders at a premium. |

▶ **TABLE 31.6** A summary of takeover defenses.

___

[23] In 1985 a shiver ran through many boardrooms when the directors of Trans Union Corporation were held personally liable for being too hasty in accepting a takeover bid.

At the same time governments have provided some new defensive weapons. In 1987 the Supreme Court upheld state laws that allow companies to deprive an investor of voting rights as soon as the investor's share in the company exceeds a certain level. Since then state antitakeover laws have proliferated. Many allow boards of directors to block mergers with hostile bidders for several years and to consider the interests of employees, customers, suppliers, and their communities in deciding whether to try to block a hostile bid.

Anglo-Saxon countries used to have a near-monopoly on hostile takeovers. That is no longer the case. Takeover activity in Europe now exceeds that in the United States, and in recent years some of the most bitterly contested takeovers have involved European companies. For example, Mittal's $27 billion takeover of Arcelor resulted from a fierce and highly politicized five-month battle. Arcelor used every defense in the book—including inviting a Russian company to become a leading shareholder.

Mittal is now based in Europe, but it began operations in Indonesia. This illustrates another change in the merger market: Acquirers are no longer confined to the major industrialized countries. They now include Brazilian, Russian, Indian, and Chinese companies. For example, Tetley Tea, Anglo-Dutch steelmaker Corus, and Jaguar and Land Rover have all been acquired by Indian conglomerate Tata Group. IBM's personal computer business has been bought by the Chinese company Lenovo, and Inco, the Canadian nickel producer, is now owned by Brazil's Vale.

## Who Gains Most in Mergers?

As our brief history illustrates, in mergers sellers generally do better than buyers. Andrade, Mitchell, and Stafford found that following the announcement of the bid, selling shareholders received a healthy gain averaging 16%.[24] The overall value of the merging firms, buyer and seller combined, increases by about 2% on average. Thus the merging firms are worth more together than apart. But it seems that the stock prices of the acquiring firms *decline* on average.[25]

Why do so many firms make acquisitions that appear to destroy value? One explanation appeals to behavioral traits; the managers of acquiring firms may be driven by hubris or overconfidence in their ability to run the target firm better than its existing management. This may well be so, but we should not dismiss more charitable explanations. For example, McCardle and Viswanathan have pointed out that firms can enter a market either by building a new plant or by buying an existing business. If the market is not growing, it makes more sense for the firm to expand by acquisition. Hence, when it announces the acquisition, firm value may drop simply because investors conclude that the market is no longer growing. The acquisition in this case does not destroy value; it just signals the stagnant state of the market.[26]

Why do sellers earn higher returns? There are two reasons. First, buying firms are typically larger than selling firms. In many mergers the buyer is so much larger that even substantial net benefits would not show up clearly in the buyer's share price. Suppose, for example, that company A buys company B, which is only one-tenth A's size. Suppose the dollar value of the net gain from the merger is split equally between A and B.[27] Each company's shareholders receive the same *dollar* profit, but B's receive 10 times A's *percentage* return.

[24] G. Andrade, M. Mitchell, and E. Stafford, "New Evidence and Pespectives on Mergers," *Journal of Economics Perspectives* 15 (Spring 2001), pp. 103–120.

[25] One recent study found that the losers were mainly the largest acquirers; the stockholders of the other acquirers appeared to gain. See S. B. Moeller, F. P. Schlingemann, and R. Stulz, "Firm Size and the Gains from Acquisitions," *Journal of Financial Economics* 73 (August 2004), pp. 201–228.

[26] K. F. McCardle and S. Viswanathan, "The Direct Entry versus Takeover Decision and Stock Price Performance around Takeovers," *Journal of Business* 67 (January 1994), pp. 1–43.

[27] In other words, the *cost* of the merger to A is one-half the gain $\Delta PV_{AB}$.

The second, and more important, reason is the competition among potential bidders. Once the first bidder puts the target company "in play," one or more additional suitors often jump in, sometimes as white knights at the invitation of the target firm's management. Every time one suitor tops another's bid, more of the merger gain slides toward the target. At the same time, the target firm's management may mount various legal and financial counterattacks, ensuring that capitulation, if and when it comes, is at the highest attainable price.

Of course, bidders and targets are not the only possible winners. Unsuccessful bidders often win, too, by selling off their holdings in target companies at substantial profits.

Other winners include investment bankers, lawyers, accountants, and in some cases arbitrageurs such as hedge funds, which speculate on the likely success of takeover bids.[28] "Speculate" has a negative ring, but it can be a useful social service. A tender offer may present shareholders with a difficult decision. Should they accept, should they wait to see if someone else produces a better offer, or should they sell their stock in the market? This dilemma presents an opportunity for hedge funds, which specialize in answering such questions. In other words, they buy from the target's shareholders and take on the risk that the deal will not go through.

## 31-6 Mergers and the Economy

### Merger Waves

Figure 31.3 shows the number of mergers in the United States for each year from 1962 to 2008. Notice that mergers come in waves. There was an upsurge in merger activity from 1967 to 1969 and then again in the late 1980s and 1990s. Another merger boom got under way in 2003, only to peter out with the onset of the credit crisis.



> **FIGURE 31.3**

The number of mergers in the United States, 1962–2008.

*Source:* Mergerstat, **www.mergerstat.com**.

---

[28] Strictly speaking, an arbitrageur is an investor who takes a fully hedged, that is, riskless, position. But arbitrageurs in merger battles often take very large risks indeed. Their activities are known as "risk arbitrage."

We don't really understand why merger activity is so volatile. If mergers are prompted by economic motives, at least one of these motives must be "here today and gone tomorrow," and it must somehow be associated with high stock prices. But none of the economic motives that we review in this chapter has anything to do with the general level of the stock market. None burst on the scene in 1967, departed in 1970, and reappeared for most of the 1980s and again in the mid-1990s and early 2000s.

Some mergers may result from mistakes in valuation on the part of the stock market. In other words, the buyer may believe that investors have underestimated the value of the seller or may hope that they *will* overestimate the value of the combined firm. But we see (with hindsight) that mistakes are made in bear markets as well as bull markets. Why don't we see just as many firms hunting for bargain acquisitions when the stock market is low? It is possible that "suckers are born every minute," but it is difficult to believe that they can be harvested only in bull markets.

Merger activity tends to be concentrated in a relatively small number of industries and is often prompted by deregulation and by changes in technology or the pattern of demand. For example, deregulation of telecoms and banking in the 1990s led to a spate of mergers in both industries. Andrade, Mitchell, and Stafford found that about half of the value of all U.S. mergers between 1988 and 1998 occurred in industries that had been deregulated.[29]

## Do Mergers Generate Net Benefits?

There are undoubtedly good acquisitions and bad acquisitions, but economists find it hard to agree on whether acquisitions are beneficial *on balance.* Indeed, since there seem to be transient fashions in mergers, it would be surprising if economists could come up with simple generalizations.

We do know that mergers generate substantial gains to acquired firms' stockholders and overall gains in the value of the two merging firms. But not everybody is convinced. Some believe that investors react to mergers with short-run enthusiasm and don't give enough critical attention to long-term prospects.

Since we can't observe how companies would have fared in the absence of a merger, it is difficult to measure the long-run effects on profitability. Ravenscroft and Scherer, who looked at mergers during the 1960s and early 1970s, argued that productivity declined in the years following a merger.[30] But studies of subsequent merger activity suggest that mergers *do* seem to improve real productivity. For example, Paul Healy, Krishna Palepu, and Richard Ruback examined 50 large mergers between 1979 and 1983 and found an average increase of 2.4 percentage points in the companies' pretax returns.[31] They argue that this gain came from generating a higher level of sales from the same assets. There was no evidence that the companies were mortgaging their long-term future by cutting back on long-term investments; expenditures on capital equipment and research and development tracked industry averages.[32]

---

[29] See Footnote 24. See also J. Harford, "What Drives Merger Waves?" *Journal of Financial Economics* 77 (September 2005), pp. 529–560.

[30] See D. J. Ravenscroft and F. M. Scherer, "Mergers and Managerial Performance," in *Knights, Raiders, and Targets: The Impact of the Hostile Takeover* ed. J. C. Coffee, Jr., L. Lowenstein, and S. Rose-Ackerman (New York: Oxford University Press, 1988).

[31] See P. Healy, K. Palepu, and R. Ruback, "Does Corporate Performance Improve after Mergers?" *Journal of Financial Economics* 31 (April 1992), pp. 135–175. The study examined the pretax returns of the merged companies relative to industry averages. A study by Lichtenberg and Siegel came to similar conclusions. Before merger, acquired companies had lower levels of productivity than did other firms in their industries, but by seven years after the control change, two-thirds of the productivity gap had been eliminated. See F. Lichtenberg and D. Siegel, "The Effect of Control Changes on the Productivity of U.S. Manufacturing Plants," *Journal of Applied Corporate Finance* 2 (Summer 1989), pp. 60–67.

[32] Maintained levels of capital spending and R&D are also observed by Lichtenberg and Siegel, "The Effect of Control Changes on the Productivity of U.S. Manufacturing Plants," *Journal of Applied Corporate Finance* 2 (Summer 1989), pp. 60-67; and B. H. Hall, "The Effect of Takeover Activity on Corporate Research and Development," in *Corporate Takeover: Causes and Consequences* ed. A. J. Auerbach (Chicago: University of Chicago Press, 1988).

The most important effect of acquisitions may be felt by the managers of companies that are *not* taken over. Perhaps the threat of takeover spurs the whole of corporate America to try harder. Unfortunately, we don't know whether, on balance, the threat of merger makes for active days or sleepless nights.

The threat of takeover may be a spur to inefficient management, but it is also costly. It can soak up large amounts of management time and effort. In addition, the company needs to pay for the services provided by the investment bankers, lawyers, and accountants. In the year 2006 merging companies in the United States paid in total nearly $4 billion for professional assistance.

● ● ● ● ●

**SUMMARY**

A merger generates synergies—that is, added value—if the two firms are worth more together than apart. Suppose that firms A and B merge to form a new entity, AB. Then the gain from the merger is

$$\text{Gain} = PV_{AB} - (PV_A + PV_B) = \Delta PV_{AB}$$

Gains from mergers may reflect economies of scale, economies of vertical integration, improved efficiency, the combination of complementary resources, or redeployment of surplus funds. In some cases the object is to install a more efficient management team or to force shrinkage and consolidation in an industry with excess capacity or too many small, inefficient companies. There are also dubious reasons for mergers. There is no value added by merging just to diversify risks, to reduce borrowing costs, or to pump up earnings per share.

You should go ahead with the acquisition if the gain exceeds the cost. Cost is the premium that the buyer pays for the selling firm over its value as a separate entity. It is easy to estimate when the merger is financed by cash. In that case,

$$\text{Cost} = \text{cash paid} - PV_B$$

When payment is in the form of shares, the cost naturally depends on what those shares are worth after the merger is complete. If the merger is a success, B's stockholders will share the merger gains.

The mechanics of buying a firm are much more complex than those of buying a machine. First, you have to make sure that the purchase does not fall afoul of the antitrust laws. Second, you have a choice of procedures: You can merge all the assets and liabilities of the seller into those of your own company; you can buy the stock of the seller rather than the company itself; or you can buy the individual assets of the seller. Third, you have to worry about the tax status of the merger.

Mergers are often amicably negotiated between the management and directors of the two companies; but if the seller is reluctant, the would-be buyer can decide to make a tender offer. We sketched some of the offensive and defensive tactics used in takeover battles. We also observed that when the target firm loses, its shareholders typically win: selling shareholders earn large abnormal returns, while the bidding firm's shareholders roughly break even. The typical merger appears to generate positive net benefits for investors, but competition among bidders, plus active defense by target management, pushes most of the gains toward the selling shareholders.

Mergers come and go in waves. The most recent wave, which peaked in 2006, consisted mostly of horizontal mergers. Merger activity thrives in periods of economic expansion and buoyant stock prices. Mergers are most frequent in industries that are coping with change, for example, changes in technology or regulation. The wave of mergers in banking and telecoms, for instance, can be traced to deregulation of these industries in the 1990s.

Visit us at www.mhhe.com/bma

*Here are three general works on mergers:*

R. Bruner, *Applied Mergers and Acquisitions* (Hoboken, NJ: John Wiley & Sons, 2004).

J. F. Weston, M. L. Mitchell, and J. H. Mulherin, *Takeovers, Restructuring and Corporate Governance, 4th* ed. (Upper Saddle River, NJ: Prentice-Hall 2000).

S. Betton, B. E. Eckbo, and K. S. Thorburn, "Corporate Takeovers," in B. E. Eckbo (ed.), *Handbook of Empirical Corporate Finance* (Amsterdam: Elsevier/North-Holland, 2007), chapter 15.

*Recent merger waves are reviewed in:*

G. Andrade, M. Mitchell, and E. Stafford, "New Evidence and Perspectives on Mergers," *Journal of Economic Perspectives* 15 (Spring 2001), pp. 103–120.

S. J. Everett, "The Cross-Border Mergers and Acquisitions Wave of the Late 1990s," in R. E. Baldwin and L. A. Winters (eds.), *Challenges to Globalization* (Chicago: University of Chicago Press, 2004).

J. Harford, "What Drives Merger Waves?" *Journal of Financial Economics* 77 (September 2005), pp. 529–560.

B. Holmstrom and S. N. Kaplan, "Corporate Governance and Merger Activity in the U.S.: Making Sense of the 1980s and 1990s," *Journal of Economic Perspectives* 15 (Spring 2001), pp. 121–144.

*Finally, here are some informative case studies:*

S. N. Kaplan (ed.), *Mergers and Productivity* (Chicago: University of Chicago Press, 2000). This is a collection of case studies.

R. Bruner, "An Analysis of Value Destruction and Recovery in the Alliance and Proposed Merger of Volvo and Renault," *Journal of Financial Economics* 51 (1999), pp. 125–166.

**FURTHER READING**



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**BASIC**

**PROBLEM SETS**

1. Are the following hypothetical mergers horizontal, vertical, or conglomerate?
   a. IBM acquires Dell Computer.
   b. Dell Computer acquires Wal-Mart.
   c. Wal-Mart acquires H. J. Heinz.
   d. H. J. Heinz acquires IBM.

2. Which of the following motives for mergers make economic sense?
   a. Merging to achieve economies of scale.
   b. Merging to reduce risk by diversification.
   c. Merging to redeploy cash generated by a firm with ample profits but limited growth opportunities.
   d. Merging to combine complementary resources.
   e. Merging just to increase earnings per share.

3. Velcro Saddles is contemplating the acquisition of Pogo Ski Sticks, Inc. The values of the two companies as separate entities are $20 million and $10 million, respectively. Velcro Saddles estimates that by combining the two companies, it will reduce marketing and

Visit us at www.mhhe.com/bma

administrative costs by $500,000 per year in perpetuity. Velcro Saddles can either pay $14 million cash for Pogo or offer Pogo a 50% holding in Velcro Saddles. The opportunity cost of capital is 10%.

    a. What is the gain from merger?

    b. What is the cost of the cash offer?

    c. What is the cost of the stock alternative?

    d. What is the NPV of the acquisition under the cash offer?

    e. What is its NPV under the stock offer?

4. Which of the following transactions are *not* likely to be classed as tax-free?

    a. An acquisition of assets.

    b. A merger in which payment is entirely in the form of voting stock.

5. True or false?

    a. Sellers almost always gain in mergers.

    b. Buyers usually gain more than sellers.

    c. Firms that do unusually well tend to be acquisition targets.

    d. Merger activity in the United States varies dramatically from year to year.

    e. On the average, mergers produce large economic gains.

    f. Tender offers require the approval of the selling firm's management.

    g. The cost of a merger to the buyer equals the gain realized by the seller.

6. Briefly define the following terms:

    a. Purchase accounting

    b. Tender offer

    c. Poison pill

    d. Golden parachute

    e. Synergy

### INTERMEDIATE

7. Examine several recent mergers and suggest the principal motives for merging in each case.

8. Examine a recent merger in which at least part of the payment made to the seller was in the form of stock. Use stock market prices to obtain an estimate of the gain from the merger and the cost of the merger.

9. Respond to the following comments.

    a. "Our cost of debt is too darn high, but our banks won't reduce interest rates as long as we're stuck in this volatile widget-trading business. We've got to acquire other companies with safer income streams."

    b. "Merge with Fledgling Electronics? No way! Their P/E's too high. That deal would knock 20% off our earnings per share."

    c. "Our stock's at an all-time high. It's time to make our offer for Digital Organics. Sure, we'll have to offer a hefty premium to Digital stockholders, but we don't have to pay in cash. We'll give them new shares of our stock."

10. Sometimes the stock price of a possible target company rises in anticipation of a merger bid. Explain how this complicates the bidder's evaluation of the target company.

11. Suppose you obtain special information—information unavailable to investors—indicating that Backwoods Chemical's stock price is 40% undervalued. Is that a reason to launch a takeover bid for Backwoods? Explain carefully.

Visit us at www.mhhe.com/bma

**12.** As treasurer of Leisure Products, Inc., you are investigating the possible acquisition of Plastitoys. You have the following basic data:

|  | Leisure Products | Plastitoys |
|---|---|---|
| Earnings per share | $ 5.00 | $ 1.50 |
| Dividend per share | $ 3.00 | $ .80 |
| Number of shares | 1,000,000 | 600,000 |
| Stock price | $90 | $20 |

You estimate that investors currently expect a steady growth of about 6% in Plastitoys' earnings and dividends. Under new management this growth rate would be increased to 8% per year, without any additional capital investment required.

  a. What is the gain from the acquisition?

  b. What is the cost of the acquisition if Leisure Products pays $25 in cash for each share of Plastitoys?

  c. What is the cost of the acquisition if Leisure Products offers one share of Leisure Products for every three shares of Plastitoys?

  d. How would the cost of the cash offer and the share offer alter if the expected growth rate of Plastitoys were not changed by the merger?

**13.** The Muck and Slurry merger has fallen through (see Section 31-2). But World Enterprises is determined to report earnings per share of $2.67. It therefore acquires the Wheelrim and Axle Company. You are given the following facts:

|  | World Enterprises | Wheelrim and Axle | Merged Firm |
|---|---|---|---|
| Earnings per share | $2.00 | $2.50 | $2.67 |
| Price per share | $40 | $25 | ? |
| Price–earnings ratio | 20 | 10 | ? |
| Number of shares | 100,000 | 200,000 | ? |
| Total earnings | $200,000 | $500,000 | ? |
| Total market value | $4,000,000 | $5,000,000 | ? |

Once again there are no gains from merging. In exchange for Wheelrim and Axle shares, World Enterprises issues just enough of its own shares to ensure its $2.67 earnings per share objective.

  a. Complete the above table for the merged firm.

  b. How many shares of World Enterprises are exchanged for each share of Wheelrim and Axle?

  c. What is the cost of the merger to World Enterprises?

  d. What is the change in the total market value of the World Enterprises shares that were outstanding before the merger?

**14.** Explain the distinction between a tax-free and a taxable merger. Are there circumstances in which you would expect buyer and seller to agree to a taxable merger?

**15.** Look again at Table 31.3. Suppose that B Corporation's fixed assets are reexamined and found to be worth $12 million instead of $9 million. How would this affect the AB Corporation's balance sheet under purchase accounting? How would the value of AB Corporation change? Would your answer depend on whether the merger is taxable?

Visit us at www.mhhe.com/bma

## CHALLENGE

16. Examine a hostile acquisition and discuss the tactics employed by both the predator and the target companies. Do you think that the management of the target firm was trying to defeat the bid or to secure the highest price for its stockholders? How did each announcement by the protagonists affect their stock prices?

17. How do you think mergers should be regulated? For example, what defenses should target companies be allowed to employ? Should managers of target firms be compelled to seek out the highest bids? Should they simply be passive and watch from the sidelines?

## APPENDIX ● ● ● ● ●

### Conglomerate Mergers and Value Additivity

A pure conglomerate merger is one that has no effect on the operations or profitability of either firm. If corporate diversification is in stockholders' interests, a conglomerate merger would give a clear demonstration of its benefits. But if present values add up, the conglomerate merger would not make stockholders better or worse off.

In this appendix we examine more carefully our assertion that present values add. It turns out that values *do* add as long as capital markets are perfect and investors' diversification opportunities are unrestricted.

Call the merging firms A and B. Value additivity implies

$$PV_{AB} = PV_A + PV_B$$

where

$$PV_{AB} = \text{market value of combined firms just after merger}$$
$$PV_A, PV_B = \text{separate market values of A and B just before merger}$$

For example, we might have

$$PV_A = \$100 \text{ million (\$200 per share} \times 500,000 \text{ shares outstanding)}$$

and

$$PV_B = \$200 \text{ million (\$200 per share} \times 1,000,000 \text{ shares outstanding)}$$

Suppose A and B are merged into a new firm, AB, with one share in AB exchanged for each share of A or B. Thus there are 1,500,000 AB shares issued. *If* value additivity holds, then $PV_{AB}$ must equal the sum of the separate values of A and B just before the merger, that is, $300 million. That would imply a price of $200 per share of AB stock.

But note that the AB shares represent a portfolio of the assets of A and B. Before the merger investors could have bought one share of A and two of B for $600. Afterward they can obtain a claim on *exactly* the same real assets by buying three shares of AB.

Suppose that the opening price of AB shares just after the merger is $200, so that $PV_{AB} = PV_A + PV_B$. Our problem is to determine if this is an equilibrium price, that is, whether we can rule out excess demand or supply at this price.

For there to be excess demand, there must be some investors who are willing to increase their holdings of A and B as a consequence of the merger. Who could they be? The only thing new created by the merger is diversification, but those investors who want to hold assets of A *and* B will have purchased A's and B's stock before the merger. The diversification is redundant and consequently won't attract new investment demand.

Is there a possibility of excess supply? The answer is yes. For example, there will be some shareholders in A who did not invest in B. After the merger they cannot invest solely in A, but only in a fixed combination of A and B. Their AB shares will be less attractive to them than the

Visit us at www.mhhe.com/bma

pure A shares, so they will sell part of or all their AB stock. In fact, the only AB shareholders who will *not* wish to sell are those who happened to hold A and B in exactly a 1:2 ratio in their premerger portfolios!

Since there is no possibility of excess demand but a definite possibility of excess supply, we seem to have

$$PV_{AB} \le PV_A + PV_B$$

That is, corporate diversification can't help, but it may hurt investors by restricting the types of portfolios they can hold. This is not the whole story, however, since investment demand for AB shares might be attracted from other sources if $PV_{AB}$ drops below $PV_A + PV_B$. To illustrate, suppose there are two other firms, $A^*$ and $B^*$, which are judged by investors to have the same risk characteristics as A and B, respectively. Then before the merger,

$$r_A = r_{A*} \quad \text{and} \quad r_B = r_{B*}$$

where $r$ is the rate of return expected by investors. We'll assume $r_A = r_{A*} = .08$ and $r_B = r_{B*} = .20$.

Consider a portfolio invested one-third in $A^*$ and two-thirds in $B^*$. This portfolio offers an expected return of 16%:

$$r = x_{A*}r_{A*} + x_{B*}r_{B*}$$
$$= \frac{1}{3}(.08) + \frac{2}{3}(.20) = .16$$

A similar portfolio of A and B before their merger also offered a 16% return.

As we have noted, a new firm AB is really a portfolio of firms A and B, with portfolio weights of $\frac{1}{3}$ and $\frac{2}{3}$. It is therefore equivalent in risk to the portfolio of $A^*$ and $B^*$. Thus the price of AB shares must adjust so that it likewise offers a 16% return.

What if AB shares drop below $200, so that $PV_{AB}$ is less than $PV_A + PV_B$? Since the assets and earnings of firms A and B are the same, the price drop means that the expected rate of return on AB shares has risen above the return offered by the $A^*B^*$ portfolio. That is, if $r_{AB}$ exceeds $\frac{1}{3}r_A + \frac{2}{3}r_B$, then $r_{AB}$ must also exceed $\frac{1}{3}r_{A*} + \frac{2}{3}r_{B*}$. But this is untenable: Investors $A^*$ and $B^*$ could sell part of their holdings (in a 1:2 ratio), buy AB, and obtain a higher expected rate of return with no increase in risk.

On the other hand, if $PV_{AB}$ rises above $PV_A + PV_B$, the AB shares will offer an expected return less than that offered by the $A^*B^*$ portfolio. Investors will unload the AB shares, forcing their price down.

A stable result occurs only if AB shares stick at $200. Thus, value additivity will hold exactly in a perfect-market equilibrium if there are ample substitutes for the A and B assets. If A and B have unique risk characteristics, however, then $PV_{AB}$ can fall below $PV_A + PV_B$. The reason is that the merger curtails investors' opportunity to tailor their portfolios to their own needs and preferences. This makes investors worse off, reducing the attractiveness of holding the shares of firm AB.

In general, the condition for value additivity is that investors' opportunity set—that is, the range of risk characteristics attainable by investors through their portfolio choices—is independent of the particular portfolio of real assets held by the firm. Diversification per se can never expand the opportunity set given perfect security markets. Corporate diversification may reduce the investors' opportunity set, but only if the real assets the corporations hold lack substitutes among traded securities or portfolios.

In a few cases the firm may be able to expand the opportunity set. It can do so if it finds an investment opportunity that is unique—a real asset with risk characteristics shared by few or no other financial assets. In this lucky event the firm should not diversify, however. It should set up the unique asset as a separate firm so as to expand investors' opportunity set to the maximum extent. If Gallo by chance discovered that a small portion of its vineyards produced wine comparable to Chateau Margaux, it would not throw that wine into the Hearty Burgundy vat.

Visit us at www.mhhe.com/bma

# 32

# Corporate Restructuring

▶ **In the last chapter** we described how mergers and acquisitions enable companies to change their ownership and management teams, and often force major shifts in corporate strategy. But this is not the only way that company structure can be altered. In this chapter we look at a variety of other mechanisms for changing ownership and control, including leveraged buyouts (LBOs), spin-offs and carve-outs, nationalizations and privatizations, workouts, and bankruptcy.

The first section starts with a famous takeover battle, the leveraged buyout of RJR Nabisco. The rest of Sections 32-1 and 32-2 offers a general review of LBOs, spin-offs, and privatizations. The main point of these transactions is not just to change control, although existing management is often booted out, but also to change incentives for managers and improve financial performance.

RJR Nabisco was an early example of a **private-equity** deal. Section 32-3 takes a closer look at how private-equity investment funds are structured and how the private-equity business has developed since the 1980s.

Private-equity funds usually end up holding a portfolio of companies in different industries. In this respect they resemble the conglomerates that dominated takeover activity in the 1960s and 1970s. These conglomerates are mostly gone—it seems that private equity is a superior financial technology for doing the tasks that conglomerates used to do. Our review of conglomerates' weaknesses helps us to understand the strengths of private equity.

Some companies choose to restructure but others have it thrust upon them. None more so than those that fall on hard times and can no longer service their debts. The chapter therefore concludes by looking at how distressed companies either work out a solution with their debtors or go through a formal bankruptcy process.

• • • • •

## 32-1 Leveraged Buyouts

**Leveraged buyouts (LBOs)** differ from ordinary acquisitions in two immediately obvious ways. First, a large fraction of the purchase price is financed by debt. Some, if not all, of this debt is junk, that is, below investment-grade. Second, the company goes private and its shares no longer trade on the open market. Equity financing for LBOs comes from private-equity investment partnerships, which we describe later in this chapter. When a buyout is led by existing management, the transaction is called a **management buyout** or **MBO.**

In the 1970s and 1980s many MBOs were arranged for unwanted divisions of large diversified companies. Smaller divisions outside the companies' main line of business sometimes failed to attract top management's interest and commitment, and divisional management chafed under corporate bureaucracy. Many such divisions flowered when

| Industry | Acquirer | Target | Year | Value ($ billions) |
|---|---|---|---|---|
| Food, tobacco | KKR | RJR Nabisco | 1989 | $24.7 |
| Food | KKR | Beatrice | 1986 | 6.3 |
| Glass | KKR | Owens-Illinois | 1987 | 4.7 |
| Supermarkets | KKR | Safeway | 1986 | 4.2 |
| Convenience stores | Thompson Co. | Southland (7-11) | 1987 | 4.0 |
| Airlines | Wings Holdings | NWA, Inc. | 1989 | 3.7 |
| Utilities | TPG, KKR | TXU | 2007 | 45.0 |
| Real estate | Blackstone Gp | Equity Office Properties | 2007 | 38.9 |
| Entertainment | Apollo Management Texas Pacific Group | Harrah's Entertainment | 2008 | 31.3 |
| Credit card processing | KKR | First Data | 2007 | 29.0 |
| Hotels | Blackstone | Hilton | 2007 | 26.9 |
| Pipelines | Management, several private-equity groups. | Kinder Morgan | 2007 | 21.6 |
| Radio | Thomas Lee, Bain Capital | Clear Channel Communications | 2007 | 19.4 |

▶ **TABLE 32.1**

The 10 largest LBOs of the 1980s, plus examples of more-recent deals (values in $ millions).

*Source: Mergers and Acquisitions,* various issues.

spun off as MBOs. Their managers, pushed by the need to generate cash for debt service and encouraged by a substantial personal stake in the business, found ways to cut costs and compete more effectively.

In the 1980s, LBO activity shifted to buyouts of entire businesses, including large, mature, public corporations. Table 32.1 lists the largest LBOs of the 1980s, plus a sample of more-recent transactions.

Table 32.1 starts with the largest, most dramatic, and best documented LBO of the 1980s, the $25 billion takeover of RJR Nabisco by Kohlberg, Kravis, Roberts (KKR). The players, tactics, and controversies of LBOs are writ large in this case.

## RJR Nabisco

In October 1988 the board of directors of RJR Nabisco revealed that Ross Johnson, the company's chief executive officer, had formed a group of investors that proposed to buy all RJR's stock for $75 per share in cash and take the company private. RJR's share price immediately moved to about $75, handing shareholders a 36% gain over the previous day's price of $56. At the same time RJR's bonds fell, since it was clear that existing bondholders would soon have a lot more company.[1]

Johnson's offer lifted RJR onto the auction block. Once the company was in play, its board of directors was obliged to consider other offers, which were not long in coming. Four days later, KKR bid $90 per share, $79 in cash plus PIK preferred stock valued at $11. (PIK means "pay in kind." The company could choose to pay preferred dividends with more preferred shares rather than cash.)

The resulting bidding contest had as many turns and surprises as a Dickens novel. In the end it was Johnson's group against KKR. KKR bid $109 per share, after adding $1 per share (roughly $230 million) in the last hour.[2] The KKR bid was $81 in cash, convertible

---

[1] N. Mohan and C. R. Chen track the abnormal returns of RJR securities in "A Review of the RJR Nabisco Buyout," *Journal of Applied Corporate Finance* 3 (Summer 1990), pp. 102–108.

[2] The whole story is reconstructed by B. Burrough and J. Helyar in *Barbarians at the Gate: The Fall of RJR Nabisco* (New York: Harper & Row 1990)—see especially Chapter 18—and in a movie with the same title.

subordinated bonds valued at about $10, and PIK preferred shares valued at about $18. Johnson's group bid $112 in cash and securities.

But the RJR board chose KKR. Although Johnson's group had offered $3 a share more, its security valuations were viewed as "softer" and perhaps overstated. The Johnson group's proposal also contained a management compensation package that seemed extremely generous and had generated an avalanche of bad press.

But where did the merger benefits come from? What could justify offering $109 per share, about $25 billion in all, for a company that only 33 days previously was selling for $56 per share? KKR and other bidders were betting on two things. First, they expected to generate billions in additional cash from interest tax shields, reduced capital expenditures, and sales of assets that were not strictly necessary to RJR's core businesses. Asset sales alone were projected to generate $5 billion. Second, they expected to make the core businesses significantly more profitable, mainly by cutting back on expenses and bureaucracy. Apparently, there was plenty to cut, including the RJR "Air Force," which at one point included 10 corporate jets.

In the year after KKR took over, a new management team set out to sell assets and cut back operating expenses and capital spending. There were also layoffs. As expected, high interest charges meant a net loss of nearly a billion dollars in the first year, but pretax operating income actually increased, despite extensive asset sales.

Inside the firm, things were going well. But outside there was confusion and prices in the junk bond market were declining rapidly, implying much higher future interest charges for RJR and stricter terms on any refinancing. In 1990 KKR made an additional equity investment in the firm and the company retired some of its junk bonds. RJR's chief financial officer described the move as "one further step in the deleveraging of the company."[3] For RJR, the world's largest LBO, it seemed that high debt was a temporary, not a permanent, virtue.

RJR, like many other firms that were taken private through LBOs, enjoyed only a short period as a private company. In 1991 it went public again with the sale of $1.1 billion of stock. KKR progressively sold off its investment, and its last remaining stake in the company was sold in 1995 at roughly the original purchase price.

## Barbarians at the Gate?

The RJR Nabisco LBO crystallized views on LBOs, the junk bond market, and the takeover business. For many it exemplified all that was wrong with finance in the late 1980s, especially the willingness of "raiders" to carve up established companies, leaving them with enormous debt burdens, basically in order to get rich quick.[4]

There was plenty of confusion, stupidity, and greed in the LBO business. Not all the people involved were nice. On the other hand, LBOs generated large increases in market value, and most of the gains went to the selling shareholders, not to the raiders. For example, the biggest winners in the RJR Nabisco LBO were the company's stockholders.

The most important sources of added value came from making RJR Nabisco leaner and meaner. The company's new management was obliged to pay out massive amounts of cash to service the LBO debt. It also had an equity stake in the business and therefore strong incentives to sell off nonessential assets, cut costs, and improve operating profits.

LBOs are almost by definition *diet deals.* But there were other motives. Here are some of them.

---

[3] C. Andress, "RJR Swallows Hard, Offers $5-a-Share Stock," *The Wall Street Journal,* December 18, 1990, pp. C1–C2.

[4] This view persists in some quarters: in April 2005, Franz Müntefering, Chairman of the German Social Democratic Party, branded private-equity investors as a plague of "locusts" bent on devouring German industry. Try an Internet search on "private equity" with "locusts."

**The Junk Bond Markets**   LBOs and debt-financed takeovers may have been driven by artificially cheap funding from the junk bond markets. With hindsight, it seems that investors underestimated the risks of default in junk bonds. Default rates climbed painfully, reaching 10.3% in 1991.[5] The market also became temporarily much less liquid after the demise in 1990 of Drexel Burnham, the investment banking firm that was the chief market maker in junk bonds.

**Leverage and Taxes**   Borrowing money saves taxes, as we explained in Chapter 18. But taxes were not the main driving force behind LBOs. The value of interest tax shields was simply not big enough to explain the observed gains in market value.[6] For example, Richard Ruback estimated the present value of additional interest tax shields generated by the RJR LBO at $1.8 billion.[7] But the gain in market value to RJR stockholders was about $8 billion.

Of course, if interest tax shields were the main motive for LBOs' high debt, then LBO managers would not be so concerned to pay down debt. We saw that this was one of the first tasks facing RJR Nabisco's new management.

**Other Stakeholders**   We should look at the total gain to all investors in an LBO, not just to the selling stockholders. It's possible that the latter's gain is just someone else's loss and that no value is generated overall.

Bondholders are the obvious losers. The debt that they thought was secure can turn into junk when the borrower goes through an LBO. We noted how market prices of RJR debt fell sharply when Ross Johnson's first LBO offer was announced. But again, the losses suffered by bondholders in LBOs are not nearly large enough to explain stockholder gains. For example, Mohan and Chen's estimate of losses to RJR bondholders was at most $575 million[8]—painful to the bondholders, but far below the stockholders' gain.

**Leverage and Incentives**   Managers and employees of LBOs work harder and often smarter. They have to generate cash for debt service. Moreover, managers' personal fortunes are riding on the LBO's success. They become owners rather than organization men and women.

It's hard to measure the payoff from better incentives, but there is some evidence of improved operating efficiency in LBOs. Kaplan, who studied 48 MBOs during the 1980s, found average increases in operating income of 24% three years after the buyouts. Ratios of operating income and net cash flow to assets and sales increased dramatically. He observed cutbacks in capital expenditures but not in employment. Kaplan concludes that these "operating changes are due to improved incentives rather than layoffs."[9]

We have reviewed several motives for LBOs. We do not say that all LBOs are good. On the contrary, there have been many mistakes, and even soundly motivated LBOs are risky, as the bankruptcies of a number of highly leveraged transactions have demonstrated. Yet, we do quarrel with those who portray LBOs solely as undertaken by Wall Street barbarians breaking up the traditional strengths of corporate America.

---

[5] See E. I. Altman and G. Fanjul, "Defaults and Returns in the High Yield Bond Market: The Year 2003 in Review and Market Outlook," Monograph, Salomon Center, Leonard N. Stern School of Business, New York University, 2004.

[6] There are some tax *costs* to LBOs. For example, selling shareholders realize capital gains and pay taxes that otherwise would be deferred. See L. Stiglin, S. N. Kaplan, and M. C. Jensen, "Effects of LBOs on Tax Revenues of the U.S. Treasury," *Tax Notes* 42 (February 6, 1989), pp. 727–733.

[7] R. J. Ruback, "RJR Nabisco," case study, Harvard Business School, Cambridge, MA, 1989.

[8] Mohan and Chen, 1990. "A Review of the RJR Nabisco Buyout," *Journal of Applied Corporate Finance*, 3(2) pp. 102–108.

[9] S. Kaplan, "The Effects of Management Buyouts on Operating Performance and Value," *Journal of Financial Economics* 24 (October 1989), pp. 217–254. For more recent evidence on changes in employment, see S. J. Davis, J. Haltiwanger, R. S. Jarmin, J. Lerner, and J. Miranda, "Private Equity and Employment," U.S. Census Bureau Center for Economic Studies Paper No. CES-WP-08-07, January 2009.

### Leveraged Restructurings

The essence of a leveraged buyout is of course leverage. So why not take on the leverage and dispense with the buyout? Here is one well-documented success story of a *leveraged restructuring.*[10]

In 1989 Sealed Air was a very profitable company. The problem was that its profits were coming too easily because its main products were protected by patents. When the patents expired, strong competition was inevitable, and the company was not ready for it. The years of relatively easy profits had resulted in too much slack:

> We didn't need to manufacture efficiently; we didn't need to worry about cash. At Sealed Air, capital tended to have limited value attached to it—cash was perceived as being free and abundant.

The company's solution was to borrow the money to pay a $328 million special cash dividend. In one stroke the company's debt increased 10 times. Its book equity went from $162 million to *minus* $161 million. Debt went from 13% of total book assets to 136%. The company hoped that this leveraged restructuring would "disrupt the status quo, promote internal change," and simulate "the pressures of Sealed Air's more competitive future." The shakeup was reinforced by new performance measures and incentives, including increases in stock ownership by employees.

It worked. Sales and operating profits increased steadily without major new capital investments, and net working capital *fell* by half, releasing cash to help service the company's debt. The stock price quadrupled in the five years following the restructuring.

Sealed Air's restructuring was not typical. It is an exemplar chosen with hindsight. It was also undertaken by a successful firm under no outside pressure. But it clearly shows the motive for most leveraged restructurings. They are designed to force mature, successful, but overweight companies to disgorge cash, reduce operating costs, and use assets more efficiently.

### LBOs and Leveraged Restructurings

The financial characteristics of LBOs and leveraged restructurings are similar. The three main characteristics of LBOs are

1.  *High debt.* The debt is not intended to be permanent. It is designed to be paid down. The requirement to generate cash for debt service is intended to curb wasteful investment and force improvements in operating efficiency. Of course, this solution only makes sense in the case of companies that are generating lots of cash and have few investment opportunities.
2.  *Incentives.* Managers are given a greater stake in the business via stock options or direct ownership of shares.
3.  *Private ownership.* The LBO goes private. It is owned by a partnership of private investors who monitor performance and can act right away if something goes awry. But private ownership is not intended to be permanent. The most successful LBOs go public again as soon as debt has been paid down sufficiently and improvements in operating performance have been demonstrated.

Leveraged restructurings share the first two characteristics but continue as public companies.

---

[10] K. H. Wruck, "Financial Policy as a Catalyst for Organizational Change: Sealed Air's Leveraged Special Dividend," *Journal of Applied Corporate Finance* 7 (Winter 1995), pp. 20–37.

## 32-2 Fusion and Fission in Corporate Finance

Figure 32.1 shows some of AT&T's acquisitions and divestitures. Before 1984, AT&T controlled most of the local and virtually all of the long-distance telephone service in the United States. (Customers used to speak of the ubiquitous "Ma Bell.") Then in 1984 the company accepted an antitrust settlement requiring local telephone services to be spun off to seven new, independent companies. AT&T was left with its long-distance business plus Bell Laboratories, Western Electric (telecommunications manufacturing), and various other assets. As the communications industry became increasingly competitive, AT&T acquired several other businesses, notably in computers, cellular telephone service, and cable television. Some of these acquisitions are shown as the green incoming arrows in Figure 32.1.

AT&T was an unusually active acquirer. It was a giant company trying to respond to rapidly changing technologies and markets. But AT&T was simultaneously *divesting* dozens of other businesses. For example, its credit card operations (the AT&T Universal Card) were sold to Citicorp. AT&T also created several new companies by spinning off parts of its business. For example, in 1996 it spun off Lucent (incorporating Bell Laboratories and Western Electric) and its computer business (NCR). Only six years earlier AT&T had paid $7.5 billion to acquire NCR. These and several other important divestitures are shown as the green outgoing arrows in Figure 32.1.

Figure 32.1 is not the end of AT&T's story. In 2004, AT&T was acquired by Cingular Wireless, which retained the AT&T name. In 2005, that company in turn merged with SBC Communications, Inc., a descendant of Southwestern Bell. In 2006, that company merged with BellSouth. There's not much left of the original AT&T, but the name survives.[11]



▶ **FIGURE 32.1**

The effects of AT&T's antitrust settlement in 1984, and a few of AT&T's acquisitions and divestitures from 1991 to 2003. Divestitures are shown by the outgoing green arrows. When two years are given, the transaction was completed in two steps.

---

[11] The merger with BellSouth did not signal the end of the acquisitions. In 2007 AT&T undertook a series of acquisitions to expand its wireless services.

In the market for corporate control, fusion—that is, mergers and acquisitions—gets most of the attention and publicity. But fission—the sale or distribution of assets or operating businesses—can be just as important, as the top half of Figure 32.1 illustrates. In many cases businesses are sold in LBOs or MBOs. But other transactions are common, including spin-offs, carve-outs, divestitures, asset sales, and privatizations. We start with spin-offs.

## Spin-offs

A **spin-off** (or *split-up*) is a new, independent company created by detaching part of a parent company's assets and operations. Shares in the new company are distributed to the parent company's stockholders.[12] For example, in December 2009 Time Warner spun off its investment in AOL. Time Warner's shareholders received shares in the new company and could trade their AOL shares as well as those of the slimmed down Time Warner.[13]

Spin-offs widen investor choice by allowing them to invest in just one part of the business. More important, they can improve incentives for managers. Companies sometimes refer to divisions or lines of business as "poor fits." By spinning these businesses off, management of the parent company can concentrate on its main activity. If the businesses are independent, it is easier to see the value and performance of each and to reward managers by giving them stock or stock options in their company. Also, spin-offs relieve investors of the worry that funds will be siphoned from one business to support unprofitable capital investments in another.

When AT&T announced its planned spin-offs of Lucent and NCR, the chairman commented that the

> three independent corporations will be able to go after the exploding opportunities of the industry faster than they could as parts of a much larger corporation. The three new companies . . . will be free to pursue the best interests of their customers without bumping into each other in the marketplace. They are designed to be fast and focused, with a capital structure suited to their individual industries.

Investors were apparently convinced, for the announcement of the spin-offs added $10 billion to the value of the stock overnight.

AT&T's spin-off of Lucent and NCR was unusual in many respects. But scholars who have studied the topic have found that investors generally greet the announcement of a spin-off as good news.[14] Their enthusiasm appears to be justified, for spin-offs seem to bring about more efficient capital investment decisions by each company and improved operating performance.[15]

---

[12] The value of the shares that shareholders receive is taxed as a dividend unless they are given at least 80% of the shares in the new company.

[13] Instead of undertaking a spin-off, some companies have given their shareholders *tracking stock* tied to the performance of particular divisions. For example, in 2000 AT&T distributed a special class of shares tied to the performance of its wireless business. But tracking stocks did not prove popular with investors, and a year later AT&T went whole hog and spun off AT&T Wireless into a separate company.

[14] For example, P. J. Cusatis, J. A. Miles, and J. R. Woolridge, "Restructuring Through Spin-offs: The Stock-Market Evidence," *Journal of Financial Economics* 33 (Summer 1994), pp. 293–311.

[15] See R. Gertner, E. Powers, and D. Scharfstein, "Learning about Internal Capital Markets from Corporate Spin-offs," *Journal of Finance* 57 (December 2003), pp. 2479–2506; L. V. Daley, V. Mehrotra, and R. Sivakumar, "Corporate Focus and Value Creation: Evidence from Spin-offs," *Journal of Financial Economics* 45 (August 1997), pp. 257–281; T. R. Burch and V. Nanda, "Divisional Diversity and the Conglomerate Discount: Evidence from Spin-offs," *Journal of Financial Economics* 70 (October 2003), pp. 69–78; and A. K. Dittmar and A. Shivdasani, "Divestitures and Divisional Investment Policies," *Journal of Finance* 58 (December 2003), pp. 2711–2744. But G. Colak and T. M. Whited argue that apparent increases in value are due to econometric problems rather than actual increases in investment efficiency. See "Spin-offs, Divestitures and Conglomerate Investment," *Review of Economic Studies* 20 (May 2007), pp. 557–595.

# How Palm was Carved and Spun

▶ When 3Com acquired U.S. Robotics in 1997, it also became the owner of Palm, a small start-up business developing handheld computers. It was a lucky purchase, for over the next three years the Palm Pilot came to dominate the market for handheld computers. But as Palm began to take up an increasing amount of management time, 3Com concluded that it needed to return to its knitting and focus on its basic business of selling computer network systems. In 2000 it announced that it would carve out 5% of its holding of Palm through an initial public offering, and then spin off the remaining 95% of Palm shares by giving 3Com shareholders about 1.5 Palm shares for each 3Com share that they owned.

The Palm carve-out occurred at close to the peak of the high-tech boom and got off to a dazzling start. The shares were issued in the IPO at $38 each. On the first day of trading the stock price touched $165 before closing at $95. Therefore, anyone owning a share of 3Com stock could look forward later in the year to receiving about 1.5 shares of Palm worth $1.5 \times 95 = \$142.50$. But apparently 3Com's shareholders were not fully convinced that their newfound wealth was for real, for on the same day 3Com's stock price closed at $82, or more than $60 a share *less* than the market value of the shares in Palm that they were due to receive.*

Three years after 3Com spun off its holding in Palm, Palm itself entered the spin-off business by giving shareholders stock in PalmSource, a subsidiary that was responsible for developing and licensing the Palm™ operating system. The remaining business, renamed palmOne, would focus on making mobile gadgets. The company gave three reasons for its decision to split into two. First, like 3Com's management, Palm's management believed that the company would benefit from clarity of focus and mission. Second, it argued that shareholder value could "be enhanced if investors could evaluate and choose between both businesses separately, thereby attracting new and different investors." Finally, it seemed that Palm's rivals were reluctant to buy software from a company that competed with them in making handheld hardware.

---

* This difference would seem to present an arbitrage opportunity. An investor who bought 1 share of 3Com and sold short 1.5 shares of Palm would earn a profit of $60 and own 3Com's other assets for free. The difficulty in executing this arbitrage is explored in O. A. Lamont and R. H. Thaler, "Can the Market Add and Subtract? Mispricing in Tech Stock Carve-Outs," *Journal of Political Economy* 111 (April 2003), pp. 227–268.

## Carve-outs

**Carve-outs** are similar to spin-offs, except that shares in the new company are not given to existing shareholders but are sold in a public offering. An example of a recent carve-out was the sale in 2009 by Bristol Myers Squibb of 17% of the shares of Mead Johnson Nutrition. The initial public offering raised $720 million for Bristol Myers.

Most carve-outs leave the parent with majority control of the subsidiary, usually about 80% ownership.[16] This may not reassure investors who are worried about lack of focus or a poor fit, but it does allow the parent to set the manager's compensation based on the performance of the subsidiary's stock price. Sometimes companies carve out a small proportion of the shares to establish the market in the subsidiary and subsequently spin off the remainder of the shares. The nearby box describes how the computer company, Palm, was first carved and then spun.

Perhaps the most enthusiastic carver-outer of the 1980s and 1990s was Thermo Electron, with operations in health care, power generation equipment, instrumentation, environmental protection, and various other areas. By 1997 it had carved out stakes in seven publicly traded subsidiaries, which in turn had carved out 15 further public companies. The 15 were

---

[16] The parent must retain an 80% interest to consolidate the subsidiary with the parent's tax accounts. Otherwise the subsidiary is taxed as a freestanding corporation.

**829**

grandchildren of the ultimate parent, Thermo Electron. The company's management reasoned that the carve-outs would give each company's managers responsibility for their own decisions and expose their actions to the scrutiny of the capital markets. For a while the strategy seemed to work, and Thermo Electron's stock was a star performer. But the complex structure began to lead to inefficiencies, and in 2000 Thermo Electron went into reverse. It reacquired many of the subsidiaries that the company had carved out only a few years earlier, and it spun off several of its progeny, including Viasis Health Care and Kadant Corp., a manufacturer of papermaking and paper-recycling equipment. Then in November 2006 Thermo Electron merged with Fisher Scientific.

### Asset Sales

The simplest way to divest an asset is to sell it. An *asset sale* or *divestiture* means sale of a part of one firm to another. This may consist of an odd factory or warehouse, but sometimes whole divisions are sold. Asset sales are another way of getting rid of "poor fits." Such sales are frequent. For example, one study found that over 30% of assets acquired in a sample of hostile takeovers were subsequently sold.[17]

Maksimovic and Phillips examined a sample of about 50,000 U.S. manufacturing plants each year from 1974 to 1992. About 35,000 plants in the sample changed hands during that period. One-half of the ownership changes were the result of mergers or acquisitions of entire firms, but the other half resulted from asset sales, that is, sale of part or all of a division.[18] Asset sales sometimes raise huge sums of money. For example, in 2009 mining giant Rio Tinto announced that it had sold its potash deposits to the Brazilian company Vale for $850 million. The deal was part of a package of asset sales that raised more than $4.5 billion for Rio Tinto in two years.

Announcements of asset sales are good news for investors in the selling firm and on average the assets are employed more productively after the sale.[19] It appears that asset sales transfer business units to the companies that can manage them most effectively.

### Privatization and Nationalization

A **privatization** is a sale of a government-owned company to private investors. In recent years almost every government in the world seems to have a privatization program. Here are some examples of recent privatization news:

- Pakistan sells a majority stake in Habib Bank (February 2004).
- Japan sells the West Japan Railway Company (March 2004).
- India sells a stake in ONGC, an oil exploration and production company (March 2004).
- Ukraine sells the steel company Kryvorizhstal (June 2004).
- Germany privatizes Postbank, the country's largest retail bank (June 2004).
- Turkey sells a 55% stake in Türk Telecom (November 2005).
- France sells 30% of EDF (Electricité de France; December 2005).
- China sells Industrial and Commercial Bank of China (October 2006).
- Poland announces plans to sell Tauron Polska Energia (July 2009).

---

[17] See S. Bhagat, A. Shleifer, and R. Vishny, "Hostile Takeovers in the 1980s: The Return to Corporate Specialization," *Brookings Papers on Economic Activity: Microeconomics,* 1990, pp. 1–12.

[18] V. Maksimovic and G. Phillips, "The Market for Corporate Assets: Who Engages in Mergers and Asset Sales and Are There Efficiency Gains?" *Journal of Finance* 56 (December 2001), Table 1, p. 2000.

[19] Ibid.

Most privatizations are more like carve-outs than spin-offs, because shares are sold for cash rather than distributed to the ultimate "shareholders," that is, the citizens of the selling country. But several former Communist countries, including Russia, Poland, and the Czech Republic, privatized by means of vouchers distributed to citizens. The vouchers could be used to bid for shares in the companies that were being privatized. Thus the companies were not sold for cash, but for vouchers.[20]

Privatizations have raised enormous sums for selling governments. China raised $22 billion from the privatization of the Industrial and Commercial Bank of China. The Japanese government's successive sales of its holding of NTT (Nippon Telegraph and Telephone) brought in $100 billion.

The motives for privatization seem to boil down to the following three points:

1. *Increased efficiency.* Through privatization, the enterprise is exposed to the discipline of competition and insulated from political influence on investment and operating decisions. Managers and employees can be given stronger incentives to cut costs and add value.

2. *Share ownership.* Privatizations encourage share ownership. Many privatizations give special terms or allotments to employees or small investors.

3. *Revenue for the government.* Last but not least.

There were fears that privatizations would lead to massive layoffs and unemployment, but that does not appear to be the case. While it is true that privatized companies operate more efficiently and thus reduce employment, they also grow faster as privatized companies, which increases employment. In many cases the net effect on employment is positive.

On other dimensions, the impact of privatization is almost always positive. A review of research on privatization concludes that the firms "almost always become more efficient, more profitable, . . . financially healthier and increase their capital investment spending."[21]

The process of privatization is not a one-way street. It can sometimes go into reverse and publicly owned firms may be taken over by the government. For example, as part of his aim to construct a Socialist republic in Venezuela, Hugo Chavez has nationalized firms in the banking, oil, power, telecom, steel, and cement sectors.

In some other countries temporary nationalization has been a pragmatic last resort for governments rather than part of a long-term strategy. So, when the giant mortgage companies Fannie Mae and Freddie Mac were threatened with bankruptcy in 2008, the U.S. government stepped in and took over the two firms. The following year, GM's bankruptcy resulted in the U.S. Treasury acquiring a 60% holding in the equity of the restructured firm.[22]

## 32-3 Private Equity

The years 2006 and 2007 witnessed an exceptional volume of private-equity deals. For example, in April 2007 one of the largest private-equity firms, Blackstone, won a $39 billion bidding contest for Equity Office Properties, the largest owner of office buildings in the United States. In July it invested nearly $12 billion in Biomet, a manufacturer of medical

---

[20] There is extensive research on voucher privatizations. See, for example, M. Boyco, A. Shleifer, and R. Vishny, "Voucher Privatizations," *Journal of Financial Economics* 35 (April 1994), pp. 249–266; and R. Aggarwal and J. T. Harper, "Equity Valuation in the Czech Voucher Privatization Auctions," *Financial Management* 29 (Winter 2000), pp. 77–100.

[21] W. L. Megginson and J. M. Netter, "From State to Market: A Survey of Empirical Studies on Privatization," *Journal of Economic Literature* 39 (June 2001), p. 381.

[22] The credit crisis prompted a number of company nationalizations throughout the world, such as that of Northern Rock in the U.K., Hypo Real Estate in Germany, Landsbanki in Iceland, and Anglo-Irish Bank in Ireland.

equipment. Three months later Blackstone announced the $27 billion purchase of Hilton, the hotel operator.

Perhaps the most interesting news of 2007 was DaimlerChrysler's announcement that it was selling an 80% stake in Chrysler to Cerberus Capital Management. Chrysler, one of Detroit's original Big Three automakers, merged into DaimlerChrysler in 1998, but the expected synergies between the Chrysler and Mercedes-Benz product lines were hard to grasp. The Chrysler division had some profitable years, but lost $1.5 billion in 2006. Prospects looked grim. DaimlerChrysler (now Daimler A. G.) *paid* Cerberus $677 million to take Chrysler off its hands. Cerberus assumed about $18 billion in pension and employee health-care liabilities, however, and agreed to invest $6 billion in Chrysler and its finance subsidiary.[23] Two years later, Chrysler filed for bankruptcy, wiping out Cerberus's investment.

Private equity was "hot" in many other countries in 2007. For example, Australia's largest retailers, Coles and Myer, went private. An investment consortium including the Australian Macquarie Bank and the Texas Pacific Group came within a gnat's eyelash of taking over Qantas, Australia's largest airline. (Macquarie also makes private-equity investments around the world, for example, in toll highways and shipping ports.)

With the onset of the credit crisis the LBO boom of 2007 withered rapidly. Although buyout firms entered 2008 with large amounts of equity, the debt market for leveraged buyouts dried up and the volume of deals fell by more than 70%. (You probably noticed that only one of the buyouts listed in Table 32.1 took place in 2008 or 2009.)

## Private-Equity Partnerships

Figure 32.2 shows how a private-equity investment fund is organized. The fund is a partnership, not a corporation. The *general partner* sets up and manages the partnership. The *limited partners* put up almost all of the money. Limited partners are generally institutional investors, such as pension funds, endowments, and insurance companies. Wealthy



> **FIGURE 32.2**
>
> Organization of a typical private-equity partnership. The limited partners, having put up almost all of the money, get first crack at the proceeds from sale or IPO of the portfolio companies. Once their investment is returned, they get 80% of any profits. The general partners, who organize and manage the partnership, get a 20% carried interest in profits.

**Investment Phase**
General partners put up 1% of capital

Management fees

Limited partners put in 99% of capital

**Partnership**

Investment in diversified portfolio of companies

**Payout Phase**
General partners get carried interest in 20% of profits

**Partnership**

Limited partners get investment back, then 80% of profits

Company 1
Company 2
⋮
Company *N*

Sale or IPO of companies

---

[23] Cerberus had previously purchased a controlling stake in GMAC, General Motors' finance subsidiary.

individuals may also participate. The limited partners have limited liability, like shareholders in a corporation, but do not participate in management.

Once the partnership is formed, the general partners seek out companies to invest in. Venture capital partnerships look for high-tech startups or adolescent companies that need capital to grow. LBO funds look for mature businesses with ample free cash flow that need restructuring. Some funds specialize in particular industries, for example, biotech, real estate, or energy. However, buyout funds like Blackstone's and Cerberus's look for opportunities almost anywhere.

The partnership agreement has a limited term, which is typically 10 years. The portfolio companies must then be sold and the proceeds distributed. So the general partners cannot reinvest the limited partners' money. Of course, once a fund is proved successful, the general partners can usually go back to the limited partners, or to other institutional investors, and form another one. (We mentioned three of Blackstone's 2007 deals earlier in this section. These buyouts were funded from Blackstone's existing investment partnerships. At the same time it was raising $20 billion for a *new* buyout fund and $10 billion for a new real estate fund.)

The general partners get a management fee, usually 1% or 2% of capital committed,[24] plus a *carried interest* in 20% of any profits earned by the partnership. In other words, the limited partners get paid off first, but then get only 80% of any further returns. The general partners therefore have a call option on 20% of the partnership's total future payoff, with an exercise price set by the limited partners' investment.[25]

You can see some of the advantages of private-equity partnerships:

- Carried interest gives the general partners plenty of upside. They are strongly motivated to earn back the limited partners' investment and deliver a profit.
- Carried interest, because it is a call option, gives the general partners incentives to take risks. Venture capital funds take the risks inherent in start-up companies. Buyout funds amplify business risks with financial leverage.
- There is no separation of ownership and control. The general partners can intervene in the fund's portfolio companies any time performance lags or strategy needs changing.
- There is no free-cash-flow problem: limited partners don't have to worry that cash from a first round of investments will be dribbled away in later rounds. Cash from the first round *must* be distributed to investors.

Private-equity deals have also been helped by low interest rates and easy access to financing.

The foregoing are good reasons why private equity has grown. But some contrarians say that rapid growth has also come from irrational exuberance and speculative excess. These investors stay on the sidelines and wait glumly (but hopefully) for a crash. They may have learned a useful lesson from the returns to private-equity investors in the 1990s. Returns to limited partners were good on average, about matching returns on the stock market. But some types of limited partners, including university endowments, earned systematically superior returns. Other classes of investors fell short. It seems that the late and unsophisticated money ended up in poorly performing funds.[26]

The popularity of private equity has also been linked to the costs and distractions of public ownership, including the costs of dealing with Sarbanes-Oxley and other legal and regulatory requirements. (We discussed Sarbanes-Oxley in Chapter 1.) Many CEOs and

---

[24] LBO and buyout funds also extract fees for arranging financing for their takeover transactions.

[25] The structure and compensation of private-equity partnerships are described in A. Metrick and A. Yasuda, "The Economics of Private Equity Funds," *Review of Financial Studies,* forthcoming.

[26] J. Lerner, A. Schoar, and W. Wongsunwai, "Smart Institutions, Foolish Choices: The Limited Partner Performance Puzzle," *Journal of Finance* 62 (April 2007), pp. 731–764.

CFOs feel pressured to meet short-term earnings targets. Perhaps they spend too much time worrying about these targets and about day-to-day changes in stock price. Perhaps going private avoids public investors' "short-termism" and makes it easier to invest for the long run. But recall that for private equity, the long run is the life of the partnership, 8 or 10 years at most. General partners *must* find a way to cash out of the companies in the partnership's portfolio. There are only two ways to cash out: an IPO or a *trade sale* to another company. Many of today's private-equity deals will be future IPOs, thus private-equity investors need public markets. The firms that seek divorce from public shareholders may well have to remarry them later.

### Are Private-Equity Funds Today's Conglomerates?

A *conglomerate* is a firm that diversifies across several unrelated businesses. Is Blackstone a conglomerate? Table 32.2, which lists some of the companies held by Blackstone funds, suggests that it is. Blackstone funds have invested in dozens of industries.

At the start of this chapter, we suggested that private equity today does some of the tasks that public conglomerates used to do. Let's take a brief look at the history of U.S. conglomerates.

The merger boom of the 1960s created more than a dozen sprawling conglomerates. Table 32.3 shows that by the 1970s some of these conglomerates had achieved amazing spans of activity. The largest conglomerate, ITT, was operating in 38 different industries and ranked eighth in sales among U.S. corporations.

Most of these conglomerates were broken up in the 1980s and 1990s. In 1995 ITT, which had already sold or spun off several businesses, split what was left into three separate firms. One acquired ITT's interests in hotels and gambling; the second took over ITT's automotive parts, defense, and electronics businesses, and the third specialized in insurance and financial services.

What advantages were claimed for the conglomerates of the 1960s and 1970s? First, diversification across industries was supposed to stabilize earnings and reduce risk. That's hardly compelling, because shareholders can diversify much more efficiently on their own.

**TABLE 32.2**

The Blackstone Group invests in many different industries. Here are some of its portfolio holdings in 2009.

*Source:* The Blackstone Group, **www.blackstone.com**.

| Company | Business | Company | Business |
|---|---|---|---|
| Alliant | Insurance | Nielsen | Media, publishing |
| Biomet | Medical equipment | Orangina | Soft drinks |
| Catalent | Pharmaceutical and health services | Pinnacle Foods | Convenience foods |
| Centerparcs | U.K. holiday villages | SunGard | Software |
| Freescale | Semiconductors for telecommunications | TDC | Danish telecom operator |
| Health Markets | Health insurance | Travelport | Travel agent |
| Hilton | Hospitality | United Biscuits | Biscuits, cookies, snacks |
| Michaels | Arts and crafts retailer | Weather Channel | Media |

**TABLE 32.3**

The largest conglomerates of 1979, ranked by sales compared with U.S. industrial corporations. Most of these companies have been broken up.

*Source:* A. Chandler and R. S. Tetlow (eds.), *The Coming of Managerial Capitalism* (Homewood, IL: Richard D. Irwin, Inc., 1985), p. 772. © 1985 Richard D. Irwin. See also J. Baskin and P. J. Miranti, Jr., *A History of Corporate Finance* (Cambridge, U.K.: Cambridge University Press, 1997), ch. 7.

| Sales Rank | Company | Number of Industries |
|---|---|---|
| 8 | International Telephone & Telegraph (ITT) | 38 |
| 15 | Tenneco | 28 |
| 42 | Gulf & Western Industries | 4 |
| 51 | Litton Industries | 19 |
| 66 | LTV | 18 |

Second, a widely diversified firm can operate an *internal capital market.* Free cash flow generated by divisions in mature industries (*cash cows*) can be funneled within the company to those divisions (*stars*) with plenty of profitable growth opportunities. Consequently, there is no need for fast-growing divisions to raise finance from outside investors.

There are some good arguments for internal capital markets. The company's managers probably know more about its investment opportunities than outside investors do, and transaction costs of issuing securities are avoided. Nevertheless, it appears that attempts by conglomerates to allocate capital investment across many unrelated industries were more likely to subtract value than add it. Trouble is, internal capital markets are not really markets but combinations of central planning (by the conglomerate's top management and financial staff) and intracompany bargaining. Divisional capital budgets depend on politics as well as pure economics. Large, profitable divisions with plenty of free cash flow may have the most bargaining power; they may get generous capital budgets while smaller divisions with good growth opportunities are reined in.

**Internal Capital Markets in the Oil Business**  Misallocation in internal capital markets is not restricted to pure conglomerates. For example, Lamont found that, when oil prices fell by half in 1986, diversified oil companies cut back capital investment in their *non-oil* divisions. The non-oil divisions were forced to "share the pain," even though the drop in oil prices did not diminish their investment opportunities. *The Wall Street Journal* reported one example:[27]

> Chevron Corp. cut its planned 1986 capital and exploratory budget by about 30% because of the plunge in oil prices. . . . A Chevron spokesman said that the spending cuts would be across the board and that no particular operations will bear the brunt.
>
> About 65% of the $3.5 billion budget will be spent on oil and gas exploration and production—about the same proportion as before the budget revision.
>
> Chevron also will cut spending for refining and marketing, oil and natural gas pipelines, minerals, chemicals, and shipping operations.

Why cut back on capital outlays for minerals, say, or chemicals? Low oil prices are generally good news, not bad, for chemical manufacturing, because oil distillates are an important raw material.

By the way, most of the oil companies in Lamont's sample were large, blue-chip companies. They could have raised additional capital from investors to maintain spending in their non-oil divisions. They chose not to. We do not understand why.

All large companies must allocate capital among divisions or lines of business. Therefore, they all have internal capital markets and must worry about mistakes and misallocations. But the danger probably increases as the company moves from a focus on one, or a few related industries, to unrelated conglomerate diversification. Look again at Table 32.3: how could top management of ITT keep accurate track of investment opportunities in 38 different industries?

Conglomerates face further problems. Their divisions' market values can't be observed independently, and it is difficult to set incentives for divisional managers. This is particularly serious when managers are asked to commit to risky ventures. For example, how would a biotech startup fare as a division of a traditional conglomerate? Would the conglomerate be as patient and risk-tolerant as investors in the stock market? How are the scientists and clinicians doing the biotech R&D rewarded if they succeed? We don't mean to say that high-tech innovation and risk-taking are impossible in public conglomerates, but the difficulties are evident.

---

[27] O. Lamont, "Cash Flow and Investment: Evidence from Internal Capital Markets," *Journal of Finance* 52 (March 1997), pp. 83–109. *The Wall Street Journal* quotation appears on pp. 89–90. © 1997 Dow Jones & Company, Inc.

The third argument for traditional conglomerates came from the idea that good managers were fungible; in other words, it was argued that modern management would work as well in the manufacture of auto parts as in running a hotel chain. Thus conglomerates were supposed to add value by removing old-fashioned managers and replacing them with ones trained in the new management science.

There was some truth in this claim. The best of the conglomerates did add value by targeting companies that needed fixing—companies with slack management, surplus assets, or excess cash that was not being invested in positive-NPV projects. These conglomerates targeted the same types of companies that LBO and private-equity funds would target later. The difference is that conglomerates would buy companies, try to improve them, and then manage for the long run. The long-run management was the most difficult part of the game. Conglomerates would buy, fix, and hold. Private equity buys, fixes, and sells. By selling (cashing out), private equity avoids the problems of managing the conglomerate firm and running internal capital markets.[28] You could say that private-equity partnerships are *temporary conglomerates*.

Table 32.4 summarizes a comparison by Baker and Montgomery of the financial structure of a private-equity fund and of a typical public conglomerate. Both are diversified, but the fund's limited partners do not have to worry that free cash flow will be plowed back into unprofitable investments. The fund has no internal capital market. Monitoring and compensation of management also differ. In the fund, each company is run as a separate business. The managers report directly to the owners, the fund's partners. Each company's managers own shares or stock options in that company, not in the fund. Their compensation depends on their firm's market value in a trade sale or IPO.

In a public conglomerate, these businesses would be divisions, not freestanding companies. Ownership of the conglomerate would be dispersed, not concentrated. The divisions would not be valued separately by investors in the stock market, but by the conglomerate's corporate staff, the very people who run the internal capital market. Managers' compensation

| Private-Equity Fund | Public Conglomerate |
|---|---|
| Widely diversified, investment in unrelated industries | Widely diversified, investment in unrelated industries. |
| Limited-life partnership forces sale of portfolio companies. | Public corporations designed to operate divisions for the long run. |
| No financial links or transfers between portfolio companies. | Internal capital market. |
| General partners "do the deal," then monitor; lenders also monitor. | Hierarchy of corporate staff evaluates divisions' plans and performance. |
| Managers' compensation depends on exit value of company. | Divisional managers' compensation depends mostly on earnings—"smaller upside, softer downside." |

▶ **TABLE 32.4**    Private-equity fund vs. public conglomerate. Both diversify, investing in a portfolio of unrelated businesses, but their financial structures are otherwise fundamentally different.

*Source:* Adapted from G. Baker and C. Montgomery, "Conglomerates and LBO Associations: A Comparison of Organizational Forms," working paper, Harvard Business School, Cambridge, MA, July 1996. Used by permission of the authors.

---

[28] Economists have tried to measure whether corporate diversification adds or subtracts value. Berger and Ofek estimate an average conglomerate discount of 12% to 15%. That is, the estimated market value of the whole is 12% to 15% less than the sum of the values of the parts. The chief cause of the discount seems to be overinvestment and misallocation of investment. See P. Berger and E. Ofek, "Diversification's Effect on Firm Value," *Journal of Financial Economics* 37 (January 1995), pp. 39–65. But not everyone is convinced that the conglomerate discount is real. Other researchers have found smaller discounts or pointed out statistical problems that make the discount hard to measure. See, for example, J. M. Campa and S. Kedia, "Explaining the Diversification Discount," *Journal of Finance* 57 (August 2002), pp. 1731–1762; and B. Villalonga, "Diversification Discount or Premium? Evidence from the Business Information Tracking Service," *Journal of Finance* 59 (April 2004), pp. 479–506.

wouldn't depend on divisions' market values because no shares in the divisions would be traded and the conglomerate would not be committed to selling the divisions or spinning them off.

You can see the arguments for focus and against corporate diversification. But we must be careful not to push the arguments too far. For example, GE, a very successful company, operates in a wide range of unrelated industries. Also, in the next chapter we will find that conglomerates, though rare in the U.S., are common, and apparently successful, in many parts of the world.

## 32-4 Bankruptcy

Some firms are forced to reorganize by the onset of financial distress. At this point they need to agree to a reorganization plan with their creditors or file for bankruptcy. We list the largest nonfinancial U.S. bankruptcies in Table 32.5. The credit crunch also ensured a good dose of very large financial bankruptcies. Lehman Brothers tops the list. It failed in September 2008 with assets of $691.1 billion. Two weeks later Washington Mutual went the same way with assets of $327.9 billion.

Bankruptcy proceedings in the United States may be initiated by the creditors, but in the case of public corporations it is usually the firm itself that decides to file. It can choose one of two procedures, which are set out in Chapters 7 and 11 of the 1978 Bankruptcy Reform Act. The purpose of **Chapter 7** is to oversee the firm's death and dismemberment, while **Chapter 11** seeks to nurse the firm back to health.

Most small firms make use of Chapter 7. In this case the bankruptcy judge appoints a trustee, who then closes the firm down and auctions off the assets. The proceeds from the auction are used to pay off the creditors. Secured creditors can recover the value of their collateral. Whatever is left over goes to the unsecured creditors, who take assigned places in a queue. The court and the trustee are first in line. Wages come next, followed by federal and state taxes and debts to some government agencies such as the Pension Benefit Guarantee Corporation. The remaining unsecured creditors mop up any remaining crumbs from the table.[29] Frequently the trustee needs to prevent some creditors from trying to jump the gun and collect on their debts, and sometimes the trustee retrieves property that a creditor has recently seized.

| Company | Bankruptcy Date | Total Assets Prebankruptcy ($ billions) |
|---|---|---|
| WorldCom | July 2002 | 103.9 |
| General Motors | July 2009 | 91.0 |
| Enron | December 2001 | 65.5 |
| Conseco | December 2002 | 61.4 |
| Chrysler | April 2009 | 39.3 |
| Pacific Gas and Electric | April 2001 | 36.2 |
| Texaco | April 1987 | 34.9 |
| Refco | October 2005 | 33.3 |
| Global Crossing | January 2002 | 30.2 |
| Calpine | December 2005 | 27.2 |
| UAL | December 2002 | 25.2 |

▶ **TABLE 32.5**

The largest nonfinancial bankruptcies.

*Source:* New Generation Research, Inc., **www.bankruptcydata.com**.

---

[29] On average there isn't much left. See M. J. White, "Survey Evidence on Business Bankruptcy," in *Corporate Bankruptcy,* ed. J. S. Bhandari and L. A. Weiss (Cambridge, U.K.: Cambridge University Press, 1996).

Managers of small firms that are in trouble know that Chapter 7 bankruptcy means the end of the road and, therefore, try to put off filing as long as possible. For this reason, Chapter 7 proceedings are often launched not by the firm but by its creditors.

When large public companies can't pay their debts, they generally attempt to rehabilitate the business. This is in the shareholders' interests; they have nothing to lose if things deteriorate further and everything to gain if the firm recovers. The procedures for rehabilitation are set out in Chapter 11. Most companies find themselves in Chapter 11 because they can't pay their debts. But sometimes companies have filed for Chapter 11 not because they run out of cash, but to deal with burdensome labor contracts or lawsuits. For example, Delphi, the automotive parts manufacturer, filed for bankruptcy in 2005. Delphi's North American operations were running at a loss, partly because of high-cost labor contracts with the United Auto Workers (UAW) and partly because of the terms of its supply contract with GM, its largest customer. Delphi sought the protection of Chapter 11 to restructure its operations and to negotiate better terms with the UAW and GM.

The aim of Chapter 11 is to keep the firm alive and operating while a plan of reorganization is worked out.[30] During this period, other proceedings against the firm are halted, and the company usually continues to be run by its existing management.[31] The responsibility for developing the plan falls on the debtor firm but, if it cannot devise an acceptable plan, the court may invite anyone to do so—for example, a committee of creditors.

The plan goes into effect if it is accepted by the creditors and confirmed by the court. Each *class* of creditors votes separately on the plan. Acceptance requires approval by at least one-half of votes cast in each class, and those voting "aye" must represent two-thirds of the value of the creditors' aggregate claim against the firm. The plan also needs to be approved by two-thirds of the shareholders. Once the creditors and the shareholders have accepted the plan, the court normally approves it, provided that each class of creditors is in favor and that the creditors will be no worse off under the plan than they would be if the firm's assets were liquidated and the proceeds distributed. Under certain conditions the court may confirm a plan even if one or more classes of creditors votes against it,[32] but the rules for a "cram-down" are complicated and we will not attempt to cover them here.

The reorganization plan is basically a statement of who gets what; each class of creditors gives up its claim in exchange for new securities or a mixture of new securities and cash. The problem is to design a new capital structure for the firm that will (1) satisfy the creditors and (2) allow the firm to solve the *business* problems that got the firm into trouble in the first place.[33] Sometimes satisfying these two conditions requires a plan of baroque complexity, involving the creation of a dozen or more new securities.

The Securities and Exchange Commission (SEC) plays a role in many reorganizations, particularly for large, public companies. Its interest is to ensure that all relevant and material information is disclosed to the creditors before they vote on the proposed plan of reorganization.

Chapter 11 proceedings are often successful, and the patient emerges fit and healthy. But in other cases rehabilitation proves impossible, and the assets are liquidated under Chapter 7. Sometimes the firm may emerge from Chapter 11 for a brief period before it is once again submerged by disaster and back in the bankruptcy court. For example, TWA came out of

---

[30] To keep the firm alive, it may be necessary to continue to use assets that were offered as collateral, but this denies secured creditors access to their collateral. To resolve this problem, the Bankruptcy Reform Act makes it possible for a firm operating under Chapter 11 to keep such assets as long as the creditors who have a claim on them are compensated for any decline in their value. Thus, the firm might make cash payments to the secured creditors to cover economic depreciation of the assets.

[31] Occasionally the court appoints a trustee to manage the firm.

[32] But at least one class of creditors must vote for the plan; otherwise the court cannot approve it.

[33] Although Chapter 11 is designed to keep the firm in business, the reorganization plan often involves the sale or closure of large parts of the business.

Chapter 11 bankruptcy at the end of 1993, was back again less than two years later, and then for a third time in 2001, prompting jokes about "Chapter 22" and "Chapter 33."[34]

## Is Chapter 11 Efficient?

Here is a simple view of the bankruptcy decision: Whenever a payment is due to creditors, management checks the value of the equity. If the value is positive, the firm makes the payment (if necessary, raising the cash by an issue of shares). If the equity is valueless, the firm defaults on its debt and files for bankruptcy. If the assets of the bankrupt firm can be put to better use elsewhere, the firm is liquidated and the proceeds are used to pay off the creditors; otherwise the creditors become the new owners and the firm continues to operate.[35]

In practice, matters are rarely so simple. For example, we observe that firms often petition for bankruptcy even when the equity has a positive value. And firms often continue to operate even when the assets could be used more efficiently elsewhere. The problems in Chapter 11 usually arise because the goal of paying off the creditors conflicts with the goal of maintaining the business as a going concern. We described in Chapter 18 how the assets of Eastern Airlines seeped away in bankruptcy. When the company filed for Chapter 11, its assets were more than sufficient to repay in full its liabilities of $3.7 billion. But the bankruptcy judge was determined to keep Eastern flying. When it finally became clear that Eastern was a terminal case, the assets were sold off and the creditors received less than $.9 billion. The creditors would clearly have been better off if Eastern had been liquidated immediately; the unsuccessful attempt at resuscitation cost the creditors $2.8 billion.[36]

Here are some further reasons that Chapter 11 proceedings do not always achieve an efficient solution:

1. Although the reorganized firm is legally a new entity, it is entitled to the tax-loss carryforwards belonging to the old firm. If the firm is liquidated rather than reorganized, the tax-loss carryforwards disappear. Thus there is a tax incentive to continue operating the firm even when its assets could be sold and put to better use elsewhere.

2. If the firm's assets are sold, it is easy to determine what is available to pay creditors. However, when the company is reorganized, it needs to conserve cash. Therefore, claimants are often paid off with a mixture of cash and securities. This makes it less easy to judge whether they receive a fair shake.

3. Senior creditors who know they are likely to get a raw deal in a reorganization may press for a liquidation. Shareholders and junior creditors prefer a reorganization. They hope that the court will not interpret the creditors' pecking order too strictly and that they will receive consolation prizes when the firm's remaining value is sliced up.

4. Although shareholders and junior creditors are at the bottom of the pecking order, they have a secret weapon—they can play for time. When they use delaying tactics, the junior creditors are betting on a stroke of luck that will rescue their investment. On the other hand, the senior claimants know that time is working against them, so they may be prepared to settle for a lower payoff as part of the price for getting the plan accepted. Also, prolonged bankruptcy cases are costly, as we pointed out in Chapter 18. Senior claimants may see their money seeping into lawyers' pockets and decide to settle quickly.

---

[34] One study found that after emerging from Chapter 11, about one in three firms reentered bankruptcy or privately restructured their debt. See E. S. Hotchkiss, "Postbankruptcy Reform and Management Turnover," *Journal of Finance* 50 (March 1995), pp. 3–21.

[35] If there are several classes of creditors in this simplistic model, the junior creditors initially become the owners of the company and are responsible for paying off the senior debt. They now face exactly the same decision as the original owners. If their newly acquired equity is valueless, they will also default and turn over ownership to the next class of creditors.

[36] These estimates of creditor losses are taken from L. A. Weiss and K. H. Wruck, "Information Problems, Conflicts of Interest, and Asset Stripping: Chapter 11's Failure in the Case of Eastern Airlines," *Journal of Financial Economics* 48 (April 1998), pp. 55–97.

But bankruptcy practices do change and in recent years Chapter 11 proceedings have become more creditor-friendly.[37] For example, equity investors and junior debtholders used to find that managers were willing allies in dragging out a settlement, but these days the managers of bankrupt firms often receive a key employee retention plan, which provides them with a large bonus if the reorganization proceeds quickly and a smaller one if the company lingers on in Chapter 11. This has contributed to a reduction in the time spent in bankruptcy from nearly two years before 1990 to about 16 months today.

While a reorganization plan is being drawn up, the company is likely to need additional working capital. It has, therefore, become increasingly common to allow the firm to buy goods on credit and to borrow money (known as *debtor in possession*, or *DIP*, debt). The lenders, who frequently comprise the firm's existing creditors, are liable to insist on stringent conditions and so have considerable influence on the outcome of the bankruptcy proceedings.

As creditors have gained more influence, shareholders of the bankrupt firms have received fewer and fewer crumbs. In recent years the court has faithfully observed the pecking order in about 90% of Chapter 11 settlements.

In 2009 GM and Chrysler both filed for bankruptcy. They were not only two of the largest bankruptcies ever, but they were also extraordinary legal events. With the help of billions of fresh money from the U.S. Treasury, the companies were in and out of bankruptcy court with blinding speed, compared with the normal placid pace of Chapter 11. The U.S. government was deeply involved in the rescue and the financing of New GM and New Chrysler. The nearby box explains some of the financial issues raised by the Chrysler bankruptcy. The GM bankruptcy raised similar issues.

### Workouts

If Chapter 11 reorganizations are not efficient, why don't firms bypass the bankruptcy courts and get together with their creditors to work out a solution? Many firms that are in distress *do* first seek a negotiated settlement, or **workout.** For example, they can seek to delay payment of the debt or negotiate an interest rate holiday. However, shareholders and junior creditors know that senior creditors are anxious to avoid formal bankruptcy proceedings. So they are likely to be tough negotiators, and senior creditors generally need to make concessions to reach agreement.[38] The larger the firm, and the more complicated its capital structure, the less likely it is that everyone will agree to any proposal.

Sometimes the firm does agree to an informal workout with its creditors and then files under Chapter 11 to obtain the approval of the bankruptcy court. Such *prepackaged or prenegotiated bankruptcies* reduce the likelihood of subsequent litigation and allow the firm to gain the special tax advantages of Chapter 11.[39] For example, in 2004 Trump Hotels & Casino Resorts arranged a *prepack* after reaching agreement with its creditors. Since 1980 about 25% of U.S. bankruptcies have been prepackaged or prenegotiated.[40]

### Alternative Bankruptcy Procedures

The United States bankruptcy system is often described as a debtor-friendly system. Its principal focus is on rescuing firms in distress. But this comes at a cost, for there are many instances in which the firm's assets would be better deployed in other uses. Michael Jensen,

---

[37] For a discussion of these changes see S. T. Bharath, V. Panchapegesan, and I. Werner, "The Changing Nature of Chapter 11," working paper, Ohio State University, October 2007.

[38] Franks and Torous show that creditors make even greater concessions to junior creditors in informal workouts than in Chapter 11. See J. R. Franks and W. N. Torous, "How Shareholders and Creditors Fare in Workouts and Chapter 11 Reorganizations," *Journal of Financial Economics* 35 (May 1994), pp. 13–33.

[39] In a prepackaged bankruptcy the debtor gains agreement to the reorganization plan before the filing. In a prenegotiated bankruptcy the debtor negotiates the terms of the plan only with the principal creditors.

[40] Data from Lynn LoPucki's Bankruptcy Research Database at **http://lopucki.law.ucla.edu**.

# The Controversial Chrysler Bankruptcy

▶ Chrysler was the weakest of the Big Three U.S. auto manufacturers. We have noted its purchase in 2007 by the private-equity fund Cerberus. By 2009, in the midst of the financial crisis and recession, Chrysler was headed for the dustbin unless it could arrange a rescue from the U.S. government. The rescue came *after* Chrysler's bankruptcy, however. Cerberus's stake was wiped out.

Chrysler filed for bankruptcy on April 30, 2009. It owed $6.9 billion to secured lenders, $5.3 billion to trade creditors (parts suppliers, for example), and $10 billion to a Voluntary Employees' Beneficiary Association (VEBA) trust set up to fund health and other benefits promised to retired employees. It also had unfunded pension liabilities, obligations to dealers, and warranty obligations to customers.

Just six weeks later on June 11 the bankruptcy was resolved, when all of Chrysler's assets and operations were sold to a new corporation for $2 billion. The $2 billion gave secured creditors 29 cents on the dollar. Fiat agreed to take over management of New Chrysler and received a 35% equity stake. New Chrysler received $6 billion in fresh loans from the U.S. Treasury and the Canadian government, in addition to $9.5 billion lent earlier. The Treasury and Canadian government also got 8% and 2% equity stakes, respectively.

The secured bondholders were of course unhappy. The court and government did not pause to see if Chrysler was really worth only $2 billion or if a higher value could have been achieved by breaking up the company. But the unsecured creditors must have been unhappier still, right? The sale for $2 billion left nothing to them.

Wrong! The trade creditors got a $5.3 billion debt claim on New Chrysler, 100 cents on the dollar. The unfunded pension liabilities and dealer and warranty obligations were likewise carried over dollar-for-dollar to New Chrysler. The VEBA trust got a $4.6 billion claim and a 55% equity stake.

We noted that junior creditors and stockholders sometimes get small slices of reorganized companies that emerge from bankruptcy. These consolation prizes are referred to as *violations of absolute priority,* because absolute priority pays senior creditors in full before junior creditors or stockholders get anything. But the Chrysler bankruptcy was resolved with *reverse* priority: junior claims were honored and senior claims mostly wiped out.

What this means for U.S. bankruptcy law and practice is not clear. Perhaps Chrysler's 42-day bankruptcy was a one-off deal never to be repeated, except by GM. But now secured investors worry that "junior creditors might leapfrog them if things don't work out."*

---

* George J. Schultze, quoted in M. Roe and D. Skeel, "Assessing the Chrysler Bankruptcy," **http://ssrn.com/abstract=1426530**. This article reviews the legal issues created by the reverse priority of creditors in the sale to New Chrysler.

---

a critic of Chapter 11, has argued that "the U.S. bankruptcy code is fundamentally flawed. It is expensive, it exacerbates conflicts of interest among different classes of creditors, and it often takes years to resolve individual cases." Jensen's proposed solution is to require that any bankrupt company be put immediately on the auction block and the proceeds distributed to claimants in accordance with the priority of their claims.[41]

In some countries the bankruptcy system is even more friendly to debtors. For example, in France the primary duties of the bankruptcy court are to keep the firm in business and preserve employment. Only once these duties have been performed does the court have a responsibility to creditors. Creditors have minimal control over the process, and it is the court that decides whether the firm should be liquidated or preserved. If the court

---

[41] M. C. Jensen, "Corporate Control and the Politics of Finance," *Journal of Applied Corporate Finance* 4 (Summer 1991), pp. 13–33. An ingenious alternative set of bankruptcy procedures is proposed in L. Bebchuk, "A New Approach to Corporate Reorganizations," *Harvard Law Review* 101 (1988), pp. 775–804; and P. Aghion, O. Hart, and J. Moore, "The Economics of Bankruptcy Reform," *Journal of Law, Economics and Organization* 8 (1992), pp. 523–546.

chooses liquidation, it may select a bidder who offers a lower price but better prospects for employment.

The U.K. is just about at the other end of the scale. When a British firm is unable to pay its debts, the control rights pass to the creditors. Most commonly, a designated secured creditor appoints a *receiver,* who assumes direction of the firm, sells sufficient assets to repay the secured creditors, and ensures that any excess funds are used to pay off the other creditors according to the priority of their claims.

Franks and Davydenko, who have examined alternative bankruptcy systems, found that banks responded to these differences in the bankruptcy code by adjusting their lending practices. Nevertheless, as you would expect, lenders recover a smaller proportion of their money in those countries that have a debtor-friendly bankruptcy system. For example, in France the banks recover on average only 47% of the money owed by bankrupt firms, while in the U.K. the corresponding figure is 69%.[42]

Of course, the grass is always greener elsewhere. In the United States and France, critics complain about the costs of trying to save businesses that are no longer viable. By contrast, in countries such as the U.K., bankruptcy laws are blamed for the demise of healthy businesses and Chapter 11 is held up as a model of an efficient bankruptcy system.

[42] S. A. Davydenko and J. R. Franks, "Do Bankruptcy Codes Matter? A Study of Defaults in France, Germany and the U.K.," *Journal of Finance* 63 (2008), pp. 565–608. For descriptions of bankruptcy in Sweden and Finland, see P. Stromberg, "Conflicts of Interest and Market Illiquidity in Bankruptcy Auctions: Theory and Tests," *Journal of Finance* 55 (December 2000), pp. 2641–2692; and S. A. Ravid and S. Sundgren, "The Comparative Efficiency of Small-Firm Bankruptcies: A Study of the U.S. and Finnish Bankruptcy Codes," *Financial Management* 27 (Winter 1998), pp. 28–40.

## SUMMARY

A corporation's structure is not immutable. Companies frequently reorganize by adding new businesses or disposing of existing ones. They may alter their capital structure and they may change their ownership and control. In this chapter we looked at some of the mechanisms by which companies transform themselves.

We started with leveraged buyouts (LBOs). An LBO is a takeover or buyout of a company or division that is financed mostly with debt. The LBO is owned privately, usually by an investment partnership. Debt financing is not the objective of most LBOs; it is a means to an end. Most LBOs are diet deals. The cash requirements for debt service force managers to shed unneeded assets, improve operating efficiency, and forego wasteful expenditure. The managers and employees are given a significant stake in the business, so they have strong incentives to make these improvements.

A leveraged restructuring is in many ways similar to an LBO. In this case the company puts *itself* on a diet. Large amounts of debt are added and the proceeds are paid out to shareholders. The company is forced to generate cash to service the debt, but there is no change in control and the company stays public.

Most investments in LBOs are made by private-equity partnerships. The limited partners, who put up most of the money, are mostly institutional investors, including pension funds, endowments, and insurance companies. The general partners, who organize and manage the funds, receive a management fee and get a carried interest in the fund's profits. We called these partnerships "temporary conglomerates." They are conglomerates because they create a portfolio of companies in unrelated industries. They are temporary because the partnership has a limited life, usually about 10 years. At the end of this period, the partnership's investments must be sold or taken public again in IPOs. Private-equity funds do not buy and hold; they buy, fix, and sell. Investors in the partnership therefore do not have to worry about wasteful reinvestment of free cash flow.

The private-equity market has been growing steadily. In contrast to these temporary conglomerates, public conglomerates have been declining in the United States. In public companies, unrelated diversification seems to destroy value—the whole is worth less than the sum of its parts. There are two possible reasons for this. First, since the value of the parts can't be observed separately, it is harder to set incentives for divisional managers. Second, conglomerates' internal capital markets are inefficient. It is difficult for management to appreciate investment opportunities in many different industries, and internal capital markets are prone to overinvestment and cross-subsidies.

Of course, companies shed assets as well as acquire them. Assets may be divested by spin-offs, carve-outs, or asset sales. In a spin-off the parent firm splits off part of its business into a separate public company and gives its shareholders stock in the company. In a carve-out the parent raises cash by separating off part of its business and selling shares in this business through an IPO. These divestitures are generally good news to investors; it appears that the divisions are moving to better homes, where they can be well managed and more profitable. The same improvements in efficiency and profitability are observed in privatizations, which are spin-offs or carve-outs of businesses owned by governments.

Companies in distress may reorganize by getting together with their creditors to arrange a workout. For example, they may agree to a delay in repayment. If a workout proves impossible, the company needs to file for bankruptcy. Chapter 11 of the Bankruptcy Act, which is used by most large public companies, seeks to reorganize the company and put it back on its feet again. However, the goal of paying off the company's creditors often conflicts with the aim of keeping the business going. As a result, Chapter 11 sometimes allows a firm to continue to operate when its assets could be better used elsewhere and the proceeds used to pay off creditors.

Chapter 11 tends to favor the debtor. But in some other countries the bankruptcy system is designed almost exclusively to recover as much cash as possible for the lenders. While U.S. critics of Chapter 11 complain about the costs of saving businesses that are not worth saving, commentators elsewhere bemoan the fact that their bankruptcy laws are causing the breakup of potentially healthy businesses.

**FURTHER READING**

*The following paper provides a general overview of corporate restructuring:*

B. E. Eckbo and K. S. Thorburn, "Corporate Restructurings: Breakups and LBOs," in B. E. Eckbo (ed.), *Handbook of Empirical Corporate Finance* (Amsterdam: Elsevier/North-Holland, 2007), Chapter 16.

*The papers by Kaplan and Stein, and Kaplan and Stromberg, provide evidence on the evolution and performance of LBOs. Jensen, the chief proponent of the free-cash-flow theory of takeovers, gives a spirited and controversial defense of LBOs:*

S. N. Kaplan and J. C. Stein, "The Evolution of Buyout Pricing and Financial Structure (Or What Went Wrong) in the 1980s," *Journal of Applied Corporate Finance* 6 (Spring 1993), pp. 72–88.

S. N. Kaplan and P. Stromberg, "Leveraged Buyouts and Private Equity," *Journal of Economic Perspectives* 23 (2009), pp. 121–146.

M. C. Jensen, "The Eclipse of the Public Corporation," *Harvard Business Review* 67 (September/October 1989), pp. 61–74.

*The Summer 2006 issue of the* Journal of Applied Corporate Finance *includes a panel discussion and several articles on private equity. Privatization is surveyed in:*

W. L. Megginson, *The Financial Economics of Privatization* (Oxford: Oxford University Press, 2005).

*The following books and articles survey the bankruptcy process. Bris, Welch, and Zhu give a detailed comparison of bankrupt firms' experience in Chapter 7 versus Chapter 11.*

E. I. Altman, *Corporate Financial Distress and Bankruptcy: A Complete Guide to Predicting and Avoiding Distress and Profiting from Bankruptcy*, 3rd ed. (New York: John Wiley & Sons, 2005).

E. S. Hotchkiss, K. John, R. M. Mooradian, and K. S. Thorburn, "Bankruptcy and the Resolution of Financial Distress," in B. E. Eckbo (ed.), *Handbook of Empirical Corporate Finance* (Amsterdam: Elsevier/North-Holland, 2007), Chapter 14.

L. Senbet and J. Seward, "Financial Distress, Bankruptcy and Reorganization," in R. A. Jarrow, V. Maksimovic, and W. T. Ziemba (eds.), *North-Holland Handbooks of Operations Research and Management Science: Finance,* vol. 9 (New York: Elsevier, 1995), pp. 921–961.

J. S. Bhandari, L. A. Weiss, and B. E. Adler (eds.), *Corporate Bankruptcy: Economic and Legal Perspectives* (Cambridge, U.K.: Cambridge University Press, 1996).

A. Bris, I. Welch, and N. Zhu, "The Costs of Bankruptcy: Chapter 7 Liquidation versus Chapter 11 Reorganization," *Journal of Finance* 61 (June 2006), pp. 1253–1303.

*Here are several good case studies on topics covered in this chapter:*

B. Burrough and J. Helyar, *Barbarians at the Gate: The Fall of RJR Nabisco* (New York: Harper & Row, 1990).

G. P. Baker, "Beatrice: A Study in the Creation and Destruction of Value," *Journal of Finance* 47 (July 1992), pp. 1081–1120.

K. H. Wruck, "Financial Policy as a Catalyst for Organizational Change: Sealed Air's Leveraged Special Dividend," *Journal of Applied Corporate Finance* 7 (Winter 1995), pp. 20–37.

J. Allen, "Reinventing the Corporation: The Satellite Structure of Thermo Electron," *Journal of Applied Corporate Finance* 11 (Summer 1998), pp. 38–47.

R. Parrino, "Spinoffs and Wealth Transfers: The Marriott Case," *Journal of Financial Economics* 43 (February 1997), pp. 241–274.

C. Eckel, D. Eckel, and V. Singal, "Privatization and Efficiency: Industry Effects of the Sale of British Airways," *Journal of Financial Economics* 43 (February 1997), pp. 275–298.

L. A. Weiss and K. H. Wruck, "Information Problems, Conflicts of Interest, and Asset Stripping: Chapter 11's Failure in the Case of Eastern Airlines," *Journal of Financial Economics* 48 (April 1998), pp. 55–97.

W. Megginson and D. Scannapieco, "The Financial and Economic Lessons of Italy's Privatization Program," *Journal of Applied Corporate Finance* 18 (Summer 2006), pp. 56–65.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

### BASIC

1. Define the following terms:
   a. LBO
   b. MBO
   c. Spin-off
   d. Carve-out
   e. Asset sale
   f. Privatization
   g. Leveraged restructuring

2. True or false?
   a. One of the first tasks of an LBO's financial manager is to pay down debt.
   b. Once an LBO or MBO goes private, it almost always stays private.

Visit us at www.mhhe.com/bma

  c.  Targets for LBOs in the 1980s tended to be profitable companies in mature industries.

  d.  "Carried interest" refers to the deferral of interest payments on LBO debt.

  e.  By 2008 new LBO and private-equity transactions were extremely rare.

  f.  The announcement of a spin-off is generally followed by a sharp fall in the stock price.

  g.  Privatizations are generally followed by massive layoffs.

  h.  On average, privatization seems to improve efficiency and add value.

**3.**  What are the government's motives in a privatization?

**4.**  What *advantages* have been claimed for public conglomerates?

**5.**  List the *disadvantages* of traditional U.S. conglomerates.

**6.**  Private-equity partnerships have a limited term. What are the advantages of this arrangement?

**7.**  What is the difference between Chapter 7 and Chapter 11 bankruptcies?

**8.**  True or false?

  a.  When a company becomes bankrupt, it is usually in the interests of stockholders to seek a liquidation rather than a reorganization.

  b.  In Chapter 11 a reorganization plan must be presented for approval by each class of creditor.

  c.  In a reorganization, creditors may be paid off with a mixture of cash and securities.

  d.  When a company is liquidated, one of the most valuable assets to be sold off is the tax-loss carryforward.

**9.**  Explain why equity can sometimes have a positive value even when companies file for bankruptcy.

## INTERMEDIATE

**10.**  True, false, or "It depends on . . ."?

  a.  Carve-out or spin-off of a division improves incentives for the division's managers.

  b.  Private-equity partnerships have limited lives. The main purpose is to force the general partners to seek out quick payback investments.

  c.  Managers of private-equity partnerships have an incentive to make risky investments.

**11.**  For what kinds of firm would an LBO or MBO transaction *not* be productive?

**12.**  Outline the similarities and differences between the RJR Nabisco LBO and the Sealed Air leveraged restructuring. Were the economic motives the same? Were the results the same? Do you think it was an advantage for Sealed Air to remain a public company?

**13.**  Examine some recent examples of divestitures. What do you think were the underlying reasons for them? How did investors react to the news?

**14.**  Read *Barbarians at the Gate* (Further Reading). What agency costs can you identify? (*Hint:* See Chapter 12.) Do you think the LBO was well-designed to reduce these costs?

**15.**  Explain the structure of a private-equity partnership. Pay particular attention to incentives and compensation. What types of investment were such partnerships designed to make?

**16.**  We described carried interest as an option. What kind of option? How does this option change incentives in a private-equity partnership? Can you think of circumstances where these incentive changes would be perverse, that is, potentially value-destroying? Explain.

**17.**  "Privatization appears to bring efficiency gains because public companies are better able to reduce agency costs." Why do you think this may (or may not) be true?

**18.**  We described several problems with Chapter 11 bankruptcy. Which of these problems could be mitigated by negotiating a prepackaged bankruptcy?

# 33

## MERGERS, CORPORATE CONTROL, AND GOVERNANCE

# Governance and Corporate Control Around the World

▶ **Much of corporate** finance (and much of this book) assumes a particular financial structure—-public corporations with actively traded shares and relatively easy access to financial markets. But there are other ways to organize and finance business ventures. The arrangements for ownership, control, and financing vary greatly around the world. In this chapter we consider some of these differences.

Corporations raise cash from financial markets and also from financial institutions. Markets are relatively more important in the United States, United Kingdom, and other "Anglo-Saxon" economies. Financial institutions, particularly banks, are relatively more important in many other countries, including Germany and Japan. In bank-based systems, individual investors are less likely to hold corporate debt and equity directly. Instead ownership passes through banks, insurance companies, and other financial intermediaries.

This chapter starts with an overview of financial markets, financial institutions, and sources of financing. We contrast Europe, Japan, and the rest of Asia to the United States and United Kingdom. Then Section 33-2 looks more closely at ownership, control, and governance. Here we start with the United States and United Kingdom and then turn to Japan, Germany, and the rest of the world. Section 33-3 asks whether these differences matter. For example, do well-functioning financial markets and institutions contribute to economic development and growth? What are the advantages and disadvantages of market-based versus bank-based systems?

Before starting on this worldwide tour, remember that the principles of financial management apply throughout the journey. The concepts and basic tools of the trade do not vary. For example, all companies in all countries should recognize the opportunity cost of capital (although the cost of capital is even harder to measure where stock markets are small or erratic). Discounted cash flow still makes sense. Real options are encountered everywhere. And even in bank-based financial systems, corporations participate in world financial markets—by trading foreign exchange or hedging risks in futures markets, for instance.

● ● ● ● ●

## 33-1 Financial Markets and Institutions

In most of this book we have assumed that a large part of debt financing comes from public bond markets. Nothing in principle changes when a firm borrows from a bank instead. But in some countries bond markets are stunted and bank financing is more important. Figure 33.1 shows the total values of bank loans, private (nongovernment) bonds, and stock markets in different parts of the world in 2007. To measure these financial claims on a comparable basis, the amounts are scaled by gross domestic product (GDP).[1]

---

[1] For more detailed data and discussion of the material in this section, see F. Allen, M. Chui, and A. Maddaloni, "Financial Structure and Corporate Governance in Europe, the USA, and Asia," in *Handbook of European Financial Markets and Institutions,* ed. X. Freixas, P. Hartmann, and C. Mayer (Oxford: Oxford University Press, 2008), pp. 31–67.



▶ **FIGURE 33.1**

Value of financial claims in 2007, percentage of GDP.

*Sources:* Bloomberg, IMF, World Federation of Exchanges, and BIS. We are grateful to Michael Chui for this figure.

Company financing in the United States is different from that in most other countries. The United States not only has a large amount of bank loans outstanding, but there is also a large stock market *and* a large corporate bond market. Thus the United States is said to have a market-based financial system. Stock market value is also high in the United Kingdom and Asia,[2] but bank loans are much more important than the bond market in these countries. In Europe[3] and Japan, bank financing again outpaces bond markets, but the stock market is relatively small. Most countries in Europe, including Germany, France, Italy, and Spain, have bank-based financial systems. So does Japan.

Let's look at these regions from a different perspective. Figure 33.2 shows the financial investments made by households, again scaled by GDP.[4] ("Households" means individual investors.) Household portfolios are divided into four categories: bank deposits, insurance policies and mutual and pension funds, equity securities, and "other." Notice in Figure 33.2 the differences in the total amounts of financial assets. Summing the columns for each country and region, the amount of financial assets is 275% of GDP in the United States, 288% in the United Kingdom, 286% in Japan, and 185% in Europe. This does not mean that European investors are poor, just that they hold less wealth in the form of financial assets. Figure 33.2 excludes other important investment categories, such as real estate or privately owned businesses. It also excludes the value of pensions provided by governments.

In the United States, a large fraction of households' portfolios is held directly in equity securities, mostly common stocks. Therefore individual investors can potentially play an important role in corporate governance. Direct equity holdings are smaller in the United

---

[2] Asia here includes Hong Kong, Indonesia, Korea, Malaysia, the Philippines, Singapore, Taiwan, and Thailand.

[3] Europe here includes: Austria, Belgium, Finland, France, Germany, Greece, Italy, the Netherlands, Portugal, Slovenia, and Spain.

[4] Data for Asia are not available for this and the following figures that summarize portfolio allocations.

▶ **FIGURE 33.2**

Household portfolio allocations, 1995–2007, percentage of GDP.

*Sources:* Bank of Japan, EUROSTAT, Federal Reserve Board, and the U.K. Office for National Statistics. We are grateful to Michael Chui for this figure.



Kingdom, smaller still in Europe, and smallest in Japan. Japanese households could not play a significant direct role in corporate governance even if they wanted to. They can't vote shares that they don't own.

Where direct equity investment is small, household investments in bank deposits, insurance policies, and mutual and pension funds are correspondingly large. In the United Kingdom, the insurance and funds category dominates, with bank deposits in second place. In Europe, bank deposits and insurance and funds run a close race for first. In Japan, bank deposits win by a mile, with insurance and funds in second place and equities a distant third.

Figure 33.2 tells us that in many parts of the world there are relatively few individual stockholders. Most individuals don't invest directly in equity markets, but indirectly, through insurance companies, mutual funds, banks, and other financial intermediaries. Of course the thread of ownership traces back through these intermediaries to individual investors. All assets are ultimately owned by individuals. There are no Martian or extraterrestrial investors that we know of.[5]

Now let's look at financial institutions. Figure 33.3 shows the financial assets held by financial institutions, including banks, mutual funds, insurance companies, pension funds, and other intermediaries. These investments are smaller in the United States, relative to GDP, than in other countries (as expected in the U.S. market-based system). Financial institutions in the United Kingdom, Europe, and Japan have invested large sums in loans and in deposits and currency. Holdings of equity are highest in the United Kingdom. These holdings are mainly owned by insurance companies and pension funds.

We've covered households and financial institutions. Is there any other source for corporate financing? Yes, financing can come from other corporations. Take a look at

---

[5] There may be owners not yet present on this planet, however. For example, endowments of educational, charitable, and religious organizations are partly held in trust for future generations.



▶ **FIGURE 33.3**

Financial institutions' portfolio allocations, 1995–2007, percentage of GDP.

*Sources:* Bank of Japan, EUROSTAT, Federal Reserve Board, and the U.K. Office for National Statistics. We are grateful to Michael Chui for this figure.

Figure 33.4, which shows the financial assets held by nonfinancial corporations. Perhaps the most striking feature is the large amount of equity held by firms in Europe. The amount of equity held in Japan and the United Kingdom is also large. In the United States it is relatively small. As we will see, these holdings of shares by other nonfinancial corporations have important implications for corporate ownership and governance.

Another interesting aspect of Figure 33.4 is the large amount of intercompany loans and trade credit (mostly trade credit) in Japan. Many Japanese firms rely heavily on trade-credit financing, that is, on accounts payable to other firms. Of course the other firms see the reverse side of trade credit: They are providing financing in the form of accounts receivable.

Figures 33.1 to 33.4 show that just drawing a line between market-based, "Anglo-Saxon" financial systems and bank-based financial systems is simplistic. We need to dig a little deeper when comparing financial systems. For example, more equity is held directly by households in the United States than in the United Kingdom and the portfolio allocations of households, nonfinancial corporations, and financial institutions are also significantly different. In addition, we noted the large cross-holdings of shares among European corporations. Finally, Japanese households put significantly more of their savings in banks and Japanese corporations use trade credit much more than in other advanced economies.

## Investor Protection and the Development of Financial Markets

What explains the importance of financial markets in some countries, while other countries rely less on markets and more on banks and other financial institutions? One answer is investor protection. Stock and bond markets thrive where investors in these markets are protected reasonably well.

◗ **FIGURE 33.4**

Nonfinancial
corporations' portfolio
allocations, 1995–2007,
Percentage of GDP.

*Sources:* Bank of Japan,
EUROSTAT, Federal Reserve
Board, and the U.K. Office for
National Statistics. We are
grateful to Michael Chui for
this figure.



Investors' property rights are much better protected in some parts of the world than others. La Porta, Lopez-de-Silanes, Shleifer, and Vishny have developed quantitative measures of investor protection based on shareholders' and creditors' rights and the quality of law enforcement. Countries with poor scores generally have smaller stock markets, measured by aggregate market value relative to GDP, and the numbers of listed firms and initial public offerings are smaller relative to population. Poor scores also mean less debt financing for private firms.[6]

It's easy to understand why poor protection of outside investors stunts the growth of financial markets. A more difficult question is why protection is good in some countries and poor in others. La Porta, Lopez-de-Silanes, Shleifer, and Vishny point to the origin of legal systems. They distinguish legal systems derived from the common-law tradition, which originated in England, from systems based on civil law, which evolved in France, Germany, and Scandinavia. The English, French, and German systems have spread around the world by conquest, imperialism, and imitation. Both shareholders and creditors are better protected by the law in countries that adopted the common-law tradition.

But Rajan and Zingales[7] point out that France, Belgium, and Germany, which are civil-law countries, had well-developed financial markets early in the twentieth century. Relative to GDP, these countries' financial markets were then about the same size as markets in the United Kingdom and bigger than those in the United States. These rankings were reversed in the second half of the century, after World War II, although financial markets are now expanding and playing a greater role in European economies. Rajan and Zingales believe that these reversals can be attributed to political trends and shifts in government policy. For

---

[6] R. La Porta, F. Lopez-de-Silanes, A. Shleifer, and R. Vishny, "Legal Determinants of External Finance," *Journal of Finance* 52 (July 1997) pp. 1131–1150, and "Law and Finance," *Journal of Political Economy* 106 (December 1998), pp. 1113–1155.

[7] R. Rajan and L. Zingales, *Saving Capitalism from the Capitalists* (New York: Crown Business, 2003).

example, they recount the backlash against financial markets after the stock market crash of 1929 and the expansion of government regulation and ownership in the Great Depression and after World War II.

## 33-2 Ownership, Control, and Governance

Who owns the corporation? In the United States and United Kingdom, we just say "the stockholders." There is usually just one class of common stock, and each share has one vote. Some stockholders may have more influence than others, but only because they own more shares. In other countries, ownership is not so simple, as we see later in this section.

What is the corporation's financial objective? Normally we just say "to maximize stockholder value." According to U.S. and U.K. corporation law, managers have a *fiduciary duty* to the shareholders. In other words, they are legally required to act in the interests of shareholders. Consider the classic illustration provided by an early case involving the Ford Motor Company. Henry Ford announced a special dividend, but then reneged, saying that the cash earmarked for the dividend would be spent for the benefit of employees. A shareholder sued on the grounds that corporations existed for the benefit of shareholders and the management did not have the right to improve the lot of workers at shareholders' expense. Ford lost the case.[8]

The idea that the corporation should be run in the interests of the shareholders is thus embedded in the law in the United States and United Kingdom. The board of directors is supposed to represent shareholders' interests. But laws and customs differ in other countries. Now we look at some of these differences. We start with Japan.

### Ownership and Control in Japan

Traditionally the most notable feature of Japanese corporate finance has been the **keiretsu.** A keiretsu is a network of companies, usually organized around a major bank. Japan is said to have a *main bank* system, with long-standing relationships between banks and firms. There are also long-standing business relationships between a keiretsu's companies. For example, a manufacturing company might buy most of its raw materials from group suppliers and in turn sell much of its output to other group companies.

The bank and other financial institutions at the keiretsu's center own shares in most of the group companies (though a commercial bank in Japan is limited to 5% ownership of each company). Those companies may in turn hold the bank's shares or each others' shares. For example, as of March 2009, Sumitomo Corporation held about 10% of Sumitomo Metal Industries, which in turn held about 2% of the shares of Sumitomo Corporation. Because of the cross-holdings, the number of shares available for purchase by outside investors is much lower than the total number outstanding.

The keiretsu is tied together in other ways. Most debt financing comes from the keiretsu's main bank or from affiliated financial institutions. Managers may sit on the boards of directors of other group companies, and a "presidents' council" of the CEOs of the most important group companies meets regularly.

Think of the keiretsu as a system of corporate governance, where power is divided among the main bank, the group's largest companies, and the group as a whole. This

---

[8] Subsequently it appeared that Henry Ford reneged on the dividend so that he could purchase blocks of shares at depressed prices!

confers certain financial advantages. First, firms have access to additional "internal" financing—internal to the group, that is. Thus a company with a capital budget exceeding operating cash flows can turn to the main bank or other keiretsu companies for financing. This avoids the cost or possible bad-news signal of a public sale of securities. Second, when a keiretsu firm falls into financial distress, with insufficient cash to pay its bills or fund necessary capital investments, a workout can usually be arranged. New management can be brought in from elsewhere in the group, and financing can be obtained, again "internally."

Hoshi, Kashyap, and Scharfstein tracked capital expenditure programs of a large sample of Japanese firms—many, but not all, members of keiretsus. The keiretsu companies' investments were more stable and less exposed to the ups and downs of operating cash flows or to episodes of financial distress.[9] It seems that the financial support of the keiretsus enabled members to invest for the long run, regardless of temporary setbacks.

Corporation law in Japan resembles that in the United States, but there are some important differences. For example, in Japan it is easier for shareholders to nominate and elect directors. Also, management remuneration must be approved at general meetings of shareholders.[10] Nevertheless, ordinary shareholders do not in fact have much influence. Japanese boards traditionally have 40 or 50 members, with only a handful who are potentially independent of management.[11] The CEO effectively controls nominations to the board. As long as the financial position of a Japanese corporation is sound, the CEO and senior management control the corporation. Outside stockholders have very little influence.

Given this control, plus the cross-holdings within industrial groups, it's no surprise that hostile takeovers are exceedingly rare in Japan. Also, Japanese corporations have been stingy with dividends, which probably reflects the relative lack of influence of outside shareholders. On the other hand, Japanese CEOs do not use their power to generate large sums of personal wealth. They are not well paid, compared to CEOs in most other developed countries. (Look back to Figure 12.1 for average top-management compensation levels for Japan and other countries.)

Cross-holdings reached a peak around 1990 when about 50% of corporations' shares were held by other Japanese companies and financial institutions. Starting in the mid-1990s a banking crisis began to emerge in Japan. This led firms to sell off bank shares because they viewed them as bad investments. Banks and firms in financial distress, including Nissan, sold off other companies' shares to raise funds. By 2004 the level of cross-holdings had fallen to 20%. In the next few years, however, cross-holdings rose again as companies in the steel and other industries began to worry about hostile takeovers, which was the original motivation for acquisition of cross-holdings in the 1950s and 1960s.[12]

## Ownership and Control in Germany

Traditionally banks in Germany played a significant role in corporate governance. This involved providing loans, owning large amounts of equity directly, and the proxy voting of

---

[9] T. Hoshi, A. Kashyap, and D. Scharfstein, "Corporate Structure, Liquidity and Investment: Evidence from Japanese Industrial Groups," *Quarterly Journal of Economics* 106 (February 1991), pp. 33–60, and "The Role of Banks in Reducing the Costs of Financial Distress in Japan," *Journal of Financial Economics* 27 (September 1990), pp. 67–88.

[10] These requirements have led to a unique feature of Japanese corporate life, the *sokaiya*, who are racketeers who demand payment in exchange for not disrupting shareholders' meetings.

[11] In recent years some Japanese companies such as Sony have changed to U.S.-style boards with fewer members and more independent directors.

[12] See H. Miyajima and F. Kuroki, "The Unwinding of Cross-Shareholding in Japan: Causes, Effects and Implications," in *Corporate Governance in Japan: Institutional Change and Organizational Diversity,* ed. M. Aoki, G. Jackson, and H. Miyajima (Oxford and New York: Oxford University Press, 2007), pp. 79–124. Also see "Criss-Crossed Capitalism," *The Economist* print edition, November 6, 2008.

shares held on behalf of customers. Over time this role has changed significantly. The relationship between the largest German bank, Deutsche Bank, and one of the largest German companies, Daimler AG, provides a good illustration.

Panel *a* of Figure 33.5 shows the 1990 ownership structure of Daimler, or as it was known then, Daimler-Benz. The immediate owners were Deutsche Bank with 28%, Mercedes Automobil Holding with 25%, and the Kuwait Government with 14%. The remaining 32% of the shares were widely held by about 300,000 individual and institutional investors. But this was only the top layer. Mercedes Automobil's holding was half owned by holding companies "Stella" and "Stern," for short. The rest of its shares were widely held. Stella's shares were in turn split four ways: between two banks; Robert Bosch, an industrial company; and another holding company, "Komet." Stern's ownership was split five ways but we ran out of space.[13]

Panel *b* shows the ownership structure in 2009. It is quite different. Deutsche Bank does not have a direct stake anymore. Its holdings of 5% are now via its investment funds. The Kuwait government still owns a substantial stake of about 8%, but considerably less than the 14% it owned in 1990. The only other large investor is Aabar Investments, which owns 9%. Aabar is itself majority-owned by International Petroleum Investment Company, which is in turn majority-owned by the Abu Dhabi government. In stark contrast to the situation in



**(a)**

▶ **FIGURE 33.5**

***Panel a:*** Ownership of Daimler-Benz, 1990;
***Panel b:*** Ownership of Daimler, 2009.
*(see next page)*

*Sources: Panel* a: J. Franks and C. Mayer, "The Ownership and Control of German Corporations," *Review of Financial Studies* 14 (Winter 2001), Figure 1, p. 949. © 2001 Oxford University Press. Used with permission. *Panel* b: OSIRIS Database (Bureau van Dijk Electronic publishing). We are grateful to Pedro Matos for providing this figure.

---

[13] A five-layer ownership tree for Daimler-Benz is given in S. Prowse, "Corporate Governance in an International Perspective: A Survey of Corporate Control Mechanisms among Large Firms in the U.S., U.K., Japan and Germany," *Financial Markets, Institutions, and Instruments* 4 (February 1995), Table 16.



**◗ FIGURE 33.5**

*(Continued)*

(b)

1990 when only 32% was widely held, in 2009 82% was widely held. The ownership structure has moved a long way toward the U.S. ownership pattern, where many large companies are entirely widely held.

An important reason for this dramatic change in ownership structure was a tax change that took effect in 2002. This exempted capital gains on shares held for more than one year from corporate taxation. Prior to that, the corporate capital gains rate had been 52%, which made selling shares very costly for corporations.

Daimler was not the only company to experience a significant drop in bank ownership. Dittman, Maug, and Schneider point out that average bank ownership of equity fell from 4.1% in 1994 to .4% in 2005. Board seats held by bank representatives fell from 9.6% to 5.6% of the total. Dittman, Maug, and Schneider's evidence suggests that banks are now primarily interested in using their board representation to promote their lending and investment banking activities. However, the companies on whose boards the bankers sit appear to perform worse than similar companies without such a presence.[14]

Other countries in continental Europe, such as France and Italy, also have complex corporate ownership structures. These countries have not had a dramatic tax change like that in Germany. However, there has been a steady stream of regulatory changes that have

---

[14] See I. Dittmann, E. Maug, and C. Schneider, "Bankers on the Boards of German Firms: What They Do, What They Are Worth, and Why They Are (Still) There," *Review of Finance,* forthcoming.

mostly had the effect of making the legal framework for corporate governance more similar to that in the U.S.[15]

## European Boards of Directors

Germany has a system of *codetermination.* Larger firms (generally firms with more than 2,000 employees) have *two* boards of directors: the supervisory board *(Aufsichtsrat)* and management board *(Vorstand).* Half of the supervisory board's members are elected by employees, including management and staff as well as labor unions. The other half represents stockholders and often includes bank executives. There is also a chairman appointed by stockholders who can cast tie-breaking votes if necessary.

The supervisory board represents the interests of the company as a whole, not just the interests of employees or stockholders. It oversees strategy and elects and monitors the management board, which operates the company. Supervisory boards typically have about 20 members, more than typical U.S. and U.K. boards but smaller than Japanese boards. Management boards have about 10 members.

In France, firms can elect a single board of directors, as in the United States, United Kingdom, and Japan, or a two-tiered board, as in Germany. The single-tiered board, which is more common, consists mostly of outside directors, who are shareholders and representatives from financial institutions with which the firm has relationships. The two-board system has a *conseil de surveillance,* which resembles a German supervisory board, and a *directoire,* which is the management board. As far as employee representation is concerned, partially privatized firms and firms where employees own 3% or more of the shares are mandated to have employee-elected directors.

## Ownership and Control in Other Countries

La Porta, Lopez-de-Silanes, and Shleifer surveyed corporate ownership in 27 developed economies.[16] They found relatively few firms with actively traded shares and dispersed ownership. The German pattern of significant ownership by banks and other financial institutions is also uncommon. Instead, firms are typically controlled by wealthy families or the state. The ultimate controlling shareholders typically have secure voting control even when they do not have the majority stake in earnings, dividends, or asset values.

Family control is common in Europe and also in Asia. Table 33.1 summarizes a study by Claessens, Djankov, and Lang, who traced ownership in 1996 for a sample of nearly 3,000 Asian companies. Except in Japan, a high proportion of public firms were family controlled. Thus wealthy families control large fractions of many Asian economies. For example, in Hong Kong, the 10 largest family groups control 32% of the assets of all listed firms. In Thailand, the top 10 families control 46% of assets. In Indonesia, they control nearly 58% of assets.

Family control does not usually mean a direct majority stake in the public firm. Control is usually exercised by cross-shareholdings, pyramids, and dual-class shares. We have already seen an example of cross-holdings with Sumitomo. Pyramids and dual-class shares need further explanation.

**Pyramids**   Pyramids are common in Asian countries as well as several European countries.[17] In a pyramid, control is exercised through a sequence of controlling positions in

---

[15] See L. Enriques and P. Volpin, "Corporate Governance Reforms in Continental Europe," *Journal of Economic Perspectives* 21 (2007), pp. 117–140.

[16] R. La Porta, F. Lopez-de-Silanes, and A. Shleifer, "Corporate Ownership around the World," *Journal of Finance* 54 (1999), pp. 471–517.

[17] L. A. Bebchuk, R. Kraakman, and G. R. Triantis, "Stock Pyramids, Cross-Ownership, and Dual Class Equity," in *Concentrated Corporate Ownership,* ed. R. Morck (Chicago: University of Chicago Press, 2000), pp. 295–318.

| Control [a] | | | | |
|---|---|---|---|---|
| | **Number of Firms in Sample** | **Family** | **State** | **Widely Held** | **Percentage of Assets [b] Controlled by Top 10 Families** |
| Hong Kong | 330 | 66.7% | 1.4% | 7.0% | 32.1% |
| Indonesia | 178 | 71.5 | 8.2 | 5.1 | 57.7 |
| Japan | 1,240 | 9.7 | 0.8 | 79.8 | 2.4 |
| Korea | 345 | 48.4 | 1.6 | 43.2 | 36.8 |
| Malaysia | 238 | 67.2 | 13.4 | 10.3 | 24.8 |
| Philippines | 120 | 44.6 | 2.1 | 19.2 | 52.5 |
| Singapore | 221 | 55.4 | 23.5 | 5.4 | 26.6 |
| Taiwan | 141 | 48.2 | 2.8 | 26.2 | 18.4 |
| Thailand | 167 | 61.6 | 8.0 | 6.6 | 46.2 |

▶ **TABLE 33.1**    Family control in Asia.

[a] "Control" means ownership of shares with at least 20% of voting rights. Percentages controlled by financial institutions or corporations are not reported.
[b] Percentage of total assets of all sample firms in each country.

*Source:* S. Claessens, S. Djankov, and L. H. P. Lang, "The Separation of Ownership and Control in East Asian Corporations," *Journal of Financial Economics* 58 (October/November 2000), Table 6, p. 103, and Table 9, p. 108. © 2000 Elsevier, used with permission.

several layers of companies. The actual operating companies are at the bottom of the pyramid. Above each operating company is a first holding company, then a second one, then perhaps others still higher in the pyramid.[18] Consider a three-tier pyramid and a single operating company. Assume that 51% of the votes confer control at each tier. Suppose that the second holding company—the highest one in the pyramid—holds a 51% controlling stake in a lower holding company, which in turn holds a 51% controlling stake in the operating company. A 51% stake in the highest holding company is really only a 26% stake in the operating company ($.51 \times .51 = .26$, or 26%). Thus an investor in the top holding company could control an operating company worth $100 million with an investment of only $26 million. By adding another layer, the required investment falls to $.51 \times 26 = \$13$ million.

Usually less than 51% of shares are needed for effective control, so the shareholders of the topmost holding company may be able to maintain control with an even smaller investment. Figure 33.6 shows how the Wallenberg family controls ABB, one of Sweden's largest companies. ABB, the operating company, is shown at the right of the diagram. ABB is controlled by Incentive, which holds 24% of ABB's shares but controls about 33% of the shareholder votes. Incentive is in turn controlled by Investor, an investment holding company, and by the Wallenberg family directly. The family also holds about 41% of Investor's votes. At each stage the family's voting control is at least 33%, which is amply sufficient to control the next layer of the pyramid.[19]

---

[18] A holding company is a firm whose only assets are controlling blocks of shares in other companies.

[19] Figure 33.6 shows only part of the Wallenberg holdings. The Wallenbergs control companies whose shares account for about 50% of the value of the Stockholm Stock Exchange. See J. Agnblad, E. Berglof, P. Hogfeld, and H. Svancar, "Ownership and Control in Sweden: Strong Owners, Weak Minorities and Social Control," in *The Control of Corporate Europe* ed. F. Barca and M. Becht (Oxford: Oxford University Press, 2001).



**FIGURE 33.6**

The pyramid that controls ABB, one of Sweden's largest companies.

*Source:* R. La Porta, F. Lopez-Silanes, and A. Shleifer, "Corporate Ownership Around the World," *Journal of Finance* 54 (April 1999), Figure 8, p. 488. Reprinted by permission from Blackwell Publishers Journal Rights.

**Dual-Class Equity**   Another way to maintain control is to hold stock with extra voting rights. (Note the extra voting rights at each level of the pyramid in Figure 33.6.) Extra votes can be attached to a special class of shares. For example, a firm's Class A shares could have 10 votes and the Class B shares only 1. *Dual-class equity* occurs frequently in many countries, including Brazil, Canada, Denmark, Finland, Germany, Italy, Mexico, Norway, South Korea, Sweden, and Switzerland. Stocks with different voting rights also occur (but less frequently) in Australia, Chile, France, Hong Kong, South Africa, the United Kingdom, and the United States. For example, the Ford Motor Company is still controlled by the Ford family, who hold a special class of shares with 40% of the voting power. Dual-class equity is forbidden in Belgium, China, Japan, Singapore, and Spain.

As we briefly discussed in Chapter 14, there is a wide variation in the value of votes across countries. Table 33.2 shows Tatiana Nenova's estimates of the value of controlling blocks in different countries, calculated as a fraction of firms' market values. These values are calculated from the differences in prices between ordinary shares and shares with extra votes. The range of values is large. For example, the Scandinavian countries have uniformly low premiums for control. South Korea and Mexico have very high control premiums.

Why is shareholder control valuable? For two reasons, one positive and one negative. The controlling shareholder may maximize value by monitoring management and making sure that the firm pursues the best operating and investment strategies. On the other hand, a controlling shareholder may be tempted to *capture* value by extracting private benefits at other shareholders' expense. In this case the control premium is really a discount on the

| Australia | .23 | Italy | .29 |
|---|---|---|---|
| Brazil | .23 | Korea | .48 |
| Canada | .03 | Mexico | .36 |
| Chile | .23 | Norway | .06 |
| Denmark | .01 | South Africa | .07 |
| Finland | .00 | Sweden | .01 |
| France | .28 | Switzerland | .06 |
| Germany | .09 | U.K. | .10 |
| Hong Kong | −.03 | U.S. | .02 |

**TABLE 33.2**   The value of control-block votes as a proportion of firm value.

*Source:* T. Nenova, "The Value of Corporate Voting Rights and Control: A Cross-Country Analysis," *Journal of Financial Economics* 68 (June 2003), Table 4, p. 336. © 2003 Elsevier, used with permission.

shares with inferior voting rights, a discount reflecting the value that these shareholders can*not* expect to receive.

## Conglomerates Revisited

Of course there are also examples of U.S. companies that are controlled by families or by investors holding large blocks of stock. But in these cases control is exercised for a single firm, not a group of firms. Elsewhere in the world, and particularly in countries without fully developed financial markets, control extends to groups of firms in several different industries. These industrial groups are really conglomerates.

In Korea, for example, the 10 largest conglomerates control roughly two-thirds of the corporate economy. These *chaebols* are also strong exporters: names like Samsung and Hyundai are recognized worldwide. Conglomerates are also common in Latin America. One of the more successful, the Chilean holding company Quinenco, is a dizzying variety of businesses, including hotels and brewing, mobile telephone services, banking, and the manufacture of copper cable. Widely diversified groups are also common in India. The largest, the Tata Group, spans 80 companies in various industries, including steel, electric power, real estate, telecommunications, and financial services. All of these companies are public, but control rests with the group and ultimately with the Tata family.

The United States had a conglomerate merger wave in the 1960s and 1970s, but diversification didn't deliver value in the longer run, and most of the conglomerates of that era have dissolved. But conglomerates survive and grow in developing economies. Why?

Family ownership is part of the answer. A wealthy family can reduce risk, while maintaining control and expanding the family business into new industries. Of course the family could also diversify by buying shares of other companies. But where financial markets are limited and investor protection is poor, internal diversification can beat out financial diversification. Internal diversification means running an internal capital market, but if a country's financial markets and institutions are substandard, an internal capital market may not be so bad after all.

"Substandard" does not just mean lack of scale or trading activity. It may mean government regulations limiting access to bank financing or requiring government approval before bonds or shares are issued.[20] It may mean poor information. If accounting standards are loose and companies are secretive, monitoring by outside investors becomes especially costly and difficult, and agency costs proliferate.

Internal diversification may also be the only practical way to grow. You can't be big *and* focused in a small, closed economy, because the scale of one-industry companies is limited by the local market. Size can be an advantage if larger companies have easier access to international financial markets. This is important if local financial markets are inefficient.

Size also means political power, which is especially important in managed economies or in countries where the government economic policy is unpredictable. In Korea, for example, the government has controlled access to bank loans. Bank lending has been directed to government-approved uses. The Korean conglomerate chaebols have usually been first in line.

Many widely diversified business groups have been efficient and successful, particularly in countries like Korea that have grown rapidly. But there is also a dark side. Sometimes conglomerate business groups *tunnel* resources between the group companies at

---

[20] In the United States, the SEC does *not* have the power to deny share issues. Its mandate is only to assure that investors are given adequate information.

the expense of outside minority shareholders. Group company X can transfer value to Y by lending it money at a low interest rate, buying some of Y's output at high prices or selling X's assets to Y at low prices. Bertrand, Mehta, and Mullainathan found evidence of widespread tunneling in India.[21] Johnson, Boone, Breach, and Friedman note that the temptation to tunnel is stronger during a recession or financial crisis and argue that tunneling—and poor corporate governance in general—contributed to the Asian crisis of 1997–1998.[22]

## 33-3 Do These Differences Matter?

A good financial system appears to accelerate economic growth.[23] In fact, at least rudimentary finance may be necessary for any growth at all. Raghu Rajan and Luigi Zingales give the example of a bamboo-stool maker in Bangladesh, who needed 22 cents to buy the raw materials for each stool. Unfortunately, she did not have the 22 cents and had to borrow it from middlemen. She was forced to sell the stools back to the lenders in repayment for the loans and was left with only 2 cents' profit. Because of a lack of finance, she was never able to break out of this cycle of poverty. In contrast, they give the example of Kevin Taweel and Jim Ellis, two Stanford MBAs, who were able to purchase their own business soon after graduating. They had insufficient capital of their own but were able to raise seed funding to search for the right acquisition, and then additional funding to complete it.[24] Taweel and Ellis were the beneficiaries of a modern financial system, including a sophisticated private-equity market.

It is easy to understand the connection between financial and economic development by considering a very simple financial decision. Suppose you need to decide whether to extend credit to a small business. If you are in the United States, you can almost instantaneously pull down a Dun and Bradstreet report via the Internet on any one of several million businesses. This report will show the company's financial statements, the average size of its bank balances, and whether it pays its bills on time. You will also receive an overall credit score for the company. Such widely available credit information reduces the cost of lending and increases the availability of credit. It also means that no one lender has a monopoly of information, which increases competition among suppliers of credit and reduces the costs to borrowers. In contrast, good credit information is not readily available in most developing economies, and lenders to small businesses are both few and expensive.

Of course finance matters. But does the nature of a country's financial system matter as long as it is advanced? Does it matter whether a developed country has a market-based or bank-based system? Both types are effective, but each has potential advantages.

### Risk and Short-termism

If you look back to Figure 33.2, you will see that in different countries the amount of risk borne by households in their financial portfolios varies significantly. At one extreme is

[21] M. Bertrand, P. Mehta, and S. Mullainathan, "Ferreting out Tunneling: An Application to Indian Business Groups," *Quarterly Journal of Economics* 117 (February 2002), pp. 121–148.

[22] S. Johnson, P. Boone, A. Breach, and E. Friedman, "Corporate Governance in the Asian Financial Crisis," *Journal of Financial Economics* 58 (October/November 2000), pp. 141–186.

[23] R. Levine, "Financial Development and Economic Growth: Views and Agenda," *Journal of Economic Literature* 35 (1997), pp. 688–726; and R. Rajan and L. Zingales, "Financial Dependence and Growth," *American Economic Review* 88 (1998), pp. 559–586.

[24] R. Rajan and L. Zingales, *Saving Capitalism from the Capitalists* (New York: Crown Business, 2003), pp. 4–8.

Japan, where households hold over half of their financial assets in bank accounts. Much of the remainder is in insurance and pension funds, which in Japan mainly make fixed payments and are not linked to the stock market. Only a small proportion of household portfolios are linked to the stock market and to the business risk of Japanese corporations. European households also have relatively little direct exposure to the risks of the corporate sector. At the other extreme, households in the United States have large investments in shares and mutual funds.

Of course someone has to bear business risks. The risks that are not borne directly by households are passed on to banks and other financial institutions, and finally to the government. In most countries, the government guarantees bank deposits either explicitly or implicitly. If the banks get into trouble, the government steps in and society as a whole bears the burden. This is what happened in the crisis of 2007–2009.[25]

Some people argue that firms are free to "invest for the long run" in bank-based systems where financial institutions absorb business risks and few individuals invest directly in the stock market. The close ties of Japanese and German companies to banks are supposed to prevent the dreaded disease of *short-termism*. Firms in the United States and United Kingdom are supposedly held captive by shareholders' demands for quick payoffs and therefore have to deliver quick earnings growth at the expense of long-term competitive advantage. Many found this argument persuasive in the late 1980s when the Japanese and German economies were especially robust.[26] But market-based economies surged ahead in the 1990s, and views have changed accordingly.

## Growth Industries and Declining Industries

Market-based systems seem to be particularly successful in developing brand-new industries. For example, railways were first developed in the United Kingdom in the nineteenth century, financed largely through the London Stock Exchange. In the twentieth century, the United States led development of mass production in the automobile industry, even though the automobile was invented in Germany. The commercial aircraft industry was also mainly developed in the United States, as was the computer industry after World War II, and more recently the biotechnology and Internet industries.[27] On the other hand, Germany and Japan, two countries with bank-based financial systems, have sustained their competitive advantages in established industries, such as automobiles.

Why are financial markets better at fostering innovative industries?[28] When new products or processes are discovered, there is a wide diversity of opinion about the prospects for a new industry and the best way to develop it. Financial markets accommodate this diversity, allowing young, ambitious companies to search out like-minded investors to fund their growth. This is less likely when financing has to come through a few major banks.

---

[25] Another possibility is that banks that take a long-run view and are not subject to intense competition can smooth risk across different generations by building up reserves when returns are high and running them down when returns are low. Competition from financial markets prevents this type of intergenerational risk sharing. Generations with high returns want to receive their full returns and will not be willing to have reserves built up. See F. Allen and D. Gale, "Financial Markets, Intermediaries, and Intertemporal Smoothing," *Journal of Political Economy* 105 (June 1997), pp. 523–546.

[26] See M. Porter, "Capital Disadvantage: America's Failing Capital Investment System," *Harvard Business Review*, September/October 1992, pp. 65–82.

[27] There are counterexamples, such as the development of the chemical industry on a large scale in nineteenth-century Germany.

[28] See F. Allen and D. Gale, "Diversity of Opinion and the Financing of New Technologies," *Journal of Financial Intermediation* 8 (April 1999), pp. 68–89.

Market-based systems also seem to be more effective at forcing companies in declining industries to shrink and release capital.[29] When a company cannot earn its cost of capital and further growth would destroy value, stock price drops, and the drop sends a clear negative signal. But in bank-based financial systems, uneconomic firms are often bailed out. When Mazda faltered in the 1970s, Sumitomo Bank guaranteed Mazda's debts and orchestrated a rescue, in part by exhorting employees within its keiretsu to purchase Mazda cars. Sumitomo Bank had an incentive to undertake the rescue, because it knew that it would keep Mazda's business when it recovered. In the 1990s, Japanese banks continued to lend to "zombie" firms long after it became clear that prospects for their recovery were hopeless. For example, a coalition of banks kept the Japanese retailer Sogo afloat for years, despite clear evidence of insolvency. When Sogo finally failed in 2000, its debts had accumulated to ¥1.9 trillion.[30]

## Transparency and Governance

Despite all the advantages of market-based systems, serious accidents happen. Think of the many sudden, costly corporate meltdowns after the telecom and dot.com boom of the late 1990s. In the last chapter we noted the $100 billion bankruptcy of WorldCom (now reorganized as MCI). But the most notorious meltdown was Enron, which failed in late 2001.

Enron started as a gas pipeline company, but expanded rapidly into trading energy and commodities, and made large investments in electricity generation, broadband communications, and water companies. By the end of 2000, its total stock market value was about $60 billion. A year later, it was bankrupt. But that $60 billion wasn't really lost when Enron failed, because most of that value wasn't there in the first place. By late 2001, Enron was in many ways an empty shell. Its stock price was supported more by investors' enthusiasm than by profitable operating businesses. The company had also accumulated large hidden debts. For example, Enron borrowed aggressively through *special-purpose entities* (SPEs). The SPE debts were not reported on its balance sheet, even though many of the SPEs did not meet the requirements for off-balance-sheet accounting. (The fall of Enron also brought down its accounting firm, Arthur Andersen.)

The bad news started to leak out in the last months of 2001. In October, Enron announced a $1 billion write-down of its water and broadband businesses. In November, it consolidated its SPEs retroactively, which increased the debt on its balance sheet by $658 million and reduced past earnings by $591 million.[31] Its public debt was downgraded to junk ratings on November 28 and on December 2 it filed for bankruptcy.

Enron demonstrated the importance of *transparency* in market-based financial systems. If a firm is transparent to outside investors—if the investors can see its true profitability and prospects—then problems will show up right away in a falling stock price. That in turn generates extra scrutiny from security analysts, bond rating agencies, and investors. It may also lead to a takeover.

With transparency, corporate troubles generally lead to corrective action. But the top management of a troubled opaque company may be able to maintain its stock price and postpone the discipline of the market. Market discipline caught up with Enron only a month or two before bankruptcy.

---

[29] See R. Rajan and L. Zingales, "Banks and Markets: The Changing Character of European Finance," in V. Gaspar, P. Hartmann, O. Sleijpen (eds.), *The Transformation of the European Financial System,* Second ECB Central Banking Conference, October 2002, Frankfurt, Germany, (Frankfurt: European Central Bank, 2003), pp. 123–167.

[30] T. Hoshi and A. Kashyap, "Japan's Financial Crisis and Economic Stagnation," *Journal of Economic Perspectives* 18 (Winter 2004), pp. 3–26.

[31] Enron faced many further financial problems. For example, it told investors that it had hedged business risks in SPE transactions, but failed to say that many of the SPEs were backed up by pledges of Enron shares. When Enron's stock price fell, the hedges unraveled. See P. Healy and K. Palepu, "The Fall of Enron," *Journal of Economic Perspectives* 17 (Spring 2003), pp. 3–26.

Opaqueness is not so dangerous in a bank-based system. Firms will have long-standing relationships with banks, which can monitor the firm closely and urge it to staunch losses or to cancel excessively risky strategies. But no financial system can avoid occasional corporate meltdowns.

Parmalat, the Italian food company, appeared to be a solidly profitable firm with good growth prospects. It had expanded around the world, and by 2003 was operating in 30 countries with 36,000 employees. It reported about €2 billion in debt but also claimed to hold large portfolios of cash and short-term liquid securities. But doubts about the company's financial strength began to accumulate. On December 19, 2003, it was revealed that a €3.9 billion bank deposit reported by Parmalat had never existed. Parmalat's stock price fell by 80% in two weeks, and it was placed in administration (the Italian bankruptcy process) on December 24. Investors learned later that Parmalat's true debts exceeded €14 billion, that additional billions of euros of asset value had disappeared into a black hole, and that its sales and earnings had been overstated.

It's nice to dream of a financial system that would completely protect investors against nasty surprises like Enron and Parmalat. Complete protection of investors is impossible, however. In fact, complete protection would be unwise and inefficient even if it were feasible. Why? Because outside investors cannot know everything that managers are doing or why they are doing it. Laws and regulations can specify what managers can't do but can't tell them what they should do. Therefore managers have to be given discretion to act in response to unanticipated problems and opportunities.

Once managers have discretion, they will consider their self-interest as well as investors' interests. Agency problems are inevitable. The best a financial system can do is to protect investors reasonably well and to try to keep managers' and investors' interests congruent. We have discussed agency problems at several points in this book, but it won't hurt to reiterate the mechanisms that keep these problems under control:

- Laws and regulations that protect outside investors from self-dealing by insiders.
- Disclosure requirements and accounting standards that keep public firms reasonably transparent.
- Monitoring by banks and other financial intermediaries.
- Monitoring by boards of directors.
- The threat of takeover (although takeovers are very rare in some countries).
- Compensation tied to earnings and stock price.

In this chapter we have stressed the importance of investor protection for the development of financial markets. But don't assume that more protection for investors is always a good thing. A corporation is a kind of partnership between outside investors and the managers and employees who operate the firm. The managers and employees are investors too: they commit human capital instead of financial capital. A successful firm requires co-investment of human and financial capital. If you give the financial capital too much power, the human capital won't show up—or if it does show up, it won't be properly motivated.[32]

---

[32] It is difficult to observe effort and the value of human capital, and therefore difficult to set up compensation schemes that reward effort and human capital appropriately. Thus it can be better to allow managers some leeway to act in their own interests to preserve their incentives. Stockholders can provide this leeway by relaxing some of their rights and committing not to interfere if managers and employees capture private benefits when the firm is successful. How to commit? One way is to take the firm public. Direct intervention by public stockholders in the operation of the firm is difficult and therefore rare. See M. Burkart, D. Gromb, and F. Panunzi, "Large Shareholders, Monitoring and the Value of the Firm," *Quarterly Journal of Economics* 112 (1997), pp. 693–728; S. C. Myers, "Outside Equity," *Journal of Finance* 55 (June 2000), pp. 1005–1037; and S. C. Myers, "Financial Architecture," *European Financial Management* 5 (July 1999), pp. 133–142.



It's customary to distinguish market-based and bank-based financial systems. The United States has a market-based system, because it has large stock and bond markets. The United Kingdom also has a market-based system: its bond market is less important, but the U.K. stock market still plays a crucial role in corporate finance and governance. Germany and Japan have bank-based systems, because most debt financing comes from banks and these countries' stock markets are less important.

Of course the simple distinction between banks and markets is far from the end of the story. For example:

- U.K. households tend to hold shares indirectly, through equity-linked insurance and pensions. Direct investment in shares is much less common than in the United States.
- Japanese households bear relatively little equity risk. Most of their savings goes into bank accounts and insurance policies.
- In Europe, large blocks of a company's stock are often held by other corporations.
- In Japan, companies rely heavily on trade-credit financing, that is, on accounts payable to other companies.

In Japan and Germany, the role of banks goes beyond just lending money. The largest Japanese banks are the hubs of *keiretsus,* large, cooperative groups of firms. Each keiretsu is held together by long-standing ties to the main bank and by extensive cross-shareholdings within group companies. German banks also have traditionally had long-standing ties to their corporate customers (the *hausbank* system). The banks end up voting shares held for other investors.

Ownership of large, public corporations in the United States and United Kingdom is pretty simple: there is one class of shares, which trade actively, and ownership is dispersed. In Japan, there is usually one class of shares, but a significant fraction of the shares is locked up in cross-shareholdings within keiretsus, although this fraction has decreased since the mid-1990s. Japanese stockholders have little say in corporate governance. European stockholders likewise have little say, given the concentration of ownership by banks and other corporations.

In the United States and United Kingdom, the law puts shareholders' interests first. Managers and boards of directors have a fiduciary duty to shareholders. But in Germany, the management board, which runs the business, answers to a supervisory board, which represents all employees as well as investors. The company as a whole is supposed to come first.

Outside the largest developed economies, a different pattern of ownership emerges. Groups of companies are controlled by families and sometimes by the state. Control is maintained by cross-shareholdings, pyramids, and issues of shares with extra voting rights to the controlling investors.

Wealthy families control large fractions of the corporate sector in many developing economies. These family groups operate as conglomerates. Conglomerates are a declining species in the United States, but a conglomerate's internal capital market can make sense where financial markets and institutions are not well-developed. The conglomerates' scale and scope may also provide political power, which can add value in countries where the government tries to manage the economy or where laws and regulations are enforced erratically.

Concentrated family control can be a good thing, if it is used to force managers to run a tight ship and focus on value-maximizing investments. But concentration of control can also open the door to tunneling of resources out of the firm at the expense of minority investors.

Protection for outside investors varies greatly around the world. Where protection is good, market-based systems flourish. These systems have certain advantages: they appear to foster innovation and to encourage the release of capital from declining industries. On the other hand, market-based systems may end up investing too much in trendy innovations, as the collapse of the dot.com and telecom boom has illustrated. Bank-based systems may be better-suited to established industries. These systems also help shield individuals from direct exposure to stock market risk.

Market-based systems work only when public firms are reasonably transparent to investors. When they are opaque, like Enron, occasional meltdowns can be expected. Bank-based financial

Visit us at www.mhhe.com/bma

systems may have an advantage in monitoring and controlling opaque firms. The banks have long-standing relationships with their corporate customers, and therefore have better information than outside investors.

**FURTHER READING**

*The following studies survey or compare financial systems:*

F. Allen and D. Gale, *Comparing Financial Systems* (Cambridge, MA: MIT Press, 2000).

T. Hoshi and A. Kashyap, *Corporate Financing and Governance in Japan: The Road to the Future* (Cambridge, MA: MIT Press, 2001).

J. P. Krahnen and R. H. Schmidt (eds.), *The German Financial System* (Oxford: Oxford University Press, 2004).

R. La Porta, F. Lopez-de-Silanes, and A. Shleifer, "Corporate Ownership around the World," *Journal of Finance* 54 (April 1999), pp. 471–517.

*For excellent discussions of corporate governance, see:*

M. Becht, P. Bolton, and A. Röell, "Corporate Governance and Control" in G. Constantinides, M. Harris, and R. Stulz (eds.), *Handbook of the Economics of Finance* (Amsterdam: North-Holland, 2003), pp. 1–109.

R. Morck and B. Yeung, "Never Waste a Good Crisis: An Historical Perspective on Comparative Corporate Governance," *Review of Financial Economics 1* (November 2009), forthcoming.

A. Shleifer and R. W. Vishny, "A Survey of Corporate Governance," *Journal of Finance* 52 (June 1997), pp. 737–783.

*For discussions of the role of law, politics, and finance see:*

R. LaPorta, F. Lopez-de-Silanes, and A. Shleifer, "The Economic Consequences of Legal Origins," *Journal of Economic Literature* 46 (2008), pp. 285–332.

R. Rajan and L. Zingales, *Saving Capitalism from the Capitalists* (New York: Crown Business, 2003).

*For the evidence on why finance matters for growth, see:*

R. Levine, "Financial Development and Economic Growth: Views and Agenda," *Journal of Economic Literature* 35 (1997), pp. 688–726.

R. Rajan and L. Zingales, "Financial Dependence and Growth," *American Economic Review* 88 (June 1998), pp. 559–586.

*Finally, if you'd like to read about corporate governance gone wrong . . .*

P. Healy and K. Palepu, "The Fall of Enron," *Journal of Economic Perspectives* 17 (Spring 2003), pp. 3–26.

S. Johnson, R. La Porta, F. Lopez-de-Silanes, and A. Shleifer, "Tunneling," *American Economic Review* 90 (May 2000), pp. 22–27.



**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

**PROBLEM SETS**

### BASIC

**1.** Which countries have:
   a. The largest stock markets?
   b. The largest bond markets?

c. The smallest direct holdings of shares by individual investors?

d. The largest holdings of bank deposits by individual investors?

e. The largest holdings of shares by other corporations?

f. The largest use of trade credit for financing?

In each case, define "largest" or "smallest" as total value relative to GDP.

2. What is a keiretsu? Give a brief description.

3. Do Japanese investors play an important role in corporate financial policy and governance? If not, could they?

4. German banks often control a large fraction of the shareholder votes for German businesses. How do they get that voting power?

5. What is meant by the German system of *codetermination?*

6. What is the most common form of ownership of corporations worldwide?

7. Suppose that a shareholder can gain effective control of a company with 30% of the shares. Explain how a shareholder might gain control of company Z by setting up a holding company $X^2$ that holds shares in a second holding company X, which in turn holds shares in Z.

8. Why may market-based financial systems be better in supporting innovation and in releasing capital from declining industries?

9. What is tunneling? Why does the threat of tunneling impede the development of financial markets?

## INTERMEDIATE

10. Agency problems are inevitable. That is, we can never expect managers to give 100% weight to shareholders' interests and none to their own.

a. Why not?

b. List the mechanisms that are used around the world to keep agency problems under control.

11. Banks are not the only financial intermediary from which corporations can obtain financing. What are the other intermediaries? How much financing do they supply, relative to banks, in the United Kingdom, Germany, and Japan?

12. Why is transparency important in a market-based financial system? Why is it less important in a bank-based system?

13. What is meant by dual-class equity? Do you think it should be allowed or outlawed?

14. What kind of industries do you think should thrive in a market-based financial system? In a bank-based system?

15. Why are pyramids common in many countries but not in the United States or United Kingdom?

16. What are some of the advantages and disadvantages of Japanese keiretsus?

**Visit us at www.mhhe.com/bma**

# Conclusion: What We Do and Do Not Know about Finance

❱ **It is time** to sign off. Let us finish by thinking about some of the things that we do and do not know about finance.

● ● ● ● ●

## 34-1 What We Do Know: The Seven Most Important Ideas in Finance

What would you say if you were asked to name the seven most important ideas in finance? Here is our list.

### 1. Net Present Value

When you wish to know the value of a used car, you look at prices in the secondhand car market. Similarly, when you wish to know the value of a future cash flow, you look at prices quoted in the capital markets, where claims to future cash flows are traded (remember, those highly paid investment bankers are just secondhand cash-flow dealers). If you can buy cash flows for your shareholders at a cheaper price than they would have to pay in the capital market, you have increased the value of their investment.

This is the simple idea behind *net present value* (NPV). When we calculate an investment project's NPV, we are asking whether the project is worth more than it costs. We are estimating its value by calculating what its cash flows would be worth if a claim on them were offered separately to investors and traded in the capital markets.

That is why we calculate NPV by discounting future cash flows at the opportunity cost of capital—that is, at the expected rate of return offered by securities having the same degree of risk as the project. In well-functioning capital markets, all equivalent-risk assets are priced to offer the same expected return. By discounting at the opportunity cost of capital, we calculate the price at which investors in the project could expect to earn that rate of return.

Like most good ideas, the net present value rule is "obvious when you think about it." But notice what an important idea it is. The NPV rule allows thousands of shareholders, who may have vastly different levels of wealth and attitudes toward risk, to participate in the same enterprise and to delegate its operation to a professional manager. They give the manager one simple instruction: "Maximize net present value."

## 2. The Capital Asset Pricing Model

Some people say that modern finance is all about the capital asset pricing model. That's nonsense. If the capital asset pricing model had never been invented, our advice to financial managers would be essentially the same. The attraction of the model is that it gives us a manageable way of thinking about the required return on a risky investment.

Again, it is an attractively simple idea. There are two kinds of risk: risks that you can diversify away and those that you can't. You can measure the *nondiversifiable*, or *market*, risk of an investment by the extent to which the value of the investment is affected by a change in the *aggregate* value of all the assets in the economy. This is called the *beta* of the investment. The only risks that people care about are the ones that they can't get rid of—the nondiversifiable ones. This is why the required return on an asset increases in line with its beta.

Many people are worried by some of the rather strong assumptions behind the capital asset pricing model, or they are concerned about the difficulties of estimating a project's beta. They are right to be worried about these things. In 10 or 20 years' time we may have much better theories than we do now. But we will be extremely surprised if those future theories do not still insist on the crucial distinction between diversifiable and nondiversifiable risks—and that, after all, is the main idea underlying the capital asset pricing model.

## 3. Efficient Capital Markets

The third fundamental idea is that security prices accurately reflect available information and respond rapidly to new information as soon as it becomes available. This *efficient-market theory* comes in three flavors, corresponding to different definitions of "available information." The weak form (or random-walk theory) says that prices reflect all the information in past prices. The semistrong form says that prices reflect all publicly available information, and the strong form holds that prices reflect all acquirable information.

Don't misunderstand the efficient-market idea. It doesn't say that there are no taxes or costs; it doesn't say that there aren't some clever people and some stupid ones. It merely implies that competition in capital markets is very tough—there are no money machines or arbitrage opportunities, and security prices reflect the true underlying values of assets.

Extensive empirical testing of the efficient-market hypothesis began around 1970. By 2009, after almost 40 years of work, the tests have uncovered dozens of statistically significant anomalies. Sorry, but this work does *not* translate into dozens of ways to make easy money. Superior returns are elusive. For example, only a few mutual fund managers can generate superior returns for a few years in a row, and then only in small amounts.[1] Statisticians can beat the market, but real investors have a much harder time of it.

## 4. Value Additivity and the Law of Conservation of Value

The principle of *value additivity* states that the value of the whole is equal to the sum of the values of the parts. It is sometimes called the *law of the conservation of value*.

When we appraise a project that produces a succession of cash flows, we always assume that values add up. In other words, we assume

$$\text{PV(project)} = \text{PV}(C_1) + \text{PV}(C_2) + \cdots + \text{PV}(C_t)$$

$$= \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} + \cdots + \frac{C_t}{(1 + r)^t}$$

---

[1] See, for example, R. Kosowski, A. Timmerman, R. Werners, and H. White, "Can Mutual Fund 'Stars' Really Pick Stocks? New Evidence from a Bootstrap Analysis," *Journal of Finance* 61 (December 2006), pp. 2551–2595.

We similarly assume that the sum of the present values of projects A and B equals the present value of a composite project AB.[2] But value additivity also means that you can't increase value by putting two whole companies together unless you thereby increase the total cash flow. In other words, there are no benefits to mergers solely for diversification.

## 5. Capital Structure Theory

If the law of the conservation of value works when you add up cash flows, it must also work when you subtract them.[3] Therefore, financing decisions that simply divide up operating cash flows don't increase overall firm value. This is the basic idea behind Modigliani and Miller's famous proposition 1: In perfect markets changes in capital structure do not affect value. As long as the *total* cash flow generated by the firm's assets is unchanged by capital structure, value is independent of capital structure. The value of the whole pie does not depend on how it is sliced.

Of course, MM's proposition is not The Answer, but it does tell us where to look for reasons why capital structure decisions may matter. Taxes are one possibility. Debt provides a corporate interest tax shield, and this tax shield may more than compensate for any extra personal tax that the investor has to pay on debt interest. Also, high debt levels may spur managers to work harder and to run a tighter ship. But debt has its drawbacks if it leads to costly financial distress.

## 6. Option Theory

In everyday conversation we often use the word "option" as synonymous with "choice" or "alternative;" thus we speak of someone as "having a number of options." In finance *option* refers specifically to the opportunity to trade in the future on terms that are fixed today. Smart managers know that it is often worth paying today for the option to buy or sell an asset tomorrow.

Since options are so important, the financial manager needs to know how to value them. Finance experts always knew the relevant variables—the exercise price and the exercise date of the option, the risk of the underlying asset, and the rate of interest. But it was Black and Scholes who first showed how these can be put together in a usable formula.

The Black–Scholes formula was developed for simple call options and does not directly apply to the more complicated options often encountered in corporate finance. But Black and Scholes's most basic ideas—for example, the risk-neutral valuation method implied by their formula—work even where the formula doesn't. Valuing the real options described in Chapter 22 may require extra number crunching but no extra concepts.

## 7. Agency Theory

A modern corporation is a team effort involving a number of players, such as managers, employees, shareholders, and bondholders. For a long time economists used to assume without question that all these players acted for the common good, but in the last 30 years they have had a lot more to say about the possible conflicts of interest and how companies attempt to overcome such conflicts. These ideas are known collectively as *agency theory*.

---

[2] That is, if

$$PV(A) = PV[C_1(A)] + PV[C_2(A)] + \cdots + PV[C_t(A)]$$
$$PV(B) = PV[C_1(B)] + PV[C_2(B)] + \cdots + PV[C_t(B)]$$

and if for each period $t$, $C_t(AB) = C_t(A) + C_t(B)$, then

$$PV(AB) = PV(A) + PV(B)$$

[3] If you *start* with the cash flow $C_t(AB)$ and split it into two pieces, $C_t(A)$ and $C_t(B)$, then total value is unchanged. That is, $PV[C_t(A)] + PV[C_t(B)] = PV[C_t(AB)]$. See Footnote 2.

Consider, for example, the relationship between the shareholders and the managers. The shareholders (the *principals*) want managers (their *agents*) to maximize firm value. In the United States the ownership of many major corporations is widely dispersed and no single shareholder can check on the managers or reprimand those who are slacking. So, to encourage managers to pull their weight, firms seek to tie the managers' compensation to the value that they have added. For those managers who persistently neglect shareholders' interests, there is the threat that their firm will be taken over and they will be turfed out.

Some corporations are owned by a few major shareholders and therefore there is less distance between ownership and control. For example, the families, companies, and banks that hold or control large stakes in many German companies can review top management's plans and decisions as insiders. In most cases they have the power to force changes as necessary. However, hostile takeovers in Germany are rare.

We discussed the problems of management incentives and corporate control in Chapters 12, 14, 32, and 33, but they were not the only places in the book where agency issues arose. For example, in Chapters 18 and 24 we looked at some of the conflicts that arise between shareholders and bondholders, and we described how loan agreements try to anticipate and minimize these conflicts.

Are these seven ideas exciting theories or plain common sense? Call them what you will, they are basic to the financial manager's job. If by reading this book you really understand these ideas and know how to apply them, you have learned a great deal.

## 34-2 What We Do Not Know: 10 Unsolved Problems in Finance

Since the unknown is never exhausted, the list of what we do not know about finance could go on forever. But, following Brealey, Myers, and Allen's Third Law (see Section 29.5), we list and briefly discuss 10 unsolved problems that seem ripe for productive research.

### 1. What Determines Project Risk and Present Value?

A good capital investment is one that has a positive NPV. We have talked at some length about how to calculate NPV, but we have given you very little guidance about how to find positive-NPV projects, except to say in Section 11.2 that projects have positive NPVs when the firm can earn economic rents. But why do some companies earn economic rents while others in the same industry do not? Are the rents merely windfall gains, or can they be anticipated and planned for? What is their source, and how long do they persist before competition destroys them? Very little is known about any of these important questions.

Here is a related question: Why are some real assets risky and others relatively safe? In Section 9.3 we suggested a few reasons for differences in project betas—differences in operating leverage, for example, or in the extent to which a project's cash flows respond to the performance of the national economy. These are useful clues, but we have as yet no general procedure for estimating project betas. Assessing project risk is therefore still largely a seat-of-the-pants matter.

### 2. Risk and Return—What Have We Missed?

In 1848 John Stuart Mill wrote, "Happily there is nothing in the laws of value which remains for the present or any future writer to clear up; the theory is complete." Economists today are not so sure about that. For example, the capital asset pricing model is an enormous step toward understanding the effect of risk on the value of an asset, but there are many puzzles left, some statistical and some theoretical.

The statistical problems arise because the capital asset pricing model is hard to prove or disprove conclusively. It appears that average returns from low-beta stocks are too high

(that is, higher than the capital asset pricing model predicts) and that those from high-beta stocks are too low; but this could be a problem with the way that the tests are conducted and not with the model itself.[4] We also described the puzzling discovery by Fama and French that expected returns appear to be related to the firm's size and to the ratio of the book value of the stock to its market value. Nobody understands why this should be so; perhaps these variables are related to variable $x$, that mysterious second risk variable that investors may rationally take into account in pricing shares.[5]

Meanwhile scholars toil on the theoretical front. We discussed some of their work in Section 8.4. But just for fun, here is another example: Suppose that you love fine wine. It may make sense for you to buy shares in a grand cru chateau, even if doing so soaks up a large fraction of your personal wealth and leaves you with a relatively undiversified portfolio. However, you are *hedged* against a rise in the price of fine wine: Your hobby will cost you more in a bull market for wine, but your stake in the chateau will make you correspondingly richer. Thus you are holding a relatively undiversified portfolio for a good reason. We would not expect you to demand a premium for bearing that portfolio's undiversifiable risk.

In general, if two people have different tastes, it may make sense for them to hold different portfolios. You may hedge your consumption needs with an investment in wine making, whereas somebody else may do better to invest in a chain of ice cream parlors. The capital asset pricing model isn't rich enough to deal with such a world. It assumes that all investors have similar tastes: The hedging motive does not enter, and therefore they hold the same portfolio of risky assets.

Merton has extended the capital asset pricing model to accommodate the hedging motive.[6] If enough investors are attempting to hedge against the same thing, the model implies a more complicated risk–return relationship. However, it is not yet clear who is hedging against what, and so the model remains difficult to test.

So the capital asset pricing model survives not from a lack of competition but from a surfeit. There are too many plausible alternative risk measures, and so far no consensus exists on the right course to plot if we abandon beta.

In the meantime we must recognize the capital asset pricing model for what it is: an incomplete but extremely useful way of linking risk and return. Recognize too that the model's most basic message, that diversifiable risk doesn't matter, is accepted by nearly everyone.

## 3. How Important Are the Exceptions to the Efficient-Market Theory?

The efficient-market theory is strong, but no theory is perfect; there must be exceptions.

Now some of the apparent exceptions could simply be coincidences, for the more that researchers study stock performance, the more strange coincidences they are likely to find. For example, there is evidence that daily returns around new moons have been roughly double those around full moons.[7] It seems difficult to believe that this is anything other than a chance relationship—fun to read about but not a concern for serious investors or financial managers. But not all exceptions can be dismissed so easily. We saw that the

---

[4] See R. Roll, "A Critique of the Asset Pricing Theory's Tests: Part 1: On Past and Potential Testability of the Theory," *Journal of Financial Economics* 4 (March 1977), pp. 129–176; and, for a critique of the critique, see D. Mayers and E. M. Rice, "Measuring Portfolio Performance and the Empirical Content of Asset Pricing Models," *Journal of Financial Economics* 7 (March 1979), pp. 3–28.

[5] Fama and French point out that small firms, and firms with high book-to-market ratios, are also low-profitability firms. Such firms may suffer more in downturns in the economy. Thus size and book-to-market measures may be proxies for exposure to business-cycle risk. See E. F. Fama and K. R. French, "Size and Book-to-Market Factors in Earnings and Returns," *Journal of Finance* 50 (March 1995), pp. 131–155.

[6] See R. Merton, "An Intertemporal Capital Asset Pricing Model," *Econometrica* 41 (1973), pp. 867–887.

[7] K. Yuan, L. Zheng, and Q. Zhu, "Are Investors Moonstruck? Lunar Phases and Stock Returns," *Journal of Empirical Finance* 13 (January 2006), pp. 1–23.

stocks of firms that announce unexpectedly good earnings continue to perform well for a couple of months after the announcement date. Some scholars believe that this may mean that the stock market is inefficient and investors have consistently been slow to react to earnings announcements. Of course, we can't expect investors never to make mistakes. If they have been slow to react in the past, perhaps they will learn from this mistake and price the stocks more efficiently in the future.

Some researchers believe that the efficient-market hypothesis ignores important aspects of human behavior. For example, psychologists find that people tend to place too much emphasis on recent events when they are predicting the future. If so, we may find that investors are liable to overreact to new information. It will be interesting to see how far such behavioral observations can help us to understand apparent anomalies.

During the dot.com boom of the late 1990s stock prices rose to astronomic levels. The Nasdaq Composite Index rose 580% from the beginning of 1995 to its peak in March 2000 and then fell by nearly 80%. Such gyrations were not confined to the United States. For example, stock prices on Germany's Neuer Markt rose 1,600% in the three years from its foundation in 1997, before falling by 95% by October 2002.

This is not the only occasion that asset prices have reached unsustainable levels. In the late 1980s there was a surge in the prices of Japanese stock and real estate. In 1989 at the peak of the real estate boom, choice properties in Tokyo's Ginza district were selling for about $1 million a square foot. Over the next 17 years Japanese real estate prices fell by 70%.[8]

Maybe such extreme price movements can be explained by standard valuation techniques. However, others argue that stock prices are liable to speculative bubbles, where investors are caught up in a scatty whirl of irrational exuberance.[9] Now that may be true of your Uncle Harry or Aunt Hetty, but why don't hard-headed professional investors bail out of the overpriced stocks? Perhaps they would do so if it was their money at stake, but maybe there is an agency problem that stems from the way that their performance is measured and rewarded that encourages them to run with the herd.[10]

These are important questions. Much more research is needed before we have a full understanding of why asset prices sometimes get so out of line with what appears to be their discounted future payoffs.

## 4. Is Management an Off-Balance-Sheet Liability?

Closed-end funds are firms whose only asset is a portfolio of common stocks. One might think that if you knew the value of these common stocks, you would also know the value of the firm. However, this is not the case. The stock of the closed-end fund often sells for substantially less than the value of the fund's portfolio.[11]

All this might not matter much except that it could be just the tip of the iceberg. For example, real estate stocks appear to sell for less than the market values of the firms' net assets. In the late 1970s and early 1980s the market values of many large oil companies

---

[8] See W. Ziemba and S. Schwartz, *Invest Japan* (Chicago, IL: Probus, 1992), p. 109.

9 See C. Kindleberger, *Manias, Panics, and Crashes: A History of Financial Crises,* 4th ed. (New York: Wiley, 2000); and R. Shiller, *Irrational Exuberance* (Princeton, NJ: Princeton University Press, 2000).

[10] Investment managers may reason that if the stocks continue to do well, they will benefit from increased business in the future; on the other hand, if the stocks do badly, it is the customers who incur the losses and the worst that can happen to the managers is that they have to find new jobs. See F. Allen, "Do Financial Institutions Matter?" *Journal of Finance* 56 (August 2001), pp. 1165–1174.

[11] There are relatively few closed-end funds. Most mutual funds are *open-end*. This means that they stand ready to buy or sell additional shares at a price equal to the fund's net asset value per share. Therefore the share price of an open-end fund always equals net asset value.

were less than the market values of their oil reserves. Analysts joked that you could buy oil cheaper on Wall Street than in West Texas.

All these are special cases in which it was possible to compare the market value of the whole firm with the values of its separate assets. But perhaps if we could observe the values of other firms' separate parts, we might find that the value of the whole was often less than the sum of the values of the parts.

Whenever firms calculate the net present value of a project, they implicitly assume that the value of the whole project is simply the sum of the values of all the years' cash flows. We referred to this earlier as the law of the conservation of value. If we cannot rely on that law, the tip of the iceberg could turn out to be a hot potato.

We don't understand why closed-end investment companies or any of the other firms sell at a discount on the market values of their assets. One explanation is that the value added by the firm's management is less than the cost of the management. That is why we suggest that management may be an off-balance-sheet liability. For example, the discount of oil company shares from oil-in-the-ground value can be explained if investors expected the profits from oil production to be frittered away in negative-NPV investments and bureaucratic excess. The present value of growth opportunities (PVGO) was negative!

We do not mean to portray managers as leeches soaking up cash flows meant for investors. Managers commit their human capital to the firm and rightfully expect a reasonable cash return on these personal investments. If investors extract too great a share of the firm's cash flow, the personal investments are discouraged, and the long-run health and growth of the firm can be damaged.

In most firms, managers and employees coinvest with stockholders and creditors—human capital from the insiders and financial capital from outside investors. So far we know very little about how this coinvestment works.

## 5. How Can We Explain the Success of New Securities and New Markets?

In the last 30 years companies and the securities exchanges have created an enormous number of new securities: options, futures, options on futures; zero-coupon bonds, floating-rate bonds; bonds with collars and caps, asset-backed bonds; catastrophe bonds, . . . the list is endless. In some cases, it is easy to explain the success of new markets or securities; perhaps they allow investors to insure themselves against new risks or they result from a change in tax or in regulation. Sometimes a market develops because of a change in the costs of issuing or trading different securities. But there are many successful innovations that cannot be explained so easily. Why do investment bankers continue to invent, and successfully sell, complex new securities that outstrip our ability to value them? The truth is we don't understand why some innovations in markets succeed and others never get off the ground.

And then there are the innovations that do get off the ground but crash later, including many of the complex and over-rated securities backed by subprime mortgages. Subprime mortgages are not intrinsically bad, of course: they may be the only route to home ownership for some worthy people. But subprime loans also put many homeowners in nasty traps when house prices fell and jobs were lost. Securities based on subprime mortgages caused enormous losses in the banking industry. A number of new securities and derivatives went out of favor during the crisis. It will be interesting to see which will remain permanently consigned to the dustbin, and which will be dusted off and recover their usefulness.

## 6. How Can We Resolve the Payout Controversy?

We spent all of Chapter 16 on payout policy without being able to resolve the payout controversy. Many people believe dividends are good; others point out that dividends attract more tax and therefore it is better for firms to repurchase stock; and still others believe that, as long as the firm's investment decisions are unaffected, the payout decision is irrelevant.

Perhaps the problem is that we are asking the wrong question. Instead of inquiring whether dividends are good or bad, perhaps we should be asking *when* it makes sense to pay high or low dividends. For example, investors in mature firms with few investment opportunities may welcome the financial discipline imposed by a high dividend payout. For younger firms or firms with a temporary cash surplus, the tax advantage of stock repurchase may be more influential. But we don't know enough yet about how payout policy should vary from firm to firm.

The way that companies distribute cash has been changing. An increasing number of companies do not pay any dividends, while the volume of stock repurchases has mushroomed. This may partly reflect the growth in the proportion of small high-growth firms with lots of investment opportunities, but this does not appear to be the complete explanation. Understanding these shifts in company payout policy may also help us to understand how that policy affects firm value.

## 7. What Risks Should a Firm Take?

Financial managers end up managing risk. For example,

- When a firm expands production, managers often reduce the cost of failure by building in the option to alter the product mix or to bail out of the project altogether.
- By reducing the firm's borrowing, managers can spread operating risks over a larger equity base.
- Most businesses take out insurance against a variety of specific hazards.
- Managers often use futures or other derivatives to protect against adverse movements in commodity prices, interest rates, and exchange rates.

All these actions reduce risk. But less risk can't always be better. The point of risk management is not to reduce risk but to add value. We wish we could give general guidance on what bets the firm should place and what the *appropriate* level of risk is.

In practice, risk management decisions interact in complicated ways. For example, firms that are hedged against commodity price fluctuations may be able to afford more debt than those that are not hedged. Hedging can make sense if it allows the firm to take greater advantage of interest tax shields, provided the costs of hedging are sufficiently low.

How can a company set a risk management strategy that adds up to a sensible whole?

## 8. What Is the Value of Liquidity?

Unlike Treasury bills, cash pays no interest. On the other hand, cash provides more liquidity than Treasury bills. People who hold cash must believe that this additional liquidity offsets the loss of interest. In equilibrium, the marginal value of the additional liquidity must equal the interest rate on bills.

Now what can we say about corporate holdings of cash? It is wrong to ignore the liquidity gain and to say that the cost of holding cash is the lost interest. This would imply that cash always has a *negative* NPV. It is equally foolish to say that, because the marginal value of liquidity is equal to the loss of interest, it doesn't matter how much cash the firm holds. This would imply that cash always has a *zero* NPV. We know that the marginal value of cash to a holder declines with the size of the cash holding, but we don't really understand how to value the liquidity service of cash and therefore we can't say how much cash is enough or how readily the firm should be able to raise it. To complicate matters further, we note that cash can be raised on short notice by borrowing, or by issuing other new securities, as well as by selling assets. The financial manager with a $100 million unused line of credit may sleep just as soundly as one whose firm holds $100 million in marketable securities. In our chapters on working-capital management we largely finessed these questions by

presenting models that are really too simple or by speaking vaguely of the need to ensure an "adequate" liquidity reserve.

A better knowledge of liquidity would also help us to understand better how corporate bonds are priced. We already know part of the reason that corporate bonds sell for lower prices than Treasury bonds—companies in distress have the option to walk away from their debts. However, the differences between the prices of corporate bonds and Treasury bonds are too large to be explained just by the company's default option. It seems likely that the price difference is partly due to the fact that corporate bonds are less liquid than Treasury bonds. But until we know how to price differences in liquidity, we can't really say much more than this.

The crisis of 2007–2009 has again demonstrated that investors seem to value liquidity much more highly at some times than at others. Despite massive injections of liquidity by central banks, many financial markets effectively dried up. For example, banks became increasingly reluctant to lend to one another on an unsecured basis, and would do so only at a large premium. In the spring of 2007 the spread between LIBOR and the interest rate on Treasury bills (known as the TED spread) was .4%. By October 2008 the market for unsecured lending between banks had largely disappeared and LIBOR was being quoted at more than 4.6% above the Treasury bill rate.[12]

Financial markets work well most of the time, but we don't understand well why they sometimes shut down or clog up, and we can offer relatively little advice to managers as to how to respond.

## 9. How Can We Explain Merger Waves?

Of course there are many plausible motives for merging. If you single out a *particular* merger, it is usually possible to think up a reason why that merger could make sense. But that leaves us with a special hypothesis for each merger. What we need is a general hypothesis to explain merger waves. For example, everybody seemed to be merging in 1998–2000 and again in 2006–2007, but in the intervening years mergers went out of fashion.

There are other instances of apparent financial fashions. For example, from time to time there are hot new-issue periods when there seem to be an insatiable supply of speculative new issues and an equally insatiable demand for them. We don't understand why hard-headed businessmen sometimes seem to behave like a flock of sheep, but the following story may contain the seeds of an explanation.

It is early evening and George is trying to decide between two restaurants, the Hungry Horse and the Golden Trough. Both are empty and, since there seems to be little reason to prefer one to the other, George tosses a coin and opts for the Hungry Horse. Shortly afterward Georgina pauses outside the two restaurants. She somewhat prefers the Golden Trough, but observing George inside the Hungry Horse while the other restaurant is empty, she decides that George may know something that she doesn't and therefore the rational decision is to copy George. Fred is the third person to arrive. He sees that George and Georgina have both chosen the Hungry Horse, and, putting aside his own judgment, decides to go with the flow. And so it is with subsequent diners, who simply look at the packed tables in the one restaurant and the empty tables elsewhere and draw the obvious conclusions. Each diner behaves fully rationally in balancing his or her own views with the revealed preferences of the other diners. Yet the popularity of the Hungry Horse owed much to the toss of George's coin. If Georgina had been the first to arrive or if all diners could have pooled their information before coming to a decision, the Hungry Horse might not have scooped the jackpot.

---

[12] See M. Brunnermeier, "Deciphering the Liquidity and Credit Crunch 2007–2008," *Journal of Economic Perspectives* 23 (Winter 2009), pp. 77–100.

Economists refer to this imitative behavior as a *cascade*.[13] It remains to be seen how far cascades or some alternative theory can help to explain financial fashions.

## 10. Why Are Financial Systems So Prone to Crisis?

The crisis that started in 2007 was an unwelcome reminder of the fragility of financial systems. One moment everything seems to be going fine; the next moment markets crash, banks fail, and before long the economy is in recession. Carmen Reinhart and Kenneth Rogoff have documented the effects of banking crises in many countries.[14] They find that systemic banking crises are typically preceded by credit booms and asset price bubbles. When the bubbles burst, housing prices drop on average by 35% and stock prices fall by 55%. Output falls by 9% over the following two years and unemployment rises by 7% over a period of four years. Central government debt nearly doubles compared with its precrisis level.

Our understanding of these financial crises is limited. We need to know what causes them, how they can be prevented, and how they can be managed when they do occur. We reviewed the roots of the latest crisis in Chapter 14. But crisis prevention will have to incorporate principles and practices that we discussed in other chapters, such as the importance of good governance systems, well-constructed compensation schemes, and efficient risk management. Understanding financial crises will occupy economists and financial regulators for many years to come.[15] Let's hope they figure out the last one before the next one knocks on the door.

## 34-3  A Final Word

That concludes our list of unsolved problems. We have given you the 10 uppermost in our minds. If there are others that you find more interesting and challenging, by all means construct your own list and start thinking about it.

It will take years for our 10 problems to be finally solved and replaced with a fresh list. In the meantime, we invite you to go on to further study of what we *already* know about finance. We also invite you to apply what you have learned from reading this book.

Now that the book is done, we sympathize with Huckleberry Finn. At the end of his book he says:

> So there ain't nothing more to write, and I am rotten glad of it, because if I'd a' knowed what a trouble it was to make a book I wouldn't a' tackled it, and I ain't a'going to no more.

---

[13] For an introduction to cascades, see S. Bikhchandani, D. Hirschleifer, and I. Welch, "Learning from the Behavior of Others: Conformity, Fads, and Informational Cascades," *Journal of Economic Perspectives* 12 (Summer 1998), pp. 151–170.

[14] See C. Reinhart and K. Rogoff, "The Aftermath of Financial Crises," *American Economic Review* 99 (May 2009), pp. 466–472.

[15] For a review of the current literature on financial crises see F. Allen, A. Babus, and E. Carletti, "Financial Crises: Theory and Evidence," *Annual Review of Financial Economics* 1, forthcoming.

# Appendix

# Answers to Select Basic Problems

## CHAPTER 1

**1.** (a) Real; (b) executive airplanes; (c) brand names; (d) financial; (e) bonds; (f) investment; (g) capital budgeting; (h) financing.

**3.** a. Financial assets, such as stocks or bank loans, are claims held by investors. Corporations sell financial assets to raise the cash to invest in real assets such as plant and equipment. Some real assets are intangible.

b. Capital budgeting means investment in real assets. Financing means raising the cash for this investment.

c. The shares of public corporations are traded on stock exchanges and can be purchased by a wide range of investors. The shares of closely held corporations are not traded and are not generally available to investors.

d. Unlimited liability: investors are responsible for all the firm's debts. A sole proprietor has unlimited liability. Investors in corporations have limited liability. They can lose their investment, but no more.

**5.** *b, c.*

## CHAPTER 2

**1.** $1.00.

**3.** $374/(1.09)^9 = \$172.$

**5.** $100 \times (1.15)^8 = \$305.90.$

**7.** $PV = 4/(.14 - .04) = \$40.$

**9.** a. $10,000/1.05^5 = \$7,840.$

b. You need to set aside $(12,000 \times 6\text{-year annuity}$ factor$) = 12,000 \times 4.623 = \$55,476.$

c. At the end of 6 years you would have $1.08^6 \times (60,476 - 55,476) = \$7,934.$

**11.** (a) $12.625 million; (b) $12.705 million; (c) $12.712 million.

## CHAPTER 3

**1.** (a) Does not change; (b) Price falls; (c) Yield rises.

**3.** The yield over 6 months is $3.965/2 = 1.79825\%$. Therefore, $PV = 3/1.0179825 + 3/1.0179825^2 + \ldots + 103/1.0179825^{34} = 130.37.$

**5.** a. Fall (e.g., 1-year 10% bond is worth $110/1.1 = 100$ if $r = 10\%$ and is worth $110/1.15 = 95.65$ if $r = 15\%$).

b. Less (e.g., see 5a).

c. Less (e.g., with $r = 5\%$, 1-year 10% bond is worth $110/1.05 = 104.76$).

d. Higher (e.g., if $r = 10\%$, 1-year 10% bond is worth $110/1.1 = 100$, while 1-year 8% bond is worth $108/1.1 = 98.18$).

e. No, low-coupon bonds have longer durations (unless there is only one period to maturity) and are therefore more volatile (e.g., if $r$ falls from 10% to 5%, the value of a 2-year 10% bond rises from 100 to 109.3 (a rise of 9.3%). The value of a 2-year 5% bond rises from 91.3 to 100 (a rise of 9.5%).

**7.** (a) 4%; (b) PV = $1,075.44.

**9.** a. $r_1 = 100/99.423 - 1 = .58\%$; $r_2 = (100/97.546)^{.5} - 1 = 1.25\%$; $r_3 = (100/94.510)^{.33} - .1 = 1.90\%$; $r_4 = (100/90.524)^{.25} - 1 = 2.52\%.$

b. Upward-sloping.

c. Lower. (The yield on the bond is a complicated average of the separate spot rates.)

**11.** a. False. Duration depends on the coupon as well as the maturity.

b. False. Given the yield to maturity, volatility is proportional to duration.

c. True. A lower coupon rate means longer duration and therefore higher volatility.

d. False. A higher interest rate reduces the relative present value of (distant) principal repayments.

**13.** 7.01%. (The extra return that you earn for investing for 2 years rather than 1 is $1.06^2/1.05 - 1 = .0701$.)

## CHAPTER 4

**1.** (a) True; (b) true.

**3.** $P_0 = (5 + 110)/1.08 = \$106.48$

**5.** $P_0 = 10/(.08 - .05) = \$333.33.$

**7.** $15/.08 + PVGO = 333.33$; therefore PVGO = $145.83.

**9.** (a) False; (b) true.

**11.** Free cash flow is the amount of cash thrown off by a business after all investments necessary for growth. In our simple examples, free cash flow equals operating cash flow minus capital expenditure. Free cash flow can be negative if investments are large.

**13.** If PVGO = 0 at the horizon date $H$, horizon value = earnings forecasted for $H + 1$ divided by $r$.

**A**

## CHAPTER 5

1. (a) A = 3 years, B = 2 years, C = 3 years; (b) B;
   (c) A, B, and C; (d) B and C ($NPV_B$ = $3,378;
   $NPV_C$ = $2,405); (e) true; (f) It will accept no
   negative-NPV projects but will turn down some
   with positive NPVs. A project can have positive
   NPV if all future cash flows are considered but
   still do not meet the stated cutoff period.

3. (a) $15,750; $4,250; $0; (b) 100%.

5. (a) Two; (b) − 50% and +50%; (c) yes, NPV = +14.6.

7. 1, 2, 4, and 6.

## CHAPTER 6

1. *a, b, d, g, h.*

3. (a) False; (b) false; (c) false; (d) false.

5.

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Working capital | 50,000 | 230,000 | 305,000 | 250,000 | 0 |
| Cash flows | +50,000 | +180,000 | +75,000 | −55,000 | −250,000 |

7. PV cost = 1.5 + .2 × 14.09 = $4.319 million.
   Equivalent annual cost = 4.319/14.09 = .306, or
   $306,000.

9. Replace at end of 5 years ($80,000 > $72,376).

## CHAPTER 7

1. Expected payoff is $100 and expected return is
   zero. Variance is 20,000 (% squared) and standard
   deviation is 141%.

3. Ms. Sauros had a slightly higher average return
   (14.6% vs. 14.4% for the market). However, the fund
   also had a higher standard deviation (13.6% vs. 9.4%
   for the market).

5. *d*

7. (a) 26%; (b) zero; (c) .75; (d) less than 1.0 (the
   portfolio's risk is the same as the market, but some of
   this risk is unique risk).

9. A, 1.0; B, 2.0; C, 1.5; D, 0; E, − 1.0.

## CHAPTER 8

1. (a) 7%; (b) 27% with perfect positive correlation; 1%
   with perfect negative correlation; 19.1% with no
   correlation; (c) See Figure 1; (d) No, measure risk
   by beta, not by standard deviation.

3. Sharpe ratio = 7.1/20.2 = .351.

5. (a) See Figure 2; (b) A, D, G; (c) F; (d) 15% in C.
   (e) Put 25/32 of your money in F and lend 7/32 at
   12%: Expected return = 7/32 × 12 + 25/32 ×
   18 = 16.7%; standard deviation = 7/32 × 0 +
   (25/32) × 32 = 25%. If you could borrow with-
   out limit, you would achieve as high an expected
   return as you'd like, with correspondingly high
   risk, of course.



Expected return (r), %

▶ **FIGURE 1**  Chapter 8, Problem 1(*c*).



▶ **FIGURE 2**  Chapter 8, Problem 5(*a*).

**7.** (a) True; (b) false (it offers twice the market *risk premium*); (c) false.

## CHAPTER 9

**1.** Overestimate.

**3.** .297, or 29.7% of variation, was due to market movements; .703, or 70.3% of the variation, was diversifiable. Diversifiable risk shows up in the scatter about the fitted line. The standard error of the estimated beta was unusually high at .436. If you said that the true beta was $2 \times .436 = .872$ either side of your estimate, you would have a 95% chance of being right.

**5.** Beta of assets $= .5 \times .15 + .5 \times 1.25 = .7$.

**7.** Suppose that the expected cash flow in year 1 is 100, but the project proposer provides an estimate of $100 \times 115/108 = 106.5$. Discounting this figure at 15% gives the same result as discounting the true expected cash flow at 8%. Adjusting the discount rate, therefore, works for the first cash flow but it does not do so for later cash flows (e.g., discounting a 2-year cash flow of 106.5 by 15% is *not* equivalent to discounting a 2-year flow of 100 by 8%).

**9.** (a) False; (b) false; (c) true.

## CHAPTER 10

**1.** (a) False; (b) true; (c) true.

**3.** a. Analysis of how project profitability and NPV change if different assumptions are made about sales, cost, and other key variables.

 b. Project NPV is recalculated by changing several inputs to new, but consistent, values.

 c. Determines the level of future sales at which project profitability or NPV equals zero.

 d. An extension of sensitivity analysis that explores all possible outcomes and weights each by its probability.

 e. A graphical technique for displaying possible future events and decisions taken in response to those events.

 f. Option to modify a project at a future date.

 g. The additional present value created by the option to bail out of a project, and recover part of the initial investment, if the project performs poorly.

 h. The additional present value created by the option to invest more and expand output, if a project performs well.

**5.** a. Describe how project cash flow depends on the underlying variables.

 b. Specify probability distributions for forecast errors for these cash flows.

 c. Draw from the probability distributions to simulate the cash flows.

**7.** Adding a fudge factor to the discount rate pushes project analysts to submit more optimistic forecasts.

## CHAPTER 11

**1.** (a) False; (b) true; (c) true; (d) false.

**3.** First consider whether *renting* the building and opening the Taco Palace is positive NPV. Then consider whether to buy (instead of renting) based on your optimistic view of local real estate.

**5.** The second-hand market value of older planes falls by enough to make up for their higher fuel consumption. Also, the older planes are used on routes where fuel efficiency is relatively less important.

## CHAPTER 12

**1.** (a) True; (b) true; (c) false; (d) true.

**3.** Monitoring is costly and encounters diminishing returns. Also, completely effective monitoring would require perfect information.

**5.** ROI $= 1.6/20 = .08$ or 8%. Net return $= 8 - 11.5 = -3.5\%$. EVA $= 1.6 - (.115 \times 20) = -\$.7$ million. EVA is negative.

**7.** Not usually by creative accounting, but by reducing or delaying discretionary advertising, maintenance, R&D, or other expenses.

## CHAPTER 13

**1.** *c*

**3.** (a) False; (b) false; (c) true; (d) false; (e) false; (f) true.

**5.** $6 - (-.2 + 1.45 \times 5) = -1.05\%$.

**7.** Decrease. The stock price already reflects an expected 25% increase. The 20% increase conveys bad news relative to expectations.

**9.** a. Evidence that two securities with identical cash flows (e.g., Royal Dutch Shell and Shell Transport & Trading) can sell at different prices.

 b. Small-cap stocks and high book-to-market stocks appear to have given above-average returns for their level of risk.

 c. IPOs provide relatively low returns after their first few days of trading.

 d. Stocks of firms that announce unexpectedly good earnings perform well over the coming months.

 In each case there appear to have been opportunities for earning superior profits.

## CHAPTER 14

**1.** (a) False; (b) true; (c) true.

**3.** a. 80 votes; (b) 10 × 80 = 800 votes.

**5.** a. False; (b) true; (c) false.

## CHAPTER 15

**1.** a. Further sale of an already publicly traded stock;
   b. U.S. bond issue by foreign corporation;
   c. Bond issue by industrial company;
   d. Bond issue by large industrial company.

**3.** a. Financing of start-up companies.
   b. Underwriters gather nonbinding indications of demand for a new issue.
   c. The difference between the price at which the underwriter buys the security from the company and resells it to investors.
   d. Description of a security offering filed with the SEC.
   e. Winning bidders for a new issue tend to overpay.

**5.** (a) False; (b) false; (c) true.

**7.** a. Number of new shares, 50,000;
   b. Amount of new investment, $500,000;
   c. Total value of company after issue, $4,500,000;
   d. Total number of shares after issue, 150,000;
   e. Stock price after issue, $4,500,000/150,000 = $30;
   f. The opportunity to buy one share is worth $20.

## CHAPTER 16

**1.** a. A1, B5; A2, B4; A3, B3; A4, B1; A5, B2;
   b. On August 12, the ex-dividend date;
   c. (.35 × 4)/52 = .027, or 2.7%;
   d. (.35 × 4)/4.56 = .31, or 3.1%;
   e. The price would fall to 52/1.10 = $47.27.

**3.** a. Reinvest 1,000 × $.50 = $500 in the stock. If the ex-dividend price is $150 − $2.50, this should involve the purchase of 500/147.50, or about 3.4 shares.
   b. Sell shares worth 1,000 × $3 = $3,000. If the ex-dividend price is $200 − $5, this should involve the sale of 3,000/195, or about 15 shares.

**5.** a. Company value is unchanged at 5,000 × 140 = $700,000. Share price stays at $140.
   b. The discount rate $r = (DIV_1/P_0) + g = (20/140) + .05 = .193$. The price at which shares are repurchased in year 1 is 140 × (1 + $r$) = 140 × 1.193 = $167. Therefore the firm repurchases 50,000/167 = 299 shares. Total dividend payments in year 1 fall to 5,000 × 10 = $50,000, which is equivalent to 50,000/(5000 − 299) = $10.64 a share. Similarly, in year 2 the firm repurchases 281 shares at $186.52 and the dividend per share increases by 11.7% to $11.88. In each subsequent year, total dividends increase by 5%, the number of shares declines by 6% and, therefore, dividends per share increase by 11.7%. The constant-growth model gives PV share = 10.64/(.193 − .117) = $140.

**7.** *Current tax law (assuming gains tax cannot be deferred):* All investors should be indifferent except the corporation which prefers Hi.
   *Zero tax on capital gains:* As under the current tax law except that individuals now prefer Lo. (Note: corporations and security dealers treat capital gains as income).

## CHAPTER 17

**1.** Note the market value of Copperhead is far in excess of its book value:

| | Market Value |
|---|---|
| Common stock (8 million shares at $2) | $16,000,000 |
| Short-term loans | $ 2,000,000 |

Ms. Kraft owns .625% of the firm, which proposes to increase common stock to $17 million and cut short-term debt. Ms. Kraft can offset this by (*a*) borrowing .00625 × 1,000,000 = $6,250, and (*b*) buying that much more Copperhead stock.

**3.** Expected return on assets is $r_A$ = .08 × 30/80 + .16 × 50/80 = .13. The new return on equity will be $r_E$ = .13 + (20/60) (.13 − .08) = .147.

**5.** a. True;
   b. True (as long as the return earned by the company is greater than the interest payment, earnings per share increase, but the P/E falls to reflect the higher risk);
   c. False (the cost of equity increases with the ratio $D/E$);
   d. False (the formula $r_E = r_A + (D/E)(r_A − r_D)$ does not require $r_D$ to be constant);
   e. False (debt amplifies variations in equity income);
   f. False (value increases only if clientele is not satisfied).

**7.** See Figure 17.3.

## CHAPTER 18

**1.** The calculation assumes that the tax rate is fixed, that debt is fixed and perpetual, and that investors' personal tax rates on interest and equity income are the same.

**3.** Relative advantage of debt = $\dfrac{1 − T_p}{(1 − T_{pE})(1 − T_c)}$

$$= \frac{.65}{(1)(.65)} = 1.00$$

$$\text{Relative advantage} = \frac{.65}{(.85)(.65)} = 1.18$$

**5.** a. Direct costs of financial distress are the legal and administrative costs of bankruptcy. Indirect costs include possible delays in liquidation (Eastern Airlines) or poor investment or operating decisions while bankruptcy is being resolved. Also the *threat* of bankruptcy can lead to costs.

b. If financial distress increases odds of default, managers' and shareholders' incentives change. This can lead to poor investment or financing decisions.

c. See the answer to 5(*b*). Examples are the "games" described in Section 18-3.

**7.** More profitable firms have more taxable income to shield and are less likely to incur the costs of distress. Therefore the trade-off theory predicts high (book) debt ratios. In practice the more profitable companies borrow least.

**9.** When a company issues securities, outside investors worry that management may have unfavorable information. If so the securities can be overpriced. This worry is much less with debt than equity. Debt securities are safer than equity, and their price is less affected if unfavorable news comes out later.

A company that can borrow (without incurring substantial costs of financial distress) usually does so. An issue of equity would be read as "bad news" by investors, and the new stock could be sold only at a discount to the previous market price.

**11.** Financial slack is most valuable to growth companies with good but uncertain investment opportunities. Slack means that financing can be raised quickly for positive-NPV investments. But too much financial slack can tempt mature companies to overinvest. Increased borrowing can force such firms to pay out cash to investors.

## CHAPTER 19

**1.** Market values of debt and equity are $D = .9 \times 75 = \$67.5$ million and $E = 42 \times 2.5 = \$105$ million. $D/V = .39$. $\text{WACC} = .09(1 - .35).39 + .18(.61) = .1325$, or 13.25%.

**3.** (a) False; (b) true; (c) true.

**5.** (a) True; (b) false, if interest tax shields are valued separately; (c) true.

**7.** a. 12%, of course.

b. $r_E = .12 + (.12 - .075)$ $(30/70) = .139$; $\text{WACC} = .075(1 - .35)$ $(.30) + .139(.70) = .112$, or 11.2%.

**9.** No. The more debt you use, the higher rate of return equity investors will require. (Lenders may demand more also.) Thus there is a hidden cost of the "cheap" debt: it makes equity more expensive.



Payoff

100

Stock price

▶ **FIGURE 3**  Chapter 20, Problem 7.

## CHAPTER 20

**1.** Call; exercise; put; European.

**3.** a. The exercise price of the put option (i.e., you'd sell stock for the exercise price).

b. The value of the stock (i.e., you would throw away the put and keep the stock).

**5.** Buy a call and lend the present value of the exercise price.

**7.** (a) See Figure 3; (b) stock price − PV(EX) = 100 − 100/1.1 = \$9.09.

**9.** (a) Zero; (b) Stock price less the present value of the exercise price.

**11.** a. All investors, however risk-averse, should value more highly an option on a volatile stock. For both Exxon Mobil and Google the option is valueless if final stock price is below the exercise price, but the option on Google has more upside potential.

b. Other things equal, stockholders lose and debt-holders gain if the company shifts to safer assets. When the assets are risky, the option to default is more valuable. Debtholders bear much of the losses if asset value declines, but shareholders get the gains if asset value increases.

## CHAPTER 21

**1.** a. Using risk-neutral method,
$$(p \times 20) + (1 - p)(-16.7) = 1, p = .48.$$

$$\text{Value of call} = \frac{(.48 \times 8) + (.52 \times 0)}{1.01} = 3.8$$

b. $\text{Delta} = \dfrac{\text{spread of option prices}}{\text{spread of stock prices}}$

$$= \frac{8}{14.7} = .544.$$

c.

| | Current Cash Flow | Possible Future Cash Flows | |
|---|---|---|---|
| Buy call equals | −3.8 | 0 | +8.0 |
| Buy .544 shares | −21.8 | −18.2 | +26.2 |
| Borrow 18.0 | +18.0 | −18.2 | −18.2 |
| | −3.8 | 0 | +8.0 |

d. Possible stock prices with call option prices in parentheses:



```
                    40
                   (4.0)
        33.3                48.0
         (0)                (8.4)
27.8              48.0              57.6
 (0)              (0)              (17.6)
```

Option prices were calculated as follows:

*Month* 1: (i) $\dfrac{(.48 \times 0) + (.52 \times 0)}{1.01} = 0$

(ii) $\dfrac{(.48 \times 17.6) + (.52 \times 0)}{1.01} = 8.4.$

*Month* 0: $= \dfrac{(.48 \times 8.4) + (.52 \times 0)}{1.01} = 4.0$

e. Delta $= \dfrac{\text{spread of option prices}}{\text{spread of stock prices}} = \dfrac{8.4}{14.7} = .57$

3. Using the replicating-portfolio method:
   a. If month 3 stock price = 350.85, delta = (30 − 0)/(430 − 286.27) = .209
      To replicate call, buy .209 shares, and borrow PV(59.752)
      Option value = .209 × 350.85 − 59.752/1.0075 = 13.93
   b. If month 3 stock price = 527, delta = (245.90 − 30)/(645.90 − 430) = 1
      To replicate call, buy 1 share, and borrow PV(527)
      Option value = 1 × 527 − 400/1.0075 = 129.98
   c. At month 0 delta = (129.98 − 13.93)/(527 − 350.85) = .659
      To replicate call, buy .659 shares, and borrow PV(217.29)
      Option value = .659 × 430 − 217.29/1.0075 = 67.7
      Using the risk-neutral method:
      p × .2269 + (1 − p) × .184 = 0.0075: p = .4671
   a. If month 3 stock price = 350.85, option value = (.4671 × 30 + .5329 × 0)/1.0075 =13.93
   b. If month 3 stock price = 527, option value = (.4671 × 245.90 + .5329 × 30)/1.0075 = 129.99

c. At month 0 option value = (.4671 × 129.99 + .5329 × 13.93)/1.0075 = 67.7
   The put option can be valued using put-call parity:
   Value of put = 67.7 + 400/1.0075 − 430 = 34.72

5. a. Delta = 100/(200 − 50) = .667.

   b.

| | Current Cash Flow | Possible Future Cash Flows | |
|---|---|---|---|
| Buy call equals | −36.36 | 0 | +100 |
| Buy .667 shares | −66.67 | +33.33 | +133.33 |
| Borrow 30.30 | +30.30 | −33.33 | −33.33 |
| | −36.36 | 0 | +100 |

   c. $(p \times 100) + (1 − p)(− 50) = 10, p = .4.$

   d. Value of call $= \dfrac{(.4 \times 100) + (.6 \times 0)}{1.10} = 36.36.$

   e. No. The true probability of a price rise is almost certainly higher than the risk-neutral probability, but it does not help to value the option.

7. True; as the stock price rises, the risk of the option falls.

## CHAPTER 22

1. a. Increase value (unless the cash flows from the Mark II needed to be discounted at a higher rate).
   b. Increase value.
   c. Reduce value.

3. The life of a project is not fixed ahead of time. IM&C has the option to abandon the guano project after 2 or 3 years if performance is poor. If performance is great, exercise of the abandonment option could be delayed well beyond the estimated 7-year life.

5. Gas turbines can be started up on short notice when spark spreads are high. The turbines' value comes from flexibility in production.

7. (a) True; (b) true; (c) true; (d) true; (e) true—the series of smaller plants generates real options, but the large plant may nevertheless be more efficient.

## CHAPTER 23

1. Promised yield = 12.72%; expected yield = 9.37%.

3. Put option on company's assets with an exercise price equal to the face value of the bond.

5. The expected growth in the market value of the assets, the face value and maturity of the debt, and the variability of future asset values. (In practice, compromises need to be made if, for example, the company has issued bonds with different maturities.)

7. Both bonds are more likely to be downrated.

## CHAPTER 24

1. (a) High-grade utility bonds; (b) industrial holding companies; (c) industrial bonds; (d) railroads; (e) asset-backed security.

3. a. You would like an issue of junior debt.

   b. You prefer it not to do so (unless it is also junior debt). The existing property may not be sufficient to pay off your debt.

5. a. Approximately $99.489 + 8.25/12 = 100.18\%$.

   b. $.04125 \times 250 = \$10.3$ million on Feb. 15, 1993.

   c. After making earlier sinking fund payments, \$12.5 million remains to be repaid on Aug. 15,2022.

   d. 2008 (but see footnote 20 for some possible complications).

7. a. False. Lenders usually retain some recourse; e.g., they may demand a completion guarantee.

   b. True, but some new securities (e.g., eurobonds) survive even when the original motive for issuing them disappears.

   c. False. The borrower has the option.

   d. True. But debt issues with weak covenants suffered in such takeovers.

   e. True. The costs of renegotiation are less for private placements.

9. (a) False; (b) true; (c) false; (d) true.

## CHAPTER 25

1. *A, c; B, d* or *i; C, b* or *e; D, f; E, a; F, h; G, g.*

3. a. The lessor must charge enough to cover the present value of the costs of owning and operating the asset over its expected economic life. In a competitive leasing market the present value of rentals cannot exceed the present value of costs. The competitive rental payment ends up equal to the lessor's equivalent annual cost.

   b. The user's equivalent annual cost is the annual cost to the user of owning and operating the asset. If the operating lease rate is less than this cost, it pays to lease.

5. If the lease is affirmed, the lessee continues to use the leased asset and must make the full lease payments. If the lease is rejected, the leased asset is returned to the lessor. If the value of the returned asset is not enough to cover the remaining lease payments, the lessor's loss becomes an unsecured claim on the bankrupt firm.

7. Lenders have no claim on the lessor if the lessee defaults. The lessor avoids liability in this case. But lenders will demand better terms, for example, a higher interest rate, as compensation for lack of recourse.

## CHAPTER 26

1. a. Price paid for immediate delivery.

   b. Forward contracts are contracts to buy or sell at a specified future date at a specified price. Futures differ from forwards in two main ways. They are traded on an exchange and they are marked to market.

   c. Investors who are long have agreed to buy the asset. Investors who are short have contracted to sell.

   d. The risk that arises because the price of the asset used to hedge is not perfectly correlated with that of the asset that is being hedged.

   e. Profits and losses on a position are settled on a regular basis (e.g., daily).

   f. The advantage from owning the commodity rather than the promise of future delivery *less* the cost of storing the commodity.

3. She is asking you to pay money, because your sale is showing a loss.

5. Northern Refineries has fixed the price that it will receive for its oil (we ignore possible basis risk). Because it now has a certain income, it gives up the possibility of pleasant surprises as well as unpleasant ones.

7. a. A shortage of heating oil increases net convenience yield and reduces the futures price relative to spot price.

   b. Spot and futures prices decrease. The futures price rises relative to spot because convenience yield falls and storage costs rise.

9. (a) Profit;

   (b) If the bank took out a new 4-year swap, it would need to pay an extra \$.25 million a year. At the new interest rate of 6.5%, the extra payment has a present value of \$856,000. This is the amount that the bank should charge to terminate.

11. Sell short \$1.2 million of the market portfolio. In practice rather than "sell the market" you would sell futures on \$1.2 million of the market index.

## CHAPTER 27

1. a. 94.7050;

   b. 94.6780;

   c. Yen is at a premium (dollar is at a discount);

   d. premium $= 94.750/94.087 - 1 = .0066$, or .66%;

   e. From interest rate parity, $94.087/94.750 = (1 + r_{yen})/1.015$. $r_{yen} = .0084$ or .84%.

   f. 94.6161 yen $= \$1$;

   g. If the real exchange rate is expected to be constant, expected difference in inflation is $94.6161/94.7050 - 1 = -.0009$, i.e., inflation in Japan over the 3 months is expected to be .09% less than in the United States.

**3.** a. $2,419 \times 1.3/1.02 = R3,083 = \$1$. b. Real value of rupiah fell by $3,083/8,325 - 1 = .63$, or 63%.

**5.** *b.*

b.

| Year | 0 | 1 | 2 | 3 | 4 | 5 |
|------|-----|-------|-------|-------|-------|-------|
| Forward rate | 1.2 | 1.223 | 1.246 | 1.269 | 1.293 | 1.318 |
| \$ million | −96 | 12.23 | 24.91 | 29.19 | 34.92 | 32.94 |

c. It doesn't. The company can always hedge against a fall in the euro.

## CHAPTER 28

**1.**

| $ Thousands | | $ Thousands | |
|-------------|------|------|----------------------|
| Cash | $25 | $ 24 | Accounts payable |
| Accounts receivable | 35 | 24 | Total current liabilities |
| Inventories | 30 | 130 | Long-term debt |
| Total current assets | 90 | 76 | Equity |
| Net plant & equipment | 140 | | |
| Total assets | 230 | 230 | Total liabilities & equity |

**3.**

### Common-Size Balance Sheet, 2008

| | % | | % |
|---|---|---|---|
| Cash & marketable securities | 8.0 | Debt due for repayment | 2.4 |
| Accounts receivable | 20.6 | Accounts payable | 31.6 |
| Inventories | 19.7 | Total current liabilities | 33.9 |
| Other current assets | 7.2 | Long-term debt | 21.5 |
| Total current assets | 55.6 | Other long-term liabilities | 11.6 |
| Tangible fixed assets | 47.8 | Total liabilities | 67.0 |
| Less accumulated depreciation | 27.0 | Total shareholders' equity | 33.0 |
| Net tangible fixed assets | 20.8 | | |
| Long-term investments | .5 | | |
| Other long-term assets | 23.1 | | |
| Total assets | 100 | Total liabilities & shareholders' equity | 100 |

### Common-Size Income Statement, 2008

| | |
|---|---|
| Sales | 100% |
| Cost of goods sold | 25.2 |
| Selling, general, and administrative expenses | 61.3 |
| Depreciation | 3.2 |
| Earnings before interest & taxes | 10.3 |
| Interest expense | .9 |
| Taxable income | 9.4 |
| Tax | 3.3 |
| Net income | 6.0 |

**7.** It can borrow the present value of €1 million, sell the euros in the spot market, and invest the proceeds in an 8-year dollar loan.

**9.** a. $NPV = 6.61 \times 1.2 = \$7.94$ million.

**5.** The illogical ratios are *a, b, c, f,* and *i*. The correct definitions are

$$\text{Debt-equity ratio} = \frac{\text{long-term debt} + \text{value of leases}}{\text{equity}}$$

$$\text{Return on equity} = \frac{\text{net income}}{\text{equity at start of year}}$$

$$\text{Payout ratio} = \frac{\text{dividend per share}}{\text{earnings per share}}$$

$$\text{Current ratio} = \frac{\text{current assets}}{\text{current liabilities}}$$

$$\text{Average collection period} = \frac{\text{receivables at start of year}}{\text{daily sales}}$$

**7.** a. Sales $= 3 \times 500,000 = 1,500,000$; after-tax interest + net income $= .08 \times 1,500,000 = 120,000$; ROA $= 120,000/500,000 = 24\%$;

b. Net income $= .08 \times 3 \times 500,000 - (1 - .35) \times 30,000 = 100,500$. ROE = net income/equity $= 100,500/300,000 = .34$.

**9.** .73.; 3.65%

**11.** Assume that new debt is a current liability.
a. Current ratio goes from $100/60 = 1.67$ to $120/80 = 1.50$; cash ratio goes from $30/60 = .5$ to $50/80 = .63$;

b. Long-term debt ratio is unchanged; total liabilities/total assets goes from $410/600 = .6833$ to $430/620 = .6935$.

**13.** $82 million.

## CHAPTER 29

**1.**

| | Cash | Working Capital |
|---|------|-----------------|
| 1. | $2 million decline | $2 million decline |
| 2. | $2,500 increase | Unchanged |
| 3. | $50,000 decline | Unchanged |
| 4. | Unchanged | $10 million increase |
| 5. | Unchanged | Unchanged |
| 6. | $5 million increase | Unchanged |

**3.** Month 3: $18 + (.5 \times 90) + (.3 \times 120) + (.2 \times 100) = \$119,000$.

Month 4: $14 + (.5 \times 70) + (.3 \times 90) + (.2 \times 120) = \$100,000$.

5. a. Table 29.2: Cash = 40, Total current assets = 340; Bank loans = 15; Current liabilities = 150; and Total assets = Total liabilities and net worth = 590.

Table 29.3: Increase (decrease) in short-term debt = −10; net cash flow from financing activities = −35; Increase in cash balance = 20.

b. Table 29.2: Long-term debt = 130; Gross investment = 375; Net fixed assets = 275; Cash = 40; Current assets = 340; and Total assets = Total liabilities and net worth = 615.

Table 29.3: Increase (decrease) in long-term debt = 30 + 40 =70; Net cash flow from financing activities = −50 + 40= −10; Investment in fixed assets = −(25 + 30) = −55; Increase in cash balance = 20.

c. Table 29.1: Operating cost (cost of goods sold + other expenses) = (1,644 + 411) × .9 = 1,850; Pretax income = 2,200 − 1,850 − 20 − 5 = 325; Net income = 325 × .5 = 162.5. If dividend is unchanged, earnings retained in the business = 162.5 − 30 = 132.5.

Table 29.2: assuming inventories are unchanged, Cash = 25 +132.5 − 30 = 127.5; Current assets =427.5; Net worth = 452.5; total assets = total liabilities and net worth = 677.5.

Table 29.3: Net income = 162.5; Net cash flow from operating activities = 85 + 102.5 =187.5; Increase (decrease) in cash balance = 107.5

d. Table 29.4 changes as follows:

| | Q3 | Q4 |
|---|---|---|
| Receivables at start | 181.6 | 105.2 |
| Sales | 742 | 836 |
| Collections: | | |
| Current sales | 667.8 | 752.4 |
| Last period sales | 150.6 | 74.2 |
| Total collections | 818.4 | 826.6 |
| Receivables at end | 105.2 | 114.6 |

Table 29.5 changes as follows:

| | Q3 | Q4 |
|---|---|---|
| Collections on accounts receivable | 818.4 | 826.6 |
| Total sources | 895.4 | 826.6 |
| Sources minus uses | 268.4 | 189.1 |
| Cash at start | −188.6 | 79.8 |
| Change in cash balance | 268.4 | 189.1 |
| Cash at end | 79.8 | 268.9 |
| Cumulative financing required | −54.8 | 243.9 |

e. Table 29.5 changes as follows:

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Labor and other expenses | 116 | 116 | 116 | 116 |
| Total sources | 531 | 539.4 | 767 | 827.8 |
| Sources minus uses | 121 | −52.6 | 140 | 190.3 |
| Short-term borrowing requirement: | | | | |
| Cash at start | 25 | −96 | −148.6 | −8.6 |
| Change in cash balance | −121 | −52.6 | 140 | 190.3 |
| Cash at end | −96 | −148.6 | −8.6 | 181.7 |
| Cumulative financing required | 121 | 173.6 | 33.6 | −156.7 |

f. Table 29.5 changes as follows:

| | Q2 | Q3 | Q4 |
|---|---|---|---|
| Other | 50 | 77 | |
| Total sources | 569.4 | 747 | 807.8 |
| Sources minus uses | −22.6 | 120 | 170.3 |
| Short-term borrowing requirement: | | | |
| Cash at start | −116 | −138.6 | −18.6 |
| Change in cash balance | −22.6 | 120 | 170.3 |
| Cash at end | −138.6 | −18.6 | 151.7 |
| Cumulative financing required | 163.6 | 43.6 | −126.7 |

g. Table 29.5 changes as follows:

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Minimum operating balance | 10 | 10 | 10 | 10 |
| Cumulative financing required | 126 | 198.6 | 78.6 | −91.7 |

7. (a) $ 2,900,000; (b) $ 225,000; (c) .25.
9. (a) 8.6%; (b) 13.75%.

## CHAPTER 30

1. By holding large inventories, the firm avoids the risk of running out of materials and finished goods. It can order materials in larger quantities and arrange longer production runs. On the other hand, inventories tie up capital, must be stored and insured, and may be subject to damage.

   Similarly, large cash inventories reduce the risk of running out of cash or having to sell securities at short notice. The firm needs to make less frequent sales of securities and therefore minimize the fixed costs of such sales. On the other hand, inventories of cash tie up capital.

**3.** a. Due lag decreases, therefore pay lag decreases.
   b. Due lag increases, therefore pay lag increases.
   c. Terms lag increases, therefore pay lag increases.

**5.** a. Expected profit = $p(1,200 - 1,050) -$
     $1,050 (1 - p) = 0$

$$p = .875$$

   Therefore, grant credit if probability of payment exceeds 87.5%.

   b. Expected profit from selling to slow payer: .8(150) − .2(1,050) = − 90. Break-even point for credit check: (.05 × 90 × units) − 12 = 0. Units = 2.67.

**7.** (a) False; (b) false; (c) false—should be collection agency or attorney.

**9.** a. The $.40 per check fee is cheaper at 300 × .40 = $120 per day. The cost of putting up $800,000 of compensating balances is .09 × 800,000 = $72,000 per year, or 72,000/365 = $197 per day.

   b. The lockbox system costs $120 per day, or $43,800 per year. You would need $486,700 additional cash to generate this much interest. Thus the lockbox system must generate at least this much cash. The cash flow is 300 × 1,500 = $450,000 per day. Thus the lockbox must speed up average collection time by 486,700/450,000 = 1.08 days.

**11.** (a) Less; (b) less; (c) invest the same amount;  (d) more.

**13.** (a) Repurchase agreements; (b) commercial paper; (c) finance company commercial paper; (d) 3-month bills; (e) Treasury bills; (f) Treasury bills.

**15.** (a) True; (b) false (borrower has a call); (c) true; (d) false (100/90 − 1 = .111, or 11.1%); (e) true.

## CHAPTER 31

**1.** (a) Horizontal; (b) conglomerate; (c) vertical; (d) conglomerate.

**3.** (a) $5 million (We assume that the $500,000 saving is an after-tax figure.); (b) $4 million; (c) $7.5 million; (d) +$1 million; (e) − $2.5 million.

**5.** (a) True; (b) false; (c) false; (d) true; (e) false (They may produce gains, but "large" is stretching it.); (f) false; (g) true.

## CHAPTER 32

**1.** a. Purchase of a business using mostly debt financing. The company goes private. Management is given a substantial equity stake.
   b. An LBO undertaken by management.

   c. A parent company creates a new company with part of its assets and operations. Shares in the new business are distributed to the parent's stockholders.
   d. Like a spin-off, but shares in the new business are sold to investors.
   e. Sale of specific assets rather than entire firm.
   f. A government-owned business is sold to private investors.
   g. A company moves to a much higher debt ratio. Proceeds of additional borrowing are paid out to stockholders.

**3.** Increased efficiency, broader share ownership, and revenue for the government.

**5.** Internal capital markets often misallocate capital. The market values of the conglomerate's divisions can't be observed separately, so it's hard to set incentives and to reward risk-taking.

**7.** Chapter 7 usually leads to liquidation. Chapter 11 protects the firm from its creditors while a reorganization plan is developed.

**9.** There is always a chance that the company can recover, allowing creditors to be paid off and leaving something for shareholders. Also, the court may not observe *absolute priority*, so shareholders may be given some crumbs in a Chapter 11 reorganization.

## CHAPTER 33

**1.** (a) USA and UK; (b) USA; (c) Japan and Europe; (d) Japan; (e) UK; (f) Japan. (*Note:* Answers exclude countries not separately shown in Figures 33.1–33.4.)

**3.** No. Individual investors hold relatively little common stock directly. Also the cross-holdings of stock by Japanese companies limit the opportunities for individuals to play an important role in governance.

**5.** German firms have two boards of directors: a management board and a supervisory board, half of whose members are elected by employees. The supervisory board represents the interests of the company as a whole, not just the interests of employees or stockholders.

**7.** The shareholder has a .3 holding in $x_2$. $x_2$ has a .3 holding in $x$, which has a .3 holding in $z$. The shareholder really has only a $.3^3$ or .027 holding in $z$.

**9.** If firm $y$ has a large stake in $x$, it may be able to transfer value from $x$ by borrowing from $x$ at a low interest rate, selling materials to $x$ at excessive prices, or buying $x$'s output at low prices.

# Present Value Tables

**APPENDIX TABLE 1**

Discount factors: Present value of $1 to be received after $t$ years $= 1/(1 + r)^t$.

| Number of Years | Interest Rate per Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11% | 12% | 13% | 14% | 15% |
| 1 | .990 | .980 | .971 | .962 | .952 | .943 | .935 | .926 | .917 | .909 | .901 | .893 | .885 | .877 | .870 |
| 2 | .980 | .961 | .943 | .925 | .907 | .890 | .873 | .857 | .842 | .826 | .812 | .797 | .783 | .769 | .756 |
| 3 | .971 | .942 | .915 | .889 | .864 | .840 | .816 | .794 | .772 | .751 | .731 | .712 | .693 | .675 | .658 |
| 4 | .961 | .924 | .888 | .855 | .823 | .792 | .763 | .735 | .708 | .683 | .659 | .636 | .613 | .592 | .572 |
| 5 | .951 | .906 | .863 | .822 | .784 | .747 | .713 | .681 | .650 | .621 | .593 | .567 | .543 | .519 | .497 |
| 6 | .942 | .888 | .837 | .790 | .746 | .705 | .666 | .630 | .596 | .564 | .535 | .507 | .480 | .456 | .432 |
| 7 | .933 | .871 | .813 | .760 | .711 | .665 | .623 | .583 | .547 | .513 | .482 | .452 | .425 | .400 | .376 |
| 8 | .923 | .853 | .789 | .731 | .677 | .627 | .582 | .540 | .502 | .467 | .434 | .404 | .376 | .351 | .327 |
| 9 | .914 | .837 | .766 | .703 | .645 | .592 | .544 | .500 | .460 | .424 | .391 | .361 | .333 | .308 | .284 |
| 10 | .905 | .820 | .744 | .676 | .614 | .558 | .508 | .463 | .422 | .386 | .352 | .322 | .295 | .270 | .247 |
| 11 | .896 | .804 | .722 | .650 | .585 | .527 | .475 | .429 | .388 | .350 | .317 | .287 | .261 | .237 | .215 |
| 12 | .887 | .788 | .701 | .625 | .557 | .497 | .444 | .397 | .356 | .319 | .286 | .257 | .231 | .208 | .187 |
| 13 | .879 | .773 | .681 | .601 | .530 | .469 | .415 | .368 | .326 | .290 | .258 | .229 | .204 | .182 | .163 |
| 14 | .870 | .758 | .661 | .577 | .505 | .442 | .388 | .340 | .299 | .263 | .232 | .205 | .181 | .160 | .141 |
| 15 | .861 | .743 | .642 | .555 | .481 | .417 | .362 | .315 | .275 | .239 | .209 | .183 | .160 | .140 | .123 |
| 16 | .853 | .728 | .623 | .534 | .458 | .394 | .339 | .292 | .252 | .218 | .188 | .163 | .141 | .123 | .107 |
| 17 | .844 | .714 | .605 | .513 | .436 | .371 | .317 | .270 | .231 | .198 | .170 | .146 | .125 | .108 | .093 |
| 18 | .836 | .700 | .587 | .494 | .416 | .350 | .296 | .250 | .212 | .180 | .153 | .130 | .111 | .095 | .081 |
| 19 | .828 | .686 | .570 | .475 | .396 | .331 | .277 | .232 | .194 | .164 | .138 | .116 | .098 | .083 | .070 |
| 20 | .820 | .673 | .554 | .456 | .377 | .312 | .258 | .215 | .178 | .149 | .124 | .104 | .087 | .073 | .061 |

| Number of Years | Interest Rate per Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16% | 17% | 18% | 19% | 20% | 21% | 22% | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% |
| 1 | .862 | .855 | .847 | .840 | .833 | .826 | .820 | .813 | .806 | .800 | .794 | .787 | .781 | .775 | .769 |
| 2 | .743 | .731 | .718 | .706 | .694 | .683 | .672 | .661 | .650 | .640 | .630 | .620 | .610 | .601 | .592 |
| 3 | .641 | .624 | .609 | .593 | .579 | .564 | .551 | .537 | .524 | .512 | .500 | .488 | .477 | .466 | .455 |
| 4 | .552 | .534 | .516 | .499 | .482 | .467 | .451 | .437 | .423 | .410 | .397 | .384 | .373 | .361 | .350 |
| 5 | .476 | .456 | .437 | .419 | .402 | .386 | .370 | .355 | .341 | .328 | .315 | .303 | .291 | .280 | .269 |
| 6 | .410 | .390 | .370 | .352 | .335 | .319 | .303 | .289 | .275 | .262 | .250 | .238 | .227 | .217 | .207 |
| 7 | .354 | .333 | .314 | .296 | .279 | .263 | .249 | .235 | .222 | .210 | .198 | .188 | .178 | .168 | .159 |
| 8 | .305 | .285 | .266 | .249 | .233 | .218 | .204 | .191 | .179 | .168 | .157 | .148 | .139 | .130 | .123 |
| 9 | .263 | .243 | .225 | .209 | .194 | .180 | .167 | .155 | .144 | .134 | .125 | .116 | .108 | .101 | .094 |
| 10 | .227 | .208 | .191 | .176 | .162 | .149 | .137 | .126 | .116 | .107 | .099 | .092 | .085 | .078 | .073 |
| 11 | .195 | .178 | .162 | .148 | .135 | .123 | .112 | .103 | .094 | .086 | .079 | .072 | .066 | .061 | .056 |
| 12 | .168 | .152 | .137 | .124 | .112 | .102 | .092 | .083 | .076 | .069 | .062 | .057 | .052 | .047 | .043 |
| 13 | .145 | .130 | .116 | .104 | .093 | .084 | .075 | .068 | .061 | .055 | .050 | .045 | .040 | .037 | .033 |
| 14 | .125 | .111 | .099 | .088 | .078 | .069 | .062 | .055 | .049 | .044 | .039 | .035 | .032 | .028 | .025 |
| 15 | .108 | .095 | .084 | .074 | .065 | .057 | .051 | .045 | .040 | .035 | .031 | .028 | .025 | .022 | .020 |
| 16 | .093 | .081 | .071 | .062 | .054 | .047 | .042 | .036 | .032 | .028 | .025 | .022 | .019 | .017 | .015 |
| 17 | .080 | .069 | .060 | .052 | .045 | .039 | .034 | .030 | .026 | .023 | .020 | .017 | .015 | .013 | .012 |
| 18 | .069 | .059 | .051 | .044 | .038 | .032 | .028 | .024 | .021 | .018 | .016 | .014 | .012 | .010 | .009 |
| 19 | .060 | .051 | .043 | .037 | .031 | .027 | .023 | .020 | .017 | .014 | .012 | .011 | .009 | .008 | .007 |
| 20 | .051 | .043 | .037 | .031 | .026 | .022 | .019 | .016 | .014 | .012 | .010 | .008 | .007 | .006 | .005 |

**Note:** For example, if the interest rate is 10% per year, the present value of $1 received at year 5 is $.621.

A

## APPENDIX TABLE 2

Future value of $1 after $t$ years $= (1 + r)^t$.

| Number of Years | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11% | 12% | 13% | 14% | 15% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.010 | 1.020 | 1.030 | 1.040 | 1.050 | 1.060 | 1.070 | 1.080 | 1.090 | 1.100 | 1.110 | 1.120 | 1.130 | 1.140 | 1.150 |
| 2 | 1.020 | 1.040 | 1.061 | 1.082 | 1.102 | 1.124 | 1.145 | 1.166 | 1.188 | 1.210 | 1.232 | 1.254 | 1.277 | 1.300 | 1.323 |
| 3 | 1.030 | 1.061 | 1.093 | 1.125 | 1.158 | 1.191 | 1.225 | 1.260 | 1.295 | 1.331 | 1.368 | 1.405 | 1.443 | 1.482 | 1.521 |
| 4 | 1.041 | 1.082 | 1.126 | 1.170 | 1.216 | 1.262 | 1.311 | 1.360 | 1.412 | 1.464 | 1.518 | 1.574 | 1.630 | 1.689 | 1.749 |
| 5 | 1.051 | 1.104 | 1.159 | 1.217 | 1.276 | 1.338 | 1.403 | 1.469 | 1.539 | 1.611 | 1.685 | 1.762 | 1.842 | 1.925 | 2.011 |
| 6 | 1.062 | 1.126 | 1.194 | 1.265 | 1.340 | 1.419 | 1.501 | 1.587 | 1.677 | 1.772 | 1.870 | 1.974 | 2.082 | 2.195 | 2.313 |
| 7 | 1.072 | 1.149 | 1.230 | 1.316 | 1.407 | 1.504 | 1.606 | 1.714 | 1.828 | 1.949 | 2.076 | 2.211 | 2.353 | 2.502 | 2.660 |
| 8 | 1.083 | 1.172 | 1.267 | 1.369 | 1.477 | 1.594 | 1.718 | 1.851 | 1.993 | 2.144 | 2.305 | 2.476 | 2.658 | 2.853 | 3.059 |
| 9 | 1.094 | 1.195 | 1.305 | 1.423 | 1.551 | 1.689 | 1.838 | 1.999 | 2.172 | 2.358 | 2.558 | 2.773 | 3.004 | 3.252 | 3.518 |
| 10 | 1.105 | 1.219 | 1.344 | 1.480 | 1.629 | 1.791 | 1.967 | 2.159 | 2.367 | 2.594 | 2.839 | 3.106 | 3.395 | 3.707 | 4.046 |
| 11 | 1.116 | 1.243 | 1.384 | 1.539 | 1.710 | 1.898 | 2.105 | 2.332 | 2.580 | 2.853 | 3.152 | 3.479 | 3.836 | 4.226 | 4.652 |
| 12 | 1.127 | 1.268 | 1.426 | 1.601 | 1.796 | 2.012 | 2.252 | 2.518 | 2.813 | 3.138 | 3.498 | 3.896 | 4.335 | 4.818 | 5.350 |
| 13 | 1.138 | 1.294 | 1.469 | 1.665 | 1.886 | 2.133 | 2.410 | 2.720 | 3.066 | 3.452 | 3.883 | 4.363 | 4.898 | 5.492 | 6.153 |
| 14 | 1.149 | 1.319 | 1.513 | 1.732 | 1.980 | 2.261 | 2.579 | 2.937 | 3.342 | 3.797 | 4.310 | 4.887 | 5.535 | 6.261 | 7.076 |
| 15 | 1.161 | 1.346 | 1.558 | 1.801 | 2.079 | 2.397 | 2.759 | 3.172 | 3.642 | 4.177 | 4.785 | 5.474 | 6.254 | 7.138 | 8.137 |
| 16 | 1.173 | 1.373 | 1.605 | 1.873 | 2.183 | 2.540 | 2.952 | 3.426 | 3.970 | 4.595 | 5.311 | 6.130 | 7.067 | 8.137 | 9.358 |
| 17 | 1.184 | 1.400 | 1.653 | 1.948 | 2.292 | 2.693 | 3.159 | 3.700 | 4.328 | 5.054 | 5.895 | 6.866 | 7.986 | 9.276 | 10.76 |
| 18 | 1.196 | 1.428 | 1.702 | 2.026 | 2.407 | 2.854 | 3.380 | 3.996 | 4.717 | 5.560 | 6.544 | 7.690 | 9.024 | 10.58 | 12.38 |
| 19 | 1.208 | 1.457 | 1.754 | 2.107 | 2.527 | 3.026 | 3.617 | 4.316 | 5.142 | 6.116 | 7.263 | 8.613 | 10.20 | 12.06 | 14.23 |
| 20 | 1.220 | 1.486 | 1.806 | 2.191 | 2.653 | 3.207 | 3.870 | 4.661 | 5.604 | 6.727 | 8.062 | 9.646 | 11.52 | 13.74 | 16.37 |

| Number of Years | 16% | 17% | 18% | 19% | 20% | 21% | 22% | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.160 | 1.170 | 1.180 | 1.190 | 1.200 | 1.210 | 1.220 | 1.230 | 1.240 | 1.250 | 1.260 | 1.270 | 1.280 | 1.290 | 1.300 |
| 2 | 1.346 | 1.369 | 1.392 | 1.416 | 1.440 | 1.464 | 1.488 | 1.513 | 1.538 | 1.563 | 1.588 | 1.613 | 1.638 | 1.664 | 1.690 |
| 3 | 1.561 | 1.602 | 1.643 | 1.685 | 1.728 | 1.772 | 1.816 | 1.861 | 1.907 | 1.953 | 2.000 | 2.048 | 2.097 | 2.147 | 2.197 |
| 4 | 1.811 | 1.874 | 1.939 | 2.005 | 2.074 | 2.144 | 2.215 | 2.289 | 2.364 | 2.441 | 2.520 | 2.601 | 2.684 | 2.769 | 2.856 |
| 5 | 2.100 | 2.192 | 2.288 | 2.386 | 2.488 | 2.594 | 2.703 | 2.815 | 2.932 | 3.052 | 3.176 | 3.304 | 3.436 | 3.572 | 3.713 |
| 6 | 2.436 | 2.565 | 2.700 | 2.840 | 2.986 | 3.138 | 3.297 | 3.463 | 3.635 | 3.815 | 4.002 | 4.196 | 4.398 | 4.608 | 4.827 |
| 7 | 2.826 | 3.001 | 3.185 | 3.379 | 3.583 | 3.797 | 4.023 | 4.259 | 4.508 | 4.768 | 5.042 | 5.329 | 5.629 | 5.945 | 6.275 |
| 8 | 3.278 | 3.511 | 3.759 | 4.021 | 4.300 | 4.595 | 4.908 | 5.239 | 5.590 | 5.960 | 6.353 | 6.768 | 7.206 | 7.669 | 8.157 |
| 9 | 3.803 | 4.108 | 4.435 | 4.785 | 5.160 | 5.560 | 5.987 | 6.444 | 6.931 | 7.451 | 8.005 | 8.595 | 9.223 | 9.893 | 10.60 |
| 10 | 4.411 | 4.807 | 5.234 | 5.695 | 6.192 | 6.728 | 7.305 | 7.926 | 8.594 | 9.313 | 10.09 | 10.92 | 11.81 | 12.76 | 13.79 |
| 11 | 5.117 | 5.624 | 6.176 | 6.777 | 7.430 | 8.140 | 8.912 | 9.749 | 10.66 | 11.64 | 12.71 | 13.86 | 15.11 | 16.46 | 17.92 |
| 12 | 5.936 | 6.580 | 7.288 | 8.064 | 8.916 | 9.850 | 10.87 | 11.99 | 13.21 | 14.55 | 16.01 | 17.61 | 19.34 | 21.24 | 23.30 |
| 13 | 6.886 | 7.699 | 8.599 | 9.596 | 10.70 | 11.92 | 13.26 | 14.75 | 16.39 | 18.19 | 20.18 | 22.36 | 24.76 | 27.39 | 30.29 |
| 14 | 7.988 | 9.007 | 10.15 | 11.42 | 12.84 | 14.42 | 16.18 | 18.14 | 20.32 | 22.74 | 25.42 | 28.40 | 31.69 | 35.34 | 39.37 |
| 15 | 9.266 | 10.54 | 11.97 | 13.59 | 15.41 | 17.45 | 19.74 | 22.31 | 25.20 | 28.42 | 32.03 | 36.06 | 40.56 | 45.59 | 51.19 |
| 16 | 10.75 | 12.33 | 14.13 | 16.17 | 18.49 | 21.11 | 24.09 | 27.45 | 31.24 | 35.53 | 40.36 | 45.80 | 51.92 | 58.81 | 66.54 |
| 17 | 12.47 | 14.43 | 16.67 | 19.24 | 22.19 | 25.55 | 29.38 | 33.76 | 38.74 | 44.41 | 50.85 | 58.17 | 66.46 | 75.86 | 86.50 |
| 18 | 14.46 | 16.88 | 19.67 | 22.90 | 26.62 | 30.91 | 35.85 | 41.52 | 48.04 | 55.51 | 64.07 | 73.87 | 85.07 | 97.86 | 112.5 |
| 19 | 16.78 | 19.75 | 23.21 | 27.25 | 31.95 | 37.40 | 43.74 | 51.07 | 59.57 | 69.39 | 80.73 | 93.81 | 108.9 | 126.2 | 146.2 |
| 20 | 19.46 | 23.11 | 27.39 | 32.43 | 38.34 | 45.26 | 53.36 | 62.82 | 73.86 | 86.74 | 101.7 | 119.1 | 139.4 | 162.9 | 190.0 |

**Note:** For example, if the interest rate is 10% per year, the investment of $1 today will be worth $1.611 at year 5.

## APPENDIX TABLE 3

Annuity table: Present value of $1 per year for each of $t$ years $= 1/r - 1/[r(1 + r)^t]$.

| Number of Years | Interest Rate per Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11% | 12% | 13% | 14% | 15% |
| 1 | .990 | .980 | .971 | .962 | .952 | .943 | .935 | .926 | .917 | .909 | .901 | .893 | .885 | .877 | .870 |
| 2 | 1.970 | 1.942 | 1.913 | 1.886 | 1.859 | 1.833 | 1.808 | 1.783 | 1.759 | 1.736 | 1.713 | 1.690 | 1.668 | 1.647 | 1.626 |
| 3 | 2.941 | 2.884 | 2.829 | 2.775 | 2.723 | 2.673 | 2.624 | 2.577 | 2.531 | 2.487 | 2.444 | 2.402 | 2.361 | 2.322 | 2.283 |
| 4 | 3.902 | 3.808 | 3.717 | 3.630 | 3.546 | 3.465 | 3.387 | 3.312 | 3.240 | 3.170 | 3.102 | 3.037 | 2.974 | 2.914 | 2.855 |
| 5 | 4.853 | 4.713 | 4.580 | 4.452 | 4.329 | 4.212 | 4.100 | 3.993 | 3.890 | 3.791 | 3.696 | 3.605 | 3.517 | 3.433 | 3.352 |
| 6 | 5.795 | 5.601 | 5.417 | 5.242 | 5.076 | 4.917 | 4.767 | 4.623 | 4.486 | 4.355 | 4.231 | 4.111 | 3.998 | 3.889 | 3.784 |
| 7 | 6.728 | 6.472 | 6.230 | 6.002 | 5.786 | 5.582 | 5.389 | 5.206 | 5.033 | 4.868 | 4.712 | 4.564 | 4.423 | 4.288 | 4.160 |
| 8 | 7.652 | 7.325 | 7.020 | 6.733 | 6.463 | 6.210 | 5.971 | 5.747 | 5.535 | 5.335 | 5.146 | 4.968 | 4.799 | 4.639 | 4.487 |
| 9 | 8.566 | 8.162 | 7.786 | 7.435 | 7.108 | 6.802 | 6.515 | 6.247 | 5.995 | 5.759 | 5.537 | 5.328 | 5.132 | 4.946 | 4.772 |
| 10 | 9.471 | 8.983 | 8.530 | 8.111 | 7.722 | 7.360 | 7.024 | 6.710 | 6.418 | 6.145 | 5.889 | 5.650 | 5.426 | 5.216 | 5.019 |
| 11 | 10.37 | 9.787 | 9.253 | 8.760 | 8.306 | 7.887 | 7.499 | 7.139 | 6.805 | 6.495 | 6.207 | 5.938 | 5.687 | 5.453 | 5.234 |
| 12 | 11.26 | 10.58 | 9.954 | 9.385 | 8.863 | 8.384 | 7.943 | 7.536 | 7.161 | 6.814 | 6.492 | 6.194 | 5.918 | 5.660 | 5.421 |
| 13 | 12.13 | 11.35 | 10.63 | 9.986 | 9.394 | 8.853 | 8.358 | 7.904 | 7.487 | 7.103 | 6.750 | 6.424 | 6.122 | 5.842 | 5.583 |
| 14 | 13.00 | 12.11 | 11.30 | 10.56 | 9.899 | 9.295 | 8.745 | 8.244 | 7.786 | 7.367 | 6.982 | 6.628 | 6.302 | 6.002 | 5.724 |
| 15 | 13.87 | 12.85 | 11.94 | 11.12 | 10.38 | 9.712 | 9.108 | 8.559 | 8.061 | 7.606 | 7.191 | 6.811 | 6.462 | 6.142 | 5.847 |
| 16 | 14.72 | 13.58 | 12.56 | 11.65 | 10.84 | 10.11 | 9.447 | 8.851 | 8.313 | 7.824 | 7.379 | 6.974 | 6.604 | 6.265 | 5.954 |
| 17 | 15.56 | 14.29 | 13.17 | 12.17 | 11.27 | 10.48 | 9.763 | 9.122 | 8.544 | 8.022 | 7.549 | 7.120 | 6.729 | 6.373 | 6.047 |
| 18 | 16.40 | 14.99 | 13.75 | 12.66 | 11.69 | 10.83 | 10.06 | 9.372 | 8.756 | 8.201 | 7.702 | 7.250 | 6.840 | 6.467 | 6.128 |
| 19 | 17.23 | 15.68 | 14.32 | 13.13 | 12.09 | 11.16 | 10.34 | 9.604 | 8.950 | 8.365 | 7.839 | 7.366 | 6.938 | 6.550 | 6.198 |
| 20 | 18.05 | 16.35 | 14.88 | 13.59 | 12.46 | 11.47 | 10.59 | 9.818 | 9.129 | 8.514 | 7.963 | 7.469 | 7.025 | 6.623 | 6.259 |

| Number of Years | Interest Rate per Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16% | 17% | 18% | 19% | 20% | 21% | 22% | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% |
| 1 | .862 | .855 | .847 | .840 | .833 | .826 | .820 | .813 | .806 | .800 | .794 | .787 | .781 | .775 | .769 |
| 2 | 1.605 | 1.585 | 1.566 | 1.547 | 1.528 | 1.509 | 1.492 | 1.474 | 1.457 | 1.440 | 1.424 | 1.407 | 1.392 | 1.376 | 1.361 |
| 3 | 2.246 | 2.210 | 2.174 | 2.140 | 2.106 | 2.074 | 2.042 | 2.011 | 1.981 | 1.952 | 1.923 | 1.896 | 1.868 | 1.842 | 1.816 |
| 4 | 2.798 | 2.743 | 2.690 | 2.639 | 2.589 | 2.540 | 2.494 | 2.448 | 2.404 | 2.362 | 2.320 | 2.280 | 2.241 | 2.203 | 2.166 |
| 5 | 3.274 | 3.199 | 3.127 | 3.058 | 2.991 | 2.926 | 2.864 | 2.803 | 2.745 | 2.689 | 2.635 | 2.583 | 2.532 | 2.483 | 2.436 |
| 6 | 3.685 | 3.589 | 3.498 | 3.410 | 3.326 | 3.245 | 3.167 | 3.092 | 3.020 | 2.951 | 2.885 | 2.821 | 2.759 | 2.700 | 2.643 |
| 7 | 4.039 | 3.922 | 3.812 | 3.706 | 3.605 | 3.508 | 3.416 | 3.327 | 3.242 | 3.161 | 3.083 | 3.009 | 2.937 | 2.868 | 2.802 |
| 8 | 4.344 | 4.207 | 4.078 | 3.954 | 3.837 | 3.726 | 3.619 | 3.518 | 3.421 | 3.329 | 3.241 | 3.156 | 3.076 | 2.999 | 2.925 |
| 9 | 4.607 | 4.451 | 4.303 | 4.163 | 4.031 | 3.905 | 3.786 | 3.673 | 3.566 | 3.463 | 3.366 | 3.273 | 3.184 | 3.100 | 3.019 |
| 10 | 4.833 | 4.659 | 4.494 | 4.339 | 4.192 | 4.054 | 3.923 | 3.799 | 3.682 | 3.571 | 3.465 | 3.364 | 3.269 | 3.178 | 3.092 |
| 11 | 5.029 | 4.836 | 4.656 | 4.486 | 4.327 | 4.177 | 4.035 | 3.902 | 3.776 | 3.656 | 3.543 | 3.437 | 3.335 | 3.239 | 3.147 |
| 12 | 5.197 | 4.988 | 4.793 | 4.611 | 4.439 | 4.278 | 4.127 | 3.985 | 3.851 | 3.725 | 3.606 | 3.493 | 3.387 | 3.286 | 3.190 |
| 13 | 5.342 | 5.118 | 4.910 | 4.715 | 4.533 | 4.362 | 4.203 | 4.053 | 3.912 | 3.780 | 3.656 | 3.538 | 3.427 | 3.322 | 3.223 |
| 14 | 5.468 | 5.229 | 5.008 | 4.802 | 4.611 | 4.432 | 4.265 | 4.108 | 3.962 | 3.824 | 3.695 | 3.573 | 3.459 | 3.351 | 3.249 |
| 15 | 5.575 | 5.324 | 5.092 | 4.876 | 4.675 | 4.489 | 4.315 | 4.153 | 4.001 | 3.859 | 3.726 | 3.601 | 3.483 | 3.373 | 3.268 |
| 16 | 5.668 | 5.405 | 5.162 | 4.938 | 4.730 | 4.536 | 4.357 | 4.189 | 4.033 | 3.887 | 3.751 | 3.623 | 3.503 | 3.390 | 3.283 |
| 17 | 5.749 | 5.475 | 5.222 | 4.990 | 4.775 | 4.576 | 4.391 | 4.219 | 4.059 | 3.910 | 3.771 | 3.640 | 3.518 | 3.403 | 3.295 |
| 18 | 5.818 | 5.534 | 5.273 | 5.033 | 4.812 | 4.608 | 4.419 | 4.243 | 4.080 | 3.928 | 3.786 | 3.654 | 3.529 | 3.413 | 3.304 |
| 19 | 5.877 | 5.584 | 5.316 | 5.070 | 4.843 | 4.635 | 4.442 | 4.263 | 4.097 | 3.942 | 3.799 | 3.664 | 3.539 | 3.421 | 3.311 |
| 20 | 5.929 | 5.628 | 5.353 | 5.101 | 4.870 | 4.657 | 4.460 | 4.279 | 4.110 | 3.954 | 3.808 | 3.673 | 3.546 | 3.427 | 3.316 |

**Note:** For example, if the interest rate is 10% per year, the investment of $1 received in each of the next 5 years is $3.791.

## APPENDIX TABLE 4

Values of $e^{rt}$. Future value of $1 invested at a *continuously compounded* rate $r$ for $t$ years.

| rt | .00 | .01 | .02 | .03 | .04 | .05 | .06 | .07 | .08 | .09 |
|---|---|---|---|---|---|---|---|---|---|---|
| .00 | 1.000 | 1.010 | 1.020 | 1.030 | 1.041 | 1.051 | 1.062 | 1.073 | 1.083 | 1.094 |
| .10 | 1.105 | 1.116 | 1.127 | 1.139 | 1.150 | 1.162 | 1.174 | 1.185 | 1.197 | 1.209 |
| .20 | 1.221 | 1.234 | 1.246 | 1.259 | 1.271 | 1.284 | 1.297 | 1.310 | 1.323 | 1.336 |
| .30 | 1.350 | 1.363 | 1.377 | 1.391 | 1.405 | 1.419 | 1.433 | 1.448 | 1.462 | 1.477 |
| .40 | 1.492 | 1.507 | 1.522 | 1.537 | 1.553 | 1.568 | 1.584 | 1.600 | 1.616 | 1.632 |
| .50 | 1.649 | 1.665 | 1.682 | 1.699 | 1.716 | 1.733 | 1.751 | 1.768 | 1.786 | 1.804 |
| .60 | 1.822 | 1.840 | 1.859 | 1.878 | 1.896 | 1.916 | 1.935 | 1.954 | 1.974 | 1.994 |
| .70 | 2.014 | 2.034 | 2.054 | 2.075 | 2.096 | 2.117 | 2.138 | 2.160 | 2.181 | 2.203 |
| .80 | 2.226 | 2.248 | 2.271 | 2.293 | 2.316 | 2.340 | 2.363 | 2.387 | 2.411 | 2.435 |
| .90 | 2.460 | 2.484 | 2.509 | 2.535 | 2.560 | 2.586 | 2.612 | 2.638 | 2.664 | 2.691 |
| 1.00 | 2.718 | 2.746 | 2.773 | 2.801 | 2.829 | 2.858 | 2.886 | 2.915 | 2.945 | 2.974 |
| 1.10 | 3.004 | 3.034 | 3.065 | 3.096 | 3.127 | 3.158 | 3.190 | 3.222 | 3.254 | 3.287 |
| 1.20 | 3.320 | 3.353 | 3.387 | 3.421 | 3.456 | 3.490 | 3.525 | 3.561 | 3.597 | 3.633 |
| 1.30 | 3.669 | 3.706 | 3.743 | 3.781 | 3.819 | 3.857 | 3.896 | 3.935 | 3.975 | 4.015 |
| 1.40 | 4.055 | 4.096 | 4.137 | 4.179 | 4.221 | 4.263 | 4.306 | 4.349 | 4.393 | 4.437 |
| 1.50 | 4.482 | 4.527 | 4.572 | 4.618 | 4.665 | 4.711 | 4.759 | 4.807 | 4.855 | 4.904 |
| 1.60 | 4.953 | 5.003 | 5.053 | 5.104 | 5.155 | 5.207 | 5.259 | 5.312 | 5.366 | 5.419 |
| 1.70 | 5.474 | 5.529 | 5.585 | 5.641 | 5.697 | 5.755 | 5.812 | 5.871 | 5.930 | 5.989 |
| 1.80 | 6.050 | 6.110 | 6.172 | 6.234 | 6.297 | 6.360 | 6.424 | 6.488 | 6.553 | 6.619 |
| 1.90 | 6.686 | 6.753 | 6.821 | 6.890 | 6.959 | 7.029 | 7.099 | 7.171 | 7.243 | 7.316 |
| 2.00 | 7.389 | 7.463 | 7.538 | 7.614 | 7.691 | 7.768 | 7.846 | 7.925 | 8.004 | 8.085 |
| 2.10 | 8.166 | 8.248 | 8.331 | 8.415 | 8.499 | 8.585 | 8.671 | 8.758 | 8.846 | 8.935 |
| 2.20 | 9.025 | 9.116 | 9.207 | 9.300 | 9.393 | 9.488 | 9.583 | 9.679 | 9.777 | 9.875 |
| 2.30 | 9.974 | 10.07 | 10.18 | 10.28 | 10.38 | 10.49 | 10.59 | 10.70 | 10.80 | 10.91 |
| 2.40 | 11.02 | 11.13 | 11.25 | 11.36 | 11.47 | 11.59 | 11.70 | 11.82 | 11.94 | 12.06 |
| 2.50 | 12.18 | 12.30 | 12.43 | 12.55 | 12.68 | 12.81 | 12.94 | 13.07 | 13.20 | 13.33 |
| 2.60 | 13.46 | 13.60 | 13.74 | 13.87 | 14.01 | 14.15 | 14.30 | 14.44 | 14.59 | 14.73 |
| 2.70 | 14.88 | 15.03 | 15.18 | 15.33 | 15.49 | 15.64 | 15.80 | 15.96 | 16.12 | 16.28 |
| 2.80 | 16.44 | 16.61 | 16.78 | 16.95 | 17.12 | 17.29 | 17.46 | 17.64 | 17.81 | 17.99 |
| 2.90 | 18.17 | 18.36 | 18.54 | 18.73 | 18.92 | 19.11 | 19.30 | 19.49 | 19.69 | 19.89 |
| 3.00 | 20.09 | 20.29 | 20.49 | 20.70 | 20.91 | 21.12 | 21.33 | 21.54 | 21.76 | 21.98 |
| 3.10 | 22.20 | 22.42 | 22.65 | 22.87 | 23.10 | 23.34 | 23.57 | 23.81 | 24.05 | 24.29 |
| 3.20 | 24.53 | 24.78 | 25.03 | 25.28 | 25.53 | 25.79 | 26.05 | 26.31 | 26.58 | 26.84 |
| 3.30 | 27.11 | 27.39 | 27.66 | 27.94 | 28.22 | 28.50 | 28.79 | 29.08 | 29.37 | 29.67 |
| 3.40 | 29.96 | 30.27 | 30.57 | 30.88 | 31.19 | 31.50 | 31.82 | 32.14 | 32.46 | 32.79 |
| 3.50 | 33.12 | 33.45 | 33.78 | 34.12 | 34.47 | 34.81 | 35.16 | 35.52 | 35.87 | 36.23 |
| 3.60 | 36.60 | 36.97 | 37.34 | 37.71 | 38.09 | 38.47 | 38.86 | 39.25 | 39.65 | 40.04 |
| 3.70 | 40.45 | 40.85 | 41.26 | 41.68 | 42.10 | 42.52 | 42.95 | 43.38 | 43.82 | 44.26 |
| 3.80 | 44.70 | 45.15 | 45.60 | 46.06 | 46.53 | 46.99 | 47.47 | 47.94 | 48.42 | 48.91 |
| 3.90 | 49.40 | 49.90 | 50.40 | 50.91 | 51.42 | 51.94 | 52.46 | 52.98 | 53.52 | 54.05 |

**Note:** For example, if the continuously compounded interest rate is 10% per year, the investment of $1 today will be worth $1.105 at year 1 and $1.221 at year 2.

## APPENDIX TABLE 5

Present value of $1 per year received in a continuous stream for each of $t$ years (discounted at an *annually compounded* rate $r$) = $\{1 - 1/(1 + r)^t\}/\{\ln(1 + r)\}$.

| Number of Years | Interest Rate per Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11% | 12% | 13% | 14% | 15% |
| 1 | .995 | .990 | .985 | .981 | .976 | .971 | .967 | .962 | .958 | .954 | .950 | .945 | .941 | .937 | .933 |
| 2 | 1.980 | 1.961 | 1.942 | 1.924 | 1.906 | 1.888 | 1.871 | 1.854 | 1.837 | 1.821 | 1.805 | 1.790 | 1.774 | 1.759 | 1.745 |
| 3 | 2.956 | 2.913 | 2.871 | 2.830 | 2.791 | 2.752 | 2.715 | 2.679 | 2.644 | 2.609 | 2.576 | 2.543 | 2.512 | 2.481 | 2.450 |
| 4 | 3.922 | 3.846 | 3.773 | 3.702 | 3.634 | 3.568 | 3.504 | 3.443 | 3.383 | 3.326 | 3.270 | 3.216 | 3.164 | 3.113 | 3.064 |
| 5 | 4.878 | 4.760 | 4.648 | 4.540 | 4.437 | 4.337 | 4.242 | 4.150 | 4.062 | 3.977 | 3.896 | 3.817 | 3.741 | 3.668 | 3.598 |
| 6 | 5.825 | 5.657 | 5.498 | 5.346 | 5.202 | 5.063 | 4.931 | 4.805 | 4.685 | 4.570 | 4.459 | 4.353 | 4.252 | 4.155 | 4.062 |
| 7 | 6.762 | 6.536 | 6.323 | 6.121 | 5.930 | 5.748 | 5.576 | 5.412 | 5.256 | 5.108 | 4.967 | 4.832 | 4.704 | 4.582 | 4.465 |
| 8 | 7.690 | 7.398 | 7.124 | 6.867 | 6.623 | 6.394 | 6.178 | 5.974 | 5.780 | 5.597 | 5.424 | 5.260 | 5.104 | 4.956 | 4.816 |
| 9 | 8.609 | 8.243 | 7.902 | 7.583 | 7.284 | 7.004 | 6.741 | 6.494 | 6.261 | 6.042 | 5.836 | 5.642 | 5.458 | 5.285 | 5.121 |
| 10 | 9.519 | 9.072 | 8.657 | 8.272 | 7.913 | 7.579 | 7.267 | 6.975 | 6.702 | 6.447 | 6.208 | 5.983 | 5.772 | 5.573 | 5.386 |
| 11 | 10.42 | 9.884 | 9.391 | 8.935 | 8.512 | 8.121 | 7.758 | 7.421 | 7.107 | 6.815 | 6.542 | 6.287 | 6.049 | 5.826 | 5.617 |
| 12 | 11.31 | 10.68 | 10.10 | 9.572 | 9.083 | 8.633 | 8.218 | 7.834 | 7.478 | 7.149 | 6.843 | 6.559 | 6.294 | 6.048 | 5.818 |
| 13 | 12.19 | 11.46 | 10.79 | 10.18 | 9.627 | 9.116 | 8.647 | 8.216 | 7.819 | 7.453 | 7.115 | 6.802 | 6.512 | 6.242 | 5.992 |
| 14 | 13.07 | 12.23 | 11.46 | 10.77 | 10.14 | 9.571 | 9.048 | 8.570 | 8.131 | 7.729 | 7.359 | 7.018 | 6.704 | 6.413 | 6.144 |
| 15 | 13.93 | 12.98 | 12.12 | 11.34 | 10.64 | 10.00 | 9.423 | 8.897 | 8.418 | 7.980 | 7.579 | 7.212 | 6.874 | 6.563 | 6.276 |
| 16 | 14.79 | 13.71 | 12.75 | 11.88 | 11.11 | 10.41 | 9.774 | 9.201 | 8.681 | 8.209 | 7.778 | 7.385 | 7.024 | 6.694 | 6.390 |
| 17 | 15.64 | 14.43 | 13.36 | 12.41 | 11.55 | 10.79 | 10.10 | 9.482 | 8.923 | 8.416 | 7.957 | 7.539 | 7.158 | 6.809 | 6.490 |
| 18 | 16.48 | 15.14 | 13.96 | 12.91 | 11.98 | 11.15 | 10.41 | 9.742 | 9.144 | 8.605 | 8.118 | 7.676 | 7.275 | 6.910 | 6.577 |
| 19 | 17.31 | 15.83 | 14.54 | 13.39 | 12.39 | 11.49 | 10.69 | 9.983 | 9.347 | 8.777 | 8.263 | 7.799 | 7.380 | 6.999 | 6.652 |
| 20 | 18.14 | 16.51 | 15.10 | 13.86 | 12.77 | 11.81 | 10.96 | 10.21 | 9.533 | 8.932 | 8.394 | 7.909 | 7.472 | 7.077 | 6.718 |

| Number of Years | Interest Rate per Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16% | 17% | 18% | 19% | 20% | 21% | 22% | 23% | 24% | 25% | 26% | 27% | 28% | 29% | 30% |
| 1 | .929 | .925 | .922 | .918 | .914 | .910 | .907 | .903 | .900 | .896 | .893 | .889 | .886 | .883 | .880 |
| 2 | 1.730 | 1.716 | 1.703 | 1.689 | 1.676 | 1.663 | 1.650 | 1.638 | 1.625 | 1.613 | 1.601 | 1.590 | 1.578 | 1.567 | 1.556 |
| 3 | 2.421 | 2.392 | 2.365 | 2.337 | 2.311 | 2.285 | 2.259 | 2.235 | 2.211 | 2.187 | 2.164 | 2.141 | 2.119 | 2.098 | 2.077 |
| 4 | 3.016 | 2.970 | 2.925 | 2.882 | 2.840 | 2.799 | 2.759 | 2.720 | 2.682 | 2.646 | 2.610 | 2.576 | 2.542 | 2.509 | 2.477 |
| 5 | 3.530 | 3.464 | 3.401 | 3.340 | 3.281 | 3.223 | 3.168 | 3.115 | 3.063 | 3.013 | 2.964 | 2.917 | 2.872 | 2.828 | 2.785 |
| 6 | 3.972 | 3.886 | 3.804 | 3.724 | 3.648 | 3.574 | 3.504 | 3.436 | 3.370 | 3.307 | 3.246 | 3.187 | 3.130 | 3.075 | 3.022 |
| 7 | 4.354 | 4.247 | 4.145 | 4.048 | 3.954 | 3.865 | 3.779 | 3.696 | 3.617 | 3.542 | 3.469 | 3.399 | 3.331 | 3.266 | 3.204 |
| 8 | 4.682 | 4.555 | 4.434 | 4.319 | 4.209 | 4.104 | 4.004 | 3.909 | 3.817 | 3.730 | 3.646 | 3.566 | 3.489 | 3.415 | 3.344 |
| 9 | 4.966 | 4.819 | 4.680 | 4.547 | 4.422 | 4.302 | 4.189 | 4.081 | 3.978 | 3.880 | 3.786 | 3.697 | 3.612 | 3.530 | 3.452 |
| 10 | 5.210 | 5.044 | 4.887 | 4.739 | 4.599 | 4.466 | 4.340 | 4.221 | 4.108 | 4.000 | 3.898 | 3.801 | 3.708 | 3.619 | 3.535 |
| 11 | 5.421 | 5.237 | 5.063 | 4.900 | 4.747 | 4.602 | 4.465 | 4.335 | 4.213 | 4.096 | 3.986 | 3.882 | 3.783 | 3.689 | 3.599 |
| 12 | 5.603 | 5.401 | 5.213 | 5.036 | 4.870 | 4.713 | 4.566 | 4.428 | 4.297 | 4.173 | 4.057 | 3.946 | 3.841 | 3.742 | 3.648 |
| 13 | 5.759 | 5.542 | 5.339 | 5.150 | 4.972 | 4.806 | 4.650 | 4.503 | 4.365 | 4.235 | 4.112 | 3.997 | 3.887 | 3.784 | 3.686 |
| 14 | 5.894 | 5.662 | 5.446 | 5.245 | 5.058 | 4.882 | 4.718 | 4.564 | 4.420 | 4.284 | 4.157 | 4.036 | 3.923 | 3.816 | 3.715 |
| 15 | 6.010 | 5.765 | 5.537 | 5.326 | 5.129 | 4.945 | 4.774 | 4.614 | 4.464 | 4.324 | 4.192 | 4.068 | 3.951 | 3.841 | 3.737 |
| 16 | 6.111 | 5.853 | 5.614 | 5.393 | 5.188 | 4.998 | 4.820 | 4.655 | 4.500 | 4.355 | 4.220 | 4.092 | 3.973 | 3.860 | 3.754 |
| 17 | 6.197 | 5.928 | 5.679 | 5.450 | 5.238 | 5.041 | 4.858 | 4.687 | 4.529 | 4.381 | 4.242 | 4.112 | 3.990 | 3.875 | 3.767 |
| 18 | 6.272 | 5.992 | 5.735 | 5.498 | 5.279 | 5.076 | 4.889 | 4.714 | 4.552 | 4.401 | 4.259 | 4.127 | 4.003 | 3.887 | 3.778 |
| 19 | 6.336 | 6.047 | 5.781 | 5.538 | 5.313 | 5.106 | 4.914 | 4.736 | 4.571 | 4.417 | 4.273 | 4.139 | 4.014 | 3.896 | 3.785 |
| 20 | 6.391 | 6.094 | 5.821 | 5.571 | 5.342 | 5.130 | 4.935 | 4.754 | 4.586 | 4.430 | 4.284 | 4.149 | 4.022 | 3.903 | 3.791 |

**Note:** For example, if the interest rate is 10% per year, a continuous cash flow of $1 a year for each of 5 years is worth $3.977. A continuous flow of $1 in year 5 only is worth $3.977 − $3.326 = $.651.

## APPENDIX TABLE 6

Cumulative probability [$N(d)$] that a normally distributed variable will be less than $d$ standard deviations above the mean.

| d | 0 | 0.01 | 0.02 | 0.03 | 0.04 | 0.05 | 0.06 | 0.07 | 0.08 | 0.09 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .5000 | .5040 | .5080 | .5120 | .5160 | .5199 | .5239 | .5279 | .5319 | .5359 |
| 0.1 | .5398 | .5438 | .5478 | .5517 | .5557 | .5596 | .5636 | .5675 | .5714 | .5753 |
| 0.2 | .5793 | .5832 | .5871 | .5910 | .5948 | .5987 | .6026 | .6064 | .6103 | .6141 |
| 0.3 | .6179 | .6217 | .6255 | .6293 | .6331 | .6368 | .6406 | .6443 | .6480 | .6517 |
| 0.4 | .6554 | .6591 | .6628 | .6664 | .6700 | .6736 | .6772 | .6808 | .6844 | .6879 |
| 0.5 | .6915 | .6950 | .6985 | .7019 | .7054 | .7088 | .7123 | .7157 | .7190 | .7224 |
| 0.6 | .7257 | .7291 | .7324 | .7357 | .7389 | .7422 | .7454 | .7486 | .7517 | .7549 |
| 0.7 | .7580 | .7611 | .7642 | .7673 | .7704 | .7734 | .7764 | .7794 | .7823 | .7852 |
| 0.8 | .7881 | .7910 | .7939 | .7967 | .7995 | .8023 | .8051 | .8078 | .8106 | .8133 |
| 0.9 | .8159 | .8186 | .8212 | .8238 | .8264 | .8289 | .8315 | .8340 | .8365 | .8389 |
| 1 | .8413 | .8438 | .8461 | .8485 | .8508 | .8531 | .8554 | .8577 | .8599 | .8621 |
| 1.1 | .8643 | .8665 | .8686 | .8708 | .8729 | .8749 | .8770 | .8790 | .8810 | .8830 |
| 1.2 | .8849 | .8869 | .8888 | .8907 | .8925 | .8944 | .8962 | .8980 | .8997 | .9015 |
| 1.3 | .9032 | .9049 | .9066 | .9082 | .9099 | .9115 | .9131 | .9147 | .9162 | .9177 |
| 1.4 | .9192 | .9207 | .9222 | .9236 | .9251 | .9265 | .9279 | .9292 | .9306 | .9319 |
| 1.5 | .9332 | .9345 | .9357 | .9370 | .9382 | .9394 | .9406 | .9418 | .9429 | .9441 |
| 1.6 | .9452 | .9463 | .9474 | .9484 | .9495 | .9505 | .9515 | .9525 | .9535 | .9545 |
| 1.7 | .9554 | .9564 | .9573 | .9582 | .9591 | .9599 | .9608 | .9616 | .9625 | .9633 |
| 1.8 | .9641 | .9649 | .9656 | .9664 | .9671 | .9678 | .9686 | .9693 | .9699 | .9706 |
| 1.9 | .9713 | .9719 | .9726 | .9732 | .9738 | .9744 | .9750 | .9756 | .9761 | .9767 |
| 2 | .9772 | .9778 | .9783 | .9788 | .9793 | .9798 | .9803 | .9808 | .9812 | .9817 |
| 2.1 | .9821 | .9826 | .9830 | .9834 | .9838 | .9842 | .9846 | .9850 | .9854 | .9857 |
| 2.2 | .9861 | .9864 | .9868 | .9871 | .9875 | .9878 | .9881 | .9884 | .9887 | .9890 |
| 2.3 | .9893 | .9896 | .9898 | .9901 | .9904 | .9906 | .9909 | .9911 | .9913 | .9916 |
| 2.4 | .9918 | .9920 | .9922 | .9925 | .9927 | .9929 | .9931 | .9932 | .9934 | .9936 |
| 2.5 | .9938 | .9940 | .9941 | .9943 | .9945 | .9946 | .9948 | .9949 | .9951 | .9952 |

**Note:** For example, if $d$ = .22, $N(d)$ = .5871 (i.e., there is a .5871 probability that a normally distributed variable will be less than .22 standard deviations above the mean).

# Glossary

Note:
1. *Italicized* words are listed elsewhere in the glossary.
2. A number of Web sites contain comprehensive financial glossaries. See, for example, **www.finance-glossary.com** and **www.duke.edu/~ charvey/Classes/wpg/glossary.htm**.

## A

**Abnormal return**   Part of return that is not due to marketwide price movements.

**Absolute priority**   Rule in bankruptcy proceedings whereby senior creditors are required to be paid in full before junior creditors receive any payment.

**Accelerated depreciation**   Any *depreciation* method that produces larger deductions for depreciation in the early years of a project's life.

**Accounts payable (payables, trade debt)**   Money owed to suppliers.

**Accounts receivable (receivables, trade credit)**   Money owed by customers.

**Accrued interest**   Interest that has been earned but not yet paid.

**ACH**   *Automated Clearing House.*

**Acid-test ratio**   *Quick ratio.*

**Adjusted present value (APV)**   *Net present value* of an asset if financed solely by equity plus the *present value* of any financing side effects.

**ADR**   *American depository receipt.*

**Adverse selection**   A situation in which a pricing policy causes only the less desirable customers to do business, e.g., a rise in insurance prices that leads only the worst risks to buy insurance.

**Affirmative covenant**   Loan *covenant* specifying certain actions that the borrower must take.

**Agency costs**   Losses that arise when an agent (e.g., a manager) does not act solely in the interests of the principal (e.g., the shareholder).

**Agency theory**   Theory of the relationship between a principal, e.g., a shareholder, and an agent of the principal, e.g., the company's manager.

**Aging schedule**   Summary of age of *receivables* that are outstanding from each customer.

**AIBD**   Association of International Bond Dealers.

**All-or-none underwriting**   An arrangement whereby a security issue is canceled if the *underwriter* is unable to resell the entire issue.

**Alpha**   Measure of portfolio return adjusted for effect of market.

**Alternative minimum tax (AMT)**   A separately calculated minimum amount of tax that must be paid by corporations or individuals.

**American depository receipt (ADR)**   A certificate issued in the United States to represent shares of a foreign company.

**American option**   *Option* that can be exercised any time before the final exercise date (cf. *European option*).

**Amex**   American Stock Exchange.

**Amortization**   (1) Repayment of a loan by installments; (2) allowance for *depreciation*.

**AMT**   *Alternative minimum tax.*

**Angel investor**   Wealthy individual who provides capital for small start-up businesses.

**Annual percentage rate (APR)**   The interest rate per period (e.g., per month) multiplied by the number of periods in a year.

**Annuity**   Investment that produces a level stream of cash flows for a limited number of periods.

**Annuity due**   *Annuity* whose payments occur at the start of each period.

**Annuity factor**   *Present value* of $1 paid for each of $t$ periods.

**Anticipation**   Arrangement whereby customers who pay before the final date may be entitled to deduct a normal rate of interest.

**Appraisal rights**   A right of shareholders in a *merger* to demand the payment of a fair price for their shares, as determined independently.

**Appropriation request**   Formal request for funds for a capital investment project.

**APR**   *Annual percentage rate.*

**APT**   *Arbitrage pricing theory.*

**APV**   *Adjusted present value.*

**Arbitrage**   Purchase of one security and simultaneous sale of another to give a risk-free profit.

**"Arbitrage" or "risk arbitrage"**   Often used loosely to describe the taking of offsetting positions in related securities, e.g., at the time of a takeover bid.

**Arbitrage pricing theory (APT)**   Model in which expected returns increase linearly with an asset's sensitivity to a small number of pervasive factors.

**Arranger**   Lead *underwriter* to a *syndicated loan*.

**Articles of incorporation**   Legal document establishing a corporation and its structure and purpose.

**Asian currency units**   Dollar deposits held in Singapore or other Asian centers.

**Asian option**   *Option* based on the average price of the asset during the life of the option.

**Asked price (offered price)**   Price at which a dealer is willing to sell (cf. *bid price*).

**Asset-backed securities**   Securities issued by a special-purpose company that holds a package of assets whose cash flows are sufficient to service the *bonds*.

**Asset stripper**   Acquirer who takes over firms in order to sell off a large part of their assets.

**Asymmetric information**   Difference in information available to two parties, e.g., a manager and investors.

**At-the-money option**   Option whose exercise price equals the current asset price (cf. *in-the-money option, out-of-the-money option*).

**Auction market**   Securities exchange in which prices are determined by an auction process, e.g., *NYSE* (cf. *dealer market*).

**Auction-rate preferred**   A variant of *floating-rate preferred* stock where the dividend is reset every 49 days by auction.

**Authorized share capital**   Maximum number of shares that a company can issue, as specified in the firm's *articles of incorporation*.

**Automated Clearing House (ACH)**   Private electronic system run by banks for high-volume, low-value payments.

**Automatic debit**   *Direct payment*.

**Availability float**   Checks deposited by a company that have not yet been cleared.

**Aval**   Bank guarantee for debt purchased by *forfaiter*.

## B

**BA**   *Banker's acceptance*.

**Backdating**   Discredited practice of using hindsight to select a grant date for at-the-money executive stock *options* when the stock price (and therefore *exercise price*) were unusually low.

**Backwardation**   Condition in which *spot price* of commodity exceeds price of *future* (cf. *contango*).

**Balloon payment**   Large final payment (e.g., when a loan is repaid in installments).

**Bank discount**   Interest deducted from the initial amount of a loan.

**Banker's acceptance (BA)**   Written demand that has been accepted by a bank to pay a given sum at a future date (cf. *trade acceptance*).

**Barrier option**   *Option* whose existence depends on asset price hitting some specified barrier (cf. *down-and-out option, down-and-in option*).

**Basel Accord**   International agreement on the amount of capital to be maintained by large banks to support their risky loans.

**Basis point (bp)**   .01%.

**Basis risk**   Residual risk that results when the two sides of a hedge do not move exactly together.

**Bearer security**   Security for which primary evidence of ownership is possession of the certificate (cf. *registered security*).

**Bear market**   Widespread decline in security prices (cf. *bull market*).

**Behavioral finance**   Branch of finance that stresses aspects of investor irrationality.

**Benchmark maturity**   Maturity of a newly issued Treasury bond.

**Benefit–cost ratio**   One plus *profitability index*.

**Bermuda option**   *Option* that is exercisable on discrete dates before maturity.

**Best-efforts underwriting**   An arrangement whereby *underwriters* do not commit themselves to selling a security issue but promise only to use best efforts.

**Beta**   Measure of *market risk*.

**Bid price**   Price at which a dealer is willing to buy (cf. *asked price*).

**Big Board**   Colloquial term for the New York Stock Exchange.

**Bill of exchange**   General term for a document demanding payment.

**Bill of lading**   Document establishing ownership of goods in transit.

**Binomial method**   Method for valuing *options* that assumes there are only two possible changes in the asset price in any one period.

**Blue-chip company**   Large and creditworthy company.

**Blue-sky laws**   State laws covering the issue and trading of securities.

**Boilerplate**    Standard terms and conditions, e.g., in a debt contract.

**Bond**    Long-term debt.

**Bond rating**    Rating of the likelihood of bond's default.

**Bookbuilding**    The procedure whereby *underwriters* gather nonbinding indications of demand for a new issue.

**Book entry**    Registered ownership of stock without issue of stock certificate.

**Book runner**    The managing *underwriter* for a new issue. The book runner maintains the book of securities sold.

**Bought deal**    Security issue where one or two *underwriters* buy the entire issue.

**BP**    *Basis point.*

**Bracket**    A term signifying the extent of an *underwriter's* commitment in a new issue, e.g., major bracket, minor bracket.

**Break-even analysis**    Analysis of the level of sales at which a project would just break even.

**Bridge loan**    Short-term loan to provide temporary financing until more permanent financing is arranged.

**Bull–bear bond**    *Bond* whose *principal* repayment is linked to the price of another security. The bonds are issued in two *tranches:* In the first the repayment increases with the price of the other security; in the second the repayment decreases with the price of the other security.

**Bulldog bond**    *Foreign bond* issue made in London.

**Bullet payment**    Single final payment, e.g., of a loan (in contrast to payment in installments).

**Bull market**    Widespread rise in security prices (cf. *bear market*).

**Butterfly spread**    The purchase of two *call options* with different *exercise prices* and simultaneous sale of two calls exercisable at the average of these two exercise prices. Provides a bet that the share price will stay within a narrow range.

**Bund**    Long-term German government *bond.*

**Buyback**    *Repurchase agreement.*

## C

**Cable**    The exchange rate between U.S. dollars and sterling.

**Call option**    Option to buy an asset at a specified exercise price on or before a specified exercise date (cf. *put option*).

**Call premium**    (1) Difference between the price at which a company can call its *bonds* and their *face value;* (2) price of a call *option.*

**Call provision**    Provision that allows an issuer to buy back the *bond* issue at a stated price.

**Cap**    An upper limit on the interest rate on a *floating-rate note.*

**CAPEX**    Capital expenditure.

**Capital asset pricing model (CAPM)**    Model in which expected returns increase linearly with an asset's *beta.*

**Capital budget**    List of planned investment projects, usually prepared annually.

**Capitalization**    Long-term debt plus *preferred stock* plus *net worth.*

**Capital lease**    *Financial lease.*

**Capital market**    Financial market (particularly the market for long-term securities).

**Capital market line**    A plot of the set of portfolios with the highest *Sharpe ratio.* The line passes through the risk-free interest rate and the *tangent efficient portfolio* of risky assets.

**Capital rationing**    Shortage of funds that forces a company to choose between worthwhile projects.

**Capital structure**    Mix of different securities issued by a firm.

**CAPM**    *Capital asset pricing model.*

**Captive finance company**    Subsidiary whose function is to provide finance for purchases from the parent company.

**Caput option**    *Call option* on a *put option.*

**CAR**    Cumulative *abnormal return.*

**CARDs (Certificates for Amortizing Revolving Debt)** *Pass-through securities* backed by credit card *receivables.*

**Carried interest**    A proportion of the profits to which *private equity* partnerships, etc. are entitled.

**Carry trade**    Borrowing in country with low interest rate to relend in another country with a higher rate.

**CARs (Certificates of Automobile Receivables)**    *Pass-through securities* backed by automobile *receivables.*

**Carve-out**    Public offering of shares in a subsidiary.

**Cascade**    Rational herding in which each individual deduces that previous decisions by others may have been based on extra information.

**Cash and carry**    Purchase of a security and simultaneous sale of a *future,* with the balance being financed with a loan or *repo.*

**Cash budget**    Forecast of sources and uses of cash.

**Cash cow**    Mature company producing a large *free cash flow.*

**Cash cycle**  The time from a firm's payment for raw materials until the payment for the finished product from the customer.

**Cash-deficiency arrangement**  Arrangement whereby a project's shareholders agree to provide the operating company with sufficient *net working capital*.

**Catastrophe bond (CAT bond)**  *Bond* whose payoffs are linked to a measure of catastrophe losses such as insurance claims.

**CAT bond**  *Catastrophe bond*.

**CBD**  Cash before delivery.

**CD**  *Certificate of deposit*.

**CDS**  *Credit default swap*.

**CEO**  Chief executive officer.

**Certainty equivalent**  A certain cash flow that has the same present value as a specified risky cash flow.

**Certificate of deposit (CD)**  A certificate providing evidence of a bank time deposit.

**CFTC**  Commodity Futures Trading Commission.

**CFO**  Chief financial officer.

**Chaebol**  A Korean conglomerate.

**Chapter 7**  Bankruptcy procedure whereby a debtor's assets are sold and the proceeds are used to repay creditors.

**Chapter 11**  Bankruptcy procedure designed to reorganize and rehabilitate defaulting firm.

**Check conversion**  When customer writes a check, information is automatically captured and his bank account immediately debited.

**Check 21**  Check Clearing for the 21st Century Act allows banks to process checks electronically.

**CHIPS**  *Clearinghouse Interbank Payments System*.

**Chooser option**  Holder decides whether it is a *call option* or *put option*.

**Clean price (flat price)**  *Bond* price excluding *accrued interest* (cf. *dirty price*).

**Clearinghouse Interbank Payments System (CHIPS)**  An international wire transfer system operated by a group of major banks for high-value dollar payments.

**CLO**  *Collateralized loan obligation*. Also CDO (collateralized debt obligation) and CMO (collateralized mortgage obligation).

**Closed-end fund**  Company whose assets consist of investments in a number of industrial and commercial companies.

**Closed-end mortgage**  Mortgage against which no additional debt may be issued (cf. *open-end mortgage*).

**CMOs**  *Collateralized mortgage obligations*.

**COD**  Cash on delivery.

**Collar**  An upper and lower limit on the interest rate on a *floating-rate note*.

**Collateral**  Assets that are given as security for a loan.

**Collateralized loan obligation (CLO)**  A security backed by a pool of loans and issued in *tranches* with different levels of seniority.

**Collateralized mortgage obligations (CMOs)**  A variation on the mortgage *pass-through security* in which the cash flows from a pool of mortgages are repackaged into several *tranches* of *bonds* with different maturities.

**Collateral trust bonds**  *Bonds* secured by *common stocks* or other securities that are owned by the borrower.

**Collection float**  Customer-written checks that have not been received, deposited, and added to the company's available balance (cf. *payment float*).

**Commercial draft (bill of exchange)**  Demand for payment.

**Commercial paper**  Unsecured *notes* issued by companies and maturing within nine months.

**Commitment fee**  Fee charged by bank on an unused *line of credit*.

**Common-size financial statements**  Balance sheet where entries are expressed as proportion of total assets and income statement where entries are expressed as a proportion of revenues.

**Common stock**  Security representing ownership of a *corporation*.

**Company cost of capital**  The expected return on a portfolio of all the firm's securities.

**Compensating balance**  Non-interest-bearing demand deposits to compensate banks for bank loans or services.

**Competitive bidding**  Means by which public utility *holding companies* are required to choose their *underwriter* (cf. *negotiated underwriting*).

**Completion bonding**  Insurance that a construction contract will be successfully completed.

**Composition**  Voluntary agreement to reduce payments on a firm's debt.

**Compound interest**  Reinvestment of each interest payment on money invested to earn more interest (cf. *simple interest*).

**Compound option**  Option on an *option*.

**Concentration banking**  System whereby customers make payments to a regional collection center. The collection center pays the funds into a regional bank account and surplus money is transferred to the company's principal bank.

**Conditional sale**   Sale in which ownership does not pass to the buyer until payment is completed.

**Conglomerate merger**   *Merger* between two companies in unrelated businesses (cf. *horizontal merger, vertical merger*).

**Consol**   Name of a perpetual *bond* issued by the British government. Sometimes used as a general term for *perpetuity*.

**Contango**   Condition in which spot price of a commodity is below that of the *future* (cf. *backwardation*).

**Contingent claim**   Claim whose value depends on the value of another asset.

**Contingent project**   Project that cannot be undertaken unless another project is also undertaken.

**Continuous compounding**   Interest compounded continuously rather than at fixed intervals.

**Controller**   Officer responsible for budgeting, accounting, and auditing in a firm (cf. *treasurer*).

**Convenience yield**   The extra advantage that firms derive from holding the commodity rather than the *future*.

**Conversion price**   *Par value* of a *convertible bond* divided by the number of shares into which it may be exchanged.

**Conversion ratio**   Number of shares for which a *convertible bond* may be exchanged.

**Convertible bond**   *Bond* that may be converted into another security at the holder's option. Similarly convertible *preferred stock*.

**Convexity**   In a plot of a *bond*'s price against the interest rate, convexity measures the curvature of the line.

**Corporate venturing**   Practice by which a large manufacturer provides financial support to new companies.

**Corporation**   A business that is legally separate from its owners.

**Correlation coefficient**   Measure of the closeness of the relationship between two variables.

**Cost company arrangement**   Arrangement whereby the shareholders of a project receive output free of charge but agree to pay all operating and financing charges of the project.

**Cost of (equity) capital**   *Opportunity cost of capital.*

**Counterparty**   Party on the other side of a *derivative* contract.

**Coupon**   (1) Specifically, an attachment to the certificate of a *bearer security* that must be surrendered to collect interest payment; (2) more generally, interest payment on debt.

**Covariance**   Measure of the co-movement between two variables.

**Covenant**   Clause in a loan agreement.

**Covered option**   *Option* position with an offsetting position in the underlying asset.

**Cramdown**   Action by a bankruptcy court to enforce a plan of reorganization.

**Credit default swap (CDS)**   *Credit derivative* in which one party makes fixed payments while the payments by the other party depend on the occurrence of a loan default.

**Credit derivative**   Contract for *hedging* against loan default or changes in credit risk (e.g., *credit default swap*).

**Credit rating**   Debt rating assigned by a rating agency such as Moody's or Standard & Poor's.

**Credit scoring**   A procedure for assigning scores to borrowers on the basis of the risk of default.

**Cross-default clause**   Clause in a loan agreement stating that the company is in default if it fails to meet its obligation on any other debt issue.

**Cum dividend**   *With dividend.*

**Cum rights**   *With rights.*

**Cumulative preferred stock**   Stock that takes priority over *common stock* in regard to dividend payments. Dividends may not be paid on the common stock until all past *dividends* on the *preferred stock* have been paid.

**Cumulative voting**   Voting system under which a stockholder may cast all of his or her votes for one candidate for the board of directors (cf. *majority voting*).

**Current asset**   Asset that will normally be turned into cash within a year.

**Current liability**   Liability that will normally be repaid within a year.

**Current ratio**   *Current assets* divided by *current liabilities*—a measure of liquidity.

**Current yield**   *Bond coupon* divided by price.

## D

**Data mining (data snooping)**   Excessive search to find interesting (but probably coincidental) behavior in a body of data.

**DCF**   *Discounted cash flow.*

**DDM**   *Dividend discount model.*

**Dealer market**   Securities exchange in which dealers post offers to buy or sell, e.g., *Nasdaq* (cf. *auction market*).

**Dealer paper**   *Commercial paper* sold through a dealer rather than directly by the company.

**Death spiral convertible**   *Convertible bond* exchangeable for shares with a specified market value.

**Debenture**   Unsecured *bond*.

**Debtor-in–possession financing (DIP financing)**   Debt issued by a company in *Chapter 11 bankruptcy*.

**Decision tree**   Method of representing alternative sequential decisions and the possible outcomes from these decisions.

**Defeasance**   Practice whereby the borrower sets aside cash or *bonds* sufficient to service the borrower's debt. Both the borrower's debt and the offsetting cash or bonds are removed from the balance sheet.

**Degree of operating leverage (DOL)**   The percentage change in profits for a 1% change in sales.

**Delta**   *Hedge ratio*.

**Depository transfer check (DTC)**   Check made out directly by a local bank to a particular company.

**Depreciation**   (1) Reduction in the book or market value of an asset; (2) portion of an investment that can be deducted from taxable income.

**Derivative**   Asset whose value derives from that of some other asset (e.g., a *future* or an *option*).

**Designated market maker**   Member of *NYSE* responsible for market in specified securities (formerly called "specialist").

**Diff**   *Differential swap*.

**Differential swap (diff, quanto swap)**   Swap between two *LIBOR* rates of interest, e.g., yen LIBOR for dollar LIBOR. Payments are in one currency.

**Digital option**   *Option* paying fixed sum if asset price is the right side of *exercise price*, otherwise zero.

**Dilution**   Diminution in the proportion of income to which each share is entitled.

**DIP financing**   *Debtor-in–possession financing*.

**Direct deposit**   The firm authorizes its bank to deposit money in the accounts of its employees or shareholders.

**Direct lease**   *Lease* in which the *lessor* purchases new equipment from the manufacturer and leases it to the *lessee* (cf. *sale and lease-back*).

**Direct payment (automatic debit, direct debit)**   The firm's customers authorize it to debit their bank accounts for the amounts due (cf. *direct deposit*).

**Direct quote**   For foreign exchange, the number of U.S. dollars needed to buy one unit of a foreign currency (cf. *indirect quote*).

**Dirty price**   *Bond* price including *accrued interest,* i.e., the price paid by the bond buyer (cf. *clean price*).

**Discount bond**   Debt sold for less than its *principal* value. If a discount bond pays no interest, it is called a "pure" discount, or *zero-coupon*, bond.

**Discounted cash flow (DCF)**   Future cash flows multiplied by *discount factors* to obtain *present value*.

**Discount factor**   *Present value* of $1 received at a stated future date.

**Discount rate**   Rate used to calculate the *present value* of future cash flows.

**Discounted payback rule**   Requirement that discounted values of cash flows should be sufficient to pay back initial investment within a specified time.

**Discriminatory price auction**   Auction in which successful bidders pay the price that they bid (cf. *uniform price auction*).

**Disintermediation**   Withdrawal of funds from a financial institution in order to invest them directly (cf. *intermediation*).

**Dividend**   Payment by a company to its stockholders.

**Dividend discount model**   Model showing that the value of a share is equal to the discounted value of future *dividends*.

**Dividend reinvestment plan (DRIP)**   Plan that allows shareholders to reinvest dividends automatically.

**Dividend yield**   Annual *dividend* divided by share price.

**DOL**   *Degree of operating leverage*.

**Double-declining-balance depreciation**   Method of *accelerated depreciation*.

**Double-tax agreement**   Agreement between two countries that taxes paid abroad can be offset against domestic taxes levied on foreign *dividends*.

**Down-and-in option**   *Barrier option* that comes into existence if asset price hits a barrier.

**Down-and-out option**   *Barrier option* that expires if asset price hits a barrier.

**DRIP**   *Dividend reinvestment plan*.

**Drop lock**   An arrangement whereby the interest rate on a *floating-rate note* or *preferred stock* becomes fixed if it falls to a specified level.

**DTC**   *Depository transfer check*.

**Dual-class equity**   Shares with different voting rights.

**Dual-currency bond**   *Bond* with interest paid in one currency and *principal* paid in another.

**DuPont formula**   Formula expressing relationship between return on assets, sales-to-assets, profit margin, and measures of leverage.

**Duration**   The average number of years to an asset's *discounted cash flows*.

**Dutch auction**   In a Dutch auction investors submit the prices at which they are prepared to buy (or sell) the security. The purchase price is the lowest price that allows the firm to sell (or buy) the specified amount of the security.

# E

**EBIT**   Earnings before interest and taxes.

**EBITDA**   Earnings before interest, taxes, depreciation, and *amortization*.

**EBPP**   *Electronic bill presentment and payment*.

**Economic depreciation**   Decline in *present value* of an asset.

**Economic exposure**   Risk that arises from changes in real exchange rates (cf. *transaction exposure, translation exposure*).

**Economic income**   Cash flow plus change in *present value*.

**Economic rents**   Profits in excess of the competitive level.

**Economic value added (EVA)**   A measure of *residual income* implemented by the consulting firm Stern Stewart.

**Efficient market**   Market in which security prices reflect information instantaneously.

**Efficient portfolio**   Portfolio that offers the lowest risk (*standard deviation*) for its *expected return* and the highest expected return for its level of risk.

**EFT**   *Electronic funds transfer*.

**Electronic bill presentment and payment (EBPP)**   Allows companies to bill customers and receive payments via the Internet.

**Electronic funds transfer (EFT)**   Transfer of money electronically (e.g., by *Fedwire*).

**Employee stock ownership plan (ESOP)**   A company contributes to a trust fund that buys stock on behalf of employees.

**Entrenching investment**   An investment that makes particular use of the skills of existing management.

**EPS**   Earnings per share.

**Equipment trust certificate**   Form of *secured debt* generally used to finance railroad equipment. The trustee retains ownership of the equipment until the debt is repaid.

**Equity**   (1) *Common stock* and *preferred stock*. Often used to refer to common stock only. (2) *Net worth*.

**Equity-linked bond**   *Bond* whose payments are linked to a stock market index.

**Equivalent annual cash flow (or cost)**   *Annuity* with the same *present value* as the company's proposed investment.

**ESOP**   *Employee stock ownership plan*.

**ETF**   *Exchange-traded fund*.

**Euribor**   *Euro interbank offered rate*.

**Euro interbank offered rate (Euribor)**   The interest rate at which major international banks in Europe lend euros to each other.

**Eurobond**   *Bond* that is marketed internationally.

**Eurocurrency**   Deposit held outside the currency's issuing country (e.g., euroyen, or *eurodollar deposit*)

**Eurodollar deposit**   Dollar deposit with a bank outside the United States.

**European option**   *Option* that can be exercised only on final exercise date (cf. *American option*).

**EVA**   *Economic value added*.

**Event risk**   The risk that an unanticipated event (e.g., a takeover) will lead to a debt default.

**Evergreen credit**   *Revolving credit* without maturity.

**Exchange of assets**   Acquisition of another company by purchase of its assets in exchange for cash or shares.

**Exchange of stock**   Acquisition of another company by purchase of its stock in exchange for cash or shares.

**Exchange-traded fund (ETF)**   A stock designed to track a stock market index.

**Ex dividend**   Purchase of shares in which the buyer is not entitled to the forthcoming *dividend* (cf. *with dividend, cum dividend*).

**Exercise price (strike price)**   Price at which a *call option* or *put option* may be exercised.

**Expectations theory**   Theory that *forward interest rate* (*forward exchange rate*) equals expected *spot rate*.

**Expected return**   Average of possible returns weighted by their probabilities.

**Ex rights**   Purchase of shares that do not entitle the owner to buy shares in the company's *rights issue* (cf. *with rights, cum rights, rights on*).

**Extendable bond**   *Bond* whose maturity can be extended at the option of the lender (or issuer).

**External finance**   Finance that is not generated by the firm: new borrowing or an issue of stock (cf. *internal finance*).

**Extra dividend**   *Dividend* that may or may not be repeated (cf. *regular dividend*).

# F

**Face value**   *Par value*.

**Factoring**   Arrangement whereby a financial institution buys a company's *accounts receivable* and collects the debt.

**Fair price provision**   *Appraisal rights*.

**Fallen angel**   *Junk bond* that was formerly *investment grade*.

**FASB**   Financial Accounting Standards Board.

**FCIA**   Foreign Credit Insurance Association.

**FDIC**  Federal Deposit Insurance Corporation.

**Federal funds**  Non-interest-bearing deposits by banks at the Federal Reserve. Excess reserves are lent by banks to each other.

**Fedwire**  A wire transfer system for high-value payments operated by the Federal Reserve System (cf. *CHIPS*).

**Field warehouse**  Warehouse rented by a warehouse company on another firm's premises (cf. *public warehouse*).

**Financial assets**  Claims on *real assets*.

**Financial engineering**  Combining or dividing existing instruments to create new financial products.

**Financial lease (capital lease, full-payout lease)**  Long-term, noncancelable lease (cf. *operating lease*).

**Financial leverage (gearing)**  Use of debt to increase the *expected return* on *equity*. Financial leverage is measured by the ratio of debt to debt plus equity (cf. *operating leverage*).

**Firm commitment**  Arrangement whereby the *underwriter* guarantees to sell the entire issue.

**Fiscal agency agreement**  An alternative to a bond *trust deed*. Unlike the trustee, the fiscal agent acts as an agent of the borrower.

**Flat price**  *Clean price.*

**Flipping**  Buying shares in an *IPO* and selling immediately.

**Float**  *See availability float, collection float, payment float.*

**Floating lien**  General *lien* against a company's assets or against a particular class of assets.

**Floating-price convertible**  *Death spiral convertible.*

**Floating-rate note (FRN)**  *Note* whose interest payment varies with the short-term interest rate.

**Floating-rate preferred**  *Preferred stock* paying dividends that vary with short-term interest rates.

**Floor planning**  Arrangement used to finance inventory. A finance company buys the inventory, which is then held in trust by the user.

**Flow-to-equity method**  Discounted value of cash flows to equityholders.

**Foreign bond**  A *bond* issued on the domestic *capital market* of another country.

**Forex**  Foreign exchange.

**Forfaiter**  Purchaser of promises to pay (e.g., *bills of exchange* or *promissory notes*) issued by importers.

**Forward cover**  Purchase or sale of forward foreign currency in order to offset a known future cash flow.

**Forward exchange rate**  Exchange rate fixed today for exchanging currency at some future date (cf. *spot exchange rate*).

**Forward interest rate**  Interest rate fixed today on a loan to be made at some future date (cf. *spot interest rate*).

**Forward rate agreement (FRA)**  Agreement to borrow or lend at a specified future date at an interest rate that is fixed today.

**FRA**  *Forward rate agreement.*

**Free cash flow**  Cash not required for operations or for reinvestment.

**Free-rider problem**  The temptation not to incur the costs of participating in a decision when one's influence on that decision is small.

**FRN**  *Floating-rate note.*

**Full-payout lease**  *Financial lease.*

**Full-service lease (rental lease)**  *Lease* in which the *lessor* promises to maintain and insure the equipment (cf. *net lease*).

**Fundamental analysis**  Security analysis that seeks to detect misvalued securities by an analysis of the firm's business prospects (cf. *technical analysis*).

**Funded debt**  Debt maturing after more than one year (cf. *unfunded debt*).

**Futures contract**  A contract to buy a commodity or security on a future date at a price that is fixed today. Unlike forward contracts, futures are traded on organized exchanges and are *marked to market* daily.

# G

**GAAP**  Generally accepted accounting principles.

**Gamma**  A measure of how the *option delta* changes as the asset price changes.

**Gearing**  *Financial leverage.*

**General cash offer**  Issue of securities offered to all investors (cf. *rights issue*).

**Gilt**  A British government *bond*.

**Golden parachute**  A large termination payment due to a company's officers if they lose their jobs as a result of a *merger*.

**Goodwill**  The difference between the amount paid for a firm in a *merger* and its book value.

**Governance**  The oversight of a firm's management.

**Gray market**  Purchases and sales of securities that occur before the issue price is set.

**Greenmail**  Situation in which a large block of stock is held by an unfriendly company, forcing the target company to repurchase the stock at a substantial premium to prevent a takeover.

**Greenshoe option** *Option* that allows the *underwriter* for a new issue to buy and resell additional shares.

**Growth stock** *Common stock* of a company that has an opportunity to invest money to earn more than the *opportunity cost of capital* (cf. *income stock*).

# H

**Haircut** An additional margin of *collateral* for a loan.

**Hedge fund** An investment fund charging a performance fee and open to a limited range of investors. Funds often follow complex strategies including *short sales*.

**Hedge ratio (delta, option delta)** The number of shares to buy for each *option* sold to create a safe position; more generally, the number of units of an asset that should be bought to hedge one unit of a liability.

**Hedging** Buying one security and selling another to reduce risk. A perfect hedge produces a riskless portfolio.

**Hell-or-high-water clause** Clause in a *lease* agreement that obligates the *lessee* to make payments regardless of what happens to the *lessor* or the equipment.

**Highly leveraged transaction (HLT)** Bank loan to a highly leveraged firm (formerly needed to be separately reported to the Federal Reserve Board).

**High-yield bond** *Junk bond*.

**HLT** *Highly leveraged transaction*.

**Holding company** Company whose sole function is to hold stock in the firm's subsidiaries.

**Horizontal merger** *Merger* between two companies that manufacture similar products (cf. *vertical merger, conglomerate merger*).

**Horizontal spread** The simultaneous purchase and sale of two *options* that differ only in their exercise date (cf. *vertical spread*).

**Hurdle rate** Minimum acceptable rate of return on a project.

# I

**IBF** *International banking facility*.

**IMM** *International Monetary Market*.

**Immunization** The construction of an asset and a liability that have offsetting changes in value.

**Implied volatility** The volatility implied by *option* prices.

**Imputation tax system** Arrangement by which investors who receive a *dividend* also receive a tax credit for corporate taxes that the firm has paid.

**Income bond** *Bond* on which interest is payable only if earned.

**Income stock** *Common stock* with high *dividend yield* and few profitable investment opportunities (cf. *growth stock*).

**Indenture** Formal agreement, e.g., establishing the terms of a *bond* issue.

**Indexed bond** *Bond* whose payments are linked to an index, e.g., a consumer price index (see *TIPS*).

**Index fund** Investment fund designed to match the returns on a stock market index.

**Indirect quote** For foreign exchange, the number of units of a foreign currency needed to buy one U.S. dollar (cf. *direct quote*).

**Industrial revenue bond (IRB)** Bond issued by local government agencies on behalf of *corporations*.

**Initial public offering (IPO)** A company's first public issue of *common stock*.

**Inside director** Director who is also employed by the company.

**In-substance defeasance** *Defeasance* whereby debt is removed from the balance sheet but not canceled (cf. *novation*).

**Intangible asset** Nonmaterial asset, such as technical expertise, a trademark, or a patent (cf. *tangible asset*).

**Integer programming** Variant of *linear programming* whereby the solution values must be integers.

**Interest cover** *Times interest earned*.

**Interest rate parity** Theory that the differential between the *forward exchange rate* and the *spot exchange rate* is equal to the differential between the foreign and domestic interest rates.

**Intermediation** Investment through a financial institution (cf. *disintermediation*).

**Internal finance** Finance generated within a firm by *retained earnings* and *depreciation* (cf. *external finance*).

**Internal growth rate** The maximum rate of firm growth without *external finance* (cf. *sustainable growth rate*).

**Internal rate of return (IRR)** *Discount rate* at which investment has zero *net present value*.

**International banking facility (IBF)** A branch that an American bank establishes in the United States to do eurocurrency business.

**International Monetary Market (IMM)** The financial futures market within the Chicago Mercantile Exchange.

**Interval measure** The number of days that a firm can finance operations without additional cash income.

**In-the-money option** An *option* that would be worth exercising if it expired immediately (cf. *out-of-the-money option*).

**Investment-grade bond** *Bond* rated at least Baa by Moody's or BBB by Standard and Poor's or Fitch.

**IOSCO**   International Organization of Securities Commissions.

**IPO**   *Initial public offering.*

**IRB**   *Industrial revenue bond.*

**IRR**   *Internal rate of return.*

**IRS**   Internal Revenue Service.

**ISDA**   International Swap and Derivatives Association.

**ISMA**   International Securities Market Association.

**Issued share capital**   Total amount of shares that are in issue (cf. *outstanding share capital*).

# J

**Junior debt**   *Subordinated debt.*

**Junk bond (high-yield bond)**   Debt that is rated below an *investment-grade bond.*

**Just-in-time**   System of inventory management that requires minimum inventories of materials and very frequent deliveries by suppliers.

# K

**Keiretsu**   A network of Japanese companies organized around a major bank.

# L

**LBO**   *Leveraged buyout.*

**Lease**   Long-term rental agreement.

**Legal capital**   Value at which a company's shares are recorded in its books.

**Legal defeasance**   *Novation.*

**Lessee**   User of a leased asset (cf. *lessor*).

**Lessor**   Owner of a leased asset (cf. *lessee*).

**Letter of credit**   Letter from a bank stating that it has established a credit in the company's favor.

**Letter stock**   Privately placed *common stock,* so called because the *SEC* requires a letter from the purchaser that the stock is not intended for resale.

**Leverage**   See *financial leverage, operating leverage.*

**Leveraged buyout (LBO)**   Acquisition in which (1) a large part of the purchase price is debt-financed and (2) the remaining *equity* is privately held by a small group of investors.

**Leveraged lease**   *Lease* in which the *lessor* finances part of the cost of the asset by an issue of debt secured by the asset and the lease payments.

**Liabilities, total liabilities**   Total value of financial claims on a firm's assets. Equals (1) total assets or (2) total assets minus *net worth.*

**LIBOR**   *London interbank offered rate.*

**Lien**   Lender's claims on specified assets.

**Limited liability**   Limitation of a shareholder's losses to the amount invested.

**Limited partnership**   *Partnership* in which some partners have *limited liability* and general partners have unlimited liability.

**Limit order**   Order to buy (sell) securities within a maximum (minimum) price (cf. *market order*).

**Linear programming (LP)**   Technique for finding the maximum value of some objective function subject to stated linear constraints.

**Line of credit**   Agreement by a bank that a company may borrow at any time up to an established limit.

**Liquid asset**   Asset that is easily and cheaply turned into cash—notably cash itself and short-term securities.

**Liquidating dividend**   *Dividend* that represents a return of capital.

**Liquidator**   Person appointed by unsecured creditors in the United Kingdom to oversee the sale of an insolvent firm's assets and the repayment of debts.

**Liquidity-preference theory**   Theory that investors demand a higher yield to compensate for the extra risk of long-term *bonds.*

**Liquidity premium**   (1) Additional return for investing in a security that cannot easily be turned into cash; (2) difference between the *forward interest rate* and the expected *spot interest rate.*

**Liquid yield option note (LYON)**   *Zero-coupon,* callable, puttable, *convertible bond.*

**Loan origination fee**   Up-front fee charged by the lending bank.

**Lockbox system**   Form of *concentration banking.* Customers send payments to a post office box. A local bank collects and processes the checks and transfers surplus funds to the company's principal bank.

**London interbank offered rate (LIBOR)**   The interest rate at which major international banks in London lend to each other. (LIBID is London interbank bid rate; LIMEAN is mean of bid and offered rate.)

**Long hedge**   Purchase of a *hedging* instrument (e.g., a *future*) to hedge a short position in the underlying asset (cf. *short hedge*).

**Longevity bonds**   *Bonds* that pay a higher rate of interest if a high proportion of the population survives to a particular age.

**Lookback option**   *Option* whose payoff depends on the highest asset price recorded over the life of the option.

**LP**   *Linear programming.*

**LYON**   *Liquid yield option note.*

## M

**MACRS**   *Modified accelerated cost recovery system.*

**Maintenance margin**   Minimum margin that must be maintained on a *futures* contract.

**Majority voting**   Voting system under which each director is voted upon separately (cf. *cumulative voting*).

**Management buyout (MBO)**   *Leveraged buyout* whereby the acquiring group is led by the firm's management.

**Mandatory convertible**   *Bond* automatically convertible into equity, usually with a limit on the value of stock received.

**Margin**   Cash or securities set aside by an investor as evidence that he or she can honor a commitment.

**Marked to market**   An arrangement whereby the profits or losses on a *futures* contract are settled up each day.

**Market capitalization**   Market value of *outstanding share capital*.

**Market capitalization rate**   *Expected return* on a security.

**Market model**   Model suggesting a linear relationship between actual returns on a stock and on the market portfolio.

**Market order**   Order to buy or sell securities at the prevailing market price (cf. *limit order*).

**Market risk (systematic risk)**   Risk that cannot be diversified away.

**Market-to-book ratio**   Ratio of market value to book value of firm's *equity*.

**Market value added**   Difference between market value and book value of firm's *equity*.

**Maturity factoring**   *Factoring* arrangement that provides collection and insurance of *accounts receivable*.

**MBO**   *Management buyout.*

**MDA**   *Multiple-discriminant analysis.*

**Medium-term note (MTN)**   Debt with a typical maturity of 1 to 10 years offered regularly by a company using the same procedure as *commercial paper*.

**Merger**   (1) Acquisition in which all assets and liabilities are absorbed by the buyer (cf. *exchange of assets, exchange of stock*); (2) more generally, any combination of two companies.

**MIP (Monthly income preferred security)**   *Preferred stock* issued by a subsidiary located in a tax haven. The subsidiary relends the money to the parent.

**Mismatch bond**   *Floating-rate note* whose interest rate is reset at more frequent intervals than the rollover period (e.g., a note whose payments are set quarterly on the basis of the one-year interest rate).

**Modified accelerated cost recovery system (MACRS)**   Schedule of *depreciation* deductions allowed for tax purposes.

**Modified IRR**   *Internal rate of return* calculated by first discounting later cash flows back to earlier periods so that there remains only one change in the sign of the cash flows.

**Momentum**   Characteristic of stocks showing persistent recent high returns.

**Money center bank**   A major U.S. bank that undertakes a wide range of banking activities.

**Money market**   Market for short-term safe investments.

**Money-market deposit account (MMDA)**   A bank account paying *money-market* interest rate.

**Money-market fund**   *Mutual fund* that invests solely in short-term safe securities.

**Monoline**   Insurance company that insures debtholders against the risk of default.

**Monte Carlo simulation**   Method for calculating the probability distribution of possible outcomes, e.g., from a project.

**Moral hazard**   The risk that the existence of a contract will change the behavior of one or both parties to the contract; e.g., an insured firm may take fewer fire precautions.

**Mortality bonds**   *Bonds* that pay a higher rate of interest if there is a sharp rise in the death rate.

**Mortgage bond**   *Bond* secured against plant and equipment.

**MTN**   *Medium-term note.*

**Multiple-discriminant analysis (MDA)**   Statistical technique for distinguishing between two groups on the basis of their observed characteristics.

**Mutual fund**   Managed investment fund whose shares are sold to investors.

**Mutually exclusive projects**   Two projects that cannot both be undertaken.

## N

**Naked option**   *Option* held on its own, i.e., not used for *hedging* a holding in the asset or other options.

**Nasdaq**   National Association of Security Dealers Automated Quote System. A U.S. stock exchange whose dealers tend to specialize in high-tech stocks.

**Negative pledge clause**    Clause under which the borrower agrees not to permit an exclusive *lien* on any of its assets.

**Negotiated underwriting**    Method of choosing an *underwriter.* Most firms may choose their *underwriter* by negotiation (cf. *competitive bidding*).

**Net lease**    *Lease* in which the *lessee* promises to maintain and insure the equipment (cf. *full-service lease*).

**Net present value (NPV)**    A project's net contribution to wealth—*present value* minus initial investment.

**Net working capital**    *Current assets* minus *current liabilities.*

**Net worth**    Book value of a company's *common stock,* surplus, and *retained earnings.*

**Nominal interest rate**    Interest rate expressed in money terms (cf. *real interest rate*).

**Nonrefundable debt**    Debt that may not be called in order to replace it with another issue at a lower interest cost.

**NOPAT**    Net operating profit after tax.

**Normal distribution**    Symmetric bell-shaped distribution that can be completely defined by its mean and *standard deviation.*

**Note**    Unsecured debt with a maturity of up to 10 years.

**Novation (legal defeasance)**    *Defeasance* whereby the firm's debt is canceled (cf. *in-substance defeasance*).

**NPV**    *Net present value.*

**NYSE**    New York Stock Exchange.

## O

**OAT (Obligation assimilable du Trésor)**    French government *bond.*

**Odd lot**    A trade of less than 100 shares (cf. *round lot*).

**Off-balance-sheet financing**    Financing that is not shown as a liability in a company's balance sheet.

**Offer price**    *Asked price.*

**OID debt**    *Original issue discount debt.*

**Old-line factoring**    *Factoring* arrangement that provides collection, insurance, and finance for *accounts receivable.*

**On the run**    The most recently issued (and, therefore, typically the most liquid) government *bond* in a particular maturity range.

**Open account**    Arrangement whereby sales are made with no formal debt contract. The buyer signs a receipt, and the seller records the sale in the sales ledger.

**Open-end mortgage**    Mortgage against which additional debt may be issued (cf. *closed-end mortgage*).

**Open interest**    The number of currently outstanding *futures* contracts.

**Operating cycle**    The time from a firm's initial purchase of raw materials until the payment from the customer for the finished product.

**Operating lease**    Short-term, cancelable *lease* (cf. *financial lease*).

**Operating leverage**    Fixed operating costs, so called because they accentuate variations in profits (cf. *financial leverage*).

**Opportunity cost of capital (hurdle rate, cost of capital)**    *Expected return* that is foregone by investing in a project rather than in comparable financial securities.

**Option**    See *call option, put option.*

**Option delta**    *Hedge ratio.*

**Original issue discount debt (OID debt)**    Debt that is initially offered at a price below *face value.*

**OTC**    *Over-the-counter.*

**Out-of-the-money option**    An *option* that would not be worth exercising if it matured immediately (cf. *in-the-money option*).

**Outstanding share capital**    *Issued share capital* less the *par value* of shares that are held in the company's treasury.

**Oversubscription privilege**    In a *rights issue,* arrangement by which shareholders are given the right to apply for any shares that are not taken up.

**Over-the-counter (OTC)**    Informal market that does not involve a securities exchange.

## P

**Partnership**    Joint ownership of business whereby general partners have unlimited liability.

**Par value (face value)**    Value of a security shown on the certificate.

**Pass-through securities**    *Notes* or *bonds* backed by a package of assets (e.g., mortgage pass-throughs, *CARs, CARDs*).

**Path-dependent option**    *Option* whose value depends on the sequence of prices of the underlying asset rather than just the final price of the asset.

**Payables**    *Accounts payable.*

**Payback rule**    Requirement that project should recover its initial investment within a specified time.

**Pay-in-kind bond (PIK)**    *Bond* that allows the issuer to choose to make interest payments in the form of additional bonds.

**Payment float**    Company-written checks that have not yet cleared (cf. *availability float*).

**Payout ratio** *Dividend* as a proportion of earnings per share.

**PBGC** Pension Benefit Guarantee Corporation.

**P/E ratio** Share price divided by earnings per share.

**PERC (Preferred equity redemption cumulative stock)** *Preferred stock* that converts automatically into equity at a stated date. A limit is placed on the value of the shares that the investor receives.

**Perpetuity** Investment offering a level stream of cash flows in perpetuity (cf. *consol*).

**PIK** *Pay-in-kind bond*.

**PN** *Project note*.

**Poison pill** Includes a variety of takeover defenses, notably the right of existing shareholders to acquire stock at a discount if a bidder acquires a minimum number of shares.

**Poison put** A *covenant* allowing the *bond*holder to demand repayment in the event of a hostile *merger.*

**Pooling of interest** Method of accounting for *mergers* (no longer available in the USA). The consolidated balance sheet of the merged firm is obtained by combining the balance sheets of the separate firms (cf. *purchase accounting*).

**Position diagram** Diagram showing the possible payoffs from a *derivative* investment.

**Postaudit** Evaluation of an investment project after it has been undertaken.

**Praecipium** Arrangement fee for *syndicated loan*.

**Preemptive right** Common stockholder's right to anything of value distributed by the company.

**Preferred stock** Stock that takes priority over common stock in regard to *dividends*. Dividends may not be paid on *common stock* unless the dividend is paid on all preferred stock (cf. *cumulative preferred stock*). The dividend rate on preferred is usually fixed at time of issue.

**Prenegotiated bankruptcy** *Chapter 11* bankruptcy where only principal creditors have agreed to the reorganization plan before filing (cf. *prepackaged bankruptcy*).

**Prepack** *Prepackaged bankruptcy*.

**Prepackaged bankruptcy (prepack)** Bankruptcy proceedings intended to confirm a reorganization plan that has already been agreed to informally.

**Present value** Discounted value of future cash flows.

**Present value of growth opportunities (PVGO)** *Net present value* of investments the firm is expected to make in the future.

**PRIDE** Similar to a *PERC* except that as the equity price rises beyond a specified point, the investor shares in the stock appreciation.

**Primary issue** Issue of new securities by a firm (cf. *secondary issue*).

**Prime rate** Benchmark lending rate set by U.S. banks.

**Principal** Amount of debt that must be repaid.

**Principal–agent problem** Problem faced by a principal (e.g., shareholder) in ensuring that an agent (e.g., manager) acts on his or her behalf.

**Private equity** *Equity* that is not publicly traded and that is used to finance business start-ups, *leveraged buyouts,* etc.

**Private placement** Issue of *bonds* or *stock* that is placed privately with a few investors and is not then publicly traded.

**Privileged subscription issue** *Rights issue*.

**Production payment** Loan in the form of advance payment for future delivery of a product.

**Profitability index** Ratio of a project's *NPV* to the initial investment.

**Pro forma** Projected.

**Project finance** Debt that is largely a claim against the cash flows from a particular project rather than against the firm as a whole.

**Project note (PN)** *Note* issued by public housing or urban renewal agencies.

**Promissory note** Promise to pay.

**Prospect theory** A theory of asset pricing suggested by the observation of behavioral psychologists that investors have a particular aversion to losses even if very small.

**Prospectus** Summary of the *registration* statement providing information on an issue of securities.

**Protective put** *Put option* that is combined with holding in the underlying asset.

**Proxy vote** Vote cast by one person on behalf of another.

**Public warehouse (terminal warehouse)** Warehouse operated by an independent warehouse company on its own premises (cf. *field warehouse*).

**Purchase accounting** Method of accounting for *mergers*. The assets of the acquired firm are shown at market value on the balance sheet of the acquirer (cf. *pooling of interest*).

**Purchase fund** Resembles a *sinking fund* except that money is used only to purchase bonds if they are selling below their *par value*.

**Put–call parity** The relationship between the prices of European *put* and *call options*.

**Put option** *Option* to sell an asset at a specified *exercise price* on or before a specified exercise date (cf. *call option*).

**PVGO** *Present value of growth opportunities*.

**Pyramid** Created by forming a *holding company* whose only asset is a controlling interest in a second holding company, which in turn has a controlling interest in an operating company.

## Q

**q** Ratio of the market value of an asset to its replacement cost.

**QIBs** *Qualified institutional buyers.*

**Quadratic programming** Variant of *linear programming* whereby the equations are quadratic rather than linear.

**Qualified Institutional buyers (QIBs)** Institutions that are allowed to trade unregistered stock among themselves.

**Quanto swap** *Differential swap.*

**Quick ratio (acid-test ratio)** Measure of liquidity: (cash + marketable securities + *receivables*) divided by *current liabilities*.

## R

**Range forward** A *forward exchange rate* contract that places upper and lower bounds on the cost of foreign exchange.

**Ratchet bonds** Floating-rate *bonds* whose coupon can only be reset downward.

**Rate-sensitive bonds** *Bonds* whose coupon rate changes as issuer's credit-rating changes.

**Real assets** *Tangible assets* and *intangible assets* used to carry on business (cf. *financial assets*).

**Real estate investment trust (REIT)** Trust company formed to invest in real estate.

**Real interest rate** Interest rate expressed in terms of real goods, i.e., *nominal interest rate* adjusted for inflation.

**Real option** The flexibility to modify, postpone, expand, or abandon a project.

**Receivables** *Accounts receivable.*

**Receiver** A bankruptcy practitioner appointed by secured creditors in the United Kingdom to oversee the repayment of debts.

**Record date** Date set by directors when making dividend payment. *Dividends* are sent to stockholders who are registered on the record date.

**Recourse** Term describing a type of loan. If a loan is with recourse, the lender has a general claim against the parent company if the *collateral* is insufficient to repay the debt.

**Red herring** Preliminary *prospectus.*

**Refunding** Replacement of existing debt with a new issue of debt.

**Registered security** Security whose ownership is recorded by the company's *registrar* (cf. *bearer security*).

**Registrar** Financial institution appointed to record issue and ownership of company securities.

**Registration** Process of obtaining *SEC* approval for a public issue of securities.

**Regression analysis** In statistics, a technique for finding the line of best fit.

**Regular dividend** *Dividend* that the company expects to maintain in the future.

**Regulation A issue** Small security issues that are partially exempt from *SEC registration* requirements.

**REIT** *Real estate investment trust.*

**Rental lease** *Full-service lease.*

**Replicating portfolio** Package of assets whose returns exactly replicate those of an *option.*

**Repo** *Repurchase agreement.*

**Repurchase agreement (RP, repo, buy-back)** Purchase of Treasury securities from a securities dealer with an agreement that the dealer will repurchase them at a specified price.

**Residual income** After-tax profit less the *opportunity cost of capital* employed by the business (see also *Economic Value Added*).

**Residual risk** *Specific risk.*

**Retained earnings** Earnings not paid out as *dividends.*

**Return on equity** Usually, equity earnings as a proportion of the book value of equity.

**Return on investment (ROI)** Generally, book income as a proportion of net book value.

**Revenue bond** Municipal *bond* that is serviced out of the revenues from a particular project.

**Reverse convertible** Bond that gives the issuer the right to convert it into common stock.

**Reverse FRN (yield curve note)** *Floating-rate note* whose payments rise as the general level of interest rates falls and vice versa.

**Reverse split** Action by the company to reduce the number of outstanding shares by replacing two or more of its shares with a single, more valuable share.

**Revolving credit** Legally assured *line of credit* with a bank.

**Rights issue (privileged subscription issue)** Issue of securities offered to current stockholders (cf. *general cash offer*).

**Rights on** *With rights.*

**Risk premium** Expected additional return for making a risky investment rather than a safe one.

**Road show**   Series of meetings between a company and potential investors before the company decides on the terms of a new issue.

**ROI**   *Return on investment.*

**Roll-over CD**   A package of successive *certificates of deposit.*

**Round lot**   A trade of 100 shares (cf. *odd lot*).

**RP**   *Repurchase agreement.*

**R squared  ($R^2$)**   Square of the *correlation coefficient*—the proportion of the variability in one series that can be explained by the variability of one or more other series.

**Rule 144a**   *SEC* rule allowing *qualified institutional buyers* to buy and trade unregistered securities.

## S

**Sale and lease-back**   Sale of an existing asset to a financial institution that then *leases* it back to the user (cf. *direct lease*).

**Salvage value**   Scrap or resale value of plant and equipment.

**Samurai bond**   A yen *bond* issued in Tokyo by a non-Japanese borrower (cf. *bulldog bond, Yankee bond*).

**SBIC**   Small Business Investment Company.

**Scenario analysis**   Analysis of the profitability of a project under alternative economic scenarios.

**Season datings**   Extended credit for customers who order goods out of the peak season.

**Seasoned issue**   Issue of a security for which there is an existing market (cf. *unseasoned issue*).

**SEC**   Securities and Exchange Commission.

**Secondary issue**   (1) Procedure for selling blocks of *seasoned issues* of stock; (2) more generally, sale of already issued stock.

**Secondary market**   Market in which one can buy or sell *seasoned issues* of securities.

**Secured debt**   Debt that, in the event of default, has first claim on specified assets.

**Securitization**   Substitution of tradable securities for privately negotiated instruments.

**Security market line**   Line representing the relationship between *expected return* and *market risk.*

**Self-liquidating loan**   Loan to finance *current assets.* The sale of the current assets provides the cash to repay the loan.

**Self-selection**   Consequence of a contract that induces only one group (e.g., low-risk individuals) to participate.

**Semistrong-form efficient market**   Market in which security prices reflect all publicly available information (cf. *weak-form efficient market* and *strong-form efficient market*).

**Senior debt**   Debt that, in the event of bankruptcy, must be repaid before *subordinated debt* receives any payment.

**Sensitivity analysis**   Analysis of the effect on project profitability of possible changes in sales, costs, and so on.

**Serial bonds**   Package of *bonds* that mature in successive years.

**Series bond**   *Bond* that may be issued in several series under the same *indenture.*

**Shark repellant**   Amendment to company charter intended to protect against takeover.

**Sharpe ratio**   Ratio of portfolio's *risk premium* to its risk (*standard deviation*).

**Shelf registration**   A procedure that allows firms to file one *registration* statement covering several issues of the same security.

**Shogun bond**   Dollar *bond* issued in Japan by a nonresident.

**Short hedge**   Sale of a *hedging* instrument (e.g., a *future*) to *hedge* a long position in the underlying asset (cf. *long hedge*).

**Short sale**   Sale of a security the investor does not own.

**Sight draft**   Demand for immediate payment (cf. *time draft*).

**Signal**   Action that demonstrates an individual's unobservable characteristics (because it would be unduly costly for someone without those characteristics to take the action).

**Simple interest**   Interest calculated only on the initial investment (cf. *compound interest*).

**Simulation**   *Monte Carlo simulation.*

**Sinker**   *Sinking fund.*

**Sinking fund (sinker)**   Fund established by a company to retire debt before maturity.

**SIV (structured investment vehicle)**   A fund that typically invested in mortgage-backed securities, which it financed by issuing senior and junior *tranches* of *asset-backed commercial paper* and longer-term *notes.*

**Skewed distribution**   Probability distribution in which an unequal number of observations lie below and above the mean.

**SPE**   *Special-purpose entity.*

**Special dividend (extra dividend)**   *Dividend* that is unlikely to be repeated.

**Specialist**   *Designated market maker.*

**Special-purpose entity**   *Partnerships* established by companies to hold certain assets and obtain funding. May be used to obtain off-balance-sheet debt for the parent.

**Specific risk (residual risk, unique risk, unsystematic risk)**   Risk that can be eliminated by diversification.

**Spinning**   The *underwriter* of an *IPO* unethically allots a portion of offering to senior management of a client company.

**Spin-off**   Distribution of shares in a subsidiary to the company's shareholders so that they hold shares separately in the two firms.

**Spot exchange rate**   Exchange rate on currency for immediate delivery (cf. *forward exchange rate*).

**Spot price**   Price of asset for immediate delivery (in contrast to forward or futures price).

**Spot rate**   Interest rate fixed today on a loan that is made today (cf. *forward interest rate*).

**Spread**   Difference between the price at which an *underwriter* buys an issue from a firm and the price at which the underwriter sells it to the public.

**Staggered board**   Board whose directors are elected periodically, instead of at one time.

**Standard deviation**   Square root of the *variance*—a measure of variability.

**Standard error**   In statistics, a measure of the possible error in an estimate.

**Standby agreement**   In a *rights issue*, agreement that the *underwriter* will purchase any stock not purchased by investors.

**Step-up bond**   *Bond* whose *coupon* is stepped up over time (also step-down bond).

**Stock dividend**   *Dividend* in the form of stock rather than cash.

**Stock split**   "Free" issue of shares to existing shareholders.

**Straddle**   The combination of a *put option* and a *call option* with the same *exercise price*.

**Straight-line depreciation**   An equal dollar amount of *depreciation* in each period.

**Strike price**   *Exercise price* of an *option*.

**Stripped bond (strip)**   *Bond* that is subdivided into a series of *zero-coupon bonds*.

**Strong-form efficient market**   Market in which security prices reflect instantaneously all information available to investors (cf. *weak-form efficient market* and *semistrong-form efficient market*).

**Structured debt**   Debt that has been customized for the buyer, often by incorporating unusual *options*.

**Subordinated debt (junior debt)**   Debt over which *senior debt* takes priority. In the event of bankruptcy, subordinated debtholders receive payment only after senior debt is paid off in full.

**Subprime loans**   The most risky category of loans.

**Sum-of-the-years'-digits depreciation**   Method of *accelerated depreciation*.

**Sunk costs**   Costs that have been incurred and cannot be reversed.

**Supermajority**   Provision in a company's charter requiring a majority of, say, 80% of shareholders to approve certain changes, such as a *merger*.

**Sushi bond**   A *eurobond* issued by a Japanese corporation.

**Sustainable growth rate**   Maximum rate of firm growth without increasing financial leverage (cf. *internal growth rate*).

**Swap**   An arrangement whereby two companies lend to each other on different terms, e.g., in different currencies, or one at a fixed rate and the other at a floating rate.

**Swaption**   *Option* on a *swap*.

**Sweep program**   Arrangement whereby bank invests a company's available cash at the end of each day.

**Swingline facility**   Bank borrowing facility to provide finance while the firm replaces U.S. *commercial paper* with eurocommercial paper.

**Syndicated loan**   A large loan provided by a group of banks.

**Systematic risk**   *Market risk*.

# T

**Take-or-pay**   In *project finance*, arrangement where parent company agrees to pay for output of project even if it chooses not to take delivery.

**Take-up fee**   Fee paid to *underwriters* of a *rights issue* on any stock they are obliged to purchase.

**Tangent efficient portfolio**   The portfolio of risky assets offering the highest risk premium per unit of risk (*standard deviation*).

**Tangible asset**   Physical asset, such as plant, machinery, and offices (cf. *intangible asset*).

**Tax-anticipation bill**   Short-term bill issued by the U.S. Treasury that can be surrendered at *face value* in payment of taxes.

**T-bill**   *Treasury bill*.

**Technical analysis**   Security analysis that seeks to detect and interpret patterns in past security prices (cf. *fundamental analysis*).

**TED spread**   Difference between *LIBOR* and U.S. *Treasury bill* rate.

**Tender offer**   General offer made directly to a firm's shareholders to buy their stock.

**10-K**   Annual financial statements as filed with the *SEC*.

**10-Q**   Quarterly financial statements as filed with the *SEC*.

**Tenor**    Maturity of a loan.

**Terminal warehouse**    *Public warehouse.*

**Term loan**    Medium-term, privately placed loan, usually made by a bank.

**Term structure of interest rates**    Relationship between interest rates on loans of different maturities (cf. *yield curve*).

**Throughput arrangement**    Arrangement by which shareholders of a pipeline company agree to make sufficient use of pipeline to enable the pipeline company to service its debt.

**Tick**    Minimum amount the price of a security may change.

**Time draft**    Demand for payment at a stated future date (cf. *sight draft*).

**Times-interest-earned (interest cover)**    Earnings before interest and tax, divided by interest payments.

**TIPS (Treasury Inflation Protected Securities)**    U.S. Treasury *bonds* whose *coupon* and *principal* payments are linked to the Consumer Price Index.

**Toehold**    Small investment by a company in the shares of a potential takeover target.

**Tolling contract**    In *project finance,* arrangement whereby parent company promises to deliver materials to project for processing and then to repurchase them.

**Tombstone**    Advertisement listing the *underwriters* to a security issue.

**Trade acceptance**    Written demand that has been accepted by an industrial company to pay a given sum at a future date (cf. *banker's acceptance*).

**Trade credit**    *Accounts receivable.*

**Trade debt**    *Accounts payable.*

**Tranche**    Portion of a new issue sold at a point in time different from the remainder or that has different terms.

**Transaction exposure**    Risk to a firm with known future cash flows in a foreign currency that arises from possible changes in the exchange rate (cf. *economic exposure, translation exposure*).

**Transfer agent**    Individual or institution appointed by a company to look after the transfer of securities.

**Translation exposure**    Risk of adverse effects on a firm's financial statements that may arise from changes in exchange rates (cf. *economic exposure, transaction exposure*).

**Treasurer**    Principal financial manager (cf. *controller*).

**Treasury bill (T-bill)**    Short-term discount debt maturing in less than one year, issued regularly by the government.

**Treasury stock**    *Common stock* that has been repurchased by the company and held in the company's treasury.

**Trust deed**    Agreement between trustee and borrower setting out terms of a *bond*.

**Trust receipt**    Receipt for goods that are to be held in trust for the lender.

**Tunneling**    Actions by a controlling shareholder to transfer wealth out of the firm (e.g., by supplying goods at an inflated price).



# U

**Underpricing**    Issue of securities below their market value.

**Underwriter**    Firm that buys an issue of securities from a company and resells it to investors.

**Unfunded debt**    Debt maturing within one year (cf. *funded debt*).

**Uniform price auction**    Auction in which all successful bidders pay the same price (cf. *discriminatory price auction*).

**Unique risk**    *Specific risk.*

**Unseasoned issue**    Issue of a security for which there is no existing market (cf. *seasoned issue*).

**Unsystematic risk**    *Specific risk.*

# V

**Value additivity**    Rule that the value of the whole must equal the sum of the values of the parts.

**Value at risk (VAR)**    The probability of portfolio losses exceeding some specified proportion.

**Value stock**    A stock that is expected to provide steady income but relatively low growth (often refers to stocks with a low ratio of market-to-book value).

**Vanilla issue**    Issue without unusual features.

**VAR**    *Value at risk.*

**Variable-rate demand bond (VRDB)**    Floating-rate *bond* that can be sold back periodically to the issuer.

**Variance**    Mean squared deviation from the expected value; a measure of variability.

**Variation margin**    The daily gains or losses on a *futures* contract credited to the investor's margin account.

**Vega**    A measure of how the *option* price changes as the asset's volatility changes.

**Venture capital**    Capital to finance a new firm.

**Vertical merger**    *Merger* between a supplier and its customer (cf. *horizontal merger, conglomerate merger*).

**Vertical spread**    Simultaneous purchase and sale of two options that differ only in their *exercise price* (cf. *horizontal spread*).

**VIX**   A measure of the *implied volatility* of stocks in the S&P 500 Index.

**VRDB**   *Variable rate demand bond*.

## W

**WACC**   *Weighted-average cost of capital*.

**Warehouse receipt**   Evidence that a firm owns goods stored in a warehouse.

**Warrant**   Long-term *call option* issued by a company.

**Weak-form efficient market**   Market in which security prices instantaneously reflect the information in the history of security prices. In such a market security prices follow a random walk (cf. *semistrong-form efficient market* and *strong-form efficient market*).

**Weighted-average cost of capital (WACC)**   *Expected return* on a portfolio of all the firm's securities. Used as *hurdle rate* for capital investment.

**White knight**   A friendly potential acquirer sought out by a target company threatened by a less welcome suitor.

**Wi.**   When issued.

**Winner's curse**   Problem faced by uninformed bidders. For example, in an *initial public offering* uninformed participants are likely to receive larger allotments of issues that informed participants know are overpriced.

**With dividend (cum dividend)**   Purchase of shares in which the buyer is entitled to the forthcoming *dividend* (cf. *ex dividend*).

**Withholding tax**   Tax levied on *dividends* paid abroad.

**With rights (cum rights, rights on)**   Purchase of shares in which the buyer is entitled to the rights to buy shares in the company's *rights issue* (cf. *ex rights*).

**Working capital**   *Current assets* and *current liabilities*. The term is commonly used as synonymous with *net working capital*.

**Workout**   Informal arrangement between a borrower and creditors.

**Writer**   *Option* seller.

## X

**xd**   *Ex dividend*.

**xr**   *Ex rights*.

## Y

**Yankee bond**   A dollar *bond* issued in the United States by a non-U.S. borrower (cf. *bulldog bond, Samurai bond*).

**Yield curve**   *Term structure of interest rates*.

**Yield curve note**   *Reverse FRN*.

**Yield to maturity**   *Internal rate of return* on a bond.

## Z

**Zero-coupon bond**   *Discount bond* making no *coupon* payments.

**Z-score**   Measure of the likelihood of bankruptcy.

Note: Page numbers followed by *n* indicate notes.

**A**

Aabar Investments, 853
Abandonment option, 254–256, 561–566
  project life and, 564–565
  temporary, 565–566
  valuation of, 562–564
ABB, 856, 857
Abnormal return, 318–319
Absolute priority, 451–452
Accelerated depreciation, 136–138, 139
Accelerated underwritings, 377*n*
Accenture, 129
Accounting income, tax income versus, 137–138
Accounting rates of return, 711–713
  nature of, 711–712
  problems with, 712–713
Accounting standards, 705
Accounts payable, 134–135, 738, 740
Accounts receivable, 134–135, 733, 737–738, 757
Accrued interest, 600
Acharya, V. V., 358
Acquisitions. *See* Mergers and acquisitions
Adecco, 292
Adjusted present value (APV), 486–490
  additions to debt capacity, 487–489
  base case, 487
  for international projects, 489–490
  issue costs and, 487
  review of, 491–492
  value of interest tax shields, 491–492
Adler, B. E., 844
Administrative costs
  in leasing, 627
  in pooling risks, 649–650
Adverse selection risk, 649–650
Agarwal, A., 811*n*
Agency for International Development, 773*n*
Agency problem, 290–298, 868–869
  in capital budgeting, 291–292
  compensation plans, 290–298
  costs, 13, 291–292, 455–457
  market-timing scandal, 10–11
  mitigation, 14–15
  monitoring, 292–293
  Ponzi schemes, 11, 11*n*
  risk management and, 646, 647–648

subprime mortgage crisis, 13, 168, 328–329, 355–356, 779–780
transparency and, 861–862
Aggarwal, R., 307, 831*n*
Aghion, P., 841*n*
AGL Resources Inc., 84
Agnblad, I., 856*n*
Agrawal, D., 585*n*, 586*n*
AIG, 13, 355, 581
Airbus, 253, 567–569, 568*n*
Aivasian, V., 462*n*
Alcan, 793
Alcoa, 806
Allayanis, G., 697
Allen, Franklin, 163, 226*n*, 242, 329*n*, 358, 409*n*, 410*n*, 412, 747–748, 846*n*, 860*n*, 864, 869, 871*n*, 875*n*
Allen, J., 844
Allen, L., 594
Alliant, 834
Allied Crude Vegetable Oil Refining Corporation, 780
Allman-Ward, M., 784
Allocated overhead, in net present value analysis, 131
Alltel, 793
Alpha, efficient market hypothesis and, 318
Alternative minimum tax (AMT), 136, 628
Altinkilic, O., 378*n*
Altman, Edward I., 451*n*, 590*n*, 594, 825*n*, 843
A. M. Best, 587*n*
Amazon, 77, 174, 188, 189, 193, 217–219, 392
American Airlines, 627
American calls, 503–504, 542, 543
American Electric Power, 77
American Express, 378
American Jobs Creation Act (JOBS) of 2004, 638*n*
American puts, 543
American Shareholders Association, 368
American Water Works, 378
Amortizing loan, mortgage as, 31–32
Amram, M., 572
Andrade, G., 450–451, 451*n*, 805, 805*n*, 813, 813*n*, 815, 817
Andress, C., 824*n*
Anheuser-Busch, 793
Annual coupon, 46–47

Annually compounded rate, 46–47
Annual percentage rate (APR), 35–38
Annuities, 28–33. *See also* Equivalent annual cost
  defined, 28
  equivalent annual cash flow, 141–145
  growing, 33–35
  valuation of, 28–33
    annual mortgage payments, 31–32
    annuities due, 31–32
    future value, 32–33
    growing annuities, 33–35
    installment plan costing, 30
    lottery winnings, 30–31
Anthony, R., 300*n*
Antikarov, R. S., 572
Antitrust law, mergers and, 805–806
Aoki, M., 852*n*
AOL, 335, 793, 828
A&P, 681
Apex One, 793
Apollo Management, 823
Apple Computer Inc., 369*n*, 555
Appropriation requests, 241–242
Aramark, 367
Arbitrage
  defined, 57
  limits to, 327–328
  market efficiency and, 327–328
  money machine and, 57
  risk-neutral option valuation and, 527–528
Arbitrage pricing theory (APT), 200–201
  capital asset pricing model versus, 200–201
  defined, 200
Arcelor, 813
Archimedes, 526*n*
Archipelago, 75*n*
Arc Sight, 378
Arithmetic averages, risk and, 158–159
Arthur Andersen, 293
Articles of incorporation, 5
Ashanti Goldfields, 646*n*
Ashenfelter, O., 307
Ashland, 779
Asian crisis (1997), 605
Asian (average) options, 544
Asked price, bond, 48
Asked yield to maturity, 48
Asquith, Paul A., 329*n*, 333, 333*n*, 606*n*

Asset-backed securities (ABS), 602–603, 781
Asset beta
  calculating, 220–221
  defined, 220–221
Asset sales, 830
Asset turnover ratio, 713
Asymmetric information, 460–462, 805
AT&T, 708, 709, 710, 827, 827n, 828, 828n
AT&T Universal Card, 827
Auction markets
  initial public offering, 375–376
  nature of, 75
  new issue, 375–376
Auerbach, A. J., 815n
Australia, taxes on dividends in, 408
Authorized share capital, 345
Automated Clearing House (ACH), 768–769, 769n
Automatic debit, 768–769
Automatic dividend reinvestment plans (DRIPs), 393
Average collection period, 714, 736–737
Average days in inventory, 736–737
Average payment period, 737
Axa, 616

**B**

Babus, A., 875n
Bachelier, Louis, 314n, 504
Bain Capital, 823
Bait and switch game, in financial distress, 455
Baker, G. P., 836, 836n
Baker, M., 336, 402n, 409n, 463n
Balance sheet
  debt ratio, 482–484
  described, 706–707
Baldwin, R. E., 817
Balloon payments, 777
Banco Central Hispanico, 798
Banco Santander, 798
Bandler, J., 540n
Bank(s). *See also* Bank loans; *specific banks*
  borrowing and lending via, 306–307
  concentration accounts, 769
  direct deposit, 768–769
  direct payment, 768–769
  in financial markets, 846–851
  as intermediaries, 356–357
  international, 601, 770, 772–773
  multicurrency accounts, 770
  paying for services, 770
  payment mechanism and, 356
  pooling risk and, 357
  sweep programs, 767

time deposits and certificates of deposit, 774, 775
BankAmerica, 779
Bank Boston, 797
Bankers' acceptances (BAs), 761, 774, 776
Bankers Trust, 333
Bank for International Settlements, 767n, 768n
Bank loans, 740, 777–782
  syndication of, 779
Bank of America, 13, 295, 604, 792, 793, 797
Bank of America National Trust and Savings Association, 599
Bank of International Settlements, 668n
Bank of New England, 797
Bank of New York, 795
Bank of Nova Scotia, 779
Bankruptcy, 837–842
  alternate procedures, 840–842
  costs of, 448–452, 465
    direct versus indirect, 451–452
    evidence of, 450–451
  examples, 837
  nature of, 448–450
  workouts, 840
Bankruptcy Reform Act of 1978, 837, 838n
BankSouth, 797
Banque Paribas, 798
Barberis, N., 200n, 326n, 336
Barca, F., 856n
Barclays Bank, 772
Barclays Capital, 371
Baring Brothers, 666
Barnett Banks, 797
Barrier options, 544
Bartram, S. M., 688n, 689n, 690
Barwise, P., 284
Basis risk, 656
Baskin, J., 834n
Baskin-Robbins, 870
Bausch & Lomb, 283
Bautista, A. J., 636n
Bayerische Vereinsbank, 798
BBVA, 395
Bearer bonds, 600
Bear Stearns, 355, 780
Beatrice, 823
Beaver, William H., 589n, 590, 590n
Bebchuk, L. A., 308, 841n, 855n
Becht, M., 856n, 864
Bechtel, 366
Behavioral finance, 326–329
  dividend payments in, 395–396, 397, 403
  limits to arbitrage, 327–328
  market efficiency and, 326–329

market timing and, 463
  signaling and, 363, 395–397
Bell Laboratories, 827
BellSouth, 827, 827n
Benartzi, L., 200n
Benchmark bills, 774
Benefit-cost ratio, 116n
Benetton, 4
Benmelech, E., 627n
Benveniste, L. M., 375n, 383
Berger, P., 836n
Berglof, E., 856n
Bergman, N. K., 627n
Berkshire Hathaway, 11n
Bermuda options, 544
Bernard, V. L., 724
Bernardo, A. E., 410n
Berndt, A., 579n
Bertrand, M., 463n, 859, 859n
Beta
  asset, 220–221
  calculating, 176–177
  cash-flow, 222
  changes in capital structure and, 427–428
  company, 214–215
  defined, 174
  earnings, 222
  estimating, 217–219
  for foreign stocks, 175–176
  impact of borrowing on, 190–192
  market risk and, 174–177
  portfolio risk and, 174–177, 192–199
  project, 214–215
  relevering, 484, 485n
  unlevering, 428, 484, 485n
Bethlehem Steel, 586
Betton, S., 817
Bhagat, S., 830n
Bhandari, J. S., 837n, 844
Bharath, S. T., 840n
Bhutto, Benazir, 614
Biddle, G. C., 332n
Bid price, bond, 48
Big Mac Index, 683
Bikhchandani, S., 874n
Billington, Corey A., 567
Binomial method of option pricing, 530–534
  Black-Scholes model and, 538
  decision trees and, 534
  defined, 530
  general binomial method, 533–534
  two-stage, 530–532
  using, 562–563
Biomet, 831–832, 834
BK Vision, 348
Black, B., 365n

Black, Fischer, 197*n*, 198*n*, 204, 409, 409*n*, 525, 526, 526*n*, 535*n*, 535–543, 544, 545, 868

Black Monday (1987), 167–168

Black-Scholes option pricing model, 535–542
  binomial method and, 538
  development of, 534–536
  using, 536–537
    to evaluate implied volatilities, 541–542
    for executive stock options, 539, 540
    to value executive options, 539
    to value portfolio insurance, 540
    to value warrants, 539–540

Blackstone Group, 823, 831–832, 833, 834*n*

Blockbuster, 806

Blue-sky laws, 369

BMW, 689

BNP, 798

BNP Paribas, 617*n*

Board of directors
  control rights and, 347, 851–859
  European, 855
  mergers and, 808–814
  monitoring of agency costs, 292–293
  role of, 5, 14, 292–293
  shareholder pressures on, 15
  voting procedures and, 347–349, 350

Board of Governors of the Federal Reserve System, 342*n*, 344*n*, 346*n*, 351*n*

Boatmen's Bancshares, 797

Bodega Numanthia Termes, 3

Bodie, Zvi, 305*n*

Boeing, 2, 3, 127, 170–172, 174, 186–189, 193, 253, 806

Bolton, P., 864

Bond(s). *See also* Bond ratings; Bond valuation
  callable, 607
  catastrophe, 650
  convertible, 353
  corporate. *See* Corporate bonds
  eurobonds, 352, 377, 598, 599*n*, 600
  global bonds, 377
  international, 352–353
  samurai, 598
  sold by foreign company, 598
  Treasury. *See* Treasury bonds
  valuation of. *See* Bond valuation
  yankee, 598

Bond ratings, 587–588, 601
  problems of, 592–593

Bond valuation, 45–69
  default risk in, 65–68, 581–586
  duration in, 50–53

inflation in, 59–63
interest rates in, 46–64
  present value formulas in, 46–49
  spreadsheet functions, 67
  term structure of interest rates in, 53–59
  in the U.S., 47–49
  volatility in, 52–53
  yield to maturity, 47
  yield to maturity in, 49

Boness, A. J., 314*n*

Bookbuilding, 375

Book depreciation, 303–304

Book rate of return, 104, 711

Book-to-market ratio, 202

Book value, 707

Boone, P., 859, 859*n*

Booth, L., 462*n*

Bootstrap game, in mergers, 798–800

Booz Allen Hamilton, 368

Borison, A., 261

Borrowing and lending. *See also* Debt financing; Financing decisions; Leasing
  banks and, 306–307
  internal rate of return and, 109–110
  in portfolio theory, 190–192

Bort, R., 784

Bortolotti, B., 377*n*

Bosch, 4, 853

Boston Red Sox, 90

Bowie, David, 602–603

Bowie bonds, 602–603

Boyco, M., 831*n*

BP, 175, 315, 316, 318, 395, 650

Bradley, M., 93*n*

Branson, Richard, 221–222

Brasil Telecom, 75

Brau, J. C., 367*n*

Brav, A., 394*n*, 412

Brazil, payout policy in, 393

Breach, A., 859, 859*n*

Break-even analysis, 138–139, 245–248
  defined, 245–246
  operating leverage and, 248–249

Break-even points, 248–249

Brealey, Richard A., 163, 226*n*, 242, 619, 747–748, 869

Brennan, Michael J., 233, 405*n*, 566*n*, 572, 604*n*, 618

Bridge loans, 777

Bris, A., 844

Bristol Myers Squibb, 829

British Bankers Association, 778*n*

British Gas, 366

Brookdale Senior Living, 378

Brown, G. W., 688*n*, 689*n*, 690

Brown, S. J., 204

Bruner, R., 817

Brunnermeier, M., 325*n*, 336, 874*n*

BT, 617

Bubbles, 324–325
  dot.com stocks, 77, 325, 334–335, 366, 372
  subprime crisis, 13, 168, 328–329, 355–356, 779–780

Buffett, Warren, 11*n*, 28, 281, 282, 668

Bullet payments, 777

Bulow, J. I., 539*n*

Burch, T. R., 828*n*

Burkart, M., 862*n*

Burlington Northern Santa Fe, 84, 219

Burroughs, B., 823*n*, 844

Business plans, in venture-capital financing, 363

Business valuation process
  adjusted present value (APV) in, 487–489
  discounted cash flow (DCF) in, 90–93
  weighted-average cost of capital (WACC) in, 216–221

Butler, G. F., 567*n*, 569*n*

**C**

California Air Resources Board (CARB), 141–142

California Public Employee Retirement System (Calpers), 540

Call options, 503–504
  defined, 503
  position diagrams, 503–504
  relationship between put prices and, 529
  selling, 505–506
  valuation of, 526–528

Call protection, 604

Call provisions, 603–605

Calpine, 837

Campa, J. M., 836*n*

Campbell, J. Y., 169*n*, 204, 224*n*

Campbell Soup, 77, 170–172, 174, 175, 186–189, 193, 217–219

Canadian Pacific, 75, 219

Caouette, J. B., 594

Capital, defined, 4

Capital asset pricing model (CAPM), 192–199, 321, 867, 869–870
  alternatives to, 199–203
  arbitrage pricing theory (APT) versus, 200–201
  assumptions behind, 199
  capital structure and, 217–219
  cost of equity capital and, 217–221

Capital asset pricing model
(CAPM)—*Cont.*
defined, 192–193
dividend-discount model, 491
estimates of expected returns in, 192,
219–221
review of, 194
security market line and, 193, 194–195
tests of, 196–199
validity and role of, 195–199
Capital budgeting, 2–3. *See also* Capital
budgeting problems; Capital
budgeting and risk; Investment
decisions; Net present value
(NPV), investment decisions and
agency problem in, 291–292
book rate of return in, 103
capital budget, defined, 241
capital rationing in, 113, 115–119
discount rates for international
projects, 227
internal rate of return in, 103, 107–115
net present value analysis in, 101–105
net present value in other currencies/
countries, 139
payback period in, 103, 105–107
pitfalls of, 268–273
postaudits, 242–243
process for, 241–243
project authorizations, 241–242
Capital budgeting problems, 240–260.
*See also* Net present value (NPV),
investment decisions and
capital investment process, 241–243
decision trees, 253–260
forecasting economic rents, 273–283
incentives, 290–298, 403–404
market values in assessing, 268–273
Monte Carlo simulation, 249–253
performance measurement, 298–306
real options, 253–260, 554–571
sensitivity analysis, 243–249
Capital budgeting and risk, 213–232
capital structure and, 217–219
company cost of capital, 214–216
discounted cash flow and, 227–232
project cost of capital, 214–216
Capital constraints, in capital
budgeting, 113, 115–119
Capital expenditure (CAPEX)
decisions, 2–3
Capital gains taxes, 406–407
Capitalia, 798
Capital investments, 104. *See also*
Capital budgeting
Capitalization, market, 708
Capital markets. *See also* Financial markets
historic performance of, 156–163, 192
Capital rationing, 113, 115–119
defined, 115

example, 115–117
linear programming in, 117, 189
profitability index in, 115–116
quadratic programming in, 189
Capital structure. *See also* Debt
financing; Debt policy; Equity
financing; Restructuring
changes in, 343–344, 427–428
debt ratios, manufacturing industry,
482–484
defined, 4, 418
Modigliani-Miller approach to, 418,
420–424
theory of, 868
theory of optimal, 465
trade-off theory of capital
structure, 448
Caput options, 544
Cards, D., 307
Careers in finance, financial manager,
6–7
Cargill, 366
Carhart, Mark M., 320, 320*n*
Carletti, E., 875*n*
Carried interest, 365
Carrow, K. A., 616*n*
Carry trades, 694
Carter, D. A., 653, 653*n*
Carve-outs, 829–830
Cascade, 875
Cash, tracing changes in, 855–859
Cash balance, minimum operating, 739
Cash budgeting, 737–740
inflow, 737–738
outflow, 738–740
Cash coverage ratio, 717
Cash cycle, 736–737
Cash-flow beta, 222
Cash-flow rights, 346–347
Cash-flow risk, 223–224
Cash flows. *See also* Discounted
cash flow (DCF)
adjustments for financial statements,
128–129
in applying net present value rule,
128–129
estimating incremental, 129–131,
134–136
forecasting, 25–26, 103–104, 129,
475–476
in Monte Carlo simulation, 252
in net present value analysis, 25–26,
104–105, 134–136
surplus-funds mergers and, 796
Cash in and run game, in financial
distress, 454
Cash management, 776–770
in collections, 765–766, 769–770
in disbursement, 738–740
international, 770, 772–773

money-market investments in,
771–776
payment for purchases, 767–769
speeding up collections, 769–770
"Cash out" selling, 365
Cash ratio, 719
Catalent, 834
Catastrophe bonds, 650
CBOT (Chicago Board of Trade), 653,
654, 655
Centerparcs, 834
Cerberus Capital Management, 794,
832, 832*n*, 833, 841
Certainty-equivalent cash flow, 228
Certainty equivalents, 227–232, 273,
569
defined, 227
valuation by, 227–228
Chaebols, 858
Chandler, A., 834*n*
Changyou.com, 377
Chapter 7 bankruptcy, 837
Chapter 11 bankruptcy, 837–842
Chava, S., 606*n*
Chavez, Hugo, 831
Check Clearing for the 21st Century
Act (Check 21), 769
Chen, C. R., 371, 371*n*, 823*n*, 825, 825*n*
Chevron Corp., 835
Chew, D. H., Jr., 69, 332*n*
Chicago Board of Trade (CBOT),
653, 654, 655
Chicago Board Options Exchange
(CBOE), 168*n*, 503*n*, 541–542,
542*n*
Chicago Mercantile Exchange (CME),
653, 653*n*, 654, 655
*Chicago Tribune*, 4
Chief executive officers (CEOs), 6
aggressive versus conservative
personal style, 463
board of directors and, 14
compensation of, 14, 290–298
earnings and earnings targets,
305–306
mergers and, 808–814
Chief financial officers (CFOs), 6
aggressive versus conservative
personal style, 463
earnings and earnings targets,
305–306
market reaction to stock issues,
378–380
Childs, P. D., 560*n*, 561*n*
Chile, payout policy in, 393
China, initial public offerings
(IPOs) in, 377
China Eastern Airlines, 75
China National Offshore Oil
Corporation (CNOOC), 806

CHIPS, 769
Chiquita Brands, 607–610
Choose (as-you-like-it) options, 544
Chordia, T., 323*n*
Choudhry, M., 784
Chrysler, 451–452, 464, 793–795, 832, 837, 840, 841
Chubb Corporation, 650
Chui, M., 846*n*
Cingular Wireless, 827
Cisco, 81, 81*n*, 392, 733
Citibank, 779
Citicorp, 432, 827
Citigroup, 13, 371
Citroen, 14
Claessens, S., 855, 856*n*
Class A stocks, 857–858
Class B stocks, 857–858
Clayton, J., 221*n*
Clayton Act of 1914, 805
Clear Channel Communications, 823
Clifton, Daniel, 368
Clinton, K., 697
Closed-end funds, 76*n*, 871
Closely-held corporations, 5
Close-to-the-money projects, 115*n*
CME (Chicago Mercantile Exchange), 653, 653*n*, 654, 655
CME Group, 653*n*
Coca-Cola, 200, 296*n*, 709, 710
Cochrane, J. H., 204
Codetermination, in Germany, 855
Colak, G., 828*n*
Cole, R. H., 784
Coles and Myer, 832
Collateral, 352–353
   bank loan, 780
   bond, 601
Collateralized debt obligations (CDOs), 779–780
Collateralized mortgage obligations (CMOs), 602
Collateral trust bonds, 601
Collections, 765–766, 769–770
Collins, D., 725
Comelli, F., 375*n*
COMEX (Commodity Exchange Division of NYMEX), 654
Comment, R., 396, 396*n*, 397*n*
Commercial Bank of China, 366
Commercial drafts, 761
Commercial paper, 774, 775, 781–782
Commerzbank, 798
Commodity Exchange Division of NYMEX (COMEX), 654
Commodity futures contracts, 652–654, 657–658
Common-size financial statements, 720
Common stock, 74–95, 345–350. *See also* Equity financing; Equity

valuation; Portfolio risk; Stock options; Stock repurchases
   categories of, 347–349
   classes of, 857–858
   dividends. *See* Dividend(s)
   equity financing
      initial public offerings (IPOs), 366–376
      rights issues, 380–381
      secondary issues, 376–381
      trust, 350
      venture capital, 362–366
   historic performance of capital markets, 157–159
   initial public offerings (IPOs), 366–376
   trading of, 75–76
   valuation of, 76–81
   voting procedures, 347–349
Company cost of capital
   defined, 214
   determining, 214–215
   nature of, 214–215
Company risk, 214–215
Comparables, 77
Compensation plans
   accounting measures of performance and, 298–299, 298–301
   chief executive officer, 14, 290–298
   golden parachutes, 812
   incentives for managers and, 290–298
   stock price and, 296–298
Competitive advantage, 273–276
   economic rents and, 273–276
   example, 276–283
Complementary resources, of merger candidates, 796
Compounded rates of return, risk and, 158–159
Compounding intervals, 46–49
Compound interest
   compounding intervals, 36–38
   defined, 21
Compound options, 544
ConAgra, 66
Concentration accounts, 769
Conditional sale, 762
Confidence interval, 217–219
Conflicts of interest, eliminating, 292–293
Conglomerates, 221–222, 858–859
   mergers, 793
   private-equity funds as, 834–837
   weighted average cost of capital (WACC) and, 490–491
Congressional Budget Office, 586, 586*n*
Conoco, 366
Conrad, Joseph, 695*n*
Conseco, 837
Conservatism, 326

Consistency, in financial planning, 744
Consols, 27–28
Constant-growth formulas, dangers of, 83–86
Constantinides, G. M., 179, 233, 336, 383, 434, 467
Consumer credit, 760
Consumer Price Index (CPI), 60, 62
Continental, 282, 797
Continuous compounding, 36–38
Controller, 6–7
Control rights, 346–347, 851–859
Convenience yield, 658
Convergence trading, 327–328
Converse Inc., 793
Conversion ratio, 607–608
Convertible bonds, 353, 607–612
   described, 68
   dilution and, 611
   dividends and, 610
   forcing conversion, 609
   reasons for issuing, 611–612
   types of, 607–608
Cooper, I. A., 159*n*, 619
Cootner, P. H., 314*n*
Copeland, T. E., 572
Cornell, B., 179, 224*n*
Cornett, M. M., 380, 380*n*
Corporate bonds, 577–593. *See also* Bond(s); Bond valuation
   bond terms, 600–601
   call provisions, 603–605
   convertible, 607–612
   debt covenants, 605–607
   default puts and, 583
   default risk, 65–68
   domestic and foreign, 598
   indenture, 599–600
   international security issues, 377
   investment grade, 65
   junk, 65, 481, 579, 587, 823–824, 825
   private placements, 381–382
   puttable, 603, 605
   ratings, 587–588, 601
   repayment provisions, 603–605
   security of, 601–603
   seniority of, 601–603
   types, 601–603
   types of, 67–68
   yields on, 66, 577–581
   yield spread between Treasury bonds and, 66, 579–581
Corporate financing, 341–357. *See also* Financing decisions
   capital structure and, 482–484
   debt, 351–354. *See also* Corporate bonds
   equity
      initial public offerings, 366–376

Corporate financing—*Cont.*
  secondary offerings, 376–381
  venture capital, 362–366
  financial institutions in, 346–347,
    356–357, 849–851
  financial markets and, 356–357
  internal funds, 342–343
  links between short-term financing
    and, 731–734
  patterns, 341–344
Corporate governance, 846–862
  agency problem, 12–15
  components of, 14–15
  differences in, 859–863
  financial manager role, 6–8
  financial markets and institutions
    in, 846–851
  in mitigating agency costs, 14–15
  nature of corporation, 5
  ownership and control, 851–859
  value maximization in, 9–12
Corporations. *See also* Corporate
    bonds; Debt financing; Equity
    financing; Shareholders; Taxes, on
    corporations
  closely held, 5, 855
  corporate governance and, 1–15
  debt financing method, 4
  equity financing methods, 4
  financial manager in, 6–7
  financing decisions, 3, 4
  goals of, 8–12
  investment decisions, 2–3
  nature of, 5
  restructuring by. *See* Restructuring
  separation of ownership and
    management, 5, 808, 851–859
Corus, 813
Corwin, S. A., 381*n*
Cost of capital
  company, 214–216
  discount rates for international
    projects, 227
  for international investments, 692–694
  opportunity. *See* Opportunity cost
    of capital
  perfect pitch and, 215
  project, 214–216
  rate of return and, 23
  using historic evidence to evaluate,
    159–163
Cost of equity capital
  defined, 78–79
  estimating, 81–86
Counterparty risk, 652, 655
Countrywide Financial, 797
Coupon, bond
  annual, 46–47
  defined, 46
  semiannual, 47–49, 600

Coval, J. D., 780*n*
Covariance
  beta and, 176–177
  in calculating portfolio risk, 171–172,
    176–177
  defined, 171, 171*n*
Cowgill, B., 331*n*
Coy, P., 567*n*
Creative accounting, 332
Credit analysis, 762
Credit decision, 762–765
Credit default swaps, 580–581
Credit management, 760–766
  collection policy in, 765–766
  credit analysis in, 762
  credit decision in, 762–765
  promise to pay and, 761–762
  terms of sale in, 760–761
*CreditMetrics*, 593*n*
Credit scoring, 588–590
Credit Suisse, 371
Cross-border leasing, 638
C&S Sovran, 797
CSX, 84, 219
Cum dividend, 392
Cumulative capital requirements,
    731–734
Cumulative preferred stock, 350
Cumulative voting, 347
Currency risk. *See* Foreign exchange risk
Currency swaps, 663
Current assets, 706, 733
Current liabilities, 480–481, 707
Current ratio, 719
Cusatis, P., 828*n*
Cutoff date, in payback period, 105–106
Cyclicality, asset beta and, 222, 223

**D**

Dabora, E. M., 323*n*
Daimler AG, 12, 832, 853, 854
Daimler-Benz, 793–794
DaimlerChrysler, 689, 832
Dakota, Minnesota & Eastern
    Railroad, 274*n*
Daley, J. P., 750
Daley, L. V., 828*n*
Danone, 806
Data-mining, 196
Data snooping, 196
Datastream, 580*n*
Davis, S. J., 825*n*
Davydenko, S. A., 842*n*
DAX index, 656, 657
Dealer markets, 75
DeAngelo, H., 410*n*, 412
DeAngelo, L., 410*n*, 412
Debentures, 601
Debt capacity, additions to, 487–489

Debt covenants, 605–607
Debt-equity ratio (D/E), 425–426,
    484–486
Debt financing, 351–354, 577–593. *See
    also* Bond(s); Corporate bonds;
    Debt valuation; Financial leases;
    Leasing
  asset-backed securities, 602–603, 781
  capital structure changes and,
    482–484
  debt ratios, 482–484, 716–717
  forms of debt, 351–353
  international security issues, 377
  long-term, 743–748
    choosing a plan, 747–748
    contingency planning, 743–744
    example, 744–748
    need for, 743–744
    pitfalls in model design, 747
    short-term financing versus, 352
  private placements, 381–382
  secondary offerings, 376–381
  short-term, 740–743
    bank loans, 740, 777–782
    commercial paper, 775, 781–782
    long-term financing versus, 352
    medium-term notes, 774, 775, 782
    stretching payables, 740
Debtor-in-possession (DIP), 840
Debt policy, 418–433
  costs of financial distress, 447–460
    agency costs, 455–457
    bankruptcy, 448–452
    without bankruptcy, 452
    nature of financial distress,
      447–448
    trade-off theory of capital
      structure, 448, 462–463
    varying with type of asset, 457–458
  effect of leverage in competitive
    tax-free economy, 419–424
    Modigliani-Miller approach,
      458–460
    traditional approach, 430–431
  pecking order of financing choices,
    460–465
    financial slack, 463–464, 476–478
    impact of asymmetric information,
      460–462
    implications of, 462
    trade-off theory versus, 462–463
  taxes and, 440–444
    interest tax shields and
      stockholders' equity, 443–444
    personal taxes, 444–447
Debt ratio, 482–484, 716–717
Debt valuation, 597–617
  convertible securities, 607–609,
    610–612
  default risk in, 581–586

bond ratings, 587–588
   government loan guarantees, 586
   junk bonds, 587
duration in, 50–53
government loan guarantees, 586
inflation in, 59–63
interest rate risk and, 53–59
nominal rate of interest and, 59–63
real rate of interest and, 59–63
term structure of interest rates and, 53–59
volatility in, 52–53
yields on corporate debt, 66, 577–581
Decision trees, 253–260
   abandonment option, 254–256
   binomial method of option pricing and, 534
   defined, 254
   example of use, 257–260
   expansion option, 253–254
   pros and cons of, 260
   uses of, 253–260
Declining industries, 860–861
Deep-in-the-money projects, 115$n$
Deere, 625
Default puts, 583
Default risk, 581–586. *See also* Bankruptcy
   bond ratings, 587–588
   calculating probability of default, 588–592
   corporate bond, 65–68
   credit scoring and, 588–590
   government loan guarantees, 586
   market-based risk models, 590–592
   value at risk (VA), 592–593
Deferred taxes, 479$n$
Deflation, 62$n$
DeGeorge, F., 306, 306$n$
Degree of operating leverage (DOL), 248–249
De Jong, A., 323$n$
Deka Bank, 854
Dell Computer, 77, 169–170, 174–175, 189, 193, 760
Delphi, 795, 838
Delta Air Lines, 653
Demirguc-Kunt, A., 462$n$
Denis, D. J., 392$n$
Depreciation
   accelerated, 136–138, 139
   biases in calculating returns, 303–304
   economic, 303
   investment decisions and, 136–138, 139
   salvage value, 131, 132, 133, 637
   straight-line, 132–133, 628
   tax shield, 136–138, 139, 627, 631$n$, 633

Derivatives. *See also* Forward contracts; Futures contracts; Swaps
   in risk management, 648, 666–668
Descartes, René, 110$n$
Deutsch Börse, 75
Deutsche, 12
Deutsche Bank, 175, 371, 794, 853, 854
Dewenter, K. L., 396$n$
Diamond, D., 352$n$
DIAMONDS, 76
Dichev, I. D., 612$n$
Digital (binary or cash-or-nothing) options, 544
Dill, D. A., 636$n$
Dilution
   in convertible valuation, 611
   in warrant valuation, 611–612
Dimitrov, O., 325$n$
Dimon, James, 397
Dimson, E., 60$n$, 64$n$, 156, 156$n$, 157$n$, 161$n$, 164$n$, 167$n$, 179, 685$n$
Direct debit, 768–769
Direct lease, 626
Direct payment, 768–769
Direct quote, 677
Directors. *See* Board of directors
Dirksen, Everett, 597$n$
Disbursements, controlling, 738–740
Discounted cash flow (DCF)
   in business valuation, 90–93
   in calculating present value, 25–26
   in common stock valuation, 78–86
   dangers of constant-growth formulas, 83–86
   defined, 25
   equivalent annual cash flows, 141–145
   problems in option pricing, 525–526
   rate of return and. *See* Internal rate of return (IRR)
   in real option valuation, 569–570
   risk and, 227–232
      multiple risk-adjusted discount rates and, 230–232
      single risk-adjusted discount rate and, 229–232
   in setting gas and electricity prices, 82–83
   spreadsheet functions, 37–38
   with varying growth rates, 84–86
Discounted-cash-flow rate of return. *See* Internal rate of return (IRR)
Discounted payback rule, 107
Discount factor, 22–23, 56–57
Discount notes, 774
Discount rate. *See also* Opportunity cost of capital
   avoiding fudge factors in, 222, 225–226, 242
   nature of, 23

Discriminatory auctions, 376
Disney, 174, 189, 193, 217–219, 809
Dittman, I., 854, 854$n$
Dittmar, A. K., 395$n$, 784, 828$n$
Dittmar, R., 395$n$
Diversifiable (unique) risk, 170, 174–177, 224, 867
Diversification
   arbitrage pricing theory and, 200–201
   limits to, 173–174
   market risk and, 173–174
   mergers and, 798
   portfolio risk and, 168–170, 173–174, 177–178
   value additivity and, 177–178
Divestiture, 830
Dividend(s). *See also* Payout policy
   in business valuation, 90–91
   in common stock valuation, 78–86
   in convertible valuation, 610
   in option pricing, 543
   payout ratio, 83, 403–404
   preferred stock, 350
   types of, 393
   in warrant valuation, 610
Dividend yield, 82
   historic, 159–163
   risk premium and, 162–163
Dixit, A. K., 261, 566$n$, 572
Djankov, S., 855, 856$n$
Doherty, N. A., 650$n$
Dollar loans, 679
Dominion Bond, 587$n$
Dot.com stocks, 77, 325, 334–335, 366, 372
Double-Click, 793
Douglas, R., 579$n$
Dow Chemical, 77, 709, 710
Dow Jones Industrial Average, 76
DP World, 806
Dresdner Bank, 798
Dresdner Kleinwort, 370
Drexel Burnham, 825
Dual-class equity, 857–858
Duffie, D., 594
Dun and Bradstreet, 859
Du Pont, 66, 366
Du Pont system, 714–718
Durand, David, 420$n$
Duration
   in bond valuation, 50–53
   in hedging, 665–666
Dutch auction, 393–394

**E**

Earnings announcements, 322
Earnings before interest and taxes (EBIT), 708, 717
Earnings beta, 222

Earnings per share (EPS)
  in equity valuation, 87–90
  forecasting, 305–306
  mergers and, 798–800
Earnings-price ratio, 87
Eastern Airlines, 451, 839
Eastman Kodak, 66
eBay, 372–374
Ebner, Martin, 348
Eckbo, B. E., 307, 318*n*, 383, 817, 843
Eckel, C., 844
Eckel, D., 844
Economic depreciation, 303
Economic exposure, 688–690
Economic income, 303–304
Economic profit (EP), 300
Economic rents
  competitive advantage and, 273–276
  example, 276–283
  forecasting, 273–283
Economic value added (EVA),
    298–301, 709–710
  applying to companies, 299–300
  calculating, 299–300, 709–710
  problems of, 712–713
  pros and cons of, 300–301
Economies of scale, in mergers, 795
*Economist, The*, 328, 348, 794
EDF (Électricité de France), 830
Edwards, F., 666*n*
Efficiency ratios, 713–714, 723
Efficient-market hypothesis,
    312–325, 867
  anomalies and financial managers,
    321–325
  behavioral finance and, 326–329
  capital structure and, 418
  evidence against efficient markets,
    321–325
  evidence for efficient markets,
    318–321
  exceptions to, 870–871
  forms of market efficiency, 317–318,
    319–320
  irrelevance of dividends and,
    398–402
  lessons of market efficiency, 329–333
  price changes as random, 314–317
  random walk hypothesis and,
    314–317
Efficient portfolios
  borrowing and lending in, 190–192
  defined, 189, 194
Egan-Jones Rating, 587*n*
Ehrbar, A., 301*n*, 308
Eichholtz, P., 221*n*
Eisner, Michael, 809
Eiteman, D. K., 697
Electronic bill presentation and
    payment (EBPP), 768

Electronic communication
    networks (ECFs), 75
Eli Lilly, 796
Ellis, Jim, 859
Ellis, K., 368*n*
Ellison, Larry, 14, 539
Elton, E. J., 204, 585*n*, 586*n*
Empire building, 291
Endesa, 793
Enel, 793
Energy Recovery, 378
Enriques, L., 855*n*
Enron, 293, 367, 450, 450*n*, 458,
    837, 861, 861*n*, 862
Equal real interest rates, 686–687
Equifax, 588*n*, 762*n*
Equipment trust certificates, 601
Equity financing. *See also* Equity
    valuation
  common stock, 74–95
    initial public offerings (IPOs),
      366–376
    rights issues, 380–381
    secondary issues, 376–381
    trust, 350
    venture capital, 362–366
  in financial distress situations, 454
  initial public offerings (IPOs),
    366–376
  international security issues, 377
  partnership, 349–350
  preferred stock, 350
  rights offerings, 380–381
  venture capital, 362–366
Equity Office Properties, 823, 831–832
Equity valuation, 76–81
  in business valuation process, 90–93
  comparables in, 77, 221
  discounted-cash-flow (DCF) formula
    in, 78–86
  dividends and, 78–86
  estimating capitalization rate, 78–79
  stock price in, 75–76
Equivalent annual cash flow, 141–145
  cost of excess capacity, 145
  defined, 142
  inflation, 143
  long- versus short-lived equipment,
    142–143
  net present value analysis, 141–145
  replacement decision, 144–145
  in replacement decisions, 144–145
  taxes and, 144
  technological change, 143–144
Equivalent annual cost, operating leases
    and, 630–632
Erb, C., 694*n*
Erwin, G. R., 434
Esty, B. C., 618
Ethics, market-timing scandal, 10–11

Euribor (euro interbank offered rate),
    773
Eurobonds, 352, 377, 598, 599*n*, 600
Eurocurrency, 352, 772–773
Eurodollars, 772–773
Euro interbank offered rate, 773
Euronext LIFFE, 75*n*, 654, 655
European Banking Federation, 778*n*
European calls, 503–504, 543
European Monetary Union (EMU),
    677*n*, 772
European puts, 542
Euros, 677*n*
Evans, M. D., 697
Event risk, 606
Everett, S. J., 817
Evergreen credit, 777
Excess capacity, equivalent annual
    cash flow and, 145
Exchange rates. *See also* Foreign
    exchange risk
  changes in, 681
  interest rates and, 679–680
Exchange-traded funds (ETFs), 76
Ex dividend, 392
Execucomp, 294*n*
Exotic securities
  asset-backed securities, 602–603
  catastrophe bonds, 650
  and violation of Modigliani-Miller
    approach to capital structure,
    431–432
Expansion option, 253–254, 744
  exploiting new technology in,
    276–283
  flexible production, 566–567
  follow-on investment opportunities,
    554–558
  forecasting market values in,
    268–273
  purchases in, 567–569
Expectations theory of exchange, 680
Expectations theory of forward rates,
    682–683
Expectations theory of term structure,
    58–59
Expected returns
  capital asset pricing model and,
    192–199, 219–221
  in measuring portfolio risk, 165
  Modigliani-Miller approach to
    capital structure and, 458–460
  traditional approach to capital
    structure and, 430–431
Experian, 588*n*, 762*n*
Export-Import Bank, 765
Export insurance, 765
Express Scripts, 378
External financing, 748–749
Extra dividends, 393

Exxon Mobil, 77, 174, 189, 193, 392, 395, 454, 708, 709, 710, 711
Ezzell, R., 485*n*, 493

## F

Fabozzi, F. J., 564*n*, 618, 640, 784
Face value, defined, 46
Factoring, 765
Fair Isaac & Co., 588*n*, 762*n*
Fair price, 812
Fallen angels, 587
Fama, Eugene F., 162*n*, 198*n*, 201*n*, 202, 202*n*, 336, 392*n*, 459*n*, 463*n*, 683*n*, 870*n*
Fama-French three-factor model, described, 201–203
Family control, 855
Fanjul, G., 825*n*
Fannie Mae, 14, 329, 603–604, 774, 831
Fawcett, S. E., 367*n*
FCX, 131
Federal agency securities, 773–774
Federal Deposit Insurance Corporation (FDIC), 586
Federal Family Education Loan (FFEL), 586
Federal Home Loan Mortgage Corporation (Freddie Mac), 329, 603–604, 774, 831
Federal National Mortgage Association (FNMA; Fannie Mae), 14, 329, 603–604, 774, 831
Federal Reserve Bank of New York, 328
FedEx, 253–254, 366, 709, 710
Ferguson, M., 579*n*
Fiat, 4, 175, 689
Fifth Third Bank, 779
Financial Accounting Standards Board (FASB), 629, 629*n*, 807
Financial assets, 2, 356
Financial Assistance Corporation, 773*n*
Financial distress, 447–460. *See also* Bankruptcy
　without bankruptcy, 452
　leasing and, 627
　nature of, 447–448
　risk management and, 647
　trade-off theory of capital structure, 448
　　pecking-order theory versus, 462–463
　type of asset and, 457–458
Financial engineering, 513
Financial futures contracts, 656–658
Financial hedging, 690
Financial institutions, 356–357. *See also* Bank(s); Underwriters

defined, 346
role in financing, 346–347
Financial leases, 632–637
　advantages of, 626–628, 637–638
　defined, 626
　example, 633
　net value of lease, 636–637
　ownership of asset, 633–634
　salvage value for depreciation, 637
　as source of financing, 626
　taxes and, 634
　valuing, 632–637
Financial leverage
　defined, 419, 716
　effect in competitive tax-free economy, 419–424
　　Modigliani-Miller approach, 420–424
　　traditional approach, 419–424
　leverage ratios, 716–718, 723
　measuring, 716–718
Financial managers, 6–7
　agency problem in capital budgeting, 291–292
　careers in finance, 6–7
　compensation plans for, 290–298
　efficient markets and, 333–335
　incentives and, 290–298
　job titles of, 6–7
　lessons of market efficiency and, 329–333
　market anomalies and, 321–325
　role of, 6–7
　separation of ownership and management and, 5, 808, 851–859
　value maximization and, 9–12, 240–260
　value-maximization principle and, 9–12
Financial markets, 356–357, 846–851. *See also* International finance
　crisis of 2007–2009, 13, 168, 328–329, 355–356, 581, 602, 779–780, 876
　financial institutions in, 356–357, 849–851
　initial public offerings (IPOs), 366–376
　international capital markets, 377
　investor protection and, 849–851
　market-timing scandal, 10–11
　nature of, 6–7
　operation of, 8
　opportunity cost of capital and, 7–8
　pooling risk and, 357
　as source of financing, 346–347
　subprime crisis, 13, 168, 328–329, 355–356, 779–780
　types of, 354–355

Financial planning, 731–749
　accounting approach to, 747–748
　growth and external financing, 748–749
　models for, 731–734
　pitfalls of model design, 747
　short-term. *See* Short-term financial planning
Financial ratios, 708–724
　Du Pont system, 714–716
　efficiency, 713–714, 723
　leverage, 716–718
　liquidity, 718–719, 723
　performance, 708–713, 723
Financial risk, 428
Financial slack, 463–464
　defined, 463
　free cash flow and, 90–91, 463–464, 476–478
Financial statements, 704–724
　balance sheet, 706–707
　cash flow adjustments for, 128–129
　income statement, 707–708
　in merger analysis, 807
Financial structure. *See* Capital structure
Financing decisions. *See also* Capital structure; Corporate financing; Debt financing; Efficient-market hypothesis; Equity financing; Leasing; Mergers and acquisitions
　adjusted present value (APV), 486–490
　adjusting discount rate through weighted average cost of capital (WACC), 471–475
　defined, 2
　examples, 3
　investing decisions versus, 134, 314
　mergers and, 800
　nature of, 4
　net present value and, 134–136
　weighted-average cost of capital in, 471–492
First Data, 823
First Gibraltar, 797
First-stage financing, 363
Fiscal agent, 599*n*
Fisher, Irving, 63–64, 682*n*
Fisher Scientific, 830
Fitch credit ratings, 65–66, 587–588
Fixed-income market, 47
Fixed-rate debt, 352
Flat (clean) price, 48*n*
FleetBoston, 797
Fleet Financial Group, 797
Floating charge, 780
Floating-rate debt, 68, 352, 432, 601, 660–661
Floating-rate notes, 432, 601

Floating-rate preferred stock, 776, 776*n*
Flow-to-equity method of valuing companies, 479
Forcing conversion, 609
Ford, Henry, 851, 851*n*
Ford Credit, 464, 690, 781
Ford Motor Company, 12, 174, 189, 193, 378, 464, 689, 690, 781, 795, 851, 857
Forecasts
   cash flow, 25–26, 103–104, 129, 475–476
   economic rents in, 273–283
   market values in, 268–273
   prediction markets, 331
Foreign bonds, 598
Foreign Credit Insurance Association (FCIA), 765
Foreign exchange risk, 676–694
   basic relationships, 678–681
   economic exposure, 688–690
   foreign exchange market, 676–678
   hedging currency risk, 687–690
   international investment decisions, 690–694
   transaction exposure, 688–690
Forelle, C., 540*n*
Forward contracts, 652
   financial, 658–660
   forward rate agreements (FRAs), 658–659
   forward rates, 677–678
   homemade, 659–660
   simple, 652
   speculation in, 666–668
Forward interest rate, 658–659
Forward premium, 678, 680
Forward prices, 652
Forward rate, 677–678
   expectations theory of, 682–683
Forward rate agreements (FRAs), 658–659
Forward rate of interest, 58*n*
France
   bond duration, 51–52
   compounding intervals in, 46–47
   government bond valuation, 46–47
Frank, M., 463*n*
Franks, J. R., 451, 451*n*, 636*n*, 805*n*, 840*n*, 842*n*, 853*n*
Freddie Mac, 329, 603–604, 774, 831
Free cash flow (FCF), financial slack and, 90–91, 463–464, 476–478
Free-rider problem, 293
Freescale Semiconductor, 834
Freixas, X., 846*n*
French, Kenneth R., 162*n*, 198*n*, 199*n*, 201*n*, 202, 202*n*, 325*n*, 336, 392*n*, 459*n*, 463*n*, 870*n*

Fried, J., 308
Friedman, F., 859, 859*n*
Froot, K. A., 323*n*, 650, 669, 682*n*, 697
Full (dirty) price, 48*n*
Full-service leases, 626
Fürstenberg, Carl, 11*n*
Future, in equity valuation, 79–81
Futures contracts, 652–658
   commodity, 652–654, 657–658
   exchanges for, 652–654
   hedging with, 652–658, 664–666
   mechanics of trading, 654–656
   speculation in, 666–668
Futures exchanges, 652–654
Futures markets, 273
Future value
   of annuity, 32–33
   calculating, 21
   defined, 21
   net present value and, 25

## G

Gabaix, X., 295*n*
Gadanecz, B., 779*n*
Galai, D., 800*n*
Gale, D., 358, 860*n*, 864
Gallinger, G. W., 784
Garber, Peter, 871*n*
Gaspar, V., 861*n*
Gates, Bill, 28
Gavazza, A., 632*n*
Gearing. *See* Financial leverage
GE Capital Aviation Services, 625
GE Capital Corporation, 781
Geltner, D., 221*n*
Genentech, 366, 793
General cash offers, 376–377
   costs of, 378
   market reaction to, 378–380
   shelf registration, 377
General Electric (GE), 75, 76, 77, 129, 306*n*, 392, 580–581, 714, 781, 806, 837
Generally accepted accounting principles (GAAP), 76, 292
General Motors (GM), 12, 14, 66, 296, 397, 464, 580, 597–598, 689, 733, 781, 795, 831, 837, 838, 840
General Motors Acceptance Corporation (GMAC), 832*n*
General Services Administration (GSA), 773*n*
Germany
   futures contracts in, 656–657
   net present value calculations in, 139
   ownership and control in, 852–855
   short-termism in, 860

speculation risk in, 666, 667
taxes in, 139
Gertner, R., 828*n*
Giambi, Jason, 295
Gilson, R., 365*n*
Ginnie Mae, 773*n*
Glader, P., 129*n*
GlaxoSmithKline, 2, 3, 7, 296, 396
Global bonds, 377
Global Crossing, 837
Global markets. *See* International finance
Goedhart, M., 95, 493
Goetzmann, W. N., 161*n*, 179, 204
Gold, 648
   investment decisions for, 271–273
Golden parachutes, 812
Goldman Sachs, 90, 371
Goldreich, D., 375*n*, 376*n*
Gompers, P. A., 366*n*, 383, 811*n*
Goodwill, 807
Google, 89–90, 331, 331*n*, 348, 375, 375*n*, 392, 503–518, 525–538, 542, 709, 710, 711, 712, 793
Gordon, M. J., 82*n*
Governance. *See* Ownership and control
Government National Mortgage Association (GNMA; Ginnie Mae), 773*n*
Government-sponsored enterprises (GSEs), 773–774
Goyal, V., 463*n*
Graham, John R., 104, 120, 160*n*, 196*n*, 306, 306*n*, 308, 394*n*, 402*n*, 405*n*, 412, 447, 447*n*, 459*n*, 467, 609*n*, 609–610, 646*n*, 733*n*
Grant, R. M., 274*n*
Great Depression, 355
Greenspan, Alan, 327*n*
Grenadier, S. R., 641*n*
Grinstein, Y., 405*n*
Gromb, D., 862*n*
Grossman, S. J., 321*n*
Growth industries, 860–861
Growth rates
   internal, 748–749
   sustainable, 748–749
Growth stocks, 87, 196
Gruber, M. J., 204, 320*n*, 585*n*, 586*n*
Grullon, G., 396*n*
Guiso, L., 11*n*

## H

Habib, M., 619
Habib Bank, 830
Hall, B. H., 815*n*
Hall, B. J., 307

Haltiwanger, R. S., 825*n*
Hamada, R. S., 486*n*
Hansen, Robert S., 371*n*, 378*n*
Hard rationing, 118–119
Harford, J., 817
Harper, J. T., 831*n*
Harrah's Entertainment, 823
Harris, M., 179, 233, 336, 383, 434, 466, 467
Harris, R. S., 694*n*, 805*n*
Hart, O., 358, 841*n*
Hartmann, P., 846*n*, 861*n*
Hart-Scott-Rodino Antitrust Act of 1976, 805–806
Harvey, Campbell R., 104, 120, 160*n*, 196*n*, 306, 306*n*, 308, 394*n*, 412, 459*n*, 467, 609*n*, 609–610, 694*n*, 733*n*
Haushalter, G. David, 648, 648*n*
Hazard analysis, 590
HBOS, 370, 380, 793
Healey, B. P., 784
Health Markets, 834
Healy, Paul M., 396, 396*n*, 724, 815, 815*n*, 861*n*, 864
Hedge funds, 327, 328
Hedge ratio, 527, 664–665
Hedging
    defined, 645–646, 652
    as firm risk, 873
    with futures contracts, 652–658
    pros and cons of, 653
    in risk management, 648
    setting up hedge, 664–666
Hedging currency risk, 687–690
    economic exposure, 688–690
    example, 687
    transaction exposure, 688–690
Heineken, 175
Hellman, T., 365*n*
Hellwig, M., 11*n*
Helyar, J., 823*n*, 844
Hercules, 779
Heritage-Crystal Clear, 378
Herman Miller Corporation, 301
Hershey, 334*n*
Hewlett-Packard, 378, 567
Higgins, R. C., 800*n*
Hill, N. C., 784
Hilton, 823, 832, 834
Hirshleifer, J., 874*n*
Historic data
    on capital markets, 156–163, 192
    on mergers, 814–815
Hodges, Stewart D., 276*n*, 636*n*
Hogfeld, P., 856*n*
Holderness, Clifford, 347, 347*n*
Hollywood Entertainment, 806
Holmstrom, B., 817

Home Depot, The, 295, 723
Honda, 689
Honeywell, 345, 345*n*, 351, 353, 806
Horizontal mergers, 792
Horizon value
    estimating, 91–92, 93, 476–479
    market-book ratios and, 92
    price-earnings ratio and, 92
Hoshi, T., 852, 852*n*, 861*n*, 864
Hostile takeover bids, 809–813
Host Marriott, 606
Hotchkiss, E. S., 839*n*, 844
Houston, J. F., 797*n*
Howe, Christopher D., 252*n*
HSBC, 626, 724*n*
Huang, J., 585*n*
Huang, M., 200*n*, 326*n*, 585*n*
Hub Power Company (Hubco), 613–615
Hudson's Bay Company, 4
Hull, J. C., 545, 670
Hurdle rate. *See* Opportunity cost of capital
Hurricane Andrew, 650
Hurricane Katrina, 650
Hypbank, 797
Hyperinflation, 60
Hyundai, 689, 858

### I

Ibbotson, R. G., 179, 383
Iberia, 175
IBES, 82*n*
IBM, 62*n*, 185–186, 227, 296*n*, 392, 555, 583, 598, 625, 663–664, 808
Icahn, Carl, 15, 809, 809*n*
ICE (Intercontinental Exchange), 654
Ihrig, J., 697
IKEA, 4, 274
ImClone Systems, 796
Imputation tax system, 407–409
InBev SA, 793
Incentives. *See also* Stock options
    financial distress and, 452–453
    for financial managers, 290–298
    leveraged buyouts (LBOs) and, 825
    as options, 518
    payout policy and, 403–404
Incidental effects, 129
Inco, 813
Income statement
    described, 707–708
    in estimating cash flow, 129, 737–738
    leasing and, 629–630
Income stocks, 87
Incremental net present value, 129–131
Indenture, bond, 599–600
Indexed bonds, 61–62, 687*n*
Index funds, 320–321

Index futures, 657
Indirect quote, 677
Industrial and Commercial Bank of China, 830–831
Industry consolidation, mergers and, 797–798
Industry costs of capital, 481
Inefficiency, eliminating, 796–797
Inefficiency, mergers and, 796–797
Inflation
    in bond valuation, 59–63
    Consumer Price Index (CPI), 60, 62
    expected, 686–687
    international rates, 60–61, 64
    in net present value analysis, 131–132
    nominal interest rates and, 63–64
    in term structure of interest rates, 59
Inflation rates
    equivalent annual cash flow, 143
    exchange rates and, 681
    interest rates and, 59–63, 682
Information asymmetries, 460–462, 805
Information effect. *See also* Signaling
    investor response to, 322–325
    market reaction to stock issues, 378–380
    for mergers, 805
    in payout policy, 395–396, 397
    in semistrong market efficiency, 317–318
    in sensitivity analysis, 244
    in share repurchase plans, 396–397
    in strong form of market efficiency, 318, 322–325
    value of, in sensitivity analysis, 244
    in weak form of market efficiency, 317, 329–330
Information technology (IT), expenditure on, 128
Initial public offerings (IPOs)
    arranging, 367–369
    auctions of, 375–376
    bookbuilding for, 375
    hot periods for, 374–375
    sale of, 372–374
    underpricing of, 372–374
    underwriters of, 368, 370–371
    winner's curse and, 373–374, 376
Installment plan costing, 30
Institutional investors
    initial public offerings and, 369
    private placements and, 381–382
Insurance, 648–650
    catastrophe bonds, 650
    changing strategy, 650
    export, 765
    portfolio, 540
    risk transfer and, 648–649

Intangible assets
 as investments, 128
 in mergers, 807
Intel, 281, 366, 733
Intercontinental Exchange (ICE), 654
Interest coverage, 717
Interest rate parity, 679–680, 682
Interest rate risk, in bond
    valuation, 53–59
Interest rates, 778–779. *See also* Term
    structure of interest rates
 in bond valuation, 49–53, 59–64
 exchange rates and, 679–680
 Fisher's theory of, 63–64
 inflation rates and, 59–63, 682
 nominal versus real, 59–63
Interest rate swaps, 660–662
Interest tax shields, 440–447
 personal taxes and, 444–447
 value of, 491–492
 value of stockholders' equity,
    443–444
Intermediaries, 356–357
Internal capital market, 835–837
Internal funds, 342–343
Internal growth rate, 748–749
Internal rate of return (IRR), 103,
    107–115
 calculation of, 108–109
 defined, 108
 internal rate of return rule, 109
 in lending versus borrowing, 109–110
 modified, 111*n*
 more than one opportunity cost of
    capital, 113–114
 multiple rates of return and, 110–111
 for mutually exclusive projects,
    111–113
 net present value and, 107–115
 spreadsheet functions, 118
 verdict on, 114–115
Internal Revenue Service (IRS), 354,
    405, 479*n*, 634, 634*n*, 771, 775
International Accounting Standards
    Board (IASB), 629*n*, 705
International finance. *See also names
    of specific countries*
 accounting standards, 705
 adjusted present value, 489–490
 betas for foreign stocks, 175–176
 bubbles in, 324–325
 cash management, 770
 CEO compensation, 294–296
 corporate debt ratios, 344
 discount rates for international
    projects, 227
 exchange risk and, 690–694
 financial futures contracts, 656–657
 financial markets and institutions,
    846–851

imputation tax systems, 407–409
inflation rates by country, 60–61, 64
initial public offerings, 373, 375–376
international money markets,
    772–773
 leasing in, 638
 net present value in other
    currencies, 139
 ownership and control, 851–859
 privatization in, 830–831
 security issues, 373, 375–376, 377
 stakeholder value maximization,
    11–12
 standard deviations of stocks in, 167
 stock market returns, 167
 stock repurchases, 395
 takeover activity in Europe, 813
 venture capital markets, 365–366
International Financial Reporting
    Standards (IFRS), 705
International Monetary Fund (IMF), 65
International Organization of Securities
    Commissions (IOSCO), 395*n*, 705
International projects. *See* Project
    finance
International risk, 676–696
 foreign exchange risk, 676–694
    basic relationships, 678–681
    economic exposure, 688–690
    foreign exchange market, 676–678
    hedging currency risk, 687–690
    transaction exposure, 688–690
 political risk, 694–696
International Securities Exchange
    (ISE), 503*n*
International Strategy & Investment
    Group, 368
International Swap Dealers Association
    (ISDA), 648
International Swaps and Derivatives
    Association, 660*n*
Intrade, 331
Inventory management, 758–760
 trade-off in, 758–759
 in working capital valuation, 134–135
Inventory turnover, 713
Investment decisions. *See also* Capital
    budgeting; Capital budgeting and
    risk; Project finance
 capital budgeting process for,
    241–243
 defined, 2
 examples, 3
 financing decisions versus, 134, 314
 investment trade-off, 7–8
 nature of, 2–3
 net present value and. *See* Net present
    value (NPV), investment
    decisions and
Investment grade bonds, 65

Iowa Electronic Markets, 331
Irrevocable letter of credit, 761
Irvine, P., 354*n*
Ishii, J. L., 811*n*
Issued and outstanding shares, 345
Issued but not outstanding shares, 345
Isuzu, 689
ITT, 834, 835

**J**

Jackson, G., 852*n*
Jaguar, 813
James, C., 293*n*
James, C. M., 797*n*
Japan
 bubbles in, 325
 country cost of capital and, 694
 foreign bonds in, 598
 ownership and control in, 851–852
 short-termism in, 860
Japan Bank for International
    Cooperation, 614
Japan Credit Rating Agency, 587*n*
Jaquier, E., 159*n*
Jarmin, R. S., 825*n*
Jarrell, G., 93*n*, 396, 396*n*, 397*n*
J. C. Penney, 599–604, 612, 709, 710
J. D. Edwards & Co., 810
Jenkinson, T., 383
Jensen, Michael C., 292*n*, 308, 403*n*,
    464, 464*n*, 825*n*, 841, 841*n*, 843
Jeter, Derek, 295
Jobs and Growth Tax Relief
    Reconciliation Act of 2003, 407*n*
Jochec, Marek, 252*n*
John, K., 844
Johnson, B., 725
Johnson, E. J., 326*n*
Johnson, Ross, 823–824, 825
Johnson, S., 349*n*, 859, 859*n*, 864
Johnson & Johnson, 77, 174, 189, 193,
    214*n*, 214–215, 221–222, 283,
    709, 710
Jorion, P., 161*n*
J. P. Morgan, 355, 371, 396, 397,
    580*n*, 593*n*
J. P. Morgan Chase, 397, 772
Jump risks, 650
Junior debt, 352
Junk bonds, 65, 481, 579, 587,
    823–824, 825
Jurek, J., 780*n*
Just-in-time inventory, 760

**K**

Kadant Corp., 830
Kahneman, D., 326*n*
Kalay, A., 412

Kallberg, J. G., 750
Kane, A., 159$n$
Kaneko, T., 376$n$
Kansas City Board of Trade (KC), 654
Kansas City Southern Railroad, 219, 481
Kaplan, S. N., 296$n$, 365$n$, 450–451, 451$n$, 489, 489$n$, 817, 825, 825$n$, 843
Karow, K. A., 434
Kashyap, A., 852, 852$n$, 861$n$, 864
Kay, John A., 274, 274$n$, 302$n$
KC (Kansas City Board of Trade), 654
Kedia, S., 836$n$
Keiretsu, 851–852
Keller, M. R., 567$n$, 569$n$
Kendall, Maurice G., 314, 314$n$, 315, 318
Keown, A., 319$n$
Kester, W. C., 261
Kinder Morgan, 823
Kindleberger, C., 871$n$
Kiska, Wendy, 586
KKR (Kohlberg Kravis Roberts & Co.), 823–824
Klein, M., 615$n$
Knoeber, C. R., 811$n$
Kogelman, S., 95
Kohlberg Kravis Roberts & Co. (KKR), 823–824
Koller, T., 95, 493
Kosowski, R., 320$n$, 867$n$
Kothari, S. P., 318$n$
Kozlowski, Dennis, 13
KPMG, 76
Kraakman, R., 855$n$
Krahnen, J. P., 864
Krigman, L., 368$n$
Kroger, 806
Kryvorizhstal, 830
Kulatilaka, N., 566$n$, 572
Kumar, A., 402$n$, 405$n$
Kumar, P., 606$n$
Kuroki, F., 852$n$

**L**

Laclede Group Inc., 84
Lamont, O. A., 835, 835$n$
Landier, A., 295$n$
Land Rover, 813
La Porta, R., 347$n$, 404$n$, 850, 850$n$, 855, 855$n$, 856$n$, 864
Large-firm effect, 201–203
LaSalle Bank, 797
Law of conservation of value, 421–424, 867–868
Law of one price, 54–55
LBOs. *See* Leveraged buyouts (LBOs)
Leasing, 353, 625–640
    financial leases, 626, 632–637

leveraged leases, 626, 638–639
nature of leases, 625–626
as off-balance-sheet financing, 629
operating leases, 626, 630–632
reasons for, 626–630
in theory of optimal capital structure, 465
Lee, D. S., 397$n$
Leeson, Nick, 666
Legal systems, 805–806
Lehman Brothers, 5, 355, 432$n$, 771, 781, 837
Leibowitz, M. L., 95
Lemmon, M. L., 296$n$, 412, 459$n$, 463$n$
Lenovo, 2, 3, 14, 813
Lerner, J., 366$n$, 383, 825$n$, 833$n$
Lessard, D. R., 697
Lettau, M., 169$n$
Lev, B., 223$n$
Leverage
    financial. *See* Financial leverage
    operating, 222–223, 248–249
Leveraged buyouts (LBOs), 455, 489, 716
    characteristics of, 826
    examples, 823–825
    incentives and, 825
    junk bonds and, 823–824, 825
    other stakeholders and, 825
    taxes and, 825
Leveraged leases, 626, 638–639
Leveraged restructurings, 826
Leverage ratios, 716–718, 723
Levi, M. D., 697
Levine, R., 859$n$, 864
Levi Strauss, 366
Lewis, C. M., 610$n$, 618
Lewis, K. K., 697
Li, F., 572
Liabilities, current, 480–481
LIBOR (London Interbank Offered Rate), 352, 659$n$, 660$n$, 773, 778–779
Lichtenberg, F., 815$n$
Lie, E., 540$n$
Life cycle of firm, payout policy and, 410
LIFFE (Euronext LIFFE), 654, 655
Limited liability, 5
Limited partnership, 349–350, 365, 832–837
Lindahl, F. W., 332$n$
Linear programming (LP), 117, 189
Lintner, John, 192$n$, 192–193, 394$n$, 398$n$
Liquidation value, 479
Liquidity, value of, 873–874
Liquidity ratios, 718–719, 723
Litzenberger, R. H., 406$n$
Live Nation, 793

Ljungqvist, A., 375$n$, 383
Lloyds TSB, 793
LME (London Metal Exchange), 654
Loan guarantees, 586
Loan sales, 779
Lochhead, S., 379$n$
Lockbox systems, 770
Lockheed, 130
Lockheed Martin, 806
Lognormal distributions, 186$n$
London interbank offered rate (LIBOR), 352, 659$n$, 660$n$, 773, 778–779
London Metal Exchange (LME), 654
London Stock Exchange, 75, 860
Longfellow, Henry Wadsworth, 8
Long-lived assets
    multiple risk-adjusted discount rates for, 230–232
    single risk-adjusted discount rate for, 229–232
Long Term Capital Management (LTCM), 328, 333
Long-term financial planning, 743–748
    choosing a plan, 747–748
    contingency planning, 743–744
    example, 744–748
    need for, 743–744
    pitfalls in model design, 747
    spreadsheet functions, 745–746
Long-term financing decisions. *See* Corporate financing
Lookback options, 544
Loomis, C., 282$n$
Lopez-de-Salanes, F., 347$n$, 404$n$, 850, 850$n$, 855, 855$n$, 856$n$, 864
LoPucki, Lynn, 840$n$
LOT (Polish state airline), 795
Lottery winnings, 30–31
Loughran, R., 323$n$
Loughran, T., 373$n$, 374$n$, 380$n$, 381$n$
Lowe's Companies, 705–724
Lu, Qi, 335$n$
Lucas, Deborah, 586
Lucent Technologies, 827, 828
Luehrman, T. A., 493
Lufthansa, 653
Luxottica Group SpA, 607
LVMH, 2, 2$n$, 3, 4, 175

**M**

Macaulay duration, 51
Mackie-Mason, J., 459$n$
MacKinlay, A. C., 318$n$
Macquerie Bank, 832
Maddaloni, A., 846$n$
Madoff, Bernard, 11
Majd, S., 564$n$
Majluf, N. S., 380$n$
Majority voting, 347

Maksimovic, V., 462*n*, 830, 830*n*
Malkiel, B. G., 169*n*, 320*n*, 336
Management buyouts
    (MBOs), 822–823
Mandelker, G. N., 223*n*
Mann, C., 585*n*, 586*n*
Mann, S. V., 784
Mannesmann, 295–296
Marcus, A. J., 159*n*
Maremount, Mark, 793*n*
Margin, in futures trading, 654
Margrabe, W., 557*n*
Mariner Energy, 378
Marketable securities, management
    of, 771–776
Market capitalization, 4, 78–79, 708
Market efficiency. *See* Efficient-market
    hypothesis
Market portfolio, stocks in, 196*n*
Market risk, 867
    beta in measuring, 174–177
    defined, 170
    portfolio diversification and, 173–174
    spreadsheet functions in
        estimating, 231
Market risk premium
    defined, 192
    expected, 192
    historic, 156–163, 192
    in three-factor model, 202
Market-timing scandal, 10–11
Market-to-book ratio, 77, 92, 708–709
Market value, 268–273
    Cadillac/movie star parable, 269
    in capital budgeting problems,
        268–273
    in investment decisions, 269–273
Market value added, 708
Market Volatility Index (VIX), 541–542
Markowitz, Harry M., 185, 185*n*
Mark to market, futures contract, 654
Marriott Corporation, 606
Marsh, P. R., 60*n*, 64*n*, 156, 156*n*, 157*n*,
    161*n*, 164*n*, 167*n*, 179, 284, 685*n*
Mars Inc., 793
Marston, F. C., 694*n*
Martin, K. J., 797, 797*n*
Marx, Karl, 282
Mason, S. P., 572
Master limited partnership, 349–350
Masulis, R. W., 383, 469*n*, 800*n*
Matthews, J., 603*n*
Mauer, D. C., 733*n*
Maug, E., 854, 854*n*
Mayer, C., 846*n*, 853*n*
Mayers, D., 870
Mazda, 861
MBNA, 797
McCain, John, 331
McCardle, K. F., 813, 813*n*

McConnell, J. J., 434, 600*n*, 616*n*, 632*n*,
    641, 797, 797*n*
McDonald, R. L., 545, 572
McDonald's, 77
McGuire, William, 540
MCI, 861
McKinnell, Henry, 295
McKinsey & Company, 300
McNichols, Maureen F., 589*n*, 590,
    590*n*
Mead Johnson Nutrition, 829
Medium-term notes, 774, 775, 782
Megginson, W., 377*n*, 383, 831*n*, 843,
    844
Mehra, J., 160*n*
Mehra, R., 160*n*, 179
Mehta, P., 859, 859*n*
Mei, J., 224*n*
Melholra, V., 828*n*
Mellon Financial Corporation, 795
Mercedes Automobil Holding, 853
Merck, 442–446, 459, 793
Mergers and acquisitions, 792–816
    antitrust law and, 805–806
    dubious motives for, 798–800
    economy and, 814–815
    estimating gains and costs of, 801–
        805, 813–816
    form of acquisition, 806–807
    junk bonds and, 481, 579, 587,
        823–824, 825
    key mergers, 793
    list of, 793
    mechanics of mergers, 805–808
    merger accounting, 807–808
    sensible motives for, 792–798
    synergies in, 794
    takeover battles and tactics,
        808–814
    waves of, 814–815, 874
Mergerstat, 814*n*
Merrill Lynch, 13, 14, 295, 371, 377,
    793, 797
Merton, Robert C., 358, 535*n*, 572, 583,
    870, 870*n*
Metallgesellschaft, 666, 666*n*, 667
Metrick, A., 383, 811*n*, 833*n*
Mezzanine financing, 364
MGEX (Minneapolis Grain Exchange),
    654
MGM, 481
MGRM, 667
Mian, S. L., 765*n*, 784
Michaels, 834
Michaely, R., 368*n*, 394*n*, 396*n*, 405*n*,
    409*n*, 412
Microsoft, 15, 315–318, 392, 404, 407*n*,
    733, 771, 771*n*
Mikkelson, W. H., 397*n*
Miles, J., 485*n*, 493

Miles, J. A., 828*n*
Milgrom, P., 383
Mill, John Stuart, 869
Miller, Merton H., 398, 398*n*, 406,
    406*n*, 409, 409*n*, 418, 420*n*, 435,
    440–446, 443*n*, 446*n*, 483–486,
    485*n*, 617, 646
Miller, N. G., 221*n*
Miller, S. C., 779*n*
Minneapolis Grain Exchange (MGEX),
    654
Minton, B. A., 688*n*, 689*n*, 690
Miranda, J., 825*n*
Mirant Corp., 450, 450*n*
Miranti, P. J., Jr., 834*n*
Mishler, L., 784
Mishra, D. R., 694*n*
Mitchell, M., 805, 805*n*, 813, 813*n*,
    815, 817
Mitchell, M. L., 817
Mitsubishi, 689
Mitsubishi Estate Company, 457*n*
Mitsui & Co., 613–614
Mittal Steel, 813
Mittelstaedt, F., 725
Miyajima, H., 852*n*
Mizuho Bank, 794
Modified accelerated cost recovery
    system (MACRS), 136–138, 139
Modified duration, 52–53
Modified internal rate of return, 111*n*
Modigliani, F., 398, 398*n*, 418, 420*n*,
    420–433, 440–446, 443*n*,
    483–486, 485*n*, 646
Modigliani-Miller (MM) approach
    to capital structure, 418, 420–424
        law of conservation of value,
            421–424
        Proposition 1, 421–424,
            429–430, 432, 443–444
        Proposition 2, 425–428,
            429–430, 433
        rebalancing and, 485
        risk-return trade-off, 458–460
        taxes in, 443–444
        violations of, 433
    to payout policy, 398–402
Moeller, S. B., 813*n*
Moffett M. H., 697
Mohan, N., 823*n*, 825, 825*n*
Mola, S., 381*n*
Money machines, 56–57
Money market, 771
Money-market investments, 771–776
    calculating yield on, 771–772
    types of, 773–776
    yields on, 772
Monte Carlo simulation, 249–253
    defined, 249
    example, 250–253

Montgomery, C., 836, 836*n*

Monthly income preferred stock (MIPS), 354

Moody's bond ratings, 65–66, 579, 587, 599, 617, 762, 781

Moody's KMV, 591–592, 592*n*

Mooradian, R. M., 844

Moore, J., 841*n*

Moral hazard risk, 649–650

Morck, R., 864

Morgan Stanley, 370, 371

Morris, J. R., 750

Mortgage-backed securities (MBSs), 329

Mortgage bonds, 601, 601*n*

Mortgage pass-through certificates, 602

Mortgages
    calculating annual payments, 31–32
    subprime crisis of 2007–2009, 13, 168, 328–329, 355–356, 602, 779–780

Motorola, 809

Mulally, Alan, 464

Mulherin, J. H., 817

Mullainathan, S., 859, 859*n*

Mullins, D. W., Jr., 329*n*, 333, 333*n*

Multiple discriminant analysis, 590

Municipal bonds, 65

Müntefering, Franz, 824*n*

Murphy, K. J., 307, 308

Murphy, T., 760*n*

Mutual funds
    average annual returns, 320–321
    closed-end, 76*n*, 871
    index, 320–321
    market-timing scandal, 10–11
    open-end, 76*n*, 871*n*
    returns on, 320–321
    specialization of, 320–321
    variants, 76

Mutually exclusive projects, internal rate of return and, 111–113

Myers, Stewart C., 163, 226*n*, 242, 380*n*, 463*n*, 467, 486*n*, 564*n*, 636*n*, 747–748, 799*n*, 801*n*, 862*n*, 869

**N**

Nagel, S., 402*n*

"Naked" call options, 215*n*

Nanda, V., 375*n*, 828*n*

Narayanan, P., 594

Nardelli, Robert, 295

Nasdaq (National Association of Securities Dealers Automated Quotations System), 75, 76, 325*n*, 365–366, 541

Nasdaq Composite Index, 871

NationsBank, 797

NatWest Bancorp, 797

Naveen, L., 296*n*

NBB Bankcorp, 797

NCR, 827, 828

Negative NPV, 873

Negotiable certificates of deposit (CDs), 774, 775

Nenova, Tatiana, 348–349, 349*n*, 857, 857*n*

Nestlé, 175, 334*n*

Net current assets, 707

Net leases, 626

Net operating profit after tax (NOPAT), 711*n*

Net present value (NPV), 101–105. *See also* Net present value rule; Present value (PV)
    capital budgeting decisions and, 240–260, 866
        decision trees, 253–260
        forecasting economic rents, 273–283
        forecasting market values, 268–273
        Monte Carlo simulation, 249–253
        process for, 241–243
        real options, 253–260, 554–571
        sensitivity analysis, 243–249
    defined, 23
    financing decisions and, 134
    investment decisions and, 101–119, 127–145
        alternatives to, 103
        book rate of return versus, 104
        cash flow in, 134–136
        depreciation and, 131, 132, 133, 136–138
        example, 132–139
        forecasting economic rents, 273–283
        incentives, 290–298
        inflation and, 131–132
        internal rate of return and, 107–115
        internal rate of return versus, 107–115
        investment versus financing decisions, 134, 314
        key points concerning, 103–104
        market values in, 268–273
        multiple cash flows, 25–26
        payback analysis versus, 105–106
        review of basics, 101–105
        taxes and, 136–138
        timing, 140–141
    key features, 103–104
    in merger analysis, 801–805
    for other countries/currencies, 139
    production option and, 566–567
    project analysis, 138–139
    project risk and, 869
    review, 101–103
    sensitivity analysis and, 244

Net present value rule, 127–145
    application of, 132–139
    statement of, 25

Net return on investment, 299

Netter, J. M., 831*n*

Net working capital, 130, 707, 757. *See also* Working capital

Net-working-capital-to-total-assets, 719

Neuberger, A. J., 273*n*

Neuer Markt, 365–366

Nevitt, P. K., 640

New issues
    costs of, 371
    efficient-market hypothesis and, 322–323
    primary, 75, 354. *See also* Initial public offerings (IPOs)
    secondary, 75, 354

Newmont, 174, 175, 189–190, 193

Newmont Mining, 378

New projects. *See also* Capital budgeting; Capital rationing
    incidental effects of, 129

New securities, 872

New York Board of Trade, 653*n*

New York Mercantile Exchange (NYMEX), 653, 653*n*, 654, 656

New York Stock Exchange (NYSE), 4, 7, 75, 75*n*, 196, 349–350

*New York Times, The*, 90

New York Yankees, 295

Ng, O. K., 761*n*

Nicor, 84

Niculita, A. V., 493

Nielsen, 834

Nikkei 225 Index, 325

Nimmo, R., 594

Nippon Telegraph and Telephone (NTT), 366, 831

Nissan, 689, 852

Nocco, B. W., 669

Nokia, 75*n*, 175

Nominal discount rate, 143

Nominal rates of interest, 59–63
    inflation and, 63–64
    real rates of interest versus, 59–63

Non-negotiable time deposits, 774

Norfolk Southern, 84, 219

Norli, Ø., 383

Norstar Bancorp, 797

Northrup Grumman, 806

Northwest Natural Gas Co., 82–83, 84

Notes
    defined, 601
    medium-term, 774, 775, 782
    Treasury, 47–49

Notional principal, 661

NPV. *See* Net present value (NPV)

NTT (Nippon Telephone and Telegraph), 366, 831

NWA, Inc., 823
NYMEX (New York Mercantile Exchange), 653, 653*n*, 654, 656
NYSE Euronext, 75*n*

## O

OATs (Obligations Assimilables du Trésor), 46–47
Obama, Barack, 331
O'Brien, T. J., 694*n*
Ofek, E., 325*n*, 836*n*
Ofer, A. B., 396*n*
Off-balance-sheet liabilities, 629, 871–872
Offering price, 371
Office Depot, 806
O'Hara, M., 368*n*
Old Mutual, 14
Omidyar, Pierre, 374
ONGC, 830
Open-end mutual funds, 76*n*, 871*n*
Operating expenses, 104
Operating leases, 630–632
    defined, 626
    example, 630–631
    lease-or-buy decision and, 631–632
Operating leverage, 248–249
    asset beta and, 222–223
    break-even points and, 248–249
    defined, 248
Operating profit margin, 715
Operational hedging, 690
Opler, Tim, 733, 733*n*
Opportunity cost of capital. *See also* Discount rate
    business risk and, 491
    defined, 23
    example, 27
    financing decisions and, 314
    internal rate of return and, 113–114
    nature of, 7–8
    net present value and, 103–104, 105, 130
    payback period and, 105
Optimization models, 743
Option(s), 502–518. *See also* Convertible bonds; Option pricing models; Option valuation; Real options; Stock options; Warrants
    default puts, 583
    reducing risk with, 651
    spotting, 512–513
    strategies for using, 507–513
    types of, 543–544
Option delta, 527, 529, 531, 532
Option equivalents, 526–530
Option pricing models, 513–518, 868
    binomial method, 530–534
    Black-Scholes formula, 535–542

call options, 526–528
    dividends in, 543
    option values at a glance, 542–543
    risk and, 517–518, 527–528, 529, 593
    simple option-valuation model, 526–530
    stock value and, 513–518
    types of options, 543–544
Option valuation, 525–544
Oracle Corporation, 14, 539, 810–811
Orangina, 834
Original issue discount bonds, 600*n*
Osaka Securities Exchange (OSE), 655
OSE (Osaka Securities Exchange), 655
Osobov, I., 392*n*
Otobai Company, 243–249
Outsourcing, 795
Overconfidence bias, 326
Overhead, in net present value analysis, 131
Overpricing, 334
Over-the-counter (OTC) market, 325, 354, 541–542
Owens Corning, 539–540
Owens-Illinois, 823
Ownership and control. *See also* Agency problem
    corporate governance and, 851–859
    distribution, 346–347
    dual-class equity in, 857–858
    family control, 855
    in Germany, 852–855
    in Japan, 851–852
    of leased assets, 633–634
    pyramids in, 855–856
    risk and short-termism and, 859–860
    transparency and, 861–862

## P

Pacific Gas & Electric, 82*n*, 772, 837
Pakistan State Oil Company, 613–614
Palepu, Krishna G., 815, 815*n*, 861*n*, 864
Palm, 829
palmOne, 829
PalmSource, 829
Panchapegesan, V., 840*n*
Panunzi, F., 862*n*
Paramount, 812
Parkinson, K., 750
Parmalat, 862
Parrino, R., 844
Partch, M. M., 397*n*
Partnerships, 5*n*, 349–350, 832–837
Par value, 345
Pastor, L., 375*n*
Patel, J., 306, 306*n*
Pattenden, K., 406*n*
Paulson, John, 328*n*

Payback period, 103, 105–107
    application of, 105–106
    determining, 105–106
    payback rule and, 105–107
Payment mechanism, 356
Payout policy, 4, 391–410
    capital structure and, tax-free economy, 419–424
    choice of, 391–392
    controversy concerning, 397–402, 872–873
        irrelevance of dividends, 398–402
        pro-dividend payout, 402–404
    deciding on, 394–395
    efficient-market hypothesis and, 398–402
    information content of, 395–396, 397
    life cycle of the firm and, 410
    method of payment, 392–393
    Modigliani-Miller approach to, 398–402
    pecking order of financing choices and, 462
    share repurchase, 393–394, 396–397
    stock repurchases, 392–393
    taxes on dividends and, 404–409
Payout ratio, 83, 403–404. *See also* Payout policy, controversy concerning
Pecking order of financing choices, 460–465
    financial slack, 463–464, 476–478
    impact of asymmetric information, 460–462
    implications of, 462
Pemex, 651
Penman, S., 725
Pension Benefit Guarantee Corporation (PBGC), 586, 837
PeopleSoft, 810–812
PepsiCo, 77, 806
Performance measurement, 298–306
    accounting measures of performance, 298–299, 298–306
    incentives and. *See* Incentives; Stock options
Performance ratios, 708–713, 723
Perkins, C. A., 571
Perks, 291
Perpetuities, 27–28
    defined, 27
    growing, 33
    valuation of, 27–28, 29
Peso loans, 679
Petersen, M. A., 766*n*, 784
Petraeus, General, 296
Pettway, R., 376*n*
Peugeot, 14, 689
Pfizer, 66, 128, 295, 792, 793
Phaup, Marvin, 586

Philips, 315, 316, 318
Phillips, G., 830, 830*n*
Piedmont Natural Gas Co., 84
Pierce, Thomas, III, 633
Pindyck, R. S., 261, 566*n*, 572
Pinkerton, J., 319*n*
Pinkowitz, L., 733*n*, 733–734, 784
Pinnacle Foods, 834
Plains All American Pipeline, LP, 349–350
Playing for time game, in financial distress, 455
P&O, 806
Poison pill defense, 810–811, 812
Poison-put clauses, 606
Poison put defense, 812
Political risk, 694–696
Ponzi, Charles, 11*n*
Ponzi schemes, 11, 11*n*
Pooling risks, 357, 648–650
Porsche, 4, 327
Porter, Michael E., 274, 274*n*, 284, 860*n*
Portfolio insurance, 540
Portfolio risk, 156–178
    beta and, 174–177, 192–199
    betas for foreign stocks, 175–176
    calculating, 170–174
    diversification and, 168–170, 173–174, 177–178
    historic performance of capital markets and, 156–163
    individual securities and, 174–177
    measuring, 163–177
    relationship to return, 192–195
    standard deviation in, 163–166, 167, 168, 176–177
    variance in, 163–166
Portfolio theory, 185–192, 326
    borrowing and lending in, 190–192
    developing portfolios, 186–190
    efficient portfolios in, 188–190, 190–192, 194
    standard deviation and, 185–186, 191*n*
    variance and, 188*n*
Portfolio variance, 163–166, 173–174
Position diagrams, 503–504, 506
    profit diagrams versus, 506–507
Postaudits, in capital budgeting process, 242–243
Postbank, 830
Poterba, J. M., 325*n*
Powers, E., 828*n*
Pratt, S. P., 493
Preferred stock, 350, 354
    floating-rate, 776, 776*n*
Prenegotiated bankruptcies, 840
Prepackaged bankruptcies, 840
Prescott, E. C., 179

Present value (PV), 20–39. *See also* Adjusted present value (APV); Net present value (NPV)
    of annuities, 28–31
    in bond valuation, 46–49
    calculating, 21, 23
    defined, 22
    of investment opportunity, 23
    in Monte Carlo simulation, 253
    net present value, 23–27
    net present value rule, 25, 127–145
    nominal interest rates and, 59–63
    opportunity cost of capital and, 27
    of perpetuity, 27–28, 29
    rate of return rule, 25
    rates of return and, 23, 25
    real interest rates and, 59–63
    risk and, 24–25
Present value of growth opportunities (PVGO), 88–90, 254, 306*n*, 479*n*, 872
    in business valuation, 92–93
    calculating, 88–90
    defined, 88
    examples of growth opportunities, 88–90
Price-earnings (P/E) ratio, 77, 92
PricewaterhouseCoopers, 365*n*
Primary issues, 75, 354. *See also* Initial public offerings (IPOs)
Primary markets, 75, 354
Principal, 46, 869
Private benefits, 291–292, 347–349
Private equity, 831–837
Private-equity deals, 832–837
Private-equity partnerships, 832–837
Private placements, 381–382
Privatization, 830–831
Privileged subscription issues, 380–381
Probabilities, beliefs about, 326
Procter & Gamble (P&G), 333–334
Procurement, 567–569
Production option, 256, 566–567
Profitability index, 103, 104, 115–116
Profitability measures, 109, 298–306
    biases in, 301–306
    calculating, 303–304
    economic value added (EVA), 298–301
    net return on investment, 299
Profit diagrams, 505–512
Profit margin, 714–715
Profit maximization, 764
Project analysis, net present value and, 138–139
Project beta, 214–215
Project cost of capital, 214–215
Project finance
    discount rates for international projects, 227

weighted-average cost of capital (WACC), 216–221
Project life, abandonment value and, 564–565
Project risk, 214–216, 221–227, 869
Prospect theory, 326
Prospectus, 369, 371
Prowse, S., 853*n*
Proxy fights, 809
PRS Group, 694
Prudhoe Bay Royalty Trust, 350
PSA, 14
Public Company Accounting Oversight Board (PCAOB), 293, 293*n*
Public corporations, 5
Purchase method of merger accounting, 807–808
Purchasing power parity, 681, 681*n*, 683–686, 688*n*
Pure plays, 221
Puri, M., 365*n*
Put-call parity, 509–510
Putnam Investments, 10–11
Put options
    in reducing risk, 651
    relationship between call prices and, 529
    selling, 505–506
    valuation of, 528–529
Puttable bonds, 603, 605
PV. *See* Present value (PV)
PVGO. *See* Present value of growth opportunities (PVGO)
Pyramids, 855–856

Q

Qantas, 832
QQQQs, 76
Quadratic programming, 189
Qualified institutional buyers, 382
Qualified opinions, 292
QUBES, 76
Quick ratio, 719
Quiet period, 368*n*
Quinenco, 858
QVC, 812

R

Raghaven, Anita, 607*n*
Rainbow options, 544
Rajan, R. G., 291*n*, 358, 462*n*, 462–463, 766*n*, 784, 850–851, 859*n*, 861*n*, 864
Rajgopal, S., 306, 306*n*, 308
Ramaswamy, K., 406*n*
Random walk hypothesis, 314–317, 867

Rate of return
   accounting, 711–712
   calculating, 157–159
   on levered equity, 425–427
   present value and, 23, 25
Rate of return rule, statement of, 25
Rates of return. *See also specific types of return*
Ratings and Investment Information, 587*n*
Rau, P. K., 325*n*
Rauh, J. D., 296*n*
Ravenscroft, D. J., 815, 815*n*
Ravid, S. A., 842*n*
Raviv, A., 466
Raytheon, 806
RBS, 371
Real assets, 2
Real estate
   asset backed securities, 602
   investment decisions for, 269–271
   optimal timing for development of, 560–561
Real estate investment trusts (REITs), 221, 350
Real options, 253–260, 554–571
   abandonment option, 254–256, 561–566
   conceptual problems, 569–571
   decision trees and, 253–260
   default risk, 581–586
   defined, 253
   expansion option, 253–254, 554–558, 567–569, 744
   production option, 256, 566–567
   timing option, 256–257, 558–561
Real rate of interest, determinants of, 62–63
Real rates of interest
   in bond valuation, 59–63
   indexed bonds and, 61–62
   nominal rates of interest versus, 59–63
Rebalancing debt, 484–485
Receivables turnover, 714
Refco, 837
Registered bonds, 600
Registration statement, 369, 371
Regular cash dividends, 393
Reinhart, Carmen M., 355, 355*n*, 358, 875, 875*n*
Reinvestment rate, in capital budgeting, 113*n*
Relative tax advantage of debt, 443–444
Relevering beta, 484, 485*n*
Renault, 689
Rental leases, 626
Repayment provisions, 663–665
Replacement decisions, equivalent annual cash flow and, 144–145

Replicating portfolio, 527
Repurchase agreements (repos), 774, 776
Repurchase programs. *See* Share repurchases; Stock repurchases
Research and development (R&D), expenditure on, 128
Reserve Primary Fund, 432*n*, 771
Residual income. *See* Economic value added (EVA)
Restrictive voting rights, 812
Restructuring, 822–842
   asset sales, 830
   bankruptcy, 448–452
   carve-outs, 829–830
   leveraged buyouts, 822–826
   private-equity deals, 832–837
   privatization, 830–831
   spin-offs, 828
Return on assets (ROA), 299*n*, 711, 712, 715
Return on capital (ROC), 299*n*, 710, 711
Return on equity (ROE), 83, 711, 712, 717–718
Return on investment (ROI)
   biases in, 301–306, 305–306
   measuring, 305–306
   net, 299
Reverse stock splits, 349
Revolving credit, 777
Revsine, L., 725*n*
Reynolds, 806
Rhee, S. G., 223*n*
Rhie, Jung-Wu, 589*n*, 590, 590*n*
Rice, E. M., 870
Richardson, M. W., 325*n*, 358
Riddiough, T. J., 560*n*
Rights issues, 380–381
Rights offerings, 380–381
Right to default, 448
Rio Tinto, 793, 830
Risk. *See also* International risk; Portfolio risk
   attitudes toward, 326–327
   capital asset pricing model (CAPM) and, 192–199
   capital budgeting and. *See* Capital budgeting and risk
   company, 214–216
   compound rates of return and, 158–159
   counterparty, 652, 655
   default, 65–68, 581–586
   default risk and, 583–586
   diversifiable (unique), 170, 174–177, 224, 867
   expected return and, 192–195
   foreign exchange, 676–694
   of foreign investments, 227
   market. *See* Market risk

   option pricing and, 517–518, 527–528, 529
   political, 694–696
   pooling, 357
   portfolio. *See* Portfolio risk
   present value and, 24–25
   project, 214–216, 221–227
   short-termism and, 859–860
   in term structure of interest rates, 59
Risk-free rate of interest, 509*n*
Risk management, 645–668
   agency problem, 646, 647–648
   commodity futures contracts, 652–654
   derivatives in, 648, 666–668
   evidence on, 648
   financial futures contracts, 656–657
   forward contracts, 652, 658–660
   hedging
      defined, 645–646, 652
      financial, 690
      with futures contracts, 652–658
      setting up hedge, 664–666
   insurance, 540, 648–650
   international risks in, 676–696
   options, 651
   reasons for, 645–648
   swaps, 660–664
Risk-neutral option valuation, 527–528
Risk premium
   dividend yields and, 162–163
   historic, 192
   market. *See* Market risk premium
   in Sharpe ratio, 191
Risk-return trade-off, financial leverage and, 419–424
Risk shifting game, in financial distress, 453–454
Ritter, J. R., 323*n*, 371, 371*n*, 373*n*, 374*n*, 379*n*, 380*n*, 383
RJR Nabisco, 456, 822, 823–825
Road show, 369
Robert Bosch, 853
Roberts, M. R., 459*n*, 777*n*
Roche, 690–694, 793
Rockefeller Center, 457*n*
Rockefeller Center Properties, 457*n*
Rodriguez, Alex, 295
Roe, M., 841*n*
Röell, A., 864
Rogalski, R. J., 610*n*, 618
Rogers, D. A., 653, 653*n*
Rogoff, Kenneth, 355, 355*n*, 358, 697, 698, 875, 875*n*
Roll, Richard, 322, 322*n*, 870*n*
Rosenfeld, J., 354*n*
Rosenthal, L., 323*n*
Rosetta Stone, 378
Ross, Stephen, 200

Royal Bank of Scotland, 14, 296
Royal Dutch Petroleum, 323, 328
Royal Dutch Shell, 3, 75, 296, 395
Rozeff, M., 403*n*
Ruback, Richard S., 336, 489, 489*n*, 493, 815, 815*n*, 825, 825*n*
Rubinstein, M. E., 336
Rule 10b-18, 393*n*
Rule 144A, 382, 598
Rule 415, 377
Rule of signs, 110*n*
Rydqvist, K., 373*n*
Ryngaaert, M. D., 797*n*

## S

Safeway Stores, 681, 823
Sagner, J., 784
Sahlman, W. A., 383
Sale-and-leaseback arrangements, 626
Salvage value
    abandonment options and, 564–565
    depreciation and, 131, 132, 133
    leasing and, 637
    in net present value analysis, 131, 132
    in replacement decisions, 145
Samsung, 14, 858
Samurai bonds, 598
Santayana, George, 355*n*
Santos, T., 200*n*, 326*n*
Sapienza, P., 11*n*
Sarbanes-Oxley Act of 2002 (SOX), 14, 292*n*, 293, 367, 368, 833
Sarkozy, 295
Sartoris, W. L., 784
Saunders, A., 594
Savor, Pavel, 335*n*
SBC, 348
SBC Communications, 827
Scannapieco, D., 844
Scenario analysis, 245
Schaefer, A. M., 69
Schaefer, S. M., 670
Schall, L. D., 800*n*
Schallheim, J. S., 632*n*, 640, 641*n*
Scharfstein, D., 669, 828*n*, 852, 852*n*
Scherer, F. M., 815, 815*n*
Schering-Plough, 793
Scherr, F. C., 784
Schlarbaum, G. G., 600*n*
Schlingemann, F. P., 813*n*
Schmidt, R. H., 864
Schneider, C., 854, 854*n*
Schoat, A., 463*n*, 833*n*
Schofield, Adrian, 653, 653*n*
Scholes, Myron S., 393*n*, 406, 406*n*, 409, 409*n*, 525, 526, 526*n*, 535*n*, 535–543, 868
Schranzk, D., 579*n*
Schreffler, R., 760*n*

Schultze, George J., 841*n*
Schwartz, E. S., 273*n*, 566*n*, 572, 604*n*, 618
Schwartz, S. L., 325, 325*n*, 871*n*
Schwert, G. W., 336
Sealed Air Corporation, 826
SEC. *See* U.S. Securities and Exchange Commission (SEC)
Secondary issues, 376–381
Secondary markets, 75
Second-stage financing, 364
Secured debt, 601
Securities. *See* Marketable securities *and specific types*
Securities Act of 1933, 369*n*
Security, for bank loans, 780
Security market line
    defined, 193
    stocks not lying on, 194–195
Security Pacific, 797
Self-liquidating loans, 777
Semiannual coupons, 47–49, 600
Semiannual interest payment, 47–49, 600, 600*n*
Semistrong form of market efficiency, 317–318
Senbet, L., 844
Senior debt, 352, 601–603
Senior management. *See also* Board of directors; Chief executive officers (CEOs); Chief financial officers (CFOs)
    CEO compensation by country, 294
    as off-balance-sheet liability, 871–872
Sensitivity analysis, 138, 243–249
    in arbitrage pricing theory, 200
    break-even analysis, 245–248
    defined, 244
    limits to, 245
    operating leverage and, 248–249
    scenario analysis, 245
    in three-factor model, 202–203
    value of information, 244
Separation of ownership and management, 5, 808, 851–859
Sercu, P., 697
Seward, J. K., 610*n*, 618, 844
SGX (Singapore Exchange), 655
Shapiro, A. C., 697
Shapiro, E., 82*n*
Shareholders
    all stakeholders versus, 11–12
    best interests of, 9–12
    defined, 2*n*
    limited liability of, 808
    pressure on board of directors, 15
    role of, 808
    separation of ownership and management, 5, 808, 851–859

value maximization and, 9–12, 240–260
Share repurchases, 342
    growth in use, 393
    information content of, 396–397
    method of using, 393–394
Shark-repellent charter, 811
Sharpe, William F., 192*n*, 192–193
Sharpe ratio, 191
Shaw, W. H., 368*n*
Shawmut National, 797
Shefrin, H., 403*n*
Shelf registration, 377
Shell, 2, 4, 7
Shell Transport & Trading, 323, 328
Shiely, J. S., 308
Shiller, Robert J., 163*n*, 327*n*, 336
Shin, B., 615*n*
Shivdasani, A., 323*n*, 828*n*
Shleifer, A., 291*n*, 336, 347*n*, 404*n*, 830*n*, 831*n*, 850, 850*n*, 855, 855*n*, 856*n*, 864
Short sales, 327
Short squeeze, 327
Short-term debt, 480
Short-term financial planning, 731–734
    cash and, 855–859
    cash budgeting, 737–740
    evaluating plan, 741–742
    example, 740–742
    leases in, 626–627
    options, 740
    options for, 740
    short-term financial planning models, 742–743
    sources of short-term borrowing, 740–743
    working capital and, 855–859
Short-termism, 306, 859–860
Shoven, J. B., 539*n*
Showa Shell, 666
Shyam-Sunder, L., 380*n*, 463*n*
"Siamese twins," 323, 324
Siegel, D. R., 396*n*, 815*n*
Sight drafts, 761
Signaling, 363. *See also* Information effect
    dividends and, 395–396, 406–407
    share repurchase and, 396–397
Simkins, B., 669
Sindelar, J. L., 383
Singal, V., 844
Singapore Exchange (SGX), 655
Singh, R., 375*n*
Singleton, K. J., 594
Sinking funds, 603
Sivakumar, L., 828*n*
Six Flags, 577–579, 591
Skeel, D., 841*n*
Skinner, D. J., 410*n*, 412, 612*n*

Sleijpen, O., 861*n*
Small Business Administration (SBA), 586, 773*n*
Small-firm effect
    described, 201–203
    three-factor model and, 201–203
Smart, S. B., 377*n*
Smit, H., 570*n*, 572
Smith, Clifford W., Jr., 641, 646*n*, 650*n*, 765*n*, 784
Smith, K. V., 784
Smith, R. L., 761*n*
Smithson, C. H., 669, 670
So, J., 615*n*
Société Générale, 854
Soft rationing, 117
Sogo, 861
Sole proprietorships, 5*n*
Sony, 129, 175, 315, 316, 318, 354, 852*n*
Southern California Edison, 772
South Jersey Industries Inc., 84
Southland, 823
Southwestern Bell, 827
Southwest Gas Corp., 84
SPDRs (Standard & Poor's Depository Receipts), 76
Special dividends, 393
Special-purpose entities (SPEs), 353, 458, 638–639, 861
Specific risk, defined, 170
Spindt, P. A., 375*n*
Spinning, 371, 382
Spin-offs, 828
Spitzer, Eliot, 372
Spot prices, 652, 657–658
Spot rate
    defined, 54
    of exchange, 677, 680, 691
    law of one price and, 54–55
Spread, 371, 378
Spreadsheet functions
    bond valuation, 67
    discounting cash flows, 37–38
    estimating market risk, 231
    estimating stock risk, 231
    internal rate of return, 118
    long-term financial planning, 745–746
Sprint, 806
Stafford, E., 780*n*, 805, 805*n*, 813, 813*n*, 815, 817
Staggered board, 812
Stakeholders, value maximization, 11–12
Standard deviation
    defined, 163
    of foreign stocks, 167, 168
    in measuring portfolio risk, 163–166
    portfolio, 163–166, 171–172

in portfolio theory, 190–192, 191*n*
    in Sharpe ratio, 191
Standard error, 158*n*
    of estimated beta, 217–219
Standard of profitability, 109
Standard & Poor's bond ratings, 587–588, 601
Standard & Poor's Composite Index, 324, 722, 758*n*
Standard & Poor's Compustat, 392*n*, 722*n*
Standard & Poor's credit ratings, 56, 65–66, 762, 781*n*
Standard & Poor's 500 Index, 76, 541
Standards, accounting, 705
Staples, 806
Starbucks, 14, 169–170, 174, 189, 193, 592–593
Starwood Hotel & Resorts, 378
State Bank of Pakistan, 613–614
Statman, M., 403*n*
Staunton, M., 60*n*, 64*n*, 156, 156*n*, 157*n*, 161*n*, 164*n*, 167*n*, 179, 685*n*
Stein, J., 610*n*
Stein, Jeremy C., 334*n*, 669, 843
Stern, J. M., 69, 308, 332*n*
Stern-Stewart, 299–301
Stertz, Bradley A., 794*n*
Stigler, George, 460
Stiglin, L., 825*n*
Stiglitz, J. E., 321*n*
Stock dividends, 393
Stockholders. *See* Shareholders
Stockholders' equity, interest tax shields and value of, 443–444
Stock market returns, 164
Stock options, 502–518. *See also* Option pricing models
    Black-Scholes model for valuing, 539
    call options, 503–504, 526–528
    incentives created by, 518
    in management compensation, 297–298
    position diagrams, 503–504, 506
    profit diagrams, 505–512
    put options, 505
    strategies for using, 507–513
Stock price
    dividend payout ratio and, 403–404
    in equity valuation, 75–76
    link between earnings per share and, 87–90
    market reaction to stock issues, 378–380
    option values and, 513–518
    underpricing of initial public offerings, 372–374
Stock repurchases, 392–393
    irrelevance, 401–402

Stock splits, reverse, 349
Stohs, M. H., 733*n*
Stonehill, A. I., 697
Stonier, J. E., 567*n*, 568*n*, 569*n*
Stored-value cards, 768
Straight-line depreciation, 132–133, 628
Stretching payables, 738, 740
Stripped bonds, 50–51, 55–56
Stromberg, P., 365*n*, 842*n*, 843
Strong form of market efficiency, 318, 319–320, 322–325
Structured investment vehicles (SIVs), 718, 782
Stulz, R. M., 179, 233, 336, 383, 434, 467, 669, 670, 694*n*, 733*n*, 813*n*
Subordinated debt, 352, 601, 610
Subprime mortgage crisis, 13, 168, 328–329, 355–356, 779–780
Sufi, A., 777*n*, 779*n*
Sumitomo, 855
Sumitomo Bank, 861
Sumitomo Corporation, 851
Sumitomo Metal Industries, 851
Summit Bancorp, 797
Sundaresan, A., 69
Sundgren, S., 842*n*
SunGard, 834
Sunk costs, in net present value analysis, 130
Sun Microsystems, 392
Sun Trust Banks, 779
Supermajority, 812
Surplus funds, in mergers, 796
Sussman, O., 451, 451*n*
Sustainable growth rate, 748–740
Suzuki, 689
Svancar, H., 856*n*
Swaminathan, B., 396*n*
Swaps, 660–664
    credit default, 580–581
    currency, 663
    interest rate, 660–662
    total return, 663–664
Swatch Group, 4
Sweep programs, 767
Swiss Bank Corp., 798
Swiss Re, 14
Syndicated loans, 779
Synergies, in mergers and acquisitions, 794
Systematic risk. *See* Market risk

**T**

Taggart, R. A., Jr., 493
Takeover premium, 319
Takeovers, 809–813
    value maximization and, 14–15
Tangible assets, in mergers, 807

Tata Group, 813, 858
Tata Motors, 75
Tauron Polska Energia, 830
Taweel, Kevin, 859
Taxes
  on capital gains, 406–407
  on corporations
    alternative minimum tax (AMT), 136, 628
    capital structure and, 440–444
    deferred, 479n
    depreciation rules, 136–138
    equivalent annual cash flow and, 159
    financial leases, 634
    investment decisions and, 136–138
    leveraged buyouts (LBOs) and, 825
    in merger analysis, 808
    weighted-average cost of capital, 433
  on dividends, 404–409
  in Germany, 139
  imputation tax system, 407–409
  on individuals, leverage and, 444–447
  on partnerships, 350
  on REITs, 350
  weighted-average cost of capital, 220
Tax-exempt municipal notes, 774, 775
Tax preferences, 136–138
Tax Reform Act of 1986, 407n
Tax shields
  depreciation, 136–138, 627, 631n, 633
  interest, 440–447, 491–492
  nature of, 440–444
Taylor, A. M., 698
Taylor, M. P., 698
TDC, 834
Technological change
  equivalent annual cash flow and, 143–144
  exploiting new technology, 276–283
Tehranian, H., 380, 380n
Tele Atlas, 792–793
Telefonica de Argentina, 175
Temporary abandonment, 565–566
Tender offer, 809–810
Terms of sale, 760–761
Term structure of interest rates, 53–59
  in bond valuation, 53–59
  defined, 53
  expectations theory of, 58–59
  explaining, 57–59
  inflation in, 59
  law of one price, 54–55
  measuring, 55–56
  risk in, 59
Tetley Tea, 813

Tetlow, R. S., 834n
Texaco, 837
Texas Pacific Group, 823, 832
TFX (Tokyo Financial Futures Exchange), 655
Thaler, R. H., 200n, 326n, 336, 682n
Thermo Electron, 829–830
Thomas Lee, 823
Thompson Co., 823
Thomson Reuters, 371n
Thorburn, K. S., 817, 843, 844
Thornburg, Karin, 451n
3Com, 829
Three-factor model, 201–203
Ticketmaster, 793
Time deposits, 774, 775
Time drafts, 761
Times-interest-earned ratio, 717
Time value of money, 21, 103–104
Time Warner, 335, 793, 828. See also AOL
Timing option, 256–257, 558–561
  net present value and investment timing, 140–141
Timmerman, A., 320n, 867n
TIPS (Treasury Inflation-Protected Securities), 62
Titman, S., 435, 805n
Tokyo Financial Futures Exchange (TFX), 655
Tokyo Gas, 794
Tokyo Stock Exchange (TSE), 75, 655
TomTom, 792–793
Torous, W. N., 840n
Total capitalization, 709–710
Total expected profit, 764
Total return swaps, 663–664
Towers Perrin, 294n, 297n
Toyota, 2, 3, 4, 11n, 12, 30, 75, 214, 296, 689, 690, 760
TPG, 823
Trade acceptances, 761
Trade credit, 760
Trade-off theory of capital structure, 448
Tranches, 779–780
Transaction exposure, 688–690
Transparency, 861–862
TransUnion, 588n, 762n
Trans Union Corporation, 812n
Trans World Airlines, 627
Travelport, 834
Travlos, N., 805n
Treasurer, 6–7
Treasury bills, 47, 157–159, 773, 774
Treasury bonds. See also Bond valuation
  duration, 52
  historic performance of capital markets, 157–159
  indexed, 61–62
  present value formulas and, 47–49

  stripped, 50–51, 55–56
  yield spread between corporate bonds and, 66, 579–581
  yield to maturity trends, 49
Treasury notes, semiannual interest, 47–49
Treynor, Jack, 192n, 192–193
Triantis, A. J., 261, 560n, 855n
Trigeorgis, L., 570n, 572
Troubled Asset Relief Program (TARP), 397
Trump Hotels & Casinos Resorts, 840
Trust deed, 599–600
Trusts, 350
TSE (Tokyo Stock Exchange), 75, 655
Tufano, Peter, 434, 648, 648n
Tufts Center for the Study of Drug Development, 258n
Tunneling, 858–859
Tversky, A., 326n
TWA, 838–839
Twite, T., 406n
TXU, 823
Tyco, 13

## U

UBS, 14, 298, 348, 371, 798
Underpricing, 334
Underwriters, 368, 370–371
Undiversifiable risk. See Market risk
Unfunded obligations, 353
Unicredit, 798
Uniform-price auctions, 376
Union Pacific, 2, 3, 84, 219–221, 433
Unique (diversifiable) risk, 170, 174–177, 224, 867
United Airlines (UAL), 450, 653, 837
United Auto Workers (UAW), 838
United Biscuits, 834
United Health Group Inc., 540
United Kingdom
  accounting standards in, 705
  compounding intervals in, 47–49
United States
  accounting standards in, 705
  country cost of capital and, 694
  dividend yields, 162–163
  historic performance of capital markets, 156–163
  inflation in, 59–60
  initial public offerings (IPOs) in, 374, 375–376
  market risk premium in, 162–163
  mergers in, 814
  mutual fund returns, 320–321
  payout policy in, 391–392
  stock market returns in, 164
  venture capital financing in, 364–366

U.S. Census Bureau, 343*n*, 758*n*
U.S. Department of Defense, 806
U.S. Federal Reserve, 355, 769, 773, 778*n*
U.S. Federal Trade Commission (FTC), 805–806
U.S. Food and Drug Administration (FDA), 257–258
U.S. Justice Department, 805–806, 810–811
U.S. Robotics, 829
U.S. Securities and Exchange Commission (SEC)
 accounting and reporting standards, 14
 Rule 10b-18, 393*n*
 Rule 144A, 382, 598
 Rule 415, 377
 standards, 705
U.S. Shoe Corp., 607
U.S. Supreme Court
 ruling on returns to equity owners, 82*n*
 state laws on voting rights, 813
U.S. Treasury, 580*n*
Unlevering beta, 428, 484, 485*n*
Unocal, 806
U.S. Trust, 797
USAirways Group, Inc., 5*n*
US Bank, 779

## V

Vale, 813, 830
Va Linux, 370–371
Valuation horizon, 91–92, 93, 476–479
Value additivity, 421, 867–868
 company cost of capital and, 214
 defined, 178
 diversification and, 177–178
 economic value added (EVA), 298–301
Value at risk (VA), 592–593
Value Line, 82*n*
Value maximization
 agency problem in, 10–11, 13–15
 as goal of corporation, 9–12
Value stocks, 196
Van Dijk, M. A., 323*n*, 324*n*
Vanguard 500 Index Fund, 321
Variability, measuring, 166–168
Variable-rate demand bonds (VRDBs), 774, 775
Variance
 defined, 163
 in measuring portfolio risk, 163–166
 portfolio, 163–166, 173–174
 in portfolio theory, 188*n*

Venture capital, 362–366
 market for, 364–366
 stages of financing, 363–365
*Venture Economics*, 366
Verizon, 743
Verizon Wireless, 793
Veronesi, P., 375*n*
Vertical mergers, 792–793, 795
Viacom, 812
Viasis Health Care, 830
Villalonga, B., 836*n*
Virgin Atlantic, 221
Virgin Group, 221–222
Virgin Megastores, 221
Vishny, R. W., 291*n*, 404*n*, 830*n*, 831*n*, 850, 850*n*, 864
Viskanta, T., 694*n*
Viswanathan, S., 813, 813*n*
Vives, X., 11*n*
Vlasic, Bill, 794*n*
Volatility. *See also* Beta
 bond, 52–53
 implied, 541–542
Volcker, Paul, 49
Volkswagen (VW), 327, 689, 744
Volpin, P., 855*n*
Voluntary Employees' Beneficiary Association (VEBA), 841
Voting procedures, 347–349
Voting rights
 common stock, 348
 preferred stock, 350

## W

Wachovia Bank, 3, 13, 793
Waiting-period defense, 812
Wakeman, L. M., 641*n*
Wald, J. K., 459*n*
Wallenberg family, 856, 856*n*
*Wall Street Journal, The*, 20, 47–48, 76, 366, 368, 835
Wal-Mart, 2, 3, 7–8, 9, 66, 77, 378, 709, 710, 767
Walt Disney Company, 174, 189, 193, 217–219, 809
Warga, A., 606*n*
Warner, J. B., 318*n*, 451*n*
Warrants, 353, 611–612
 dividends and, 610
 reasons for issuing, 611–612
 valuing, 539–540
Warther, V. A., 396*n*
Washington Mutual, 13, 837
Washington Public Power Supply System (WPPSS), 775*n*
Water and Power Development Authority (WAPDA), 613–614
Watts, R. L., 332*n*

WCE (Winnipeg Commodity Exchange), 654
Weak form of market efficiency, 317, 329–330
Weather Channel, 834
Weighted-average cost of capital (WACC), 216–221, 428–433, 471–492, 711
 adjusting, 484–486
  rebalancing, 484–485
  unlevering and relevering cost of equity, 484, 485*n*
 after-tax, 220, 433, 471–475
 in business valuation process, 475–479
 calculating, 471–473
 common mistakes in using, 482–484
 defined, 216, 425
 flow-to-equity valuation method versus, 479
 industry costs of capital, 481
 minimizing, 424–425
 practical applications, 490–492
 questions concerning, 479–482, 490–492
 review of assumptions for, 474–475
Weiss, Lawrence A., 450, 451*n*, 837*n*, 839*n*, 844
Welch, I., 410*n*, 844, 874*n*
Wells Fargo, 2, 3, 793
Wells Fargo Bank, 779
Wensley, R., 284
Wermers, R., 320*n*, 867*n*
Werner, I., 840*n*
Wessels, D., 95, 493
Western Electric, 827
West Japan Railway Company, 830
Weston, J. F., 697, 817
WGL Holdings Inc., 84
Whaley, R. E., 541
White, H., 320*n*, 867*n*
White, M. J., 837*n*
Whited, T. M., 828*n*
Whole Foods Market, 806
Wild Oats Market, 806
Wilhelm, W. J., Jr., 383
Williams, J. B., 82*n*, 398*n*, 420*n*
Williams Act of 1968, 809, 810*n*
Williamson, R., 733*n*, 733–734, 784
William Wrigley, 793
Wilmott, P., 545
Wings Holdings, 823
WinnDixie, 806
Winner's curse, 373–374, 376
Winnipeg Commodity Exchange (WCE), 654
Winters, L. A., 817
Wizman, Thierry, 606*n*

Wolfers, J., 331$n$
Wolfson, M. A., 393$n$
Womack, K. L., 368$n$
Wongsunwai, W., 833$n$
Wooley, S., 284
Woolridge, J. R., 828$n$
Woolworth, 66
Working capital, 757–782
  cash, 766–770
  characteristics of, 737–740
  credit management, 760–766
  defined, 130, 134–135, 757
  in estimating cash flows, 134–136
  estimating requirements for, 130
  inventory, 758–760
  investments in, 134–136
  marketable securities, 771–776
  mistakes in estimating, 135–136
  net, 130, 707, 757
  short-term borrowing sources, 777–782
  tracing changes in cash, 734–737
Workouts, 840
World Bank, 614, 696, 696$n$
WorldCom, 65, 367, 806, 837, 861
World Trade Center terrorist attacks
    (2001), 650

Wright, Orville, 282
Wruck, E. G., 308, 451$n$
Wruck, K. H., 826$n$, 839$n$, 844
Wulf, J., 291$n$
Wurgler, J., 336, 402$n$, 409$n$, 463$n$
Wyeth, 792, 793

## X

Xerox, 709, 710
Xstrata, 380–381, 381$n$
Xu, Y., 169$n$

## Y

Yahoo!, 14, 15, 325$n$
Yankee bonds, 598
Yasuda, A., 833$n$
Yermack, D., 540$n$
Yeung, B., 864
Yield
  convenience, 658
  dividend, 82, 159–163
  on money-market investments, 772
Yield spread, 66, 579–581

Yield to maturity
  bond valuation, 49
  default risk and, 583–586
  defined, 47
Yoshimori, M., 12$n$
Yuan, K., 870$n$

## Z

Zeckhauser, R., 306, 306$n$
Zell, Sam, 4
Zender, J. F., 459$n$, 463$n$
Zero-coupon bonds, 50–51,
    55–56, 600
Zero NPV, 873
Zero-stage financing, 362–363
Zero-sum game, 645–646
Zhao, O., 379$n$
Zheng, L., 870$n$
Zhu, N., 844
Zhu, Q., 870$n$
Ziemba, W. T., 325, 325$n$, 871$n$
Zingales, Luigi, 11$n$, 358, 452, 452$n$,
    462$n$, 462–463, 850–851, 859$n$,
    861$n$, 864
Z-scores, 590

# SOME COMMONLY USED SYMBOLS

| | |
|---|---|
| APV | Adjusted present value |
| BV | Book value |
| $C_t$ | Cash flow at time $t$ |
| $CEQ_t$ | Certainty-equivalent cash flow at time $t$ |
| $DIV_t$ | Dividend payment at time $t$ |
| $D$ | Market value of firm's debt |
| $DEP_t$ | Depreciation in year $t$ |
| $DF_t$ | Discount factor for cash flow in period $t$ |
| $e$ | 2.718 (base for natural logarithms) |
| $E$ | Market value of firm's equity |
| $EPS_t$ | Earnings per share in year $t$ |
| EX | Exercise price of option |
| $f_{\$/£}$ | Forward rate of exchange between dollars and pounds |
| $g$ | Growth rate |
| $i_t$ | Expected inflation in year $t$ |
| IRR | Internal rate of return |
| $LCF_t$ | Lease's cash outflow in year $t$ |
| NPV | Net present value |
| $P_t$ | Price at time $t$ |
| PV | Present value |
| PVGO | Present value of growth opportunities |
| $r_t$ | Expected rate of return (or cost of capital) in period $t$. We omit the subscript where the expected return is identical in each period. |

| | |
|---|---|
| $\tilde{r}_t$ | Uncertain actual rate of return in period $t$ |
| $r_D$ | Expected rate of return on firm's debt |
| $r_E$ | Expected rate of return on firm's equity |
| $r_f$ | Risk-free interest rate |
| $r_m$ | Expected rate of return on the market portfolio |
| $r_\$$ | Dollar rate of interest |
| $s_{SFr/\$}$ | Spot rate of exchange between Swiss francs and dollars |
| $t$ | Time |
| $T_c$ | Rate of corporate income tax |
| $T_p$ | Rate of personal income tax |
| $V$ | Market value of firm: $V = D + E$ |
| $y$ | Yield to maturity |
| $\beta$ | Beta: A measure of market risk |
| $\delta$ | Delta: Hedge ratio |
| $\rho_{12}$ | Rho: Correlation coefficient between investments 1 and 2 |
| $\sigma$ | Sigma: Standard deviation |
| $\sigma_{12}$ | Covariance of investment 1 with investment 2 |
| $\sigma^2$ | Sigma squared: Variance |
| $\Sigma$ | Capital sigma: "The sum of" |

## NEW Digital Learning and Teaching Tools available with *Principles of Corporate Finance*

**Less Managing. More Teaching. Greater Learning.**





### McGraw-Hill Connect Finance

McGraw-Hill *Connect Finance* is an online assignment and assessment solution that connects students with the tools and resources they'll need to achieve success. Students can engage with their coursework anytime and anywhere, making the learning process more accessible and efficient.

Select end of chapter questions are loaded into the system, instructors select the assignments and set the parameters, and students complete the assignments—which are auto-graded and imported back into the instructor's grade book. Algorithmic versions of the problems are also available, as well as the Test Bank for additional practice or use as a test and/or quiz.



### McGraw-Hill Connect Plus Finance

McGraw-Hill *Connect Plus Finance* provides all of the *Connect Finance* features plus a seamless integration of an eBook, allowing for anytime, anywhere access to the textbook.

For more information about *Connect,* go to **www.mcgrawhillconnect.com**, contact your local McGraw-Hill sales representative, or see a complete description in the preface of this book.

# SOME USEFUL FORMULAS

*(The section number indicates the principal reference in the text.)*

## Perpetuity (2-2)
The value of a perpetuity of $1 per year is:
$$PV = \frac{1}{r}$$

## Annuity (2-2)
The value of an annuity of $1 per period for $t$ years ($t$-year annuity factor) is:
$$PV = \frac{1}{r} - \frac{1}{r(1+r)^t}$$

## A Growing Perpetuity (the "Gordon" model) (2-3)
If the first period's cash flow is $1 at year 1 and if cash flows thereafter grow at a constant rate of $g$ in perpetuity,
$$PV = \frac{1}{r-g}$$

## A Growing Annuity (2-3)
If the first period's cash flow is $1 at year 1 and if the cash flow grows at a constant rate of $g$ for $t$ years,
$$PV = \frac{1}{r-g} - \frac{1}{r-g} \times \frac{(1+g)^t}{(1+r)^t}$$

## Continuous Compounding (2-4)
If $r$ is the continuously compounded rate of interest, the present value of $1 received in year $t$ is:
$$PV = \frac{1}{e^{rt}}$$

## Bond Duration and Volatility (3-2)
$$\text{Duration of T-period bond} = \frac{\sum_{t=1}^{T} t \times C_t/(1+y)^t}{\sum_{t=1}^{T} C_t/(1+y)^t}$$

Volatility (modified duration) = Duration/$(1+y)$

## Equivalent Annual Cost (6-4)
If an asset has a life of $t$ years, the equivalent annual cost is:
$$\frac{PV \text{ (costs)}}{t\text{-year annuity factor}}$$

## Measures of Risk (7-2 to 7-4)
Variance of returns = $\sigma^2$
$$= \text{expected value of } (\tilde{r} - r)^2$$

Standard deviation of returns = $\sqrt{\text{variance}} = \sigma$
Covariance between returns of stocks 1 and 2
$= \sigma_{12} = $ expected value of $[(\tilde{r}_1 - r_1)(\tilde{r}_2 - r_2)]$
Correlation between returns of stocks 1 and 2:
$$\rho_{12} = \frac{\sigma_{12}}{\sigma_1 \sigma_2}$$

Beta of stock $i = \beta_i = \dfrac{\sigma_{im}}{\sigma_m^2}$

The variance of returns on a portfolio with proportion $x_i$ invested in stock $i$ is:
$$\sum_{i=1}^{N} \sum_{j=1}^{N} x_i x_j \sigma_{ij}$$

## Capital Asset Pricing Model (8-2)
The expected risk premium on a risky investment is:
$$r - r_f = \beta(r_m - r_f)$$

## MM's Proposition II (17-2 and 19-3)
The required return on equity ($r_E$) increases in line with the debt–equity ratio calculated using market values ($D/E$):
$$r_E = r + (r - r_D)D/E$$
where $r$ is the opportunity cost of capital.

## Weighted Average Cost of Capital (19-1)
$$WACC = r_D(1 - T_c)D/V + r_E E/V$$
where
$r_D$ and $r_E$ = the expected returns on debt and equity
$T_c$ = the marginal rate of corporate tax
$D$ and $E$ = the market values of debt and equity
$(V = D + E)$

## Unlevering Betas (19-3)
$$\beta_{\text{assets}} = \beta_{\text{debt}}\left(\frac{D}{V}\right) + \beta_{\text{equity}}\left(\frac{E}{V}\right)$$
where
$D$ and $E$ = the market values of debt and equity $(V = D + E)$

## Relationship between the Value of a Call and a Put (20-2)
The relationship between the value of a European call and a European put is:
Value of call + present value of exercise price
$= $ value of put + share price

## Inputs to Binomial Option Valuation Model (21-1 and 21-2)
$$\begin{matrix}\text{Probability of upside change}\\\text{in risk-neutral world}\end{matrix} = p = \frac{r_f - d}{u - d}$$
$$1 + \text{Upside change} = u = e^{\sigma\sqrt{h}}$$
$$1 + \text{Downside change} = d = 1/u$$
where $\sigma$ = standard deviation of price changes per year
$h$ = interval as fraction of a year
$$\text{Option delta} = \frac{\text{spread of possible option prices}}{\text{spread of possible stock prices}}$$

## Black–Scholes Formula for Value of a Call (21-3)
Value of a call = $[N(d_1) \times P] - [N(d_2) \times PV(EX)]$
where
$$d_1 = \log[P/PV(EX)]/\sigma\sqrt{t} + \sigma\sqrt{t}/2$$
$$d_2 = d_1 - \sigma\sqrt{t}$$
$N(d)$ = cumulative normal probability function
$PV(EX)$ = present value of exercise price
$t$ = number of periods to exercise date
$P$ = current price of stock
$\sigma$ = standard deviation per period of continuously compounded rate of return on stock
$\log$ = natural logarithm

## Value of Lease (25-4)
If $LCF_t$ is the lease's cash outflow in period $t$, the value of an $N$-period lease of an asset costing INV is:
$$INV - \sum_{t=0}^{N} \frac{LCF_t}{[1 + r(1 - T_c)]^t}$$

## Value of a Future (26-4)
PV of financial future maturing in $t$ periods = $S_0(1 + r_f - y)^t$, where $S_0$ = spot price of asset and $y$ = yield per period on asset.

PV of commodity future maturing in $t$ periods = $S_0(1 + \text{storage costs} - \text{convenience yield})^t$, where storage costs and convenience yield are expressed as a proportion of the spot price $S_0$.

## Interest Rate Parity (27-2)
$$\frac{1 + r_x}{1 + r_\$} = \frac{f_{x/\$}}{s_{x/\$}}$$

## Growth Rates (29-6)
Sustainable growth rate (no increase in leverage)
= plowback ratio × return on equity

Internal growth rate (no external finance)
= retained earnings/net assets
= plowback ratio × return on equity × equity/net assets