Case 4:21-cv-02473   Document 115   Filed on 02/24/25 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21 -cv-02473<br><br>CLASS ACTION |

## JOINT STIPULATION AND ORDER REGARDING SCHEDULE

TO THE HONORABLE COURT:

Lead Plaintiffs Utah Retirement Systems and Construction Laborers Pension Trust for Southern California ("Lead Plaintiffs") and Defendants Concho Resources Inc., ConocoPhillips (as successor-in-interest to Concho Resources Inc.), Timothy A. Leach, Jack F. Harper, and C. William Giraud (collectively, the "Defendants" and, together with Lead Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

1. WHEREAS, on February 22, 2024, Magistrate Judge Bray issued a Scheduling Order (Dkt. 62), setting the deadline for the completion of fact discovery as December 23, 2024.

2. WHEREAS, on October 10, 2024, during a motion hearing, the Court extended all deadlines in the Scheduling Order by four months to allow for Lead Plaintiffs to take 15 depositions, moving the deadline for the completion of fact discovery to April 23, 2025.

3. WHEREAS, in the process of negotiating the deposition schedule, Defendants requested that the deposition of Defendant Harper be held on May 7, 2025, after the April 23, 2025 deadline for the close of fact discovery, because of scheduling conflicts.

4. It is hereby stipulated by the Parties, and respectfully submitted for the Court's approval, the following:

(a) Mr. Harper's deposition may be taken after the April 23, 2025 deadline for the completion of fact discovery, and in the unlikely event that a discovery dispute arises during or from the deposition of Mr. Harper, the Parties agree to present the dispute to the Court notwithstanding the April 23, 2025 fact discovery completion deadline.

(b) All other upcoming deadlines on the Scheduling Order, which were extended at the October 10, 2024 motion hearing, shall remain in place and, for sake of clarity, are as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' expert reports shall be served | June 9, 2025 |
| Defendants' expert reports shall be served | August 8, 2025 |
| Expert Discovery shall be completed | September 8, 2025 |
| Deadline for dispositive and Daubert motions | November 7, 2025 |
| Deadline for dispositive and Daubert oppositions | December 8, 2025 |
| Deadline for dispositive and Daubert reply briefs | January 7, 2026 |
| Joint Pretrial Order due:<br><br>• *Plaintiffs are responsible for filing the pretrial order on time.* | [May 15, 2026 |
| Final Pretrial Conference is set for 10:00 a.m. on: | [June 17, 2026 |
| Jury Selection is set for 9:00 a.m. on: | [June 22, 2026 |

IT IS SO ORDERED.

_2/24/25_
Date

Respectfully submitted,

LABATON KELLER SUCHAROW LLP

*/s/ Alfred L. Fatale III*
Alfred L. Fatale III (*pro hoc vice*)
Joseph N. Cotilletta (*pro hac vice*)
Rachel Berger (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
afatale@labaton.com
jcotilletta@labaton.com
rberger@labaton.com

*Attorneys for Lead Plaintiffs*


BAKER BOTTS L.L.P.

By: */s/ David D. Sterling (by permission)*
    David D. Sterling
    Attorney-In-Charge
    State Bar No. 19170000
    Federal I.D. No. 07079
    Amy Pharr Hefley
    State Bar No. 24046046
    Anthony J. Lucisano
    State Bar No. 24102118
    Federal I.D. No. 3369146
    C. Frank Mace
    State Bar No. 24110609
    Federal I.D. No. 3385915
    910 Louisiana Street
    Houston, Texas 77002
    (713) 229-1946
    (7 13) 229-7946 (Fax)
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com
    anthony.lucisano@bakerbotts.com
    frank.mace@bakerbotts.com

*Attorneys for Defendants*
*Concho Resources Inc., ConocoPhillips,*
*as Successor in Interest to Concho*
*Resources Inc., Timothy Leach, Jack F.*

*Harper, and C. William Giraud*

VINSON & ELKINS LLP

By: */s/Michael C. Holmes (by permission)*
    Michael C. Holmes
    Texas Bar No. 24002307
    Southern District Bar No. 23 716
    Robert Ritchie
    Texas Bar No. 24079213
    Southern District Bar No. 3089959
    200 1 Ross Avenue, Suite 3900
    Dallas, TX 75201
    Telephone: 214.220. 7823
    Facsimile: 214.999.7823
    mholmes@velaw.com
    rritchie@vclaw.com

*Co-Counsel for Defendants*
*Timothy Leach and C. William Giraud*

## CERTIFICATE OF SERVICE

I hereby certify that on the February 21, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                                              */s/ Alfred L. Fatale III*
                                              Alfred L. Fatale III