Case 4:21-cv-02473   Document 119   Filed on 04/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CV-02473 |
|---|---|---|---|

UTAH RETIREMENT SYSTEMS, ET. AL.

*versus*

CONCHO RESOURCES INC., ET. AL.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jaren Janghorbani<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3211<br>NY 4284329 |
|---|---|

| Name of party applicant seeks to appear for: | Jack F. Harper |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/2/2025 | Signed: | /s/ Jaren Janghorbani |
|---|---|---|

The state bar reports that the applicant's status is: active

Dated: 4/3/2025    Clerk's signature: R. Hawkins

**Order**

Dated: 4/3/25

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge