**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE CONCHO RESOURCES INC.,
SECURITIES LITIGATION

Case No. 4:21-cv-02473

**[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVES' MOTION TO COMPEL PRODUCTION OF DEFENDANT CONCHO RESOURCES, INC.'S ARIES DATABASE**

This Order addresses Class Representatives Utah Retirement Systems and Construction Laborers Pension Trust for Southern California's Motion Compel Production of Defendant Concho Resources, Inc.'s ARIES Database. The Court HEREBY:

**GRANTS** the Motion to Compel;

**ORDERS** Defendants to produce: (a) the ARIES databases associated with the signed, sealed reports by Concho's third party auditors for 2017, 2018, and 2019 ("Report Databases"), and (b) Concho's internal ARIES databases used for its final budgets and plans for 2017, 2018, and 2019 ("Budget Databases");

**ORDERS** that for the Report Databases, Defendants shall ensure internally that the databases match the respective reserve reports and provide a document outlining the correct settings to tie the databases to the final reserves reports or strip out any data or scenarios that do not tie from the databases;

**ORDERS** that for the Budget Databases, Defendants shall provide a document with all settings needed to completely "tie in" Concho's final budgets and plans; and

**ORDERS** the Parties to meet and confer as necessary after Defendants deliver the necessary databases and documents to ensure Plaintiffs' experts have the necessary information and data to properly analyze the Report and Budget Databases.

**IT IS SO ORDERED.**

Signed this the _____ day of _____, 2025.

_____
THE HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE