# APPENDIX I

## PLAINTIFFS' UNPUBLISHED AUTHORITIES FOR CLASS REPRESENTATITVES' MOTION FOR LEAVE TO FILE SUR-REPLY

| Case No. | Case Name |
|---|---|
| 1 | *Dulcich, Inc. v. DaPron*, 2025 WL 976598 (S.D. Tex. Apr. 1, 2025) |
| 2 | *ENGlobal U.S. Inc. v. Native Am. Servs. Corp.*, 2017 WL 3840262 (S.D. Tex. Sept. 1, 2017) |
| 3 | *Simmons v. T-Mobile USA, Inc.*, 2006 WL 3447684 (S.D. Tex. Nov. 22, 2006) |