United States District Court
Southern District of Texas

**ENTERED**

July 14, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| IN RE CONCHO RESOURCES, INC. SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-2473 |

## ORDER

Before the Court are certain objections to Requests for Admissions sent to the Defendants by the Plaintiffs. Both sides have briefed the issue. The Court hereby sustains *in-toto* Defendants' objections to the admissions pertaining to litigation holds in other lawsuits.

With regard to requests that are aimed at litigation holds generated by this lawsuit and the circumstances pertaining to it, the Court orders the Defendants to answer those requests that do not invade the attorney-client privilege. For those requests that Defendants believe overstep this line, they may object, but they must produce a fact-specific privilege log with sufficient information from which the Plaintiffs (and the Court) can clearly understand the basis of any and all facets of their privilege claim.

SIGNED this 14th day of July, 2025.

Andrew S. Hanen
United States District Judge