**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE CONCHO RESOURCES INC.,
SECURITIES LITIGATION

Civil Action No. 4:21-cv-02473

<u>CLASS ACTION</u>

**PROPOSED ORDER DENYING LEAD PLAINTIFFS' MOTION TO COMPEL**
**PRODUCTION OF DEFENDANT CONCHO RESOURCES INC.'S ARIES DATABASE**

Having considered Lead Plaintiffs' Motion to Compel Production of Defendant Concho

Recourses Inc.'s Aries Database ("Motion"), as well as all responses and replies thereto, this Court

is of the opinion that the Motion should be DENIED.

Accordingly, IT IS HEREBY ORDERED that Lead Plaintiffs' Motion to Compel

Production of Defendant Concho Recourses Inc.'s Aries Database is DENIED in all respects.

SIGNED this _____ day of _____, 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE