**APPENDIX C**

**APPENDIX OF EXHIBITS TO REPLY OF CLASS REPRESENTATIVES IN SUPPORT
OF MOTION TO COMPEL**

| | |
|---|---|
| Exhibit A | Declaration of Stephen Hudson |
| Exhibit B | Excerpts from the Deposition of Aaron Hunter |
| Exhibit C | Excerpts from the Deposition of Jack Harper |
| Exhibit D | Excerpts from the Deposition of TJ Midkiff |
| Exhibit E | Aries output image with caption |
| Exhibit F | Q1 2019 Lookback, Bates beginning WARCOP02081365 |
| Exhibit G | Screenshot of Aries dropdown menus |
| Exhibit H | Side-by-side comparison of Aries output and plan data |