# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CONCHO RESOURCES INC., SECURITIES LITIGATION | Civil Action No. 4:21 -cv-02473 <br><br> CLASS ACTION |

**DECLARATION OF STEPHEN H. HUDSON, PE**

Pursuant to 28 U.S.C. § 1746, I hereby declare:

1.      My name is Stephen Hudson. I am over 18 years of age and competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct to the best of my knowledge. I submit this declaration only in response to the Declaration of Eric Angelos dated July 17, 2025 that was submitted in the above-captioned matter ("Angelos Decl.").

2.      I have reviewed the Declaration of Eric Angelos dated July 17, 2025 that was submitted in support of Defendants' Response to Plaintiffs' Motion to Compel Production of Defendant Concho Resource Inc.'s ARIES Database ("Defendants' Motion," Dkt. 156).

3.      I am currently the President of Hudson Engineering Inc., located in Dallas, Texas. I am a registered professional engineer in Texas and am affiliated with the Society of Petroleum Engineers, where I was member of the Dallas Section Board of Directors from 1987-1990 and 2012-2018. I received my Bachelor of Science (Mechanical Engineering), with the highest honors, from University of Texas at Austin.

4.      Hudson Engineering provides contract petroleum industry technical expertise including evaluation, management, operations, and financial analysis. As part of my role at Hudson Engineering, I perform reserve appraisals, operations consulting and engineering, and financial modeling.

5.    I have over forty-six years of experience in petroleum engineering, financial analysis, accounting and management of oil and gas companies. I have provided estimation of reserves for several oil and gas companies throughout the United States and am intimately familiar with the ARIES database. Since the mid-1990s, I have utilized the ARIES platform on an ongoing basis.

6.    In my review of Angelos Decl., I have the following responses:

(a)    As it relates to Mr. Angelos' statement on paragraph 7 of the Angelos Decl., determining what data exists in ARIES at a particular point in time is not difficult as long as there is a reference point to tie it to and the specific ARIES scenario and settings are known and remain unchanged from the reference point within the database. For example, if one wanted to review a database associated with a third party audited reserves report then one would need a database which contains the audited reserves report data and the proper ARIES scenario and settings and by running the database in ARIES, a match could be made and the reserves report database could be reviewed.

(b)    It is common practice in the industry to maintain backups or possess a set of unchanged settings and scenarios for outputs that backup or produce final corporate budgets and plans as these backups or unchanged settings would allow for the company to perform lookbacks or reviews in the future.

(c)    Moreover, to the extent you are trying to obtain the ARIES databases to particular plans or budgets, you can do so with backups the Company has generated for those specific plans or budgets. The backups from the prescribed timeframes associated with the specific plans or budgets should satisfy the need for settings and scenarios not to have been changed over time in a dynamic database environment that Mr. Angelos describes where data was constantly

2

being added or updated. Nothing in the Angelos Decl. suggests those backups were destroyed. Those backups are easily exportable.

(d)     As it relates to paragraph 8 of the Angelos Decl., so called "one lines" do not provide all the detailed information that an ARIES database would have for a particular project or well as ARIES is a database system and a "one line" is a spreadsheet output from ARIES with each case or project generally having summary or total data displayed on a single line of a spreadsheet. "One lines" are often referred to as "One Line Summaries" as they provide summaries of data or calculations, but not necessarily the granular data found in the ARIES database.  For example, Rates of Return or Estimated Ultimate Recoveries (EURs) may be shown on a per well or project basis on a "one line," but those outputs would be static values in a cell in a spreadsheet that were calculated in ARIES using a number of inputs, variables, or assumptions such as project timing or commodity pricing. Where some or all of these variables to be adjusted in the ARIES database and the properties or wells "re-run" with these new input variables, the new outputs from ARIES would very likely differ from the values in the afore mentioned "one line" and a new "one line" would then need to be produced. There is no doubt that "one lines" are useful in the analysis of calculations from ARIES, but a "one line" alone does not replace analysis that can be performed in ARIES.

(e)     As it relates to paragraphs 10-11, 14-15, and 17-18, a tie-in process is merely checking that the ARIES database provided matches the figures and data presented in a particular budget or plan. Upon receiving an ARIES database for a particular plan or budget, having the correct ARIES scenario and settings will ensure that if applied, the output numbers will tie correctly. So the nature of obtaining or correcting tie-in settings depends on the ARIES database at issue.  As such, Mr. Angelos grossly overstates the burden of tie-in settings.  Mr. Angelos is

3

merely speculating without considering what exact databases are at issue. Even if Mr. Angelos is right, verification and cross-referencing is fairly standard and typical work for reservoir engineers (and is also often performed in companies by engineering technicians) and does not require the length of time that Mr. Angelos suggests. Default ARIES economic summary outputs include a caption in the upper right corner of the interface that contains the scenarios and settings used to generate the outputs. Mr. Angelos claims that there are limited staff with daily experience in ARIES but many engineers and engineering technicians in this field know how to use ARIES as well as its competitors so the adjustment should not be taxing, and in this instance should be even less so because knowledge of reservoir engineering or reserves, projecting decline curves, or most ARIES syntax for evaluating properties or wells is not required in tying a database based on certain settings that can be selected from drop down menus.

(f)    As it relates to paragraph 16, Mr. Angelos appears to be speculating. He has not offered any calculations or described what size the databases are for the particular databases that Class Representatives are seeking. Generally speaking, it takes approximately one hour to run one gigabyte of data. It takes approximately one minute to download one gigabyte of data. Therefore, the amount of time it would take depends on the specific database at issue. Because Mr. Angelos has not specified any database at issue, his statements are unfounded.

7.    Overall, Mr. Angelos is speculative, assumes that Class Representatives want the entire ARIES database (when they do not), and fails to articulate which specific databases are cumbersome and for what reasons. At minimum, the parties would need to get together over the specific databases at issue and work through the problems, if any.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2025

Stephen Hudson
President of Hudson Engineering Inc.