# APPENDIX II

# FILED UNDER SEAL