# EXHIBIT A

| | |
|---|---|
| **From:** | Fisher, Lindsay |
| **To:** | Cotilletta, Joseph; Wood, Charles; Fatale, Alfred L.; Frasca, Christopher; Cividini, Derick; Mann, Wesley A.; Berger, Rachel A.; Concho Resources Inc__10b_11__CA__017761_0001__Email |
| **Cc:** | Hefley, Amy; Sterling, David; Lucisano, Anthony; rritchie@velaw.com; mhoffman@velaw.com; vdebeer@velaw.com; Holmes, Michael; Black, Kendall |
| **Subject:** | [EXTERNAL]In re Concho Resources Inc. Sec. Litig., No. 21-cv-02473 (S.D. Tex.) |
| **Date:** | Tuesday, June 17, 2025 6:27:50 PM |

Caution! This message was sent from outside your organization.     Allow sender | Block sender | Report

Counsel,

Please find below a link to a set of documents, including documents bates stamped WARCOP02792377 - WARCOP02792561 and overlays of documents that were previously produced with privilege slipsheets or redactions. This production contains documents designated Confidential under the Joint Protective Order entered on January 10, 2024 (ECF No. 57).  Please note that the link expires in 14 days.

**Link**: https://bbmft.bakerbotts.com/pkg?token=fb4a8e78-cf75-4418-b523-a6d4311a67a8

The password to access the file transfer site will be sent separately.

Contained within this production are documents that Defendants are removing from their privilege log in response Plaintiffs' litigation hold brief.  As we explain in our forthcoming Reply, had Plaintiffs actually conferred with us instead of unilaterally raising a dispute about the privilege log with the Court, we would have engaged in further discussions and compromises on the privilege log as we had in the past. Also contained within this production are certain documents cited in our Reply.  And, finally, contained within this production are minutes from two Board of Directors meetings for which Defendants had already produced the accompanying Board materials but that we discovered while preparing this production had not been produced. We are producing them now for the sake of completeness.

Thanks,
**Lindsay Buchanan Fisher**
*Senior Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667
910 Louisiana Street
Houston, Texas 77002
USA





**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.