# EXHIBIT C

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

- - -

THE HONORABLE ANDREW S. HANEN, JUDGE PRESIDING

--------------------------------------------------------

CITY OF WARWICK RETIREMENT   )   No. 4:21-cv-02473
SYSTEM,                      )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
CONCHO RESOURCES, INC.,      )
et al.,                      )
            Defendants.      )

--------------------------------------------------------

**MOTION HEARING**

**OFFICIAL COURT REPORTER'S CERTIFIED TRANSCRIPT**

**Houston, Texas**

**April 25, 2024**

--------------------------------------------------------

APPEARANCES:

For the Plaintiff:    Charles Wood, Esq.
                      Alfred Fatale, Esq.
                      Robin O'Neil, Esq.


For the Defendants:   Amy Hefley, Esq.
                      Anthony Lucisano, Esq.
                      Katherine DeBeer, Esq.


Reported By:  Nichole Forrest, RDR, CRR, CRC
              Certified Realtime Reporter
              United States District Court
              Southern District of Texas

Proceedings recorded by mechanical stenography.
Transcript produced by Reporter on computer.

49

MR. FATALE:  Class certification reply. That's from our expert, not us.

THE COURT:  That's fine.

MS. HEFLEY:  And the only thing I wanted to add, since Your Honor brought up the class certification discovery and briefing schedule earlier, once they put in that reply, we will request a surreply because, as Your Honor notes for these class certification matters in a case like this, typically the plaintiffs will open on whether the market was efficient for the stock --

THE COURT:  You have leave to file a surreply.

MS. HEFLEY:  Thank you.

THE COURT:  But no more.

MS. HEFLEY:  Understood.

THE COURT:  All right.  Thank y'all.  Have a good trip back.

THE ATTORNEYS IN UNISON:  Thank you, Your Honor.

(Court in recess.)