United States District Court
Southern District of Texas

**ENTERED**

April 01, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| IN RE CONCHO RESOURCES, INC. | § | CIVIL ACTION NO. 4:21-cv-2473 |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |
| | § | |

## ORDER

On April 1, 2026, this Court held an in-person hearing to discuss several pending discovery disputes in the above-referenced matter. In accordance with the Local Rules of this Court, the Parties provided pre-motion briefing on August 6, 2026, August 14, 2025, and November 4, 2025. Upon careful consideration of the briefing and oral argument presented by the Parties, the Court issued the following orders:

- **Privilege Log.** Upon an *in-camera* review of the documents articulated in the Class Representatives' November 4, 2025 pre-motion letter to the Court, the Court found the disputed responsive documents to be privileged. The Court held that the Class Representatives are not entitled to these documents.

- **Interrogatory No. 11.** The Court held that the Defendants' response to Interrogatory No. 11 was responsive. The Court held that the Class Representatives are not entitled to any further supplemental response.

- **Production of Various Text Messages.** The Court held that the Defendants shall produce the text messages responsive to the agreed-upon list of search terms for the six current employees of Defendant Concho Resources, Inc and the three Individual Defendants. The Court denies the request for hit reports. Any and all responsive text messages should be produced in twelve-hour increments, *i.e.*, with supplemental production six hours before and six hours after any relevant text messages. The text messages may be produced in screenshot or native format, so long as the dates, times, and parties to the text

conversations are disclosed. Furthermore, to the extent that the Defendants have already produced compliant text messages for the Individual Defendants, the Defendants shall supplement their response with a written statement to that effect.

It is so ordered.

Signed on this the ___1ˢᵗ___ day of April 2026.

Andrew S. Hanen
United States District Judge

2